# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

IN RE:

OLDCO, LLC, SUCCESSOR BY MERGER TO COLTEC INDUSTRIES INC,

　　Debtor.

Case No. 17-BK-

Chapter 11

## CORPORATE OWNERSHIP STATEMENT FOR OLDCO, LLC

OldCo, LLC, debtor and debtor-in-possession in the above-captioned case and successor by merger to Coltec Industries Inc, pursuant to Bankruptcy Rule 1007(a)(1), hereby reports as follows under Bankruptcy Rule 7007.1

The membership interests of OldCo, LLC are as follows:

EnPro Holdings, Inc.　　　　　　　　100 % Member of OldCo, LLC
5605 Carnegie Blvd., Suite 500
Charlotte, NC  28209


EnPro Industries, Inc.　　　　　　　　100% Common Stockholder of EnPro Holdings, Inc.
5605 Carnegie Blvd., Suite 500
Charlotte, NC  28209


[remainder of page left blank intentionally –
signature page of counsel follows]

1

9394610v2

This the 30th day of January, 2017.

| | |
|---|---|
| */s/ Daniel G. Clodfelter* | */s/ David M. Schilli* |
| Daniel G. Clodfelter | David M. Schilli |
| N.C Bar No. 7661 | N.C. Bar No. 17989 |
| danclodfelter@parkerpoe.com | dschilli@robinsonbradshaw.com |
| William L. Esser IV | Andrew W.J. Tarr |
| N.C. Bar No. 29201 | N.C. Bar No. 31827 |
| willesser@parkerpoe.com | atarr@robinsonbradshaw.com |
| Ashley A. Edwards | |
| N.C. Bar No. 40695 | ROBINSON BRADSHAW & HINSON, P.A. |
| ashleyedwards@parkerpoe.com | 101 North Tryon Street |
| | Suite 1900 |
| PARKER POE ADAMS & BERNSTEIN, LLP | Charlotte, NC 28246 |
| Three Wells Fargo Center | Telephone:    (704) 377-2536 |
| 401 South Tryon Street, Suite 3000 | Facsimile:    (704) 378-4000 |
| Charlotte, NC 28202 | |
| Telephone:    (704) 372-9000 | *Proposed Special Corporate and Litigation Counsel to OldCo, LLC, Debtor and Debtor-in-Possession* |
| Facsimile:    (704) 334-4706 | |
| | |
| *Proposed Counsel to OldCo, LLC, Debtor and Debtor-in-Possession* | |

9394610v2