B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

### Western_____ District Of __North Carolina_____

**In re**

**OLDCO, LLC, SUCCESSOR BY MERGER TO**
**COLTEC INDUSTRIES INC,**

Case No.  17-_____

**Debtor**                                                                                  Chapter 11

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept..................................................................  $ _____*_____

   Prior to the filing of this statement I have received ......................................................  $ _____*_____

   Balance Due .................................................................................................................  $ _____*_____

2.  The source of the compensation paid to me was:

   ☒ Debtor                                                   ☐ Other (specify)

3.  The source of compensation to be paid to me is:

   ☒ Debtor                                                   ☐ Other (specify)

4.  ☒  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service as set forth in the Debtor's Application for Order Authorizing Retention and Employment of Robinson Bradshaw & Hinson, P.A. as Special Corporate and Litigation Counsel.

9398479v2 25081.00011

B2030 (Form 2030) (12/15)

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

*Note:  Robinson Bradshaw & Hinson, P.A. ("RBH") provided legal services directly or indirectly to OldCo, LLC prior to the filing of its bankruptcy petition.  RBH received from OldCo, LLC a total of $427,207.02 in payment for services rendered to and expenses incurred for OldCo, LLC for the period from January 28, 2016 through January 26, 2017. RBH received a retainer of $200,000 on November 8, 2016.  Before receiving the retainer, RBH was paid by OldCo, LLC for its services rendered and expenses incurred. After receiving the retainer, RBH was paid for services rendered to and expenses incurred for OldCo, LLC by drawing down the retainer, with OldCo, LLC thereafter replenishing the retainer with its payment of $89,415.14 on January 12, 2017. The following table contains the amounts and dates on which RBH received payment for services rendered and for reimbursement of expenses during

| Date Received | Type of Payment | Payment Amount |
|---|---|---|
| 10/27/2016 | Coltec Payment | $138,168.18 |
| 12/07/2016 | Draw on Retainer | $25,505.94 |
| 12/13/2016 | Draw on Retainer | $63,909.20 |
| 01/27/2017 | Draw on Retainer | $199,618.70 |

RBH continues to hold the balance of the retainer of $381.30 for payment of professional services to be rendered and expenses to be incurred in the Chapter 11 case of OldCo, LLC. All payments received by RBH were from OldCo, LLC.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

1/30/2017                              /s/ David M. Schilli
Date                                   Signature of Attorney

                                       Robinson, Bradshaw & Hinson, P.A.
                                       Name of law firm

2

9398479v2 25081.00011