B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

Western District Of North Carolina

**In re**

OLDCO, LLC, Succcessor by Merger to Coltec Industries, Inc

Case No. 17-BK-30140

**Debtor**

Chapter 11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................. $ See note

   Prior to the filing of this statement I have received ....................... $ See note

   Balance Due ................................................. $ See note

2. The source of the compensation paid to me was:

   [✓] Debtor        [ ] Other (specify)

3. The source of compensation to be paid to me is:

   [✓] Debtor        [ ] Other (specify)

4. [✓] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

NOTE:  During the period prior to the petition date Parker Poe Adams & Bernstein, LLC has provided legal representation to the Debtor in connection with, among other matters, the consideration of, planning for, and preparation for this chapter 11 filing.  During the period from January 1, 2016, through January 29, 2017, the Debtor paid the Firm a total of $132,836.00 in fees and reimbursed the Firm a total of $97.93 for expenses advanced.  On January 27, 2017, the Debtor paid the Firm a retainer in the amount of $50,000.00 in anticipation of services to be rendered and expenses to be advanced in connection with this chapter 11 case.  This retainer is held in trust by the Firm for disbursement as and when approved and directed by the Bankruptcy Court.

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

January 30, 2017
*Date*

*Signature of Attorney*

Parker Poe Adams & Bernstein, LLP
*Name of law firm*