

FILED & JUDGMENT ENTERED
Steven T. Salata

January  30  2017

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

| | |
|---|---|
| IN RE:<br><br>GARLOCK SEALING TECHNOLOGIES<br>LLC, et al.,<br><br>  Debtors.[1] | Case No. 10-BK-31607<br><br>Chapter 11<br><br>Jointly Administered |
| IN RE:<br><br>OLDCO, LLC, SUCCESSOR BY MERGER<br>TO COLTEC INDUSTRIES INC,<br><br>  Debtor. | Case No. 17-BK- 30140<br><br>Chapter 11 |

**ORDER (I) SHORTENING THE NOTICE PERIOD ON FIRST DAY MOTIONS FILED
BY THE DEBTORS, (II) LIMITING THE NOTICE ON FIRST DAY MOTIONS, (III)
SCHEDULING AN EXPEDITED HEARING ON FIRST DAY MOTIONS AND (IV)
APPROVING THE FORM AND MANNER OF NOTICE ON FIRST DAY MOTIONS**

Upon the Debtors' *Ex Parte* Motion for Entry of an Order (I) Shortening the Notice

Period on First Day Motions filed by the Debtors, (II) Limiting the Notice on First Day Motions,

(III) Scheduling an Expedited Hearing on First Day Motions and (IV) Approving the Form and

---

[1]  The debtors in these jointly administered cases are Garlock Sealing Technologies LLC; Garrison
Litigation Management Group, Ltd.; and The Anchor Packing Company.

9290721

Manner of Notice on First Day Motions (the "Motion");[2] and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors and other parties in interest; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157; and it appearing that no notice of the Motion is necessary; and upon the record herein; and upon consideration of the First Day Declaration; and after due deliberation thereon; and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1.     The Motion is GRANTED.

2.     The notice period for the First Day Motions is hereby shortened so the Court can conduct a hearing on the First Day Motions on February 1, 2017.

3.     Notice of the First Day Motions is hereby limited to the First Day Notice Parties.

4.     An expedited hearing to consider granting final relief on the First Day Motions shall commence on February 1, 2017, at 9:30 a.m., prevailing Eastern time, before the Honorable Craig Whitley, United States Bankruptcy Judge, United States Bankruptcy Court for the Western District of North Carolina, 401 W. Trade St., Charlotte, North Carolina.

5.     The form of the First Day Hearing Notice attached to the Motion as Exhibit A is hereby approved.

6.     Service of the First Day Hearing Notice in the manner set forth in the Motion is reasonable, due and adequate under the circumstances, and notice of the hearing on the First Day Motions consistent therewith is also reasonable, due and adequate under the circumstances.

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed in the Motion.

2

9290721

7.      Any party shall be entitled to request a hearing or to request that the Court

reconsider the entry of this Order upon a request filed within fourteen (14) days of service of this

Order.

8.      The Court shall retain jurisdiction with respect to all matters relating to the

interpretation or implementation of this Order.


This Order has been signed electronically.  The judge's                    United States Bankruptcy Court
Signature and court's seal appear at the top of the Order.

9290721