FILED & JUDGMENT ENTERED
Steven T. Salata

January 30 2017

Clerk, U.S. Bankruptcy Court
Western District of North Carolina



J. Craig Whitley
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## Charlotte Division

| | |
|---|---|
| IN RE: | Case No. 17-BK-30140 |
| OLDCO, LLC, SUCCESSOR BY MERGER TO COLTEC INDUSTRIES INC, | Chapter 11 |
| Debtor. | |

## ORDER SUSPENDING ENTRY AND SERVICE OF
## STANDARD NOTICE OF COMMENCEMENT

Upon the Debtor's *Ex Parte* Motion to Suspend Entry and Service of Standard Notice of Commencement (the "Motion"); and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157; and upon the record herein; and upon consideration of the First Day Declaration,[1] and after due deliberation thereon; and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Clerk of this Court shall suspend entry and service of the standard notice of commencement, pending further order of the Court, to permit consideration of the

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed in the Motion.

9388283

Commencement Notice Motion, which, if approved, will obviate the need for such notice.

3. Any party shall be entitled to request a hearing or to request that the Court reconsider the entry of this Order upon a request filed within fourteen (14) days of service of this Order.

4. This Court shall retain jurisdiction over all matters arising out of or related to the Motion and this Order.

| | |
|---|---|
| This Order has been signed electronically. The judge's signature and court's seal appear at the top of the Order. | United States Bankruptcy Court |

9388283