# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

| | |
|---|---|
| IN RE:<br><br>GARLOCK SEALING TECHNOLOGIES LLC, et al.,<br><br>    Debtors.[1] | Case No. 10-BK-31607<br><br>Chapter 11<br><br>Jointly Administered |
| IN RE:<br><br>OLDCO, LLC, SUCCESSOR BY MERGER TO COLTEC INDUSTRIES INC,<br><br>    Debtor. | Case No. 17-BK-30140<br><br>Chapter 11<br><br>[Joint Administration Pending][2] |

## DEBTORS' MOTION FOR AN ORDER ESTABLISHING CASE MANAGEMENT AND NOTICE PROCEDURES IN OLDCO, LLC'S CHAPTER 11 CASE AND SINGLE MASTER SERVICE LIST IN DEBTORS' CHAPTER 11 CASES

Garlock Sealing Technologies LLC ("Garlock"), Garrison Litigation Management Group,

Ltd. ("Garrison"), The Anchor Packing Company ("Anchor"), and OldCo, LLC, successor by

merger to Coltec Industries Inc ("Coltec"),[3] debtors and debtors-in-possession in the above-

captioned cases (collectively, the "Debtors"), jointly move the Court for entry of an Order (A)

establishing case management and notice procedures in Coltec's newly filed chapter 11 case by

applying the case management and notice procedures ordered by the Court in the Garlock

---

[1] The debtors in these jointly administered cases are Garlock Sealing Technologies LLC; Garrison Litigation Management Group, Ltd.; and The Anchor Packing Company.

[2] Contemporaneously with filing this Motion, Coltec moved to have its Chapter 11 case jointly administered with the chapter 11 cases of *In re Garlock Sealing Technologies LLC* (10-BK-31607), *In re Garrison Litigation Management Group, Ltd.* (10-BK-31608) and *In re The Anchor Packing Company* (10-BK-31606), with *In re Garlock Sealing Technologies LLC* serving as the lead case.

[3] For convenience, the term "Coltec" in this Motion refers to OldCo, LLC's predecessor, Coltec Industries Inc, when referring to events prior to the Coltec Restructuring and refers to OldCo, LLC when referring to events subsequent to the Coltec Restructuring.

Bankruptcy Case (as defined below), (B) authorizing Coltec or its agent to mail notices customarily noticed by the Clerk of Court, and (C) granting related relief (this "Motion").  In support of this Motion, the Debtors respectfully state as follows:

## JURISDICTION AND VENUE

1.      This Court has jurisdiction over this Motion under 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue of these proceedings and this Motion is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The statutory bases for the relief requested herein are sections 102 and 105(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002(m) and 9007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

## BACKGROUND

3.      On June 5, 2010, Garlock, Garrison and Anchor each filed a voluntary petition for relief (collectively, the "Garlock Bankruptcy Case") under chapter 11 of the Bankruptcy Code. Each of Garlock, Garrison and Anchor is operating its business and managing its property as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

4.      On January 30, 2017 (the "Coltec Petition Date"), Coltec filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "Coltec Bankruptcy Case"). Coltec is operating its business and managing its property as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee, examiner or creditors' committee has been appointed in the Coltec Bankruptcy Case.

5.      For additional background information regarding Coltec's history and corporate structure and events leading to the Coltec Petition Date, the Debtors refer the Court and parties in interest to the Debtors' Motion for Order Directing Joint Administration of Related Chapter 11 Cases filed in the Garlock Bankruptcy Case and the Coltec Bankruptcy Case (the "Joint

9224675

Administration Motion") and the Declaration of Joseph Wheatley in Support of OldCo, LLC's

Chapter 11 Petition and First Day Motions filed in the Coltec Bankruptcy Case (the "First Day

Declaration").[4] In support of this Motion, the Debtors rely on the First Day Declaration.

## RELIEF REQUESTED

6.      By this Motion, Coltec requests entry of an order applying the Garlock Notice

Procedures Order to the Coltec Bankruptcy Case. In effect, Coltec proposes that every notice,

motion or application, and all briefs, memoranda, affidavits, declarations or other documents

filed concurrently in support thereof (collectively, the "Filings") in the Coltec Bankruptcy Case

and all Filings, complaints and other pleadings filed in any adversary proceeding commenced in

the Coltec Bankruptcy Case (collectively, the "Adversary Pleadings") shall be subject to the

Notice Procedures outlined below, unless otherwise ordered by the Court (including, without

limitation, an order upon Coltec's motion to limit notice of the commencement of Coltec's

Bankruptcy Case being filed concurrently herewith).

7.      Coltec requests that notice in the Coltec Bankruptcy Case be limited to only (a)

those parties and entities listed on the Master Service List (defined below), (b) those parties as

may be necessary under the procedures described in Paragraph 8 below, and (c) each party with a

particularized interest in the subject of the Filing or directly affected by the Filing.

8.      Coltec proposes that, if notices are required by Bankruptcy Rules 2002(a)(2), (3)

or (6), 4001, 6004, 6006, 6007, or 9019, parties shall serve all such Filings on the Master Service

List and also in accordance with the following procedures, unless otherwise authorized by this

Court:

      a.  Filings related to the use, sale, lease or abandonment of property other than in the

---

[4]  Unless defined in this Motion, capitalized terms have the meanings ascribed to them in the Joint Plan and the Joint Administration Motion.

9224675

ordinary course of business shall be served on each entity having a known interest in the property;

    b.    Filings related to relief from, or otherwise related to, the automatic stay shall be served on each entity having a lien or encumbrance on the affected property;

    c.    Filings relating to obtaining credit shall be served on each entity with a lien or other interest in property on which a lien is proposed to be granted;

    d.    Filings relating to approval of proposed compromises or settlements shall be served on any entity that is a party to the compromise or settlement or which may be directly adversely affected thereby;

    e.    Filings relating to rights under section 365 of the Bankruptcy Code shall be served on each party to the executory contract(s) or unexpired lease(s) affected thereby; and

    f.    Notice of other matters for which the Bankruptcy Rules specifically require notice to all parties in interest shall be served on all creditors and equity holders of Coltec and parties in interest, except as set forth herein or as otherwise authorized by this Court.

9.    Coltec further proposes that, except as set forth herein or as otherwise authorized by the Court, proceedings described in Bankruptcy Rule 2002 shall be noticed in accordance with the applicable provisions of that rule.

10.    Finally, Coltec proposes that any entity submitting a Filing be required to serve notice of such Filing on the parties entitled to service of the Filing and the 2002 List Parties (as defined below), and that the notice include the title of the Filing, the time and date of any objection deadline and the hearing date (or other hearing date, as ordered by the Court) at which the Court will consider the Filing (the "Applicable Hearing Date").

11.    Furthermore, the Debtors jointly request that the Court approve the use of a single Master Service List in the Garlock Bankruptcy Case and the Coltec Bankruptcy Case and propose that all Filings in the Garlock Bankruptcy Case and the Coltec Bankruptcy Case be served upon the following list of parties and entities:

    a.    the Office of the United States Bankruptcy Administrator for the Western

9224675

District of North Carolina;

b.     Coltec, Garlock, Garrison, Anchor, and their respective counsel of record;

c.     counsel of record for the committee of general unsecured creditors appointed in the Garlock Bankruptcy Case;

d.     counsel of record for the committee of general unsecured creditors appointed in the Coltec Bankruptcy Case if one is appointed by the Court;

e.     counsel of record for the Garlock Committee;

f.     the members of the Ad Hoc Committee;

g.     counsel of record for Bank of America, as post-petition senior secured lender;

h.     counsel of record for the Future Asbestos Claimants' Representative in the Garlock Bankruptcy Case;

i.     the person appointed by the Court in the Coltec Bankruptcy Case as the legal representative for the interests of the holders of all future personal injury claims and demands against Coltec and counsel of record for such legal representative;

j.     representatives of the local International Association of Machinists and Aerospace Workers;

k.     those persons who formally appear and request service in the Coltec Bankruptcy Case pursuant to Bankruptcy Rule 2002 (the "2002 List Parties");

l.     the United States of America by service upon (i) the Securities and Exchange Commission; (ii) the Department of the Treasury by service upon the Internal Revenue Service, Attn: Insolvency Unit; (iii) the office of the United States Attorney for the Western District of North Carolina; (iv) the Pension Benefit Guaranty Corporation; (v) the U.S. Department of Health & Human Services; and (vi) the Centers for Medicare & Medicaid Services; and

m.     to the extent not set forth above, all persons and entities identified on the Garlock Master Service List as of the date of this Motion

(the "Master Service List").

12.     With respect to the initial Master Service List, the Debtors propose to include the members of the Ad Hoc Committee.  At such time that this Court appoints Coltec Asbestos

9224675

Claimants as new members to the Garlock Committee, the Debtors will remove the members of the Ad Hoc Committee from the Master Service List. The Debtors have prepared an initial Master Service List, a copy of which is attached hereto as <u>Exhibit A</u> and incorporated herein by reference, which list is consistent with the aforementioned.

13.    To the extent allowed by the Bankruptcy Rules or the Local Rules of the United States Bankruptcy Court for the Western District of North Carolina, notices may include a statement that the relief requested in the Filing will be granted without a hearing if no objection is timely filed.

14.    The Debtors will update the Master Service List on a monthly basis to include the names and addresses of any parties-in-interest who have made a written request for notice since the prior month, such updated Master Service List to be filed with the Court and circulated to all parties appearing thereon only in the event that there is a change in the Master Service List.

15.    Coltec further requests that the Court order that notice given in accordance with the Notice Procedures should be deemed adequate pursuant to the Bankruptcy Code, the Bankruptcy Rules and the Local Rules for the United States Bankruptcy Court for the Western District of North Carolina.

**BASIS FOR RELIEF REQUESTED**

16.    Bankruptcy Rule 2002(a) provides that, unless otherwise ordered by the Court, notice of certain matters must be given to, among others, all of the Debtors' creditors, equity security holders and other parties in interest. The Bankruptcy Rules, however, further provide that "the Court may from time to time enter orders designating the matters in respect to which, the entity to whom, and the form and manner in which notices shall be sent except as otherwise provided by these rules." Fed. R. Bankr. P. 2002(m); *see also* Fed. R. Bankr. P. 9007 ("When notice is to be given under these rules, the court shall designate, if not otherwise specified herein,

. . . the form and manner in which the notice shall be given.").

17.    In addition, section 105(a) of the Bankruptcy Code grants bankruptcy courts broad authority and discretion to enforce the provisions of the Bankruptcy Code either under specific statutory fiat or under equitable common law principles.  Specifically, section 105(a) of the Bankruptcy Code provides:

> The court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title.  No provision of this title providing for the raising of an issue by a party in interest shall be construed to preclude the court from, sua sponte, taking any action or making any determination necessary or appropriate to enforce or implement court orders or rules, or to prevent the abuse of process.

11 U.S.C. § 105(a).

18.    Section 102(1) of the Bankruptcy Code provides that where the Bankruptcy Code provides for an action to occur "after notice and a hearing" that such action may occur "after such notice as is appropriate in the particular circumstances, and such opportunity for a hearing as is appropriate in the particular circumstances . . . ."  11 U.S.C. § 102(1)(A).

