**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**Charlotte Division**

| | |
|---|---|
| IN RE: | Case No. 17-BK-30140 |
| OLDCO, LLC, SUCCESSOR BY MERGER TO COLTEC INDUSTRIES INC, | Chapter 11 |
| Debtor. | [Joint Administration Pending][1] |

**DEBTOR'S MOTION TO APPROVE SOLICITATION AND CONFIRMATION**
**PROCEDURES AND SCHEDULE FOR CONFIRMATION OF THE JOINT PLAN**

OldCo, LLC, debtor and debtor-in-possession in the above-captioned case and successor by merger to Coltec Industries Inc ("Coltec" or "Debtor"),[2] moves the Court for entry of an Order (A) approving the procedures used for its prepetition solicitation and tabulation of votes to accept or reject the Joint Plan (as defined below) and (B) establishing dates and deadlines in connection with approval of the Disclosure Statement (as defined below) and confirmation of the Joint Plan (this "Motion"). In support of this Motion, Coltec respectfully states as follows:

**JURISDICTION AND VENUE**

1.      This Court has jurisdiction over this Motion under 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of these proceedings and this Motion is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

---

[1]    Contemporaneously with filing this Motion, Coltec moved to have its chapter 11 case jointly administered with the chapter 11 cases of *In re Garlock Sealing Technologies LLC* (10-BK-31607), *In re Garrison Litigation Management Group, Ltd.* (10-BK-31608) and *In re The Anchor Packing Company* (10-BK-31606), with *In re Garlock Sealing Technologies LLC* serving as the lead case.

[2]    For convenience, the term "Coltec" in this Motion refers to OldCo, LLC's predecessor, Coltec Industries Inc, when referring to events prior to the Coltec Restructuring and refers to OldCo, LLC when referring to events subsequent to the Coltec Restructuring.

2.      The statutory bases for the relief requested herein are sections 105, 1125, 1126 and 1128 of title 11 of the United States Code, (the "Bankruptcy Code") and Rules 2002, 3017, 3018 and 3020 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

## BACKGROUND

3.      On January 30, 2017 (the "Coltec Petition Date"), Coltec filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "Coltec Bankruptcy Case").  Coltec is operating its business and managing its property as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee, examiner or creditors' committee has been appointed in the Coltec Bankruptcy Case.

4.      For additional background information regarding Coltec's history and corporate structure and events leading to the Coltec Petition Date, Coltec refers the Court and parties in interest to the Debtors' Motion for Order Directing Joint Administration of Related Chapter 11 Cases filed herein (the "Joint Administration Motion") and the Declaration of Joseph Wheatley in Support of OldCo, LLC's Chapter 11 Petition and First Day Motions filed herein (the "First Day Declaration").[3] In support of this Motion, Coltec relies on the First Day Declaration.

## RELIEF REQUESTED

5.      By this Motion, Coltec seeks approval of solicitation and confirmation procedures that largely mirror the solicitation and confirmation procedures the Court has already approved in the Garlock Bankruptcy Case (D.E. 5445) (the "Garlock Confirmation Procedures Order"), with the knowledge that Coltec intended to file the Coltec Bankruptcy Case if both GST Asbestos Claimants and Coltec Asbestos Claimants accepted the Joint Plan. Thus, Coltec

---

[3]  Unless defined in this Motion, capitalized terms have the meanings ascribed to them in the Joint Plan and the Joint Administration Motion.

9240049                                    2

requests that the Court award Coltec in the Coltec Bankruptcy Case the same relief that the Court awarded the Garlock Debtors in the Garlock Bankruptcy Case.

6.  Accordingly, by this Motion, Coltec requests that the Court enter an order, substantially in the form attached hereto as Exhibit A, (a) approving the Notice Program and the Supplemental Notice Program (as each is defined below); (b) approving the forms of Ballots, the Confirmation Hearing Notice, the Notice of Non-Voting Status, the Notice of Simultaneous Solicitation of GST Asbestos Claimants and Coltec Asbestos Claimants, the form of Publication Notice, the Coltec Notice of Non-Voting Status and the Coltec Disclosure Statement and Confirmation Hearing Notice (each as defined or used below and collectively, the "Solicitation Documents"); (c) establishing dates and deadlines in connection with approval of the Disclosure Statement and confirmation of the Joint Plan; (d) approving the Voting Procedures (as defined below) used for Coltec's prepetition solicitation and tabulation of votes to accept or reject the Joint Plan; and (e) granting related relief.

## BASIS FOR RELIEF REQUESTED

**A.  This Motion Seeks Approval of the Notice Program Used in the Garlock Bankruptcy Case and a Supplemental Notice Program That Will Give Due Process to Claimants.**

7.  This Motion seeks approval of the notice program approved by this Court in the Garlock Bankruptcy Case in the Garlock Confirmation Procedures Order (the "Notice Program").  The Notice Program, attached hereto as Exhibit B, was devised by Kinsella Media, LLC ("Kinsella"), the notice agent appointed by the Court in the Garlock Bankruptcy Case. The Notice Program was implemented by Kinsella and the Balloting Agent in accordance with the Garlock Confirmation Procedures Order. Coltec submits that the Notice Program gave Asbestos Claimants notice of the Joint Plan and the confirmation hearing in an effective manner.  It also

provided for direct notice to known Asbestos Claimants of Garlock and Coltec and publication notice through print media, electronic media and television advertising, all designed based on Kinsella's expertise to give effective notice to potential Asbestos Claimants. The Notice Program, coupled with the appointment and participation of the Asbestos Claimants' Representatives, satisfied the dictates of due process.

8.    Under the Notice Program, known Class 5 Asbestos Claimants received a Solicitation Package (as defined in the Voting Procedures) that included, as relevant to this Motion:

a.    the Garlock Confirmation Procedures Order;

b.    the Disclosure Statement;

c.    the Disclosure Statement Exhibits (with the Joint Plan as an exhibit);

d.    the Voting Procedures;

e.    the forms of Ballots (as defined in the Voting Procedures), attached as Exhibits 2A, 2B and 2C to the Garlock Confirmation Procedures Order;

f.    the Confirmation Hearing Notice (as defined in the Voting Procedures), attached as Exhibit 3 to the Garlock Confirmation Procedures Order;

g.    the Notice of Simultaneous Solicitation of GST Asbestos Claimants and Coltec Asbestos Claimants (as defined in the Voting Procedures), attached as Exhibit 5 to the Garlock Confirmation Procedures Order;

h.    A copy of Official Bankruptcy Form No. 410;

i.    The Statement in Support of Proposed Reorganization Plan by the Official Committee of Asbestos Personal Injury Claimants of Garlock Sealing Technologies LLC and Ad Hoc Coltec Asbestos Claimants Committee (the "Committee Letter"); and

j.    A pre-addressed return envelope.

9.    Similarly, under the Notice Program, Class 9 GST/Garrison Equity Interest holders—the only other class entitled to vote on the Joint Plan—received a Solicitation Package.

10.    Non-voting claimants and non-voting holders of equity interests received a Solicitation Package (without the Notice of Simultaneous Solicitation, return envelope, or Committee Letter) and a copy of the Court-approved Notice of Non-Voting Status, which was attached as Exhibit 4 to the Garlock Confirmation Procedures Order.

11.    To specifically and clearly identify that the solicitation of the Joint Plan applied to both GST Asbestos Claimants and to Coltec Asbestos Claimants, the Solicitation Package included, as noted in paragraph 8 above, a Notice of Simultaneous Solicitation of GST Asbestos Claimants and Coltec Asbestos Claimants.  That notice explained the nature of the solicitation, including that the solicitation pertained to a Joint Plan that will resolve Coltec Asbestos Claims, that Coltec had not yet filed a chapter 11 case but would do so pursuant to the Joint Plan, and that the Court had not yet approved solicitation documents to the extent they relate to Coltec Asbestos Claimants because Coltec had not yet filed a chapter 11 case.

12.    After the transmission of notice to known parties, Coltec prepared, or caused the Balloting Agent (as defined in the Voting Procedures) to prepare, affidavits of service or other submissions that demonstrated the service of a Solicitation Package upon known Asbestos Claimants and other parties in interest consistent with the Notice Program.

13.    The Notice Program devised by Kinsella also implemented measures to provide publication notice to unknown GST Asbestos Claimants and Coltec Asbestos Claimants to give them information about the Garlock Bankruptcy Case, this chapter 11 case, their rights to vote, and their rights to be heard at confirmation.  The form of notice used for publications, whether in print media, electronic media or television advertising, was designed by Kinsella to alert Asbestos Claimants that their rights may be affected and used plain language that could be

9240049                                                         5

understood by claimants.  A copy of the form of this notice (the "Publication Notice") used in the Notice Program was attached as <u>Exhibit 6</u> to the Garlock Confirmation Procedures Order.

14.    In addition to having implemented the Notice Program before the Coltec Petition Date, Coltec proposes to send to the Commencement Notice Parties,[4] to the extent they did not receive a Solicitation Package before the Coltec Petition Date (the "Supplemental Notice Program"), a package containing the following (collectively, the "Confirmation Hearing Package"):

a.    the Joint Plan;

b.    the Disclosure Statement;

c.    the Order on this Motion;

d.    the Coltec Notice of Non-Voting Status, the proposed form of which is attached hereto as <u>Exhibit C</u>; and

e.    the Coltec Disclosure Statement and Confirmation Hearing Notice, the proposed form of which is attached hereto as <u>Exhibit D</u>.

15.    Coltec believes that, based upon the number of Commencement Notice Parties to whom the Confirmation Hearing Package is to be mailed, the Notice Agent (as defined in the Commencement Notice Procedures Motion) can initiate and complete the mailing of the Confirmation Hearing Packages within approximately three (3) business days after the date of entry of the Order on this Motion.  Since the proposed Coltec asbestos claims bar date and the deadline for objecting to confirmation of the Joint Plan are not until March 24, 2017, parties in interest will have adequate time from the mailing of the Confirmation Hearing Packages to protect their rights in the Coltec Bankruptcy Case.

---

[4]   The term "Commencement Notice Parties" is defined in Coltec's Motion for Approval of (I) Form of Notice of Commencement of Case, (II) Mailing and Publication Procedures for Notice of Commencement of Case, and (III) Related Relief (the "Commencement Notice Procedures Motion").

16.     Because of the Court's previous approval of the Notice Program in the Garlock
Bankruptcy Case and the relief sought by the Commencement Notice Procedures Motion, Coltec
submits that the Notice Program and the Supplemental Notice Program should be approved and
that no other notice need be given of the Joint Plan, the Disclosure Statement, the Plan
Documents, the Voting Deadline, the solicitation procedures, or the combined hearing on
approval of the Disclosure Statement and confirmation of the Joint Plan.

**B.     The Proposed Pre-Confirmation Schedule Is Substantially Similar to the Schedule
the Court Approved in the Garlock Bankruptcy Case**

17.     Coltec seeks approval of a pre-confirmation schedule nearly identical to the one
established in the Garlock Confirmation Procedures Order.[5] That schedule provided sufficient
time for publication and media notice to Asbestos Claimants to be implemented and become
effective before the voting deadline on December 9, 2016.

18.     The schedule also seeks to set a combined hearing on May 15, 2017 for approval
of the Disclosure Statement and confirmation of the Joint Plan in the Coltec Bankruptcy Case.
The Court may set such a combined hearing under section 105(d)(2)(B)(vi) of the Bankruptcy
Code. Coltec submits that such a hearing is proper given the nature and circumstances of this
chapter 11 case.

19.     The proposed solicitation and confirmation schedule for the Coltec Bankruptcy
Case, which schedule the Court has already substantially approved in the Garlock Bankruptcy
Case in the Garlock Confirmation Procedures Order, is as follows:

| **Event** | **Date** |
|---|---|
| | |

---

[5]   The sole difference between the pre-confirmation schedule approved in the Garlock Confirmation
Procedures Order and the pre-confirmation schedule proposed in this Motion is the addition of the March
24, 2017 deadline for objections to the Disclosure Statement.

| Voting Record Date | **July 1, 2016** |
|---|---|
| Solicitation Distribution Date | **August 22, 2016** |
| Voting Deadline | **December 9, 2016** |
| Claimant Motions for Temporary Allowance for Voting Purposes | **December 9, 2016** |
| Responses to Claimant Motions for Temporary Allowance | **December 30, 2016** |
| Objections to Temporary Allowance of Claims for Voting Purposes | **December 30, 2016** |
| Deadline for Balloting Agent's Certification of Ballots & Notice of Disqualified Ballots | **December 30, 2016** |
| Coltec – Petition Date | **January 30, 2017** |
| Coltec – First Day Motion Hearing | **February 1, 2017** |
| Coltec – Bar Date; Deadline for Objections to Disclosure Statement;[6] and Deadline for Objections to Confirmation | **March 24, 2017** |
| Coltec Disclosure Statement Approval and Confirmation Hearing | **May 15, 2017** |

20.    Coltec has complied with the applicable deadlines above that already have passed and is on track for the proposed combined hearing on approval of the Disclosure Statement and confirmation of the Joint Plan on May 15, 2017.

21.    Coltec submits that the Court should approve this schedule for the approval of the Disclosure Statement and the solicitation of votes on, and confirmation of, the Joint Plan.

---

[6] Coltec will separately move the Court for approval of the adequacy of the Disclosure Statement and the notice with respect to that motion will reflect, if this Motion is granted, an objection deadline of March 24, 2017.

9240049

8

**C.     Temporary Allowance Criteria and Asbestos Claimant Balloting Processes Are the Same as the Ones the Court Previously Approved.**

22.     This Motion seeks approval of the solicitation, voting and tabulation procedures, that were attached as Exhibit 1 to the Garlock Confirmation Procedures Order (the "Voting Procedures"), which implement the same criteria and standards for the temporary allowance of Asbestos Claims for voting purposes that the Court approved in the Garlock Bankruptcy Case.

23.     The Voting Procedures require that, for an Asbestos Claim to be temporarily allowed for voting purposes, the Asbestos Claimant (or his or her attorney) must certify under penalty of perjury that the following matters are true and correct to the best of such Claimant's (or such Claimant's attorney's) knowledge, information, and reasonable belief:

- the Claimant is an Asbestos Claimant (as defined in the Plan) whose Claim has not been dismissed with prejudice, has not been settled and paid, and is not known to be time-barred;

- the person upon whose injury the Asbestos Claim is based (the "Injured Party") was diagnosed with malignant mesothelioma, asbestos-related cancer (*i.e.*, lung cancer, colo-rectal cancer, laryngeal cancer, esophageal cancer, pharyngeal cancer, or stomach cancer), severe asbestosis, or non-severe asbestosis (all such diseases other than mesothelioma "Other Diseases"), based on, or as evidenced in, medical records or similar documentation in the possession of the Claimant, his/her attorney, or the physician of the Claimant or Injured Party;

- the Injured Party, as indicated in the individual ballot or master ballot exhibit, was exposed to asbestos released from asbestos-containing gaskets or packing manufactured, produced, fabricated, distributed, supplied, marketed, included as a component part, or sold by Garlock or Coltec ("Asbestos Exposure");[7]

- if the Claimant asserts that his/her Claim has been liquidated by settlement or judgment, the Claimant must certify that the Claim has been liquidated by settlement or judgment and provide the asserted liquidated amount; and

---

[7]   For purposes of this certification, the term "Coltec" includes, but is not limited to, the following predecessors or former divisions of Coltec Industries Inc:  Fairbanks Morse Engine, Fairbanks Morse Pump, Quincy Compressor, Central Moloney, France Compressor, Delavan, and Farnam.

- if these certifications are made by the Claimant's attorney, the attorney is authorized by such Claimant to vote on the Plan on his/her behalf, and to represent that the Injured Party has (or, if deceased, had) the disease noted on the ballot and has Asbestos Exposure.

These certifications are identical to those approved in the Garlock Confirmation Procedures Order.

24.     These Voting Procedures also value claims for temporary allowance in the same way as the Garlock Confirmation Procedures Order.  They value mesothelioma claims at $10,000, Other Diseases claims at $1, and liquidated Asbestos Claims at the asserted amount of the claim.

25.     Objections to temporary allowance of claims and motions of non-certifying claimants to have their claims temporarily allowed for voting purposes are handled the same way and under the same standards and schedule as the Garlock Confirmation Procedures Order.

26.     Other than and to the extent set forth in the Order Extending Canadian Provincial Workers Compensation Boards' Voting and Objection Deadlines (Garlock Bankruptcy Case, D.E. 5610), no Asbestos Claimant timely moved by the deadline set forth in the Garlock Confirmation Procedures Order for the temporary allowance of such Claimant's claim for voting purposes. Similarly, no entity named as a defendant in asbestos litigation has timely moved by the deadline set forth in the Garlock Confirmation Procedures Order for temporary allowance of its claim for voting purposes.

27.     Should the Court desire to examine precedent which outlines its authority and the necessity to establish temporary allowance criteria, Coltec refers the Court to Debtors' Motion for Entry of Order Approving Solicitation and Confirmation Procedures and Schedule filed in the Garlock Bankruptcy Case (D.E. 3802) at pages 6-8, which sets forth relevant precedent in detail.

28.      Coltec submits that the Voting Procedures should be approved for the Coltec Bankruptcy Case.

## **NOTICE**

29.      No trustee, examiner, or creditors' committee has been appointed in the Coltec Bankruptcy Case.  Coltec has served notice of this Motion on (a) the Ad Hoc Committee; (b) the Garlock Committee; (c) Mr. Grier, in his capacity as the proposed legal representative for future Coltec Asbestos Claimants and the Future Asbestos Claimants' Representative in the Garlock Bankruptcy Case; (d) the Office of the United States Bankruptcy Administrator for the Western District of North Carolina; and (e) to the extent not set forth above, the parties listed on the updated Master Service List in the Garlock Bankruptcy Case (D.E. 5655) and any party that has filed a request for notices under Bankruptcy Rule 2002 since the filing of the updated Master Service List, and submits that, given the nature of the relief requested, no other or further notice need be given.  No previous application for the relief requested herein has been made by Coltec to this or any other court.

WHEREFORE, Coltec respectfully requests that the Court enter an Order, substantially in the form attached hereto as Exhibit A, (a) approving the Notice Program and the Supplemental Notice Program; (b) approving the Solicitation Documents; (c) establishing dates and deadlines in connection with approval of the Disclosure Statement and confirmation of the Joint Plan; (d) approving the Voting Procedures used for Coltec's prepetition solicitation and tabulation of votes to accept or reject the Joint Plan; and (e) granting such other relief as the Court deems just and proper.

[remainder of page left blank intentionally –
signature page of counsel follows]

9240049

11

This the 30th day of January, 2017.

| | |
|---|---|
| */s/ Daniel G. Clodfelter* | */s/ David M. Schilli* |
| Daniel G. Clodfelter | David M. Schilli |
| N.C. Bar No. 7661 | N.C. Bar No. 17989 |
| danclodfelter@parkerpoe.com | dschilli@robinsonbradshaw.com |
| William L. Esser IV | Andrew W.J. Tarr |
| N.C. Bar No. 29201 | N.C. Bar No. 31827 |
| willesser@parkerpoe.com | atarr@robinsonbradshaw.com |
| Ashley A. Edwards | |
| N.C. Bar No. 40695 | ROBINSON BRADSHAW & HINSON, P.A. |
| ashleyedwards@parkerpoe.com | 101 North Tryon Street |
| | Suite 1900 |
| PARKER POE ADAMS & BERNSTEIN, LLP | Charlotte, NC 28246 |
| Three Wells Fargo Center | Telephone:    (704) 377-2536 |
| 401 South Tryon Street, Suite 3000 | Facsimile:    (704) 378-4000 |
| Charlotte, NC 28202 | |
| Telephone:    (704) 372-9000 | *Proposed Special Corporate and Litigation* |
| Facsimile:    (704) 334-4706 | *Counsel to OldCo, LLC, Debtor and Debtor-* |
| | *in-Possession* |
| *Proposed Counsel to OldCo, LLC, Debtor and* | |
| *Debtor-in-Possession* | |

# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division**

| | |
|---|---|
| IN RE: | Case No. 17-BK-30140 |
| OLDCO, LLC, SUCCESSOR BY MERGER TO COLTEC INDUSTRIES INC, | Chapter 11 |
| Debtor. | |

**ORDER APPROVING SOLICITATION AND CONFIRMATION PROCEDURES AND
SCHEDULE FOR CONFIRMATION OF THE JOINT PLAN**

Upon the Debtor's Motion to Approve Solicitation and Confirmation Procedures and
Schedule for Confirmation of the Joint Plan (the "Motion"); and it appearing that the relief
requested in the Motion is in the best interests of Coltec,[1] its estate, its creditors and other parties
in interest; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C.
§§ 157 and 1334; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157; and
it appearing that proper and adequate notice of the Motion has been given and that no other or
further notice is necessary; and upon the record herein; and upon consideration of the First Day
Declaration; and after due deliberation thereon; and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed in the Motion.

9285181v6

2.      The Notice Program developed by Kinsella and implemented by Kinsella and the Balloting Agent, and the Supplemental Notice Program are reasonably calculated to provide notice to known and unknown claimants of the Joint Plan, the Disclosure Statement, the Plan Documents, the Voting Deadline and solicitation procedures, and the combined hearing on approval of the Disclosure Statement and confirmation of the Joint Plan and no other notice thereof need be given. Accordingly, the Notice Program and the Supplemental Notice Program are hereby approved.

3.      The following Solicitation Documents, previously served pursuant to the Garlock Confirmation Procedures Order and to be served pursuant to the Supplemental Notice Program, are hereby approved:

a.      the forms of Ballots, attached hereto as Exhibits 1A, 1B and 1C;

b.      the Confirmation Hearing Notice, attached hereto as Exhibit 2;

c.      the Notice of Non-Voting Status, attached hereto as Exhibit 3;

d.      the Notice of Simultaneous Solicitation of GST Asbestos Claimants and Coltec Asbestos Claimants, attached hereto as Exhibit 4;

e.      the form of Publication Notice, attached hereto as Exhibit 5;

f.      the Coltec Notice of Non-Voting Status, attached hereto as Exhibit 6; and

g.      the Coltec Disclosure Statement and Confirmation Hearing Notice, attached hereto as Exhibit 7.

4.      The confirmation schedule, ordered by the Court in the Garlock Confirmation Procedures Order and restated in the Motion, is hereby approved as it applies to this Coltec Bankruptcy Case, including specifically, the established deadline to vote on the Joint Plan of **December 9, 2016** (the "Voting Deadline").

9285181v6

5.      Any entity that holds a claim against or equity interest in Coltec, or otherwise has standing as a party in interest to object to the Joint Plan, shall file any and all objections to the Joint Plan no later than **March 24, 2017**.

6.      Any entity that holds a claim against or equity interest in Coltec, or otherwise has standing as a party in interest to object to the adequacy of the Disclosure Statement, shall file any and all objections to the adequacy of the Disclosure Statement no later than **March 24, 2017**.

7.      The Court will consider the adequacy of the Disclosure Statement at a hearing on **May 15, 2017** beginning at 10:00 a.m. ET.

8.      The hearing on confirmation of the Joint Plan shall begin on **May 15, 2017** beginning at 10:00 a.m. ET.

9.      Coltec's solicitation of the votes of holders of claims in Class 5 (Asbestos Claims) was proper and is hereby approved. No other classes of claims against or equity interests in Coltec are impaired by the Joint Plan.

10.     The Voting Procedures attached hereto as <u>Exhibit 8</u> are hereby approved.

11.     The Court may extend or otherwise modify the period during which votes will be accepted, in which case the Voting Deadline shall mean the last time and date to which the Court extends solicitation of ballots.

12.     Pursuant to section 502(c) of the Bankruptcy Code and Bankruptcy Rule 3018(a), consistent with the Garlock Confirmation Procedures Order, the Court shall temporarily allow each Class 5 Asbestos Claim, for voting purposes only, wherein the Asbestos Claimant (or such Asbestos Claimant's attorney) completed and submitted a Class 5 individual or master ballot (in the form attached to this Order) by the Voting Deadline and certified, under penalty of perjury, that the following matters are true and correct to the best of the Asbestos Claimant's (or such Claimant's attorney's) knowledge, information, and reasonable belief:

- 3 -

a.  the claimant is an Asbestos Claimant (as defined in the Plan) whose claim has not

been dismissed with prejudice, has not been settled and paid, and is not known to

be time-barred;

b.  the person upon whose injury the Asbestos Claim (as defined in the Plan) is based

(the "Injured Party") was diagnosed with malignant mesothelioma, asbestos-

related cancer (*i.e.*, lung cancer, colo-rectal cancer, laryngeal cancer, esophageal

cancer, pharyngeal cancer, or stomach cancer), severe asbestosis, or disabling

asbestosis, or non-disabling asbestosis (all such diseases other than mesothelioma

are hereinafter referred to as "Other Diseases"), based on, or as evidenced in,

medical records or similar documentation in the possession of the Asbestos

Claimant, his or her attorney, or the physician of the Asbestos Claimant or Injured

Party;

c.  the Injured Party, as indicated in the individual ballot or master ballot exhibit, was

exposed to asbestos released from asbestos-containing gaskets or packing

manufactured, produced, fabricated, distributed, supplied, marketed, included as a

component part, or sold by Garlock or Coltec ("Asbestos Exposure");[2]

d.  if the Asbestos Claimant (or such Claimant's attorney) asserts that his/her Claim

has been liquidated by settlement or judgment, the Asbestos Claimant (or such

Claimant's attorney) must certify that the Asbestos Claim has been liquidated by

settlement or judgment and provide the asserted liquidated amount; and

e.  if these certifications are made by the Asbestos Claimant's attorney, the attorney

is authorized by such Claimant to vote on the Plan on his or her behalf, and to

---

[2]  For purposes of this certification, the term "Coltec" includes, but is not limited to, the following predecessors or former divisions of Coltec Industries Inc:  Fairbanks Morse Engine, Fairbanks Morse Pump, Quincy Compressor, Central Moloney, France Compressor, Delavan, and Farnam.

9285181v6

represent that the Injured Party has (or, if deceased, had) the disease noted on the ballot and Asbestos Exposure.

13.      Class 5 Asbestos Claimants (or their attorneys) making the certifications in paragraph 12 of this Order shall be temporarily allowed for voting purposes only in the amount of $10,000 (for Claims (as defined in the Joint Plan) based on mesothelioma) or $1 (for Claims based on any of the Other Diseases), except Asbestos Claimants (or attorneys) further certifying they hold a liquidated Claim, in which event such liquidated Claim shall be temporarily allowed for voting purposes only in the asserted liquidated amount.

14.      Any votes cast by attorneys for multiple Class 5 Asbestos Claimants for such Asbestos Claimants using the form of master ballot attached to the Garlock Confirmation Procedures Order are hereby approved for the Coltec Bankruptcy Case (to the extent they meet the other requirements of the Voting Procedures).

15.      In connection with the Joint Plan, the Court has entered an order setting a bar date requiring certain Coltec Asbestos Claimants to file a proof of claim on or before **March 24, 2017**.

16.      Other than and to the extent set forth in the Order Extending Canadian Provincial Workers Compensation Boards' Voting and Objection Deadlines (Garlock Bankruptcy Case, D.E. 5610), no Asbestos Claimant has timely moved by the deadline set forth in the Garlock Confirmation Procedures Order for the temporary allowance of such Claimant's claim for voting purposes.

17.      No entity named as a defendant in asbestos litigation has timely moved by the deadline set forth in the Garlock Confirmation Procedures Order for temporary allowance of its claim for voting purposes.  No party needs to file objections to allowance of Asbestos Claims for purposes other than voting.  The Joint Plan does not contemplate that the Bankruptcy Court will

9285181v6

conduct allowance proceedings for Asbestos Claims.  Instead, the Joint Plan calls for Asbestos

Claims to be channeled to a trust for processing and, if eligible, payment under claims resolution

procedures.

18.     The tabulation procedures included in the Voting Procedures and in the Garlock

Confirmation Procedures Order are hereby approved.

19.     The Balloting Agent shall post on its website all Ballots received, after redacting

any information required to be redacted by Bankruptcy Rule 9037.

20.     Any decision of the Balloting Agent not to count or tabulate any ballot, master

ballot, or portion of a master ballot shall be reviewable by the Court on motion served on Coltec,

the debtors in the Garlock Bankruptcy Case, and the Asbestos Claimants' Representatives. If

pending motions or any other matters may affect the voting results, a representative of the

Balloting Agent shall attend the confirmation hearing to prepare and submit an updated

certification of ballots.

21.     Any party may request that the Court reconsider entry of this Order by filing a

motion for reconsideration within fourteen (14) days of service of this Order.

22.     Coltec is authorized and empowered to take all actions and execute such other

documents as may be necessary to implement the relief granted herein.

23.     This Court shall retain jurisdiction with respect to all matters relating to the

interpretation or implementation of this Order.

This Order has been signed electronically.  The judge's          United States Bankruptcy Court
signature and court's seal appear at the top of the Order.

9285181v6

# EXHIBIT 1A

**FORM OF MASTER BALLOT FOR CLASS 5 ASBESTOS CLAIMS
(GST ASBESTOS CLAIMS AND/OR COLTEC ASBESTOS CLAIMS)**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division**

| | |
|---|---|
| IN RE:<br><br>GARLOCK SEALING TECHNOLOGIES LLC, et al.,<br><br>              Debtors.[1] | Case No. 10-BK-31607<br><br>Chapter 11<br><br>Jointly Administered |
| IN RE:<br><br>OLDCO, LLC, SUCCESSOR BY MERGER TO COLTEC INDUSTRIES INC,<br><br>              Debtor. | Case No. [Not yet filed]<br><br>Chapter 11<br><br>[Joint Administration To Be Requested] |

**BALLOT AND VOTING INSTRUCTIONS FOR THE
JOINT PLAN OF REORGANIZATION OF GARLOCK SEALING TECHNOLOGIES
LLC, ET AL. AND OLDCO, LLC, PROPOSED SUCCESSOR BY MERGER TO
COLTEC INDUSTRIES INC, DATED MAY 20, 2016**

**CLASS 5: ASBESTOS CLAIMS
Master Ballot for GST Asbestos Claims and/or Coltec Asbestos Claims**

---

*This Master Ballot is to be used only for voting by counsel who represent multiple
Class 5 Asbestos Claimants and who wish to vote by Master Ballot.*

---

Garlock Sealing Technologies LLC ("**Garlock**"), Garrison Litigation Management Group, Ltd. ("**Garrison**") and The Anchor Packing Company, debtors and debtors-in-possession

---

[1] The debtors in these jointly administered cases (referred to collectively as the "**Garlock Case**") are Garlock Sealing Technologies LLC; Garrison Litigation Management Group, Ltd.; and The Anchor Packing Company.

8491796v13 17067.00011

in the above-captioned cases (with OldCo, LLC, once it has commenced a bankruptcy case to be jointly administered under Case No. 10-BK-31607, the "**Debtors**"), the Official Committee of Asbestos Personal Injury Claimants, the Future Asbestos Claimants' Representative, the Ad Hoc Coltec Future Asbestos Claimants' Representative, and the Ad Hoc Coltec Asbestos Claimants Committee (together the "**Plan Proponents**"), are soliciting votes from Asbestos Claimants with respect to the Joint Plan of Reorganization of Garlock Sealing Technologies LLC, et al. and OldCo, LLC, Proposed Successor by Merger to Coltec Industries Inc, dated May 20, 2016 (as it may be from time to time amended, supplemented or modified, the "**Plan**") which has been jointly proposed by the Plan Proponents.

The United States Bankruptcy Court for the Western District of North Carolina (the "**Bankruptcy Court**") has signed an order in the Garlock Case (the "**Confirmation Procedures Order**") approving procedures under which the Plan Proponents will solicit votes on the Plan from Asbestos Claimants and for tabulating those votes ("**Voting Procedures**"). Copies of the Confirmation Procedures Order and the Voting Procedures are included in the Solicitation Package sent to you.

If confirmed (approved) by the Bankruptcy Court, the Plan will resolve asbestos personal injury and wrongful death claims against Garlock and Garrison, which are defined in the Plan as "**GST Asbestos Claims**" and also will resolve asbestos personal injury and wrongful death claims against Coltec Industries Inc ("**Coltec**"), which are defined in the Plan as "**Coltec Asbestos Claims**."

If you are an attorney who represents multiple Asbestos Claimants, whether such Asbestos Claimants are GST Asbestos Claimants, Coltec Asbestos Claimants, or persons who hold both GST Asbestos Claims and Coltec Asbestos Claims, and you desire to cast a ballot on the Plan on behalf of multiple such claimants at once, you must use this form (the "**Master Ballot**"), and it must be received by the Balloting Agent by the Voting Deadline.

Because Coltec has not yet filed a Chapter 11 bankruptcy case, but will do so if sufficient numbers of Asbestos Claimants vote in favor of the Plan, the Bankruptcy Court has not yet had the opportunity to consider (or approve) the Disclosure Statement and the Voting Procedures with respect to Coltec Asbestos Claimants.  If Coltec eventually files a Chapter 11 bankruptcy case, it will ask the Bankruptcy Court to approve the Disclosure Statement and Voting Procedures retroactively with respect to Coltec Asbestos Claimants.

The Plan divides the claims of creditors and the interests of shareholders into separate classes.  The Plan has placed GST Asbestos Claims and Coltec Asbestos Claims—defined together as "Asbestos Claims"—into Class 5. Information about how the Plan proposes to resolve Class 5 Asbestos Claims and compensate eligible Asbestos Claimants is available in the Disclosure Statement and the Plan, which are included in this Solicitation Package.

Among other things, if the Bankruptcy Court confirms the Plan, Asbestos Claims in Class 5 will be channeled by the Asbestos Channeling Injunction to the Asbestos Trust for resolution and, if eligible, payment, in accordance with the Claims Resolution Procedures.  Asbestos Claimants wishing to receive compensation on account of their Asbestos Claims will be required to submit separate claim forms provided by the Asbestos Trust.  ***This Ballot is not such a claim***

8491796v13 17067.00011

*form.*  *In addition, this Ballot and the Voting Procedures do not constitute any admission of liability by the Debtors or any successor to the Debtors.*

**ALL ASBESTOS CLAIMANTS, WHETHER SUCH ASBESTOS CLAIMANTS ARE HOLDERS OF GST ASBESTOS CLAIMS, COLTEC ASBESTOS CLAIMS, OR BOTH MUST USE THIS FORM OF BALLOT FOR VOTES ON THE PLAN TO BE CAST BY THEIR REPRESENTATIVES ON BEHALF OF MULTIPLE CLAIMANTS.**

**NO ASBESTOS CLAIMANT WILL BE ENTITLED TO CAST MORE THAN ONE VOTE ON THE PLAN.  THIS IS SO EVEN IF THE CLAIMANT ASSERTS BOTH A GST ASBESTOS CLAIM AND A COLTEC ASBESTOS CLAIM.**

*In order for the Plan to be confirmed and for the Asbestos Channeling Injunction to be granted, the Plan must receive a certain amount of favorable votes from Asbestos Claimants in Class 5.  In particular, for confirmation under Section 1129 of the Bankruptcy Code, Asbestos Claimants in Class 5 must accept the Plan by more than one-half of the number of Asbestos Claimants voting and by at least two-thirds of their claim amounts.  To obtain approval of the Asbestos Trust and Asbestos Channeling Injunction under Section 524(g) of the Bankruptcy Code, at least 75% of the Class 5 Asbestos Claimants voting must vote in favor of the Plan. The Plan must also meet other requirements of the Bankruptcy Code in order to be confirmed and in order for the Asbestos Trust and Asbestos Channeling Injunction to be approved.*

Specific instructions for completing this Ballot are outlined below.  Asbestos Claimants or their attorneys who previously cast ballots on the now-superseded Second Amended Plan of Reorganization ("**Second Amended Plan**") should be aware that there are key differences between the voting procedures that applied to the Second Amended Plan and the Voting Procedures for the Plan now proposed.  In particular, the Voting Procedures for the Plan now proposed will:

- temporarily allow (for voting purposes only) qualifying Asbestos Claims against Garlock *or* Coltec Industries Inc ("**Coltec**");

- temporarily allow (for voting purposes only) Asbestos Claims based on a broader group of asserted diseases which include: malignant mesothelioma, lung cancer, colo-rectal cancer, laryngeal cancer, esophageal cancer, pharyngeal cancer, stomach cancer, severe asbestosis, disabling asbestosis or non-disabling asbestosis; and

- classify all Asbestos Claims, whether settled, subject to a judgment, unliquidated, or a future claim (a claim based on Asbestos Exposure but which has not manifested an injury), to be classified into a single class, Class 5.

This Master Ballot is to be used for voting only by attorneys representing multiple Class 5 Asbestos Claimants.  In order for the Master Ballot to be counted, it must be properly completed, signed, and returned to the court-approved Balloting Agent, Rust Consulting/Omni Bankruptcy, by first-class mail or courier as follows:

Garlock Sealing Technologies LLC, et al.
c/o Rust Consulting/Omni Bankruptcy
Attn: Balloting Agent
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367

---

**A Ballot must be ACTUALLY RECEIVED by the Balloting Agent no later than December 9, 2016 (the "Voting Deadline"). Faxes, e-mails, and other electronic transmissions will NOT be accepted.**

---

If you have questions about this Ballot, or if you did not receive a copy of the Disclosure Statement, the Plan, the Notices, or the Voting Procedures, you may contact the Balloting Agent by phone at 1-844-GARLOCK or by email at Garlock@omnimgt.com. **Please note that the Balloting Agent cannot give legal advice. You should consult your attorney regarding all legal matters.**

### VOTING INFORMATION AND INSTRUCTIONS
### FOR COMPLETING THE CLASS 5 MASTER BALLOT

**Please follow these instructions to complete your Class 5 Master Ballot:**

**1.     Read the Plan, Disclosure Statement, Voting Procedures, and these instructions.**

**You may need to consult your attorney.** If you have questions regarding the Class 5 Master Ballot, or if you did not receive a copy of the Plan, Disclosure Statement, or Voting Procedures, or if you need additional copies of the Class 5 Master Ballot or other enclosed materials, please contact the Balloting Agent. Please note that the Plan, Disclosure Statement, and Voting Procedures are available at the website maintained by the Balloting Agent at http://www.garlocknotice.com.

**2.     (Items 1 and 2) Summary of Votes.**

Please summarize the votes of the Class 5 Asbestos Claimants represented by the attorney voting those claims on the table provided, including the total number of claimants and total dollar amounts that voted to accept the Plan or reject the Plan. To compute the total dollar amounts, please use the following voting amounts: $10,000 for each Claim based on malignant mesothelioma, $1 for each Claim based on any of the Other Diseases (*defined below*), and the liquidated amount for each Claim that is asserted to be liquidated by settlement or judgment.

**3.     (Item 3) Required Exhibit: List of Class 5 Asbestos Claimants Voting Through Master Ballot.**

The attorney voting the Class 5 Asbestos Claims must include as an exhibit to the Master Ballot an electronic list, which list should be in Microsoft Excel or a comparable application, submitted on a CD-ROM, that indicates, for each claim being voted, (a) the last name of the Asbestos Claimant; (b) the first name of the Asbestos Claimant; (c) the last four digits of the

social security number of the Asbestos Claimant; (d) the last name of the person upon whose injury the Asbestos Claim is based (the "**Injured Party**"), if the Injured Party is different from the Asbestos Claimant; (e) if a different individual from the Asbestos Claimant, the first name of the Injured Party; (f) if a different individual from the Asbestos Claimant, the last four digits of the Injured Party's social security number; (g) the Asbestos Claimant's street address, city, state, and zip code; (h) the Injured Party's disease (malignant mesothelioma, or lung cancer, colo-rectal cancer, laryngeal cancer, esophageal cancer, pharyngeal cancer, stomach cancer, severe asbestosis, disabling asbestosis, or non-disabling asbestosis); (i) law firm voting the claim; (j) if the Asbestos Claimant asserts that the claim has been liquidated by settlement or judgment, so indicate by providing the asserted amount; (k) indicate whether the Asbestos Claim is a GST Asbestos Claimant or a Coltec Asbestos Claimant by including "Y" or "N" in a column labeled GST Asbestos Claimant or Coltec Asbestos Claimant, respectively; and (l) whether the claimant votes to accept or to reject the Plan. The failure to provide all of this required information for each Asbestos Claimant will result in the Asbestos Claimant's vote not being counted. A template of how the below information should be compiled is below.

| Last Name of Asbestos Claimant | First Name of Asbestos Claimant | Last Four Digits of Asbestos Claimant's Social Security No. | Last Name of Injured Party (if different from Asbestos Claimant) | First Name of Injured Party (if different from Asbestos Claimant) | Last Four Digits of Injured Party's Social Security No. (if different from Asbestos Claimant) | Street Address | City | State | Zip | Disease | Law firm voting claim | If asserting settled or subject to judgment, asserted amount of settlement or judgment | GST Asbestos Claimant (Y or N) | Coltec Asbestos Claimant (Y or N) | Accept or Reject |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Smith | John | 4321 | Smith | Sue | 1234 | 123 Any Street | Springfield | MD | 20815 | Lung cancer | Firm, PLC | | Y | N | Accept |
| Jones | Stephen | 1234 | | | | 4321 Other Road | Joliet | IL | 60435 | Severe asbestosis | Firm, PLC | $2,000 | Y | Y | Accept |
| Roberts | George | 3422 | Stephens | Silvia | 9988 | 109 Main | Reading | PA | 19602 | Mesothelioma | Firm, PLC | | Y | | Accept |

Included on the CD-Rom in the Solicitation Package sent to you is a Microsoft Excel Master Ballot template that you may use to prepare the list required to complete this Ballot.

**4.      (Item 4) Required Certifications.**

Item 4 requires the attorney to certify under penalty of perjury that the following matters are true and correct to the best of such attorney's knowledge, information, and reasonable belief:

a.   each claimant identified in the accompanying exhibit is an Asbestos Claimant (as defined in the Plan) whose claim has not been dismissed with prejudice, has not been settled and paid, and is not known to be time-barred;

b.   each Injured Party identified in the accompanying exhibit was diagnosed with malignant mesothelioma, lung cancer, colo-rectal cancer, laryngeal cancer, esophageal cancer, pharyngeal cancer, stomach cancer, severe asbestosis, disabling asbestosis, or non-disabling asbestosis (all such diseases other than mesothelioma being referred to hereafter as the "**Other Diseases**"), as indicated in the exhibit, based on, or as evidenced in, medical records or similar documentation in the possession of the claimant, his/her attorneys, or the respective physicians of the claimant or Injured Party;

c. each Injured Party listed in the exhibit was exposed to asbestos released from asbestos-containing gaskets or packing manufactured, produced, fabricated, distributed, supplied, marketed, included as a component part, or sold by Garlock or Coltec ("**Asbestos Exposure**") [*Note: for purposes of this certification, the term "Coltec" includes but is not limited to the following predecessors or former divisions of Coltec Industries Inc: Fairbanks Morse Engine, Fairbanks Morse Pump, Quincy Compressor, Central Moloney, France Compressor, Delavan, and Farnam*];

d. each claim identified as liquidated by settlement or judgment is the subject of a settlement agreement or judgment in the amount indicated; and

e. the attorney is authorized by each Asbestos Claimant listed in the exhibit to vote on the Plan on his/her behalf, and to represent that each Injured Party listed in the exhibit has (or, if deceased, had) the respective disease noted in the exhibit and Asbestos Exposure.

Class 5 Asbestos Claims for which these certifications are made shall be temporarily allowed for voting purposes only in the amount of $10,000 (for claims based on malignant mesothelioma), $1 (for any of the Other Diseases), or the asserted liquidated amount of the claim (for Asbestos Claims asserted to be liquidated by settlement or judgment).

Any Class 5 Asbestos Claimant or an attorney representing such a claimant, who cannot, on or before the Voting Deadline, make the certifications above may move for temporary allowance for voting purposes. Any such motion must be filed no later than **December 9, 2016**, and any such claimant who does not move for temporary allowance by that time will be deemed to have waived his or her right to vote on the Plan. All parties' rights to object to such motion for temporary allowance for voting purposes are preserved. If the Court enters an order granting a claimant's motion for temporary allowance, the claimant will be entitled to submit a ballot in the amount and by the deadline specified by such order, and such ballot, if completed and signed in accordance with such order and the Voting Procedures, will be treated as timely, and the Balloting Agent will count or tabulate such ballot, even if such ballot is submitted after the Voting Deadline.

*No entity named as a defendant in asbestos litigation shall be eligible to vote on the Plan as a Class 5 Asbestos Claimant, unless such entity files a motion for temporary allowance of its claim for voting purposes and the Court grants such motion for temporary allowance. Any such motion must be filed no later than December 9, 2016, and any such entity who does not move for temporary allowance by that time shall be deemed to have waived its right to vote on the Plan. All parties' rights to object to such claim and to such motion for temporary allowance for voting purposes have been preserved.*

**5.**     **Return the Master Ballot in the envelope provided.** The Master Ballot must be actually received by the Balloting Agent by the Voting Deadline (specified above) or it will not be counted. Faxes, e-mails, and other electronic submissions will not be accepted.

8491796v13 17067.00011

## MASTER BALLOT FOR CLASS 5 ASBESTOS CLAIMS

**Please read the instructions accompanying this Master Ballot before completing.
Print clearly in ink or type.**

> **YOU MUST COMPLETE EACH SECTION OF THIS MASTER BALLOT IN ORDER
> FOR IT TO BE VALID OR COUNTED AS HAVING BEEN CAST.**

1.          **Tabulation of Votes with Respect to the Plan.**

☐       **ALL** of the individuals listed on the exhibit required in Item 3, each of whom is a Class 5 Asbestos Claimant under the Plan, **ACCEPT** the Plan.

☐       **ALL** of the individuals listed on the exhibit required in Item 3, each of whom is a Class 5 Asbestos Claimant under the Plan, **REJECT** the Plan.

☐       **Some of the individuals** listed on the exhibit required in Item 3 **ACCEPT** the Plan, while other individuals listed on the exhibit required in Item 3 **REJECT** the Plan; each of whom is a Class 5 Asbestos Claimant under the Plan.

2.          **Summary of Votes (*see instructions above for computing dollar amounts*).**

| Disease Category | Total Number of Claimants and Total Dollar Amounts **Accepting** the Plan | Total Number of Claimants and Total Dollar Amounts **Rejecting** the Plan | Total Votes |
|---|---|---|---|
| Mesothelioma | | | |
| Other Diseases | | | |
| **Total Votes** | | | |

3.          **Required Exhibit: List of Class 5 Asbestos Claims Voted by Attorney.**

The attorney voting this Master Ballot must include as an exhibit to the Master Ballot an electronic list, which list should be in Microsoft Excel or a comparable application, submitted on a CD-ROM, that indicates, for each claim being voted, (a) the last name of the Asbestos Claimant; (b) the first name of the Asbestos Claimant; (c) the last four digits of the social

8491796v13 17067.00011

security number of the Asbestos Claimant; (d) the last name of the person upon whose injury the Asbestos Claim is based (the "**Injured Party**"), if the Injured Party is different from the Asbestos Claimant; (e) if a different individual from the Asbestos Claimant, the first name of the Injured Party; (f) if a different individual from the Asbestos Claimant, the last four digits of the Injured Party's social security number; (g) the Asbestos Claimant's street address, city, state, and zip code; (h) the Injured Party's disease (malignant mesothelioma, or lung cancer, colo-rectal cancer, laryngeal cancer, esophageal cancer, pharyngeal cancer, stomach cancer, severe asbestosis, disabling asbestosis, or non-disabling asbestosis); (i) law firm voting the claim; (j) if the Asbestos Claimant asserts that the claim has been liquidated by settlement or judgment, so indicate by providing the asserted amount; (k) indicate whether the Asbestos Claim is a GST Asbestos Claimant or a Coltec Asbestos Claimant by including "Y" or "N" in a column labeled GST Asbestos Claimant or Coltec Asbestos Claimant, respectively; and (l) whether the claimant votes to accept or to reject the Plan.

The attorney voting this Master Ballot may use the template found at No. 3 of the Voting Instructions for purposes of creating and formatting the Exhibit. In addition, included on the CD-Rom in the Solicitation Package sent to you is a Microsoft Excel file containing the template that you should use to prepare the list required to complete this Ballot.

4.          **Required Certifications.**

By signing this Master Ballot, I hereby certify under penalty of perjury to the best of my

knowledge, information, and reasonable belief that the following matters are true and correct:

(i)       each claimant identified in the accompanying exhibit is an Asbestos Claimant (as defined in the Plan) whose claim has not been dismissed with prejudice, has not been settled and paid, is not known to be time-barred;

(ii)      each Injured Party identified in the accompanying exhibit was diagnosed with malignant mesothelioma, lung cancer, colo-rectal cancer, laryngeal cancer, esophageal cancer, pharyngeal cancer, stomach cancer, severe asbestosis, disabling asbestosis, or non-disabling asbestosis, as indicated in the exhibit, based on, or as evidenced in, medical records or similar documentation in the possession of the claimant, his/her attorneys, or the respective physicians of the claimant or Injured Party;

(iii)     each Injured Party listed in the exhibit was exposed to asbestos released from asbestos-containing gaskets or packing manufactured, produced, fabricated, distributed, supplied, marketed, included as a component part, or sold by Garlock or Coltec[2] ("**Asbestos Exposure**"); and

---

[2] For purposes of this certification, the term "**Coltec**" includes but is not limited to the following predecessors or former divisions of Coltec Industries Inc: Fairbanks Morse Engine, Fairbanks Morse Pump, Quincy Compressor, Central Moloney, France Compressor, Delavan, and Farnam.

8491796v13 17067.00011

(iv)    the attorney is authorized by each Asbestos Claimant listed in the accompanying exhibit to vote on the Plan on his/her behalf, and to represent that each Injured Party listed in the accompanying exhibit has (or, if deceased, had) the respective disease noted in the exhibit and Asbestos Exposure.

| | |
|---|---|
| Signature of Attorney: | _____ |
| Printed Name of Attorney: | _____ |
| Name of Law Firm (if applicable): | _____ |
| Date: | _____ |

## DO NOT INCLUDE MEDICAL RECORDS WITH THIS MASTER BALLOT.

**IF THIS MASTER BALLOT IS NOT *ACTUALLY RECEIVED* BY THE BALLOTING AGENT BY DECEMBER 9, 2016, THE MASTER BALLOT WILL NOT BE COUNTED.**

**IF YOU HAVE ANY QUESTIONS REGARDING YOUR BALLOT, OR IF YOU DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT, PLAN, OR VOTING PROCEDURES, OR IF YOU NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT THE BALLOTING AGENT, RUST CONSULTING/OMNI BANKRUPTCY, TOLL-FREE AT 1-844-GARLOCK.**

8491796v13 17067.00011

# EXHIBIT 1B

**FORM OF INDIVIDUAL BALLOT FOR CLASS 5 ASBESTOS CLAIMS
(GST ASBESTOS CLAIMS AND/OR COLTEC ASBESTOS CLAIMS)**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division**

| | |
|---|---|
| IN RE:<br><br>GARLOCK SEALING TECHNOLOGIES LLC, et al.,<br><br>            Debtors.[1] | Case No. 10-BK-31607<br><br>Chapter 11<br><br>Jointly Administered |
| IN RE:<br><br>OLDCO, LLC, SUCCESSOR BY MERGER TO COLTEC INDUSTRIES INC,<br><br>            Debtor. | Case No. [Not yet filed]<br><br>Chapter 11<br><br>[Joint Administration To Be Requested] |

**INDIVIDUAL BALLOT AND VOTING INSTRUCTIONS FOR THE
JOINT PLAN OF REORGANIZATION OF GARLOCK SEALING TECHNOLOGIES
LLC, ET AL. AND OLDCO, LLC, PROPOSED SUCCESSOR BY MERGER TO
COLTEC INDUSTRIES INC, DATED MAY 20, 2016**

**CLASS 5: ASBESTOS CLAIMS
Individual Ballot**

     Garlock Sealing Technologies LLC ("**Garlock**"), Garrison Litigation Management Group, Ltd. ("**Garrison**") and The Anchor Packing Company, debtors and debtors-in-possession in the above-captioned cases (with OldCo, LLC, once it has commenced a bankruptcy case to be jointly administered under Case No. 10-BK-31607, the "**Debtors**"), the Official Committee of Asbestos Personal Injury Claimants, the Future Asbestos Claimants' Representative, the Ad Hoc Coltec Future Asbestos Claimants' Representative, and the Ad Hoc Coltec Asbestos Claimants Committee (together the "**Plan Proponents**") are soliciting votes from Asbestos Claimants with respect to the Joint Plan of Reorganization of Garlock Sealing Technologies LLC, et al. and OldCo, LLC, Proposed Successor by Merger to Coltec Industries Inc, dated May 20, 2016 (as it

---

[1] The debtors in these jointly administered cases (referred to collectively as the "**Garlock Case**") are Garlock Sealing Technologies LLC; Garrison Litigation Management Group, Ltd.; and The Anchor Packing Company.

may be from time to time amended, supplemented or modified, the "**Plan**"), which has been jointly proposed by the Plan Proponents.

The United States Bankruptcy Court for the Western District of North Carolina (the "**Bankruptcy Court**") has signed an order in the Garlock Case (the "**Confirmation Procedures Order**") approving procedures under which the Plan Proponents will solicit votes on the Plan from Asbestos Claimants and for tabulating those votes ("**Voting Procedures**"). Copies of the Confirmation Procedures Order and the Voting Procedures are included in the Solicitation Package sent to you.

If confirmed (approved) by the Bankruptcy Court, the Plan will resolve asbestos personal injury and wrongful death claims against Garlock and Garrison, which are defined in the Plan as "**GST Asbestos Claims**," and will also resolve asbestos personal injury and wrongful death claims against Coltec Industries Inc ("**Coltec**"), which are defined in the Plan as "**Coltec Asbestos Claims**." Because Coltec has not yet filed a Chapter 11 bankruptcy case, but will do so if sufficient numbers of Asbestos Claimants vote in favor of the Plan, the Bankruptcy Court has not yet had the opportunity to consider (or approve) the Disclosure Statement and the Voting Procedures with respect to Coltec Asbestos Claimants. If Coltec eventually files a Chapter 11 bankruptcy case, it will ask the Bankruptcy Court to approve the Disclosure Statement and Voting Procedures retroactively with respect to Coltec Asbestos Claimants.

The Plan divides the claims of creditors and the interests of shareholders into separate classes. The Plan has placed GST Asbestos Claims and Coltec Asbestos Claims—defined together as "Asbestos Claims"—into Class 5. Information about how the Plan proposes to resolve Class 5 Asbestos Claims and compensate eligible Asbestos Claimants is available in the Disclosure Statement and the Plan, which are included in this Solicitation Package. Among other things, if the Bankruptcy Court confirms the Plan, Asbestos Claims in Class 5 will be channeled by the Asbestos Channeling Injunction to the Asbestos Trust for resolution and, if eligible, payment, in accordance with the Claims Resolution Procedures. Asbestos Claimants wishing to receive compensation on account of their Asbestos Claims will be required to submit separate claim forms provided by the Asbestos Trust. ***This Ballot is not such a claim form.* In addition, this Ballot and the Voting Procedures do not constitute any admission of liability by the Debtors or any successor to the Debtors.**

**ALL ASBESTOS CLAIMANTS VOTING INDIVIDUALLY, WHETHER SUCH ASBESTOS CLAIMANTS ARE HOLDERS OF GST ASBESTOS CLAIMS, COLTEC ASBESTOS CLAIMS, OR BOTH MUST USE THIS FORM OF BALLOT TO CAST THEIR VOTES, ON AN INDIVIDUAL BASIS, ON THE PLAN.**

**NO ASBESTOS CLAIMANT WILL BE ENTITLED TO CAST MORE THAN ONE VOTE ON THE PLAN. THIS IS SO EVEN IF THE CLAIMANT ASSERTS BOTH A GST ASBESTOS CLAIM AND A COLTEC ASBESTOS CLAIM.**

*In order for the Plan to be confirmed and for the Asbestos Channeling Injunction to be granted, the Plan must receive a certain amount of favorable votes from Asbestos Claimants in Class 5. In particular, for confirmation under Section 1129 of the Bankruptcy Code, Asbestos Claimants in Class 5 must accept the Plan by more than one-half of the number of Asbestos*

*Claimants voting and by at least two-thirds of their claim amounts. To obtain approval of the Asbestos Trust and Asbestos Channeling Injunction under Section 524(g) of the Bankruptcy Code, at least 75% of the Class 5 Asbestos Claimants voting must vote in favor of the Plan. The Plan must also meet other requirements of the Bankruptcy Code in order to be confirmed and in order for the Asbestos Trust and Asbestos Channeling Injunction to be approved.*

Specific instructions for completing this Ballot are outlined below. Asbestos Claimants or their attorneys who previously cast ballots on the now-superseded Second Amended Plan of Reorganization ("**Second Amended Plan**") should be aware that there are key differences between the voting procedures that applied to the Second Amended Plan and the Voting Procedures for the Plan now proposed. In particular, the Voting Procedures for the Plan now proposed will:

- temporarily allow (for voting purposes only) qualifying Asbestos Claims against Garlock <u>*or*</u> Coltec;

- temporarily allow (for voting purposes only) Asbestos Claims based on a broader group of asserted diseases which include: malignant mesothelioma, or lung cancer, colo-rectal cancer, laryngeal cancer, esophageal cancer, pharyngeal cancer, stomach cancer, severe asbestosis, disabling asbestos, or non-disabling asbestosis; and

- unlike the now-superseded Second Amended Plan, the Plan now proposed puts *all* Asbestos Claims into a single class—namely, Class 5—regardless of whether those claims are settled, are subject to a judgment, have no fixed dollar amount, or are future claims (that is, a claim based on Asbestos Exposure (defined below) but as to which there is no manifested injury or disease).

In order for this Ballot to be counted, it must be properly completed, signed, and returned to the court-approved Balloting Agent, Rust Consulting/Omni Bankruptcy, by first-class mail or courier as follows:

> Garlock Sealing Technologies LLC, et al.
> c/o Rust Consulting/Omni Bankruptcy
> Attn: Balloting Agent
> 5955 DeSoto Avenue, Suite 100
> Woodland Hills, CA 91367

**Your completed and signed Ballot must be ACTUALLY RECEIVED by the Balloting Agent, in paper form, no later than December 9, 2016 (the "<u>Voting Deadline</u>"). Faxes, e-mails, and other electronic transmissions will NOT be accepted.**

If you have questions about this Ballot, or if you did not receive a copy of the Disclosure Statement, the Plan, the Notices, or the Voting Procedures, you may contact the Balloting Agent by phone at 1-844-GARLOCK or by email at Garlock@omnimgt.com. **Please note that the Balloting Agent cannot give legal advice. You should consult your attorney regarding all legal matters.**

### VOTING INFORMATION AND INSTRUCTIONS
### FOR COMPLETING THE CLASS 5 BALLOT

**Please follow these instructions to complete your Class 5 Ballot:**

1.     **Read the Plan, Disclosure Statement, Voting Procedures, and these instructions.**

**You may need to consult your attorney.**  If you have questions regarding the Class 5 Ballot, or if you did not receive a copy of the Plan, Disclosure Statement, or Voting Procedures, or if you need additional copies of the Class 5 Ballot or other enclosed materials, please contact the Balloting Agent at this toll-free telephone number: 1-844-GARLOCK.  Please note that the Plan, Disclosure Statement, and Voting Procedures are available at the website maintained by the Balloting Agent at http://www.garlocknotice.com.

2.     **(Item 1) Identifying Information.**

Please fill in the information requested.  List the name of the Asbestos Claimant—that is, the person who asserts the Asbestos Claim—and provide the street address, city, state, and zip code where indicated, and the last 4 digits of the Asbestos Claimant's Social Security Number. The Asbestos Claimant may be the person whose injury the Asbestos Claim is based (the "**Injured Party**") or may be different from the Injured Party (such as a spouse).  If the Asbestos Claimant and Injured Party are not the same person, please provide the Injured Party's name and last 4 digits of the Injured Party's Social Security Number.

If this Ballot is being voted by an attorney for the Asbestos Claimant, the attorney must provide his or her address and contact information, in addition to the information requested above.

3.     **(Item 2) Designation of Disease Category and whether the Claim Has Been Liquidated by Settlement or Judgment.**

For claims that <u>have not</u> been settled or <u>are not</u> the subject of a judgment, indicate whether the claim is based on mesothelioma or an "**Other Disease**" (lung cancer, colo-rectal cancer, laryngeal cancer, esophageal cancer, pharyngeal cancer, stomach cancer, severe asbestosis, disabling asbestosis, or non-disabling asbestosis) by marking an "X" in the box that corresponds to the Injured Party's diagnosis.

For claims that <u>have</u> been settled or <u>are</u> the subject of a judgment, mark an "X" in the box that corresponds to your assertion whether the claim has been settled or is the subject of a judgment, and write in the amount of the asserted settlement or judgment.

You must mark a disease category or assert that the claim is the subject of a settlement or judgment in order for your vote to be counted.

Bankruptcy law requires that a claim be "allowed" in a fixed dollar amount in order for the holder of that claim to vote. In accordance with the Voting Procedures, current Asbestos Claims will be temporarily allowed for voting purposes only. **Temporary allowance of any Class 5 Asbestos Claim for voting purposes only, however, does not in any way constitute an admission of liability by the Debtors, or an admission of the value of any Class 5 claim. Nor will temporary allowance for voting purposes make an Asbestos Claimant automatically eligible to receive compensation from the Asbestos Trust. To seek compensation from the Asbestos Trust, Asbestos Claimants will have to follow the Claims Resolution Procedures and submit the necessary claim form and other information required by the Trust. *This Ballot is for voting on the Plan only and is not a claim form for requesting compensation*.**

### 4.      (Item 3) Entity Claiming Against.

Please indicate whether the Asbestos Claimant is asserting a GST Asbestos Claim or a Coltec Asbestos Claim by by marking an "X" in the box that so indicates. Asbestos Claimants may assert both a GST Asbestos Claim and a Coltec Asbestos Claim, but only one vote will be counted.

### 5.      (Item 4) Vote.

Please indicate whether the Class 5 Asbestos Claimant votes to **ACCEPT** or to **REJECT** the Plan by marking an "X" in the box that corresponds to the Asbestos Claimant's choice.

### 6.      (Item 5) Certifications.

Item 5 requires the Asbestos Claimant or the Asbestos Claimant's attorney, as applicable, to certify under penalty of perjury that the following matters are true and correct to the best of the Asbestos Claimant's or attorney's knowledge, information, and reasonable belief:

    a.  the claimant is an Asbestos Claimant (as defined in the Plan) whose claim has not been dismissed with prejudice or settled and paid, and is not known to be time-barred;

    b.  the person upon whose injury the Asbestos Claim is based (the "**Injured Party**") was diagnosed with malignant mesothelioma, lung cancer, colo-rectal cancer, laryngeal cancer, esophageal cancer, pharyngeal cancer, stomach cancer, severe asbestosis, disabling asbestosis, or non-disabling asbestosis (all such diseases other than mesothelioma being referred to hereafter as the "**Other Diseases**"), based on, or as evidenced in, medical records or similar documentation in the possession of the claimant, his or her attorney, or the physician of the claimant or Injured Party;

    c.  the Injured Party was exposed to asbestos released from asbestos-containing gaskets or packing manufactured, produced, fabricated, distributed, supplied, marketed, included as a component part, or sold by Garlock or Coltec ("**Asbestos**

**Exposure**") [*Note: for purposes of this certification, the term "Coltec" includes but is not limited to the following predecessors or former divisions of Coltec Industries Inc: Fairbanks Morse Engine, Fairbanks Morse Pump, Quincy Compressor, Central Moloney, France Compressor, Delavan, and Farnam*]; and

d. each claim identified as liquidated by settlement or judgment is the subject of a settlement agreement or judgment in the amount indicated; and

e. if these certifications are made by the Asbestos Claimant's attorney, the attorney is authorized by the Asbestos Claimant to vote on the Plan on his or her behalf, and to represent that the Injured Party has (or, if deceased, had) the disease noted on the ballot and Asbestos Exposure.

Asbestos Claimants making these certifications will have their Class 5 Asbestos Claims temporarily allowed for voting purposes only in the amount of $10,000 (for claims based on malignant mesothelioma), $1 (for any of the Other Diseases), or the asserted liquidated amount of the claim (for Asbestos Claims asserted to be liquidated by settlement or judgment).

Any Class 5 Asbestos Claimant who cannot, on or before the Voting Deadline, make the certifications above may file a motion with the Bankruptcy Court, requesting temporary allowance for voting purposes. Any such motion must be filed no later than **December 9, 2016**, and any such claimant who does not move for temporary allowance by that time shall be deemed to have waived his or her right to vote on the Plan. If the Bankruptcy Court grants a claimant's motion for temporary allowance, the claimant will be entitled to submit a ballot in the amount and by the deadline specified by the Bankruptcy Court, and such ballot, if completed and signed in accordance with the Bankruptcy Court's requirements and the Voting Procedures, will be treated as timely, and the Balloting Agent will count or tabulate such ballot, even if such ballot is submitted after the Voting Deadline.

*No entity named as a defendant in asbestos litigation shall be eligible to vote on the Plan as a Class 5 Asbestos Claimant, unless such entity files a motion for temporary allowance of its claim for voting purposes and the Court grants such motion for temporary allowance. Any such motion must be filed no later than December 9, 2016, and any such entity who does not move for temporary allowance by that time shall be deemed to have waived its right to vote on the Plan. All parties' rights to object to such claim and to such motion for temporary allowance for voting purposes have been preserved.*

7.    **Return the Ballot in the envelope provided.** The Ballot must be <u>actually received</u> by the Balloting Agent by the Voting Deadline (specified above) or <u>it will not be counted</u>. Faxes, e-mails, and other electronic submissions <u>will not</u> be accepted.

**BALLOT FOR**
**CLASS 5 ASBESTOS CLAIMS**

**Please read the instructions accompanying this Ballot before completing.**
**Print clearly in ink or type.**

<div style="border:1px solid">

**YOU MUST COMPLETE EACH SECTION OF THIS BALLOT IN ORDER FOR IT TO BE VALID OR COUNTED AS HAVING BEEN CAST.**

</div>

**Item 1.**        **Identifying Information.**

| | |
|---|---|
| Name of Asbestos Claimant: | _____ |
| Asbestos Claimant Last 4 Digits of Social Security No.: | _____ |
| Asbestos Claimant's Street Address: | _____ |
| City, State & Zip Code: | _____ |
| Name of Injured Party (if different from Asbestos Claimant): | _____ |
| Injured Party Last 4 Digits of Social Security No. (if different from Asbestos Claimant): | _____ |
| If by Attorney, Name: | _____ |
| If by Attorney, Name of Law Firm: | _____ |
| Law Firm's Street Address: | _____ |
| City, State & Zip Code: | _____ |
| Date Completed: | _____ |

**Item 2.**      **Designation of Disease Category or Assertion of Settlement or Judgment and Amount FOR VOTING PURPOSES ONLY.**

Solely for purposes of voting to accept or to reject the Plan, please designate the following category of Class 5 Asbestos Claim.

☐      **Mesothelioma**.

**Claim amount for voting purposes only: $10,000.**

☐      **Other Diseases (lung cancer, colo-rectal cancer, laryngeal cancer, esophageal cancer, pharyngeal cancer, stomach cancer, severe asbestosis, disabling asbestosis, or non-disabling asbestosis).**

**Claim amount for voting purposes only: $1.**

☐      **Settled Claim.**

**Asserted Settlement Amount: _____.**

☐      **Judgment Claim**.

**Asserted Judgment Amount: _____.**

**Item 3.**      **Entity Claiming Against.**

Indicate whether the Asbestos Claimant is asserting a GST Asbestos Claim, a Coltec Asbestos Claim, or both. You may check <u>one or both</u> boxes:

☐ **GST ASBESTOS CLAIM.**

☐ **COLTEC ASBESTOS CLAIM.**

**Item 4.**      **Vote.**

The Class 5 Asbestos Claimant in the amount set forth in Item 2, hereby votes to:

Check <u>only one</u> box:      ☐ **ACCEPT THE PLAN.**

☐ **REJECT THE PLAN.**

**Item 5.**           **Certifications.**

By signing below, I hereby certify under penalty of perjury to the best of my knowledge, information, and reasonable belief that the following matters are true and correct:

(i) the Asbestos Claimant (as defined in the Plan) holds an Asbestos Claim that has not been dismissed with prejudice or settled and paid, and is not known to be time-barred;

(ii) the person upon whose injury the Asbestos Claim is based (the "**Injured Party**") was diagnosed with malignant mesothelioma, lung cancer, colo-rectal cancer, laryngeal cancer, esophageal cancer, pharyngeal cancer, stomach cancer, severe asbestosis, disabling asbestosis, or non-disabling asbestosis, as indicated in the exhibit, based on, or as evidenced in, medical records or similar documentation in the possession of the claimant, his/her attorneys, or the respective physicians of the claimant or Injured Party;

(iii) Injured Party listed in the exhibit was exposed to asbestos released from asbestos-containing gaskets or packing manufactured, produced, fabricated, distributed, supplied, marketed, included as a component part, or sold by Garlock or Coltec[1] ("**Asbestos Exposure**");

(iv) if this claim has been identified as liquidated by settlement or judgment, it is the subject of a settlement agreement or judgment in the amount indicated; and

(v) if these certifications are made by the Asbestos Claimant's attorney, the attorney is authorized by such holder to vote on the Plan on his or her behalf, and to represent that the Injured Party has (or, if deceased, had) the disease noted on the ballot and Asbestos Exposure.

| | |
|---|---|
| Signature of Claimant or Attorney: | _____ |
| Printed Name of Claimant or Attorney: | _____ |
| Name of Law Firm (if applicable): | _____ |
| Date: | _____ |

**DO NOT INCLUDE MEDICAL RECORDS WITH THIS BALLOT.**

**IF THIS BALLOT IS NOT *ACTUALLY RECEIVED* BY THE BALLOTING AGENT BY DECEMBER 9, 2016, THE BALLOT WILL NOT BE COUNTED.**

---

[1] For purposes of this certification, the term "**Coltec**" includes the following predecessors or former divisions of Coltec Industries Inc: Fairbanks Morse Engine, Fairbanks Morse Pump, Quincy Compressor, Central Moloney, France Compressor, Delavan, and Farnam.

**IF YOU HAVE ANY QUESTIONS REGARDING YOUR BALLOT, OR IF YOU DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT, PLAN, OR VOTING PROCEDURES, OR IF YOU NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT THE BALLOTING AGENT, RUST CONSULTING/OMNI BANKRUPTCY, TOLL-FREE AT 1-844-GARLOCK.**

# EXHIBIT 1C

**FORM OF BALLOT FOR CLASS 9 GST/GARRISON EQUITY INTERESTS**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division

| | |
|---|---|
| IN RE:<br><br>GARLOCK SEALING TECHNOLOGIES LLC, et al.,<br><br>                Debtors.[1] | Case No. 10-BK-31607<br><br>Chapter 11<br><br>Jointly Administered |
| IN RE:<br><br>OLDCO, LLC, SUCCESSOR BY MERGER TO COLTEC INDUSTRIES INC,<br><br>                Debtor. | Case No. [Not yet filed]<br><br>Chapter 11<br><br>[Joint Administration To Be Requested] |

**BALLOT AND VOTING INSTRUCTIONS FOR THE
JOINT PLAN OF REORGANIZATION OF GARLOCK SEALING TECHNOLOGIES
LLC, ET AL. AND OLDCO, LLC, PROPOSED SUCCESSOR BY MERGER TO
COLTEC INDUSTRIES INC, DATED MAY 20, 2016**

**CLASS 9: GST/GARRISON EQUITY INTERESTS**

     Garlock Sealing Technologies LLC ("**Garlock**"), Garrison Litigation Management Group, Ltd. ("**Garrison**") and The Anchor Packing Company, debtors and debtors-in-possession in the above-captioned cases (with OldCo, LLC, once it has commenced a bankruptcy case to be jointly administered under Case No. 10-BK-31607, the "**Debtors**"), the Official Committee of Asbestos Personal Injury Claimants, the Future Asbestos Claimants' Representative, the Ad Hoc Coltec Future Asbestos Claimants' Representative, and the Ad Hoc Coltec Asbestos Claimants Committee (together the "**Plan Proponents**"), are soliciting votes from Asbestos Claimants with respect to the Joint Plan of Reorganization of Garlock Sealing Technologies LLC, et al. and OldCo, LLC, Proposed Successor by Merger to Coltec Industries Inc, dated May 20, 2016 (as it may be from time to time amended, supplemented or modified, the "**Plan**").

---

[1] The debtors in these jointly administered cases (referred to collectively as the "**Garlock Case**") are Garlock Sealing Technologies LLC; Garrison Litigation Management Group, Ltd.; and The Anchor Packing Company.

The United States Bankruptcy Court for the Western District of North Carolina (the "**Bankruptcy Court**") has signed an order in the Garlock Case (the "**Confirmation Procedures Order**") that establishes procedures under which the Plan Proponents will solicit acceptance of the Plan from Asbestos Claimants and voting procedures ("**Voting Procedures**") for tabulation of votes on the Plan. Copies of the Confirmation Procedures Order and Voting Procedures are included in the Solicitation Package sent to you.

Information regarding treatment of Class 9 GST/Garrison Equity Interests is available in the Disclosure Statement and the Plan, which are included in the Solicitation Package. A Solicitation Package, including this Ballot, is being sent to each Holder of Class 9 GST/Garrison Equity Interests.

*The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you whether you vote or not if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims voting in the Class. Under the Plan, Class 9 must accept the Plan and the Plan must meet other requirements of 11 U.S.C. § 1129(a) for the Plan to be confirmed and for Class 9 GST/Garrison Equity Interests to receive the treatment to which the Class is entitled under the Plan. To have your vote count, you must complete and return this Ballot.*

This Ballot is to be used for voting by the Holders of Class 9 GST/Garrison Equity Interests only. In order for your Ballot to be counted, it must be properly completed, signed, and returned by first-class mail or courier to the Debtors' court-approved Balloting Agent, Rust Consulting/Omni Bankruptcy:

> Garlock Sealing Technologies LLC, et al.
> c/o Rust Consulting/Omni Bankruptcy
> Attn: Balloting Agent
> 5955 DeSoto Avenue, Suite 100
> Woodland Hills, CA 91367

**A Ballot must be RECEIVED by the Balloting Agent no later than December 9, 2016 (the "Voting Deadline"). Facsimiles and electronic submissions will NOT be accepted.**

If you have questions about your Ballot, or if you did not receive a copy of the Disclosure Statement, Plan, or Voting Procedures, you may contact the Balloting Agent by phone at 1-844-GARLOCK or by email at Garlock@omnimgt.com. **Please note that the Balloting Agent cannot give legal advice. You should consult your attorney regarding all legal matters.**

**Return the Ballot in the envelope provided.** The Ballot must be <u>received</u> by the Balloting Agent by the date specified in the instructions or <u>it will not be counted</u>. Facsimiles and electronic submissions <u>will not</u> be accepted.

8491859v2 17067.00011

## BALLOT FOR CLASS 9 GST/GARRISON EQUITY INTERESTS

**Please read the instructions accompanying this Ballot before completing.**
**Print clearly in ink or type.**

> **YOU MUST COMPLETE EACH SECTION OF THIS BALLOT IN ORDER FOR IT TO BE VALID OR COUNTED AS HAVING BEEN CAST.**

**Item 1.**        **Vote.**

The undersigned, the Holder of the Class 9 GST/Garrison Equity Interests, votes to:

Check <u>only one</u> box:        ☐ **ACCEPT THE PLAN.**

☐ **REJECT THE PLAN.**

**Item 2.**        **Certifications.**

| | |
|---|---|
| By signing below, I hereby certify under penalty of perjury that to the best of my knowledge, information, and reasonable belief, I have the power and authority to vote to accept or reject this plan on behalf of the holder of the Class 9 GST/Garrison Equity Interests. | |
| Name of Equity Interest Holder: | _____ |
| Street Address: | _____ |
| City, State & Zip Code: | _____ |
| Name and Title of Attorney or Authorized Agent: | _____ |
| Signature of Attorney or Authorized Agent: | _____ |
| Date: | _____ |

**IF YOU HAVE ANY QUESTIONS REGARDING YOUR BALLOT, OR IF YOU DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT, PLAN, OR VOTING PROCEDURES, OR IF YOU NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT THE BALLOTING AGENT, RUST CONSULTING/OMNI BANKRUPTCY, TOLL-FREE AT 1-844-GARLOCK**

Class 9-4

# EXHIBIT 2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

| | |
|---|---|
| IN RE:<br><br>GARLOCK SEALING TECHNOLOGIES LLC, et al.,<br><br>        Debtors.[1] | Case No. 10-BK-31607<br><br>Chapter 11<br><br>Jointly Administered |
| IN RE:<br><br>OLDCO, LLC, SUCCESSOR BY MERGER TO COLTEC INDUSTRIES INC,<br><br>        Debtor. | Case No. [Not yet filed]<br><br>Chapter 11<br><br>[Joint Administration To Be Requested] |

### NOTICE OF CONFIRMATION HEARING FOR PLAN OF REORGANIZATION OF GARLOCK SEALING TECHNOLOGIES LLC ET AL. AND OLDCO, LLC, PROPOSED SUCCESSOR BY MERGER TO COLTEC INDUSTRIES INC DATED MAY 20, 2016

**PLEASE TAKE NOTICE** that on May 20, 2016 the debtors and debtors-in-possession (collectively, the "**Debtors**") filed:

- The Joint Plan of Reorganization of Garlock Sealing Technologies LLC, et al. and OldCo, LLC, Proposed Successor by Merger to Coltec Industries Inc, dated May 20, 2016 (as it may be from time to time amended, supplemented or modified, the "**Plan**"), and
- A Disclosure Statement with respect to the Plan (as it may be further amended, the "Disclosure Statement").[2]

---

[1] The Debtors in these jointly administered cases are Garlock Sealing Technologies LLC; Garrison Litigation Management Group, Ltd.; and The Anchor Packing Company. Solicitation is also being conducted by Coltec Industries, Inc. pursuant to Sections 1125(g) and 1126(b) of the Bankruptcy Code and Rule 3018(b) of the Federal Rules of Bankruptcy Procedure with respect to OldCo, LLC which, in the event this Plan is accepted by the requisite numbers of claimants in Class 5, will become a successor by merger to Coltec Industries, Inc. and commence a bankruptcy case that will be jointly administered under Case No. 10-BK-31607.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Plan.

Debtors, Coltec Industries Inc ("**Coltec**"[3]), the Official Committee of Asbestos Personal Injury Claimants and the Future Asbestos Claimants' Representative in the Garlock Case are plan proponents as are the Ad Hoc Coltec Future Asbestos Claimants' Representative and the Ad Hoc Coltec Asbestos Claimants Committee (together, the "**Plan Proponents**").

**PLEASE TAKE FURTHER NOTICE** that, after notice and a hearing pursuant to Bankruptcy Code § 1125, the Bankruptcy Court approved the Disclosure Statement as providing adequate information for Holders of Claims and Equity Interests to make a decision as to whether to vote to accept or to reject the Plan.

**PLEASE TAKE FURTHER NOTICE** that, as further described in the accompanying Solicitation Package and the Notice of Simultaneous Solicitation of GST Asbestos Claimants and Coltec Asbestos Claimants; Coltec has not yet filed a bankruptcy case, but the Plan calls for Coltec to file a bankruptcy case if sufficient numbers of Asbestos Claimants vote to support the Plan.

**PLEASE TAKE FURTHER NOTICE** <u>that the Plan for which confirmation is sought provides, among other things, for the issuance of a permanent injunction pursuant to section 524(g) of the Bankruptcy Code that channels all Asbestos Claims against Debtors and the Asbestos Protected Parties (as defined in the Plan) to an Asbestos Trust for resolution and (if eligible) payment.  The Plan also provides for the granting of other injunctions described in Article 8 of the Plan.</u>

**The Asbestos Protected Parties that would be protected by the injunction are defined in the Plan and include Debtors, Reorganized Debtors, any current or former Affiliate of the Debtors or Reorganized Debtors (including the entities specified on Exhibit D in the exhibit book with the Plan), Coltec's former divisions and their successor entities, the asbestos insurance entities listed on or added to Exhibit E in the exhibit book with the Plan, and other entities specified in the Plan.**

**The claims that are discharged by the Plan, the injunctions that are granted as part of the Plan, and the claims that are released under the Plan are described in Article 8 of the Plan. You should read the Plan and the Disclosure Statement for a more complete discussion of how the injunctions will operate and may affect your rights. You may need to consult your attorney.**

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has also entered an Order Approving Disclosure Statement and Confirmation Procedures (the "**Confirmation Procedures Order**"). The Confirmation Procedures Order establishes procedures for Holders of Claims and Interests in certain Classes to vote to accept or to reject the Plan.

---

[3] "**Coltec**" includes, but is not limited to, the following predecessors or former divisions of Coltec Industries Inc:  Fairbanks Morse Engine, Fairbanks Morse Pump, Quincy Compressor, Central Moloney, France Compressor, Delavan, and Farnam.

## VOTING DEADLINE

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Procedures Order (i) establishes procedures for solicitation and tabulation of votes on the Plan, (ii) approves the form of ballots and master ballots, (iii) approves the form and content of notice to Holders of Claims and Interests, and (iv) establishes dates and deadlines in connection with confirmation of the Plan.  The Confirmation Procedures Order establishes the deadline by which votes to accept or to reject the Plan must be ***actually received*** by Rust Consulting/Omni Bankruptcy (the "**Balloting Agent**") as **December 9, 2016** (the "**Voting Deadline**").

All votes to accept or reject the Plan must be cast by using the appropriate ballot or master ballot.  All ballots or master ballots accepting or rejecting the Plan must be received by the Balloting Agent on or before the Voting Deadline at the following address:

> Garlock Sealing Technologies LLC, et al.
> c/o Rust Consulting/Omni Bankruptcy
> Attn: Balloting Agent
> 5955 DeSoto Avenue, Suite 100
> Woodland Hills, CA 91367

The Court may extend or otherwise modify the period during which votes will be accepted, in which case the Voting Deadline shall mean the last time and date to which the Court extends solicitation of ballots and master ballots.

## CONFIRMATION HEARING DATE AND OBJECTION DEADLINE

**PLEASE TAKE FURTHER NOTICE** that:

A hearing to consider confirmation of the Plan (the "**Confirmation Hearing**") will commence on May 15, 2017, at 10:00 a.m., prevailing Eastern time, before the Honorable Craig Whitley, United States Bankruptcy Judge, United States Bankruptcy Court for the Western District of North Carolina, 401 W. Trade St., Charlotte, North Carolina.  The Confirmation Hearing may be continued from time to time by announcing such continuance in open court and providing written notice to parties that have filed objections to confirmation or other motions for relief.

In accordance with the Confirmation Procedures **a CD-ROM containing a Solicitation Package** accompanies this notice. If you did not receive a Solicitation Package, but wish to receive one, you should contact the Balloting Agent by phone at 1-844-GARLOCK or email at garlock@omnimgt.com.  Solicitation Packages are also available online at www.Garlocknotice.com. Holders of Claims that are not entitled to vote on the Plan, or whose vote is not being otherwise solicited by the Debtors, should receive a copy of the Solicitation Package and a Notice of Non-Solicitation and Non-Voting Status.

Responses and objections, if any, to the confirmation of the Plan or any of the other relief sought by the Debtors in connection with confirmation of the Plan, must (a) describe the nature and amount of the objector's Claim or Equity Interest, (b) state with particularity the legal and factual grounds for the response or objection, and (c) if applicable, provide the specific text that the objecting party believes to be appropriate to insert into the Plan in order to cure its alleged deficiency.

Any such responses or objections must be filed with the Bankruptcy Court and served in a manner so as to be ***actually received*** no later than **December 9, 2016** (the "**Objection Deadline**") by the Notice Parties (defined below). The following parties are the "**Notice Parties**":

| | |
|---|---|
| **Debtors:** | GARLOCK SEALING TECHNOLOGIES LLC<br>c/o Elizabeth Barry, Chief Restructuring Officer<br>349 West Commercial St., Ste 3050<br>East Rochester, NY  14445 |
| **With a copy to:** | RAYBURN COOPER & DURHAM, P.A.<br>1200 Carillion, 227 West Trade Street<br>Charlotte, NC 28202<br>Telephone: (704) 334-0891<br>Attn: John R. Miller, Jr.<br><br>and<br><br>ROBINSON, BRADSHAW & HINSON, P.A.<br>101 North Tryon Street, Suite 1900<br>Charlotte, NC 28246<br>Telephone: (704) 377-2536<br>Attn: Garland S. Cassada<br><br>and<br><br>PARKER POE ADAMS & BERNSTEIN, LLP<br>Three Wells Fargo Center<br>401 South Tryon Street, Suite 3000<br>Charlotte, NC 28202<br>Telephone: (704) 335-9054<br>Attn: Daniel G. Clodfelter |

| | |
|---|---|
| **Official Committee of Asbestos Personal Injury Claimants:** | CAPLIN & DRYSDALE, CHARTERED<br>One Thomas Circle N.W., Suite 1100<br>Washington, DC 20005<br>Telephone: (202) 862-5000<br>Attn: Trevor W. Swett, III<br><br>and<br><br>MOON WRIGHT & HOUSTON, PLLC<br>227 West Trade Street, Suite 1800<br>Charlotte, NC 28202<br>Telephone:  (704) 944-6560<br>Attn: Travis W. Moon |
| **Future Asbestos Claimants' Representative:** | GRIER FURR & CRISP, PA<br>101 North Tryon Street, Suite 1240<br>Charlotte, NC 28246<br>Telephone: (704) 375-3720<br>Attn: Joseph W. Grier, III |
| **With a copy to:** | ORRICK HERRINGTON & SUTCLIFFE, LLP<br>Columbia Center<br>1152 15th Street, N.W.<br>Washington, DC 20005<br>Telephone: (202) 339-8400<br>Attn: Jonathan P. Guy |
| **Unsecured Creditors Committee:** | FSB FISHERBROYLES, LLP<br>6000 Fairview Road, Suite 1200<br>Charlotte, NC 28210<br>Telephone: (704) 464-6954<br>Attn: Deborah L. Fletcher |

**Objections not timely filed and served in accordance with the provisions of this order shall not be heard and shall be overruled.**

This 29th day of July, 2016.

/s/ Garland S. Cassada
Garland S. Cassada
N.C. Bar No. 12352
Jonathan C. Krisko
N.C. Bar No. 28625
Richard C. Worf, Jr.
N.C. Bar No. 37143

ROBINSON BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone:    (704) 377-2536
Facsimile:    (704) 378-4000

gcassada@rbh.com
jkrisko@rbh.com
rworf@rbh.com

*Special Corporate and Litigation Counsel to the
Debtors Garlock Sealing Technologies LLC,
Garrison Litigation Management Group, Ltd., and
The Anchor Packing Company*

# EXHIBIT 3

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division**

| | |
|---|---|
| IN RE:<br><br>GARLOCK SEALING TECHNOLOGIES LLC, et al.,<br><br>      Debtors.[1] | Case No. 10-BK-31607<br><br>Chapter 11<br><br>Jointly Administered |
| IN RE:<br><br>OLDCO, LLC, SUCCESSOR BY MERGER TO COLTEC INDUSTRIES INC,<br><br>      Debtor. | Case No. [Not yet filed]<br><br>Chapter 11<br><br>[Joint Administration To Be Requested] |

**NOTICE OF NON-SOLICITATION AND NON-VOTING STATUS
FOR PLAN OF REORGANIZATION OF GARLOCK SEALING TECHNOLOGIES LLC
et al. AND OLDCO, LLC, PROPOSED SUCCESSOR
BY MERGER TO COLTEC INDUSTRIES INC**

      **PLEASE TAKE NOTICE** that on May 20, 2016 the debtors and debtors-in-possession (collectively, the "**Debtors**") filed:

- The Joint Plan of Reorganization of Garlock Sealing Technologies LLC, et al. and OldCo, LLC, Proposed Successor by Merger to Coltec Industries Inc, dated May 20, 2016 (as it may be from time to time amended, supplemented or modified, the "**Plan**"), and

- A Disclosure Statement with respect to the Plan (as it may be further amended, the "Disclosure Statement").[2]

---

[1] The Debtors in these jointly administered cases are Garlock Sealing Technologies LLC; Garrison Litigation Management Group, Ltd.; and The Anchor Packing Company. Solicitation is also being conducted by Coltec Industries Inc. pursuant to Sections 1125(g) and 1126(b) of the Bankruptcy Code and Rule 3018(b) of the Federal Rules of Bankruptcy Procedure with respect to OldCo, LLC which, in the event this Plan is accepted by the requisite numbers of Claimants in Class 5, will become a successor by merger to Coltec Industries, Inc. and commence a bankruptcy case that will be jointly administered under Case No. 10-BK-31607.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Plan.

Debtors, Coltec Industries Inc ("**Coltec**"[3]), the Official Committee of Asbestos Personal Injury Claimants and the Future Asbestos Claimants' Representative in the Garlock Case are plan proponents as are the Ad Hoc Coltec Future Asbestos Claimants' Representative and the Ad Hoc Coltec Asbestos Claimants Committee (together, the "**Plan Proponents**").

**PLEASE TAKE FURTHER NOTICE** that, after notice and a hearing pursuant to Bankruptcy Code § 1125, the Bankruptcy Court approved the Disclosure Statement as providing adequate information for Holders of Claims and Equity Interests to make a decision as to whether to vote to accept or to reject the Plan.

**Class 1 – Priority Claims**

**If your Claim is in Class 1, you shall be paid the allowed amount of your allowed priority claim on the distribution date either (a) in full, in cash or (b) upon such other less favorable terms as may be mutually agreed upon between you and the Reorganized Debtors. Pursuant to section 1124 of the Bankruptcy Code, your Claim is in a class that is not impaired. Therefore, pursuant to section 1126(f) of the Bankruptcy Code, you are conclusively deemed to have accepted the Plan, and are not entitled to vote.**

**Class 2 – Secured Claims**

**If your Claim is in Class 2, your Claim is not impaired and you are not entitled to vote. If your Class 2 Claim is an allowed <u>Non-Tax Secured Claim</u> subject to the provisions of Bankruptcy Code §§ 502(b) and 506(d) and the terms of the Plan, you shall, at the option of the Reorganized Debtors, receive treatment according to the following alternatives:**

**(i)      The Plan will leave unaltered the legal, equitable and contractual rights to which you are entitled,**

**(ii)      The Reorganized Debtors shall pay your allowed Secured Claim in full on the effective date or as soon thereafter as reasonably practicable, or**

**(iii)      The Reorganized Debtors shall provide such other treatment as is agreed to in writing between the Debtors or the Reorganized Debtors and the holders of such allowed Secured Claim.**

**If your Class 2 Claim is an allowed <u>Secured Tax Claim</u>, except to the extent you agree with the debtors or Reorganized Debtors to a different treatment, you shall receive 100% of the unpaid amount of such allowed Secured Tax Claim in cash from the Reorganized Debtors on the distribution date. Pursuant to section 1124 of the Bankruptcy Code, Class 2 Claims are in a class that is not impaired. Therefore, pursuant to section 1126(f) of the Bankruptcy Code, if your Claim is a Class 2 Claim, you are conclusively deemed to have accepted the Plan, and are not entitled to vote.**

**Class 3 – Workers' Compensation Claims**

---

[3] "**Coltec**" includes, but is not limited to, the following predecessors or former divisions of Coltec Industries Inc:  Fairbanks Morse Engine, Fairbanks Morse Pump, Quincy Compressor, Central Moloney, France Compressor, Delavan, and Farnam.

If your Claim is a Class 3 Claim, your Claim shall be reinstated and shall have all legal, equitable, contractual rights to which you are entitled. Pursuant to section 1124 of the Bankruptcy Code, your Claim is in a class that is not impaired.  Therefore, pursuant to section 1126(f) of the Bankruptcy Code, you are conclusively deemed to have accepted the Plan, and are not entitled to vote.

**Class 4 – Intercompany Claims**

If your Claim is a Class 4 Claim, your Claim is preserved by the Plan, except for certain Intercompany Claims that are expressly resolved, released, and extinguished by the Holders thereof pursuant to the Plan. Pursuant to section 1124 of the Bankruptcy Code, your Claim is in a class that is not impaired.  Therefore, pursuant to section 1126(f) of the Bankruptcy Code, you are conclusively deemed to have accepted the Plan and are not entitled to vote.

**Class 6 – GST General Unsecured Claims**

If your Claim is in Class 6, your Claim if allowed, shall be paid the allowed amount of the Claim on the distribution date. Such payment shall be:

(i)     In full, in cash, plus post-petition interest at the federal judgment rate in effect on the petition date, or

(ii)    Upon such other less favorable terms as may be mutually agreed upon between the holder of an allowed GST General Unsecured Claim and the Debtors or Reorganized Debtors.

Post-petition interest shall accrue from the petition date through the date of payment. Pursuant to section 1124 of the Bankruptcy Code, your Claim is in a class that is not impaired.  Therefore, pursuant to section 1126(f) of the Bankruptcy Code, you are conclusively deemed to have accepted the Plan, and are not entitled to vote.

**Class 7 – Anchor Claims**

If your Claim is a Class 8 Claim, you shall be entitled to assert such Claim against Anchor in accordance with the provisions of article 14 of chapter 55 of the North Carolina Business Corporation Act.  Pursuant to section 1124 of the Bankruptcy Code, your Claim is in a class that is not impaired.  Therefore, pursuant to section 1126(f) of the Bankruptcy Code, you are conclusively deemed to have accepted the Plan, and are not entitled to vote.

**Class 10 – Other Equity Interests**

If you are a holder of an equity interest in Class 10 you shall retain your equity interest unaltered by the Plan.  Pursuant to section 1124 of the Bankruptcy Code, your equity interest is in a class that is not impaired.  Therefore, pursuant to section 1126(f) of the Bankruptcy Code, you are conclusively deemed to have accepted the Plan, and are not entitled to vote.

This 29th day of July, 2016.

/s/ Garland S. Cassada
Garland S. Cassada
N.C. Bar No. 12352
Jonathan C. Krisko
N.C. Bar No. 28625
Richard C. Worf, Jr.
N.C. Bar No. 37143

ROBINSON BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone:    (704) 377-2536
Facsimile:    (704) 378-4000

gcassada@rbh.com
jkrisko@rbh.com
rworf@rbh.com

*Special Corporate and Litigation Counsel to the
Debtors Garlock Sealing Technologies LLC,
Garrison Litigation Management Group, Ltd., and
The Anchor Packing Company*

# EXHIBIT 4

# ATTENTION PERSONS WHO HOLD CLAIMS AGAINST GARLOCK SEALING TECHNOLOGIES <u>AND/OR</u> AGAINST COLTEC INDUSTRIES INC.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division**

| | |
|---|---|
| IN RE:<br><br>GARLOCK SEALING TECHNOLOGIES LLC, et al.,<br><br>        Debtors.[1] | Case No. 10-BK-31607<br><br>Chapter 11<br><br>Jointly Administered |
| IN RE:<br><br>OLDCO, LLC, SUCCESSOR BY MERGER TO COLTEC INDUSTRIES INC,<br><br>        Debtor. | Case No. [Not yet filed]<br><br>Chapter 11<br><br>[Joint Administration To Be Requested] |

## NOTICE OF SIMULTANEOUS SOLICITATION OF GST ASBESTOS CLAIMANTS AND COLTEC ASBESTOS CLAIMANTS

**PLEASE TAKE NOTICE** that the Joint Plan of Reorganization of Garlock Sealing Technologies LLC, et al. and OldCo, LLC, Proposed Successor by Merger to Coltec Industries Inc, dated May 20, 2016 (the "**Plan**"),[2] is jointly proposed by OldCo, LLC ("**Coltec**") with Garlock Sealing Technologies LLC ("**Garlock**"), Garrison Litigation Management Group, Ltd. ("**Garrison**") and The Anchor Packing Company ("**Anchor**").

Garlock, Garrison and Anchor are debtors and debtors-in-possession in chapter 11 cases pending in the United States Bankruptcy Court for the Western District of North Carolina (captioned *In re: Garlock Sealing Technologies LLC, et al.* and jointly administered under Case No. 10-BK-31607) (the "**Garlock Case**").

---

[1] The debtors in these jointly administered cases are Garlock Sealing Technologies LLC; Garrison Litigation Management Group, Ltd.; and The Anchor Packing Company.

[2] Capitalized terms not otherwise defined herein shall have the meaning set forth in the Plan.

8680062v6 17067.00011

The Official Committee of Asbestos Personal Injury Claimants and the Future Asbestos Claimants' Representative in the Garlock Case are also Plan Proponents as are the Ad Hoc Coltec Future Asbestos Claimants' Representative and the Ad Hoc Coltec Asbestos Claimants Committee (together, the "**Plan Proponents**").

This Notice of Simultaneous Solicitation of GST Asbestos Claimants and Coltec Asbestos Claimants (this "**Notice**") is intended to clarify for persons who hold asbestos claims against Garlock or Coltec, or both, the simultaneous solicitation of votes in favor of the Plan by these persons, even though Coltec has not yet filed a petition for relief under the Bankruptcy Code.

1.    *The Plan Resolves GST Asbestos Claims and Coltec Asbestos Claims.* The Plan resolves asbestos personal injury and wrongful death claims against Garlock and Garrison, which are defined in the Plan as "**GST Asbestos Claims**" and also resolves asbestos personal injury and wrongful death claims against Coltec, which are defined in the Plan as "**Coltec Asbestos Claims**." The entity, Coltec, includes, but is not limited to, the following predecessors or former divisions of Coltec Industries Inc:  Fairbanks Morse Engine, Fairbanks Morse Pump, Quincy Compressor, Central Moloney, France Compressor, Delavan, and Farnam.

2.    *Coltec Is Soliciting Votes in Favor of the Plan Simultaneously with Garlock Because the Plan Calls for Coltec to File a Chapter 11 Case.* Coltec has not yet filed a Chapter 11 case, but the Plan proposes that Coltec will do so if sufficient numbers of Asbestos Claimants vote in favor of the Plan. Coltec is thus soliciting Coltec Asbestos Claimants for support of the Plan simultaneous to solicitation by Garlock, Garrison, and Anchor of the same Plan, even though Coltec has not yet filed a Chapter 11 case.

3.    *The Bankruptcy Court Has Not Approved the Disclosure Statement As It Relates to Coltec Asbestos Claimants.* Because Coltec has not filed its own Chapter 11 case, the United States Bankruptcy Court for the Western District of North Carolina (the "**Bankruptcy Court**") has not yet approved the Disclosure Statement for the Plan as it specifically relates to Coltec Asbestos Claimants or approved procedures for soliciting acceptance of the Plan from Coltec Asbestos Claimants.

The Bankruptcy Court, however, has approved the Disclosure Statement for the Plan and entered an order (the "**Confirmation Procedures Order**") that establishes procedures whereby the Plan Proponents in the Garlock Case will solicit acceptance of the Plan and procedures for tabulation of votes on the Plan with respect to Asbestos Claims in Class 5 of the Plan and GST/Garrison Equity Interests in Class 8 of the Plan.  After Coltec files for bankruptcy, it will seek Bankruptcy Court approval of the Disclosure Statement vis-à-vis its creditors, including Coltec Asbestos Claimants.

4.    *The Garlock Case Voting Procedures Apply to Coltec Asbestos Claims.* Coltec Asbestos Claims are in the same class as Garlock Asbestos Claims, Class 5, in the Plan. Coltec is using the Disclosure Statement and the Confirmation Procedures Order (and Ballots approved therein) to solicit acceptance of the Plan by Coltec Asbestos Claimants prior to commencing its planned Chapter 11 case.  (Those documents have been included in the Solicitation Package provided with this Notice.)

Accordingly, if you are a Coltec Asbestos Claimant or a representative of a Coltec Asbestos Claimant, the procedures and ballots in the Solicitation and Voting Procedures Order apply to your claim.

5.     *All Asbestos Claimants Have One Vote, Using the Same Ballot.* Pursuant to the Confirmation Procedures Order, a Claimant who holds a GST Asbestos Claim, a Coltec Asbestos Claim, or both may only cast one vote and must do so with the form of Class 5 Master Ballot or Class 5 Individual Ballot approved by the Confirmation Procedures Order.   The Voting Procedures, included in the Solicitation Package provided with this Notice, give further detail about requirements for voting GST Asbestos Claims and Coltec Asbestos Claims.

6.     *Information Concerning the Plan Is Included in the Solicitation Package.* Further information regarding the Plan, the Garlock Bankruptcy Case, Coltec Asbestos Claims, the Comprehensive Settlement resolving GST Asbestos Claims and Coltec Asbestos Claims, treatment of Class 5 Asbestos Claimants under the Plan, and other information is included in the Disclosure Statement and the Plan, included in the Solicitation Package provided with this Notice.  Per the enclosed instructions, ballots for voting on the Plan must be submitted so that they are ***actually received*** by the Ballot Agent no later than **December 9, 2016**.  A ballot received after December 9, 2016 will not be counted even if the accompanying envelope was postmarked with that date.

4

# EXHIBIT 5

# If You Worked Around Gaskets, Packing, or Equipment Containing Asbestos

## *The Garlock and Coltec Bankruptcy Settlement May Affect Your Rights.*

There is a bankruptcy involving claims about exposure to asbestos-containing gaskets, packing, and equipment. Garlock Sealing Technologies LLC, The Anchor Packing Company, and Garrison Litigation Management Group, Ltd., along with representatives of asbestos claimants, have filed a new plan of reorganization (the "Plan"). Coltec Industries Inc is also part of the Plan. If claimants approve the Plan, Coltec will merge with a company known as OldCo, LLC, and that company will file a bankruptcy case. Together, these companies are referred to as the "Debtors."

The gaskets and packing were used in places where steam, hot liquid, or acids moved through pipes, including industrial and maritime settings. The equipment included compressors, engines, pumps, transformers, and other equipment that may have had asbestos-containing components, such as gaskets or packing. The Coltec-related divisions or businesses that may have sold asbestos-containing products or equipment were Fairbanks Morse, Quincy Compressor, Central Moloney, Delavan, France Compressor, and Farnam.

### Who Is Affected by the Bankruptcy Case?

Your rights may be affected if you:
• Worked with or around Garlock asbestos-containing gaskets or packing, Coltec equipment with asbestos components, or any other asbestos-containing product for which Debtors are responsible, or
• Have a claim now or in the future against the Debtors for asbestos-related disease caused by any person's exposure to asbestos-containing products.

**Even if you have not yet been diagnosed with any disease or experienced any symptoms, your rights may be affected.** The Court has appointed a Future Claimants' Representative ("FCR") to represent the rights of these future claimants.

### What Does the Plan Provide?

The Plan is the result of a settlement agreement between the Debtors, the FCR, and committees representing asbestos claimants against Garlock and Coltec (the "Asbestos Claimants Committee"). The Plan will establish a Trust funded with $480 million to pay asbestos claims against Garlock and Coltec. **If the Plan is approved, all claims must be filed against the Trust. You will not be able to file claims against the Debtor or protected parties.** If you have claims only against Anchor, you are not expected to recover anything, as that company has no assets and will be dissolved.

The Plan replaces a different plan that was supported by the Debtors and FCR. The Plan provides more guaranteed funding for paying asbestos claims, and also pays claims against Coltec. The Asbestos Claimants Committee opposed the previous plan, but supports the Plan.

### Who Can Vote on or Object to the Plan?

All identifiable asbestos claimants or their attorneys will receive the "Solicitation Package." This includes the Plan, Voting Ballot, and other information. You can vote on the Plan by providing certified information about your claim, or making a motion to vote as described in the Solicitation Package available online or by calling the toll-free number.

**You will need to vote on the Plan by December 9, 2016**. You may also object to the Plan and the adequacy of the FCR's representation of future claimants, but must do so by December 9, 2016.

### Do I Have to File a Claim?

Certain deadlines for filing asbestos claims against Garlock have already passed. **If you have an asbestos claim against Coltec based on a disease diagnosed on or before August 1, 2014, you must cast a ballot before December 9, 2016, or else file a claim by March 24, 2017.** If you do not file a claim, you may lose your right to bring your Coltec claim against the Trust in the future. Individuals diagnosed with disease after August 1, 2014 do not have to file a claim at this time, but may be able to vote or object to the Plan. In addition, if you have already filed an asbestos claim against Garlock, you do not have to file a separate Coltec asbestos claim.

### When Will the Court Decide on the Plan?

A hearing to consider confirmation of the Plan will begin at 10:00 a.m. ET on May 15, 2017, at the US Bankruptcy Court, Western District of North Carolina, 401 West Trade Street, Charlotte, NC 28202.

**For Information: www.GarlockNotice.com 1-844-Garlock**

# EXHIBIT 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**Charlotte Division**

| | |
|---|---|
| IN RE: | Case No. 10-BK-31607 |
| GARLOCK   SEALING   TECHNOLOGIES LLC, et al., | Chapter 11 |
| Debtors.[1] | Jointly Administered |

**NOTICE OF NON-SOLICITATION AND NON-VOTING STATUS FOR
MODIFIED JOINT PLAN OF REORGANIZATION OF GARLOCK
SEALING TECHNOLOGIES LLC ET AL. AND OLDCO, LLC,
SUCCESSOR BY MERGER TO COLTEC INDUSTRIES INC**

**TO CREDITORS AND PARTIES IN INTEREST OF OLDCO, LLC ("COLTEC"),
SUCCESSOR BY MERGER TO COLTEC INDUSTRIES INC:**

**PLEASE TAKE NOTICE** that on July 29, 2016, the debtors and debtors-in-possession in the jointly administered chapter 11 cases of *In re Garlock Sealing Technologies LLC*, *In re Garrison Litigation Management Group, Ltd.* and *In re The Anchor Packing Company* (collectively, the "Garlock Debtors") filed a Disclosure Statement (the "Disclosure Statement") regarding the Modified Joint Plan of Reorganization of Garlock Sealing Technologies LLC, et al. and OldCo, LLC, Proposed Successor by Merger to Coltec Industries Inc, dated May 20, 2016 (and modified June 21, 2016, July 29, 2016, and December 2, 2016) (as it may be further amended, supplemented or modified, the "Plan").

All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Garlock Debtors, the Official Committee of Asbestos Personal Injury Claimants and the Future Asbestos Claimants' Representative in the Garlock Debtors' chapter 11 cases are plan proponents, as are Coltec Industries Inc[2], the Ad Hoc Coltec Future Asbestos Claimants' Representative and the Ad Hoc Coltec Asbestos Claimants Committee.

---

[1]   The debtors in these jointly administered cases are Garlock Sealing Technologies LLC, Garrison Litigation Management Group, Ltd., The Anchor Packing Company and OldCo, LLC, successor by merger to Coltec Industries Inc.

[2]   Coltec Industries Inc includes, but is not limited to, its following predecessors or former divisions: Fairbanks Morse Engine, Fairbanks Morse Pump, Quincy Compressor, Central Moloney, France Compressor, Delavan, and Farnam.

9290955

**PLEASE TAKE FURTHER NOTICE** that, after notice and a hearing pursuant to Bankruptcy Code § 1125, the Bankruptcy Court approved the Disclosure Statement in the Garlock Debtors' chapter 11 cases as providing adequate information for Holders of Claims and Equity Interests to make a decision as to whether to vote to accept or to reject the Plan.

**PLEASE TAKE FURTHER NOTICE** that solicitation of the Plan was conducted by Coltec Industries Inc pursuant to section 1125(g) and 1126(b) of the Bankruptcy Code and Bankruptcy Rule 3018(b) with respect to Coltec, which became a successor by merger to Coltec Industries Inc as of December 31, 2016.

**PLEASE TAKE FURTHER NOTICE** that on January 30, 2017, Coltec filed its voluntary petition under chapter 11 of the Bankruptcy Code, filed (among other documents) the Plan and the Disclosure Statement in its chapter 11 case and has moved the Bankruptcy Court to approve the Disclosure Statement in its chapter 11 case.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has ordered that Coltec's chapter 11 case be jointly administered with the Garlock Debtors' chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that a joint hearing to consider approval of the Disclosure Statement in the Coltec chapter 11 case and confirmation of the Plan in these jointly administered cases will commence on May 15, 2017, beginning at 10:00 a.m. ET.

**Class 1 – Priority Claims**

**If your Claim is in Class 1, you shall be paid the allowed amount of your allowed priority claim on the distribution date either (a) in full, in cash or (b) upon such other less favorable terms as may be mutually agreed upon between you and the Reorganized Debtors. Pursuant to section 1124 of the Bankruptcy Code, your Claim is in a class that is not impaired. Therefore, pursuant to section 1126(f) of the Bankruptcy Code, you are conclusively deemed to have accepted the Plan, and are not entitled to vote.**

**Class 2 – Secured Claims**

**If your Claim is in Class 2, your Claim is not impaired and you are not entitled to vote. If your Class 2 Claim is an allowed <u>Non-Tax Secured Claim</u> subject to the provisions of Bankruptcy Code §§ 502(b) and 506(d) and the terms of the Plan, you shall, at the option of the Reorganized Debtors, receive treatment according to the following alternatives:**

   (i)     **The Plan will leave unaltered the legal, equitable and contractual rights to which you are entitled,**

   (ii)    **The Reorganized Debtors shall pay your allowed Secured Claim in full on the effective date or as soon thereafter as reasonably practicable, or**

   (iii)   **The Reorganized Debtors shall provide such other treatment as is agreed to in writing between the Debtors or the Reorganized Debtors and the holders of such allowed Secured Claim.**

**If your Class 2 Claim is an allowed <u>Secured Tax Claim</u>, except to the extent you agree with the debtors or Reorganized Debtors to a different treatment, you shall receive**

100% of the unpaid amount of such allowed Secured Tax Claim in cash from the Reorganized Debtors on the distribution date.  Pursuant to section 1124 of the Bankruptcy Code, Class 2 Claims are in a class that is not impaired. Therefore, pursuant to section 1126(f) of the Bankruptcy Code, if your Claim is a Class 2 Claim, you are conclusively deemed to have accepted the Plan, and are not entitled to vote.

**Class 3 – Workers' Compensation Claims**

If your Claim is a Class 3 Claim, your Claim shall be reinstated and shall have all legal, equitable, contractual rights to which you are entitled. Pursuant to section 1124 of the Bankruptcy Code, your Claim is in a class that is not impaired.  Therefore, pursuant to section 1126(f) of the Bankruptcy Code, you are conclusively deemed to have accepted the Plan, and are not entitled to vote.

**Class 4 – Intercompany Claims**

If your Claim is a Class 4 Claim, your Claim is preserved by the Plan, except for certain Intercompany Claims that are expressly resolved, released, and extinguished by the Holders thereof pursuant to the Plan. Pursuant to section 1124 of the Bankruptcy Code, your Claim is in a class that is not impaired.  Therefore, pursuant to section 1126(f) of the Bankruptcy Code, you are conclusively deemed to have accepted the Plan and are not entitled to vote.

**Class 6 – GST General Unsecured Claims**

If your Claim is in Class 6, your Claim if allowed, shall be paid the allowed amount of the Claim on the distribution date. Such payment shall be:

(i)      In full, in cash, plus post-petition interest at the federal judgment rate in effect on the petition date, or

(ii)     Upon such other less favorable terms as may be mutually agreed upon between the holder of an allowed GST General Unsecured Claim and the Debtors or Reorganized Debtors.

Post-petition interest shall accrue from the petition date through the date of payment. Pursuant to section 1124 of the Bankruptcy Code, your Claim is in a class that is not impaired.  Therefore, pursuant to section 1126(f) of the Bankruptcy Code, you are conclusively deemed to have accepted the Plan, and are not entitled to vote.

**Class 7 – Coltec General Unsecured Claims**

If your Claim is in Class 7, your Claim will be reinstated and shall have all legal, equitable, and contractual rights to which such Coltec General Unsecured Claim entitles you. Pursuant to section 1124 of the Bankruptcy Code, your Claim is in a class that is not impaired.  Therefore, pursuant to section 1126(f) of the Bankruptcy Code, you are conclusively deemed to have accepted the Plan, and are not entitled to vote.

**Class 8 – Anchor Claims**

If your Claim is a Class 8 Claim, you shall be entitled to assert such Claim against Anchor in accordance with the provisions of article 14 of chapter 55 of the North Carolina Business Corporation Act.  Pursuant to section 1124 of the Bankruptcy Code, your Claim is in a class that is not impaired.  Therefore, pursuant to section 1126(f) of the Bankruptcy Code, you are conclusively deemed to have accepted the Plan, and are not entitled to vote.

**Class 10 – Other Equity Interests**

If you are a holder of an equity interest in Class 10 you shall retain your equity interest unaltered by the Plan.  Pursuant to section 1124 of the Bankruptcy Code, your equity interest is in a class that is not impaired.  Therefore, pursuant to section 1126(f) of the Bankruptcy Code, you are conclusively deemed to have accepted the Plan, and are not entitled to vote.

This the __ day of February, 2017.

/s/ Daniel G. Clodfelter
Daniel G. Clodfelter
N.C Bar No. 7661
danclodfelter@parkerpoe.com
William L. Esser IV
N.C. Bar No. 29201
willesser@parkerpoe.com
Ashley A. Edwards
N.C. Bar No. 40695
ashleyedwards@parkerpoe.com

PARKER POE ADAMS & BERNSTEIN, LLP
Three Wells Fargo Center
401 South Tryon Street, Suite 3000
Charlotte, NC 28202
Telephone:     (704) 372-9000
Facsimile:     (704) 334-4706

*Proposed Counsel to OldCo, LLC, Debtor and Debtor-in-Possession*

/s/ David M. Schilli
David M. Schilli
N.C. Bar No. 17989
dschilli@robinsonbradshaw.com
Andrew W.J. Tarr
N.C. Bar No. 31827
atarr@robinsonbradshaw.com

ROBINSON BRADSHAW & HINSON, P.A.
101 North Tryon Street
Suite 1900
Charlotte, NC 28246
Telephone:     (704) 377-2536
Facsimile:     (704) 378-4000

*Proposed Special Corporate and Litigation Counsel to OldCo, LLC, Debtor and Debtor-in-Possession*

# EXHIBIT 7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division**

| | |
|---|---|
| IN RE:<br><br>GARLOCK SEALING TECHNOLOGIES LLC, et al.,<br><br>              Debtors.[1] | Case No. 10-BK-31607<br><br>Chapter 11<br><br>Jointly Administered |

**NOTICE OF COMBINED HEARING ON CONFIRMATION OF MODIFIED JOINT
PLAN OF REORGANIZATION OF GARLOCK SEALING TECHNOLOGIES LLC ET
AL. AND OLDCO, LLC, SUCCESSOR BY MERGER TO COLTEC INDUSTRIES INC,
AND APPROVAL OF RELATED DISCLOSURE STATEMENT**

**TO CREDITORS AND PARTIES IN INTEREST OF OLDCO, LLC ("COLTEC"),
SUCCESSOR BY MERGER TO COLTEC INDUSTRIES INC:**

      **PLEASE TAKE NOTICE** that on July 29, 2016, the debtors and debtors-in-possession in the jointly administered chapter 11 cases of *In re Garlock Sealing Technologies LLC*, *In re Garrison Litigation Management Group, Ltd.* and *In re The Anchor Packing Company* (collectively, the "Garlock Debtors") filed a Disclosure Statement (the "Disclosure Statement") regarding the Modified Joint Plan of Reorganization of Garlock Sealing Technologies LLC, et al. and OldCo, LLC, Proposed Successor by Merger to Coltec Industries Inc, dated May 20, 2016 (and modified June 21, 2016, July 29, 2016, and December 2, 2016) (as it may be further amended, supplemented or modified, the "Plan").

All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Plan.

      **PLEASE TAKE FURTHER NOTICE** that the Garlock Debtors, the Official Committee of Asbestos Personal Injury Claimants and the Future Asbestos Claimants' Representative in the Garlock Debtors' chapter 11 cases are plan proponents, as are Coltec Industries Inc[2], the Ad Hoc Coltec Future Asbestos Claimants' Representative and the Ad Hoc Coltec Asbestos Claimants Committee.

---

[1]  The debtors in these jointly administered cases are Garlock Sealing Technologies LLC, Garrison Litigation Management Group, Ltd., The Anchor Packing Company, and OldCo, LLC, successor by merger to Coltec Industries Inc.

[2]  Coltec Industries Inc includes, but is not limited to, its following predecessors or former divisions: Fairbanks Morse Engine, Fairbanks Morse Pump, Quincy Compressor, Central Moloney, France Compressor, Delavan, and Farnam.

9290970

**PLEASE TAKE FURTHER NOTICE** that, after notice and a hearing pursuant to Bankruptcy Code § 1125, the Bankruptcy Court approved the Disclosure Statement in the Garlock Debtors' chapter 11 cases as providing adequate information for Holders of Claims and Equity Interests to make a decision as to whether to vote to accept or to reject the Plan.

**PLEASE TAKE FURTHER NOTICE** that solicitation of the Plan was conducted by Coltec Industries Inc pursuant to section 1125(g) and 1126(b) of the Bankruptcy Code and Bankruptcy Rule 3018(b) with respect to Coltec, which became a successor by merger to Coltec Industries Inc as of December 31, 2016.

**PLEASE TAKE FURTHER NOTICE** that on January 30, 2017, Coltec filed its voluntary petition under chapter 11 of the Bankruptcy Code, filed (among other documents) the Plan and the Disclosure Statement in its chapter 11 case and has moved the Bankruptcy Court to approve the Disclosure Statement in its chapter 11 case.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has ordered that Coltec's chapter 11 case be jointly administered with the Garlock Debtors' chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** <u>that the Plan for which confirmation is sought provides, among other things, for the issuance of a permanent injunction pursuant to section 524(g) of the Bankruptcy Code that channels all Asbestos Claims against Debtors and the Asbestos Protected Parties (as defined in the Plan) to an Asbestos Trust for resolution and (if eligible) payment.  The Plan also provides for the granting of other injunctions described in Article 8 of the Plan.</u>

**The Asbestos Protected Parties that would be protected by the injunction are defined in the Plan and include Debtors, Reorganized Debtors, any current or former Affiliate of the Debtors or Reorganized Debtors (including the entities specified on Exhibit D in the exhibit book with the Plan), Coltec Industries Inc's former divisions and their successor entities, the asbestos insurance entities listed on or added to Exhibit E in the exhibit book with the Plan, and other entities specified in the Plan.**

**The claims that are discharged by the Plan, the injunctions that are granted as part of the Plan, and the claims that are released under the Plan are described in Article 8 of the Plan. You should read the Plan and the Disclosure Statement for a more complete discussion of how the injunctions will operate and may affect your rights. You may need to consult your attorney.**

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court also has entered an Order Approving Disclosure Statement and Establishing Confirmation Procedures in the Garlock Debtors' chapter 11 cases (the "Garlock Confirmation Procedures Order") and an Order Approving Solicitation and Confirmation Procedures and Schedule for Confirmation of the Joint Plan (the "Coltec Confirmation Procedures Order," and together with the Garlock Confirmation Procedures Order, the "Confirmation Procedures Orders") in the Coltec chapter 11 case. The Confirmation Procedures Orders establish procedures for Holders of Claims and Interests in certain Classes to vote to accept or to reject the Plan.

9290970

## COMBINED DISCLOSURE STATEMENT AND CONFIRMATION HEARING DATE AND OBJECTION DEADLINE

**PLEASE TAKE FURTHER NOTICE** that:

A combined hearing to consider approval of the Disclosure Statement in the Coltec chapter 11 case and confirmation of the Plan in these jointly administered cases (the "Confirmation Hearing") will commence on May 15, 2017, at 10:00 a.m., prevailing Eastern time, before the Honorable Craig Whitley, United States Bankruptcy Judge, United States Bankruptcy Court for the Western District of North Carolina, 401 W. Trade St., Charlotte, North Carolina.  The Confirmation Hearing may be continued from time to time by announcing such continuance in open court and providing written notice to parties that have filed objections to confirmation or other motions for relief.

In accordance with the Coltec Confirmation Procedures Order, **a Confirmation Hearing Package** (as defined in that Order) accompanies this notice. Certain creditors of Coltec that were not entitled to vote on the Plan, or whose vote was not otherwise solicited by the Debtors, should receive a copy of the Confirmation Hearing Package, including a Coltec Notice of Non-Voting Status (as that term is used in the Coltec Confirmation Procedures Order).

Responses and objections, if any, to the approval of the Disclosure Statement in the Coltec Bankruptcy Case or confirmation of the Plan in these jointly administered cases or any of the other relief sought by Coltec in connection with confirmation of the Plan, must (a) describe the nature and amount of the objector's Claim or Equity Interest, (b) state with particularity the legal and factual grounds for the response or objection, and (c) if applicable, provide the specific text that the objecting party believes to be appropriate to insert into the Disclosure Statement or the Plan in order to cure its alleged deficiency.

Any such responses or objections must be filed with the Bankruptcy Court and served in a manner so as to be ***actually received*** no later than **March 24, 2017** (the "Objection Deadline") by the Notice Parties (defined below).  The following parties are the "Notice Parties":

| **Debtors:** | GARLOCK SEALING TECHNOLOGIES LLC |
| --- | --- |
| | c/o Elizabeth Barry, Chief Restructuring Officer |
| | 349 West Commercial St., Ste 3050 |
| | East Rochester, NY 14445 |

3

9290970

| | |
|---|---|
| **With a copy to:** | RAYBURN COOPER & DURHAM, PA<br>227 West Trade Street, Suite 1200<br>Charlotte, North Carolina 28202<br>Telephone: (704) 334-0891<br>Attn: John R. Miller, Jr.<br><br>and<br><br>PARKER POE ADAMS & BERNSTEIN, LLP<br>Three Wells Fargo Center<br>401 South Tryon Street, Suite 3000<br>Charlotte, NC 28202<br>Telephone: (704) 335-9054<br>Attn: Daniel G. Clodfelter<br><br>and<br><br>ROBINSON BRADSHAW & HINSON, P.A.<br>101 North Tryon Street, Suite 1900<br>Charlotte, North Carolina 28246<br>Telephone: (704) 377-2536<br>Attn: David M. Schilli |
| **Asbestos Claimants Committee:** | CAPLIN & DRYSDALE, CHARTERED<br>One Thomas Circle N.W., Suite 1100<br>Washington, DC 20005<br>Telephone: (202) 862-5000<br>Attn: Trevor W. Swett, III<br><br>and<br><br>MOON WRIGHT & HOUSTON, PLLC<br>227 West Trade Street, Suite 1800<br>Charlotte, NC 28202<br>Telephone:  (704) 944-6560<br>Attn: Travis W. Moon |
| **Future Asbestos Claimants' Representative** | GRIER FURR & CRISP, PA<br>101 North Tryon Street, Suite 1240<br>Charlotte, NC 28246<br>Telephone: (704) 375-3720<br>Attn: Joseph W. Grier, III |

4

9290970

| With a copy to: | ORRICK HERRINGTON & SUTCLIFFE, LLP<br>Columbia Center<br>1152 15th Street, N.W.<br>Washington, DC 20005<br>Telephone: (202) 339-8400<br>Attn: Jonathan P. Guy |
|---|---|
| **Unsecured Creditors Committee in the Garlock Debtors' chapter 11 cases:** | FSB FISHERBROYLES, LLP<br>6000 Fairview Road, Suite 1200<br>Charlotte, NC 28210<br>Telephone: (704) 464-6954<br>Attn: Deborah L. Fletcher |

**Objections not timely filed and served in accordance with the provisions of this notice shall not be heard and shall be overruled.**

This the __ day of February, 2017.

/s/ Daniel G. Clodfelter
Daniel G. Clodfelter
N.C Bar No. 7661
danclodfelter@parkerpoe.com
William L. Esser IV
N.C. Bar No. 29201
willesser@parkerpoe.com
Ashley A. Edwards
N.C. Bar No. 40695
ashleyedwards@parkerpoe.com

PARKER POE ADAMS & BERNSTEIN, LLP
Three Wells Fargo Center
401 South Tryon Street, Suite 3000
Charlotte, NC 28202
Telephone:    (704) 372-9000
Facsimile:    (704) 334-4706

*Proposed Counsel to OldCo, LLC, Debtor and Debtor-in-Possession*

/s/ David M. Schilli
David M. Schilli
N.C. Bar No. 17989
dschilli@robinsonbradshaw.com
Andrew W.J. Tarr
N.C. Bar No. 31827
atarr@robinsonbradshaw.com

ROBINSON BRADSHAW & HINSON, P.A.
101 North Tryon Street
Suite 1900
Charlotte, NC 28246
Telephone:    (704) 377-2536
Facsimile:    (704) 378-4000

*Proposed Special Corporate and Litigation Counsel to OldCo, LLC, Debtor and Debtor-in-Possession*

5

9290970

# EXHIBIT 8

**ATTENTION PERSONS WHO HOLD CLAIMS AGAINST GARLOCK SEALING TECHNOLOGIES LLC AND/OR AGAINST COLTEC INDUSTRIES INC:**

**SOLICITATION OF APPROVAL OF THE PLAN AND THE VOTING PROCEDURES SET FORTH BELOW APPLY NOT ONLY WITH RESPECT TO THE THREE DEBTORS, GARLOCK SEALING TECHNOLOGIES LLC; GARRISON LITIGATION MANAGEMENT GROUP, LTD.; AND THE ANCHOR PACKING COMPANY, IN THE BELOW-CAPTIONED BANKRUPTCY CASE, BUT ALSO APPLY TO COLTEC INDUSTRIES INC WITH RESPECT TO A NEW ENTITY NAMED OLDCO, LLC (WHICH WILL BE A SUCCESSOR BY MERGER TO COLTEC INDUSTRIES INC) PRIOR TO ITS FILING OF A VOLUNTARY PETITION UNDER CHAPTER 11 OF TITLE 11 OF THE UNITED STATES CODE.**

**ACCORDINGLY, THESE VOTING PROCEDURES CALL FOR PERSONS WHO HOLD ASBESTOS CLAIMS AGAINST GARLOCK SEALING TECHNOLOGIES AND/OR AGAINST COLTEC INDUSTRIES INC TO VOTE TO ACCEPT OR REJECT THE PLAN, EVEN THOUGH NO CHAPTER 11 CASE HAS YET BEEN COMMENCED FOR OLDCO, LLC.**

<div align="center">

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**Charlotte Division**

</div>

| | |
|---|---|
| IN RE:<br><br>GARLOCK SEALING TECHNOLOGIES LLC, et al.,<br><br>    Debtors.[1] | Case No. 10-BK-31607<br><br>Chapter 11<br><br>Jointly Administered |
| IN RE:<br><br>OLDCO, LLC, SUCCESSOR BY MERGER TO COLTEC INDUSTRIES INC,<br><br>    Debtor. | Case No. [Not yet filed]<br><br>Chapter 11<br><br>[Joint Administration To Be Requested] |

<div align="center">

**SOLICITATION AND VOTING PROCEDURES**

</div>

---

[1] The debtors in these jointly administered cases are Garlock Sealing Technologies LLC; Garrison Litigation Management Group, Ltd.; and The Anchor Packing Company.

**FOR THE JOINT PLAN OF REORGANIZATION OF GARLOCK SEALING
TECHNOLOGIES LLC, ET AL. AND OLDCO, LLC, PROPOSED SUCCESSOR BY
MERGER TO COLTEC INDUSTRIES INC, DATED MAY 20, 2016**

The following Solicitation and Voting Procedures (the "**Voting Procedures**"), entered in

connection with the Court's Order Approving Disclosure Statement and Establishing Procedures

for Solicitation for the Joint Plan (the "**Order**" or "**Confirmation Procedures Order**"), govern

the distribution of solicitation materials with respect to the Joint Plan of Reorganization of

Garlock Sealing Technologies LLC, et al. and OldCo, LLC, Proposed Successor by Merger to

Coltec Industries Inc, dated May 20, 2016 (as it may be from time to time amended,

supplemented or modified, the "**Plan**") and other procedures relating to solicitation. Capitalized

terms used herein shall have the meanings defined herein, in the Order, or the Plan. Ballots and

voting instructions to be used in connection with these Voting Procedures are attached hereto.

These Voting Procedures apply to Asbestos Claims, which includes GST Asbestos

Claims <u>and</u> Coltec Asbestos Claims; and, accordingly, apply to Claimants who hold a GST

Asbestos Claim <u>and/or</u> a Coltec Asbestos Claim. As detailed below, each Asbestos Claimant

needs to vote only once and shall have only one vote allowed whether or not he/she holds both a

GST Asbestos Claim and a Coltec Asbestos Claim.

1.     **Summary of Solicitation and Confirmation Schedule**: The below lists the various
       deadlines and events of the solicitation and confirmation process outlined herein:

| <u>Event</u> | <u>Date</u> |
|---|---|
| Voting Record Date | **July 1, 2016** |
| Solicitation Distribution Date | **August 22, 2016** |
| Voting Deadline | **December 9, 2016** |
| Deadline for GST Creditors Confirmation Objections | **December 9, 2016** |

8491749v9 17067.00011

| | |
|---|---|
| Claimant Motions for Temporary Allowance for Voting Purposes | **December 9, 2016** |
| Responses to Claimant Motions for Temporary Allowance | **December 30, 2016** |
| Deadline for Balloting Agent's Certification of Ballots & Notice of Disqualified Ballots | **December 30, 2016** |
| OldCo, LLC – Anticipated Petition Date | **January 31, 2017** |
| OldCo, LLC – Anticipated First Day Motion Hearing | **February 1, 2017** |
| OldCo, LLC – Bar Date; OldCo Creditors Confirmation Objections | **March 24, 2017** |
| Confirmation Hearing & OldCo Discl. Statement Approval | **May 15, 2017** |

2.    **Purposes of Solicitation**: Under the terms of the Plan, Class 5 (Asbestos Claims) and Class 9 (GST/Garrison Equity Interests) are the only classes of Claims or Equity Interests impaired by the Plan. The purpose of this solicitation is to determine whether these classes of Claims or Equity Interests accept or reject the Plan and, with respect to holders of Asbestos Claims, whether 75% or more of those who vote accept the Plan.

3.    **Previously Established Bar Dates—Effect of Prior Ballots as Satisfying Bar Date**: By prior orders, the Bankruptcy Court fixed September 30, 2014, as the bar date for filing proofs of claim for Settled GST Asbestos Claims (Docket No. 3854, entered July 9, 2014), and October 6, 2015, as the bar date for filing proofs of claim for some (but not all) current unliquidated GST Asbestos Claims (Docket No. 4542, entered April 10, 2015). Notwithstanding the voting process for the new Plan, the previously ordered bar dates for the submission of proofs of claim remain operative, subject to the Bankruptcy Court's power to grant relief therefrom.

In 2015, the Debtors solicited ballots with respect to a previous plan, under a voting deadline of October 6, 2015. Under the governing order, ballots certified and submitted by Claimants or their attorneys on or before that previous voting deadline satisfied the bar date for current unliquidated GST Asbestos Claims (Docket No. 4542). The previous plan has been superseded, however, by the Plan now proposed. Asbestos Claimants wishing to vote on the new Plan must therefore submit new ballots by the December 9, 2016 Voting Deadline established by these Voting Procedures ordered by the Bankruptcy Court.

4.    **Notice Program**: Debtors will give notice of the Confirmation Hearing and the opportunity to obtain a Solicitation Package through the notice program (the "**Notice**

8491749v9 17067.00011

Program") developed by Kinsella Media, which includes three basic components: (1) direct notice to known Claimants through mailing, including, for Asbestos Claimants, mailing to such Asbestos Claimants' attorneys; (2) broad national and local published notice through national and local paid print and broadcasts; and (3) direct notice to third-party entities and organizations likely to have contact with Asbestos Claimants.

5.     **Availability of the Solicitation Package on the Internet or from the Balloting Agent**: The contents of the Solicitation Package will be available via the internet at a URL to be designated in the final forms of notice. Any person will be able to obtain a copy of the Solicitation Package in portable document format (.pdf) at no cost. In addition, any Entity asserting that it is an interested party may request a Solicitation Package from the Balloting Agent and the Balloting Agent will send a Solicitation Package to the requesting Entity. The Balloting Agent is authorized to send the Solicitation Package to all such requesting Entities via email, first-class mail, or overnight courier.

6.     **Distribution of Solicitation Packages to Asbestos Claimants**:

As described in the Plan, Class 5 Asbestos Claims consist of GST Asbestos Claims and Coltec Asbestos Claims. The Balloting Agent will cause the Solicitation Packages to be served on Asbestos Claimants as follows:

a.     **GST Asbestos Claims**:

i.     **GST Asbestos Claimants Known to Debtors**:

(a)     If a proof of claim or previous ballot has been filed by or on behalf of a GST Asbestos Claimant (whether a liquidated or unliquidated GST Asbestos Claim), service will be made via first-class mail at the address contained in the proof of claim or previous ballot, unless a notice of change of address was filed after the proof of claim or previous ballot was filed and before the Voting Record Date, then service will be made at that address.

(b)     If a GST Asbestos Claim is listed in Debtors' schedules and no proof of claim was required to be filed for the Claim by any previously entered bar date order, service will be made via first-class mail at the address identified in Debtors' schedules.

(c)     If a proof of claim has not been filed on behalf of a GST Asbestos Claimant whose Claim is not set forth in Debtors' schedules, service will be made via first class mail to the attorney who, based on the Garrison Asbestos Claims Database, the Mesothelioma Claim Questionnaire, or verified statements filed pursuant to Bankruptcy Rule 2019, represents a GST Asbestos Claimant, such Claimant at the attorney's known address, or to the Claimant directly via first class mail if the Claimant is not represented by an attorney and the Claimant's address is known to Debtors through the Garrison Asbestos Claims Database, the Mesothelioma Claim

Questionnaire, or verified statements filed pursuant to Bankruptcy Rule 2019.

    ii.    **GST Asbestos Claims Not Known to Debtors**: GST Asbestos Claimants whose Claims are not known to Debtors may receive notice of the Plan and Disclosure Statement through the Notice Program or other means. GST Asbestos Claimants may obtain Solicitation Packages as provided in **Section 5** above.

    b.    **Coltec Asbestos Claims**:

    i.    **Coltec Asbestos Claims Known to Debtors**: For Coltec Asbestos Claimants whose Claims are identified as open in the Garrison Asbestos Claims Database, service will be made via first class mail to the attorney who, according to the Garrison Asbestos Claims Database, represents such Coltec Asbestos Claimant at the attorney's known address, or to the Claimant directly via first class mail if the Claimant is not represented by an attorney and the Claimant's address is recorded in the Garrison Asbestos Claims Database.

    ii.    **Coltec Asbestos Claims Not Known to Debtors**: Coltec Asbestos Claimants who are not known to Debtors may receive notice of the Plan and Disclosure Statement through the Notice Program or other means. Claimants may obtain Solicitation Packages as provided in **Section 5** above.

    c.    **Service on Attorneys**: If an attorney or law firm represents more than one Asbestos Claimant, the Balloting Agent will cause one Solicitation Package to be served upon such attorney or law firm with a list of the Asbestos Claimants believed to be represented by that attorney or law firm. If an attorney receives a Solicitation Package and wishes to transmit Solicitation Packages directly to his/her clients, such attorney shall, no later than **September 30, 2016**, give the Balloting Agent a written request for a specified number of Solicitation Packages and individual Ballots. Such requests must be sent to the Balloting Agent at its address listed in **Section 10.a** below. The Balloting Agent shall mail the Solicitation Packages and Ballots so requested by first-class mail to the attorney no later than **October 28, 2016**.

    d.    **Service on Indirect Claimants**: Debtors will serve a Solicitation Package on potential Indirect Claimants via first-class mail.

**7.**    **Other Provisions for Distribution of Solicitation Packages and Related Notices**:

    a.    **Distribution of Solicitation Packages to Other Parties**: The Balloting Agent will cause a Solicitation Package to be served upon parties in interest as well as other third parties pursuant to the Notice Program.

8491749v9 17067.00011

b.  **Determination of Claimants of Record/Assigned Claims**: Except as otherwise provided for herein, appropriate Solicitation Packages will be served upon the Claimants of record as of **July 1, 2016**, and the Debtors will have no obligation to cause a Solicitation Package to be served upon any subsequent Claimant (as evidenced by any notice of assignment of such Claim entered on the Bankruptcy Court's docket or official claims register maintained by Rust/Omni or that only becomes effective after the Voting Record Date or otherwise).

The assignee of a transferred and assigned Claim (whether filed or scheduled) shall be permitted to vote such Claim only if the transfer and assignment has been noted on the Bankruptcy Court's docket or official claims register and is effective pursuant to Bankruptcy Rule 3001(e) as of the close of business on **July 1, 2016**.

c.  **Solicitation Distribution Date**: The Balloting Agent will cause Solicitation Packages to be distributed, as outlined above, on or before the Solicitation Distribution Date, **August 22, 2016**.

d.  **Distribution of Notification of Non-Solicitation and Non-Voting Status**: The Balloting Agent will cause a Solicitation Package and a Notification of Non-Solicitation and Non-Voting Status (in hard-copy form) to be served upon Priority Claimants (Class 1), Secured Claimants (Class 2), Workers' Compensation Claimants (Class 3), Intercompany Claimants (Class 4), GST General Unsecured Claimants (Class 6), Anchor Claimants (Class 8), and Other Debtor Equity Interests Holders (Class 10).

8.  **Completion of Ballots and Eligibility to Vote**:

a.  **Voting Eligibility**:  Asbestos Claims in Class 5 are deemed temporarily allowed for voting purposes if the Holders of Asbestos Claims submit a Ballot properly completed and certified by such Holder or his or her attorney on or before December 9, 2016, in accordance with these Voting Procedures.  Holders of GST/Garrison Equity Interests in Class 9 are eligible to vote on the Plan.

Attorneys who represent multiple Asbestos Claimants may vote using the master ballots approved by the Court and attached to these Voting Procedures.

b.  **Special Procedures for Temporary Allowance for Voting Purposes of Asbestos Claimants**: As provided in the Order, Asbestos Claimants will be temporarily allowed, for voting purposes only, if the Claimant (or Claimant's attorney) submits a Ballot by the Voting Deadline and certifies, under penalty of perjury, that the following matters are true and correct to the best of such Claimant's (or such Claimant's attorney's) knowledge, information, and reasonable belief:

i.  the Claimant is an Asbestos Claimant (as defined in the Plan) whose Claim has not been dismissed with prejudice, has not been settled and paid, and is not known to be time-barred;

8491749v9 17067.00011

ii.    the person upon whose injury the Asbestos Claim is based (the "**Injured Party**") was diagnosed with malignant mesothelioma, or lung cancer, colo-rectal cancer, laryngeal cancer, esophageal cancer, pharyngeal cancer, stomach cancer, severe asbestosis, disabling asbestosis, or non-disabling asbestosis (all such diseases other than mesothelioma being referred to hereafter as "**Other Diseases**"), based on, or as evidenced in, medical records or similar documentation in the possession of the Claimant, his/her attorney, or the physician of the Claimant or Injured Party;

iii.    the Injured Party, as indicated in the individual ballot or master ballot exhibit, was exposed to asbestos released from asbestos-containing gaskets or packing manufactured, produced, fabricated, distributed, supplied, marketed, included as a component part, or sold by Garlock or Coltec ("**Asbestos Exposure**");[2]

iv.    if the Claimant asserts that his/her Claim has been liquidated by settlement or judgment, the Claimant (or his or her attorney) must certify that the Claim has been liquidated by settlement or judgment and provide the asserted liquidated amount; and

v.    if these certifications are made by the Claimant's attorney, the attorney is authorized by such Claimant to vote on the Plan on his/her behalf, and to represent that the Injured Party has (or, if deceased, had) the disease noted on the ballot and Asbestos Exposure.

c.    **Claimants Unable to Make Certifications for Temporary Allowance**: Any Asbestos Claimant who cannot, by the Voting Deadline, make these certifications shall not be eligible to vote on the Plan unless (i) such Claimant files a motion for temporary allowance of his/her Claim for voting purposes pursuant to **Section 8.e.** below and (ii) the Court grants such motion for temporary allowance.

d.    **Defendants in Asbestos Lawsuits**:   Notwithstanding any language to the contrary in these Voting Procedures and the Order, no Entity named as a defendant in asbestos litigation shall be eligible to vote on the Plan unless (i) such Entity has filed a proof of claim in the form of Official Bankruptcy Form No. 410 on or before any applicable bar date; (ii) such Entity files a motion for temporary allowance of its Claim for voting purposes pursuant to **Section 8.e.** below; and (iii) the Court grants such motion for temporary allowance.

e.    **Motions for Temporary Allowance of Claims**: Any motion for temporary allowance of Asbestos Claims for voting purposes must be filed no later than

---

[2]   For purposes of the certification required by **Section 8.b.iii.** above, the term "**Coltec**" includes, but is not limited to, the following predecessors or former divisions of Coltec Industries Inc:  Fairbanks Morse Engine, Fairbanks Morse Pump, Quincy Compressor, Central Moloney, France Compressor, Delavan, and Farnam.

8491749v9 17067.00011

**December 9, 2016**, and any such Claimant who does not move for temporary allowance by that time shall be deemed to have waived his/her right to vote on the Plan. All parties' rights to object to such Claim and to such motion for temporary allowance for voting purposes have been preserved by order of the Court. If the Court enters an order, after temporary allowance proceedings pursuant to **Section 11.b.** below granting a Claimant's motion for temporary allowance, the Claimant will be entitled to submit a ballot in the amount and by the deadline specified by such order and such ballot, if completed and signed in accordance with such order and the Voting Procedures, will be treated as timely, and the Balloting Agent will count or tabulate such ballot, even if such ballot is submitted after the Voting Deadline.

9. **Coltec Asbestos Claims Bar Date**:

a.     In connection with the Plan and after commencing its bankruptcy case, Coltec will seek a bar date requiring Coltec Asbestos Claimants to file a proof of claim on or before **March 24, 2017** (the "**Coltec Asbestos Claim Bar Date**"). If the Bankruptcy Court grants Coltec's request, Coltec Asbestos Claimants will be required to file a proof of claim on or before the Coltec Asbestos Claims Bar Date if such Claim is based on an asbestos-related disease that was diagnosed on or before August 1, 2014, for which a lawsuit against any defendant or a claim against any asbestos trust was filed on or before August 1, 2014, unless the Claimant or his/her attorney (i) submitted by October 6, 2015, a proof of claim or ballot (or a master ballot was submitted on such Claimant's behalf by such date) on account of a GST Asbestos Claim in connection with the now-superseded Second Amended Plan;[3] or (ii) submitted by the December 9, 2016 Voting Deadline a ballot (or a master ballot was submitted on such Claimant's behalf by the Voting Deadline) on the Plan now proposed. Such timely ballots and master ballots cast with respect to the Plan now proposed will be treated as a proof of claim for purposes of the Coltec Asbestos Claim Bar Date.

b.     If the Bankruptcy Court grants Coltec's request, such proofs of claim, unless a proof of claim is not required by **Section 9.a.** or **ii.**, must be received by the Balloting Agent at the address in **Section 10** on or before the Coltec Asbestos Claim Bar Date.

c.     Even if the Bankruptcy Court grants a motion for temporary allowance of a Coltec Asbestos Claim for voting purposes, in accordance with **Section 8.e.** above, the Holder of such Coltec Asbestos Claim, or such Holder's attorney, will still be required to file a Ballot with the Balloting Agent at the address in **Section 10.a.** below on or before the deadline specified in the order granting the motion in order to have the Ballot treated as a proof of claim and thereby preserve such Coltec Asbestos Claim.

---

[3]     Pursuant to the GST Asbestos Claims Bar Date Order, ballots and master ballots properly completed and certified by Asbestos Claimants or their attorneys and submitted by October 6, 2015 are treated as proofs of claim.

8491749v9 17067.00011

10.    **Return of Ballots and Filing of Proofs of Claim**:

a.    **Place to Send Completed Ballots or Proofs of Claim**: All Ballots and Proofs of Claim should be returned to the Balloting Agent by first-class mail or courier to the following address:

> Garlock Sealing Technologies LLC, et al.
> c/o Rust Consulting/Omni Bankruptcy
> Attn: Balloting Agent
> 5955 DeSoto Avenue, Suite 100
> Woodland Hills, CA 91367

b.    **Deadline for Receiving Completed Ballots**:

i.    All Ballots must be ***actually received*** by the Balloting Agent by the Voting Deadline.  Ballots received after the Voting Deadline will not be counted.   <u>The Balloting Agent will NOT accept Ballots submitted by facsimile transmission or electronic means</u>.

ii.    The Balloting Agent will date-stamp all Ballots it receives.

c.    **Public Access/Maintenance of Ballots**: The Balloting Agent shall post on its website all Ballots received, after redacting telephone numbers and any information required to be redacted by Federal Rule of Bankruptcy Procedure 9037.

11.    **Tabulation of Ballots — Determination of Amount of Claims Voted**: With respect to the tabulation of Ballots for Asbestos Claims, the amount to be used to tabulate acceptance or rejection is as follows:

a.    **Temporarily Allowed Amounts**: Asbestos Claimants who submit, or have submitted on their behalf, individual or master ballots by the Voting Deadline and are eligible to vote will have their Claims temporarily allowed for voting purposes in the following amounts:

i.    for unliquidated Asbestos Claims, $10,000 for Claims based on mesothelioma and $1 for any of the Other Diseases; and

ii.    for liquidated Asbestos Claims, the liquidated amount of the Claim.

b.    **Claimants Specifying More Than One Disease**: Unliquidated Asbestos Claims based on specification by Asbestos Claimants of more than one disease shall be temporarily allowed for voting purposes based on a single disease, provided, however, the amount of such temporarily allowed Claim shall be the greatest amount permitted by **Section 11.a.** for the diseases specified by the Claimant.

12.    **Tabulation of Ballots — Ballots Excluded**:

8491749v9 17067.00011

a.    A Ballot may not be counted if any of the following, without limitation, applies:

    i.    The Claimant whose Claim is voted in the Ballot is not eligible to vote, including because the Claimant did not file a proof of claim before an applicable bar date and is not relieved of that bar by the Bankruptcy Court.

    ii.    The Ballot is not ***actually received*** by the Balloting Agent in the manner set forth herein by the Voting Deadline.

    iii.    The Ballot is returned to the Balloting Agent indicating acceptance or rejection of the Plan but is not completed in accordance with the Ballot's instructions.  The failure to complete a Ballot includes the failure to provide certifications, without modification or qualification, required by the Ballot's instructions.

    iv.    The Ballot is received after the Voting Deadline.

    v.    The Ballot is illegible or contains insufficient information to conclude that the Ballot was completed in accordance with the Ballot's instructions, including if the Claimant fails to specify a claimed disease.

    vi.    The Ballot lacks an original signature.

    vii.    The Ballot is transmitted to the Balloting Agent by facsimile, electronic transmission, or other unauthorized means.

b.    **Notice to Parties of Disqualified Ballots**: The Balloting Agent shall, no later than **December 30, 2016**, notify any affected Claimant, the Debtors, the Asbestos Claimants Committee, and the FCR of any ballot, master ballot, or portion of a master ballot that the Balloting Agent has declined to count or tabulate for any reason and identify the reason that the Balloting Agent has declined to count or tabulate such ballot or master ballot.  Any decision of the Balloting Agent not to count or tabulate any ballot, master ballot, or portion of a master ballot shall be reviewable by the Court on motion served on the Debtors, the FCR, and the Asbestos Claimants Committee.

**13.**    **Tabulation of Ballots — General Voting Procedures and Standard Assumptions**:

In addition to the foregoing, the following voting procedures and standard assumptions will be used in tabulating Ballots:

a.    A Claimant may not split his, her, or its vote. Accordingly, (a) each Asbestos Claimant shall have a single vote within Class 5, (b) the full amount of all such Claimant's Claims (calculated in accordance with these Voting Procedures) within the class shall be deemed to have been voted, and (c) any Ballot that partially rejects and partially accepts the Plan shall not be counted.

8491749v9 17067.00011

b.  All Asbestos Claims based on a particular Injured Party's injury shall have a single vote within Class 5.

c.  If multiple Ballots are received on or prior to the Voting Deadline on account of the same Claim, the last valid Ballot that is received by the Balloting Agent by the Voting Deadline will be the Ballot that is counted.  In the event multiple conflicting Ballots are received on account of the same Claim or Equity Interest on the same day, such Ballots will be disregarded.

d.  There shall be a rebuttable presumption that any Claimant who submits a properly completed Ballot by the Voting Deadline has sufficient cause, within the meaning of Bankruptcy Rule 3018(a), to change or withdraw such Claimant's previous acceptance or rejection of the Plan.

e.  A Ballot that is completed, but on which the Claimant did not note whether to accept or reject the Plan, shall not be counted as a vote to accept or reject the Plan.

f.  Separate Asbestos Claims filed against multiple Debtors on account of the same underlying product or conduct shall be deemed, collectively, to be one Claim for voting purposes.

g.  Where a Claimant chooses to both accept and reject the Plan on the same Ballot, such Ballot shall not be counted as a vote to accept or reject the Plan.

**14.**  **Definitions**:

a.  "**Asbestos Claimant**" shall mean the Holder of an Asbestos Claim.

b.  "**Asbestos Claims**" shall mean any and all GST Asbestos Claims and Coltec Asbestos Claims.

c.  "**Asbestos Claimants Committee**" shall have the meaning set forth in the Plan.

d.  "**Ballot**" means, with respect to a Claim or Equity Interest, the Ballot and Voting Instructions for the Plan approved by the Bankruptcy Court to cast a vote to accept or reject the Plan, including the approved form of master ballot for Class 5 Asbestos Claims.  Ballots for the Claimants and Equity Interest Holders being solicited are attached to these Voting Procedures.

e.  "**Balloting Agent**" means Rust Consulting/Omni Bankruptcy, authorized Balloting Agent appointed by the Bankruptcy Court.

f.  "**Bankruptcy Court**" means the United States Bankruptcy Court for the Western District of North Carolina.

g.  "**Coltec**" means Coltec Industries Inc prior to the Coltec Restructuring described in the Plan and means OldCo, LLC, proposed successor by merger to Coltec

8491749v9 17067.00011

Industries Inc. For purposes of Ballot certifications regarding asbestos exposures from Coltec products, the term "**Coltec**" includes, but is not limited to, the predecessors or former divisions named in **footnote 2** of these Voting Procedures.

h.    "**Coltec Asbestos Claim**" has the meaning set forth in the Plan.

i.    "**Coltec Asbestos Claim Bar Date**" has the meaning set forth in **Section 9** above.

j.    "**Confirmation Hearing**" means the hearing on the confirmation of the Plan, as such hearing may be adjourned from time to time.

k.    "**Confirmation Hearing Notice**" means Exhibit 3 to the Order.

l.    "**Disclosure Statement**" means the disclosure statement in connection with the Plan, as approved by the Bankruptcy Court in the Order.

m.    "**FCR**" shall have the meaning set forth in the Plan.

n.    "**Garrison Asbestos Claims Database**" means the asbestos claims database prepared by Debtor Garrison as of June 1, 2016.

o.    "**GST Asbestos Claim**" has the meaning set forth in the Plan.

p.    "**GST Asbestos Claims Bar Date Order**" means the Order Approving Disclosure Statement and Establishing Asbestos Claims Bar Date and Procedures for Solicitation (Docket No 4542), entered on April 10, 2015, the order the Court entered requiring the filing of proofs of claim for certain GST Asbestos Claims.

q.    "**GST Settled Claim Bar Date Order**" means the Order on Debtors' Motion to Establish Bar Date for Settled Asbestos Claims and Related Relief (Docket No. 3854), entered on July 9, 2014, the order the Court entered requiring the filing of proofs of claim for Settled GST Asbestos Claims.

r.    "**Indirect Claimant**" shall mean the holder of a claim that is asserted as a third-party indemnification, contribution, subrogation or similar claim by an entity that has paid an asbestos claimant on account of a GST Asbestos Claim or a Coltec Asbestos Claim.

s.    "**Mesothelioma Claim Questionnaire**" means the questionnaire distributed pursuant to the Order Authorizing the Debtors to Issue Questionnaire to Holders of Pending Mesothelioma Claims and Governing the Confidentiality of Information Provided in Responses (Docket No. 1390).

t.    "**Notification of Non-Solicitation and Non-Voting Status**" means that certain notice indicating that certain Claims and Equity Interest Holders are not entitled to vote to accept or reject the Plan and are not being solicited for any purpose to accept or reject the Plan, attached as Exhibit 4 to the Order.

8491749v9 17067.00011

u.    "**Notice of Simultaneous Solicitation of GST Asbestos Claimants and Coltec Asbestos Claimants**" means that certain notice identifying and explaining that the Plan is simultaneously soliciting Holders of Claims Equity Interest Holders of now-filed Debtors and at the same time soliciting Coltec Asbestos Claimants to approve the Plan prior to Coltec's petition for relief, attached as Exhibit 5 to the Order.

v.    "**Order**" (or "**Confirmation Procedures Order**") means the Order Approving Disclosure Statement and Establishing Confirmation Procedures.

w.    "**Plan Documents**" means the Plan, the Disclosure Statement, and any and all exhibits to the Plan or Disclosure Statement.

x.    "**Solicitation Package**" means, and will consist of, all of the following:

   i.    a CD-ROM containing:

      1)    Confirmation Procedures Order (without exhibits)

      2)    Disclosure Statement

      3)    Disclosure Statement Exhibits (with the Plan attached as an exhibit)

      4)    Notice of Simultaneous Solicitation of GST Asbestos Claimants and Coltec Asbestos Claimants

      5)    Voting Procedures

      6)    Ballots & Master Ballot Exhibit Template

      7)    Official Bankruptcy Form No. 410

   ii.    a paper copy of the Confirmation Hearing Notice and Notice of Simultaneous Solicitation of GST Asbestos Claimants and Coltec Asbestos Claimants

   iii.    statements of support for the Plan by the Asbestos Claimants Committee and the FCR

   iv.    pre-addressed return envelope

   v.    any other materials ordered by the Bankruptcy Court to be included

y.    "**Voting Deadline**" means December 9, 2016.

# EXHIBIT B



# NOTICE PROGRAM

## *In re Garlock Sealing Technologies, LLC*

Chapter 11
Case Number 10-BK-31607

United States Bankruptcy Court for the
Western District of North Carolina,
Charlotte Division

# TABLE OF CONTENTS

|  | PAGE |
|---|---|
| **FIRM OVERVIEW** | 4 |
| **CASE BACKGROUND** |  |
| Situation Analysis | 5 |
| Manufacturing History & Products | 6 |
| **NOTICE PROGRAM OVERVIEW** |  |
| Program Components | 8 |
| Direct Notice | 9 |
| **UNITED STATES ADVERTISING** |  |
| **TARGET AUDIENCE** |  |
| Selection Methodology | 11 |
| Demographics | 13 |
| Media Usage | 15 |
| Geographic Considerations | 17 |
| **PAID MEDIA PLACEMENTS** |  |
| Placement Overview | 18 |
| Television | 19 |
| Newspaper Supplements | 21 |
| Consumer Magazines | 23 |
| Legal Publications | 26 |
| Local Newspapers | 27 |
| Publications in U.S. Territories and Possessions | 28 |
| Target Audience Print Readership | 29 |
| Internet Advertising | 30 |
| United States Media Delivery | 32 |
| **CANADIAN ADVERTISING** | 33 |
| **EARNED MEDIA PROGRAM** | 35 |

*In re Garlock Sealing Technologies, LLC*

## KEYWORD SEARCH ADVERTISING                                            36

## OTHER PROGRAM COMPONENTS

Notice Website                                                          37

Toll-Free Telephone Support                                             38

## NOTICE DESIGN

Publication Notice                                                      39

Internet Banner Ad                                                      40

## EXHIBITS

Exhibit A – Publication Notice, Television Script, Banner Ad

Exhibit B – Cover Letter

Exhibit C – List of Trade Unions

Exhibit D – List of Newspaper Supplements

Exhibit E – Cities with Oil Refineries, Steel Mills, and Shipbuilding Sites

       (Listed by DMA and top circulating newspaper)

Exhibit F – Advertising.com sample site list

Exhibit G – Yahoo! Network sample site list

Exhibit H – Overview

*In re Garlock Sealing Technologies, LLC*

# FIRM OVERVIEW

Kinsella Media, LLC ("KM") is a nationally recognized legal notice firm located in Washington, D.C. KM specializes in the design and implementation of notice programs that reach unnamed class members in matters such as consumer protection and antitrust and claimants in bankruptcy and mass tort litigation.

KM has developed and directed some of the most expansive notice programs ever undertaken in the fields of antitrust, bankruptcy, consumer fraud, mass tort, and product liability. The cases have spanned a broad spectrum of products, including asbestos, breast implants, home siding and roofing, infant formula, pharmaceuticals, polybutylene plumbing, and tobacco. The firm has developed or consulted on over 900 notice programs and has placed over $380 million in paid media.

In particular, KM specializes in assisting bankruptcy courts in cases that include mass tort claimants such as individuals with asbestos disease and breast implant claims. Among those cases, are: *In re Armstrong World Industries, Inc.*, No. 00-4471 (Bankr. D. Del.), *In re Dow Corning*, No. 95-20512 (Bankr. E.D. Mich.), *In re Johns-Manville Corp.*, 68 B.R. 618, 626 (Bankr. S.D.N.Y.), *In re Owens Corning*, No. 00-03837 (Bankr. D. Del.), and *In re W.R. Grace & Co.*, No. 01-01139 (Bankr. D. Del.). KM implemented the Second Amended Plan Confirmation Procedures in the instant case in 2015.

KM develops advertisements, press releases, websites, and other notice materials that inform claimants of their legal rights and obligations in a clear and simple manner. The firm ensures all notice materials are written in plain language. KM also employs industry-recognized tools of media measurement to maximize the reach and frequency of notice among claimants.

*In re Garlock Sealing Technologies, LLC*

CASE BACKGROUND:
# SITUATION ANALYSIS

This Notice Program is submitted in connection with Debtors' Motion for the Entry of an Order Approving Solicitation and Confirmation Procedures and Schedule for Confirmation of the Joint Plan in *In Re Garlock Sealing Technologies, LLC,* Chapter 11, Case No. 10-BK-31607 in the United States Bankruptcy Court for the Western District of North Carolina, Charlotte Division.

The Notice Program is substantially similar to the one in connection with the Second Amended Plan Confirmation Procedures. The Court previously approved the program, which gave due process notice to claimants.

Like the previously approved program, the Notice Program is targeted to Personal Injury Asbestos Claimants ("Asbestos Claimants") who may have certain claims against Garlock Sealing Technologies LLC ("Garlock") and its affiliates, in the United States, its territories, and its commonwealths, and Canada and Coltec Industries Inc ("Coltec"), which will be merged into an entity known as OldCo, LLC that will be the debtor in a prepackaged plan of reorganization. Together, these companies are referred to as the "Debtors." The purpose of the Notice Program is to outline procedures to provide fair and adequate notice to the Asbestos Claimants.

Also like the previously approved program, this Notice Program is consistent with notice programs KM designed and implemented in other asbestos bankruptcies and class actions, all of which have received court approval. In developing the Notice Program, KM relied on information provided by the Debtors and their experts, on research previously conducted in other asbestos litigation, and on its experience in executing similar plans.

*In re Garlock Sealing Technologies, LLC*

CASE BACKGROUND:
# MANUFACTURING HISTORY & PRODUCTS

Based on information provided by the Debtors for the purpose of developing this Notice Program, the following chronological outline has been constructed regarding the relevant manufacturing history of Garlock and Coltec. This information is not intended to be the basis for any admission of liability. It is solely to assist in the notification of persons in specific occupational fields and geographic locations about the types of asbestos-containing products produced and distributed by Garlock and Coltec, and the time periods and locations where exposure may have occurred.

## GARLOCK

The Debtors, Garlock Sealing Technologies LLC (a North Carolina limited liability company) and The Anchor Packing Company and Garrison Litigation Management Group, Ltd. (North Carolina corporations), are indirect, wholly-owned subsidiaries of EnPro Industries, Inc., a Charlotte-headquartered manufacturer of engineered industrial products.

Garlock's asbestos litigation principally involves two asbestos-containing sealing products: compressed asbestos sheet gaskets and asbestos packing. Asbestos gaskets were used to seal pipes and equipment in Navy, other marine, refinery, and other industrial applications – involving elevated temperatures and a corrosive environment. Beginning at least as early as 1907, Garlock produced and sold encapsulated asbestos-containing gaskets and packing. Garlock discontinued the manufacture of asbestos-containing gaskets in 2000. Its last asbestos-containing gasket sale is believed to have been in early 2001. Garlock believes its last such packing sale was in approximately 1982.

Compressed asbestos gaskets were manufactured in sheets and reached the consumer in one of two forms: (1) sheet gasket material that often came in rolls out of which the purchaser cut gaskets to size and (2) pre-cut gaskets that the purchaser ordered to requested sizes and shapes either directly from Garlock or from a gasket supply company that engaged in custom gasket cutting. Packing is braided yarn that is wrapped around the shafts of valves and other equipment to prevent leaks.

In 1970, the Occupational Safety and Health Administration ("OSHA") started regulating asbestos exposure in the workplace. In 1973 and 1975, the Environmental Protection Agency and in 1977, the Consumer Product Safety Commission banned various asbestos products. Because of this regulatory activity, new friable asbestos insulation products disappeared from the market by the mid-1970s. Old friable asbestos products remained in the market creating potential exposure well beyond the 1970s.

Although asbestos insulation was banned, the regulatory activity of the 1970s did not restrict the sale and use of asbestos gaskets and packing. Further, OSHA exempted encapsulated products from its labeling requirement. Still, by 1977, Garlock had voluntarily placed the OSHA warning on all its asbestos products. In the 1980s, Garlock developed substitutes for asbestos-containing gaskets and packing. By 1982, Garlock found suitable replacements for asbestos packing in nearly all applications. By 2001, Garlock had found substitutes for most industrial applications of asbestos gaskets and discontinued manufacturing them.

Garlock has been an asbestos defendant for 35 years. Since 1975, plaintiffs' firms have named Garlock in approximately 900,000 asbestos cases, and Garlock has paid approximately $1.37 billion to plaintiffs.

*In re Garlock Sealing Technologies, LLC*

## COLTEC

Coltec was incorporated on March 12, 1976 as Colt Industries Pennsylvania Corporation, a Pennsylvania corporation.  On May 6, 1976, Colt Industries Pennsylvania Corporation was renamed Colt Industries Inc. Colt Industries Inc then changed its name to Coltec Industries Inc on May 3, 1990.  Coltec merged with Runway Acquisition Corporation, a subsidiary of Goodrich Corporation ("Goodrich") on July 12, 1999 and survived as a wholly owned subsidiary of Goodrich.  EnPro was incorporated on January 11, 2002 as a wholly owned subsidiary of Goodrich and the sole parent entity of Coltec.  On May 31, 2002, the shares of EnPro were distributed to the shareholders of Goodrich and EnPro became a separate public company, with Coltec continuing as its direct, wholly-owned subsidiary through the date hereof.  Coltec's headquarters is in Charlotte, North Carolina.

Some of the businesses operated by Coltec and its predecessors, apart from Garlock, manufactured equipment with asbestos-containing components, principally gaskets and packing, made by other companies. These Coltec businesses often, though not exclusively, used components manufactured by Garlock.  As a result, since approximately 1992, these Coltec businesses have received tens of thousands of Asbestos Claims by individuals alleging personal injuries caused by exposure to asbestos-containing components in Coltec's products.  Claimants who sued Coltec businesses generally also sued Garlock.  Although Coltec has paid approximately $7.9 million to defend these claims, Coltec has never paid any money to settle an asbestos personal injury claim.  Claimants routinely agreed to dismiss claims against Coltec without payment when they reached settlements with Garlock.

Coltec's involvement with asbestos-containing products occurred through the following business units or entities:

- *Fairbanks Morse* – plaintiffs alleged exposure to asbestos from components, principally gaskets, in engines and locomotives.
- *Fairbanks Morse Pump* – plaintiffs alleged exposure to asbestos from components in pumps, principally gaskets and packing.
- *Quincy Compressor* – plaintiffs alleged exposure to asbestos from components in compressors, principally gaskets.
- *Central Moloney* – plaintiffs alleged that transformers contained asbestos gaskets.
- *France Compressor* – plaintiffs alleged exposure to asbestos from components in compressors.[1]
- *Delavan* – plaintiffs alleged contact with equipment that had asbestos-containing components.
- *Farnam* – plaintiffs alleged distributed asbestos-containing products, including gaskets, or manufactured asbestos-containing gaskets.

---

[1] Garrison believes the various entities or businesses known as France Compressor made parts for compressors, not compressors, and never marketed or manufactured any asbestos-containing products at all.

*In re Garlock Sealing Technologies, LLC*

## NOTICE PROGRAM OVERVIEW:
# PROGRAM COMPONENTS

The Notice Program employs three primary methods to provide notice in the United States and Canada:

➢ **DIRECT NOTICE:** Mailed notice directly through attorneys to all identifiable Asbestos Claimants represented by counsel whose names and addresses have been determined by the Debtors (or to claimants directly if not represented by counsel).

➢ **PAID MEDIA NOTICE:** Broad national and local notice through the use of national and local paid and earned media.

➢ **THIRD-PARTY NOTICE:** Notice by direct mail to third-parties that are likely to have contact with Asbestos Claimants.

The proposed Notice Program takes into consideration information provided by the Debtors as well as research conducted by KM as follows:

• The asbestos-related business and products of Garlock and Coltec.

• The demographics of Asbestos Claimants – age, gender, occupation, and the like.

• The media vehicles through which Asbestos Claimants typically receive information.

• The likely geographic concentration of Asbestos Claimants based on identifiable areas where Debtors' asbestos-containing products were manufactured or used.

• Third-party organizations that may have contact with Asbestos Claimants including occupationally-related trade or professional associations and organizations whose membership may include individuals with asbestos personal injuries.

*In re Garlock Sealing Technologies, LLC*

# Notice Program Overview:
## Direct Notice

### Direct Notice to Claimants

The Solicitation Package consisting of the Joint Plan of Reorganization of Garlock Sealing Technologies LLC, et al. and OldCo, LLC, proposed successor by merger to Coltec Industries Inc (the "Plan"), the Disclosure Statement, and other documents described in the Voting Procedures will be mailed to:

- Counsel of record for all identifiable Asbestos Claimants (or claimants directly if not represented by counsel); and

- All individuals who call the toll-free telephone number or write and request a copy of the Solicitation Package from the Official Claims Agent.

Individuals with access to the Internet can view copies of the Solicitation Package directly on the Garlock Chapter 11 website, as well as the website provided specifically for Asbestos Claimants ("Notice Website") to which they are directed by the media notice.

### Direct Notice to Third-Parties

The Publication Notice (Exhibit A) with a cover letter (Exhibit B) will be sent to the following third-parties requesting cooperation in notifying their retired members:

- The chief executive officers of trade unions whose membership has been identified as having occupational exposure asbestos-containing products will be asked to include information about the Debtors' Motion for the Entry of an Order Approving Solicitation and Confirmation Procedures and Schedule in their union publications that reach retirees (Exhibit C):

> American Federation of Labor-Congress of Industrial Organizations
> Atlantic Independent Union
> Glass, Molders, Pottery, Plastics & Allied Workers International Union
> Industrial Union of Marine and Shipbuilding Workers of America
> International Association of Heat and Frost Insulators and Allied Workers
> International Association of Machinists and Aerospace Workers
> International Association of Bridge, Structural, Ornamental and Reinforcing Iron Workers
> International Brotherhood of Boilermakers, Iron Ship Builders, Blacksmiths, Forgers & Helpers
> International Brotherhood of Electrical Workers
> International Chemical Workers Union
> International Longshore and Warehouse Workers Union
> International Union of Painters and Allied Trade
> International Union of Bricklayers and Allied Craftworkers

*In re Garlock Sealing Technologies, LLC*

International Union of Electronic, Electrical, Salaried, Machine and Furniture Workers

International Union of Operating Engineers

International Union, United Automobile, Aerospace and Agricultural Implement Workers of America

Laborers' International Union of North America

Marine Engineers Beneficial Association

Seafarers International Union of North America

Operative Plasterers' and Cement Masons' International Association

Paper, Allied-Industrial, Chemical and Energy Workers International Union

Service Employees International Union

Sheet Metal Workers International Association

Teamsters

United Association: Union of Plumbers, Fitters, Welders, and HVAC Service Techs

UNITE HERE

United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada

United Brotherhood of Carpenters and Joiners of America

United Steelworkers

United Union of Roofers, Waterproofers & Allied Workers

Utility Workers Union of America

Workers United

*In re Garlock Sealing Technologies, LLC*

# UNITED STATES ADVERTISING
TARGET AUDIENCE:
## SELECTION METHODOLOGY

In developing the Notice Program, KM used information provided by the Debtors relating to their manufacture of asbestos-containing products and asbestos claims history. KM was provided with:

- Extensive briefings by counsel to the Debtors regarding the asbestos history of Garlock.

- The "Information Brief of Garlock Sealing Technologies LLC."

- Information on Garlock asbestos-containing products and Coltec products with asbestos-containing components.

- Statistics regarding age and gender of past and current asbestos personal injury claimants.

- Information regarding occupations and industries where Garlock products were used.

- The manufacturing locations for Garlock asbestos-containing products and Coltec products with asbestos-containing components.

In addition to the above, KM relied on research previously conducted in other asbestos-related cases with respect to the history of asbestos usage in the United States; occupations most likely to have asbestos exposure; types and usage of asbestos products; types of asbestos health injuries; and the like.

For the purpose of designing the paid media segment of the Notice Program, KM selected demographics that encompass the characteristics of the target audiences. Media vehicles were then analyzed and selected for their strength and efficiency in reaching the demographic targets.

For the purpose of developing profiles of the demographics and media habits of Asbestos Claimants, KM analyzed syndicated data available from the GfK MRI's *2015 Doublebase Study*[2]. GfK MRI is the leading U.S. supplier of multimedia audience research. As a nationally accredited research firm, it provides information concerning magazines, television, radio, Internet and other media to leading

---

[2] Since 1979, GfK MRI's *Survey of the American Consumer* has conducted detailed polling of a large sample of U.S. adults about the media they see and hear and about the products they use. Participants in the survey are identified by age, occupation, income, education, and by where they live, among other things. They are asked what magazines and newspapers they read, what TV shows and cable channels they watch, and are asked questions about Internet access and radio formats. Survey data indicate the brands and products they use from among 500 categories and 6,000 consumer brands. The data from this survey is used by media practitioners industry-wide to characterize media and product users by demographics and to account for and compare the size and make-up of media audiences. The *Doublebase Study* consists of two years of *Survey of the American Consumer* data.

© 2016 KINSELLA MEDIA, LLC

*In re Garlock Sealing Technologies, LLC*

national advertisers and over 450 advertising agencies – including 90 of the top 100 in the U.S.  GfK MRI's nationally-syndicated data is widely used by these companies as the basis for the majority of the media and marketing plans written for advertised brands in the U.S.

Specifically, GfK MRI presents a single-source measurement of major media, products, services, and in depth consumer demographic and lifestyle characteristics.  GfK MRI provides data on media usage, audience composition, and other relevant factors pertaining to all major media types as well as the readership of print vehicles.

KM analyzed and considered the historical, industrial, demographic, and geographic information cited above to determine the most appropriate target audience(s).

*In re Garlock Sealing Technologies, LLC*

TARGET AUDIENCES:
# DEMOGRAPHICS

Since all media is purchased based on demographics, it is important to determine age, gender, and other demographic characteristics in order to design a media-based notice program to adequately reach the Asbestos Claimants.

Historically, men who were occupationally exposed to asbestos over a protracted period of time during the 1930s up until the mid-1970s filed the vast majority of asbestos claims. Latency periods for asbestos-related diseases differ and can extend for decades after exposure. The latency period for asbestosis and lung cancer is a minimum of 15 years with an average of 20 to 25 years. Pleural and peritoneal mesotheliomas have a minimum latency period of 15 years with an average of 30 to 40 years. It is difficult to pinpoint when, or if, an exposure will result in an illness.

KM reviewed Garlock claims data from 2014 with date of birth information to establish the age range of Asbestos Claimants. A review of this claims data indicates that the vast majority of Asbestos Claimants who have claims filed through 2012 are 65 years of age and older.

Age information was included in about 32% of the approximately 696,123 claims. Based on this data, it is estimated that approximately 98.1% percent of the individuals who filed claims currently would be 65 years of age and older as illustrated by the following chart:

| CLAIMS | 34-49 | 50-64 | 65-74 | 75-84 | 84-95 | 96-104 | 105+ |
|--------|-------|-------|-------|-------|-------|--------|------|
| 223,006 | 0.03% | 1.86% | 10.68% | 25.93% | 40.90% | 18.37% | 2.23% |

KM also considered the identifiable time periods that Garlock asbestos-containing products were used in the marketplace and when they were eliminated.[3]

Based on these considerations and the fact that claims are based on occupational exposure to asbestos and asbestos-containing products, the primary target is men aged 65 years of age and older ("Men 65+") who are blue collar workers in, among other things, industrial and construction-related occupations where high-temperature asbestos insulation and other asbestos-containing products were used.

Although the Notice Program is designed to primarily reach Men 65+, the communications and media vehicles selected will also provide significant reach of a secondary target of adults 65 years of age and older ("Adults 65+"), a tertiary target of adults 45 years of age and older ("Adults 45+"), and a quaternary target of adults 35 years of age and older ("Adults 35+) in order to ensure comprehensive notice to younger individuals who could potentially be Asbestos Claimants entitled to participate in the bankruptcy proceedings.

---

[3] It is understood that birthdate information generally is not available for claimants against the Coltec-related businesses, but given the overlap between Coltec and Garlock claims and the general characteristics of asbestos litigation, there is no reason to expect a materially different age distribution.

*In re Garlock Sealing Technologies, LLC*

## TARGET AUDIENCES

While characteristics such as occupation were considered for directional purposes, a broader age and gender target is required for purposes of buying and measuring media.  KM examined the demographics of affected claimants and selected the following target audiences:

- **Primary Target – Men 65+**

- **Secondary Target – Adults 65+**

- **Tertiary Target – Adults 45+**

- **Quaternary Target – Adults 35+**

*In re Garlock Sealing Technologies, LLC*

# TARGET AUDIENCES:
## MEDIA USAGE

Individuals spend varying amounts of time with different media. Certain demographic groups may be heavy consumers, light consumers, or non-users of a particular medium. For example, GfK MRI data shows that individuals who are less educated are likely to be heavy television viewers and light newspaper readers. Conversely, educated individuals are more likely to be heavy newspaper readers and light television viewers.

KM focuses on media types used most often by the target audiences. To examine the media habits of the target audiences, KM compares the target audience's media usage to that of the average adult 18 years of age and older ("Adults 18+") in usage quintiles reported by GfK MRI. The study ranks respondents based on their amount of exposure to a medium and divides them into five equal-sized groups ("quintiles") from heaviest usage (1) to lightest usage (5).

The media usage of the target audience in each quintile is expressed as an index. An index of 100 is the average adult's usage of a particular medium. Therefore, an index above 100 indicates a heavier usage of the medium than the average adult, and an index below 100 indicates a lighter usage of the medium than the average adult.

The target audiences' top two quintiles (heaviest and next heaviest usage) for each type of media are:

| MEDIA | ADULTS 18+ | MEN 65+ | ADULTS 65+ | ADULTS 45+ | ADULTS 35+ |
|---|---|---|---|---|---|
| **Magazine** | | | | | |
| Quintile 1 | 100 | 85 | 78 | 96 | 97 |
| Quintile 2 | 100 | 99 | 99 | 103 | 103 |
| **Newspaper** | | | | | |
| Quintile 1 | 100 | 215 | 213 | 149 | 126 |
| Quintile 2 | 100 | 81 | 84 | 98 | 100 |
| **Radio** | | | | | |
| Quintile 1 | 100 | 66 | 68 | 93 | 97 |
| Quintile 2 | 100 | 80 | 70 | 92 | 98 |
| **Television** | | | | | |
| Quintile 1 | 100 | 189 | 188 | 135 | 118 |
| Quintile 2 | 100 | 125 | 127 | 116 | 110 |
| **Internet** | | | | | |
| Quintile 1 | 100 | 34 | 32 | 64 | 75 |
| Quintile 2 | 100 | 59 | 53 | 81 | 89 |

*In re Garlock Sealing Technologies, LLC*

These data indicate the target audiences' media consumption habits:

- ➢ Men 65+ and Adults 65+ are:
  - Heavy television viewers and newspaper readers,
  - Slightly less than average magazine readers, and
  - Light radio and Internet users.

- ➢ Adults 45+ are:
  - Average to above-average television viewers and newspaper readers,
  - Average magazine readers, and
  - Light radio and Internet users.

- ➢ Adults 35+ are:
  - Average to above-average television viewers and newspaper readers,
  - Average magazine readers and radio users, and
  - Light Internet users.

© 2016 Kinsella Media, LLC

*In re Garlock Sealing Technologies, LLC*

### TARGET AUDIENCES:
## GEOGRAPHIC CONSIDERATIONS

In developing the Notice Program, consideration was given to identifiable areas where Garlock's or Coltec's asbestos-containing products were manufactured as well as potentially used. Information from the Debtors indicate that:

- The vast majority of Garlock's asbestos-containing sealing products were designed, manufactured, and sold by its facilities in Sodus, New York and Palmyra, New York, formerly known as Garlock Mechanical Sealing Division, and now known as Garlock Sealing Technologies.
- The following current or former Coltec divisions manufactured in the following respective locations products that may have contained asbestos or some component containing asbestos: Fairbanks Morse Engine, Beloit, Wisconsin; Fairbanks Morse Pump, Kansas City, Kansas; Quincy Compressor, Quincy, Illinois, Bay Minette, Alabama; Farnam, Necedah, Wisconsin, Lyons, Illinois, Camden, New Jersey; Delavan, West Des Moines, Iowa, Carroll, Iowa, Bamberg, South Carolina, Lexington, Tennessee; Central Moloney, Pine Bluff, Arkansas.

In addition, consideration was given to identifiable areas where asbestos-containing products were widely used including:

- Oil refineries, steel mills, and shipbuilding sites where asbestos and asbestos-containing products were used during the 1940s through the 1970s.

© 2016 KINSELLA MEDIA, LLC

*In re Garlock Sealing Technologies, LLC*

## PAID MEDIA PLACEMENTS:
## PLACEMENT OVERVIEW

The core of the Notice Program is paid media, which includes television as the primary notice vehicle, supported by national newspaper supplements, national consumer magazines, asbestos legal publications, online media, and local newspapers targeted to key areas selected on the geographic criteria previously cited.

For the purpose of evaluating the strength and efficiency of the media, the selected media was measured against the demographic targets to establish the *reach*[4] of the media program and the *frequency*[5] of exposure to the media vehicles.

The following list provides a brief summary of KM's recommended media placements. More detailed information about each placement and its applicability to the target audience in this case appears on pages 19-31 of the plan.

**BROADCAST MEDIA**
**National Network & Cable Television**

**PRINT PUBLICATIONS**
**Newspaper Supplements**
- *American Profile*
- *Parade*

**Consumer Magazines**
- *AARP Bulletin*
- *American Legion*
- *National Geographic*
- *People*
- *Reader's Digest*
- *VFW*

**Local Newspapers**
- *142 Local Sunday Newspapers*, which include:
- *Geneva Finger Lakes Times*
- *Rochester Democrat and Chronicle*
- *Sodus Sun and Record*
- *Times of Wayne County*
- *Wayne Post*
- *Wisconsin State Journal*
- *Quincy Herald-Whig*
- *Beloit Daily News*
- *Kansas City Kansan*
- *Baldwin Times*

- *Juneau County Star-Times*
- *Cook County Chronicle*
- *Camden Courier Press*
- *Des Moines County News*
- *Carroll Daily Times Herald*
- *Orangeburg Times & Democrat*
- *Lexington Progress*
- *Pine Bluff Commercial*

**U.S. Territories & Possessions**
- *El Nuevo Dia*
- *El Vocero*
- *Pacific Daily News*
- *Primera Hora*
- *Samoa News*
- *St. Croix Avis*
- *St. Johns Trade Winds*
- *Virgin Islands Daily News*

**Legal Publications**
- *Harris Martin's Asbestos Report*
- *Mealey's Asbestos Litigation Report*

**ONLINE MEDIA**
**Internet Banner Ads**
- Advertising.com Network
- Facebook.com
- Specific Media
- Weather.com
- Xaxis
- Yahoo! Network

---

[4] *Reach* is the estimated number of different people exposed to a specific vehicle or combination of vehicles. It can be expressed as a whole number or percentage of the total population.
[5] *Frequency* is the estimated average number of opportunities an audience member has to see the notice.

*In re Garlock Sealing Technologies, LLC*

## PAID MEDIA PLACEMENTS:
## TELEVISION

Television has the ability to reach a target audience with an immediate and accessible message. The combination of audio and visual message delivery increases the message impact. Viewers can quickly ascertain if the message is important and if so, decide to respond.

The Notice Program calls for notice to be aired throughout the day in different programs to reach the highest number of viewers. Television advertisements will be aired across channels and programs targeting Men 65+. A combination of broadcast (ABC and CBS) and cable networks will be used. The television script is attached as Exhibit A.

The television buy consists of:

➢ An estimated 280 Gross Rating Points ("GRPs")[6] to air over a three to four week time period, generating an estimated 57,784,300 gross impressions[7] against Men 65+.

This activity level will generate an estimated:

➢ 129,431,500 gross impressions against Adults 65+

➢ 254,249,300 gross impressions against Adults 45+

➢ 223,382,000 gross impressions against Adults 35+

Cable networks may include all or some of the following depending upon availability at the time media is purchased:

| NETWORK | SUMMARY |
| --- | --- |
|  | AMC is a cable network which includes programming such as favorite films from every genre and decade as well as original series such as "*Mad Men*," "*Breaking Bad*," "*The Walking Dead*," "*The Killing*," and "*Hell on Wheels*." |
|  | Programming on History Channel covers a wide range of historical periods and topics. Subjects are varied and include warfare, inventions, aviation, and conspiracy theories. Programming also includes mainstream reality television-style shows. |

---

[6] Gross Rating Points (GRPs) are the sum of all the ratings for a specific audience delivered by a given media vehicle in a schedule. A rating is the percentage of households or persons in the target who have been exposed to the media vehicles in the schedule. One GRP equals 1% of a given target population.
[7] Gross impressions are the duplicated sum of audiences to the media vehicle containing the notice.

*In re Garlock Sealing Technologies, LLC*

| | |
|---|---|
|  | Cable News Network (CNN) provides 24-hour coverage of breaking news.  Original programming offers a blend of debate and in-depth analysis of current events. |
|  | Fox News Channel (FXNC) is a 24-hour general news service covering breaking news as well as political, business, and entertainment news. |
|  | Fox Business Network (FBN) programming covers business and financial news.  Daily shows include "*Mornings with Maria,*" "*Varney & Co*" and "*Lou Dobbs Tonight.*" |
|  | The Golf Channel offers in-depth coverage of more than 100 tournaments including the PGA Tour, Champions Tour, Nationwide Tour, LPGA, and PGA Tour of Australia. |
|  | Headline News (HLN) focuses on the "must-see, must-share" stories of the day.  Drawing upon the network's deep bench of talent, HLN dissects and demystifies the news stories and newsmakers people are talking about. |
|  | American Heroes Channel (formerly Military Channel) brings real-world stories of heroism, military strategy, technological breakthroughs, and turning points in history.  The network takes viewers "behind the lines" to hear the personal stories of servicemen and servicewomen. |
|  | MSNBC features a full schedule of live news coverage, political analysis, and award-winning documentary programming.  High-profile anchors provide in-depth interviews and analysis of the day's events. |
|  | Sundance TV (formerly known as Sundance Channel) airs documentaries, independent feature films, short films, world cinema and original programs such as "*The Writers' Room*" and "*Deutschland 83.*" |
|  | The Weather Channel is a national cable TV network that produces continuous, 24-hour national, regional, and local weather-related video programming. |

*In re Garlock Sealing Technologies, LLC*

PAID MEDIA PLACEMENTS:
## NEWSPAPER SUPPLEMENTS

*American Profile* and *Parade* are newspaper supplements that are inserted into weekend or Sunday editions of newspapers nationwide. These magazines, printed on newsprint, contain articles written for broad, general appeal and encourage readership through brevity. Issues are typically fewer than 30 pages. For this Notice Program, KM selected newspaper supplements because of their cost-effective reach of the target audiences.

*American Profile* appears in 975 papers and *Parade* appears in 624 papers. There is a small amount of overlap, as some papers carry more than one supplement, so these numbers are not cumulative. *Parade* reaches every major media market in the country. The selected supplements provide coverage in all 50 states and the District of Columbia. A list of the newspapers into which the selected supplements are inserted is attached as Exhibit D.

KM selected the following newspaper supplement placement:



➢ An M-page ad (5.75" x 9.125") once in *American Profile* with an estimated circulation of 6,000,000.

➢ *American Profile* is published weekly and is a rural-focused newspaper supplement. The magazine provides content on the people, places, and experiences of hometowns across the country.

➢ Men 65+ and Adults 65+ are more likely than the average adult to live in C & D Counties. *American Profile* is distributed primarily in C & D counties.[8]

---

[8] A Counties, as defined by A.C. Nielsen Company ("Nielsen"), are all counties belonging to the 25 largest metropolitan areas. These metro areas correspond to the Metropolitan Statistical Area and include the largest cities and consolidated areas in the United States. B Counties, as defined by Nielsen, are all counties not included under A that have either a population greater than 150,000 or are in a metro area with a population greater than 150,000 according to the latest census. C Counties, as defined by Nielsen, are all counties not included under A or B that either have a population greater than 40,000 or are in a metro area with a population greater than 40,000 according to the latest census. D Counties are, essentially, rural counties.

*In re Garlock Sealing Technologies, LLC*

# PARADE

➢ An M-page ad (6.25" x 9") once in *Parade* with an estimated circulation of 22,000,000.

➢ *Parade* is carried in the Sunday edition of 624 daily newspapers and is the highest circulating magazine in the world. Carrier newspapers serve major urban and suburban markets in the U.S.

➢ 32% of Men 65+ read an average issue of *Parade*.

➢ Adults 65+ are 56% more likely than the average adult to read an average issue of *Parade*.

➢ 72% of *Parade* readers are Adults 45+.

➢ 24% of Adults 35+ read an average issue of *Parade*.

© 2016 KINSELLA MEDIA, LLC

*In re Garlock Sealing Technologies, LLC*

PAID MEDIA PLACEMENTS:
## CONSUMER MAGAZINES

Most adults read one or more magazines during an average month and nearly three out of five adults read or look at a magazine daily. Heavy readers read 16 or more magazines per month. Weekly magazines quickly accumulate readership and provide timely and efficient notice to readers. KM chose the specific consumer magazines listed below because they are among the highest ranking in coverage of the target audiences.

KM selected the following consumer magazine placements:

**AARPBulletin**
Real Possibilities

➤ A two-thirds-page ad (5.75" x 10.5625") one time in *AARP Bulletin* with an estimated circulation of 22,000,000.

➤ *AARP Bulletin* is published 10 times a year, and contains news and feature coverage of items of interest to Americans 50 years of age and older.

➤ Men 65+ are three times more likely than the average adult to be *AARP Bulletin* readers.

➤ 37% of Adults 65+ read an average issue of *AARP Bulletin*.

➤ 92% of *AARP Bulletin* readers are Adults 45+.

➤ 95% of *AARP Bulletin* readers are Adults 35+.

## THE AMERICAN LEGION

➤ A full-page black & white ad (7" x 10") one time in *American Legion* with an estimated circulation of 2,232,287.

➤ *American Legion* is published monthly and focuses on world events and national news analysis. It features articles on retirement, travel and leisure activities.

➤ *American Legion* is the highest-ranking publication in composition of Men 65+.

➤ Adults 65+ are 3 times more likely than the average adult to be *American Legion* readers.

➤ 82% of *American Legion* readers are Adults 45+.

➤ 92% of *American Legion* readers are Adults 35+.

*In re Garlock Sealing Technologies, LLC*



- ➤ A full-page ad (5.75" x 9") one time in *National Geographic* with an estimated circulation of 3,100,000.
- ➤ *National Geographic* is published monthly and covers people and places internationally. Readers spend an average of 56 minutes with each issue.
- ➤ Men 65+ are 30% more likely than the average adult to be *National Geographic* readers.
- ➤ 20% of *National Geographic* readers are Adults 65+.
- ➤ 55% of *National Geographic* readers are Adults 45+.
- ➤ 69% of *National Geographic* readers are Adults 35+.



- ➤ A full-page ad (7" x 10") one time in *People* with an estimated circulation of 3,400,000.
- ➤ *People* is a weekly publication covering contemporary personalities in entertainment, politics, business, and other current events.
- ➤ 8% of Men 65+ read an average issue of *People*.
- ➤ 14% of Adults 65+ read an average issue of *People*.
- ➤ 53% of *People* readers are Adults 45+.
- ➤ 70% of *People* readers are Adults 35+.

*In re Garlock Sealing Technologies, LLC*



➤ A full-page spread black & white ad (9.375" x 6.75" and 15.25" x 10.75") one time in *Reader's Digest* and *Reader's Digest* Large Edition with an estimated circulation of 3,300,000.

➤ *Reader's Digest* is compendium published 10 times a year of selected excerpts from other publications as well as original pieces.

➤ Men 65+ are 47% more likely than the average adult to be *Reader's Digest* readers.

➤ Adults 65+ are 72% more likely than the average adult to be *Reader's Digest* readers.

➤ 72% of *Reader's Digest* readers are Adults 45+.

➤ 84% of *Reader's Digest* readers are Adults 35+.



➤ A full-page black & white ad (7.25" x 9.75") one time in *VFW* with an estimated circulation of 1,214,977.

➤ *VFW* is published 10 times a year and covers veteran's rights, foreign affairs, volunteerism, and remembrance of military service abroad.

➤ *VFW* is the second highest-ranking publication in composition of Men 65+.

➤ Adults 65+ are 2.5 times more likely than the average adult to be *VFW* readers.

➤ Adults 45+ are 59% more likely than the average adult to be *VFW* readers.

➤ 92% of *VFW* readers are Adults 35+.

*In re Garlock Sealing Technologies, LLC*

## PAID MEDIA PLACEMENTS:
## LEGAL PUBLICATIONS

The Publication Notice will be placed in the following legal publications:



- ➢ A full-page ad (8.5" x 11") one time in *Harris Martin's Asbestos Report*.
- ➢ *Harris Martin's Asbestos Report* is a source for more complete asbestos-related litigation news.



- ➢ A full-page ad (6.25" x 9.25") one time in *Mealey's Litigation Report: Asbestos*.
- ➢ *Mealey's Litigation Report: Asbestos* is a twice-monthly report on litigation stemming from asbestos exposure.

PAID MEDIA PLACEMENTS:

*In re Garlock Sealing Technologies, LLC*

# LOCAL NEWSPAPERS

KM selected local newspapers for targeted notice to individuals who a) live or may have lived in areas near the manufacturing location of Garlock asbestos products and Coltec products that may have included some asbestos-containing components, and b) worked in oil refineries, steel mills, and shipbuilding sites where asbestos-containing products were used during the 1940s through the 1970s. A Summary Notice as a quarter-page ad will be directed to these potential Claimants.

These areas are likely to have potential Asbestos Claimants who may have been exposed to asbestos-containing products. The newspaper notice is included in the plan to provide additional opportunities for Asbestos Claimants to see the notice in geographic areas where it is known that significant asbestos products were manufactured or installed or significant asbestos exposure is alleged to have occurred. Although Americans are fairly mobile, blue-collar workers are less mobile than younger professional workers, and it is likely that many blue-collar workers, after retirement, could still reside in areas where they previously worked.

KM selected the following local newspaper placements:

- A 5" x 9.5" or equivalent size ad will be placed in the Sunday edition of the top circulating newspaper in each of the 124 DMAs identified in Exhibit E.
- A quarter-page ad will be placed in the following newspapers which provide coverage within Sodus and Palmyra, NY:
  - *Geneva Finger Lakes Times*
  - *Rochester Democrat and Chronicle*
  - *Sodus Sun and Record*
  - *Times of Wayne County*
  - *Wayne Post*
- A quarter-page ad will be placed in the following newspapers which provide coverage within Beloit, Wisconsin; Kansas City, Kansas; Quincy, Illinois; Bay Minette, Alabama; Necedah, Wisconsin; Lyons, Illinois; Camden, New Jersey; West Des Moines, Iowa; Carroll, Iowa; Bamberg, South Carolina; Lexington, Tennessee; and Pine Bluff, Arkansas:
  - *Quincy Herald-Whig*
  - *Beloit Daily News*
  - *Kansas City Kansan*
  - *Baldwin Times*
  - *Juneau County Star-Times*
  - *Cook County Chronicle*
  - *Camden Courier Press*
  - *Des Moines County News*
  - *Carroll Daily Times Herald*
  - *Orangeburg Times & Democrat*
  - *Lexington Progress*
  - *Pine Bluff Commercial*

*In re Garlock Sealing Technologies, LLC*

PAID MEDIA PLACEMENTS:
# PUBLICATIONS IN U.S. TERRITORIES & POSSESSIONS

To provide notice in U.S. territories and possessions, KM selected newspaper advertising. The Publication Notice will be translated, when necessary, and appropriately sized for placement in the following newspapers in U.S. territories and possessions:

| U.S. TERRITORY/POSSESSION | NEWSPAPER | CIRCULATION |
|---|---|---|
| American Samoa | *Samoa News* | 4,000 |
| Guam | *Pacific Daily News* | 30,000 |
| Puerto Rico | *El Nuevo Dia* | 250,000 |
| Puerto Rico | *El Vocero* | 140,000 |
| Puerto Rico | *Primera Hora* | 140,869 |
| St. Croix (United States Virgin Islands) | *St. Croix Avis* | 14,000 |
| St. John (United States Virgin Islands) | *St. Johns Trade Winds* | 2,400 |
| St. Thomas (United States Virgin Islands) | *Virgin Islands Daily News* | 13,000 |

*In re Garlock Sealing Technologies, LLC*

PAID MEDIA PLACEMENTS:
## TARGET AUDIENCE PRINT READERSHIP

Readership includes both primary readers and pass-along readers. Primary readers purchase a publication or are members of a household where the publication was purchased. Pass-along readers are those who read the publication outside the home, in places such as a doctor's office. The table below indicates the estimated number of readers in each of the target audiences of an average issue of the magazine or national newspaper:

| PUBLICATION | INSERTIONS | MEN 65+ | ADULTS 65+ | ADULTS 45+ | ADULTS 35+ |
|---|---|---|---|---|---|
| *American Profile* | 1 | 902,000 | 3,211,000 | 8,111,000 | 11,482,000 |
| *Parade* | 1 | 6,333,000 | 14,804,000 | 34,709,000 | 39,922,000 |
| *AARP Bulletin* | 1 | 8,316,000 | 16,632,000 | 27,359,000 | 28,222,000 |
| *American Legion* | 1 | 1,266,000 | 1,872,000 | 2,614,000 | 2,923,000 |
| *National Geographic* | 1 | 3,086,000 | 5,785,000 | 15,842,000 | 19,997,000 |
| *People* | 1 | 1,654,000 | 6,437,000 | 20,749,000 | 27,206,000 |
| *Reader's Digest* | 1 | 2,194,000 | 5,825,000 | 13,190,000 | 15,317,000 |
| *VFW* | 1 | 1,227,000 | 1,723,000 | 2,348,000 | 2,567,000 |

GfK MRI does not measure publications in the U.S. territories and possessions. Therefore, their contribution to the overall reach of the media is not calculated. Their inclusion in the Notice Program is still recommended, however, given the Asbestos Claimants here.

*In re Garlock Sealing Technologies, LLC*

## PAID MEDIA PLACEMENTS:
## INTERNET ADVERTISING

GfK MRI provides data on Internet usage by asking survey respondents about their online usage during the 30 days prior to the survey. Although not heavy users of the Internet, according to GfK MRI, 58.6% of Men 65+, 57.7% of Adults 65+, 75.0% of Adults 45+, and 79.4% of Adults 35+ used the Internet over a 30-day period.

Accordingly, KM included Internet advertising in the Notice Program in order to provide Asbestos Claimants, particularly those in the younger age range, with additional national notice opportunities beyond the broad-reaching print program. Internet advertising delivers an immediate message and allows the viewer of an advertisement to instantly click to a website for further information.

## WEBSITE ADVERTISING

KM will place ads on broad-reaching advertising networks whose partner websites are likely to be visited by our target audiences. In addition, KM also selected a website whose visitors are highly comprised of the target audiences. (Delivery of Internet impressions to specific sites and categories within sites are subject to availability at the time KM purchases the media.) The banner advertisement is attached as Exhibit A.

An estimated 227,114,000 impressions will be placed on the following properties:



➢ Advertising.com Network is a division of AOL Networks. Through its 40 owned and operated AOL properties as well as partner sites and networks, Advertising.com provides massive reach with over 596 million global unique visitors. A list of properties and websites in the Advertising.com network is attached as Exhibit F.

facebook

➢ Facebook.com is a free, global social networking website that helps people communicate with friends, family, and coworkers.

*In re Garlock Sealing Technologies, LLC*



➤ Specific Media is an online media company consisting of premium sites that cover topics such as news, entertainment, and sports and recreation and enables advertisers to target audiences through advanced proprietary technologies across a premium network.



➤ Weather.com is a weather site that features current conditions and forecasts for over 98,000 locations worldwide, along with local and regional radars. Weather.com is consistently rated in the top 5 for news, entertainment, and information web sites by Media Metrix.



➤ Xaxis is a network that represents over 5,000 websites.



➤ Yahoo! is a leading Internet brand and a global online network of integrated services providing users with entertainment and other quality content. A list of properties and websites in the Yahoo branded advertising network is attached as Exhibit G.

*In re Garlock Sealing Technologies, LLC*

<p style="text-align:center">PAID MEDIA PLACEMENTS:</p>

# UNITED STATES MEDIA DELIVERY

The paid media portion of the Notice Program provides Asbestos Claimants with multiple exposure opportunities to media vehicles carrying the Notice and delivers the following estimated reach and frequency measurements[9] using the 2015 Fall GfK MRI Study and February 2016 comScore study:[10]

➢ An estimated 95.4% of Men 65+ will be reached with an average estimated frequency of 5.4 times. An estimated 18,900,000 Men 65+ will have an opportunity to see the Notice.

➢ An estimated 95.1% of Adults 65+ will be reached with an average estimated frequency of 5.3 times. An estimated 42,557,000 Adults 65+ will have an opportunity to see the Notice.

➢ An estimated 91.7% of Adults 45+ will be reached with an average estimated frequency of 4.1 times. An estimated 117,096,000 Adults 45+ will have an opportunity to see the Notice.

➢ An estimated 90.0% of Adults 35+ will be reached with an average estimated frequency of 4.0 times. An estimated 150,179,000 Adults 35+ will have an opportunity to see the Notice.

---

[10] GfK Fall Study is based on GfK MRI's national Survey of the American Consumer, conducted since 1979, which surveys people 18 years of age and older in the contiguous 48 states. GfK MRI conducts more than 26,000 personal interviews with consumers in two waves (Fall and Spring) annually, each lasting six months and consisting of 13,000 interviews. Produced annually, the Spring Study consists of one full year of data drawn from two spring waves of survey respondents. Data is then combined with comScore, a source of Internet audience measurement for advertising agencies, publishers, marketers and financial analysts. ComScore measures Internet usage and other activity through monitoring software installed on the computers of a panel of approximately 2,000,000 people. Active in 170 countries, ComScore tracks more than three million unique websites to produce an unduplicated net reach of the designated audience.

*In re Garlock Sealing Technologies, LLC*

# CANADIAN ADVERTISING

Based upon briefings by Debtors' Counsel and Garlock employees involved in sales and marketing, it is our understanding the asbestos-containing products used in Canada were primarily manufactured in Canada, although some U.S.-produced products were shipped and distributed there. It is our further understanding that very few claims have been filed in the United States by Canadian claimants and that the Debtors maintain that remedies available to Canadian Asbestos Claimants preclude the filing of claims against the Debtors in Canada. Although the volume of claims that could be made by Canadian Asbestos Claimants would likely be minimal, Notice will be provided consistent with these understandings

## SELECTION METHODOLOGY

To develop a profile of the demographics of potential Canadian Asbestos Claimants, KM analyzed syndicated data available from the *Spring 2015 2-Year Study*[11] available from the Print Measurement Bureau ("PMB").

PMB is Canada's leading data provider of national measurements for media usage, audience composition and other relevant factors pertaining to major media vehicles. PMB presents a single-source measurement of over 119 publications, consumer exposure to media, and consumer usage of over 2,500 products, services and brands, in-depth consumer demographic and lifestyle characteristics as well as specific readership of print vehicles.

As previously discussed, Men 65+ is the target audience. However, Canadian television is not measured for Men 65+ or Adults 65+. Therefore, the broader demographic of Men 50 years of age or older ("Men 50+") is the primary demographic target and Adults 50 years of age or older ("Adults 50+") is the secondary target.

The Canadian program includes television and newspapers.

## TELEVISION

The Notice Program calls for Notice to be aired throughout the day in different programs to reach the highest number of viewers. Television advertisements will be aired across channels and programs targeting Men 50+. A combination of broadcast (CBC, CBC News, CTV, Global, SRC, RDI) and cable networks will be used.

KM selected:

➢ An estimated 206 GRPs to air over a three-week time period, generating an estimated 13,313,720 gross impressions against Men 50+.

---

[11] This study provides measurement of national consumer magazines and national newspapers.

*In re Garlock Sealing Technologies, LLC*

The selected media will generate an estimated 30,502,000 gross impressions against Adults 50+.

## NEWSPAPERS

To provide supplemental national coverage, newspaper advertising will include ads in two national newspapers.  The ads placed in the following newspapers will be equivalent in size to a standard quarter-page ad and will be placed on the highest circulation day.

KM selected the following national newspaper placements:

➢ A quarter-page ad (5.32" x 10.71") one time in the *National Post* with an estimated circulation of 155,856.

➢ A quarter-page ad (4.86" x 10") one time in *The Globe and Mail* with an estimated circulation of 346,000.

## CANADIAN MEDIA DELIVERY

The Paid Media Program as outlined above will deliver the following estimated reach and frequency:

➢ An estimated 73.8% of Men 50+ will be reached with an average estimated frequency of 2.9 times.

➢ An estimated 75.8% of Adults 50+ will be reached with an average estimated frequency of 3.0 times.

*In re Garlock Sealing Technologies, LLC*

# EARNED MEDIA PROGRAM

Earned media provides additional notice to Asbestos Claimants, amplifying the paid media program. Earned media, as opposed to paid media, occurs by disseminating a message about the Notice Program to the media without a guarantee that it will appear. KM and associated media firms under its direction will distribute the message to media outlets (newspapers, websites, and television and radio stations) to spark press interest and generate coverage.

## MULTIMEDIA NEWS RELEASE

KM will distribute a U.S. national multimedia news release ("MNR") blending text, audio, video, photos, related documents, and social media tools into an interactive web platform making the message visually appealing to increase engagement with the story across both traditional and social channels.

The MNR includes the following:

- Distribution to over 5,700 media points, more than 5,400 websites, databases and online services, and journalist-only portal.

- The television spot will be included to add a visual element to the press release making the story more appealing. Multimedia elements (*e.g.*, audio, video, graphics) have been shown to increase engagement with content by 77%.[12]

- A post to PR Newswire's Social Post Twitter Network reaching over 40,000 followers.

- Built-in social media sharing functionality makes the content easily shared online.

## CANADIAN PRESS RELEASE

KM will distribute a national press release on PR Newswire's Canadian circuit. The press release will highlight the toll-free telephone number and Notice Website address so that Asbestos Claimants can obtain complete information.

---

[12] Source: PR Newswire/MultiVu.

*In re Garlock Sealing Technologies, LLC*

# KEYWORD SEARCH ADVERTISING

Search engines are among the most frequently used sites on the Internet.  In order to help search engine users locate the informational website about this case – both those specifically looking for it and those looking for related topics – KM will purchase sponsored links to appear when searchers enter certain terms.

Keyword search advertising will run in the U.S. and Canada throughout the entire notice and voting period.  Keyword search ads will appear on Google, Bing, and other search partners.  KM will contract with Google AdWords to place Google ads, and with Microsoft Ad Center to place Bing and Yahoo! ads.  A list of keywords is below:

Asbestos bankruptcy
Asbestos gaskets
Asbestos gasket material
Asbestos gasket sheet
Asbestos gaskets claims
Asbestos compression packing
Asbestos expansion joint packing
Asbestos packing claims
Compressed asbestos gaskets
Garlock asbestos bankruptcy
Garlock asbestos gaskets
Garlock bankruptcy
Garlock gaskets
Garlock gaskets asbestos claim
Garlock asbestos packing
Anchor asbestos bankruptcy
Anchor bankruptcy
Anchor asbestos packing
Fairbanks Morse Pump asbestos gaskets
Quincy Compressor asbestos gaskets
Central Moloney asbestos gaskets
France Compressor component asbestos
Delevan equipment component asbestos
Farnam asbestos gaskets
Coltec asbestos bankruptcy
Coltec gaskets
Coltec packing
Coltec bankruptcy
Coltec gaskets asbestos claim

After KM contracts with the search engines for sponsored links of the selected keywords/phrases, a user entering an applicable keyword/phrase will see an ad in the section above non-sponsored results.

*In re Garlock Sealing Technologies, LLC*

OTHER PROGRAM COMPONENTS:
# NOTICE WEBSITE

An informational, interactive website is a critical component of the Notice Program.  A website is a persistent source of information instantly accessible by millions.  In this case, the site will capitalize on the Internet's ability to distribute information and provide access to customer service.

In addition to the Chapter 11 website, a specific website designed exclusively for Asbestos Claimants will be updated.[13]  In addition to the Solicitation Package, an overview of the Disclosure Statement and the Plan ("Overview" attached as Exhibit H) will be available on the Notice Website.  The Overview summarizes important information in an an easy to use question-and-answer format that will enable Asbestos Claimants to understand their legal rights, voting on the Plan, and how asbestos claims will be treated.

The Notice Website will have a link to the Chapter 11 website.  The Internet banner advertising and keyword search ads will help direct Asbestos Claimants to the Notice Website.

---

[13] The Notice Website, www.GarlockNotice.com, was first established in 2015 for the Second Amended Plan of Reorganization.  The Notice Website will be updated to reflect the information for this Plan.

*In re Garlock Sealing Technologies, LLC*

OTHER PROGRAM COMPONENTS:
## TOLL-FREE TELEPHONE SUPPORT

All advertising will direct the reader/viewer to call a toll-free telephone number in order to receive the Disclosure Statement and Approve Balloting and Voting Procedures Solicitation Package and obtain information and instructions regarding filing proofs of claim.  In addition to the toll-free number, the print advertising will provide the address of the Claims Agent and the Notice Website address as alternative contact mechanisms.

## NOTICE DESIGN:
## PUBLICATION NOTICE

The Publication Notice is written in plain language and is designed to alert Asbestos Claimants to the litigation by using a bold headline.  This headline will enable Asbestos Claimants to quickly determine if they are potentially affected by the litigation.  The content of the Summary Notice clearly stipulates types of claimants and claims using subheads, product descriptions, and simple language to avoid any confusion.

Each advertisement will prominently feature a toll-free number and the Notice Website address for Asbestos Claimants to obtain more information in the form of the Notice Package.

*In re Garlock Sealing Technologies, LLC*

Notice Design:
# INTERNET BANNER ADS

KM will design Internet banner advertisements to Asbestos Claimants to the litigation by using a bold headline.  The headline will enable Asbestos Claimants to quickly determine if they may be affected by the litigation.

➢ When users click on the banner advertisement, they will be connected to the Notice Website that contains complete information about their legal rights.

➢ KM will use flash banner advertisements.

© 2016 Kinsella Media, LLC

# EXHIBIT A

# If You Worked Around Gaskets, Packing, or Equipment Containing Asbestos

## *The Garlock and Coltec Bankruptcy Settlement May Affect Your Rights.*

There is a bankruptcy involving claims about exposure to asbestos-containing gaskets, packing, and equipment. Garlock Sealing Technologies LLC, The Anchor Packing Company, and Garrison Litigation Management Group, Ltd., along with representatives of asbestos claimants, have filed a new plan of reorganization (the "Plan"). Coltec Industries Inc is also part of the Plan. If claimants approve the Plan, Coltec will merge with a company known as OldCo, LLC and that company will file a bankruptcy case. Together, these companies are referred to as the "Debtors."

The gaskets and packing were used in places where steam, hot liquid or acids moved through pipes, including industrial and maritime settings. The equipment included compressors, engines, pumps, transformers, and other equipment that may have had asbestos-containing components, such as gaskets or packing. The Coltec-related divisions or businesses that may have sold asbestos-containing products or equipment were Fairbanks Morse, Quincy Compressor, Central Moloney, Delavan, France Compressor, and Farnam.

### Who Is Affected by the Bankruptcy Case?

Your rights may be affected if you:
- Worked with or around Garlock asbestos-containing gaskets or packing, Coltec equipment with asbestos components, or any other asbestos-containing product for which Debtors are responsible, or
- Have a claim now or in the future against the Debtors for asbestos-related disease caused by any person's exposure to asbestos-containing products.

**Even if you have not yet been diagnosed with any disease or experienced any symptoms, your rights may be affected.** The Court has appointed a Future Claimants' Representative ("FCR") to represent the rights of these future claimants.

### What Does the Plan Provide?

The Plan is the result of a settlement agreement between the Debtors, the FCR, and committees representing asbestos claimants against Garlock and Coltec (the "Asbestos Claimants Committee"). The Plan will establish a Trust funded with $480 million to pay asbestos claims against Garlock and Coltec. **If the Plan is approved, all claims must be filed against the Trust. You will not be able to file claims against the Debtor or protected parties.** If you have claims only against Anchor, you are not expected to recover anything, as that company has no assets and will be dissolved.

The Plan replaces a different plan that was supported by the Debtors and FCR. The Plan provides more guaranteed funding for paying asbestos claims, and also pays claims against Coltec. The Asbestos Claimants Committee opposed the previous plan, but supports the Plan.

### Who Can Vote on or Object to the Plan?

All identifiable asbestos claimants or their attorneys will receive the "Solicitation Package." This includes the Plan, Voting Ballot, and other information. You can vote on the Plan by providing certified information about your claim, or making a motion to vote as described in the Solicitation Package available online or by calling the toll-free number.

**You will need to vote on the Plan by December 9, 2016**. You may also object to the Plan and the adequacy of the FCR's representation of future claimants, but must do so by December 9, 2016.

### Do I Have to File a Claim?

Certain deadlines for filing asbestos claims against Garlock have already passed. **If you have an asbestos claim against Coltec based on a disease diagnosed on or before August 1, 2014, you must cast a ballot before December 9, 2016 or else file a claim by March 2, 2017.** If you do not file a claim, you may lose your right to bring your Coltec claim against the Trust in the future. Individuals diagnosed with disease after August 1, 2014 do not have to file a claim at this time, but may be able to vote or object to the Plan. In addition, if you have already filed an asbestos claim against Garlock, you do not have to file a separate Coltec asbestos claim.

### When Will the Court Decide on the Plan?

A hearing to consider confirmation of the Plan will begin at 10:00 a.m. ET on April __, 2017, at the US Bankruptcy Court, Western District of North Carolina, 401 West Trade Street, Charlotte, NC 28202.

**For Information: www.GarlockNotice.com 1-844-Garlock**

**Garlock/Coltec Bankruptcy: 30-Second Television Script**

---

**Garlock/Coltec Asbestos-Related Bankruptcy**

**Did you or anyone in your household work around asbestos-containing gaskets, packing, or equipment?**

---

Attention! Did you or anyone in your household work around asbestos-containing gaskets, packing, or equipment?

If you or a loved one have an asbestos-related disease, you may have a right to vote on a plan to reorganize and pay claims in the Garlock/Coltec bankruptcy.

---

Used In:
- Shipbuilding
- Maritime/naval vessels
- Chemical processing
- Oil Refineries
- Pulp and paper
- Power generation
- Construction

---

Garlock/Coltec's products were used in industrial and maritime settings, anywhere steam, hot liquid or acid moved in pipes.

---

**Votes Must be Filed
by December 9, 2016**

**1-844-Garlock
www.GarlockNotice.com**

PAID FOR BY THE DEBTORS BY ORDER OF THE U.S. BANKRUPTCY
COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA

---

Most votes must be filed by December 9, 2016

Call 844-Garlock or go to GarlockNotice.com

**Garlock - Banner Ad - Draft**

NOTE: This is not intended to be a visual representation of how the final banner ad will appear.  It is primarily to show the messaging and elements that need to be included on the banner ad.  Words and visuals will load at different times and the visual treatment will be determined later.

- The Call-For-Action - for more details - will appear in the last frame.
- The website address and a button to the website will be included.

<table>
<tr>
<td>

**Garlock/Coltec Asbestos-Related Bankruptcy**

**Exposed to asbestos-containing gaskets, packing, or equipment?**

</td>
<td>

**Used In:**

- **Shipbuilding**
- **Maritime/naval vessels**
- **Chemical processing**
- **Oil refineries**
- **Pulp and paper**
- **Power generation**
- **Construction**

</td>
</tr>
<tr>
<td>Frame 1: Initial Text</td>
<td>Frame 2: Attention to Rights</td>
</tr>
<tr>
<td>

**Garlock/Coltec**
**Asbestos-Related Bankruptcy**

**Proposes a $480 million Trust to pay personal injury claims**

**www.GarlockNotice.com**

</td>
<td>

**Garlock/Coltec**
**Asbestos-Related Bankruptcy**

**Votes on the Plan Must be Filed**

**By December 9, 2016**

**Click for More Details**

**www.GarlockNotice.com**

</td>
</tr>
<tr>
<td>Frame 3: Industries</td>
<td>Frame 4: Call to Action</td>
</tr>
</table>

# EXHIBIT B

Month xx, 2016

Dear President Or International President Last Name [add each chief executive officer name here]:

As you may be aware, a bankruptcy case involving Garlock Sealing Technologies LLC has been litigated in federal court for nearly six years.  You previously received a letter in connection with a plan for reorganization that was not confirmed. There is now a comprehensive settlement that includes Coltec Industries Inc and is supported by the Debtors and representatives of both current and future asbestos personal injury claimants. Garlock and its related Debtors manufactured asbestos-containing gaskets and packing used extensively in industries where hot liquid was moved through pipes.  Coltec businesses manufactured equipment included compressors, engines, pumps, and other equipment that may have had asbestos-containing components, such as gaskets or packing.

We are requesting your assistance in notifying current or former members who may have been exposed to Garlock's and Coltec's asbestos-containing products in industrial workplaces such as oil refineries, steel mills, and shipbuilding sites.

Your union has been identified as having current or former members who may be affected by this case.  It is important that all members are notified of the bankruptcy proceedings and we would be grateful for your assistance in notifying them.  Enclosed you will find a short one-page notice, which provides additional information about the proceedings. Please use this information in your union's journal, magazine, newsletter, or any other communication vehicles that reach your members.

You can also obtain further information and materials by visiting www.GarlockNotice.com or calling 1-844-Garlock.  We will be in touch with you by telephone to answer any questions.

Sincerely,

Official Claims Agent

# EXHIBIT C

## TRADE UNIONS WHOSE MEMBERSHIP IS MOST LIKELY TO HAVE BEEN EXPOSED TO ASBESTOS PRODUCTS

### American Federation of Labor-Congress of Industrial Organizations (AFL–CIO)

- Membership: 11,615,520
- Local Affiliates: 51 AFL-CIO-chartered state federations and more than 500 chartered central labor councils
- Works to help people who want to join together in unions so they can bargain collectively with their employers for better working conditions and the best way to get a good job done.

### Atlantic Independent Union

- Membership: 247
- Local Affiliates: 1
- Refinery and chemical plant workers, truck drivers, maintenance workers and janitors.

### Glass, Molders, Pottery, Plastics & Allied Workers International Union

- Membership: 27,864
- Local Affiliates: 250
- The broad scope of industries (glass, molders, plastics, pottery, cast metals, fiberglass, defense, fine china, glass and plastic containers, insulation and sanitary-ware industries as well as workers in government, healthcare and a variety of other industries).

### International Association of Heat and Frost Insulators and Allied Workers

- Membership: 30,000
- Local Affiliates: 101
- Represents craftsmen in a series of construction trades; work as insulators, extensively with Asbestos. Removal and proper disposal of any type of asbestos abatement and lead abatement can include acoustic ceilings, furnace insulations, HVAC ducts, piping, sprayed-on fire proofing, and sound insulation, floor and ceiling tiles.

### The International Association of Bridge, Structural, Ornamental and Reinforcing Iron Workers

- Membership: 120,000
- Local Affiliates: 235
- Includes construction workers who work with marquees, canopies, stage equipment, bridge and overpass railings.

**International Association of Machinists and Aerospace Workers**

- Membership: 570,423
- Local Affiliates: 1,196
- Includes machinists and aerospace workers to railroad builders and woodworkers.

**International Brotherhood of Boilermakers, Iron Ship Builders, Blacksmiths, Forgers & Helpers** (Includes: United Cement, Lime, Gypsum and Allied International Union)

- Membership: 70,000
- Local Affiliates: 331
- Construct boilers in buildings and on ships.

**International Brotherhood of Electrical Workers**

- Membership: 659,567
- Local Affiliates: 926
- Conduct all types of electrical work, including installation and utility work.

**International Chemical Workers Union**

- Represents workers in chemical plants, utilities, warehouses, food services, mines, food processing, and pharmaceuticals.

**International Longshore and Warehouse Workers Union (ILWU)**

- Membership: 37,022
- Local Affiliates: 60
- The origins of the ILWU lie in the longshore industry of the Pacific Coast – the work of loading and unloading ships' cargoes.

**International Union of Painters and Allied Trades**

- Membership: 160,000
- Local Affiliates: Over 400
- Commercial and residential painters.  Produce paint, carpet and linoleum products.

**International Union of Bricklayers and Allied Craftworkers** (Includes: United Brick and Clay Workers of America)

- Membership: 76,233
- Local Affiliates: 150
- Work as bricklayers on construction sites.

**International Union of Electronic, Electrical, Salaried, Machine and Furniture Workers** (Division of Communication Workers of America)

- Members: 45,000
- Affiliates: 350
- Manufacturing and industrial workers in a wide range of industries including automotive, aerospace, furniture, and appliances.

**The International Union of Operating Engineers**

- Membership: 379,597
- Local Affiliates: 148
- Represents operating engineers, who work as heavy equipment operators, mechanics, and surveyors in the construction industry, and stationary engineers, who work in operations and maintenance in building and industrial complexes, and in the service industries.  Also represents nurses and other health industry workers as well as significant numbers of public employees engaged in a wide variety of occupations.

**International Union, United Automobile, Aerospace and Agricultural Implement Workers of America**

- Membership: 400,000 active members and more than 580,000 retired members
- Local Affiliates: 750
- UAW represented workplaces ranging from multinational corporations, small manufacturers and state and local governments to colleges and universities, hospitals and private non-profit organizations.

**Industrial Union of Marine and Shipbuilding Workers of America** (Part of the International Association of Machinists and Aerospace Workers)

- Membership: 8,000
- National District: 1
- Merged with the "International Association of Machinists" in 1988.  Members work in the shipbuilding industry.

**Laborers' International Union of North America** (Formerly: International
Hod Carriers, Building and Common Laborers Union of America and Journeyman Stonecutters Association of North America)

- Membership: 557,999
- Local Affiliates: 400
- Work in a wide variety of occupations including nuclear waste cleanup, mail handling and tunnel construction.  A majority of their members work as laborers on construction sites.

**Marine Engineers Beneficial Association**

- Membership: 24,300
- Local Affiliates: 5
- Maritime trade union representing a large and diverse mix of engineers and deck officers, experienced and skilled in all types of commercial shipping.

**Operative Plasterers' and Cement Masons' International Association of the United States and Canada**

- Membership: 37,932
- Local Affiliates: 100
- Work as cement masons, dry-wall workers and in plastering and cement masonry.

**Paper, Allied-Industrial, Chemical and Energy Workers International Union** (Merged with United Steel Workers of America)

- Membership: 245,000
- Local Affiliates: 1,500
- Represents people who refine oil in the United States and make chemicals, nuclear materials, pharmaceuticals, automobile and truck parts, appliances, small engines, motorcycles, boxes, tissues, toys, cement, corn sugar and many other products.

**Seafarers International Union of North America** (Includes National Maritime Union of America)

- Membership: 29,690
- Local Affiliates: 12
- Represents professional merchant mariners sailing aboard U.S.-flag vessels in the deep sea. Includes work aboard a wide variety of vessels, including commercial containerships and tankers, military support ships, tugboats and barges, passenger ships, gaming vessels and many more.

**Service Employees International Union** (Includes: International Brotherhood of Fireman, Oilers and Powerhouse Maintenance)

- Membership: 1,867,531
- Local Affiliates: 150
- Represents workers in the healthcare, property services, and public services sectors. Includes a wide variety of occupations including janitors, nurses, bus drivers, police personnel, and education workers.

**Sheet Metal Workers' International Association**

- Membership: 202,960
- Local Affiliates: 203
- Install sheet metal products on job sites including air ducts, heating-ventilation-air conditioning work and solar panels.

**Teamsters**
- Membership: 1,258,187
- Local Affiliates: 1,900
- Represents freight drivers and warehouse workers along with workers in other occupation, both professional and non-professional, private sector and public sector.

**United Association: Union of Plumbers, Fitters, Welders, and HVAC Service Techs (UA)**

- Membership: 329,322
- Local Affiliates: 300
- Represents plumbers, pipefitters, sprinkler fitters, service technicians and welders in local unions across North America and Australia.

**United Rubber, Cork, Linoleum & Plastic Workers of America (URW)**
(Part of United Steelworkers of America)

- Membership: 98,000
- Local Affiliates: 360
- Represents rubber workers: vehicle tires, plastics, synthetic resins, rubber & plastic commercial and consumer products.

**UNITE HERE** (Formerly the Union of Needletrades, Industrial and Textile Employees (UNITE))

- Membership: 264,104
- Local Affiliates: 81
- Includes workers who sew and ship clothing and other textile products.

**United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada**

- Membership: 300,000
- Local Affiliates: 441
- Represents members in the plumbing, pipefitting, refrigeration, and fire sprinkler industry.

**United Brotherhood of Carpenters and Joiners of America** (Includes: International Union of Wood, Wire and Metal Lathers and Tile, Marble, Terazzo, Finishers, Shopworkers and Granite Cutters International Union)

- Membership: 411,050
- Local Affiliates: 938
- Members work as residential and commercial carpenters.

**United Steelworkers**

- Members: 860,294
- Affiliates: 1800 (U.S., Canada, Caribbean)
- Represents members in a number of industries, including steelworkers.

**United Union of Roofers, Waterproofers & Allied Workers** (Formerly: United Slate, Tile and Composition Roofers, Damp and Waterproof Workers Association)

- Membership: 20,794
- Local Affiliates: 94
- Represents members who apply all types of roofing and waterproofing systems.

**Utility Workers Union of America**

- Membership: 50,000
- Local Affiliates: 228
- Includes workers employed in and around energy, electric, gas, steam, water, telecommunications, generation, services, and related industries and organizations.

**Workers United (**United Textile Workers of America became part of Workers United)

- Membership: 291,600
- Local Affiliates: 582
- Includes workers in the textile industry.

# EXHIBIT D

Research

# American Profile's Community Table

**Newspapers and Circulation by State**                    **Effective December 2015**

| State | Total Circulation | Newspaper | City | State | Circulation |
|---|---|---|---|---|---|
| **Alabama** | 119,579 | | | | |
| | | The Sand Mountain Reporter | Albertville | AL | 10,000 |
| | | The Outlook | Alexander City | AL | 5,683 |
| | | The News Courier | Athens | AL | 4,711 |
| | | Cherokee County Herald | Centre | AL | 2,445 |
| | | The Cullman Times | Cullman | AL | 7,236 |
| | | The Dothan Eagle | Dothan | AL | 30,700 |
| | | The Eufaula Tribune | Eufaula | AL | 5,582 |
| | | TheTimes-Record | Fayette | AL | 5,000 |
| | | Pickens County Herald | Fayette | AL | 5,000 |
| | | The Times-Journal | Fort Payne | AL | 5,200 |
| | | North Jefferson News | Gardendale | AL | 2,580 |
| | | Daily Mountain Eagle | Jasper | AL | 9,044 |
| | | The Opelika-Auburn News | Opelika | AL | 14,800 |
| | | St. Clair News-Aegis | Pell City | AL | 1,998 |
| | | The Wetumpka Herald | Tallassee | AL | 9,600 |
| **Arizona** | 320,889 | | | | |
| | | San Pedro Valley News - Sun | Benzon | AZ | 3,045 |
| | | Mohave Valley Daily News | Bullhead City | AZ | 9,134 |
| | | The Verde Independent & The Bugle | Cottonwood | AZ | 4,000 |
| | | The Daily Dispatch | Douglas | AZ | 4,080 |
| | | Arizona Silver Belt | Globe | AZ | 3,500 |
| | | The Tribune - News | Holbrook | AZ | 2,000 |
| | | The Kingman Daily Miner | Kingman | AZ | 7,300 |
| | | Today's News Herald/Parker Pioneer | Lake Havasu | AZ | 17,200 |
| | | Payson Roundup | Payson | AZ | 6,000 |
| | | Ahwatukee Foothills News | Phoenix | AZ | 28,280 |
| | | The Daily Courier | Prescott | AZ | 14,000 |
| | | Eastern Arizona Courier | Safford | AZ | 6,900 |
| | | Sedona Red Rock News | Sedona | AZ | 6,000 |
| | | White Mountain Independent | Show Low | AZ | 9,000 |
| | | Sierra Vista Herald | Sierra Vista | AZ | 9,200 |
| | | Daily News-Sun, Surprise Today, Glendale/Peoria Today | Sun City | AZ | 86,904 |
| | | Chandler Tribune/East Valley Tribune | Tempe | AZ | 98,000 |
| | | Arizona Range News | Willcox | AZ | 3,146 |
| | | Williams-Grand Canyon News | Williams | AZ | 3,200 |
| **Arkansas** | 75,689 | | | | |
| | | Atkins Chronicle/The Dover Times | Atkins | AR | 3,948 |
| | | Batesville Daily Guard | Batesville | AR | 7,000 |
| | | Carroll County News | Berryville | AR | 3,100 |
| | | Van Buren Press Argus-Courier, Paris Express, Alma Journal, Charleston Express, Greenwood Democrat and Booneville Democrat | Booneville | AR | 10,900 |
| | | The Villager Journal | Cherokee Village | AR | 2,200 |
| | | Yell County Record | Danville | AR | 3,552 |
| | | Newton County Times | Harrison | AR | 1,500 |
| | | Cleburne County Sun-Times | Heber Springs | AR | 4,975 |
| | | Helena-West Helena Daily World | Helena | AR | 4,050 |
| | | Hope Star | Hope | AR | 3,045 |
| | | The Daily Siftings Herald | Hope | AR | 3,045 |
| | | Malvern Daily Record | Malvern | AR | 4,000 |
| | | Northeast Arkansas Town Crier | Manila | AR | 2,000 |
| | | Stone County Leader | Mountain View | AR | 4,263 |
| | | Nashville News | Nashville | AR | 3,000 |
| | | Newport Independent | Newport | AR | 2,239 |
| | | The Osceola Times | Osceola | AR | 2,537 |
| | | Clay County Times Democrat | Rector | AR | 2,600 |
| | | The News | Salem | AR | 2,550 |
| | | Stuttgart Daily Leader | Stuttgart | AR | 2,985 |

| State | Total Circulation | Newspaper | City | State | Circulation |
|-------|-------------------|-----------|------|-------|-------------|
| | | Poinsett County Democrat Tribune | Trumann | AR | 1,500 |
| | | The White Hall Journal | White Hall | AR | 700 |
| **California** | **274,542** | | | | |
| | | Inyo Register | Bishop | CA | 4,872 |
| | | Palo Verde Valley Times(/Quartzsite Times) | Blythe | CA | 4,000 |
| | | The Intermountain News / Shasta Lake Bulletin | Burney | CA | 1,900 |
| | | Chico-Oroville Enterprise Record | Chico | CA | 16,400 |
| | | Imperial Valley Press | El Centro | CA | 8,500 |
| | | Eureka Times Standard | Eureka | CA | 13,500 |
| | | Fort Bragg Advocate News | Fort Bragg | CA | 5,074 |
| | | The Union | Grass Valley | CA | 17,000 |
| | | The Gridley Herald | Gridley | CA | 1,400 |
| | | Holtville Tribune/ Calexio Chronicle/ Imperial Valley Weekly | Holtville | CA | 4,100 |
| | | Amador Ledger-Dispatch | Jackson | CA | 5,000 |
| | | Lake County Record Bee | Lakeport | CA | 2,663 |
| | | The Monterey County Herald | Monterey | CA | 16,400 |
| | | Salinas Valley Weekly | Monterey | CA | 35,000 |
| | | Mount Shasta Herald | Mount Shasta | CA | 4,872 |
| | | Paradise Post | Paradise | CA | 3,500 |
| | | The Porterville Recorder | Porterville | CA | 10,149 |
| | | Red Bluff Daily News | Red Bluff | CA | 5,800 |
| | | The Daily Independent | Ridgecrest | CA | 7,624 |
| | | Tahoe Daily Tribune | South Lake Tahoe | CA | 7,600 |
| | | Feather River Bulletin/Chester Progressive/Indian Valley Record/Lassen County Times/Portola Reporter/Westwood Pinepress | Susanville | CA | 17,805 |
| | | Daily Midway Driller | Taft | CA | 3,045 |
| | | Sierra Sun | Truckee | CA | 5,700 |
| | | Ukiah Daily Journal | Ukiah | CA | 3,227 |
| | | The Valley Springs News | Valley Springs | CA | 1,050 |
| | | Daily Press | Victorville | CA | 27,500 |
| | | Visalia Times Delta/Tulare Advance Register | Visalia | CA | 24,000 |
| | | The Willits News | Willits | CA | 623 |
| | | Woodland Daily Democart | Woodland | CA | 10,352 |
| | | Siskiyou Daily News | Yreka | CA | 5,886 |
| **Colorado** | **78,293** | | | | |
| | | Akron News-Reporter | Akron | CO | 1,450 |
| | | Brush News-Tribune | Brush | CO | 900 |
| | | Daily Record | Canon City | CO | 5,300 |
| | | Craig Daily Press | Craig | CO | 9,200 |
| | | Estes Park Trail-Gazette | Estes Park | CO | 2,400 |
| | | Fort Morgan Times | Fort Morgan | CO | 2,800 |
| | | The Fowler Tribune | Fowler | CO | 1,000 |
| | | The Greeley Tribune | Greeley | CO | 21,000 |
| | | Julesburg Advocate | Julesburg | CO | 1,343 |
| | | La Junta Tribune Democrat | La Junta | CO | 3,000 |
| | | Bent County Democrat | Las Animas | CO | 1,500 |
| | | (Loveland) Daily Reporter - Herald | Loveland | CO | 18,500 |
| | | Steamboat Pilot & Today Sunday | Steamboat Springs | CO | 7,000 |
| | | Journal Advocate | Sterling | CO | 2,900 |
| **Connecticut** | **7,000** | | | | |
| | | The Chronicle | Willimantic | CT | 7,000 |
| **Florida** | **41,835** | | | | |
| | | Chiefland Citizen | Chiefland | FL | 3,500 |
| | | The Wakulla News | Crawfordville | FL | 6,000 |
| | | Courier Journal | Crescent City | FL | 3,000 |
| | | Riverland News | Dunnellon | FL | 2,800 |
| | | Suwannee Democrat | Live Oak | FL | 5,028 |
| | | The Madison Enterprise-Recorder | Madison | FL | 3,000 |
| | | Jackson County Floridan | Marianna | FL | 6,307 |
| | | Monticello News & Jefferson County Journal | Monticello | FL | 2,700 |
| | | Gadsden County Times | Quincy | FL | 6,000 |
| | | The Herald Advocate | Wauchula | FL | 3,500 |

| State | Total Circulation | Newspaper | City | State | Circulation |
|---|---|---|---|---|---|
| **Georgia** | 168,463 | | | | |
| | | Athens Banner Herald | Athens | GA | 22,000 |
| | | The Post Searchlight | Bainbridge | GA | 7,650 |
| | | Early County News | Blakely | GA | 2,650 |
| | | The Brunswick News & Advertiser | Brunswick | GA | 10,600 |
| | | The Brunswick News | Brunswick | GA | 16,200 |
| | | The Cairo Messenger | Cairo | GA | 4,973 |
| | | Calhoun Times | Calhoun | GA | 6,346 |
| | | The Daily Tribune News | Cartersville | GA | 6,000 |
| | | The Daily Citizen | Dalton | GA | 11,500 |
| | | Dawson Community News | Dawsonville | GA | 4,000 |
| | | The Monroe County Reporter | Forsyth | GA | 4,477 |
| | | Hawkinsville Dispatch & News | Hawkinsville | GA | 2,300 |
| | | The Press-Sentinel | Jesup | GA | 6,500 |
| | | Walker County & Catoosa County News | Lafayette | GA | 5,727 |
| | | LaGrange Daily News | LaGrange | GA | 9,743 |
| | | The News & Farmer | Louisville | GA | 3,400 |
| | | The Metter Advertiser | Metter | GA | 2,700 |
| | | The Baldwin Bulletin | Milledgeville | GA | 3,248 |
| | | The Tattnall Journal | Reidsville | GA | 2,487 |
| | | The Standard Journal | Rockmart | GA | 5,071 |
| | | Rome News Tribune | Rome | GA | 14,516 |
| | | The Statesboro Herald | Statesboro | GA | 8,000 |
| | | The Sylvania Telephone | Sylvania | GA | 4,375 |
| | | The Thomaston Times | Thomaston | GA | 4,000 |
| **Idaho** | 52,473 | | | | |
| | | The Aberdeen Times | Aberdeen | ID | 900 |
| | | Power County Press | American Falls | ID | 1,750 |
| | | The Morning News | Blackfoot | ID | 3,500 |
| | | Coeur d'Alene Press, Bonner County Daily Bee, Priest River Times and Shoshone News-Press, Bonners Ferry Herald | Coeur d'Alene | ID | 37,551 |
| | | Teton Valley News | Driggs | ID | 1,600 |
| | | Independent Enterprise | Payette | ID | 1,700 |
| | | Standard Journal | Rexburg | ID | 5,472 |
| **Illinois** | 315,810 | | | | |
| | | The Times Record | Aledo | IL | 2,500 |
| | | The Telegraph | Alton | IL | 22,200 |
| | | The Evening News | Benton | IL | 1,800 |
| | | The Daily Ledger | Canton | IL | 5,582 |
| | | The Southern Illinoisan | Carbondale | IL | 28,925 |
| | | Randolph County Herald-Tribune | Chester | IL | 2,487 |
| | | The Progress | Christopher | IL | 1,000 |
| | | Du Quoin Evening Call | Du Quoin | IL | 2,800 |
| | | Effingham Daily News | Effingham | IL | 9,556 |
| | | The Daily Register | Eldorado | IL | 3,200 |
| | | The Blade | Fairbury | IL | 2,139 |
| | | The Clay County Advocate-Press | Flora | IL | 1,100 |
| | | The Journal-Standard | Freeport | IL | 6,000 |
| | | Register-Mail | Galesburg | IL | 12,000 |
| | | Geneseo Republic. | Geneseo | IL | 5,000 |
| | | The Journal News | Hillsboro | IL | 5,900 |
| | | Jacksonville Journal Courier | Jacksonville | IL | 14,925 |
| | | Star-Courier | Kewanee | IL | 5,988 |
| | | La Salle News Tribune | La Salle | IL | 16,000 |
| | | The Courier | Lincoln | IL | 7,003 |
| | | Macomb Journal | Macomb | IL | 4,179 |
| | | Marion Daily Republican | Marion | IL | 1,200 |
| | | Marshall Advocate | Mashall | IL | 1,900 |
| | | Metropolis Planet | Metropolis | IL | 4,872 |
| | | Daily Review Atlas & Oquawka Current | Monmouth | IL | 2,537 |
| | | Daily Republican-Register | Mount Carmel | IL | 3,500 |
| | | Newton Press-Mentor | Newton | IL | 2,239 |
| | | Olney Daily Mail | Olney | IL | 3,675 |
| | | Paris - Beacon News | Paris | IL | 3,500 |
| | | Pekin Daily Times | Pekin | IL | 7,500 |
| | | Times Newspapers | Peoria | IL | 24,246 |

| State | Total Circulation | Newspaper | City | State | Circulation |
|---|---|---|---|---|---|
| | | Daily Leader | Pontiac | IL | 4,466 |
| | | Rochelle News-Leader | Rochelle | IL | 2,700 |
| | | Rockford Register Star | Rockford | IL | 27,250 |
| | | The Rushville Times | Rushville | IL | 3,045 |
| | | Salem Times Commoner | Salem | IL | 4,060 |
| | | The Gallatin Democrat | Shawneetown | IL | 2,239 |
| | | Shelbyville Daily Union | Shelbyville | IL | 1,691 |
| | | Sauk Valley Newspaper | Sterling | IL | 21,730 |
| | | Breeze Courier | Taylorville | IL | 6,000 |
| | | Leader-Union | Vandalia | IL | 5,176 |
| | | Zion Benton News/Bargaineer | Zion | IL | 22,000 |
| Indiana | 164,626 | | | | |
| | | The Herald Tribune | Batesville | IN | 2,485 |
| | | The Bedford Times Mail | Bedford | IN | 11,300 |
| | | The Mooresville/decatur Times | Bloomington | IN | 34,100 |
| | | Brazil Times | Brazil | IN | 4,179 |
| | | The Post & Mail | Columbia City | IN | 4,000 |
| | | Springs Valley Herald | French Lick | IN | 2,200 |
| | | Banner - Graphic | Greencastle | IN | 4,000 |
| | | Greensburg Daily News | Greensburg | IN | 4,179 |
| | | The LaPorte Herald Argus | LaPorte | IN | 8,400 |
| | | The Lebanon Reporter | Lebanon | IN | 4,202 |
| | | The Daily World | Linton | IN | 5,582 |
| | | The Madison Courier | Madison | IN | 8,000 |
| | | The News Dispatch | Michigan City | IN | 8,500 |
| | | North Vernon Plain Dealer | North Vernon | IN | 5,100 |
| | | Paoli Republican | Paoli | IN | 2,400 |
| | | Pilot News | Plymouth | IN | 5,400 |
| | | The Commercial Review | Portland | IN | 4,480 |
| | | Princeton Daily Clarion | Princton | IN | 5,200 |
| | | The Rochester Sentinel | Rochester | IN | 3,800 |
| | | Spencer County Journal Democrat | Rockport | IN | 3,015 |
| | | Mt.Vernon Democrat | Rockport | IN | 2,489 |
| | | The Rushville Republican | Rushville | IN | 2,619 |
| | | The Shoals News | Shoals | IN | 2,438 |
| | | Perry County News | Tell City | IN | 6,028 |
| | | The Versailles Republican | Versailles | IN | 4,567 |
| | | Vincennes Sun-Commercial | Vincennes | IN | 7,000 |
| | | The Washington Times-Herald | Washington | IN | 5,817 |
| | | The News-Gazette | Winchester | IN | 3,146 |
| Iowa | 227,438 | | | | |
| | | Mid-America Publishing Corp. | Allison | IA | 22,400 |
| | | Atlantic News - Telegraph | Atlantic | IA | 3,552 |
| | | Audubon County Advocate Journal | Audubon | IA | 1,940 |
| | | The Bedford Times-Press | Bedford | IA | 1,000 |
| | | Boone News Republican | Boone | IA | 2,850 |
| | | The Britt News Tribune | Britt | IA | 4,575 |
| | | The Hawk Eye | Burlington | IA | 21,313 |
| | | Daily Times Herald | Carroll | IA | 5,700 |
| | | Cascade Pioneer | Cascade | IA | 1,800 |
| | | Daily Iowegian | Centerville | IA | 2,100 |
| | | Chronicle Times / Daily Sentienl | Cherokee | IA | 5,379 |
| | | Clarinda Herald-Journal | Clarinda | IA | 1,200 |
| | | The Daily Nonpareil | Council Bluffs | IA | 9,000 |
| | | Creston News Advertiser | Creston | IA | 4,600 |
| | | Denison Review | Denison | IA | 1,000 |
| | | Dyersville Commerical | Dyersville | IA | 3,800 |
| | | North Scott Press, Inc | Eldridge | IA | 8,000 |
| | | The Fairfield Daily Ledger | Fairfield | IA | 2,500 |
| | | Fort Madison Daily Democrat | Fort Madison | IA | 5,000 |
| | | Hamburg Reporter | Hamburg | IA | 1,244 |
| | | Harlan News-Advertiser | Harlan | IA | 3,000 |
| | | The Independent/Examiner | Hawarden | IA | 1,045 |
| | | New Century Press, Inc. - Rock Rapids | Hull | IA | 6,449 |
| | | The Kalona News/Lone Tree Reporter | Kalona | IA | 3,000 |
| | | Daily Gate City | Keokuk | IA | 5,000 |
| | | Journal Express/The Chronicle | Knoxville | IA | 5,366 |

| State | Total Circulation | Newspaper | City | State | Circulation |
|---|---|---|---|---|---|
| | | Logan Herald-Observer/The Woodbine Twiner | Logan | IA | 1,900 |
| | | Globe Gazette | Mason City | IA | 11,200 |
| | | Mt. Pleasant News | Mount Pleasant | IA | 2,994 |
| | | Newton Daily News | Newton | IA | 5,100 |
| | | Osceola Sentinel-Tribune | Osceola | IA | 3,200 |
| | | Oskaloosa Herald | Oskaloosa | IA | 2,609 |
| | | The Ottumwa Courier | Ottumwa | IA | 9,500 |
| | | Clinton Herald | S. Clinton | IA | 8,665 |
| | | Valley News Today | Shenandoah | IA | 2,000 |
| | | Sioux City Journal | Sioux City | IA | 29,000 |
| | | The Daily Reporter | Spencer | IA | 2,500 |
| | | Dickinson County News | Spirit Lake | IA | 2,000 |
| | | Pilot Tribune | Storm Lake | IA | 2,000 |
| | | The Story City Herald | Story City | IA | 1,600 |
| | | The Tipton Conservative and Advertiser | Tipton | IA | 4,000 |
| | | The Washington Evening Journal | Washington | IA | 3,820 |
| | | West Branch Times/West Liberty Index | West Branch | IA | 2,537 |
| **Kansas** | **98,671** | | | | |
| | | Augusta Daily Gazette | Augusta | KS | 3,100 |
| | | The Cherokee County News Advocate | Columbus | KS | 2,200 |
| | | Ellsworth County Independent/Reporter | Ellsworth | KS | 2,300 |
| | | The Eureka Herald | Eureka | KS | 1,500 |
| | | Nor'west Newspapers - Oberlin Herald, St. Francis Herald, Bird City Times, Colby Free Press, Goodland Daily News, The Norton Telegram | Goodland | KS | 9,451 |
| | | The Hays Daily News | Hays | KS | 9,000 |
| | | The Holton Recorder | Holton | KS | 3,200 |
| | | Hutchinson News | Hutchinson | KS | 22,000 |
| | | The Daily Union | Junction City | KS | 8,000 |
| | | Journal-World | Lawrence | KS | 13,000 |
| | | McPherson Sentinel | McPherson | KS | 4,577 |
| | | The Ottawa Herald | Ottawa | KS | 4,300 |
| | | Pittsburg Morning Sun | Pittsburgh | KS | 8,000 |
| | | Linn County News | Pleasanton | KS | 2,300 |
| | | The Pratt Tribune | Pratt | KS | 1,700 |
| | | Stockton Sentinel | Stockton | KS | 1,443 |
| | | Wellington Daily News | Wellington | KS | 2,600 |
| **Kentucky** | **221,646** | | | | |
| | | Kentucky Standard | Bardstown | KY | 9,700 |
| | | The Tribune Courier | Benton | KY | 4,700 |
| | | Daily News | Bowling Green | KY | 18,500 |
| | | Edmonson News | Brownsville | KY | 4,079 |
| | | The Cadiz Record | Cadiz | KY | 4,060 |
| | | Times-Tribune | Corbin | KY | 4,695 |
| | | The Advocate Messenger | Danville | KY | 6,150 |
| | | Dawson Springs Progress | Dawson Springs | KY | 1,500 |
| | | Lyon County Herald-Ledger | Eddyville | KY | 2,040 |
| | | The State Journal | Frankfort | KY | 9,000 |
| | | The Fulton Leader | Fulton | KY | 1,800 |
| | | Georgetown News Graphic | Georgetown | KY | 4,200 |
| | | Greenup County News-Times | Greenup | KY | 2,587 |
| | | Hazard Herald | Hazard | KY | 5,300 |
| | | Kentucky New Era | Hopkinsville | KY | 9,000 |
| | | Fort Campbell Courier | Hopkinsville | KY | 18,000 |
| | | Journal Enterprise | Hopkinsville | KY | 2,500 |
| | | Grayson Co. News - Gazette | Leitchfield | KY | 3,000 |
| | | Casey County News | Liberty | KY | 4,600 |
| | | The Sentinel-Echo | London | KY | 5,700 |
| | | The Daily News | Middlesboro | KY | 6,597 |
| | | The Wayne County Outlook | Monticello | KY | 4,446 |
| | | Union County Advocate | Morganfield | KY | 4,000 |
| | | Henry County Local | New Castle | KY | 4,975 |
| | | The Jessamine Journal | Nicholasville | KY | 3,500 |
| | | The Eagle Post | Oak Grove | KY | 4,500 |
| | | Messenger - Inquirer | Owensboro | KY | 25,000 |
| | | The Messenger | Owensboro | KY | 7,000 |
| | | Appalachian News Express | Pikeville | KY | 6,766 |

| State | Total Circulation | Newspaper | City | State | Circulation |
|---|---|---|---|---|---|
| | | The Floyd County Times | Prestonsburg | KY | 6,574 |
| | | The Times - Leader | Princeton | KY | 4,500 |
| | | The Richmond Register | Richmond | KY | 5,873 |
| | | News Democrat & Leader | Russellville | KY | 3,000 |
| | | The Pioneer News | Shepherdsville | KY | 7,000 |
| | | Taylorsville Spencer Magnet | Taylorsville | KY | 3,654 |
| | | The Winchester Sun | Winchester | KY | 3,150 |
| **Louisiana** | **30,114** | | | | |
| | | Bastrop Daily Enterprise | Bastrop | LA | 4,567 |
| | | Bogalusa Daily News | Bogalusa | LA | 3,383 |
| | | Beauregard Daily News, Leesville News Leader & Southwest Daily News | DeRidder | LA | 11,000 |
| | | Ascension Citizen | Gonzales | LA | 7,164 |
| | | The Jena - Times | Jena | LA | 4,000 |
| **Maine** | **61,500** | | | | |
| | | Kennebec Journal & Morning Sentinel | Augusta | ME | 25,000 |
| | | Sun Journal | Lewiston | ME | 36,500 |
| **Maryland** | **23,600** | | | | |
| | | The Times Record | Denton | MD | 2,200 |
| | | Kent County News | Easton | MD | 6,400 |
| | | The Star Democrat | Easton | MD | 15,000 |
| **Massachusetts** | **61,033** | | | | |
| | | The Sun Chronicle | Attleboro | MA | 25,372 |
| | | The Recorder | Greenfield | MA | 15,422 |
| | | Berkshire Eagle | Pittsfield | MA | 20,239 |
| **Michigan** | **121,728** | | | | |
| | | Big Rapids Pioneer & Manistee News Advocate | Big Rapids | MI | 11,000 |
| | | Cadillac News | Cadillac | MI | 7,500 |
| | | Tuscola County Advertiser | Caro | MI | 6,467 |
| | | Cheboygan Daily Tribune | Cheboygan | MI | 4,364 |
| | | The Daily Reporter | Coldwater | MI | 5,937 |
| | | Oceana's Herald Journal | Hart | MI | 6,200 |
| | | The Hillsdale Daily News | Hillsdale | MI | 6,500 |
| | | The Holland Sentinel | Holland | MI | 11,600 |
| | | Sentinel-Standard | Ionia | MI | 3,146 |
| | | Iron County Reporter | Iron River | MI | 12,000 |
| | | (The Ironwood) Daily Globe | Ironwood | MI | 6,300 |
| | | Ludington Daily News | Ludington | MI | 8,500 |
| | | The Munising News | Munising | MI | 1,900 |
| | | The Evening News | Sault Ste Marie | MI | 7,612 |
| | | Herald-Palladium | St. Joseph | MI | 13,900 |
| | | Sturgis Journal | Sturgis | MI | 5,250 |
| | | Three Rivers Commerical News | Three Rivers | MI | 3,552 |
| **Minnesota** | **140,143** | | | | |
| | | Aitkin Independent Age | Aitkin | MN | 4,350 |
| | | Farmers Independent | Bagley | MN | 2,040 |
| | | Brainerd Daily Dispatch | Brainerd | MN | 13,803 |
| | | Independent News Herald | Clarissa | MN | 2,000 |
| | | The Pine Journal | Cloquet | MN | 4,750 |
| | | Tri-County News | Cottonwood | MN | 1,343 |
| | | Crookston Daily Times | Crookston | MN | 1,250 |
| | | Grant County Herald | Elbow Lake | MN | 1,600 |
| | | Faribault Daily News | Faribault | MN | 5,100 |
| | | Herald Review | Grand Rapids | MN | 7,624 |
| | | Granite Falls Advocate-Tribune | Granite Falls | MN | 2,689 |
| | | The Daily Tribune | Hibbing | MN | 6,597 |
| | | Mille Lacs Messenger | Isle | MN | 3,800 |
| | | Montevideo American News | Montevideo | MN | 3,654 |
| | | Owatonna People's Press | Owatonna | MN | 6,102 |
| | | The Paynesville Press | Paynesville | MN | 2,640 |
| | | The Redwood Falls Gazette | Redwood Falls | MN | 3,958 |
| | | Post-Bulletin | Rochester | MN | 37,700 |
| | | Sleepy Eye Herald - Dispatch | Sleepy Eye | MN | 1,530 |

| State | Total Circulation | Newspaper | City | State | Circulation |
|-------|-------------------|-----------|------|-------|-------------|
| | | St. James Plaindealer | St. James | MN | 2,338 |
| | | St. Peter Herald | St. Peter | MN | 1,856 |
| | | Staples World | Staples | MN | 1,800 |
| | | Thief River Falls Times | Thief River Falls | MN | 4,477 |
| | | The Mesabi Daily News | Virginia | MN | 9,642 |
| | | Winona Daily News | Winona | MN | 7,500 |
| Mississippi | 81,761 | | | | |
| | | The Panolian and Panola Partnership | Batesville | MS | 6,500 |
| | | Rankin County News | Brandon | MS | 8,119 |
| | | Bolivar Commerical | Cleveland | MS | 5,300 |
| | | The Meteor | Crystal Springs | MS | 2,200 |
| | | The Daily Star | Grenada | MS | 5,671 |
| | | The Lamar Times | Hattiesburg | MS | 10,000 |
| | | Copiah County Courier | Hazelhurst | MS | 2,750 |
| | | The South Reporter | Holly Springs | MS | 5,200 |
| | | The Chronicle | Laurel | MS | 7,500 |
| | | The Meridian Star | Meridian | MS | 9,476 |
| | | Lawrence County Press | Monticello | MS | 1,300 |
| | | Spirit of Morton | Morton | MS | 1,045 |
| | | The Democrat | Senatobia | MS | 4,500 |
| | | Starkville Daily News | Starkville | MS | 5,970 |
| | | The Tylertown Times | Tylertown | MS | 2,250 |
| | | Daily Times Leader | West Point | MS | 3,980 |
| Missouri | 282,529 | | | | |
| | | Aurora Advertiser | Aurora | MO | 1,200 |
| | | Concord Publishing-North | Bloomfield | MO | 8,700 |
| | | Community Publishers of MO, Inc | Bolivar | MO | 29,925 |
| | | Boonville Daily News | Boonville | MO | 1,537 |
| | | Lake Sun Leader | Camdenton | MO | 4,975 |
| | | The Carthage Press | Carthage | MO | 1,400 |
| | | Democrat-Argus | Caruthersville | MO | 2,040 |
| | | The Concordian | Concordia | MO | 2,600 |
| | | The Fulton Sun | Fulton | MO | 4,770 |
| | | Hannibal Courier-Post | Hannibal | MO | 8,457 |
| | | The Examiner | Independence | MO | 10,500 |
| | | Kirksville Daily Express | Kirksville | MO | 3,000 |
| | | The Lebanon Daily Record | Lebanon | MO | 5,772 |
| | | The Banner Press | Marble Hill | MO | 3,200 |
| | | Mexico Ledger | Mexico | MO | 3,500 |
| | | Moberly Monitor - Index and Evening Democrat | Moberly | MO | 5,970 |
| | | The Monett Times | Monett | MO | 4,100 |
| | | Neosho Daily News | Neosho | MO | 2,000 |
| | | The Weekly Record | New Madrid | MO | 1,045 |
| | | Palmyra Spectator | Palmyra | MO | 2,842 |
| | | Rolla Daily News | Rolla | MO | 6,300 |
| | | NPG Newspapers, Inc. | Saint Joseph | MO | 124,375 |
| | | The Sedalia Democrat | Sedalia | MO | 8,200 |
| | | The Steele Enterprise | Steele | MO | 1,542 |
| | | South Missourian-News | Thayer | MO | 1,600 |
| | | The Daily Star-Journal | Warrensburg | MO | 5,304 |
| | | Warren County Record | Warrenton | MO | 3,775 |
| | | Washington Missourian | Washington | MO | 13,500 |
| | | Webb City Sentinel | Webb City | MO | 5,000 |
| | | West Plains Daily Quill | West Plains | MO | 5,400 |
| Montana | 105,631 | | | | |
| | | Belgrade News | Belgrade | MT | 3,000 |
| | | The Livingston Enterprise/Big Timber Pioneer/Laurel Outlook | Big Timber | MT | 7,259 |
| | | Billings Gazette | Billings | MT | 31,000 |
| | | The Journal News-Opinion | Chinook | MT | 1,500 |
| | | Stillwater County News | Columbus | MT | 1,841 |
| | | Cut Bank Pioneer, Shelby Promoter, The Valierian | Cut Bank | MT | 3,300 |
| | | Dillon Tribune Examiner | Dillon | MT | 2,438 |
| | | The Independent Press | Forsyth | MT | 1,343 |
| | | Ranger Review | Glendive | MT | 3,060 |

| State | Total Circulation | Newspaper | City | State | Circulation |
|---|---|---|---|---|---|
| | | Big Horn County New | Hardin | MT | 1,741 |
| | | Havre Daily News | Havre | MT | 4,263 |
| | | The Independent Record Editorial | Helena | MT | 13,500 |
| | | Daily Inter Lake | Kalispel | MT | 17,609 |
| | | Lewistown News-Argus | Lewistown | MT | 3,333 |
| | | The Western News | Libby | MT | 3,248 |
| | | Miles City Star | Miles City | MT | 3,408 |
| | | Carbon County News | Red Lodge | MT | 2,288 |
| | | West Yellowstone News | West Yellowstone | MT | 1,500 |
| **Nebraska** | **134,730** | | | | |
| | | Alliance Times-Herald | Alliance | NE | 2,300 |
| | | Wahoo Newspaper/Ashland Gazette/Waverly News | Ashland | NE | 8,119 |
| | | Beatrice Daily Sun | Beatrice | NE | 5,200 |
| | | Papillion Times/Ralston Recorder | Bellevue | NE | 9,075 |
| | | Custer County Chief | Broken Bow | NE | 3,781 |
| | | Butte County Post | Chadron | NE | 8,700 |
| | | Columbus Telegram | Columbus | NE | 10,100 |
| | | Fremont Tribune | Fremont | NE | 7,200 |
| | | Gothenburg Times | Gothenburg | NE | 2,000 |
| | | Grand Island Independent | Grand Island | NE | 17,500 |
| | | Journal - Register | Hebron | NE | 1,500 |
| | | Kearney Hub | Kearney | NE | 13,000 |
| | | Lexington Clipper-Herald | Lexington | NE | 2,985 |
| | | McCook Daily Gazette | McCook | NE | 5,000 |
| | | The Minden Courier | Minden | NE | 2,239 |
| | | Nebraska City News-Press/Syracuse Journal-Democrat | Nebraska City | NE | 4,364 |
| | | North Platte Telegraph | North Platte | NE | 10,800 |
| | | Nebraska Journal Leader | Ponca | NE | 1,045 |
| | | The Schuyler Sun | Schuyler | NE | 1,782 |
| | | Star Herald | Scottsbluff | NE | 15,300 |
| | | Sun - Telegraph | Sidney | NE | 2,740 |
| **Nevada** | **36,645** | | | | |
| | | The Humboldt Sun | Battle Mountain | NV | 4,000 |
| | | Nevada Appeal | Carson City | NV | 10,050 |
| | | Ely Times | Ely | NV | 3,045 |
| | | Lincoln County Record | Ely | NV | 2,000 |
| | | Lahontan Valley News | Fallon | NV | 3,150 |
| | | The Record Courier | Gardnerville | NV | 5,000 |
| | | Mineral County Independent News | Hawthorne | NV | 1,500 |
| | | North Lake Tahoe Bonanza | Incline Village | NV | 3,900 |
| | | Pahrump Valley Times | Pahrump | NV | 3,000 |
| | | Tonopah Times-Bonanza/Goldfield News | Tonopah | NV | 1,000 |
| **New Mexico** | **122,196** | | | | |
| | | The Albuquerque Journal | Albuquerque | NM | 78,000 |
| | | The Gallup Independent | Gallup | NM | 22,000 |
| | | Los Alamos Monitor | Los Alamos | NM | 5,582 |
| | | Las Vegas Optic | Las Vegas | NM | 5,074 |
| | | The Lovington Daily Leader | Lovington | NM | 2,040 |
| | | Roswell Daily Record | Roswell | NM | 9,500 |
| **New York** | **95,329** | | | | |
| | | Sullivan County Democrat | Callicoon | NY | 7,000 |
| | | Genesee Country Express | Dansville | NY | 2,000 |
| | | The Evening Telegram | Herkimer | NY | 4,000 |
| | | Niagara Gazette Sunday | Lockport | NY | 17,000 |
| | | The Daily Star | Oneonta | NY | 10,908 |
| | | Cooperstown Crier | Oneonta | NY | 1,811 |
| | | The Chronicle-Express | Penn Yan | NY | 3,857 |
| | | Press-Republican | Plattsburgh | NY | 16,643 |
| | | Southern Dutchess News | Wappingers Falls | NY | 8,310 |
| | | Watertown Daily Times | Watertown | NY | 23,800 |

| State | Total Circulation | Newspaper | City | State | Circulation |
|---|---|---|---|---|---|
| **North Carolina** | 307,819 | | | | |
| | | Roanoke-Chowan News Herald | Ahoskie | NC | 10,352 |
| | | The Stanly News & Press | Albemarle | NC | 7,105 |
| | | Times-News | Burlington | NC | 27,352 |
| | | The Sampson Independent | Clinton | NC | 7,000 |
| | | The Herald Sun | Durham | NC | 27,000 |
| | | The Daily Courier | Forest City | NC | 8,000 |
| | | The Franklin Press | Franklin | NC | 8,600 |
| | | The Gaston Gazette | Gastonia | NC | 23,500 |
| | | The Daily Dispatch | Henderson | NC | 8,000 |
| | | The Highlander | Highlands | NC | 2,800 |
| | | The Daily News | Jacksonville | NC | 15,200 |
| | | Independent Tribune | Kannapolis | NC | 10,500 |
| | | Kinston Free Press | Kingson | NC | 8,300 |
| | | Weekly Gazette | LaGrange | NC | 1,492 |
| | | The Laurinburg Exchange | Laurinburg | NC | 4,700 |
| | | News-Topic | Lenoir | NC | 6,900 |
| | | The Dispatch - Lexington | Lexington | NC | 7,500 |
| | | The Robesonian | Lumberton | NC | 13,000 |
| | | The McDowell New | Marion | NC | 4,500 |
| | | The News Herald | Morganton | NC | 7,300 |
| | | The Stokes News | Mount Airy | NC | 6,169 |
| | | Mt. Airy News | Mount Airy | NC | 10,961 |
| | | The Sun Journal | New Bern | NC | 11,800 |
| | | The Roanoke Beacon | Plymouth | NC | 4,000 |
| | | Richmond County Daily Journal | Rockingham | NC | 9,751 |
| | | The Sanford Herald | Sanford | NC | 9,000 |
| | | Shelby Star | Shelby | NC | 10,800 |
| | | The Pilot | Southern Pines | NC | 15,000 |
| | | Spring Hope Enterprise | Spring Hope | NC | 2,537 |
| | | Statesville Record & Landmark | Statesville | NC | 9,200 |
| | | The News Reporter | Whiteville | NC | 9,500 |
| **North Dakota** | 19,639 | | | | |
| | | BHG Inc. Newspapers | Beulah | ND | 10,389 |
| | | Devils Lake Journal | Devils Lake | ND | 2,900 |
| | | Richland County News - Monitor | Hankinson | ND | 1,400 |
| | | Valley City Times-Record | Valley City | ND | 2,650 |
| | | The Daily News | Wahpeton | ND | 2,300 |
| **Ohio** | 412,352 | | | | |
| | | The Subarbanite | Akron | OH | 24,000 |
| | | The Akron Beacon Journal | Akron | OH | 86,000 |
| | | Ashland Times-Gazette | Ashland | OH | 14,209 |
| | | Star Beacon | Ashtabula | OH | 12,684 |
| | | The Herald | Athens | OH | 30,000 |
| | | Gazette Publishing Company | Bellevue | OH | 4,400 |
| | | The Bryan Times | Bryan | OH | 8,200 |
| | | The Progressor-Times/Mohawk Leader | Carey | OH | 3,400 |
| | | Cresent-News | Defiance | OH | 15,500 |
| | | The Delaware Gazette | Delaware | OH | 8,119 |
| | | The Daily Herald | Delphos | OH | 3,400 |
| | | The Courier | Findlay | OH | 18,900 |
| | | The Review Times | Fostoria | OH | 2,700 |
| | | The Galion Inquirer | Galion | OH | 3,045 |
| | | Gallipolis Daily Tribune | Gallipolis | OH | 3,800 |
| | | Xenia - Greene County Division | Georgetown | OH | 33,750 |
| | | The Register-Herald | Greenville | OH | 25,900 |
| | | Madison Press | London | OH | 5,074 |
| | | Marysville Journal -Tribune | Marysville | OH | 6,000 |
| | | Richwood Gazette | Marysville | OH | 2,000 |
| | | The Independent | Massillon | OH | 8,500 |
| | | The Mount Gilead Weeklies | Mount Gilead | OH | 8,221 |
| | | Northwest Signal | Napoleon | OH | 4,000 |
| | | Norwalk Reflector | Norwalk | OH | 9,000 |
| | | Putnam County Sentinel | Ottawa | OH | 3,500 |
| | | The Daily Sentinel | Pomeroy | OH | 2,018 |
| | | Portsmouth Daily Times | Portsmouth | OH | 8,517 |
| | | Troy Daily News | Troy | OH | 22,937 |

| State | Total Circulation | Newspaper | City | State | Circulation |
|---|---|---|---|---|---|
| | | Van Wert County Publications | Van Wert | OH | 4,500 |
| | | Wapakoneta Daily News | Wapakoneta | OH | 3,000 |
| | | Fulton County Expositor | Wauseon | OH | 4,750 |
| | | Daily Record | Wooster | OH | 22,328 |
| **Oklahoma** | **112,589** | | | | |
| | | The Ada Evening News | Ada | OK | 5,800 |
| | | Altus Times | Altus | OK | 4,000 |
| | | The Daily Ardmoreite | Ardmore | OK | 8,900 |
| | | Blackwell Journal Tribune | Blackwell | OK | 2,000 |
| | | McIntosh County Democrat | Checotah | OK | 1,900 |
| | | Express-Star | Chickasha | OK | 3,116 |
| | | Daily Progress | Claremore | OK | 4,309 |
| | | Cleveland American | Cleveland | OK | 2,537 |
| | | The Duncan Banner | Duncan | OK | 4,668 |
| | | Durant Daily Democrat | Durant | OK | 6,800 |
| | | The Edmond Sun | Edmond | OK | 2,736 |
| | | Elk City Daily News | Elk City | OK | 5,000 |
| | | Indian Journal | Eufaula | OK | 2,500 |
| | | Fort Gibson Times | Fort Gibson | OK | 1,045 |
| | | Frederick Leader | Frederick | OK | 1,045 |
| | | The Grove Sun | Grove | OK | 2,800 |
| | | Guymon Daily Herald | Guymon | OK | 2,537 |
| | | McCurtain Daily Gazette | Idabel | OK | 7,450 |
| | | Delaware County Journal | Jay | OK | 2,000 |
| | | Miami News-Record | Miami | OK | 4,200 |
| | | Pauls Valley Daily Democrat | Pauls Valley | OK | 1,965 |
| | | The Perkins Journal | Perkins | OK | 3,451 |
| | | Poteau Daily News | Poteau | OK | 4,000 |
| | | The Daily Times | Pryor | OK | 2,061 |
| | | Eastern Times Register | Roland | OK | 1,500 |
| | | Shawnee News-Star | Shawnee | OK | 10,352 |
| | | Stilwell Democrat Journal | Stilwell | OK | 3,947 |
| | | Tahlequah Daily Press | Tahlequah | OK | 3,589 |
| | | Vian Tenkiller News | Vian | OK | 3,000 |
| | | Woodward News | Woodward | OK | 3,381 |
| **Oregon** | **104,477** | | | | |
| | | Baker City Herald | Baker City | OR | 3,000 |
| | | Curry Coastal Pilot | Brookings | OR | 6,000 |
| | | Burns Times-Herald | Burns | OR | 3,045 |
| | | Wallowa County Chieftain | Enterprise | OR | 2,600 |
| | | The Hermiston Herald | Hermiston | OR | 3,010 |
| | | Blue Mountain Eagle | John Day | OR | 2,763 |
| | | Herald And News | Klamath Falls | OR | 17,253 |
| | | The Observer | La Grande | OR | 6,400 |
| | | The Madras Pioneer | Madras | OR | 3,500 |
| | | Mail Tribune | Medford | OR | 28,600 |
| | | East Oregonian | Pendleton | OR | 8,006 |
| | | Central Oregonian | Prineville | OR | 3,300 |
| | | The News Review | Roseburg | OR | 17,000 |
| **Pennsylvania** | **135,556** | | | | |
| | | Corry Evening Journal | Corry | PA | 3,755 |
| | | The Echo-Pilot | Greencastle | PA | 2,537 |
| | | The Wayne Independent | Honesdale | PA | 4,060 |
| | | The Kane Republican | Kane | PA | 2,040 |
| | | (The Susquehanna County) Independent | Montrose | PA | 3,755 |
| | | Derrick Publishing Co. | Oil City | PA | 23,880 |
| | | Republican-Herald | Pottsville | PA | 23,500 |
| | | The Spirit | Punxsutawney | PA | 3,900 |
| | | The Ridgway Record | Ridgway | PA | 3,146 |
| | | The News Item | Shamokin | PA | 9,200 |
| | | The News-Chronicle | Shippensburg | PA | 4,770 |
| | | The Daily Press | St. Marys | PA | 4,973 |
| | | The Pocono Record | Stroudsburg | PA | 13,000 |
| | | The Daily Item | Sunbury | PA | 16,500 |
| | | The Daily Review | Towanda | PA | 9,540 |
| | | The Record Herald | Waynesboro | PA | 7,000 |

| State | Total Circulation | Newspaper | City | State | Circulation |
|---|---|---|---|---|---|
| **South Carolina** | **129,954** | | | | |
| | | The People-Sentinel | Barnwell | SC | 6,000 |
| | | Marlboro Herald - Advocate | Bennettsville | SC | 7,104 |
| | | Bluffton Today | Bluffton | SC | 12,500 |
| | | Morning News | Florence | SC | 23,000 |
| | | Hampton County Guardian | Hampton | SC | 4,990 |
| | | The Messenger | Hartsville | SC | 9,511 |
| | | The Lancaster News | Lancaster | SC | 13,930 |
| | | The Newberry Observer & Herald & News | Newberry | SC | 5,000 |
| | | The Times And Democrat | Orangeburg | SC | 11,000 |
| | | The Pickens Sentinel | Pickens | SC | 4,600 |
| | | Jasper County Sun Times | Ridgeland | SC | 1,324 |
| | | The Daily Journal / Messenger | Seneca | SC | 9,000 |
| | | The Item | SUMTER | SC | 12,500 |
| | | The Union Daily Times | Union | SC | 6,495 |
| | | The Herald Independent | Winnsboro | SC | 3,000 |
| **South Dakota** | **26,495** | | | | |
| | | American News | Aberdeen | SD | 11,700 |
| | | Central Dakota Times | Chamberlain | SD | 2,438 |
| | | Leader-Courier | Elk Point | SD | 1,200 |
| | | Independent Publishing | Lennox | SD | 2,600 |
| | | Daily Press and Dakotan | Yankton | SD | 8,557 |
| **Tennessee** | **203,479** | | | | |
| | | The Daily Post-Athenian | Athens | TN | 9,700 |
| | | Bolivar Bulletin-Times | Bolivar | TN | 1,878 |
| | | Brownsville States-Graphic | Brownsville | TN | 2,500 |
| | | Carroll County News-Leader | Camden | TN | 2,500 |
| | | The Camden Chronicle | Camden | TN | 3,000 |
| | | Cleveland Daily Banner | Cleveland | TN | 15,000 |
| | | Crossville Chronicle | Crossville | TN | 7,899 |
| | | The Herald - News | Dayton | TN | 5,683 |
| | | The Tri-City Reporter | Dyer | TN | 1,500 |
| | | The State Gazette | Dyersburg | TN | 4,500 |
| | | The Greeneville Sun | GREENEVILLE | TN | 13,300 |
| | | Chester County Independent | Henderson | TN | 3,200 |
| | | Humboldt Chronicle | Humboldt | TN | 2,500 |
| | | The Standard Banner | Jefferson City | TN | 6,965 |
| | | Herald & Tribune | Jonesborough | TN | 4,400 |
| | | Macon County Times | Lafayette | TN | 4,400 |
| | | The Hartsville Vidette | Lebanon | TN | 2,500 |
| | | The News-Herald | Lenoir City | TN | 5,836 |
| | | The Daily Times | Maryville | TN | 18,000 |
| | | Southern Standard | McMinnville | TN | 9,950 |
| | | The Oak Ridger | Oak Ridge | TN | 8,119 |
| | | The Pulaski Citizen | Pulaski | TN | 7,500 |
| | | Independent Appeal | Selmer | TN | 7,104 |
| | | Shelbyville Times Gazette | Shelbyville | TN | 10,945 |
| | | Smithville Review | Smithville | TN | 3,500 |
| | | The Advocate & Democrat | Sweetwater | TN | 5,300 |
| | | Claiborne Progress | Tazewell | TN | 5,000 |
| | | Lakeway Publisher, Inc | Tullahoma | TN | 22,200 |
| | | The Wayne County News | Waynesboro | TN | 5,000 |
| | | Cannon Courier | Woodbury | TN | 3,600 |
| **Texas** | **592,181** | | | | |
| | | Nueces Co. Record Star | Alice | TX | 4,000 |
| | | Alice Echo News-Journal | Alice | TX | 4,567 |
| | | The Freer Press | Alice | TX | 1,542 |
| | | Athens Daily Review | Athens | TX | 3,724 |
| | | Northeast Texas Publishing | Atlanta | TX | 7,700 |
| | | The Bay City Tribune | Bay City | TX | 4,000 |
| | | Baytown Sun | Baytown | TX | 7,000 |
| | | Big Spring Herald | Big Spring | TX | 4,000 |
| | | Borger News-Herald | Borger | TX | 3,500 |
| | | The Bowie News | Bowie | TX | 3,500 |
| | | Graham Newspapers | Breckenridge | TX | 9,476 |

| State | Total Circulation | Newspaper | City | State | Circulation |
|-------|-------------------|-----------|------|-------|-------------|
| | | The Banner - Press | Brenham | TX | 6,597 |
| | | The Brownsville Herald | Brownsville | TX | 9,633 |
| | | Brownwood Bulletin | Brownwood | TX | 6,250 |
| | | Bryan-College Station Eagle | Bryan | TX | 15,000 |
| | | The Canyon News | Canyon | TX | 2,000 |
| | | Cleburne Times-Review and Mineral Wells Index | Cleburne | TX | 8,932 |
| | | Clifton Record | Clifton | TX | 2,300 |
| | | The Comfort News | Comfort | TX | 1,000 |
| | | Corrigan Times | Corrigan | TX | 1,194 |
| | | Houston County Courier | Crockett | TX | 5,176 |
| | | Cuero Record/Yorktown News | Cuero | TX | 5,100 |
| | | The Dalhart Texan | Dalhart | TX | 1,700 |
| | | Edinburg Review | Edinburg | TX | 20,000 |
| | | Jackson County Herald Tribune | Edna | TX | 3,600 |
| | | El Campo Leader - News | El Campo | TX | 5,200 |
| | | The Eldorado Success | Eldorado | TX | 2,288 |
| | | The Fairfield Recorder | Fairfield | TX | 3,000 |
| | | Fredericksburg Standard-Radio Post | Fredericksburg | TX | 8,500 |
| | | Gainesville Daily Register | Gainesville | TX | 4,700 |
| | | Galveston County Daily News | Galveston | TX | 21,000 |
| | | Glen Rose Reporter | Glen Rose | TX | 2,000 |
| | | Greenville Herald-Banner | Greenville | TX | 5,618 |
| | | Groveton News | Groveton | TX | 1,940 |
| | | Valley Morning Star | Harlingen | TX | 14,788 |
| | | Robertson County Newspapers | Hearne | TX | 4,600 |
| | | Sabine County Reporter | Hemphill | TX | 3,045 |
| | | Henderson Daily News | Henderson | TX | 6,219 |
| | | Hereford Brand | Hereford | TX | 2,400 |
| | | The Huntsville Item | Huntsville | TX | 3,850 |
| | | Jacksonville Daily Progress | Jacksonville | TX | 2,200 |
| | | Kerrville Daily Times | Kerrville | TX | 9,000 |
| | | Kingsville Record | Kingsville | TX | 5,000 |
| | | Lamesa Press-Reporter | Lamesa | TX | 3,050 |
| | | Levelland And Hockley County News-Press | Levelland | TX | 4,900 |
| | | Polk County Enterprise | Livingston | TX | 8,322 |
| | | Longview News Journal | Longview | TX | 30,090 |
| | | Lubbock Avalanche-Journal | Lubbock | TX | 21,250 |
| | | The Lufkin Daily News | Lufkin | TX | 11,800 |
| | | The Monitor | Mabank | TX | 3,500 |
| | | Marshall News Messenger | Marshall | TX | 7,650 |
| | | The Monitor | Mcallen | TX | 27,998 |
| | | Meridian Tribune | Meridian | TX | 1,800 |
| | | The Mexia Daily News/Hubbard City News | Mexia | TX | 2,400 |
| | | Midland Reporter-Telegram | Midland | TX | 13,000 |
| | | The Daily Tribune | Mt. Pleasant | TX | 5,000 |
| | | Muleshoe Journal | Muleshoe | TX | 1,500 |
| | | The Daily Sentinel | Nacogdoches | TX | 8,000 |
| | | New Braunfels Herald-Zeitung | New Braunfels | TX | 10,700 |
| | | Odessa American | Odessa | TX | 13,000 |
| | | Palestine Herald - Press | Palestine | TX | 5,096 |
| | | The Pampa News | Pampa | TX | 3,100 |
| | | Pittsburg Gazette & Steel Country Bee | Pittsburg | TX | 4,900 |
| | | Plainview Daily Herald | Plainview | TX | 3,500 |
| | | The Port Lavaca Wave | Port Lavaca | TX | 4,567 |
| | | Raymondville Chronicle/Willacy County News | Raymondville | TX | 2,500 |
| | | Rockport Pilot | Rockport | TX | 4,200 |
| | | San Marcos Daily Record | San Marcos | TX | 3,400 |
| | | Seguin Gazette-Enterprise | Seguin | TX | 6,597 |
| | | San Jacinto News-Times | Shepherd | TX | 2,239 |
| | | The Snyder Daily News | Snyder | TX | 5,582 |
| | | The Coastal Current Weekly | South Padre Island | TX | 31,450 |
| | | Stephenville Empire-Tribune | Stephenville | TX | 4,400 |
| | | Sweetwater Reporter | Sweetwater | TX | 2,500 |
| | | The Teague Chronicle | Teague | TX | 2,537 |
| | | Trinity Standard | Trinity | TX | 2,388 |
| | | The Vernon Daily Record | Vernon | TX | 4,669 |
| | | Waco Tribune - Herald | Waco | TX | 37,000 |
| | | Waxahachie Daily Light | Waxahachie | TX | 4,700 |
| | | Mid Valley Town Crier | Weslaco | TX | 22,600 |

| State | Total Circulation | Newspaper | City | State | Circulation |
|---|---|---|---|---|---|
| | | Wharton Journal - Spectator | Wharton | TX | 4,200 |
| | | Van Zandt News | Wills Point | TX | 5,400 |
| | | Tyler County Booster | Woodville | TX | 3,857 |
| **Utah** | **19,000** | | | | |
| | | Sun-Advocate | Price | UT | 5,800 |
| | | Richfield Reaper | Richfield | UT | 5,700 |
| | | Tooele Transcript Bulletin | Tooele | UT | 7,500 |
| **Vermont** | **25,158** | | | | |
| | | Bennington Banner | Bennington | VT | 5,200 |
| | | Brattleboro Reformer | Brattleboro | VT | 7,000 |
| | | The Newport Daily Express | Newport | VT | 3,969 |
| | | St. Albans Messenger | St. Albans | VT | 6,089 |
| | | Deerfield Valley News | West Dover | VT | 2,900 |
| **Virginia** | **157,931** | | | | |
| | | Smyth County News & Mess., Clinch Valley News & WA County News | Abingdon | VA | 7,475 |
| | | Bedford Bulletin | Bedford | VA | 7,500 |
| | | Bristol Herald Courier | Bristol | VA | 30,000 |
| | | Wytheville Enterprise, Floyd Press & Bland Messenger | Floyd | VA | 11,250 |
| | | The Gazette | Galax | VA | 8,000 |
| | | Page News and Courier | Harrisonburg | VA | 7,815 |
| | | Shenandoah Valley-Herald | Harrisonburg | VA | 3,700 |
| | | Valley Banner | Harrisonburg | VA | 3,900 |
| | | Daily News-Record | Harrisonburg | VA | 24,000 |
| | | The Carroll News | Hillsville | VA | 6,766 |
| | | The News - Gazette | Lexington | VA | 8,000 |
| | | Richlands News-Press | Richlands | VA | 3,025 |
| | | The Gazette-Virginian | South Boston | VA | 9,500 |
| | | Northern Virginia Daily | Strasburg | VA | 10,000 |
| | | The Winchester Star | Winchester | VA | 17,000 |
| **Washington** | **51,024** | | | | |
| | | The Dispatch & Monroe Monitor | Eatonville | WA | 5,000 |
| | | Daily Record | Ellensburg | WA | 6,268 |
| | | Grandview Herald | Grandview | WA | 2,040 |
| | | The (Omak-Okanogan County) Chronicle | Omak | WA | 5,771 |
| | | Record Bulletin | Prosser | WA | 3,045 |
| | | Daily Sun News | Sunnyside | WA | 2,900 |
| | | Yakima Herald-Republic | Yakima | WA | 26,000 |
| **West Virginia** | **38,223** | | | | |
| | | Gilbert Times | Gilbert | WV | 1,700 |
| | | Lincoln Journal | Hamlin | WV | 1,000 |
| | | Ritchie Gazette | Harrisville | WV | 3,857 |
| | | Mineral Daily News Tribune | Keyser | WV | 4,200 |
| | | Montgomery Herald | Montgomery | WV | 1,100 |
| | | The Fayette Tribune | Oak Hill | WV | 1,300 |
| | | Independent Herald | Pineville | WV | 2,000 |
| | | Princeton Times | Princeton | WV | 5,200 |
| | | Point Pleasant Register | Pt. Pleasant | WV | 2,135 |
| | | The Star Herald | Ravenswood | WV | 12,179 |
| | | Braxton Democrat-Central | Sutton | WV | 3,552 |
| **Wisconsin** | **129,072** | | | | |
| | | Amery Free Press/Barren News Shield | Amery | WI | 11,000 |
| | | The Daily Press | Ashland | WI | 6,000 |
| | | Daily Citizen | Beaver Damn | WI | 7,950 |
| | | Jackson County Chronicle | Black River Falls | WI | 1,500 |
| | | The Chetek Alert | Chetek | WI | 2,900 |
| | | Cumberland Advocate | Cumberland | WI | 2,139 |
| | | Vilas County News - Review | Eagle River | WI | 6,120 |
| | | Daily Jefferson County Union | Fort Atkinson | WI | 7,300 |
| | | Sawyer County Record | Hayward | WI | 4,776 |
| | | The Janesville Gazette | Janesville | WI | 16,935 |
| | | Grant County Herald Independent | Lancaster | WI | 3,400 |

| State | Total Circulation | Newspaper | City | State | Circulation |
|-------|-------------------|-----------|------|-------|-------------|
| | | Eagle Herald | Marinette | WI | 9,000 |
| | | Juneau County Star-Times | Mauston | WI | 2,210 |
| | | The Monroe Times | Monroe | WI | 5,074 |
| | | Osceola Sun | Osceola | WI | 2,139 |
| | | The Park Falls Herald | Park Falls | WI | 1,600 |
| | | Price County Publications | Phillips | WI | 2,500 |
| | | The Platteville Journal | Platteville | WI | 3,900 |
| | | Portage Daily Register | Portage | WI | 4,400 |
| | | Baraboo News Republic | Portage | WI | 3,950 |
| | | Reedsburg Times Press | Reedsburg | WI | 800 |
| | | The Sauk Prairie Eagle | Sauk City | WI | 1,650 |
| | | Spooner Advocate | Spooner | WI | 4,229 |
| | | The County Journal | Washburn | WI | 1,900 |
| | | Times Publishing Company | Watertown | WI | 8,050 |
| | | The Waushara Argus | Wautoma | WI | 5,500 |
| | | Wisconsin Dells Events | Wisconsin Dells | WI | 2,150 |
| **Wyoming** | 59,238 | | | | |
| | | Casper Star-Tribune | Casper | WY | 16,200 |
| | | Douglas Budget | Douglas | WY | 5,500 |
| | | The News-Record | Gillette | WY | 7,000 |
| | | Journal / Ranger | Landers | WY | 9,591 |
| | | The Powell Tribune | Powell | WY | 3,045 |
| | | Daily Rocket-Miner | Rock Sprints | WY | 7,000 |
| | | Sheridan Press | Sheridan | WY | 5,200 |
| | | The Sundance Times | Sundance | WY | 1,642 |
| | | Northern Wyoming Daily News | Worland | WY | 4,060 |

**Total Circulation**     **5,988,080**

Source: APCT newspaper carrier list and circulation December 2015

Research

# *Parade Circulation*
**Newspapers by State**

**Effective January 3, 2016**

| State | Circulation | % Cov | Newspaper Name | City | State | Circulation |
|---|---|---|---|---|---|---|
| Alabama | 322,619 | 17% | | | | |
| | | | The Anniston Star | Anniston | AL | 16,892 |
| | | | The Athens News Courier | Athens | AL | 5,935 |
| | | | The Birmingham News | Birmingham | AL | 103,741 |
| | | | The Cullman Times | Cullman | AL | 7,798 |
| | | | The Dothan Eagle | Dothan | AL | 22,637 |
| | | | The Gadsden Times | Gadsden | AL | 13,750 |
| | | | The Huntsville Times | Huntsville | AL | 43,618 |
| | | | Press-Register | Mobile | AL | 73,232 |
| | | | The Daily Home | Talladega | AL | 6,867 |
| | | | The Tuscaloosa News | Tuscaloosa | AL | 28,149 |
| Arkansas | 172,345 | 15% | | | | |
| | | | Daily Siftings Herald | Arkadelphia | AR | 1,506 |
| | | | Blytheville Courier News | Blytheville | AR | 2,100 |
| | | | Camden News | Camden | AR | 2,371 |
| | | | Log Cabin Democrat | Conway | AR | 6,530 |
| | | | Sunday News | El Dorado | AR | 5,326 |
| | | | The Daily World | Helena | AR | 1,783 |
| | | | Hope Star | Hope | AR | 1,279 |
| | | | AR Democrat - Little Rock | Little Rock | AR | 147,909 |
| | | | Magnolia Banner-News | Magnolia | AR | 2,209 |
| | | | Stuttgart Daily Leader | Stuttgart | AR | 1,332 |
| Arizona | 303,264 | 12% | | | | |
| | | | Verde Independent & The Bugle | Cottonwood | AZ | 3,085 |
| | | | Arizona Daily Sun | Flagstaff | AZ | 8,489 |
| | | | The Kingman Daily Miner | Kingman | AZ | 6,779 |
| | | | Today's News-Herald | Lake Havasu | AZ | 12,394 |
| | | | East Valley Tribune | Mesa/Scottsdale | AZ | 139,514 |
| | | | The Daily Courier | Prescott | AZ | 13,665 |
| | | | News-Sun | Sun City | AZ | 5,288 |
| | | | The Arizona Daily Star | Tucson | AZ | 100,443 |
| | | | The Sun | Yuma | AZ | 13,608 |
| California | 2,442,427 | 19% | | | | |
| | | | The Bakersfield Californian | Bakersfield | CA | 37,920 |
| | | | Daily Republic | Fairfield | CA | 16,456 |
| | | | Fremont Argus | Fremont | CA | 12,571 |
| | | | The Fresno Bee | Fresno | CA | 104,622 |
| | | | The Sentinel | Hanford | CA | 6,436 |
| | | | Daily Review | Hayward | CA | 14,756 |
| | | | Lompoc Record | Lompoc | CA | 2,670 |
| | | | Los Angeles Times | Los Angeles | CA | 721,578 |
| | | | Merced Sun-Star | Merced | CA | 13,261 |
| | | | The Modesto Bee | Modesto | CA | 57,046 |
| | | | Register | Napa | CA | 10,531 |
| | | | Oakland Tribune | Oakland | CA | 18,180 |
| | | | Antelope Valley Press | Palmdale | CA | 16,593 |
| | | | Recorder | Porterville | CA | 5,375 |
| | | | Record Searchlight | Redding | CA | 19,385 |
| | | | Daily Independent | Ridgecrest | CA | 4,472 |
| | | | The Press Enterprise | Riverside | CA | 131,531 |
| | | | The Sacramento Bee | Sacramento | CA | 217,369 |
| | | | The San Diego Union-Tribune | San Diego | CA | 244,584 |
| | | | San Jose Mercury News | San Jose | CA | 149,018 |
| | | | The Tribune | San Luis Obispo | CA | 18,162 |
| | | | San Mateo County Times | San Mateo | CA | 12,809 |
| | | | Marin Independent Journal | San Rafael | CA | 21,034 |
| | | | The Orange County Register | Santa Ana | CA | 269,255 |
| | | | Santa Barbara News-Press | Santa Barbara | CA | 21,245 |
| | | | Santa Maria Times | Santa Maria | CA | 9,139 |
| | | | The Press Democrat | Santa Rosa | CA | 51,317 |
| | | | The Union Democrat | Sonora | CA | 9,998 |
| | | | The Record | Stockton | CA | 29,336 |
| | | | Ventura County Star | Ventura | CA | 54,345 |
| | | | Daily Press | Victorville | CA | 20,044 |

| State | Circulation | % Cov | Newspaper Name | City | State | Circulation |
|---|---|---|---|---|---|---|
| | | | Contra Costa Times | Walnut Creek | CA | 117,164 |
| | | | Siskiyou Daily News | Yreka | CA | 4,225 |
| Colorado | 478,634 | 23% | | | | |
| | | | Sunday Camera | Boulder | CO | 19,889 |
| | | | Canon City Daily Record | Canon City | CO | 3,172 |
| | | | The Gazette | Colorado Springs | CO | 60,175 |
| | | | The Denver Post | Denver | CO | 301,125 |
| | | | The Daily Sentinel | Grand Junction | CO | 23,637 |
| | | | Times-Call | Longmont | CO | 11,694 |
| | | | Reporter-Herald | Loveland | CO | 16,137 |
| | | | Montrose Daily Press | Montrose | CO | 4,969 |
| | | | The Pueblo Chieftain | Pueblo | CO | 35,674 |
| | | | The Chronicle-News | Trinidad | CO | 2,162 |
| Connecticut | 249,181 | 18% | | | | |
| | | | Connecticut Post | Bridgeport | CT | 43,632 |
| | | | The News-Times | Danbury | CT | 18,122 |
| | | | Time | Greenwich | CT | 5,989 |
| | | | Record-Journal | Meriden | CT | 14,781 |
| | | | The Middletown Press | Middletown | CT | 2,363 |
| | | | Herald Press | New Britain | CT | 8,163 |
| | | | New Haven Register | New Haven | CT | 60,448 |
| | | | The Day | New London | CT | 23,343 |
| | | | Bulletin | Norwich | CT | 14,950 |
| | | | The Advocate | Stamford | CT | 11,134 |
| | | | The Register Citizen | Torrington | CT | 2,935 |
| | | | Republican | Waterbury | CT | 43,321 |
| Washington DC | 574,803 | 197% | | | | |
| | | | The Washington Post | Washington | DC | 574,803 |
| Delaware | 14,369 | 4% | | | | |
| | | | State News Sunday | Dover | DE | 14,369 |
| Florida | 1,781,974 | 23% | | | | |
| | | | Bradenton Herald | Bradenton | FL | 37,420 |
| | | | Citrus County Chronicle | Crystal River | FL | 23,782 |
| | | | News-Journal | Daytona Beach | FL | 76,953 |
| | | | Northwest Florida Daily News | Ft Walton Beach | FL | 25,139 |
| | | | The Gainesville Sun | Gainesville | FL | 34,520 |
| | | | Florida Times-Union | Jacksonville | FL | 98,014 |
| | | | The Ledger | Lakeland | FL | 54,022 |
| | | | Daily Commercial | Leesburg | FL | 14,374 |
| | | | Live Oak Suwannee Democrat | Live Oak | FL | 3,882 |
| | | | The Miami Herald | Miami | FL | 160,734 |
| | | | Daily News | Naples/Bonita | FL | 61,253 |
| | | | Star-Banner | Ocala | FL | 34,646 |
| | | | Orlando Sentinel | Orlando | FL | 230,034 |
| | | | The News Herald | Panama City | FL | 21,564 |
| | | | Washington County News | Panama City/Weeklies | FL | 24,947 |
| | | | Herald-Tribune | Sarasota | FL | 89,061 |
| | | | St. Augustine Record | St Augustine | FL | 16,160 |
| | | | Tampa Bay Times | St Petersburg | FL | 350,003 |
| | | | Treasure Coast News | Stuart | FL | 76,757 |
| | | | The Tampa Tribune | Tampa | FL | 186,366 |
| | | | Daily Sun | The Villages | FL | 52,381 |
| | | | The Palm Beach Post | West Palm Beach | FL | 109,962 |
| Georgia | 518,849 | 14% | | | | |
| | | | Athens Banner-Herald | Athens | GA | 13,897 |
| | | | The Atlanta Journal-Constitution | Atlanta | GA | 295,285 |
| | | | The Augusta Chronicle | Augusta | GA | 46,274 |
| | | | Columbus Ledger-Enquirer | Columbus | GA | 30,725 |
| | | | Daily Citizen | Dalton | GA | 11,000 |
| | | | LaGrange Daily News | LaGrange | GA | 5,355 |
| | | | The Telegraph | Macon | GA | 41,086 |
| | | | The Milledgeville Union-Recorder | Milledgeville | GA | 6,505 |
| | | | The Moultrie Observer | Moultrie | GA | 4,225 |
| | | | Savannah Morning News | Savannah | GA | 40,305 |
| | | | Thomasville Times-Enterprise | Thomasville | GA | 6,414 |
| | | | The Tifton Gazette | Tifton | GA | 4,555 |
| | | | The Valdosta Daily Times | Valdosta | GA | 13,223 |

| State | Circulation | % Cov | Newspaper Name | City | State | Circulation |
|---|---|---|---|---|---|---|
| Iowa | 222,704 | 18% | | | | |
| | | | The Tribune | Ames | IA | 9,497 |
| | | | The Gazette | Cedar Rapids | IA | 47,391 |
| | | | Clinton Herald | Clinton | IA | 7,074 |
| | | | Quad-City Times | Davenport | IA | 43,364 |
| | | | The Messenger | Fort Dodge | IA | 13,714 |
| | | | Knoxville Journal Express | Knoxville | IA | 1,802 |
| | | | Times-Republican | Marshalltown | IA | 6,983 |
| | | | Globe-Gazette | Mason City | IA | 13,838 |
| | | | Muscatine Journal | Muscatine | IA | 4,218 |
| | | | Oskaloosa Herald | Oskaloosa | IA | 2,220 |
| | | | The Ottumwa Courier | Ottumwa | IA | 8,643 |
| | | | Sioux City Journal | Sioux City | IA | 27,551 |
| | | | The Courier | Waterloo | IA | 36,409 |
| Idaho | 149,186 | 25% | | | | |
| | | | Idaho Statesman | Boise | ID | 52,623 |
| | | | Post Register | Idaho Falls | ID | 19,751 |
| | | | Lewiston Morning Tribune | Lewiston/Clarkson | ID | 21,537 |
| | | | Idaho Press-Tribune | Nampa/Caldwell | ID | 21,901 |
| | | | Idaho State Journal | Pocatello | ID | 14,495 |
| | | | Standard Journal | Rexburg | ID | 3,569 |
| | | | The Times-News | Twin Falls | ID | 15,310 |
| Illinois | 1,098,232 | 22% | | | | |
| | | | The Telegraph | Alton | IL | 14,479 |
| | | | Belleville News-Democrat | Belleville | IL | 41,218 |
| | | | The Pantagraph | Bloomington | IL | 31,420 |
| | | | The Daily Ledger | Canton | IL | 3,272 |
| | | | The Southern Illinoisan | Carbondale | IL | 25,212 |
| | | | Carmi Times | Carmi | IL | 2,404 |
| | | | The News-Gazette | Champaign/Urbana | IL | 42,317 |
| | | | Chicago Tribune | Chicago | IL | 617,332 |
| | | | Commercial News | Danville | IL | 11,100 |
| | | | Herald & Review | Decatur | IL | 33,426 |
| | | | Edwardsville Intelligencer | Edwardsville | IL | 4,132 |
| | | | Effingham Daily News | Effingham | IL | 9,564 |
| | | | Daily Journal | Eldorado | IL | 500 |
| | | | The Journal Standard | Freeport | IL | 7,101 |
| | | | The Register-Mail | Galesburg | IL | 9,772 |
| | | | Daily Register | Harrisburg | IL | 2,125 |
| | | | Jacksonville Journal-Courier | Jacksonville | IL | 8,858 |
| | | | Daily Journal | Kankakee | IL | 24,368 |
| | | | Star Courier | Kewanee | IL | 3,438 |
| | | | The Macomb Journal | Macomb | IL | 2,898 |
| | | | Dispatch/Rock Island Argus | Moline | IL | 31,894 |
| | | | Daily Review Atlas | Monmouth | IL | 1,419 |
| | | | Mt. Vernon Register-News | Mount Vernon | IL | 5,594 |
| | | | Daily Mail | Olney | IL | 2,653 |
| | | | Pekin Daily Times | Pekin | IL | 5,492 |
| | | | Journal Star | Peoria | IL | 55,016 |
| | | | Daily Leader | Pontiac | IL | 2,500 |
| | | | Quincy Herald-Whig | Quincy | IL | 18,291 |
| | | | Register Star & Yes | Rockford | IL | 41,549 |
| | | | The State Journal-Register | Springfield | IL | 38,888 |
| Indiana | 420,189 | 17% | | | | |
| | | | The Herald Bulletin | Anderson | IN | 16,819 |
| | | | The Batesville Herald Tribune | Batesville | IN | 2,274 |
| | | | The Herald Times | Bloomington/Bedford | IN | 28,399 |
| | | | The Republic | Columbus | IN | 15,671 |
| | | | Evansville Courier & Press | Evansville | IN | 53,354 |
| | | | The Journal Gazette | Fort Wayne | IN | 70,286 |
| | | | Daily Journal | Franklin | IN | 12,163 |
| | | | The Goshen News | Goshen | IN | 8,440 |
| | | | Daily Reporter | Greenfield | IN | 7,083 |
| | | | Greensburg News | Greensburg | IN | 3,592 |
| | | | Kokomo Tribune | Kokomo | IN | 17,311 |
| | | | The Lebanon Reporter | Lebanon | IN | 4,217 |
| | | | Pharos-Tribune | Logansport | IN | 8,220 |
| | | | Reporter-Times | Mooresville/Decatur | IN | 2,522 |
| | | | Times Of Northwest Indiana | Munster/Lake Co/Valp | IN | 73,625 |

| State | Circulation | % Cov | Newspaper Name | City | State | Circulation |
|-------|-------------|-------|----------------|------|-------|-------------|
| | | | The Evening News/News-Tribune | New Albany | IN | 9,305 |
| | | | Rushville Republican | Rushville | IN | 2,338 |
| | | | The Tribune | Seymour | IN | 5,308 |
| | | | South Bend Tribune | South Bend | IN | 61,447 |
| | | | Tribune-Star | Terre Haute | IN | 17,815 |
| Kansas | 202,890 | 18% | | | | |
| | | | Daily Gazette | Augusta | KS | 3,050 |
| | | | Dodge City Globe | Dodge City | KS | 3,137 |
| | | | The Garden City Telegram | Garden City | KS | 5,200 |
| | | | The Hays Daily News | Hays | KS | 7,457 |
| | | | Hutchinson News | Hutchinson | KS | 22,290 |
| | | | Journal World | Lawrence | KS | 14,010 |
| | | | The Manhattan Mercury | Manhattan | KS | 7,760 |
| | | | McPherson Sentinel | McPherson | KS | 2,505 |
| | | | Kansan | Newton | KS | 4,200 |
| | | | The Ottawa Herald | Ottawa | KS | 4,072 |
| | | | Morning Sun | Pittsburg | KS | 5,094 |
| | | | The Pratt Tribune | Pratt | KS | 1,550 |
| | | | Salina Journal | Salina | KS | 21,192 |
| | | | Topeka Capital-Journal | Topeka | KS | 28,186 |
| | | | Wellington News | Wellington | KS | 1,600 |
| | | | The Wichita Eagle | Wichita | KS | 71,587 |
| Kentucky | 201,573 | 12% | | | | |
| | | | The Independent | Ashland | KY | 11,892 |
| | | | Kentucky Standard | Bardstown | KY | 8,425 |
| | | | Daily News | Bowling Green | KY | 19,599 |
| | | | Corbin Times-Tribune | Corbin | KY | 4,682 |
| | | | The Kentucky Advocate | Danville | KY | 7,174 |
| | | | The News Enterprise | Elizabethtown | KY | 14,640 |
| | | | The Glasgow Daily Times | Glasgow | KY | 6,182 |
| | | | The Gleaner | Henderson | KY | 7,535 |
| | | | Kentucky New Era | Lexington | KY | 6,944 |
| | | | Herald-Leader | Lexington | KY | 85,310 |
| | | | The London Sentinel-Echo | London | KY | 7,800 |
| | | | The Ledger Independent | Maysville | KY | 5,337 |
| | | | Richmond Register | Richmond | KY | 5,873 |
| | | | Commonwealth Journal | Somerset | KY | 7,261 |
| | | | The Winchester Sun | Winchester | KY | 2,919 |
| Louisiana | 263,082 | 15% | | | | |
| | | | Bastrop Daily Enterprise | Bastrop | LA | 2,294 |
| | | | The Advocate | Baton Rouge | LA | 108,662 |
| | | | Beauregard Daily News | Deridder | LA | 1,797 |
| | | | The Courier | Houma | LA | 13,839 |
| | | | American Press | Lake Charles | LA | 27,421 |
| | | | The Leesville Daily Leader | Leesville | LA | 1,407 |
| | | | The Times-Picayune | New Orleans | LA | 106,452 |
| | | | Southwest Daily News | Sulphur | LA | 1,210 |
| Massachusetts | 614,996 | 24% | | | | |
| | | | Boston Sunday Globe | Boston | MA | 278,880 |
| | | | The Enterprise | Brockton | MA | 20,823 |
| | | | Herald News | Fall River | MA | 12,691 |
| | | | Metrowest Daily News | Framingham | MA | 16,541 |
| | | | Gloucester Daily Times | Gloucester | MA | 5,847 |
| | | | Sunday Cape Cod Times | Hyannis/Cape Cod | MA | 31,782 |
| | | | Milford Daily News | Milford | MA | 5,237 |
| | | | Sunday Standard-Times | New Bedford | MA | 18,715 |
| | | | The Daily News Of Newburyport | Newburyport | MA | 7,737 |
| | | | Eagle tribune | North Andover | MA | 26,730 |
| | | | Patriot Ledger | Quincy | MA | 33,626 |
| | | | Salem News | Salem | MA | 15,095 |
| | | | Republican | Springfield | MA | 79,173 |
| | | | Taunton Daily Gazette | Taunton | MA | 5,483 |
| | | | Sunday Telegram | Worcester | MA | 56,636 |
| Maryland | 390,854 | 18% | | | | |
| | | | Annapolis Gazette | Annapolis | MD | 5,000 |
| | | | The Capital | Annapolis | MD | 30,566 |
| | | | The Sun | Baltimore | MD | 244,182 |
| | | | Cumberland Times-News | Cumberland | MD | 20,561 |

| State | Circulation | % Cov | Newspaper Name | City | State | Circulation |
|---|---|---|---|---|---|---|
| | | | Star-Democrat | Easton | MD | 15,764 |
| | | | News-Post | Frederick | MD | 26,829 |
| | | | The Herald-Mail Newspapers | Hagerstown | MD | 26,742 |
| | | | Carroll County Times | Westminster | MD | 21,210 |
| Maine | 94,568 | 17% | | | | |
| | | | Kennebec Journal | Augusta | ME | 8,347 |
| | | | Sun Journal | Lewiston | ME | 21,332 |
| | | | Maine Sunday Telegram | Portland | ME | 54,674 |
| | | | Morning Sentinel | Waterville | ME | 10,215 |
| Michigan | 598,856 | 15% | | | | |
| | | | The Daily Telegram | Adrian | MI | 11,407 |
| | | | Annarbor.Com | Ann Arbor | MI | 25,671 |
| | | | Huron Daily Tribune | Bad Axe | MI | 4,490 |
| | | | The Bay City Times | Bay City | MI | 23,781 |
| | | | Tribune | Cheboygan | MI | 4,239 |
| | | | Reporter | Coldwater | MI | 3,839 |
| | | | Press & Guide | Dearborn | MI | 13,390 |
| | | | The Flint Journal | Flint | MI | 47,243 |
| | | | Gaylord Herald-Times | Gaylord | MI | 4,083 |
| | | | The Grand Rapids Press | Grand Rapids | MI | 104,674 |
| | | | Daily News | Hillsdale | MI | 4,125 |
| | | | Sentinel | Holland | MI | 15,166 |
| | | | Sentinel-Standard | Ionia | MI | 1,662 |
| | | | Citizen Patriot | Jackson | MI | 19,818 |
| | | | Kalamazoo Gazette | Kalamazoo | MI | 37,601 |
| | | | The County Press | Lapeer | MI | 9,251 |
| | | | The Mining Journal | Marquette | MI | 11,596 |
| | | | The Midland Daily News | Midland | MI | 11,506 |
| | | | The Monroe News | Monroe | MI | 16,049 |
| | | | The Macomb Daily | Mount Clemens | MI | 38,889 |
| | | | Morning Sun | Mount Pleasant | MI | 8,458 |
| | | | The Muskegon Chronicle | Muskegon | MI | 24,970 |
| | | | Petoskey News-Review | Petoskey | MI | 7,791 |
| | | | The Oakland Press | Pontiac | MI | 37,287 |
| | | | The Daily Tribune | Royal Oak | MI | 4,534 |
| | | | The Saginaw News | Saginaw | MI | 26,103 |
| | | | The Evening News | Sault Ste. Marie | MI | 5,012 |
| | | | The News-Herald | Southgate | MI | 51,217 |
| | | | Journal | Sturgis | MI | 4,781 |
| | | | Record-Eagle | Traverse City | MI | 20,223 |
| Minnesota | 785,354 | 37% | | | | |
| | | | The Bemidji Pioneer | Bemidji | MN | 6,534 |
| | | | Brainerd Dispatch | Brainerd | MN | 12,339 |
| | | | Crookston Daily Times | Crookston | MN | 1,149 |
| | | | Duluth News-Tribune | Duluth | MN | 33,776 |
| | | | The Free Press | Mankato | MN | 16,874 |
| | | | Star Tribune | Minneapolis | MN | 436,349 |
| | | | The Journal | New Ulm | MN | 6,385 |
| | | | Red Wing Republican Eagle | Red Wing | MN | 5,245 |
| | | | Pioneer Press | St Paul | MN | 241,172 |
| | | | West Central Tribune | Willmar | MN | 11,208 |
| | | | Winona Daily News | Winona | MN | 8,236 |
| | | | Daily Globe | Worthington | MN | 6,087 |
| Missouri | 581,330 | 24% | | | | |
| | | | Boonville Daily News | Boonville | MO | 1,268 |
| | | | Lake Sun Leader | Camdenton | MO | 5,105 |
| | | | Southeast Missourian | Cape Girardeau | MO | 12,092 |
| | | | The Carthage Press | Carthage | MO | 1,589 |
| | | | Constitution-Tribune | Chillicothe | MO | 2,770 |
| | | | Missourian | Columbia | MO | 4,100 |
| | | | The Daily Statesman | Dexter | MO | 2,003 |
| | | | The Fulton Sun | Fulton | MO | 3,520 |
| | | | Courier-Post | Hannibal | MO | 4,304 |
| | | | News Tribune | Jefferson City | MO | 16,702 |
| | | | The Joplin Globe | Joplin | MO | 21,797 |
| | | | The Kansas City Star | Kansas City | MO | 231,158 |
| | | | Kirksville Daily Express | Kirksville | MO | 3,174 |
| | | | The Mexico Ledger | Mexico | MO | 3,659 |
| | | | Monitor Index/Democrat | Moberly | MO | 3,213 |

| State | Circulation | % Cov | Newspaper Name | City | State | Circulation |
|-------|------------|-------|----------------|------|-------|-------------|
| | | | Neosho Daily News | Neosho | MO | 2,039 |
| | | | Weekend Herald-Tribune | Nevada | MO | 4,200 |
| | | | Daily Journal | Park Hills | MO | 4,782 |
| | | | Daily American Republic | Poplar Bluff | MO | 8,424 |
| | | | Rolla Daily News | Rolla | MO | 3,243 |
| | | | Democrat | Sedalia | MO | 5,340 |
| | | | Standard Democrat | Sikeston | MO | 4,557 |
| | | | St. Joseph News-Press | St Joseph | MO | 25,064 |
| | | | St. Louis Post-Dispatch | St Louis | MO | 201,413 |
| | | | Daily Guide | Waynesville | MO | 814 |
| | | | West Plains Daily Quill | West Plains | MO | 5,000 |
| Mississippi | 110,489 | 10% | | | | |
| | | | Sun Herald | Biloxi/Gulfport | MS | 28,268 |
| | | | The Clarksdale Press Register | Clarksdale | MS | 1,800 |
| | | | The Commercial Dispatch | Columbus | MS | 11,878 |
| | | | Delta Democrat Times | Greenville | MS | 6,116 |
| | | | The Greenwood Commonwealth | Greenwood | MS | 5,394 |
| | | | Chronicle | Laurel | MS | 7,579 |
| | | | Enterprise-Journal | Mc Comb | MS | 8,798 |
| | | | The Meridian Star | Meridian | MS | 9,750 |
| | | | Northeast Mississippi Daily Journal | Tupelo | MS | 30,906 |
| Montana | 105,978 | 25% | | | | |
| | | | Billings Gazette | Billings | MT | 33,043 |
| | | | Bozeman Daily Chronicle | Bozeman | MT | 14,693 |
| | | | Montana Standard | Butte | MT | 9,284 |
| | | | Helena Independent Record | Helena | MT | 10,448 |
| | | | Daily Inter Lake | Kalispell | MT | 15,353 |
| | | | Missoulian | Missoula | MT | 23,157 |
| North Carolina | 743,317 | 19% | | | | |
| | | | Albemarle Stanley News & Press | Albemarle | NC | 7,378 |
| | | | The Courier Tribune | Asheboro | NC | 9,729 |
| | | | Times-News | Burlington | NC | 18,472 |
| | | | The Chapel Hill News | Chapel Hill | NC | 17,033 |
| | | | The Charlotte Observer | Charlotte | NC | 157,598 |
| | | | The Durham News | Durham | NC | 58,673 |
| | | | The Fayetteville Observer | Fayetteville | NC | 46,575 |
| | | | Gaston Gazette | Gastonia | NC | 19,414 |
| | | | Goldsboro News-Argus | Goldsboro | NC | 15,000 |
| | | | The News & Record | Greensboro | NC | 65,154 |
| | | | The Daily Reflector | Greenville | NC | 16,472 |
| | | | Times-News | Hendersonville | NC | 11,080 |
| | | | News | Jacksonville | NC | 13,562 |
| | | | Free Press | Kinston | NC | 7,822 |
| | | | My. Airy News | Mr. Airy | NC | 5,775 |
| | | | Sun-Journal | New Bern | NC | 12,110 |
| | | | The News & Observer | Raleigh | NC | 144,645 |
| | | | The Star | Shelby | NC | 7,957 |
| | | | The Pilot | Southern Pines | NC | 13,319 |
| | | | Star-News | Wilmington | NC | 38,099 |
| | | | Winston-Salem Journal | Winston-Salem | NC | 57,450 |
| North Dakota | 115,401 | 38% | | | | |
| | | | Tribune | Bismarck | ND | 23,821 |
| | | | Devils Lake Daily Journal | Devils Lake | ND | 2,761 |
| | | | The Dickinson Press | Dickinson | ND | 6,313 |
| | | | The Forum | Fargo | ND | 41,903 |
| | | | Grand Forks Herald | Grand Forks | ND | 22,582 |
| | | | The Jamestown Sun | Jamestown | ND | 4,568 |
| | | | Minot Daily News | Minot | ND | 13,453 |
| Nebraska | 233,789 | 31% | | | | |
| | | | Sun | Beatrice | NE | 4,111 |
| | | | Telegram | Columbus | NE | 7,017 |
| | | | The Grand Island Independent | Grand Island | NE | 17,066 |
| | | | Journal Star | Lincoln | NE | 53,011 |
| | | | Norfolk Daily News | Norfolk | NE | 12,901 |
| | | | Sunday World-Herald | Omaha | NE | 136,592 |
| | | | York News Times | York | NE | 3,091 |
| New Hampshire | 68,488 | 13% | | | | |

| State | Circulation | % Cov | Newspaper Name | City | State | Circulation |
|---|---|---|---|---|---|---|
| | | | Sentinel | Keene | NH | 9,006 |
| | | | New Hampshire News | Manchester | NH | 45,707 |
| | | | Seacoast Sunday | Portsmouth | NH | 13,775 |
| New Jersey | 567,611 | 17% | | | | |
| | | | The Press of Atlantic City | Atlantic City | NJ | 48,885 |
| | | | The Record & Herald News | Bergen | NJ | 152,255 |
| | | | Suburban Trends | Hackensack | NJ | 6,235 |
| | | | The Jersey Journal | Jersey City | NJ | 15,197 |
| | | | The Star-Ledger | Newark | NJ | 232,420 |
| | | | New Jersey Herald | Newton | NJ | 15,594 |
| | | | Trentonian | Trenton | NJ | 14,488 |
| | | | The Times | Trenton | NJ | 30,703 |
| | | | Burlington County Times | Willingboro | NJ | 24,480 |
| | | | South Jersey Sunday | Woodbury | NJ | 27,354 |
| New Mexico | 126,135 | 16% | | | | |
| | | | Journal | Albuquerque | NM | 99,220 |
| | | | Clovis News Journal | Clovis | NM | 5,711 |
| | | | News-Sun | Hobbs | NM | 6,508 |
| | | | Los Alamos Monitor | Los Alamos | NM | 2,963 |
| | | | Portales News-Tribune | Portales | NM | 1,720 |
| | | | Daily Record | Roswell | NM | 10,013 |
| Nevada | 145,708 | 14% | | | | |
| | | | Elko Daily Free Press | Elko | NV | 4,157 |
| | | | Las Vegas Review-Journal | Las Vegas | NV | 141,551 |
| New York | 1,012,179 | 14% | | | | |
| | | | Times Union | Albany | NY | 102,382 |
| | | | The Citizen | Auburn | NY | 8,382 |
| | | | The Daily News | Batavia | NY | 9,512 |
| | | | The Buffalo News | Buffalo | NY | 189,511 |
| | | | Messenger Post | Canandaigua | NY | 7,773 |
| | | | Daily Mail | Catskill | NY | 2,266 |
| | | | The Sunday Leader | Corning | NY | 7,898 |
| | | | Finger Lakes Times | Geneva | NY | 12,517 |
| | | | Post-Star | Glens Falls | NY | 23,718 |
| | | | The Leader-Herald | Gloversville | NY | 8,725 |
| | | | Herkimer Telegram | Herkimer | NY | 2,818 |
| | | | The Spectator | Hornell | NY | 7,323 |
| | | | Register-Star | Hudson | NY | 3,899 |
| | | | Freeman | Kingston | NY | 13,840 |
| | | | Lockport Journal | Lockport | NY | 5,626 |
| | | | The Malone Telegram | Malone | NY | 4,110 |
| | | | Times Herald-Record Sunday | Middletown | NY | 51,876 |
| | | | New York Daily News | New York | NY | 291,266 |
| | | | Niagra Gazette Sunday | Niagra Falls | NY | 9,673 |
| | | | Advance-News | Ogdensburg | NY | 5,550 |
| | | | The Oneida Daily Dispatch | Oneida | NY | 4,842 |
| | | | The Daily Star | Oneonta | NY | 10,301 |
| | | | Press-Republican | Plattsburgh | NY | 14,428 |
| | | | Saratogian | Saratoga Springs | NY | 5,334 |
| | | | Staten Island Advance | Staten Island | NY | 35,464 |
| | | | The Post-Standard | Syracuse | NY | 106,536 |
| | | | Record | Troy | NY | 6,256 |
| | | | Observer-Dispatch | Utica | NY | 38,123 |
| | | | Daily Times | Watertown | NY | 19,997 |
| | | | Wellsville Daily Reporter | Wellsville | NY | 2,233 |
| Ohio | 903,849 | 20% | | | | |
| | | | Akron Beacon Journal | Akron | OH | 92,493 |
| | | | Ashland Times-Gazette | Ashland | OH | 9,799 |
| | | | Ashtabula Star Beacon | Ashtabula | OH | 11,612 |
| | | | The Sunday Jeffersonian | Cambridge | OH | 9,631 |
| | | | The Repository | Canton | OH | 52,818 |
| | | | The Plain Dealer | Cleveland | OH | 255,877 |
| | | | Dayton Daily News | Dayton | OH | 113,573 |
| | | | The Crescent-News | Defiance | OH | 14,601 |
| | | | Sunday Review | East Liverpool | OH | 5,653 |
| | | | The Chronicle-Telegram | Elyria | OH | 19,508 |
| | | | The Courier | Findlay | OH | 15,997 |
| | | | Review-Times | Fostoria | OH | 2,411 |

| State | Circulation | % Cov | Newspaper Name | City | State | Circulation |
|-------|------------|-------|----------------|------|-------|-------------|
| | | | Journal News | Hamilton | OH | 26,544 |
| | | | The Lima News | Lima | OH | 25,589 |
| | | | Morning Journal | Lorain | OH | 17,200 |
| | | | The Times Reporter | New Philadelphia | OH | 14,826 |
| | | | Salem News | Salem | OH | 3,863 |
| | | | Springfield News-Sun | Springfield | OH | 20,964 |
| | | | The Blade | Toledo | OH | 94,376 |
| | | | Lake County News-Herald | Willoughby | OH | 29,879 |
| | | | The Daily Record | Wooster | OH | 19,221 |
| | | | The Vindicator | Youngstown | OH | 47,414 |
| Oklahoma | 313,195 | 21% | | | | |
| | | | Daily Ardmoreite | Ardmore | OK | 8,231 |
| | | | Claremore Daily Progress | Claremore | OK | 4,882 |
| | | | News and Eagle | Enid | OK | 11,419 |
| | | | McAlester News-Capitol | McAlester | OK | 5,313 |
| | | | Miami News-Record | Miami | OK | 4,491 |
| | | | Muskogee Phoenix | Muskogee | OK | 9,810 |
| | | | Norman Transript | Norman | OK | 9,207 |
| | | | The Oklahoman | Oklahoma City | OK | 151,644 |
| | | | The Pryor Daily Times | Pryor | OK | 3,288 |
| | | | Stillwater Press | Stillwater | OK | 5,876 |
| | | | Tahlequah Daily Press | Tahlequah | OK | 3,189 |
| | | | Tulsa World | Tulsa | OK | 92,438 |
| | | | Woodward News | Woodward | OK | 3,407 |
| Oregon | 329,020 | 21% | | | | |
| | | | Albany Democrat-Herald & Corvallis Gazette Times | Albany | OR | 19,103 |
| | | | The Bulletin | Bend | OR | 25,297 |
| | | | The World | Coos Bay | OR | 7,122 |
| | | | The Register-Guard | Eugene | OR | 47,913 |
| | | | Herald And News | Klamath Falls | OR | 12,798 |
| | | | Mail Tribune | Medford | OR | 18,352 |
| | | | Argus Observer | Ontario | OR | 5,497 |
| | | | The Oregonian | Portland | OR | 192,938 |
| Pennsylvania | 1,626,176 | 32% | | | | |
| | | | The Morning Call | Allentown | PA | 111,061 |
| | | | Beaver County Times | Beaver | PA | 26,391 |
| | | | Gazette | Bedford | PA | 10,838 |
| | | | The Sentinel | Carlisle | PA | 9,666 |
| | | | The Intelligencer | Doylestown | PA | 29,886 |
| | | | Tri-County Sunday | Du Bois | PA | 13,850 |
| | | | The Express-Times | Easton | PA | 35,508 |
| | | | Erie Times-News | Erie | PA | 53,527 |
| | | | Gettysburg Times | Gettysburg | PA | 9,525 |
| | | | Patriot-News | Harrisburg | PA | 88,025 |
| | | | Hazleton Standard-Speaker | Hazleton | PA | 14,253 |
| | | | The Wayne Independent | Honesdale | PA | 2,717 |
| | | | The Daily News | Huntingdon | PA | 8,110 |
| | | | The Tribune-Democrat | Johnstown | PA | 28,207 |
| | | | Lancaster New Era Intelligencer Journal Sunday News | Lancaster | PA | 76,924 |
| | | | Latrobe Bulletin | Latrobe | PA | 7,100 |
| | | | Bucks County Courier Times | Levittown/Bristol | PA | 39,198 |
| | | | Meadville Tribune | Meadville | PA | 9,271 |
| | | | New Castle News | New Castle | PA | 12,534 |
| | | | Times Herald | Norristown | PA | 17,152 |
| | | | The Philadelphia Inquirer | Philadelphia | PA | 333,061 |
| | | | Philadelphia Daily News | Philadelphia DN | PA | 41,172 |
| | | | Pittsburgh Post-Gazette | Pittsburgh | PA | 220,675 |
| | | | Mercury | Pottstown | PA | 14,513 |
| | | | Pottsville Republican Herald | Pottsville | PA | 20,760 |
| | | | Delaware County Daily Times | Primos | PA | 26,725 |
| | | | Reading Eagle | Reading | PA | 62,795 |
| | | | Scranton Times-Tribune | Scranton | PA | 46,962 |
| | | | The Shamokin-Pottsville News-Item | Shamokin | PA | 7,091 |
| | | | The Herald | Sharon | PA | 14,172 |
| | | | St College Centre Daily Times | State College | PA | 18,564 |
| | | | Pocono Record | Stroudsburg | PA | 14,580 |
| | | | The Daily Item | Sunbury | PA | 20,422 |
| | | | Towanda Sunday Review | Towanda | PA | 8,023 |
| | | | Tyrone Daily Herald | Tyrone | PA | 1,700 |
| | | | Herald-Standard | Uniontown | PA | 18,452 |

| State | Circulation | % Cov | Newspaper Name | City | State | Circulation |
|---|---|---|---|---|---|---|
| | | | Washington Observer-Reporter | Washington | PA | 32,350 |
| | | | The Record Herald | Waynesboro | PA | 6,858 |
| | | | Daily Local News | West Chester | PA | 18,084 |
| | | | The Times Leader | Wilkes Barre | PA | 45,273 |
| | | | Citizen's Voice | Wilkes-Barre | PA | 25,609 |
| | | | Williamsport Sun-Gazette | Williamsport | PA | 24,592 |
| Rhode Island | 90,147 | 22% | | | | |
| | | | The Providence Journal | Providence | RI | 90,147 |
| South Carolina | 330,518 | 18% | | | | |
| | | | Anderson Independent-Mail | Anderson | SC | 25,069 |
| | | | The Post And Courier | Charleston | SC | 74,128 |
| | | | The State | Columbia | SC | 67,384 |
| | | | Georgetown Times | Georgetown | SC | 5,012 |
| | | | The Index-Journal | Greenwood | SC | 11,941 |
| | | | The Island Packet | Hilton Head Island | SC | 22,844 |
| | | | Lancaster News | Lancaster | SC | 10,703 |
| | | | The Sun News | Myrtle Beach | SC | 39,899 |
| | | | The Times & Democrat | Orangeburg | SC | 9,248 |
| | | | The Herald | Rock Hill | SC | 18,909 |
| | | | Herald-Journal | Spartanburg | SC | 33,442 |
| | | | The Item | Sumter | SC | 11,939 |
| South Dakota | 53,235 | 16% | | | | |
| | | | American News | Aberdeen | SD | 11,814 |
| | | | The Daily Republic | Mitchell | SD | 9,995 |
| | | | Rapid City Journal | Rapid City | SD | 21,849 |
| | | | Watertown Public Opinion | Watertown | SD | 9,577 |
| Tennessee | 377,528 | 15% | | | | |
| | | | Chattanooga Times Free Press | Chattanooga | TN | 70,131 |
| | | | Cleveland Daily Banner | Cleveland | TN | 12,379 |
| | | | Crossville Chronicle | Crossville | TN | 7,459 |
| | | | The State Gazette | Dyersburg | TN | 4,207 |
| | | | The Williamson Herald | Franklin | TN | 7,000 |
| | | | Johnson City Press | Johnson City | TN | 26,070 |
| | | | Knoxville News Sentinel | Knoxville | TN | 88,875 |
| | | | Southern Standard | McMinnville | TN | 9,500 |
| | | | The Commercial Appeal | Memphis | TN | 105,547 |
| | | | Citizen Tribune | Morristown | TN | 23,713 |
| | | | Oak Ridge | Oak Ridge | TN | 4,147 |
| | | | Shelbyville Times-Gazette | Shelbyville | TN | 6,750 |
| | | | The Sunday News | Tullahoma | TN | 11,750 |
| Texas | 1,547,406 | 16% | | | | |
| | | | Abilene Reporter-News | Abilene | TX | 21,107 |
| | | | Amarillo Globe-News | Amarillo | TX | 27,058 |
| | | | Athens Daily Review | Athens | TX | 3,696 |
| | | | Austin American-Statesman | Austin | TX | 119,899 |
| | | | Brownsville Herald | Brownsville | TX | 13,011 |
| | | | Brownwood Bulletin | Brownwood | TX | 5,613 |
| | | | Bryan Times | Bryan | TX | 22,500 |
| | | | Corpus Christi Caller-Times | Corpus Christi | TX | 38,808 |
| | | | Corsicana Daily Sun | Corsicana | TX | 3,662 |
| | | | The Dallas Morning News | Dallas | TX | 306,419 |
| | | | Denton Record-Chronicle | Denton | TX | 10,118 |
| | | | Star-Telegram | Fort Worth | TX | 190,404 |
| | | | Gainesville Daily Register | Gainesville | TX | 4,650 |
| | | | Greenville Herald Banner | Greenville | TX | 4,741 |
| | | | Valley Morning Star | Harlingen | TX | 14,059 |
| | | | The Leader | Houston | TX | 35,000 |
| | | | Houston Community | Houston | TX | 442,550 |
| | | | The Huntsville Item | Huntsville | TX | 4,288 |
| | | | Jacksonville Daily Progress | Jacksonville | TX | 2,365 |
| | | | Kerrville Daily Times | Kerrville | TX | 7,738 |
| | | | Killeen Daily Herald | Killeen | TX | 16,385 |
| | | | Lubbock Avalanche-Journal | Lubbock | TX | 28,337 |
| | | | Monitor | McAllen | TX | 30,297 |
| | | | Reporter-Telegram | Midland | TX | 14,456 |
| | | | The Mineral Wells Index | Mineral Wells | TX | 9,370 |
| | | | Odessa American | Odessa | TX | 11,813 |
| | | | Palestine Herald-Press | Palestine | TX | 4,264 |

| State | Circulation | % Cov | Newspaper Name | City | State | Circulation |
|-------|-------------|-------|----------------|------|-------|-------------|
| | | | The Paris News | Paris | TX | 6,322 |
| | | | Plainview Daily Herald | Plainview | TX | 2,925 |
| | | | Standard-Times | San Angelo | TX | 17,045 |
| | | | Stephenville Empire-Tribune | Stephenville | TX | 3,697 |
| | | | Temple Daily Telegram | Temple | TX | 16,413 |
| | | | Gazette | Texarkana | TX | 21,091 |
| | | | Tyler Courier-Times-Telegraph | Tyler | TX | 20,296 |
| | | | Victoria Advocate | Victoria | TX | 22,959 |
| | | | The Waxahachie Daily Light | Waxahachie | TX | 3,921 |
| | | | Mid Valley Town Crier | Weslaco | TX | 22,300 |
| | | | Times Record News | Wichita Falls | TX | 17,829 |
| Utah | 172,808 | 19% | | | | |
| | | | The Herald Journal | Logan | UT | 11,360 |
| | | | Daily Herald | Provo | UT | 26,757 |
| | | | The Salt Lake Tribune-Deseret News | Salt Lake City | UT | 134,691 |
| Virginia | 449,465 | 14% | | | | |
| | | | Daily Press | Newport News/Hampton | VA | 81,422 |
| | | | The Virginian-Pilot | Norfolk | VA | 146,370 |
| | | | The Petersburg Progress-Index | Petersburg | VA | 10,689 |
| | | | The Roanoke Times | Roanoke | VA | 72,984 |
| | | | **Richmond Times-Dispatch** | **Richmond** | **VA** | **138,000** |
| Washington | 622,010 | 23% | | | | |
| | | | The Daily World | Aberdeen | WA | 6,741 |
| | | | The Bellingham Herald | Bellingham | WA | 18,364 |
| | | | Kitsap Sun | Bremerton | WA | 17,799 |
| | | | Daily Record | Ellensburg | WA | 5,728 |
| | | | The Daily News | Longview | WA | 15,123 |
| | | | Skagit Valley Herald | Mount Vernon | WA | 13,429 |
| | | | The Olympian | Olympia | WA | 20,743 |
| | | | Tri-City Herald | Pasco/Tri Cities | WA | 28,562 |
| | | | The Seattle Times | Seattle | WA | 262,374 |
| | | | The Spokesman-Review | Spokane | WA | 70,831 |
| | | | The News Tribune | Tacoma | WA | 77,647 |
| | | | The Columbian | Vancouver | WA | 31,943 |
| | | | Walla Walla Union-Bulletin | Walla Walla | WA | 10,954 |
| | | | The Wenatchee World | Wenatchee | WA | 15,425 |
| | | | Herald-Republic | Yakima | WA | 26,347 |
| Wisconsin | 206,918 | 9% | | | | |
| | | | Baraboo News Republic | Baraboo | WI | 3,181 |
| | | | Daily Citizen | Beaver Dam | WI | 8,341 |
| | | | Chippewa Valley Newspapers | Chippewa Falls | WI | 6,207 |
| | | | Leader-Telegram | Eau Claire | WI | 24,136 |
| | | | Kenosha News | Kenosha | WI | 22,066 |
| | | | La Crosse Tribune | La Crosse | WI | 28,760 |
| | | | Wisconsin State Journal | Madison | WI | 88,159 |
| | | | Daily Register | Portage | WI | 3,592 |
| | | | The Journal Times | Racine | WI | 22,476 |
| West Virginia | 188,644 | 25% | | | | |
| | | | The Register-Herald | Beckley | WV | 17,275 |
| | | | Bluefield Daily Telegraph | Bluefield | WV | 12,805 |
| | | | Gazette-Mail | Charleston | WV | 51,649 |
| | | | Clarksburg Exponent-Telegram | Clarksburg | WV | 16,348 |
| | | | Times West Virginian | Fairmont | WV | 8,114 |
| | | | Mineral Daily News Tribune | Keyser | WV | 2,487 |
| | | | The Journal | Martinsburg | WV | 13,820 |
| | | | The Dominion Post | Morgantown | WV | 18,307 |
| | | | The Parkersburg News And Sentinel | Parkersburg | WV | 22,157 |
| | | | Princeton Times | Princeton | WV | 1,580 |
| | | | Sunday News-Register | Wheeling | WV | 24,102 |
| Wyoming | 24,661 | 10% | | | | |
| | | | Casper Star-Tribune | Casper | WY | 18,014 |
| | | | Daily Rocket-Miner | Rock Springs | WY | 6,647 |
| **Total Circulation** | **22,946,954** | | | | | |

Source: Parade 1/3/2016 circulation based on AAM, newspaper publisher statements & estimates,  or most recent audit.  Households based on Nielsen 2014

# EXHIBIT E

**CITIES WITH SHIPYARD, STEEL, AND REFINERY**
**FACILITIES FROM 1940 TO 1970**
**(LISTED BY DMA)**

| DMA | Highest Circulating Sunday Newspaper |
| --- | --- |
| Abilene-Sweetwater, TX | Abilene Reporter |
| Albany-Schenectady-Troy, NY | Albany Times Union |
| Albuquerque-Santa Fe, NM | Albuquerque Journal |
| Alexandria, LA | Alexandria Town Talk |
| Amarillo, TX | Amarillo Globe-News |
| Lake Charles, LA | American Press |
| Anchorage, AK | Anchorage Daily News |
| Anniston, AL | Anniston Star |
| Phoenix, AZ | Arizona Republic |
| Little Rock-Pine Bluff, AR | Arkansas Democrat-Gazette |
| Atlanta, GA | Atlanta Journal-Constitution |
| Bakersfield, CA | Bakersfield Californian |
| Baltimore, MD | Baltimore Sun |
| Baton Rouge, LA | Baton Rouge Advocate |
| Beaumont-Port Arthur, TX | Beaumont Enterprise |
| Billings-Hardin, MT | Billings Gazette |
| Birmingham, AL | Birmingham News |
| Minot-Bismarck-Dickinson, ND | Bismarck Tribune |
| Boston, MA | Boston Globe |
| Buffalo, NY | Buffalo News |
| Casper-Riverton, WY | Casper Star-Tribune |
| Champaign-Springfield-Decatur, IL | Champaign News-Gazette |
| Charleston-Huntington, WV | Charleston Gazette, Daily Main, Sun Gazette |
| Charleston, SC | Charleston Post and Courier |
| Cheyenne-Scottsbluff-Sterling, WY | Cheyenne Wyoming Tribune-Eagle |
| Chicago, IL | Chicago Tribune |
| Cincinnati, OH | Cincinnati Enquirer |
| Binghamton, NY | CNY Newspaper |
| Corpus Christi, TX | Corpus Christi Caller-Times |
| Denver, CO | Denver Post |

**CITIES WITH SHIPYARD, STEEL, AND REFINERY**
**FACILITIES FROM 1940 TO 1970**
**(LISTED BY DMA)**

| DMA | Highest Circulating Sunday Newspaper |
| --- | --- |
| Duluth, MN-Superior, WI | Duluth News Tribune |
| El Paso, TX | El Paso Times |
| Erie, PA | Erie Times-News |
| Evansville, IN | Evansville Courier & Press |
| Great Falls, MT | Great Falls Tribune |
| Green Bay, WI | Green Bay Press-Gazette |
| Biloxi-Gulfport-Pascagoula, MS | Gulfport Sun-Herald |
| Hattiesburg-Laurel, MS | Hattiesburg American |
| Honolulu, HI | Honolulu Star-Advertiser |
| New Orleans, LA | Houma Courier |
| Houston, TX | Houston Chronicle |
| Harrisburg-Lancaster-Lebanon-York, PA | Intelligencer Journal |
| Tri-Cities, TN | Kingsport Times News |
| Knoxville, TN | Knoxville News-Sentinel |
| Portland-Poland Spring, ME | Lewiston Sun Journal |
| Lincoln-Hastings-Kearney, NE | Lincoln Journal Star |
| Los Angeles, CA | Los Angeles Times |
| Lubbock, TX | Lubbock Avalanche-Journal |
| San Francisco-Oakland-San Jose, CA | Mercury News |
| Odessa-Midland, TX | Midland Reporter-Telegram |
| Milwaukee, WI | Milwaukee Journal Sentinel |
| Missoula, MT | Missoulian |
| Monroe-El Dorado, LA | Monroe News-Star |
| Lansing, MI | Morning Star |
| New York, NY | New York Daily News |
| Greensboro-High Point-Winston-Salem, NC | News & Record |
| Norfolk-Portsmouth-Newport News-Hampton, VA | Norfolk Virginian-Pilot |
| Oklahoma City, OK | Oklahoman |
| Omaha, NE | Omaha World-Herald |
| Portland-Auburn, OR | Oregonian |
| Panama City, FL | Panama City News-Herald |
| Parkersburg, WV | Parkersburg News and Sentinel |

**CITIES WITH SHIPYARD, STEEL, AND REFINERY**
**FACILITIES FROM 1940 TO 1970**
**(LISTED BY DMA)**

| DMA | Highest Circulating Sunday Newspaper |
| --- | --- |
| Peoria, IL-Bloomington, IN | Peoria Journal Star |
| Philadelphia, PA | Philadelphia Inquirer/Daily News |
| Pittsburgh, PA | Pittsburgh Post Gazette |
| Mobile, AL-Pensacola, FL | Press-Register |
| Providence, RI | Providence Journal |
| Davenport-R. Island-Moline, IL | Quad City Times |
| Quincy-Hannibal-Keokuk, IL | Quincy Herald-Whig |
| Rapid City, SD | Rapid City Journal |
| Reno, NV | Reno Gazette Journal |
| Richmond-Petersburg, VA | Richmond Times Dispatch |
| Roanoke-Lynchburg, VA | Roanoke Times |
| Rockford, IL | Rockford Register Star |
| Sacramento-Stockton, CA | Sacramento Bee |
| Salt Lake City, UT | Salt Lake Tribune/Deseret News |
| San Antonio, TX | San Antonio Express-News |
| San Diego, CA | San Diego Union Tribune |
| San Francisco-Oakland-San Jose, CA* | San Francisco Chronicle* |
| Santa Barbara-Santa Maria-San Luis Obispo, CA | San Luis Obispo Tribune |
| Savannah, GA | Savannah Morning News |
| Seattle-Tacoma, WA | Seattle Times |
| Sherman-Ada, OK | Sherman Herald Democrat |
| Shreveport, LA-Texarkana, TX | Shreveport Times |
| Southbend-Elkhart, IN | Southbend Tribune |
| Spokane, WA | Spokane Spokesman Review |
| St. Louis, MO | St Louis Post Dispatch |
| Minneapolis-St. Paul, MN | Star Tribune |
| Tallahassee-Thomasville, FL | Tallahassee Democrat |
| Miami-Ft. Lauderdale, FL | Tampa Bay Times |
| Tampa-St. Petersburg, FL | Tampa Bay Times |
| Terre Haute, IN | Terre Haute Tribune-Star |
| Jackson, MS | The Clarion-Ledger |
| Columbus, OH | The Columbus Dispatch |

# CITIES WITH SHIPYARD, STEEL, AND REFINERY
# FACILITIES FROM 1940 TO 1970
# (LISTED BY DMA)

| DMA | Highest Circulating Sunday Newspaper |
| --- | --- |
| Memphis, TN | The Commercial Appeal |
| Louisville, KY | The Courier-Journal |
| Lafayette, LA | The Daily Advertiser |
| Grand Junction-Montrose, CO | The Daily Sentinel |
| Dallas-Ft. Worth, TX | The Dallas Morning News |
| Flint-Bay City-Saginaw, MI | The Flint Journal |
| Jacksonville, FL | The Florida Times-Union |
| Fargo-Valley City, MN | The Forum |
| Fresno-Visalia, CA | The Fresno Bee |
| Grand Rapids-Kalamazoo-Battle Creek, MI | The Grand Rapids Press |
| Hartford-New Haven, CT | The Hartford Courant |
| Indianapolis, IN | The Indianapolis Star |
| Joplin-Pittsburgh, KS | The Joplin Globe |
| Ft. Wayne, IN | The Journal Gazette News-Sentinel |
| Kansas City, KS | The Kansas City Star |
| Lima, OH | The Lima News |
| Harlingen-Weslaco-Brownsville-McAllen, TX | The Monitor |
| Detroit, MI | The Oakland Press |
| Cleveland, OH | The Plain Dealer (Cleveland) |
| Nashville, TN | The Tennessean |
| Toledo, OH | Toldeo Blade |
| Traverse City-Cadillac, MI | Traverse City Record-Eagle |
| Tulsa, OK | Tulsa World |
| Twin Falls, OK | Twin Falls Times-News |
| Tyler-Longview, TX | Tyler Morning Telegraph |
| Waco-Temple-Bryan, TX | Waco Tribune-Herald |
| Wheeling-Steubenville, WV | Wheeling News Intelligencer/Record |
| Wichita-Hutchinson, KS | Wichita Eagle |
| Wichita Falls-Lawton, OK | Wichita Falls Times Record News |
| Wilmington, NC | Wilmington Star News |
| Youngstown, OH | Youngstown Vindicator |

* Newspaper included due to high claims filing rate in San Francisco.

# EXHIBIT F



Aol Advertising is the world's most effective and efficient marketplace for the buying and selling of digital advertising. Aol Advertising integrates AOL's leading media properties, proprietary's behavioral technology and Advertising.com's mass reach into a unified solution for advertisers and publishers. Aol Advertising maintains the largest reach in the industry - over 90% of the entire Internet universe.

## Site List

The following list represents the sites on which the campaign may appear. Delivery is not guarantee on a specific site. Please note that the composition of this proposed site list is subject to change based on client request, or with the addition of sites to the Ad.com Network that meet the client's specified targeting criteria.

### Site

AOL Mail
AOL.COM
AOL.QC.ca
AOL.ca
AOL.ca - MonBebe.com
AOL.ca - MusicMe.com
AOL.ca - Reverso.com
AOL.ca - Wikio.com
AOL.fr
AP.org
About.com
AccuWeather.com
ActiveBeat.com [Smartphone - Web]
Aggregated Sites - Hearst - URLs available upon request
Aggregated Sites - Netshelter- URLs Upon Request
Aggregated Sites - Scripps - URLs By Request
Aggregated URLs - Wiki.Answers - URLs Upon Request
Aggregated URLs- Answers -URLs Upon Request
Aggregated URLs- Carambola -URLs Upon Request
Aggregated URLs- Gannett -URLs Upon Request
Aggregated URLs- Pubmatic Hearst- URLs Upon Request
AllKPop.com
America Online
America Online- Spanish Mail
Answers.com [Tablet - Web]
BarnesAndNoble.com
BleacherReport.com
BusinessInsider.com
CBSNews.com
CNN.com
ChicagoTribune.com
Cnet.com
DIYNetwork.com
Dailymail.co.uk [Smartphone - Web]
DallasNews.com
Dummies.com
EgoKick.com
Examiner.com
Food.com
Foodtv.com
FoxBusiness.com
FoxNews.com
FoxSports.com
Fr.Canoe.Ca
FrancoisCharron.com
Frontdoor.com
Gannett.com
GreatRentals.com
HUFFINGTONPOST.CA
Healthy Living - Health - Mobile Web Articles [Smartphone]
Hgtv.com
HuffPost Home - Mobile Web Articles [Smartphone - Web]
HuffPost Science - News - Mobile Web Articles
HuffingtonPost.com
JournaldeMontreal.com
KSL.com
Legacy.com
Life.com

### Site

Observer.com
Parade.com
PlaisirSante.ca
Pubmatic RTB AccuWeather.com
RSVLTS.com [Smartphone - Web]
Retrevo.com
STLToday.com
Salary.com
ScienceDaily.com [Smartphone - Web]
Selection.ca
THR.com
TUAW - Technology - Mobile Web Articles [Smartphone - Web]
TVA.Canoe.ca
TVANouvelles.ca
ThoughtCatalog.com
Travelchannel.com
Tribune.com
UPI.com
USAToday.com
USWeekly.com
Undisclosed
Undisclosed Major Canadian Portal
WashingtonPost.com
Weather.com
WeatherBug.com [Tablet - App]
Wiki.Answers.com
WunderGround.com
Wunderground.com
Yahoo.com
Zillow.com
cookingchanneltv.com
dallasnews.com
huffingtonpost.com
www.About.com
www.AmericanPregnancy.org [Smartphone - Web]
www.Examiner.com
www.FoxSports.com
www.NYDailyNews.com
www.aol.com
www.bgr.com
www.bizjournals.com
www.businessinsider.com
www.calgaryplus.ca
www.canadaplus.ca
www.cnn.com
www.cracked.com [Tablet - App]
www.cyberrentals.com
www.edmontonplus.ca
www.francoischarron.com
www.gawker.com [Smartphone - Web]
www.guardiannews.com
www.hollywoodlife.com
www.huffingtonpost.com [Smartphone - Web]
www.io9.com
www.journaldemontreal.com
www.lifehacker.com
www.microsoft.ca
www.montrealplus.ca

| Site | Site |
| --- | --- |
| LifeScript.com | www.ottawaplus.ca |
| MSN.ca | www.quebecplus.ca |
| MSNBC.com | www.theblaze.com |
| MapQuest | www.time.com [Smartphone - Web] |
| MedicalDaily.com | www.torontoplus.ca |
| Merriam-Webster.com | www.tribune.com [Smartphone - Web] |
| MyNewsLA.com | www.tva.canoe.ca |
| NBC.com | www.tvanouvelles.ca |
| NBCSports.com | www.vancouverplus.ca |
| NYsun.com | www.weather.com |
| NyTimes.com | www.weatherbug.com |
| OKMagazine.com | www.wiki.answers.com [Tablet - Web] |

# EXHIBIT G



## Site List

The following list represents examples of sites on which the campaign may appear. Delivery is not guarantee on a specific site. Please note that the composition of this proposed site list is subject to change based on client request, or with the addition of sites to the Network.

| Type | Site |
| --- | --- |
| Automotive | Yahoo Autos |
| Business & Finance | Yahoo Finance |
| Education | Yahoo Education |
| Entertainment | Yahoo Celebrity |
| Fashion & Beauty | Yahoo Beauty |
| Food & Cooking | Yahoo Food |
| Gaming | Yahoo Games |
| Health & Wellness | Yahoo Beauty |
| Home & Family | Yahoo Homes |
| Music | Yahoo Music |
| News & Information | Yahoo News |
| Sports | Yahoo Sports |
| Technology | Yahoo Tech |
| Television | Yahoo Shine |

# EXHIBIT H

# Garlock and Coltec Bankruptcy
# Overview of the Disclosure Statement and the Plan of Reorganization

Garlock Sealing Technologies LLC, The Anchor Packing Company, and Garrison Litigation Management Group, Ltd., along with representatives of asbestos claimants, have reached a comprehensive settlement permanently resolving present and future asbestos personal injury claims.  The settlement incorporated in a new plan of reorganization (the "Plan") governs how claims will be funded and paid.  Coltec Industries Inc, the parent of Garlock and Garrison, will be merged into a proposed company, OldCo, LLC, as part of the settlement and will file a bankruptcy case if claimants approve the Plan.  Together, these companies are referred to as the "Debtors."

- If you have an asbestos-related personal injury claiming exposure to asbestos-containing gaskets, packing, or equipment for which the Debtors may be responsible, you may have an opportunity to vote on the Plan.  The Plan applies to claims for which Garlock or Coltec may responsible, including Coltec-related divisions or businesses Fairbanks Morse, Quincy Compressor, Central Moloney, Delavan, France Compressor, and Farnam.

- If approved, the Plan will establish a Trust funded with $480 million to pay asbestos claims against Garlock, Garrison, and Coltec.  If the Plan is approved, all claims must be filed against the Trust.  You will not be able to file claims against the Debtors or other protected parties.

- Asbestos Claimants who have not yet been diagnosed with any disease or experienced any symptoms are represented in the bankruptcy proceeding by the Court-appointed Future Claimants' Representative and will be treated like any other Asbestos Claimant.

- Certain deadlines for filing asbestos claims against Garlock have already passed. **If you have an asbestos claim against Coltec based on a disease diagnosed on or before August 1, 2014 you need to be aware of some important deadlines.  If you filed a lawsuit against any defendant or have a claim against any asbestos trust that was filed on or before August 1, 2014 you need to cast a ballot before December 9, 2016 or else file a proof of claim by the deadline set by the Bankruptcy Court (likely to be March 2, 2017).**  If you do not file a claim, you may lose your right to bring your Coltec claim against the Trust in the future.

## WHAT THIS OVERVIEW CONTAINS

## GENERAL INFORMATION
1.  What is this Bankruptcy Case about?

1

2.  What is a Disclosure Statement?
3.  What is Chapter 11?

**THE PLAN**
4.  What is the purpose of the Plan?
5.  How was the Plan developed?
6. Does this Plan provide improvements over the previous Second Amended Plan?

7. Who is included in the Plan?
8.  How does the Plan affect Asbestos Claimants?
9.  How will Current and Future Asbestos Claimants receive payment from the Trust**?**
10. How are Asbestos Claims funded under the Plan?
11.  What is the Claims process?
12.  What is my remedy if my Claim is denied or I disagree with the amount of my payment?
13.  How will payment amounts be calculated?
14.  Is there a date by which Asbestos Claimants must file a Claim?
15. How will the Trust be administered?

**THE VOTING PROCESS**
16.  Who can vote?
17.  How will the voting process work?
18.  What happens if I send more than one vote for the same Claim or I don't file a ballot on time?
19.  What if I don't like the Plan, can I object to it?

**THE CONFIRMATION HEARING**
20.  When and where will the Bankruptcy Court decide whether to approve the Plan?


GENERAL INFORMATION


**1.  What is this Bankruptcy Case about?**

Garlock Sealing Technologies LLC ("GST") is a manufacturing company that formerly made asbestos-containing gaskets and packing.  The Anchor Packing Company ("Anchor") was a sealing products distributor, and subsidiary of GST that sold fluid sealing materials, including gaskets and packing, some of which contained asbestos.  Anchor and GST's asbestos-containing  products were used in places where steam, hot liquid, or acids moved through pipes, including in shipbuilding, oil refinery, chemical, paper and pulp, semi-conductor, power, and construction industries as well as in maritime/naval vessels.

In 1994, Anchor stopped operations and GST transferred its equity interest in Anchor (ownership interest) to Garrison.  Garrison manages the defense and resolution of asbestos claims against GST and Anchor.

Some businesses of Coltec Industries Inc ("Coltec") manufactured certain equipment that contained asbestos-containing components in the past—often, though not exclusively, such components were manufactured by GST.  Coltec-related divisions or businesses that may have sold asbestos-containing products or equipment were Fairbanks Morse, Quincy Compressor, Central Moloney, Delavan, France Compressor, and Farnam.

Although the Debtors deny that the asbestos in these products was a health hazard, over decades GST has received hundreds of thousands of claims from individuals who claim asbestos-related disease caused in part by GST's products. Coltec also received tens of thousands of claims.  Given the number of pending claims, the Debtors decided to resolve their responsibility for asbestos claims in a Chapter 11 bankruptcy.

**2.  What is a Disclosure Statement?**

You received the Disclosure Statement because it is a summary of information about the case.  It contains more detailed information about GST's history, asbestos litigation against GST, and significant events that have occurred and are expected to occur during this Chapter 11 bankruptcy case.  It also provides more detail about the Plan, what happens if the Plan is confirmed, and how claims will be resolved and payments will be made through the Claims Resolution Procedures ("CRP").  In addition, the Disclosure Statement discusses the confirmation process and the voting procedures that holders of Asbestos Claims must follow for their votes to be counted.

**3.  What is Chapter 11?**

Chapter 11 of the Bankruptcy Code permits a debtor (bankruptcy filer) to either reorganize or sell (liquidate) its business for the benefit of its creditors, interest holders, claimants, and other parties involved.  The main objectives of Chapter 11 are to: 1) propose a plan of reorganization (to manage debt and preserve a company's business) or liquidation (selling off assets to pay debt), 2) have eligible claimants (claim holders) or investors vote to accept or reject the plan, and, 3) after the court approval, carry out the plan.

## THE PLAN

**4.  What is the purpose of the Plan?**

The primary purpose of the Plan is to permanently resolve and pay asbestos-personal injury claims and non-asbestos claims, and preserve GST's business for the benefit of its employees and shareholders.  Under the Plan, a $480 million Trust or Settlement Facility will be established to pay current and future Asbestos Claims against GST and Coltec.

**In exchange, the Court will enter an "injunction" (a ban) permanently prohibiting the filing of asbestos-related claims against GST, Garrison, Coltec, and other affiliated companies.**

3

**5.  How was the Plan developed?**

The Plan follows almost six years of vigorously contested litigation and is the result of months of extensive negotiations among the Plan Proponents.  Those Proponents include the Debtors, the Official Committee of Asbestos Personal Injury Claimants, the Ad Hoc Coltec Asbestos Claimants Committee, the Future Asbestos Claimants' Representative ("FCR"), and the Ad Hoc Coltec Future Claimants' Representative.  The FCR is an independent lawyer who was appointed by the Bankruptcy Court to represent the interests of future GST Asbestos Claimants.  He also represented future Coltec Asbestos Claimants in the Plan negotiations and will be appointed as FCR for future Coltec Asbestos Claimants once Coltec files its Chapter 11 case.  Future Asbestos Claimants are individuals who may have been exposed to Garlock products in the past but are not yet ill with an asbestos disease.  The FCR engaged experienced legal counsel, financial advisors, and asbestos claims experts to represent and advise him in these cases and in the Plan negotiations.

The Plan provides for significant improvements for Asbestos Claimants as compared to earlier plans of reorganization proposed by the Debtors but not confirmed.  The claims payment procedures under the Plan are designed to pay valid current and future Asbestos Claimants fairly over time from increased funding provided by the Debtors.

If the Plan is not confirmed, all parties have reserved all their rights to pursue alternative courses of action in the Chapter 11 Cases.

**6.  Does this Plan provide improvements over the previous Second Amended Plan?**

From the perspective of holders of Asbestos Claims, the Plan improves upon the Second Amended Plan previously proposed.

- The Plan provides $480 million in guaranteed funding for Asbestos Claims that now includes both Garlock and Coltec Claimants.  The Second Amended Plan provided only $327.5 million in guaranteed funding for Garlock Asbestos Claims.

- The Second Amended Plan also provided $30 million for resolving Asbestos Claims by litigation, as well as $132 million (nominal) in contingent contributions for such litigation.  But claimants who chose to litigate would only be paid if they obtained a judgment, litigation costs would also have been paid from the litigation fund, and the $132 million would only have become available as necessary over a 40-year period according to a fixed schedule.

- Plan Proponents and their experts believe that the increased funding is large enough that claimants will receive higher payments under the Plan than they would have received under the Second Amended Plan.

- More claimants are eligible for payments under the Plan than under the Second Amended Plan because, for example, the Plan pays claimants alleging cancers other than mesothelioma, lung cancer, and laryngeal cancer, and also pays claimants alleging non-severe asbestosis.

- Debtors also support the Plan, which will bring certainty and finality to their responsibility for Asbestos Claims, and will avoid further protracted and costly litigation in the Garlock bankruptcy case.

**7.  Who is included in the Plan?**

The chart below summarizes the Classes that are included in the Plan.  More detail is available in the Disclosure Statement.  Class 5 consists of all Asbestos Claims against GST, Coltec, or Garrison, and is the only Class of Claims to vote on the Plan. (GST/Garrison Equity Interests will also vote on the Plan.)  The rights of all other Classes are not adversely affected (impaired) by the Plan and therefore these Classes will not vote.

| Class | Vote on Plan? |
|---|---|
| Class 1 – Priority Claims | No |
| Class 2 – Secured Claims | No |
| Class 3 – Workers Compensation Claims | No |
| Class 4 – Intercompany Claims | No |
| Class 5 –Asbestos Claims | Yes |
| Class 6 – GST General Unsecured Claims | No |
| Class 7 – Coltec General Unsecured Claims | No |
| Class 8 – Anchor Claims | No |
| Class 9 – GST/Garrison Equity Interests | Yes |
| Class 10 – Other Debtor Equity Interests | No |

**8. How does the Plan affect Asbestos Claimants?**

There are four principal types of asbestos-related claims:

- <u>Current and Future GST and Coltec Asbestos Claims</u>
  Claims with no fixed dollar amount (because they have not been tried to judgment or settled) will be evaluated and paid as outlined in Question 9 through either Expedited Claim Review or Extraordinary Claim Review.

- <u>Settled GST Asbestos Claims</u>
  Claims filed on or before the Settled Claims Bar Date (October 6, 2015) that are not disputed by the Debtors or subject to enforceable settlement agreements as determined by the Trustee will be paid. A list of these Settled GST Asbestos Claims are in Appendix VI to the CRP.  Total payments on these Claims are

limited to $10 million.  There are no Coltec Asbestos Claims that are settled and unpaid or the subject of court judgments.

- Pre-Petition Judgment GST Asbestos Claims
  Pre-Petition Judgment Claims have received judgments (rulings) that are currently on appeal either by GST or the claimant.  Pre-Petition Judgment GST Asbestos Claimants must have filed their proof of claim on or before the Asbestos Claims Bar Date (October 6, 2015) or obtained relief from the Bankruptcy Court. Debtors believe there are only two such Pre-Petition Judgment GST Asbestos Claims as listed in Appendix VII to the CRP.

Foreign Asbestos Claims are claims held by individuals who are not citizens or permanent residents of the United States and whose claims are not based on alleged exposure to asbestos in the United States.  Generally, these claims are not eligible for payments from the Trust.  If a Foreign Asbestos Claimant files a lawsuit in the United States and can meet the CRP criteria, he or she will be offered payments as outlined in the Disclosure Statement.

Indirect Claims by third parties relating to indemnification, contribution, subrogation (for example, an insurer seeking reimbursement for medical expenses it paid to an Asbestos Claimant) or similar Claims will be paid subject to the same requirements of the CRP. It appears that no Indirect Claims were submitted by the Asbestos Claims Bar Date.

**9. How will Current and Future Asbestos Claimants receive payment from the Trust?**

To be eligible for any settlement offer, Asbestos Claimants must demonstrate contact with the asbestos-containing products of Coltec and GST and the length of time of exposure to these products.  Types of contact include:  direct contact, bystander, or secondary contact.

Direct contact means the hands-on performance of one of the following workplace activities on a regular basis: (a) grinding, scraping, or wire-brushing of GST asbestos gaskets in the removal process; (b) cutting individual gaskets from GST asbestos sheet material; (c) cutting or removal of GST asbestos packing; (d) grinding, scraping or wire brushing of asbestos gaskets contained in a Coltec Product in the removal process; (e) cutting individual gaskets from asbestos sheet material for installation in a Coltec Product; or (f) cutting or removal of asbestos packing contained within a Coltec Product.

Asbestos Claimants may choose one of two options: **Expedited Claim Review** or **Extraordinary Claim Review**.  For almost all Asbestos Claimants, Expedited Claim Review will provide the greatest settlement offer.  Extraordinary Claim Review requires special circumstances and is subject to additional verification and documentation as explained below.

**Expedited Claim Review**

Maximum Settlement Values are based on the Asbestos Claimant's occupation and industry at the time of exposure. Occupations and industries are divided into five Contact Groups based on assumed frequency and intensity of contact with Coltec/GST Products in specific occupations and industries. Multiple factors will be used to calculate an offer to be made to each Asbestos Claimant. Each factor is assigned a value on a scale that will be multiplied together and then multiplied as a percentage by the appropriate Maximum Settlement Values to determine a settlement offer. The Factors are:

- Medical Information
  Diseases compensated under the CRP are: malignant mesothelioma, asbestos-related lung cancer, severe asbestosis, other asbestos-related cancer (colo-rectal, laryngeal, esophageal, pharyngeal or stomach cancer), and non-severe asbestosis. Each disease is assigned a value in the calculation.

- Age
  Younger Injured Parties will receive higher Age Factor values than older Injured Parties.

- Life Status
  A claim based on an Injured Party who is alive at the time the claim is filed will receive a higher Life Status Factor value than a claim filed on behalf of a deceased Injured Party.

- Dependents
  The existence of spouses or dependents who receive half of their financial support from an Injured Party will lead to higher Dependent Factor values.

- Economic Loss
  Economic loss related to earnings, pensions, medical expenses and the like, will be calculated within a range and assigned an Economic Loss Factor value.

- Duration of Coltec/GST Product Contact
  The Duration Factor will be based on the Injured Party's time performing the activity or activities that resulted in Coltec/GST Product Contact.

- Jurisdiction/Law Firm Factors
  Current claimants will have the opportunity to demonstrate a jurisdiction or law firm associated with higher settlements and/or verdicts, which could lead to higher settlement offers.

**Extraordinary Claim Review**

**Claims are eligible for this review only if they:**
- Meet all Injured Party requirements in the CRP

7

- Claim a malignant disease (*i.e.*, malignant mesothelioma, asbestos-related lung cancer, or other asbestos-related cancer).
- Can document a history of (a) extraordinary Coltec/GST Product Contact with little or no exposure to asbestos from other entities' products, and (b) no substantial recovery has been obtained or is likely to be obtained from any source other than the Trust.

The maximum potential settlement offer for an Extraordinary Claim will be five times the Expedited Claim Review settlement offer.  The Trustee will decide whether a Claim is an Extraordinary Claim and whether any appeal can be made to the Extraordinary Claims Panel.  The decision by the Extraordinary Claims Panel is final and cannot be appealed.

### 10.  How are Asbestos Claims funded under the Plan?

The Trust will be funded as follows:

| Settlement Facility | Contribution | When |
|---|---|---|
| GST or Garrison | $370,000,000 | Effective Date of Plan |
| Coltec | $30,000,000 | Effective Date of Plan |
| **Option to Purchase EnPro[1] Stock for $1** | **$20,000,000** | **Prior to 1st Anniversary of the Effective Date** |
| **Coltec Deferred Contribution** | **$60,000,000** | **On or Before 1st Anniversary of Effective Date** |
| **Total Amount:** | **$480,000,000** | |

### 11.  What is the Claims process?

Claims will be processed on a first-in, first-out ("FIFO") basis.  The CRP contain deadlines for filing and the cost of filing fees.  If a Claimant accepts a settlement offer he/she will be required to sign releases of the Trust and other parties. Payment will occur in the order releases are received.

### 12.  What is my remedy if my Claim is denied or I disagree with the amount of my payment?

Claimants who do not receive settlement offers under the Expedited Claim Review, or who disagree with offers, can pursue binding or non-binding arbitration.  If this does not

---

[1]Garlock and Garrison are wholly owned subsidiaries of Coltec.  Coltec is wholly owned by EnPro, a North Carolina corporation headquartered in Charlotte, North Carolina.  EnPro is the ultimate parent of the Debtors.

resolve the dispute, the Claimant can file a lawsuit against the Trust.

The Trustee's decisions regarding Extraordinary Claim offers will not be reviewed by any court. But the determination of whether a claim is an Extraordinary Claim can be reviewed by an Extraordinary Claim Review Panel created to hear such appeals. The decisions of the panel are final and unreviewable.

### 13.  How will payment amounts be calculated?

If the Bankruptcy Court approves the Plan, payment amounts will be calculated by the Trust using the guidelines and processes outlined in the CRP. The Trust's website will include a calculator that can help Asbestos Claimants decide which option would give them the greatest settlement offer. For almost all Asbestos Claimants, it is expected that Expedited Claim Review will yield a higher offer. A Claim will be eligible for Extraordinary Claim Review only under special circumstances as outlined above.

### 14.  Is there a date by which Asbestos Claimants must file a Claim?

Certain deadlines for filing asbestos claims against Garlock have already passed. **If you have an asbestos claim against Coltec based on a disease diagnosed on or before August 1, 2014 you need to be aware of some important deadlines. If you filed a lawsuit against any defendant or have a claim against any asbestos trust that was filed on or before August 1, 2014 you need to cast a ballot before December 9, 2016 or else file a proof of claim by the deadline set by the Bankruptcy Court (likely to be March 2, 2017).** If you do not file a claim, you may lose your right to bring your Coltec claim against the Trust in the future, which includes a claim related to any Coltec division or business that may have sold asbestos-containing products or equipment were Fairbanks Morse, Quincy Compressor, Central Moloney, Delavan, France Compressor, and Farnam.

### 15. How will the Trust be administered?

The Trustee will administer the Trust, and will be responsible for holding and investing the Trust's assets; paying the Trust's liabilities and expenses; hiring employees, agents, and experts; and administering the CRP, among other duties.

The Trustee will be advised by a Claimants Advisory Committee ("CAC") and the FCR. The CAC will consist of nine attorneys representing asbestos personal injury claimants, including Asbestos Claimants. The CAC will be responsible for representing the interests of current Asbestos Claimants. The FCR will represent the interests of future Asbestos Claimants. The Trustee is required to consult with the CAC and FCR regarding certain matters relating to the payment of claims.

### THE VOTING PROCESS

**16. Who can vote?**

Only Class 5 can vote.  The Debtors believe that all other Classes of Claims are "unimpaired."  This means these Classes are assumed to approve the Plan because their rights will not be affected by the Plan.

Class 5 will be considered to have accepted the Plan if 75% or more in number and at least two-thirds (2/3) in dollar amount of the Claims that actually voted have voted in favor of the Plan.

If the Plan is confirmed, all Holders of Claims against, or Equity Interests in, Debtors, are bound by the terms of the plan, including any injunction(s), regardless of whether they voted.

**17.  How will the voting process work?**

Class 5 voting procedures have been established in the Confirmation Procedures Order, and are also contained in the Voting Procedures enclosed in the Solicitation Package.

Solicitation Packages with forms of Ballots for Holders of Class 5 Asbestos Claims will be distributed on August 1, 2016 as described in the Voting Procedures.  The Solicitation Package will also be sent to those that inquire as a result of the media notice that is part of the Notice Program attached to the Confirmation Procedures Order.

To be counted, your signed ballot indicating your acceptance or rejection of the Plan must be received by Rust Consulting/Omni Bankruptcy, the appointed voting agent, no later than **December 9, 2016**.  Ballots should be sent by mail or overnight delivery to:

Garlock Sealing Technologies LLC, et. al
c/o Rust Consulting/Omni Bankruptcy
Attn: Balloting Agent
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367

The Order Approving Disclosure Statement and Procedures for Solicitation, available at www.GarlockNotice.com, provide more information on the voting process.

**18.  What happens if I send more than one vote for the same Claim or I don't file a ballot on time?**

If you send more than one vote for the same claim, the last ballot received will be the vote that is counted.  Any ballot not filed on time will not be counted.

10

**19.  What if I don't like the Plan, can I object to it?**

If you object to the Plan, you must file any objections by mail or courier on time and follow the guidelines in the attached Disclosure Statement.

Holders of Claims against GST, Garrison or Anchor must file any response or objection to the Plan so that it is received no later than **December 9, 2016**.

Holders of Claims against Coltec must file any response or objection to the Plan so that it is *actually received* no later than **March 10, 2017**.


THE CONFIRMATION HEARING

**20.  When and where will the Bankruptcy Court decide whether to approve the Plan?**

The Bankruptcy Court will hold a confirmation hearing at 10:00 a.m. Eastern time on May ___, 2017 at the United States Bankruptcy Court, Room 1-4, 401 West Trade Street, Charlotte, NC. The Court may adjourn the hearing from time to time without notice except for an announcement of the adjourned date at the hearing or any adjournment of the hearing.

# EXHIBIT C

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division**

| | |
|---|---|
| IN RE: | Case No. 10-BK-31607 |
| GARLOCK   SEALING   TECHNOLOGIES LLC, et al., | Chapter 11 |
| Debtors.[1] | Jointly Administered |

**NOTICE OF NON-SOLICITATION AND NON-VOTING STATUS FOR
MODIFIED JOINT PLAN OF REORGANIZATION OF GARLOCK
SEALING TECHNOLOGIES LLC ET AL. AND OLDCO, LLC,
SUCCESSOR BY MERGER TO COLTEC INDUSTRIES INC**

**TO CREDITORS AND PARTIES IN INTEREST OF OLDCO, LLC ("COLTEC"),
SUCCESSOR BY MERGER TO COLTEC INDUSTRIES INC:**

    **PLEASE TAKE NOTICE** that on July 29, 2016, the debtors and debtors-in-possession in the jointly administered chapter 11 cases of *In re Garlock Sealing Technologies LLC*, *In re Garrison Litigation Management Group, Ltd.* and *In re The Anchor Packing Company* (collectively, the "Garlock Debtors") filed a Disclosure Statement (the "Disclosure Statement") regarding the Modified Joint Plan of Reorganization of Garlock Sealing Technologies LLC, et al. and OldCo, LLC, Proposed Successor by Merger to Coltec Industries Inc, dated May 20, 2016 (and modified June 21, 2016, July 29, 2016, and December 2, 2016) (as it may be further amended, supplemented or modified, the "Plan").

All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Plan.

    **PLEASE TAKE FURTHER NOTICE** that the Garlock Debtors, the Official Committee of Asbestos Personal Injury Claimants and the Future Asbestos Claimants' Representative in the Garlock Debtors' chapter 11 cases are plan proponents, as are Coltec Industries Inc[2], the Ad Hoc Coltec Future Asbestos Claimants' Representative and the Ad Hoc Coltec Asbestos Claimants Committee.

---

[1]   The debtors in these jointly administered cases are Garlock Sealing Technologies LLC, Garrison Litigation Management Group, Ltd., The Anchor Packing Company and OldCo, LLC, successor by merger to Coltec Industries Inc.

[2]   Coltec Industries Inc includes, but is not limited to, its following predecessors or former divisions: Fairbanks Morse Engine, Fairbanks Morse Pump, Quincy Compressor, Central Moloney, France Compressor, Delavan, and Farnam.

9290955

**PLEASE TAKE FURTHER NOTICE** that, after notice and a hearing pursuant to Bankruptcy Code § 1125, the Bankruptcy Court approved the Disclosure Statement in the Garlock Debtors' chapter 11 cases as providing adequate information for Holders of Claims and Equity Interests to make a decision as to whether to vote to accept or to reject the Plan.

**PLEASE TAKE FURTHER NOTICE** that solicitation of the Plan was conducted by Coltec Industries Inc pursuant to section 1125(g) and 1126(b) of the Bankruptcy Code and Bankruptcy Rule 3018(b) with respect to Coltec, which became a successor by merger to Coltec Industries Inc as of December 31, 2016.

**PLEASE TAKE FURTHER NOTICE** that on January 30, 2017, Coltec filed its voluntary petition under chapter 11 of the Bankruptcy Code, filed (among other documents) the Plan and the Disclosure Statement in its chapter 11 case and has moved the Bankruptcy Court to approve the Disclosure Statement in its chapter 11 case.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has ordered that Coltec's chapter 11 case be jointly administered with the Garlock Debtors' chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that a joint hearing to consider approval of the Disclosure Statement in the Coltec chapter 11 case and confirmation of the Plan in these jointly administered cases will commence on May 15, 2017, beginning at 10:00 a.m. ET.

**Class 1 – Priority Claims**

**If your Claim is in Class 1, you shall be paid the allowed amount of your allowed priority claim on the distribution date either (a) in full, in cash or (b) upon such other less favorable terms as may be mutually agreed upon between you and the Reorganized Debtors. Pursuant to section 1124 of the Bankruptcy Code, your Claim is in a class that is not impaired. Therefore, pursuant to section 1126(f) of the Bankruptcy Code, you are conclusively deemed to have accepted the Plan, and are not entitled to vote.**

**Class 2 – Secured Claims**

**If your Claim is in Class 2, your Claim is not impaired and you are not entitled to vote. If your Class 2 Claim is an allowed <u>Non-Tax Secured Claim</u> subject to the provisions of Bankruptcy Code §§ 502(b) and 506(d) and the terms of the Plan, you shall, at the option of the Reorganized Debtors, receive treatment according to the following alternatives:**

**(i)      The Plan will leave unaltered the legal, equitable and contractual rights to which you are entitled,**

**(ii)     The Reorganized Debtors shall pay your allowed Secured Claim in full on the effective date or as soon thereafter as reasonably practicable, or**

**(iii)    The Reorganized Debtors shall provide such other treatment as is agreed to in writing between the Debtors or the Reorganized Debtors and the holders of such allowed Secured Claim.**

**If your Class 2 Claim is an allowed <u>Secured Tax Claim</u>, except to the extent you agree with the debtors or Reorganized Debtors to a different treatment, you shall receive**

100% of the unpaid amount of such allowed Secured Tax Claim in cash from the Reorganized Debtors on the distribution date.  Pursuant to section 1124 of the Bankruptcy Code, Class 2 Claims are in a class that is not impaired. Therefore, pursuant to section 1126(f) of the Bankruptcy Code, if your Claim is a Class 2 Claim, you are conclusively deemed to have accepted the Plan, and are not entitled to vote.

**Class 3 – Workers' Compensation Claims**

If your Claim is a Class 3 Claim, your Claim shall be reinstated and shall have all legal, equitable, contractual rights to which you are entitled. Pursuant to section 1124 of the Bankruptcy Code, your Claim is in a class that is not impaired.  Therefore, pursuant to section 1126(f) of the Bankruptcy Code, you are conclusively deemed to have accepted the Plan, and are not entitled to vote.

**Class 4 – Intercompany Claims**

If your Claim is a Class 4 Claim, your Claim is preserved by the Plan, except for certain Intercompany Claims that are expressly resolved, released, and extinguished by the Holders thereof pursuant to the Plan. Pursuant to section 1124 of the Bankruptcy Code, your Claim is in a class that is not impaired.  Therefore, pursuant to section 1126(f) of the Bankruptcy Code, you are conclusively deemed to have accepted the Plan and are not entitled to vote.

**Class 6 – GST General Unsecured Claims**

If your Claim is in Class 6, your Claim if allowed, shall be paid the allowed amount of the Claim on the distribution date. Such payment shall be:

(i)      In full, in cash, plus post-petition interest at the federal judgment rate in effect on the petition date, or

(ii)     Upon such other less favorable terms as may be mutually agreed upon between the holder of an allowed GST General Unsecured Claim and the Debtors or Reorganized Debtors.

Post-petition interest shall accrue from the petition date through the date of payment. Pursuant to section 1124 of the Bankruptcy Code, your Claim is in a class that is not impaired.  Therefore, pursuant to section 1126(f) of the Bankruptcy Code, you are conclusively deemed to have accepted the Plan, and are not entitled to vote.

**Class 7 – Coltec General Unsecured Claims**

If your Claim is in Class 7, your Claim will be reinstated and shall have all legal, equitable, and contractual rights to which such Coltec General Unsecured Claim entitles you. Pursuant to section 1124 of the Bankruptcy Code, your Claim is in a class that is not impaired.  Therefore, pursuant to section 1126(f) of the Bankruptcy Code, you are conclusively deemed to have accepted the Plan, and are not entitled to vote.

**Class 8 – Anchor Claims**

If your Claim is a Class 8 Claim, you shall be entitled to assert such Claim against Anchor in accordance with the provisions of article 14 of chapter 55 of the North Carolina Business Corporation Act.  Pursuant to section 1124 of the Bankruptcy Code, your Claim is in a class that is not impaired.  Therefore, pursuant to section 1126(f) of the Bankruptcy Code, you are conclusively deemed to have accepted the Plan, and are not entitled to vote.

Class 10 – Other Equity Interests

If you are a holder of an equity interest in Class 10 you shall retain your equity interest unaltered by the Plan.  Pursuant to section 1124 of the Bankruptcy Code, your equity interest is in a class that is not impaired.  Therefore, pursuant to section 1126(f) of the Bankruptcy Code, you are conclusively deemed to have accepted the Plan, and are not entitled to vote.

This the __ day of February, 2017.

/s/ Daniel G. Clodfelter
Daniel G. Clodfelter
N.C Bar No. 7661
danclodfelter@parkerpoe.com
William L. Esser IV
N.C. Bar No. 29201
willesser@parkerpoe.com
Ashley A. Edwards
N.C. Bar No. 40695
ashleyedwards@parkerpoe.com

PARKER POE ADAMS & BERNSTEIN, LLP
Three Wells Fargo Center
401 South Tryon Street, Suite 3000
Charlotte, NC 28202
Telephone:    (704) 372-9000
Facsimile:    (704) 334-4706

*Proposed Counsel to OldCo, LLC, Debtor and Debtor-in-Possession*

/s/ David M. Schilli
David M. Schilli
N.C. Bar No. 17989
dschilli@robinsonbradshaw.com
Andrew W.J. Tarr
N.C. Bar No. 31827
atarr@robinsonbradshaw.com

ROBINSON BRADSHAW & HINSON, P.A.
101 North Tryon Street
Suite 1900
Charlotte, NC 28246
Telephone:    (704) 377-2536
Facsimile:    (704) 378-4000

*Proposed Special Corporate and Litigation Counsel to OldCo, LLC, Debtor and Debtor-in-Possession*

# EXHIBIT D

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division**

| | |
|---|---|
| IN RE: | Case No. 10-BK-31607 |
| GARLOCK SEALING TECHNOLOGIES LLC, et al., | Chapter 11 |
| Debtors.[1] | Jointly Administered |

**NOTICE OF COMBINED HEARING ON CONFIRMATION OF MODIFIED JOINT PLAN OF REORGANIZATION OF GARLOCK SEALING TECHNOLOGIES LLC ET AL. AND OLDCO, LLC, SUCCESSOR BY MERGER TO COLTEC INDUSTRIES INC, AND APPROVAL OF RELATED DISCLOSURE STATEMENT**

**TO CREDITORS AND PARTIES IN INTEREST OF OLDCO, LLC ("COLTEC"), SUCCESSOR BY MERGER TO COLTEC INDUSTRIES INC:**

**PLEASE TAKE NOTICE** that on July 29, 2016, the debtors and debtors-in-possession in the jointly administered chapter 11 cases of *In re Garlock Sealing Technologies LLC*, *In re Garrison Litigation Management Group, Ltd.* and *In re The Anchor Packing Company* (collectively, the "Garlock Debtors") filed a Disclosure Statement (the "Disclosure Statement") regarding the Modified Joint Plan of Reorganization of Garlock Sealing Technologies LLC, et al. and OldCo, LLC, Proposed Successor by Merger to Coltec Industries Inc, dated May 20, 2016 (and modified June 21, 2016, July 29, 2016, and December 2, 2016) (as it may be further amended, supplemented or modified, the "Plan").

All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Garlock Debtors, the Official Committee of Asbestos Personal Injury Claimants and the Future Asbestos Claimants' Representative in the Garlock Debtors' chapter 11 cases are plan proponents, as are Coltec Industries Inc[2], the Ad Hoc Coltec Future Asbestos Claimants' Representative and the Ad Hoc Coltec Asbestos Claimants Committee.

---

[1] The debtors in these jointly administered cases are Garlock Sealing Technologies LLC, Garrison Litigation Management Group, Ltd., The Anchor Packing Company, and OldCo, LLC, successor by merger to Coltec Industries Inc.

[2] Coltec Industries Inc includes, but is not limited to, its following predecessors or former divisions: Fairbanks Morse Engine, Fairbanks Morse Pump, Quincy Compressor, Central Moloney, France Compressor, Delavan, and Farnam.

**PLEASE TAKE FURTHER NOTICE** that, after notice and a hearing pursuant to Bankruptcy Code § 1125, the Bankruptcy Court approved the Disclosure Statement in the Garlock Debtors' chapter 11 cases as providing adequate information for Holders of Claims and Equity Interests to make a decision as to whether to vote to accept or to reject the Plan.

**PLEASE TAKE FURTHER NOTICE** that solicitation of the Plan was conducted by Coltec Industries Inc pursuant to section 1125(g) and 1126(b) of the Bankruptcy Code and Bankruptcy Rule 3018(b) with respect to Coltec, which became a successor by merger to Coltec Industries Inc as of December 31, 2016.

**PLEASE TAKE FURTHER NOTICE** that on January 30, 2017, Coltec filed its voluntary petition under chapter 11 of the Bankruptcy Code, filed (among other documents) the Plan and the Disclosure Statement in its chapter 11 case and has moved the Bankruptcy Court to approve the Disclosure Statement in its chapter 11 case.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has ordered that Coltec's chapter 11 case be jointly administered with the Garlock Debtors' chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** <u>that the Plan for which confirmation is sought provides, among other things, for the issuance of a permanent injunction pursuant to section 524(g) of the Bankruptcy Code that channels all Asbestos Claims against Debtors and the Asbestos Protected Parties (as defined in the Plan) to an Asbestos Trust for resolution and (if eligible) payment. The Plan also provides for the granting of other injunctions described in Article 8 of the Plan.</u>

**The Asbestos Protected Parties that would be protected by the injunction are defined in the Plan and include Debtors, Reorganized Debtors, any current or former Affiliate of the Debtors or Reorganized Debtors (including the entities specified on Exhibit D in the exhibit book with the Plan), Coltec Industries Inc's former divisions and their successor entities, the asbestos insurance entities listed on or added to Exhibit E in the exhibit book with the Plan, and other entities specified in the Plan.**

**The claims that are discharged by the Plan, the injunctions that are granted as part of the Plan, and the claims that are released under the Plan are described in Article 8 of the Plan. You should read the Plan and the Disclosure Statement for a more complete discussion of how the injunctions will operate and may affect your rights. You may need to consult your attorney.**

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court also has entered an Order Approving Disclosure Statement and Establishing Confirmation Procedures in the Garlock Debtors' chapter 11 cases (the "Garlock Confirmation Procedures Order") and an Order Approving Solicitation and Confirmation Procedures and Schedule for Confirmation of the Joint Plan (the "Coltec Confirmation Procedures Order," and together with the Garlock Confirmation Procedures Order, the "Confirmation Procedures Orders") in the Coltec chapter 11 case. The Confirmation Procedures Orders establish procedures for Holders of Claims and Interests in certain Classes to vote to accept or to reject the Plan.

2

9290970

## COMBINED DISCLOSURE STATEMENT AND CONFIRMATION HEARING DATE AND OBJECTION DEADLINE

**PLEASE TAKE FURTHER NOTICE** that:

A combined hearing to consider approval of the Disclosure Statement in the Coltec chapter 11 case and confirmation of the Plan in these jointly administered cases (the "Confirmation Hearing") will commence on May 15, 2017, at 10:00 a.m., prevailing Eastern time, before the Honorable Craig Whitley, United States Bankruptcy Judge, United States Bankruptcy Court for the Western District of North Carolina, 401 W. Trade St., Charlotte, North Carolina. The Confirmation Hearing may be continued from time to time by announcing such continuance in open court and providing written notice to parties that have filed objections to confirmation or other motions for relief.

In accordance with the Coltec Confirmation Procedures Order, **a Confirmation Hearing Package** (as defined in that Order) accompanies this notice. Certain creditors of Coltec that were not entitled to vote on the Plan, or whose vote was not otherwise solicited by the Debtors, should receive a copy of the Confirmation Hearing Package, including a Coltec Notice of Non-Voting Status (as that term is used in the Coltec Confirmation Procedures Order).

Responses and objections, if any, to the approval of the Disclosure Statement in the Coltec Bankruptcy Case or confirmation of the Plan in these jointly administered cases or any of the other relief sought by Coltec in connection with confirmation of the Plan, must (a) describe the nature and amount of the objector's Claim or Equity Interest, (b) state with particularity the legal and factual grounds for the response or objection, and (c) if applicable, provide the specific text that the objecting party believes to be appropriate to insert into the Disclosure Statement or the Plan in order to cure its alleged deficiency.

Any such responses or objections must be filed with the Bankruptcy Court and served in a manner so as to be ***actually received*** no later than **March 24, 2017** (the "Objection Deadline") by the Notice Parties (defined below). The following parties are the "Notice Parties":

| **Debtors:** | GARLOCK SEALING TECHNOLOGIES LLC |
|---|---|
| | c/o Elizabeth Barry, Chief Restructuring Officer |
| | 349 West Commercial St., Ste 3050 |
| | East Rochester, NY 14445 |

3

9290970

| With a copy to: | RAYBURN COOPER & DURHAM, PA<br>227 West Trade Street, Suite 1200<br>Charlotte, North Carolina 28202<br>Telephone: (704) 334-0891<br>Attn: John R. Miller, Jr.<br><br>and<br><br>PARKER POE ADAMS & BERNSTEIN, LLP<br>Three Wells Fargo Center<br>401 South Tryon Street, Suite 3000<br>Charlotte, NC 28202<br>Telephone: (704) 335-9054<br>Attn: Daniel G. Clodfelter<br><br>and<br><br>ROBINSON BRADSHAW & HINSON, P.A.<br>101 North Tryon Street, Suite 1900<br>Charlotte, North Carolina 28246<br>Telephone: (704) 377-2536<br>Attn: David M. Schilli |
| **Asbestos Claimants Committee:** | CAPLIN & DRYSDALE, CHARTERED<br>One Thomas Circle N.W., Suite 1100<br>Washington, DC 20005<br>Telephone: (202) 862-5000<br>Attn: Trevor W. Swett, III<br><br>and<br><br>MOON WRIGHT & HOUSTON, PLLC<br>227 West Trade Street, Suite 1800<br>Charlotte, NC 28202<br>Telephone:  (704) 944-6560<br>Attn: Travis W. Moon |
| **Future Asbestos Claimants' Representative** | GRIER FURR & CRISP, PA<br>101 North Tryon Street, Suite 1240<br>Charlotte, NC 28246<br>Telephone: (704) 375-3720<br>Attn: Joseph W. Grier, III |

4

9290970

| With a copy to: | ORRICK HERRINGTON & SUTCLIFFE, LLP<br>Columbia Center<br>1152 15th Street, N.W.<br>Washington, DC 20005<br>Telephone: (202) 339-8400<br>Attn: Jonathan P. Guy |
|---|---|
| **Unsecured Creditors Committee in the Garlock Debtors' chapter 11 cases:** | FSB FISHERBROYLES, LLP<br>6000 Fairview Road, Suite 1200<br>Charlotte, NC 28210<br>Telephone: (704) 464-6954<br>Attn: Deborah L. Fletcher |

**Objections not timely filed and served in accordance with the provisions of this notice shall not be heard and shall be overruled.**

This the __ day of February, 2017.

*/s/ Daniel G. Clodfelter*
Daniel G. Clodfelter
N.C Bar No. 7661
danclodfelter@parkerpoe.com
William L. Esser IV
N.C. Bar No. 29201
willesser@parkerpoe.com
Ashley A. Edwards
N.C. Bar No. 40695
ashleyedwards@parkerpoe.com

PARKER POE ADAMS & BERNSTEIN, LLP
Three Wells Fargo Center
401 South Tryon Street, Suite 3000
Charlotte, NC 28202
Telephone:    (704) 372-9000
Facsimile:    (704) 334-4706

*Proposed Counsel to OldCo, LLC, Debtor and Debtor-in-Possession*

*/s/ David M. Schilli*
David M. Schilli
N.C. Bar No. 17989
dschilli@robinsonbradshaw.com
Andrew W.J. Tarr
N.C. Bar No. 31827
atarr@robinsonbradshaw.com

ROBINSON BRADSHAW & HINSON, P.A.
101 North Tryon Street
Suite 1900
Charlotte, NC 28246
Telephone:    (704) 377-2536
Facsimile:    (704) 378-4000

*Proposed Special Corporate and Litigation Counsel to OldCo, LLC, Debtor and Debtor-in-Possession*

5

9290970