IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division

| IN RE:<br><br>OLDCO, LLC, SUCCESSOR BY MERGER TO COLTEC INDUSTRIES INC,<br><br>Debtor. | Case No. 17-BK-30140<br><br>Chapter 11<br><br>[Joint Administration Pending][1] |
|---|---|

## NOTICE OF APPEARANCE AND REQUEST
## FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears as counsel in the above-referenced bankruptcy case for OldCo, LLC, debtor and debtor-in-possession in the above-captioned case and successor by merger to Coltec Industries Inc, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Rules") and hereby gives notice of such appearance.

TAKE FURTHER NOTICE that the undersigned, pursuant to Rules 2002(g) and 9007 of the Rules, hereby requests that all notices given or required to be given, and all papers served or required to be served, in this case be given to and served upon the undersigned at the address indicated below.

TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the Rules, but also includes, without limitation, orders and

---

[1] OldCo, LLC has moved to have its chapter 11 case jointly administered with the chapter 11 cases of *In re Garlock Sealing Technologies LLC* (10-BK-31607), *In re Garrison Litigation Management Group, Ltd.* (10-BK-31608) and *In re The Anchor Packing Company* (10-BK-31606), with *In re Garlock Sealing Technologies LLC* serving as the lead case.

1

notices of any application, motion, petition, pleading, request, complaint, or demand, made by the debtor or any party in interest in this case.

TAKE FURTHER NOTICE that OldCo, LLC, does not intend for this Notice of Appearance or any subsequent appearance, pleading, claim or suit, to waive, and expressly reserves OldCo, LLC,'s (i) right to have final orders in noncore matters entered only after de novo review or trial by a District Court, (ii) right to trial by jury in any proceeding or trial so triable herein or in any case, controversy, or proceeding relating hereto, (iii) right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) rights, claims, actions, defenses, setoffs or recoupments to which OldCo, LLC is or may be entitled to under agreements, in law, in equity, or otherwise. This Notice of Appearance is not, and shall not be construed to be, a consent by OldCo, LLC pursuant to 28 U.S.C. § 157(c)(2).

This the 30th day of January, 2017.

*/s/ David M. Schilli*
David M. Schilli
N.C. Bar No. 17989
dschilli@robinsonbradshaw.com
Andrew W.J. Tarr
N.C. Bar No. 31827
atarr@robinsonbradshaw.com

ROBINSON BRADSHAW & HINSON, P.A.
101 North Tryon Street
Suite 1900
Charlotte, NC 28246
Telephone:    (704) 377-2536
Facsimile:    (704) 378-4000

*Proposed Special Corporate and Litigation Counsel to OldCo, LLC, Debtor and Debtor-in-Possession*

2