# EXHIBIT E

**1. Asbestos Insurance Entities That Are Asbestos Protected Parties**

a. AIG-related Companies: American Home Assurance Company, AIU Insurance Company, Granite State Insurance Company, Insurance Company of the State of Pennsylvania, National Union Fire Insurance Company of Pittsburgh, PA, and Lexington Insurance Company, and their parent corporations, divisions, assigns, predecessors and successors, and their shareholders, officers, directors, employees, attorneys, agents and representatives.

b. Brittany Insurance Company Ltd.

c. Clearwater Insurance Company (as successor to Mt. McKinley Insurance Company) and Everest Reinsurance Company

**2. List of Asbestos Insurance Policies**

*a. Issued to Coltec or Predecessors*

| Carrier | Policy Number | Policy Begin Date | Policy End Date |
|---|---|---|---|
| American Motorists Ins. Co. | 2YM 205156 | 12/31/52 | 12/31/53 |
| American Motorists Ins. Co. | 3YM 208198 | 12/31/53 | 12/31/54 |
| American Motorists Ins. Co. | 4YM 208198 | 12/31/54 | 12/31/55 |
| American Motorists Ins. Co. | 5YM 208198 | 12/31/55 | 12/31/56 |
| American Motorists Ins. Co. | 6YM 208198 | 12/31/56 | 12/31/57 |
| American Motorists Ins. Co. | 7YM 208198 | 12/31/57 | 12/31/58 |
| American Motorists Ins. Co. | 8YM 208198 | 12/31/58 | 12/31/59 |
| Zurich Ins. Co. | 8055900 | 07/01/59 | 07/01/60 |
| Zurich Ins. Co. | 8263000 | 07/01/60 | 07/01/61 |
| Zurich Ins. Co. | 8306800 | 07/01/61 | 07/01/62 |
| Zurich Ins. Co. | 8261650 | 07/01/62 | 07/01/63 |
| Zurich Ins. Co. | 8359650 | 07/01/63 | 07/01/64 |
| Zurich Ins. Co. | 8448350 | 07/01/64 | 07/01/65 |
| Insurance Co. Of North America | LAB 16365 | 07/01/65 | 07/01/66 |
| Insurance Co. Of North America | LAB 16384 | 07/01/66 | 07/01/67 |
| Appalachian Insurance Co. of Providence | XL 11063 | 07/19/66 | 07/01/69 |
| Citizens Casualty Co. of NY | XP 8024 | 08/04/66 | 07/01/67 |
| Insurance Co. of North America | LAB 21616 | 07/01/67 | 07/01/68 |
| London Companies And Lloyds | 526-577454 | 07/01/67 | 07/01/68 |
| Insurance Co. of North America | LAB 21641 | 07/01/68 | 07/01/71 |
| London Companies And Lloyds | 605/12138 | 07/01/68 | 07/01/69 |
| Home Insurance Company | HEC 9 30 48 10 | 12/09/68 | 07/01/71 |
| London Companies And Lloyds | 410/12422 411/12422 | 07/01/69 | 08/01/72 |
| North Star Reinsurance Corp. | NSX 7955 | 07/01/69 | 07/01/72 |
| Insurance Co. of North America | XPL 9166 | 07/01/69 | 07/01/70 |

