# Exhibit F
# Retained Causes of Action
# [To Be Provided]