# Exhibit G
# Rejected Executory Contracts
# [To Be Provided]