Modified Joint Plan - Ex. K

# EXHIBIT K

# FORM OF
# ARTICLES OF MERGER

Pursuant to North Carolina General Statute Sections 55-11-05(a) and 57D-9-42, the undersigned entity does hereby submit the following Articles of Merger as the surviving business entity in a merger between two or more business entities.

1. The name of the surviving entity is New Coltec, Inc., a corporation organized under the laws of the State of North Carolina.

2. The address of the surviving entity is:

   Street Address: 5605 Carnegie Blvd, Suite 500        City: Charlotte

   State: North Carolina        Zip Code: 28209-4674        County: Mecklenburg

3. The name of the merged entity is OldCo, LLC, a limited liability company organized under the laws of the State of North Carolina.

4. The mailing address of the merging entity is:

   Street Address: 5605 Carnegie Blvd, Suite 500        City: Charlotte

   State: North Carolina        Zip Code: 28209-4674        County: Mecklenburg

5. The text of the amendment to the Articles of Incorporation of the surviving entity, as set forth within the Plan of Merger, is as follows:

   Article 1 of the Articles of Incorporation is amended to read as follows:

   1. The name of the corporation is Coltec Industries, Inc.

6. A Plan of Merger has been duly approved in the manner required by law by each of the business entities participating in the merger.

7. These articles will be effective at 12:02 a.m. on _____ __, 20___.*

This the ____ day of _____, 20_____.

                NEW COLTEC, INC.

                _____
                *Signature*

                _____
                *Type or Print Name and Title*

---

\* Such date to be the Effective Date.