# EXHIBIT 3

*Garlock Sealing Technologies, LLC*
*Historical Operating Results and Management Forecast*
*(in thousands of USD)*

|  | Historical | | | Projected | | |
|---|---|---|---|---|---|---|
|  | 12 months ended December 31, | | | 12 months ending December 31, | | |
|  | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
| **Revenue** | 244,808 | 240,598 | 217,623 | 214,700 | 222,034 | 229,723 |
| Less: Cost of Revenue | (145,339) | (146,494) | (137,104) | (135,261) | (139,881) | (144,725) |
| Gross Profit | 99,469 | 94,104 | 80,519 | 79,439 | 82,153 | 84,998 |
| *Adjusted Gross Margin* | *40.6%* | *39.1%* | *37.0%* | *37.0%* | *37.0%* | *37.0%* |
| Less: Selling, General, & Administrative Expenses | (43,560) | (47,108) | (43,919) | (44,133) | (46,708) | (48,825) |
| Less: Asbestos-related Expenses (1) | (46,872) | (16,938) | (26,193) | (17,000) | (16,000) | - |
| Less: Restructuring Costs | (385) | (1,470) | (277) | - | - | - |
| **EBIT** | **8,652** | **28,588** | **10,130** | **18,306** | **19,445** | **36,173** |
| *EBIT Margin* | *3.5%* | *11.9%* | *4.7%* | *8.5%* | *8.8%* | *15.7%* |
| Plus: Interest Income, Net | 29,657 | 31,002 | 32,096 | 33,938 | 33,938 | 33,488 |
| Less: Miscellaneous Income | 1,833 | (519) | 393 | 1,770 | 785 | - |
| Pre-tax Income | 40,142 | 59,071 | 42,619 | 54,014 | 54,168 | 69,661 |
| Less: Provision for Income Taxes | (18,697) | (72,902) | (16,221) | (20,255) | (20,313) | (26,123) |
| **Net Income** | **21,445** | **(13,831)** | **26,398** | **33,759** | **33,855** | **43,538** |
| *Net Margin* | *8.8%* | *-5.7%* | *12.1%* | *15.7%* | *15.2%* | *19.0%* |
| **EBIT** | **8,652** | **28,588** | **10,130** | **18,306** | **19,445** | **36,173** |
| Add: Depreciation and Amortization | 5,983 | 6,371 | 7,214 | 6,807 | 8,106 | 8,886 |
| **EBITDA** | **14,635** | **34,959** | **17,344** | **25,113** | **27,551** | **45,059** |
| *EBITDA Margin* | *6.0%* | *14.5%* | *8.0%* | *11.7%* | *12.4%* | *19.6%* |
| Adjustments (2) | 47,257 | 18,408 | 26,470 | 17,000 | 16,000 | - |
| **Adjusted EBITDA** | **61,892** | **53,367** | **43,814** | **42,113** | **43,551** | **45,059** |
| *Adjusted EBITDA Margin* | *25.3%* | *22.2%* | *20.1%* | *19.6%* | *19.6%* | *19.6%* |
| **Adjusted EBIT** | **55,909** | **46,996** | **36,600** | **35,306** | **35,445** | **36,173** |
| *Adjusted EBIT Margin* | *22.8%* | *19.5%* | *16.8%* | *16.4%* | *16.0%* | *15.7%* |

*Footnotes:*
(1) Excludes book gain from reduction in asbestos-related liability in 2014 and book loss from increase in asbestos-related liability recorded in 2016.
(2) Adjustments made to remove the impact of any asbestos-related expenses or restructuring costs (historical or forecasted).