# EXHIBIT 4

## Garlock Sealing Technologies LLC

| | |
|---|---|
| Coltec Industries, Inc. | Sole Member |
| Drake, Christopher | Manager |
| Vaillancourt, Eric A. | Manager |
| Barry, Elizabeth | Chief Restructuring Officer and Assistant Treasurer |
| Drake, Christopher | Vice President, Secretary and Treasurer |
| Vaillancourt, Eric A. | President |
| Devolder, Richard | Vice President |
| Gurnett, Kim | Vice President |
| Howard, Brian | Vice President |
| Lodge, Brad | Vice President |
| Phillips, Danielle | Vice President |

## Garrison Litigation Management

| | |
|---|---|
| Barry, Elizabeth | Director |
| Drake, Christopher | Director |
| Barry, Elizabeth | General Manager, Vice President, Director of Finance, Treasurer and Assistant Secretary |
| Drake, Christopher | Vice President, Secretary, Assistant Treasurer |

## The Anchor Packing Company

| | |
|---|---|
| Barry, Elizabeth | General Manager, Vice President, Director of Finance, Treasurer and Assistant Secretary |
| Barry, Elizabeth | Director |
| Drake, Christopher | Vice President, Secretary and Assistant Treasurer |
| Drake, Christopher | Director |