# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

| | |
|---|---|
| IN RE:<br><br>OLDCO, LLC, SUCCESSOR BY MERGER TO COLTEC INDUSTRIES INC,<br><br>Debtor. | Case No. 17-BK-30140<br><br>Chapter 11<br><br>[Joint Administration Pending][1] |

**NOTICE OF FILING OF (I) MODIFIED JOINT PLAN OF REORGANIZATION OF GARLOCK SEALING TECHNOLOGIES LLC, ET AL., AND OLDCO, LLC, PROPOSED SUCCESSOR BY MERGER TO COLTEC INDUSTRIES INC, DATED MAY 20, 2016 (AS MODIFIED ON JUNE 21, 2016 AND JULY 29, 2016), (II) FIRST AMENDMENT TO MODIFIED JOINT PLAN OF REORGANIZATION OF GARLOCK SEALING TECHNOLOGIES LLC, ET AL., AND OLDCO, LLC, PROPOSED SUCCESSOR BY MERGER TO COLTEC INDUSTRIES INC, DATED MAY 20, 2016 (AS MODIFIED ON JUNE 21, 2016 AND JULY 29, 2016), AND (III) DISCLOSURE STATEMENT FOR MODIFIED JOINT PLAN OF REORGANIZATION OF GARLOCK SEALING TECHNOLOGIES LLC, ET AL. AND OLDCO, LLC, PROPOSED SUCCESSOR BY MERGER TO COLTEC INDUSTRIES INC**

PLEASE TAKE NOTICE that OldCo, LLC, successor by merger to Coltec Industries Inc ("Coltec"), has filed herein the following documents:

1. The Modified Joint Plan of Reorganization of Garlock Sealing Technologies LLC, et al., and OldCo, LLC, Proposed Successor By Merger to Coltec Industries Inc, Dated May 20, 2016 (as modified on June 21, 2016 and July 29, 2016) (D.E. 26) (the "Joint Plan"), which was filed in the Garlock Bankruptcy Case on December 2, 2016 (D.E. 5443);

2. The First Amendment to the Modified Joint Plan of Reorganization of Garlock Sealing Technologies LLC, et al., and OldCo, LLC, Proposed Successor By

---

[1] Contemporaneously with filing this Notice, Coltec moved to have its chapter 11 case jointly administered with the chapter 11 cases of *In re Garlock Sealing Technologies LLC* (10-BK-31607), *In re Garrison Litigation Management Group, Ltd.* (10-BK-31608) and *In re The Anchor Packing Company* (10-BK-31606) (collectively, the "Garlock Bankruptcy Case"), with *In re Garlock Sealing Technologies LLC* serving as the lead case.

9419918v2

        Merger to Coltec Industries Inc, Dated May 20, 2016 (as modified on June 21, 2016 and July 29, 2016) (D.E. 27) (the "First Amendment"), which was consented to by all Plan Proponents (as defined in the Joint Plan) and was filed in the Garlock Bankruptcy Case on December 2, 2016 (D.E. 5594); and

3. The Disclosure Statement for Modified Joint Plan of Reorganization of Garlock Sealing Technologies LLC, et al. and OldCo, LLC, Proposed Successor by Merger to Coltec Industries Inc (D.E. 28) (the "Disclosure Statement"), which was filed in the Garlock Bankruptcy Case on July 29, 2016 (D.E. 5444).

PLEASE TAKE FURTHER NOTICE that copies of the foregoing can be requested by contacting Rust Consulting/Omni Bankruptcy by phone at 1-844-GARLOCK, by email at Garlock@omnimgt.com, or by accessing its website: www.omnimgt.com/sblite/garlock/.

This the 30th day of January, 2017.

| | |
|---|---|
| */s/ Daniel G. Clodfelter* | */s/ David M. Schilli* |
| Daniel G. Clodfelter | David M. Schilli |
| N.C Bar No. 7661 | N.C. Bar No. 17989 |
| danclodfelter@parkerpoe.com | dschilli@robinsonbradshaw.com |
| William L. Esser IV | Andrew W.J. Tarr |
| N.C. Bar No. 29201 | N.C. Bar No. 31827 |
| willesser@parkerpoe.com | atarr@robinsonbradshaw.com |
| Ashley A. Edwards | |
| N.C. Bar No. 40695 | ROBINSON BRADSHAW & HINSON, P.A. |
| ashleyedwards@parkerpoe.com | 101 North Tryon Street |
| | Suite 1900 |
| PARKER POE ADAMS & BERNSTEIN, LLP | Charlotte, NC 28246 |
| Three Wells Fargo Center | Telephone:    (704) 377-2536 |
| 401 South Tryon Street, Suite 3000 | Facsimile:     (704) 378-4000 |
| Charlotte, NC 28202 | |
| Telephone:    (704) 372-9000 | *Proposed Special Corporate and Litigation* |
| Facsimile:     (704) 334-4706 | *Counsel to OldCo, LLC, Debtor and Debtor-in-Possession* |
| *Proposed Counsel to OldCo, LLC, Debtor and Debtor-in-Possession* | |

9419918v2