**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 17−30140
Chapter 11

---

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
OldCo, LLC
   fka Enpro Learning System, LLC, fka Coltec Industries, Inc., fka Fairbanks Morse, fka Quincy Compressor, fka Fairbanks Morse Engine
5605 Carnegie Blvd, Ste. 500
Charlotte, NC 28209−4674
Social Security No.:
Debtor EIN:
38−4015215

---

# NOTICE OF DEFICIENT FILING

**NOTICE IS HEREBY GIVEN** that the petition filed on behalf of the above−referenced debtor(s) did not include the following items:

   Form 206 − Non−Individual Summary of Schedules
   Schedule A/B − List Property post 12−1
   Schedule D − Secured Claims
   Schedule E/F − Claims post 12−1
   Schedule H − Co−Debtors
   Statement of Financial Affairs
   List of 20 Largest Unsecured Creditors

**FURTHER NOTICE IS GIVEN** that if the above−referenced items are not filed with the Clerk of this Court within the time set forth in the Federal Bankruptcy Code and the Local Bankruptcy Rules of this Court, this case will be subject to dismissal by the Court without further notice or opportunity for hearing.

Dated: January 31, 2017                                                         Steven T. Salata
                                                                                Clerk of Court

Electronically filed and signed (1/31/17)