**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**Charlotte Division**

| | |
|---|---|
| IN RE:<br><br>OLDCO, LLC, SUCCESSOR BY MERGER TO COLTEC INDUSTRIES INC,<br><br>Debtor. | Case No. 17-BK-30140<br><br>Chapter 11<br><br>[Joint Administration Pending][1] |

## AFFIDAVIT OF SERVICE

STATE OF CALIFORNIA      }
                         } ss.:
COUNTY OF LOS ANGELES    }

CATHERINE NOWNES-WHITAKER, being duly sworn, deposes and says:

1. I am employed by Rust Consulting/Omni Bankruptcy, located at 5955 DeSoto Avenue, Suite 100, Woodland Hills, CA 91367. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 30, 2017, I caused the following to be served (i) via e-mail service to the parties listed in **Exhibit A** and (ii) via overnight for next-day delivery service, in secure, separate, postage pre-paid envelopes, to the persons listed on the annexed **Exhibit B**:

- **Notice of Proposed Agenda of Matters Scheduled for Hearing on Wednesday, February 1, 2017 at 9:30 A.M [Docket No. 23].**

- **Debtors' Motion for Order Directing Joint Administration of Related Chapter 11 Cases [Docket No. 4].**

- **Joint Motion to Appoint Certain Coltec Asbestos Claimants to the Official Committee of Asbestos Personal Injury Claimants and to Authorize the Expanded Committee to Serve in the Bankruptcy Case of OldCo, LLC [Docket No. 7].**

- **Debtor's Motion to Appoint Joseph W. Grier, III as Future Asbestos Claimants' Representative [Docket No. 9].**

- **Debtor's Application for Order Appointing Rust Consulting/Omni Bankruptcy as Claims, Ballot and Notice Agent [Docket No. 12].**

- **Debtor's Application for Order Authorizing Retention and Employment of Bates White, LLC as Asbestos Claims Consultant [Docket No. 11].**

---

1. Contemporaneously with filing this notice of proposed agenda, OldCo, LLC moved to have its chapter 11 case jointly administered with the chapter 11 cases of In re Garlock Sealing Technologies LLC (10-BK-31607), In re Garrison Litigation Management Group, Ltd. (10-BK-31608) and In re The Anchor Packing Company (10-BK-31606), with In re Garlock Sealing Technologies LLC serving as the lead case.

- **Debtor's Motion for Order Approving (I) Maintenance of Existing Bank Account and Bank Arrangements, (II) Continued Use of Existing Business Forms, (III) Intercompany Transactions, (IV) Limited Waiver of Deposit Guidelines, (V) Investment of Excess Cash, and (VI) Grant of Administrative Expense Priority Status to Post-Petition Intercompany Claims [Docket No. 8].**

- **Debtor's Motion for Order Waiving Obligations to (I) File Schedules and Statement of Financial Affairs, (II) Appoint an Unsecured Creditors' Committee, (III) File List of Twenty Largest Unsecured Creditors, and (IV) Convene Section 341 Meeting of Creditors [Docket No. 10].**

- **Debtors' Motion for an Order Establishing Case Management and Notice Procedures in OldCo, LLC's Chapter 11 Case and Single Master Service List in Debtors' Chapter 11 Cases [Docket No. 16].**

- **Debtor's Motion for Approval of (I) Form of Notice of Commencement of Case, (II) Mailing and Publication Procedures for Notice of Commencement of Case, and (III) Related Relief [Docket No. 19].**

- **Debtor's Motion to Approve Notice Procedures for Asbestos Claimants [Docket No. 17].**

- **Debtor's Motion to (I) Fix Bar Date for Certain Coltec Asbestos Claims, (II) Approve Proof of Claim Form and Proposed Procedures for Filing Certain Coltec Asbestos Claims, and (III) Approve Form and Manner of Notice Thereof [Docket No. 20].**

- **Debtor's Motion to Approve Solicitation and Confirmation Procedures and Schedule for Confirmation of the Joint Plan [Docket No. 18].**

