**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 17–30140
Chapter 11

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
  OldCo, LLC
    fka Enpro Learning System, LLC, fka Coltec Industries, Inc., fka Fairbanks Morse, fka Quincy Compressor, fka Fairbanks Morse Engine
  5605 Carnegie Blvd, Ste. 500
  Charlotte, NC 28209–4674
  Social Security No.:
  Debtor EIN:
  38–4015215

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Request for Notice/Notice of Appearance filed in the above referenced case on 01/30/2017 as document # 25 is defective for the reason(s) marked below:

  Notice does not comply with LR 20911(c).

PLEASE TAKE NOTICE that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: February 1, 2017                                                                                                    Steven T. Salata
                                                                                                                             Clerk of Court

Electronically filed and signed (2/1/17)