## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

---

In re:

**OLDCO, LLC, SUCCESSOR BY MERGER**,    Case No. 17-BK-30140
**TO COLTEC INDUSTRIES INC**,    Chapter 11
                Debtor.    [Joint Administration Pending][1]

---

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE OF PAPERS

---

**PLEASE TAKE NOTICE** that the undersigned appears as counsel in the above-referenced bankruptcy case for OldCo, LLC, Debtor and Debtor-in-Possession in the above-captioned case and successor by merger to Coltec Industries Inc, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Rules") and hereby gives notice of such appearance.

**TAKE FURTHER NOTICE** that the undersigned, pursuant to Rules 2002(g) and 9007 of the Rules, hereby requests that all notices given or required to be given, and all papers served or required to be served, in this case be given to and served upon the undersigned at the address indicated below.

**TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Rules, but also included, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, made by the Debtor or any party in interest in this case.

**TAKE FURTHER NOTICE** that OldCo, LLC does not intent for this Notice of Appearance or any subsequent appearance, pleading, claim or suit, to waive, and expressly reserves OldCo, LLC's (i) right to have final orders in noncore matters entered only after de novo review or trial by a District Court, (ii) right to trial by jury in any proceeding or trial so triable herein or in any case, controversy, or proceeding relating hereto, (iii) right to have the reference withdrawn by the District Court in any mater subject to mandatory or discretionary withdrawal, or (iv) rights, claims, actions, defenses, setoffs or recoupments to which OldCo, LLC is or may be entitled to under agreements, in law, in equity, or otherwise. This Notice of Appearance is not, and shall not be construed to be, a consent by OldCo, LLC pursuant to 28 U.S.C. §157(c)(2).

This the 2nd day of February, 2017.

        /s/ William L. Esser IV, Esq.
        William L. Esser IV, Esq.  (NC Bar No. 29201)
        Parker Poe Adams & Bernstein LLP
        401 South Tryon Street, Suite 3000
        Charlotte, North Carolina 28202
        Telephone: (704) 372-9000
        willesser@parkerpoe.com
        *Attorneys for Debtor and Debtor-in-Possession*

---

[1] OldCo, LLC has moved to have its Chapter 11 case jointly administered with the Chapter 11 cases of *In re Garlock Sealing Technologies LLC* (10-BK-31607), *In re Garrison Litigation Management Group Ltd.* (10-BK-31608) and *In re The Anchor Packing Company* (10-BK-31606), with *In re Garlock Sealing Technologies LLC* serving as the lead case.

PPAB 3571147v1