```
                          United States Bankruptcy Court
                          Western District of North Carolina
In re:                                                              Case No. 17-30140-jcw
OldCo, LLC                                                          Chapter 11
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0419-3          User: vanhoyr          Page 1 of 1          Date Rcvd: Jan 31, 2017
                              Form ID: 273           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2017.
db              OldCo, LLC,    5605 Carnegie Blvd, Ste. 500,    Charlotte, NC   28209-4674

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2017                                       Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2017 at the address(es) listed below:
              Andrew W.J. Tarr    on behalf of Debtor    OldCo, LLC atarr@rbh.com,   CPecoraro@robinsonbradshaw.com
              Daniel Gray Clodfelter    on behalf of Debtor    OldCo, LLC danclodfelter@parkerpoe.com,
               danclodfelter@parkerpoe.com
              David M. Schilli    on behalf of Debtor    OldCo, LLC dschilli@rbh.com,
               cpecoraro@robinsonbradshaw.com,kcrandall@robinsonbradshaw.com
              U.S. Bankruptcy Administrator Office    alexandria_p_kenny@ncwba.uscourts.gov,
               ba_desk@ncwba.uscourts.gov
              William L. Esser, IV    on behalf of Debtor    OldCo, LLC willesser@parkerpoe.com
                                                                                             TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 17−30140
Chapter 11

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
   OldCo, LLC
      fka Enpro Learning System, LLC, fka Coltec
      Industries, Inc., fka Fairbanks Morse, fka Quincy
      Compressor, fka Fairbanks Morse Engine
   5605 Carnegie Blvd, Ste. 500
   Charlotte, NC 28209−4674
   Social Security No.:
   Debtor EIN:
   38−4015215

# NOTICE OF DEFICIENT FILING

**NOTICE IS HEREBY GIVEN** that the petition filed on behalf of the above−referenced debtor(s) did not include the following items:

   Form 206 − Non−Individual Summary of Schedules
   Schedule A/B − List Property post 12−1
   Schedule D − Secured Claims
   Schedule E/F − Claims post 12−1
   Schedule H − Co−Debtors
   Statement of Financial Affairs
   List of 20 Largest Unsecured Creditors

**FURTHER NOTICE IS GIVEN** that if the above−referenced items are not filed with the Clerk of this Court within the time set forth in the Federal Bankruptcy Code and the Local Bankruptcy Rules of this Court, this case will be subject to dismissal by the Court without further notice or opportunity for hearing.

Dated: January 31, 2017                                                                                         Steven T. Salata
                                                                                                                 Clerk of Court

Electronically filed and signed (1/31/17)