FILED & JUDGMENT ENTERED
Steven T. Salata

February 3 2017

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# Charlotte Division

| | |
|---|---|
| IN RE:<br><br>GARLOCK SEALING TECHNOLOGIES LLC, et al.,<br><br>Debtors.[1] | Case No. 10-BK-31607<br><br>Chapter 11<br><br>Jointly Administered |
| IN RE:<br><br>OLDCO, LLC, SUCCESSOR BY MERGER TO COLTEC INDUSTRIES INC,<br><br>Debtor. | Case No. 17-BK-30140<br><br>Chapter 11 |

### ORDER ADDING COLTEC ASBESTOS CLAIMANTS TO THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS AND AUTHORIZING THE EXPANDED COMMITTEE TO SERVE IN THE BANKRUPTCY CASE OF OLDCO, LLC

Upon the Joint Motion of Debtors, the Official Committee of Asbestos Personal Injury Claimants, and the Ad Hoc Coltec Asbestos Claimants Committee to Appoint Certain Coltec Asbestos Claimants to the Official Committee of Asbestos Personal Injury Claimants and to Authorize the Expanded Committee to Serve in the Bankruptcy Case of OldCo, LLC (the "Motion"); and it appearing that the relief requested in the Motion is in the best interests of the

---

[1] The debtors in these jointly administered cases are Garlock Sealing Technologies LLC; Garrison Litigation Management Group, Ltd.; and The Anchor Packing Company.

9318301v4 25081.00011

Debtors,[2] their estates, their creditors and other parties in interest; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and upon consideration of the First Day Declaration; and after due deliberation thereon; and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The following Coltec Asbestos Claimants are hereby added as members to the Garlock Committee:

Susan Broadhead, Administratrix of the Estate of James F. Phillips
c/o The Lanier Law Firm, PC
6810 FM 1960 West
Houston, TX 77069

James J. Kennedy
c/o The Jaques Admiralty Law Firm, PC
1370 Penobscot Building
Detroit, MI 48226

Donna Rossi, Executor of the Estate of Leon Stone, Jr.
c/o Belluck & Fox, LLP
546 Fifth Avenue
4th Floor
New York, NY 10036

3. The Garlock Committee is hereby authorized to serve as the official creditors' committee under 11 U.S.C. § 1102 for holders of current GST Asbestos Claims and current Coltec Asbestos Claims in the Coltec Bankruptcy Case, in addition to the Garlock Committee's existing role in the Garlock Bankruptcy Case.

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed in the Motion.

9318301v4 25081.00011

4.  Any party may request that the Court reconsider entry of this Order by filing a motion for reconsideration within fourteen (14) days of service of this Order.

5.  This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

| | |
|---|---|
| This Order has been signed electronically.  The judge's signature and court's seal appear at the top of the Order. | United States Bankruptcy Court |

9318301v4 25081.00011