```
FILED & JUDGMENT ENTERED
     Steven T. Salata


     February 3 2017


  Clerk, U.S. Bankruptcy Court
Western District of North Carolina
```



_____
J. Craig Whitley
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

| | |
|---|---|
| IN RE: <br><br> OLDCO, LLC, SUCCESSOR BY MERGER TO COLTEC INDUSTRIES INC, <br><br> Debtor. | Case No. 17-BK-30140 <br><br> Chapter 11 |

### ORDER ESTABLISHING CASE MANAGEMENT AND NOTICE PROCEDURES IN OLDCO, LLC'S CHAPTER 11 CASE AND SINGLE MASTER SERVICE LIST

Upon the Debtors' Motion for An Order Establishing Case Management and Notice Procedures in OldCo, LLC's Chapter 11 Case and Single Master Service List in Debtors' Chapter 11 Cases (the "Motion"); and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157; and upon the record herein; and upon consideration of the First Day Declaration,[1] and after due deliberation thereon, the Court makes the following findings of fact and conclusions of law:

    A.    The relief requested in the Motion is in the best interest of Coltec and its estate and the application of the Notice Procedures set forth in the Motion to the Coltec Bankruptcy Case is fair and reasonable;

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed in the Motion.

9249677v7 25081.00011

B. Adoption of the Notice Procedures in the Coltec Bankruptcy Case will substantially reduce administrative burdens and result in substantial cost savings to Coltec's estate because of the reduction of time and money Coltec will have to expend on the Filings;

C. Adoption of the Notice Procedures in the Coltec Bankruptcy Case will also significantly reduce the administrative and economic burden placed on creditors and parties in interest when filing the Filings;

D. The Notice Procedures are tailored to attempt to ensure that all parties in interest that may be directly affected by the relief sought by a particular Filing or Adversary Pleading will receive notice of such Filing or Adversary Pleading directly from the party submitting the Filing or Adversary Pleading to the Court; and

E. Notice of the Motion has been due and sufficient under the circumstances. Now, therefore, based upon the foregoing,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Notice Procedures are hereby APPROVED for use in the Coltec Bankruptcy Case. All Filings and Adversary Pleadings in the Coltec Bankruptcy Case shall be subject to the Notice Procedures, unless otherwise ordered by this Court (including, without limitation, an order upon Coltec's motion to limit notice of the commencement of the Coltec Bankruptcy Case).

3. Notice in the Coltec Bankruptcy Case is hereby limited to only (a) those parties and entities listed in the Master Service List (defined below), (b) those parties as may be necessary under the procedures described in Paragraph 4 below, and (c) each party with a particularized interest in the subject of the Filing or directly affected by the Filing.

2

4. If notices are required by Bankruptcy Rules 2002(a)(2), (3) or (6), 4001, 6004, 6006, 6007, or 9019, parties shall serve all such Filings on the Master Service List and also in accordance with the following procedures, unless otherwise authorized by this Court:

    a. Filings related to the use, sale, lease or abandonment of property other than in the ordinary course of business shall be served on each entity having a known interest in the property;

    b. Filings related to relief from, or otherwise related to, the automatic stay shall be served on each entity having a lien or encumbrance on the affected property;

    c. Filings relating to obtaining credit shall be served on each entity with a lien or other interest in property on which a lien is proposed to be granted;

    d. Filings relating to approval of proposed compromises or settlements shall be served on any entity that is a party to the compromise or settlement or which may be directly adversely affected thereby;

    e. Filings relating to rights under section 365 of the Bankruptcy Code shall be served on each party to the executory contract(s) or unexpired lease(s) affected thereby; and

    f. Notice of other matters for which the Bankruptcy Rules specifically require notice to all parties in interest shall be served on all creditors and equity holders of Coltec and parties in interest, except as set forth herein or as otherwise authorized by this Court.

5. Except as set forth herein or as otherwise authorized by the Court, proceedings described in Bankruptcy Rule 2002 shall be noticed in accordance with the applicable provisions of that rule.

6. Any entity submitting a Filing is required to serve notice of such Filing on the parties entitled to service of the Filing and the 2002 List Parties (as defined below), and such notice must include the title of the Filing, the time and date of any objection deadline, and the Applicable Hearing Date.

