FILED & JUDGMENT ENTERED
Steven T. Salata

February 3 2017

Clerk, U.S. Bankruptcy Court
Western District of North Carolina



_____
J. Craig Whitley
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# Charlotte Division

| | |
|---|---|
| IN RE:<br><br>OLDCO, LLC, SUCCESSOR BY MERGER TO COLTEC INDUSTRIES INC,<br><br>Debtor. | Case No. 17-BK-30140<br><br>Chapter 11 |

## ORDER APPROVING ASBESTOS CLAIMANT NOTICE PROCEDURES

Upon the Debtor's Motion to Approve Notice Procedures for Asbestos Claimants (the "Motion"); and it appearing that the relief requested in the Motion is in the best interests of Coltec,[1] its estate, its creditors and other parties in interest; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and upon consideration of the First Day Declaration; and after due deliberation thereon; and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

9249492v5 25081.00011

2. Coltec is authorized to send all notices and other communications to (a) counsel of record for the Coltec Asbestos Claimants instead of sending such notices directly and separately to the individual Coltec Asbestos Claimants, and (b) the court-appointed legal representative for future Coltec Asbestos Claimants against Coltec and counsel of record for such legal representative (collectively, the "Asbestos Claimant Notice Procedures").

3. The Asbestos Claimant Notice Procedures constitute sufficient notice to the Coltec Asbestos Claimants of all matters relating to the Coltec Bankruptcy Case and are hereby approved.

4. Coltec is authorized to use the Asbestos Claimant Notice Procedures for matters requiring notice be given to all Coltec Asbestos Claimants.

5. Coltec is not required to, and is hereby relieved of any obligation to, send any notices or other communications directly to the Coltec Asbestos Claimants for the Coltec Bankruptcy Case; provided, however, that nothing in this Order shall excuse Coltec from giving actual notice to individual Coltec Asbestos Claimants who have appeared in the case without counsel by filing a proof of claim or casting a ballot with respect to the now-superseded Second Amended Plan or the Joint Plan.

6. Any party may request that the Court reconsider entry of this Order by filing a motion for reconsideration within fourteen (14) days of service of this Order.

7. This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the implementation of this Order.

This Order has been signed electronically. The judge's signature and court's seal appear at the top of the Order.

United States Bankruptcy Court

9249492v5 25081.00011