```
FILED & JUDGMENT ENTERED
Steven T. Salata


February  3  2017


Clerk, U.S. Bankruptcy Court
Western District of North Carolina
```

_____
J. Craig Whitley
United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

| | |
|---|---|
| IN RE:<br><br>GARLOCK SEALING TECHNOLOGIES LLC, et al.,<br><br>Debtors.[1] | Case No. 10-BK-31607<br><br>Chapter 11<br><br>Jointly Administered |
| IN RE:<br><br>OLDCO, LLC, SUCCESSOR BY MERGER TO COLTEC INDUSTRIES INC,<br><br>Debtor. | Case No. 17-BK- 30140<br><br>Chapter 11 |

### ORDER DIRECTING JOINT ADMINISTRATION
### OF RELATED CHAPTER 11 CASES

Upon the Debtors' Motion for Order Directing Joint Administration of Related Chapter

11 Cases (the "Motion"); and it appearing that the relief requested in the Motion is in the best

interests of the Debtors,[2] their estates, their creditors and other parties in interest; and it

appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334;

---

[1]  The debtors in these jointly administered cases are Garlock Sealing Technologies LLC; Garrison Litigation Management Group, Ltd.; and The Anchor Packing Company.

[2]  Capitalized terms used but not defined herein shall have the meanings ascribed in the Motion.

9247350v4 25081.00011

and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157; and it appearing that

proper and adequate notice of the Motion has been given and that no other or further notice is

necessary; and upon the record herein; and upon consideration of the First Day Declaration; and

after due deliberation thereon; and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED.

2.      The above-captioned chapter 11 cases are hereby consolidated for procedural

purposes only and shall be jointly administered by this Court.

3.      *Garlock Sealing Technologies LLC* shall serve as the lead case.  Pleadings shall

be docketed under Case No. 10-BK-31607.

4.      Nothing contained in this Order shall be deemed or construed as directing or

otherwise effecting a substantive consolidation of the above-captioned chapter 11 cases, and this

Order shall be without prejudice to the rights of the Debtors to seek entry of an order

substantively consolidating their respective cases and without prejudice to the right of any party

in interest to oppose entry thereof.

5.      The caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division**

| | |
|---|---|
| IN RE: | Case No. 10-BK-31607 |
| GARLOCK SEALING TECHNOLOGIES LLC, et al., | Chapter 11 |
| Debtors.[1] | Jointly Administered |

---

[1]  The debtors in these jointly administered cases are Garlock Sealing Technologies LLC, Garrison Litigation Management Group, Ltd., The Anchor Packing Company and OldCo, LLC, successor by merger to Coltec Industries Inc.

2

6.      The Debtors are hereby authorized to (a) utilize a combined service list for the jointly administered cases and (b) send combined notices to creditors of the Debtors' estates and other parties-in-interest as applicable.

7.      Any party may request that the Court reconsider entry of this Order by filing a motion for reconsideration within fourteen (14) days of service of this Order.

8.      The Debtors are authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

9.      This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

This Order has been signed electronically.  The judge's                    United States Bankruptcy Court
signature and court's seal appear at the top of the Order.

9247350v4 25081.00011