# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Case No.:  17-30140 |
| OLDCO, LLC | ) Chapter 11 |
| | ) |
| **Debtor(s)** | ) |

## CERTIFICATE OF SERVICE

The undersigned certifies that the ***Chapter 11 Operating Order*** was served upon the party(s) to this action listed below by depositing a copy of the same, enclosed in a first-class postpaid, properly addressed wrapper, in a Post Office or official depository under the exclusive care and custody of the United States Postal Service and/or by means of the Electronic Filing System of the Bankruptcy Court on or before February 8, 2017.

OldCo, LLC
5605 Carnegie Blvd, Ste. 500
Charlotte, NC 28209-4674

North Carolina Department of Revenue
P.O. Box 1168
Raleigh, NC 27602

Daniel Gray Clodfelter
Parker Poe Adams & Bernstein LLP
401 South Tryon Street, Suite 3000
Charlotte, NC 28202

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

/s/ Alexandria P. Kenny
Alexandria P. Kenny, Staff Attorney
United States Bankruptcy Administrator
402 W. Trade Street, Suite 200
Charlotte, NC  28202-1669
N.C. Bar #24352
Telephone:  (704) 350-7587   Fax:  (704) 344-6666
Email:  alexandria_p_kenny@ncwba.uscourts.gov