UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division

| | |
|---|---|
| IN RE:<br><br>GARLOCK SEALING TECHNOLOGIES LLC, et al.,<br><br>Debtors.[1] | Case No. 10-BK-31607<br><br>Chapter 11<br><br>Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF CALIFORNIA     }
                        } ss.:
COUNTY OF LOS ANGELES   }

CATHERINE NOWNES-WHITAKER, being duly sworn, deposes and says:

1. I am employed by Rust Consulting/Omni Bankruptcy, located at 5955 DeSoto Avenue, Suite 100, Woodland Hills, CA 91367. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 7, 2017, I caused the following to be served via first-class mail, postage pre-paid, to the parties listed in **Exhibit A:**

   - **Ex Parte Order Authorizing Retention and Employment of Robinson, Bradshaw & Hinson, P.A. as Special Corporate and Litigation Counsel [OldCo Docket No. 46]**

Dated: February 7, 2017

_____
Catherine Nownes-Whitaker
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite #100
Woodland Hills, California 91367
(818) 906-8300

{State of California     }
{                        } ss.
{County of Los Angeles   }

Subscribed and sworn to (or affirmed) before me on this 7th day of February 20 17, by Catherine Nownes-Whitaker, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

SCOTT M. EWING
Notary Public - California
Los Angeles County
Commission # 2155599
My Comm. Expires Jun 3, 2020

---

[1] The debtors in these jointly administered cases are Garlock Sealing Technologies LLC, Garrison Litigation Management Group, Ltd., The Anchor Packing Company and OldCo, LLC, successor by merger to Coltec Industries Inc.

