IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division

IN RE:

OLDCO, LLC, SUCCESSOR BY MERGER
TO COLTEC INDUSTRIES INC,

Debtor.

Case No. 17-BK-30140

Chapter 11

## NOTICE OF FIRST AMENDMENT TO DEBTOR'S *EX PARTE* APPLICATION FOR ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF ROBINSON, BRADSHAW & HINSON, P.A. AS SPECIAL CORPORATE AND LITIGATION COUNSEL

OldCo, LLC, debtor and debtor-in-possession in the above-captioned case and successor by merger to Coltec Industries Inc ("Coltec" or "Debtor"), hereby gives this notice of its First Amendment to Debtor's *Ex Parte* Application for Order Authorizing Retention and Employment of Robinson, Bradshaw & Hinson, P.A. as Special Corporate and Litigation Counsel filed with the Court on February 1, 2017 in Coltec's Chapter 11 case (D.E. 33) (the "Retention Application"). The Retention Application was granted by the Court's *Ex Parte* Order Authorizing Retention and Employment of Robinson, Bradshaw & Hinson, P.A. as Special Corporate and Litigation Counsel filed in Coltec's Chapter 11 case entered on February 3, 2017 (D.E. 46).

Coltec hereby amends the Retention Application, solely to the extent set forth herein, to clarify that Satyra L. Riggins is, and should have been identified in the Retention Application as, a paralegal at Robinson, Bradshaw & Hinson, P.A. ("RBH") rather than an attorney. In the chart set forth in paragraph 15 of the Retention Application, Coltec mistakenly referred to Ms. Riggins as an attorney at RBH. Ms. Riggins, a paralegal at RBH, will be a timekeeper for work

9442981v2

performed and to be performed by RBH for Coltec and should be removed from any list of Coltec's attorneys on the Court's docket.

This 10th day of February, 2017.

OLDCO, LLC

By: _____
    Joseph Wheatley
Its: President and Treasurer

9442981v2