# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

| | |
|---|---|
| IN RE:<br><br>OLDCO, LLC, SUCCESSOR BY MERGER TO COLTEC INDUSTRIES INC,<br><br>    Debtor. | Case No. 17-BK-30140<br><br>Chapter 11 |

## **CERTIFICATE OF SERVICE**

I hereby certify that copies of the following:

| 1. | Notice of First Amendment to Debtors' Ex Parte Application for Order Authorizing Retention and Employment of Robinson, Bradshaw & Hinson, P.A. as Special Corporate and Litigation Counsel (Doc. 59) |
|---|---|

were served by the United States Postal Service on February 10, 2017, on the persons/parties which are listed on the Updated Master Service List (Garlock Docket No. 5680) and those parties who filed requests for notice since the last update of the same.

This 10th day of February, 2017.

Respectfully submitted,

/s/ Garland S. Cassada
Garland S. Cassada
N.C. Bar No. 12352
Jonathan C. Krisko
N.C. Bar No. 28625
Richard C. Worf, Jr.
N.C. Bar No. 37143

ROBINSON BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina  28246
Telephone:      (704) 377-2536
Facsimile:      (704) 378-4000

gcassada@robinsonbradshaw.com
jkrisko@robinsonbradshaw.com
rworf@robinsonbradshaw.com

*Special Corporate and Litigation Counsel to the Debtors Garlock Sealing Technologies LLC, Garrison Litigation Management Group, Ltd., and The Anchor Packing Company*