UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA

In Re: **OldCo, LLC, Successor by Merger to Coltec Industries Inc**
fka Coltec Industries, Inc.
fka Enpro Learning System, LLC
fka Fairbanks Morse
fka Fairbanks Morse Engine
fka Quincy Compressor

Debtor(s)

Case No.: 17-30140

Chapter: 11

Notice of Transcript Filing
and of Deadlines Related to Restriction and Redaction

PLEASE TAKE NOTICE that a Transcript from the hearing held on 02/01/2017 in the above-named case has been filed on 02/09/2017.

If you object to the entry of the unredacted transcript, you will need to file with the court a Notice of Intent to Request for Redaction within seven (7) days of entry of the transcript. Within twenty-one (21) calendar days of filing of the transcript to the clerk, a Notice of Redaction with a specific request for redaction noting the page numbers and line numbers where redaction is required.

Pursuant to Bankruptcy Rule 9037(a) Personal data identifiers include: social security numbers (or taxpayer identification numbers) to the last four digits; financial account numbers to the last four digits; individuals known to be minor children to the initials; and dates of birth. The notice must indicate the location of the personal data identifiers, including the page and paragraph numbers of the transcript where the personal data identifiers are located.

NOTICE IS FURTHER GIVEN that remote public access to the transcript is restricted for 90-days after filing. The transcript may be viewed at the Bankruptcy Clerk's Office. During this time period if you wish to obtain a copy of the transcript please contact the following transcriber:

**Janice Russell at 1418 Red Fox Circle, Severence, CO. 80550, (757)-422-9089**

At the end of the 90-day restriction period, if a redacted version of the transcript is NOT filed and if there are no redaction documents or motions linked to the transcript, the unredacted version will be made available via remote electronic access and at the public terminal for viewing and printing.

Dated: 02/10/2017

Steven T. Salata