```
                          United States Bankruptcy Court
                         Western District of North Carolina
In re:                                                          Case No. 17-30140-jcw
OldCo, LLC                                                      Chapter 11
     Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0419-3         User: williamsm            Page 1 of 1            Date Rcvd: Feb 10, 2017
                             Form ID: pdf               Total Noticed: 6
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2017.
```
5428931       +Caplin & Drysdale, Chartered,    TREVOR W. SWETT, ESQ.,    JEFFREY A. LIESEMER, ESQ.,
                One Thomas Circle, NW, Suite 1100,    Washington, DC 20005-5812
5428930       +Grier, Furr & Crisp, P.A.,    JOSEPH W. GRIER, III, ESQ.,    101 N. Tryon Street, Suite 1240,
                Charlotte, NC 28246-0104
5428932      #+Moon Wright & Houston, PLLC,    TRAVIS W. MOON, ESQ.,    227 West Trade Street, Suite 1800,
                Charlotte, NC 28202-2665
5428927       +Motley Rice LLC,    NATHAN D. FINCH, ESQ.,    3333 K St. NW, Suite 450,
                25 Washington, DC 20007-3553
5428929       +Orrick Herrington,    JONATHAN P. GUY, ESQ.,    REGORY BEAMAN, ESQ.,    1152 15th Street, N.W.,
                Washington, DC 20005-1734
5428928       +Rayburn Cooper & Durham, P.A.,    JOHN R. MILLER, JR., ESQ.,    227 West Trade St., Suite 1200,
                Charlotte, NC 28202-1672
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2017 at the address(es) listed below:
```
              Andrew W.J. Tarr    on behalf of Debtor    OldCo, LLC atarr@rbh.com,    CPecoraro@robinsonbradshaw.com
              Ashley A Edwards    on behalf of Debtor    OldCo, LLC ashleyedwards@parkerpoe.com
              Daniel Gray Clodfelter    on behalf of Debtor    OldCo, LLC danclodfelter@parkerpoe.com,
               danclodfelter@parkerpoe.com
              David M. Schilli    on behalf of Debtor    OldCo, LLC dschilli@rbh.com,
               cpecoraro@robinsonbradshaw.com,kcrandall@robinsonbradshaw.com
              Garland S. Cassada    on behalf of Debtor    OldCo, LLC gcassada@rbh.com,    pbess@rbh.com,
               sriggins@rbh.com,edeal@rbh.com,elizabeth.barry@glmg.com,BSanders@rbh.com,spratt@rbh.com,
               ckleckner@rbh.com,Dan.Grgurich@EnProIndustries.co,
              Jonathan C. Krisko    on behalf of Debtor    OldCo, LLC jkrisko@rbh.com,
               jokerlund@robinsonbradshaw.com
              Richard C Worf    on behalf of Debtor    OldCo, LLC rworf@rbh.com
              Stuart L. Pratt    on behalf of Debtor    OldCo, LLC spratt@robinsonbradshaw.com
              Ty E. Shaffer    on behalf of Debtor    OldCo, LLC tshaffer@rbh.com,    vjohnson@rbh.com
              U.S. Bankruptcy Administrator Office     alexandria_p_kenny@ncwba.uscourts.gov,
               ba_desk@ncwba.uscourts.gov
              William L. Esser, IV    on behalf of Debtor    OldCo, LLC willesser@parkerpoe.com
                                                                                             TOTAL: 11
```

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| In Re: **OldCo, LLC, Successor by Merger to Coltec Industries Inc**<br>**fka Coltec Industries, Inc.**<br>**fka Enpro Learning System, LLC**<br>**fka Fairbanks Morse**<br>**fka Fairbanks Morse Engine**<br>**fka Quincy Compressor**<br><br>    Debtor(s) | **Case No.: 17-30140**<br><br><br><br><br>**Chapter: 11** |

## Notice of Transcript Filing
## and of Deadlines Related to Restriction and Redaction

PLEASE TAKE NOTICE that a Transcript from the hearing held on 02/01/2017 in the above-named case has been filed on 02/09/2017.

If you object to the entry of the unredacted transcript, you will need to file with the court a Notice of Intent to Request for Redaction within seven (7) days of entry of the transcript. Within twenty-one (21) calendar days of filing of the transcript to the clerk, a Notice of Redaction with a specific request for redaction noting the page numbers and line numbers where redaction is required.

Pursuant to Bankruptcy Rule 9037(a) Personal data identifiers include: social security numbers (or taxpayer identification numbers) to the last four digits; financial account numbers to the last four digits; individuals known to be minor children to the initials; and dates of birth. The notice must indicate the location of the personal data identifiers, including the page and paragraph numbers of the transcript where the personal data identifiers are located.

NOTICE IS FURTHER GIVEN that remote public access to the transcript is restricted for 90-days after filing. The transcript may be viewed at the Bankruptcy Clerk's Office. During this time period if you wish to obtain a copy of the transcript please contact the following transcriber:

**Janice Russell at 1418 Red Fox Circle, Severence, CO. 80550, (757)-422-9089**

At the end of the 90-day restriction period, if a redacted version of the transcript is NOT filed and if there are no redaction documents or motions linked to the transcript, the unredacted version will be made available via remote electronic access and at the public terminal for viewing and printing.

Dated: 02/10/2017

Steven T. Salata