19.    In the Garlock Notice Procedures Order, the Court already has determined that the Notice Procedures are in the best interest of Garlock, Garrison, Anchor and their estates and the establishment of the Notice Procedures is fair and reasonable. Similarly, applying the Notice Procedures to the Coltec Bankruptcy Case is in the best interest of Coltec and its estate.

20.    Currently, more than ten thousand (10,000) creditors and parties in interest may be entitled to receive notice in the Coltec Bankruptcy Case, including notice under Rule 2002(a)(2),(3) and (6).[5] To require Coltec and other parties in the Coltec Bankruptcy Case to

---

[5]  Contemporaneously with filing this Motion, Coltec has moved for approval of certain notice procedures for Coltec Asbestos Claimants by which Coltec will be authorized to send Filings and other communications to counsel of record for the Coltec Asbestos Claimants in lieu of serving Coltec Asbestos Claimants directly. If approved, such procedures will reduce the cost and burden of providing notice in this case.

9224675

provide notice of all pleadings and other papers filed in these cases to these parties in interest

would be extremely burdensome and costly to Coltec's estate, as a result of photocopying and

postage expenses as well as other expenses associated with such large mailings.

21.     The costs associated with copying and mailing or otherwise serving all notices

and motions to all creditors and parties in interest would impose an expensive administrative and

economic burden on Coltec's estate and on creditors. Such mass mailings would be

extraordinarily costly to Coltec's estates and require Coltec to divert resources to comply with

these administrative requirements. Additionally, the repeated drafting and filing of motions to

limit notice for each motion would increase the administrative and economic burden on Coltec's

estate.

22.     Coltec believes that adopting the Notice Procedures in the Coltec Bankruptcy

Case will substantially reduce administrative burdens and result in substantial cost savings to

Coltec's estate because of the reduction of time and money Coltec must expend on the Filings.

Coltec further believes that adopting the Notice Procedures in the Coltec Bankruptcy Case will

also significantly reduce the administrative and economic burden placed on creditors and parties

in interest when filing the Filings.

23.     As the Court found in the Garlock Notice Procedures Order, the Notice

Procedures have been tailored to ensure that all parties in interest that may be directly affected by

the relief sought by a particular Filing or Adversary Pleading will receive notice of such Filing or

Adversary Pleading directly from the party submitting the Filing or Adversary Pleading to the

Court. Thus, Coltec believes no party will be adversely affected.  Limited notice procedures are

routinely granted by courts in large chapter 11 cases to reduce the expense of the administration

of the estate. Particularly in light of the Coltec Asbestos Claimants' overwhelming support for its

8

pre-packaged plan, Coltec believes the Notice Procedures are appropriate and should be approved and implemented in this Chapter 11 case.

## **NOTICE**

24.     No trustee, examiner or creditors' committee has been appointed in the Coltec Bankruptcy Case. The Debtors have served notice of this Motion on (a) the Ad Hoc Committee; (b) the Garlock Committee; (c) Mr. Grier, in his capacity as the proposed legal representative for future Coltec Asbestos Claimants and the Future Asbestos Claimants' Representative in the Garlock Bankruptcy Case; (d) the Office of the United States Bankruptcy Administrator for the Western District of North Carolina; and (e) to the extent not set forth above, the parties listed on the updated Garlock Master Service List (D.E. 5655) and any party that has filed a request for notices under Bankruptcy Rule 2002 since the filing of the updated Garlock Master Service List, and submits that, given the nature of the relief requested, no other or further notice need be given. No previous application for the relief requested herein has been made by the Debtors to this or any other court.

WHEREFORE, the Debtors respectfully request (a) entry of the proposed order in the Garlock Bankruptcy Case, substantially attached hereto as Exhibit B, approving the Master Service List attached as Exhibit A for use in the Garlock Bankruptcy Case, (b) entry of the proposed order in the Coltec Bankruptcy Case, substantially attached hereto as Exhibit C, (i) approving the Notice Procedures for use in the Coltec Bankruptcy Case, (ii) approving the Master Service List attached as Exhibit A for use in the Coltec Bankruptcy Case, and (c) granting the Debtors such other relief as the Court deems just and proper.

[remainder of page left blank intentionally –
signature page of counsel follows]

9224675

This the 30th day of January, 2017.

/s/ John R. Miller
John R. Miller, Jr.
N.C. Bar No. 28689
jmiller@rcdlaw.net

RAYBURN COOPER & DURHAM, P.A.
1200 Carillion Tower
227 West Trade Street
Charlotte, NC 28202
Telephone: (704) 334-0891

*Counsel to Garlock Sealing Technologies LLC, Garrison Litigation Management Group, Ltd., and The Anchor Packing Company, Debtors and Debtors-in-Possession*

/s/ Garland S. Cassada
Garland S. Cassada
N.C. Bar No. 12352
gcassada@robinsonbradshaw.com
Jonathan C. Krisko
N.C. Bar No. 28625
jkrisko@robinsonbradshaw.com
Richard C. Worf, Jr.
N.C. Bar No. 37143
rworf@robinsonbradshaw.com

ROBINSON BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

*Special Corporate and Litigation Counsel to Garlock Sealing Technologies LLC, Garrison Litigation Management Group, Ltd., and The Anchor Packing Company, Debtors and Debtors-in-Possession*

/s/ Daniel G. Clodfelter
Daniel G. Clodfelter
N.C Bar No. 7661
danclodfelter@parkerpoe.com
William L. Esser IV
N.C. Bar No. 29201
willesser@parkerpoe.com
Ashley A. Edwards
N.C. Bar No. 40695
ashleyedwards@parkerpoe.com

PARKER POE ADAMS & BERNSTEIN, LLP
Three Wells Fargo Center
401 South Tryon Street, Suite 3000
Charlotte, NC 28202
Telephone:    (704) 372-9000
Facsimile:    (704) 334-4706

*Proposed Counsel to OldCo, LLC, Debtor and Debtor-in-Possession*

/s/ David M. Schilli
David M. Schilli
N.C Bar No. 17989
dschilli@robinsonbradshaw.com
Andrew W.J. Tarr
N.C. Bar No. 31827
atarr@robinsonbradshaw.com

ROBINSON BRADSHAW & HINSON, P.A.
101 North Tryon Street
Suite 1900
Charlotte, NC 28246
Telephone:    (704) 377-2536
Facsimile:    (704) 378-4000

*Proposed Special Corporate and Litigation Counsel to OldCo, LLC, Debtor and Debtor-in-Possession*

9224675

# EXHIBIT A

A. COTTON WRIGHT
GRIER FURR CRISP
101 N. TRYON ST, STE 1240,
CHARLOTTE, NC 28246

ALEXIS & FLORENCE DENIS
C/O LEE J. ROHN
ROHN & CARPENTER, LLC
1101 KING STREET
CHRISTIANSTED, ST. CROIX
US. VIRGIN ISLANDS 00820

ANDREW J. KELLY
WYLDER CORWIN KELLY LLP
207 E. WASHINGTON, STE. 102
BLOOMINGTON, IL 61701

ANN HARPER
BARON & BUDD, PC
3102 OAK LAWN AVE., STE. 1100
DALLAS, TX 75219-4283

ANTONIO E. LEWIS
KING & SPALDING LLP
100 NORTH TRYON STREET, SUITE 3900
CHARLOTTE, NC 28202

ASHLEY A. EDWARDS
PARKER POE ADAMS & BERNSTEIN LLP
401 SOUTH TRYON STREET, STE. 3000
CHARLOTTE, NC 28202

ASSOCIATED SPRING
BUSINESS OF BARNES GROUP
ATTN: JOEL RAFANIELLO
80 SCOTT SWAMP ROAD
FARMINGTON, CT 06032

BANK OF AMERICA, N.A.
c/o PARKER HUDSON RAINER & DOBBS
ATTN: C. EDWARD DOBBS
285 PEACHTREE CENTER AVE. NE
1500 MAQUIS TWO
ATLANTA, GA 30303

BRAYTON PURCELL LLP
ALAN R. BRAYTON, ESQ.
CHRISTINA C. SKUBIC, ESQ.
222 RUSH LANDING ROAD
NOVATO, CA 94948

BRIAN J. ALEXANDER
KREINDLER & KREINDLER LLP
750 THIRD AVENUE
NEW YORK, NY 10017

BRUCE J. RUZINSKY
D. ELAINE CONWAY
JACKSON WALKER L.L.P.
1401 MCKINNEY ST., STE. 1900
HOUSTON, TX 77010

BRUCE J. RUZINSKY
D. ELAINE CONWAY
JACKSON WALKER L.L.P.
1401 MCKINNEY ST., STE. 1900
HOUSTON, TX 77010

C. EDWIN ALLMAN, III, ESQ.
R. BRADFORD LEGGETT, ESQ.
ALLMAN SPRY LEGGETT & CRUMPLER
380 KNOLLWOOD STREET
WINSTON-SALEM, NC 27103-1862

CAPLIN & DRYSDALE, CHARTERED
ATTN: ELIHU INSELBUCH
600 LEXINGTON AVENUE, 21ST FLOOR
NEW YORK, NY 10022-6000

CARSON PORTWALL LP
C/O JULIE BARKER PAPE
WOMBLE CARLYLE SANDRIDGE RICE
ONE WEST FOURTH STREET
WINSTON-SALEM, NC 27101

Centers for Medicare & Medicaid Services
Attn: General Counsel
7500 Security Blvd.
Baltimore, MD  21244-1850

CHARLES & LORETTA WILLIS
C/O DAVID GREENSTONE
SIMON, EDDINS & GREENSTONE, LLP
3232 MCKINNEY AVE., SUITE 610
DALLAS, TX 75204

CHRISTOPHER K. KIPLOK
HUGHES HUBBARD & REED LLP
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

DAN CLODFELTER
PARKER POE ADAMS & BERNSTEIN LLP
THREE WELLS FARGO CENTER
401 SOUTH TRYON STREET, STE.3000
CHARLOTTE, NC 28202

DANIEL L. KELLER
KELLER, FISHBACK & JACKSON, LLP
28720 CANWOOD ST., STE 200
AGOURA HILLS, CA 91301-3465

DEBORAH L. FLETCHER
FSB FISHERBROYLES, LLP
6000 FAIRVIEW ROAD, SUITE 1200
CHARLOTTE, NC 28210

DEBORAH PAPANERI
C/O ROBERT E. PAUL
PAUL, REICH & MYERS, P.C.
1608 WALNUT STREET, SUITE 500
PHILADELPHIA, PA 19103

DENIS BURNS
C/O BRIAN T. FITZPATRICK
BELLUCK & FOX LLP
546 FIFTH AVENUE, 4TH FLOOR
NEW YORK, NY  10036

DIERDRE WOULFE PACHECO
WILENTZ GOLDMAN & SPITZER, P.A.
90 WOODBRIDGE CENTER DRIVE
WOODBRIDGE, NJ 07095

Donna Rossi, Executor of the
Estate of Leon Stone, Jr.
c/o Belluck & Fox, LLP
546 Fifth Avenue, 4th Floor
New York, NY 10036

ELIZABETH BARRY
GARLOCK SEALING TECHNOLOGIES
GARRISON LITIGATION MANAGEMENT
GROUP, LTD
349 WEST COMMERCIAL ST, STE 3050
EAST ROCHESTER, NY 14445