1

| Insurance Co. of North America | ALB 47227 | 07/01/71 | 07/01/73 |
|---|---|---|---|
| Home Insurance Company | HEC 9 91 99 79 | 07/01/71 | 07/01/74 |
| Aetna Casualty & Surety Co. | 01 XN 265 WCA | 07/01/72 | 08/01/72 |
| Aetna Casualty & Surety Co. | 01 XN 265 WCA | 08/01/72 | 07/01/74 |
| Insurance Co. of North America | ALB 47272 | 07/01/73 | 07/01/74 |
| Aetna Casualty & Surety Co. | 01 AL 246450 SCA | 07/01/74 | 07/01/75 |
| Aetna Casualty & Surety Co. | 01 XS 1860 SCA | 07/01/74 | 07/01/76 |
| Aetna Casualty & Surety Co. | 01 XN 590 SCA | 07/01/74 | 07/01/77 |
| American Home Assurance Co. | SCLE 80-65373 | 07/01/74 | 07/01/77 |
| Home Insurance Company | HEC 4 49 58 58 | 07/01/74 | 07/01/77 |
| Home Insurance Company | HEC 4 49 57 08 | 07/01/74 | 07/01/77 |
| American Home Assurance Co. | CE 343 63 08 | 07/01/74 | 07/01/77 |
| North River Ins. Co. | XS3704 | 02/04/75 | 07/01/76 |
| Aetna Casualty & Surety Co. | 01 AL 251 549 SCA | 07/01/75 | 07/01/76 |
| Aetna Casualty & Surety Co. | 01 AL 260801 SCA | 07/01/76 | 07/01/77 |
| Aetna Casualty & Surety Co. | 01 XS 1860 SCA | 07/01/76 | 07/01/77 |
| Hartford Accident and Indemnity Co. | 10 XS 100036 | 07/01/76 | 07/01/77 |
| Highlands Ins. Co. | SR 20113 | 07/01/76 | 07/01/77 |
| Prudential Reinsurance Co. | DXC 901173 | 07/01/76 | 07/01/77 |
| North River Ins. Co. | XS4064 | 07/01/76 | 07/01/77 |
| North River Ins. Co. | JU 0199 | 07/01/76 | 07/01/79 |
| Granite State Ins. Co. | SCLD 8093952 | 07/01/76 | 07/01/77 |
| Lexington Insurance Company | GC 550 30 53 | 07/01/76 | 07/01/77 |
| Aetna Casualty & Surety Co. | 01 AL 260863 SCA | 07/01/77 | 07/01/78 |
| Aetna Casualty & Surety Co. | 01 XS 7105 SCA | 07/01/77 | 07/01/78 |
| Highlands Ins. Co. | SR 20333 | 07/01/77 | 07/01/78 |
| Mission National Insurance Company | 836705 | 07/01/77 | 07/01/78 |
| Prudential Reinsurance Co. | DXC DX 0259 | 07/01/77 | 07/01/78 |
| Northbrook Ins. Co. | 63 003 231 | 07/01/77 | 07/01/78 |
| Aetna Casualty & Surety Co. | 01 XN 1415 WCA | 07/01/77 | 07/01/78 |
| Hartford Accident and Indemnity Co. | 10 XS 100190 | 07/01/77 | 07/01/78 |
| Highlands Ins. Co. | SR 20332 | 07/01/77 | 07/01/78 |
| Ins. Co. Of The State Of Pa | 4177 8097 | 07/01/77 | 07/01/78 |
| North River Ins. Co. | JU 0357 | 07/01/77 | 07/01/78 |
| Prudential Reinsurance Co. | DXC DX 0283 | 07/01/77 | 07/01/78 |
| Granite State Ins. Co. | SCLD 8093246 | 07/01/77 | 07/01/78 |
| Fireman's Fund Ins. Co. | XLX 129 95 29 | 07/01/77 | 07/01/78 |
| Ins. Co. Of The State Of Pa | 4177 8098 | 07/01/77 | 07/01/78 |
| National Union Fire Ins. Co. | 1228543 | 07/01/77 | 07/01/78 |
| North River Ins. Co. | XS4414 | 07/01/77 | 07/01/78 |
| Fireman's Fund Ins. Co. | XLX 129 95 30 | 07/01/77 | 07/01/78 |
| Highlands Ins. Co. | SR 20334 | 07/01/77 | 07/01/78 |
| Lexington Insurance Company | GC 550 61 19 | 07/01/77 | 07/01/78 |
| Aetna Casualty & Surety Co. | 01 GL 01 SCA | 07/01/78 | 07/01/79 |
| Aetna Casualty & Surety Co. | 01 XS 3237 SCA | 07/01/78 | 07/01/79 |
| Highlands Ins. Co. | SR 20626 | 07/01/78 | 07/01/79 |