- **Debtors'** *Ex Parte* **Motion for Entry of an Order (I) Shortening The Notice Period on First Day Motions Filed by the Debtors, (II) Limiting the Notice on First Day Motions, (III) Scheduling an Expedited Hearing of First Day Motions and (IV) Approving the Form and Manner of Notice on First Day Motions [Docket No. 5].**

- **Order (I) Shortening the Notice Period on First Day Motions Filed by the Debtors, (II) Limiting the Notice on First Day Motions, (III) Scheduling an Expedited Hearing on First Day Motions, and (IV) Approving the Form and Manner of Notice on First Day Motions [Docket No. 14].**

- **Notice of Expedited Hearing on First Day Motions [Docket No. 22].**

- **Debtor's** *Ex Parte* **Motion to Suspend Entry and Service of Standard Notice of Commencement [Docket No. 6].**

- Order Granting Debtors' Ex Parte Motion for Order Suspending Entry and Service of Standard Notice of Commencement [Docket No. 15].

- Declaration of Joseph Wheatley in Support of OldCo, LLC's Chapter 11 Petition and First Day Motions [Docket No. 21].

- Notice of Appearance and Request for Notices and Service of Papers [Docket No. 24].

- Notice of Appearance and Request for Notices and Service of Papers [Docket No. 25].

- Notice of Filing of (I) Modified Joint Plan of Reorganization of Garlock Sealing Technologies LLC, et al., and OldCo, LLC, Proposed Successor by Merger to Coltec Industries Inc, Dated May 20, 2016 (as Modified on June 21, 2016 and July 29, 2016), (II) First Amendment to Modified Joint Plan of Reorganization of Garlock Sealing Technologies LLC, et al., and OldCo, LLC, Proposed Successor by Merger to Coltec Industries Inc, Dated May 20, 2016 (as Modified on June 21, 2016 and July 29, 2016), and (III) Disclosure Statement for Modified Joint Plan of Reorganization of Garlock Sealing Technologies LLC, et al. and OldCo, LLC, Proposed Successor by Merger to Coltec Industries Inc [Docket No. 29].

- Debtor's Motion to Approve Disclosure Statement for Modified Joint Plan of Reorganization of Garlock Sealing Technologies LLC, et al. and OldCo, LLC, Proposed Successor by Merger to Coltec Industries Inc [Docket No. 30]

Dated: January 30, 2017

_____
Catherine Nownes-Whitaker
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite #100
Woodland Hills, California 91367
(818) 906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 30th day of January, 2017, by Catherine Nownes-Whitaker, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

SCOTT M. EWING
Notary Public - California
Los Angeles County
Commission # 2155599
My Comm. Expires Jun 3, 2020

# **EXHIBIT A**

OldCo, LLC, Successor by Merger to Coltec Industries Inc. - Service List to email Recipients  Served 1/30/2017