7. The request to use a single Master Service List in the Garlock Bankruptcy Case and the Coltec Bankruptcy Case is hereby APPROVED. All Filings in the Garlock Bankruptcy

3

Case and the Coltec Bankruptcy Case shall be served upon the following list of parties and entities (the "Master Service List"):

a.  the Office of the United States Bankruptcy Administrator for the Western District of North Carolina;

b.  Coltec, Garlock, Garrison, Anchor, and their respective counsel of record;

c.  counsel of record for the committee of general unsecured creditors appointed in the Garlock Bankruptcy Case;

d.  counsel of record for the committee of general unsecured creditors appointed in the Coltec Bankruptcy Case if one is appointed by the Court;

e.  counsel of record for the Garlock Committee;

f.  the members of the Ad Hoc Committee;

g.  counsel of record for Bank of America, as post-petition senior secured lender;

h.  counsel of record for the Future Asbestos Claimants' Representative in the Garlock Bankruptcy Case;

i.  the person appointed by the Court in the Coltec Bankruptcy Case as the legal representative for the interests of the holders of all future personal injury claims and demands against Coltec and counsel of record for such legal representative;

j.  representatives of the local International Association of Machinists and Aerospace Workers;

k.  those persons who formally appear and request service in the Coltec Bankruptcy Case pursuant to Bankruptcy Rule 2002 (the "2002 List Parties");

l.  the United States of America by service upon (i) the Securities and Exchange Commission; (ii) the Department of the Treasury by service upon the Internal Revenue Service, Attn: Insolvency Unit; (iii) the office of the United States Attorney for the Western District of North Carolina; (iv) the Pension Benefit Guaranty Corporation; (v) the U.S. Department of Health & Human Services; and (vi) the Centers for Medicare & Medicaid Services; and

m.  to the extent not set forth above, all persons and entities identified on the Garlock Master Service List as of the date of this Motion.

4

8.  If Coltec Asbestos Claimants are appointed as new members to the Garlock Committee, Debtors shall not thereafter be required to serve such members of the Ad Hoc Committee and shall be permitted to remove the members of the Ad Hoc Committee from the Master Service List.

9.  To the extent allowed by the Bankruptcy Rules or the Local Rules of the United States Bankruptcy Court for the Western District of North Carolina, notices may include a statement that the relief requested in the Filing will be granted without a hearing if no objection is timely filed.

10. The Master Service List (after giving effect to this Order) is attached hereto as <u>Exhibit A</u>.  The Debtors shall update the Master Service List on a monthly basis to include the names and addresses of any parties in interest who have made a written request for notice since the prior month, such updated Master Service List to be filed with the Court and circulated to all parties appearing thereon only in the event that there is a change in the Master Service List.

11. Notice given in accordance with the foregoing Notice Procedures shall be deemed adequate pursuant to the Bankruptcy Code, the Bankruptcy Rules and the Local Rules for the United States Bankruptcy Court for the Western District of North Carolina.

12. Any party may request that the Court reconsider entry of this Order by filing a motion for reconsideration within fourteen (14) days of service of this Order.

13. This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the implementation of this Order.

This Order has been signed electronically.  The judge's signature and court's seal appear at the top of the Order.