# **<u>EXHIBIT A</u>**

| | | |
|---|---|---|
| A. COTTON WRIGHT<br>GRIER FURR CRISP<br>101 N. TRYON ST, STE 1240,<br>CHARLOTTE, NC 28246 | ALEXIS & FLORENCE DENIS<br>C/O LEE J. ROHN<br>ROHN & CARPENTER, LLC<br>1101 KING STREET<br>CHRISTIANSTED, ST. CROIX<br>US. VIRGIN ISLANDS 00820 | ANDREW J. KELLY<br>WYLDER CORWIN KELLY LLP<br>207 E. WASHINGTON, STE. 102<br>BLOOMINGTON, IL 61701 |
| ANN HARPER<br>BARON & BUDD, PC<br>3102 OAK LAWN AVE., STE. 1100<br>DALLAS, TX 75219-4283 | ANTONIO E. LEWIS<br>KING & SPALDING LLP<br>100 NORTH TRYON STREET, SUITE 3900<br>CHARLOTTE, NC 28202 | ASHLEY A. EDWARDS<br>PARKER POE ADAMS & BERNSTEIN LLP<br>401 SOUTH TRYON STREET, STE. 3000<br>CHARLOTTE, NC 28202 |
| ASSOCIATED SPRING<br>BUSINESS OF BARNES GROUP<br>ATTN: JOEL RAFANIELLO<br>80 SCOTT SWAMP ROAD<br>FARMINGTON, CT 06032 | BANK OF AMERICA, N.A.<br>C/O PARKER HUDSON RAINER & DOBBS<br>ATTN: C. EDWARD DOBBS<br>285 PEACHTREE CENTER AVE. NE<br>1500 MAQUIS TWO<br>ATLANTA, GA 30303 | BRAYTON PURCELL LLP<br>ALAN R. BRAYTON, ESQ.<br>CHRISTINA C. SKUBIC, ESQ.<br>222 RUSH LANDING ROAD<br>NOVATO, CA 94948 |
| BRIAN J. ALEXANDER<br>KREINDLER & KREINDLER LLP<br>750 THIRD AVENUE<br>NEW YORK, NY 10017 | BRUCE J. RUZINSKY<br>D. ELAINE CONWAY<br>JACKSON WALKER LLP<br>1401 MCKINNEY STREET, STE. 1900<br>HOUSTON, TX 77010 | C. EDWIN ALLMAN, III, ESQ.<br>R. BRADFORD LEGGETT, ESQ.<br>ALLMAN SPRY LEGGETT & CRUMPLER<br>380 KNOLLWOOD STREET<br>WINSTON-SALEM, NC 27103-1862 |
| CAPLIN & DRYSDALE, CHARTERED<br>ATTN: ELIHU INSELBUCH<br>600 LEXINGTON AVENUE, 21ST FLOOR<br>NEW YORK, NY 10022-6000 | CARSON PORTWALL LP<br>C/O JULIE BARKER PAPE<br>WOMBLE CARLYLE SANDRIDGE RICE<br>ONE WEST FOURTH STREET<br>WINSTON-SALEM, NC 27101 | CHARLES & LORETTA WILLIS<br>C/O DAVID GREENSTONE<br>SIMON, EDDINS & GREENSTONE, LLP<br>3232 MCKINNEY AVE., SUITE 610<br>DALLAS, TX 75204 |