ELIZABETH V. HELLER, ESQ.
GOLDENBERG HELLER ANTOGNOLI &
ROWLAND, P.C.
2228 SOUTH STATE ROAD 157
EDWARDSVILLE, IL 62025

ELLEN FOX
C/O LISA NATHANSON BUSCH
WEITZ & LUXENBERG
700 BROADWAY
NEW YORK, NY 10003

ESTATE OF JOSEPH HENRY
C/O LEE J. ROHN
ROHN & CARPENTER, LLC
1101 KING STREET
CHRISTIANSTED, ST. CROIX
US VIRGIN ISLANDS 00820

EXCELLUS BLUE CROSS BLUE SHIELD
C/O WENDY A. KINSELLA
HARRIS BEACH PLLC
333 WEST WASHINGTON STREET, SUITE 200
SYRACUSE, NY 13202

GARRETT J. BRADLEY
THORNTON & NAUMES, LLP
100 SUMMER STREET
BOSTON, MA 02110

GARY TERRY
C/O COONEY & CONWAY
120 N. LASALLE STREET, SUITE 3000
CHICAGO, IL 60602

GEORGE F. SANDERSON III
ELLIS & WINTERS LLP
POST OFFICE BOX 33550
RALEIGH, NC 27636

H M CROSS & SONS INC.
ATTN: PAUL HARRISON
50 RIDGELAND ROAD
ROCHESTER, NY 14623-3112

H. LEE DAVIS, JR.
DAVIS & HAMRICK, LLP
P.O. DRAWER 20039
WINSTON-SALEM, NC 27120-0039

HEATHER M. FORREST
JACKSON WALKER L.L.P.
901 MAIN STREET, SUITE 6000
DALLAS, TX 75202

Heather M. Forrest
2323 Ross Avenue, Suite 600
Dallas, TX 75201

HILLARY CRABTREE
MOORE & VAN ALLEN PLLC
BANK OF AMERICA CORPORATE CENTER
100 NORTH TRYON STREET, STE. 4700
CHARLOTTE, NC 28202-4003

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

IRON MOUNTAIN INFO. MGMT., INC.
C/O FRANK F. MCGINN
BARTLETT HACKETT FEINBERG P.C.
155 FEDERAL STREET, 9TH FLOOR
BOSTON, MA 02110

J. DAVID BUTLER, ESQ.
RICHARDSON, PATRICK, WESTBROOK
& BRICKMAN, LLC
PO BOX 1368
BARNWELL, SC 29812

JAMES F. HUMPHREYS
JAMES F. HUMPHREYS & ASSOCIATES  L.C.
10 HALE STREET, SUITE 400
CHARLESTON, WV 25301

James J. Kennedy
c/o The Jaques Admiralty Law Firm, PC
1370 Penobscot Building
Detroit, MI 48226

JASON L. WATERS
DAVIS & HAMRICK, LLP
P.O. DRAWER 20039
WINSTON-SALEM, NC 27120-0039

JASON M. KATZ
HIERSCHE, HAYWARD, DRAKELEY &
URBACH, P.C.
15303 DALLAS PARKWAY, SUITE 700
ADDISON, TX 75001

JASON T. SHIPP, ESQ.
GOLDBERG, PERSKY & WHITE, P.C.
1030 FIFTH AVENUE
PITTSBURGH, PA 15219

JEANETTE M. GILBERT
MOTLEY RICE LLC
28 BRIDGESIDE BOULEVARD
MT. PLEASANT, SC 29464

JEFFREY S. MUTNICK
LAW OFFICE OF JEFFREY S. MUTNICK
737 SW VISTA AVENUE
PORTLAND, OR 97205

JIM W. PHILLIPS, JR.
JEFFERY E. OLEYNIK
BROOKS, PIERCE, MCLENDON, HUMPHREY &
LEONARD, LLP
PO BOX 26000
GREENSBORO, NC 27420

JODI D. HILDEBRAN, ESQ.
ALLMAN SPRY LEGGETT & CRUMPLER
380 KNOLLWOOD STREET
WINSTON-SALEM, NC 27103-1862

JOHN & DIANE ALLEN
C/O STEVEN KAZAN
KAZAN MCCLAIN LYONS
GREENWOOD & HARLEY
55 HARRISON STREET, SUITE 400
OAKLAND, CA 94607

JOHN A. BADEN, IV
MOTLEY RICE LLC
28 BRIDGESIDE BLVD.
MOUNT PLEASANT, SC 29464

JOHN D. DEMMY
STEVENS & LEE, P.C.
1105 NORTH MARKET STREET, 7TH FL.
WILMINGTON, DE 19801

JOHN D. HURST
MOTLEY RICE, LLC
28 BRIDGESIDE BOULEVARD
MT. PLEASANT, SC 29464

JOHN S. FAVATE, ESQ.
HENRY T.M. LEFEVRE-SNEE, ESQ.
HARDIN KUNDLA MCKEON & POLETTO
673 MORRIS AVENUE
SPRINGFIELD, NJ 07081

JONATHAN P. GUY
DEBRA L. FELDER
ORRICK HERRINGTON & SUTCLIFFE LLP
1152 15TH STREET, N.W.
WASHINGTON, DC 20005-1706

JOSEPH D. BOYER
C/O ALAN KELLMAN
THE JAQUES ADMIRALTY LAW FIRM
645 GRISWOLD, SUITE 1370
DETROIT, MI 48226

JOSEPH F. RICE
MOTLEY RICE LLC
28 BRIDGESIDE BOULEVARD
MT. PLEASANT, SC 29464

JOSEPH KOTS
COMMONWEALTH OF PENNSYLVANIA
DEPT OF LABOR & INDUSTRY
READING BANKRUPTCY & COMPLIANCE
625 CHERRY STREET, ROOM 203
READING, PA 19602-1152

JOSEPH M. SNYDER
CORPORATE GENERAL COUNSEL
WIDEWATERS HOTELS, LLC
5786 WIDEWATERS PKWY, STE. 3
DEWITT, NY 13214

JOSEPH W. GRIER, III
A. COTTEN WRIGHT
GRIER FURR & CRISP, PA
101 N. TRYON ST., SUITE 1240
CHARLOTTE, NC 28246

JOSEPH WHEATLEY
OLDCO, LLC
5605 CARNEGIE BLVD., SUITE 500
CHARLOTTE, NC 28209-3100

JOSHUA R. TAYLOR
JAMES E. ROCAP, III
STEPTOE & JOHNSON LLP
1330 CONNECTICUT AVENUE, N.W.
WASHINGTON, D.C. 20036

JULIE DEARY
UNION REPRESENTATIVE
1666 DIVISION STREET
PALMYRA, NY 14522

JUSTIN S. ALEX
PENSION BENEFIT GUARANTY
CORPORATION
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

King & Spalding LLP
Attn: Antonio E. Lewis
100 North Tryon Street, Suite 3900
Charlotte, NC 28202

KIRK G. WARNER
SMITH ANDERSON BLOUNT et al.
P.O. BOX 2611
RALEIGH, NC 27602-2611

LAUREN A. GOLDEN
ELLIS & WINTERS LLP
POST OFFICE BOX 33550
RALEIGH, NC 27636

LAUREN M. WEBB
THE SIMMONS FIRM
1 COURT STREET
EAST ALTON, IL 62002-6267

LEONARD P. GOLDBERGER
STEVENS & LEE, P.C.
1818 MARKET STREET, 29TH FLOOR
PHILADELPHIA, PA 19103

LINDA BOYLE
TW TELECOM INC.
10475 PARK MEADOWS DR., #400
LITTLETON, CO 80124

LISA NATHANSON BUSCH
WEITZ & LUXENBERG
700 BROADWAY
NEW YORK, NY 10003

MADONNA GUZZO
C/O JOHN LIPSITZ
LIPSITZ & PONTERIO, LLC
135 DELAWARE AVE, 5TH FLOOR
BUFFALO, NY 14202

MARK R. SNYDER
PENSION BENEFIT GUARANTY CORP.
OFFICE OF THE CHIEF COUNSEL
1200 K STREET NW, STE. 340
WASHINGTON, DC 20005-4026

MARTIN E. BEELER
COVINGTON & BURLING LLP
620 EIGHTH AVENUE
NEW YORK, NY 10018

MICHAEL BAZLEY FBO AX6869
DVI P.O. BOX 20
TRACY, CA 95378-0600

MICHAEL LARIMER OR NEIL MAUNE
MAUNE RAICHLE HARTLY
FRENCH & MUDD
1015 Locust St, Ste 1200
Saint Louis, MO 63101-1371

MICHAEL S. DAVIS
JANTRA VAN ROY
PETER JANOVSKY
ZEICHNER ELLMAN & KRAUSE LLP
1211 AVENUE OF THE AMERICAS, 40TH FL
NEW YORK, NY 10036

MONICA S. BLACKER
JACKSON WALKER L.L.P.
2323 ROSS AVE., SUITE 600
DALLAS, TX 75201

NANCY L. MANZER, ESQ.
WILMER CUTLER PICKERING
HALE & DORR LLP
1875 PENNSYLVANIA AVE., NW
WASHINGTON, DC 20006

NAVA HAZAN, ESQ.
SQUIRE SANDERS (US) LLP
30 ROCKEFELLER PLAZA, 23RD FLOOR
NEW YORK, NY 10112

NC DEPARTMENT OF REVENUE
P.O. BOX 1168
RALEIGH, NC 27602

NIAGRA BANK
C/O WILLIAM B. SCHILLER
SCHILLER & KNAPP, LLP
950 NEW LOUDON ROAD
LATHAM, NY 12110

NY STATE DEPARTMENT OF TAXATION AND
FINANCE
P.O. BOX 5300
ALBANY, NY 12205-0300

PERRY WEITZ
WEITZ & LUXENBERG
700 BROADWAY
NEW YORK, NY 10003

PETER JOHN SACRIPANTI
JOHN J. CALANDRA
DARREN AZMAN
MCDERMOTT WILL & EMERY LLP
340 MADISON AVENUE
NEW YORK, NY 10173-1922

RAND NOLEN
FLEMING & ASSOCIATES, LLP
2800 POST OAK BLVD., STE. 4000
HOUSTON, TX 77056-6109

RAYBURN COOPER & DURHAM
ATTN: JOHN R. MILLER, JR.
227 WEST TRADE STREET
SUITE 1200
CHARLOTTE, NC 28202

RAYMOND P. HARRIS, JR.
CARY SCHACHTER
SCHACHTER HARRIS LLP
220 CANAL CENTRE
400 E. LAS COLINAS BLVD.
IRVING, TX 75039

REVSTONE CASTING FAIRFIELD LLC
f/k/a DEXTER FOUNDRY INC.
ATTN: DEXTER BELL
905 WEST DEPOT
FAIRFIELD, IA 52556

ROBERT BENCH
FLEMING & ASSOCIATES, LLP
2800 POST OAK BLVD, STE. 4000
HOUSTON, TX 77056-6109

ROBERT J. LAWING
H. BRENT HELMS
ROBINSON & LAWING, L.L.P.
101 N. CHERRY STREET, SUITE 720
WINSTON-SALEM, NC 27101

ROBERT W. PHILLIPS
THE SIMMONS FIRM
1 COURT STREET
EAST ALTON, IL 62002-6267

ROBERT WIRWICZ
C/O GARRETT BRADLEY
THORNTON & NAUMES, LLP
100 SUMMER STREET
BOSTON, MA 02110

ROBINSON BRADSHAW & HINSON, PA
ATTN: JONATHAN C. KRISKO
101 N. TRYON STREET
SUITE 1900
CHARLOTTE, NC 28246

ROMAINE S. SCOTT, III
SCOTT & SCOTT LAW, LLC
POST OFFICE BOX 1248
FAIRHOPE, AL 36533

SANDER L. ESSERMAN
PETER C. D'APICE
STUTZMAN, BROMBERG, ESSERMAN &
PLIFKA, P.C.
2323 BRYAN STREET, SUITE 2200
DALLAS, TX 75201