| Mission National Insurance Company | 843122 | 07/01/78 | 07/01/79 |
| Prudential Reinsurance Co. | DXC DX 0978 | 07/01/78 | 07/01/79 |
| Northbrook Ins. Co. | 63 004 686 | 07/01/78 | 07/01/79 |
| Aetna Casualty & Surety Co. | 01 XN 1842 WCA | 07/01/78 | 07/01/79 |
| Granite State Ins. Co. | 6178-0518 | 07/01/78 | 07/01/79 |
| Hartford Accident and Indemnity Co. | 10 XS 100670 | 07/01/78 | 07/01/79 |
| Highlands Ins. Co. | SR 20627 | 07/01/78 | 07/01/79 |
| North River Ins. Co. | JU 0520 | 07/01/78 | 07/01/79 |
| Prudential Reinsurance Co. | DXC DX 0979 | 07/01/78 | 07/01/79 |
| AIU Insurance Co. | 75-100660 | 07/01/78 | 07/01/79 |
| Fireman's Fund Ins. Co. | XLX 136 29 33 | 07/01/78 | 07/01/79 |
| Granite State Ins. Co. | 6178-0519 | 07/01/78 | 07/01/79 |
| National Union Fire Ins. Co. | 1231949 | 07/01/78 | 07/01/79 |
| North River Ins. Co. | 522 000408 6 | 07/01/78 | 07/01/79 |
| Fireman's Fund Ins. Co. | XLX 136 29 34 | 07/01/78 | 07/01/79 |
| Highlands Ins. Co. | SR 20628 | 07/01/78 | 07/01/79 |
| Lexington Insurance Company | 551 1311 | 07/01/78 | 07/01/79 |
| Aetna Casualty & Surety Co. | 01 GL 1472 SCA | 07/01/79 | 07/01/80 |
| Aetna Casualty & Surety Co. | 01 XS 3265 SCA | 07/01/79 | 07/01/80 |
| Gibraltar Cas. Co. | GMX 00149 | 07/01/79 | 07/01/80 |
| Highlands Ins. Co. | SR 20880 | 07/01/79 | 07/01/80 |
| Mission National Insurance Company | 851696 | 07/01/79 | 07/01/80 |
| American Centennial Insurance Company | CC-00-10-98 | 07/01/79 | 07/01/80 |
| Granite State Ins. Co. | 6179-1436 | 07/01/79 | 07/01/80 |
| North River Ins. Co. | JU 0706 | 07/01/79 | 07/01/80 |
| Puritan Insurance Co. | ML 652223 | 07/01/79 | 07/01/80 |
| Aetna Casualty & Surety Co. | 01 XN 2264 WCA | 07/01/79 | 07/01/80 |
| Gibraltar Cas. Co. | GMX 00150 | 07/01/79 | 07/01/80 |
| Granite State Ins. Co. | 6179-1437 | 07/01/79 | 07/01/80 |
| Hartford Accident and Indemnity Co. | 10 XS 100831 | 07/01/79 | 07/01/80 |
| Highlands Ins. Co. | SR 20881 | 07/01/79 | 07/01/80 |
| North River Ins. Co. | JU 0707 | 07/01/79 | 07/01/80 |
| AIU Insurance Co. | 75-101087 | 07/01/79 | 07/01/80 |
| Fireman's Fund Ins. Co. | XLX 137 04 23 | 07/01/79 | 07/01/80 |
| Granite State Ins. Co. | 6179-1438 | 07/01/79 | 07/01/80 |
| National Union Fire Ins. Co. | 9782300 | 07/01/79 | 07/01/80 |
| North River Ins. Co. | 522 000426 6 | 07/01/79 | 07/01/80 |
| North River Ins. Co. | JU 0708 | 07/01/79 | 07/01/80 |
| Fireman's Fund Ins. Co. | XLX 137 04 24 | 07/01/79 | 07/01/80 |
| Highlands Ins. Co. | SR 20882 | 07/01/79 | 07/01/80 |
| Lexington Insurance Company | 551 1463 | 07/01/79 | 07/01/80 |
| Aetna Casualty & Surety Co. | 01 XN 2303 WCA | 07/01/79 | 07/01/80 |
| National Union Fire Ins. Co. | 9782300 | 07/01/79 | 07/01/80 |
| Continental Insurance Co. | SRX 2 15 33 07 | 07/01/79 | 07/01/80 |
| Granite State Ins. Co. | 6179-1488 | 07/01/79 | 07/01/80 |