| | | |
|---|---|---|
| A. COTTON WRIGHT<br>CWRIGHT@GRIERLAW.COM | ASHLEY A. EDWARDS<br>ASHLEYEDWARDS@PARKERPOE.COM | CAPLIN & DRYSDALE<br>TREVOR W. SWETT III<br>TSWETT@CAPDALE.COM |
| DEBORAH L. FLETCHER<br>FSB FISHERBROYLES, LLP<br>INFO@FISHERBROYLES.COM | DONNA ROSSI, EXECUTOR OF THE<br>JOSEPH BELLUCK<br>JBELLUCK@BELLUCKFOX.COM | EOBERT E. PAUL<br>DEBORAH PAPANERI<br>INFO@PRMPCLAW.COM |
| JEFFREY A. LIESEMER<br>JLIESEMER@CAPDALE.COM | JONATHAN P. GUY<br>JGUY@ORRICK.COM | JOSEPH W. GRIER, III<br>JGRIER@GRIERLAW.COM |
| KING & SPALDING LLP<br>ANTONIO E. LEWIS<br>ALEWIS@KSLAW.COM | LISA NATHANSON BUSCH<br>WEITZ & LUXENBERG<br>INFO@WEITZLUX.COM. | MCDERMOTT WILL & EMERY LLP<br>DARREN AZMAN<br>DAZMAN@MWE.COM |
| MCDERMOTT WILL & EMERY LLP<br>JOHN J. CALANDRA<br>JCALANDRA@MWE.COM | ORRICK HERRINGTON & SUTCLIFFE LLP<br>GREGORY BEAMAN<br>GBEAMAN@ORRICK.COM | PARKER POE<br>DANIEL G. CLODFELTER<br>DANCLODFELTER@PARKERPOE.COM |
| PARKER POE<br>WILLIAM L ESSER<br>WILLESSER@PARKERPOE.COM | PERRY WEITZ<br>WEITZ & LUXENBERG<br>INFO@WEITZLUX.COM. | RAYBURN COOPER & DURHAM<br>JACK MILLER<br>JMILLER@RCDLAW.NET |
| RAYBURN COOPER & DURHAM<br>RICK RAYBURN<br>RRAYBURN@RCDLAW.NET | ROBINSON BRADSHAW & HINSON, PA<br>ANDREW TARR<br>ATARR@ROBINSONBRADSHAW.COM | SIMON, GREENSTONE, PANATIER & BARTLETT<br>ATTN: JEFFREY B. SIMON<br>JSIMON@SGPBLAW.COM |
| TRAVIS W. MOON<br>TMOON@MWHATTORNEYS.COM | US BANKRUPTCY ADMINISTRATOR<br>ALEXANDRIA KENNY<br>ALEXANDRIA_P_KENNY@NCWBA.USCOURTS.GOV | US BANKRUPTCY ADMINISTRATOR<br>LINDA SIMPSON<br>LINDA_SIMPSON@NCWBA.USCOURTS.GOV |
| WILLIAM AMES WARREN<br>C/O ROBERT W. PHILLIPS<br>INFO@SIMMONSFIRM.COM | | |