United States Bankruptcy Court

9249677v7 25081.00011

# EXHIBIT A

**Master Service List**

| | | |
|---|---|---|
| A. COTTON WRIGHT<br>GRIER FURR CRISP<br>101 N. TRYON ST, STE 1240,<br>CHARLOTTE, NC 28246 | ALEXIS & FLORENCE DENIS<br>C/O LEE J. ROHN<br>ROHN & CARPENTER, LLC<br>1101 KING STREET<br>CHRISTIANSTED, ST. CROIX<br>US. VIRGIN ISLANDS 00820 | ANDREW J. KELLY<br>WYLDER CORWIN KELLY LLP<br>207 E. WASHINGTON, STE. 102<br>BLOOMINGTON, IL 61701 |
| ANN HARPER<br>BARON & BUDD, PC<br>3102 OAK LAWN AVE., STE. 1100<br>DALLAS, TX 75219-4283 | ANTONIO E. LEWIS<br>KING & SPALDING LLP<br>100 NORTH TRYON STREET, SUITE 3900<br>CHARLOTTE, NC 28202 | ASHLEY A. EDWARDS<br>PARKER POE ADAMS & BERNSTEIN LLP<br>401 SOUTH TRYON STREET, STE. 3000<br>CHARLOTTE, NC 28202 |
| ASSOCIATED SPRING<br>BUSINESS OF BARNES GROUP<br>ATTN: JOEL RAFANIELLO<br>80 SCOTT SWAMP ROAD<br>FARMINGTON, CT 06032 | BANK OF AMERICA, N.A.<br>c/o PARKER HUDSON RAINER & DOBBS<br>ATTN: C. EDWARD DOBBS<br>285 PEACHTREE CENTER AVE. NE<br>1500 MAQUIS TWO<br>ATLANTA, GA 30303 | BRAYTON PURCELL LLP<br>ALAN R. BRAYTON, ESQ.<br>CHRISTINA C. SKUBIC, ESQ.<br>222 RUSH LANDING ROAD<br>NOVATO, CA 94948 |
| BRIAN J. ALEXANDER<br>KREINDLER & KREINDLER LLP<br>750 THIRD AVENUE<br>NEW YORK, NY 10017 | BRUCE J. RUZINSKY<br>D. ELAINE CONWAY<br>JACKSON WALKER L.L.P.<br>1401 MCKINNEY ST., STE. 1900<br>HOUSTON, TX 77010 | BRUCE J. RUZINSKY<br>D. ELAINE CONWAY<br>JACKSON WALKER L.L.P.<br>1401 MCKINNEY ST., STE. 1900<br>HOUSTON, TX 77010 |
| C. EDWIN ALLMAN, III, ESQ.<br>R. BRADFORD LEGGETT, ESQ.<br>ALLMAN SPRY LEGGETT & CRUMPLER<br>380 KNOLLWOOD STREET<br>WINSTON-SALEM, NC 27103-1862 | CAPLIN & DRYSDALE, CHARTERED<br>ATTN: ELIHU INSELBUCH<br>600 LEXINGTON AVENUE, 21ST FLOOR<br>NEW YORK, NY 10022-6000 | CARSON PORTWALL LP<br>C/O JULIE BARKER PAPE<br>WOMBLE CARLYLE SANDRIDGE RICE<br>ONE WEST FOURTH STREET<br>WINSTON-SALEM, NC 27101 |