| CHRISTOPHER K. KIPLOK<br>HUGHES HUBBARD & REED LLP<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004 | DAN CLODFELTER<br>PARKER POE ADAMS & BERNSTEIN LLP<br>THREE WELLS FARGO CENTER<br>401 SOUTH TRYON STREET, STE.3000<br>CHARLOTTE, NC 28202 | DANIEL L. KELLER<br>KELLER, FISHBACK & JACKSON, LLP<br>28720 CANWOOD ST., STE 200<br>AGOURA HILLS, CA 91301-3465 |
| DEBORAH L. FLETCHER<br>FSB FISHERBROYLES, LLP<br>6000 FAIRVIEW ROAD, SUITE 1200<br>CHARLOTTE, NC 28210 | DEBORAH PAPANERI<br>C/O ROBERT E. PAUL<br>PAUL, REICH & MYERS, P.C.<br>1608 WALNUT STREET, SUITE 500<br>PHILADELPHIA, PA 19103 | DENIS BURNS<br>C/O BRIAN T. FITZPATRICK<br>BELLUCK & FOX LLP<br>546 FIFTH AVENUE, 4TH FLOOR<br>NEW YORK, NY 10036 |
| DIERDRE WOULFE PACHECO<br>WILENTZ GOLDMAN & SPITZER, P.A.<br>90 WOODBRIDGE CENTER DRIVE<br>WOODBRIDGE, NJ 07095 | DONNA ROSSI, EXECUTOR OF THE<br>ESTATE OF LEON STONE, JR.<br>C/O BELLUCK & FOX, LLP<br>546 FIFTH AVENUE, 4TH FLOOR<br>NEW YORK, NY 10036 | ELIZABETH BARRY<br>GARLOCK SEALING TECHNOLOGIES<br>GARRISON LITIGATION MANAGEMENT GROUP, LTD<br>349 WEST COMMERCIAL ST, STE 3050<br>EAST ROCHESTER, NY 14445 |
| ELIZABETH V. HELLER, ESQ.<br>GOLDENBERG HELLER ANTOGNOLI & ROWLAND, P.C.<br>2228 SOUTH STATE ROAD 157<br>EDWARDSVILLE, IL 62025 | ELLEN FOX<br>C/O LISA NATHANSON BUSCH<br>WEITZ & LUXENBERG<br>700 BROADWAY<br>NEW YORK, NY 10003 | ESTATE OF JOSEPH HENRY<br>C/O LEE J. ROHN<br>ROHN & CARPENTER, LLC<br>1101 KING STREET<br>CHRISTIANSTED, ST. CROIX<br>US VIRGIN ISLANDS 00820 |
| EXCELLUS BLUE CROSS BLUE SHIELD<br>C/O WENDY A. KINSELLA<br>HARRIS BEACH PLLC<br>333 WEST WASHINGTON STREET, SUITE 200<br>SYRACUSE, NY 13202 | GARRETT J. BRADLEY<br>THORNTON & NAUMES, LLP<br>100 SUMMER STREET<br>BOSTON, MA 02110 | GARY TERRY<br>C/O COONEY & CONWAY<br>120 N. LASALLE STREET, SUITE 3000<br>CHICAGO, IL 60602 |
| GEORGE F. SANDERSON III<br>ELLIS & WINTERS LLP<br>POST OFFICE BOX 33550<br>RALEIGH, NC 27636 | H M CROSS & SONS INC.<br>ATTN: PAUL HARRISON<br>50 RIDGELAND ROAD<br>ROCHESTER, NY 14623-3112 | H. LEE DAVIS, JR.<br>DAVIS & HAMRICK, LLP<br>P.O. DRAWER 20039<br>WINSTON-SALEM, NC 27120-0039 |