SCOTT R. MILLER
JOHNSTON, ALLISON & HORD, P.A.
1065 EAST MOREHEAD STREET
CHARLOTTE, NC 28204

SCOTT W. WERT
FOSTER & SEAR, LLP
817 GREENVIEW DRIVE
GRAND PRARIE, TX 75050

SECURITIES & EXCHANGE COMMISSION
950 EAST PACES FERRY ROAD, N.E.
SUITE 900
ATLANTA, GA 30326-1382

SGL CARBON, LLC
ATTN: TIM BROWN
10130 PERIMETER PARKWAY, SUITE 500
CHARLOTTE, NC 28216

SHAWN M. CHRISTIANSON, ESQ.
BUCHALTER NEMER
55 2ND STREET, SUITE 1700
SAN FRANCISCO, CA 94105-3493

SHERRI HOOVER
C/O JOHN A BADAN IV
MOTLEY RICE LLC
28 BRIDGESIDE BLVD.
MT. PLEASANT, SC  29464

Simon, Greenstone, Panatier & Bartlett
Attn: Jeffrey B. Simon
3232 McKinney Avenue Suite 610
Dallas, TX 75204

SOLVAY SOLEXIS INC.
ATTN: NEZELIA SOSA
3333 RICHMOND AVENUE
HOUSTON, TX 77098

STEPHEN C. EMBRY
EMBRY AND NEUSNER
P.O. BOX 1409
GROTON, CT 06340

Susan Broadhead for James F Phillips
c/o The Lanier Law Firm PC
6810 FM 1960 West
Houston, TX 7706

THE MARITIME ASBESTOSIS LEGAL CLINIC
THE JAQUES ADMIRALTY LAW FIRM, PC
ALAN KELLMAN, ESQ.
645 GRISWOLD, SUITE 1370
DETROIT, MI 48226

THOMAS PARKER GRIFFIN, Esq.
BRADLEY ARANT BOULT CUMMINGS LLP
1819 FIFTH AVENUE NORTH
BIRMINGHAM, AL 35203

TIMOTHY KOEBERLE
C/O PETER KRAUS
WATERS & KRAUS, LLP
3219 MCKINNEY AVE.
DALLAS, TX  75204

TRAVIS W. MOON
RICHARD S. WRIGHT
MOON WRIGHT & HOUSTON, PLLC
121 W. Trade Street, Suite 1950
Charlotte, NC 28202

TREVOR W. SWETT
JEFFREY A. LIESEMER
KEVIN C. MACLAY
CAPLIN & DRYSDALE, CHARTERED
ONE THOMAS CIRCLE, NW, STE. 1100
WASHINGTON, DC 20005

U.S. Department of Health & Human Services
Attn: General Counsel
Hubert H. Humphrey Building
200 Independence Avenue, S.W.
Washington, DC  20201

UNITED STATES ATTORNEY OFFICE
ATTN: CIVIL DIVISION
227 WEST TRADE ST., STE. 1650
CHARLOTTE, NC 28202

US BANKRUPTCY  ADMINISTRATOR
ATTN: LINDA W. SIMPSON
402 W. TRADE STREET, SUITE 200
CHARLOTTE, NC 28202

WILLIAM AMES WARREN
C/O ROBERT W. PHILLIPS
THE SIMMONS FIRM
1 COURT STREET
ALTON, IL 62024-6267

# EXHIBIT B

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division**

| | |
|---|---|
| IN RE: | Case No. 10-BK-31607 |
| GARLOCK SEALING TECHNOLOGIES LLC, et al., | Chapter 11 |
| Debtors.[1] | Jointly Administered |

## ORDER ESTABLISHING SINGLE MASTER SERVICE LIST

Upon the Debtors' Motion for An Order Establishing Case Management and Notice Procedures in Oldco, LLC's Chapter 11 Case and Single Master Service List in Debtors' Chapter 11 Cases (the "Motion"); and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and upon consideration of the First Day Declaration,[2] and after due deliberation thereon; and good and sufficient cause appearing therefor;

---

[1]  The debtors in these jointly administered cases are Garlock Sealing Technologies LLC; Garrison Litigation Management Group, Ltd.; and The Anchor Packing Company.

[2]  Capitalized terms used but not defined herein shall have the meanings ascribed in the Motion.

9252188v2 25081.00011

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED.

2.      The Debtors' request to use a single Master Service List in the Garlock Bankruptcy Case and the Coltec Bankruptcy Case is hereby APPROVED.  All Filings in the Garlock Bankruptcy Case and the Coltec Bankruptcy Case shall be served upon the following list of parties and entities (the "Master Service List"):

a.      the Office of the United States Bankruptcy Administrator for the Western District of North Carolina;

b.      Coltec, Garlock, Garrison, Anchor, and their respective counsel of record;

c.      counsel of record for the committee of general unsecured creditors appointed in the Garlock Bankruptcy Case;

d.      counsel of record for the committee of general unsecured creditors appointed in the Coltec Bankruptcy Case if one is appointed by the Court;

e.      counsel of record for the Garlock Committee;

f.      the members of the Ad Hoc Committee;

g.      counsel of record for Bank of America, as proposed post-petition senior secured lender;

h.      counsel of record for the Future Asbestos Claimants' Representative in the Garlock Bankruptcy Case;

i.      the person appointed by the Court in the Coltec Bankruptcy Case as the legal representative for the interests of the holders of all future personal injury demands against Coltec and counsel of record for such legal representative;

j.      representatives of the local International Association of Machinists and Aerospace Workers;

k.      those persons who formally appear and request service in the Coltec Bankruptcy Case pursuant to Bankruptcy Rule 2002 (the "2002 List Parties");

l.      the United States of America by service upon the (i) the Securities and Exchange Commission; (ii) the Department of the Treasury by service upon the Internal Revenue Service, Attn: Insolvency Unit; (iii) the office

of the United States Attorney for the Western District of North Carolina;
(iv) the Pension Benefit Guaranty Corporation; (v) the U.S. Department of
Health & Human Services; and (vi) the Centers for Medicare & Medicaid
Services; and

m.    to the extent not set forth above, all persons and entities identified on the
Garlock Master Service List as of the date of this Motion.

3.    If the members of the Ad Hoc Committee are permitted to join the Garlock
Committee, Debtors shall not thereafter be required to serve such members of the Ad Hoc
Committee and shall be permitted to remove the members of the Ad Hoc Committee from the
Master Service List.

4.    To the extent allowed by the Bankruptcy Rules or the Local Rules of the United
States Bankruptcy Court for the Western District of North Carolina, notices may include a
statement that the relief requested in the Filing will be granted without a hearing if no objection
is timely filed.

5.    The Master Service List (after giving effect to this Order) is attached hereto as
Exhibit A.  The Debtors shall update the Master Service List on a monthly basis to include the
names and addresses of any parties-in-interest who have made a written request for notice since
the prior month, such updated Master Service List to be filed with the Court and circulated to all
parties appearing thereon only in the event that there is a change in the Master Service List.

6.    Notice given in accordance with the foregoing Notice Procedures shall be deemed
adequate pursuant to the Bankruptcy Code, the Bankruptcy Rules and the Local Rules for the
United States Bankruptcy Court for the Western District of North Carolina.

7.    Except to the extent expressly set forth herein, this Court's Order Establishing
Notice Procedures entered on June 8, 2010, in the Garlock Bankruptcy Case (D.E. 48) (the
"Garlock Notice Procedures Order"), shall remain in full force and effect.  To the extent of any

inconsistency in the terms of the Garlock Notice Procedures Order and this Order, this Order shall govern.

8.      Any party may request that the Court reconsider entry of this Order by filing a motion for reconsideration within fourteen (14) days of service of this Order.

9.      This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the implementation of this Order.

This Order has been signed electronically.  The judge's                    United States Bankruptcy Court
signature and court's seal appear at the top of the Order.

# EXHIBIT A

**Master Service List**

A. COTTON WRIGHT
GRIER FURR CRISP
101 N. TRYON ST, STE 1240,
CHARLOTTE, NC 28246

ALEXIS & FLORENCE DENIS
C/O LEE J. ROHN
ROHN & CARPENTER, LLC
1101 KING STREET
CHRISTIANSTED, ST. CROIX
US. VIRGIN ISLANDS 00820

ANDREW J. KELLY
WYLDER CORWIN KELLY LLP
207 E. WASHINGTON, STE. 102
BLOOMINGTON, IL 61701

ANN HARPER
BARON & BUDD, PC
3102 OAK LAWN AVE., STE. 1100
DALLAS, TX 75219-4283

ANTONIO E. LEWIS
KING & SPALDING LLP
100 NORTH TRYON STREET, SUITE 3900
CHARLOTTE, NC 28202

ASHLEY A. EDWARDS
PARKER POE ADAMS & BERNSTEIN LLP
401 SOUTH TRYON STREET, STE. 3000
CHARLOTTE, NC 28202

ASSOCIATED SPRING
BUSINESS OF BARNES GROUP
ATTN: JOEL RAFANIELLO
80 SCOTT SWAMP ROAD
FARMINGTON, CT 06032

BANK OF AMERICA, N.A.
c/o PARKER HUDSON RAINER & DOBBS
ATTN: C. EDWARD DOBBS
285 PEACHTREE CENTER AVE. NE
1500 MAQUIS TWO
ATLANTA, GA 30303

BRAYTON PURCELL LLP
ALAN R. BRAYTON, ESQ.
CHRISTINA C. SKUBIC, ESQ.
222 RUSH LANDING ROAD
NOVATO, CA 94948

BRIAN J. ALEXANDER
KREINDLER & KREINDLER LLP
750 THIRD AVENUE
NEW YORK, NY 10017

BRUCE J. RUZINSKY
D. ELAINE CONWAY
JACKSON WALKER L.L.P.
1401 MCKINNEY ST., STE. 1900
HOUSTON, TX 77010

BRUCE J. RUZINSKY
D. ELAINE CONWAY
JACKSON WALKER L.L.P.
1401 MCKINNEY ST., STE. 1900
HOUSTON, TX 77010

C. EDWIN ALLMAN, III, ESQ.
R. BRADFORD LEGGETT, ESQ.
ALLMAN SPRY LEGGETT & CRUMPLER
380 KNOLLWOOD STREET
WINSTON-SALEM, NC 27103-1862

CAPLIN & DRYSDALE, CHARTERED
ATTN: ELIHU INSELBUCH
600 LEXINGTON AVENUE, 21ST FLOOR
NEW YORK, NY 10022-6000

CARSON PORTWALL LP
C/O JULIE BARKER PAPE
WOMBLE CARLYLE SANDRIDGE RICE
ONE WEST FOURTH STREET
WINSTON-SALEM, NC 27101

Centers for Medicare & Medicaid Services
Attn: General Counsel
7500 Security Blvd.
Baltimore, MD  21244-1850