| Highlands Ins. Co. | SR 20883 | 07/01/79 | 07/01/80 |
|---|---|---|---|
| North River Ins. Co. | JU 0709 | 07/01/79 | 07/01/80 |
| Gibraltar Cas. Co. | GMX 00197 | 07/01/79 | 07/01/80 |
| North River Ins. Co. | JU 0714 | 07/01/79 | 07/01/80 |
| American Excess Insurance Company | EUL 5002476 | 07/01/79 | 07/01/80 |
| Lexington Insurance Company | 5511463 | 07/01/79 | 07/01/80 |
| Puritan Insurance Co. | ML652223 | 07/01/79 | 07/01/80 |
| Centennial Insurance Co. | 462 01 95 24 | 07/01/79 | 07/01/80 |
| Employers Mutual Casualty Ins. Co. | MMO-70913 | 07/01/79 | 07/01/80 |
| North River Ins. Co. | JU 0715 | 07/01/79 | 07/01/80 |
| Aetna Casualty & Surety Co. | 01 GL 57441 SCA | 07/01/80 | 07/01/81 |
| North River Ins. Co. | JU 0887 | 07/01/80 | 07/01/81 |
| American Centennial Insurance Company | CC-00-12-88 | 07/01/80 | 07/01/81 |
| Gibraltar Cas. Co. | GMX 00650 | 07/01/80 | 07/01/81 |
| Granite State Ins. Co. | 6480-5026 | 07/01/80 | 07/01/81 |
| Mission National Insurance Company | 858190 | 07/01/80 | 07/01/81 |
| North River Ins. Co. | JU 0888 | 07/01/80 | 07/01/81 |
| Puritan Insurance Co. | ML 653106 | 07/01/80 | 07/01/81 |
| Aetna Casualty & Surety Co. | 01 XN 2694 WCA | 07/01/80 | 07/01/81 |
| Gibraltar Cas. Co. | GMX 00651 | 07/01/80 | 07/01/81 |
| Granite State Ins. Co. | 6480-5027 | 07/01/80 | 07/01/81 |
| Puritan Insurance Co. | ML653106 | 07/01/80 | 07/01/81 |
| Hartford Accident and Indemnity Co. | 10 XS 102020 | 07/01/80 | 07/01/81 |
| Highlands Ins. Co. | SR 21065 | 07/01/80 | 07/01/81 |
| North River Ins. Co. | JU 0889 | 07/01/80 | 07/01/81 |
| AIU Insurance Co. | 75-101978 | 07/01/80 | 07/01/81 |
| Fireman's Fund Ins. Co. | XLX 143 70 78 | 07/01/80 | 07/01/81 |
| Granite State Ins. Co. | 6480-5028 | 07/01/80 | 07/01/81 |
| National Union Fire Ins. Co. | 9910366 | 07/01/80 | 07/01/81 |
| North River Ins. Co. | 522 000452 7 | 07/01/80 | 07/01/81 |
| Fireman's Fund Ins. Co. | XLX 143 70 79 | 07/01/80 | 07/01/81 |
| Highlands Ins. Co. | SR 21066 | 07/01/80 | 07/01/81 |
| North River Ins. Co. | 522 000453 6 | 07/01/80 | 07/01/81 |
| North River Ins. Co. | JU 0890 | 07/01/80 | 07/01/81 |
| Aetna Casualty & Surety Co. | 01 XN 2695 WCA | 07/01/80 | 07/01/81 |
| American Centennial Insurance Company | CC-00-12-89 | 07/01/80 | 07/01/81 |
| American Excess Insurance Company | EUL 5079841 | 07/01/80 | 07/01/81 |
| Centennial Insurance Co. | 462 02 10 58 | 07/01/80 | 07/01/81 |
| National Union Fire Ins. Co. | 9910366 | 07/01/80 | 07/01/81 |
| Continental Insurance Co. | SRX 3 19 28 82 | 07/01/80 | 07/01/81 |
| Employers Mutual Casualty Ins. Co. | MMO-71449 | 07/01/80 | 07/01/81 |
| Gibraltar Cas. Co. | GMX 00652 | 07/01/80 | 07/01/81 |
| Granite State Ins. Co. | 6480-5029 | 07/01/80 | 07/01/81 |
| Highlands Ins. Co. | SR 21067 | 07/01/80 | 07/01/81 |