Parties Served: 25

# **EXHIBIT B**

| | | |
|---|---|---|
| A. COTTON WRIGHT<br>GRIER FURR CRISP<br>101 N. TRYON ST, STE 1240,<br>CHARLOTTE NC 28246 | ANDREW J. KELLY<br>WYLDER CORWIN KELLY LLP<br>207 E. WASHINGTON, STE. 102<br>BLOOMINGTON IL 61701 | ANN HARPER<br>BARON & BUDD, PC<br>3102 OAK LAWN AVE., STE. 1100<br>DALLAS TX 75219-4283 |
| ANTONIO E. LEWIS<br>KING & SPALDING LLP<br>100 NORTH TRYON STREET, SUITE 3900<br>CHARLOTTE NC 28202 | ASHLEY A. EDWARDS<br>PARKER POE ADAMS & BERNSTEIN LLP<br>401 SOUTH TRYON STREET, STE. 3000<br>CHARLOTTE NC 28202 | ASSOCIATED SPRING<br>BUSINESS OF BARNES GROUP<br>ATTN: JOEL RAFANIELLO<br>80 SCOTT SWAMP ROAD<br>FARMINGTON CT 6032 |
| BELLUCK & FOX, LLP<br>DONNA ROSSI, EXECUTOR OF THE<br>ESTATE OF LEON STONE, JR.<br>546 FIFTH AVENUE, 4TH FLOOR<br>NEW YORK NY 10036 | BRAYTON PURCELL LLP<br>ALAN R. BRAYTON, ESQ.<br>CHRISTINA C. SKUBIC, ESQ.<br>222 RUSH LANDING ROAD<br>NOVATO CA 94948 | BRIAN J. ALEXANDER<br>KREINDLER & KREINDLER LLP<br>750 THIRD AVENUE<br>NEW YORK NY 10017 |
| BROOKS, PIERCE, MCLENDON, HUMPHREY & LEONAR<br>JEFFERY E. OLEYNIK/JIM W. PHILLIPS, JR.<br>PO BOX 26000<br>GREENSBORO NC 27420 | BRUCE J. RUZINSKY<br>D. ELAINE CONWAY<br>JACKSON WALKER L.L.P.<br>1401 MCKINNEY ST., STE. 1900<br>HOUSTON TX 77010 | C. EDWIN ALLMAN, III, ESQ.<br>R. BRADFORD LEGGETT, ESQ.<br>ALLMAN SPRY LEGGETT & CRUMPLER<br>380 KNOLLWOOD STREET<br>WINSTON-SALEM NC 27103-1862 |
| CAPLIN & DRYSDALE, CHARTERED<br>ATTN: ELIHU INSELBUCH<br>600 LEXINGTON AVENUE, 21ST FLOOR<br>NEW YORK NY 10022-6000 | CAPLIN & DRYSDALE, CHARTERED<br>JEFFREY LIESEMER/KEVIN MACLAY/TREVOR W. SWE<br>ONE THOMAS CIRCLE, NW, STE. 1100<br>WASHINGTON DC 20005 | CARSON PORTWALL LP<br>C/O JULIE BARKER PAPE<br>WOMBLE CARLYLE SANDRIDGE RICE<br>ONE WEST FOURTH STREET<br>WINSTON-SALEM NC 27101 |