| Centers for Medicare & Medicaid Services<br>Attn: General Counsel<br>7500 Security Blvd.<br>Baltimore, MD 21244-1850 | CHARLES & LORETTA WILLIS<br>C/O DAVID GREENSTONE<br>SIMON, EDDINS & GREENSTONE, LLP<br>3232 MCKINNEY AVE., SUITE 610<br>DALLAS, TX 75204 | CHRISTOPHER K. KIPLOK<br>HUGHES HUBBARD & REED LLP<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004 |
| DAN CLODFELTER<br>PARKER POE ADAMS & BERNSTEIN LLP<br>THREE WELLS FARGO CENTER<br>401 SOUTH TRYON STREET, STE.3000<br>CHARLOTTE, NC 28202 | DANIEL L. KELLER<br>KELLER, FISHBACK & JACKSON, LLP<br>28720 CANWOOD ST., STE 200<br>AGOURA HILLS, CA 91301-3465 | DEBORAH L. FLETCHER<br>FSB FISHERBROYLES, LLP<br>6000 FAIRVIEW ROAD, SUITE 1200<br>CHARLOTTE, NC 28210 |
| DEBORAH PAPANERI<br>C/O ROBERT E. PAUL<br>PAUL, REICH & MYERS, P.C.<br>1608 WALNUT STREET, SUITE 500<br>PHILADELPHIA, PA 19103 | DENIS BURNS<br>C/O BRIAN T. FITZPATRICK<br>BELLUCK & FOX LLP<br>546 FIFTH AVENUE, 4TH FLOOR<br>NEW YORK, NY 10036 | DIERDRE WOULFE PACHECO<br>WILENTZ GOLDMAN & SPITZER, P.A.<br>90 WOODBRIDGE CENTER DRIVE<br>WOODBRIDGE, NJ 07095 |
| Donna Rossi, Executor of the<br>Estate of Leon Stone, Jr.<br>c/o Belluck & Fox, LLP<br>546 Fifth Avenue, 4th Floor<br>New York, NY 10036 | ELIZABETH BARRY<br>GARLOCK SEALING TECHNOLOGIES<br>GARRISON LITIGATION MANAGEMENT<br>GROUP, LTD<br>349 WEST COMMERCIAL ST, STE 3050<br>EAST ROCHESTER, NY 14445 | ELIZABETH V. HELLER, ESQ.<br>GOLDENBERG HELLER ANTOGNOLI &<br>ROWLAND, P.C.<br>2228 SOUTH STATE ROAD 157<br>EDWARDSVILLE, IL 62025 |
| ELLEN FOX<br>C/O LISA NATHANSON BUSCH<br>WEITZ & LUXENBERG<br>700 BROADWAY<br>NEW YORK, NY 10003 | ESTATE OF JOSEPH HENRY<br>C/O LEE J. ROHN<br>ROHN & CARPENTER, LLC<br>1101 KING STREET<br>CHRISTIANSTED, ST. CROIX<br>US VIRGIN ISLANDS 00820 | EXCELLUS BLUE CROSS BLUE SHIELD<br>C/O WENDY A. KINSELLA<br>HARRIS BEACH PLLC<br>333 WEST WASHINGTON STREET, SUITE 200<br>SYRACUSE, NY 13202 |