| | | |
|---|---|---|
| HEATHER M. FORREST<br>2323 ROSS AVENUE, SUITE 600<br>DALLAS, TX  75201 | HEATHER M. FORREST<br>JACKSON WALKER L.L.P.<br>901 MAIN STREET, SUITE 6000<br>DALLAS, TX 75202 | HILLARY CRABTREE<br>MOORE & VAN ALLEN PLLC<br>BANK OF AMERICA CORPORATE CENTER<br>100 NORTH TRYON STREET, STE. 4700<br>CHARLOTTE, NC 28202-4003 |
| INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | IRON MOUNTAIN INFO. MGMT., INC.<br>C/O FRANK F. MCGINN<br>BARTLETT HACKETT FEINBERG P.C.<br>155 FEDERAL STREET, 9TH FLOOR<br>BOSTON, MA 02110 | J. DAVID BUTLER, ESQ.<br>RICHARDSON, PATRICK, WESTBROOK<br>& BRICKMAN, LLC<br>PO BOX 1368<br>BARNWELL, SC 29812 |
| JAMES F. HUMPHREYS<br>JAMES F. HUMPHREYS & ASSOCIATES  L.C.<br>10 HALE STREET, SUITE 400<br>CHARLESTON, WV  25301 | JAMES J. KENNEDY<br>C/O THE JAQUES ADMIRALTY LAW FIRM, PC<br>1370 PENOBSCOT BUILDING<br>DETROIT, MI 48226 | JASON L. WATERS<br>DAVIS & HAMRICK, LLP<br>P.O. DRAWER 20039<br>WINSTON-SALEM, NC 27120-0039 |
| JASON M. KATZ<br>HIERSCHE, HAYWARD, DRAKELEY & URBACH, P.C.<br>15303 DALLAS PARKWAY, SUITE 700<br>ADDISON, TX 75001 | JASON T. SHIPP, ESQ.<br>GOLDBERG, PERSKY & WHITE, P.C.<br>11 STANWIX ST., SUITE 1800<br>PITTSBURGH, PA 15222-1312 | JEANETTE M. GILBERT<br>MOTLEY RICE LLC<br>28 BRIDGESIDE BOULEVARD<br>MT. PLEASANT, SC 29464 |
| JEFFREY A. LIESEMER/TREVOR W. SWETT III<br>CAPLIN & DRYSDALE<br>ONE THOMS CIRCLE, NW, SUITE 1100<br>WASHINGTON, DC 20005 | JEFFREY S. MUTNICK<br>LAW OFFICE OF JEFFREY S. MUTNICK<br>737 SW VISTA AVENUE<br>PORTLAND, OR 97205 | JIM W. PHILLIPS, JR.<br>JEFFERY E. OLEYNIK<br>BROOKS, PIERCE, MCLENDON, HUMPHREY & LEON<br>PO BOX 26000<br>GREENSBORO, NC 27420 |
| JODI D. HILDEBRAN, ESQ.<br>ALLMAN SPRY LEGGETT & CRUMPLER<br>380 KNOLLWOOD STREET<br>WINSTON-SALEM, NC 27103-1862 | JOHN & DIANE ALLEN<br>C/O STEVEN KAZAN<br>KAZAN MCCLAIN LYONS<br>GREENWOOD & HARLEY<br>55 HARRISON STREET, SUITE 400<br>OAKLAND, CA 94607 | JOHN A. BADEN, IV<br>MOTLEY RICE LLC<br>28 BRIDGESIDE BLVD.<br>MOUNT PLEASANT, SC 29464 |
| JOHN D. DEMMY<br>STEVENS & LEE, P.C.<br>1105 NORTH MARKET STREET, 7TH FL.<br>WILMINGTON, DE 19801 | JOHN D. HURST<br>MOTLEY RICE, LLC<br>28 BRIDGESIDE BOULEVARD<br>MT. PLEASANT, SC 29464 | JOHN S. FAVATE, ESQ.<br>HENRY T.M. LEFEVRE-SNEE, ESQ.<br>HARDIN KUNDLA MCKEON & POLETTO<br>673 MORRIS AVENUE<br>SPRINGFIELD, NJ 07081 |
| JONATHAN P. GUY/GREGORY BEAMAN<br>DEBRA L. FELDER<br>ORRICK HERRINGTON & SUTCLIFFE LLP<br>1152 15TH STREET, N.W.<br>WASHINGTON, DC 20005-1706 | JOSEPH D. BOYER<br>C/O ALAN KELLMAN<br>THE JAQUES ADMIRALTY LAW FIRM<br>645 GRISWOLD, SUITE 1370<br>DETROIT, MI 48226 | JOSEPH F. RICE<br>MOTLEY RICE LLC<br>28 BRIDGESIDE BOULEVARD<br>MT. PLEASANT, SC 29464 |
| JOSEPH KOTS<br>COMMONWEALTH OF PENNSYLVANIA<br>DEPT OF LABOR & INDUSTRY<br>READING BANKRUPTCY & COMPLIANCE<br>625 CHERRY STREET, ROOM 203<br>READING, PA 19602-1152 | JOSEPH M. SNYDER<br>CORPORATE GENERAL COUNSEL<br>WIDEWATERS HOTELS, LLC<br>5786 WIDEWATERS PKWY, STE. 3<br>DEWITT, NY 13214 | JOSEPH W. GRIER, III<br>A. COTTEN WRIGHT<br>GRIER FURR & CRISP, PA<br>101 N. TRYON ST., SUITE 1240<br>CHARLOTTE, NC 28246 |
| JOSHUA R. TAYLOR<br>JAMES E. ROCAP, III<br>STEPTOE & JOHNSON LLP<br>1330 CONNECTICUT AVENUE, N.W.<br>WASHINGTON, D.C. 20036 | JULIE DEARY<br>UNION REPRESENTATIVE<br>1666 DIVISION STREET<br>PALMYRA, NY 14522 | JUSTIN S. ALEX<br>PENSION BENEFIT GUARANTY CORPORATION<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 |
| KING & SPALDING LLP<br>ATTN: ANTONIO E. LEWIS<br>100 NORTH TRYON STREET, SUITE 3900<br>CHARLOTTE, NC 28202 | KIRK G. WARNER<br>SMITH ANDERSON BLOUNT ET AL.<br>P.O. BOX 2611<br>RALEIGH, NC 27602-2611 | LAUREN A. GOLDEN<br>ELLIS & WINTERS LLP<br>POST OFFICE BOX 33550<br>RALEIGH, NC 27636 |