CHARLES & LORETTA WILLIS
C/O DAVID GREENSTONE
SIMON, EDDINS & GREENSTONE, LLP
3232 MCKINNEY AVE., SUITE 610
DALLAS, TX 75204

CHRISTOPHER K. KIPLOK
HUGHES HUBBARD & REED LLP
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

DAN CLODFELTER
PARKER POE ADAMS & BERNSTEIN LLP
THREE WELLS FARGO CENTER
401 SOUTH TRYON STREET, STE.3000
CHARLOTTE, NC 28202

DANIEL L. KELLER
KELLER, FISHBACK & JACKSON, LLP
28720 CANWOOD ST., STE 200
AGOURA HILLS, CA 91301-3465

DEBORAH L. FLETCHER
FSB FISHERBROYLES, LLP
6000 FAIRVIEW ROAD, SUITE 1200
CHARLOTTE, NC 28210

DEBORAH PAPANERI
C/O ROBERT E. PAUL
PAUL, REICH & MYERS, P.C.
1608 WALNUT STREET, SUITE 500
PHILADELPHIA, PA 19103

DENIS BURNS
C/O BRIAN T. FITZPATRICK
BELLUCK & FOX LLP
546 FIFTH AVENUE, 4TH FLOOR
NEW YORK, NY  10036

DIERDRE WOULFE PACHECO
WILENTZ GOLDMAN & SPITZER, P.A.
90 WOODBRIDGE CENTER DRIVE
WOODBRIDGE, NJ 07095

Donna Rossi, Executor of the
Estate of Leon Stone, Jr.
c/o Belluck & Fox, LLP
546 Fifth Avenue, 4th Floor
New York, NY 10036

ELIZABETH BARRY
GARLOCK SEALING TECHNOLOGIES
GARRISON LITIGATION MANAGEMENT
GROUP, LTD
349 WEST COMMERCIAL ST, STE 3050
EAST ROCHESTER, NY 14445

ELIZABETH V. HELLER, ESQ.
GOLDENBERG HELLER ANTOGNOLI &
ROWLAND, P.C.
2228 SOUTH STATE ROAD 157
EDWARDSVILLE, IL 62025

ELLEN FOX
C/O LISA NATHANSON BUSCH
WEITZ & LUXENBERG
700 BROADWAY
NEW YORK, NY 10003

ESTATE OF JOSEPH HENRY
C/O LEE J. ROHN
ROHN & CARPENTER, LLC
1101 KING STREET
CHRISTIANSTED, ST. CROIX
US VIRGIN ISLANDS 00820

EXCELLUS BLUE CROSS BLUE SHIELD
C/O WENDY A. KINSELLA
HARRIS BEACH PLLC
333 WEST WASHINGTON STREET, SUITE 200
SYRACUSE, NY 13202

GARRETT J. BRADLEY
THORNTON & NAUMES, LLP
100 SUMMER STREET
BOSTON, MA 02110

GARY TERRY
C/O COONEY & CONWAY
120 N. LASALLE STREET, SUITE 3000
CHICAGO, IL 60602

GEORGE F. SANDERSON III
ELLIS & WINTERS LLP
POST OFFICE BOX 33550
RALEIGH, NC 27636

H M CROSS & SONS INC.
ATTN: PAUL HARRISON
50 RIDGELAND ROAD
ROCHESTER, NY 14623-3112

H. LEE DAVIS, JR.
DAVIS & HAMRICK, LLP
P.O. DRAWER 20039
WINSTON-SALEM, NC 27120-0039

HEATHER M. FORREST
JACKSON WALKER L.L.P.
901 MAIN STREET, SUITE 6000
DALLAS, TX 75202

Heather M. Forrest
2323 Ross Avenue, Suite 600
Dallas, TX 75201

HILLARY CRABTREE
MOORE & VAN ALLEN PLLC
BANK OF AMERICA CORPORATE CENTER
100 NORTH TRYON STREET, STE. 4700
CHARLOTTE, NC 28202-4003

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

IRON MOUNTAIN INFO. MGMT., INC.
C/O FRANK F. MCGINN
BARTLETT HACKETT FEINBERG P.C.
155 FEDERAL STREET, 9TH FLOOR
BOSTON, MA 02110

J. DAVID BUTLER, ESQ.
RICHARDSON, PATRICK, WESTBROOK
& BRICKMAN, LLC
PO BOX 1368
BARNWELL, SC 29812

JAMES F. HUMPHREYS
JAMES F. HUMPHREYS & ASSOCIATES  L.C.
10 HALE STREET, SUITE 400
CHARLESTON, WV 25301

James J. Kennedy
c/o The Jaques Admiralty Law Firm, PC
1370 Penobscot Building
Detroit, MI 48226

JASON L. WATERS
DAVIS & HAMRICK, LLP
P.O. DRAWER 20039
WINSTON-SALEM, NC 27120-0039

JASON M. KATZ
HIERSCHE, HAYWARD, DRAKELEY &
URBACH, P.C.
15303 DALLAS PARKWAY, SUITE 700
ADDISON, TX 75001

JASON T. SHIPP, ESQ.
GOLDBERG, PERSKY & WHITE, P.C.
1030 FIFTH AVENUE
PITTSBURGH, PA 15219

JEANETTE M. GILBERT
MOTLEY RICE LLC
28 BRIDGESIDE BOULEVARD
MT. PLEASANT, SC 29464

JEFFREY S. MUTNICK
LAW OFFICE OF JEFFREY S. MUTNICK
737 SW VISTA AVENUE
PORTLAND, OR 97205

JIM W. PHILLIPS, JR.
JEFFERY E. OLEYNIK
BROOKS, PIERCE, MCLENDON, HUMPHREY &
LEONARD, LLP
PO BOX 26000
GREENSBORO, NC 27420

JODI D. HILDEBRAN, ESQ.
ALLMAN SPRY LEGGETT & CRUMPLER
380 KNOLLWOOD STREET
WINSTON-SALEM, NC 27103-1862

JOHN & DIANE ALLEN
C/O STEVEN KAZAN
KAZAN MCCLAIN LYONS
GREENWOOD & HARLEY
55 HARRISON STREET, SUITE 400
OAKLAND, CA 94607

JOHN A. BADEN, IV
MOTLEY RICE LLC
28 BRIDGESIDE BLVD.
MOUNT PLEASANT, SC 29464

JOHN D. DEMMY
STEVENS & LEE, P.C.
1105 NORTH MARKET STREET, 7TH FL.
WILMINGTON, DE 19801

JOHN D. HURST
MOTLEY RICE, LLC
28 BRIDGESIDE BOULEVARD
MT. PLEASANT, SC 29464

JOHN S. FAVATE, ESQ.
HENRY T.M. LEFEVRE-SNEE, ESQ.
HARDIN KUNDLA MCKEON & POLETTO
673 MORRIS AVENUE
SPRINGFIELD, NJ 07081

JONATHAN P. GUY
DEBRA L. FELDER
ORRICK HERRINGTON & SUTCLIFFE LLP
1152 15TH STREET, N.W.
WASHINGTON, DC 20005-1706

JOSEPH D. BOYER
C/O ALAN KELLMAN
THE JAQUES ADMIRALTY LAW FIRM
645 GRISWOLD, SUITE 1370
DETROIT, MI 48226

JOSEPH F. RICE
MOTLEY RICE LLC
28 BRIDGESIDE BOULEVARD
MT. PLEASANT, SC 29464

JOSEPH KOTS
COMMONWEALTH OF PENNSYLVANIA
DEPT OF LABOR & INDUSTRY
READING BANKRUPTCY & COMPLIANCE
625 CHERRY STREET, ROOM 203
READING, PA 19602-1152

JOSEPH M. SNYDER
CORPORATE GENERAL COUNSEL
WIDEWATERS HOTELS, LLC
5786 WIDEWATERS PKWY, STE. 3
DEWITT, NY 13214

JOSEPH W. GRIER, III
A. COTTEN WRIGHT
GRIER FURR & CRISP, PA
101 N. TRYON ST., SUITE 1240
CHARLOTTE, NC 28246

JOSEPH WHEATLEY
OLDCO, LLC
5605 CARNEGIE BLVD., SUITE 500
CHARLOTTE, NC 28209-3100

JOSHUA R. TAYLOR
JAMES E. ROCAP, III
STEPTOE & JOHNSON LLP
1330 CONNECTICUT AVENUE, N.W.
WASHINGTON, D.C. 20036

JULIE DEARY
UNION REPRESENTATIVE
1666 DIVISION STREET
PALMYRA, NY 14522

JUSTIN S. ALEX
PENSION BENEFIT GUARANTY
CORPORATION
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

King & Spalding LLP
Attn: Antonio E. Lewis
100 North Tryon Street, Suite 3900
Charlotte, NC 28202

KIRK G. WARNER
SMITH ANDERSON BLOUNT et al.
P.O. BOX 2611
RALEIGH, NC 27602-2611

LAUREN A. GOLDEN
ELLIS & WINTERS LLP
POST OFFICE BOX 33550
RALEIGH, NC 27636

LAUREN M. WEBB
THE SIMMONS FIRM
1 COURT STREET
EAST ALTON, IL 62002-6267

LEONARD P. GOLDBERGER
STEVENS & LEE, P.C.
1818 MARKET STREET, 29TH FLOOR
PHILADELPHIA, PA 19103

LINDA BOYLE
TW TELECOM INC.
10475 PARK MEADOWS DR., #400
LITTLETON, CO 80124

LISA NATHANSON BUSCH
WEITZ & LUXENBERG
700 BROADWAY
NEW YORK, NY 10003

MADONNA GUZZO
C/O JOHN LIPSITZ
LIPSITZ & PONTERIO, LLC
135 DELAWARE AVE, 5TH FLOOR
BUFFALO, NY 14202

MARK R. SNYDER
PENSION BENEFIT GUARANTY CORP.
OFFICE OF THE CHIEF COUNSEL
1200 K STREET NW, STE. 340
WASHINGTON, DC 20005-4026

MARTIN E. BEELER
COVINGTON & BURLING LLP
620 EIGHTH AVENUE
NEW YORK, NY 10018

MICHAEL BAZLEY FBO AX6869
DVI P.O. BOX 20
TRACY, CA 95378-0600

MICHAEL LARIMER OR NEIL MAUNE
MAUNE RAICHLE HARTLY
FRENCH & MUDD
1015 Locust St, Ste 1200
Saint Louis, MO 63101-1371

MICHAEL S. DAVIS
JANTRA VAN ROY
PETER JANOVSKY
ZEICHNER ELLMAN & KRAUSE LLP
1211 AVENUE OF THE AMERICAS, 40TH FL
NEW YORK, NY 10036