| Lexington Insurance Company | 552 0366 | 07/01/80 | 07/01/81 |
|---|---|---|---|
| North River Ins. Co. | JU 0891 | 07/01/80 | 07/01/81 |
| Aetna Casualty & Surety Co. | GL 57496 SCA | 07/01/81 | 07/01/82 |
| London Companies And Lloyds | PY030581 | 07/01/81 | 07/01/83 |
| American Centennial Insurance Company | CC-00-24-38 | 07/01/81 | 07/01/82 |
| Gibraltar Cas. Co. | GMX 01261 | 07/01/81 | 07/01/82 |
| Granite State Ins. Co. | 6481-5232 | 07/01/81 | 07/01/82 |
| London Companies And Lloyds | PY030681 | 07/01/81 | 07/01/83 |
| Transit Casualty Company | SCU 955-947 | 07/01/81 | 07/01/82 |
| Aetna Casualty & Surety Co. | 01 XN 3100 | 07/01/81 | 07/01/82 |
| Gibraltar Cas. Co. | GMX 01262 | 07/01/81 | 07/01/82 |
| Granite State Ins. Co. | 6481-5233 | 07/01/81 | 07/01/82 |
| Hartford Accident and Indemnity Co. | 10 XS 102379 | 07/01/81 | 07/01/82 |
| Highlands Ins. Co. | SR 21292 | 07/01/81 | 07/01/82 |
| London Companies And Lloyds | PY030781 | 07/01/81 | 07/01/83 |
| AIU Insurance Co. | 75-102630 | 07/01/81 | 07/01/82 |
| Granite State Ins. Co. | 6481-5234 | 07/01/81 | 07/01/82 |
| Highlands Ins. Co. | SR 21293 | 07/01/81 | 07/01/82 |
| London Companies And Lloyds | PY030881 | 07/01/81 | 07/01/83 |
| National Union Fire Ins. Co. | 9602909 | 07/01/81 | 07/01/82 |
| North River Ins. Co. | 522 003062 7 | 07/01/81 | 07/01/82 |
| Aetna Casualty & Surety Co. | 01 XN 3101 WCA | 07/01/81 | 07/01/82 |
| American Centennial Insurance Company | CC-00-24-39 | 07/01/81 | 07/01/82 |
| American Excess Insurance Company | EUL 5086130 | 07/01/81 | 07/01/82 |
| Continental Insurance Co. | SRX 1 59 15 28 | 07/01/81 | 07/01/82 |
| Employers Mutual Casualty Ins. Co. | MMO-71867 | 07/01/81 | 07/01/82 |
| Gibraltar Cas. Co. | GMX 01263 | 07/01/81 | 07/01/82 |
| Granite State Ins. Co. | 6481-5235 | 07/01/81 | 07/01/82 |
| Highlands Ins. Co. | SR 21294 | 07/01/81 | 07/01/82 |
| Lexington Insurance Company | 552 2630 | 07/01/81 | 07/01/82 |
| London Companies And Lloyds | PY030981 | 07/01/81 | 07/01/82 |
| National Union Fire Ins. Co. | 9602909 | 07/01/81 | 07/01/82 |
| Aetna Casualty & Surety Co. | 01 XN 3102 WCA | 07/01/81 | 07/01/82 |
| AIU Insurance Co. | 75-102645 | 07/01/81 | 07/01/82 |
| American Excess Insurance Company | EUL 5086130 | 07/01/81 | 07/01/82 |
| Continental Insurance Co. | SRX 1 59 15 28 | 07/01/81 | 07/01/82 |
| Fireman's Fund Ins. Co. | XLX 148 15 63 | 07/01/81 | 07/01/82 |
| Highlands Ins. Co. | SR 21295 | 07/01/81 | 07/01/82 |
| National Union Fire Ins. Co. | 9602909 | 07/01/81 | 07/01/82 |
| North River Ins. Co. | 522 003063 6 | 07/01/81 | 07/01/82 |
| Aetna Casualty & Surety Co. | 01 GL 248066 SCA | 07/01/82 | 07/01/83 |
| American Centennial Insurance Company | CC-00-53-14 | 07/01/82 | 07/01/83 |
| Granite State Ins. Co. | 6482-5457 | 07/01/82 | 07/01/83 |
| Transit Casualty Company | SCU 956-272 | 07/01/82 | 07/01/83 |