| CHARLES & LORETTA WILLIS<br>C/O DAVID GREENSTONE<br>SIMON, EDDINS & GREENSTONE, LLP<br>3232 MCKINNEY AVE., SUITE 610<br>DALLAS TX 75204 | CHRISTOPHER K. KIPLOK<br>HUGHES HUBBARD & REED LLP<br>ONE BATTERY PARK PLAZA<br>NEW YORK NY 10004 | COMMONWEALTH OF PENNSYLVANIA<br>DEPT OF LABOR & INDUSTRY RE: JOSEPH KOTS<br>READING BANKRUPTCY & COMPLIANCE<br>625 CHERRY STREET, ROOM 203<br>READING PA 19602-1152 |
| DAN CLODFELTER<br>PARKER POE ADAMS & BERNSTEIN LLP<br>THREE WELLS FARGO CENTER<br>401 SOUTH TRYON STREET, STE.3000<br>CHARLOTTE NC 28202 | DANIEL L. KELLER<br>KELLER, FISHBACK & JACKSON, LLP<br>28720 CANWOOD ST., STE 200<br>AGOURA HILLS CA 91301-3465 | DEBORAH L. FLETCHER<br>FSB FISHERBROYLES, LLP<br>6000 FAIRVIEW ROAD, SUITE 1200<br>CHARLOTTE NC 28210 |
| DEBORAH PAPANERI<br>C/O ROBERT E. PAUL<br>PAUL, REICH & MYERS, P.C.<br>1608 WALNUT STREET, SUITE 500<br>PHILADELPHIA PA 19103 | DENIS BURNS<br>C/O BRIAN T. FITZPATRICK<br>BELLUCK & FOX LLP<br>546 FIFTH AVENUE, 4TH FLOOR<br>NEW YORK NY 10036 | ELIZABETH BARRY<br>GARLOCK SEALING TECHNOLOGIES<br>GARRISON LITIGATION MANAGEMENT GROUP, LTD<br>349 WEST COMMERCIAL ST, STE 3050<br>EAST ROCHESTER NY 14445 |
| ELIZABETH V. HELLER, ESQ.<br>GOLDENBERG HELLER ANTOGNOLI & ROWLAND, P.C.<br>2228 SOUTH STATE ROAD 157<br>EDWARDSVILLE IL 62025 | ELLEN FOX<br>C/O LISA NATHANSON BUSCH<br>WEITZ & LUXENBERG<br>700 BROADWAY<br>NEW YORK NY 10003 | EXCELLUS BLUE CROSS BLUE SHIELD<br>C/O WENDY A. KINSELLA<br>HARRIS BEACH PLLC<br>333 WEST WASHINGTON STREET, SUITE 200<br>SYRACUSE NY 13202 |
| GARRETT J. BRADLEY<br>THORNTON & NAUMES, LLP<br>100 SUMMER STREET<br>BOSTON MA 2110 | GARY TERRY<br>C/O COONEY & CONWAY<br>120 N. LASALLE STREET, SUITE 3000<br>CHICAGO IL 60602 | GEORGE F. SANDERSON III<br>ELLIS & WINTERS LLP<br>POST OFFICE BOX 33550<br>RALEIGH NC 27636 |
| H M CROSS & SONS INC.<br>ATTN: PAUL HARRISON<br>50 RIDGELAND ROAD<br>ROCHESTER NY 14623-3112 | H. LEE DAVIS, JR.<br>DAVIS & HAMRICK, LLP<br>P.O. DRAWER 20039<br>WINSTON-SALEM NC 27120-0039 | HEATHER M. FORREST<br>2323 ROSS AVENUE, SUITE 600<br>DALLAS TX 75202 |