| | | |
|---|---|---|
| GARRETT J. BRADLEY<br>THORNTON & NAUMES, LLP<br>100 SUMMER STREET<br>BOSTON, MA 02110 | GARY TERRY<br>C/O COONEY & CONWAY<br>120 N. LASALLE STREET, SUITE 3000<br>CHICAGO, IL 60602 | GEORGE F. SANDERSON III<br>ELLIS & WINTERS LLP<br>POST OFFICE BOX 33550<br>RALEIGH, NC 27636 |
| H M CROSS & SONS INC.<br>ATTN: PAUL HARRISON<br>50 RIDGELAND ROAD<br>ROCHESTER, NY 14623-3112 | H. LEE DAVIS, JR.<br>DAVIS & HAMRICK, LLP<br>P.O. DRAWER 20039<br>WINSTON-SALEM, NC 27120-0039 | HEATHER M. FORREST<br>JACKSON WALKER L.L.P.<br>901 MAIN STREET, SUITE 6000<br>DALLAS, TX 75202 |
| Heather M. Forrest<br>2323 Ross Avenue, Suite 600<br>Dallas, TX 75201 | HILLARY CRABTREE<br>MOORE & VAN ALLEN PLLC<br>BANK OF AMERICA CORPORATE CENTER<br>100 NORTH TRYON STREET, STE. 4700<br>CHARLOTTE, NC 28202-4003 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| IRON MOUNTAIN INFO. MGMT., INC.<br>C/O FRANK F. MCGINN<br>BARTLETT HACKETT FEINBERG P.C.<br>155 FEDERAL STREET, 9TH FLOOR<br>BOSTON, MA 02110 | J. DAVID BUTLER, ESQ.<br>RICHARDSON, PATRICK, WESTBROOK<br>& BRICKMAN, LLC<br>PO BOX 1368<br>BARNWELL, SC 29812 | JAMES F. HUMPHREYS<br>JAMES F. HUMPHREYS & ASSOCIATES L.C.<br>10 HALE STREET, SUITE 400<br>CHARLESTON, WV 25301 |
| James J. Kennedy<br>c/o The Jaques Admiralty Law Firm, PC<br>1370 Penobscot Building<br>Detroit, MI 48226 | JASON L. WATERS<br>DAVIS & HAMRICK, LLP<br>P.O. DRAWER 20039<br>WINSTON-SALEM, NC 27120-0039 | JASON M. KATZ<br>HIERSCHE, HAYWARD, DRAKELEY &<br>URBACH, P.C.<br>15303 DALLAS PARKWAY, SUITE 700<br>ADDISON, TX 75001 |
| JASON T. SHIPP, ESQ.<br>GOLDBERG, PERSKY & WHITE, P.C.<br>1030 FIFTH AVENUE<br>PITTSBURGH, PA 15219 | JEANETTE M. GILBERT<br>MOTLEY RICE LLC<br>28 BRIDGESIDE BOULEVARD<br>MT. PLEASANT, SC 29464 | JEFFREY S. MUTNICK<br>LAW OFFICE OF JEFFREY S. MUTNICK<br>737 SW VISTA AVENUE<br>PORTLAND, OR 97205 |
| JIM W. PHILLIPS, JR.<br>JEFFERY E. OLEYNIK<br>BROOKS, PIERCE, MCLENDON, HUMPHREY &<br>LEONARD, LLP<br>PO BOX 26000<br>GREENSBORO, NC 27420 | JODI D. HILDEBRAN, ESQ.<br>ALLMAN SPRY LEGGETT & CRUMPLER<br>380 KNOLLWOOD STREET<br>WINSTON-SALEM, NC 27103-1862 | JOHN & DIANE ALLEN<br>C/O STEVEN KAZAN<br>KAZAN MCCLAIN LYONS<br>GREENWOOD & HARLEY<>55 HARRISON STREET, SUITE 400<br>OAKLAND, CA 94607 |
| JOHN A. BADEN, IV<br>MOTLEY RICE LLC<br>28 BRIDGESIDE BLVD.<br>MOUNT PLEASANT, SC 29464 | JOHN D. DEMMY<br>STEVENS & LEE, P.C.<br>1105 NORTH MARKET STREET, 7TH FL.<br>WILMINGTON, DE 19801 | JOHN D. HURST<br>MOTLEY RICE, LLC<br>28 BRIDGESIDE BOULEVARD<br>MT. PLEASANT, SC 29464 |
| JOHN S. FAVATE, ESQ.<br>HENRY T.M. LEFEVRE-SNEE, ESQ.<br>HARDIN KUNDLA MCKEON & POLETTO<br>673 MORRIS AVENUE<br>SPRINGFIELD, NJ 07081 | JONATHAN P. GUY<br>DEBRA L. FELDER<br>ORRICK HERRINGTON & SUTCLIFFE LLP<br>1152 15TH STREET, N.W.<br>WASHINGTON, DC 20005-1706 | JOSEPH D. BOYER<br>C/O ALAN KELLMAN<br>THE JAQUES ADMIRALTY LAW FIRM<br>645 GRISWOLD, SUITE 1370<br>DETROIT, MI 48226 |
| JOSEPH F. RICE<br>MOTLEY RICE LLC<br>28 BRIDGESIDE BOULEVARD<br>MT. PLEASANT, SC 29464 | JOSEPH KOTS<br>COMMONWEALTH OF PENNSYLVANIA<br>DEPT OF LABOR & INDUSTRY<br>READING BANKRUPTCY & COMPLIANCE<br>625 CHERRY STREET, ROOM 203<br>READING, PA 19602-1152 | JOSEPH M. SNYDER<br>CORPORATE GENERAL COUNSEL<br>WIDEWATERS HOTELS, LLC<br>5786 WIDEWATERS PKWY, STE. 3<br>DEWITT, NY 13214 |