| | | |
|---|---|---|
| LAUREN M. WEBB<br>THE SIMMONS FIRM<br>1 COURT STREET<br>EAST ALTON, IL 62002-6267 | LEONARD P. GOLDBERGER<br>STEVENS & LEE, P.C.<br>1818 MARKET STREET, 29TH FLOOR<br>PHILADELPHIA, PA 19103 | LINDA BOYLE<br>TW TELECOM INC.<br>10475 PARK MEADOWS DR., #400<br>LITTLETON, CO 80124 |
| LISA NATHANSON BUSCH<br>WEITZ & LUXENBERG<br>700 BROADWAY<br>NEW YORK, NY 10003 | MADONNA GUZZO<br>C/O JOHN LIPSITZ<br>LIPSITZ & PONTERIO, LLC<br>135 DELAWARE AVE, 5TH FLOOR<br>BUFFALO, NY 14202 | MARK R. SNYDER<br>PENSION BENEFIT GUARANTY CORP.<br>OFFICE OF THE CHIEF OF COUNSEL<br>1200 K STREET NW, STE. 340<br>WASHINGTON, DC 20005-4026 |
| MARTIN E. BEELER<br>COVINGTON & BURLING LLP<br>620 EIGHTH AVENUE<br>NEW YORK, NY 10018 | MICHAEL BAZLEY FBO AX6869<br>DVI P.O. BOX 20<br>TRACY, CA 95378-0600 | MICHAEL LARIMER OR NEIL MAUNE<br>MAUNE RAICHLE HARTLY<br>FRENCH & MUDD<br>ONE METROPOLITAN SQUARE<br>211 NORTH BROADWAY, SUITE 2940<br>ST. LOUIS, MO 63102 |
| MICHAEL S. DAVIS<br>JANTRA VAN ROY<br>PETER JANOVSKY<br>ZEICHNER ELLMAN & KRAUSE LLP<br>1211 AVENUE OF THE AMERICAS, 40TH FL<br>NEW YORK, NY 10036 | MONICA S. BLACKER<br>JACKSON WALKER L.L.P.<br>2323 ROSS AVE., SUITE 600<br>DALLAS, TX 75201 | NANCY L. MANZER, ESQ.<br>WILMER CUTLER PICKERING<br>HALE & DORR LLP<br>1875 PENNSYLVANIA AVE., NW<br>WASHINGTON, DC 20006 |
| NAVA HAZAN, ESQ.<br>SQUIRE SANDERS (US) LLP<br>30 ROCKEFELLER PLAZA, 23RD FLOOR<br>NEW YORK, NY 10112 | NC DEPARTMENT OF REVENUE<br>P.O. BOX 1168<br>RALEIGH, NC 27602 | NIAGRA BANK<br>C/O WILLIAM B. SCHILLER<br>SCHILLER & KNAPP, LLP<br>950 NEW LOUDON ROAD<br>LATHAM, NY 12110 |
| NY STATE DEPARTMENT OF TAXATION AND FINANCE<br>P.O. BOX 5300<br>ALBANY, NY 12205-0300 | PERRY WEITZ<br>WEITZ & LUXENBERG<br>700 BROADWAY<br>NEW YORK, NY 10003 | PETER JOHN SACRIPANTI<br>JOHN J. CALANDRA<br>DARREN AZMAN<br>MCDERMOTT WILL & EMERY LLP<br>340 MADISON AVENUE<br>NEW YORK, NY 10173-1922 |
| POYNER SPRUILL LLP<br>LISA P. SUMNER<br>POST OFFICE BOX 1801<br>RALEIGH, NC 27602-1801 | RAND NOLEN<br>FLEMING & ASSOCIATES, LLP<br>2800 POST OAK BLVD., STE. 4000<br>HOUSTON, TX 77056-6109 | RAYBURN COOPER & DURHAM<br>ATTN: JACK MILLER/JOHN MILLER, JR.<br>227 WEST TRADE STREET<br>SUITE 1200<br>CHARLOTTE, NC 28202 |
| RAYMOND P. HARRIS, JR.<br>CARY SCHACHTER<br>SCHACHTER HARRIS LLP<br>220 CANAL CENTRE<br>400 E. LAS COLINAS BLVD.<br>IRVING, TX 75039 | REVSTONE CASTING FAIRFIELD LLC<br>F/K/A DEXTER FOUNDRY INC.<br>ATTN: DEXTER BELL<br>905 WEST DEPOT<br>FAIRFIELD, IA 52556 | ROBERT BENCH<br>FLEMING & ASSOCIATES, LLP<br>2800 POST OAK BLVD, STE. 4000<br>HOUSTON, TX 77056-6109 |
| ROBERT J. LAWING<br>H. BRENT HELMS<br>ROBINSON & LAWING, L.L.P.<br>101 N. CHERRY STREET, SUITE 720<br>WINSTON-SALEM, NC 27101 | ROBERT W. PHILLIPS<br>THE SIMMONS FIRM<br>1 COURT STREET<br>EAST ALTON, IL 62002-6267 | ROBERT WIRWICZ<br>C/O GARRETT BRADLEY<br>THORNTON & NAUMES, LLP<br>100 SUMMER STREET<br>BOSTON, MA 02110 |
| ROBINSON BRADSHAW & HINSON, PA<br>ATTN: JONATHAN C. KRISKO/DAVID SCHILLI/ANDREW<br>101 N. TRYON STREET<br>SUITE 1900<br>CHARLOTTE, NC 28246 | ROMAINE S. SCOTT, III<br>SCOTT & SCOTT LAW, LLC<br>POST OFFICE BOX 1248<br>FAIRHOPE, AL 36533 | SANDER L. ESSERMAN<br>PETER C. D'APICE<br>STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C<br>2323 BRYAN STREET, SUITE 2200<br>DALLAS, TX 75201 |
| SCOTT R. MILLER<br>JOHNSTON, ALLISON & HORD, P.A.<br>1065 EAST MOREHEAD STREET<br>CHARLOTTE, NC 28204 | SCOTT W. WERT<br>FOSTER & SEAR, LLP<br>817 GREENVIEW DRIVE<br>GRAND PRARIE, TX 75050 | SECURITIES & EXCHANGE COMMISSION<br>950 EAST PACES FERRY ROAD, N.E.<br>SUITE 900<br>ATLANTA, GA 30326-1382 |