MONICA S. BLACKER
JACKSON WALKER L.L.P.
2323 ROSS AVE., SUITE 600
DALLAS, TX 75201

NANCY L. MANZER, ESQ.
WILMER CUTLER PICKERING
HALE & DORR LLP
1875 PENNSYLVANIA AVE., NW
WASHINGTON, DC 20006

NAVA HAZAN, ESQ.
SQUIRE SANDERS (US) LLP
30 ROCKEFELLER PLAZA, 23RD FLOOR
NEW YORK, NY 10112

NC DEPARTMENT OF REVENUE
P.O. BOX 1168
RALEIGH, NC 27602

NIAGRA BANK
C/O WILLIAM B. SCHILLER
SCHILLER & KNAPP, LLP
950 NEW LOUDON ROAD
LATHAM, NY 12110

NY STATE DEPARTMENT OF TAXATION AND
FINANCE
P.O. BOX 5300
ALBANY, NY 12205-0300

PERRY WEITZ
WEITZ & LUXENBERG
700 BROADWAY
NEW YORK, NY 10003

PETER JOHN SACRIPANTI
JOHN J. CALANDRA
DARREN AZMAN
MCDERMOTT WILL & EMERY LLP
340 MADISON AVENUE
NEW YORK, NY 10173-1922

RAND NOLEN
FLEMING & ASSOCIATES, LLP
2800 POST OAK BLVD., STE. 4000
HOUSTON, TX 77056-6109

RAYBURN COOPER & DURHAM
ATTN: JOHN R. MILLER, JR.
227 WEST TRADE STREET
SUITE 1200
CHARLOTTE, NC 28202

RAYMOND P. HARRIS, JR.
CARY SCHACHTER
SCHACHTER HARRIS LLP
220 CANAL CENTRE
400 E. LAS COLINAS BLVD.
IRVING, TX 75039

REVSTONE CASTING FAIRFIELD LLC
f/k/a DEXTER FOUNDRY INC.
ATTN: DEXTER BELL
905 WEST DEPOT
FAIRFIELD, IA 52556

ROBERT BENCH
FLEMING & ASSOCIATES, LLP
2800 POST OAK BLVD, STE. 4000
HOUSTON, TX 77056-6109

ROBERT J. LAWING
H. BRENT HELMS
ROBINSON & LAWING, L.L.P.
101 N. CHERRY STREET, SUITE 720
WINSTON-SALEM, NC 27101

ROBERT W. PHILLIPS
THE SIMMONS FIRM
1 COURT STREET
EAST ALTON, IL 62002-6267

ROBERT WIRWICZ
C/O GARRETT BRADLEY
THORNTON & NAUMES, LLP
100 SUMMER STREET
BOSTON, MA 02110

ROBINSON BRADSHAW & HINSON, PA
ATTN: JONATHAN C. KRISKO
101 N. TRYON STREET
SUITE 1900
CHARLOTTE, NC 28246

ROMAINE S. SCOTT, III
SCOTT & SCOTT LAW, LLC
POST OFFICE BOX 1248
FAIRHOPE, AL 36533

SANDER L. ESSERMAN
PETER C. D'APICE
STUTZMAN, BROMBERG, ESSERMAN &
PLIFKA, P.C.
2323 BRYAN STREET, SUITE 2200
DALLAS, TX 75201

SCOTT R. MILLER
JOHNSTON, ALLISON & HORD, P.A.
1065 EAST MOREHEAD STREET
CHARLOTTE, NC 28204

SCOTT W. WERT
FOSTER & SEAR, LLP
817 GREENVIEW DRIVE
GRAND PRARIE, TX 75050

SECURITIES & EXCHANGE COMMISSION
950 EAST PACES FERRY ROAD, N.E.
SUITE 900
ATLANTA, GA 30326-1382

SGL CARBON, LLC
ATTN: TIM BROWN
10130 PERIMETER PARKWAY, SUITE 500
CHARLOTTE, NC 28216

SHAWN M. CHRISTIANSON, ESQ.
BUCHALTER NEMER
55 2ND STREET, SUITE 1700
SAN FRANCISCO, CA 94105-3493

SHERRI HOOVER
C/O JOHN A BADAN IV
MOTLEY RICE LLC
28 BRIDGESIDE BLVD.
MT. PLEASANT, SC  29464

Simon, Greenstone, Panatier & Bartlett
Attn: Jeffrey B. Simon
3232 McKinney Avenue Suite 610
Dallas, TX 75204

SOLVAY SOLEXIS INC.
ATTN: NEZELIA SOSA
3333 RICHMOND AVENUE
HOUSTON, TX 77098

STEPHEN C. EMBRY
EMBRY AND NEUSNER
P.O. BOX 1409
GROTON, CT 06340

Susan Broadhead for James F Phillips
c/o The Lanier Law Firm PC
6810 FM 1960 West
Houston, TX 7706

THE MARITIME ASBESTOSIS LEGAL CLINIC
THE JAQUES ADMIRALTY LAW FIRM, PC
ALAN KELLMAN, ESQ.
645 GRISWOLD, SUITE 1370
DETROIT, MI 48226

THOMAS PARKER GRIFFIN, Esq.
BRADLEY ARANT BOULT CUMMINGS LLP
1819 FIFTH AVENUE NORTH
BIRMINGHAM, AL 35203

TIMOTHY KOEBERLE
C/O PETER KRAUS
WATERS & KRAUS, LLP
3219 MCKINNEY AVE.
DALLAS, TX  75204

TRAVIS W. MOON
RICHARD S. WRIGHT
MOON WRIGHT & HOUSTON, PLLC
121 W. Trade Street, Suite 1950
Charlotte, NC 28202

TREVOR W. SWETT
JEFFREY A. LIESEMER
KEVIN C. MACLAY
CAPLIN & DRYSDALE, CHARTERED
ONE THOMAS CIRCLE, NW, STE. 1100
WASHINGTON, DC 20005

U.S. Department of Health & Human Services
Attn: General Counsel
Hubert H. Humphrey Building
200 Independence Avenue, S.W.
Washington, DC  20201

UNITED STATES ATTORNEY OFFICE
ATTN: CIVIL DIVISION
227 WEST TRADE ST., STE. 1650
CHARLOTTE, NC 28202

US BANKRUPTCY  ADMINISTRATOR
ATTN: LINDA W. SIMPSON
402 W. TRADE STREET, SUITE 200
CHARLOTTE, NC 28202

WILLIAM AMES WARREN
C/O ROBERT W. PHILLIPS
THE SIMMONS FIRM
1 COURT STREET
ALTON, IL 62024-6267

# EXHIBIT C

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**Charlotte Division**

| | |
|---|---|
| IN RE: | Case No. 17-BK-30140 |
| OLDCO, LLC, SUCCESSOR BY MERGER TO COLTEC INDUSTRIES INC, | Chapter 11 |
| Debtor. | [Joint Administration Pending] |

**ORDER ESTABLISHING CASE MANAGEMENT AND NOTICE
PROCEDURES IN OLDCO, LLC'S CHAPTER 11 CASE AND SINGLE
MASTER SERVICE LIST**

Upon the Debtors' Motion for An Order Establishing Case Management and Notice Procedures in OldCo, LLC's Chapter 11 Case and Single Master Service List in Debtors' Chapter 11 Cases (the "Motion"); and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157; and upon the record herein; and upon consideration of the First Day Declaration,[1] and after due deliberation thereon, the Court makes the following findings of fact and conclusions of law:

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed in the Motion.

A.      The relief requested in the Motion is in the best interest of Coltec and its estate and the application of the Notice Procedures set forth in the Motion to the Coltec Bankruptcy Case is fair and reasonable;

B.      Adoption of the Notice Procedures in the Coltec Bankruptcy Case will substantially reduce administrative burdens and result in substantial cost savings to Coltec's estate because of the reduction of time and money Coltec will have to expend on the Filings;

C.      Adoption of the Notice Procedures in the Coltec Bankruptcy Case will also significantly reduce the administrative and economic burden placed on creditors and parties in interest when filing the Filings;

D.      The Notice Procedures are tailored to attempt to ensure that all parties in interest that may be directly affected by the relief sought by a particular Filing or Adversary Pleading will receive notice of such Filing or Adversary Pleading directly from the party submitting the Filing or Adversary Pleading to the Court; and

E.      Notice of the Motion has been due and sufficient under the circumstances.  Now, therefore, based upon the foregoing,

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED.

2.      The Notice Procedures are hereby APPROVED for use in the Coltec Bankruptcy Case.  All Filings and Adversary Pleadings in the Coltec Bankruptcy Case shall be subject to the Notice Procedures, unless otherwise ordered by this Court (including, without limitation, an order upon Coltec's motion to limit notice of the commencement of the Coltec Bankruptcy Case).

9249677v6 25081.00011

3.      Notice in the Coltec Bankruptcy Case is hereby limited to only (a) those parties and entities listed in the Master Service List (defined below), (b) those parties as may be necessary under the procedures described in Paragraph 4 below, and (c) each party with a particularized interest in the subject of the Filing or directly affected by the Filing.

4.      If notices are required by Bankruptcy Rules 2002(a)(2), (3) or (6), 4001, 6004, 6006, 6007, or 9019, parties shall serve all such Filings on the Master Service List and also in accordance with the following procedures, unless otherwise authorized by this Court:

> a.      Filings related to the use, sale, lease or abandonment of property other than in the ordinary course of business shall be served on each entity having a known interest in the property;
>
> b.      Filings related to relief from, or otherwise related to, the automatic stay shall be served on each entity having a lien or encumbrance on the affected property;
>
> c.      Filings relating to obtaining credit shall be served on each entity with a lien or other interest in property on which a lien is proposed to be granted;
>
> d.      Filings relating to approval of proposed compromises or settlements shall be served on any entity that is a party to the compromise or settlement or which may be directly adversely affected thereby;
>
> e.      Filings relating to rights under section 365 of the Bankruptcy Code shall be served on each party to the executory contract(s) or unexpired lease(s) affected thereby; and
>
> f.      Notice of other matters for which the Bankruptcy Rules specifically require notice to all parties in interest shall be served on all creditors and equity holders of Coltec and parties in interest, except as set forth herein or as otherwise authorized by this Court.

5.      Except as set forth herein or as otherwise authorized by the Court, proceedings described in Bankruptcy Rule 2002 shall be noticed in accordance with the applicable provisions of that rule.

6.      Any entity submitting a Filing is required to serve notice of such Filing on the parties entitled to service of the Filing and the 2002 List Parties (as defined below), and such

notice must include the title of the Filing, the time and date of any objection deadline, and the Applicable Hearing Date.

7.    The request to use a single Master Service List in the Garlock Bankruptcy Case and the Coltec Bankruptcy Case is hereby APPROVED.  All Filings in the Garlock Bankruptcy Case and the Coltec Bankruptcy Case shall be served upon the following list of parties and entities (the "Master Service List"):

a.    the Office of the United States Bankruptcy Administrator for the Western District of North Carolina;

b.    Coltec, Garlock, Garrison, Anchor, and their respective counsel of record;

c.    counsel of record for the committee of general unsecured creditors appointed in the Garlock Bankruptcy Case;

d.    counsel of record for the committee of general unsecured creditors appointed in the Coltec Bankruptcy Case if one is appointed by the Court;

e.    counsel of record for the Garlock Committee;

f.    the members of the Ad Hoc Committee;

g.    counsel of record for Bank of America, as post-petition senior secured lender;

h.    counsel of record for the Future Asbestos Claimants' Representative in the Garlock Bankruptcy Case;

i.    the person appointed by the Court in the Coltec Bankruptcy Case as the legal representative for the interests of the holders of all future personal injury claims and demands against Coltec and counsel of record for such legal representative;

j.    representatives of the local International Association of Machinists and Aerospace Workers;

k.    those persons who formally appear and request service in the Coltec Bankruptcy Case pursuant to Bankruptcy Rule 2002 (the "2002 List Parties");

l.    the United States of America by service upon (i) the Securities and Exchange Commission; (ii) the Department of the Treasury by service upon the Internal Revenue Service, Attn: Insolvency Unit; (iii) the office

4

of the United States Attorney for the Western District of North Carolina; (iv) the Pension Benefit Guaranty Corporation; (v) the U.S. Department of Health & Human Services; and (vi) the Centers for Medicare & Medicaid Services; and

m.  to the extent not set forth above, all persons and entities identified on the Garlock Master Service List as of the date of this Motion.