5

| | | | |
|---|---|---|---|
| American Centennial Insurance Company | CC-00-53-15 | 07/01/82 | 07/01/83 |
| Granite State Ins. Co. | 6482-5458 | 07/01/82 | 07/01/83 |
| Highlands Ins. Co. | SR 21528 | 07/01/82 | 07/01/83 |
| AIU Insurance Co. | 75-102210 | 07/01/82 | 07/01/83 |
| Granite State Ins. Co. | 6482-5459 | 07/01/82 | 07/01/83 |
| Highlands Ins. Co. | SR 21529 | 07/01/82 | 07/01/83 |
| National Union Fire Ins. Co. | 9603145 | 07/01/82 | 07/01/83 |
| North River Ins. Co. | 522 031168 8 | 07/01/82 | 07/01/83 |
| Aetna Casualty & Surety Co. | 01 XN 3463 WCA | 07/01/82 | 07/01/83 |
| London Companies And Lloyds | PY030981 | 07/01/82 | 07/01/83 |
| Lexington Insurance Company | B3CTB6507037020 | 07/01/82 | 07/01/83 |
| American Excess Insurance Company | EUL 5092485 | 07/01/82 | 07/01/83 |
| Continental Insurance Co. | SRX 1 59 17 15 | 07/01/82 | 07/01/83 |
| Gibraltar Cas. Co. | GMX 01787 | 07/01/82 | 07/01/83 |
| Granite State Ins. Co. | 6482-5460 | 07/01/82 | 07/01/83 |
| Highlands Ins. Co. | SR 21530 | 07/01/82 | 07/01/83 |
| Lexington Insurance Company | 552 3838 | 07/01/82 | 07/01/83 |
| National Union Fire Ins. Co. | 9603145 | 07/01/82 | 07/01/83 |
| AIU Insurance Co. | 75-102211 | 07/01/82 | 07/01/83 |
| American Excess Insurance Company | EUL 5092485 | 07/01/82 | 07/01/83 |
| Continental Insurance Co. | SRX 1 59 17 15 | 07/01/82 | 07/01/83 |
| Employers Mutual Casualty Ins. Co. | MMO-73161 | 07/01/82 | 07/01/83 |
| Fireman's Fund Ins. Co. | XLX 153 24 66 | 07/01/82 | 07/01/83 |
| National Union Fire Ins. Co. | 9603145 | 07/01/82 | 07/01/83 |
| North River Ins. Co. | 522 031169 7 | 07/01/82 | 07/01/83 |
| Aetna Casualty & Surety Co. | 01 GL 408972 SCA | 07/01/83 | 07/01/84 |
| Royal Indemnity Co. | EB 10 20 79 | 07/01/83 | 07/01/84 |
| London Companies And Lloyds | KY050783 | 07/01/83 | 07/01/84 |
| Transit Casualty Company | SCU 956-565 | 07/01/83 | 07/01/84 |
| London Companies And Lloyds | KY050883 | 07/01/83 | 07/01/84 |
| Transit Casualty Company | SCU 956-566 | 07/01/83 | 07/01/84 |
| AIU Insurance Co. | 75-103058 | 07/01/83 | 07/01/84 |
| Granite State Ins. Co. | 6483-5660 | 07/01/83 | 07/01/84 |
| London Companies And Lloyds | KY050983 | 07/01/83 | 07/01/84 |
| North River Ins. Co. | 522 043650 9 | 07/01/83 | 07/01/84 |
| Transit Casualty Company | SCU 956-567 | 07/01/83 | 07/01/84 |
| Aetna Casualty & Surety Co. | 01 XN 3785 WCA | 07/01/83 | 07/01/84 |
| Continental Insurance Co. | SRX 1 59 19 99 | 07/01/83 | 07/01/84 |
| Granite State Ins. Co. | 6483-5661 | 07/01/83 | 07/01/84 |
| Lexington Insurance Company | 552 5230 | 07/01/83 | 07/01/84 |
| London Companies And Lloyds | KY051083 | 07/01/83 | 07/01/84 |
| Lexington Insurance Company | B3CTB6517082330 | 07/01/83 | 07/01/84 |
| Prudential Reinsurance Co. | PMX 00132 | 07/01/83 | 07/01/84 |
| Republic Insurance Co. | CDE 0751 | 07/01/83 | 07/01/84 |
| Safety Mutual Casualty Corp. | UF 1319 NY | 07/01/83 | 07/01/84 |
| Aetna Casualty & Surety Co. | 01 XN 3786 WCA | 07/01/83 | 07/01/84 |
| AIU Insurance Co. | 75-103059 | 07/01/83 | 07/01/84 |