| | | |
|---|---|---|
| HEATHER M. FORREST<br>JACKSON WALKER L.L.P.<br>901 MAIN STREET, SUITE 6000<br>DALLAS TX 75202 | HILLARY CRABTREE<br>MOORE & VAN ALLEN PLLC<br>BANK OF AMERICA CORPORATE CENTER<br>100 NORTH TRYON STREET, STE. 4700<br>CHARLOTTE NC 28202-4003 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| IRON MOUNTAIN INFO. MGMT., INC.<br>C/O FRANK F. MCGINN<br>BARTLETT HACKETT FEINBERG P.C.<br>155 FEDERAL STREET, 9TH FLOOR<br>BOSTON MA 2110 | JAMES F. HUMPHREYS<br>JAMES F. HUMPHREYS & ASSOCIATES L.C.<br>10 HALE STREET, SUITE 400<br>CHARLESTON WV 25301 | JASON L. WATERS<br>DAVIS & HAMRICK, LLP<br>P.O. DRAWER 20039<br>WINSTON-SALEM NC 27120-0039 |
| JASON M. KATZ<br>HIERSCHE, HAYWARD, DRAKELEY & URBACH, P.C.<br>15303 DALLAS PARKWAY, SUITE 700<br>ADDISON TX 75001 | JASON T. SHIPP, ESQ.<br>GOLDBERG, PERSKY & WHITE, P.C.<br>11 STANWIX ST., SUITE 1800<br>PITTSBURGH PA 15219 | JEANETTE M. GILBERT<br>MOTLEY RICE LLC<br>28 BRIDGESIDE BOULEVARD<br>MT. PLEASANT SC 29464 |
| JEFFREY A. LIESEMER/TREVOR W. SWETT III<br>CAPLIN & DRYSDALE<br>ONE THOMS CIRCLE, NW, SUITE 1100<br>WASHINGTON DC 20005 | JEFFREY S. MUTNICK<br>LAW OFFICE OF JEFFREY S. MUTNICK<br>737 SW VISTA AVENUE<br>PORTLAND OR 97205 | JODI D. HILDEBRAN, ESQ.<br>ALLMAN SPRY LEGGETT & CRUMPLER<br>380 KNOLLWOOD STREET<br>WINSTON-SALEM NC 27103-1862 |
| JOHN A. BADEN, IV<br>MOTLEY RICE LLC<br>28 BRIDGESIDE BLVD.<br>MOUNT PLEASANT SC 29464 | JOHN D. DEMMY<br>STEVENS & LEE, P.C.<br>1105 NORTH MARKET STREET, 7TH FL.<br>WILMINGTON DE 19801 | JOHN D. HURST<br>MOTLEY RICE, LLC<br>28 BRIDGESIDE BOULEVARD<br>MT. PLEASANT SC 29464 |
| JOHN S. FAVATE, ESQ.<br>HENRY T.M. LEFEVRE-SNEE, ESQ.<br>HARDIN KUNDLA MCKEON & POLETTO<br>673 MORRIS AVENUE<br>SPRINGFIELD NJ 7081 | JONATHAN P. GUY/GREGORY BEAMAN<br>DEBRA L. FELDER<br>ORRICK HERRINGTON & SUTCLIFFE LLP<br>1152 15TH STREET, N.W.<br>WASHINGTON DC 20005-1706 | JOSEPH D. BOYER<br>C/O ALAN KELLMAN<br>THE JAQUES ADMIRALTY LAW FIRM<br>645 GRISWOLD, SUITE 1370<br>DETROIT MI 48226 |
| JOSEPH F. RICE<br>MOTLEY RICE LLC<br>28 BRIDGESIDE BOULEVARD<br>MT. PLEASANT SC 29464 | JOSEPH M. SNYDER<br>CORPORATE GENERAL COUNSEL<br>WIDEWATERS HOTELS, LLC<br>5786 WIDEWATERS PKWY, STE. 3<br>DEWITT NY 13214 | JOSEPH W. GRIER, III<br>A. COTTEN WRIGHT<br>GRIER FURR & CRISP, PA<br>101 N. TRYON ST., SUITE 1240<br>CHARLOTTE NC 28246 |
| JOSHUA R. TAYLOR<br>JAMES E. ROCAP, III<br>STEPTOE & JOHNSON LLP<br>1330 CONNECTICUT AVENUE, N.W.<br>WASHINGTON DC 20036 | JULIE DEARY<br>UNION REPRESENTATIVE<br>1666 DIVISION STREET<br>PALMYRA NY 14522 | KING & SPALDING LLC<br>ANTONIO E. LEWIS<br>100 NORTH TRYON ST., STE. 3900<br>CHARLOTTE NC 28202 |
| KIRK G. WARNER<br>SMITH ANDERSON BLOUNT ET AL.<br>P.O. BOX 2611<br>RALEIGH NC 27602-2611 | LAUREN A. GOLDEN<br>ELLIS & WINTERS LLP<br>POST OFFICE BOX 33550<br>RALEIGH NC 27636 | LAUREN M. WEBB<br>THE SIMMONS FIRM<br>1 COURT STREET<br>EAST ALTON IL 62002-6267 |
| LEE J. ROHN<br>ROHN & CARPENTER RE ALEXIS & F DENIS<br>ESTATE OF JOSEPH HENRY<br>1101 KING STREET<br>CHRISTIANSTED, ST. CROIX<br>US. VIRGIN ISLANDS 00820 | LEONARD P. GOLDBERGER<br>STEVENS & LEE, P.C.<br>1818 MARKET STREET, 29TH FLOOR<br>PHILADELPHIA PA 19103 | LINDA BOYLE<br>TW TELECOM INC.<br>10475 PARK MEADOWS DR., #400<br>LITTLETON CO 80124 |
| LISA NATHANSON BUSCH<br>WEITZ & LUXENBERG<br>700 BROADWAY<br>NEW YORK NY 10003 | MADONNA GUZZO<br>C/O JOHN LIPSITZ<br>LIPSITZ & PONTERIO, LLC<br>135 DELAWARE AVE, 5TH FLOOR<br>BUFFALO NY 14202 | MARTIN E. BEELER<br>COVINGTON & BURLING LLP<br>620 EIGHTH AVENUE<br>NEW YORK NY 10018 |