| | | |
|---|---|---|
| JOSEPH W. GRIER, III<br>A. COTTEN WRIGHT<br>GRIER FURR & CRISP, PA<br>101 N. TRYON ST., SUITE 1240<br>CHARLOTTE, NC 28246 | JOSEPH WHEATLEY<br>OLDCO, LLC<br>5605 CARNEGIE BLVD., SUITE 500<br>CHARLOTTE, NC 28209-3100 | JOSHUA R. TAYLOR<br>JAMES E. ROCAP, III<br>STEPTOE & JOHNSON LLP<br>1330 CONNECTICUT AVENUE, N.W.<br>WASHINGTON, D.C. 20036 |
| JULIE DEARY<br>UNION REPRESENTATIVE<br>1666 DIVISION STREET<br>PALMYRA, NY 14522 | JUSTIN S. ALEX<br>PENSION BENEFIT GUARANTY<br>CORPORATION<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | King & Spalding LLP<br>Attn: Antonio E. Lewis<br>100 North Tryon Street, Suite 3900<br>Charlotte, NC 28202 |
| KIRK G. WARNER<br>SMITH ANDERSON BLOUNT et al.<br>P.O. BOX 2611<br>RALEIGH, NC 27602-2611 | LAUREN A. GOLDEN<br>ELLIS & WINTERS LLP<br>POST OFFICE BOX 33550<br>RALEIGH, NC 27636 | LAUREN M. WEBB<br>THE SIMMONS FIRM<br>1 COURT STREET<br>EAST ALTON, IL 62002-6267 |
| LEONARD P. GOLDBERGER<br>STEVENS & LEE, P.C.<br>1818 MARKET STREET, 29TH FLOOR<br>PHILADELPHIA, PA 19103 | LINDA BOYLE<br>TW TELECOM INC.<br>10475 PARK MEADOWS DR., #400<br>LITTLETON, CO 80124 | LISA NATHANSON BUSCH<br>WEITZ & LUXENBERG<br>700 BROADWAY<br>NEW YORK, NY 10003 |
| MADONNA GUZZO<br>C/O JOHN LIPSITZ<br>LIPSITZ & PONTERIO, LLC<br>135 DELAWARE AVE, 5TH FLOOR<br>BUFFALO, NY 14202 | MARK R. SNYDER<br>PENSION BENEFIT GUARANTY CORP.<br>OFFICE OF THE CHIEF OF COUNSEL<br>1200 K STREET NW, STE. 340<br>WASHINGTON, DC 20005-4026 | MARTIN E. BEELER<br>COVINGTON & BURLING LLP<br>620 EIGHTH AVENUE<br>NEW YORK, NY 10018 |
| MICHAEL BAZLEY FBO AX6869<br>DVI P.O. BOX 20<br>TRACY, CA 95378-0600 | MICHAEL LARIMER OR NEIL MAUNE<br>MAUNE RAICHLE HARTLY<br>FRENCH & MUDD<br>1015 Locust St, Ste 1200<br>Saint Louis, MO 63101-1371 | MICHAEL S. DAVIS<br>JANTRA VAN ROY<br>PETER JANOVSKY<br>ZEICHNER ELLMAN & KRAUSE LLP<br>1211 AVENUE OF THE AMERICAS, 40TH FL<br>NEW YORK, NY 10036 |
| MONICA S. BLACKER<br>JACKSON WALKER L.L.P.<br>2323 ROSS AVE., SUITE 600<br>DALLAS, TX 75201 | NANCY L. MANZER, ESQ.<br>WILMER CUTLER PICKERING<br>HALE & DORR LLP<br>1875 PENNSYLVANIA AVE., NW<br>WASHINGTON, DC 20006 | NAVA HAZAN, ESQ.<br>SQUIRE SANDERS (US) LLP<br>30 ROCKEFELLER PLAZA, 23RD FLOOR<br>NEW YORK, NY 10112 |
| NC DEPARTMENT OF REVENUE<br>P.O. BOX 1168<br>RALEIGH, NC 27602 | NIAGRA BANK<br>C/O WILLIAM B. SCHILLER<br>SCHILLER & KNAPP, LLP<br>950 NEW LOUDON ROAD<br>LATHAM, NY 12110 | NY STATE DEPARTMENT OF TAXATION AND FINANCE<br>P.O. BOX 5300<br>ALBANY, NY 12205-0300 |
| PERRY WEITZ<br>WEITZ & LUXENBERG<br>700 BROADWAY<br>NEW YORK, NY 10003 | PETER JOHN SACRIPANTI<br>JOHN J. CALANDRA<br>DARREN AZMAN<br>MCDERMOTT WILL & EMERY LLP<br>340 MADISON AVENUE<br>NEW YORK, NY 10173-1922 | RAND NOLEN<br>FLEMING & ASSOCIATES, LLP<br>2800 POST OAK BLVD., STE. 4000<br>HOUSTON, TX 77056-6109 |
| RAYBURN COOPER & DURHAM<br>ATTN: JOHN R. MILLER, JR.<br>227 WEST TRADE STREET<br>SUITE 1200<br>CHARLOTTE, NC 28202 | RAYMOND P. HARRIS, JR.<br>CARY SCHACHTER<br>SCHACHTER HARRIS LLP<br>220 CANAL CENTRE<br>400 E. LAS COLINAS BLVD.<br>IRVING, TX 75039 | REVSTONE CASTING FAIRFIELD LLC<br>f/k/a DEXTER FOUNDRY INC.<br>ATTN: DEXTER BELL<br>905 WEST DEPOT<br>FAIRFIELD, IA 52556 |