| | | |
|---|---|---|
| SGL CARBON, LLC<br>ATTN: TIM BROWN<br>10130 PERIMETER PARKWAY, SUITE 500<br>CHARLOTTE, NC 28216 | SHAWN M. CHRISTIANSON, ESQ.<br>BUCHALTER NEMER<br>55 2ND STREET, SUITE 1700<br>SAN FRANCISCO, CA 94105-3493 | SHERRI HOOVER<br>C/O JOHN A BADAN IV<br>MOTLEY RICE LLC<br>28 BRIDGESIDE BLVD.<br>MT. PLEASANT, SC 29464 |
| SIMON, GREENSTONE, PANATIER & BARTLETT<br>ATTN: JEFFREY B. SIMON<br>3232 MCKINNEY AVENUE SUITE 610<br>DALLAS, TX 75204 | SOLVAY SOLEXIS INC.<br>ATTN: NEZELIA SOSA<br>3333 RICHMOND AVENUE<br>HOUSTON, TX 77098 | STEPHEN C. EMBRY<br>EMBRY AND NEUSNER<br>P.O. BOX 1409<br>GROTON, CT 06340 |
| SUSAN BROADHEAD, ADMINISTRATRIX OF THE<br>ESTATE OF JAMES F. PHILLIPS<br>C/O THE LANIER LAW FIRM, PC<br>6810 FM 1960 WEST<br>HOUSTON, TX 77069 | THE MARITIME ASBESTOSIS LEGAL CLINIC<br>THE JAQUES ADMIRALTY LAW FIRM, PC<br>ALAN KELLMAN, ESQ.<br>645 GRISWOLD, SUITE 1370<br>DETROIT, MI 48226 | THE U.S. DEPARTMENT OF HEALTH & HUMAN SERV<br>ATTN: GENERAL COUNSEL<br>HUBERT H. HUMPHRY BUILDING<br>200 INDEPENDENCE AVE., SW<br>WASHINGTON, D.C 20201 |
| THOMAS PARKER GRIFFIN, ESQ.<br>BRADLEY ARANT BOULT CUMMINGS LLP<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM, AL 35203 | TIMOTHY KOEBERLE<br>C/O PETER KRAUS<br>WATERS & KRAUS, LLP<br>3219 MCKINNEY AVE.<br>DALLAS, TX  75204 | TRAVIS W. MOON<br>RICHARD S. WRIGHT<br>MOON WRIGHT & HOUSTON, PLLC<br>121 W. TRADE STREET, SUITE 1950<br>CHARLOTTE, NC 28202 |
| TREVOR W. SWETT<br>JEFFREY A. LIESEMER<br>KEVIN C. MACLAY<br>CAPLIN & DRYSDALE, CHARTERED<br>ONE THOMAS CIRCLE, NW, STE. 1100<br>WASHINGTON, DC 20005 | U.S. ATTORNEY'S OFFICE<br>227 WEST TRADE ST., SUITE 1650<br>CHARLOTTE, NC 28202 | U.S. CENTERS FOR MEDICARE & MEDICAID SERVIC<br>ATTN: GENERAL COUNSEL<br>7500 SECURITY BLVD.<br>BALTIMORE, MD 21244 |
| UNITED STATES ATTORNEY OFFICE<br>ATTN: CIVIL DIVISION<br>227 WEST TRADE ST., STE. 1650<br>CHARLOTTE, NC 28202 | US BANKRUPTCY  ADMINISTRATOR<br>ATTN: LINDA W. SIMPSON/ALEXANDRIA KENNY<br>402 W. TRADE STREET, SUITE 200<br>CHARLOTTE, NC 28202 | WILLIAM AMES WARREN<br>C/O ROBERT W. PHILLIPS<br>THE SIMMONS FIRM<br>1 COURT STREET<br>ALTON, IL 62024-6267 |

Parties Served: 117