8.      If the members of the Ad Hoc Committee are permitted to join the Garlock Committee, Debtors shall not thereafter be required to serve such members of the Ad Hoc Committee and shall be permitted to remove the members of the Ad Hoc Committee from the Master Service List.

9.      To the extent allowed by the Bankruptcy Rules or the Local Rules of the United States Bankruptcy Court for the Western District of North Carolina, notices may include a statement that the relief requested in the Filing will be granted without a hearing if no objection is timely filed.

10.      The Master Service List (after giving effect to this Order) is attached hereto as Exhibit A.  The Debtors shall update the Master Service List on a monthly basis to include the names and addresses of any parties-in-interest who have made a written request for notice since the prior month, such updated Master Service List to be filed with the Court and circulated to all parties appearing thereon only in the event that there is a change in the Master Service List.

11.      Notice given in accordance with the foregoing Notice Procedures shall be deemed adequate pursuant to the Bankruptcy Code, the Bankruptcy Rules and the Local Rules for the United States Bankruptcy Court for the Western District of North Carolina.

12.      Any party may request that the Court reconsider entry of this Order by filing a motion for reconsideration within fourteen (14) days of service of this Order.

9249677v6 25081.00011

13.     This Court shall retain jurisdiction with respect to any matters, claims, rights or

disputes arising from or related to the implementation of this Order.

This Order has been signed electronically.  The judge's                United States Bankruptcy Court
signature and court's seal appear at the top of the Order.

# EXHIBIT A

**Master Service List**

A. COTTON WRIGHT
GRIER FURR CRISP
101 N. TRYON ST, STE 1240,
CHARLOTTE, NC 28246

ALEXIS & FLORENCE DENIS
C/O LEE J. ROHN
ROHN & CARPENTER, LLC
1101 KING STREET
CHRISTIANSTED, ST. CROIX
US. VIRGIN ISLANDS 00820

ANDREW J. KELLY
WYLDER CORWIN KELLY LLP
207 E. WASHINGTON, STE. 102
BLOOMINGTON, IL 61701

ANN HARPER
BARON & BUDD, PC
3102 OAK LAWN AVE., STE. 1100
DALLAS, TX 75219-4283

ANTONIO E. LEWIS
KING & SPALDING LLP
100 NORTH TRYON STREET, SUITE 3900
CHARLOTTE, NC 28202

ASHLEY A. EDWARDS
PARKER POE ADAMS & BERNSTEIN LLP
401 SOUTH TRYON STREET, STE. 3000
CHARLOTTE, NC 28202

ASSOCIATED SPRING
BUSINESS OF BARNES GROUP
ATTN: JOEL RAFANIELLO
80 SCOTT SWAMP ROAD
FARMINGTON, CT 06032

BANK OF AMERICA, N.A.
c/o PARKER HUDSON RAINER & DOBBS
ATTN: C. EDWARD DOBBS
285 PEACHTREE CENTER AVE. NE
1500 MAQUIS TWO
ATLANTA, GA 30303

BRAYTON PURCELL LLP
ALAN R. BRAYTON, ESQ.
CHRISTINA C. SKUBIC, ESQ.
222 RUSH LANDING ROAD
NOVATO, CA 94948

BRIAN J. ALEXANDER
KREINDLER & KREINDLER LLP
750 THIRD AVENUE
NEW YORK, NY 10017

BRUCE J. RUZINSKY
D. ELAINE CONWAY
JACKSON WALKER L.L.P.
1401 MCKINNEY ST., STE. 1900
HOUSTON, TX 77010

BRUCE J. RUZINSKY
D. ELAINE CONWAY
JACKSON WALKER L.L.P.
1401 MCKINNEY ST., STE. 1900
HOUSTON, TX 77010

C. EDWIN ALLMAN, III, ESQ.
R. BRADFORD LEGGETT, ESQ.
ALLMAN SPRY LEGGETT & CRUMPLER
380 KNOLLWOOD STREET
WINSTON-SALEM, NC 27103-1862

CAPLIN & DRYSDALE, CHARTERED
ATTN: ELIHU INSELBUCH
600 LEXINGTON AVENUE, 21ST FLOOR
NEW YORK, NY 10022-6000

CARSON PORTWALL LP
C/O JULIE BARKER PAPE
WOMBLE CARLYLE SANDRIDGE RICE
ONE WEST FOURTH STREET
WINSTON-SALEM, NC 27101

Centers for Medicare & Medicaid Services
Attn: General Counsel
7500 Security Blvd.
Baltimore, MD 21244-1850

CHARLES & LORETTA WILLIS
C/O DAVID GREENSTONE
SIMON, EDDINS & GREENSTONE, LLP
3232 MCKINNEY AVE., SUITE 610
DALLAS, TX 75204

CHRISTOPHER K. KIPLOK
HUGHES HUBBARD & REED LLP
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

DAN CLODFELTER
PARKER POE ADAMS & BERNSTEIN LLP
THREE WELLS FARGO CENTER
401 SOUTH TRYON STREET, STE.3000
CHARLOTTE, NC 28202

DANIEL L. KELLER
KELLER, FISHBACK & JACKSON, LLP
28720 CANWOOD ST., STE 200
AGOURA HILLS, CA 91301-3465

DEBORAH L. FLETCHER
FSB FISHERBROYLES, LLP
6000 FAIRVIEW ROAD, SUITE 1200
CHARLOTTE, NC 28210

DEBORAH PAPANERI
C/O ROBERT E. PAUL
PAUL, REICH & MYERS, P.C.
1608 WALNUT STREET, SUITE 500
PHILADELPHIA, PA 19103

DENIS BURNS
C/O BRIAN T. FITZPATRICK
BELLUCK & FOX LLP
546 FIFTH AVENUE, 4TH FLOOR
NEW YORK, NY 10036

DIERDRE WOULFE PACHECO
WILENTZ GOLDMAN & SPITZER, P.A.
90 WOODBRIDGE CENTER DRIVE
WOODBRIDGE, NJ 07095

Donna Rossi, Executor of the
Estate of Leon Stone, Jr.
c/o Belluck & Fox, LLP
546 Fifth Avenue, 4th Floor
New York, NY 10036

ELIZABETH BARRY
GARLOCK SEALING TECHNOLOGIES
GARRISON LITIGATION MANAGEMENT
GROUP, LTD
349 WEST COMMERCIAL ST, STE 3050
EAST ROCHESTER, NY 14445

ELIZABETH V. HELLER, ESQ.
GOLDENBERG HELLER ANTOGNOLI &
ROWLAND, P.C.
2228 SOUTH STATE ROAD 157
EDWARDSVILLE, IL 62025

ELLEN FOX
C/O LISA NATHANSON BUSCH
WEITZ & LUXENBERG
700 BROADWAY
NEW YORK, NY 10003

ESTATE OF JOSEPH HENRY
C/O LEE J. ROHN
ROHN & CARPENTER, LLC
1101 KING STREET
CHRISTIANSTED, ST. CROIX
US VIRGIN ISLANDS 00820

EXCELLUS BLUE CROSS BLUE SHIELD
C/O WENDY A. KINSELLA
HARRIS BEACH PLLC
333 WEST WASHINGTON STREET, SUITE 200
SYRACUSE, NY 13202

GARRETT J. BRADLEY
THORNTON & NAUMES, LLP
100 SUMMER STREET
BOSTON, MA 02110

GARY TERRY
C/O COONEY & CONWAY
120 N. LASALLE STREET, SUITE 3000
CHICAGO, IL 60602

GEORGE F. SANDERSON III
ELLIS & WINTERS LLP
POST OFFICE BOX 33550
RALEIGH, NC 27636

H M CROSS & SONS INC.
ATTN: PAUL HARRISON
50 RIDGELAND ROAD
ROCHESTER, NY 14623-3112

H. LEE DAVIS, JR.
DAVIS & HAMRICK, LLP
P.O. DRAWER 20039
WINSTON-SALEM, NC 27120-0039

HEATHER M. FORREST
JACKSON WALKER L.L.P.
901 MAIN STREET, SUITE 6000
DALLAS, TX 75202

Heather M. Forrest
2323 Ross Avenue, Suite 600
Dallas, TX 75201

HILLARY CRABTREE
MOORE & VAN ALLEN PLLC
BANK OF AMERICA CORPORATE CENTER
100 NORTH TRYON STREET, STE. 4700
CHARLOTTE, NC 28202-4003

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

IRON MOUNTAIN INFO. MGMT., INC.
C/O FRANK F. MCGINN
BARTLETT HACKETT FEINBERG P.C.
155 FEDERAL STREET, 9TH FLOOR
BOSTON, MA 02110

J. DAVID BUTLER, ESQ.
RICHARDSON, PATRICK, WESTBROOK
& BRICKMAN, LLC
PO BOX 1368
BARNWELL, SC 29812

JAMES F. HUMPHREYS
JAMES F. HUMPHREYS & ASSOCIATES  L.C.
10 HALE STREET, SUITE 400
CHARLESTON, WV  25301

James J. Kennedy
c/o The Jaques Admiralty Law Firm, PC
1370 Penobscot Building
Detroit, MI 48226

JASON L. WATERS
DAVIS & HAMRICK, LLP
P.O. DRAWER 20039
WINSTON-SALEM, NC 27120-0039

JASON M. KATZ
HIERSCHE, HAYWARD, DRAKELEY &
URBACH, P.C.
15303 DALLAS PARKWAY, SUITE 700
ADDISON, TX 75001

JASON T. SHIPP, ESQ.
GOLDBERG, PERSKY & WHITE, P.C.
1030 FIFTH AVENUE
PITTSBURGH, PA 15219

JEANETTE M. GILBERT
MOTLEY RICE LLC
28 BRIDGESIDE BOULEVARD
MT. PLEASANT, SC 29464

JEFFREY S. MUTNICK
LAW OFFICE OF JEFFREY S. MUTNICK
737 SW VISTA AVENUE
PORTLAND, OR 97205

JIM W. PHILLIPS, JR.
JEFFERY E. OLEYNIK
BROOKS, PIERCE, MCLENDON, HUMPHREY &
LEONARD, LLP
PO BOX 26000
GREENSBORO, NC 27420

JODI D. HILDEBRAN, ESQ.
ALLMAN SPRY LEGGETT & CRUMPLER
380 KNOLLWOOD STREET
WINSTON-SALEM, NC 27103-1862

JOHN & DIANE ALLEN
C/O STEVEN KAZAN
KAZAN MCCLAIN LYONS
GREENWOOD & HARLEY
55 HARRISON STREET, SUITE 400
OAKLAND, CA 94607