| Continental Insurance Co. | SRX 1 59 19 99 | 07/01/83 | 07/01/84 |
| Employers Mutual Casualty Ins. Co. | MMO-73419 | 07/01/83 | 07/01/84 |
| Fireman's Fund Ins. Co. | 3-80 XLX 153 22 46 | 07/01/83 | 07/01/84 |
| Integrity Insurance Company | XL 207358 | 07/01/83 | 07/01/84 |
| North River Ins. Co. | 522 043651 8 | 07/01/83 | 07/01/84 |

*b. Issued to Garlock Before 1976*

| Carrier | Policy Number | Policy Begin Date | Policy End Date |
|---|---|---|---|
| Travelers Indemnity Co. | DS 1478284 | 11/15/50 | 11/15/51 |
| Travelers Indemnity Co. | Unknown | 11/15/52 | 11/15/53 |
| Travelers Indemnity Co. | DS 338577 | 11/15/53 | 01/01/54 |
| Travelers Indemnity Co. | DS 4492291 | 01/01/55 | 01/01/56 |
| Travelers Indemnity Co. | DS 5090175 | 01/01/56 | 01/01/57 |
| Travelers Indemnity Co. | DS 5608205 | 01/01/57 | 01/01/58 |
| Travelers Indemnity Co. | DS 6242325 | 01/01/58 | 01/01/59 |
| Travelers Indemnity Co. | DS 7151152 | 01/01/59 | 01/01/60 |
| Travelers Indemnity Co. | DS8012575 | 01/01/60 | 01/01/61 |
| Employers Mutual Liab. Ins. Co. of Wisconsin | 0922-0002726 | 01/01/61 | 01/01/62 |
| Employers Mutual Liab. Ins. Co. of Wisconsin | 0923 0002726 | 01/01/62 | 01/01/63 |
| Insurance Co. of North America | XBC 817 | 01/01/62 | 01/01/65 |
| Employers Mutual Liab. Ins. Co. of Wisconsin | 0924 00027626 | 01/01/63 | 01/01/64 |
| Employers Mutual Liab. Ins. Co. of Wisconsin | 0925 00027626 | 01/01/64 | 01/01/65 |
| Employers Mutual Liab. Ins. Co. of Wisconsin | 0926 00027626 | 01/01/65 | 01/01/66 |
| Insurance Co. of North America | XBC 11536/11528 | 01/01/65 | 01/01/66 |
| Employers Mutual Liab. Ins. Co. of Wisconsin | 0927 00027626 | 01/01/66 | 01/01/67 |
| Aetna Casualty & Surety Co. | 45 XS 3 SC | 01/01/66 | 01/01/69 |
| Employers Mutual Liab. Ins. Co. of Wisconsin | 0928 00027626 | 01/01/67 | 01/01/68 |
| Employers Mutual Liab. Ins. Co. of Wisconsin | 0929 00027626 | 01/01/68 | 01/01/69 |
| Employers Mutual Liab. Ins. Co. of Wisconsin | 0929 00027626 | 01/01/69 | 01/01/70 |
| Aetna Casualty & Surety Co. | 45 XS 506 SC | 01/01/69 | 01/01/71 |
| Employers Mutual Liab. Ins. Co. of Wisconsin | 0921 00027626 | 01/01/70 | 01/01/71 |
| Employers Mutual Liab. Ins. Co. of Wisconsin | 0922 0027626 | 01/01/71 | 01/01/72 |
| Aetna Casualty & Surety Co. | 45 XS 506 SC | 01/01/71 | 01/01/72 |
| Employers Mutual Liab. Ins. Co. of Wisconsin | 0923 00027626 | 01/01/72 | 01/01/73 |
| Aetna Casualty & Surety Co. | 45 XS 572 SC | 01/01/72 | 01/01/75 |
| Employers Mutual Liab. Ins. Co. of Wisconsin | 0924 00027626 | 01/01/73 | 01/01/74 |
| Employers Mutual Liab. Ins. Co. of Wisconsin | 0925 00027626 | 01/01/74 | 01/01/75 |
| Employers Mutual Liab. Ins. Co. of Wisconsin | 0926 00027626 | 01/01/75 | 01/01/76 |
| Aetna Casualty & Surety Co. | 45 XS 951 WCA | 01/01/75 | 01/01/76 |