| | | |
|---|---|---|
| MAUNE RAICHLE HARTLY FRENCH & <br> MICHAEL LARIMER OR NEIL MAUNE <br> 211 NORTH BROADWAY, SUITE 2940 <br> ST. LOUIS MO  63102 | MCDERMOTT WILL & EMERY LLP <br> PETER SACRIPANTI/JOHN CALANDRA/DARREN AZMAN <br> 340 MADISON AVENUE <br> NEW YORK NY  10173-1922 | MICHAEL BAZLEY FBO AX6869 <br> DVI P.O. BOX 20 <br> TRACY CA  95378 |
| MONICA S. BLACKER <br> JACKSON WALKER L.L.P. <br> 2323 ROSS AVE., SUITE 600 <br> DALLAS TX  75201 | NANCY L. MANZER, ESQ. <br> WILMER CUTLER PICKERING <br> HALE & DORR LLP <br> 1875 PENNSYLVANIA AVE., NW <br> WASHINGTON DC  20006 | NAVA HAZAN, ESQ. <br> SQUIRE SANDERS (US) LLP <br> 30 ROCKEFELLER PLAZA, 23RD FLOOR <br> NEW YORK NY  10112 |
| NC DEPARTMENT OF REVENUE <br> P.O. BOX 1168 <br> RALEIGH NC  27602 | NIAGRA BANK <br> C/O WILLIAM B. SCHILLER <br> SCHILLER & KNAPP, LLP <br> 950 NEW LOUDON ROAD <br> LATHAM NY  12110 | NY STATE DEPARTMENT OF TAXATION AND FINAN <br> P.O. BOX 5300 <br> ALBANY NY  12205-0300 |
| PARKER HUDSON RAINER & DOBBS <br> ATTN: C. EDWARD DOBBS <br> 285 PEACHTREE CENTER AVE. NE <br> 1500 MAQUIS TWO <br> ATLANTA GA  30303 | PENSION BENEFIT GUARANTY CORP <br> MARK R. SNYDER/JUSTIN S. ALEX <br> OFFICE OF THE CHIEF OF COUNSEL <br> 1200 K STREET NW, STE. 340 <br> WASHINGTON DC  20005-4026 | PERRY WEITZ <br> WEITZ & LUXENBERG <br> 700 BROADWAY <br> NEW YORK NY  10003 |
| RAND NOLEN <br> FLEMING & ASSOCIATES, LLP <br> 2800 POST OAK BLVD., STE. 4000 <br> HOUSTON TX  77056-6109 | RAYBURN COOPER & DURHAM <br> ATTN: JACK MILLER/JOHN MILLER, JR. <br> 227 WEST TRADE STREET SUITE 1200 <br> CHARLOTTE NC  28202 | REVSTONE CASTING FAIRFIELD LLC <br> F/K/A DEXTER FOUNDRY INC. <br> ATTN: DEXTER BELL <br> 905 WEST DEPOT <br> FAIRFIELD IA  52556 |
| RICHARDSON, PATRICK, WESTBROOK <br> & BRICKMAN, LLC RE: J. DAVID BUTLER, ESQ. <br> PO BOX 1368 <br> BARNWELL SC  29812 | ROBERT BENCH <br> FLEMING & ASSOCIATES, LLP <br> 2800 POST OAK BLVD, STE. 4000 <br> HOUSTON TX  77056-6109 | ROBERT J. LAWING <br> H. BRENT HELMS <br> ROBINSON & LAWING, L.L.P. <br> 101 N. CHERRY STREET, SUITE 720 <br> WINSTON-SALEM NC 27101 |
| ROBERT W. PHILLIPS <br> THE SIMMONS FIRM <br> 1 COURT STREET <br> EAST ALTON IL  62002-6267 | ROBERT WIRWICZ <br> C/O GARRETT BRADLEY <br> THORNTON & NAUMES, LLP <br> 100 SUMMER STREET <br> BOSTON MA  2110 | ROBINSON BRADSHAW & HINSON, PA <br> ATTN: JONATHAN C. KRISKO <br> 101 N. TRYON STREET SUITE 1900 <br> CHARLOTTE NC  28246 |
| ROMAINE S. SCOTT, III <br> SCOTT & SCOTT LAW, LLC <br> POST OFFICE BOX 1248 <br> FAIRHOPE AL  36533 | SCHACHTER HARRIS LLP <br> CARY SCHACHTER/RAYMOND P. HARRIS, JR. <br> 220 CANAL CENTRE <br> 400 E. LAS COLINAS BLVD. <br> IRVING TX  75039 | SCOTT R. MILLER <br> JOHNSTON, ALLISON & HORD, P.A. <br> 1065 EAST MOREHEAD STREET <br> CHARLOTTE NC  28204 |
| SCOTT W. WERT <br> FOSTER & SEAR, LLP <br> 817 GREENVIEW DRIVE <br> GRAND PRARIE TX  75050 | SECURITIES & EXCHANGE COMMISSION <br> 950 EAST PACES FERRY ROAD, N.E. <br> SUITE 900 <br> ATLANTA GA  30326-1382 | SGL CARBON, LLC <br> ATTN: TIM BROWN <br> 10130 PERIMETER PARKWAY, SUITE 500 <br> CHARLOTTE NC  28216 |
| SHAWN M. CHRISTIANSON, ESQ. <br> BUCHALTER NEMER <br> 55 2ND STREET, SUITE 1700 <br> SAN FRANCISCO CA  94105-3493 | SHERRI HOOVER <br> C/O JOHN A BADAN IV <br> MOTLEY RICE LLC <br> 28 BRIDGESIDE BLVD. <br> MT. PLEASANT SC  29464 | SIMON, GREENSTONE, PANATIER & BARTLETT <br> JEFFREY SIMON <br> 3232 MCKINNEY AVE. <br> SUITE 610 <br> DALLAS TX 75204 |
| SOLVAY SOLEXIS INC. <br> ATTN: NEZELIA SOSA <br> 3333 RICHMOND AVENUE <br> HOUSTON TX  77098 | STEPHEN C. EMBRY <br> EMBRY AND NEUSNER <br> P.O. BOX 1409 <br> GROTON CT  6340 | STEVEN KAZAN <br> KAZAN LYONS/JOHN & DIANE ALLEN <br> GREENWOOD & HARLEY <br> 55 HARRISON STREET, SUITE 400 <br> OAKLAND CA  94607 |