ROBERT BENCH
FLEMING & ASSOCIATES, LLP
2800 POST OAK BLVD, STE. 4000
HOUSTON, TX 77056-6109

ROBERT J. LAWING
H. BRENT HELMS
ROBINSON & LAWING, L.L.P.
101 N. CHERRY STREET, SUITE 720
WINSTON-SALEM, NC 27101

ROBERT W. PHILLIPS
THE SIMMONS FIRM
1 COURT STREET
EAST ALTON, IL 62002-6267

ROBERT WIRWICZ
C/O GARRETT BRADLEY
THORNTON & NAUMES, LLP
100 SUMMER STREET
BOSTON, MA 02110

ROBINSON BRADSHAW & HINSON, PA
ATTN: JONATHAN C. KRISKO
101 N. TRYON STREET
SUITE 1900
CHARLOTTE, NC 28246

ROMAINE S. SCOTT, III
SCOTT & SCOTT LAW, LLC
POST OFFICE BOX 1248
FAIRHOPE, AL 36533

SANDER L. ESSERMAN
PETER C. D'APICE
STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C.
2323 BRYAN STREET, SUITE 2200
DALLAS, TX 75201

SCOTT R. MILLER
JOHNSTON, ALLISON & HORD, P.A.
1065 EAST MOREHEAD STREET
CHARLOTTE, NC 28204

SCOTT W. WERT
FOSTER & SEAR, LLP
817 GREENVIEW DRIVE
GRAND PRARIE, TX 75050

SECURITIES & EXCHANGE COMMISSION
950 EAST PACES FERRY ROAD, N.E.
SUITE 900
ATLANTA, GA 30326-1382

SGL CARBON, LLC
ATTN: TIM BROWN
10130 PERIMETER PARKWAY, SUITE 500
CHARLOTTE, NC 28216

SHAWN M. CHRISTIANSON, ESQ.
BUCHALTER NEMER
55 2ND STREET, SUITE 1700
SAN FRANCISCO, CA 94105-3493

SHERRI HOOVER
C/O JOHN A BADAN IV
MOTLEY RICE LLC
28 BRIDGESIDE BLVD.
MT. PLEASANT, SC 29464

Simon, Greenstone, Panatier & Bartlett
Attn: Jeffrey B. Simon
3232 McKinney Avenue Suite 610
Dallas, TX 75204

SOLVAY SOLEXIS INC.
ATTN: NEZELIA SOSA
3333 RICHMOND AVENUE
HOUSTON, TX 77098

STEPHEN C. EMBRY
EMBRY AND NEUSNER
P.O. BOX 1409
GROTON, CT 06340

Susan Broadhead for James F Phillips
c/o The Lanier Law Firm PC
6810 FM 1960 West
Houston, TX 7706

THE MARITIME ASBESTOSIS LEGAL CLINIC
THE JAQUES ADMIRALTY LAW FIRM, PC
ALAN KELLMAN, ESQ.
645 GRISWOLD, SUITE 1370
DETROIT, MI 48226

THOMAS PARKER GRIFFIN, Esq.
BRADLEY ARANT BOULT CUMMINGS LLP
1819 FIFTH AVENUE NORTH
BIRMINGHAM, AL 35203

TIMOTHY KOEBERLE
C/O PETER KRAUS
WATERS & KRAUS, LLP
3219 MCKINNEY AVE.
DALLAS, TX 75204

TRAVIS W. MOON
RICHARD S. WRIGHT
MOON WRIGHT & HOUSTON, PLLC
121 W. Trade Street, Suite 1950
Charlotte, NC 28202

TREVOR W. SWETT
JEFFREY A. LIESEMER
KEVIN C. MACLAY
CAPLIN & DRYSDALE, CHARTERED
ONE THOMAS CIRCLE, NW, STE. 1100
WASHINGTON, DC 20005

U.S. Department of Health & Human Services
Attn: General Counsel
Hubert H. Humphrey Building
200 Independence Avenue, S.W.
Washington, DC 20201

UNITED STATES ATTORNEY OFFICE
ATTN: CIVIL DIVISION
227 WEST TRADE ST., STE. 1650
CHARLOTTE, NC 28202

US BANKRUPTCY ADMINISTRATOR
ATTN: LINDA W. SIMPSON
402 W. TRADE STREET, SUITE 200
CHARLOTTE, NC 28202

WILLIAM AMES WARREN
C/O ROBERT W. PHILLIPS
THE SIMMONS FIRM
1 COURT STREET
ALTON, IL 62024-6267