JOHN A. BADEN, IV
MOTLEY RICE LLC
28 BRIDGESIDE BLVD.
MOUNT PLEASANT, SC 29464

JOHN D. DEMMY
STEVENS & LEE, P.C.
1105 NORTH MARKET STREET, 7TH FL.
WILMINGTON, DE 19801

JOHN D. HURST
MOTLEY RICE, LLC
28 BRIDGESIDE BOULEVARD
MT. PLEASANT, SC 29464

JOHN S. FAVATE, ESQ.
HENRY T.M. LEFEVRE-SNEE, ESQ.
HARDIN KUNDLA MCKEON & POLETTO
673 MORRIS AVENUE
SPRINGFIELD, NJ 07081

JONATHAN P. GUY
DEBRA L. FELDER
ORRICK HERRINGTON & SUTCLIFFE LLP
1152 15TH STREET, N.W.
WASHINGTON, DC 20005-1706

JOSEPH D. BOYER
C/O ALAN KELLMAN
THE JAQUES ADMIRALTY LAW FIRM
645 GRISWOLD, SUITE 1370
DETROIT, MI 48226

JOSEPH F. RICE
MOTLEY RICE LLC
28 BRIDGESIDE BOULEVARD
MT. PLEASANT, SC 29464

JOSEPH KOTS
COMMONWEALTH OF PENNSYLVANIA
DEPT OF LABOR & INDUSTRY
READING BANKRUPTCY & COMPLIANCE
625 CHERRY STREET, ROOM 203
READING, PA 19602-1152

JOSEPH M. SNYDER
CORPORATE GENERAL COUNSEL
WIDEWATERS HOTELS, LLC
5786 WIDEWATERS PKWY, STE. 3
DEWITT, NY 13214

JOSEPH W. GRIER, III
A. COTTEN WRIGHT
GRIER FURR & CRISP, PA
101 N. TRYON ST., SUITE 1240
CHARLOTTE, NC 28246

JOSEPH WHEATLEY
OLDCO, LLC
5605 CARNEGIE BLVD., SUITE 500
CHARLOTTE, NC 28209-3100

JOSHUA R. TAYLOR
JAMES E. ROCAP, III
STEPTOE & JOHNSON LLP
1330 CONNECTICUT AVENUE, N.W.
WASHINGTON, D.C. 20036

JULIE DEARY
UNION REPRESENTATIVE
1666 DIVISION STREET
PALMYRA, NY 14522

JUSTIN S. ALEX
PENSION BENEFIT GUARANTY
CORPORATION
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W., SUITE 340
WASHINGTON, DC 20005-4026

King & Spalding LLP
Attn: Antonio E. Lewis
100 North Tryon Street, Suite 3900
Charlotte, NC 28202

KIRK G. WARNER
SMITH ANDERSON BLOUNT et al.
P.O. BOX 2611
RALEIGH, NC 27602-2611

LAUREN A. GOLDEN
ELLIS & WINTERS LLP
POST OFFICE BOX 33550
RALEIGH, NC 27636

LAUREN M. WEBB
THE SIMMONS FIRM
1 COURT STREET
EAST ALTON, IL 62002-6267

LEONARD P. GOLDBERGER
STEVENS & LEE, P.C.
1818 MARKET STREET, 29TH FLOOR
PHILADELPHIA, PA 19103

LINDA BOYLE
TW TELECOM INC.
10475 PARK MEADOWS DR., #400
LITTLETON, CO 80124

LISA NATHANSON BUSCH
WEITZ & LUXENBERG
700 BROADWAY
NEW YORK, NY 10003

MADONNA GUZZO
C/O JOHN LIPSITZ
LIPSITZ & PONTERIO, LLC
135 DELAWARE AVE, 5TH FLOOR
BUFFALO, NY 14202

MARK R. SNYDER
PENSION BENEFIT GUARANTY CORP.
OFFICE OF THE CHIEF COUNSEL
1200 K STREET NW, STE. 340
WASHINGTON, DC 20005-4026

MARTIN E. BEELER
COVINGTON & BURLING LLP
620 EIGHTH AVENUE
NEW YORK, NY 10018

MICHAEL BAZLEY FBO AX6869
DVI P.O. BOX 20
TRACY, CA 95378-0600

MICHAEL LARIMER OR NEIL MAUNE
MAUNE RAICHLE HARTLY
FRENCH & MUDD
1015 Locust St, Ste 1200
Saint Louis, MO 63101-1371

MICHAEL S. DAVIS
JANTRA VAN ROY
PETER JANOVSKY
ZEICHNER ELLMAN & KRAUSE LLP
1211 AVENUE OF THE AMERICAS, 40TH FL
NEW YORK, NY 10036

MONICA S. BLACKER
JACKSON WALKER L.L.P.
2323 ROSS AVE., SUITE 600
DALLAS, TX 75201

NANCY L. MANZER, ESQ.
WILMER CUTLER PICKERING
HALE & DORR LLP
1875 PENNSYLVANIA AVE., NW
WASHINGTON, DC 20006

NAVA HAZAN, ESQ.
SQUIRE SANDERS (US) LLP
30 ROCKEFELLER PLAZA, 23RD FLOOR
NEW YORK, NY 10112

NC DEPARTMENT OF REVENUE
P.O. BOX 1168
RALEIGH, NC 27602

NIAGRA BANK
C/O WILLIAM B. SCHILLER
SCHILLER & KNAPP, LLP
950 NEW LOUDON ROAD
LATHAM, NY 12110

NY STATE DEPARTMENT OF TAXATION AND
FINANCE
P.O. BOX 5300
ALBANY, NY 12205-0300

PERRY WEITZ
WEITZ & LUXENBERG
700 BROADWAY
NEW YORK, NY 10003

PETER JOHN SACRIPANTI
JOHN J. CALANDRA
DARREN AZMAN
MCDERMOTT WILL & EMERY LLP
340 MADISON AVENUE
NEW YORK, NY 10173-1922

RAND NOLEN
FLEMING & ASSOCIATES, LLP
2800 POST OAK BLVD., STE. 4000
HOUSTON, TX 77056-6109

RAYBURN COOPER & DURHAM
ATTN: JOHN R. MILLER, JR.
227 WEST TRADE STREET
SUITE 1200
CHARLOTTE, NC 28202

RAYMOND P. HARRIS, JR.
CARY SCHACHTER
SCHACHTER HARRIS LLP
220 CANAL CENTRE
400 E. LAS COLINAS BLVD.
IRVING, TX 75039

REVSTONE CASTING FAIRFIELD LLC
f/k/a DEXTER FOUNDRY INC.
ATTN: DEXTER BELL
905 WEST DEPOT
FAIRFIELD, IA 52556

ROBERT BENCH
FLEMING & ASSOCIATES, LLP
2800 POST OAK BLVD, STE. 4000
HOUSTON, TX 77056-6109

ROBERT J. LAWING
H. BRENT HELMS
ROBINSON & LAWING, L.L.P.
101 N. CHERRY STREET, SUITE 720
WINSTON-SALEM, NC 27101

ROBERT W. PHILLIPS
THE SIMMONS FIRM
1 COURT STREET
EAST ALTON, IL 62002-6267

ROBERT WIRWICZ
C/O GARRETT BRADLEY
THORNTON & NAUMES, LLP
100 SUMMER STREET
BOSTON, MA 02110

ROBINSON BRADSHAW & HINSON, PA
ATTN: JONATHAN C. KRISKO
101 N. TRYON STREET
SUITE 1900
CHARLOTTE, NC 28246

ROMAINE S. SCOTT, III
SCOTT & SCOTT LAW, LLC
POST OFFICE BOX 1248
FAIRHOPE, AL 36533

SANDER L. ESSERMAN
PETER C. D'APICE
STUTZMAN, BROMBERG, ESSERMAN &
PLIFKA, P.C.
2323 BRYAN STREET, SUITE 2200
DALLAS, TX 75201

SCOTT R. MILLER
JOHNSTON, ALLISON & HORD, P.A.
1065 EAST MOREHEAD STREET
CHARLOTTE, NC 28204

SCOTT W. WERT
FOSTER & SEAR, LLP
817 GREENVIEW DRIVE
GRAND PRARIE, TX 75050

SECURITIES & EXCHANGE COMMISSION
950 EAST PACES FERRY ROAD, N.E.
SUITE 900
ATLANTA, GA 30326-1382

SGL CARBON, LLC
ATTN: TIM BROWN
10130 PERIMETER PARKWAY, SUITE 500
CHARLOTTE, NC 28216

SHAWN M. CHRISTIANSON, ESQ.
BUCHALTER NEMER
55 2ND STREET, SUITE 1700
SAN FRANCISCO, CA 94105-3493

SHERRI HOOVER
C/O JOHN A BADAN IV
MOTLEY RICE LLC
28 BRIDGESIDE BLVD.
MT. PLEASANT, SC  29464

Simon, Greenstone, Panatier & Bartlett
Attn: Jeffrey B. Simon
3232 McKinney Avenue Suite 610
Dallas, TX 75204

SOLVAY SOLEXIS INC.
ATTN: NEZELIA SOSA
3333 RICHMOND AVENUE
HOUSTON, TX 77098

STEPHEN C. EMBRY
EMBRY AND NEUSNER
P.O. BOX 1409
GROTON, CT 06340

Susan Broadhead for James F Phillips
c/o The Lanier Law Firm PC
6810 FM 1960 West
Houston, TX 7706

THE MARITIME ASBESTOSIS LEGAL CLINIC
THE JAQUES ADMIRALTY LAW FIRM, PC
ALAN KELLMAN, ESQ.
645 GRISWOLD, SUITE 1370
DETROIT, MI 48226

THOMAS PARKER GRIFFIN, Esq.
BRADLEY ARANT BOULT CUMMINGS LLP
1819 FIFTH AVENUE NORTH
BIRMINGHAM, AL 35203

TIMOTHY KOEBERLE
C/O PETER KRAUS
WATERS & KRAUS, LLP
3219 MCKINNEY AVE.
DALLAS, TX  75204

TRAVIS W. MOON
RICHARD S. WRIGHT
MOON WRIGHT & HOUSTON, PLLC
121 W. Trade Street, Suite 1950
Charlotte, NC 28202

TREVOR W. SWETT
JEFFREY A. LIESEMER
KEVIN C. MACLAY
CAPLIN & DRYSDALE, CHARTERED
ONE THOMAS CIRCLE, NW, STE. 1100
WASHINGTON, DC 20005

U.S. Department of Health & Human Services
Attn: General Counsel
Hubert H. Humphrey Building
200 Independence Avenue, S.W.
Washington, DC  20201

UNITED STATES ATTORNEY OFFICE
ATTN: CIVIL DIVISION
227 WEST TRADE ST., STE. 1650
CHARLOTTE, NC 28202

US BANKRUPTCY  ADMINISTRATOR
ATTN: LINDA W. SIMPSON
402 W. TRADE STREET, SUITE 200
CHARLOTTE, NC 28202

WILLIAM AMES WARREN
C/O ROBERT W. PHILLIPS
THE SIMMONS FIRM
1 COURT STREET
ALTON, IL 62024-6267