*c. Issued to Predecessor of Central Moloney*

7

| Carrier | Policy Number | Policy Begin Date | Policy End Date |
|---|---|---|---|
| Aetna Casualty & Surety Co. | Unknown | 01/01/68 | 01/01/69 |
| Continental Ins. Co. | L-082-14-37 | 01/01/68 | 01/01/69 |
| London Companies And Lloyds | CU 10180  L/C 100356 | 06/28/68 | 01/01/69 |

*d. Issued to F. D. Farnam & Co.*

| Carrier | Policy Number | Policy Begin Date | Policy End Date |
|---|---|---|---|
| PRIMARY POLICIES | | | |
| The Aetna Casualty and Surety Co. | 17 AL 001830 CM | 6/1/1966 | 6/1/1967 |
| The Aetna Casualty and Surety Co. | 17 AL 099997 CM | 6/1/1967 | 6/1/1968 |
| The Aetna Casualty and Surety Co. | 17 AL 100645 CM | 6/1/1968 | 6/1/1969 |
| The Aetna Casualty and Surety Co. | 17 AL 101228 CM | 6/1/1969 | 6/1/1970 |
| The Aetna Casualty and Surety Co. | 17 AL 800341 CM | 6/1/1970 | 6/1/1972 |
| Employers Mutual Liability Insurance Co. of WI | 0123-00-077157 | 6/1/1972 | 6/1/1973 |
| Employers Mutual Liability Insurance Co. of WI | 0124-00-077157 | 6/1/1973 | 6/1/1974 |
| Employers Mutual Liability Insurance Co. of WI | 0125 00 077157 | 6/1/1974 | 6/1/1975 |
| The Aetna Casualty and Surety Co. | 17 AL 801 443 CCA | 6/1/1975 | 6/1/1978 |
| The Aetna Casualty and Surety Co. | 17 AL 225 966 CCA | 6/1/1978 | 6/1/1979 |
| | | | |
| UMBRELLA POLICIES | | | |
| The Aetna Casualty and Surety Co. | 17 XS 5 CC | 6/1/1966 | 6/1/1968 |
| The Aetna Casualty and Surety Co. | 17 XS 10 CC | 6/1/1968 | 6/1/1972 |
| Employers Mutual Liability Ins. Co. of WI | 0133-00-077157 | 6/1/1972 | 6/1/1973 |
| Employers Mutual Liability Ins. Co. of WI | 0134-00-077157 | 6/1/1973 | 6/1/1974 |
| Employers Mutual Liability Ins. Co. of WI | 0135-00-077157 | 6/1/1974 | 6/1/1975 |
| The Aetna Casualty and Surety Co. | 17 XS 5801443 WCA | 6/1/1975 | 6/1/1978 |
| The Aetna Casualty and Surety Co. | 17 XS 2245 WCA | 6/1/1978 | 6/1/1979 |