| | | |
|---|---|---|
| STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C.<br>PETER C. D'APICE/SANDER L. ESSERMAN<br>2323 BRYAN STREET, SUITE 2200<br>DALLAS TX 75201 | SUSAN BROADHEAD, ADMINISTRATRIX OF THE<br>ESTATE OF JAMES F. PHILLIPS<br>C/O THE LANIER LAW FIRM, PC<br>6810 FM 1960 WEST<br>HOUSTON TX 77069 | THE JAQUES ADMIRALTY LAW FIRM, PC<br>JAMES J. KENNEDY<br>1370 PENOBSCOT BUILDING<br>DETROIT MI 48226 |
| THE MARITIME ASBESTOSIS LEGAL CLINIC<br>THE JAQUES ADMIRALTY LAW FIRM, PC<br>ALAN KELLMAN, ESQ.<br>645 GRISWOLD, SUITE 1370<br>DETROIT MI 48226 | THE U.S. DEPARTMENT OF HEALTH & HUMAN SERVIC<br>GENERAL COUNSEL<br>200 INDEPENDENCE AVE., SW<br>WASHINGTON DC 20201 | THOMAS PARKER GRIFFIN, ESQ.<br>BRADLEY ARANT BOULT CUMMINGS LLP<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM AL 35203 |
| TIMOTHY KOEBERLE<br>C/O PETER KRAUS<br>WATERS & KRAUS, LLP<br>3219 MCKINNEY AVE.<br>DALLAS TX 75204 | TRAVIS W. MOON<br>RICHARD S. WRIGHT<br>MOON WRIGHT & HOUSTON, PLLC<br>121 W. TRADE STREET, SUITE 1950<br>CHARLOTTE NC 28202 | U.S. ATTORNEY'S OFFICE<br>227 WEST TRADE ST.<br>SUITE 1650<br>CHARLOTTE NC 28202 |
| U.S. CENTERS FOR MEDICARE & MEDICAID SERVICES<br>GENERAL COUNSEL<br>7500 SECURITY BLVD.<br>BALTIMORE MD 21244 | UNITED STATES ATTORNEY OFFICE<br>ATTN: CIVIL DIVISION<br>227 WEST TRADE ST., STE. 1650<br>CHARLOTTE NC 28202 | US BANKRUPTCY ADMINISTRATOR<br>ATTN: LINDA W. SIMPSON/ALEXANDRIA KENNY<br>402 W. TRADE STREET, SUITE 200<br>CHARLOTTE NC 28202 |
| WILENTZ GOLDMAN & SPITZER, P.A.<br>DEIRDRE WOULFE PACHECO<br>90 WOODBRIDGE CENTER DRIVE<br>SUITE 900 BOX 10<br>WOODBRIDGE NJ 07095-0958 | WILLIAM AMES WARREN<br>C/O ROBERT W. PHILLIPS<br>THE SIMMONS FIRM<br>1 COURT STREET<br>ALTON IL 62024-6267 | ZEICHNER ELLMAN & KRAUSE LLP<br>MICHAEL S. DAVIS/JANTRA VAN ROY/PETER JANOV<br>1211 AVENUE OF THE AMERICAS, 40TH FL<br>NEW YORK NY 10036 |

Parties Served: 114