*OldCo, LLC, successor by merger to Coltec Industries Inc*

## *Claims Summary*

| Class | Proof of Claim Amount | Final Allowed Amount |
|---|---:|---:|
| UNSECURED | $1,259,747,584.20 | |
| PRIORITY | $86,167.24 | $0.00 |
| SECURED | $200,000,000.00 | $0.00 |
| Total | $1,459,833,751.44 | $0.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

---

*Claims Details*

**ODESSA SPENCER**
3945 N. Michigan Ave, Apt #3
Saginaw, MI 48604

**Clm No 1**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 30-Aug-2016 |
|-----------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty L. Franzese**
324 Linden Place
Westbury, NY 11590

**Clm No 2**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Sep-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alfred E. Kennon Sr.**
19789 Straughn Road
Farmington, MO 63640

**Clm No 3**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 1-Sep-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

---

*Claims Details*

3 of 3330

---

**Randy Chatelain**
P.O. Box 1747
Kountze, TX 77625

**Clm No 4**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 1-Sep-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Steven D. Anderson**
7461 Blackmon Road
Apt # 5114
Columbus, GA 31909

**Clm No 5**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Sep-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alan E. Lansing**
195 Lake Shore Drive
Lake Hiawatha, NJ 07034

**Clm No 6**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 6-Sep-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

**Estate of Paul Clendenin Jr.**
13018 NW 123rd Place
Alachua, FL 32615

**Clm No 7**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 12-Aug-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Thomas A. Hayes - Sheen**
1135 Third Line East
Sault Ste Marie
Ontario, P6A 6T8
Canada

**Clm No 8**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 19-Sep-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carl Wright**
17900 Barney Drive
Accokeek, MD 20607

**Clm No 9**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Sep-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

5 of 3330

---

**Richard Leo James**
1712 N. Walnut Creek
Derby, KS 67037

**Clm No 10**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Sep-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Patrick J. Moroney**
1 Brightwood Ave.
Pearl River, NY 10965

**Clm No 11**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 26-Sep-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William I. Owens**
4370 Brookside Ct. #104
Edina, MN 55436

**Clm No 12**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 26-Sep-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

6 of 3330

---

**Louis Manuel Rubio**
925 Sealy At. Apt # 3
Galveston, TX 77550

**Clm No 13**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 26-Sep-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**David Draper**
2035 Governor Drive
Roanoke, VA 24019

**Clm No 14**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 27-Sep-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jerome Aumente**
23 Noranda St.
Toms River, NJ 08757

**Clm No 15**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 4-Oct-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |
| Duplicate Claim No | 945 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

### Claims Details

**Warren Keith Willard**
2855 S.E. Forest Villa CT
Port Orchard, WA 98366

**Clm No 16**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 4-Oct-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

**Randy L. Rosenberger**
451 Church Street
Indiana, PA 15701

**Clm No 17**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 4-Oct-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $10,000.00 |

**Douglas Richard Sorensen**
104 Bunting Court
Barefoot Bay, FL 32976

**Clm No 18**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 4-Oct-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

8 of 3330

---

**Dennis William Shearer**
816 Oskaloosa Road
Beacon, IA 52534

**Clm No 19**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 6-Oct-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joseph Ribnick**
19 Bluegrass Ave
Middleburg, FL 32068

**Clm No 20**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 10-Oct-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Walter Skelton III**
918 N Miner Ave
Kuna, ID 83634

**Clm No 21**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 11-Oct-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Brenda McDoulett**
651 N Quapow
Skiatook, OK 74070

**Clm No 22**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 11-Oct-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Ronald C. Becker**
3530 52nd. St. N
St. Petersburg, FL 33710

**Clm No 23**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 11-Oct-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Beal**
2301 S Valley View Apt F02
Las Vegas, NV 89102

**Clm No 24**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 11-Oct-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

### Claims Details

10 of 3330

---

**Kathryn DeFilippis**
10 Belle Meadow Dr.
Watertown, CT 06795

**Clm No 25**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 11-Oct-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Bert Hess**
59 Rosebriar Ave
Wakefield, RI 02879

**Clm No 26**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 11-Oct-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Julie Beaudoin**
806-989 RouteDe Rivieres
Levis, Quebec G7AOP6
Canada

**Clm No 27**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 11-Oct-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/14/2018 3:55:46 PM

---

*Claims Details*                                                               11 of 3330

---

| **Alan C. Weiss** | **Clm No 28** | Filed In Cases: 140 | |
| 310 Baneberry Dr. | | | |
| Highland, IL 62249 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 14-Oct-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **David P. Heitfas** | **Clm No 29** | Filed In Cases: 140 | |
| N2603 County Rd. EE | | | |
| Appleton, WI 54913 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 14-Oct-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Duane Slack** | **Clm No 30** | Filed In Cases: 140 | |
| 2025 Lyda Lane | | | |
| Loganville, GA 30052 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 14-Oct-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

---

*Claims Details*

12 of 3330

---

**Susan B. Wyche**
1330 E. Kings Hwy, Apt 1704
Maple Shade, NJ 08052

**Clm No 31**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 17-Oct-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas A. Cain**
111 Esther Drive
Cocoa Beach, FL 32931

**Clm No 32**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|--|--|
| Date Filed | 17-Oct-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Wayne S. Bonge**
P O Box 2448
Easley, SC 29641

**Clm No 33**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 17-Oct-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    13 of 3330

---

**Theresa H. Byrne**
3174 Buena Hills Drive
Oceanside, CA 92056

**Clm No 34**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 17-Oct-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Henry Adams**
655 South Songa Rd
Cordova, TN 38018

**Clm No 35**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 17-Oct-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joseph T. Smith, Jr.**
3787 Tommy Rd.
Jennings, LA 70546

**Clm No 36**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $0.00 | |
| | $0.00 | |

| | |
|---|---|
| Date Filed | 17-Oct-2016 |
| Bar Date | |
| Claim Face Value | $0.00 |

---

**Rust Consulting | Omni Bankruptcy**            **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                        3/14/2018 3:55:46 PM

*Claims Details*                                                                                  14 of 3330

---

**Albert Gonzalez**                              **Clm No 37**        Filed In Cases: 140
1003 Elm St
Roseville, CA 95678-2007                         Class              Claim Detail Amount        Final Allowed Amount

                                                 UNS                     $1.00
                                                                         $1.00

Date Filed              19-Oct-2016
Bar Date
Claim Face Value             $1.00

---

**James R. Imboden**                             **Clm No 38**        Filed In Cases: 140
1228 Garbry Rd
Piqua, OH 45356                                  Class              Claim Detail Amount        Final Allowed Amount

                                                 UNS                     $1.00
                                                                         $1.00

Date Filed              18-Oct-2016
Bar Date
Claim Face Value             $1.00

---

**Herman Edward Williams**                       **Clm No 39**        Filed In Cases: 140
904 Chartwell Drive
Newport News, VA 23608-7748                      Class              Claim Detail Amount        Final Allowed Amount

                                                 UNS                    $85,000.00
                                                                        $85,000.00

Date Filed              20-Oct-2016
Bar Date
Claim Face Value        $85,000.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              15 of 3330

---

**Gerald Arthur Rutherford**                 **Clm No 40**      Filed In Cases: 140
8652 Indian Reserve Rd
Alpena, MI 49707                              Class          Claim Detail Amount       Final Allowed Amount

                                             UNS                  $1.00
                                                                  $1.00

        Date Filed           20-Oct-2016
        Bar Date
        Claim Face Value          $1.00

---

**Gloria Baller**                            **Clm No 41**      Filed In Cases: 140
5759 US 23 North
Rogers City, MI 49779                         Class          Claim Detail Amount       Final Allowed Amount

                                             UNS                  $1.00
                                                                  $1.00

        Date Filed           19-Oct-2016
        Bar Date
        Claim Face Value          $1.00

---

**Brandon Belken**                           **Clm No 42**      Filed In Cases: 140
649 Remington
Kilgore, TX 75662                             Class          Claim Detail Amount       Final Allowed Amount

                                             UNS                  $1.00
                                                                  $1.00

        Date Filed           19-Oct-2016
        Bar Date
        Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                        16 of 3330

---

**A. Jeannette  Bennett**                    **Clm No 43**        Filed In Cases: 140
25521 Stagg Rd.
Custer, SD 57730                              Class            Claim Detail Amount        Final Allowed Amount

|                | UNS | $10,000.00 | |
|---|---|---|---|
|                |     | $10,000.00 | |

| Date Filed | 19-Oct-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Gus Bisesi**                              **Clm No 44**        Filed In Cases: 140
7646 Beach Dr.
Pasadena, MD 21122                          Class            Claim Detail Amount        Final Allowed Amount

|                | UNS | $1.00 | |
|---|---|---|---|
|                |     | $1.00 | |

| Date Filed | 19-Oct-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Leanna Coats**                            **Clm No 45**        Filed In Cases: 140
116 Sherry Lane
Mount Sterling, KY 40353                    Class            Claim Detail Amount        Final Allowed Amount

|                | UNS | $10,000.00 | |
|---|---|---|---|
|                |     | $10,000.00 | |

| Date Filed | 19-Oct-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Gayla Dukart**
6954 NE Alameda
Portland, OR 97213

**Clm No 46**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 19-Oct-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Reginald Hughes**
4490 Cedar Springs Church Rd.
Ashford, AL 36312

**Clm No 47**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 19-Oct-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mary  Hulen**
3904 Tompkins Drive
Baytown, TX 77521

**Clm No 48**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 19-Oct-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/14/2018 3:55:46 PM

*Claims Details*

---

**Linda  Nichols**
119 Marquette St.
Gardner, MA 1440

**Clm No 49**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 19-Oct-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Raymond  Paskauskas**
2955 Kingsway Avenue
New Lenox, IL 60451

**Clm No 50**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 19-Oct-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Joseph Patrick & JoAnn Unangst**
207 Flicksville Road
Bangor Saylorsburg, PA 18013

**Clm No 51**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 19-Oct-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Brenda Reichenbach**
3402 Cascadia Dr.
Houston, TX 77082

**Clm No 52**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 19-Oct-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Leo Weaver**
5702 Aaron Dr.
Lockport, NY 14094

**Clm No 53**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 19-Oct-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Robert Whittaker**
81 Old Amboy Rd.
Bordentown, NJ 8620

**Clm No 54**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 19-Oct-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

**Joycw Williams**
17000 NW Rockyford Road
Yamhill, OR 97148

**Clm No 55**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 19-Oct-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**AUTRY EARL BARNEY PRO SE**
517 Cherry Avenue
Jackson, AL 36545-3607

**Clm No 56**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Oct-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Phyllis M. Brown**
2009 COLUMBIA AVE
STEUBENVILLE, OH 43952

**Clm No 57**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 24-Oct-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

21 of 3330

---

**William J. Mitchell**
2460 N CENTRAL AVE.
P O BOX 115
LUTCHER, LA 70071

**Clm No 58**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 24-Oct-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**David B. Robinson**
56 NEILSON AVE.
SCARBOROUGH, ONTARIO, M1M 2S4
Canada

**Clm No 59**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 25-Oct-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**George L. Harris, Sr.**
1498 Brookside Ave. Apt. #172
Redlands, CA 92373

**Clm No 60**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 27-Oct-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

---

**Roger Ritchie**
3965 Dairy Rd.
Titusville, FL 32796

**Clm No 61**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 27-Oct-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gary L. Smith**
3650 N Broadway Ave., Apt. 2303
Tyler, TX 75702

**Clm No 62**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 27-Oct-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Albert W. Sheaffer**
P.O. Box 169
Spelter, WV 26438

**Clm No 63**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 31-Oct-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

## Claims Details

23 of 3330

| Warren E. Stumpf | **Clm No 64** | Filed In Cases: 140 | |
|---|---|---|---|
| 336 Hemingway Road | | | |
| New Windsor, NY 12553 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 2-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| Rita M. Cano | **Clm No 65** | Filed In Cases: 140 | |
|---|---|---|---|
| 6015 Sweetwater Ct. NW | | | |
| Albuquerque, NM 87120 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 31-Oct-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| Jummie Grimes | **Clm No 66** | Filed In Cases: 140 | |
|---|---|---|---|
| 753 C. Palmatta St. | | | |
| Mobile, AL 36603 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $10,000.00 | |
| | | $10,000.00 | |

| | |
|---|---|
| Date Filed | 31-Oct-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                      24 of 3330

---

**Sylvie and Daniel Plourde**          **Clm No 67**      Filed In Cases: 140
1058, Notre-Dome Est.
Trois-Rivieres, Quebec, Canada G8T 4J3   Class        Claim Detail Amount      Final Allowed Amount

                                        UNS              $10,000.00

                                                         $10,000.00

Date Filed            31-Oct-2016
Bar Date
Claim Face Value      $10,000.00

---

**Nancy Opperman**                     **Clm No 68**      Filed In Cases: 140
13681 Hwy. 28 West
Vienna, MO 65582                        Class        Claim Detail Amount      Final Allowed Amount

                                        UNS              $1.00

                                                         $1.00

Date Filed            4-Nov-2016
Bar Date
Claim Face Value      $1.00

---

**Michael J. Barker**                  **Clm No 69**      Filed In Cases: 140
270 Our Land Lane
Milford, MI 48381                       Class        Claim Detail Amount      Final Allowed Amount

                                        UNS              $10,000.00

                                                         $10,000.00

Date Filed            4-Nov-2016
Bar Date
Claim Face Value      $10,000.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

25 of 3330

---

**Amos Wilkerson**
P O Box 826
14029 NW 167th Place
Alachua, FL 32616

**Clm No 70**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 4-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carolyn Bolin**
4936 Sugartree Dr.
Dayton, OH 45414

**Clm No 71**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 4-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Francis E. Neuzil, Sr.**
1493 NE Turkey Creek Dr.
Palm Bay, FL 32905

**Clm No 72**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 4-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

26 of 3330

| **James W. Wilkerson** | | **Clm No 73** | Filed In Cases: 140 | |
| 7621 Madison Dr. | | | | |
| Biloxi, MS 39532-2805 | | Class | Claim Detail Amount | Final Allowed Amount |
| | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 7-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| **Steven Michael Fiest** | | **Clm No 74** | Filed In Cases: 140 | |
| Box 1509 | | | | |
| Grande Cache, Alta, T0E 040 | | Class | Claim Detail Amount | Final Allowed Amount |
| Canada | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 7-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| **Jimmy D. Williams** | | **Clm No 75** | Filed In Cases: 140 | |
| 823 Linersville Rd. | | | | |
| Buffalo, SC 29379 | | Class | Claim Detail Amount | Final Allowed Amount |
| | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 7-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

*Claims Details*

---

**Steve B. Lane**
22 Calhoun St.
Whitmire, SC 29178

**Clm No 76**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          7-Nov-2016
Bar Date
Claim Face Value     $10,000.00

Duplicate Claim No    1459

---

**Marcie Massingale**
c/o Rose, Klein & Marias, LLP
801 S. Grand Ave. 11th Fl.
Los Angeles, CA 90017

**Clm No 77**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          7-Nov-2016
Bar Date
Claim Face Value     $1.00

---

**Alma Rich**
c/o Rose, Klein & Marias, LLP
801 S. Grand Ave. 11th Fl.
Los Angeles, CA 90017

**Clm No 78**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          7-Nov-2016
Bar Date
Claim Face Value     $10,000.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

**Mona Mendola**
c/o Rose, Klein & Marias, LLP
801 S. Grand Ave. 11th Fl.
Los Angeles, CA 90017

**Clm No 79**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 7-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Sharon Peterson**
c/o Rose, Klein & Marias, LLP
801 S. Grand Ave. 11th Fl.
Los Angeles, CA 90017

**Clm No 80**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 7-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Belinda Stinson**
879 Rising Star Rd.
Hollysprings, MS 38635

**Clm No 81**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 7-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |
| Duplicate Claim No | 960 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

### Claims Details

29 of 3330

---

**William T. Dunham**
64496 E. Brightwood Loop Rd.
Brightwood, OR 97011

**Clm No 82**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 8-Nov-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Blackwell**
4306 White Road
Pace, FL 32571

**Clm No 83**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 10-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sherrie Aikman**
310 Perth
Victoria, TX 77904

**Clm No 84**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 10-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

### Claims Details

30 of 3330

| **Hector Carrizales Trevino** | **Clm No 85** | Filed In Cases: 140 | |
|---|---|---|---|
| 200 Spur 113 | Class | Claim Detail Amount | Final Allowed Amount |
| Teague, TX 78230 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          10-Nov-2016
Bar Date
Claim Face Value          $1.00

| **OLIVER JACKSON** | **Clm No 86** | Filed In Cases: 140 | |
|---|---|---|---|
| P.O. BOX 6 | Class | Claim Detail Amount | Final Allowed Amount |
| DEVALLS BLUFF, AR 72041 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          31-Oct-2016
Bar Date
Claim Face Value          $1.00

| **BARBARA LOWE** | **Clm No 87** | Filed In Cases: 140 | |
|---|---|---|---|
| 711 SUNFLOWER ROAD | Class | Claim Detail Amount | Final Allowed Amount |
| BONNERDALE, AR 71933 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          31-Oct-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

31 of 3330

---

**SHONDA YOUNG**
303 W. 23RD, #5A
HOPE, AR 71801

**Clm No 88**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 31-Oct-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William F. Bouchrd. Jr.**
519 Leffert St.
South Amboy, NJ 08879

**Clm No 89**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas Bogan**
73-Murray Hill Terr.
Marlboro, NJ 07746

**Clm No 90**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

## Claims Details

32 of 3330

---

**Charles E. Brooks**
52 Blanchard Rd.
Stony Point, NY 10980

**Clm No 91**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James R. Brown**
2221 Princeton Ave.
Scotch Plains, NJ 07076

**Clm No 92**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Francis Buono**
51 Avenue E.
Holbrook, NY 11741

**Clm No 93**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

### Claims Details

33 of 3330

---

**Vincent Zarrelli**
36 Morden Close
Freehold, NJ 07728

**Clm No 94**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Linda L. Borsuk**
114D Old Nassau Rd.
Monroe Township, NJ 08831

**Clm No 95**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          14-Nov-2016
Bar Date
Claim Face Value          $10,000.00

---

**Dale Brenckman**
18 Partridge Place
Whiting, NJ 08759

**Clm No 96**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

34 of 3330

---

**Winston A. Yapp**
706 E 95th St.
Brooklyn, NY 11236

**Clm No 97**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Louis Yodice**
28 Meliss St.
Staten Island, NY 10314

**Clm No 98**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Frank G. Zaluk**
197 Hamden Ave.
Staten Island, NY 10306

**Clm No 99**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

35 of 3330

---

**Thomas F. Wittek**
794 Burnt Tavern Rd.
Brick, NJ 08724

**Clm No 100**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Therese Wolf**
234 Von Huenfeld St
Massapequa Park, NY 11762

**Clm No 101**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 14-Nov-2016 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Edward P. Williams**
7 Scott Drive
Wappingers Falls, NY 12590

**Clm No 102**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

36 of 3330

---

**Frank Winerholder**
264 Fort De France Ave
Toms River, NJ 08757

**Clm No 103**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Leonard F. Watts**
1024 Mason Street
Morrisonville, NY 12962-3613

**Clm No 104**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Geraldine Westcott**
263 Lawrie St.
Perth Amboy, NJ 08861

**Clm No 105**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                    37 of 3330

---

**Walter J. Wasilewski**                 **Clm No 106**        Filed In Cases: 140
12 Pinecrest Rd.
Jersey City, NJ 07305             Class              Claim Detail Amount        Final Allowed Amount

                                  UNS                      $1.00
                                                           $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Frank G. Wassil**                      **Clm No 107**        Filed In Cases: 140
193 Ketchum Ave.
Buchanan, NY 10511                Class              Claim Detail Amount        Final Allowed Amount

                                  UNS                      $1.00
                                                           $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Joseph M. Daino**                      **Clm No 108**        Filed In Cases: 140
44 Mayberry Promenade
Staten Island, NY 10312           Class              Claim Detail Amount        Final Allowed Amount

                                  UNS                      $1.00
                                                           $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

38 of 3330

---

**Dennis J. Walsh**
4D Quaker Lane
Whiting, NJ 08759-1797

**Clm No 109**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----------------|-------------|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joseph Walton**
421 Broadway
Bayonne, NJ 07002

**Clm No 110**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----------------|-------------|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Maria Cruz**
2215 Center Ave.
Fort Lee, NJ 07024

**Clm No 111**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----------------|-------------|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

39 of 3330

| Judith A. Cunniffe | **Clm No 112** | Filed In Cases: 140 | |
|---|---|---|---|
| P.O. Box 1613 | Class | Claim Detail Amount | Final Allowed Amount |
| Green Ave. | | | |
| Oak Bluffs, MA 02557 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Robert J. Conklin | **Clm No 113** | Filed In Cases: 140 | |
|---|---|---|---|
| 36 Sengstacken Dr. | Class | Claim Detail Amount | Final Allowed Amount |
| Stony Point, NY 10980 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Serafina Tenaglia | **Clm No 114** | Filed In Cases: 140 | |
|---|---|---|---|
| 33-15 Clearview Expressway | Class | Claim Detail Amount | Final Allowed Amount |
| Bayside, NY 11361 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                      3/14/2018 3:55:46 PM

*Claims Details*                                                                                          40 of 3330

---

**Paul Cassarino**                          **Clm No 115**        Filed In Cases: 140
416 Steuben Ave.
Forked River, NJ 08731                       Class              Claim Detail Amount        Final Allowed Amount

                                             UNS                        $1.00
                                                                        $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Salvatore Russo**                         **Clm No 116**        Filed In Cases: 140
5 O'Conner Ct.
Montrose, NY 10548                            Class              Claim Detail Amount        Final Allowed Amount

                                             UNS                        $1.00
                                                                        $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**William P. Ryan**                         **Clm No 117**        Filed In Cases: 140
184 Walden Court
East Moriches, NY 11940                       Class              Claim Detail Amount        Final Allowed Amount

                                             UNS                        $1.00
                                                                        $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                     3/14/2018 3:55:46 PM

*Claims Details*                                                              41 of 3330

---

**Julio J. Abbruzzese**                    **Clm No 118**      Filed In Cases: 140
1842 Rt. 167
Mohawk, NY 13407                           Class            Claim Detail Amount       Final Allowed Amount

                                           UNS                    $1.00
                                                                  $1.00

Date Filed          14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Anthony C. Abruzzo**                     **Clm No 119**      Filed In Cases: 140
169-12 24th Ave.
Whitestone, NY 11357                       Class            Claim Detail Amount       Final Allowed Amount

                                           UNS                    $1.00
                                                                  $1.00

Date Filed          14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Eric Aiken**                             **Clm No 120**      Filed In Cases: 140
426 Winged Foot Dr.
McDonough, GA 30253                        Class            Claim Detail Amount       Final Allowed Amount

                                           UNS                    $1.00
                                                                  $1.00

Date Filed          14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

**Thomas Alberino**
2158 West Dell Rd.
Bath, PA 18014

**Clm No 121**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rosemarie Allen**
37 Chancellor Ave.
Newark, NJ 07112

**Clm No 122**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Cecilia Alaimo**
75 Ryder Ave.
North Babylon, NY 11703

**Clm No 123**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

43 of 3330

---

**Frank Adriani**
6502 Grand Ave.
North Bergen, NJ 07047

**Clm No 124**        Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        14-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Augustin Andrews**
767 Albany Ave.
Brooklyn, NY 11203

**Clm No 125**        Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        14-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Dolores Autenrieth**
26398 Naomi Drive
Hemet, CA 92544

**Clm No 126**        Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        14-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Janice D. Bace**
738 Park Avenue
Belford, NJ 07718

**Clm No 127**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Stella Risi**
1864 85th St. Apt.4-H
Brooklyn, NY 11214

**Clm No 128**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Raymond J. Rizzuto, Jr.**
7 Lafayette Ave.
Haddonfield, NJ 08033

**Clm No 129**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

45 of 3330

---

**Neil Roberts**
297 Colonia Blvd.
Colonia, NJ 07067-3025

**Clm No 130**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jose M. Rodriguez**
2412 Dorsey St.
Bronx, NY 10461

**Clm No 131**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John G. Russenberger**
677 Linden Ave.
Ridgefield, NJ 07657-1210

**Clm No 132**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                             46 of 3330

---

**Edward Sabo**                          **Clm No 133**      Filed In Cases: 140
22 Skylark Lane
Lakewood, NJ 08701                       Class            Claim Detail Amount       Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Joseph Santamaria**                    **Clm No 134**      Filed In Cases: 140
68 Calvert Ave. East
Edison, NJ 08820                         Class            Claim Detail Amount       Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Robert J. Sasso**                      **Clm No 135**      Filed In Cases: 140
96-36 Linden Blvd.
Ozone Park, NY 11417                     Class            Claim Detail Amount       Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Norma J. Sawyer**
60 Isabella Drive
Manchester, NJ 08759

**Clm No 136**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Patrick Scannell**
4520 Drosera Ave.
Mays Landing, NJ 08330

**Clm No 137**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Nicholas Schiera**
4 Benjamin Ct.
West Windsor, NJ 08550

**Clm No 138**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

*Claims Details*                                                                                    48 of 3330

---

**Frances M. Moscato**                    **Clm No 139**        Filed In Cases: 140
50 Celestial Way, Apt, 105
Juno Beach, FL 33408                       Class              Claim Detail Amount        Final Allowed Amount

                                          UNS                     $10,000.00
                                                                 $10,000.00

        Date Filed          14-Nov-2016
        Bar Date
        Claim Face Value      $10,000.00

---

**Millie Schmidt**                        **Clm No 140**        Filed In Cases: 140
8 Gloucester
Cape May, NJ 08204                         Class              Claim Detail Amount        Final Allowed Amount

                                          UNS                     $10,000.00
                                                                 $10,000.00

        Date Filed          14-Nov-2016
        Bar Date
        Claim Face Value      $10,000.00

---

**Anne O'Reilly**                         **Clm No 141**        Filed In Cases: 140
26 West Drive
Mahopac, NY 10541                          Class              Claim Detail Amount        Final Allowed Amount

                                          UNS                         $1.00
                                                                     $1.00

        Date Filed          14-Nov-2016
        Bar Date
        Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Teresa Gleason**
11409 Bluffs Ridge
Spotsylvania, VA 22551

**Clm No 142**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Matilda Paleno**
4329 Hylan Blvd.
Staten Island, NY 10312

**Clm No 143**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Marie Parvis**
905 162nd. St. Apt. 9B
Whitestone, NY 11357

**Clm No 144**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/14/2018 3:55:46 PM

*Claims Details*                                                                                50 of 3330

---

**Frank J. Pawlowski**                    **Clm No 145**      Filed In Cases: 140
331 No. Michigan Ave.
North Massapequa, NY 11758                Class           Claim Detail Amount        Final Allowed Amount

                                          UNS                     $1.00
                                                                  $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Darin D. Pinto**                        **Clm No 146**      Filed In Cases: 140
376 South Ave. East
Westfield, NJ 07090                        Class           Claim Detail Amount        Final Allowed Amount

                                          UNS                    $10,000.00
                                                                 $10,000.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value        $10,000.00

---

**Gregory Mascera, Executor**             **Clm No 147**      Filed In Cases: 140
10 S. Prospect St.
Verona, NJ 07044                           Class           Claim Detail Amount        Final Allowed Amount

                                          UNS                    $10,000.00
                                                                 $10,000.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value        $10,000.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**John J. Reddy**
2239 Troy Ave. Apt. 5-B
Brooklyn, NY 11234

**Clm No 148**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Regan**
158 Gothic Cir.
Manorville, NY 11949

**Clm No 149**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert W. Schwenker, Jr.**
737 Albin Ave.
West Babylon, NY 11704

**Clm No 150**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Anna Sciarappa**
2000 6th Ave. Apt. 512
Neptune City, NJ 07753

**Clm No 151**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Frank Bartlett**
7-23 Campbell Road
Fair Lawn, NJ 07410

**Clm No 152**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Claudette D. Barbour**
836 S. Whitehall Circle
Florence, SC 29501

**Clm No 153**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

## Claims Details

**Richard Bale**
1044 Atticus Ave.
Henderson, NV 89015

**Clm No 154**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        14-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Shelley G. Bernstein**
101 Country Club Dr.
Monroe Township, NJ 08831

**Clm No 155**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed        14-Nov-2016
Bar Date
Claim Face Value        $10,000.00

---

**Anthony Bella**
86 Amber St.
Staten Island, NY 10306

**Clm No 156**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        14-Nov-2016
Bar Date
Claim Face Value        $1.00

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

54 of 3330

---

**Lupe Bernicker**
679 East Chancery Ln.
Galloway, NJ 08205

**Clm No 157**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Bigley**
127 W 7th St.
Mt. Vernon, NY 10550

**Clm No 158**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Donna J. Bigi**
216 Butterhill Dr.
New Windsor, NY 12553

**Clm No 159**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                             55 of 3330

---

**Melanie J. Bleiweis**              **Clm No 160**       Filed In Cases: 140
2004 Tall Grass Lane, #204
Canonsburg, PA 15317                 Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                 $1.00
                                                         $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Darryl Bogart**                    **Clm No 161**       Filed In Cases: 140
37 Burnside Avenue
Yardville, NJ 08620                  Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                 $1.00
                                                         $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Laura Burke**                      **Clm No 162**       Filed In Cases: 140
643 Sycamore Ave.
Bohemia, NY 11716                    Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                 $1.00
                                                         $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

### Claims Details

56 of 3330

---

**Ralph S. Frank**
16 Lakewood Drive
Congers, NY 10920

**Clm No 163**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Raymond Kondas**
54 Barton St.
Edison, NJ 08837

**Clm No 164**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John J. Gala**
36 East 14th St.
Bayonne, NJ 07002

**Clm No 165**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

**William Garcia**
38 Mary Ellen Dr.
Edison, NJ 08820

**Clm No 166**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Kathie Altemose**
2422 Single Tree Lane
Jeffersonville, PA 19403

**Clm No 167**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Gale Genthe**
16 A. John Hancock Dr.
Monroe TWP, NJ 08831

**Clm No 168**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

58 of 3330

---

**Henry F. Genthe**
2225 Wilson Rd.
Point Pleasant, NJ 08742

**Clm No 169**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Leo Grabowski**
17 Bayhead Lane
Manahawkin, NJ 08050

**Clm No 170**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Thomas Griffin**
3 Dogwood Rd.
P.O Box 499
Lincolndale, NY 10540

**Clm No 171**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**James Guiliano**
3 Oliver Dr.
Newburgh, NY 12550

**Clm No 172**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Gus Halouvas**
2591 Locust Ave.
N. Bellmore, NY 11710

**Clm No 173**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Loretta B. Harris**
279 A Oradell Drive
Monroe Township, NJ 08831

**Clm No 174**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Elsbeth H. Hoefler**
321 Mill Pond Lane
Oxford, PA 19363

**Clm No 175**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 14-Nov-2016 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**Margaret Hughes**
27 Pershing Ave.
Crawford, NJ 07016

**Clm No 176**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed        | 14-Nov-2016 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $10,000.00  |

---

**Elaine Hudson**
29 Country Club Dr.
Monroe, NJ 08831

**Clm No 177**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed        | 14-Nov-2016 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $10,000.00  |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

61 of 3330

---

**Vincent Iacono**
24 Claremont St.
Toms River, NJ 08757

**Clm No 178**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joseph Jiosne**
113  Francis St.
Keyport, NJ 07735

**Clm No 179**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Marjorie Keating**
275 Pine Ave.
Manasquan, NJ 08736

**Clm No 180**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                          3/14/2018 3:55:46 PM

*Claims Details*                                                              62 of 3330

---

**Aida Moree**                          **Clm No 181**        Filed In Cases: 140
1133 Whitehall Dr.
Slidell, LA 70458                       Class            Claim Detail Amount        Final Allowed Amount

                                        UNS                  $1.00
                                        ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                                                             $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Josephine Barra**                     **Clm No 182**        Filed In Cases: 140
c/o Shepard Law
160 Federal Street                      Class            Claim Detail Amount        Final Allowed Amount
Boston, MA 02110
                                        UNS                  $10,000.00
                                        ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                                                             $10,000.00

Date Filed            18-Nov-2016
Bar Date
Claim Face Value        $10,000.00

---

**Jane Sparks**                         **Clm No 183**        Filed In Cases: 140
c/o Shepard Law
160 Federal Street                      Class            Claim Detail Amount        Final Allowed Amount
Boston, MA 02110
                                        UNS                  $10,000.00
                                        ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                                                             $10,000.00

Date Filed            18-Nov-2016
Bar Date
Claim Face Value        $10,000.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

63 of 3330

---

**HAROLD ADOLINE**
2854 THUNDERBIRD TRAIL
LAMBERTVILLE, MI 48144

**Clm No 184**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**FRANK AFFER**
22500 CALIFORNIA STREET
ST. CLAIR SHORES, MI 48080

**Clm No 185**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROBERT AKINS**
204 MISSOURI AVENUE
LYNN HAVEN, FL 32444

**Clm No 186**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

**NORMAN ALANDT**
20375 GARY LANE
LIVONIA, MI 48152

**Clm No 187**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**GARRY ALCOTT**
930 SUMMIT AVENUE,#101
ST. PAUL, MN 55075

**Clm No 188**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**JOHN ALEXANDER**
10061 DONALD LANE
GRANGER, IN 46530

**Clm No 189**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

65 of 3330

| JAMES ALI | **Clm No 190** | Filed In Cases: 140 | |
|---|---|---|---|
| 24028 PIERCE STREET | Class | Claim Detail Amount | Final Allowed Amount |
| SOUTHFIELD, MI 48075 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 21-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| JERRY ALL | **Clm No 191** | Filed In Cases: 140 | |
|---|---|---|---|
| 2051 CROZIER AVENUE | Class | Claim Detail Amount | Final Allowed Amount |
| MUSKEGON, MI 49441 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 21-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| ANDRE ALLEN | **Clm No 192** | Filed In Cases: 140 | |
|---|---|---|---|
| 10197 SUNRISE DRIVE | Class | Claim Detail Amount | Final Allowed Amount |
| GRAND BLANC, MI 48439 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 21-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                    66 of 3330

---

| **JOHN ALLEN** | **Clm No 193** | Filed In Cases: 140 | |
| 1540 LINCOLN STREET | Class | Claim Detail Amount | Final Allowed Amount |
| LINCOLN PARK, MI 48146 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

| **JOHNELL ALLEN** | **Clm No 194** | Filed In Cases: 140 | |
| 6264 LANCASTER DRIVE | Class | Claim Detail Amount | Final Allowed Amount |
| FLINT, MI 48532 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

| **FEDERICO ALVARADO** | **Clm No 195** | Filed In Cases: 140 | |
| 7339 ROSCOMMON LANE | Class | Claim Detail Amount | Final Allowed Amount |
| DAVISON, MI 48423 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**PATRICIA AMES-MARTIN**
21961 AVON
OAK PARK, MI 48237

**Clm No 196**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CHARLES ANDERSON**
1241 CHAPARRAL DRIVE
THE VILLAGES, FL 32159

**Clm No 197**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GLENN ANDERSON**
11591 COLPART DRIVE
WARREN, MI 48093

**Clm No 198**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

68 of 3330

---

**MELVIN ANDERSON**
640 GENEVA STREET
TOLEDO, OH 43609

**Clm No 199**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**VICTOR ANDERSON**
1213 COBB AVENUE
KALAMAZOO, MI 49007

**Clm No 200**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**JESSE ARMSTRONG**
20041 STANSBURY STREET
DETROIT, MI 48235

**Clm No 201**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              69 of 3330

---

**DARRYL ARSENEAUX**                    **Clm No 202**        Filed In Cases: 140
9711 County Road 132
Celina, TX 75009                        Class            Claim Detail Amount        Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**BILLIE ATES**                         **Clm No 203**        Filed In Cases: 140
25511 S. 605 ROAD
GROVE, OK 74344                         Class            Claim Detail Amount        Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**RICHARD AUSTIN**                      **Clm No 204**        Filed In Cases: 140
149 NORTH ALPINE DRIVE
FOUNTAIN, MI 49410                      Class            Claim Detail Amount        Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/14/2018 3:55:46 PM

*Claims Details*                                                          70 of 3330

---

| **NICHOLAS BABAT** | **Clm No 205** | Filed In Cases: 140 | |
|---|---|---|---|
| 49977 DEER RUN DRIVE | Class | Claim Detail Amount | Final Allowed Amount |
| SHELBY TWP., MI 48315 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 21-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **RICHARD BAILEY** | **Clm No 206** | Filed In Cases: 140 | |
|---|---|---|---|
| 4023 COUNTY ROAD 37 | Class | Claim Detail Amount | Final Allowed Amount |
| NOTASULGA, AL 36866 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 21-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **CURTIS BAKER** | **Clm No 207** | Filed In Cases: 140 | |
|---|---|---|---|
| 3436 McKINLEY STREET | Class | Claim Detail Amount | Final Allowed Amount |
| DEARBORN, MI 48124 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 21-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

71 of 3330

---

**KATHLEEN BAKER**
3436 McKINLEY STREET
DEARBORN, MI 48124

**Clm No 208**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JANICE BALDWIN**
7865 RAMBLEWOOD STREET
YPSILANTI, MI 48197

**Clm No 209**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GILBERT BALDWIN, SR**
7865 RAMBLEWOOD STREET
YPSILANTI, MI 48197

**Clm No 210**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**MICHAEL BALENGER**
1505 DAKOTA AVENUE
GLADSTONE, MI 49837

**Clm No 211**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**KARL BALL**
5120 MAPLE DRIVE
SYLVANIA, OH 43560

**Clm No 212**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM BALLARD**
5612 JEFFERSON ROAD
NORTH BRANCH, MI 48461

**Clm No 213**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

### Claims Details

73 of 3330

---

**DAVID BANKS**
4815 WHIPPLE LAKE ROAD
CLARKSTON, MI 48348

**Clm No 214**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 21-Nov-2016 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**CHRISTINE BARNES**
1911 HOLLIDAY DRIVE SW
WYOMING, MI 48519

**Clm No 215**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 21-Nov-2016 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**ALONZO BARROW**
510 W WEST BRANCH RD
PRUDENVILLE, MI 48651

**Clm No 216**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 21-Nov-2016 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

## *Claims Details*

**EDWARD BARTON**
2677 BRADY ROAD
LUPTON, MI 48635

**Clm No 217**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**JAMES BASAR**
6990 AMES ROAD
PARMA, OH 44129

**Clm No 218**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**ALLEN BASS, SR**
18717 SAN JOSE BLVD
LATHRUP VILLAGE, MI 48076

**Clm No 219**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

75 of 3330

---

**ROBERT BAXTER**
119 W. MILLINGTON ROAD
FOSTORIA, MI 48435

**Clm No 220**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**MITCHEL BEAN**
8927 WHITE EAGLE EAST
SYLVANIA, OH 43560

**Clm No 221**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**DOYLE BEARD**
7558 SEBRING DRIVE
MEMPHIS, TN 38119

**Clm No 222**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

76 of 3330

---

**WILLIAM BEAVERS**
19791 OLD HOMESTEAD
HARPER WOODS, MI 48225

**Clm No 223**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LEROY BEMIS**
257 EDGEWOOD DRIVE
BELLEVILLE, MI 48111

**Clm No 224**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HENRY BENNETT**
42023 WATERFALL ROAD
NORTHVILLE, MI 48168

**Clm No 225**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

### Claims Details

---

**THOMAS BENNETT**
6221 OAKHURST DRIVE
YPSILANTI, MI 48197

**Clm No 226**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EDWARD BENTLEY**
5220 KELLOGG WOOD DRIVE SE, APT 112
KENTWOOD, MI 49548

**Clm No 227**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BELLMON BENTON**
C/O RELEICIA SHIELDS, GUARDIAN
6060 EASTBROOKE
WEST BLOOMFIELD, MI 48322

**Clm No 228**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**       **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

78 of 3330

---

**ROMAN BERGIER**
25720 MIRACLE DRIVE
MADISON HEIGHTS, MI 48071

**Clm No 229**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DELORES BERGMAN**
2245 HOWARD LANE
AKRON, OH 44312

**Clm No 230**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CARRIE BERRYMAN**
1105 GULF COAST BOULEVARD
VENICE, FL 34285

**Clm No 231**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

79 of 3330

---

**RAY BESEMER**
90 PARK AVENUE, APT. 407
MANISTEE, MI 49660

**Clm No 232**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**DONALD BIGELOW**
1206 North Huey Street
South Bend, IN 46628

**Clm No 233**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**ERNIE BLADE**
6722 GERTRUDE DRIVE
PORTAGE, MI 49002

**Clm No 234**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**FREDERICK BLAKESLEE**
116 ABBIE STREET SE
WYOMING, MI 49548

**Clm No 235**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARVIN BLANKENSHIP**
2237 GEORGE STREET
YPSILANTI, MI 48198

**Clm No 236**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANDREW BLOUGH**
10960 TRINKLE ROAD
DEXTER, MI 48130

**Clm No 237**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    81 of 3330

---

**CHARLES BOAL**
4567 N. SAUTER DRIVE EAST
PRESCOTT VALLEY, AZ 86314

**Clm No 238**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FOSTER BOARD**
621 LONGBOW COURT
STONE MOUNTAIN, GA 30087

**Clm No 239**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALBERT BOKOR**
22193 KNOLLWOOD DRIVE
BROWNSTOWN, MI 48134

**Clm No 240**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

82 of 3330

---

**JOANNE BOLDEN**
16300 W. 9 MILE ROAD, APT. 508
SOUTHFIELD, MI 48075

**Clm No 241**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CLARENCE BOLDEN**
15730 WISCONSIN
DETROIT, MI 48238

**Clm No 242**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CAROL BOOKER**
33160 WENDY DRIVE
STERLING HEIGHTS, MI 48310

**Clm No 243**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

---

*Claims Details*                                                                          83 of 3330

---

**JAMES BOSLEY**                     **Clm No 244**      Filed In Cases: 140
5500 42ND AVENUE NORTH,APT. 101
ROBBINSDALE, MN 55422-1756           Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed          21-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**GARY BOWERS**                      **Clm No 245**      Filed In Cases: 140
5005 MARCIEL DRIVE
ELIDA, OH 45807                      Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed          21-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**CLOTEAL BOYD**                     **Clm No 246**      Filed In Cases: 140
3004 RIDGECLIFFE DRIVE
FLINT, MI 48532                      Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed          21-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**LAWRENCE BOYD**
P.O. BOX 35812
DETROIT, MI 48235

**Clm No 247**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CHARLES BOYER**
608 VINCIL STREET
MOBERLY, MO 65270

**Clm No 248**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LYNN BOYNTON**
348 SAM STREET
MIDLAND, MI 48642

**Clm No 249**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |
| Duplicate Claim No | 250 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

---

**LYNN BOYNTON**
348 SAM STREET
MIDLAND, MI 48642

**Clm No 250**        Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

Duplicate Claim No   249

---

**WILSON BRADFORD**
2392 EASLEY LANE
HORNLAKE, MS 38637

**Clm No 251**        Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**WILLIE BRADLEY**
23573 NORTHPORT DR.
CLINTON TWP, MI 48036

**Clm No 252**        Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

---

*Claims Details*

86 of 3330

---

**MELVIN BRANTLEY**
9111 DIXIE
REDFORD, MI 48239

**Clm No 253**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CHARLES BRAY**
5416 FOREST DRIVE
MONROE, MI 48161

**Clm No 254**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DOUGLAS BRAZIER**
37027 ORCHARD CIRCLEAPT 154
WESTLAND, MI 48186

**Clm No 255**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/14/2018 3:55:46 PM

*Claims Details*

---

**ALBERT BRENNAN**
4898 REARING POND TRAIL
GLENNIE, MI 48737

**Clm No 256**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HERBERT BRENNAN**
1203 N. CHILSON STREET
BAY CITY, MI 48706

**Clm No 257**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**LARRY BRENT**
24980 WAYCROSS COURT
SOUTHFIELD, MI 48033

**Clm No 258**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

88 of 3330

---

**BONNIE BRETON**
5150 RIVES JUNCTION
JACKSON, MI 49201

**Clm No 259**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FLOYCE BRIGGS**
26340 BERG RD,APT 402,
SOUTHFIELD, MI 48033

**Clm No 260**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE BROCK**
14147 ASBURY PARK
DETROIT, MI 48227

**Clm No 261**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

89 of 3330

---

**ALAN BROCKWAY**
42 AMBER VIEW CT
COLDWATER, MI 49036

**Clm No 262**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ABRAHAM BROOKS**
1856 MANSFIELD STREET
INDIANAPOLIS, IN 46202

**Clm No 263**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HERMAN BROOKS**
4468 HARSTON AVENUE
COLUMBUS, OH 43207

**Clm No 264**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**SILVER BROOKS**
15700 PROVIDENCE DRIVE, APT. 311
SOUTHFIELD, MI 48075

**Clm No 265**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**EDIE BROOM**
178 BOYD
STANTON, TN 38069

**Clm No 266**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**CHARLES BROWN**
115 JAY TRAIL
FAYETTEVILLE, GA 30215

**Clm No 267**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

---

**DANIEL BROWN**
2200 RIDGE ROAD
HARRISON, MI 48625

**Clm No 268**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LEROY BROWN**
4708 CHALMERS STREET
DETROIT, MI 48215

**Clm No 269**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM BROWN**
18937 WOODSIDE STREET
HARPER WOODS, MI 48225

**Clm No 270**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

92 of 3330

---

| JAMES BROWN | **Clm No 271** | Filed In Cases: 140 | |
|---|---|---|---|
| 10054 TERRY | | | |
| DETROIT, MI 48227 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 21-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| HUBERT BROWNING | **Clm No 272** | Filed In Cases: 140 | |
|---|---|---|---|
| 13800 CALLENDER ST | | | |
| SOUTHGATE, MI 48195 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 21-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| JAMES BRUNDIGE | **Clm No 273** | Filed In Cases: 140 | |
|---|---|---|---|
| 121 BINDON DRIVE | | | |
| NORTH BRANCH, MI 48461 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 21-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*                                                                                        93 of 3330

---

**HARLAN BRYAN**                          **Clm No 274**          Filed In Cases: 140
11056 E. POTTER ROAD
DAVISON, MI 48423                          Class              Claim Detail Amount        Final Allowed Amount

                                          UNS                      $1.00

                                                                   $1.00

Date Filed          21-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**RANDALL BRYAN**                         **Clm No 275**          Filed In Cases: 140
21564 GREGORY
DEARBORN, MI 48124                         Class              Claim Detail Amount        Final Allowed Amount

                                          UNS                      $1.00

                                                                   $1.00

Date Filed          21-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**RONALD BUCK**                           **Clm No 276**          Filed In Cases: 140
26255 DARTMOUTH STREET
INKSTER, MI 48141                          Class              Claim Detail Amount        Final Allowed Amount

                                          UNS                      $1.00

                                                                   $1.00

Date Filed          21-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

94 of 3330

---

**RICK BULLIS**
4259 SCOTT B DRIVE
ST. CLAIR, MI 48079

**Clm No 277**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**GLADYS BUNDY**
16500 NORTH PARK DRIVE,APT. 214
SOUTHFIELD, MI 48075

**Clm No 278**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**CURTIS BURGESS**
5240 ELDORADO DRIVE
BRIDGEPORT, MI 48722

**Clm No 279**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

95 of 3330

---

| **RICHARD BURNETT** | **Clm No 280** | Filed In Cases: 140 | |
| 2219 E. BERGIN AVENUE | Class | Claim Detail Amount | Final Allowed Amount |
| BURTON, MI 48529 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **DOUGLAS BURNS** | **Clm No 281** | Filed In Cases: 140 | |
| 2500 HUFFORD AVENUE NW | Class | Claim Detail Amount | Final Allowed Amount |
| GRAND RAPIDS, MI 49544 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **FRANCIS BURNS** | **Clm No 282** | Filed In Cases: 140 | |
| 901 PALM BLVD. | Class | Claim Detail Amount | Final Allowed Amount |
| DUNEDIN, FL 34698 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

96 of 3330

---

**EARLY BURSEY**
9168 RACHEAL SHEA AVENUE
OLIVE BRANCH, MS 38654

**Clm No 283**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES BUSHONG**
616 S. MAIN STREET
SWANTON, OH 43558

**Clm No 284**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 21-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ANNIE BUTLER**
6842 BUHR STREET
DETROIT, MI 48212

**Clm No 285**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

### Claims Details

**JAMES BUTLER**
P.O. BOX 4811
SPRINGFIELD, IL 62703-4811

**Clm No 286**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**EDDIE BYAS**
800 AMBERWOOD
AUBURN HILLS, MI 48326

**Clm No 287**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**ROBERT CAMERON**
4119 HILLSDALE AVE NE
GRAND RAPIDS, MI 49525

**Clm No 288**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

98 of 3330

---

**NATHANIEL CAMPBELL, SR**
709 E. PHILADELPHIA BLVD.
FLINT, MI 48505

**Clm No 289**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**MICHAEL CANADA**
8370 LAKEVIEW DRIVE
YPSILANTI, MI 48198

**Clm No 290**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**JUAN CANO**
1812 STANTON AVENUE
WHITING, IN 46394

**Clm No 291**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

### Claims Details

---

**JOSEPH CAPORUSCIO**
42228 TESSMER DRIVE
STERLING HEIGHTS, MI 48314

**Clm No 292**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ROBERT CAPUANO**
6903 OLDE EIGHT ROAD
BOSTON HEIGHTS, OH 44264

**Clm No 293**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**HERMAN CARTER**
28582 ROSEWOOD
INKSTER, MI 48141

**Clm No 294**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    100 of 3330

---

**VERNON CARTER**
1038 CUBA STREET
TOLEDO, OH 43615

**Clm No 295**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOSEPH CASTILLO**
120 S. GROVE AVENUE
ALMA, MI 48801

**Clm No 296**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RALPH CASTRONOVA**
2552 FARMDALE
STERLING HEIGHTS, MI 48314

**Clm No 297**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              101 of 3330

---

**GARNIS CAUDILL**                     **Clm No 298**        Filed In Cases: 140
758 LICK FORK
HUEYSVILLE, KY 41640                   Class           Claim Detail Amount       Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**STANLEY CEBULSKI**                   **Clm No 299**        Filed In Cases: 140
113 WHIPPOORWILL LANE
ROCHESTER HILLS, MI 48309              Class           Claim Detail Amount       Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**GLORIA CHAMPAGNE**                   **Clm No 300**        Filed In Cases: 140
5864 WINCHESTER
BELLEVILLE, MI 48111                   Class           Claim Detail Amount       Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                      102 of 3330

---

**JAMES CHAMPION**                     **Clm No 301**          Filed In Cases: 140
165 PALISADES DRIVE,APARTMENT 506,
UNIVERSAL CITY, TX 78148-3516          Class            Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**CARL CICERELLA**                     **Clm No 302**          Filed In Cases: 140
1830 GENESEE STREET
TOLEDO, OH 43605                       Class            Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**DONALD CLARK**                       **Clm No 303**          Filed In Cases: 140
8411 CASSTOWN CLARK ROAD
CASSTOWN, OH 45312                     Class            Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              103 of 3330

---

**JAMES CLEVELAND**                   **Clm No 304**        Filed In Cases: 140
9827 JULIE DRIVE
YPSILANTI, MI 48197                    Class         Claim Detail Amount      Final Allowed Amount

                                      UNS                   $1.00
                                                            $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**DAVID CLOSURDO**                    **Clm No 305**        Filed In Cases: 140
21050 33 MILE ROAD
ARMADA, MI 48005                      Class         Claim Detail Amount      Final Allowed Amount

                                      UNS                   $1.00
                                                            $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**NELSON CLOUD**                      **Clm No 306**        Filed In Cases: 140
15699 PARK VILLAGE BLVD.
TAYLOR, MI 48180                      Class         Claim Detail Amount      Final Allowed Amount

                                      UNS                   $1.00
                                                            $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

*Claims Details*                                                                              104 of 3330

---

**DANIEL CLOUSTON**                    **Clm No 307**      Filed In Cases: 140
4153 IOLA DRIVE
SARASOTA, FL 34231                      Class              Claim Detail Amount      Final Allowed Amount

                                       UNS                        $1.00
                                                                  $1.00


Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**TERRY COBB**                         **Clm No 308**      Filed In Cases: 140
2841 VALLEY SPRING DRIVE SE
CALEDONIA, MI 49316                     Class              Claim Detail Amount      Final Allowed Amount

                                       UNS                        $1.00
                                                                  $1.00


Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**CHARLIE COLEMAN**                    **Clm No 309**      Filed In Cases: 140
213 S. SMITH STREET
EL DORADO, AR 71730                     Class              Claim Detail Amount      Final Allowed Amount

                                       UNS                        $1.00
                                                                  $1.00


Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/14/2018 3:55:46 PM

*Claims Details*                                                          105 of 3330

---

**HENRY COLEMAN**                    **Clm No 310**      Filed In Cases: 140
2893 TALL OAKS COURTAPT. 12
AUBURN HILLS, MI 48326          Class          Claim Detail Amount      Final Allowed Amount

                                UNS                  $1.00

                                                     $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**RICHARD COLEMAN**                  **Clm No 311**      Filed In Cases: 140
25826 BARBARA STREET
ROSEVILLE, MI 48066            Class          Claim Detail Amount      Final Allowed Amount

                                UNS                  $1.00

                                                     $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**ERNEST COLES**                     **Clm No 312**      Filed In Cases: 140
1963 MARY ELLEN DRIVE
TALLAHASSEE, FL 32303         Class          Claim Detail Amount      Final Allowed Amount

                                UNS                  $1.00

                                                     $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              106 of 3330

---

**JAMES COLLINS**                          **Clm No 313**        Filed In Cases: 140
21641 CLOVERLAWN STREET
OAK PARK, MI 48237                          Class          Claim Detail Amount        Final Allowed Amount

                                           UNS                      $1.00
                                                                    $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**TIMOTHY COLYER**                         **Clm No 314**        Filed In Cases: 140
1368 W. 1ST STREET
SCOTTVILLE, MI 49454                        Class          Claim Detail Amount        Final Allowed Amount

                                           UNS                      $1.00
                                                                    $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**CHARLES COMBS**                          **Clm No 315**        Filed In Cases: 140
5422 STILLWAGON ROAD
WEST BRANCH, MI 48661                        Class          Claim Detail Amount        Final Allowed Amount

                                           UNS                      $1.00
                                                                    $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value             $1.00

Duplicate Claim No     316

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              107 of 3330

---

**CHARLES COMBS**                **Clm No 316**      Filed In Cases: 140
5422 STILLWAGON ROAD
WEST BRANCH, MI 48661            Class          Claim Detail Amount      Final Allowed Amount

                                UNS                  $1.00
                                                     $1.00

Date Filed          21-Nov-2016
Bar Date
Claim Face Value          $1.00

Duplicate Claim No   315

---

**DEAN COMBS**                   **Clm No 317**      Filed In Cases: 140
590 HARRISON RD
PERRYSBURG, OH 43551            Class          Claim Detail Amount      Final Allowed Amount

                                UNS                  $1.00
                                                     $1.00

Date Filed          21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**DOLAN CONNELLY**               **Clm No 318**      Filed In Cases: 140
420 S. WEBSTER STREET,APT. 213
HOMER, MI 49255                 Class          Claim Detail Amount      Final Allowed Amount

                                UNS                  $1.00
                                                     $1.00

Date Filed          21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                              3/14/2018 3:55:46 PM

*Claims Details*                                                                                    108 of 3330

---

**DOUGLAS CONRAD**                          **Clm No 319**      Filed In Cases: 140
16475 DUSKLIGHT DRIVE
FENTON, MI 48430                             Class             Claim Detail Amount        Final Allowed Amount

                                            UNS                    $1.00
                                                                   $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**JOSEPH COOK**                             **Clm No 320**      Filed In Cases: 140
1711 WATERMILL
PERRYSBURG, OH 43551                         Class             Claim Detail Amount        Final Allowed Amount

                                            UNS                    $1.00
                                                                   $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**RICHARD COOKENMASTER**                    **Clm No 321**      Filed In Cases: 140
120 KIMBER DRIVE
NEW LENOX, IL 60451                          Class             Claim Detail Amount        Final Allowed Amount

                                            UNS                    $1.00
                                                                   $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**        Visit us on the Web at www.omnimgt.com       PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             E-mail: claimsmanager@omnimgt.com           FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              109 of 3330

---

**EDWARD COOPER**                    **Clm No 322**       Filed In Cases: 140
14545 CLOVERLAWN STREET
DETROIT, MI 48238                     Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**JOHNNIE COOPER**                   **Clm No 323**       Filed In Cases: 140
7463 KIRKRIDGE PARK DRIVE
BELLEVILLE, MI 48111                 Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**WILLIAM COPLEY**                   **Clm No 324**       Filed In Cases: 140
7801 E. CEDAR LAKE DRIVE
GREENBUSH, MI 48738                  Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/14/2018 3:55:46 PM

*Claims Details*                                                          110 of 3330

---

**LESTER CORLEW**                    **Clm No 325**      Filed In Cases: 140
5541 W. MUMA ROAD
GLADWIN, MI 48624                    Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                 $1.00
                                                         $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value             $1.00

Duplicate Claim No    326

---

**LESTER CORLEW**                    **Clm No 326**      Filed In Cases: 140
5541 W. MUMA ROAD
GLADWIN, MI 48624                    Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                 $1.00
                                                         $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value             $1.00

Duplicate Claim No    325

---

**PAULETTA CORMIER**                 **Clm No 327**      Filed In Cases: 140
4666 S. GREGORY STREET
SAGINAW, MI 48601                    Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                 $1.00
                                                         $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    111 of 3330

---

**WALTER CORNMAN**
685 W. HEATH ROAD
ROSE CITY, MI 48654

**Clm No 328**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WARREN CORNOCK**
3688 OLD CREEK ROAD
ROCHESTER HILLS, MI 48307

**Clm No 329**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHNNIE COSBY**
33254 GROTH
STERLING HEIGHTS, MI 48312

**Clm No 330**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                             112 of 3330

---

**COY COVIN**                        **Clm No 331**    Filed In Cases: 140
2875 Old Greenville Rd.
Evergreen, AL 36401              Class           Claim Detail Amount        Final Allowed Amount

                                UNS                    $1.00
                                                       $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**MICHAEL CRAIG**                    **Clm No 332**    Filed In Cases: 140
18700 KEYSTONE STREET
DETROIT, MI 48234               Class           Claim Detail Amount        Final Allowed Amount

                                UNS                    $1.00
                                                       $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**STANLEY CRAIG**                    **Clm No 333**    Filed In Cases: 140
P.O. BOX 12
FALMOUTH, MI 49632-0012         Class           Claim Detail Amount        Final Allowed Amount

                                UNS                    $1.00
                                                       $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              113 of 3330

---

**EDWARD CRAWFORD**                    **Clm No 334**        Filed In Cases: 140
P.O. BOX 362
CLAY CITY, KY 40312                     Class          Claim Detail Amount        Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**GEORGE CRENSHAW**                    **Clm No 335**        Filed In Cases: 140
12115 SANTA ROSA DRIVE
DETROIT, MI 48204                       Class          Claim Detail Amount        Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**EUGENE CRESS**                       **Clm No 336**        Filed In Cases: 140
18650 WEST CLEON STREET
COPEMISH, MI 49625                      Class          Claim Detail Amount        Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/14/2018 3:55:46 PM

*Claims Details*

114 of 3330

---

**MICHAEL CRIBBINS**
11705 S. BLOCK ROAD
BIRCH RUN, MI 48415

**Clm No 337**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES CRISTOBAL**
P.O. BOX 2885
BELLEVIEW, FL 34421

**Clm No 338**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**THOMAS CROOKS**
91 SOUTH 4TH STREET
KALAMAZOO, MI 49009

**Clm No 339**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                          115 of 3330

---

**GEORGE CUBBERLY**                    **Clm No 340**    Filed In Cases: 140
1717 ELDON AVENUE
HOWELL, MI 48843                        Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                  $1.00
                                                            $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**ELMER CURRY**                        **Clm No 341**    Filed In Cases: 140
3925 SUMMERCREST WAY,APT. 1021
KNOXVILLE, TN 37918                     Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                  $1.00
                                                            $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**EDWARD CURTIS**                      **Clm No 342**    Filed In Cases: 140
4000 WILDON COURT
BUCHANAN, MI 49107                     Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                  $1.00
                                                            $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                           3/14/2018 3:55:46 PM

*Claims Details*                                                                                     116 of 3330

---

**HERMAN CUTSHAW**               **Clm No 343**          Filed In Cases: 140
11064 TERRY STREET
PLYMOUTH, MI 48170              Class              Claim Detail Amount          Final Allowed Amount

                               UNS                    $1.00
                                                      $1.00

Date Filed          21-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**GEORGE CYRUL**                 **Clm No 344**          Filed In Cases: 140
679 MORNINGSIDE
GRAND BLANC, MI 48439-2313     Class              Claim Detail Amount          Final Allowed Amount

                               UNS                    $1.00
                                                      $1.00

Date Filed          21-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**LEO CZUBKO**                   **Clm No 345**          Filed In Cases: 140
2631 NOON ROAD
JACKSON, MI 49201              Class              Claim Detail Amount          Final Allowed Amount

                               UNS                    $1.00
                                                      $1.00

Date Filed          21-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

*Claims Details*                                                                                      117 of 3330

---

**GREGORY DAISE**                    **Clm No 346**          Filed In Cases: 140
18481 FAIRPORT
DETROIT, MI 48205                    Class            Claim Detail Amount        Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**RICK DANGERFIELD**                 **Clm No 347**          Filed In Cases: 140
1789 MT. ZION ROAD
ASHLAND CITY, TN 37015               Class            Claim Detail Amount        Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**LEON DAVENPORT**                   **Clm No 348**          Filed In Cases: 140
16790 WOODINGHAM DRIVE
DETROIT, MI 48221                    Class            Claim Detail Amount        Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                      3/14/2018 3:55:46 PM

*Claims Details*                                                                                118 of 3330

---

**KENNETH DAVIS**                          **Clm No 349**        Filed In Cases: 140
508 LESLIE DRIVE
FRANKENMUTH, MI 48734                      Class            Claim Detail Amount        Final Allowed Amount

                                           UNS                    $1.00
                                                                  $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**L A DAVIS**                              **Clm No 350**        Filed In Cases: 140
2559 COUNTY ROAD 10
TUSKEGEE, AL 36083                         Class            Claim Detail Amount        Final Allowed Amount

                                           UNS                    $1.00
                                                                  $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**NEIL DAVIS**                             **Clm No 351**        Filed In Cases: 140
403 N. ELM STREET
THREE OAKS, MI 49128                       Class            Claim Detail Amount        Final Allowed Amount

                                           UNS                    $1.00
                                                                  $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                      3/14/2018 3:55:46 PM

*Claims Details*                                                                                  119 of 3330

---

**CHESTER DAVIS**
1716 WILLOW CREEK DRIVE
LANSING, MI 48917

**Clm No 352**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 21-Nov-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**KENNETH DAVIS**
2972 WHISPERING PINES
BEAVERCREEK, OH 45431-8606

**Clm No 353**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 21-Nov-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**CRAIG DEAN**
1917 PROSPERITY DR
PORTAGE, MI 49002

**Clm No 354**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 21-Nov-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                              120 of 3330

---

**ALBERT DEAVENS**                    **Clm No 355**      Filed In Cases: 140
11426 MONTROSE STREET
DETROIT, MI 48227                      Class              Claim Detail Amount      Final Allowed Amount

                                      UNS                      $1.00

                                                               $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**FRANK DEBUSK**                      **Clm No 356**      Filed In Cases: 140
5983 LAUR ROAD
NORTH BRANCH, MI 48461                Class              Claim Detail Amount      Final Allowed Amount

                                      UNS                      $1.00

                                                               $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**STEVEN DeKUBBER**                   **Clm No 357**      Filed In Cases: 140
5251 WAYNE AVENUE
KALAMAZOO, MI 49004                   Class              Claim Detail Amount      Final Allowed Amount

                                      UNS                      $1.00

                                                               $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                           3/14/2018 3:55:46 PM

*Claims Details*                                                                     121 of 3330

---

**RICHARD DELL**                              **Clm No 358**         Filed In Cases: 140
29124 MICHIGAN STREET
ROSEVILLE, MI 48066                            Class            Claim Detail Amount        Final Allowed Amount

                                              UNS                    $1.00
                                                                     $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**BOBBY DENNIS**                              **Clm No 359**         Filed In Cases: 140
10065 EAST LEGEND TRAIL
GOLD CANYON, AZ 85118                          Class            Claim Detail Amount        Final Allowed Amount

                                              UNS                    $1.00
                                                                     $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**JUNE DENNO**                                **Clm No 360**         Filed In Cases: 140
1931 FAIRFIELD
SAGINAW, MI 48602                              Class            Claim Detail Amount        Final Allowed Amount

                                              UNS                    $1.00
                                                                     $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                             122 of 3330

---

**CLEMENT DETLOFF**                    [Clm No 361](#)        Filed In Cases: 140
7102 BUCKTHORN DRIVE
W. BLOOMFIELD, MI 48324

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**JAMES DETTLING**                     [Clm No 362](#)        Filed In Cases: 140
2530 WATTS MILL RD
LINEVILLE, AL 36266

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**WESLEY DeWITT**                      [Clm No 363](#)        Filed In Cases: 140
24252 DEER CREEK Dr.
FLAT ROCK, MI 48134-1782

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             E-mail: claimsmanager@omnimgt.com             FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              123 of 3330

---

**LEROY DINKINS**                    **Clm No 364**      Filed In Cases: 140
2445 WESTWOOD NORTHERN BLVD., APT. 6
CINCINNATI, OH 45211

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              21-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**DENNIS DIPZINSKI**                 **Clm No 365**      Filed In Cases: 140
8400 CAINE ROAD
MILLINGTON, MI 48746

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              21-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**JOHNNY DOBBINS**                   **Clm No 366**      Filed In Cases: 140
12070 PREST STREET
DETROIT, MI 48227

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              21-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                124 of 3330

---

**JOHN DODGE**                          **Clm No 367**      Filed In Cases: 140
15800 LAKESIDE VILLAGE DR, APT 105
CLINTON TWP, MI 48038                    Class          Claim Detail Amount        Final Allowed Amount

                                        UNS                  $1.00
                                                             $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**PAUL DOGGETT**                        **Clm No 368**      Filed In Cases: 140
16576 MARLOW STREET
DETROIT, MI 48235                       Class          Claim Detail Amount        Final Allowed Amount

                                        UNS                  $1.00
                                                             $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**DONALD DOWLING**                      **Clm No 369**      Filed In Cases: 140
5862 BAYBERRY FARMS DRIVE, S.W. APT. 3
WYOMING, MI 49418                       Class          Claim Detail Amount        Final Allowed Amount

                                        UNS                  $1.00
                                                             $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                        125 of 3330

---

**PATRICK DUIGNAN**                    **Clm No 370**        Filed In Cases: 140
1025 ANTHONY DRIVE
MUSKEGON, MI 49441                      Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                $10,000.00

                                                          $10,000.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value      $10,000.00

---

**MELVIN EDENS**                       **Clm No 371**        Filed In Cases: 140
2655 PIEDMONT AVENUE
HUNTINGTON, WV 25702                    Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                $1.00

                                                          $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value      $1.00

---

**FELIX EDWARDS**                      **Clm No 372**        Filed In Cases: 140
850 VILLAGE GREEN LANE,APT. 1096
WATERFORD, MI 48328                     Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                $1.00

                                                          $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                            126 of 3330

---

**WILLIAM ELBODE**                    <u>**Clm No 373**</u>        Filed In Cases: 140
34823 HEATHMORE DRIVE
CLINTON TOWNSHIP, MI 48035            Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                 $1.00
                                                         $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**DAYTON ELLIS**                      <u>**Clm No 374**</u>        Filed In Cases: 140
4761 ELM RUN
FARWELL, MI 48622                    Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                 $1.00
                                                         $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**PERRY ELLIS**                       <u>**Clm No 375**</u>        Filed In Cases: 140
210 ASHLEY STREET,APT. 6
MCGEHEE, AR 71654                    Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                 $1.00
                                                         $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                      3/14/2018 3:55:46 PM

*Claims Details*                                                                127 of 3330

---

**LESTER ELMORE**                          **Clm No 376**      Filed In Cases: 140
31475 BOCK STREET
GARDEN CITY, MI 48135-1438                 Class          Claim Detail Amount      Final Allowed Amount

                                           UNS                 $1.00
                                                               $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**MARY ENTZI**                             **Clm No 377**      Filed In Cases: 140
5404 McCLINTOCKSBURG ROAD
NEWTON FALLS, OH 44444-9207                Class          Claim Detail Amount      Final Allowed Amount

                                           UNS                 $10,000.00
                                                               $10,000.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value        $10,000.00

---

**JOHN ESHUIS**                            **Clm No 378**      Filed In Cases: 140
1321 PANAMA STREET
PORTAGE, MI 49002                          Class          Claim Detail Amount      Final Allowed Amount

                                           UNS                 $10,000.00
                                                               $10,000.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value        $10,000.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              128 of 3330

---

**MITCHELL FACEN**                  **Clm No 379**     Filed In Cases: 140
102 JOHN AVENUE
ATTALLA, AL 35954                   Class              Claim Detail Amount    Final Allowed Amount

                                    UNS                $1.00

                                                       $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**STEVEN FANTROY**                  **Clm No 380**     Filed In Cases: 140
33330 S. MANOR DRIVE,APT. 104
FARMINGTON, MI 48336                Class              Claim Detail Amount    Final Allowed Amount

                                    UNS                $1.00

                                                       $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**RICHARD FAUSTMANN**               **Clm No 381**     Filed In Cases: 140
76648 11TH AVENUE
SOUTH HAVEN, MI 49090               Class              Claim Detail Amount    Final Allowed Amount

                                    UNS                $1.00

                                                       $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                129 of 3330

---

**AVIS FAZER**                          **Clm No 382**      Filed In Cases: 140
218 LAKE SHORE DRIVE
ESCANABA, MI 49829                      Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                    $10,000.00
                                        ─ ─ ─ ─ ─ ─   ══════════════════   ─ ─ ─ ─ ─ ─ ─ ─ ─
                                                               $10,000.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value      $10,000.00

---

**ROBERT FEDERSPIEL**                   **Clm No 383**      Filed In Cases: 140
1749 BURNHAM STREET
SAGINAW, MI 48602                       Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                        $1.00
                                        ─ ─ ─ ─ ─ ─   ══════════════════   ─ ─ ─ ─ ─ ─ ─ ─ ─
                                                                   $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**GEORGE FEMAT**                        **Clm No 384**      Filed In Cases: 140
30644 BARTON STREET
GARDEN CITY, MI 48135                   Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                        $1.00
                                        ─ ─ ─ ─ ─ ─   ══════════════════   ─ ─ ─ ─ ─ ─ ─ ─ ─
                                                                   $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                      130 of 3330

---

**EDWARD FERENCZI**                    **Clm No 385**      Filed In Cases: 140
36040 AVONDALE ST.
WESTLAND, MI 48186                      Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                  $1.00
                                                            $1.00

Date Filed             21-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**FRANK FERRETTI**                     **Clm No 386**      Filed In Cases: 140
22600 Chapoton Street
St. Clair Shores, MI 48080             Class          Claim Detail Amount      Final Allowed Amount

                                       UNS               $10,000.00
                                                         $10,000.00

Date Filed             21-Nov-2016
Bar Date
Claim Face Value       $10,000.00

---

**ULYSESS FIELDS**                     **Clm No 387**      Filed In Cases: 140
5500 MCCLELLAN STREET,APT. 124
DETROIT, MI 48213                      Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                  $1.00
                                                            $1.00

Date Filed             21-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              131 of 3330

---

**GARY FILKINS**                    **Clm No 388**      Filed In Cases: 140
1323 CALGARY STREET NE
GRAND RAPIDS, MI 49505              Class           Claim Detail Amount      Final Allowed Amount

                                   UNS                  $1.00
                                                        $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**MELVIN FINCH**                    **Clm No 389**      Filed In Cases: 140
22629 AVON LANE
SOUTHFIELD, MI 48075               Class           Claim Detail Amount      Final Allowed Amount

                                   UNS                  $1.00
                                                        $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**WILLIE FLEMINGS**                 **Clm No 390**      Filed In Cases: 140
3335 DUNN DRIVE SW,APT 97
HUNTSVILLE, AL 35805               Class           Claim Detail Amount      Final Allowed Amount

                                   UNS                  $1.00
                                                        $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    132 of 3330

---

**JOSEPH FLOWERS**
35121 BRITTANY PARK ST
HARRISON TOWNSHIP, MI 48045

**Clm No 391**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROBERT FOGELSONG**
173 BAILEY DRIVE
ADRIAN, MI 49221

**Clm No 392**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROBERT FOLTZ**
13573 HELEN STREET
PAULDING, OH 45879

**Clm No 393**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**          3/14/2018 3:55:46 PM

*Claims Details*                                                  133 of 3330

---

**PATRICIA FOSTER**                    **Clm No 394**     Filed In Cases: 140
2300 CLEMENTS STREET
DETROIT, MI 48238                      Class          Claim Detail Amount        Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**ALBERTA FRANKLIN**                   **Clm No 395**     Filed In Cases: 140
608 DITMAR AVENUE
PONTIAC, MI 48341                      Class          Claim Detail Amount        Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**LEO FRANZ**                          **Clm No 396**     Filed In Cases: 140
37 EVERGEEN DRIVE
KINCHELOE, MI 49788                    Class          Claim Detail Amount        Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              134 of 3330

---

**HUBEL FREEMAN**                    **Clm No 397**      Filed In Cases: 140
7339 HIDEAWAY DRIVE
YPSILANTI, MI 48197                   Class            Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**JAY FRISBIE**                      **Clm No 398**      Filed In Cases: 140
11161 HOFFMAN STREET
MARCELLUS, MI 49067                  Class            Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**LOREN FROST**                      **Clm No 399**      Filed In Cases: 140
2036 S. GENESEE ROAD
BURTON, MI 48519                     Class            Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*     3/14/2018 3:55:46 PM

## Claims Details

135 of 3330

---

**WILLIAM FULTZ**
5472 KY 719
SANDY HOOK, KY 41171

**Clm No 400**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**THOMAS GALLANT**
1718 BRO-MOR STREET
SAGINAW, MI 48602

**Clm No 401**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**SHERRA GARDNER**
25800 VILLAGE GREEN BOULEVARD - APT. 206
HARRISON TOWNSHIP, MI 48045

**Clm No 402**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              136 of 3330

---

**DAVID GARY**                    **Clm No 403**        Filed In Cases: 140
5015 CHRISTIANSEN RD
LANSING, MI 48911                  Class            Claim Detail Amount      Final Allowed Amount

                                  UNS                    $1.00
                                                         $1.00

Date Filed           21-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**EARNEST GATHING**               **Clm No 404**        Filed In Cases: 140
829 N. PARK STREET
KALAMAZOO, MI 49007               Class            Claim Detail Amount      Final Allowed Amount

                                  UNS                    $1.00
                                                         $1.00

Date Filed           21-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**ALVIN GAUTHIER**                **Clm No 405**        Filed In Cases: 140
3588 LAURIA ROAD
BAY CITY, MI 48706                Class            Claim Detail Amount      Final Allowed Amount

                                  UNS                    $1.00
                                                         $1.00

Date Filed           21-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                137 of 3330

---

**BONNIE GEPFERT**
3120 COURTLAND BLVD.
SHAKER HEIGHTS, OH 44122

| Clm No 406 | Filed In Cases: 140 | |
|---|---|---|
| Class | Claim Detail Amount | Final Allowed Amount |
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 21-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**LAVERNE GEROW**
4296 ARNOLD ROAD
SNOVER, MI 48472

| Clm No 407 | Filed In Cases: 140 | |
|---|---|---|
| Class | Claim Detail Amount | Final Allowed Amount |
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DONALD GIBSON**
14906 24 MILE ROAD
ALBION, MI 49224

| Clm No 408 | Filed In Cases: 140 | |
|---|---|---|
| Class | Claim Detail Amount | Final Allowed Amount |
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*     3/14/2018 3:55:46 PM

*Claims Details*                                                                 138 of 3330

---

**JAMES GIBSON**                    **Clm No 409**        Filed In Cases: 140
3152 RACETRACK ROAD
DIBERVILLE, MS 39540                 Class              Claim Detail Amount        Final Allowed Amount

                                     UNS                      $1.00
                                                             $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**RAPH GIBSON**                      **Clm No 410**        Filed In Cases: 140
2704 WINDY HILLS AVENUE
N. LAS VEGAS, NV 89031               Class              Claim Detail Amount        Final Allowed Amount

                                     UNS                      $1.00
                                                             $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**RONALD GILLENTINE**                **Clm No 411**        Filed In Cases: 140
789 GATES AVENUE
YPSILANTI, MI 48198                  Class              Claim Detail Amount        Final Allowed Amount

                                     UNS                      $1.00
                                                             $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                    139 of 3330

---

**JAMES GILLESPIE**
1640 VERNON STREET, APT. 90M
TRENTON, MI 48183

**Clm No 412**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed       | 21-Nov-2016 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $1.00       |

---

**GERALD GILLHESPY**
619 HOGAN
GRAND RAPIDS, MI 49507

**Clm No 413**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed       | 21-Nov-2016 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $1.00       |

---

**JIM GIVENS**
11313 ITASCA AVENUE
CLEVELAND, OH 44106

**Clm No 414**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed       | 21-Nov-2016 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $1.00       |

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              140 of 3330

---

**JAMES GLENN**                    **Clm No 415**        Filed In Cases: 140
4363 BEDFORD
DETROIT, MI 48224                  Class           Claim Detail Amount        Final Allowed Amount

                                   UNS                  $1.00
                                                        $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**MICHAEL GLOVER**                 **Clm No 416**        Filed In Cases: 140
107 W. HAYES AVE.
HAZEL PARK, MI 48030               Class           Claim Detail Amount        Final Allowed Amount

                                   UNS                  $1.00
                                                        $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**JOHN GOLLA**                     **Clm No 417**        Filed In Cases: 140
21206 ALEXANDER
ST. CLAIR SHORES, MI 48081         Class           Claim Detail Amount        Final Allowed Amount

                                   UNS                  $1.00
                                                        $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                           141 of 3330

---

**CURTIS GOODMAN**                    **Clm No 418**        Filed In Cases: 140
4375 E. COURT ST.
BURTON, MI 48509                       Class         Claim Detail Amount        Final Allowed Amount

                                       UNS                  $1.00
                                                            $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**RONALD GRABOWSKI**                  **Clm No 419**        Filed In Cases: 140
5231 BLUE LAKE DRIVE
GLADWIN, MI 48624                      Class         Claim Detail Amount        Final Allowed Amount

                                       UNS                  $1.00
                                                            $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**WILLIE GRAHAM**                     **Clm No 420**        Filed In Cases: 140
3017 BUENA VISTA,APT 205
DETROIT, MI 48238                      Class         Claim Detail Amount        Final Allowed Amount

                                       UNS                  $1.00
                                                            $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***                                   3/14/2018 3:55:46 PM

*Claims Details*                                                                                 142 of 3330

---

**ROY GRAVES**
15850 CHERRYLAWN STREET
DETROIT, MI 48238

**Clm No 421**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANDREW GRAY**
12328 ROSEMARY
DETROIT, MI 48213

**Clm No 422**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES GRAY**
14778 POPLAR STREET
SOUTHGATE, MI 48195

**Clm No 423**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    143 of 3330

---

**ROBERT GRAY**
45508 UTICA GREEN WEST,APT. 17
UTICA, MI 48317

**Clm No 424**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed       | 21-Nov-2016 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $1.00       |

---

**DAVID GREEN**
11570 BEHLKE RD
FIFE LAKE, MI 49633

**Clm No 425**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed       | 21-Nov-2016 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $1.00       |

---

**JAMES GREEN**
27324 PARKVIEW BLVD,APT 6309
WARREN, MI 48092

**Clm No 426**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed       | 21-Nov-2016 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $1.00       |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                          144 of 3330

---

**RAYMOND GREENWOOD**                    **Clm No 427**        Filed In Cases: 140
1645 THALIA AVENUE
YOUNGSTOWN, OH 44514                      Class            Claim Detail Amount        Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**JAMES GREGORY**                        **Clm No 428**        Filed In Cases: 140
794 NE 521ST STREET
OLD TOWN, FL 32680                        Class            Claim Detail Amount        Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**LOUIS GREZ**                           **Clm No 429**        Filed In Cases: 140
27444 OAKCREST DRIVE
BROWNSTOWN, MI 48183                      Class            Claim Detail Amount        Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                    145 of 3330

---

**CLIFFORD GRITZINGER**          **Clm No 430**      Filed In Cases: 140
210 SEQUOIA DRIVE
DAVISON, MI 48423                 Class               Claim Detail Amount        Final Allowed Amount

                                 UNS                 $1.00
                                                     $1.00

Date Filed           21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**LAVAUGHN GROCE**               **Clm No 431**      Filed In Cases: 140
1811 MOORE AVENUE, APARTMENT C
ANNISTON, AL 36201               Class               Claim Detail Amount        Final Allowed Amount

                                 UNS                 $1.00
                                                     $1.00

Date Filed           21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**FRANK, JR. GRUENAWALD**        **Clm No 432**      Filed In Cases: 140
26530 HIDDEN COVE LANE
HARRISON TOWNSHIP, MI 48045      Class               Claim Detail Amount        Final Allowed Amount

                                 UNS                 $1.00
                                                     $1.00

Date Filed           21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    146 of 3330

---

**RUBY GUNN**
3970 W. OUTER DRIVE
DETROIT, MI 48221

**Clm No 433**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MAXINE HADLEY**
45930 ALTMAN COURT
LEXINGTON PARK, MD 20653

**Clm No 434**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CLEON HAIMBAUGH**
2465 MATHESON AVE.
SPRING HILL, FL 34608

**Clm No 435**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                              3/14/2018 3:55:46 PM

*Claims Details*                                                                                      147 of 3330

---

**TOMMIE HAIRSTON**                          **Clm No 436**        Filed In Cases: 140
720 W. McCLELLAN STREET
FLINT, MI 48504                              Class            Claim Detail Amount        Final Allowed Amount

                                            UNS                     $1.00
                                                                    $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**LEONARD HALE**                             **Clm No 437**        Filed In Cases: 140
P.O. BOX 1268,214 S. MECHANIC STREET
JACKSON, MI 49204                            Class            Claim Detail Amount        Final Allowed Amount

                                            UNS                     $1.00
                                                                    $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**BRUCE HALL**                               **Clm No 438**        Filed In Cases: 140
11124 JEWETT AVENUE
WARREN, MI 48089                             Class            Claim Detail Amount        Final Allowed Amount

                                            UNS                     $1.00
                                                                    $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                           148 of 3330

---

**DOUGLAS HALL**                    **Clm No 439**      Filed In Cases: 140
1650 OAKWOOD ROAD
ORTONVILLE, MI 48462                 Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                 $1.00

                                                         $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**DOUGLAS HALL**                    **Clm No 440**      Filed In Cases: 140
1790 S. ORTONVILLE ROAD
ORTONVILLE, MI 48462                 Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                 $1.00

                                                         $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**EDSON HALL**                      **Clm No 441**      Filed In Cases: 140
1885 N. BALDWIN
OXFORD, MI 48371                     Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                 $1.00

                                                         $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    149 of 3330

---

**NORMAN HAMELINK**
21860 MAIN DRIVE
PIERSON, MI 49339

**Clm No 442**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GUINEVERE HAMILTON**
19344 MONICA STREET
DETROIT, MI 48221

**Clm No 443**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES HAMMOND**
18405 FITZPATRICK STREET,APT. 207
DETROIT, MI 48228

**Clm No 444**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                          150 of 3330

**OTIS HARPER**                           **Clm No 445**      Filed In Cases: 140
245 NORTH ROSE STREET
KALAMAZOO, MI 49007

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed            21-Nov-2016
Bar Date
Claim Face Value      $10,000.00


**ARTHUR HARRINGTON**                     **Clm No 446**      Filed In Cases: 140
8445 N. ROLLIN HIGHWAY
ADDISON, MI 49220

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            21-Nov-2016
Bar Date
Claim Face Value      $1.00


**JAMES HARRINGTON**                      **Clm No 447**      Filed In Cases: 140
9325 DIXIE HIGHWAY
BIRCH RUN, MI 48415

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            21-Nov-2016
Bar Date
Claim Face Value      $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              151 of 3330

---

**RAYMOND HARRINGTON**                    **Clm No 448**        Filed In Cases: 140
415 BURNS DRIVE, APT. 304 SOUTH
DETROIT, MI 48214                         Class          Claim Detail Amount        Final Allowed Amount

                                         UNS                  $1.00
                                                              $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**GEORGE, JR. HARRIS**                    **Clm No 449**        Filed In Cases: 140
20014 ROCKY TRACE LN
CYPRESS, TX 77433                         Class          Claim Detail Amount        Final Allowed Amount

                                         UNS                  $1.00
                                                              $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**RONALD HARRIS**                         **Clm No 450**        Filed In Cases: 140
1909 THUNDERBIRD BOULEVARD
EDMOND, OK 73013                          Class          Claim Detail Amount        Final Allowed Amount

                                         UNS                  $1.00
                                                              $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value            $1.00

Duplicate Claim No    451

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                          152 of 3330

---

**RONALD HARRIS**
1909 THUNDERBIRD BOULEVARD
EDMOND, OK 73013

**Clm No 451**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed            21-Nov-2016
Bar Date
Claim Face Value            $1.00

Duplicate Claim No    450

---

**WARREN HARRIS**
140 E. PHILADELPHIA BLVD.
FLINT, MI 48505

**Clm No 452**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed            21-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**PAUL HART**
2069 GLEN ARBOR DRIVE
TOLEDO, OH 43614

**Clm No 453**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

Date Filed            21-Nov-2016
Bar Date
Claim Face Value            $10,000.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

153 of 3330

---

**STEPHEN HARTMAN**
8266 PAINTER SCHOOL ROAD
BERRIEN CENTER, MI 49102

**Clm No 454**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARSHALL HARTSELL**
1395  OAK HILL DRIVE
ALGER, MI 48610

**Clm No 455**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARTHUR HARVEY**
3325 W. WARREN STREET
DETROIT, MI 48208

**Clm No 456**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/14/2018 3:55:46 PM

*Claims Details*                                                                154 of 3330

| JOHN HARWOOD | **Clm No 457** | Filed In Cases: 140 | |
|---|---|---|---|
| 173 FOURTH STREET | Class | Claim Detail Amount | Final Allowed Amount |
| VERMONTVILLE, MI 49096 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 21-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| LOUIS HATTEMER | **Clm No 458** | Filed In Cases: 140 | |
|---|---|---|---|
| 14495 YALE STREET | Class | Claim Detail Amount | Final Allowed Amount |
| LIVONIA, MI 48154 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 21-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| LAWRENCE HAWKINS | **Clm No 459** | Filed In Cases: 140 | |
|---|---|---|---|
| 195 SOUTH AURELIUS ROAD | Class | Claim Detail Amount | Final Allowed Amount |
| MASON, MI 48854 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 21-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              155 of 3330

---

**CHARLES HAY**                    **Clm No 460**      Filed In Cases: 140
914 W. TAYLOR STREET
EL DORADO, AR 71730                Class          Claim Detail Amount      Final Allowed Amount

                                  UNS                  $1.00
                                                       $1.00

Date Filed          21-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**R S HEAD**                       **Clm No 461**      Filed In Cases: 140
7025 LOWER MIAMISBURG ROAD
MIAMISBURG, OH 45342               Class          Claim Detail Amount      Final Allowed Amount

                                  UNS                  $1.00
                                                       $1.00

Date Filed          21-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**DAVID HEDGE**                    **Clm No 462**      Filed In Cases: 140
508 SUGAR LANE
CLEVER, MO 65631                   Class          Claim Detail Amount      Final Allowed Amount

                                  UNS                  $1.00
                                                       $1.00

Date Filed          21-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

156 of 3330

---

| **WILLA MAE HEIGHT** | **Clm No 463** | Filed In Cases: 140 | |
|---|---|---|---|
| P.O. BOX 783, | Class | Claim Detail Amount | Final Allowed Amount |
| ASHFORD, AL 36132 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 21-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **DONALD HEINZ** | **Clm No 464** | Filed In Cases: 140 | |
|---|---|---|---|
| 8464 WAXWING STREET | Class | Claim Detail Amount | Final Allowed Amount |
| FREELAND, MI 48623 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 21-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **RALPH HEINZERLING** | **Clm No 465** | Filed In Cases: 140 | |
|---|---|---|---|
| 2056 SPAULDING ROAD | Class | Claim Detail Amount | Final Allowed Amount |
| MONROE, MI 48162 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 21-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                 157 of 3330

---

**ROY HELLA**
1002 SUNSET DRIVE
TECUMSEH, MI 49286

**Clm No 466**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GERALD HENRY**
14154 HOBART AVENUE
WARREN, MI 48089

**Clm No 467**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RICHARD HENRY**
6213 WEST GILFORD ROAD
FAIRGROVE, MI 48733

**Clm No 468**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 21-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                                          158 of 3330

---

**ROBERT HENRY**                    **Clm No 469**       Filed In Cases: 140
9250 BATAAN DRIVE
ST. LOUIS, MO 63134             Class            Claim Detail Amount        Final Allowed Amount

                                UNS                    $1.00
                                                       $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**JAMES HENSLEY**                   **Clm No 470**       Filed In Cases: 140
P.O. BOX 261
HARROGATE, TN 37752            Class            Claim Detail Amount        Final Allowed Amount

                                UNS                    $1.00
                                                       $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**PATRICK HENTGEN**                 **Clm No 471**       Filed In Cases: 140
52432 WESTCREEK DRIVE
MACOMB, MI 48042               Class            Claim Detail Amount        Final Allowed Amount

                                UNS                  $10,000.00
                                                     $10,000.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value         $10,000.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              159 of 3330

---

**THOMAS HERDELL**                    **Clm No 472**      Filed In Cases: 140
357 PRAIRIE RUN DRIVE
CEDAR SPRINGS, MI 49319               Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                $1.00

                                                        $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value       $1.00

---

**KENNETH HERR**                      **Clm No 473**      Filed In Cases: 140
27230 MAPLEWOOD DRIVE
BROWNSTOWN, MI 48174                  Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                $1.00

                                                        $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value       $1.00

---

**PERRY HESS**                        **Clm No 474**      Filed In Cases: 140
403 SKYCREST LANE
PLANT CITY, FL 33565                  Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                $1.00

                                                        $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value       $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/14/2018 3:55:46 PM

*Claims Details*                                                              160 of 3330

---

**DONALD HEUSTED**                    **Clm No 475**        Filed In Cases: 140
1157 BROOKSHIRE DRIVE
LAPEER, MI 48446                       Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                   $1.00

                                                           $1.00

Date Filed                21-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**HENRY HIEMSTRA**                    **Clm No 476**        Filed In Cases: 140
3401 RED CLOVER STREET
KALAMAZOO, MI 49004                    Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                   $1.00

                                                           $1.00

Date Filed                21-Nov-2016
Bar Date
Claim Face Value              $1.00

Duplicate Claim No   477

---

**HENRY HIEMSTRA**                    **Clm No 477**        Filed In Cases: 140
3401 RED CLOVER STREET
KALAMAZOO, MI 49004                    Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                   $1.00

                                                           $1.00

Date Filed                21-Nov-2016
Bar Date
Claim Face Value              $1.00

Duplicate Claim No   476

---

**Rust Consulting | Omni Bankruptcy**        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             E-mail: claimsmanager@omnimgt.com             FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              161 of 3330

---

**HAROLD HIGGERSON, JR**           **Clm No 478**     Filed In Cases: 140
7446 PEPPERMILL DRIVE
SWARTZ CREEK, MI 48473             Class         Claim Detail Amount    Final Allowed Amount

                                  UNS              $1.00
                                                   $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**ANDREW HILL**                    **Clm No 479**     Filed In Cases: 140
20617 WILLIAMSBURG COURT
HARPER WOODS, MI 48225            Class         Claim Detail Amount    Final Allowed Amount

                                  UNS              $1.00
                                                   $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**HAROLD HILL**                    **Clm No 480**     Filed In Cases: 140
1455 EAST CHOCTAW DR
LONDON, OH 43140                  Class         Claim Detail Amount    Final Allowed Amount

                                  UNS           $10,000.00
                                                $10,000.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value      $10,000.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                      3/14/2018 3:55:46 PM

---

*Claims Details*                                                                                              162 of 3330

---

**WAYNE HILL**                        **Clm No 481**       Filed In Cases: 140
2006 FIRST STREET
JACKSON, MI 49203                     Class              Claim Detail Amount        Final Allowed Amount

                                      UNS                       $1.00
                                                                $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**FLOYD HILT**                        **Clm No 482**       Filed In Cases: 140
661 COUNTY ROAD 244
FREMONT, OH 43420                     Class              Claim Detail Amount        Final Allowed Amount

                                      UNS                       $1.00
                                                                $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**WILLIAM HIRONS**                    **Clm No 483**       Filed In Cases: 140
3025 CHARMWOOD DRIVE
PORT HURON, MI 48060                  Class              Claim Detail Amount        Final Allowed Amount

                                      UNS                       $1.00
                                                                $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                             163 of 3330

---

**JOHN HODGSON**                    **Clm No 484**        Filed In Cases: 140
4090 JORDAN DRIVE
SAGINAW, MI 48601                    Class          Claim Detail Amount       Final Allowed Amount

                                    UNS                  $1.00
                                                         $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**SHERMAN HOLEY**                   **Clm No 485**        Filed In Cases: 140
75 N. STILES ROAD
P.O. BOX 399                        Class          Claim Detail Amount       Final Allowed Amount
LUDINGTON, MI 49431
                                    UNS                  $1.00
                                                         $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**JOHN HOLLINS**                    **Clm No 486**        Filed In Cases: 140
16201 CARRIAGE LAMP COURT,APT. 801
SOUTHFIELD, MI 48075                Class          Claim Detail Amount       Final Allowed Amount

                                    UNS                  $1.00
                                                         $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              164 of 3330

---

**JOHN HOLLISTER**                 **Clm No 487**        Filed In Cases: 140
3480 W. HALLET ROAD
HILLSDALE, MI 49242                 Class          Claim Detail Amount      Final Allowed Amount

                                   UNS                    $10,000.00
                                                         $10,000.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value      $10,000.00

---

**OTIS HOLMES**                    **Clm No 488**        Filed In Cases: 140
6083 SILVERBROOK WEST
WEST BLOOMFIELD, MI 48322          Class          Claim Detail Amount      Final Allowed Amount

                                   UNS                    $1.00
                                                         $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value      $1.00

---

**JAMES HORTON**                   **Clm No 489**        Filed In Cases: 140
232 APPLETREE LANE
WEST COLUMBIA, SC 29170            Class          Claim Detail Amount      Final Allowed Amount

                                   UNS                    $1.00
                                                         $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/14/2018 3:55:46 PM

*Claims Details*                                                                              165 of 3330

---

**ALFONZO HOSKINS**                    **Clm No 490**      Filed In Cases: 140
11347 HAZELTON STREET
REDFORD, MI 48239                      Class              Claim Detail Amount      Final Allowed Amount

                                      UNS                      $1.00
                                                               $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**WILLIE HUBBARD**                     **Clm No 491**      Filed In Cases: 140
18801 DEQUINDRE STREET
DETROIT, MI 48234                     Class              Claim Detail Amount      Final Allowed Amount

                                      UNS                      $1.00
                                                               $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**CURTIS HUDSON**                      **Clm No 492**      Filed In Cases: 140
16154 SPRENGER AVENUE
EAST POINTE, MI 48021                 Class              Claim Detail Amount      Final Allowed Amount

                                      UNS                      $1.00
                                                               $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

*Claims Details*                                                                        166 of 3330

---

**PATRICK HUFFORD**                 **Clm No 493**      Filed In Cases: 140
504 N. MAIN STREET
YALE, MI 48097                        Class              Claim Detail Amount        Final Allowed Amount

                                     UNS                      $1.00
                                                             $1.00

Date Filed          21-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**BRIAN HUNT**                       **Clm No 494**      Filed In Cases: 140
5690 CROSS VILLAGE
GRAND BLANC, MI 48439                 Class              Claim Detail Amount        Final Allowed Amount

                                     UNS                      $1.00
                                                             $1.00

Date Filed          21-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**KENNETH HUNT**                     **Clm No 495**      Filed In Cases: 140
21774 LAHSER ROAD
SOUTHFIELD, MI 48033                  Class              Claim Detail Amount        Final Allowed Amount

                                     UNS                      $1.00
                                                             $1.00

Date Filed          21-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                      167 of 3330

---

**GREGORY HUTCHINSON**              **Clm No 496**      Filed In Cases: 140
2316 YELLOW BIRCH WAYAPT. A306
KNOXVILLE, TN 37931                  Class          Claim Detail Amount       Final Allowed Amount

                                    UNS               $10,000.00

                                                      $10,000.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value      $10,000.00

---

**AUGUSTUS HUTTING**                **Clm No 497**      Filed In Cases: 140
1682 BROADSTONE ROAD
GROSSE POINT WOODS, MI 48236        Class          Claim Detail Amount       Final Allowed Amount

                                    UNS               $10,000.00

                                                      $10,000.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value      $10,000.00

---

**ANDREW HYDUKE**                   **Clm No 498**      Filed In Cases: 140
6510 COLERIDGE ROAD
CONCORD TOWNSHIP, OH 44077          Class          Claim Detail Amount       Final Allowed Amount

                                    UNS               $10,000.00

                                                      $10,000.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value      $10,000.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/14/2018 3:55:46 PM

*Claims Details*                                                                    168 of 3330

---

**JULIUS ISAAC**                        **Clm No 499**        Filed In Cases: 140
25775 P DRIVE SOUTH
HOMER, MI 49245                          Class              Claim Detail Amount        Final Allowed Amount

                                        UNS                      $1.00
                                                                 $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**ANTHONY IVAN**                        **Clm No 500**        Filed In Cases: 140
5190 RAISIN CENTER HIGHWAY
TECUMSEH, MI 49286                       Class              Claim Detail Amount        Final Allowed Amount

                                        UNS                      $1.00
                                                                 $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**BETTY JACKSON**                       **Clm No 501**        Filed In Cases: 140
600 ST. AUBIN STREET
DETROIT, MI 48207                        Class              Claim Detail Amount        Final Allowed Amount

                                        UNS                      $1.00
                                                                 $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/14/2018 3:55:46 PM

### Claims Details

---

**CLIFFORD JACKSON**
959 IOLA AVENUE
DAYTON, OH 45417

**Clm No 502**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**NETTIE JACKSON**
1322 LINCOLN CREST DRIVE
AUSTELL, GA 30106

**Clm No 503**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROOSEVELT JACKSON**
513 S. 26TH STREET
SAGINAW, MI 48601

**Clm No 504**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                              3/14/2018 3:55:46 PM

*Claims Details*                                                                        170 of 3330

---

**EDRIZ JAMES**
18698 SCHAFER
DETROIT, MI 48235

**Clm No 505**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**OTIS JAMES**
28545 THORNAPPLE DRIVE, APT. 204
SOUTHFIELD, MI 48034

**Clm No 506**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RUDOLPH JAMES**
5769 LORAINE STREET
DETROIT, MI 48208

**Clm No 507**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                       171 of 3330

---

**DOUGLAS JARVIS**                    **Clm No 508**      Filed In Cases: 140
111 S. SUMMIT, APT. 104
TOLEDO, OH 43604                      Class              Claim Detail Amount        Final Allowed Amount

                                     UNS                      $1.00
                                                             $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**ROBERT JETER**                     **Clm No 509**      Filed In Cases: 140
741 GRACE AVENUE
AKRON, OH 44320                       Class              Claim Detail Amount        Final Allowed Amount

                                     UNS                      $1.00
                                                             $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**BOB JOHNSON**                      **Clm No 510**      Filed In Cases: 140
25830 P DR S
HOMER, MI 49245                       Class              Claim Detail Amount        Final Allowed Amount

                                     UNS                      $1.00
                                                             $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

*Claims Details*                                                                                       172 of 3330

---

**DARVIN JOHNSON**                          **Clm No 511**        Filed In Cases: 140
34567 ELMWOOD, APT 704
WESTLAND, MI 48185                           Class              Claim Detail Amount        Final Allowed Amount

                                            UNS                      $1.00
                                                                     $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**DAVID JOHNSON**                           **Clm No 512**        Filed In Cases: 140
80 HIGH STREET
MOUNT CLEMENS, MI 48043                      Class              Claim Detail Amount        Final Allowed Amount

                                            UNS                      $1.00
                                                                     $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**RAY JOHNSON**                             **Clm No 513**        Filed In Cases: 140
18109 LOTUS DRIVE
CLEVELAND, OH 44128                          Class              Claim Detail Amount        Final Allowed Amount

                                            UNS                      $1.00
                                                                     $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                173 of 3330

---

**ROY JOHNSON**                          **Clm No 514**        Filed In Cases: 140
43318 BRADLEY DR
BELLEVILLE, MI 48111                      Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                $1.00
                                                             $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**WILBUR JOHNSON**                       **Clm No 515**        Filed In Cases: 140
1302 SAN JUAN DRIVE
FLINT, MI 48504                           Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                $1.00
                                                             $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**EGGIE JONES**                          **Clm No 516**        Filed In Cases: 140
9762 BLOOMSBURG CIRCLE
NORTHVILLE, MI 48167                      Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                $1.00
                                                             $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                             174 of 3330

---

**ELI JONES**                    **Clm No 517**      Filed In Cases: 140
9222 PREST STREET
DETROIT, MI 48228                 Class              Claim Detail Amount      Final Allowed Amount

                                 UNS                      $1.00
                                                          $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**MALLIE JONES**                 **Clm No 518**      Filed In Cases: 140
26552 MORLEY STREET
INKSTER, MI 48141                Class              Claim Detail Amount      Final Allowed Amount

                                 UNS                      $1.00
                                                          $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**SOLOMON, JR. JONES**           **Clm No 519**      Filed In Cases: 140
3406 COMANCHE AVENUE
FLINT, MI 48507                  Class              Claim Detail Amount      Final Allowed Amount

                                 UNS                      $1.00
                                                          $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              175 of 3330

---

**JOHN JUDEH**                      **Clm No 520**      Filed In Cases: 140
6475 OBISPO AVE.
LONG BEACH, CA 90805             Class           Claim Detail Amount        Final Allowed Amount

                                UNS                  $1.00
                                                     $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**VICTOR JURKAN**                   **Clm No 521**      Filed In Cases: 140
19028 WILLIAMSVILLE ROAD
GREGORY, MI 48137               Class           Claim Detail Amount        Final Allowed Amount

                                UNS                  $1.00
                                                     $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**DONALD KAIN**                     **Clm No 522**      Filed In Cases: 140
15053 GARDNER ROAD
GALIEN, MI 49113                Class           Claim Detail Amount        Final Allowed Amount

                                UNS                  $1.00
                                                     $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/14/2018 3:55:46 PM

*Claims Details*                                          176 of 3330

---

**MAMIE KATO**                    **Clm No 523**      Filed In Cases: 140
16165 APPOLINE STREET
DETROIT, MI 48235              Class            Claim Detail Amount      Final Allowed Amount

                              UNS                  $1.00
                                                   $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**DONALD KAUFFMAN**               **Clm No 524**      Filed In Cases: 140
4090 JACKSON ROAD,LOT 3
SARANAC, MI 48881             Class            Claim Detail Amount      Final Allowed Amount

                              UNS                  $1.00
                                                   $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**HOWARD KEELS**                  **Clm No 525**      Filed In Cases: 140
4434 N. JENNINGS ROAD
FLINT, MI 48504              Class            Claim Detail Amount      Final Allowed Amount

                              UNS                  $1.00
                                                   $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

177 of 3330

---

**MARJORIE KEETON**
2903 JEFF DRIVE S.W.
HARTSELLE, AL 35640

**Clm No 526**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BERTHA KEIDEL**
2604 EDDY STREET
SAGINAW, MI 48604

**Clm No 527**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CAROLE KELEL**
4281 BARCROFT WAY
WEST BLOOMFIELD, MI 48323

**Clm No 528**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**                   **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              178 of 3330

---

**ASHFORD KELLY**                    **Clm No 529**        Filed In Cases: 140
6165 VILLAGE PARK DRIVE,APT. 204
WEST BLOOMFIELD, MI 48322            Class            Claim Detail Amount        Final Allowed Amount

                                    UNS                    $1.00
                                                           $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**RUBIN KENDRICK**                    **Clm No 530**        Filed In Cases: 140
8277 SUSSEX
DETROIT, MI 48228                    Class            Claim Detail Amount        Final Allowed Amount

                                    UNS                    $1.00
                                                           $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**ROGER KENNEDY**                    **Clm No 531**        Filed In Cases: 140
1800 HARDING DRIVE
BIG RAPIDS, MI 48307                 Class            Claim Detail Amount        Final Allowed Amount

                                    UNS                    $1.00
                                                           $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**MICHAEL KENT**
26332 WARRINGTON STREET
DEARBORN HEIGHTS, MI 48127

**Clm No 532**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BENNY KEY**
3993 S. NORRIS ROAD
DELTON, MI 49046

**Clm No 533**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHN KILLHAM**
755 SALEM STREET
AURORA, CO 80011

**Clm No 534**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              180 of 3330

---

**IDA KIMBROUGH**                          **Clm No 535**    Filed In Cases: 140
11716 GLASTONBURY AVENUE
DETROIT, MI 48228                           Class           Claim Detail Amount    Final Allowed Amount

                                           UNS                  $1.00

                                                                $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**GENE KINDER**                            **Clm No 536**    Filed In Cases: 140
2222 EAST WILSON ROAD
CLIO, MI 48420                             Class           Claim Detail Amount    Final Allowed Amount

                                           UNS                  $1.00

                                                                $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**ALE KING**                               **Clm No 537**    Filed In Cases: 140
9393 CARLIN STREET
DETROIT, MI 48228                          Class           Claim Detail Amount    Final Allowed Amount

                                           UNS                  $1.00

                                                                $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

### Claims Details

181 of 3330

---

**ALFONZA KING**
43802 STONEY LANE
STERLING HEIGHTS, MI 48313

**Clm No 538**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CHARLES KING**
9802 E. 117TH STREET S.
BIXBY, OK 74008

**Clm No 539**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOYS KING**
1724 PUTNAM
DETROIT, MI 48208

**Clm No 540**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**THEODORE, JR. KIRK**
195 W. KENNETT RD.APT. 309
PONTIAC, MI 48340

**Clm No 541**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          21-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**GLADYS KLINE**
4294 GIBBS ROAD
DANVILLE, IN 46122

**Clm No 542**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed          21-Nov-2016
Bar Date
Claim Face Value      $10,000.00

---

**ALBERTA KLINGLER**
129 GEIGER ST.
BLUFFTON, OH 45817

**Clm No 543**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed          21-Nov-2016
Bar Date
Claim Face Value      $10,000.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              183 of 3330

---

| THEODORE KOCHANNY | **Clm No 544** | Filed In Cases: 140 | |
| 3626 KAWKAWLIN RIVER DRIVE | Class | Claim Detail Amount | Final Allowed Amount |
| BAY CITY, MI 48706 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| AMALIA KOLENKO | **Clm No 545** | Filed In Cases: 140 | |
| 36451 EDDY ROAD | Class | Claim Detail Amount | Final Allowed Amount |
| WILLOUGHBY, OH 44094 | UNS | $10,000.00 | |
| | | $10,000.00 | |

| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

| MARION KOSKI | **Clm No 546** | Filed In Cases: 140 | |
| 21206 BRIERSTONE ROAD | Class | Claim Detail Amount | Final Allowed Amount |
| HARPER WOODS, MI 48225 | UNS | $10,000.00 | |
| | | $10,000.00 | |

| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              184 of 3330

---

**GARY KUSHNIRUK**                    **Clm No 547**      Filed In Cases: 140
14357 LAKESHORE DRIVE
STERLING HEIGHTS, MI 48313            Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                      $1.00
                                                             $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**CHESTER KWIATKOWSKI**               **Clm No 548**      Filed In Cases: 140
221 EL GRANDE LANE
LENOIR CITY, TN 37771                Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                      $1.00
                                                             $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**HENRY LaBAERE**                     **Clm No 549**      Filed In Cases: 140
74520 KANIE ROAD
ROMEO, MI 48065                      Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                   $10,000.00
                                                          $10,000.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value        $10,000.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    185 of 3330

---

**EDWIN LAETHEM**
210 JOLIET AVENUE
HOUGHTON LAKE, MI 48629

**Clm No 550**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LEONARD LAFORCE**
26415 NORMANDY STREET
ROSEVILLE, MI 48066

**Clm No 551**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**TOM LAING**
40642 NEWPORT DRIVE
PLYMOUTH, MI 48170

**Clm No 552**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    186 of 3330

---

| **JAMES LAMOREAUX** | | **Clm No 553** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 215 PIPPIN DRIVE | | Class | Claim Detail Amount | Final Allowed Amount |
| SPARTA, MI 49345 | | UNS | $10,000.00 | |
| | | | $10,000.00 | |

| Date Filed | 21-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

| **JAMES LAMPMAN** | | **Clm No 554** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 243 THATCHER STREET | | Class | Claim Detail Amount | Final Allowed Amount |
| WOODLAND, MI 48897 | | UNS | $10,000.00 | |
| | | | $10,000.00 | |

| Date Filed | 21-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

| **ROBBIE LANCASTER** | | **Clm No 555** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 12854 PIERSON STREET | | Class | Claim Detail Amount | Final Allowed Amount |
| DETROIT, MI 48223 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 21-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

*Claims Details*                                                                                              187 of 3330

---

**LORNE LAPLAUNT**                    **Clm No 556**      Filed In Cases: 140
452 PACKET STREET
GWINN, MI 49841                       Class            Claim Detail Amount        Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**RONALD LASH**                       **Clm No 557**      Filed In Cases: 140
4331 EAST LAKE ROAD
CLIO, MI 48420                        Class            Claim Detail Amount        Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**OTIS LASTER**                       **Clm No 558**      Filed In Cases: 140
18038 WASHBURN ST
DETROIT, MI 48221                     Class            Claim Detail Amount        Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/14/2018 3:55:46 PM

*Claims Details*                                                                      188 of 3330

---

**ROBERT LAUDERDALE**                    **Clm No 559**      Filed In Cases: 140
1634 CENTURY ACRES LANE
ST. JOHNS, FL 32259          Class            Claim Detail Amount      Final Allowed Amount

                            UNS                    $1.00
                                                   $1.00

Date Filed           21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**DON LAUZON**                           **Clm No 560**      Filed In Cases: 140
P.O. BOX 893
AU GRES, MI 48703           Class            Claim Detail Amount      Final Allowed Amount

                            UNS                    $1.00
                                                   $1.00

Date Filed           21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**WILLIAM LAWS**                         **Clm No 561**      Filed In Cases: 140
24993 EAST POINT DRIVE
MATTAWAN, MI 49071          Class            Claim Detail Amount      Final Allowed Amount

                            UNS                    $1.00
                                                   $1.00

Date Filed           21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                                    189 of 3330

---

**HARRY LEAVETTE**                    **Clm No 562**        Filed In Cases: 140
7851 KLEIN
DETROIT, MI 48211                     Class              Claim Detail Amount       Final Allowed Amount

                                      UNS                      $1.00
                                                               $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**JAMES LEDFORD**                     **Clm No 563**        Filed In Cases: 140
9977 ARCOLA ST
LIVONIA, MI 48150                     Class              Claim Detail Amount       Final Allowed Amount

                                      UNS                    $10,000.00
                                                            $10,000.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value         $10,000.00

---

**ARRINGTON, JR. LEE**                **Clm No 564**        Filed In Cases: 140
5752 THREE MILE DRIVE
DETROIT, MI 48224                     Class              Claim Detail Amount       Final Allowed Amount

                                      UNS                      $1.00
                                                               $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              190 of 3330

---

**BILLY LEE**                     **Clm No 565**      Filed In Cases: 140
2251 19 MILE ROAD
STERLING HEIGHTS, MI 48314        Class              Claim Detail Amount      Final Allowed Amount

                                  UNS                $10,000.00

                                                     $10,000.00

Date Filed          21-Nov-2016
Bar Date
Claim Face Value    $10,000.00

---

**DEWEY LEE**                     **Clm No 566**      Filed In Cases: 140
P.O. BOX 242
BIG ROCK, VA 24603                Class              Claim Detail Amount      Final Allowed Amount

                                  UNS                $1.00

                                                     $1.00

Date Filed          21-Nov-2016
Bar Date
Claim Face Value    $1.00

Duplicate Claim No   567

---

**DEWEY LEE**                     **Clm No 567**      Filed In Cases: 140
P.O. BOX 242
BIG ROCK, VA 24603                Class              Claim Detail Amount      Final Allowed Amount

                                  UNS                $1.00

                                                     $1.00

Date Filed          21-Nov-2016
Bar Date
Claim Face Value    $1.00

Duplicate Claim No   566

---

**Rust Consulting | Omni Bankruptcy**         Visit us on the Web at www.omnimgt.com      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**              E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              191 of 3330

---

**ELIJAH LEE**                          **Clm No 568**       Filed In Cases: 140
38339 CASTLE DRIVE
ROMULUS, MI 48174                       Class          Claim Detail Amount       Final Allowed Amount

                                        UNS                 $1.00
                                                            $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**CLIFFORD LEMUEL**                     **Clm No 569**       Filed In Cases: 140
226 SYCAMORE
AUBURN, MI 48611                        Class          Claim Detail Amount       Final Allowed Amount

                                        UNS               $10,000.00
                                                          $10,000.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value        $10,000.00

---

**JUNIOR LEONARD**                      **Clm No 570**       Filed In Cases: 140
799 BUCHANAN RIDGE ROAD
TAZEWELL, TN 37879                      Class          Claim Detail Amount       Final Allowed Amount

                                        UNS                 $1.00
                                                            $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

*Claims Details*                                                                                      192 of 3330

---

**EUGENE LEPERA**
2816 WOOD DUCK LANE, APT. 102
AKRON, OH 44319

| **Clm No 571** | Filed In Cases: 140 | |
|---|---|---|
| Class | Claim Detail Amount | Final Allowed Amount |
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            21-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**ROBERT LEPPING**
805 NORTH FAIROAKES COURT
ANDOVER, KS 67002

| **Clm No 572** | Filed In Cases: 140 | |
|---|---|---|
| Class | Claim Detail Amount | Final Allowed Amount |
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed            21-Nov-2016
Bar Date
Claim Face Value            $10,000.00

---

**ALEX LESTER**
1496 ROBERT BRADBY DR., APT. C
DETROIT, MI 48207

| **Clm No 573** | Filed In Cases: 140 | |
|---|---|---|
| Class | Claim Detail Amount | Final Allowed Amount |
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            21-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**            **Visit us on the Web at www.omnimgt.com**            **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                      193 of 3330

---

**RONALD LEWSAW**                  **Clm No 574**         Filed In Cases: 140
10 PHYLLIS AVE
CHATHAM, ON  N7M3B9                 Class            Claim Detail Amount        Final Allowed Amount
CANADA
                                   UNS                   $1.00
                                                         $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**JOSEPH LINDSAY**                 **Clm No 575**         Filed In Cases: 140
4015 SOMERSET AVE
DETROIT, MI 48224                  Class            Claim Detail Amount        Final Allowed Amount

                                   UNS                   $1.00
                                                         $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**THOMAS LINES**                   **Clm No 576**         Filed In Cases: 140
302 STRASBURG DRIVE
PORT CHARLOTTE, FL 33954           Class            Claim Detail Amount        Final Allowed Amount

                                   UNS                   $1.00
                                                         $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    194 of 3330

---

**EARL LINKE**
6730 MUNGER ROAD
YPSILANTI, MI 48917

**Clm No 577**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed    21-Nov-2016
Bar Date
Claim Face Value    $1.00

---

**WILMA LITTLETON**
909 WASHINGTON STREET
MARIETTA, OH 45750

**Clm No 578**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed    21-Nov-2016
Bar Date
Claim Face Value    $10,000.00

---

**BERNARD LORASCH**
1695 CENTURY LANE
ZANESVILLE, OH 43701

**Clm No 579**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed    21-Nov-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**LENA LOSADA**
177 AVERY STREET
CLINTON TOWNSHIP, MI 48036

**Clm No 580**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FRANK LOVIO**
2730 TACKELS DRIVE
WHITE LAKE, MI 48386

**Clm No 581**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RUSSELL LOWLLUN**
6176 WESTBROOKE DRIVE
WEST BLOOMFIELD, MI 48322

**Clm No 582**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**JOHN LUBINSKI**
7921 E. U.S. HWY. 223
BLISSFIELD, MI 49228

**Clm No 583**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HOWARD LUCAS**
6184 PLANK ROAD
CLAYTON, MI 49235

**Clm No 584**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DANIEL LYONS**
5513 CLOVER TERRACE
FARWELL, MI 48622

**Clm No 585**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

197 of 3330

---

**WILLIAM LYTLE**
1722 POTOMAC DRIVE
TOLEDO, OH 43607

**Clm No 586**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RICHARD MACZKA**
P.O. BOX 4072
CENTER LINE, MI 48015

**Clm No 587**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LEROY MADISON**
1165 NATHAN LOOP
ARLEY, AL 35541

**Clm No 588**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

---

*Claims Details*                                                              198 of 3330

---

| **EDWARD MALISZEWSKI** | **Clm No 589** | Filed In Cases: 140 | |
|---|---|---|---|
| 5913 COUNTRY VIEW LN | Class | Claim Detail Amount | Final Allowed Amount |
| BAKERSFIELD, CA 93313 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 21-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **WILLIE MANUAL** | **Clm No 590** | Filed In Cases: 140 | |
|---|---|---|---|
| 465 HENRIETTA  AVE. N.E. | Class | Claim Detail Amount | Final Allowed Amount |
| CANTON, OH 44704 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 21-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **ROBERT MARK** | **Clm No 591** | Filed In Cases: 140 | |
|---|---|---|---|
| 40755 GASGLOW DRIVE | Class | Claim Detail Amount | Final Allowed Amount |
| STERLING HEIGHTS, MI 48310 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 21-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                              3/14/2018 3:55:46 PM

*Claims Details*                                                                       199 of 3330

---

**BENJAMIN MARSHALL**                    **Clm No 592**      Filed In Cases: 140
4415 BRISTOL CTAPT 1
FLINT, MI 48532                          Class              Claim Detail Amount      Final Allowed Amount

                                        UNS                      $1.00
                                                                 $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**FLOYD MARSHALL**                       **Clm No 593**      Filed In Cases: 140
P.O. BOX 3688,
SAGINAW, MI 48605                        Class              Claim Detail Amount      Final Allowed Amount

                                        UNS                      $1.00
                                                                 $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**CEABON MARTIN**                        **Clm No 594**      Filed In Cases: 140
2216 S. HAMILTON STREET
SAGINAW, MI 48602                        Class              Claim Detail Amount      Final Allowed Amount

                                        UNS                      $1.00
                                                                 $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

200 of 3330

---

**RAYMOND MARTIN**
4835 BARD RD
BEAVERTON, MI 48612

**Clm No 595**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LARRY MARTIN**
1576 EDGEWOOD DRIVE
LIMA, OH 45805

**Clm No 596**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MICHAEL MASSA**
14985 LENORE
REDFORD, MI 48239

**Clm No 597**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                        201 of 3330

---

**MICHAEL MATUSZAK**                **Clm No 598**        Filed In Cases: 140
1748 SUNRISE DR
CARO, MI 48723                      | Class | Claim Detail Amount | Final Allowed Amount |
                                    |-------|---------------------|----------------------|
                                    | UNS   | $1.00               |                      |
                                    |       | $1.00               |                      |

Date Filed              21-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**THOMAS MATZ**                     **Clm No 599**        Filed In Cases: 140
42251 OLD BEDFORD ROAD
NORTHVILLE, MI 48168               | Class | Claim Detail Amount | Final Allowed Amount |
                                    |-------|---------------------|----------------------|
                                    | UNS   | $10,000.00          |                      |
                                    |       | $10,000.00          |                      |

Date Filed              21-Nov-2016
Bar Date
Claim Face Value        $10,000.00

---

**RONALD MAXWELL**                  **Clm No 600**        Filed In Cases: 140
993 E. MOREHOUSE
HAZEL PARK, MI 48030               | Class | Claim Detail Amount | Final Allowed Amount |
                                    |-------|---------------------|----------------------|
                                    | UNS   | $1.00               |                      |
                                    |       | $1.00               |                      |

Date Filed              21-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/14/2018 3:55:46 PM

*Claims Details*                                              202 of 3330

---

**MICHAEL McCARTHY**           **Clm No 601**      Filed In Cases: 140
6010 SNOW APPLE
CLARKSTON, MI 48346            Class            Claim Detail Amount       Final Allowed Amount

                              UNS                  $1.00
                                                   $1.00

Date Filed          21-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**KENNETH MCCASKEY**          **Clm No 602**      Filed In Cases: 140
24497 MANCHESTER DRIVE
FLAT ROCK, MI 48134           Class            Claim Detail Amount       Final Allowed Amount

                              UNS                  $1.00
                                                   $1.00

Date Filed          21-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**CARSON MCDONALD**           **Clm No 603**      Filed In Cases: 140
15584 EASTWOOD DRIVE
MONROE, MI 48161              Class            Claim Detail Amount       Final Allowed Amount

                              UNS                  $1.00
                                                   $1.00

Date Filed          21-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                        203 of 3330

---

**DAVID MCDONALD**              **Clm No 604**      Filed In Cases: 140
4704 COUNTY HIGHWAY E
PHELPS, WI 54554                 Class          Claim Detail Amount      Final Allowed Amount

                                UNS                 $1.00
                                                    $1.00

Date Filed          21-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**JAMES MCDONALD**              **Clm No 605**      Filed In Cases: 140
1669 VINE AVENUE
MUSKEGON, MI 49442              Class          Claim Detail Amount      Final Allowed Amount

                                UNS                 $1.00
                                                    $1.00

Date Filed          21-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**LOIS MCDONALD**               **Clm No 606**      Filed In Cases: 140
14888 WHITBECK AVENUE NE
CEDAR SPRINGS, MI 49319         Class          Claim Detail Amount      Final Allowed Amount

                                UNS                 $1.00
                                                    $1.00

Date Filed          21-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                    204 of 3330

---

**KAREN MCGEE**                          **Clm No 607**      Filed In Cases: 140
816 S. CARLSON STREET
WESTLAND, MI 48186                        Class              Claim Detail Amount      Final Allowed Amount

                                         UNS                        $1.00

                                                                    $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**ROY, JR. MCGILL**                      **Clm No 608**      Filed In Cases: 140
18033 SUMMER LN. NORTH
FRASER, MI 48026                         Class              Claim Detail Amount      Final Allowed Amount

                                         UNS                        $1.00

                                                                    $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**WILLIE MCINTOSH**                      **Clm No 609**      Filed In Cases: 140
17534 MITCHELL STREET
DETROIT, MI 48212                        Class              Claim Detail Amount      Final Allowed Amount

                                         UNS                        $1.00

                                                                    $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                                    205 of 3330

---

**RICHARD McKEAND**                    **Clm No 610**        Filed In Cases: 140

7155 PARTRIDGE DRIVE

FLUSHING, MI 48433                      Class              Claim Detail Amount        Final Allowed Amount

UNS                          $1.00

                                                                        $1.00

Date Filed              21-Nov-2016

Bar Date

Claim Face Value          $1.00

---

**WILLIAM McKENNA**                    **Clm No 611**        Filed In Cases: 140

P.O. BOX 5051

ARIZONA CITY, AZ 85123                 Class              Claim Detail Amount        Final Allowed Amount

UNS                          $1.00

                                                                        $1.00

Date Filed              21-Nov-2016

Bar Date

Claim Face Value          $1.00

---

**GEORGE McKENZE**                    **Clm No 612**        Filed In Cases: 140

1094 RIVER VALLEY DRIVE,APT. 1082

FLINT, MI 48532-2924                   Class              Claim Detail Amount        Final Allowed Amount

UNS                          $1.00

                                                                        $1.00

Date Filed              21-Nov-2016

Bar Date

Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              206 of 3330

---

**CORNEL MCLEOD**                    **Clm No 613**    Filed In Cases: 140
20115 EVERGREEN
DETROIT, MI 48219                     Class        Claim Detail Amount    Final Allowed Amount

                                     UNS              $1.00
                                                      $1.00

Date Filed          21-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**GENE McLEOD**                      **Clm No 614**    Filed In Cases: 140
2315 N. CARTER
LINWOOD, MI 48634                    Class        Claim Detail Amount    Final Allowed Amount

                                     UNS              $1.00
                                                      $1.00

Date Filed          21-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**GROVER McNEW**                     **Clm No 615**    Filed In Cases: 140
10056 McLAIN ROAD
PARMA, MI 49269                      Class        Claim Detail Amount    Final Allowed Amount

                                     UNS              $10,000.00
                                                      $10,000.00

Date Filed          21-Nov-2016
Bar Date
Claim Face Value      $10,000.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                              3/14/2018 3:55:46 PM

*Claims Details*                                                                         207 of 3330

---

**GALE MEAD**                            **Clm No 616**          Filed In Cases: 140
1170 RO DIC DON DRIVE
DEWITT, MI 48820                          Class              Claim Detail Amount        Final Allowed Amount

                                         UNS                      $1.00
                                                                  $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**JOSEPH MELTON**                        **Clm No 617**          Filed In Cases: 140
1125 ENGLISH RIDGE COURT
GRAND RAPIDS, MI 49544                    Class              Claim Detail Amount        Final Allowed Amount

                                         UNS                      $1.00
                                                                  $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**WILLIAM MELTZER**                      **Clm No 618**          Filed In Cases: 140
397 BURT STREET
TECUMSEH, MI 49286                        Class              Claim Detail Amount        Final Allowed Amount

                                         UNS                      $1.00
                                                                  $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                     3/14/2018 3:55:46 PM

*Claims Details*                                                                              208 of 3330

---

**ALFRED MESSLER**
24752 CHARLES DRIVE
BROWNSTOWN, MI 48183

**Clm No 619**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LOU MEYER**
4260 N. FRANCES SHORES AVENUE
SANFORD, MI 48657

**Clm No 620**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**NOBEL MEZO**
2053 WEST U AVENUE
SCHOOLCRAFT, MI 49087

**Clm No 621**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              209 of 3330

---

**DAVID MIHALEK**                    **Clm No 622**       Filed In Cases: 140
14529 NORTH GALLATIN BLVD
BROOK PARK, OH 44142            Class           Claim Detail Amount       Final Allowed Amount

                               UNS                    $1.00
                                                      $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**REGINA MILES**                     **Clm No 623**       Filed In Cases: 140
15702 LINWOOD
DETROIT, MI 48238              Class           Claim Detail Amount       Final Allowed Amount

                               UNS                    $1.00
                                                      $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**ALVIN MILLER**                     **Clm No 624**       Filed In Cases: 140
6285 WAYNE ROAD
ROMULUS, MI 48174             Class           Claim Detail Amount       Final Allowed Amount

                               UNS                    $1.00
                                                      $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                        210 of 3330

---

**ARNOLD MILLER**                    **Clm No 625**        Filed In Cases: 140
4756 NORTH NINE MILE ROAD
PINCONNING, MI 48650                  Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**DUROCHER MILLER**                  **Clm No 626**        Filed In Cases: 140
30909 Bradmore Road
Warren, MI 48092                     Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**EMMA MILLER**                      **Clm No 627**        Filed In Cases: 140
2210 South State Rt. #3
GALENA, OH 43021                     Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                $10,000.00
                                                       $10,000.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value        $10,000.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*                                          211 of 3330

---

**FRANK MILLER**                    **Clm No 628**    Filed In Cases: 140
25214 GRATIOT AVE,LOT 149
ROSEVILLE, MI 48066         Class          Claim Detail Amount      Final Allowed Amount

                            UNS                   $1.00
                                                  $1.00

Date Filed          21-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**JACKIE MILLER**                   **Clm No 629**    Filed In Cases: 140
5708 GIBSON ROAD
VICKSBURG, MS 39180         Class          Claim Detail Amount      Final Allowed Amount

                            UNS                   $1.00
                                                  $1.00

Date Filed          21-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**URI MILLER**                      **Clm No 630**    Filed In Cases: 140
4807 CHRISTIANSEN ROAD,
LANSING, MI 48910           Class          Claim Detail Amount      Final Allowed Amount

                            UNS                   $1.00
                                                  $1.00

Date Filed          21-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**LONNIE MIRACLE**
1656 LORAIN STREET, #301
MONROE, MI 48162

**Clm No 631**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**JOHN MIRLING**
30107 S. STOCKTON DRIVE
FARMINGTON HILLS, MI 48336-3456

**Clm No 632**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**WILLIE MITCHELL**
27954 GLENWOOD
ST. CLAIR SHORES, MI 48081

**Clm No 633**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc* 3/14/2018 3:55:46 PM

*Claims Details* 213 of 3330

---

**MAURICE MOCK**
5421 COLUMBIA ST.
CLARKSTON, MI 48346

**Clm No 634**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARION MOLLOY**
19514 CHALON STREET
ST. CLAIR SHORES, MI 48080

**Clm No 635**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JOHN MOLTER**
7440 N. BRANCH ROAD
WATERVLIET, MI 49098-8526

**Clm No 636**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              214 of 3330

---

**GEORGE MOORE**                    **Clm No 637**    Filed In Cases: 140
PO BOX 126
WHITTAKER, MI 48190                 Class          Claim Detail Amount    Final Allowed Amount

                                    UNS                 $1.00

                                                        $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**APOLONIO MORENO**                 **Clm No 638**    Filed In Cases: 140
143 N. OHIO AVENUE
OTTAWA, OH 45875                    Class          Claim Detail Amount    Final Allowed Amount

                                    UNS               $10,000.00

                                                      $10,000.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value      $10,000.00

---

**JOHN MORGAN**                     **Clm No 639**    Filed In Cases: 140
750 #2 KEENWAY CIRCLE
KALAMAZOO, MI 49003                 Class          Claim Detail Amount    Final Allowed Amount

                                    UNS                 $1.00

                                                        $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              215 of 3330

---

**JOANN MORRISON**      **Clm No 640**      Filed In Cases: 140
19434 GRIGGS
DETROIT, MI 48221       Class               Claim Detail Amount      Final Allowed Amount

                        UNS                 $1.00
                                            $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**BOBBY MORTON**        **Clm No 641**      Filed In Cases: 140
352 N. PERRY STREET
PONTIAC, MI 48342       Class               Claim Detail Amount      Final Allowed Amount

                        UNS                 $1.00
                                            $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**AL MOSLEY**           **Clm No 642**      Filed In Cases: 140
350 HOUSTON  AVENUE, APT. 123
MUSKEGON, MI 49441      Class               Claim Detail Amount      Final Allowed Amount

                        UNS                 $10,000.00
                                            $10,000.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value        $10,000.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Claims Details*                                                              216 of 3330

---

| **MARLON MOTLEY** | **Clm No 643** | Filed In Cases: 140 |
|---|---|---|
| 18970 EDINBOROUGH RD, | | |
| DETROIT, MI 48219 | Class | Claim Detail Amount | Final Allowed Amount |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **THOMAS MOTON** | **Clm No 644** | Filed In Cases: 140 |
|---|---|---|
| 7534 SEBRING DRIVE | | |
| MEMPHIS, TN 38119 | | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **HASSAN MOZHAM** | **Clm No 645** | Filed In Cases: 140 |
|---|---|---|
| 23238 MEADLAWN | | |
| DEARBORN HEIGHTS, MI 48127 | | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                          217 of 3330

---

**VERNON MULKEY**                 **Clm No 646**      Filed In Cases: 140
26650 W. MICHIGAN AVENUE
ALBION, MI 49224                  Class          Claim Detail Amount      Final Allowed Amount

                                 UNS                  $1.00
                                                      $1.00

Date Filed          21-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**GARY MULLENDORE**              **Clm No 647**      Filed In Cases: 140
405 S. JACK PINE CIRCLE
FLINT, MI 48506                  Class          Claim Detail Amount      Final Allowed Amount

                                 UNS                  $1.00
                                                      $1.00

Date Filed          21-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**ROBERT MULLINS**              **Clm No 648**      Filed In Cases: 140
11482 PORTLANCE STREET
DETROIT, MI 48205               Class          Claim Detail Amount      Final Allowed Amount

                                 UNS                  $1.00
                                                      $1.00

Date Filed          21-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                     3/14/2018 3:55:46 PM

*Claims Details*                                                              218 of 3330

---

**LOUIS NAGY**                    **Clm No 649**    Filed In Cases: 140
24400 LAMBRECHT AVE,
EAST POINTE, MI 48021             Class          Claim Detail Amount        Final Allowed Amount

                                  UNS                  $1.00
                                  _____
                                                       $1.00

Date Filed           21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**JAMES NATHAN**                  **Clm No 650**    Filed In Cases: 140
20465 SANTA BARBARA DRIVE
DETROIT, MI 48221                 Class          Claim Detail Amount        Final Allowed Amount

                                  UNS                  $1.00
                                  _____
                                                       $1.00

Date Filed           21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**WILLIE NAULT**                  **Clm No 651**    Filed In Cases: 140
C/O KATHY LEMERE,624 EAST MILTON
HAZEL PARK, MI 48030              Class          Claim Detail Amount        Final Allowed Amount

                                  UNS                  $1.00
                                  _____
                                                       $1.00

Date Filed           21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                3/14/2018 3:55:46 PM

*Claims Details*                                                                                         219 of 3330

---

**ARNETHA NELSON**
611 S. 29TH STREET
SAGINAW, MI 48601

**Clm No 652**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EDDIE NELSON**
1649 MCINTYRE
ANN ARBOR, MI 48105

**Clm No 653**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EUGENE NEWSOME**
3297 PUNCHEON CREEK
SITKA, KY 41255

**Clm No 654**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

220 of 3330

---

**WILLIE NEWSOME**
22635 CHIPPEWA STREET
DETROIT, MI 48219

**Clm No 655**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JIMMIE NICHOLSON**
1302 COLUMBIA DRIVE
FLINT, MI 48503

**Clm No 656**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CLARENCE NIXON**
23733 HAZEN
SOUTHFIELD, MI 48033

**Clm No 657**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/14/2018 3:55:46 PM

*Claims Details*                                                          221 of 3330

---

**ELIJAH NOBLE**                    **Clm No 658**        Filed In Cases: 140
428 S. 24TH STREET
SAGINAW, MI 48601                   Class          Claim Detail Amount      Final Allowed Amount

                                   UNS                   $1.00
                                                         $1.00

Date Filed          21-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**DANIEL NULL**                     **Clm No 659**        Filed In Cases: 140
158 E. WILDFLOWER
NILES, MI 49120                     Class          Claim Detail Amount      Final Allowed Amount

                                   UNS                   $1.00
                                                         $1.00

Date Filed          21-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**JAMES OAKES**                     **Clm No 660**        Filed In Cases: 140
15700 HIGHWAY 183
MARION, AL 36756                    Class          Claim Detail Amount      Final Allowed Amount

                                   UNS                   $1.00
                                                         $1.00

Date Filed          21-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                      222 of 3330

---

**DANIEL O'DELL**                      **Clm No 661**      Filed In Cases: 140
24636 PRINCETON STREET
DEARBORN, MI 48124                     Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                  $1.00
                                                           $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**GEORGE OLIVER**                      **Clm No 662**      Filed In Cases: 140
1644 N. KNIGHT ROAD
ESSEXVILLE, MI 48732                   Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                  $1.00
                                                           $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**GARY OLKOWSKI**                      **Clm No 663**      Filed In Cases: 140
19862 WOODWARD STREET
CLINTON TOWNSHIP, MI 48035             Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                  $1.00
                                                           $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

223 of 3330

| | | | |
|---|---|---|---|
| **LEONA OWENS** | **Clm No 664** | Filed In Cases: 140 | |
| 12700 RIVERDALE AVENUE | Class | Claim Detail Amount | Final Allowed Amount |
| DETROIT, MI 48223 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| | | | |
|---|---|---|---|
| **VIRGIL PACK** | **Clm No 665** | Filed In Cases: 140 | |
| 905 LIVERMORE LANE | Class | Claim Detail Amount | Final Allowed Amount |
| ELYRIA, OH 44035 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| | | | |
|---|---|---|---|
| **ANTHONY PADALINO** | **Clm No 666** | Filed In Cases: 140 | |
| 18714 THETA COURT | Class | Claim Detail Amount | Final Allowed Amount |
| CLINTON TOWNSHIP, MI 48036 | UNS | $10,000.00 | |
| | | $10,000.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**   **Visit us on the Web at www.omnimgt.com**   **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**   **E-mail: claimsmanager@omnimgt.com**   **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    224 of 3330

---

**THOMAS PADDEN**
1215 HIGHLAND AVENUE
CAMBRIDGE, OH 43725-8814

**Clm No 667**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**BOYD PAGE**
5067 PINE KNOB TRAIL
CLARKSTON, MI 48346

**Clm No 668**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARIE PANGMAN**
1785 MIRABEAU DRIVE
OKEMOS, MI 48864

**Clm No 669**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                             225 of 3330

---

**GREGORY PAPPERT**                    **Clm No 670**      Filed In Cases: 140
27542 FAIRFIELD
WARREN, MI 48088                       Class            Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00

                                                             $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**PERCY PARHAM**                       **Clm No 671**      Filed In Cases: 140
2520 OAKWOOD AVE
SAGINAW, MI 48601                      Class            Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00

                                                             $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**BILLY PARKS**                        **Clm No 672**      Filed In Cases: 140
2889 BALL HOLLOW RD,
PULASKI, TN 38478                      Class            Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00

                                                             $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

*Claims Details*                                                                                               226 of 3330

---

**EDWARD PARKS**                          **Clm No 673**      Filed In Cases: 140
3623 W. SURREY LANE
FORT GRATIOT, MI 48059                     Class            Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**TYRONE PARKS**                          **Clm No 674**      Filed In Cases: 140
17417 MENDOTA STREET
DETROIT, MI 48221                          Class            Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**LONIE PARMALEE**                        **Clm No 675**      Filed In Cases: 140
11100 WEST DEERFIELD ROAD
BLANCHARD, MI 49310                        Class            Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**EARL PARRISH**
26019 WEXFORD
WARREN, MI 48091

**Clm No 676**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**CHARLES PARSONS**
1991 CROCKER ROAD, SUITE 600
CLEVELAND, OH 44145

**Clm No 677**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**THERESE PASSKIEWICZ**
5695 COOLEY VILLAGE LANE,APT.3
WATERFORD, MI 48327

**Clm No 678**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

228 of 3330

---

**LONNIE PATRICK**
1513 OLD HIGHWAY 80
FOREST, MS 39074

**Clm No 679**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HARVEY PATTERSON**
5 OBAN COURT
SHALLOTTE, NC 28470

**Clm No 680**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANDREW PEGUES**
50 RIVERVIEW DRIVE
MT. CLEMENS, MI 48043

**Clm No 681**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                                      229 of 3330

---

**WILLIE PELT**                        **Clm No 682**        Filed In Cases: 140
7510 DECKER DR.,#1608
BAYTOWN, TX 77520                      Class            Claim Detail Amount        Final Allowed Amount

                                       UNS                   $1.00
                                                             $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**EDGAR PENN**                         **Clm No 683**        Filed In Cases: 140
11748 TRAILWOOD STREET
VICTORVILLE, CA 92392                  Class            Claim Detail Amount        Final Allowed Amount

                                       UNS                   $1.00
                                                             $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**ROBERT PERKINS**                     **Clm No 684**        Filed In Cases: 140
724 AVONDALE DRIVE
KALAMAZOO, MI 49048                    Class            Claim Detail Amount        Final Allowed Amount

                                       UNS                   $1.00
                                                             $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              230 of 3330

---

**DENNIS PERRY**                    **Clm No 685**    Filed In Cases: 140
449 SPENCER STREET
GLADWIN, MI 48624                    Class              Claim Detail Amount      Final Allowed Amount

                                    UNS                      $1.00
                                                             $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**BRYAN PETERS**                    **Clm No 686**    Filed In Cases: 140
31531 CHESTER
GARDEN CITY, MI 48135               Class              Claim Detail Amount      Final Allowed Amount

                                    UNS                      $1.00
                                                             $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**DELORES PETERS**                  **Clm No 687**    Filed In Cases: 140
19601 WAUBASCON ROAD
BATTLE CREEK, MI 49037-1785         Class              Claim Detail Amount      Final Allowed Amount

                                    UNS                    $10,000.00
                                                           $10,000.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value        $10,000.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              231 of 3330

---

**HAROLD PHEISTER**                    **Clm No 688**      Filed In Cases: 140
3711 E. DOUVILLE ROAD
LINCOLN, MI 48742                       Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

        Date Filed          21-Nov-2016
        Bar Date
        Claim Face Value         $1.00

---

**CHARLES PHILLIPS**                   **Clm No 689**      Filed In Cases: 140
1502 N. 12TH STREET
NILES, MI 49120                        Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

        Date Filed          21-Nov-2016
        Bar Date
        Claim Face Value         $1.00

---

**GLENN PHILLIPS**                     **Clm No 690**      Filed In Cases: 140
9771 OVERVIEW LANE
CINCINNATI, OH 45231                   Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

        Date Filed          21-Nov-2016
        Bar Date
        Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              232 of 3330

---

**EDWARD PHILO**                        **Clm No 691**      Filed In Cases: 140
3331 W. TIM DRIVE
PAHRUMP, NV 89060                        Class            Claim Detail Amount      Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**CONRAD PIERUCKI**                     **Clm No 692**      Filed In Cases: 140
946 WHALEY ROAD
COLDWATER, MI 49036                      Class            Claim Detail Amount      Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**MICHEL POE**                          **Clm No 693**      Filed In Cases: 140
1429 WOODCREEK AVENUE,APT. 12
MUSKEGON, MI 49441                       Class            Claim Detail Amount      Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              233 of 3330

---

**HAROLD POLLARD**                    **Clm No 694**      Filed In Cases: 140
6090 4TH STREET
ROMULUS, MI 48174-1860                 Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                 $1.00
                                                           $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**ROBERT POLLOCK**                    **Clm No 695**      Filed In Cases: 140
9911 SECOR ROAD
TEMPERANCE, MI 48182                   Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                 $1.00
                                                           $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**SHARON PONDER**                     **Clm No 696**      Filed In Cases: 140
19472 PIERSON
DETROIT, MI 48219                      Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                 $1.00
                                                           $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**ERNEST PONTI**
17163 LESLIE
ALLEN PARK, MI 48101

**Clm No 697**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GARY POUGH**
15370 WHITCOMB STREET
DETROIT, MI 48227

**Clm No 698**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HAROLD POWE**
201 EAST MAIN STREET, #308
LOUISVILLE, KY 40202

**Clm No 699**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                               235 of 3330

---

**DONALD POWELL**              **Clm No 700**      Filed In Cases: 140
619 S. WINTER STREET
ADRIAN, MI 49221               Class              Claim Detail Amount       Final Allowed Amount

                              UNS                $1.00
                                                 $1.00

Date Filed          21-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**MARTIN POWELL**              **Clm No 701**      Filed In Cases: 140
1928 TEEL AVENUE
LANSING, MI 48910             Class              Claim Detail Amount       Final Allowed Amount

                              UNS                $1.00
                                                 $1.00

Date Filed          21-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**ROBERT POWERS**              **Clm No 702**      Filed In Cases: 140
11450 W. MICHIGAN AVENUE
PARMA, MI 49269               Class              Claim Detail Amount       Final Allowed Amount

                              UNS                $10,000.00
                                                 $10,000.00

Date Filed          21-Nov-2016
Bar Date
Claim Face Value      $10,000.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                          236 of 3330

---

**ROBERT PRESTON**                    **Clm No 703**        Filed In Cases: 140
3098 WOLVERINE
ANN ARBOR, MI 48108                   Class              Claim Detail Amount        Final Allowed Amount

                                      UNS                    $10,000.00
                                                             $10,000.00

        Date Filed          21-Nov-2016
        Bar Date
        Claim Face Value    $10,000.00

---

**ANDREW PRICE**                      **Clm No 704**        Filed In Cases: 140
12027 STRASBURG
DETROIT, MI 48205                     Class              Claim Detail Amount        Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

        Date Filed          21-Nov-2016
        Bar Date
        Claim Face Value    $1.00

---

**WILLIAM PRITCHET**                  **Clm No 705**        Filed In Cases: 140
14054 HURON STREET
TAYLOR, MI 48180                      Class              Claim Detail Amount        Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

        Date Filed          21-Nov-2016
        Bar Date
        Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

## Claims Details

237 of 3330

---

**GORDON PROUTY**
11403 WINDING WAY
GALESBURG, MI 49053

**Clm No 706**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**PATRICIA PULLIAM**
1564 FULLERTON STREET
DETROIT, MI 48238

**Clm No 707**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EMOGENE PYE**
1857 SHENANDOAH DRIVE
TROY, MI 48085

**Clm No 708**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                          238 of 3330

---

**DANIEL QUILLEN**                    **Clm No 709**          Filed In Cases: 140
6094 GLENIS
TAYLOR, MI 48180                      Class              Claim Detail Amount        Final Allowed Amount

                                      UNS                      $1.00
                                                               $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**JAMES RAE**                         **Clm No 710**          Filed In Cases: 140
251 SE 8TH AVENUE
DEERFIELD BEACH, FL 33441             Class              Claim Detail Amount        Final Allowed Amount

                                      UNS                    $10,000.00
                                                            $10,000.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value      $10,000.00

---

**RICHARD RAMSDEN**                   **Clm No 711**          Filed In Cases: 140
1510 KERN ROAD
REESE, MI 48757                       Class              Claim Detail Amount        Final Allowed Amount

                                      UNS                      $1.00
                                                               $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                             239 of 3330

---

**LEONARD RAMSEY**                    **Clm No 712**       Filed In Cases: 140
P.O. BOX 55
PINE APPLE, AL 36768              | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            21-Nov-2016
Bar Date
Claim Face Value      $1.00

---

**KAY RATHBURN**                      **Clm No 713**       Filed In Cases: 140
10300 E. CLOVERDALE RD
NASHVILLE, MI 49073              | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            21-Nov-2016
Bar Date
Claim Face Value      $1.00

---

**LOUIS RAVANAL**                     **Clm No 714**       Filed In Cases: 140
2500 WOODROW WILSON BLVD.,APT. #2
WEST BLOOMFIELD, MI 48324        | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            21-Nov-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              240 of 3330

---

**DAVID RAYMAN**                    **Clm No 715**      Filed In Cases: 140
1797 104TH AVENUE
OTSEGO, MI 49078                     Class              Claim Detail Amount      Final Allowed Amount

                                    UNS                     $1.00
                                                            $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**THOMAS REILLY**                   **Clm No 716**      Filed In Cases: 140
14665 APPLEWAY CT
SHELBY TOWNSHIP, MI 48315           Class              Claim Detail Amount      Final Allowed Amount

                                    UNS                   $10,000.00
                                                         $10,000.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value        $10,000.00

---

**ALLEN REINGARDT**                 **Clm No 717**      Filed In Cases: 140
111 E. BROADWAY
WHITE PIGEON, MI 49099              Class              Claim Detail Amount      Final Allowed Amount

                                    UNS                     $1.00
                                                            $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    241 of 3330

---

**NEIL REPKE**                           **Clm No 718**    Filed In Cases: 140
8315 M 65
POSEN, MI 49776             Class           Claim Detail Amount    Final Allowed Amount

                           UNS                    $1.00
                                                  $1.00

Date Filed          21-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**RAYMOND RESPRESS**                      **Clm No 719**    Filed In Cases: 140
16235 LAMPLIGHTER CT,APT 1320
SOUTHFIELD, MI 48075        Class           Claim Detail Amount    Final Allowed Amount

                           UNS                    $1.00
                                                  $1.00

Date Filed          21-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**PROSPERO REYES**                        **Clm No 720**    Filed In Cases: 140
19255 HARLOW STREET
MELVINDALE, MI 48122        Class           Claim Detail Amount    Final Allowed Amount

                           UNS                    $1.00
                                                  $1.00

Date Filed          21-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             E-mail: claimsmanager@omnimgt.com             FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*      3/14/2018 3:55:46 PM

*Claims Details*      242 of 3330

---

**LORENZO REYNOLDS**
16665 EDMORE DRIVE
DETROIT, MI 48205

**Clm No 721**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHN RHODES**
3098 CREST RIDGE CIRCLE SW
MARIETTA, GA 30060

**Clm No 722**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHN RICHTER**
1320 RUCKER BLVD,APT B8
ENTERPRISE, AL 36330

**Clm No 723**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                            243 of 3330

---

**RALPH RIES**
127 N. EAST STREET
MORENCI, MI 49256

**Clm No 724**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed      | 21-Nov-2016 |
|-----------------|-------------|
| Bar Date        |             |
| Claim Face Value| $1.00       |

---

**JIM RIGGINS**
29328 LANCASTER DRIVE,APARTMENT 206
SOUTHFIELD, MI 48034

**Clm No 725**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed      | 21-Nov-2016 |
|-----------------|-------------|
| Bar Date        |             |
| Claim Face Value| $1.00       |

---

**RAYMOND ROBBINS**
P.O. BOX 905
KINGSTON, TN 37763

**Clm No 726**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed      | 21-Nov-2016 |
|-----------------|-------------|
| Bar Date        |             |
| Claim Face Value| $1.00       |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                244 of 3330

---

**JOHN ROBERTS**                    **Clm No 727**    Filed In Cases: 140
2413 ANDRUS STREET
HAMTRAMCK, MI 48212              Class          Claim Detail Amount      Final Allowed Amount

                                UNS                $1.00

                                                   $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**ROGER ROBERTSON**                 **Clm No 728**    Filed In Cases: 140
3480 WEST CARSON CITY ROAD
SHERIDAN, MI 48884              Class          Claim Detail Amount      Final Allowed Amount

                                UNS                $1.00

                                                   $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**ADRIAN ROBINSON**                 **Clm No 729**    Filed In Cases: 140
19135 ADDISON DRIVE
SOUTHFIELD, MI 48075           Class          Claim Detail Amount      Final Allowed Amount

                                UNS                $1.00

                                                   $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                    245 of 3330

---

**JAMES ROBINSON**                    **Clm No 730**        Filed In Cases: 140
356 BRIDGEHAMPTON STREET
SANDUSKY, MI 48471                     Class            Claim Detail Amount        Final Allowed Amount

|  | UNS | $1.00 |  |
|---|---|---|---|
|  |  | $1.00 |  |

Date Filed              21-Nov-2016
Bar Date
Claim Face Value              $1.00

Duplicate Claim No    731

---

**JAMES ROBINSON**                    **Clm No 731**        Filed In Cases: 140
356 BRIDGEHAMPTON STREET
SANDUSKY, MI 48471                     Class            Claim Detail Amount        Final Allowed Amount

|  | UNS | $1.00 |  |
|---|---|---|---|
|  |  | $1.00 |  |

Date Filed              21-Nov-2016
Bar Date
Claim Face Value              $1.00

Duplicate Claim No    730

---

**JUNE ROBINSON**                     **Clm No 732**        Filed In Cases: 140
3232 RABIDUE ROAD
CLYDE TWP., MI 48049                   Class            Claim Detail Amount        Final Allowed Amount

|  | UNS | $10,000.00 |  |
|---|---|---|---|
|  |  | $10,000.00 |  |

Date Filed              21-Nov-2016
Bar Date
Claim Face Value          $10,000.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              246 of 3330

---

**WALTER RODGIS**                    **Clm No 733**     Filed In Cases: 140
19134 BINDER STREET
DETROIT, MI 48234                     Class          Claim Detail Amount     Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**LAWRENCE ROE**                     **Clm No 734**     Filed In Cases: 140
1506 1ST AVENUE NW,APT. 7
MANDAN, ND 58554                      Class          Claim Detail Amount     Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value              $1.00

Duplicate Claim No   735

---

**LAWRENCE ROE**                     **Clm No 735**     Filed In Cases: 140
1506 1ST AVENUE NW,APT. 7
MANDAN, ND 58554                      Class          Claim Detail Amount     Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value              $1.00

Duplicate Claim No   734

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                247 of 3330

---

**EDWARD ROGERS**                        **Clm No 736**        Filed In Cases: 140
47072 WESTLAKE DRIVE
SHELBY TOWNSHIP, MI 48315         Class            Claim Detail Amount      Final Allowed Amount

                                 UNS                  $10,000.00
                                                      $10,000.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value      $10,000.00

---

**BETHANY ROMER**                        **Clm No 737**        Filed In Cases: 140
10326 SOUTH BRAY RD
CLIO, MI 48420                    Class            Claim Detail Amount      Final Allowed Amount

                                 UNS                  $1.00
                                                      $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value      $1.00

---

**JACK ROSE**                            **Clm No 738**        Filed In Cases: 140
2638 ARBOR GLEN DRIVE,APT. 214
TWINSBURG, OH 44087              Class            Claim Detail Amount      Final Allowed Amount

                                 UNS                  $1.00
                                                      $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/14/2018 3:55:46 PM

*Claims Details*                                                          248 of 3330

---

**RICHARD ROSE**                          **Clm No 739**    Filed In Cases: 140
3320 CLARA STAPT. 208
NEW ORLEANS, LA 70115                      Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                $1.00
                                                             $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**THOMAS ROSS**                           **Clm No 740**    Filed In Cases: 140
9026 ROHNS ST
DETROIT, MI 48213                          Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                $1.00
                                                             $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**DONALD RUSHLOW**                        **Clm No 741**    Filed In Cases: 140
11660 TELEGRAPH ROAD
CARLETON, MI 48117                         Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                $1.00
                                                             $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                          249 of 3330

---

**SALVATORE RUSSO**                    **Clm No 742**     Filed In Cases: 140
35743 COLLINGWOOD DRIVE
STERLING HEIGHTS, MI 48312           | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              21-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**WILLIAM RUTHVEN**                    **Clm No 743**     Filed In Cases: 140
10836 S.E. 50TH AVENUE
BELLEVIEW, FL 34420                  | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              21-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**FRANK RUTKOWSKI**                    **Clm No 744**     Filed In Cases: 140
457 7TH STREET SW
HICKORY, NC 28602                    | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              21-Nov-2016
Bar Date
Claim Face Value           $1.00

Duplicate Claim No   745

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                          250 of 3330

---

**FRANK RUTKOWSKI**                    **Clm No 745**        Filed In Cases: 140
457 7TH STREET SW
HICKORY, NC 28602                      Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value            $1.00

Duplicate Claim No    744

---

**RICHARD SAJDAK**                     **Clm No 746**        Filed In Cases: 140
1227 COOPER ROAD,
GULLIVER, MI 49840                     Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**RONALD SALADA**                      **Clm No 747**        Filed In Cases: 140
21070 S. NUNNELEY
CLINTON TOWNSHIP, MI 48035             Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                            251 of 3330

---

**FRANK SAN GREGORY**                    **Clm No 748**      Filed In Cases: 140
22539 P DR S
HOMER, MI 49245                          Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed               21-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**RAMON SANCHEZ**                        **Clm No 749**      Filed In Cases: 140
4105 ROHR ROAD
ORION, MI 48359                          Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed               21-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**MARILYN SANDERSON**                    **Clm No 750**      Filed In Cases: 140
25358 CLAIRVIEW DRIVE
DEARBORN HGTS, MI 48127                  Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed               21-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                                252 of 3330

---

**JANICE SANDORA**                    **Clm No 751**      Filed In Cases: 140
25250 QUARTER DECK STREET
HARRISON TWP., MI 48045              Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                    $1.00

                                                           $1.00

Date Filed          21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**JOHN SANKER**                      **Clm No 752**      Filed In Cases: 140
106 FOREST PARK COURT
PRUDENVILLE, MI 48651               Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                    $1.00

                                                           $1.00

Date Filed          21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**ROBERT SAUERS**                    **Clm No 753**      Filed In Cases: 140
5381 GREY STAG COURT
SUWANEE, GA 30024                   Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                    $1.00

                                                           $1.00

Date Filed          21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    253 of 3330

---

**DABNEY SCALES**
312 S. HUBBARD COURT, APT. 1
WESTLAND, MI 48186

**Clm No 754**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed    21-Nov-2016
Bar Date
Claim Face Value    $1.00

---

**DELBERT SCHREMS**
8083 CRESTON DRIVE
FREELAND, MI 48623

**Clm No 755**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed    21-Nov-2016
Bar Date
Claim Face Value    $1.00

---

**GOLDEN SCHULTZ**
350 THIRD STREET
MANISTEE, MI 49660

**Clm No 756**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed    21-Nov-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                          3/14/2018 3:55:46 PM

*Claims Details*                                                                   254 of 3330

---

**ELDRON SCHWEMIN**          <u>**Clm No 757**</u>     Filed In Cases: 140
5249 HAMPSHIRE AVENUE N
CRYSTAL, MN 55428            Class              Claim Detail Amount      Final Allowed Amount

                            UNS                     $1.00

                                                    $1.00

Date Filed          21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**THERESA SCOTT**            <u>**Clm No 758**</u>     Filed In Cases: 140
27777 DEQUINDRE, APT. 420
MADISON HEIGHTS, MI 48071   Class              Claim Detail Amount      Final Allowed Amount

                            UNS                     $1.00

                                                    $1.00

Date Filed          21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**GEORGE SEIBEL**            <u>**Clm No 759**</u>     Filed In Cases: 140
6209 S. BYRON ROAD
DURAND, MI 48429            Class              Claim Detail Amount      Final Allowed Amount

                            UNS                     $1.00

                                                    $1.00

Date Filed          21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

Rust Consulting | Omni Bankruptcy       Visit us on the Web at www.omnimgt.com      PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100            E-mail: claimsmanager@omnimgt.com           FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**LOIS SELF**
149 RIVERSIDE DRIVE
BENTON, TN 37307

**Clm No 760**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**CARL SENCZYSZYN**
36229 JAMISON ST.
LIVONIA, MI 48154

**Clm No 761**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FRANCIS SERAZIO**
5247 KENDAL STREET
DEARBORN, MI 48126

**Clm No 762**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              256 of 3330

---

**STERLING SEWELL**                    **Clm No 763**      Filed In Cases: 140
6297 SATIN WOOD DRIVE
BURLINGTON, KY 41005                    Class            Claim Detail Amount      Final Allowed Amount

                                       UNS                  $1.00

                                                            $1.00

Date Filed             21-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**YVONNE SHAFT**                       **Clm No 764**      Filed In Cases: 140
3519 SNOWY LANE
SAGINAW, MI 48601                      Class            Claim Detail Amount      Final Allowed Amount

                                       UNS                  $1.00

                                                            $1.00

Date Filed             21-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**ROBERT SHANKIE**                     **Clm No 765**      Filed In Cases: 140
16500 QUARRY ROAD, APT. 155
SOUTHGATE, MI 48195                    Class            Claim Detail Amount      Final Allowed Amount

                                       UNS                  $1.00

                                                            $1.00

Date Filed             21-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**      Visit us on the Web at www.omnimgt.com      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**           E-mail: claimsmanager@omnimgt.com           FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/14/2018 3:55:46 PM

*Claims Details*                                                                         257 of 3330

---

**ROBERT SHANNON**                    **Clm No 766**      Filed In Cases: 140

905 TYLER DRIVE

EATON RAPIDS, MI 48827

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          21-Nov-2016

Bar Date

Claim Face Value          $1.00

---

**KENNETH SHAW**                    **Clm No 767**      Filed In Cases: 140

22788 COTTAGE CT.,BLDG 9, APT 107

NOVI, MI 48375

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          21-Nov-2016

Bar Date

Claim Face Value          $1.00

---

**GARY SHELLENBARGER**                    **Clm No 768**      Filed In Cases: 140

33815 HATHAWAY STREET

LIVONIA, MI 48150

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          21-Nov-2016

Bar Date

Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              258 of 3330

---

**DORSEL SHELTON**                      **Clm No 769**        Filed In Cases: 140
2106 KANAWHA BLVD. EAST, APT. B516
CHARLESTON, WV 25311                     Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                 $1.00

                                                            $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**RONALD SHEPARD**                      **Clm No 770**        Filed In Cases: 140
10210 BABCOCK ROAD
LAINGSBURG, MI 48848-9400               Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                 $1.00

                                                            $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**LARRY SHEPHERD**                      **Clm No 771**        Filed In Cases: 140
4020 28th STREET
DETROIT, MI 48210                       Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                 $1.00

                                                            $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                             259 of 3330

---

**LEONARD SHERRILL**
4370 APPLETON TERRACE
NORTH PORT, FL 34286

**Clm No 772**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           21-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**DONALD SIEGLER**
11950 CORDUROY ROAD, P.O. BOX 152
CURTICE, OH 43412

**Clm No 773**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed           21-Nov-2016
Bar Date
Claim Face Value      $10,000.00

---

**ALFONSO SIERRA**
4562 N. JADEMOOR DRIVE
BEVERLY HILLS, FL 34465

**Clm No 774**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           21-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                          260 of 3330

---

**MICHAEL SIFTER**
35316 WEBSTER STREET
WESTLAND, MI 48185

**Clm No 775**        Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALVIN SILSBE**
296 WOODY CIRCLE
TRYON, NC 28782-6825

**Clm No 776**        Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CONNIE SIMMONS**
P.O. BOX 615
GOLDSTON, NC 27252

**Clm No 777**        Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*

---

**JAMES SIMMONS**
P.O. BOX 980523
YPSILANTI, MI 48197

**Clm No 778**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM SIMPSON**
15681 J DRIVE NORTH
MARSHALL, MI 49068

**Clm No 779**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WESLEY SIMS**
28675 KRAUTER STREET
GARDEN CITY, MI 48135

**Clm No 780**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

---

*Claims Details*                                                              262 of 3330

---

**CHARLIE, JR. SKINNER**          <u>Clm No 781</u>      Filed In Cases: 140
12062 WILFRED ST.
DETROIT, MI 48213                 Class          Claim Detail Amount       Final Allowed Amount

                                 UNS                 $1.00
                                                     $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**GEORGE SKINNER**                <u>Clm No 782</u>      Filed In Cases: 140
7169 ASPEN ROAD
LEXINGTON, MI 48450              Class          Claim Detail Amount       Final Allowed Amount

                                 UNS                 $1.00
                                                     $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**ISAAC SKINNER**                 <u>Clm No 783</u>      Filed In Cases: 140
P.O. BOX 1581
HANFORD, CA 93230               Class          Claim Detail Amount       Final Allowed Amount

                                 UNS                 $1.00
                                                     $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

---

*Claims Details*                                                              263 of 3330

---

**CATHERINE SMETANKA**              **Clm No 784**        Filed In Cases: 140

37390 FIORE TRAIL

CLINTON TOWNSHIP, MI 48036-2032

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed              21-Nov-2016

Bar Date

Claim Face Value        $10,000.00

Duplicate Claim No    785

---

**CATHERINE SMETANKA**              **Clm No 785**        Filed In Cases: 140

37390 FIORE TRAIL

CLINTON TOWNSHIP, MI 48036-2032

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed              21-Nov-2016

Bar Date

Claim Face Value        $10,000.00

Duplicate Claim No    784

---

**CECIL SMITH**                     **Clm No 786**        Filed In Cases: 140

24720 MANISTEE STREET

OAK PARK, MI 48237

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              21-Nov-2016

Bar Date

Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              264 of 3330

---

**CHARLES SMITH**                    **Clm No 787**    Filed In Cases: 140
2543 WOODCLIFF TRAIL
HARTLAND, MI 48353                    Class              Claim Detail Amount       Final Allowed Amount

UNS                $1.00
                                                        $1.00

Date Filed           21-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**DAVID SMITH**                      **Clm No 788**    Filed In Cases: 140
3893 ORR DRIVE,APT. 1B
NORTH BRANCH, MI 48461               Class              Claim Detail Amount       Final Allowed Amount

UNS                $1.00
                                                        $1.00

Date Filed           21-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**FREDDIE SMITH**                    **Clm No 789**    Filed In Cases: 140
616 THIRD AVENUE
PONTIAC, MI 48340                    Class              Claim Detail Amount       Final Allowed Amount

UNS                $1.00
                                                        $1.00

Date Filed           21-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**         **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                             265 of 3330

---

**GEORGE SMITH**                    **Clm No 790**        Filed In Cases: 140
26816 KIRKWAY CIRCLE
WOODHAVEN, MI 48183              Class        Claim Detail Amount        Final Allowed Amount

                                UNS              $1.00
                                                 $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**MICHAEL SMITH**                   **Clm No 791**        Filed In Cases: 140
655 LAWRENCE STREET
DETROIT, MI 48202               Class        Claim Detail Amount        Final Allowed Amount

                                UNS              $1.00
                                                 $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**WALTER SMITH**                    **Clm No 792**        Filed In Cases: 140
PO BOX 79
LUZERNE, MI 48636               Class        Claim Detail Amount        Final Allowed Amount

                                UNS              $1.00
                                                 $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              266 of 3330

---

**WILLIAM SMITH**                     **Clm No 793**      Filed In Cases: 140
490 HEARD STREET
FLOVILLA, GA 30216                    Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**WILLIAM SMITH**                     **Clm No 794**      Filed In Cases: 140
26803 STANFORD DR. E.
SOUTHFIELD, MI 48033                  Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**WILLIE SMITH**                      **Clm No 795**      Filed In Cases: 140
3211 ROSEDALE STREET
ANN ARBOR, MI 48108                   Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              267 of 3330

---

**ADRIAN SMOTHERS**          **Clm No 796**      Filed In Cases: 140
5870 ABBEY STREET
KALAMAZOO, MI 49048          Class              Claim Detail Amount      Final Allowed Amount

                            UNS                        $1.00
                                                       $1.00

Date Filed          21-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**EDWARD SOCIA**             **Clm No 797**      Filed In Cases: 140
142 FILLMORE PLACE
BAY CITY, MI 48708           Class              Claim Detail Amount      Final Allowed Amount

                            UNS                        $1.00
                                                       $1.00

Date Filed          21-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**JOSEPH, JR. SOLOMON**      **Clm No 798**      Filed In Cases: 140
24671 PINE AVE
MICHIGAMME, MI 49861         Class              Claim Detail Amount      Final Allowed Amount

                            UNS                        $1.00
                                                       $1.00

Date Filed          21-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              268 of 3330

---

**DONALD SPENCER**                    **Clm No 799**      Filed In Cases: 140
9757 MONROE STREET
ST. HELEN, MI 48656                    Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                    $1.00

                                                             $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**JUNIOR, JR. SPENCER**               **Clm No 800**      Filed In Cases: 140
31482 FAIRCHILD ST
WESTLAND, MI 48186                     Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                    $1.00

                                                             $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**STERLING SPENCER**                  **Clm No 801**      Filed In Cases: 140
9590 PATTON
DETROIT, MI 48228                     Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                    $1.00

                                                             $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

## *Claims Details*                                                                    269 of 3330

---

**T.J., JR. SPOKES**                    **Clm No 802**         Filed In Cases: 140
17180 WESTGROVE DR
MACOMB, MI 48042                    Class            Claim Detail Amount        Final Allowed Amount

UNS                     $1.00
                                          $1.00

Date Filed                21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**ROBERT SR**                    **Clm No 803**         Filed In Cases: 140
204 MISSOURI AVENUE
LYNN HAVEN, FL 32444                    Class            Claim Detail Amount        Final Allowed Amount

UNS                     $1.00
                                          $1.00

Date Filed                21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**ISAAC SR.**                    **Clm No 804**         Filed In Cases: 140
P.O. BOX 1581
HANFORD, CA 93230                    Class            Claim Detail Amount        Final Allowed Amount

UNS                     $1.00
                                          $1.00

Date Filed                21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                              3/14/2018 3:55:46 PM

*Claims Details*                                                                          270 of 3330

---

**CHARLES STABILE**          **Clm No 805**     Filed In Cases: 140
4838 NIAGARA STREET
WAYNE, MI 48184

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**HARVEY STACKS**          **Clm No 806**     Filed In Cases: 140
17724 HENRY STREET
MELVINDALE, MI 48122-1072

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**RONIE STEFFES**          **Clm No 807**     Filed In Cases: 140
4147 PINECREEK ROAD, APARTMENT 2
GRANDVILLE, MI 49418

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**DANIEL STEPANSKI**
23019 SHOREVIEW STREET
ST. CLAIR SHORES, MI 48082

**Clm No 808**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**ALICE STEPHENS**
7600 WIRE GRASS ROAD
ORRUM, NC 28369

**Clm No 809**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**RICHARD STEPHENS**
2111 VIA MADONNA
CARROLLTON, TX 75006

**Clm No 810**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              272 of 3330

---

**EDDIE STEVERSON**                    **Clm No 811**       Filed In Cases: 140
15875 SARATOGA STREET
DETROIT, MI 48205                       Class              Claim Detail Amount        Final Allowed Amount

                                       UNS                     $1.00
                                                               $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**DEBORAH STEWART**                    **Clm No 812**       Filed In Cases: 140
9952 KENNEDY STREET
BELLEVILLE, MI 48111-1456              Class              Claim Detail Amount        Final Allowed Amount

                                       UNS                     $1.00
                                                               $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**FRENCH STEWART**                     **Clm No 813**       Filed In Cases: 140
589 STEWART ROAD
MACON, MS 39341                        Class              Claim Detail Amount        Final Allowed Amount

                                       UNS                     $1.00
                                                               $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*　　　　3/14/2018 3:55:46 PM

*Claims Details*　　　　　　　　　　　　　　　　　　　　273 of 3330

---

**MILAN STEWART**　　　　　　**Clm No 814**　　Filed In Cases: 140
12026 SOUTHGATE DRIVE
PLAINWELL, MI 49080　　　　　Class　　　　Claim Detail Amount　　Final Allowed Amount

UNS　　　　　　$1.00

　　　　　　　　$1.00

Date Filed　　　21-Nov-2016
Bar Date
Claim Face Value　　　$1.00

---

**ROGER STOUTEN**　　　　　　**Clm No 815**　　Filed In Cases: 140
4818 Dellview Court
Hudsonville, MI 49426　　　　　Class　　　　Claim Detail Amount　　Final Allowed Amount

UNS　　　　　　$1.00

　　　　　　　　$1.00

Date Filed　　　21-Nov-2016
Bar Date
Claim Face Value　　　$1.00

---

**GEORGE STRANGE**　　　　　　**Clm No 816**　　Filed In Cases: 140
1821 HELENA AVENUE
HARTLAND, MI 48353　　　　　Class　　　　Claim Detail Amount　　Final Allowed Amount

UNS　　　　　　$1.00

　　　　　　　　$1.00

Date Filed　　　21-Nov-2016
Bar Date
Claim Face Value　　　$1.00

---

**Rust Consulting | Omni Bankruptcy**　　　**Visit us on the Web at www.omnimgt.com**　　**PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**　　　　　**E-mail: claimsmanager@omnimgt.com**　　**FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                     3/14/2018 3:55:46 PM

*Claims Details*                                                              274 of 3330

---

**FRED STRICKLAND**                    **Clm No 817**      Filed In Cases: 140
314 W. MONTANA STREET
HIGHLAND PARK, MI 48203-5215           Class            Claim Detail Amount      Final Allowed Amount

                                       UNS                  $1.00
                                                            $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**SANDRA STRICKLAND**                  **Clm No 818**      Filed In Cases: 140
28103 IMPERIAL DRIVE, APT. 312
WARREN, MI 48093                       Class            Claim Detail Amount      Final Allowed Amount

                                       UNS                  $1.00
                                                            $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**PATRICIA STROBA**                    **Clm No 819**      Filed In Cases: 140
PO BOX 66
SALINE, MI 49113                       Class            Claim Detail Amount      Final Allowed Amount

                                       UNS                $10,000.00
                                                         $10,000.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value      $10,000.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    275 of 3330

---

**RICHARD SYDNOR**
P.O. BOX 583
OAK HILL, WV 25901

**Clm No 820**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed    21-Nov-2016
Bar Date
Claim Face Value    $1.00

---

**BURTON TANK**
8902 CEDAR POINT RD
OREGON, OH 43616

**Clm No 821**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed    21-Nov-2016
Bar Date
Claim Face Value    $10,000.00

---

**RAYMOND TATUM**
5640 SANTOVITO STREET
PAHRUMP, NV 89061

**Clm No 822**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed    21-Nov-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

*Claims Details*                                                                                              276 of 3330

---

**JAMES TERRY**                        **Clm No 823**      Filed In Cases: 140
16529 TERRA BELLA STREET
CLINTON TOWNSHIP, MI 48038             Class              Claim Detail Amount        Final Allowed Amount

                                       UNS                    $1.00
                                                             $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**WILLARD THACKER**                    **Clm No 824**      Filed In Cases: 140
27551 H DRIVE NORTH
ALBION, MI 49224                       Class              Claim Detail Amount        Final Allowed Amount

                                       UNS                    $1.00
                                                             $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**DAN THAYER**                         **Clm No 825**      Filed In Cases: 140
3375 N. CENTER RD
FLINT, MI 48506                        Class              Claim Detail Amount        Final Allowed Amount

                                       UNS                    $1.00
                                                             $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                        277 of 3330

---

**KEITH THOMAS**                    **Clm No 826**        Filed In Cases: 140

P.O. BOX 854

DAVENPORT, OK 74026             Class            Claim Detail Amount        Final Allowed Amount

UNS                        $1.00

$1.00

Date Filed            21-Nov-2016

Bar Date

Claim Face Value            $1.00

---

**ODELL THOMAS**                    **Clm No 827**        Filed In Cases: 140

16716 MANSFIELD STREET

DETROIT, MI 48235                Class            Claim Detail Amount        Final Allowed Amount

UNS                        $1.00

$1.00

Date Filed            21-Nov-2016

Bar Date

Claim Face Value            $1.00

---

**BRAXTON, JR. THOMPSON**            **Clm No 828**        Filed In Cases: 140

8561 CONDIT RDPO BOS 232

HOMER, MI 49245                 Class            Claim Detail Amount        Final Allowed Amount

UNS                        $1.00

$1.00

Date Filed            21-Nov-2016

Bar Date

Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                278 of 3330

---

**FRANK THOMPSON**                     **Clm No 829**      Filed In Cases: 140
2303 LAUREL LINDALE RD.
NEW RICHMOND, OH 45157-9660            Class            Claim Detail Amount        Final Allowed Amount

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**MARY THOMPSON-HICKS**                **Clm No 830**      Filed In Cases: 140
3139 MORLEY ROAD
SHAKER HEIGHTS,  44122-2861            Class            Claim Detail Amount        Final Allowed Amount

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**HAROLD THORINGTON**                  **Clm No 831**      Filed In Cases: 140
1697 W. NIELSON ROAD
SANFORD, MI 48657                      Class            Claim Detail Amount        Final Allowed Amount

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    279 of 3330

---

**ROBERT TICE**
5455 HAYES TOWER ROAD
GAYLORD, MI 49735

**Clm No 832**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROY TILLMAN**
PO BOX 372
SAGINAW, MI 48606

**Clm No 833**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**SAMMY TILLMAN**
18090 ROSELAWN ST, APT 2
DETROIT, MI 48221

**Clm No 834**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              280 of 3330

---

**WILLIAM TINDALL**                   **Clm No 835**      Filed In Cases: 140
1405 8TH AVE NW
ARDMORE, OK 73401                     Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                  $10,000.00
                                     ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─
                                                          $10,000.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value      $10,000.00

---

**TIMOTHY TINSLEY**                   **Clm No 836**      Filed In Cases: 140
2582 W. RIVER DRIVE
GLADWIN, MI 48624                     Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                      $1.00
                                     ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─
                                                              $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**LUCY TIPTON**                       **Clm No 837**      Filed In Cases: 140
5452 WOODLAND RIDGE DRIVE
FLINT, MI 48532                       Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                      $1.00
                                     ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─
                                                              $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

**HAROLD TODD**
17545 EDWARDS
SOUTHFIELD, MI 48076

**Clm No 838**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**J.C. TOWNSEND**
123 W. BAKER STREET
FLINT, MI 48505

**Clm No 839**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHN TRESNAN**
1001 MICHIGAN AVENUE
MONROE, MI 48162-3009

**Clm No 840**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                    282 of 3330

---

**GILBERTO TREVINO**              **Clm No 841**      Filed In Cases: 140
7707 SECOR ROAD
LAMBERTVILLE, MI 48144            Class           Claim Detail Amount      Final Allowed Amount

                                 UNS                  $1.00
                                                      $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**KARL TROPF**                    **Clm No 842**      Filed In Cases: 140
43430 INTERLAKEN DRIVE
STERLING HEIGHTS, MI 48313        Class           Claim Detail Amount      Final Allowed Amount

                                 UNS                  $1.00
                                                      $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**HORACE TRUITT**                 **Clm No 843**      Filed In Cases: 140
3867 LONG CABIN DRIVE
GREEN MEADOWS 99                  Class           Claim Detail Amount      Final Allowed Amount
MACON, GA 31204
                                 UNS                  $1.00
                                                      $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              283 of 3330

---

**DARRYLL TUCKER**          **Clm No 844**      Filed In Cases: 140
1018 MONTIE
LINCOLN PARK, MI 48146      Class               Claim Detail Amount      Final Allowed Amount

                           UNS                 $1.00
                                               $1.00

Date Filed                 21-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**LUCY TUCKER**            **Clm No 845**      Filed In Cases: 140
42257 HANOVER DRIVE
BELLEVILLE, MI 48111       Class               Claim Detail Amount      Final Allowed Amount

                           UNS                 $1.00
                                               $1.00

Date Filed                 21-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**SHIVON TUCKER**          **Clm No 846**      Filed In Cases: 140
76 W. BUENA VISTA
HIGHLAND PARK, MI 48203    Class               Claim Detail Amount      Final Allowed Amount

                           UNS                 $1.00
                                               $1.00

Date Filed                 21-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                           284 of 3330

---

**RICHARD TUNE**                    **Clm No 847**    Filed In Cases: 140
9325 DIXIE HIGHWAY
BIRCH RUN, MI 48415

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              21-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**CHARLES TURK**                    **Clm No 848**    Filed In Cases: 140
13906 ARLINGTON STREET
DETROIT, MI 48212

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              21-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**MELVIN TURNER**                    **Clm No 849**    Filed In Cases: 140
29412 SPRING HILL DRIVE
SOUTHFIELD, MI 48076

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              21-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                                            285 of 3330

---

**WILLIE TURNER**              **Clm No 850**        Filed In Cases: 140
14876 CRUSE STREET
DETROIT, MI 48227              Class              Claim Detail Amount        Final Allowed Amount

                              UNS                      $1.00
                                                       $1.00

Date Filed          21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**WILLIAM UEBERROTH**          **Clm No 851**        Filed In Cases: 140
455 S. GOODYEAR STREET
OREGON, OH 43616-2914          Class              Claim Detail Amount        Final Allowed Amount

                              UNS                   $10,000.00
                                                    $10,000.00

Date Filed          21-Nov-2016
Bar Date
Claim Face Value       $10,000.00

---

**RALPH VAN**                  **Clm No 852**        Filed In Cases: 140
909 MOORE STREET
DAVISON, MI 48423              Class              Claim Detail Amount        Final Allowed Amount

                              UNS                      $1.00
                                                       $1.00

Date Filed          21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

*Claims Details*

---

**ROBERT VanBUHLER**
7754 CORBIN DRIVE
CANTON, MI 48187

**Clm No 853**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**KATHLEEN VanHOE**
5747 SHERWOOD DRIVE
PORTAGE, MI 49024

**Clm No 854**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JAMES VanHORN**
7450 MONROE ROAD
LAMBERTVILLE, MI 48144

**Clm No 855**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**   **Visit us on the Web at www.omnimgt.com**   **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**   **E-mail: claimsmanager@omnimgt.com**   **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

*Claims Details*                                                                              287 of 3330

---

**ROBERT VanWYNEN**
884 WELLS STREET
SOUTH HAVEN, MI 49090

**Clm No 856**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**BRUCE VARDON**
178 Carlisle Way
Myrtle Beach, SC 29579

**Clm No 857**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHN VARGO**
8867 COUNTRY VIEW DRIVE
SPARTA, MI 49345

**Clm No 858**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    288 of 3330

---

**ANTHONY VENDITTI**
4077 GROVELAND S.W.
NAVARRE, OH 44662-9720

**Clm No 859**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 21-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**ROBERT VERMETT**
26727 LENOX STREET
MADISON HEIGHTS, MI 48071

**Clm No 860**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DANIEL WAGGONER**
1531 TIMBERCREST WAY
CRYSTAL RIVER, FL 34429

**Clm No 861**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**NGERE WALI**
4578 MANITOU DRIVE
OKEMOS, MI 48864

**Clm No 862**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**ALBERT WALKER**
23650 TWINING DRIVE
SOUTHFIELD, MI 48075

**Clm No 863**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**JACK WALL**
204 BUTTERFLY DRIVE
FORT OGLETHORPE, GA 30742

**Clm No 864**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/14/2018 3:55:46 PM

*Claims Details*                                                      290 of 3330

---

**STEVEN WALTERS**                **Clm No 865**      Filed In Cases: 140
5418 ROLIND DRIVE
MONTGOMERY, AL                    Class          Claim Detail Amount      Final Allowed Amount

                                  UNS                 $1.00
                                                      $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**DENNIS WARD**                   **Clm No 866**      Filed In Cases: 140
303 DEEPWOOD LANE
AMHERST, OH 44001                 Class          Claim Detail Amount      Final Allowed Amount

                                  UNS                 $1.00
                                                      $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**HENRY WARREN**                  **Clm No 867**      Filed In Cases: 140
3630 HERITAGE PARKWAY
DEARBORN, MI 48124                Class          Claim Detail Amount      Final Allowed Amount

                                  UNS                 $1.00
                                                      $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                          3/14/2018 3:55:46 PM

*Claims Details*                                                                   291 of 3330

---

**JOHN WARRIOR**                          **Clm No 868**        Filed In Cases: 140
231 SPRINGVIEW DRIVE,APT. 806,
BATTLE CREEK, MI 49037                     Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

        Date Filed              21-Nov-2016
        Bar Date
        Claim Face Value             $1.00

---

**MELVIN WASHINGTON**                     **Clm No 869**        Filed In Cases: 140
5710 GRIGGS DRIVE
FLINT, MI 48504                           Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

        Date Filed              21-Nov-2016
        Bar Date
        Claim Face Value             $1.00

---

**DELBERT WATKINS**                       **Clm No 870**        Filed In Cases: 140
923 NORTH MAIN STREET
LIMA, OH 45801                            Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

        Date Filed              21-Nov-2016
        Bar Date
        Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              292 of 3330

---

**EDDIE WATKINS**                    **Clm No 871**      Filed In Cases: 140
1518 SHERIDAN AVENUE
SAGINAW, MI 48601                    Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                 $1.00
                                                        $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**FRED WATKINS**                     **Clm No 872**      Filed In Cases: 140
1146 N. EDDIE STREET
WALLED LAKE, MI 48390               Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                 $1.00
                                                        $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**JAMES WATKINS**                    **Clm No 873**      Filed In Cases: 140
11319 R DRIVE S, BOX 34
BURLINGTON, MI 49029                Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                 $1.00
                                                        $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value         $1.00

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com      PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                293 of 3330

---

**WILLE WATTS**                    **Clm No 874**    Filed In Cases: 140
19340 DALE
DETROIT, MI 48219               | Class | Claim Detail Amount | Final Allowed Amount |
                               | --- | --- | --- |
                               | UNS | $1.00 | |
                               | | $1.00 | |

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**ROBERT WEBER**                    **Clm No 875**    Filed In Cases: 140
1711 W. DANSVILLE ROAD
MASON, MI 48854                | Class | Claim Detail Amount | Final Allowed Amount |
                               | --- | --- | --- |
                               | UNS | $1.00 | |
                               | | $1.00 | |

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**FREDDIE WEIERS**                   **Clm No 876**    Filed In Cases: 140
5936 S. MOUNT TOM ROAD
ROSE CITY, MI 48654           | Class | Claim Detail Amount | Final Allowed Amount |
                               | --- | --- | --- |
                               | UNS | $1.00 | |
                               | | $1.00 | |

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**JAMES WEINZIERL**
14421 MORAVIAN MANOR CIRCLE
STERLING HEIGHTS, MI 48312

**Clm No 877**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CEPHUS WELCH**
6544 FIRWOOD STREET
DETROIT, MI 48210

**Clm No 878**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ULYSSES WELCH**
713 16TH STREET SOUTH
BESSEMER, AL 35020

**Clm No 879**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*

---

**CHARLES WELLS**
35452 EDGETON COURT,APT. 203
FARMINGTON HILLS, MI 48335

**Clm No 880**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**PHILIP WENZEL**
2413 TWILIGHT STREET
JACKSON, MI 49203

**Clm No 881**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROSCOE WEST**
62 EAST MAIN STREET,APARTMENT 5
ALLIANCE, OH 44601

**Clm No 882**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                    296 of 3330

---

**LARRY WESTBROOK**                    **Clm No 883**        Filed In Cases: 140
24164 EDGEMONT
SOUTHFIELD, MI 48033                   Class              Claim Detail Amount          Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**LEONARD WESTBROOK**                  **Clm No 884**        Filed In Cases: 140
363 NORWAY STREET
YORK, PA 17403                         Class              Claim Detail Amount          Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**DUANE WHALEY**                       **Clm No 885**        Filed In Cases: 140
63133 16TH AVENUE
BANGOR, MI 49013                       Class              Claim Detail Amount          Final Allowed Amount

                                       UNS                 $10,000.00
                                                           $10,000.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value       $10,000.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             FAX: (818) 783-2737
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

297 of 3330

---

**RONALD WHEELER**
14158 POND BLUFF DR
BELLEVILLE, MI 48111

**Clm No 886**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GLORIA WHITE**
1484 ROBERT BRADBY DRIVE,APT. A
DETROIT, MI 48207

**Clm No 887**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Virgil White**
5870 W. Co. Rd. 275 S.
N. Vernon, IN 47265

**Clm No 888**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                      298 of 3330

---

**DENNIS WIECHERT**
210 WEAVER DRIVE
HOUGHTON LAKE, MI 48629

**Clm No 889**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 21-Nov-2016 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**DONALD WILBURN**
219 BRADLEY STREET
SAGINAW, MI 48601-4702

**Clm No 890**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 21-Nov-2016 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**GALEN WILCOX**
2308 STATE STREET
YPSILANTI, MI 48198

**Clm No 891**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 21-Nov-2016 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    299 of 3330

---

**KIP WILLETTS**
605 JOHN ROLFE DRIVE
MONROE, MI 48162

**Clm No 892**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BARBARA WILLIAMS**
20100 WOODINGHAM DRIVE
DETROIT, MI 48221

**Clm No 893**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DENNIS WILLIAMS**
48552 GLADSTONE ROAD
CANTON, MI 48188

**Clm No 894**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              300 of 3330

---

**HAROLD WILLIAMS**                      **Clm No 895**      Filed In Cases: 140
8650 N. EVANGELINE ST.
DEARBORN HEIGHTS, MI 48127-1258          Class            Claim Detail Amount      Final Allowed Amount

                                         UNS                  $1.00
                                                              $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**MILLARD WILLIAMS**                     **Clm No 896**      Filed In Cases: 140
33121 BERNICE AVENUE
PAW PAW, MI 49079                         Class            Claim Detail Amount      Final Allowed Amount

                                         UNS                  $1.00
                                                              $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**JAMES WILLIAMSON**                     **Clm No 897**      Filed In Cases: 140
806 E. 4TH STREET
MONROE, MI 48161                         Class            Claim Detail Amount      Final Allowed Amount

                                         UNS                  $1.00
                                                              $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/14/2018 3:55:46 PM

---

*Claims Details*                                                        301 of 3330

---

**ANTHONY, SR. WILSON**          **Clm No 898**     Filed In Cases: 140
5180 S. MIDDLEBELT ROAD
WESTLAND, MI 48186               Class          Claim Detail Amount      Final Allowed Amount

                                UNS                $1.00
                                                   $1.00

Date Filed          21-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**ARTHUR WILSON**                **Clm No 899**     Filed In Cases: 140
14607 ARDMORE STREET
DETROIT, MI 48227               Class          Claim Detail Amount      Final Allowed Amount

                                UNS                $1.00
                                                   $1.00

Date Filed          21-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**LLOYD WILSON**                 **Clm No 900**     Filed In Cases: 140
4286 COUNTY HIGHWAY C
NEILLSVILLE, WI 54456           Class          Claim Detail Amount      Final Allowed Amount

                                UNS                $10,000.00
                                                   $10,000.00

Date Filed          21-Nov-2016
Bar Date
Claim Face Value     $10,000.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    302 of 3330

---

**OSCAR, JR. WILSON**
2404 LEDYARD STREET
SAGINAW, MI 48601

**Clm No 901**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**TERRY WILSON**
1530 NORTH CHURCH STREET
KALAMAZOO, MI 49007

**Clm No 902**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LONNIE WINDHAM**
11653 MARTIN ROAD,APT. 4
WARREN, MI 48093

**Clm No 903**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                    303 of 3330

---

**DOUGLAS WINGO**                    **Clm No 904**        Filed In Cases: 140
5061 N. 49TH STREET
MILWAUKEE, WI 53218          Class          Claim Detail Amount        Final Allowed Amount

                             UNS                  $1.00

                                                 $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**HERBERT WINTERLEE**                **Clm No 905**        Filed In Cases: 140
9611 BARKLEY RD
MILLINGTON, MI 48746         Class          Claim Detail Amount        Final Allowed Amount

                             UNS                  $1.00

                                                 $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**JAMES WINTERLEE**                  **Clm No 906**        Filed In Cases: 140
2665 S. COUNTY ROAD 489
LEWISTON, MI 49756           Class          Claim Detail Amount        Final Allowed Amount

                             UNS                  $1.00

                                                 $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

---

**FRED WITHEM**
303 WOODLAWN DRIVE
TIPP CITY, OH 45371

**Clm No 907**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DENNIE WITHERSPOON**
11809 NEVINS ROAD
MOUNDVILLE, AL 35474

**Clm No 908**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DONALD WOLFE**
5325 OTTAWA RIVER ROAD
TOLEDO, OH 43611

**Clm No 909**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                    305 of 3330

---

**JACK WOODRUFF**                    **Clm No 910**        Filed In Cases: 140
352 HAYES TOWER RD
GAYLORD, MI 49735                    Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**M WOODS**                          **Clm No 911**        Filed In Cases: 140
1498 WINGATE
YPSILANTI, MI 48198                  Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**WILLIE WOODS**                     **Clm No 912**        Filed In Cases: 140
22860 KENWYCK DRIVE
SOUTHFIELD, MI 48034                 Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed            21-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                      306 of 3330

---

**WILLIAM WORTHING**           **Clm No 913**      Filed In Cases: 140
4765 MALONEY ROAD
PINCONNING, MI 48650          Class            Claim Detail Amount      Final Allowed Amount

UNS                    $1.00
                                                       $1.00

Date Filed          21-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**NANCY WOZNIAK**              **Clm No 914**      Filed In Cases: 140
23447 DONALDSON
CLINTON TOWNSHIP, MI 48035-4319   Class         Claim Detail Amount      Final Allowed Amount

UNS                    $10,000.00
                                                       $10,000.00

Date Filed          21-Nov-2016
Bar Date
Claim Face Value        $10,000.00

---

**MARION WRIGHT**              **Clm No 915**      Filed In Cases: 140
11500 SHOEMAKERAPT 102
DETROIT, MI 48213             Class            Claim Detail Amount      Final Allowed Amount

UNS                    $1.00
                                                       $1.00

Date Filed          21-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**MATTHEW WRIGHT**
18220 ALTA VISTA DRIVE
SOUTHFIELD, MI 48075

**Clm No 916**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CLIFFORD YOUNG**
1484 ROBERT BRADBY DRIVE APT. A
DETROIT, MI 48207

**Clm No 917**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GARY YOUNG**
200 JAKWAY AVENUE
BENTON HARBOR, MI 49022

**Clm No 918**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 21-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

### Claims Details                                                            308 of 3330

---

**ALOIS ZACK**
2184 LONDON BRIDGE DRIVE
ROCHESTER HILLS, MI 48307

**Clm No 919**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**DAVID ZELEK**
9014 CROSLEY
REDFORD, MI 48239

**Clm No 920**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MICHAEL ZELLA**
38227 AVONDALE STREET
WESTLAND, MI 48186

**Clm No 921**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 21-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

*Claims Details*                                                                                          309 of 3330

---

**ARTHUR ZIEGLER**                          **Clm No 922**        Filed In Cases: 140
4043 E. COLORADO STREET
LONG BEACH, CA 90814                         Class              Claim Detail Amount        Final Allowed Amount

                                            UNS                      $1.00
                                                                     $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**BERNARD ZIEGLER**                         **Clm No 923**        Filed In Cases: 140
14051 EDGEWOOD STREET
LIVONIA, MI 48154                            Class              Claim Detail Amount        Final Allowed Amount

                                            UNS                      $1.00
                                                                     $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Walter J. Luchart**                       **Clm No 924**        Filed In Cases: 140
525 Riverleigh Ave. Unit P-12
Riverhead, NY 11901                          Class              Claim Detail Amount        Final Allowed Amount

                                            UNS                      $1.00
                                                                     $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/14/2018 3:55:46 PM

---

*Claims Details*                                                               310 of 3330

---

**Kathleen Light**                    **Clm No 925**      Filed In Cases: 140
273 Barmore Rd.
Lagrangeville, NY 12540                 Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**James T. Logan**                     **Clm No 926**      Filed In Cases: 140
481 Quarry Rd.
Ottsville, PA 18942                     Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Anthony Fosco**                      **Clm No 927**      Filed In Cases: 140
199-40 19th Avenue
Whitestone, NY 11357                    Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                311 of 3330

---

**Joseph Franco**                          **Clm No 928**      Filed In Cases: 140
7200 Sunshine Skyway Lane 3-B
St. Petersburg, FL 33711                    Class        Claim Detail Amount      Final Allowed Amount

                                           UNS                  $1.00
                                                                $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Ronald R. Behnke**                       **Clm No 929**      Filed In Cases: 140
78 Glen Ave.
Paramus, NJ 07652                          Class        Claim Detail Amount      Final Allowed Amount

                                           UNS                  $1.00
                                                                $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**William F. Bell**                        **Clm No 930**      Filed In Cases: 140
207 Lexington Rd.
Shirley, NY 11967                          Class        Claim Detail Amount      Final Allowed Amount

                                           UNS                  $1.00
                                                                $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

312 of 3330

---

**Ronald A. Beebe**
9316 Glascow Drive
Fredericksburg, VA 22408

**Clm No 931**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas Batas**
12 Romeo Circle
Plattsburgh, NY 12901

**Clm No 932**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William J. Bataille**
77 Stanton St.
Clark, NJ 07066

**Clm No 933**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    313 of 3330

---

**Michael P. Barry**          **Clm No 934**    Filed In Cases: 140
486 Bogert Rd.
River Edge, NJ 07661          Class          Claim Detail Amount      Final Allowed Amount

                              UNS                    $1.00
                                                     $1.00

Date Filed          14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Theresa Barone**          **Clm No 935**    Filed In Cases: 140
47 Tyndale Place
Yonkers, NY 10701          Class          Claim Detail Amount      Final Allowed Amount

                              UNS                    $1.00
                                                     $1.00

Date Filed          14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Hilton Barker**          **Clm No 936**    Filed In Cases: 140
1408 Webster Ave. 20L
Bronx, NY 10456          Class          Claim Detail Amount      Final Allowed Amount

                              UNS                    $1.00
                                                     $1.00

Date Filed          14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Daniel Barbaro**
30 West Melrose Street
Valley Stream, NY 11580

**Clm No 937**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anita Barbagallo**
2 Calalou Court
Toms River, NJ 08757

**Clm No 938**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Baran**
200 Watchung Fork
Westfield, NJ 07090

**Clm No 939**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                          315 of 3330

---

**Gerald Atwood**                    **Clm No 940**        Filed In Cases: 140
1301 East 57 St.
Brooklyn, NY 11234-4014              Class            Claim Detail Amount        Final Allowed Amount

                                    UNS                      $1.00
                                    ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─
                                                             $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Marion Arnold**                    **Clm No 941**        Filed In Cases: 140
244 South Greenfield Rd.
Greenfield Center, NY 12833          Class            Claim Detail Amount        Final Allowed Amount

                                    UNS                      $1.00
                                    ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─
                                                             $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Michael Anderson**                 **Clm No 942**        Filed In Cases: 140
21 Majestic Dr.
Freehold, NJ 07728                   Class            Claim Detail Amount        Final Allowed Amount

                                    UNS                    $10,000.00
                                    ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─
                                                         $10,000.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value      $10,000.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

316 of 3330

---

**Susan E. Andersen**
264 Hoover Avenue
Edison, NJ 08837

**Clm No 943**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Giuseppe Amato**
534 1st Street
Franklin Square, NY 11010

**Clm No 944**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jerome Aumente**
23 Noranda St.
Toms River, NJ 08757

**Clm No 945**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |
| Duplicate Claim No | 15 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

317 of 3330

---

**Fred Adams**
431 Garfield Ave.
Avon, NJ 07717

**Clm No 946**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**John Zimniak**
8 Ironwood Dr.
Highland Mills, NY 10930

**Clm No 947**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Anton Zic**
561 Sollas Court
Lyndhurst, NY 07071

**Clm No 948**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***　　3/14/2018 3:55:46 PM

*Claims Details*　　318 of 3330

---

**Antoinette Summers**　　**Clm No 949**　　Filed In Cases: 140
246 Spring Valley Rd.
Paramus, NJ 07652

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mary Ann Cloonan**　　**Clm No 950**　　Filed In Cases: 140
117 Coddington Ave
Staten Island, NY 10306

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Domingos Cavilhas**　　**Clm No 951**　　Filed In Cases: 140
37 Renier Ct.
Middletown, NJ 07748

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**　　**Visit us on the Web at www.omnimgt.com**　　**PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**　　**E-mail: claimsmanager@omnimgt.com**　　**FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              319 of 3330

---

**Mary T. Callanan**            **Clm No 952**        Filed In Cases: 140
2083 E. Lakeview Dr
Sebastian, FL 32958             Class          Claim Detail Amount      Final Allowed Amount

                               UNS                  $1.00
                                                                        
                                                    $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Domenica Carbone**           **Clm No 953**        Filed In Cases: 140
102 Torrey Pines Dr.
Toms River, NJ 08757           Class          Claim Detail Amount      Final Allowed Amount

                               UNS                $10,000.00
                                                                        
                                                  $10,000.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value      $10,000.00

---

**Marilyn Choida**             **Clm No 954**        Filed In Cases: 140
12 Westgate Ct.
Toms River, NJ 08757           Class          Claim Detail Amount      Final Allowed Amount

                               UNS                  $1.00
                                                                        
                                                    $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                3/14/2018 3:55:46 PM

*Claims Details*                                                      320 of 3330

---

**Louise A. Catalano**                    **Clm No 955**        Filed In Cases: 140
15 Tamarack Pl.
Greenwich, CT 06831                       Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                   $10,000.00
                                                               $10,000.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value        $10,000.00

---

**Bradley P. Conklin**                    **Clm No 956**        Filed In Cases: 140
89 Cedar Flats Rd.
Stony Point, NY 10980                     Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                     $1.00
                                                                 $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Marjorie M. Ellis**                     **Clm No 957**        Filed In Cases: 140
777 Springdale Ave. Apt. 3-E
East Orange, NJ 07017                     Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                     $1.00
                                                                 $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

### Claims Details

321 of 3330

---

**James P. Elkins**
2303 Caraway Drive
Venice, FL 34292

**Clm No 958**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert A. Esposito**
223-06 Manor Road
Queens Village, NY 11427

**Clm No 959**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Belinda Stinson**
879 Rising Star Rd.
Hollysprings, MS 38635

**Clm No 960**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 7-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |
| Duplicate Claim No | 81 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**     **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                      322 of 3330

---

**Dorothy Kelley**                          **Clm No 961**      Filed In Cases: 140
1115 Drake Ave.
Roselle, NJ 07203                           Class            Claim Detail Amount      Final Allowed Amount

                                            UNS                  $1.00
                                                                 $1.00

Date Filed                 14-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Kenneth Kilgannon**                       **Clm No 962**      Filed In Cases: 140
164 Lakeside Dr.
Lewes, DE 19958                             Class            Claim Detail Amount      Final Allowed Amount

                                            UNS                  $1.00
                                                                 $1.00

Date Filed                 14-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Stanley J. Stempinski**                   **Clm No 963**      Filed In Cases: 140
24 S Minisink Ave.
Sayreville, NJ 08872                        Class            Claim Detail Amount      Final Allowed Amount

                                            UNS                  $1.00
                                                                 $1.00

Date Filed                 14-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              323 of 3330

---

**Matthew F. Freni**           **Clm No 964**      Filed In Cases: 140
100 Boniface Drive
Pine Bush, NY 12566            Class          Claim Detail Amount      Final Allowed Amount

                              UNS                 $1.00
                                                  $1.00

Date Filed          14-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Pat Lempa**                  **Clm No 965**      Filed In Cases: 140
403 Elizabeth Ave.
Point Pleasant Beach, NJ 08742  Class         Claim Detail Amount      Final Allowed Amount

                              UNS              $10,000.00
                                               $10,000.00

Date Filed          14-Nov-2016
Bar Date
Claim Face Value        $10,000.00

---

**William B. Leet**            **Clm No 966**      Filed In Cases: 140
2364 State Route 5
Chittenango, NY 13037-8766     Class          Claim Detail Amount      Final Allowed Amount

                              UNS                 $1.00
                                                  $1.00

Date Filed          14-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

324 of 3330

---

**Raymond Leonard**
38 Luhmann Terr
Secaucus, NJ 07094

**Clm No 967**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mary Campi Murphy**
501 Philadelphia Blvd.
Sea Girt, NJ 08750

**Clm No 968**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Debra Cangro**
4 Easy Ct.
Spotswood, NJ 08884

**Clm No 969**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                     3/14/2018 3:55:46 PM

### *Claims Details*                                                                              325 of 3330

---

**Patricia Cavallaro**                         **Clm No 970**        Filed In Cases: 140
496 Arlene St.
Staten Island, NY 10314              | Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 14-Nov-2016 |
| --- | --- |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Thomas Chamra**                            **Clm No 971**        Filed In Cases: 140
57 Durant Ave.
Holmdel, NJ 07733                    | Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
| --- | --- |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Karen Morrison**                           **Clm No 972**        Filed In Cases: 140
100 Montgomery St. #21-D
Jersey City, NJ 07302                | Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
| --- | --- |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**    3/14/2018 3:55:46 PM

*Claims Details*    326 of 3330

---

**Robert A. Cipoletti**          **Clm No 973**    Filed In Cases: 140
9 William Ave.
Staten Island, NY 10368

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed      | 14-Nov-2016 |
|-----------------|-------------|
| Bar Date        |             |
| Claim Face Value | $1.00      |

---

**Tracy Dudyshyn**          **Clm No 974**    Filed In Cases: 140
703 Route 6 N
Mahopac, NY 10541

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed      | 14-Nov-2016 |
|-----------------|-------------|
| Bar Date        |             |
| Claim Face Value | $1.00      |

---

**James DeLorenzo**          **Clm No 975**    Filed In Cases: 140
9 O'Connor Circle
West Orange, NJ 07052

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed      | 14-Nov-2016 |
|-----------------|-------------|
| Bar Date        |             |
| Claim Face Value | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Deanna Schrier**
48 Masters Circle
Marlton, NJ 08053

**Clm No 976**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**James S. Dixon**
130 Clymer St. 17-A
Brooklyn, NY 11249

**Clm No 977**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Nancy J. Contrino**
265 W. Shirley Ave.
Edison, NJ 08820

**Clm No 978**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**    3/14/2018 3:55:46 PM

*Claims Details*    328 of 3330

---

| **John Dunleavy** | **Clm No 979** | Filed In Cases: 140 | |
|---|---|---|---|
| 30 Marianne St. | Class | Claim Detail Amount | Final Allowed Amount |
| Staten Island, NY 10302 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Leonard P. Era** | **Clm No 980** | Filed In Cases: 140 | |
|---|---|---|---|
| 27 W 26th St. | Class | Claim Detail Amount | Final Allowed Amount |
| Bayonne, NJ 07002 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Jean Farneski** | **Clm No 981** | Filed In Cases: 140 | |
|---|---|---|---|
| 123 Bonney CT. | Class | Claim Detail Amount | Final Allowed Amount |
| Bridgewater, NJ 08807 | UNS | $10,000.00 | |
| | | $10,000.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*     3/14/2018 3:55:46 PM

## Claims Details

**Jeanette Febbo**
725 Sayre Ave.
Phillipsburg, NJ 08865

**Clm No 982**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Francis G. Fee, Sr.**
1810 Bushwick Ave.
Merrick, NY 11566-2941

**Clm No 983**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dolores R. Firestine**
657-C Nutley Drive
Monroe Twp. NJ 08831

**Clm No 984**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

330 of 3330

---

**Keith Forbes**
38 Ridgeview Ave.
West Orange, NJ 07052

**Clm No 985**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robbie Mitchell, Jr.**
1015 Summitt Ave. #6-E
Bronx, NY 10452

**Clm No 986**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jeffrey Mleczko**
18-6th Street
Flagtown, NJ 08821

**Clm No 987**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                              3/14/2018 3:55:46 PM

*Claims Details*                                                                        331 of 3330

---

**Brian J. Moley**                    **Clm No 988**       Filed In Cases: 140
757 Francis Dr.
Wantagh, NY 11793                     Class            Claim Detail Amount        Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Alice Mondano**                     **Clm No 989**       Filed In Cases: 140
15 Aruba Court
Toms River, NJ 08757                  Class            Claim Detail Amount        Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Robert Scollan**                    **Clm No 990**       Filed In Cases: 140
288 Neptune Ave.
Jersey City, NJ 07305                 Class            Claim Detail Amount        Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/14/2018 3:55:46 PM

*Claims Details*                                                                  332 of 3330

---

**Sally Ann Boccippio**                **Clm No 991**        Filed In Cases: 140
10 Darien Court
Colts Neck, NJ 07722                   Class              Claim Detail Amount        Final Allowed Amount

                                       UNS                    $10,000.00
                                                             $10,000.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value        $10,000.00

---

**Doreen A. Seyfried**                 **Clm No 992**        Filed In Cases: 140
75 Oak Place
Mattituck, NY 11952                    Class              Claim Detail Amount        Final Allowed Amount

                                       UNS                       $1.00
                                                                $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Sally Sheppard**                     **Clm No 993**        Filed In Cases: 140
3435 Heather Lane
Wantagh, NY 11793                      Class              Claim Detail Amount        Final Allowed Amount

                                       UNS                       $1.00
                                                                $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                             333 of 3330

---

**Regina Wittosch**            **Clm No 994**      Filed In Cases: 140
28 Cedar Hill Dr.
Warwick, NY 10990              Class          Claim Detail Amount        Final Allowed Amount

                              UNS                      $1.00
                                                       $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**James Silk**                 **Clm No 995**      Filed In Cases: 140
105 Prime Ave. Apt. B-7
Huntington, NY 11743          Class          Claim Detail Amount        Final Allowed Amount

                              UNS                      $1.00
                                                       $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Ramona M. Hallick**          **Clm No 996**      Filed In Cases: 140
240 Urma Ave.
Clifton, NJ 07013             Class          Claim Detail Amount        Final Allowed Amount

                              UNS                      $1.00
                                                       $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Gerard Sloboda**
110 Bone Hollow Rd.
Accord, NY 12404

**Clm No 997**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wayne R. Smith**
39 Westbrook Pl.
Kingston, NY 12401

**Clm No 998**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Karen Walters**
1 Lakeside Overlook
Rockville, MD 20850

**Clm No 999**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |
| Duplicate Claim No | 1000 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

### Claims Details

335 of 3330

---

**Karen Walters**
1 Lakeside Overlook
Rockville, MD 20850

**Clm No 1000**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         14-Nov-2016
Bar Date
Claim Face Value        $1.00

Duplicate Claim No   999

---

**Archie Stewart**
201 Bloomfield Ave.
Nutley, NJ 07110

**Clm No 1001**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         14-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Francis Swartz**
79 Ridge Rd.
Marlboro, NY 12542

**Clm No 1002**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         14-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    336 of 3330

---

**Nicolo Tenaglia**    **Clm No 1003**    Filed In Cases: 140
33-15 Clearview Expressway
Bayside, NY 11361

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Selma Tomaszewski**    **Clm No 1004**    Filed In Cases: 140
57 Lembeck Ave.
Jersey City, NJ 07305

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Mary Valenti**    **Clm No 1005**    Filed In Cases: 140
21 Tupelo Rd.
Bayville, NJ 08721

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/14/2018 3:55:46 PM

*Claims Details*                                                                    337 of 3330

---

**Robert R. Vargo**                    **Clm No 1006**    Filed In Cases: 140
520 Broad St.
Pen Argyl, PA 18072                     Class            Claim Detail Amount        Final Allowed Amount

                                        UNS              $1.00

                                                         $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rose Marie Verni**                   **Clm No 1007**    Filed In Cases: 140
110 N Titmus Dr.
Mastic, NY 11950                        Class            Claim Detail Amount        Final Allowed Amount

                                        UNS              $1.00

                                                         $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Dolores Vislocky**                   **Clm No 1008**    Filed In Cases: 140
3658 Fiddler Lane
Bethpage, NY 11714                      Class            Claim Detail Amount        Final Allowed Amount

                                        UNS              $1.00

                                                         $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                              338 of 3330

---

**Giuseppe Vitalino**               **Clm No 1009**    Filed In Cases: 140
30 Vega Dr.
Ronkonkoma, NY 11779              Class              Claim Detail Amount          Final Allowed Amount

                                 UNS                        $1.00
                                                            $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Mary McCahill**                  **Clm No 1010**    Filed In Cases: 140
23 Manor Rd.
Staten Island, NY 10310           Class              Claim Detail Amount          Final Allowed Amount

                                 UNS                        $1.00
                                                            $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Marie D. McHugh**                **Clm No 1011**    Filed In Cases: 140
468-16th St.
Brooklyn, NY 11215                Class              Claim Detail Amount          Final Allowed Amount

                                 UNS                        $1.00
                                                            $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                               339 of 3330

---

**Ronald Menin**                 **Clm No 1012**    Filed In Cases: 140

6 Hills Lane

Setauket, NY 11733               | Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed              14-Nov-2016

Bar Date

Claim Face Value        $10,000.00

---

**Robert Mazzacco**              **Clm No 1013**    Filed In Cases: 140

52 Falmouth St.

Toms River, NJ 08757             | Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | $1.00 | |
| | $1.00 | |

Date Filed              14-Nov-2016

Bar Date

Claim Face Value        $1.00

---

**John F. McAdams**              **Clm No 1014**    Filed In Cases: 140

19 Columbus Ave.

Harrington Pk, NJ 07640          | Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | $1.00 | |
| | $1.00 | |

Date Filed              14-Nov-2016

Bar Date

Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

340 of 3330

---

**Catherine A. McCormack**
81 16th Street
W Babylon, NY 11704

**Clm No 1015**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Josephine Mastrogiovanni**
1123-83rd Street
Brooklyn, NY 11228

**Clm No 1016**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Margaret Mattaliano**
941 Marble Drive
Naples, FL 34104

**Clm No 1017**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

## Claims Details

---

**Edward Sweeney**          **Clm No 1018**    Filed In Cases: 140
731 Mayfield Dr.
Potsdam, NY 13676

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Ralph Marigliano, Jr.**          **Clm No 1019**    Filed In Cases: 140
923 Niagara St.
Elmont, NY 11003

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Richard Marray**          **Clm No 1020**    Filed In Cases: 140
43 Tanager Rd. Apt 43-05
Monroe, NY 10950

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

---

*Claims Details*

342 of 3330

---

**Marcelo Marrero**
23 Sun Glow Terrace
Middleton, NY 10941

**Clm No 1021**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Gerald Mangino**
233 Eastham Rd.
Point Pleasant, NJ 08742

**Clm No 1022**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Thomas J. Manning**
28 North Cherokee Lane
Brick, NJ 08724

**Clm No 1023**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                     3/14/2018 3:55:46 PM

*Claims Details*                                                        343 of 3330

---

**Leon R. Malanowski**         **Clm No 1024**      Filed In Cases: 140
69 Spruce Ave.
Floral Park, NY 11001          Class            Claim Detail Amount      Final Allowed Amount

                               UNS                  $1.00
                                                    $1.00

Date Filed          14-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Edward E. Malchuski**        **Clm No 1025**      Filed In Cases: 140
138 Sherry St.
East Islip, NY 11730-2810      Class            Claim Detail Amount      Final Allowed Amount

                               UNS                  $1.00
                                                    $1.00

Date Filed          14-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**George Lyons**               **Clm No 1026**      Filed In Cases: 140
3971 Maywood Drive
Seaford, NY 11783              Class            Claim Detail Amount      Final Allowed Amount

                               UNS                  $1.00
                                                    $1.00

Date Filed          14-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    344 of 3330

| **John J. Madden** | **Clm No 1027** | Filed In Cases: 140 | |
|---|---|---|---|
| 10 Quarry Drive, #C1 | Class | Claim Detail Amount | Final Allowed Amount |
| Woodland Park, NJ 07424 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **John J. Madia** | **Clm No 1028** | Filed In Cases: 140 | |
|---|---|---|---|
| 559 Park Road | Class | Claim Detail Amount | Final Allowed Amount |
| Morris Plains, NJ 07950 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Lester Long** | **Clm No 1029** | Filed In Cases: 140 | |
|---|---|---|---|
| 32 Commonwealth Ave. | Class | Claim Detail Amount | Final Allowed Amount |
| Red Bank, NJ 07701 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              345 of 3330

---

**Wafaa Elshoubri**                    **Clm No 1030**      Filed In Cases: 140
5 Elisa Court
Manalapan, NJ 07726                     Class        Claim Detail Amount      Final Allowed Amount

                                        UNS              $10,000.00
                                                         $10,000.00

Date Filed                 14-Nov-2016
Bar Date
Claim Face Value           $10,000.00

---

**Angela Elukowicz**                   **Clm No 1031**      Filed In Cases: 140
10 Mayaquez Lane
Toms River, NJ 08757                    Class        Claim Detail Amount      Final Allowed Amount

                                        UNS              $1.00
                                                         $1.00

Date Filed                 14-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Cesidio Di Cristoforo**              **Clm No 1032**      Filed In Cases: 140
37 Lion St.
Staten Island, NY 10307                 Class        Claim Detail Amount      Final Allowed Amount

                                        UNS              $10,000.00
                                                         $10,000.00

Date Filed                 14-Nov-2016
Bar Date
Claim Face Value           $10,000.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                              3/14/2018 3:55:46 PM

## *Claims Details*                                                                    346 of 3330

---

**Anne DiGiaimo**                        **Clm No 1033**      Filed In Cases: 140
23-14 Watkins Ave.
Fair Lawn, NJ 07410                       Class              Claim Detail Amount      Final Allowed Amount

                                          UNS                $10,000.00

                                                             $10,000.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value        $10,000.00

---

**Antoinette Blanti**                    **Clm No 1034**      Filed In Cases: 140
4329 Hylan Blvd.
Stanten Island, NY 10312                  Class              Claim Detail Amount      Final Allowed Amount

                                          UNS                $1.00

                                                             $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Salvatore Bongiorno**                  **Clm No 1035**      Filed In Cases: 140
28 Larch Ct. S
Staten Island, NY 10309                   Class              Claim Detail Amount      Final Allowed Amount

                                          UNS                $1.00

                                                             $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                              347 of 3330

---

**Rosemarie Beyer**                    **Clm No 1036**    Filed In Cases: 140
390 Sheffield St.
Staten Island, NY 10316                Class          Claim Detail Amount        Final Allowed Amount

                                       UNS                    $1.00
                                                             $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Donna Bianco-Gutierrez**             **Clm No 1037**    Filed In Cases: 140
635 Vale Drive
Morganville, NJ 07751                  Class          Claim Detail Amount        Final Allowed Amount

                                       UNS                    $1.00
                                                             $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Edward J. Brennan, Jr.**             **Clm No 1038**    Filed In Cases: 140
821 Clifton Street
Forked River, NJ 08731                 Class          Claim Detail Amount        Final Allowed Amount

                                       UNS                    $1.00
                                                             $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              348 of 3330

---

**Paul J. Brunner**                     **Clm No 1039**      Filed In Cases: 140
263 Ellen Dr.
Cheektowaga, NY 14225                   Class           Claim Detail Amount        Final Allowed Amount

                                        UNS                 $10,000.00

                                                            $10,000.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value        $10,000.00

---

**Arlene Boyce**                        **Clm No 1040**      Filed In Cases: 140
114-54 178th Place
St. Albans Queens, NY 11434             Class           Claim Detail Amount        Final Allowed Amount

                                        UNS                     $1.00

                                                               $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Charles Bourgade**                    **Clm No 1041**      Filed In Cases: 140
107-B Round Pond Rd.
Ronkonkoma, NY 11779                    Class           Claim Detail Amount        Final Allowed Amount

                                        UNS                     $1.00

                                                               $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

349 of 3330

---

**Lucille Capasso**
4 Marigold Lane
Little Egg Harbor, NJ 08087

**Clm No 1042**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Albert T. Cairo**
41 Donrovin Ct.
Manchester, NJ 08759

**Clm No 1043**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Marie Candiano**
3811 SW 5th Place
Cape Coral, FL 33914

**Clm No 1044**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

---

*Claims Details*                                                             350 of 3330

---

| **Michael A. Caruso** | **Clm No 1045** | Filed In Cases: 140 | |
|---|---|---|---|
| 3 Pinnacle Blvd. | Class | Claim Detail Amount | Final Allowed Amount |
| Newburgh, NY 12550 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Charles H. Busch** | **Clm No 1046** | Filed In Cases: 140 | |
|---|---|---|---|
| 7778 Cypress Walk Dr. | Class | Claim Detail Amount | Final Allowed Amount |
| Ft. Myers, FL 33966 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Claudette Briggs** | **Clm No 1047** | Filed In Cases: 140 | |
|---|---|---|---|
| 37811 Chancey Rd. | Class | Claim Detail Amount | Final Allowed Amount |
| Box 469 | UNS | $1.00 | |
| Zephyrhills, FL 33541 | | $1.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

351 of 3330

---

**Patrick J. Crowley**
110 Purser Place., Apt. B
Yonkers, NY 10705

**Clm No 1048**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Loretta F. Caprara**
1930 Bay Blvd.
Ortley Beach, NJ 08751

**Clm No 1049**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Chase**
8 Mt. Lane
PO Box 2086
Wilton, NY 12831

**Clm No 1050**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              352 of 3330

---

**Angelo Caiozzo**
504 Casa Puya Circle
St. Augustine, FL 32080

**Clm No 1051**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Caterina Cotrone**
15 Ross Road
Wallington, NJ 07057

**Clm No 1052**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Charles Cirbus**
6 Daniel Place
Matawan, NJ 07747

**Clm No 1053**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                          3/14/2018 3:55:46 PM

*Claims Details*                                                                353 of 3330

---

**Joseph C. Cialone**                    **Clm No 1054**      Filed In Cases: 140
7299 Carducci Court
Naples, FL 34114                         Class          Claim Detail Amount       Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Paul C. Carey**                        **Clm No 1055**      Filed In Cases: 140
21142 E Nassau Ave.
Aurora, CO 80013                         Class          Claim Detail Amount       Final Allowed Amount

                                         UNS                 $10,000.00
                                                            $10,000.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value       $10,000.00

---

**Mary Ann Cerbie**                      **Clm No 1056**      Filed In Cases: 140
15 Gravel Hill-Spotswood Rd.
Monroe Township. NJ 08831                Class          Claim Detail Amount       Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/14/2018 3:55:46 PM

*Claims Details*                                                                        354 of 3330

---

**Robert Czerwinski**                    **Clm No 1057**    Filed In Cases: 140
1551 Harry Wright Blvd
Whiting, NJ 08759                         Class          Claim Detail Amount    Final Allowed Amount

                                         UNS                $1.00
                                                            $1.00

Date Filed          14-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Virginia Cox Bryant**                  **Clm No 1058**    Filed In Cases: 140
26 Seabrook Lane
Stony Brook, NY 11790                     Class          Claim Detail Amount    Final Allowed Amount

                                         UNS                $1.00
                                                            $1.00

Date Filed          14-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Franck Ciuffo**                        **Clm No 1059**    Filed In Cases: 140
1182 Fortune Ct.
Wantagh, NY 11793                        Class          Claim Detail Amount    Final Allowed Amount

                                         UNS                $1.00
                                                            $1.00

Date Filed          14-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

355 of 3330

---

**Anthony Ciaramella**
445 Neptune Ave. Atp. 19-B
Brooklyn, NY 11224

**Clm No 1060**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Grillo**
7665 Mcclintock Way
Port St. Lucie, FL 34952

**Clm No 1061**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carol Anne Genduso**
5987 NW 65 Terrace
Parkland, FL 33067

**Clm No 1062**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

---

**Mary Glen Gili**    **Clm No 1063**    Filed In Cases: 140
757 Pine Avenue
West Islip, NY 11795

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joseph P. Gardner**    **Clm No 1064**    Filed In Cases: 140
124 Driftwood Drvie
Bayville, NJ 08721

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Fred Gulbrandsen**    **Clm No 1065**    Filed In Cases: 140
23 Kansas St.
Hicksville, NY 11801-2411

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

## Claims Details

357 of 3330

**Theresa Garzillo**
3400 Paul Ave., Apt. 17-E
Bronx, NY 10468

**Clm No 1066**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Martha Grioli**
12 Rosalind Ave.
Pleasantville, NY 10570

**Clm No 1067**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Joseph Galante**
18 Sweetcake Mountain Rd
New Fairfield, CT 06812

**Clm No 1068**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

358 of 3330

---

**Mildred D. Greenwood**
87 Major Rd.
Monmouth Jct, NJ 08852

**Clm No 1069**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**William Gorman**
2040 Rowley Rd.
Malta, NY 12020

**Clm No 1070**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Richard Galati**
60 Willowbrook Ct.
Staten Island, NY 10302

**Clm No 1071**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/14/2018 3:55:46 PM

*Claims Details*

359 of 3330

---

**Antonino Galletti**
782 North Monroe Ave.
Lindenhurst, NY 11757

**Clm No 1072**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joseph George**
9205 Ave A
Brooklyn, NY 11236

**Clm No 1073**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Giovanni Gentile**
399 King Street
Stanten Island, NY 10312

**Clm No 1074**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              360 of 3330

---

**Simeon Jotrean**                    **Clm No 1075**    Filed In Cases: 140
60-57 68th Ave.
Ridgewood, NY 11385                   Class            Claim Detail Amount    Final Allowed Amount

                                      UNS              $1.00
                                                       $1.00

Date Filed          14-Nov-2016
Bar Date
Claim Face Value    $1.00

---

**Luigi Gadaleta**                    **Clm No 1076**    Filed In Cases: 140
225 Hecker St.
Staten Island, NY 10307               Class            Claim Detail Amount    Final Allowed Amount

                                      UNS              $1.00
                                                       $1.00

Date Filed          14-Nov-2016
Bar Date
Claim Face Value    $1.00

---

**John J. Gordon**                    **Clm No 1077**    Filed In Cases: 140
107 Hartford Ave.
Staten Island, NY 10310               Class            Claim Detail Amount    Final Allowed Amount

                                      UNS              $1.00
                                                       $1.00

Date Filed          14-Nov-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                            361 of 3330

---

**Liborio Ferrarella**                    **Clm No 1078**    Filed In Cases: 140
219 Mansfield F.
Boca Raton, FL 33434                       Class          Claim Detail Amount    Final Allowed Amount

                                           UNS                $1.00
                                                              $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Daniel R. Foley**                       **Clm No 1079**    Filed In Cases: 140
95 E. 10th St. #5
New York, NY 10003                         Class          Claim Detail Amount    Final Allowed Amount

                                           UNS                $10,000.00
                                                              $10,000.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value      $10,000.00

---

**James G. Frank**                        **Clm No 1080**    Filed In Cases: 140
664 Propp Avenue
Franklin Sq, NY 11010                      Class          Claim Detail Amount    Final Allowed Amount

                                           UNS                $1.00
                                                              $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***    3/14/2018 3:55:46 PM

## *Claims Details*

362 of 3330

---

**Robert Freeman**
64-06 60th Place
Ridgewood, NY 11385

**Clm No 1081**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Tony Fotou**
308 Park Lane
Douglaston, NY 11363

**Clm No 1082**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Conrad Flickenschild**
6 Linden Dr.
Walden, NY 12586

**Clm No 1083**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

## *Claims Details*                                          363 of 3330

---

**Michael D. Ferretti**

7 Trinka Lane

Hopewell Juction, NY 12533

**Clm No 1084**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joseph Formichelli**

53-Plymouth Blvd

Smith Town, NY 11787

**Clm No 1085**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Frederick Erbacher**

1712 Tenbroeck Ave.

Bronx, NY 10461

**Clm No 1086**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                             364 of 3330

| Salvatore V. Eterno | **Clm No 1087** | Filed In Cases: 140 | |
|---|---|---|---|
| 160 Norman Drive | Class | Claim Detail Amount | Final Allowed Amount |
| East Meadow, NY 11554 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Thomas Forrester | **Clm No 1088** | Filed In Cases: 140 | |
|---|---|---|---|
| 51 Sax Rd. | Class | Claim Detail Amount | Final Allowed Amount |
| Wallkill, NY 12589 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| James Eason | **Clm No 1089** | Filed In Cases: 140 | |
|---|---|---|---|
| P.O. Box 201 | Class | Claim Detail Amount | Final Allowed Amount |
| Dunn, NC 28335 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*            3/14/2018 3:55:46 PM

*Claims Details*                                                            365 of 3330

| Richard W. Edwards | **Clm No 1090** | Filed In Cases: 140 | |
| --- | --- | --- | --- |
| 108 Brooklyn Mountain Rd. | Class | Claim Detail Amount | Final Allowed Amount |
| Hopatcong, NJ 07843 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed        14-Nov-2016
Bar Date
Claim Face Value        $1.00

| James T. Edwards | **Clm No 1091** | Filed In Cases: 140 | |
| --- | --- | --- | --- |
| 54 Charles Terr. | Class | Claim Detail Amount | Final Allowed Amount |
| Piscataway, NJ 08854 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed        14-Nov-2016
Bar Date
Claim Face Value        $1.00

| Nicholas DeMaso | **Clm No 1092** | Filed In Cases: 140 | |
| --- | --- | --- | --- |
| 8800 So. Ocean Dr. | Class | Claim Detail Amount | Final Allowed Amount |
| Jensen Beach, FL 34957 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed        14-Nov-2016
Bar Date
Claim Face Value        $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                          3/14/2018 3:55:46 PM

*Claims Details*                                                                    366 of 3330

---

**Johanna Dausacker**          **Clm No 1093**    Filed In Cases: 140
138 Bradt Road
Mayfield, NY 12117            Class          Claim Detail Amount      Final Allowed Amount

                             UNS                    $10,000.00
                                                    $10,000.00

Date Filed          14-Nov-2016
Bar Date
Claim Face Value        $10,000.00

---

**Kathleen DeMaria**          **Clm No 1094**    Filed In Cases: 140
114  Avenue A
Bayonne, NJ 07002            Class          Claim Detail Amount      Final Allowed Amount

                             UNS                    $1.00
                                                    $1.00

Date Filed          14-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**John E. Duczeminski**        **Clm No 1095**    Filed In Cases: 140
5 Whitlock Rd.
Middletown, NY 10940         Class          Claim Detail Amount      Final Allowed Amount

                             UNS                    $1.00
                                                    $1.00

Date Filed          14-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

*Claims Details*                                                                             367 of 3330

---

**Michael A. DiNonno**          **Clm No 1096**      Filed In Cases: 140
48-10 202 St.
Bayside, NY 11364               Class              Claim Detail Amount          Final Allowed Amount

                                UNS                      $1.00
                                                         $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value      $1.00

---

**John Doran**                  **Clm No 1097**      Filed In Cases: 140
5010 Park Blvd
Pinellas Park, FL 33781         Class              Claim Detail Amount          Final Allowed Amount

                                UNS                      $1.00
                                                         $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value      $1.00

---

**Giuseppe D'Angelo**           **Clm No 1098**      Filed In Cases: 140
7 Millbrook Drive
Stony Brook, NY 11790           Class              Claim Detail Amount          Final Allowed Amount

                                UNS                      $1.00
                                                         $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                         368 of 3330

---

**Gaspare DiLorenzo**          **Clm No 1099**    Filed In Cases: 140
455 Renee Drive
Bay Port, NY 11704             Class              Claim Detail Amount      Final Allowed Amount

                               UNS                       $1.00

                                                         $1.00

Date Filed           14-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Renita Druther Kerr**        **Clm No 1100**    Filed In Cases: 140
295 Pinecrest Ct. Rd.
Aberdeen, NC 28315             Class              Claim Detail Amount      Final Allowed Amount

                               UNS                    $10,000.00

                                                      $10,000.00

Date Filed           14-Nov-2016
Bar Date
Claim Face Value         $10,000.00

---

**Mamie Dunn**                 **Clm No 1101**    Filed In Cases: 140
1140 Kendall Town Blvd #4103
Jacksonville, FL 32225         Class              Claim Detail Amount      Final Allowed Amount

                               UNS                       $1.00

                                                         $1.00

Date Filed           14-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Robert Devito**
498 Englewood Ave.
Staten Island, NY 10309

**Clm No 1102**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Patrick Dockweiler**
338 9th Street
West Babylon, NY 11704

**Clm No 1103**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Luther H. Dyer**
P.O. Box 530413
Debary, FL 32753

**Clm No 1104**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

370 of 3330

---

**Mary Ann D'Agostino**
335 Willowbrook Rd.
Staten Island, NY 10314

**Clm No 1105**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Giuseppe Dimeglio**
233 Dead Tree Run Road
Belle Mead, NJ 08502

**Clm No 1106**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kathleen Dougherty**
1150 Arthur Kill Rd.
Staten Island, NY 10312

**Clm No 1107**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                     3/14/2018 3:55:46 PM

*Claims Details*                                                                              371 of 3330

---

**Michael G. Donnelly**                    **Clm No 1108**      Filed In Cases: 140
125 Northmore Drive
Yolktown, NY 10598                         Class              Claim Detail Amount      Final Allowed Amount

                                           UNS                     $1.00
                                                                   $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Milena Dadich**                          **Clm No 1109**      Filed In Cases: 140
63 Sprucewood Blvd
Central Islip, NY 11722                     Class              Claim Detail Amount      Final Allowed Amount

                                           UNS                     $1.00
                                                                   $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Evelyn Dixon**                           **Clm No 1110**      Filed In Cases: 140
167 Hanover Rd.
Sandston, VA 23150                         Class              Claim Detail Amount      Final Allowed Amount

                                           UNS                     $1.00
                                                                   $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                        372 of 3330

---

**Nevio Dijanic**                        **Clm No 1111**      Filed In Cases: 140
1610 Gilford Ave.
New Hyde Park, NY 11040      | Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Michael Dzedovick**                    **Clm No 1112**      Filed In Cases: 140
161 Laredo Ave.
Staten Island, NY 10312      | Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Theresa Dzialo**                       **Clm No 1113**      Filed In Cases: 140
730 Cleveland Ave.
Harrison, NJ 07029      | Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                             373 of 3330

---

**Amelia Devoe**                     **Clm No 1114**    Filed In Cases: 140
2635 Harbins Mill Dr.
Dacula, GA 30019                     Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                      $1.00
                                                              $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Anthony F. Degulis**               **Clm No 1115**    Filed In Cases: 140
4386 Via Del Villetti Dr.
Venice, FL 34293                     Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                      $1.00
                                                              $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Jane C. Creatura**                 **Clm No 1116**    Filed In Cases: 140
7 Tartan Crt.
Andover, NJ 07821                    Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                      $1.00
                                                              $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                               374 of 3330

---

**John J. Duke**                    <span style="color:blue">**Clm No 1117**</span>    Filed In Cases: 140
111 N Brewster Rd.
Brewster, NY 10509

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              14-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Mark Chelis**                    <span style="color:blue">**Clm No 1118**</span>    Filed In Cases: 140
225 Deer Creek Blvd, Unit 907
Deerfield Beach, FL 33442

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              14-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Milena Cvitan**                    <span style="color:blue">**Clm No 1119**</span>    Filed In Cases: 140
29 Old Lane
Towaco, NJ 07082

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              14-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/14/2018 3:55:46 PM

---

*Claims Details*                                                                375 of 3330

---

**Dennis Chandler**                          **Clm No 1120**    Filed In Cases: 140

P O Box 186                                  | Class | Claim Detail Amount | Final Allowed Amount |
186 North Main St.                           | --- | --- | --- |
Danby, VT 05739                              | UNS | $10,000.00 | |
                                             | | $10,000.00 | |

| Date Filed | 14-Nov-2016 |
| --- | --- |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Robert Campagna**                          **Clm No 1121**    Filed In Cases: 140

101 Narberth Way                             | Class | Claim Detail Amount | Final Allowed Amount |
Toms River, NJ 08757                         | --- | --- | --- |
                                             | UNS | $1.00 | |
                                             | | $1.00 | |

| Date Filed | 14-Nov-2016 |
| --- | --- |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Geraldine Crowder**                        **Clm No 1122**    Filed In Cases: 140

P.O.Box 155                                  | Class | Claim Detail Amount | Final Allowed Amount |
Glasco, NY 12432                             | --- | --- | --- |
                                             | UNS | $10,000.00 | |
                                             | | $10,000.00 | |

| Date Filed | 14-Nov-2016 |
| --- | --- |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

376 of 3330

---

**Edward D. Hernandes, Jr.**
933 Marshfield Circle, #201
Myrtle Beach, SC 29579

**Clm No 1123**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Stephen A. Halasz**
P.O. Box 415
Effort, PA 18330

**Clm No 1124**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Constance Sullivan**
49 Oneida Ave
Centereach, NY 11720

**Clm No 1125**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

377 of 3330

---

**Dawn Stumme**
103 Pine Neck Avenue
E. Patchogue, NY 11772

**Clm No 1126**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Lyle V. Sosbe**
1805 SW 49 Terrace
Cape Coral, FL 33914

**Clm No 1127**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carol Sokolowski**
29 Longfellow Terrace
Morganville, NJ 07751

**Clm No 1128**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

## Claims Details

378 of 3330

---

**Eugene Sullivan**
301 A Elmwood Avenue
Maplewood, NJ 07040

**Clm No 1129**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Steven Stelling**
1144 Stanton- Lebanon Rd.
Lebanon, NJ 08833

**Clm No 1130**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Hugh L. Striffler**
142 Beverly Drive
Barnegat, NJ 08005

**Clm No 1131**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/14/2018 3:55:46 PM

*Claims Details*                                                                    379 of 3330

---

**Robert T. Stutz**                    **Clm No 1132**      Filed In Cases: 140
74 East Bradford Ave
Cedargrove, NJ 07009

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed              14-Nov-2016
Bar Date
Claim Face Value        $10,000.00

---

**Kevin Stanley**                      **Clm No 1133**      Filed In Cases: 140
55 Burbank Rd.
Peru, ME 04290

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed              14-Nov-2016
Bar Date
Claim Face Value        $10,000.00

---

**Dorothy Z. Stewart**                 **Clm No 1134**      Filed In Cases: 140
1620 Sowell Rd
Brewton, AL 36426

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed              14-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

380 of 3330

---

**Dorothy Z. Stewart**
1620 Sowell Rd.
Brewton, AL 36426

**Clm No 1135**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Marie Spagnola**
335 Miller Ave.
Freeport, NY 11520

**Clm No 1136**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**James Stawniczy**
837 71st
Brooklyn, NY 11228

**Clm No 1137**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

---

*Claims Details*

381 of 3330

---

**John W. Stephens**
1731 Sea Oats Dr.
Atlantic Beach, FL 32233

**Clm No 1138**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Victor Scaltrito**
32 MT FAIR WEATHER LN
Toms River, NJ 08753

**Clm No 1139**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Robert J. Seldomridge**
13 Millford Drive
Lattingtown, NY 11560

**Clm No 1140**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

---

**Thomas Specce**
971 US Hwy 9, 4G
Parlin, NJ 08859

**Clm No 1141**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Patrick Servedio**
35 Evergreen Drive
Manorville, NY 11949

**Clm No 1142**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Margaret Sparks Hutts**
10424 Lakeshore Rd.
Williamsburg, Mi 49690

**Clm No 1143**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              383 of 3330

---

**Charles L. Smith**                **Clm No 1144**    Filed In Cases: 140
1822 Lansdowne Rd.
Rocky Mount, NC 27804          Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                $10,000.00
                                                       $10,000.00

Date Filed          14-Nov-2016
Bar Date
Claim Face Value    $10,000.00

---

**Richard A Shine**                 **Clm No 1145**    Filed In Cases: 140
14 South Brook Drive
Milltown, NJ 08850            Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                $1.00
                                                       $1.00

Date Filed          14-Nov-2016
Bar Date
Claim Face Value    $1.00

---

**Edward L Sinnott**                **Clm No 1146**    Filed In Cases: 140
185 Delaware
Glasco, NY 12432             Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                $1.00
                                                       $1.00

Date Filed          14-Nov-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              384 of 3330

---

**Rosa A. Simoes**                    **Clm No 1147**    Filed In Cases: 140
35 Battista Court
Sayreville, NJ 08872                   Class          Claim Detail Amount    Final Allowed Amount

                                       UNS               $10,000.00

                                                         $10,000.00

        Date Filed          14-Nov-2016
        Bar Date
        Claim Face Value    $10,000.00

---

**Debra McNichol**                    **Clm No 1148**    Filed In Cases: 140
45 Dortmunder Dr.
Manalapan, NJ 07726                   Class          Claim Detail Amount    Final Allowed Amount

                                       UNS                   $1.00

                                                            $1.00

        Date Filed          14-Nov-2016
        Bar Date
        Claim Face Value        $1.00

---

**Dolores Marquis**                   **Clm No 1149**    Filed In Cases: 140
39 Cross Rd.
Marlboro, NY 12542                    Class          Claim Detail Amount    Final Allowed Amount

                                       UNS                   $1.00

                                                            $1.00

        Date Filed          14-Nov-2016
        Bar Date
        Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

## *Claims Details*

---

**Theresa McLoughlin**
435 Lucille Ave.
Elmont, NY 11003

**Clm No 1150**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Geraldine Mongelli**
99 Kruser St.
Staten Island, NY 10306

**Clm No 1151**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Daniel Martone**
138 Conerty St.
Brentwood, NY 11717

**Clm No 1152**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

386 of 3330

---

**Kevin D. McDonald**
433 Huckleberry Tpke
Wall Kill, NY 12589

**Clm No 1153**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Pablo Melendez**
P.O. Box 350
Florida, PR 00650

**Clm No 1154**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Larry J. Moran**
Tower Ridge Farm, 5215 Rt 22
Amenia, NY 12501

**Clm No 1155**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    387 of 3330

---

**Doreen Marino**    **Clm No 1156**    Filed In Cases: 140
19 Bouton Lane
Staten Island, NY 10312

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed    14-Nov-2016
Bar Date
Claim Face Value    $1.00

---

**Katherine Mason**    **Clm No 1157**    Filed In Cases: 140
77-47 Ursina Road
Jamaica, NY 11434

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed    14-Nov-2016
Bar Date
Claim Face Value    $1.00

---

**Michael J. Mershon**    **Clm No 1158**    Filed In Cases: 140
4351 Rustic Drive
New Port Richey, FL 34652

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed    14-Nov-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

## Claims Details

388 of 3330

| **James P. Lynch** | **Clm No 1159** | Filed In Cases: 140 | |
|---|---|---|---|
| 39 Schuyler Ave. | Class | Claim Detail Amount | Final Allowed Amount |
| Rockville Centre, NY 11570 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Carmela Lardaro** | **Clm No 1160** | Filed In Cases: 140 | |
|---|---|---|---|
| 95 W. Cedarview Ave. | Class | Claim Detail Amount | Final Allowed Amount |
| Staten Island, NY 10306 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Denise Lykosh** | **Clm No 1161** | Filed In Cases: 140 | |
|---|---|---|---|
| 84 Woodland Ave. | Class | Claim Detail Amount | Final Allowed Amount |
| South Amboy, NJ 08879 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

*Claims Details*                                                                              389 of 3330

---

**Karin Liesch**                    **Clm No 1162**    Filed In Cases: 140
14 Allison Ave.
Staten Island, NY 10306              Class              Claim Detail Amount        Final Allowed Amount

                                     UNS                $1.00
                                                        $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Lorraine Lendino**                **Clm No 1163**    Filed In Cases: 140
167 Bird Lane
Kunkletown, PA 18058                 Class              Claim Detail Amount        Final Allowed Amount

                                     UNS                $1.00
                                                        $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Alfred Lombardi**                 **Clm No 1164**    Filed In Cases: 140
526 Willow St.
Washington Township, NJ 07676        Class              Claim Detail Amount        Final Allowed Amount

                                     UNS                $1.00
                                                        $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                            390 of 3330

---

**Maryann Lynch**                         **Clm No 1165**    Filed In Cases: 140
1336 Ute Rd.
North Bruswick, NJ 08902                   Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Martin D. Lyons, Sr.**                   **Clm No 1166**    Filed In Cases: 140
204 Wexford Pl #145
Venice, FL 34293                           Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Francis T. Leake**                       **Clm No 1167**    Filed In Cases: 140
12 South Brook Dr.
Milltown, NJ 08850                         Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

### Claims Details

**JoAnn Linn**                                    **Clm No 1168**        Filed In Cases: 140

P.O. Box 6867

608 Spotswood Englishtown Rd.          Class                Claim Detail Amount        Final Allowed Amount

Monroe, NJ 08831                          UNS                    $10,000.00

                                                                   $10,000.00

Date Filed              14-Nov-2016

Bar Date

Claim Face Value          $10,000.00

---

**Miranda S. L. LaVaughn**                        **Clm No 1169**        Filed In Cases: 140

5108 Argus Lane

Richmond, VA 23230                        Class                Claim Detail Amount        Final Allowed Amount

                                          UNS                        $1.00

                                                                       $1.00

Date Filed              14-Nov-2016

Bar Date

Claim Face Value              $1.00

---

**Cecilia C. Longobardi**                         **Clm No 1170**        Filed In Cases: 140

15 Dune Dr.

Bayville, NJ 08721                        Class                Claim Detail Amount        Final Allowed Amount

                                          UNS                        $1.00

                                                                       $1.00

Date Filed              14-Nov-2016

Bar Date

Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Antonio Licastro**
2351 63 St.
Brooklyn, NY 11204

**Clm No 1171**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Oliver Leonard**
148 Gaylor Road
Scarsdale, NY 10583

**Clm No 1172**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alfonso J. Longo**
4 Friar Ct.
Jackson, NJ 08529

**Clm No 1173**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

393 of 3330

---

**Patrick Lowry**
817 Udall Road
West Islip, NY 11795

**Clm No 1174**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kai Larsen**
6 Fairfax Ct.
Princeton Jct, NJ 08550

**Clm No 1175**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Frank Labruzzi**
47 Deerhaven Ln.
Gardiner, NY 12525

**Clm No 1176**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

## Claims Details                                                            394 of 3330

| **Frank C. LaPlaca** | | **Clm No 1177** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 16 Perrigo St. | | Class | Claim Detail Amount | Final Allowed Amount |
| Rochester, NY 14609 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 14-Nov-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **Michael LaRusso** | | **Clm No 1178** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 1145 Central Ave. | | Class | Claim Detail Amount | Final Allowed Amount |
| Westfield, NJ 07090 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 14-Nov-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **Richard Langborgh** | | **Clm No 1179** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 23 Riverview Dr. | | Class | Claim Detail Amount | Final Allowed Amount |
| Oak Ridge, TN 37830-7282 | | UNS | $10,000.00 | |
| | | | $10,000.00 | |
| Date Filed | 14-Nov-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $10,000.00 | | | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                 **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

395 of 3330

---

**Debra Loncosky Nichols**
424 Grove Lane
Melbourne, FL 32901

**Clm No 1180**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles F. Lauria**
21 Anderson Rd.
P.O. Box 174
Clinton Corners, NY 12514

**Clm No 1181**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Roman Kowalski**
2192 Richmond Road
Staten Island, NY 10306

**Clm No 1182**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                          3/14/2018 3:55:46 PM

*Claims Details*                                                                    396 of 3330

---

**Kenneth Korzendorfer**               **Clm No 1183**      Filed In Cases: 140
18 Crestwood Blvd.
Farmingdale, NY 11735                   Class              Claim Detail Amount      Final Allowed Amount

                                       UNS                       $1.00
                                                                 $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Ferdinand A. Kontura**               **Clm No 1184**      Filed In Cases: 140
173 Locust Ave.
Hamilton, NJ 08610                     Class              Claim Detail Amount      Final Allowed Amount

                                       UNS                       $1.00
                                                                 $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Janet M. Koeller**                   **Clm No 1185**      Filed In Cases: 140
2055 Charles Court
Mahwah, NJ 07430                       Class              Claim Detail Amount      Final Allowed Amount

                                       UNS                       $1.00
                                                                 $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           FAX: (818) 783-2737
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

---

**Estate of Jacob Karp c/o Joseph F. Karp, Sr.**
221 Sixth St.
West Easton, PA 18042

**Clm No 1186**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed      14-Nov-2016
Bar Date
Claim Face Value      $1.00

---

**Fern Koch**
1526 So. Main St.
Phillipsburg, NJ 08865

**Clm No 1187**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed      14-Nov-2016
Bar Date
Claim Face Value      $1.00

---

**Irma H. Keilich**
705 Central Blvd.
New Hyde Park, NY 11040

**Clm No 1188**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed      14-Nov-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              398 of 3330

---

**Paul J. Keller**                    **Clm No 1189**    Filed In Cases: 140
4041 East Amy Lane
Johns Island, SC 29455

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          14-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Arleen Krajicek**                   **Clm No 1190**    Filed In Cases: 140
P O Box 314
Vero Beach, FL 32961

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          14-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Richard Kinder**                    **Clm No 1191**    Filed In Cases: 140
56 Farmingdale Ave.
Bloomfield, NJ 07003

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          14-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

**Juana M. Kopeikin**
350 65th Street 17M
Brooklyn, NY 11220

**Clm No 1192**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|--------|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barry J. Kisselbach**
8 Springridge Rd
Bath, PA 18014

**Clm No 1193**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|--------|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sigismund Kudrycki**
1932 Kingsview Rd.
Macungie, PA 18062

**Clm No 1194**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|--------|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

## Claims Details

---

**Carmen C. Keller**
83 Curtis Place
Toms River, NJ 08753

**Clm No 1195**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Kojalo**
162 Hurlbutt St.
Wilton, CT 06897

**Clm No 1196**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Marilyn Karlich**
18 Cunningham Drive
Monroe, NY 10950

**Clm No 1197**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

| **Kathryn A. Kazakowitz** | **Clm No 1198** | Filed In Cases: 140 | |
|---|---|---|---|
| 7436 Holly Ridge Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Newport Richey, FL 34653 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Joseph E. McEnroe** | **Clm No 1199** | Filed In Cases: 140 | |
|---|---|---|---|
| 34 Colony Court | Class | Claim Detail Amount | Final Allowed Amount |
| New Providence, NJ 07974 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Ann Monello** | **Clm No 1200** | Filed In Cases: 140 | |
|---|---|---|---|
| 14 Braen Ave | Class | Claim Detail Amount | Final Allowed Amount |
| Hawthorne, NJ 07506 | UNS | $10,000.00 | |
| | | $10,000.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                3/14/2018 3:55:46 PM

*Claims Details*                                                                          402 of 3330

---

**Angela M. Moore**                    **Clm No 1201**      Filed In Cases: 140
2003 Cardinal Way
Waunakee, WI 53597                     Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                    $10,000.00

                                                             $10,000.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value      $10,000.00

---

**Robert Monahan**                     **Clm No 1202**      Filed In Cases: 140
24 Meadowbrook Dr.
Browns Mills, NJ 08015                 Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00

                                                             $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value      $1.00

---

**Rocco Mastrocola**                   **Clm No 1203**      Filed In Cases: 140
21-49 80th Street
Jackson Heights, NY 11370              Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00

                                                             $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              403 of 3330

---

**Roseanne Morrison**             **Clm No 1204**    Filed In Cases: 140
212 West Erie St.
Blauvelt, NY 10913                Class        Claim Detail Amount    Final Allowed Amount

                                  UNS               $1.00
                                                    $1.00

Date Filed           14-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Peter A. Marri**                **Clm No 1205**    Filed In Cases: 140
2116 Sherbrooke Dr.
Bethlehem, PA 18015               Class        Claim Detail Amount    Final Allowed Amount

                                  UNS            $10,000.00
                                                 $10,000.00

Date Filed           14-Nov-2016
Bar Date
Claim Face Value      $10,000.00

---

**Robert A. May**                 **Clm No 1206**    Filed In Cases: 140
118 Westchester Drive
Little Egg Harbor, NJ 08087       Class        Claim Detail Amount    Final Allowed Amount

                                  UNS               $1.00
                                                    $1.00

Date Filed           14-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/14/2018 3:55:46 PM

*Claims Details*                                                    404 of 3330

| Henry Moultrie | **Clm No 1207** | Filed In Cases: 140 | |
|---|---|---|---|
| 100 Stoney Creek Way | Class | Claim Detail Amount | Final Allowed Amount |
| Moncks Corner, SC 29461 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed         14-Nov-2016
Bar Date
Claim Face Value      $1.00

| James J. McGrath, Jr. | **Clm No 1208** | Filed In Cases: 140 | |
|---|---|---|---|
| 6400 S. Highway A1A | Class | Claim Detail Amount | Final Allowed Amount |
| Melbourne Beach, FL 32951 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed         14-Nov-2016
Bar Date
Claim Face Value      $1.00

| Alexandra McDonald | **Clm No 1209** | Filed In Cases: 140 | |
|---|---|---|---|
| 28 Randolph St. | Class | Claim Detail Amount | Final Allowed Amount |
| Lincoln Park, NJ 07035 | UNS | $10,000.00 | |
| | | $10,000.00 | |

Date Filed         14-Nov-2016
Bar Date
Claim Face Value      $10,000.00

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

## Claims Details

---

**Robert L. Morrison**
2766 University Ave. 2E
Bronx, NY 10468

**Clm No 1210**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dolores Migliaccio**
754 Leverett Ave.
Staten Island, NY 10312

**Clm No 1211**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Marie Maffucci**
15 Chambers Brook Rd
Whitehouse Station, NJ 08889

**Clm No 1212**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Theresa McNamara**
29 Margaret Court
Dumont, NJ 07628

**Clm No 1213**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Joseph McGowan**
41-25 60th St. Woodside
New York, NY 11377

**Clm No 1214**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joseph E. Matthews**
4317 Thelma Rd.
Roanoke Rapids, NC 27870

**Clm No 1215**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

### Claims Details

407 of 3330

---

**Judith A. Baumann-McGowan**
109 Old Mt. Rd.
Lebanon, NJ 08833

**Clm No 1216**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Dianna Napolitano**
26 Frost Pond Dr.
Roslyn, NY 11576

**Clm No 1217**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Vernal Newsom**
24 Augusta St.
Jamesburg, NJ 08831

**Clm No 1218**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    408 of 3330

---

**Leona Neuscheler**
645 Wildwood Rd W.
Northvale, NJ 07647

**Clm No 1219**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Gladys F. Naro**
4770 Aston Gardens Way
Building 3, #113
Naples, FL 34109

**Clm No 1220**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Walter Nizolek**
P.O.Box 47
122 Laroe Rd.
Chester, NY 10918

**Clm No 1221**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              409 of 3330

---

**Jean Nevermann**                    **Clm No 1222**    Filed In Cases: 140
811 Bronx River Rd, Apt 1G
Bronxville, NY 10708                   Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                 $1.00
                                                          $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Angelina Nappi**                    **Clm No 1223**    Filed In Cases: 140
119 Marsellus Pl
Garfield, NJ 07026                    Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                 $1.00
                                                          $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Cindy Olexsa**                      **Clm No 1224**    Filed In Cases: 140
1654 Van Buren Rd.
N. Brunswick, NJ 08902               Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                 $1.00
                                                          $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

410 of 3330

---

**John R. O'Brien**
111 Cornflower Rd
Yardville, NJ 08620

**Clm No 1225**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Cheryl J. O'Such**
20550 Huebner Rd #131
San Antonio, TX 78258

**Clm No 1226**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Innocenzo Ostacoli**
436 Widgeon Dr.
Hampstead, NC 28443

**Clm No 1227**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                411 of 3330

**John R. Krohn, Jr.**                    **Clm No 1228**    Filed In Cases: 140
16 Narrowbrook Ct.
Manalapan, NJ 07726                    Class            Claim Detail Amount        Final Allowed Amount

                                      UNS                  $10,000.00
                                                          $10,000.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value      $10,000.00

**Laura Kochmann**                    **Clm No 1229**    Filed In Cases: 140
226 Mooney Pond Rd.
Selden, NY 11784                      Class            Claim Detail Amount        Final Allowed Amount

                                      UNS                      $1.00
                                                              $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value      $1.00

**Dennis E. Knuckle**                 **Clm No 1230**    Filed In Cases: 140
558 East 52nd. St.
Booklyn, NY 11203                     Class            Claim Detail Amount        Final Allowed Amount

                                      UNS                      $1.00
                                                              $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value      $1.00

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                              3/14/2018 3:55:46 PM

---

*Claims Details*                                                                        412 of 3330

---

| **Dennis Keppel** | **Clm No 1231** | Filed In Cases: 140 | |
| 23 E. Orange St. | Class | Claim Detail Amount | Final Allowed Amount |
| Avon Park, FL 33825 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Carol A. Koschal** | **Clm No 1232** | Filed In Cases: 140 | |
| 2060 Matecumbe Key Rd. Unit 2701 | Class | Claim Detail Amount | Final Allowed Amount |
| Punta Gorda, FL 33955 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Blaine L. Kilmer** | **Clm No 1233** | Filed In Cases: 140 | |
| 18 Carney Rd | Class | Claim Detail Amount | Final Allowed Amount |
| Ulster Park, NY 12487 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

## Claims Details

413 of 3330

---

**John Podiyamma**
49-A Brighton 10th Court
Brooklyn, NY 11235

**Clm No 1234**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William P. Jackson**
65 Williams Drive
Palm Coast, FL 32164

**Clm No 1235**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Doreen Kaliszewski**
17914 Cachet Isle Dr
Tampa, FL 3364

**Clm No 1236**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

### Claims Details

414 of 3330

---

**Beatrice Ianno**
10180 NW 30 Ct., Apt.101
Sunrise, FL 33322

**Clm No 1237**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carol A. Jones**
313 W. Peabody Circle
Avon Park, FL 33825

**Clm No 1238**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Donald Javett**
441 N Atlanta Ave.
N. Massapequa, NY 11758

**Clm No 1239**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                          415 of 3330

---

**Kathleen Jensen**                    **Clm No 1240**    Filed In Cases: 140
1000 W. Gaucho Circle
Deltona, FL 32725                      Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed          14-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Eugene Jackson**                     **Clm No 1241**    Filed In Cases: 140
106-20 Shorefront Pkwy, Apt. 3P
Rockaway Beach, NY 11694               Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed          14-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Frank V. Ingarra**                   **Clm No 1242**    Filed In Cases: 140
523 Leisure Drive.
Ridge, NY 11961                       Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed          14-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

416 of 3330

---

**Charles Intervante**
P.O. Box 444
Round Top, NY 12473

**Clm No 1243**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Amanda Hayward**
1065 University Ave. Apt. 8-B
Bronx, NY 10452

**Clm No 1244**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Joseph P. Impalli**
219 Wordsworth Rd.
Brick, NJ 08724

**Clm No 1245**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              417 of 3330

---

**Deborah L. Howarth**                    **Clm No 1246**    Filed In Cases: 140
61 West Shore Drive
Pennington, NJ 08534                       Class            Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed           14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Karen Heffernan**                       **Clm No 1247**    Filed In Cases: 140
930 Cypress Way
Boca Raton, FL 33486                       Class            Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed           14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**James M. Holley, Sr.**                  **Clm No 1248**    Filed In Cases: 140
4690 Bryant Corner Rd.
Richburg, SC 29729                         Class            Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed           14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              418 of 3330

---

**Beatrice Hoffman**                 **Clm No 1249**   Filed In Cases: 140
68 Jordan Road
Brick, NJ 08724                      Class            Claim Detail Amount      Final Allowed Amount

                                     UNS              $1.00

                                                      $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Joan Herb**                        **Clm No 1250**   Filed In Cases: 140
30 Cedar Village Blvd.
Brick, NJ 08724                      Class            Claim Detail Amount      Final Allowed Amount

                                     UNS              $10,000.00

                                                      $10,000.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value        $10,000.00

---

**Joseph Horai**                     **Clm No 1251**   Filed In Cases: 140
75 Alberta Ave.
Staten Island. NY 10314              Class            Claim Detail Amount      Final Allowed Amount

                                     UNS              $1.00

                                                      $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Marie Halbert**
230 N. Park Dr.
Woodridge, NJ 07095

**Clm No 1252**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

**Joan C. Hogan**
117 Eaton Court
Brooklyn, NY 11229

**Clm No 1253**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

**Amy L. Huff**
24005 Pennock Rd.
Carthage, NY 13619

**Clm No 1254**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              420 of 3330

---

**John F. Heffernan**                    **Clm No 1255**    Filed In Cases: 140
102 Candy Apple Lane
Freehold. NJ 07728                        Class         Claim Detail Amount    Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Austin Hucker**                        **Clm No 1256**    Filed In Cases: 140
1001 Starkey Rd.
Largo, FL 33771                           Class         Claim Detail Amount    Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Bernard T. Hennelly**                  **Clm No 1257**    Filed In Cases: 140
254 Walnut Street
Massapequa Park, NY 11762                 Class         Claim Detail Amount    Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                          3/14/2018 3:55:46 PM

*Claims Details*                                                                            421 of 3330

---

**Robert Huron**                          **Clm No 1258**      Filed In Cases: 140
3 Fleetwood Dr.
Wappingers Falls, NY 12590                Class            Claim Detail Amount        Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Eileen Hintzen**                        **Clm No 1259**      Filed In Cases: 140
2019 Gray Ct
Villages, FL 32162                        Class            Claim Detail Amount        Final Allowed Amount

                                          UNS                  $10,000.00
                                                              $10,000.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value        $10,000.00

---

**William Galvin**                        **Clm No 1260**      Filed In Cases: 140
30 Home Place
Staten Island, NY 10302                   Class            Claim Detail Amount        Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                                       422 of 3330

---

**Robert Hall**                              **Clm No 1261**    Filed In Cases: 140
55 Dean Rd.
Carmel, NY 10512                             Class          Claim Detail Amount        Final Allowed Amount

                                             UNS                  $1.00
                                                                  $1.00

Date Filed           14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Marian Goodich**                           **Clm No 1262**    Filed In Cases: 140
14 Watson St.
Haifa, Israel 34751                          Class          Claim Detail Amount        Final Allowed Amount

                                             UNS                $10,000.00
                                                               $10,000.00

Date Filed           14-Nov-2016
Bar Date
Claim Face Value      $10,000.00

---

**Mildred Galbraith**                        **Clm No 1263**    Filed In Cases: 140
797 Teague Trail
Lady Lake, FL 32159                          Class          Claim Detail Amount        Final Allowed Amount

                                             UNS                  $1.00
                                                                  $1.00

Date Filed           14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              423 of 3330

---

**Paul V. Greenfield**                     **Clm No 1264**    Filed In Cases: 140
1612 Barringer Rd.
Ilion, NY 13357                            Class            Claim Detail Amount    Final Allowed Amount

                                          UNS              $10,000.00

                                                           $10,000.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value        $10,000.00

---

**Maureen Gilleo**                         **Clm No 1265**    Filed In Cases: 140
197 Columbus Ave #2-B
West Harrison, NY 10604                    Class            Claim Detail Amount    Final Allowed Amount

                                          UNS              $1.00

                                                           $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Inge Romano**                            **Clm No 1266**    Filed In Cases: 140
1251 Brecken Ct.
Kannapolis, NC 28081                      Class            Claim Detail Amount    Final Allowed Amount

                                          UNS              $1.00

                                                           $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Elaine Riccio**
194 Fairbanks Ave.
Staten Island, NY 10306

**Clm No 1267**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Frank R. Ricciardi**
11829 Aranda Ct.
Hudson, FL 34667

**Clm No 1268**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Denis O'Donnell**
7 Hillside Terrace
Nanuet, NY 10954

**Clm No 1269**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

### Claims Details

---

**Erik A. Oberg**
89 West Lake Dr.
Montauk, NY 11954

**Clm No 1270**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jacqueline O'Gorman**
10 Sourwood Lane
Pittsburg, NC 27312

**Clm No 1271**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jill E. Ogule**
49 Dayton Rd
Jamesburg, NJ 08831

**Clm No 1272**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              426 of 3330

---

**Lorraine Olson-Wolff**                    **Clm No 1273**    Filed In Cases: 140

P.O.Box 645

North Bennington, VT 05257

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mary Lou Taylor**                         **Clm No 1274**    Filed In Cases: 140

11552 SW 74th Court

Ocala, FL 34476-9187

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**William Tomko**                           **Clm No 1275**    Filed In Cases: 140

334 Linda Dr.

Mountainside, NJ 07092

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                        427 of 3330

---

**Richard J. Trippiedi**                    **Clm No 1276**    Filed In Cases: 140
120 Jones Rd
Oxford, NY 13830                            Class            Claim Detail Amount      Final Allowed Amount

                                            UNS                   $1.00
                                                                  $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Henry Tocci**                            **Clm No 1277**    Filed In Cases: 140
8184 Montserrat Pl
Wellington, FL 33414                        Class            Claim Detail Amount      Final Allowed Amount

                                            UNS                   $1.00
                                                                  $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Louis Tenore**                           **Clm No 1278**    Filed In Cases: 140
222 Eagle Rock Avenue
Roseland, NJ 07068                          Class            Claim Detail Amount      Final Allowed Amount

                                            UNS                   $1.00
                                                                  $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/14/2018 3:55:46 PM

### Claims Details

428 of 3330

| **Lisa Santos** | | **Clm No 1279** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 2 Lolly Lane | | Class | Claim Detail Amount | Final Allowed Amount |
| Centereach, NY 11720 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Ruth M. Sigler** | | **Clm No 1280** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 5453 Deere Drive | | Class | Claim Detail Amount | Final Allowed Amount |
| Conway, SC 29527 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Louis Michael Salaun** | | **Clm No 1281** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 641 County Hwy 25 | | Class | Claim Detail Amount | Final Allowed Amount |
| Richfield Springs, NY 13439 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                             429 of 3330

---

**Josephine T. Saviano**          **Clm No 1282**      Filed In Cases: 140
682 Dianne Street
Seaford, NY 11783                 Class          Claim Detail Amount      Final Allowed Amount

                                  UNS                  $1.00
                                  ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─
                                                       $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Glenn Santo**                   **Clm No 1283**      Filed In Cases: 140
9 Runyon Street
Bay Shore, NY 11706               Class          Claim Detail Amount      Final Allowed Amount

                                  UNS                  $1.00
                                  ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─
                                                       $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Mary M. Skirkanish**            **Clm No 1284**      Filed In Cases: 140
117 S 20th Avenue
Manville, NJ 08835                Class          Claim Detail Amount      Final Allowed Amount

                                  UNS                $10,000.00
                                  ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─
                                                     $10,000.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value      $10,000.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              430 of 3330

---

**Eileen J. Schneider**                 **Clm No 1285**      Filed In Cases: 140
4717 White House Lane
Virginia Beach, VA 23455            Class          Claim Detail Amount      Final Allowed Amount

                                   UNS                    $1.00
                                                         $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Davor Saric**                          **Clm No 1286**      Filed In Cases: 140
5 Albert Street
Shoreham, NY 11786                 Class          Claim Detail Amount      Final Allowed Amount

                                   UNS                    $1.00
                                                         $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Theodore L. Shepperson**               **Clm No 1287**      Filed In Cases: 140
923 Lanett Avenue
Far Rockaway, NY 11691             Class          Claim Detail Amount      Final Allowed Amount

                                   UNS                    $1.00
                                                         $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/14/2018 3:55:46 PM

*Claims Details*                                                                431 of 3330

---

**Jacqueline Saccente**              **Clm No 1288**    Filed In Cases: 140
223 Tree Branch Lane
Edgewater, FL 32141                  Class        Claim Detail Amount      Final Allowed Amount

                                     UNS              $10,000.00
                                                      $10,000.00

Date Filed          14-Nov-2016
Bar Date
Claim Face Value    $10,000.00

---

**Susan Schuler**                    **Clm No 1289**    Filed In Cases: 140
120 Stirrup Lane
Kunkletown, PA 18058                 Class        Claim Detail Amount      Final Allowed Amount

                                     UNS              $1.00
                                                      $1.00

Date Filed          14-Nov-2016
Bar Date
Claim Face Value    $1.00

---

**George W. Mosher**                 **Clm No 1290**    Filed In Cases: 140
183-18 69th Avenue
Fresh Meadows, NY 11365              Class        Claim Detail Amount      Final Allowed Amount

                                     UNS              $1.00
                                                      $1.00

Date Filed          14-Nov-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              432 of 3330

---

**Dennis Murphy**                    **Clm No 1291**    Filed In Cases: 140
403 Sunny View Oval
Keasbey, NJ 08832                     Class          Claim Detail Amount    Final Allowed Amount

                                     UNS                    $1.00
                                                           $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Frank Napoli**                     **Clm No 1292**    Filed In Cases: 140
93 Minerva Drive
Yonkers, NY 10710                    Class          Claim Detail Amount    Final Allowed Amount

                                     UNS                    $1.00
                                                           $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Anton Nicolich**                   **Clm No 1293**    Filed In Cases: 140
220 Bette Road
East Meadow, NY 11554               Class          Claim Detail Amount    Final Allowed Amount

                                     UNS                    $1.00
                                                           $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                     3/14/2018 3:55:46 PM

*Claims Details*                                                              433 of 3330

---

**Elizabeth Neumeyer**          **Clm No 1294**     Filed In Cases: 140
28 W. Sixth Street
Locust Valley, NY 11560         Class          Claim Detail Amount        Final Allowed Amount

                                UNS                    $1.00
                                                       $1.00

Date Filed          14-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**James V. Nola**               **Clm No 1295**     Filed In Cases: 140
5716 Sloop Court
Newbern, NC 28560               Class          Claim Detail Amount        Final Allowed Amount

                                UNS                    $1.00
                                                       $1.00

Date Filed          14-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Frank Novak**                 **Clm No 1296**     Filed In Cases: 140
50A Columbus Blvd
Whiting, NJ 08759               Class          Claim Detail Amount        Final Allowed Amount

                                UNS                 $10,000.00
                                                    $10,000.00

Date Filed          14-Nov-2016
Bar Date
Claim Face Value     $10,000.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                                     434 of 3330

---

**James Nyarady**                      **Clm No 1297**    Filed In Cases: 140
35 Orchard Road
Mahopac, NY 10541                      Class          Claim Detail Amount        Final Allowed Amount

                                       UNS                    $1.00
                                       ─────────────────────────────────────────────────
                                                              $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**John Nullet**                        **Clm No 1298**    Filed In Cases: 140
110 Reiss Avenue
Massapeyua Park, NY 11762              Class          Claim Detail Amount        Final Allowed Amount

                                       UNS                    $1.00
                                       ─────────────────────────────────────────────────
                                                              $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Edward Ogden**                       **Clm No 1299**    Filed In Cases: 140
2426 Torrington Drive
Toms River, NJ 08755                  Class          Claim Detail Amount        Final Allowed Amount

                                       UNS                    $1.00
                                       ─────────────────────────────────────────────────
                                                              $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

435 of 3330

**Michael Oklevitch, Jr.**
12832 Bay Plantation Drive
Jacksonville, FL 32223

**Clm No 1300**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Timothy R. O'Connell**
8 Topland Road
Mahopac, NY 10541

**Clm No 1301**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Kathryn A. O'Hea**
61 Brass Castle Road
Washington, NJ 07882

**Clm No 1302**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

*Claims Details*                                                                              436 of 3330

---

**Dorothy Orender**                     **Clm No 1303**    Filed In Cases: 140
102 Burnside Way
Kiss, FL 34744                          Class              Claim Detail Amount      Final Allowed Amount

                                        UNS                $10,000.00
                                                           $10,000.00

Date Filed          14-Nov-2016
Bar Date
Claim Face Value    $10,000.00

---

**John A. Polidoro**                    **Clm No 1304**    Filed In Cases: 140
1421 Julip Drive
Orlando, FL 32825                       Class              Claim Detail Amount      Final Allowed Amount

                                        UNS                $1.00
                                                           $1.00

Date Filed          14-Nov-2016
Bar Date
Claim Face Value    $1.00

---

**Helen Popick**                        **Clm No 1305**    Filed In Cases: 140
24 Lopatcong Drive
Ewing, NJ 08638                         Class              Claim Detail Amount      Final Allowed Amount

                                        UNS                $1.00
                                                           $1.00

Date Filed          14-Nov-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

437 of 3330

---

**Carol J. Pantaleo**
8 Silver Leaf Drive
Marlboro, NJ 07746

**Clm No 1306**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lois Pecoraro**
1616 Fieldway Avenue
Staten Island, NY 10308

**Clm No 1307**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lois Pecoraro**
166 Fieldway Avenue
Staten Island, NY 10308

**Clm No 1308**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                             438 of 3330

---

**Gerard Johnson**                 **Clm No 1309**      Filed In Cases: 140
415 Paulding Avenue
Northvale, NJ 07647                Class         Claim Detail Amount    Final Allowed Amount

                                  UNS                  $1.00
                                                       $1.00

Date Filed          14-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Patrick J. Kearney**            **Clm No 1310**      Filed In Cases: 140
4581 John Sandling Road
Franklinton, NC 27525-8944        Class         Claim Detail Amount    Final Allowed Amount

                                  UNS                  $1.00
                                                       $1.00

Date Filed          14-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Joseph Karow**                  **Clm No 1311**      Filed In Cases: 140
441 W Tarpon
Port Charlotte, FL 33952          Class         Claim Detail Amount    Final Allowed Amount

                                  UNS                  $1.00
                                                       $1.00

Date Filed          14-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                 439 of 3330

---

**Paul Kissel**                    **Clm No 1312**      Filed In Cases: 140
8900 16 Ave.
Brooklyn, NY 11214                 Class            Claim Detail Amount      Final Allowed Amount

                                   UNS                    $1.00
                                                          $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**David F. Konczal**               **Clm No 1313**      Filed In Cases: 140
2509 Dover Rd.
Forked River, NJ 08731-5712        Class            Claim Detail Amount      Final Allowed Amount

                                   UNS                    $1.00
                                                          $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Kenneth I. Kapusta**             **Clm No 1314**      Filed In Cases: 140
601 Washington Ave.
Twp Washington, NJ 07676           Class            Claim Detail Amount      Final Allowed Amount

                                   UNS                    $1.00
                                                          $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                                    440 of 3330

---

**Christopher T. Kenny**                    **Clm No 1315**    Filed In Cases: 140
320 Atlantic Ave. D-2
East Rockaway, NY 11518          | Class | Claim Detail Amount | Final Allowed Amount |
                                 |-------|---------------------|----------------------|
                                 | UNS   | $1.00               |                      |
                                 |       | $1.00               |                      |

Date Filed            14-Nov-2016
Bar Date
Claim Face Value      $1.00

---

**Matthew M. Kelly**                        **Clm No 1316**    Filed In Cases: 140
848 S. Herman Ave.
Thornwood, NY 10594              | Class | Claim Detail Amount | Final Allowed Amount |
                                 |-------|---------------------|----------------------|
                                 | UNS   | $1.00               |                      |
                                 |       | $1.00               |                      |

Date Filed            14-Nov-2016
Bar Date
Claim Face Value      $1.00

---

**Ronald Koerner**                          **Clm No 1317**    Filed In Cases: 140
127 First Ave.
Kings Park, NY 11754             | Class | Claim Detail Amount | Final Allowed Amount |
                                 |-------|---------------------|----------------------|
                                 | UNS   | $1.00               |                      |
                                 |       | $1.00               |                      |

Date Filed            14-Nov-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

441 of 3330

---

**Fred Kravitz**
31 Silver Ln.
Levittown, NY 11356

**Clm No 1318**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Katherine La Barbera**
12 Shadow Creek Court
Jackson, NJ 08527

**Clm No 1319**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Donald F. LaForey**
308 Lotz Drive
Yorktown, VA 23692

**Clm No 1320**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                        442 of 3330

---

**Edward R. Lebel**                  **Clm No 1321**      Filed In Cases: 140
72 South Bicycle Path
Selden, NY 11784                     Class           Claim Detail Amount      Final Allowed Amount

                                     UNS                $10,000.00
                                                        $10,000.00

Date Filed           14-Nov-2016
Bar Date
Claim Face Value     $10,000.00

---

**Ralph Lanoto**                     **Clm No 1322**      Filed In Cases: 140
1738 Edgewood, Rd.
Forked River, NJ 08731               Class           Claim Detail Amount      Final Allowed Amount

                                     UNS                $1.00
                                                        $1.00

Date Filed           14-Nov-2016
Bar Date
Claim Face Value     $1.00

---

**Joseph La Rocco**                  **Clm No 1323**      Filed In Cases: 140
2 A Graystone Place
Whiting, NJ 08759-3135               Class           Claim Detail Amount      Final Allowed Amount

                                     UNS                $1.00
                                                        $1.00

Date Filed           14-Nov-2016
Bar Date
Claim Face Value     $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              443 of 3330

---

**Vincenzo Lancellotti**              **Clm No 1324**    Filed In Cases: 140
4 Carletondale Rd.
Ringwood, NJ 07456                     Class          Claim Detail Amount        Final Allowed Amount

                                      UNS                    $10,000.00
                                                            _____
                                                             $10,000.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value         $10,000.00

---

**William F. Loughlin**               **Clm No 1325**    Filed In Cases: 140
9124 Flynn, #2
Boca Raton, FL 33496                   Class          Claim Detail Amount        Final Allowed Amount

                                      UNS                    $1.00
                                                            _____
                                                             $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Beverly Lynch**                     **Clm No 1326**    Filed In Cases: 140
78 Miles Ave.
Staten Island, NY 10308               Class          Claim Detail Amount        Final Allowed Amount

                                      UNS                    $1.00
                                                            _____
                                                             $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

---

*Claims Details*                                                             444 of 3330

---

| **Paul Lynch** | **Clm No 1327** | Filed In Cases: 140 | |
|---|---|---|---|
| 15 Sunset Pl. | Class | Claim Detail Amount | Final Allowed Amount |
| Bergenfield, NJ 07621 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Michael Lobasso** | **Clm No 1328** | Filed In Cases: 140 | |
|---|---|---|---|
| 60 Briscoe Terr. | Class | Claim Detail Amount | Final Allowed Amount |
| Hazlet, NJ 07730 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Lawrence Lo Verde** | **Clm No 1329** | Filed In Cases: 140 | |
|---|---|---|---|
| 7 Wilson St. | Class | Claim Detail Amount | Final Allowed Amount |
| Centereach, NY 11720 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

*Claims Details*                                                                                                445 of 3330

---

**Arthur J. Laufer, Sr.**                    **Clm No 1330**      Filed In Cases: 140
757 Pease Lane
West Islip, NY 11795                          Class            Claim Detail Amount        Final Allowed Amount

                                             UNS                    $1.00
                                                                    $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Joyce Lawrence**                           **Clm No 1331**      Filed In Cases: 140
929 E. 78th
Brooklyn, NY 11236                            Class            Claim Detail Amount        Final Allowed Amount

                                             UNS                   $10,000.00
                                                                   $10,000.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value       $10,000.00

---

**Anthony Latacz**                           **Clm No 1332**      Filed In Cases: 140
89 Tiller Dr.
Waretown, NJ 08758                            Class            Claim Detail Amount        Final Allowed Amount

                                             UNS                    $1.00
                                                                    $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

---

**Mary J. Lennon**
261-31 St.
Lindenhurst, NY 11757

**Clm No 1333**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Daniel LaMonica**
37 Anstice St.
Oyster Bay, NY 11711

**Clm No 1334**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Patricia A. Ridge**
925 Ship Ave.
Beachwood, NJ 08722

**Clm No 1335**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    447 of 3330

---

**Catherine Mazzone**          **Clm No 1336**    Filed In Cases: 140
380 Talbot Drive
Fair Field, NJ 07004           Class           Claim Detail Amount      Final Allowed Amount

                               UNS                  $1.00
                                                    $1.00

Date Filed          14-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Valerie Reichert McClung**   **Clm No 1337**    Filed In Cases: 140
17 Hialeah Dr.
Colts Neck, NJ 07722           Class           Claim Detail Amount      Final Allowed Amount

                               UNS                  $1.00
                                                    $1.00

Date Filed          14-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Mary McGibbon**              **Clm No 1338**    Filed In Cases: 140
106 Chestnut St.
Toms River, NJ 08753           Class           Claim Detail Amount      Final Allowed Amount

                               UNS                  $1.00
                                                    $1.00

Date Filed          14-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

---

**Roseanne Migliore-Ketchel**
24 Beach Ave.
Staten Island, NY 10306

**Clm No 1339**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Michael Mucci**
16 Garden Dr.
New Windsor, NY 12553

**Clm No 1340**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Garrett T. Martin**
101 Mountain View Rd.
Fishkill, NY 12524

**Clm No 1341**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                                449 of 3330

---

**Robert A. Regan**                        **Clm No 1342**    Filed In Cases: 140
32 Cooper Ave.
Somerset, NJ 08873                         Class              Claim Detail Amount    Final Allowed Amount

                                           UNS                $10,000.00
                                                              $10,000.00

         Date Filed           14-Nov-2016
         Bar Date
         Claim Face Value     $10,000.00

---

**Boni Ripol**                             **Clm No 1343**    Filed In Cases: 140
980 Aldos St. Apt. 7-G
Bronx, NY 10459                            Class              Claim Detail Amount    Final Allowed Amount

                                           UNS                $1.00
                                                              $1.00

         Date Filed           14-Nov-2016
         Bar Date
         Claim Face Value     $1.00

---

**Sarah Ristine**                          **Clm No 1344**    Filed In Cases: 140
5 E. Willow St.
Beacon, NY 12508                          Class              Claim Detail Amount    Final Allowed Amount

                                           UNS                $10,000.00
                                                              $10,000.00

         Date Filed           14-Nov-2016
         Bar Date
         Claim Face Value     $10,000.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

*Claims Details*                                                                             450 of 3330

---

**Rose Ann Repaci**                    **Clm No 1345**    Filed In Cases: 140
8612 Lineyard Cay
West Palm Beach, FL 33411           Class              Claim Detail Amount       Final Allowed Amount

                                   UNS                    $1.00
                                                          $1.00

Date Filed           14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Richard Reede**                      **Clm No 1346**    Filed In Cases: 140
1132 Church St.
Hillside, NJ 07205                  Class              Claim Detail Amount       Final Allowed Amount

                                   UNS                  $10,000.00
                                                        $10,000.00

Date Filed           14-Nov-2016
Bar Date
Claim Face Value      $10,000.00

---

**William Reynolds**                   **Clm No 1347**    Filed In Cases: 140
253 Addison Way
Titusville, FL 32780                Class              Claim Detail Amount       Final Allowed Amount

                                   UNS                    $1.00
                                                          $1.00

Date Filed           14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Henry J. Pietsch**
5034 Northshore Drive
Polk City, FL 33868

**Clm No 1348**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Anthony T. Pinelli**
3 Morse Hill Rd.
Millerton, NY 12546

**Clm No 1349**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Peter Joseph Primiani**
119 Lekeside Dr.
Oldsmar, FL 34677-2230

**Clm No 1350**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                           452 of 3330

---

**Ameded A. Parisi**                      **Clm No 1351**      Filed In Cases: 140
18 Wycliffe Dr.
Manchester, NJ 08759                      Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                 $1.00
                                                              $1.00

        Date Filed            14-Nov-2016
        Bar Date
        Claim Face Value           $1.00

---

**Marybeth Perniola (Marrero)**          **Clm No 1352**      Filed In Cases: 140
586 Riga St.
Staten Island, NY 10306                   Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                 $1.00
                                                              $1.00

        Date Filed            14-Nov-2016
        Bar Date
        Claim Face Value           $1.00

---

**Kenneth Pickell**                       **Clm No 1353**      Filed In Cases: 140
6 Wycombe Court
Toms River, NJ 08757                      Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                 $1.00
                                                              $1.00

        Date Filed            14-Nov-2016
        Bar Date
        Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/14/2018 3:55:46 PM

*Claims Details*                                                    453 of 3330

---

**Evelyn Pavese**
627 Repetti St.
Westwood, NJ 07675

**Clm No 1354**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**Barbara A. Patterson**
2514 Monroe Terrace
The Villages, FL 32162

**Clm No 1355**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Robert W. Padich**
189 Maple St.
Medford, NY 11763

**Clm No 1356**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                                            454 of 3330

---

**Daniel Pellicci**                    **Clm No 1357**    Filed In Cases: 140
96 Key Place
Tappan, NY 10983                        Class            Claim Detail Amount        Final Allowed Amount

                                        UNS                      $1.00
                                                                 $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Vito Perci**                          **Clm No 1358**    Filed In Cases: 140
733 Spring Lake Dr.
Middle Island, NY 11953                 Class            Claim Detail Amount        Final Allowed Amount

                                        UNS                      $1.00
                                                                 $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**George Panaro**                       **Clm No 1359**    Filed In Cases: 140
2652 First Ave
East Meadow, NY 11554                   Class            Claim Detail Amount        Final Allowed Amount

                                        UNS                      $1.00
                                                                 $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*     3/14/2018 3:55:46 PM

*Claims Details*                                                455 of 3330

---

**Joanne Pattona**                    **Clm No 1360**     Filed In Cases: 140
584 Rotonda Circle
Rotonda, FL 33947                     Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                 $1.00
                                     ────────────────────────────────────────
                                                         $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**John Pellegrini**                   **Clm No 1361**     Filed In Cases: 140
34 Pancoast Rd.
Waretown, NJ 08758                   Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                 $1.00
                                     ────────────────────────────────────────
                                                         $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Michael A. Petramale**              **Clm No 1362**     Filed In Cases: 140
153 Hilltop Rd.
Saugerties, NY 12477                 Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                 $1.00
                                     ────────────────────────────────────────
                                                         $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    456 of 3330

---

**Phyllis McMahon**
60 Castleton Dr.
Toms River, NJ 08757

**Clm No 1363**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Donna McGann**
21-16 78 Street, #1C
East Elmhurst, NY 11370

**Clm No 1364**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sharon Morin**
103 Randall Terr.
N. Syracuse, NY 13212

**Clm No 1365**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*

---

**Anne McCormick**
215 Morgan St.
Oberlin, OH 44074-1515

**Clm No 1366**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Hugh McGinley**
711 North 5th Street
New Hyde Park, NY 11040-2931

**Clm No 1367**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Vincent Tesoniero**
43-25 169th St.
Flushing, NY 11358

**Clm No 1368**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**       **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              458 of 3330

---

**Antonios Tahinos**                    **Clm No 1369**    Filed In Cases: 140
763 Brittany Park Blvd.
Tarpon Springs, FL 34689                 Class        Claim Detail Amount      Final Allowed Amount

                                         UNS              $1.00
                                                          $1.00

Date Filed          14-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**John S. Tartaglione**                 **Clm No 1370**    Filed In Cases: 140
P.O. Box 5210
Rocky Point, NY 11778                    Class        Claim Detail Amount      Final Allowed Amount

                                         UNS              $1.00
                                                          $1.00

Date Filed          14-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Alan M. Thierman**                    **Clm No 1371**    Filed In Cases: 140
10 Revere Court, 2212
Suffern, NY 10901                        Class        Claim Detail Amount      Final Allowed Amount

                                         UNS             $10,000.00
                                                         $10,000.00

Date Filed          14-Nov-2016
Bar Date
Claim Face Value        $10,000.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

*Claims Details*

---

**Mary Ellen Tracey**
183 Webber Ave
Sleepy Hollow, NY 10591

**Clm No 1372**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Tabacco**
268 Cindy Street
Old Bridge, NJ 08857

**Clm No 1373**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Doris M. Travis**
12 Lancaster Ave
Montrose, NY 10548

**Clm No 1374**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              460 of 3330

---

**Sharon L. Tozzi**                    **Clm No 1375**    Filed In Cases: 140
61 Frederick Ave.
Yardville, NJ 08620                     Class        Claim Detail Amount    Final Allowed Amount

                                       UNS              $1.00
                                                        $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Christopher Turek**                  **Clm No 1376**    Filed In Cases: 140
27 Horns Park Road
Hyde Park, NY 12538                     Class        Claim Detail Amount    Final Allowed Amount

                                       UNS            $10,000.00
                                                      $10,000.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value        $10,000.00

---

**Shane M. Trudo**                     **Clm No 1377**    Filed In Cases: 140
6 Patriot Drive
Plattsburgh, NY 12901                  Class        Claim Detail Amount    Final Allowed Amount

                                       UNS            $10,000.00
                                                      $10,000.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value        $10,000.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                  3/14/2018 3:55:46 PM

*Claims Details*                                                                           461 of 3330

---

**James H. Traendly**                    **Clm No 1378**      Filed In Cases: 140
148 High St.
Milton, PA 17847                         Class           Claim Detail Amount      Final Allowed Amount

                                         UNS                    $1.00
                                                               $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Irene Vertes**                         **Clm No 1379**      Filed In Cases: 140
11 Raymond St.
Fords, NJ 08863                          Class           Claim Detail Amount      Final Allowed Amount

                                         UNS                    $1.00
                                                               $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Patrick Villano**                      **Clm No 1380**      Filed In Cases: 140
869 Elm Ave.
Riveredge, WI 07661                      Class           Claim Detail Amount      Final Allowed Amount

                                         UNS                    $1.00
                                                               $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

462 of 3330

---

**Rosemary Tursi**
624 Old Farm Road
Statesville, NC 28625

**Clm No 1381**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert C. Weyer**
43 Beech Ave.
Farmingville, NY 11738

**Clm No 1382**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Frank Ungaro**
58 Corbin Hill Rd.
P.O. Box 766
Fort Montgomery, NY 10922

**Clm No 1383**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    463 of 3330

| Colima D. West | **Clm No 1384** | Filed In Cases: 140 | |
|---|---|---|---|
| 11155 Heathrow Ave. | Class | Claim Detail Amount | Final Allowed Amount |
| Springhill, FL 34607 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| James Weeks, Jr. | **Clm No 1385** | Filed In Cases: 140 | |
|---|---|---|---|
| 2230 South Partridge Circle | Class | Claim Detail Amount | Final Allowed Amount |
| Hopkins, SC 29061 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Patrick J. Walsh | **Clm No 1386** | Filed In Cases: 140 | |
|---|---|---|---|
| 11 Skinner Court | Class | Claim Detail Amount | Final Allowed Amount |
| Tomkins Cove, NY 10986 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                            464 of 3330

---

**Maria Williams**                    **Clm No 1387**    Filed In Cases: 140
455 Amsterdam Ave.
East Patchogue, NY 11772              Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                    $1.00
                                                            $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**William C. Wood**                    **Clm No 1388**    Filed In Cases: 140
334 E. Mountain Rd. North
Cold Spring, NY 10516                 Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                    $1.00
                                                            $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Mary Magdlene Watts**                **Clm No 1389**    Filed In Cases: 140
3936 S Semoran Blvd. PMB 316
Orlando, FL 32822                     Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                    $1.00
                                                            $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

465 of 3330

---

**Susan Wortas**
1236 Academic Way
Haslett, MI 48840

**Clm No 1390**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed        14-Nov-2016
Bar Date
Claim Face Value        $10,000.00

---

**Joe Wood**
14 Bright St. Apt. A
South River, NJ 08882

**Clm No 1391**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        14-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**John J. Wahlberg**
1022 Manor Lane
Bay Shore, NY 11706

**Clm No 1392**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        14-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                3/14/2018 3:55:46 PM

*Claims Details*                                                                          466 of 3330

---

**Paul Mauch**                          **Clm No 1393**      Filed In Cases: 140
144 Sturges St.
Staten Island, NY 10314                  Class              Claim Detail Amount      Final Allowed Amount

                                         UNS                     $1.00
                                                                 $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Robert Zimmerman**                     **Clm No 1394**      Filed In Cases: 140
2208 Crystal Terrace
North Plainfield, NJ 07060               Class              Claim Detail Amount      Final Allowed Amount

                                         UNS                     $1.00
                                                                 $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Eileen Zawacki**                       **Clm No 1395**      Filed In Cases: 140
212 Calderone Ct.
South Plainfield, NJ 07080               Class              Claim Detail Amount      Final Allowed Amount

                                         UNS                  $10,000.00
                                                             $10,000.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value       $10,000.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Rajcomar Mahes**
136-12 241st St.
Rosdale, NY 11422

**Clm No 1396**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Augustine P. Massello**
70 Sunset Drive
North Salem, NY 10560

**Clm No 1397**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Pasquale Marcotuccio**
4317 Warrens Way
Wanaque, NJ 07465

**Clm No 1398**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    468 of 3330

---

**James E. McCandless**
111 D. Chenoa Drive
Murrells Inlet, SC 39576

**Clm No 1399**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**James McHugh**
600 Marseille Path
Sayville, NY 11782

**Clm No 1400**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Arline Mazzocchi**
7 Goosetown Ct.
Campbell Hall, NY 10916

**Clm No 1401**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                             469 of 3330

---

**Vincent Melita**                   **Clm No 1402**     Filed In Cases: 140
780 Elmwood Rd.
West Babylon, NY 11704               Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                     $1.00
                                                            $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**James J. McMahon**                 **Clm No 1403**     Filed In Cases: 140
46-10 61st. St. Apt. 9-H
Woodside, NY 11377                   Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                  $10,000.00
                                                         $10,000.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value        $10,000.00

---

**Frank McGee**                      **Clm No 1404**     Filed In Cases: 140
215 Van Nostrand Ave.
Englewood, NJ 07631                  Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                     $1.00
                                                            $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                          3/14/2018 3:55:46 PM

*Claims Details*                                                                   470 of 3330

---

**Charles W. Messick**                    **Clm No 1405**    Filed In Cases: 140
40 Beechwood Ave.
Edison, NJ 08830                          Class          Claim Detail Amount        Final Allowed Amount

                                          UNS                  $10,000.00
                                                               $10,000.00

          Date Filed        14-Nov-2016
          Bar Date
          Claim Face Value    $10,000.00

---

**Creighton Meade**                       **Clm No 1406**    Filed In Cases: 140
144 Alhan Parkway
Syracuse, NY 13209                        Class          Claim Detail Amount        Final Allowed Amount

                                          UNS                      $1.00
                                                                  $1.00

          Date Filed        14-Nov-2016
          Bar Date
          Claim Face Value        $1.00

---

**Cora M. Mette**                         **Clm No 1407**    Filed In Cases: 140
1700 Rochelle Parkway
Merritt Island, FL 32952                  Class          Claim Detail Amount        Final Allowed Amount

                                          UNS                  $10,000.00
                                                               $10,000.00

          Date Filed        14-Nov-2016
          Bar Date
          Claim Face Value    $10,000.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

---

*Claims Details*    471 of 3330

---

**Philip Monahan**
36 Adirondack Drive
Selden, NY 11784

**Clm No 1408**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Frank Mogelnicki**
277 Walden Ct.
East Moriches, NY 11940

**Clm No 1409**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jeanne E. Miller**
366 Pathway Manor
Wyckoff, NJ 07481

**Clm No 1410**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    472 of 3330

---

**Thomas Murtaugh**
P.O. Box 42
Johnson, NY 10933

**Clm No 1411**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**John Musarella**
12 Rumson Rd.
Staten Island, NY 10314

**Clm No 1412**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Guiseppe Munge**
21-34 38th St.
Astoria, NY 11105

**Clm No 1413**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                                    473 of 3330

---

**George McGrossan**              **Clm No 1414**      Filed In Cases: 140
796 NW 25th Ave.
Delray Beach, FL 33445-2010      Class              Claim Detail Amount        Final Allowed Amount

                                 UNS                      $1.00
                                                          $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Theresa Mykytka**              **Clm No 1415**      Filed In Cases: 140
19 Bennington Drive
Toms River, NJ 08757             Class              Claim Detail Amount        Final Allowed Amount

                                 UNS                      $1.00
                                                          $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Anthony Muse**                 **Clm No 1416**      Filed In Cases: 140
14 Poe Ave.
Newark, NJ 07106                 Class              Claim Detail Amount        Final Allowed Amount

                                 UNS                      $1.00
                                                          $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                    474 of 3330

---

**Nan McCarthy**                    **Clm No 1417**    Filed In Cases: 140
619 Lindegar St.
Linden, NJ 07036                    Class         Claim Detail Amount      Final Allowed Amount

                                    UNS                    $1.00
                                                           $1.00

Date Filed           14-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Angelina Muoio**                  **Clm No 1418**    Filed In Cases: 140
76 Coney Road
Little Falls, NJ 07424              Class         Claim Detail Amount      Final Allowed Amount

                                    UNS                  $10,000.00
                                                         $10,000.00

Date Filed           14-Nov-2016
Bar Date
Claim Face Value         $10,000.00

---

**James McCaffrey**                 **Clm No 1419**    Filed In Cases: 140
38759 Yolanda St.
Selbyville, DE 19975               Class         Claim Detail Amount      Final Allowed Amount

                                    UNS                    $1.00
                                                           $1.00

Date Filed           14-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                      475 of 3330

---

**Margaret Miller**                    **Clm No 1420**    Filed In Cases: 140
521 Brook Ave.
River Vale, NJ 07675                    Class            Claim Detail Amount        Final Allowed Amount

                                       UNS              $1.00

                                                        $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Lisa Melfi**                         **Clm No 1421**    Filed In Cases: 140
5 Sherman Rd.
Glen Cove, NY 11542                    Class            Claim Detail Amount        Final Allowed Amount

                                       UNS              $1.00

                                                        $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Theresa Mondella**                   **Clm No 1422**    Filed In Cases: 140
481 Leverett Avenue
Staten Island, NY 10308               Class            Claim Detail Amount        Final Allowed Amount

                                       UNS              $1.00

                                                        $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

## *Claims Details*

---

**Irene McDonnell**                      **Clm No 1423**    Filed In Cases: 140
146 Linden Drive
Basking Ridge, NJ 07920          Class          Claim Detail Amount      Final Allowed Amount

                                 UNS                  $1.00

                                                      $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Michele Rusciano**                     **Clm No 1424**    Filed In Cases: 140
92 Connecticut St.
Staten Island, NY 10307          Class          Claim Detail Amount      Final Allowed Amount

                                 UNS                  $1.00

                                                      $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Mauren Montilli**                      **Clm No 1425**    Filed In Cases: 140
481 Ocean Point Ave.
Cedarhurst, NY 11516             Class          Claim Detail Amount      Final Allowed Amount

                                 UNS                  $1.00

                                                      $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

---

**Marcos Formoso**
423 76th St.
North Bergen, NJ 07047

**Clm No 1426**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Farchione**
4018 Maywood Drive
Seaford, NY 11783

**Clm No 1427**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Theodore J. Duffy**
4 Cabin Spring Trail
Byram Township, NJ 07821

**Clm No 1428**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**   **Visit us on the Web at www.omnimgt.com**   **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**   **E-mail: claimsmanager@omnimgt.com**   **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                           478 of 3330

---

**Cleo V. Ellis**                          **Clm No 1429**    Filed In Cases: 140
289 Mineral Springs Rd.
Boydton, VA 23917                          Class          Claim Detail Amount      Final Allowed Amount

                                           UNS                      $1.00

                                                                    $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Darlene Fore**                           **Clm No 1430**    Filed In Cases: 140
61 Greenwood Road
Morganville, NJ 07751                       Class          Claim Detail Amount      Final Allowed Amount

                                            UNS                     $1.00

                                                                    $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Peter Deliso**                           **Clm No 1431**    Filed In Cases: 140
121 Moore Ave.
Massapequa Pk, NY 11762                     Class          Claim Detail Amount      Final Allowed Amount

                                            UNS                     $1.00

                                                                    $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

479 of 3330

---

**Pamela DiPasquale**
7 Marvin Dr.
Kings Park, NY 11754

**Clm No 1432**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Josephine DiRico**
20-08 43st
Astoria, NY 11105

**Clm No 1433**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Violet Lucille Conigliaro**
28081 Felician
Roseville, MI 48066

**Clm No 1434**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              480 of 3330

---

**Donna Crane**                          **Clm No 1435**    Filed In Cases: 140
80 Maple St.
Wilton, NH 03086                         Class         Claim Detail Amount    Final Allowed Amount

                                         UNS                 $1.00
                                                             $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**John J. Curtiss**                      **Clm No 1436**    Filed In Cases: 140
104 Kennedy Mill Rd.
Stewartsville, NJ 08886                   Class         Claim Detail Amount    Final Allowed Amount

                                         UNS                 $1.00
                                                             $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Julia Byrne**                          **Clm No 1437**    Filed In Cases: 140
118-02 12th Ave.
College Pt, NY 11356                      Class         Claim Detail Amount    Final Allowed Amount

                                         UNS                 $1.00
                                                             $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Patricia Fay Chandler**
77 Covington Court
Clayton, NC 27527

**Clm No 1438**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alice Churchwell**
135 W. Nyack Rd. #43
Nanuet, NY 10954

**Clm No 1439**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Michael Gerver**
3031 Samosa Hill Circle
Clermont, FL 34714

**Clm No 1440**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                    482 of 3330

---

**Bill A. Card**                          **Clm No 1441**    Filed In Cases: 140
c/o Kim Reeder
37001 NW Pacific Hwy.                      Class          Claim Detail Amount        Final Allowed Amount
Woodland, WA 98674
                                          UNS                $10,000.00
                                          
                                                             $10,000.00

Date Filed          14-Nov-2016
Bar Date
Claim Face Value     $10,000.00

---

**Ronald Dean Durbin**                    **Clm No 1442**    Filed In Cases: 140
2443 Perch Drive
Willits, CA 95490                         Class          Claim Detail Amount        Final Allowed Amount

                                          UNS                $1.00
                                          
                                                             $1.00

Date Filed          15-Nov-2016
Bar Date
Claim Face Value     $1.00

---

**Gerald Ernest Engel**                   **Clm No 1443**    Filed In Cases: 140
1290 W. Echo Drive
White Cloud, MI 49349                     Class          Claim Detail Amount        Final Allowed Amount

                                          UNS                $1.00
                                          
                                                             $1.00

Date Filed          18-Nov-2016
Bar Date
Claim Face Value     $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**          3/14/2018 3:55:46 PM

*Claims Details*                                                          483 of 3330

---

**Miller H. Tabler**                     **Clm No 1444**   Filed In Cases: 140
716 Andover Court
Winter Springs, FL 32708                 Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                  $1.00
                                                              $1.00

Date Filed              18-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Henry Frank Pocan**                    **Clm No 1445**   Filed In Cases: 140
1111 North Road
P.O. Box 800
Mauston, WI 53948-0800                   Class          Claim Detail Amount      Final Allowed Amount

                                         UNS             $480,000,000.00
                                                         $480,000,000.00

Date Filed              18-Nov-2016
Bar Date
Claim Face Value        $480,000,000.00

---

**Norma Dierinzo**                       **Clm No 1446**   Filed In Cases: 140
2418 Wind River Rd.
El Cajon, CA 92109                       Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                  $1.00
                                                              $1.00

Date Filed              18-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**   **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**        **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              484 of 3330

---

**Alan L. Jensen**                    **Clm No 1447**      Filed In Cases: 140
402 North Ave.
Penn Yuan, NY 14527               Class              Claim Detail Amount        Final Allowed Amount

                                  UNS                      $0.00

                                                           $0.00

Date Filed          14-Nov-2016
Bar Date
Claim Face Value          $0.00

---

**Andre D. Butler**                   **Clm No 1448**      Filed In Cases: 140
202 Haynes Drive
Pine Bluffs, AR 71603             Class              Claim Detail Amount        Final Allowed Amount

                                  UNS                    $10,000.00

                                                        $10,000.00

Date Filed          14-Nov-2016
Bar Date
Claim Face Value        $10,000.00

---

**Edwin P. Hubert**                   **Clm No 1449**      Filed In Cases: 140
2314 Bayline
SAN LEON, TX 77539                Class              Claim Detail Amount        Final Allowed Amount

                                  UNS                      $1.00

                                                          $1.00

Date Filed          14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

### Claims Details

---

**Thomas L. Crosby**                          **Clm No 1450**      Filed In Cases: 140
9812  Marilee Ave.
Bakersfield, CA 93312                          Class              Claim Detail Amount       Final Allowed Amount

                                               UNS                      $1.00
                                                                        $1.00

Date Filed                21-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Bradford L. Edwards**                       **Clm No 1451**      Filed In Cases: 140
7819 NW 228 Street
Raiford, FL 32026-4400                         Class              Claim Detail Amount       Final Allowed Amount

                                               UNS                      $1.00
                                                                        $1.00

Date Filed                21-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Charles E. Smith, Sr.**                     **Clm No 1452**      Filed In Cases: 140
2516 Halsel St.
Gulfport, MS 39503                             Class              Claim Detail Amount       Final Allowed Amount

                                               UNS                      $1.00
                                                                        $1.00

Date Filed                21-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                          486 of 3330

---

**Peter Neufeld**                          **Clm No 1453**      Filed In Cases: 140
634 Lorne Avenue East
Brandon, Manitoba, R7A 1W2                 Class            Claim Detail Amount      Final Allowed Amount

                                           UNS                      $1.00
                                                                    $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Brian Lee Watson**                       **Clm No 1454**      Filed In Cases: 140
408 N. Cavendish St.
Queen Valley, AZ 85118                     Class            Claim Detail Amount      Final Allowed Amount

                                           UNS                      $1.00
                                                                    $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Raymond L. Brandon**                     **Clm No 1455**      Filed In Cases: 140
3419 Pioneer Bend Lane
Katy, TX 77450                             Class            Claim Detail Amount      Final Allowed Amount

                                           UNS                      $1.00
                                                                    $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                          3/14/2018 3:55:46 PM

*Claims Details*                                                                    487 of 3330

---

**Dennis A. Romano**                    **Clm No 1456**      Filed In Cases: 140
31 Clemson Rd.
Parlin, NJ 08859                        Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                    $1.00

                                                               $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value      $1.00

---

**Maryann Rooney**                      **Clm No 1457**      Filed In Cases: 140
94-1419 Kulewa Loop #34-D
Waipahu, HI 96797                       Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                    $1.00

                                                               $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value      $1.00

---

**Melvin V. K. Carrico**                **Clm No 1458**      Filed In Cases: 140
19952 N Hwy 127
Garfield, AR 72732                      Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                    $1.00

                                                               $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              488 of 3330

---

**Steve B. Lane**                    **Clm No 1459**    Filed In Cases: 140
22 Calhoun St.
Whitmire, SC 29178                   Class        Claim Detail Amount      Final Allowed Amount

                                     UNS              $10,000.00
                                                      $10,000.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value        $10,000.00

Duplicate Claim No    76

---

**Charles Henry Beer**               **Clm No 1460**    Filed In Cases: 140
Box 10
Shortdale, MB R0L 1W0                Class        Claim Detail Amount      Final Allowed Amount
Canada
                                     UNS              $1.00
                                                      $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Gracie Abrams**                    **Clm No 1461**    Filed In Cases: 140
6650 Cottage Hill Rd.
Mobile, AL 36695                     Class        Claim Detail Amount      Final Allowed Amount

                                     UNS              $10,000.00
                                                      $10,000.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value        $10,000.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

489 of 3330

---

**Osie W. Handlex**
4118 West 12th
Pine Bluff, AR 71603

**Clm No 1462**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Jimmie Handlex, Sr.**
4009 W 5th
Pine Bluff, AR 71602

**Clm No 1463**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Terry Lee Schultz**
10133 Virginia St.
Oscoda, MI 48750

**Clm No 1464**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    490 of 3330

---

**Eddie C. Ricks**
2301 Crownwood
Pine Bluff, AR 71603

**Clm No 1465**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed        15-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Walter Ashley**
3400 Lilac St.
Pine Bluff, AR 71603

**Clm No 1466**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed        15-Nov-2016
Bar Date
Claim Face Value        $10,000.00

---

**William Gale Dollar**
4053 Hwy 549
Marion, LA 71260

**Clm No 1467**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed        17-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

## *Claims Details*

491 of 3330

---

**James C. Brown**
103 Country Club Blvd.
Summerville, SC 29483

**Clm No 1468**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 17-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Christine G. Childress**
1510 East Ninth Avenue
Pine Bluff, AR 71601

**Clm No 1469**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 17-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Robert Thomson**
273-74 Street
Brooklyn, NY 11209

**Clm No 1470**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

492 of 3330

---

**America L. Diamond**
6111 Rowland Avenue
Kansas City, KS 66104

**Clm No 1471**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 17-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Eddie D. Handley, Sr.**
1302 Blackhawk Ridge lane
Pine Bluff, AR 71603

**Clm No 1472**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 17-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Barbara I. Burke**
5464 E. Pleasant View Way
Pekin, IN 47165

**Clm No 1473**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 17-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

## *Claims Details*                                                    493 of 3330

---

**Walter Fischer**                    **Clm No 1474**    Filed In Cases: 140
1 Morningside Ave.
Cresskill, NJ 07626                    Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed              17-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Joseph Roman, Jr.**                 **Clm No 1475**    Filed In Cases: 140
445 Crestwood Ave.
Hackensack, NJ 07601                  Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                 $10,000.00
                                                          $10,000.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value         $10,000.00

---

**Daniel Robertson, Sr.**             **Clm No 1476**    Filed In Cases: 140
54 N 22nd. St.
East Orange, NJ 07017                 Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

494 of 3330

---

**Boyd V. Jackson, Jr.**
5380 Dupont Rd.
Parkersburg, WV 26101

**Clm No 1477**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 17-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Zedick**
91 Redwood Lane North
Largo, FL 33770

**Clm No 1478**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 18-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rosalie Romano**
1100 Clove Rd. Apt. 5-M
Staten Island, NY 10301

**Clm No 1479**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*            3/14/2018 3:55:46 PM

## *Claims Details*

495 of 3330

---

**Richard V. Johnson**

P.O. Box 652

Locust Valley, NY 11560

**Clm No 1480**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Frank Ianno**

54 Constable Lane

Levittown, NY 11756

**Clm No 1481**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew C. Impagliazzo**

635 W 42nd. St. Apt. 38-E

New York, NY 10036

**Clm No 1482**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**            **Visit us on the Web at www.omnimgt.com**            **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                             496 of 3330

---

**Wendy Hogan**                     **Clm No 1483**      Filed In Cases: 140
1735 Pasture Walk Dr.
Wake Forest, NC 27587               Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                $1.00
                                                       $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Albert W. Hulick, II**            **Clm No 1484**      Filed In Cases: 140
70 Maple Ave.
P.O. Box 361                        Class          Claim Detail Amount      Final Allowed Amount
Greenville, NY 12083
                                    UNS                $1.00
                                                       $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Helen Franklin Henderson**        **Clm No 1485**      Filed In Cases: 140
66 Vintage Lane
Campbellsville, KY 42718            Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                $1.00
                                                       $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/14/2018 3:55:46 PM

*Claims Details*

---

**Jeanne Halstead**          **Clm No 1486**    Filed In Cases: 140
1290 Netherwood Rd
Salt Point, NY 12578

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 15-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Edward G. Hofman**          **Clm No 1487**    Filed In Cases: 140
48 Suffolk Road
Island Park, NY 11558

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dorothy Hoggard**          **Clm No 1488**    Filed In Cases: 140
1 Court St. Apt. 7-O
Newark, NJ 07102

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                3/14/2018 3:55:46 PM

### Claims Details

498 of 3330

---

**Linda J. Higgins**                        **Clm No 1489**    Filed In Cases: 140
106 W. Beach Way
Lavallett, NJ 08735                         | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed          14-Nov-2016
Bar Date
Claim Face Value     $10,000.00

---

**Maryann Hoft**                            **Clm No 1490**    Filed In Cases: 140
P.O. Box 5336
Hauppauge, NY 11788                         | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          14-Nov-2016
Bar Date
Claim Face Value     $1.00

---

**William Hain**                            **Clm No 1491**    Filed In Cases: 140
53 Blue Point Rd.
Selden, NY 11784                            | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          14-Nov-2016
Bar Date
Claim Face Value     $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              499 of 3330

---

**Zorona Hamm**
2541 Adam Clayton Powell Blvd. Apt 25-G
New York, NY 10039

**Clm No 1492**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**Requel K. Howard**
7112 N River Rd.
Oak Ridge, NC

**Clm No 1493**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Ray Helms**
10212 Trevor Creek Dr. E.
Jacksonville, FL 32257

**Clm No 1494**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

### Claims Details

500 of 3330

---

**Gina Hennessey**
12 John Circle
Norwood, NJ 07648

**Clm No 1495**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Catherine Hearns**
20 Netcong Road
Buddlake, NJ 07828

**Clm No 1496**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Edward M. Brosie**
13010 Positano Circle, #208
Naples, FL 34105

**Clm No 1497**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

### Claims Details

---

**Irene L. Bucciero**
13 Shirley Ave.
Dennisport, MA 02639

**Clm No 1498**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas Bishop**
48 Canterbury Rd.
East Brunswick, NJ 08816

**Clm No 1499**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard C. Burns**
210 Summit Drive
Southold, NY 11971

**Clm No 1500**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                502 of 3330

---

**Terry E. Blue**                          **Clm No 1501**     Filed In Cases: 140
108 Dunham Avenue
South Plainfield, NJ 07080                  Class          Claim Detail Amount     Final Allowed Amount

                                           UNS                  $10,000.00

                                                               $10,000.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value        $10,000.00

---

**Joanna Brown**                           **Clm No 1502**     Filed In Cases: 140
55 Old Groveland Rd.
Bradford, MA 01835                          Class          Claim Detail Amount     Final Allowed Amount

                                           UNS                  $1.00

                                                               $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Roseanne Damiano**                        **Clm No 1503**     Filed In Cases: 140
42 Palomino Drive
Manalapan, NJ 07726                         Class          Claim Detail Amount     Final Allowed Amount

                                           UNS                  $1.00

                                                               $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

## *Claims Details*

503 of 3330

---

**John Debona**
120 Mizzen Road
Brick, NJ 08723

**Clm No 1504**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jeanette DiCarlo**
249 No. 5th St.
Ronkonkoma, NY 11779

**Clm No 1505**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thelma DiPaoto**
8 Muller Place
Hawthorne, NY 10532

**Clm No 1506**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

504 of 3330

---

**Marie De Lucie**
237 Ardsley St.
Staten Island, NY 10306

**Clm No 1507**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thelma S. DeWeil**
52 Whitmore Drive
Toms River, NJ 08757

**Clm No 1508**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Dougherty**
6 Rayland Rd.
Newburgh, NY 12550

**Clm No 1509**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    505 of 3330

---

**Michael E. Dolan**                    **Clm No 1510**    Filed In Cases: 140
4935 N Acacia Lane
Tucson, AZ 85745                    Class          Claim Detail Amount        Final Allowed Amount

                                   UNS              $1.00

                                                    $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Robert F. Doll**                     **Clm No 1511**    Filed In Cases: 140
1131 SW Hayter St.
Dallas, OR 97338                    Class          Claim Detail Amount        Final Allowed Amount

                                   UNS              $1.00

                                                    $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Geraldine Dolan**                    **Clm No 1512**    Filed In Cases: 140
184 First Ave.
Massapequa Park, NY 11762            Class          Claim Detail Amount        Final Allowed Amount

                                   UNS              $1.00

                                                    $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/14/2018 3:55:46 PM

*Claims Details*

506 of 3330

---

**Joseph Donaghy**
6 Gainsborough Terrace, Apt. 1-A
River Edge, NJ 07661

**Clm No 1513**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00 | |
|       | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Emile Dupont**
Rt 1 Box 580
Vanzant, MO 65768

**Clm No 1514**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00 | |
|       | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John J. Duffy**
211 Old Flatbush Rd.
Kingston, NY 12401

**Clm No 1515**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00 | |
|       | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

**Gardenia Ballon**
40 Sild Court
Sumter, SC 29150

**Clm No 1516**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Frank Battista**
2013 Alfredo Avenue
The Villages, FL 32159

**Clm No 1517**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Gail Durkel**
2990 West Case Rd.
Dublin, OH 43017

**Clm No 1518**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              508 of 3330

---

**Spiros Batsedis**                      <span style="color:blue">**Clm No 1519**</span>    Filed In Cases: 140
147-32 70th Avenue
Flushing, NY 11367                       Class            Claim Detail Amount        Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Richard S. Edmonds**                   <span style="color:blue">**Clm No 1520**</span>    Filed In Cases: 140
513 Sherman Avenue
Belford, NJ 07718                        Class            Claim Detail Amount        Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Dennis J. Bartley**                    <span style="color:blue">**Clm No 1521**</span>    Filed In Cases: 140
48 Melrose Avenue
North Arlington, NJ 07031                Class            Claim Detail Amount        Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/14/2018 3:55:46 PM

*Claims Details*                                                                                509 of 3330

---

**Michelle Egoavil**                    **Clm No 1522**    Filed In Cases: 140
514 Kingsland Ave.
Lyndhurst, NJ 07071                      Class         Claim Detail Amount    Final Allowed Amount

                                         UNS                    $1.00
                                                               $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Susan R. Ballinger**                  **Clm No 1523**    Filed In Cases: 140
373 J Signs Road
Staten Island, NY 10314                  Class         Claim Detail Amount    Final Allowed Amount

                                         UNS                 $10,000.00
                                                            $10,000.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value        $10,000.00

---

**Andre Lacombe**                       **Clm No 1524**    Filed In Cases: 140
635 Rue Paul Doyon, Unit 31
Boucherville, Quebec J4B 0A8             Class         Claim Detail Amount    Final Allowed Amount

                                         UNS                    $1.00
                                                               $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**         **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    510 of 3330

---

**Thomas Eason**
525 Amherst Ave.
Staten Island, NY 10306

**Clm No 1525**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ann M. Barajas**
1950 Clove Road, Apt 312
Staten Island, NY 10304

**Clm No 1526**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Debrah Eichler**
12 Hall Drive
Edison, NJ 08817

**Clm No 1527**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              511 of 3330

---

**Paul Clendenin**                    **Clm No 1528**    Filed In Cases: 140
13018 NW 123 Place
Alachua, FL 32615                     Class            Claim Detail Amount    Final Allowed Amount

                                      UNS                    $10,000.00

                                                            $10,000.00

Date Filed           14-Nov-2016
Bar Date
Claim Face Value     $10,000.00

---

**Thomas F. Eivers**                  **Clm No 1529**    Filed In Cases: 140
2 Bronxville Road, #7-K
Bronxville, NY 10708                  Class            Claim Detail Amount    Final Allowed Amount

                                      UNS                    $1.00

                                                            $1.00

Date Filed           14-Nov-2016
Bar Date
Claim Face Value     $1.00

---

**Robert Casole**                     **Clm No 1530**    Filed In Cases: 140
131 L Street
Seaside Park, NJ 08752                Class            Claim Detail Amount    Final Allowed Amount

                                      UNS                    $1.00

                                                            $1.00

Date Filed           14-Nov-2016
Bar Date
Claim Face Value     $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                            512 of 3330

---

**William Estelle**                    **Clm No 1531**    Filed In Cases: 140
97 Mayfair Rd.
Nesconset, NY 11767                     Class              Claim Detail Amount        Final Allowed Amount

                                       UNS                      $1.00
                                                                $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Robert Cassidy**                     **Clm No 1532**    Filed In Cases: 140
15 Davison Avenue
East Rockaway, NY 11518                 Class              Claim Detail Amount        Final Allowed Amount

                                       UNS                      $1.00
                                                                $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Salvatore Cascio**                   **Clm No 1533**    Filed In Cases: 140
758 Leverett Avenue
Staten Island, NY 10312                 Class              Claim Detail Amount        Final Allowed Amount

                                       UNS                      $1.00
                                                                $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***                    3/14/2018 3:55:46 PM

### Claims Details                                                                513 of 3330

---

**John R. Farino**                          **Clm No 1534**      Filed In Cases: 140
833 Edgewater Drive
Murrells Inlet, SC 29576                    Class           Claim Detail Amount      Final Allowed Amount

                                           UNS                   $1.00

                                                                 $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Rose Ann Caggiano**                       **Clm No 1535**      Filed In Cases: 140
16 Temple Court
Staten Island, NY 10314                     Class           Claim Detail Amount      Final Allowed Amount

                                           UNS                   $1.00

                                                                 $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Malcolm WIliamson**                       **Clm No 1536**      Filed In Cases: 140
69 Sherwood Ave.
St. Catharines, Ontario L2R 1X4             Class           Claim Detail Amount      Final Allowed Amount

                                           UNS                   $1.00

                                                                 $1.00

Date Filed              21-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    514 of 3330

| John V. Fertoli | **Clm No 1537** | Filed In Cases: 140 | |
|---|---|---|---|
| 121 Lucille Ave. | Class | Claim Detail Amount | Final Allowed Amount |
| Staten Island, NY 10309 | UNS | $10,000.00 | |
| | | $10,000.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

| Brian N. Blanchette | **Clm No 1538** | Filed In Cases: 140 | |
|---|---|---|---|
| 108 Patchen Road | Class | Claim Detail Amount | Final Allowed Amount |
| South Burlington, VT 05403 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 21-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Lorri Callahan | **Clm No 1539** | Filed In Cases: 140 | |
|---|---|---|---|
| 20 Borensiepen Court | Class | Claim Detail Amount | Final Allowed Amount |
| Roselord, NJ 07068 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                         515 of 3330

---

**Daniel F. Fitzgerald**            **Clm No 1540**      Filed In Cases: 140

P O Box 3222                         Class           Claim Detail Amount        Final Allowed Amount

Toms River, NY 08756-3222            UNS                 $1.00
                                                         $1.00

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Louisa M. Cable**                  **Clm No 1541**      Filed In Cases: 140

149 Canterbury Road                  Class           Claim Detail Amount        Final Allowed Amount

Ft. Montgomery, NY 10922             UNS                 $1.00
                                                         $1.00

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Judith Calone**                    **Clm No 1542**      Filed In Cases: 140

335 New York Avenue                  Class           Claim Detail Amount        Final Allowed Amount

Lindenhurst, NY 11757                UNS                 $1.00
                                                         $1.00

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

| **Richard M. Forfar** | **Clm No 1543** | Filed In Cases: 140 | |
|---|---|---|---|
| 11 Regina Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Howell, NJ 07731 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Carol Cardinali** | **Clm No 1544** | Filed In Cases: 140 | |
|---|---|---|---|
| 54 S. Windhorst Avenue | Class | Claim Detail Amount | Final Allowed Amount |
| Bethpage, NY 11714 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Albert Gambardella** | **Clm No 1545** | Filed In Cases: 140 | |
|---|---|---|---|
| 139 Lamoka Ave. | Class | Claim Detail Amount | Final Allowed Amount |
| Staten Island, NY 10308 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    517 of 3330

---

**John J. Carberry**
34646 Heavenly Lane
Dade City, FL 33525

**Clm No 1546**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Gloria Chevere**
1836 W. Addison
Chicago, IL 60613

**Clm No 1547**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Stanley E. Givens, Sr.**
89-08 104 St.
Richmond Hill, NY 11418

**Clm No 1548**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              518 of 3330

---

**Joseph S. Ginquemani**                    **Clm No 1549**    Filed In Cases: 140
245 Betsey Ross Drive
Orangeburg, NY 10962              | Class | Claim Detail Amount | Final Allowed Amount |
                                 |-------|---------------------|----------------------|
                                 | UNS   | $10,000.00          |                      |
                                 |       | $10,000.00          |                      |

Date Filed              14-Nov-2016
Bar Date
Claim Face Value        $10,000.00

---

**Jean-Michel Serra**                       **Clm No 1550**    Filed In Cases: 140
350 Willowdale, Apt. #20
Outremont, Quebec H3T 1G7        | Class | Claim Detail Amount | Final Allowed Amount |
                                 |-------|---------------------|----------------------|
                                 | UNS   | $1.00               |                      |
                                 |       | $1.00               |                      |

Date Filed              22-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Mario Gianatiempo**                       **Clm No 1551**    Filed In Cases: 140
55-01 31st. Ave.
Woodside, NY 11803               | Class | Claim Detail Amount | Final Allowed Amount |
                                 |-------|---------------------|----------------------|
                                 | UNS   | $1.00               |                      |
                                 |       | $1.00               |                      |

Date Filed              14-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/14/2018 3:55:46 PM

## *Claims Details*

---

**Mary G. Cody**
351 Pemberwick Road #915
Greenwich, CT 06831

**Clm No 1552**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joseph Giammarino**
P.O. Box 205
Greenville, NY 12083

**Clm No 1553**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kathryn Conklin**
116 Genung Street, Apt 7M
Middletown, NY 10940

**Clm No 1554**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              520 of 3330

---

**Robert Gillen**                    **Clm No 1555**    Filed In Cases: 140
287 Spook Rock Rd.
Suffern, NY 10901                     Class        Claim Detail Amount    Final Allowed Amount

                                      UNS              $1.00
                                                       $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**John R. Connolly**                 **Clm No 1556**    Filed In Cases: 140
2180 Troon Court
Spring Hill, FL 34606                 Class        Claim Detail Amount    Final Allowed Amount

                                      UNS              $1.00
                                                       $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Johnson Apollo**                   **Clm No 1557**    Filed In Cases: 140
11207 Ferrun Lane
Fredericksburg, VA 22407             Class        Claim Detail Amount    Final Allowed Amount

                                      UNS              $1.00
                                                       $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                      3/14/2018 3:55:46 PM

*Claims Details*                                                                                                521 of 3330

---

**Eugene Collins**                          **Clm No 1558**      Filed In Cases: 140
103 Battalion Drive
Stony Point, NY 10980                        Class              Claim Detail Amount        Final Allowed Amount

                                             UNS                      $1.00
                                             _____
                                                                      $1.00

Date Filed                 14-Nov-2016
Bar Date
Claim Face Value               $1.00

---

**Cheryl Alancourt**                        **Clm No 1559**      Filed In Cases: 140
2430 Tall Cedars Road
Fleming Island, FL 32003                     Class              Claim Detail Amount        Final Allowed Amount

                                             UNS                   $10,000.00
                                             _____
                                                                  $10,000.00

Date Filed                 14-Nov-2016
Bar Date
Claim Face Value           $10,000.00

---

**Lorenzo Davis**                           **Clm No 1560**      Filed In Cases: 140
507 Ralph Avenue
Buffalo, NY 11233                            Class              Claim Detail Amount        Final Allowed Amount

                                             UNS                   $10,000.00
                                             _____
                                                                  $10,000.00

Date Filed                 14-Nov-2016
Bar Date
Claim Face Value           $10,000.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Linda Antonelle**
17 Salem Way
Glen Head, NY 11545

**Clm No 1561**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Robin Bertani**
15424 Abbob Bridge Road
Charlotte, NC 28277

**Clm No 1562**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Diane J. Davis**
16 Sheffield Drive
Toms River, NJ 08757

**Clm No 1563**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

523 of 3330

---

**Peter E. Bradley**
57 Forest Ave.
Massapequa, NY 11758

**Clm No 1564**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Alan W. Dagistino**
6 Greyridge Farm Court
Stony Point, NY 10980

**Clm No 1565**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Roy Curtis**
8 Butler St.
Glen Cove, NY 11542

**Clm No 1566**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

*Claims Details*                                                                                                524 of 3330

---

**Robert Breitkreutz**
1724 Noble Street
East Meadow, NY 11554

**Clm No 1567**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            14-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Vera Clancy**
15 Creston St.
Staten Island, NY 10309

**Clm No 1568**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            14-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Karen Boniface**
1517 River Avenue
Point Pleasant, NJ 08742

**Clm No 1569**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            14-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

### Claims Details

**Gwendoline Borel**
26 Walnut Street
Jersey City, NJ 07305

**Clm No 1570**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Florence Leiva**
2076 20th Lane
Brooklyn, NY 11214

**Clm No 1571**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas Himmelreich**
47 Crest Drive
Basking Ridge, NJ 07920

**Clm No 1572**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              526 of 3330

---

**Carolyn Bell**                    **Clm No 1573**    Filed In Cases: 140
18 Linwood Place
East Orange, NJ 07017               Class            Claim Detail Amount      Final Allowed Amount

                                    UNS                  $1.00
                                                         $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Gail Herlihy**                    **Clm No 1574**    Filed In Cases: 140
495 Bayport Avenue (N)
Bayport, NY 11705-1421              Class            Claim Detail Amount      Final Allowed Amount

                                    UNS                  $1.00
                                                         $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Elaine J. Lindner**               **Clm No 1575**    Filed In Cases: 140
260 Florence Avenue
Colonia, NJ 07067                   Class            Claim Detail Amount      Final Allowed Amount

                                    UNS                  $10,000.00
                                                         $10,000.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value      $10,000.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                527 of 3330

---

**Lisa Lundy**                          **Clm No 1576**      Filed In Cases: 140
3423 Primrose Terrace
Tobyhanna, PA 18466                      Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                      $1.00
                                                                 $1.00

Date Filed               14-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Stanley Maeur**                       **Clm No 1577**      Filed In Cases: 140
523 Cedar Street
Uniondale, NY 11553                     Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                  $10,000.00
                                                            $10,000.00

Date Filed               14-Nov-2016
Bar Date
Claim Face Value         $10,000.00

---

**Manuel Martinho**                     **Clm No 1578**      Filed In Cases: 140
2018 Birchbark Place
Toms River, NJ 08753                    Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                      $1.00
                                                                 $1.00

Date Filed               14-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                             528 of 3330

---

**Ronald Mahon**                    **Clm No 1579**    Filed In Cases: 140
227 Pinehurst Lane, Unit 6E
Pawleys Island, SC 29585            Class          Claim Detail Amount    Final Allowed Amount

                                    UNS                $1.00
                                                       $1.00

Date Filed          14-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Joseph J. Masone**                **Clm No 1580**    Filed In Cases: 140
4051 Connecticut Avenue
Island Park, NY 11558               Class          Claim Detail Amount    Final Allowed Amount

                                    UNS                $1.00
                                                       $1.00

Date Filed          14-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Neil Roy Flickenschild**          **Clm No 1581**    Filed In Cases: 140
1070 Partrige Circle, Unit 101
Naples, FL 34104                    Class          Claim Detail Amount    Final Allowed Amount

                                    UNS                $1.00
                                                       $1.00

Date Filed          14-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              529 of 3330

---

**James J. Flynn**
705 Charleston Drive
Victoria, TX 77904

**Clm No 1582**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed             14-Nov-2016
Bar Date
Claim Face Value       $10,000.00

---

**Betty Lou Franzese**
324 Linden Place
Westbury, NY 11590

**Clm No 1583**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed             14-Nov-2016
Bar Date
Claim Face Value       $1.00

---

**Sydell Frost**
58 Redtail Drive
Bluffton, SC 29909

**Clm No 1584**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed             14-Nov-2016
Bar Date
Claim Face Value       $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

*Claims Details*                                                                              530 of 3330

---

**Abraham Fichtenbaum**                    **Clm No 1585**      Filed In Cases: 140
79 Hillsdale Court
Hillsdale, NJ 07642                         Class              Claim Detail Amount        Final Allowed Amount

                                            UNS                      $1.00
                                                                     $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Frank T. Freiol**                        **Clm No 1586**      Filed In Cases: 140
265 Gaffney Hill Road
Easton, PA 18042                            Class              Claim Detail Amount        Final Allowed Amount

                                            UNS                      $1.00
                                                                     $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Doretta Frustaglio**                     **Clm No 1587**      Filed In Cases: 140
32 Creekside Road
Hopewell Jct, NY 12533                      Class              Claim Detail Amount        Final Allowed Amount

                                            UNS                      $1.00
                                                                     $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

## *Claims Details*                                                           531 of 3330

---

**Karen Fuentes**                    **Clm No 1588**    Filed In Cases: 140
634 E. 233 Street, Apt 4G
Bronx, NY 10466                      Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                  $1.00
                                                         $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Dawn Fale**                        **Clm No 1589**    Filed In Cases: 140
6 Magnolia Avenue
Kearny, NJ 07032                     Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                  $1.00
                                                         $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Roberta Fitzpatrick**              **Clm No 1590**    Filed In Cases: 140
87 Raritan Avenue
Staten Island, NY 10304             Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                  $1.00
                                                         $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

532 of 3330

---

| **Concetta Van Orden** | | **Clm No 1591** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 37 Holly-In-The-Wood | | Class | Claim Detail Amount | Final Allowed Amount |
| Port Orange, FL 32129 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Caridad Gonzalez** | | **Clm No 1592** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 3147 NW 33 Street | | Class | Claim Detail Amount | Final Allowed Amount |
| Miami, FL 33142 | | UNS | $10,000.00 | |
| | | | $10,000.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

| **Ernest Goetz** | | **Clm No 1593** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 1761 Trenton Avenue | | Class | Claim Detail Amount | Final Allowed Amount |
| Whiting, NJ 08759 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    533 of 3330

| Nancy Gorman | **Clm No 1594** | Filed In Cases: 140 | |
| 74 Washington Road | Class | Claim Detail Amount | Final Allowed Amount |
| Sayreville, NJ 08872 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| George Hickman | **Clm No 1595** | Filed In Cases: 140 | |
| 10 Clifford Dr. | Class | Claim Detail Amount | Final Allowed Amount |
| Park Ridge, NJ 07656 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| Nannie Harris | **Clm No 1596** | Filed In Cases: 140 | |
| 3293 Wash Davis Rd. | Class | Claim Detail Amount | Final Allowed Amount |
| Summerton, SC 29148 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/14/2018 3:55:46 PM

*Claims Details*                                                   534 of 3330

---

**Johanna Helen Glover**               **Clm No 1597**    Filed In Cases: 140
112 Melrose Ciircle
Port Orange, FL 32127                  Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                $1.00
                                                          $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Anthony Halloraw**                   **Clm No 1598**    Filed In Cases: 140
59 Harding Ave.
Yonkers, NY 10704                      Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                $1.00
                                                          $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Jacob R. Herbst**                    **Clm No 1599**    Filed In Cases: 140
44 Highview Rd.
East Brunswick, NJ 08816              Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                $1.00
                                                          $1.00

Date Filed            14-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

535 of 3330

**Francis Gribbin**
66 Breston Dr. E.
Shirley, NY 11967

**Clm No 1600**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Pedro J. Garcia**
26039 Bird Point Ct.
Bonita Springs, FL 34135

**Clm No 1601**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joseph Glasgow**
73 Narwood Rd.
Massapequa, NY 11758

**Clm No 1602**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 14-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                      3/14/2018 3:55:46 PM

*Claims Details*                                                                536 of 3330

---

**Maureen Fawcett**                    **Clm No 1603**    Filed In Cases: 140
12 Hull Ave.
Staten Island, NY 10306                Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                 $1.00
                                                           $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**John Greco**                         **Clm No 1604**    Filed In Cases: 140
1067 Hampstead Lane
Ormond Beach, FL 32174                 Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                 $1.00
                                                           $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Madeline Guittard**                  **Clm No 1605**    Filed In Cases: 140
27 Hemlock Dr.
Bayshore, NY 11706                     Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                 $1.00
                                                           $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              537 of 3330

---

**Nicholas Ferraro**              **Clm No 1606**    Filed In Cases: 140
698 Wyckoff Ave.
Bellmore, NY 11710                 Class          Claim Detail Amount    Final Allowed Amount

                                  UNS                 $1.00
                                                      $1.00

Date Filed          14-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Roger Greene**                  **Clm No 1607**    Filed In Cases: 140
5828 Calf Pen Bay Road
Pineland, SC 29934                 Class          Claim Detail Amount    Final Allowed Amount

                                  UNS                 $1.00
                                                      $1.00

Date Filed          14-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Cecelia M. Gutkowski**          **Clm No 1608**    Filed In Cases: 140
28 Fernwood Avenue
Stockholm, NJ 07460               Class          Claim Detail Amount    Final Allowed Amount

                                  UNS               $10,000.00
                                                    $10,000.00

Date Filed          14-Nov-2016
Bar Date
Claim Face Value      $10,000.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

538 of 3330

---

**Joseph H. Aulisio**
88 Benjamin Avenue
Hieksville, NY 11801-3703

**Clm No 1609**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Modesto Aggimenti**
7531 Ligustrum
Punta Gorda, FL 33955

**Clm No 1610**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rose Amato**
1730 Mulford Avenue
Bronx, NY 10461

**Clm No 1611**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

539 of 3330

---

**Salvatore Amato**
263 Sackett Street
Brooklyn, NY 11231

**Clm No 1612**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William J. Acker**
31435 Hitch Pond Road
Laurel, DE 19956

**Clm No 1613**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Peter J. Benes**
17 Canterbury La, Apt E
Wappingers Falls, NY 12590

**Clm No 1614**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

## Claims Details

540 of 3330

| Diane Backhaus | | | |
|---|---|---|---|
| 22 Oswego Avenue | **Clm No 1615** | Filed In Cases: 140 | |
| Oakland, NJ 07436 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |


| Patrick J. Bruzzese | | | |
|---|---|---|---|
| 3087 Amherst Way | **Clm No 1616** | Filed In Cases: 140 | |
| The Villages, FL 32163 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |


| Teresa D. Banks | | | |
|---|---|---|---|
| 2017 Kings View Loop | **Clm No 1617** | Filed In Cases: 140 | |
| Seymour, TN 37865 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 14-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              541 of 3330

---

**Jonathan Barnett**                    **Clm No 1618**    Filed In Cases: 140
8099 Conover Drive
Willis, MI 48191                         Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                  $1.00
                                                              $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Philip Bayer**                        **Clm No 1619**    Filed In Cases: 140
2406 Bruynswick Road
Wallkill, NY 12589                       Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                  $1.00
                                                              $1.00

Date Filed              14-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**William Narkiewicz**                  **Clm No 1620**    Filed In Cases: 140
141 Meetinghouse Lane
Shamong, NJ 08088                        Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                  $1.00
                                                              $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

---

*Claims Details*                                                              542 of 3330

---

**Karla McLoy**                          **Clm No 1621**    Filed In Cases: 140
1516 Marne Hwy
Hainesport, NJ 08036                      Class              Claim Detail Amount      Final Allowed Amount

                                         UNS                      $1.00

                                                                  $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Sandra Wells**                         **Clm No 1622**    Filed In Cases: 140
140 Bellamy Loop #19C
Bronx, NY 10475                           Class              Claim Detail Amount      Final Allowed Amount

                                         UNS                      $1.00

                                                                  $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Terry L. Wood, Sr.**                   **Clm No 1623**    Filed In Cases: 140
43 Old Corinth Rd.
Hadley, NY 12835                          Class              Claim Detail Amount      Final Allowed Amount

                                         UNS                      $1.00

                                                                  $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

543 of 3330

---

**August Wolfle**
203 Potts Road
Morganville, NJ 07751

**Clm No 1624**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles A. Walker**
125 Nebraska Circle
Sebastian, FL 32958

**Clm No 1625**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ollie Mae Waters**
7445 Paul Court
Riverdale, GA 30274

**Clm No 1626**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    544 of 3330

---

**Alben J. Wragg**
3170 N Atlantic Ave. Suite 411
Cocco Beach, FL 32931

| | **Clm No 1627** | Filed In Cases: 140 | |
|---|---|---|---|
| | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 22-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ronald Toth**
1148 Mayfair Dr.
Rahway, NJ 07065

| | **Clm No 1628** | Filed In Cases: 140 | |
|---|---|---|---|
| | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 22-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Larry Robert Townsend**
13960 Bullock Rd.
Three Rivers, MI 49093

| | **Clm No 1629** | Filed In Cases: 140 | |
|---|---|---|---|
| | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 22-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

545 of 3330

---

**Maureen Tegano**
176 Carteret St.
Staten Island, NY 10307

**Clm No 1630**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Phyllis Vecchio**
1414 84th St.
Brooklyn, NY 11228

**Clm No 1631**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William W. VanWagenen**
6588 Kelly Rd.
Warrenton, VA 20187

**Clm No 1632**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

546 of 3330

---

**Rosemary Volpe**
1210 Donna Marie Way
Bear, DE 19701

**Clm No 1633**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alfredo Verace**
406 Georgia Tavern Rd.
Howell, NJ 07731

**Clm No 1634**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Roberta Barrow**
231 Birch Lane
Faked River, NJ 08731

**Clm No 1635**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Victoria Bregoff**
51 Crestwood Ave.
Nutley, NJ 07110

**Clm No 1636**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Opal J. Naas**
420 East Cedar
Ridgeway, IL 62979

**Clm No 1637**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 28-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas L. Jackson**
13208 Jim Ramsay Road
Vancleave, MS 39565

**Clm No 1638**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 28-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

---

**Eleanor Buck**
689 Buttonwood Ave.
Long Branch, NJ 07740

**Clm No 1644**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James L. Bigham**
3521 Weymouth Rd.
Browns Mills, NJ 08015

**Clm No 1645**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Hector Burgos**
23 E 109th St. Apt 2G
New York, NY 10029

**Clm No 1646**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/14/2018 3:55:46 PM

---

*Claims Details*                                                        549 of 3330

---

**John A. Byers**                          **Clm No 1647**    Filed In Cases: 140
96 Linnet St.
Bayonne, NJ 07002                          Class              Claim Detail Amount       Final Allowed Amount

                                           UNS                $1.00
                                                              $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Noreen Yatsko**                          **Clm No 1650**    Filed In Cases: 140
4 Yorkshire Way
Southampton, NJ 08088                      Class              Claim Detail Amount       Final Allowed Amount

                                           UNS                $1.00
                                                              $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Celestin Zgalijardic**                   **Clm No 1651**    Filed In Cases: 140
45-05 Newtown Rd.
Astoria, NY 11103                          Class              Claim Detail Amount       Final Allowed Amount

                                           UNS                $1.00
                                                              $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                      3/14/2018 3:55:46 PM

*Claims Details*                                                                                                550 of 3330

---

**Willie Mae Gardner**

172 Sunny Brook Rd.

Jackson, NJ 08527

| **Clm No 1652** | Filed In Cases: 140 | |
|---|---|---|
| Class | Claim Detail Amount | Final Allowed Amount |
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 22-Nov-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**William B. Macaulay**

20 Pinewood Dr.

Carolina Shores, NC 28467

| **Clm No 1653** | Filed In Cases: 140 | |
|---|---|---|
| Class | Claim Detail Amount | Final Allowed Amount |
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 22-Nov-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Diane Migliaccio**

46 Fort Lee Drive

Manahawkin, NJ 08050

| **Clm No 1654** | Filed In Cases: 140 | |
|---|---|---|
| Class | Claim Detail Amount | Final Allowed Amount |
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | | |
|---|---|---|
| Date Filed | 22-Nov-2016 | |
| Bar Date | | |
| Claim Face Value | $10,000.00 | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                             551 of 3330

---

**Christopher McCoy**                **Clm No 1655**    Filed In Cases: 140

P.O. Box 90002

Staten Island, NY 10309              Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00

                                                            $1.00

| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Vito Minucci**                     **Clm No 1656**    Filed In Cases: 140

851 Oakley Drive

Freehold, NJ 07728                   Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00

                                                            $1.00

| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Micallef**                    **Clm No 1657**    Filed In Cases: 140

21-49 38th St.

Astoria, NY 11105                    Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00

                                                            $1.00

| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                 552 of 3330

---

**Sophie Massaro**                    **Clm No 1658**    Filed In Cases: 140
31 Stephen Street
South River, NJ 08882                 Class          Claim Detail Amount    Final Allowed Amount

                                      UNS                 $10,000.00
                                                          $10,000.00

Date Filed          22-Nov-2016
Bar Date
Claim Face Value    $10,000.00

---

**Suzanne McCann**                    **Clm No 1659**    Filed In Cases: 140
247 Evergreen Drive
Bayville, NJ 08721                    Class          Claim Detail Amount    Final Allowed Amount

                                      UNS                 $1.00
                                                         $1.00

Date Filed          22-Nov-2016
Bar Date
Claim Face Value    $1.00

---

**Christina A. McCulloch**            **Clm No 1660**    Filed In Cases: 140
240-48 Pine St.
Douglaston, NY 11363                  Class          Claim Detail Amount    Final Allowed Amount

                                      UNS                 $1.00
                                                         $1.00

Date Filed          22-Nov-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

*Claims Details*                                                                              553 of 3330

| Joseph Camareri | **Clm No 1661** | Filed In Cases: 140 | |
|---|---|---|---|
| 9822 Jacktown Rd. | Class | Claim Detail Amount | Final Allowed Amount |
| Bangor, PA 18013 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 22-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Joseph Morano | **Clm No 1662** | Filed In Cases: 140 | |
|---|---|---|---|
| 54 Lake Station Rd. | Class | Claim Detail Amount | Final Allowed Amount |
| Warwick, NY 10990 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 22-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Patrick J.  Moroney | **Clm No 1663** | Filed In Cases: 140 | |
|---|---|---|---|
| 1 Brightwood Ave. | Class | Claim Detail Amount | Final Allowed Amount |
| Pearl River, NY 10965 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 22-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

---

*Claims Details*    554 of 3330

---

**John J. McGowan**
34 Gardenia Ave.
Hampton Bays, NY 11946

**Clm No 1664**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joanna Mickelson**
106 Sentry Lane
Anderson, SC 29621

**Clm No 1665**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Henry E. Malopolski**
413 Hamilton Ave.
Perth Amboy, NJ 08861

**Clm No 1666**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

### Claims Details

---

**Robert Moloughney**                **Clm No 1667**      Filed In Cases: 140
75 Sawyer Ave.
Staten Island, NY 10314              Class        Claim Detail Amount      Final Allowed Amount

                                     UNS              $1.00

                                                      $1.00

Date Filed            22-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Patricia E. Marino**               **Clm No 1668**      Filed In Cases: 140
146 Evergreen St.
Staten Island, NY 10308              Class        Claim Detail Amount      Final Allowed Amount

                                     UNS           $10,000.00

                                                   $10,000.00

Date Filed            22-Nov-2016
Bar Date
Claim Face Value      $10,000.00

---

**William K. Manz**                  **Clm No 1669**      Filed In Cases: 140
26 Ulster St.
West Milford, NJ 07480               Class        Claim Detail Amount      Final Allowed Amount

                                     UNS              $1.00

                                                      $1.00

Date Filed            22-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

## Claims Details

556 of 3330

---

**Lucy Maccarone**                    **Clm No 1670**    Filed In Cases: 140
7 Minna St.
Staten Island, NY 10304

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Mary E. Coleman**                    **Clm No 1671**    Filed In Cases: 140
36 Sixth Ave
Port Reading, NJ 07064

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Everett R. Cook**                    **Clm No 1672**    Filed In Cases: 140
20754 Maxim Pkwy
Orlando, FL 32833

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/14/2018 3:55:46 PM

### Claims Details

557 of 3330

---

**Jeanne DeSantis**
109 Maya Circle
Central Islip, NY 11722

**Clm No 1673**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 22-Nov-2016 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**Norman Duckowitz**
2514 Cornstalk Dr.
Finksburg, MD 21048

**Clm No 1674**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed        | 22-Nov-2016 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $10,000.00  |

---

**Thomas R. Dunphy**
1851 Mesic Hammock Way
Venice, FL 34292

**Clm No 1675**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 22-Nov-2016 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**David DeNatale**
755 Saturn St., E-203
Jupiter, FL 33477

**Clm No 1676**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Kathleen Doyle**
1279 Langdon St.
Elmont, NY 11003

**Clm No 1677**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Therese Dorrer**
1332 Lakeshore Dr.
Massapequa Park, NY 11762

**Clm No 1678**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**James M. McEnroe**
2219 Morrison Avenue
Union, NJ 07083

**Clm No 1679**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Paolo DeNichilo**
789 Princeton Street
New Milford, NJ 07646

**Clm No 1680**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Doris Daroci**
20 Banstead Way
Jackson, NJ 08527

**Clm No 1681**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                                  560 of 3330

---

**Pedro Jimenez**                          **Clm No 1682**      Filed In Cases: 140
P.O. Box 932
San Sebastian, PR 00685                    Class            Claim Detail Amount      Final Allowed Amount

                                           UNS                  $1.00
                                                                $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Walter Johnsen**                         **Clm No 1683**      Filed In Cases: 140
809 Bowsprit Pt.
Lanoka Harbor, NJ 08734                    Class            Claim Detail Amount      Final Allowed Amount

                                           UNS                  $1.00
                                                                $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Enid Heilweil**                          **Clm No 1684**      Filed In Cases: 140
600 Frank W. Burr Blvd
#412
Teaneck, NJ 07666                          Class            Claim Detail Amount      Final Allowed Amount

                                           UNS                  $10,000.00
                                                                $10,000.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value        $10,000.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/14/2018 3:55:46 PM

---

*Claims Details*                                                          561 of 3330

---

**Diane Craven**                    **Clm No 1685**    Filed In Cases: 140
1578 Williams Rd.
Hubbardsville, NY 13355              Class          Claim Detail Amount        Final Allowed Amount

                                    UNS                      $1.00

                                                             $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Dorothy Kaiser**                  **Clm No 1686**    Filed In Cases: 140
138 N. 4th Street
Bangor, PA 18013                    Class          Claim Detail Amount        Final Allowed Amount

                                    UNS                  $10,000.00

                                                        $10,000.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value        $10,000.00

---

**Frank L. Vitiello**               **Clm No 1687**    Filed In Cases: 140
14503 Jekyll Island Ct.
Naples, FL 34119                    Class          Claim Detail Amount        Final Allowed Amount

                                    UNS                      $1.00

                                                             $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              562 of 3330

---

**Catherine Vitale**                    **Clm No 1688**    Filed In Cases: 140
2265 Springmeadow Drive
Spring Hill, FL 34606                     Class        Claim Detail Amount    Final Allowed Amount

                                         UNS              $10,000.00
                                                          $10,000.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value        $10,000.00

---

**John R. Voegele**                      **Clm No 1689**    Filed In Cases: 140
122 Copper Beech Lane
Womelsdorf, PA 19567                     Class        Claim Detail Amount    Final Allowed Amount

                                         UNS              $1.00
                                                          $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Grace Vitale**                         **Clm No 1690**    Filed In Cases: 140
12 Kent Rd.
Hopewell Jct, NY 12533                   Class        Claim Detail Amount    Final Allowed Amount

                                         UNS              $1.00
                                                          $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

---

*Claims Details*    563 of 3330

---

**Mary Ellen Wainwright**
1437 Jennings Drive
Holiday, FL 34690

**Clm No 1691**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Philip Weiner**
305 Waldon Dr.
Ventnor, NJ 08406

**Clm No 1692**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Thomas Wojcik**
1117 Rue Ave
Point Pleasant, NJ 08742

**Clm No 1693**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***                    3/14/2018 3:55:46 PM

### Claims Details

**Barbara DiNicolas**

5 Glen Ave.

Cranford, NJ 07016

**Clm No 1694**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Grace K. Williams**

735 Catalina Drive

Livermore, CA 94550

**Clm No 1695**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Martin Whalen**

11 Lewis Ave

Summit, NJ 07901

**Clm No 1696**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                          565 of 3330

---

**Carol L. Wood**                          **Clm No 1697**     Filed In Cases: 140
8009 Davis Blvd
#2309                                       Class              Claim Detail Amount      Final Allowed Amount
North Richland Hills, TX 76182             UNS                       $1.00
                                                                    $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Dorothy Wolfe**                          **Clm No 1698**     Filed In Cases: 140
29085 Oak Creek Ln. #708
Agoura Hills, CA 91301                      Class              Claim Detail Amount      Final Allowed Amount
                                            UNS                     $10,000.00
                                                                  $10,000.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value        $10,000.00

---

**Jeffrey P. Wanson**                      **Clm No 1699**     Filed In Cases: 140
3054 Westminster Rd.
Lumberton, NC 28360                         Class              Claim Detail Amount      Final Allowed Amount
                                            UNS                       $1.00
                                                                    $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

## Claims Details

**Marcello  Demaio**
2433-85th Street
Brooklyn, NY 11214

**Clm No 1700**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kathleen Williams**
309 Kemeys Cove
Briarcliff Manor, NY 10510

**Clm No 1701**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Robert J. Engelhardt**
47 Stonegate Drive
Little Egg Harbor, NJ 08087

**Clm No 1702**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                          3/14/2018 3:55:46 PM

### Claims Details                                                                    567 of 3330

---

**Arne T. Eliasen**                    **Clm No 1703**      Filed In Cases: 140
616 Clement Ave
Woodbury Hts, NJ 08097                 Class           Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00

                                                             $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Abram Elgort**                       **Clm No 1704**      Filed In Cases: 140
97 Cedar Grove Court
Staten Island, NY 10306                Class           Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00

                                                             $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Ronald Elliott**                     **Clm No 1705**      Filed In Cases: 140
12433 Leewood Way
Spring Hill, FL 34610                  Class           Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00

                                                             $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

### Claims Details

568 of 3330

**Robert E. Farran**
2 Bronxville Rd., #5E
Bronxville, NY 10708

**Clm No 1706**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

**Joseph Ferri**
585 Wilcox Ave.
Bronx, NY 10465

**Clm No 1707**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

**Marian Ferris**
11 East Dartford Drive
Farmingdale, NJ 07727

**Clm No 1708**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              569 of 3330

---

**Michael J. Forte**            **Clm No 1709**      Filed In Cases: 140
358 Elm Street
Stirling, NJ 07980              Class           Claim Detail Amount      Final Allowed Amount

                               UNS                    $1.00
                                                      $1.00

Date Filed          22-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Harry R. Fritch**             **Clm No 1710**      Filed In Cases: 140
6 Rita Street
New Paltz, NY 12561            Class           Claim Detail Amount      Final Allowed Amount

                               UNS                    $1.00
                                                      $1.00

Date Filed          22-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**John F. Day**                 **Clm No 1711**      Filed In Cases: 140
6 Davenports Lndg.
Forked River, NJ 08731        Class           Claim Detail Amount      Final Allowed Amount

                               UNS                    $1.00
                                                      $1.00

Date Filed          22-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc* 3/14/2018 3:55:46 PM

*Claims Details* 570 of 3330

---

**Dominick Dello Russo**
51 Barbara St.
Staten Island, N.Y. 10306

**Clm No 1712**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**George DiThomas**
23 Meldon Circle
Queensbury, NY 12804

**Clm No 1713**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Edward H. Keenan**
4 Elm Ave.
Hazlet, NJ 07730

**Clm No 1714**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              571 of 3330

---

**Michael H. King**                     **Clm No 1715**    Filed In Cases: 140
96 Chester Field Lane
Toms River, NJ 08757                     Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Edward Kling**                        **Clm No 1716**    Filed In Cases: 140
3 Bourne Circle
Hamburg, NJ 07419                       Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**John J. Kennedy**                     **Clm No 1717**    Filed In Cases: 140
12 Dave Lane
South Setauket, NY 11720                Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                572 of 3330

---

**Dawn Klouda**                    **Clm No 1718**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Richard T. Kelly**                **Clm No 1719**    Filed In Cases: 140
82 Sheridan Ave.
Hewlett, NY 11557

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Annanette Koehler**               **Clm No 1720**    Filed In Cases: 140
1720 Mayflower Ave., Apt 4I
Bronx, NY 10461

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              573 of 3330

---

**Leonard W. Kubinski**                 **Clm No 1721**    Filed In Cases: 140
314 Greenleaf Way
Monroe, NJ 08831                         Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                    $1.00

                                                               $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Edward W. Kunz**                      **Clm No 1722**    Filed In Cases: 140
341 Hagley Drive
Pawleys Island, SC 29585                Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                    $1.00

                                                               $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Lillian L. Lagazzo**                  **Clm No 1723**    Filed In Cases: 140
90 Bay St. Lndg., Apt 2B
Staten Island, NY 10301-2659            Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                    $1.00

                                                               $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Paul Lo Brutto**
29 Ranch Lane
Levittown, NY 11756

**Clm No 1724**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Herman Lenkersdorf**
24525 Bramhope Ct.
Port Charlotte, FL 33980

**Clm No 1725**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alfredo S. Leonardi**
3010 Cheesequake Rd.
Parlin, NJ 08859

**Clm No 1726**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                             575 of 3330

---

**Joseph Lopez**                    **Clm No 1727**    Filed In Cases: 140
42 Peony Rd.
Levittown, NY 11756               Class              Claim Detail Amount        Final Allowed Amount

                                   UNS                $1.00
                                                      $1.00

Date Filed          22-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Richard Lipowski**               **Clm No 1728**    Filed In Cases: 140
31 Kelly Parkway
Bayonne, NJ 07002                Class              Claim Detail Amount        Final Allowed Amount

                                   UNS                $1.00
                                                      $1.00

Date Filed          22-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Gladstone West**                 **Clm No 1729**    Filed In Cases: 140
3215 Ave H 7L
Brooklyn, NY 11210               Class              Claim Detail Amount        Final Allowed Amount

                                   UNS                $1.00
                                                      $1.00

Date Filed          22-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

576 of 3330

---

**Barry Lewis**
2009 Bookbinder Ct.
Toms River, NJ 08753

**Clm No 1730**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed        | 22-Nov-2016  |
|-------------------|--------------|
| Bar Date          |              |
| Claim Face Value  | $10,000.00   |

---

**James Webb**
703 Laconia Ave.
Staten Island, NY 10306

**Clm No 1731**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 22-Nov-2016  |
|-------------------|--------------|
| Bar Date          |              |
| Claim Face Value  | $1.00        |

---

**Gerald J. Lawler**
108 Wanda Ave.
Summerville, SC 29485

**Clm No 1732**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed        | 22-Nov-2016  |
|-------------------|--------------|
| Bar Date          |              |
| Claim Face Value  | $10,000.00   |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    577 of 3330

| Janice E. Ward | **Clm No 1733** | Filed In Cases: 140 | |
|---|---|---|---|
| 109 Endsleigh Ct. | Class | Claim Detail Amount | Final Allowed Amount |
| Robbinsville, NJ 08691 | UNS | $10,000.00 | |
| | | $10,000.00 | |

| Date Filed | 22-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

| Vincent A. Frescea | **Clm No 1734** | Filed In Cases: 140 | |
|---|---|---|---|
| 26 Rose Ave | Class | Claim Detail Amount | Final Allowed Amount |
| Westbury, NY 11590 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 22-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Michael Wallace | **Clm No 1735** | Filed In Cases: 140 | |
|---|---|---|---|
| 114-54 203rd | Class | Claim Detail Amount | Final Allowed Amount |
| New York, NY 11412 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 22-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

*Claims Details*                                                                                   578 of 3330

---

**Bernadette M. Logan**
81 Park Ave.
North Arlington, NJ 07031

**Clm No 1736**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Francis W. Lomonaco**
23 Lenape Lane
Oakland, NJ 07436

**Clm No 1737**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Phyllis Fusco**
3431 Hylan Blvd
Staten Island, NY 10306

**Clm No 1738**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              579 of 3330

---

**Francessa LaPiana**                    **Clm No 1739**     Filed In Cases: 140
273 Westend Ave.
N. Shirley, NY 11967         | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          22-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**William F. Lange, Jr.**                    **Clm No 1740**     Filed In Cases: 140
36-B Sterling St.
Manchester, NJ 08759         | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          22-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Everett L. Lewis**                    **Clm No 1741**     Filed In Cases: 140
1542 SW Balmoral Trace
Stuart, FL 34997         | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          22-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

*Claims Details*                                                                         580 of 3330

---

**Ernest A. Longobucco**          **Clm No 1742**     Filed In Cases: 140
144 12th Ave.
Sea Cliff, NY 11579           | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 22-Nov-2016 |
| Bar Date         |             |
| Claim Face Value | $1.00       |

---

**Eleanor Woxholdt**          **Clm No 1743**     Filed In Cases: 140
69 Seneca Avenue
Staten Island, NY 10301       | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 22-Nov-2016 |
| Bar Date         |             |
| Claim Face Value | $1.00       |

---

**Eileen M. Laffan**          **Clm No 1744**     Filed In Cases: 140
239 Arlington Dr.
Fords, NJ 08863               | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 22-Nov-2016 |
| Bar Date         |             |
| Claim Face Value | $1.00       |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                3/14/2018 3:55:46 PM

---

*Claims Details*                                                                          581 of 3330

---

**Donato Zonzini**                    **Clm No 1745**     Filed In Cases: 140
47 Lakeview Rd.
New Rochelle, NY 10804                 Class              Claim Detail Amount        Final Allowed Amount

                                       UNS                $1.00
                                                          $1.00

Date Filed            22-Nov-2016
Bar Date
Claim Face Value      $1.00

---

**Timothy Flanagan**                  **Clm No 1746**     Filed In Cases: 140
46 Moak Drive
Hazlet, NJ 07730                       Class              Claim Detail Amount        Final Allowed Amount

                                       UNS                $1.00
                                                          $1.00

Date Filed            22-Nov-2016
Bar Date
Claim Face Value      $1.00

---

**Joseph Listorti**                   **Clm No 1747**     Filed In Cases: 140
538 N. 2nd St.
New Hyde Park, NY 11040                Class              Claim Detail Amount        Final Allowed Amount

                                       UNS                $1.00
                                                          $1.00

Date Filed            22-Nov-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

### Claims Details

582 of 3330

---

**Lauren Zeiger-Wetendorf**
10883 Palm Lake Ave., # 102
Boyton Beach, FL 33437

**Clm No 1748**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mary Palmer-Murphy**
55 Glover Ave.
Yonkers, NY 10704

**Clm No 1749**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arlene Yater**
6 Willow Walk Dr.
Ledgewood, NJ 07852

**Clm No 1750**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              583 of 3330

---

**Connie D. Foland**

5103 Sunbury Drive

East Stroudsburg, PA 18301

**Clm No 1751**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Raymond P. Yuro**

14 Pine St.

Edison, NJ 08817

**Clm No 1752**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rose Marry Paolina**

707 Neapolitan Way

Naples, FL 34103

**Clm No 1753**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**            **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*

---

**Ramon Paredes**
709 Wyncroft Terrace #1
Lancaster, PA 17603

**Clm No 1754**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Helen E. Fluhr**
9508 E. Riggs Rd., #301D
Sun Lakes, AZ 85248

**Clm No 1755**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**David Parisi**
6 Helen Drive
Dayton, NJ 08810

**Clm No 1756**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Patricia Yengle**
2474 Harrison Ave
Baldwin, NY 11510

**Clm No 1757**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          22-Nov-2016
Bar Date
Claim Face Value          $1.00

| Assignee | Amount | Percent |
|----------|--------|---------|
| Donald F. Yengle | | |

**Daniel Zgaljardic**
223-50 56th Ave
Oakland Gardens, NY 11364

**Clm No 1758**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          22-Nov-2016
Bar Date
Claim Face Value          $1.00

**Margaret L. Ahrens**
1231 Draikie Ln., # 301
Titusville, FL 32780

**Clm No 1759**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          22-Nov-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

586 of 3330

### Beverly Jo Arnold

759 Fox Island Dr.
Florissant, MO 63034

**Clm No 1760**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

### Vivian C. Boyce

66 Bulwer Place
Brooklyn, NY 11207

**Clm No 1761**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

### Vincenzo Biancaniello

2 Stemmer Lane
Suffern, NY 10901

**Clm No 1762**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

## Claims Details

**William Birish**
7211 Warrens Way
Wanaque, NJ 07465

**Clm No 1763**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          22-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**James Brand**
310 N. 5th Ave
Kure Beach, NC 28449

**Clm No 1764**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          22-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Patricia A. Brennan**
2280 Burnett St., 5l
Brooklyn, NY 11228

**Clm No 1765**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          22-Nov-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

*Claims Details*                                                                                588 of 3330

---

**Frederick A. Bismarck**                 **Clm No 1766**      Filed In Cases: 140
133 Woodcock Ct.
Daytona Beach, FL 32119                   Class          Claim Detail Amount       Final Allowed Amount

                                          UNS                  $1.00
                                                               $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Daniel Bruno**                          **Clm No 1767**      Filed In Cases: 140
258 Boulevard
New Milford, NJ 07646                      Class          Claim Detail Amount       Final Allowed Amount

                                          UNS                  $1.00
                                                               $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Henry J. Benavides**                    **Clm No 1768**      Filed In Cases: 140
180 Claire Drive
Clayton, NC 27520                         Class          Claim Detail Amount       Final Allowed Amount

                                          UNS                  $1.00
                                                               $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

589 of 3330

---

**Harry A. Bird**
87 Constitution Blvd
Whiting, NJ 08739

**Clm No 1769**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Angelo Bonanno**
124 Split Rock Rd.
Browns Mills, NJ 08015

**Clm No 1770**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Boese**
10448 Hetrick Cir. W.
Largo, FL 33774

**Clm No 1771**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                    590 of 3330

---

**Frances Bickert**                    **Clm No 1772**    Filed In Cases: 140
106 Nolf Road
Nazareth, PA 18064                     Class              Claim Detail Amount      Final Allowed Amount

                                       UNS                $10,000.00

                                                          $10,000.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value        $10,000.00

---

**John E. Bauer**                      **Clm No 1773**    Filed In Cases: 140
9415 339th St. S.
Roy, WA 98580                          Class              Claim Detail Amount      Final Allowed Amount

                                       UNS                $0.00

                                                          $0.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value        $0.00

---

**Rudolph Bernard**                    **Clm No 1774**    Filed In Cases: 140
123 Tuscany Dr.
Royal Palm Beach, FL 33411             Class              Claim Detail Amount      Final Allowed Amount

                                       UNS                $1.00

                                                          $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

---

*Claims Details*

---

**Johh Bott**
19 Folkstone Rd.
Amityville, NY 11701

**Clm No 1775**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kevin Byrne**
40 Park Lane
Yulan, NY 12792

**Clm No 1776**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dominick Brancone Jr.**
7 Woodford Ln.
Manalapan, NJ 07726

**Clm No 1777**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

## Claims Details

**Rejestice Bonhart**     **Clm No 1778**     Filed In Cases: 140
4178 Rancho Park Drive
Liverpool, NY 13090

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Edith Burkhardt**     **Clm No 1779**     Filed In Cases: 140
34-24 34th Street
Astoria, NY 11106

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Dominick Capotorto**     **Clm No 1780**     Filed In Cases: 140
29 Spring Valley Drive
Lakewood, NJ 08701

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                    593 of 3330

---

**Albert S. Churm Jr.**                    **Clm No 1781**    Filed In Cases: 140
32 Green Meadow Ln
Pen Argyl, PA 18072              | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed              22-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Thomas Cieszynski**                    **Clm No 1782**    Filed In Cases: 140
1759 Norfolk Ave
Schidy, NY 12303              | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed              22-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Harry E. Curtis**                    **Clm No 1783**    Filed In Cases: 140
6 Kearney Ave
Harriman, NY 10926              | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed              22-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

594 of 3330

**Jean Meyer**
1964 West Market St.
Pottsville, PA 17901

**Clm No 1784**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|-----------------|-------------|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Guillermo Navas**
5806 Farragut Rd. 3-A
Brooklyn, NY 11234

**Clm No 1785**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----------------|-------------|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Jose Angel Negron, Jr.**
1480 Thieriot Ave. Apt. 5-E
Bronx, NY 10460

**Clm No 1786**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----------------|-------------|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                              3/14/2018 3:55:46 PM

*Claims Details*                                                                                        595 of 3330

---

**Donald R. Nilsson**                    **Clm No 1787**    Filed In Cases: 140
1498 S.E. Ashford Place
Pt. St. Lucie, FL 34952                   Class        Claim Detail Amount      Final Allowed Amount

                                         UNS              $1.00

                                                          $1.00

Date Filed            22-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Marit Nilsen**                         **Clm No 1788**    Filed In Cases: 140
11141 SW 73rd. Court
Ocala, FL 34476                           Class        Claim Detail Amount      Final Allowed Amount

                                         UNS              $1.00

                                                          $1.00

Date Filed            22-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Marie C. Novembre**                    **Clm No 1789**    Filed In Cases: 140
242 E. Harriet Ave.
Palisades Park, NJ 07650                  Class        Claim Detail Amount      Final Allowed Amount

                                         UNS            $10,000.00

                                                        $10,000.00

Date Filed            22-Nov-2016
Bar Date
Claim Face Value       $10,000.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

**Bettie Nelson-Lowhar**

290 9th Avenue, Apt. 18-B

New York, NY 10001

**Clm No 1790**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Linda Norton**

7463 White Springs St.

Las Vegas, NV 89123

**Clm No 1791**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Edith Pfaff**

5 Viewpoint Terrace

Nanuet, NY 10954

**Clm No 1792**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

597 of 3330

---

**John Perez**
1721 Westover Rd.
Clark, NJ 07066

**Clm No 1793**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Thomas J. Papa**
6276 Spring Hill Dr.
Spring Hill, FL 34606

**Clm No 1794**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bejay Pollard**
353 Newport Way
Little Egg Harbor, NJ 08087

**Clm No 1795**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*   3/14/2018 3:55:46 PM

## Claims Details

**Francisco Padilla**
120 Astoria Bldg. 2-E
Astoria, NY 11102

**Clm No 1796**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Linda Peluso**
42 Arkansas Ave.
Staten Island, NY 10308

**Clm No 1797**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Isabelle M. Poling**
81 S. Las Olas Dr.
Jensen Beach, FL 34957

**Clm No 1798**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                599 of 3330

---

**Linda Padvarietis**                    **Clm No 1799**    Filed In Cases: 140

135 Somerset Drive

Massapegua, NY 11758

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Pedone**                    **Clm No 1800**    Filed In Cases: 140

156 Stoneleigh Dr.

Riverhead, NY 11901

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Herbert D. Pratt**                    **Clm No 1801**    Filed In Cases: 140

8 Pait Brush Path

Uncasville, CT 06382

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**    3/14/2018 3:55:46 PM

*Claims Details*    600 of 3330

---

**Richard Pesci**                          **Clm No 1802**    Filed In Cases: 140
2 Brigadier St.
Albany, NY 12205                           Class         Claim Detail Amount      Final Allowed Amount

                                           UNS              $1.00
                                                            $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Gerald Pace**                            **Clm No 1803**    Filed In Cases: 140
33720 N. 55th St.
Cave Creek, AZ 85331                        Class         Claim Detail Amount      Final Allowed Amount

                                           UNS              $1.00
                                                            $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**George S. Pappas**                       **Clm No 1804**    Filed In Cases: 140
213 Silver Beach Ave.
Daytona Beach, FL 32118                     Class         Claim Detail Amount      Final Allowed Amount

                                           UNS           $10,000.00
                                                         $10,000.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value         $10,000.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**         **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    601 of 3330

---

**Charles P. Quilici**     **Clm No 1805**    Filed In Cases: 140
4500 Baseline Road, Apt. 3206
Boulder, CO 80303

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dominica Pinsky**     **Clm No 1806**    Filed In Cases: 140
2996 Chase Ridge Dr.
Middleburg, FL 32068

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sandra Perry**     **Clm No 1807**    Filed In Cases: 140
867 S.13th St.
Newark, NJ 07108

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              602 of 3330

---

**Anne C. Parra**                    **Clm No 1808**    Filed In Cases: 140
7811 Naylor Ave.
Los Angeles, CA 90045                 Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed            22-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Sachiko Price**                    **Clm No 1809**    Filed In Cases: 140
27002 Via Banderas
San Juan Capistrano, CA 92675        Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed            22-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Barbara T. Oake**                  **Clm No 1810**    Filed In Cases: 140
1 Blue Darter Lane
Savannah, GA 31411                   Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed            22-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/14/2018 3:55:46 PM

*Claims Details*                                                   603 of 3330

---

**Henry Ostermann**                    **Clm No 1811**    Filed In Cases: 140
8 Fairway Court
Wrightstown, NJ 08562                   Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                  $1.00
                                                            $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Emily Olsian**                       **Clm No 1812**    Filed In Cases: 140
162 Willowbrook Dr.
Auburn, NY 13021                       Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                  $10,000.00
                                                            $10,000.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value        $10,000.00

---

**R. Eric Runnalls**                   **Clm No 1813**    Filed In Cases: 140
2311 Amethyst Dr.
Santa Clara, CA 95051                  Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                  $1.00
                                                            $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Joseph Reilly, Jr.**
853 Palmer Ave.
Maywood, NJ 07607

**Clm No 1814**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          22-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Mirta E. Reich**
3747 Saphire Dr.
Martinez, GA 30907

**Clm No 1815**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          22-Nov-2016
Bar Date
Claim Face Value          $10,000.00

---

**Gloria E. Rahn**
12 Laurel Ridge Lane
Columbus, NJ 08022

**Clm No 1816**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          22-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              605 of 3330

---

**Don H. Rakebrand, Sr.**
709 Tremont Greens Lane
Sun City Center, FL 33573-8040

**Clm No 1817**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Giuseppe Rovito**
1617 West 12th St.
Brooklyn, NY 11223

**Clm No 1818**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lucille Rogers**
615 Brown St.
Sumter, SC 29150

**Clm No 1819**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Arthur Leon Rogers**
544 Salem Road
Union, NJ 07083

**Clm No 1820**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Richard T. Sweeney**
5998 Cook School Rd.
Prattsburg, NY 14873

**Clm No 1821**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Carlo Scala**
1315 81 St.
Brooklyn, NY 11228

**Clm No 1822**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                        607 of 3330

---

**Jeannette T. Schirmer**                    **Clm No 1823**    Filed In Cases: 140
33 Anita Dr.
Jackson, NJ 08527                            Class        Claim Detail Amount    Final Allowed Amount

                                             UNS          $1.00
                                                          $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**June Devine**                              **Clm No 1826**    Filed In Cases: 140
3 Rocky Road
Chester, NY 10918                            Class        Claim Detail Amount    Final Allowed Amount

                                             UNS          $10,000.00
                                                          $10,000.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value        $10,000.00

---

**Philip Festa**                             **Clm No 1827**    Filed In Cases: 140
65 A Pheasant Lane
Staten Island, NY 10309                      Class        Claim Detail Amount    Final Allowed Amount

                                             UNS          $1.00
                                                          $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

## Claims Details

608 of 3330

---

**Carl J. Gucciardi**
16 Rolling Hill Gr.
Staten Island, NY 10312

**Clm No 1828**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard T. Gurciullo**
4235 Redonda Lane
Naples, FL 34119

**Clm No 1829**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Barry Gerenstein**
7621 Garibaldi Ct.
Naples, FL 34114

**Clm No 1830**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

### Claims Details

**Robert K. Grell**
924 Forest Ave
Staten Island, NY 10310

**Clm No 1832**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Edward J. Galetti**
1005 Shasta Daisy Drive
Wake Forest, NC 27587

**Clm No 1834**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James A. Gambardella**
468 Iron Hill St.
Pleasant Hill, CA 94523

**Clm No 1835**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                    610 of 3330

---

**Michael M. DiCicco**

P.O. Box 2043

Lakewood, NJ 08701

| **Clm No 1836** | Filed In Cases: 140 | |
|---|---|---|
| Class | Claim Detail Amount | Final Allowed Amount |
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Clarence Burden**

203 Macon

Brooklyn, NY 11216

| **Clm No 1838** | Filed In Cases: 140 | |
|---|---|---|
| Class | Claim Detail Amount | Final Allowed Amount |
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Patricia Graham**

184 South Hill Road

Colonia, NJ 07067

| **Clm No 1839** | Filed In Cases: 140 | |
|---|---|---|
| Class | Claim Detail Amount | Final Allowed Amount |
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/14/2018 3:55:46 PM

*Claims Details*                                                        611 of 3330

---

**Louis Giglio**                    **Clm No 1840**      Filed In Cases: 140
57 Ilyssa Way
Staten Island, NY 10312              Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                $1.00
                                                        $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Walter R. Hewitt Jr.**             **Clm No 1841**      Filed In Cases: 140
392 Fairview Ave.
Dunellen, NJ 08812                   Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                $1.00
                                                        $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Isaac Hutchins**                   **Clm No 1842**      Filed In Cases: 140
535 Stoakley Rd.
Frederick, MD 20678                  Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                $1.00
                                                        $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                        612 of 3330

---

**Jimmie Holmes**                    **Clm No 1843**    Filed In Cases: 140
516 Morris St.
Orange, NJ 07050                     Class          Claim Detail Amount    Final Allowed Amount

                                     UNS                 $1.00
                                                         $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Gerald Hogan**                     **Clm No 1844**    Filed In Cases: 140
c/o Lifespan
1900 S. Clinton Ave.                 Class          Claim Detail Amount    Final Allowed Amount
Rochester, NY 14618
                                     UNS                 $1.00
                                                         $1.00

Date Filed              22-Nov-2106
Bar Date
Claim Face Value            $1.00

---

**Barbara L. Horner**                **Clm No 1845**    Filed In Cases: 140
205 Homer Ave
Voornees, NJ 08043                   Class          Claim Detail Amount    Final Allowed Amount

                                     UNS                 $1.00
                                                         $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

### *Claims Details*                                                        613 of 3330

---

**Florence M. Hangan**           <u>**Clm No 1846**</u>    Filed In Cases: 140
20 Old Farm Rd.
Levittown, NY 11756              Class              Claim Detail Amount      Final Allowed Amount

                                UNS                     $1.00
                                                        $1.00

Date Filed           22-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Irene Humphreys**              <u>**Clm No 1847**</u>    Filed In Cases: 140
412 Hamilton St.
Harrison, NJ 07029              Class              Claim Detail Amount      Final Allowed Amount

                                UNS                     $1.00
                                                        $1.00

Date Filed           22-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Ella James**                   <u>**Clm No 1848**</u>    Filed In Cases: 140
2292 Old Mintz Highway
Roseboro, NC 28382              Class              Claim Detail Amount      Final Allowed Amount

                                UNS                     $1.00
                                                        $1.00

Date Filed           22-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Leroy Jefferson**
219 Clove Road
Staten Island, NY 10310

**Clm No 1849**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rose Ann Iovine**
143 Amber St.
Staten Island, NY 10306

**Clm No 1850**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Johanson**
4260 Aberdeen Circle
Rockledge, FL 32955

**Clm No 1851**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

615 of 3330

---

**Sandra Joudy**
1225 Brookside Court
Newtown, CT 06470

**Clm No 1852**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 22-Nov-2013 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas Kemper**
15 Arctic Ocean Dr.
Brick, NJ 08723

**Clm No 1853**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert S. Knapp III**
2 Adobe Circle
Belpre, OH 45714

**Clm No 1854**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

*Claims Details*                                                                              616 of 3330

---

**Joseph Kelly**                          **Clm No 1855**    Filed In Cases: 140
1705 Mahan Ave
Bronx, NY 10461                           Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                      $1.00
                                                                   $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**John Kisch**                            **Clm No 1856**    Filed In Cases: 140
20 Colwyn Way
Toms River, NJ 08757                      Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                      $1.00
                                                                   $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**William J. Kovash**                     **Clm No 1857**    Filed In Cases: 140
1124 Minnesink Rd.
Manasquan, NJ 08736                       Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                      $1.00
                                                                   $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

## Claims Details

**Paula M. Kubilius**     **Clm No 1858**    Filed In Cases: 140
595 Morvale Rd.
Easton, PA 18042

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Joyce E. Klepper**     **Clm No 1859**    Filed In Cases: 140
19 Mohawk Ave.
Oakland, NJ 07436

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Calixto Paternina**     **Clm No 1860**    Filed In Cases: 140
932 Myrtle Ave
Brooklyn, NY 11206

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

*Claims Details*                                                                              618 of 3330

---

**Vincent Perniola**
1304 Mainsail Circle
Jupiter, FL 33477

**Clm No 1861**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Maria Picciuca**
6341 Bunnecke Court
Ridgewood, NY 11385

**Clm No 1862**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ansel Plymale**
26028 A Langston Ave.
Glen Oaks, NY 11004-1026

**Clm No 1863**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                      3/14/2018 3:55:46 PM

*Claims Details*                                                               619 of 3330

---

**Philip Posa**                          **Clm No 1864**    Filed In Cases: 140
8 Medalist Way
Rotonda West, FL 33947                    Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                  $1.00

                                                               $1.00


Date Filed            22-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Carl F. Pahza**                        **Clm No 1865**    Filed In Cases: 140
6 Brookville Way
Manorville, NY 11949                      Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                  $1.00

                                                               $1.00


Date Filed            22-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Kathy P. Flugbeil**                    **Clm No 1866**    Filed In Cases: 140
15 Greenway East
Sloatsburg, NY 10974                      Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                  $1.00

                                                               $1.00


Date Filed            22-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**         **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

## *Claims Details*                                                        620 of 3330

---

**Lenora Porcelli**                  **Clm No 1867**     Filed In Cases: 140
27703 Ortega Highway #32
San Juan Capistrano, CA 92675        Class         Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00

                                                            $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Richard F. Perrault**              **Clm No 1868**     Filed In Cases: 140
114 Rolling Meadows Rd.
Middletown, NY 10940                 Class         Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00

                                                            $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Michael A. Porcello**              **Clm No 1869**     Filed In Cases: 140
643 78th Street
Brooklyn, NY 11209                   Class         Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00

                                                            $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                            621 of 3330

---

**Carl Edward Preslar**                **Clm No 1870**    Filed In Cases: 140
43 Marys Lane
Stoneridge, NY 12484                   Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Gaetano Pansini**                    **Clm No 1871**    Filed In Cases: 140
17 Jordan Avenue
Wallington, NJ 07057                   Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Anne Palaia**                        **Clm No 1872**    Filed In Cases: 140
126 Van Sicklen Street
Brooklyn, NY 11223                     Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                    622 of 3330

---

**Dorothy Puppo**                    **Clm No 1873**    Filed In Cases: 140
573 Jerome Avenue
Somerset, NJ 08873                    Class         Claim Detail Amount      Final Allowed Amount

                                     UNS              $10,000.00
                                                      $10,000.00

Date Filed            22-Nov-2016
Bar Date
Claim Face Value      $10,000.00

---

**Marie Quagliozzi**                 **Clm No 1874**    Filed In Cases: 140
457 Ogden Ave
Jersey City, NJ 07307                Class         Claim Detail Amount      Final Allowed Amount

                                     UNS              $1.00
                                                      $1.00

Date Filed            22-Nov-2016
Bar Date
Claim Face Value      $1.00

---

**Thomas R. Quinn**                  **Clm No 1875**    Filed In Cases: 140
394 Corrington Lane
Monroe Township, NJ 08831           Class         Claim Detail Amount      Final Allowed Amount

                                     UNS              $1.00
                                                      $1.00

Date Filed            22-Nov-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/14/2018 3:55:46 PM

*Claims Details*                                                    623 of 3330

---

**George Raymond**                    **Clm No 1876**    Filed In Cases: 140
830 Cornell Rd.
Franklin Square, NY 11010             Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                  $1.00
                                                           $1.00

Date Filed            22-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Patricia Ridgway**                  **Clm No 1877**    Filed In Cases: 140
10 Highland Road
Cedar Grove, NJ 07009                 Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                $10,000.00
                                                         $10,000.00

Date Filed            22-Nov-2016
Bar Date
Claim Face Value       $10,000.00

---

**James R. Erdbrink Sr.**             **Clm No 1878**    Filed In Cases: 140
5 N Mill Rd.
Moro Plantation, Maine 04780          Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                  $1.00
                                                           $1.00

Date Filed            22-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

---

*Claims Details*                                                                        624 of 3330

---

**Eugene D. Raponi**                    **Clm No 1879**      Filed In Cases: 140
295 Hartwood Rd.
Forestburgh, NY 12777               | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Cecelia Rabena**                      **Clm No 1880**      Filed In Cases: 140
3310 Nostran Ave. #503
Brooklyn, NY 11229                  | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anna Ragsdale**                       **Clm No 1881**      Filed In Cases: 140
1809 Lake Deeson Drive
Lakeland, FL 33805                  | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

## Claims Details

625 of 3330

**Kevin Rapczynski**
3106 Dunns Canyon Rd
Belton, TX 76513

**Clm No 1882**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed        | 22-Nov-2016  |
|-------------------|--------------|
| Bar Date          |              |
| Claim Face Value  | $10,000.00   |


**Laurence J. Rasmussen**
131 Minyard Lane
Statesville, NC 28677

**Clm No 1883**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 22-Nov-2016  |
|-------------------|--------------|
| Bar Date          |              |
| Claim Face Value  | $1.00        |


**George J. Rettagliota**
97 Cedar Terrace
Staten Island, NY 10304

**Clm No 1884**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 22-Nov-2016  |
|-------------------|--------------|
| Bar Date          |              |
| Claim Face Value  | $1.00        |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                      626 of 3330

---

**Yvonne Reilly**                        **Clm No 1885**    Filed In Cases: 140
375 Page Ave.
Lyndhurst, NJ 07071                       Class          Claim Detail Amount        Final Allowed Amount

                                         UNS                  $10,000.00
                                                              $10,000.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value        $10,000.00

---

**Harry Richards**                       **Clm No 1886**    Filed In Cases: 140
11 Hallock St
Farmingdale, NY 11735                     Class          Claim Detail Amount        Final Allowed Amount

                                         UNS                  $1.00
                                                              $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Lettie V. Ripic**                      **Clm No 1887**    Filed In Cases: 140
115 Taft Ave.
Endicott, NY 13760                       Class          Claim Detail Amount        Final Allowed Amount

                                         UNS                  $10,000.00
                                                              $10,000.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value        $10,000.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

627 of 3330

---

**Mary Anne Riviello**
57 Garden Avenue
Wharton, NJ 07885

**Clm No 1888**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Oct-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Stephen A. Rosen**
14 Danielle Way
Morganville, NJ 07751

**Clm No 1889**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kevin A. Ross**
45 West 132 Street, Apt 6G
New York, NY 10037

**Clm No 1890**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Thomas C. Rotella**
128 Monroe Ridge Dr.
Shohola, PA 18458

**Clm No 1891**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Peter Rocchio**
8575 Oak Abbery Trail NE
Leland, NC 28451

**Clm No 1892**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Hector Rodriguez**
300 Buschwick Avenue #3k
Brooklyn, NY 11206

**Clm No 1893**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

## Claims Details

629 of 3330

**Katherine E. Rood**
11 Wingdale Rd.
Carmel, NY 10512

**Clm No 1894**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Caroline Rowan**
608 Heron Glen Drive
Columbia, SC 29229

**Clm No 1895**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Mary E. Roughgarden**
310 Carter Avenue
Point Pleasant Beach, NJ 08742

**Clm No 1896**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    630 of 3330

---

**Gary Rush**
365 East Nesquehoning St
Easton, PA 18042

**Clm No 1897**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Mark Ryan**
P.O. Box 381042
Murdock, FL 33938

**Clm No 1898**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Michael F. Senft**
12222 Tillinghast Circle
Palm Beach Gardens, FL 33418

**Clm No 1899**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

## Claims Details

---

**Marie Cerbone Samarat**
5300 S. Atlantic Ave, Apt 6401
New Smyrna Beach, FL 32169

**Clm No 1900**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Taryn Sanders**
504 Flowers Creek Drive
McDonough, GA 30253

**Clm No 1901**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Nicola Sainato**
122-83rd. St.
Brooklyn, NY 11228

**Clm No 1902**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                    632 of 3330

---

**John Salomy**
12 Mecca Dr.
Salisbury Mills, NY 12577

**Clm No 1903**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Jeffrey T. Serdinsky**
2520 Route 22E, Suite #9
Scotch Plains, NJ 07076

**Clm No 1904**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Ellen Silfies**
160 N 11th St
Bangor, PA 18013

**Clm No 1905**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                633 of 3330

---

**John Sinnott**                    **Clm No 1906**      Filed In Cases: 140
512 East 79th Street
New York, NY 10075               Class          Claim Detail Amount      Final Allowed Amount

                                 UNS                  $1.00
                                                      $1.00

Date Filed           22-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Diana Sgueglia**                  **Clm No 1907**      Filed In Cases: 140
84 Webster Road
Scarsdale, NY 10583             Class          Claim Detail Amount      Final Allowed Amount

                                 UNS                  $1.00
                                                      $1.00

Date Filed           22-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Joseph M. Soccoa**                **Clm No 1908**      Filed In Cases: 140
1288 Rockland Ave., Apt. 1B
Staten Island, NY 10314         Class          Claim Detail Amount      Final Allowed Amount

                                 UNS                  $1.00
                                                      $1.00

Date Filed           22-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

*Claims Details*                                                                                                  634 of 3330

---

**William R. Stiegler**          **Clm No 1909**    Filed In Cases: 140
20 Ridgewood Avenue
Staten Island, NY 10312           Class              Claim Detail Amount        Final Allowed Amount

                                  UNS                        $1.00
                                  ------------------------------------------------
                                                             $1.00

Date Filed             22-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Dewey Straws**                 **Clm No 1910**    Filed In Cases: 140
38807 Harborwood Pl.
Lady Lake, FL 32159               Class              Claim Detail Amount        Final Allowed Amount

                                  UNS                        $1.00
                                  ------------------------------------------------
                                                             $1.00

Date Filed             22-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Pamela Steele**                **Clm No 1911**    Filed In Cases: 140
1014 Stuyvesant Ave #8
Irvington, NJ 07111               Class              Claim Detail Amount        Final Allowed Amount

                                  UNS                     $10,000.00
                                  ------------------------------------------------
                                                          $10,000.00

Date Filed             22-Nov-2016
Bar Date
Claim Face Value       $10,000.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

635 of 3330

---

**William H. Schafer**
PO Box 586
Greenville, VA 2440-0586

**Clm No 1912**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mary Senerchia**
PO Box 2154
Winter Haven, FL 33883

**Clm No 1913**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jacqueline C. Sisco**
1280 Manning Dr.
Summerton, SC 29148

**Clm No 1914**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                             636 of 3330

---

**Gene Sachs**                    **Clm No 1915**    Filed In Cases: 140
PO Box 295
Lavallete, NJ 08735               Class            Claim Detail Amount    Final Allowed Amount

                                  UNS                      $1.00
                                                           $1.00

Date Filed            22-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Robert W. Smith**               **Clm No 1916**    Filed In Cases: 140
2050 Rincon De Amegos
Las Cruces, NM 88012              Class            Claim Detail Amount    Final Allowed Amount

                                  UNS                      $1.00
                                                           $1.00

Date Filed            22-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Michael A. Savino**             **Clm No 1917**    Filed In Cases: 140
281 Garth Road - C2B
Scansdale, NY 10583              Class            Claim Detail Amount    Final Allowed Amount

                                  UNS                      $1.00
                                                           $1.00

Date Filed            22-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

### Claims Details

637 of 3330

---

**Joseph Salerno**
357 N. Central Blvd.
Broomall, PA 19008

**Clm No 1918**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Emilia Szuhay**
85-10 120 Street #505
Kew Gardens, NY 11415

**Clm No 1919**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gregory R. Stahura**
35-40 206 St., Apt #371
Bayside, NY 11361

**Clm No 1920**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              638 of 3330

---

**Martha Spalding**          **Clm No 1921**    Filed In Cases: 140
4 York Ct.
Forked River, NJ 08731       Class              Claim Detail Amount    Final Allowed Amount

                             UNS                $1.00

                                                $1.00

Date Filed          22-Nov-2016
Bar Date
Claim Face Value    $1.00

---

**Ghorlieas Sanders**        **Clm No 1922**    Filed In Cases: 140
1450 Parkchester Road, Apt MD
Bronx, NY 10462              Class              Claim Detail Amount    Final Allowed Amount

                             UNS                $1.00

                                                $1.00

Date Filed          22-Nov-2016
Bar Date
Claim Face Value    $1.00

---

**Martin F. Sinatra**        **Clm No 1923**    Filed In Cases: 140
108 Bowne Ct.
Matawan, NJ 07747           Class              Claim Detail Amount    Final Allowed Amount

                             UNS                $1.00

                                                $1.00

Date Filed          22-Nov-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

## Claims Details                                                            639 of 3330

---

**James Swick**                          **Clm No 1924**    Filed In Cases: 140
480 Memorial Parkway, 2nd Floor
Phillipsburg, NJ 08865                    Class           Claim Detail Amount      Final Allowed Amount

                                         UNS                  $1.00
                                                             $1.00

Date Filed            12-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Stephen J. Smith**                     **Clm No 1925**    Filed In Cases: 140
102 E. Main St.
Washingtonville, NY 10992                Class           Claim Detail Amount      Final Allowed Amount

                                         UNS                  $1.00
                                                             $1.00

Date Filed            12-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**James A. Seirmarco**                   **Clm No 1926**    Filed In Cases: 140
102 Bannon Avenue
Buchanan, NY 10511                       Class           Claim Detail Amount      Final Allowed Amount

                                         UNS                $10,000.00
                                                           $10,000.00

Date Filed            22-Nov-2016
Bar Date
Claim Face Value     $10,000.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              640 of 3330

---

**Peter Sawchok**                **Clm No 1927**    Filed In Cases: 140
5 Massachusetts Drive
Newburgh, NY 12550               Class          Claim Detail Amount      Final Allowed Amount

                                 UNS                  $1.00
                                                      $1.00

Date Filed          22-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Debra Smith**                  **Clm No 1928**    Filed In Cases: 140
201 Stanhope Sparta Rd.
Andover, NJ 07821                Class          Claim Detail Amount      Final Allowed Amount

                                 UNS                $10,000.00
                                                    $10,000.00

Date Filed          22-Nov-2016
Bar Date
Claim Face Value      $10,000.00

---

**Patricia A. Sheehan**          **Clm No 1929**    Filed In Cases: 140
47 Springbrook Dr., Apt 1A
Belfast, ME 04915-7584          Class          Claim Detail Amount      Final Allowed Amount

                                 UNS                  $1.00
                                                      $1.00

Date Filed          22-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***    3/14/2018 3:55:46 PM

## *Claims Details*

**Alfred S. Shinn**
305 W. Henry St.
Palmyra, N.J. 08065

**Clm No 1930**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Irene Drozd**
404 Patten Circle
Albrightsville, PA 18210

**Clm No 1931**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Dominick DeGregoria**
151 Hudson St.
P.O. Box 662
Glasco, NY 12432

**Clm No 1932**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## *Claims Details*

642 of 3330

---

**Elizabeth Dinoi**
135 Highfield Road
Wilton, CT 06897

**Clm No 1933**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed      | 22-Nov-2016 |
|-----------------|-------------|
| Bar Date        |             |
| Claim Face Value| $1.00       |

---

**Charles Alafberg**
103 Uncatena Avenue
Worcester, MA 01606

**Clm No 1934**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed      | 23-Nov-2016 |
|-----------------|-------------|
| Bar Date        |             |
| Claim Face Value| $1.00       |

---

**Anthony Albertini**
299 Brigham Street
Hudson, MA 01749

**Clm No 1935**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed      | 23-Nov-2016 |
|-----------------|-------------|
| Bar Date        |             |
| Claim Face Value| $1.00       |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                      3/14/2018 3:55:46 PM

*Claims Details*                                                                  643 of 3330

---

**Faustino Alexandre**          **Clm No 1936**    Filed In Cases: 140

3 Collins Drive                 Class              Claim Detail Amount       Final Allowed Amount

Hudson, MA 01749
                                UNS                $1.00

                                                   $1.00

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Edward Alexandrovich**        **Clm No 1937**    Filed In Cases: 140

6 Campbell Road                 Class              Claim Detail Amount       Final Allowed Amount

Ware, MA 01082
                                UNS                $1.00

                                                   $1.00

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Leonard Allain**              **Clm No 1938**    Filed In Cases: 140

47 Princeton Street #104        Class              Claim Detail Amount       Final Allowed Amount

Leominster, MA 01453
                                UNS                $1.00

                                                   $1.00

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**John Allard**
639 Burnett Road
Chicopee, MA 01020

**Clm No 1939**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Philip Almonte**
40 Middlesex Avenue
Worcester, MA 01604

**Clm No 1940**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jean Amiss**
44 Hawthorne Street
Springfield, MA 01105

**Clm No 1941**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/14/2018 3:55:46 PM

*Claims Details*                                                          645 of 3330

---

| **Emanuel Anamisis** | **Clm No 1942** | Filed In Cases: 140 | |
|---|---|---|---|
| 93 Putting Lane | Class | Claim Detail Amount | Final Allowed Amount |
| Chicopee, MA 01020 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Ronald Anderson** | **Clm No 1943** | Filed In Cases: 140 | |
|---|---|---|---|
| 249 Greenwood Street | Class | Claim Detail Amount | Final Allowed Amount |
| Worcester, MA 01607 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Denis Andre** | **Clm No 1944** | Filed In Cases: 140 | |
|---|---|---|---|
| 126 Bostwick Lane | Class | Claim Detail Amount | Final Allowed Amount |
| Chicopee, MA 01020 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

646 of 3330

| Michael Anthony | | **Clm No 1945** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 45 Dorothy Road | | Class | Claim Detail Amount | Final Allowed Amount |
| Millbury, MA 01527 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Clara Archie | | **Clm No 1946** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 4615 Bridle Point Parkway | | Class | Claim Detail Amount | Final Allowed Amount |
| Snellville, GA 30039 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Ernest Arsenault | | **Clm No 1947** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 2 Dola Street | | Class | Claim Detail Amount | Final Allowed Amount |
| Ware, MA 01082 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                3/14/2018 3:55:46 PM

*Claims Details*                                                           647 of 3330

---

**Donald Ashcraft**                    **Clm No 1948**    Filed In Cases: 140
152 Granite Street
Uxbridge, MA 01569                     Class        Claim Detail Amount    Final Allowed Amount

                                       UNS               $1.00
                                                         $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Donald Aubrey**                      **Clm No 1949**    Filed In Cases: 140
51 Sterling Road
Holyoke, MA 01040                      Class        Claim Detail Amount    Final Allowed Amount

                                       UNS               $1.00
                                                         $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Harold Avery**                       **Clm No 1950**    Filed In Cases: 140
1760 West Over Road Lot 53
Chicopee, MA 01020                     Class        Claim Detail Amount    Final Allowed Amount

                                       UNS               $1.00
                                                         $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              648 of 3330

---

**Whitney Bacon**                    **Clm No 1951**    Filed In Cases: 140
67 Granby Street
Springfield, MA 01108              Class          Claim Detail Amount      Final Allowed Amount

                                  UNS                    $1.00
                                                         $1.00

Date Filed           23-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Elijah Bailey**                    **Clm No 1952**    Filed In Cases: 140
100 Rowland Street
Springfield, MA 01107             Class          Claim Detail Amount      Final Allowed Amount

                                  UNS                    $1.00
                                                         $1.00

Date Filed           23-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Willie D. Bailey, Jr.**            **Clm No 1953**    Filed In Cases: 140
126 Princeton Street
Springfield, MA 01109             Class          Claim Detail Amount      Final Allowed Amount

                                  UNS                    $1.00
                                                         $1.00

Date Filed           23-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                              3/14/2018 3:55:46 PM

*Claims Details*                                                                        649 of 3330

| **Helen Baltitas** | **Clm No 1954** | Filed In Cases: 140 | |
|---|---|---|---|
| 13410 West Avenue | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, Oh 44111 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Tommie Barklow** | **Clm No 1955** | Filed In Cases: 140 | |
|---|---|---|---|
| 78 Gilbert Avenue | Class | Claim Detail Amount | Final Allowed Amount |
| Springfield, MA 01119 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Mitchell Baroud** | **Clm No 1956** | Filed In Cases: 140 | |
|---|---|---|---|
| 18 Frank Street | Class | Claim Detail Amount | Final Allowed Amount |
| Worcester, MA 01604 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              650 of 3330

---

**Joyce Barton**                    **Clm No 1957**    Filed In Cases: 140
69 Breakneck Hill Road
Southborough, MA 01772              Class        Claim Detail Amount      Final Allowed Amount

                                    UNS                    $1.00
                                                           $1.00

Date Filed           23-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**James Basile**                    **Clm No 1958**    Filed In Cases: 140
63 Pennfield Street
Springfield, MA 01129               Class        Claim Detail Amount      Final Allowed Amount

                                    UNS                    $1.00
                                                           $1.00

Date Filed           23-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Roseann Basile**                  **Clm No 1959**    Filed In Cases: 140
63 Pennfield Street
Springfield, MA 01129               Class        Claim Detail Amount      Final Allowed Amount

                                    UNS                    $1.00
                                                           $1.00

Date Filed           23-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

651 of 3330

---

**Hector Bedard, Jr.**
115 #B Litchfield Pines Drive
Leominster, MA 01453

**Clm No 1960**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Christal Belanger**
22 Howe Avenue
Shrewsbury, MA 01545

**Clm No 1961**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mary Bell**
400 Delaware Avenue #716
Marion, Oh 43302

**Clm No 1962**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    652 of 3330

---

**Pietro Bellantonio**          **Clm No 1963**    Filed In Cases: 140
22 Woodland Road
Springfield, MA 01129    | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Paul E. Benard**          **Clm No 1964**    Filed In Cases: 140
3093 Maine Street
PO Box 337
Bondsville, MA 01009    | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Benoit**          **Clm No 1965**    Filed In Cases: 140
128 Hunt Road
Oakham, MA 01068    | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                             653 of 3330

---

**Drew Benson**                          **Clm No 1966**      Filed In Cases: 140
209 Granby Road Chicopee #14
Chicopee, MA 01013

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Peter Bernotas**                       **Clm No 1967**      Filed In Cases: 140
28 North Plain Road
Sunderland, MA 01375

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Allen Bertulli**                       **Clm No 1968**      Filed In Cases: 140
11 South Terrace
Milford, MA 01757

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                    654 of 3330

---

**Deborah Bilby**                    **Clm No 1969**      Filed In Cases: 140
4456 Timber Glen Drive #5
Batavia, Oh 45103                    Class          Claim Detail Amount     Final Allowed Amount

                                     UNS                     $1.00
                                                             $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Patrick Birch**                    **Clm No 1970**      Filed In Cases: 140
216 Enrico Avenue
Sierra Vista, AZ 85635               Class          Claim Detail Amount     Final Allowed Amount

                                     UNS                     $1.00
                                                             $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Myrna A. Blodgett**                **Clm No 1971**      Filed In Cases: 140
8 Brook Street
South Hadley, MA 01075               Class          Claim Detail Amount     Final Allowed Amount

                                     UNS                     $1.00
                                                             $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              655 of 3330

---

**Steve Bogar**                        **Clm No 1972**    Filed In Cases: 140
100 Hillcroft Avenue
Worcester, MA 01606                     Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                  $1.00
                                                            $1.00

        Date Filed          23-Nov-2016
        Bar Date
        Claim Face Value        $1.00

---

**Samuel Bolden**                      **Clm No 1973**    Filed In Cases: 140
61 Northumberland Street
Springfield, MA 01109                  Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                  $1.00
                                                            $1.00

        Date Filed          23-Nov-2016
        Bar Date
        Claim Face Value        $1.00

---

**Margaret Bonnette**                  **Clm No 1974**    Filed In Cases: 140
14 Sunnyhill Drive
Southbridge, MA 01550                  Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                  $1.00
                                                            $1.00

        Date Filed          23-Nov-2016
        Bar Date
        Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                      656 of 3330

---

**Michael Bonnette**                    **Clm No 1975**    Filed In Cases: 140
14 Sunnyhill Drive
Southbridge, MA 01550                    Class           Claim Detail Amount        Final Allowed Amount

                                        UNS                        $1.00
                                        _____    _____    _____
                                                                   $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Frederick Borowiec**                   **Clm No 1976**    Filed In Cases: 140
30 Fairview Village Court
Chicopee, MA 01020                       Class           Claim Detail Amount        Final Allowed Amount

                                        UNS                        $1.00
                                        _____    _____    _____
                                                                   $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Raymond R. Boucher, Jr.**              **Clm No 1977**    Filed In Cases: 140
56 15th Street
Old Orchard, ME 04064                    Class           Claim Detail Amount        Final Allowed Amount

                                        UNS                        $1.00
                                        _____    _____    _____
                                                                   $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Joseph Bourassa**
1042 Main Street
Worcester, MA 01603

**Clm No 1978**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Steven Boutet**
125 Ventura Street
Ludlow, MA 01056

**Clm No 1979**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Robert Boutin**
211 Fuller Road
Chicopee, MA 01020

**Clm No 1980**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                              3/14/2018 3:55:46 PM

*Claims Details*                                                                              658 of 3330

---

**June Bowman**                           **Clm No 1981**      Filed In Cases: 140
59 Evelyn Street #312
Worcester, MA 01067                        Class            Claim Detail Amount        Final Allowed Amount

                                           UNS                    $1.00
                                                                  $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Kirk Bowman**                           **Clm No 1982**      Filed In Cases: 140
200 Vernon Street 306 W
Worcester, MA 01607                        Class            Claim Detail Amount        Final Allowed Amount

                                           UNS                    $1.00
                                                                  $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Sharon Branham**                        **Clm No 1983**      Filed In Cases: 140
118 Dave Avenue
Lebonon, OH 45036                          Class            Claim Detail Amount        Final Allowed Amount

                                           UNS                    $1.00
                                                                  $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Robert Brazas**
PO Box 22
Monson, MA 01057

**Clm No 1985**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----|-----|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Karin Brewer**
601 Wachusatt Street
Holden, MA 01520

**Clm No 1986**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----|-----|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Michael Brisbois**
185 Farnsworth Street
Chicopee, MA 01013

**Clm No 1987**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----|-----|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

## Claims Details

660 of 3330

---

**Robert Brousseau**                    **Clm No 1988**    Filed In Cases: 140
34 Sewell Street
Shrewsbury, MA 01545

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Elmer Broyles**                    **Clm No 1989**    Filed In Cases: 140
50 Goldthwaite Road
Worcester, MA 01605

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Raymond Brunelle**                    **Clm No 1990**    Filed In Cases: 140
96 East  St
South Hadley, MA 01075

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## *Claims Details*

661 of 3330

---

**Holly Brzozowy**
35 Temple Street
Adams, MA 01220

**Clm No 1991**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Edwin Buckhout**
200 Hockanum Road
Hadley, MA 01035

**Clm No 1992**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Norma Buckley**
76 Bethany Road
Monson, MA 01057

**Clm No 1993**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                          662 of 3330

---

**Margaret Burgess**                    **Clm No 1994**    Filed In Cases: 140
1934 Shady Oak Court
Springfield, OH 45502                    Class        Claim Detail Amount    Final Allowed Amount

                                        UNS              $1.00
                                                         $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Thomas Burke**                        **Clm No 1995**    Filed In Cases: 140
24 Laurel Avenue
Sterling, MA 01564                      Class        Claim Detail Amount    Final Allowed Amount

                                        UNS              $1.00
                                                         $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Walter Burns**                        **Clm No 1996**    Filed In Cases: 140
10 Knapp Ave
Worcester, MA 01605                     Class        Claim Detail Amount    Final Allowed Amount

                                        UNS              $1.00
                                                         $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**       Visit us on the Web at www.omnimgt.com       PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**            E-mail: claimsmanager@omnimgt.com        FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/14/2018 3:55:46 PM

*Claims Details*                                                   663 of 3330

---

**Joseph Bushika III**             **Clm No 1997**    Filed In Cases: 140
76 School Street
Clarksburg, MA 01247               Class          Claim Detail Amount        Final Allowed Amount

                                   UNS                  $1.00
                                                        $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Frances Butler**                 **Clm No 1998**    Filed In Cases: 140
111 Horseshoe Dr.
Chicopee, MA 01022                 Class          Claim Detail Amount        Final Allowed Amount

                                   UNS                  $1.00
                                                        $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Thomas Cahillane**               **Clm No 1999**    Filed In Cases: 140
60 Catalina Drive
Springfield, MA 01128              Class          Claim Detail Amount        Final Allowed Amount

                                   UNS                  $1.00
                                                        $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              664 of 3330

---

**Sara Calo**                          **Clm No 2000**    Filed In Cases: 140
PO Box 91084
Springfield, MA 01139                  | Class | Claim Detail Amount | Final Allowed Amount |
                                       |-------|---------------------|----------------------|
                                       | UNS   | $1.00               |                      |
                                       |       | $1.00               |                      |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Ruben Calo**                         **Clm No 2001**    Filed In Cases: 140
PO Box 91084
Springfield, MA 01139                  | Class | Claim Detail Amount | Final Allowed Amount |
                                       |-------|---------------------|----------------------|
                                       | UNS   | $1.00               |                      |
                                       |       | $1.00               |                      |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**George Cameron**                     **Clm No 2002**    Filed In Cases: 140
19 Witheridege Street
Feeding Hills, MA 01030                 | Class | Claim Detail Amount | Final Allowed Amount |
                                       |-------|---------------------|----------------------|
                                       | UNS   | $1.00               |                      |
                                       |       | $1.00               |                      |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    665 of 3330

---

**William Campanale**          **Clm No 2003**    Filed In Cases: 140
1157 Grafton Street
Worcester, MA 01604            Class          Claim Detail Amount      Final Allowed Amount

                              UNS                    $1.00
                                                     $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Barbara Campeau**            **Clm No 2004**    Filed In Cases: 140
35 Warren Wright Street
Belchertown, MA 01007          Class          Claim Detail Amount      Final Allowed Amount

                              UNS                    $1.00
                                                     $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Roderick Cantwell**          **Clm No 2005**    Filed In Cases: 140
20 Cleveland Ave
Worcester, MA 01603            Class          Claim Detail Amount      Final Allowed Amount

                              UNS                    $1.00
                                                     $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

666 of 3330

---

**Grace Carello**
545 Salisbury St. 323
Worcester, MA 01609

**Clm No 2006**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Peter Cariglia**
10 Tucker Street
Worcester, MA 01606

**Clm No 2007**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Patricia Carlson**
PO Box 176
Brookfield, MA 01506

**Clm No 2008**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

*Claims Details*                                                                    667 of 3330

---

**John Carney**                          **Clm No 2009**      Filed In Cases: 140
Po Box 482
Brimfield, MA 01010          Class              Claim Detail Amount        Final Allowed Amount

                             UNS                    $1.00
                                                    $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Beatrice Carpenter**                   **Clm No 2010**      Filed In Cases: 140
1661 Westover Road
Chicopee, MA 01020           Class              Claim Detail Amount        Final Allowed Amount

                             UNS                    $1.00
                                                    $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Jerry Carr, Jr.**                      **Clm No 2011**      Filed In Cases: 140
24 Kerry Drive
Springfield, MA 01118        Class              Claim Detail Amount        Final Allowed Amount

                             UNS                    $1.00
                                                    $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/14/2018 3:55:46 PM

*Claims Details*                                                          668 of 3330

---

**William Carter, Jr.**             **Clm No 2012**    Filed In Cases: 140
35 Caswell Court
Douglas, MA 01516                    Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                  $1.00
                                     ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─
                                                          $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Ann Cazeault**                     **Clm No 2013**    Filed In Cases: 140
94 Auburn Street
Cherry Valley, MA 01611              Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                  $1.00
                                     ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─
                                                          $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Phillip Chabot, Jr.**             **Clm No 2014**    Filed In Cases: 140
11 Orchard Street
Millbury, MA 01527                   Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                  $1.00
                                     ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─
                                                          $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

669 of 3330

---

**Judith Chalker**
4706 State Route 305
Southington, OH 44470

**Clm No 2015**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lorraine Chamberland**
119 Old Worcester Road
PO Box 293
Charlton, MA 01507

**Clm No 2016**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Michael Chevalier**
53 Dorothy Road
Millbury, MA 01527

**Clm No 2017**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

670 of 3330

---

**Joseph Chiapulis**
16 Marble Street Room #19
Worcester, MA 01603

**Clm No 2018**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**David Chione**
385 Hudson Street
Northboro, MA 01532

**Clm No 2019**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Paul Chrzan**
15 Dale Street
Ludlow, Ma 01056

**Clm No 2020**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                             671 of 3330

---

**Curtis Clem**                      **Clm No 2021**    Filed In Cases: 140
6 Sneade Drive
Oxford, MA 01540                     Class              Claim Detail Amount        Final Allowed Amount

                                     UNS                        $1.00
                                                                $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Dixie Cline**                      **Clm No 2022**    Filed In Cases: 140
945 State Route 58
PO Box 37
Nankin, Oh 44848                     Class              Claim Detail Amount        Final Allowed Amount

                                     UNS                        $1.00
                                                                $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Annie Collins**                    **Clm No 2023**    Filed In Cases: 140
21 Colchester Street
Springfield, MA 01109                Class              Claim Detail Amount        Final Allowed Amount

                                     UNS                        $1.00
                                                                $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                          3/14/2018 3:55:46 PM

## Claims Details

672 of 3330

---

**Harold Collins**                          **Clm No 2024**    Filed In Cases: 140
21 Colchester Street
Springfield, MA 01109                        Class          Claim Detail Amount      Final Allowed Amount

UNS                    $1.00

$1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Mack Collins**                            **Clm No 2025**    Filed In Cases: 140
93 Vadnaias Street
Springfield, MA 01104                        Class          Claim Detail Amount      Final Allowed Amount

UNS                    $1.00

$1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Mable Conley**                            **Clm No 2026**    Filed In Cases: 140
439 South Main Street
Miamisburg, OH 45342                         Class          Claim Detail Amount      Final Allowed Amount

UNS                    $1.00

$1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

### Claims Details

**Paul R. Cooke**
13 Fairview Street
East Longmeadow, MA 01028

**Clm No 2027**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gerald Coolbrith**
56 William Ward Street
Uxbridge, MA 01569

**Clm No 2028**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mary Jane Cooley**
5948 Maplewood Road
Mayfield Hts, Oh 44124

**Clm No 2029**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

674 of 3330

---

**Arnold Corbeil, Sr.**
26 Corey Road
Springfield, MA 01128

**Clm No 2030**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas Corliss**
102 Foch Ave
Westfield, MA 01085

**Clm No 2031**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Patrick Coyne**
46 Barnard Road
Worcester, MA 01605

**Clm No 2032**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                675 of 3330

---

**Helen Cuadra**                    **Clm No 2033**      Filed In Cases: 140
3915 4th Street
Struthers, OH 44471               Class          Claim Detail Amount      Final Allowed Amount

                                  UNS                  $1.00
                                                       $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Theodore Cupak**                  **Clm No 2034**      Filed In Cases: 140
32 East Hooker Street
Springfield, MA 01107             Class          Claim Detail Amount      Final Allowed Amount

                                  UNS                  $1.00
                                                       $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Randolph Cutress**                **Clm No 2035**      Filed In Cases: 140
Po Box 577
North Grafton, MA 01536           Class          Claim Detail Amount      Final Allowed Amount

                                  UNS                  $1.00
                                                       $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/14/2018 3:55:46 PM

*Claims Details*

676 of 3330

| Gerald Cyr | **Clm No 2036** | Filed In Cases: 140 | |
|---|---|---|---|
| 223 Tallmadge Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Springfield, MA 01118 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Michele D'Agostino | **Clm No 2037** | Filed In Cases: 140 | |
|---|---|---|---|
| 25 Webber Street | Class | Claim Detail Amount | Final Allowed Amount |
| Springfield, MA 01108 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Pierina D'Agostino | **Clm No 2038** | Filed In Cases: 140 | |
|---|---|---|---|
| 99 Slumber Lane | Class | Claim Detail Amount | Final Allowed Amount |
| Springfield, MA 01128 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## *Claims Details*

677 of 3330

---

**Steve Daniel**
7 Bridle Path
Auburn, MA 01501

**Clm No 2039**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ciro Daniele**
40 Eldridge St
Springfield, MA 01108

**Clm No 2040**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Michael DePatsy**
104 Shrine Avenue #3
West Boylston, MA 01583

**Clm No 2041**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                         678 of 3330

---

**Arthur Devins**                    **Clm No 2042**    Filed In Cases: 140
79 Howard Street
Holyoke, MA 01040                    Class              Claim Detail Amount    Final Allowed Amount

                                     UNS                     $1.00

                                                             $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Cheryl Deviow**                    **Clm No 2043**    Filed In Cases: 140
60 Charlton Street Apt 804
Southbridge, MA 01550                Class              Claim Detail Amount    Final Allowed Amount

                                     UNS                     $1.00

                                                             $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Nancy DiRienzo**                   **Clm No 2044**    Filed In Cases: 140
135 Pleasant Street B4 #1
Berlin, MA 01503                     Class              Claim Detail Amount    Final Allowed Amount

                                     UNS                     $1.00

                                                             $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    679 of 3330

---

**Joseph Dodd**
417 Cummington Road
Ashfield, MA 01330

**Clm No 2045**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Vivian Donohoe**
212 Clubside Drive NW
New Philadelphia, OH 44663

**Clm No 2046**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Catherine Doucette**
194 Plimpton Street
Southbridge, MA 01550

**Clm No 2047**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

680 of 3330

---

**Pauline Douds**
430 County Road 42
Toronto, Oh 43964

**Clm No 2048**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dave Doyle**
11 William Street
Chester, MA 01011

**Clm No 2049**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Steven Dubowik**
16 Longmeadow Ave
Worcester, MA 01606

**Clm No 2050**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*                                                                    681 of 3330

---

**Eugene Dulmaine**                    **Clm No 2051**    Filed In Cases: 140
42 Field St
Auburn, MA 01501                       | Class | Claim Detail Amount | Final Allowed Amount |
                                       |-------|---------------------|----------------------|
                                       | UNS   | $1.00               |                      |
                                       |       | $1.00               |                      |

| Date Filed       | 23-Nov-2016 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $1.00       |

---

**Violet Dunlap**                      **Clm No 2052**    Filed In Cases: 140
1574 Westhaven Blvd.
Franklin, TN 37064                     | Class | Claim Detail Amount | Final Allowed Amount |
                                       |-------|---------------------|----------------------|
                                       | UNS   | $1.00               |                      |
                                       |       | $1.00               |                      |

| Date Filed       | 23-Nov-2016 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $1.00       |

---

**Leroy Dupuis**                       **Clm No 2053**    Filed In Cases: 140
210 Arthur Street
Springfield, MA 01104                  | Class | Claim Detail Amount | Final Allowed Amount |
                                       |-------|---------------------|----------------------|
                                       | UNS   | $1.00               |                      |
                                       |       | $1.00               |                      |

| Date Filed       | 23-Nov-2016 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $1.00       |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              682 of 3330

**Diana Durbin**
10611 Monroe Mills Road
Gambire, Oh 43022

**Clm No 2054**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

**Richard Duval**
2 Pleasant Street
Grafton, MA 01519

**Clm No 2055**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

**Fred Dziewit**
19 Village Green
East Long Meadow, MA 01028

**Clm No 2056**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Ralph Edwards**
132 Maynard
Springfield, MA 01109

**Clm No 2057**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Susan Eisnor**
14 Sherwood Drive
Spencer, MA 01562

**Clm No 2058**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Dennis English**
490 Berkshire Ave
Springfield, MA 01109

**Clm No 2059**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

684 of 3330

| Donald Erickson | **Clm No 2060** | Filed In Cases: 140 | |
|---|---|---|---|
| 44 Hawthorne Street | Class | Claim Detail Amount | Final Allowed Amount |
| Auburn, MA 01501 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Francis Erikson | **Clm No 2061** | Filed In Cases: 140 | |
|---|---|---|---|
| 47 Osceola Avenue | Class | Claim Detail Amount | Final Allowed Amount |
| Worcester, MA 01606 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Charles Ernest, Jr. | **Clm No 2062** | Filed In Cases: 140 | |
|---|---|---|---|
| 247 Flower Hill Road | Class | Claim Detail Amount | Final Allowed Amount |
| Warwick, MA 01378 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                          3/14/2018 3:55:46 PM

*Claims Details*                                                                                    685 of 3330

---

**Peter Falardeau**                        **Clm No 2063**       Filed In Cases: 140
10 Downey Street
Hopkinton, MA 01748                         Class              Claim Detail Amount      Final Allowed Amount

                                            UNS                       $1.00
                                                                      $1.00

Date Filed               23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Walter Farley**                          **Clm No 2064**       Filed In Cases: 140
172 White Road
Warwick, MA 01378                           Class              Claim Detail Amount      Final Allowed Amount

                                            UNS                       $1.00
                                                                      $1.00

Date Filed               23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Lisa Fasolino**                          **Clm No 2065**       Filed In Cases: 140
7 Goldenwood Drive
Norton, MA 02766                            Class              Claim Detail Amount      Final Allowed Amount

                                            UNS                       $1.00
                                                                      $1.00

Date Filed               23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***    3/14/2018 3:55:46 PM

---

*Claims Details*    686 of 3330

---

**Lisa Fasolino**

7 Goldenwood Drive

Norton, MA 02766

| | **Clm No 2066** | Filed In Cases: 140 | |
|---|---|---|---|
| | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Beverly Ferris**

459 Kelly Street NW

New Philadelphia, Oh 44663

| | **Clm No 2067** | Filed In Cases: 140 | |
|---|---|---|---|
| | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Field, Sr.**

10 Spruce Street

Clinton, MA 01510

| | **Clm No 2068** | Filed In Cases: 140 | |
|---|---|---|---|
| | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              687 of 3330

---

**Pamela Fields**                    **Clm No 2069**    Filed In Cases: 140
3 Carroll Street
Milford, MA 01757                    Class        Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Jim Finks**                        **Clm No 2070**    Filed In Cases: 140
30 Lanewood Avenue
Framingham, MA 01701                 Class        Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Nina Fiorelli**                    **Clm No 2071**    Filed In Cases: 140
566 Ashland Avenue
Southbridge, MA 01550                Class        Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/14/2018 3:55:46 PM

*Claims Details*                                                                688 of 3330

---

**John Fischer**                              **Clm No 2072**    Filed In Cases: 140
35 Oleander Street
West Springfield, MA 01089          Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                    $1.00
                                                          $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Barbara Fitch-Haly**                        **Clm No 2073**    Filed In Cases: 140
2753 Glenhaven Avenue Apt #A
Copley, Oh 44321                    Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                    $1.00
                                                          $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Irving Fitts**                              **Clm No 2074**    Filed In Cases: 140
104 Cedar Street
Sturbridge, MA 01566               Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                    $1.00
                                                          $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                          689 of 3330

---

**Brian Foley**                     **Clm No 2075**    Filed In Cases: 140
129 King Phillip Road
Worcester, MA 01606         Class              Claim Detail Amount      Final Allowed Amount

                            UNS                        $1.00

                                                       $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Donna Fontaine**                  **Clm No 2076**    Filed In Cases: 140
1661 Westover Road
Chicopee, MA 01020          Class              Claim Detail Amount      Final Allowed Amount

                            UNS                        $1.00

                                                       $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Donna Fontaine**                  **Clm No 2077**    Filed In Cases: 140
1661 Westover Road
Chicopee, MA 01020          Class              Claim Detail Amount      Final Allowed Amount

                            UNS                        $1.00

                                                       $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

690 of 3330

---

**Victoria Fontana**
39 First Street #A909
Worcester, MA 01602

**Clm No 2078**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Michael Forest**
1 Cranberry Drive
Holyoke, MA 01040

**Clm No 2079**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dale Forrister**
102 Bushy Lane
Rutland, MA 01543

**Clm No 2080**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Adam Fotiades**
300 Greenwood Street
Worcester, MA 01607

**Clm No 2081**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Judy Fuller**
23 Inverness Avenue
Worcester, MA 01604

**Clm No 2082**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Richard Fulvi**
65 Althea Street
West Springfield, MA 01089

**Clm No 2083**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                      692 of 3330

---

**Cynthia Gagliastre**                    **Clm No 2084**    Filed In Cases: 140
15 Hyannis Place
Worcester, MA 01604                        Class          Claim Detail Amount     Final Allowed Amount

                                           UNS                    $1.00
                                                                  $1.00

        Date Filed          23-Nov-2016
        Bar Date
        Claim Face Value         $1.00

---

**Christine Gagnon**                       **Clm No 2085**    Filed In Cases: 140
4 Laliberte Lane
Spencer, MA 01562                          Class          Claim Detail Amount     Final Allowed Amount

                                           UNS                    $1.00
                                                                  $1.00

        Date Filed          23-Nov-2016
        Bar Date
        Claim Face Value         $1.00

---

**David C. Gallant**                       **Clm No 2086**    Filed In Cases: 140
21 Jubilee Way
Chicopee, MA 01020                         Class          Claim Detail Amount     Final Allowed Amount

                                           UNS                    $1.00
                                                                  $1.00

        Date Filed          23-Nov-2016
        Bar Date
        Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                  693 of 3330

---

**Gerald Garvin**
266 Pine Street
Springfield, MA 01105

**Clm No 2087**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gina Gaston**
11126 Parkview Avenue
Cleveland, Oh 44104

**Clm No 2088**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carl T. Gibb, Jr.**
56 White Street
Ludlow, MA 01056

**Clm No 2089**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

694 of 3330

---

**Leo Gingras**
95 Turkey Hill Road
Rutland, MA 01543

**Clm No 2090**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Biagio Girardi**
19 Wasilla Drive
Worcester, MA 01610

**Clm No 2091**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James E. Giroux**
4 First Avenue
Dudley, MA 01571

**Clm No 2092**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**James Glanville, Sr.**
460 Irene Street
Chicopee, MA 01020

**Clm No 2093**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jerry Glover**
1 Admiral Avenue
Worcester, MA 01602

**Clm No 2094**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Brian Goddu**
140 Ward Street
Chicopee, MA 01020

**Clm No 2095**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              696 of 3330

---

**Arthur Goulet**          **Clm No 2096**   Filed In Cases: 140
24 Jersey Drive
Worcester, MA 01606        Class              Claim Detail Amount      Final Allowed Amount

                           UNS                        $1.00
                                                      $1.00

Date Filed        23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Lloyd Graham**           **Clm No 2097**   Filed In Cases: 140
279 Munger Hill Road
Westfield, MA 01085        Class              Claim Detail Amount      Final Allowed Amount

                           UNS                        $1.00
                                                      $1.00

Date Filed        23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Ruth Gray**              **Clm No 2098**   Filed In Cases: 140
66 Old Chestnut Hill Road
Millville, MA 01529        Class              Claim Detail Amount      Final Allowed Amount

                           UNS                        $1.00
                                                      $1.00

Date Filed        23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                              3/14/2018 3:55:46 PM

*Claims Details*                                                                         697 of 3330

---

**William Greene**                   **Clm No 2099**    Filed In Cases: 140
95 Pine View Drive
Springfield, MA 01119                Class              Claim Detail Amount      Final Allowed Amount

                                     UNS                     $1.00
                                                             $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Florence Grigaitis**               **Clm No 2100**    Filed In Cases: 140
15 Casino Avenue
Chicopee, MA 01013                   Class              Claim Detail Amount      Final Allowed Amount

                                     UNS                     $1.00
                                                             $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Charles Grimaldi**                 **Clm No 2101**    Filed In Cases: 140
18 Edison Street
Worcester, MA 01604                  Class              Claim Detail Amount      Final Allowed Amount

                                     UNS                     $1.00
                                                             $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

### Claims Details

---

**Barbara Guskey**
401 Main Street
Oxford, MA 01540

**Clm No 2102**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**George Peter Guskey, Jr.**
2 Hall Road
Dudley, MA 01571

**Clm No 2103**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Michael Gwozdz**
87 Porter Road
East Longmeadow, MA 01028

**Clm No 2104**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/14/2018 3:55:46 PM

---

*Claims Details*                                                        699 of 3330

---

**Walter Hansen**                      **Clm No 2105**    Filed In Cases: 140

PO Box 459                             

Southwick, MA 01077                    | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**John Harland**                       **Clm No 2106**    Filed In Cases: 140

PO Box 60702                           

Longmeadow, MA 01116                   | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**David Harmon**                       **Clm No 2107**    Filed In Cases: 140

84 Prescott Street Apt 2               

Clinton, MA 01510                      | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

### Claims Details

700 of 3330

---

| **Ardith Hayden** | **Clm No 2108** | Filed In Cases: 140 | |
|---|---|---|---|
| 13 Elm Street | Class | Claim Detail Amount | Final Allowed Amount |
| North Brookfield, MA 01535 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Thelma Hayes** | **Clm No 2109** | Filed In Cases: 140 | |
|---|---|---|---|
| 285 Collins Road | Class | Claim Detail Amount | Final Allowed Amount |
| Little Hocking, Oh 45742 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Robert L. Haygood** | **Clm No 2110** | Filed In Cases: 140 | |
|---|---|---|---|
| 19 Hickory Street | Class | Claim Detail Amount | Final Allowed Amount |
| Springfield, MA 01105 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                        701 of 3330

---

**Michael Hayward**          **Clm No 2111**    Filed In Cases: 140
24 Wareham Street
Springfield, MA 01108        Class          Claim Detail Amount      Final Allowed Amount

                             UNS                   $1.00
                                                   $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Ernest Hayward**           **Clm No 2112**    Filed In Cases: 140
370 Westerly Circle
Ludlow, MA 01056             Class          Claim Detail Amount      Final Allowed Amount

                             UNS                   $1.00
                                                   $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Andrew Hearne**            **Clm No 2113**    Filed In Cases: 140
37 Delmore Street
Springfield, MA 01109        Class          Claim Detail Amount      Final Allowed Amount

                             UNS                   $1.00
                                                   $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    702 of 3330

---

**Ann Hebert**
58 Jacobs Street
Chicopee, MA 01020

**Clm No 2114**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lewis Heirtzler**
17 Long Meadow Avenue
Worcester, MA 01606

**Clm No 2115**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kenneth Henderson**
9313 Parque St. Unit 113
New Port Richey, FL 34655

**Clm No 2116**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Deborah Hill**
143 Millbury Street
Grafton, MA 01519

**Clm No 2117**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Herbert Hohengasser**
3 Knapp Avenue
Greenfield, MA 01301

**Clm No 2118**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Beverly Hooker**
1275 Norton Avenue Lot N2
Norton, Oh 44203

**Clm No 2119**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

704 of 3330

| **Mark Horner** | | **Clm No 2120** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 4017 Webb Road | | | | |
| Ravenna, Oh 44266 | | Class | Claim Detail Amount | Final Allowed Amount |
| | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 23-Nov-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **Richard Hougasian** | | **Clm No 2121** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 11 Shepard Lane | | | | |
| Putnam, CT 06260 | | Class | Claim Detail Amount | Final Allowed Amount |
| | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 23-Nov-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **James Houston** | | **Clm No 2122** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 30 Havana Road | | | | |
| Worcester, MA 01603 | | Class | Claim Detail Amount | Final Allowed Amount |
| | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 23-Nov-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

## Claims Details

**David Howell**
26 North Street #123
Douglas, MA 01516

**Clm No 2123**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Donald Isabelle**
619 Granby Road
Chicopee, MA 01013

**Clm No 2124**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Frances Jacques**
42 Worcester Street Apt 1
Southbridge, MA 01550

**Clm No 2125**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

706 of 3330

---

**Maceo Jenkins**
523 Wilbraham Road
Springfield, MA 01109

**Clm No 2126**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard Jewell**
23 Dartmouth Street
Springfield, MA 01109

**Clm No 2127**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert J. Jones**
114 College Highway #9
Southampton, MA 01073

**Clm No 2128**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**John Kachur**
15 First Avenue
Westfield, MA 01085

**Clm No 2129**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**George Kasay**
72 Tolland Tpke
Willington, CT 06279

**Clm No 2130**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Susan Keene**
13 Greenwood Court
Easthampton, MA 01027

**Clm No 2131**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/14/2018 3:55:46 PM

*Claims Details*

708 of 3330

---

**Rhea Kennen**
47 Washington Street Lot 38
Auburn, MA 01501

**Clm No 2132**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Doris Kesterson**
4656 Noble Street
Bellaire, OH 43906

**Clm No 2133**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Kidd**
159 Slater Avenue
Springfield, MA 01119

**Clm No 2134**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

709 of 3330

---

**David Kiendzior**
38 Old Feeding Hills Road
Westfield, MA 01085

**Clm No 2135**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Virginia Kimmet**
572 Bendele Street
PO Box 187
Ottoville, OH 45876

**Clm No 2136**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Theresa King**
54 Beacon Drive
Palmer, MA 01069

**Clm No 2137**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                             710 of 3330

---

**Hugh Kiritsy**                    **Clm No 2138**    Filed In Cases: 140
56 Hartford Avenue North
Upton, MA 01568                      Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                    $1.00
                                                           $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**William Konkel**                  **Clm No 2139**    Filed In Cases: 140
137 E Bayles Rd
Charlton, MA 01507                   Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                    $1.00
                                                           $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Walter Koski**                    **Clm No 2140**    Filed In Cases: 140
1 Oak Hill Road #319
Fitchburg, MA 01420                  Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                    $1.00
                                                           $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## *Claims Details*

711 of 3330

---

**Larry Kostek**
12 Plymouth Avenue
East Hampton, MA 01027

**Clm No 2141**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kim Kovac**
PO Box 471
South Lancaster, MA 01561

**Clm No 2142**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Edmund Kusmierczak**
62 Dubois Street
Springfield, MA 01151

**Clm No 2143**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

### Claims Details

---

**Frederick Lambert**                          **Clm No 2144**      Filed In Cases: 140
4 Main Street #12
Spencer, MA 01562                          Class              Claim Detail Amount        Final Allowed Amount

                                           UNS                     $1.00
                                                                   $1.00

        Date Filed              23-Nov-2016
        Bar Date
        Claim Face Value           $1.00

---

**Michael Lane**                             **Clm No 2145**      Filed In Cases: 140
201 Drexel Street
Springfield, MA 01104                      Class              Claim Detail Amount        Final Allowed Amount

                                           UNS                     $1.00
                                                                   $1.00

        Date Filed              23-Nov-2016
        Bar Date
        Claim Face Value           $1.00

---

**Ann Langone**                              **Clm No 2146**      Filed In Cases: 140
36 Mark Drive
Agawam, MA 01001                           Class              Claim Detail Amount        Final Allowed Amount

                                           UNS                     $1.00
                                                                   $1.00

        Date Filed              23-Nov-2016
        Bar Date
        Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

713 of 3330

---

**Pauline Lariviere**
14 Dawes St.
Blackstone, MA 01504

**Clm No 2147**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Michael Lauzonis**
15 Montello Street
Worcester, MA 01603

**Clm No 2148**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**James Lavallee**
557-30 SW Cutoff
Worcester, MA 01607

**Clm No 2149**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                3/14/2018 3:55:46 PM

### Claims Details

**David Lavoie**  
87 Independence Drive  
Leominster, MA 01453

**Clm No 2150**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sharon Lecklider**  
1185 North Middle Drive  
Greenville, OH 45331

**Clm No 2151**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Eugene Lefebvre**  
157 Upper Beverly Hill  
West Springfield, MA 01089

**Clm No 2152**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/14/2018 3:55:46 PM

*Claims Details*                                                                715 of 3330

---

**Ann Legassey**                          **Clm No 2153**   Filed In Cases: 140
227 Church Avenue
Northbridge, MA 01534                      Class          Claim Detail Amount    Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Helen Lemiech**                         **Clm No 2154**   Filed In Cases: 140
110 Mountainview Street
South Hadley, MA 01075                     Class          Claim Detail Amount    Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Carol Levy**                            **Clm No 2155**   Filed In Cases: 140
1211 North Main Street
Uhrichsville, Oh 44683                     Class          Claim Detail Amount    Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

716 of 3330

---

**Linda Lightner**
2419 44th Street NW
Canton, OH 44709

**Clm No 2156**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilma Lindsey**
40990 Ashton Hill Road
Caldwell, OH 43724

**Clm No 2157**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sandra Litwin**
566 Kessinger Dr.
Surfside Beach, SC 29575

**Clm No 2158**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**David A. Litwin**
21 Craig Drive #F6
West Springfield, MA 01089

**Clm No 2159**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Denise C. Lloyd**
10 Surrey Lane
Brookfield, MA 01506

**Clm No 2160**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John F. Lobik**
4 Michelman Avenue
Greenfield, MA 01301

**Clm No 2161**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

718 of 3330

---

**Kay Lowther**
665 Sand Ridge Road
Waterford, Oh 45786

**Clm No 2162**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Janice Lucier**
5 Harris Street
Webster, MA 01570

**Clm No 2163**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**David Lynch**
29 Myrtle Avenue
Webster, MA 01570

**Clm No 2164**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                          3/14/2018 3:55:46 PM

*Claims Details*                                                                                    719 of 3330

---

**Kathleen Lynch**                          **Clm No 2165**    Filed In Cases: 140
1 Hartwell Street
Southbridge, MA 01550                        Class              Claim Detail Amount      Final Allowed Amount

                                             UNS                        $1.00

                                                                        $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Robert B. Lynch**                         **Clm No 2166**    Filed In Cases: 140
27 Stockman Street
Springfield, MA 01104                        Class              Claim Detail Amount      Final Allowed Amount

                                             UNS                        $1.00

                                                                        $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Stephen Mackowiak**                       **Clm No 2167**    Filed In Cases: 140
124 South John M. Hardy Drive
Abbeville, LA 70510                           Class              Claim Detail Amount      Final Allowed Amount

                                             UNS                        $1.00

                                                                        $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              720 of 3330

---

**Sally Mahan**                          **Clm No 2168**    Filed In Cases: 140
11 Brookfield Road
Charlton, MA 01507                        Class              Claim Detail Amount      Final Allowed Amount

                                         UNS                $1.00
                                                            $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Kevin Mahoney**                        **Clm No 2169**    Filed In Cases: 140
108 Maximilian Drive
Granby, MA 01033                          Class              Claim Detail Amount      Final Allowed Amount

                                         UNS                $1.00
                                                            $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Stephen Majgier**                      **Clm No 2170**    Filed In Cases: 140
21 Sunflower Avenue
Chicopee, MA 01013                        Class              Claim Detail Amount      Final Allowed Amount

                                         UNS                $1.00
                                                            $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Harry Malkasian**
44 Moon Hill Rd.
Northbridge, MA 01534

**Clm No 2171**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|-----------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard Marcheselli**
3 One If By Lane
Feeding Hills, MA 01030

**Clm No 2172**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|-----------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Armand Marcotte**
213 West Manchester Street 1st Floor
Lowell, MA 01852

**Clm No 2173**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|-----------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

722 of 3330

---

| Robert Mason | **Clm No 2174** | Filed In Cases: 140 | |
|---|---|---|---|
| 114 Lower Gore Road | Class | Claim Detail Amount | Final Allowed Amount |
| Webster, MA 01570 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| William Matarese | **Clm No 2175** | Filed In Cases: 140 | |
|---|---|---|---|
| 14 Cider Mill Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Shrewsbury, MA 01545 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| John Matson | **Clm No 2176** | Filed In Cases: 140 | |
|---|---|---|---|
| 25 Cobb Street  H102 | Class | Claim Detail Amount | Final Allowed Amount |
| Mansfield, MA 02048 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

723 of 3330

**John Mc Laurin**
279 Hermitage Drive
Springfield, MA 01129

**Clm No 2177**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John McCrudden**
4 McGovern Lane
Webster, MA 01570

**Clm No 2178**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joseph McMahon**
28 Westborough Road
Upton, MA 01568

**Clm No 2179**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

**Edward McNally**
59 Gordon Street
Leominster, MA 01453

**Clm No 2180**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William McNeill**
49 Pleasant Valley Drive #701
Worcester, MA 01605

**Clm No 2181**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Michael McNicholas**
36 Roosevelt Avenue
South Hadley, MA 01075

**Clm No 2182**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

## Claims Details

---

**Marilyn McNicholas**                    **Clm No 2183**    Filed In Cases: 140
36 Roosevelt Avenue
South Hadley, MA 01075

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Paul McQuaid**                    **Clm No 2184**    Filed In Cases: 140
22 Oak Ham Road
North Brookfield, MA 01535

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Edward Melloni**                    **Clm No 2185**    Filed In Cases: 140
88 Hayes Avenue
Feeding Hills, MA 01030

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

## Claims Details

---

**Linda Menard**                    **Clm No 2186**      Filed In Cases: 140
65 Oakwood Street
Chicopee, MA 01020                  Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                 $1.00
                                                        $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Robert Menard**                   **Clm No 2187**      Filed In Cases: 140
Po Box 51
Linwood, MA 01525                   Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                 $1.00
                                                        $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Mark Mercier**                    **Clm No 2188**      Filed In Cases: 140
60 Commonwealth Ave
Worcester, MA 01604                 Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                 $1.00
                                                        $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Princess Mercy**
PO Box 90684
Springfield, MA 01139

**Clm No 2189**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jacques Michaud**
48 Barrell Road
Westminster, MA 01473

**Clm No 2190**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gary Miller**
15 School Street
PO Box 150
West Brookfield, MA 01585

**Clm No 2191**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                             728 of 3330

---

**Donald B. Miller**                    **Clm No 2192**    Filed In Cases: 140
210 Henshaw Street
Lester, MA 01524                        Class           Claim Detail Amount        Final Allowed Amount

                                        UNS                     $1.00
                                                                $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Leo Miller**                          **Clm No 2193**    Filed In Cases: 140
45 Crystal Street
Paxton, MA 01612                        Class           Claim Detail Amount        Final Allowed Amount

                                        UNS                     $1.00
                                                                $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Calvin Monroe**                       **Clm No 2194**    Filed In Cases: 140
29 Wilkes Street
Springfield, MA 01119                   Class           Claim Detail Amount        Final Allowed Amount

                                        UNS                     $1.00
                                                                $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

**Roberta Moore**
13505 Astor Avenue
Cleveland, Oh 44135

**Clm No 2195**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Robert Morin**
4 Beach Lane
Spencer, MA 01562

**Clm No 2196**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Robert Moro**
17 Paula Road
Milford, MA 01757

**Clm No 2197**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

730 of 3330

| **William Morvan** | **Clm No 2198** | Filed In Cases: 140 | |
|---|---|---|---|
| 1883 Quaker Street | Class | Claim Detail Amount | Final Allowed Amount |
| Northbridge, MA 01534 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Daniel Murphy** | **Clm No 2199** | Filed In Cases: 140 | |
|---|---|---|---|
| 309 Church Street #16 | Class | Claim Detail Amount | Final Allowed Amount |
| Clinton, MA 01510 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Thomas Murphy** | **Clm No 2200** | Filed In Cases: 140 | |
|---|---|---|---|
| 360 Conway Street | Class | Claim Detail Amount | Final Allowed Amount |
| Greenfield, MA 01301 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Jean Naphy**
253 Monteray Avenue
Oakwood, OH 45419

**Clm No 2201**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sandra Newman**
PO Box 716
192 Walnut Street
Douglas, MA 01516

**Clm No 2202**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | 1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carolyn Nichols**
14 Elms Street North
Barre, MA 01005

**Clm No 2203**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              732 of 3330

---

**Charles Nickerson**                    **Clm No 2204**    Filed In Cases: 140
8 Island Road
Worcester, MA 01603                       Class          Claim Detail Amount    Final Allowed Amount

                                          UNS                 $1.00
                                                              $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Teresa Nottingham**                    **Clm No 2205**    Filed In Cases: 140
420 Camden Road
Zanesville, Oh 43701                      Class          Claim Detail Amount    Final Allowed Amount

                                          UNS                 $1.00
                                                              $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**David F. O'Brien**                     **Clm No 2206**    Filed In Cases: 140
12 Stanley Street
East Hampton, MA 01027                    Class          Claim Detail Amount    Final Allowed Amount

                                          UNS                 $1.00
                                                              $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                    733 of 3330

---

**Robert O'Brien**                    **Clm No 2207**    Filed In Cases: 140
143 Lincoln Street
Worcester, MA 01605                   Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                 $1.00
                                                          $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Claire O'Dell**                     **Clm No 2208**    Filed In Cases: 140
55 Main Street
PO Box 173                            Class          Claim Detail Amount      Final Allowed Amount
Upton, MA 01566
                                      UNS                 $1.00
                                                          $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Lawrence Oleksak**                  **Clm No 2209**    Filed In Cases: 140
86 Dartmouth Street
Westfield, MA 01085                   Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                 $1.00
                                                          $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Lawrence O'Melia**
91 Marsden Street
Springfield, MA 01109

**Clm No 2210**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mara Orlic**
796 East 232 Street
Euclid, Oh 44123

**Clm No 2211**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Linda Orstrom**
24 Salo Terrace
Millbury, MA 01527

**Clm No 2212**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                             735 of 3330

---

**Stephen Paganetti**                    **Clm No 2213**        Filed In Cases: 140
494 R New Haven Road
PO Box 145                               Class          Claim Detail Amount      Final Allowed Amount
Durham, CT 06422
                                         UNS                 $1.00
                                                             $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Melody Page**                          **Clm No 2214**        Filed In Cases: 140
7 Mineral Spring Avenue
Ludlow, MA 01056                         Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                 $1.00
                                                             $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Ucal Palmer**                          **Clm No 2215**        Filed In Cases: 140
982 Wilbraham Road
Springfield, MA 01109                    Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                 $1.00
                                                             $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

736 of 3330

---

**Mary Ellen Papagni**
15 Princeton Street
Worcester, MA 01610

**Clm No 2216**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Paquette**
1 Pond Street
Spencer, MA 01562

**Clm No 2217**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jearleana Parker**
4602 Devonshire Road
Toledo, Oh 43614

**Clm No 2218**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

737 of 3330

---

**Pauline Parker Leonard**
34120 Pine Grove Road
Racine, OH 45771

**Clm No 2219**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Mary Parrish**
85 Mckinstry Avenue
Chicopee, MA 01013

**Clm No 2220**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Myrtis Patterson**
153 Lamont Street
Springfield, MA 01119

**Clm No 2221**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

*Claims Details*                                                                                          738 of 3330

---

**Douglas Paul**
205 Rosewell Street
Springfield, MA 01109

**Clm No 2222**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carlos Perez**
128 Newton Avenue N
Worcester, MA 01609

**Clm No 2223**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Henry H. Perry, Jr.**
PO Box 3637
Springfield, MA 01101

**Clm No 2224**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    739 of 3330

---

**Michael Piotrowski**
20 Coolidge Avenue
Turners Falls, MA 01376

**Clm No 2225**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**David Piquette**
35 Brandywine Drive
Belchertown, MA 01007

**Clm No 2226**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Maurice Plasse**
69 Thaddeus Street
Chicopee, MA 01020

**Clm No 2227**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                                    3/14/2018 3:55:46 PM

*Claims Details*                                                                                      740 of 3330

---

**Beatrice Polk**                                   **Clm No 2228**      Filed In Cases: 140
16715 Inzermere Avenue
Cleveland, OH 44128                                 Class            Claim Detail Amount       Final Allowed Amount

                                                    UNS                    $1.00
                                                                           $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Marilyn Pronovost**                               **Clm No 2229**      Filed In Cases: 140
44 Beacon Park
Watertown, MA 02472                                 Class            Claim Detail Amount       Final Allowed Amount

                                                    UNS                    $1.00
                                                                           $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Roger Provencal**                                 **Clm No 2230**      Filed In Cases: 140
19 Thompson Road #2
Hubbardston, MA 01452                               Class            Claim Detail Amount       Final Allowed Amount

                                                    UNS                    $1.00
                                                                           $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

741 of 3330

---

**Armand Provost**
143 Church Street
Ludlow, MA 01056

**Clm No 2231**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sherryl Putnam**
3 Edna Circle
N. Brookfield, MA 01535

**Clm No 2232**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**David Putnam**
20 Bruuer Ave
Wilbraham, MA 01095

**Clm No 2233**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

742 of 3330

---

**John Quinn**
45 Blake Street
Springfield, MA 01108

**Clm No 2234**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joaquim Ramos**
184 Prospect Street
Ludlow, MA 01056

**Clm No 2235**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joseph Rattie**
293 Thompson Road
Webster, MA 01570

**Clm No 2236**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

743 of 3330

| Roger Raymond | **Clm No 2237** | Filed In Cases: 140 | |
|---|---|---|---|
| 626 East Main Street | Class | Claim Detail Amount | Final Allowed Amount |
| Chicopee, MA 01020 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Robert Reardon | **Clm No 2238** | Filed In Cases: 140 | |
|---|---|---|---|
| 114 Highland St | Class | Claim Detail Amount | Final Allowed Amount |
| Clinton, MA 01510 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Richard Reed | **Clm No 2239** | Filed In Cases: 140 | |
|---|---|---|---|
| 215 Dayton Street | Class | Claim Detail Amount | Final Allowed Amount |
| Springfield, MA 01108 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/14/2018 3:55:46 PM

## Claims Details

744 of 3330

| **Roland Renaud** | **Clm No 2240** | Filed In Cases: 140 | |
| 566 Ashland Ave | | | |
| Southbridge, MA 01550 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| **Tito Ribeiro** | **Clm No 2241** | Filed In Cases: 140 | |
| 135 Loopley Street | | | |
| Ludlow, MA 01056 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| **Paul D. Richard** | **Clm No 2242** | Filed In Cases: 140 | |
| 20 Locust Street | | | |
| Westfield, MA 01085 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/14/2018 3:55:46 PM

*Claims Details*

---

**Ronald G. Richard**          **Clm No 2243**     Filed In Cases: 140
160 Slumber Lane
Springfield, MA 01128          Class          Claim Detail Amount        Final Allowed Amount

                               UNS                    $1.00
                                                      $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Juan Rivera**                **Clm No 2244**     Filed In Cases: 140
20 Lakeview Street
Worcester, MA 01604            Class          Claim Detail Amount        Final Allowed Amount

                               UNS                    $1.00
                                                      $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Norman Rivest**              **Clm No 2245**     Filed In Cases: 140
3 Chantel Court
East Hampton, MA 01027         Class          Claim Detail Amount        Final Allowed Amount

                               UNS                    $1.00
                                                      $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**John Roberts**
10 Summer Street, Apt 1
Marlborough, MA 01752

**Clm No 2246**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lloyd Robinson**
54 Stewart Street
Chicopee, MA 01020

**Clm No 2247**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ron Robinson**
PO Box 638
Sterling, MA 01564

**Clm No 2248**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/14/2018 3:55:46 PM

*Claims Details*                                                                747 of 3330

---

| **Augusto Rodrigues** | **Clm No 2249** | Filed In Cases: 140 | |
| 138 Providence Street | Class | Claim Detail Amount | Final Allowed Amount |
| Millville, MA 01529 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Maria Rodrigues** | **Clm No 2250** | Filed In Cases: 140 | |
| 138 Providence Street | Class | Claim Detail Amount | Final Allowed Amount |
| Millville, MA 01529 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Linda Rossi** | **Clm No 2251** | Filed In Cases: 140 | |
| 47 Spofford Road | Class | Claim Detail Amount | Final Allowed Amount |
| Worcester, MA 01607 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Diana Ruskey**
112 South Vine Street
Deshler, OH 43516

**Clm No 2252**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ron Rutkowski**
110 Holiday Circle
Chicopee, MA 01020

**Clm No 2253**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Paul Salvatelli**
78 Harrison Street
Leominster, MA 01453

**Clm No 2254**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                    749 of 3330

---

**Mary Sanchez**                          **Clm No 2255**        Filed In Cases: 140
152 College St. 1st Floor
Springfield, MA 01109              Class              Claim Detail Amount        Final Allowed Amount

                                   UNS                    $1.00
                                                         $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**James Santillo**                        **Clm No 2256**        Filed In Cases: 140
PO Box 351
West Springfield, MA 01090          Class             Claim Detail Amount        Final Allowed Amount

                                    UNS                   $1.00
                                                        $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**John Santos**                           **Clm No 2257**        Filed In Cases: 140
30 Waters Edge Drive
Ludlow, MA 01056                    Class             Claim Detail Amount        Final Allowed Amount

                                    UNS                   $1.00
                                                        $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                            750 of 3330

---

**Victor Santos**                          **Clm No 2258**    Filed In Cases: 140
2101 Baptist Hill Road
Paulmer, MA 10169                          Class          Claim Detail Amount      Final Allowed Amount

                                           UNS                     $1.00
                                                                   $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Lynn Santos**                            **Clm No 2259**    Filed In Cases: 140
827 East Street
Ludlow, MA 01056                           Class          Claim Detail Amount      Final Allowed Amount

                                           UNS                     $1.00
                                                                   $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Donald Sauvageau**                       **Clm No 2260**    Filed In Cases: 140
48 Glendale Street
Chicopee, MA 01020                         Class          Claim Detail Amount      Final Allowed Amount

                                           UNS                     $1.00
                                                                   $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*

---

**Robert Schwaber**                          **Clm No 2261**      Filed In Cases: 140
6 Foss Street
Westfield, MA 01085                          Class          Claim Detail Amount      Final Allowed Amount

                                             UNS                      $1.00
                                                                      $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Janette Scott**                            **Clm No 2262**      Filed In Cases: 140
205 New Street
PO Box 357
Quincy, OH 43343                             Class          Claim Detail Amount      Final Allowed Amount

                                             UNS                      $1.00
                                                                      $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Cleveland Seabrooks**                      **Clm No 2263**      Filed In Cases: 140
38 Olive Street
Springfield, MA 01109                        Class          Claim Detail Amount      Final Allowed Amount

                                             UNS                      $1.00
                                                                      $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail:** claimsmanager@omnimgt.com           **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              752 of 3330

---

**Donald Senecal**              **Clm No 2264**    Filed In Cases: 140
84 Northwood Street
Chicopee, MA 01013              Class          Claim Detail Amount      Final Allowed Amount

                               UNS                  $1.00
                                                    $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Leopold Servant**             **Clm No 2265**    Filed In Cases: 140
106 Laguna Forest Trl
Palm Coast, FL 32164           Class          Claim Detail Amount      Final Allowed Amount

                               UNS                  $1.00
                                                    $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Earl C. Sherman**             **Clm No 2266**    Filed In Cases: 140
14 Whitby Road
Charlton, MA 01507             Class          Claim Detail Amount      Final Allowed Amount

                               UNS                  $1.00
                                                    $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Claims Details*

---

**Freddie Shinholster**
51 Dexter Street
Springfield, MA 01105

**Clm No 2267**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Karen Sierakowski**
302 Beaver Lake Road
Ware, MA 01082

**Clm No 2268**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Paul F. Silvestri**
25 Arthur Street
Clinton, MA 01510

**Clm No 2269**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

754 of 3330

**Jacqueline Simpson**
3595 Hughes Road
Mt. Orab, Oh 45154

**Clm No 2270**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

**Howard Skipwith**
11 Cricklewood Drive
Leicester, MA 01524

**Clm No 2271**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

**Adam Smajkiewicz**
17 Carleton Street
Worcester, MA 01603

**Clm No 2272**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    755 of 3330

---

**Rupert Smith**                    **Clm No 2273**    Filed In Cases: 140
54 Andrew Street
Springfield, MA 01109           Class           Claim Detail Amount      Final Allowed Amount

                                UNS                    $1.00
                                                       $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Wayne Snay**                      **Clm No 2274**    Filed In Cases: 140
50 Charlton Street
Rochdale, MA 01542              Class           Claim Detail Amount      Final Allowed Amount

                                UNS                    $1.00
                                                       $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Vivian Socia**                    **Clm No 2275**    Filed In Cases: 140
23 Wheelock Street
Oxford, MA 01540               Class           Claim Detail Amount      Final Allowed Amount

                                UNS                    $1.00
                                                       $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    756 of 3330

---

**Vincent Southall**           <u>Clm No 2276</u>    Filed In Cases: 140
31 Arnold Road
Fiskdale, MA 01518             Class              Claim Detail Amount       Final Allowed Amount

                              UNS                      $1.00

                                                       $1.00

Date Filed         23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Gregory Spencer**            <u>Clm No 2277</u>    Filed In Cases: 140
138 New County Road
Colrain, MA 01340              Class              Claim Detail Amount       Final Allowed Amount

                              UNS                      $1.00

                                                       $1.00

Date Filed         23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Hazel Spencer**              <u>Clm No 2278</u>    Filed In Cases: 140
2908 Shellhart Road
Norton, Oh 44203              Class              Claim Detail Amount       Final Allowed Amount

                              UNS                      $1.00

                                                       $1.00

Date Filed         23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

*Claims Details*                                                                      757 of 3330

---

**Margaret Spencer**                    <u>Clm No 2279</u>    Filed In Cases: 140
15260 Triskette Road  #6
Cleveland, OH 44111          Class              Claim Detail Amount       Final Allowed Amount

                             UNS                    $1.00
                                                    $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Donald St. Germain**                  <u>Clm No 2280</u>    Filed In Cases: 140
170 Forest Hills Road
Springfield, MA 01128        Class              Claim Detail Amount       Final Allowed Amount

                             UNS                    $1.00
                                                    $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Joseph W. Stankaitis, Jr**            <u>Clm No 2281</u>    Filed In Cases: 140
20 Royalston Road
Phillipston, MA 01331        Class              Claim Detail Amount       Final Allowed Amount

                             UNS                    $1.00
                                                    $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              758 of 3330

| Frank Statkus | **Clm No 2282** | Filed In Cases: 140 | |
| 320 Lake Street | Class | Claim Detail Amount | Final Allowed Amount |
| Shrewsbury, MA 01545 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| Josephine Stearns | **Clm No 2283** | Filed In Cases: 140 | |
| 3 Acton Road | Class | Claim Detail Amount | Final Allowed Amount |
| Ashland, MA 01721 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| Rosalee Stepek | **Clm No 2284** | Filed In Cases: 140 | |
| 1305 Stevick Road | Class | Claim Detail Amount | Final Allowed Amount |
| Lima, Oh 45807 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

---

**Elliott Stewart**
10 Mercury Way
Springfield, MA 01119

**Clm No 2285**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**David Stirk**
84 Edgewood Road
Strewsbury, MA 01545

**Clm No 2286**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Stone**
PO Box 494
Worcester, MA 01603

**Clm No 2287**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

760 of 3330

---

**Stephen Strella**
162 Littlefield Lane
Marlborough, MA 01752

**Clm No 2288**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Johnny Strickland**
140 Cherokee Drive
Springfield, MA 01109

**Clm No 2289**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kevin Szczygiel**
155 Anvil Street
Feeding Hills, MA 01030

**Clm No 2290**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                761 of 3330

---

**Albert Tambolleo**          **Clm No 2291**    Filed In Cases: 140
40 Randall Road
Bolton, MA 01740              Class          Claim Detail Amount      Final Allowed Amount

                             UNS                    $1.00
                                                    $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Joseph Tasca**             **Clm No 2292**    Filed In Cases: 140
48 Fox Meadow Road #G
Leominster, MA 01453         Class          Claim Detail Amount      Final Allowed Amount

                             UNS                    $1.00
                                                    $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Pasquale Tedeschi**        **Clm No 2293**    Filed In Cases: 140
1800 Parker Street
Springfield, MA 01128        Class          Claim Detail Amount      Final Allowed Amount

                             UNS                    $1.00
                                                    $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**         FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                      3/14/2018 3:55:46 PM

*Claims Details*                                                                                              762 of 3330

---

**Roland Thomas**                          **Clm No 2294**     Filed In Cases: 140
307 Chestnut Street #509
Springfield, MA 01104                      Class            Claim Detail Amount      Final Allowed Amount

                                           UNS                    $1.00
                                                                 $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Ivrie Thompson**                         **Clm No 2295**     Filed In Cases: 140
101 Suffolk Street
Springfield, MA 01109                      Class            Claim Detail Amount      Final Allowed Amount

                                           UNS                    $1.00
                                                                 $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Donald Thurber**                         **Clm No 2296**     Filed In Cases: 140
3045 Shelburn Road
Conway, MA 01341                           Class            Claim Detail Amount      Final Allowed Amount

                                           UNS                    $1.00
                                                                 $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/14/2018 3:55:46 PM

*Claims Details*

763 of 3330

---

**Mackay Thurston**
PO Box 46
Ashland, MA 01721

**Clm No 2297**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lawrence Towle**
120 Stoneschool Road
Sutton, MA 01590

**Clm No 2298**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Brenda Troesch**
6509 Putnam Drive
Circleville, OH 43113

**Clm No 2299**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**James Trudeau**
PO Box 115
Chester, MA 01011

**Clm No 2300**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bruce Ulmer**
460 North Washington St
Belchertown, MA 01007

**Clm No 2301**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Michael Urella**
34 Hillview Lane
Whitinsville, MA 01588

**Clm No 2302**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                             765 of 3330

---

**Mary Urquhart**                    **Clm No 2303**      Filed In Cases: 140
316 Coburn Avenue
Worcester, MA 01604              Class          Claim Detail Amount      Final Allowed Amount

                                UNS                    $1.00
                                                       $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Gary Vickers**                     **Clm No 2304**      Filed In Cases: 140
4 Cedar Hills Street
Palmer, MA 01069                Class          Claim Detail Amount      Final Allowed Amount

                                UNS                    $1.00
                                                       $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Robert Viel**                      **Clm No 2305**      Filed In Cases: 140
23 Mitchell Drive
Chicopee, MA 01022              Class          Claim Detail Amount      Final Allowed Amount

                                UNS                    $1.00
                                                       $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

766 of 3330

| **Richard Vitello** | | **Clm No 2306** | Filed In Cases: 140 | |
| 7  Clark Street | | Class | Claim Detail Amount | Final Allowed Amount |
| Holden, MA 01520 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| **Raymond Watjus** | | **Clm No 2307** | Filed In Cases: 140 | |
| 35 3rd Street | | Class | Claim Detail Amount | Final Allowed Amount |
| Maynard, MA 01754 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| **Robert Weidhaas** | | **Clm No 2308** | Filed In Cases: 140 | |
| 37 Mutter Street | | Class | Claim Detail Amount | Final Allowed Amount |
| Easthampton, MA 01027 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                        **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                      3/14/2018 3:55:46 PM

*Claims Details*                                                                767 of 3330

---

**George Welch**                    **Clm No 2309**      Filed In Cases: 140
40 McArthur Drive
Millbury, MA 01527                   Class            Claim Detail Amount      Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value      $1.00

---

**Wayne Wells**                      **Clm No 2310**      Filed In Cases: 140
71 Westbrook Road
South Hadley, MA 01075               Class            Claim Detail Amount      Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value      $1.00

---

**Don Wells**                        **Clm No 2311**      Filed In Cases: 140
621 Washita Stone Drive
Rukin, FL 33570                      Class            Claim Detail Amount      Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                     3/14/2018 3:55:46 PM

*Claims Details*                                                                768 of 3330

---

**Andrew Wesgan**                      **Clm No 2312**        Filed In Cases: 140
354 South East Main Street
Douglas, MA 01516              Class          Claim Detail Amount      Final Allowed Amount

                              UNS                    $1.00

                                                     $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Regina Whitaker**                    **Clm No 2313**        Filed In Cases: 140
3060 Liberty Rd
Willard, OH 44890             Class          Claim Detail Amount      Final Allowed Amount

                              UNS                    $1.00

                                                     $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Christina White**                    **Clm No 2314**        Filed In Cases: 140
1216 St. John Avenue
Toledo, OH 43608              Class          Claim Detail Amount      Final Allowed Amount

                              UNS                    $1.00

                                                     $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

769 of 3330

**Gerald Wilder**
16 Montgomery Street
Westfield, MA 01085

**Clm No 2315**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

**Kathleen Wilk**
381 May Street
Worcester, MA 01602

**Clm No 2316**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

**Albert Wilkinson**
15 Second Road
Marlborough, MA 07152

**Clm No 2317**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                      3/14/2018 3:55:46 PM

*Claims Details*                                                                                    770 of 3330

---

**James Willand**                      **Clm No 2318**      Filed In Cases: 140
31 Carleton Road
Millbury, MA 01527                     Class          Claim Detail Amount       Final Allowed Amount

                                       UNS                    $1.00
                                       ─ ─ ─ ─ ─   ─────────────────   ─ ─ ─ ─ ─ ─ ─ ─
                                                              $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Ernest Williams**                    **Clm No 2319**      Filed In Cases: 140
730 Alden Street
Springfield, MA 01109                  Class          Claim Detail Amount       Final Allowed Amount

                                       UNS                    $1.00
                                       ─ ─ ─ ─ ─   ─────────────────   ─ ─ ─ ─ ─ ─ ─ ─
                                                              $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Horace Williams**                    **Clm No 2320**      Filed In Cases: 140
112  Sparrow Drive
Springfield, MA 01119                  Class          Claim Detail Amount       Final Allowed Amount

                                       UNS                    $1.00
                                       ─ ─ ─ ─ ─   ─────────────────   ─ ─ ─ ─ ─ ─ ─ ─
                                                              $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              771 of 3330

---

**Justine Williams**                    **Clm No 2321**      Filed In Cases: 140
106 Suffolk Street
Springfield, MA 01109                    Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                 $1.00
                                                             $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Sarah Wion**                          **Clm No 2322**      Filed In Cases: 140
2125 Woodstock Court
Troy, OH 45373                           Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                 $1.00
                                                             $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Arnold Wojciak**                      **Clm No 2323**      Filed In Cases: 140
6 West Cornell Street
S. Hadley, MA 01075                      Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                 $1.00
                                                             $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                      772 of 3330

---

**James Woods**                     **Clm No 2324**    Filed In Cases: 140
50 Woodside Road
Spencer, MA 01562              Class          Claim Detail Amount      Final Allowed Amount

                              UNS                 $1.00
                                                  $1.00

Date Filed           23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Charles Wright**                    **Clm No 2325**    Filed In Cases: 140
Po Box 1145
Holyoke, MA 01041             Class          Claim Detail Amount      Final Allowed Amount

                              UNS                 $1.00
                                                  $1.00

Date Filed           23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rita Yockel**                       **Clm No 2326**    Filed In Cases: 140
61 Plantation Street
Worcester, MA 01604           Class          Claim Detail Amount      Final Allowed Amount

                              UNS                 $1.00
                                                  $1.00

Date Filed           23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Elio DeCristofaro**
5 Dante Dr.
Manchester, NJ 08759

**Clm No 2327**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joseph V. Devivo**
1412 Chicopee Ave.
Pt. Pleasant, NJ 08742

**Clm No 2328**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Sep-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Dolan Jr**
8 Vera Cruz CT
Toms River, NJ 08757

**Clm No 2329**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Dorothy Daggett**
31 Chestnut Hill Road
Howell, NJ 07731

**Clm No 2330**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Ana D'ulisse**
51 Zachary Dr.
Chalfont, PA 18914

**Clm No 2331**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Michael J. Ducey**
141 Richmond Road
West Milford, NJ 07480

**Clm No 2332**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              775 of 3330

---

**Cameron Drew**                    **Clm No 2333**    Filed In Cases: 140
7043 Hwy 134
Conway, SC 29527                     Class              Claim Detail Amount      Final Allowed Amount

                                    UNS                $1.00
                                                       $1.00

Date Filed            22-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Robert Divenuto**                 **Clm No 2334**    Filed In Cases: 140
69 Robin Dr.
Middle Island, NY 11953             Class              Claim Detail Amount      Final Allowed Amount

                                    UNS                $1.00
                                                       $1.00

Date Filed            22-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Richard H. DuBois**               **Clm No 2335**    Filed In Cases: 140
20 Riverview  Road
Pulaski, NY 13142                   Class              Claim Detail Amount      Final Allowed Amount

                                    UNS                $1.00
                                                       $1.00

Date Filed            22-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                         776 of 3330

---

**Charles T. Duffy**                    **Clm No 2336**        Filed In Cases: 140
16 Half Hollow Rd.
Selden, NY 11784                        Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Martin S. Ebner**                     **Clm No 2337**        Filed In Cases: 140
320 Ivy Pl.
Paramus, NJ 07652                       Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Marjorie S. Eckstein**                **Clm No 2338**        Filed In Cases: 140
37 Nathan Hale Drive
Huntington, NY 11743                    Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Marvin W. Ellis Jr.**
16 Princess Lane
Kerhonkson, NY 12446

**Clm No 2339**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Beverly Johnson**
6720 Wrights Road
Wayland, NY 14572

**Clm No 2340**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| Date Filed | 14-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Dieter J. Engelhardt**
3 Calif. Ct.
Matawan, NJ 07747

**Clm No 2341**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

778 of 3330

**Salvatore Faglio**
13 Zoe St
Staten Island, NY 10305

**Clm No 2342**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Henry F. Franke Jr.**
31 Linden Dr.
Walden, NY 12586

**Clm No 2343**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Raymond Finkelstein**
4720 Horseshoe Trail
Macungie, PA 18062

**Clm No 2344**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

***OldCo, LLC, successor by merger to Coltec Industries Inc***    3/14/2018 3:55:46 PM

*Claims Details*    779 of 3330

---

**Joan Furphy**
6027 River Run Dr.
Sebastian, FL 32976

**Clm No 2345**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rose Ann Farrell**
2358 Country Lane
Gilbertsville, PA 19525

**Clm No 2346**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Salvatore P. Fiore**
551 Wain Wright Ave.
Staten Island, NY 10312

**Clm No 2347**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

### Claims Details

---

**Benjamin Franklin**
138-42 227 St Laurelton
Queens, NY 11413

**Clm No 2348**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lorainne Fortin**
P.O. Box 5775
Williamsburg, VA 23188

**Clm No 2349**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lena Fiore**
463 Hampton Ct
Moriches, NY 11955

**Clm No 2350**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              781 of 3330

---

**Daniel J. Fuchs**                    **Clm No 2351**    Filed In Cases: 140
1601 Osborn Pl.
Manasquan, NJ 08736                    Class         Claim Detail Amount    Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Teresa Mascali**                    **Clm No 2352**    Filed In Cases: 140
10005 Jacaranda Ave.
Clermont, FL 34711                    Class         Claim Detail Amount    Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Philip Mercieca**                   **Clm No 2353**    Filed In Cases: 140
9242 East Mohawk Ln.
Scottsdale, AZ 85255                   Class         Claim Detail Amount    Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              782 of 3330

---

**Diane Mercieca**                  **Clm No 2354**      Filed In Cases: 140
9242 East Mohawk Lane
Scottsdale, AZ 85255               Class         Claim Detail Amount      Final Allowed Amount

                                  UNS                  $1.00
                                                       $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Annette Mennella**                **Clm No 2355**      Filed In Cases: 140
1001 So. Collier Blvd., Apt. TH6
Marco Island, FL 34145             Class         Claim Detail Amount      Final Allowed Amount

                                  UNS               $10,000.00
                                                    $10,000.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value         $10,000.00

---

**Francis T. McWilliams**           **Clm No 2356**      Filed In Cases: 140
101 Camino Del Emperador
Tucson, AZ 85641                   Class         Claim Detail Amount      Final Allowed Amount

                                  UNS                  $1.00
                                                       $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/14/2018 3:55:46 PM

### Claims Details

**Ronald Merlo**
63 Lagare St.
Palm Coast, FL 32137

**Clm No 2357**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kenneth Maclane**
70 Maplewood Drive
Middletown, NJ 07748

**Clm No 2358**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Donna Marshall**
820 Sweetwater Bridge Cir
Douglasville, GA 30134

**Clm No 2359**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Colin Martin**
1054 Park Place, Apt 4C
Brooklyn, NY 11213

**Clm No 2360**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John McGann**
8841 Smithfield Dr. NW
Calabash, NC 28467

**Clm No 2361**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Elizabeth Z. Bard**
79 Hillside Road
Monticello, FL 32344

**Clm No 2362**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

785 of 3330

---

**Kathleen Horn**
1819 FarView Lane
Prescott, AZ 86305

**Clm No 2363**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Pauline B. Lanpher**
2819 West Irvine Road
Phoenix, AZ 85086

**Clm No 2364**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Wanda Patrick**
22050 Hwy 43 N
Calvert, AL 36513

**Clm No 2365**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              786 of 3330

---

**Vicki LaRayne Pounders**                  **Clm No 2366**    Filed In Cases: 140
8734 E. Hazel St.
Mesa, AZ 85208                              Class          Claim Detail Amount    Final Allowed Amount

|  |  |  |
|---|---|---|
| UNS | $225,000.00 | |
| | $225,000.00 | |

Date Filed              23-Nov-2016
Bar Date
Claim Face Value        $225,000.00

---

**Kathryn Lynn Thaut**                      **Clm No 2367**    Filed In Cases: 140
4008 Brouse Blvd. West
University Place, WA 98466                  Class          Claim Detail Amount    Final Allowed Amount

|  |  |  |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed              23-Nov-2016
Bar Date
Claim Face Value        $10,000.00

---

**Donna Wallace**                           **Clm No 2368**    Filed In Cases: 140
345 Highway 149E
Cumberland City, TN 37050                   Class          Claim Detail Amount    Final Allowed Amount

|  |  |  |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed              23-Nov-2016
Bar Date
Claim Face Value        $10,000.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Deborah A. Kain**
499 College Ave.
Staten Island, NY 10314

**Clm No 2369**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Walter J. Luther**
270 Old Haverstraw Rd.
Congers, NY 10920

**Clm No 2370**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Ronald J. LoPrimo**
36 Pierhead Dr.
Barnegat, NJ 08005

**Clm No 2371**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Mary Ann LaBella**
75 E. Broadway
Staten Island, NY 10306

**Clm No 2372**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Michelle Lomet**
605 Alma Place
Oakhurst, NJ 07755

**Clm No 2373**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Vincent Lisicky**
10272 Rayburn Ct.
Spring Hill, FL 34608

**Clm No 2374**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

**Henry Lines**
3 Bethlehem Place
Poughkeepsie, NY 12603

**Clm No 2375**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Edward W. Lukach**
8114 SW Barbara Dr.
Arcadia, FL 34269

**Clm No 2376**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Robert LaGattata**
284 Henry Street
Paramas, NJ 07652

**Clm No 2377**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

### Claims Details

790 of 3330

---

**Carol Lardaro**
24545 Calle Magdalena
Murrieta, CA 92562

**Clm No 2378**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Joseph Ferraro**
1532 Ryder St.
Brooklyn, NY 11234

**Clm No 2379**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**George E. Gregory III**
113 E East Oak Lane
Greentown, PA 18426

**Clm No 2380**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                791 of 3330

---

**Brian J. Graham**                    **Clm No 2381**    Filed In Cases: 140
1 White Oak Ridge Road
Lincroft, NJ 07738                      Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed          22-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Paul Giarraputo**                    **Clm No 2382**    Filed In Cases: 140
64 Austin Rd.
Mahopac, NY 10541                      Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed          22-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Margaret Giannone**                  **Clm No 2383**    Filed In Cases: 140
1132 Central Ave
Westfield, NJ 07090                    Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed          22-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Salvatore Gandolfo**
31 Wieczorkowski Ave
Parlin, NJ 08859

**Clm No 2384**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mikhael Gimelfarb**
65-16 Boelsen Crescent
Rego Park, NY 11374

**Clm No 2385**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Patrick Gagliardi**
32 Claremont Drive
Hillsborough, NJ 08844

**Clm No 2386**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              793 of 3330

---

**Edward Garrett**

1133 Kentfield Rd.

Whitingham, VT 05361

**Clm No 2387**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Gary Garah**

129 Cheryl Ann Drive

Milford, CT 06461

**Clm No 2388**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Maria Garcia**

2001 Grand Ave.

North Bergen, NJ 07047

**Clm No 2389**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $0.00               |                      |
|       | $0.00               |                      |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $0.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Wayne Geissler**
847 Poole Ave
Hazlet, NJ 07730

**Clm No 2390**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Angelo P. Granata**
76 Caldwell Ter.
Marlboro, NJ 07746

**Clm No 2391**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Linda Gage**
26477 Number 6 Road
Redwood, NY 13679

**Clm No 2392**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 22-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/14/2018 3:55:46 PM

*Claims Details*                                                                                     795 of 3330

---

**Jane E. Griffith**                      **Clm No 2393**    Filed In Cases: 140
5581 W. Hunters Ridge Circle
Lecanto, FL 34461                         Class          Claim Detail Amount        Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Richard J. Gruter**                     **Clm No 2394**    Filed In Cases: 140
174 12th Ave
Holtsville, NY 11742                      Class          Claim Detail Amount        Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Roger L. Gamache**                      **Clm No 2395**    Filed In Cases: 140
8 Mary Way
Avenel, NJ 07001                          Class          Claim Detail Amount        Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed              22-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    796 of 3330

---

**John Gurnick**
2A Ellen Lane
Manorville, NY 11949

**Clm No 2396**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Margaret M. Hanss**
110 Hillary Drive
Rochester, NY 14624

**Clm No 2397**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James E. Harris**
1019 Zircon Dr.
Toms River, NJ 08753

**Clm No 2398**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

## *Claims Details*

---

**John Patrick Healy**
917 The Hideout
1260 Woodhill Lane
Lake Ariel, PA 18436-9530

**Clm No 2399**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**James Hogan**
701 A Yardley Way
Monroe, NJ 08831

**Clm No 2400**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**George Hicks**
2431 Lake Drive
Forked River, NJ 08731

**Clm No 2401**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

## Claims Details

---

**Michael J. Honschke**          **Clm No 2402**    Filed In Cases: 140
2704 Green View Way

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Toms River, NJ 08753

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Randa Hollar**          **Clm No 2403**    Filed In Cases: 140
170  Fredrick St.

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Paramus, NJ 07652

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anna Hutter**          **Clm No 2404**    Filed In Cases: 140
347 15th St

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

West Babylon, NY 11704

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Kevin W. Hooker**
40 Ambassador Ln.
Staten Island, NY 10309

**Clm No 2405**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**James O. Irwin, Jr.**
24197 Mallow Drive
Preston, MD 21655

**Clm No 2406**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Joseph A. Jakubowski, Jr.**
62 West Crooked Hill Rd.
Pearl River, NY 10965

**Clm No 2407**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 22-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

800 of 3330

---

**Peter Barrera**
1908-B Balmont Lane
Redondo Beach, CA 90278

**Clm No 2408**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 30-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**George Boddy**
P.O. Box 720876
Pinion Hills, CA 92372

**Clm No 2409**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 30-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Larry J. Carroll**
859 Maroon Creek Drive
Haden, ID 83835

**Clm No 2410**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 30-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

### Claims Details

**David Childs**
14131 Glitter St.
Westminster, CA 92683

**Clm No 2411**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 30-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Carroll D. Cline**
885 F Street
Baker City, OR 97814

**Clm No 2412**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 30-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Joseph Cobryn**
7340 Scioto Darby Rd.
Orient, OH 43146

**Clm No 2413**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 30-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    802 of 3330

---

**Robert Dupree**                          **Clm No 2414**    Filed In Cases: 140
9892 N. Woodrow Avenue
Fresno, CA 93720                            Class         Claim Detail Amount      Final Allowed Amount

                                           UNS               $1.00
                                                             $1.00

Date Filed            30-Nov-2016
Bar Date
Claim Face Value      $1.00

---

**Vincent Estrada II**                     **Clm No 2415**    Filed In Cases: 140
1623 Brea Blvd.
Brea, CA 92835                             Class         Claim Detail Amount      Final Allowed Amount

                                           UNS              $10,000.00
                                                            $10,000.00

Date Filed            30-Nov-2016
Bar Date
Claim Face Value      $10,000.00

---

**Barry W. Geideck**                       **Clm No 2416**    Filed In Cases: 140
1095 Calle Escarpada
Bonita, CA 91902-7024                      Class         Claim Detail Amount      Final Allowed Amount

                                           UNS               $1.00
                                                             $1.00

Date Filed            30-Nov-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    803 of 3330

---

| **Bonnie Henderson** | | **Clm No 2417** | Filed In Cases: 140 | |
| 2965 County Road 8 | | Class | Claim Detail Amount | Final Allowed Amount |
| Happy, TX 79042 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 30-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Dennis A. Jones** | | **Clm No 2418** | Filed In Cases: 140 | |
| 411 Longridge Drive | | Class | Claim Detail Amount | Final Allowed Amount |
| Vallejo, CA 94591 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 30-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Nicholas Karthas** | | **Clm No 2419** | Filed In Cases: 140 | |
| 5222 Adenmoor Avenue | | Class | Claim Detail Amount | Final Allowed Amount |
| Lakewood, CA 90713 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 30-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

## Claims Details

**Damon L. Leeper**
15347 Calistoga Avenue
Bakersfield, CA 93314

**Clm No 2420**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 30-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Dean Mackelprang**
P.O. Box 1095
Beaver, UT 84713

**Clm No 2421**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 30-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Raymond Sartor**
145 Cooper Street
Hot Springs, AR 71913

**Clm No 2422**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 30-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              805 of 3330

---

**George Segale**                      **Clm No 2423**    Filed In Cases: 140
438 La Contenta Dr.
Valley Springs, CA 95252               Class              Claim Detail Amount    Final Allowed Amount

                                       UNS                $10,000.00
                                                          $10,000.00

Date Filed              30-Nov-2016
Bar Date
Claim Face Value        $10,000.00

---

**Zollie Terry**                       **Clm No 2424**    Filed In Cases: 140
1530 West Hemlock Street
Oxnard, CA 93035                        Class              Claim Detail Amount    Final Allowed Amount

                                       UNS                $10,000.00
                                                          $10,000.00

Date Filed              30-Nov-2016
Bar Date
Claim Face Value        $10,000.00

---

**Kenneth Aaron**                      **Clm No 2425**    Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2             Class              Claim Detail Amount    Final Allowed Amount
Hunt Valley, MD 21030
                                       UNS                $1.00
                                                          $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

### Claims Details

**Arlene Abell**

2491 Perring Manor Road

Baltimore, MD 21234

**Clm No 2426**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Edgardo Abutin**

1091 Northwood Drive

Virginia Beach, VA 23452

**Clm No 2427**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sharon Acree**

5416 Carrollwood Key Drive

Tampa, FL 33624

**Clm No 2428**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                                    807 of 3330

---

**Connell Adams**                       **Clm No 2429**      Filed In Cases: 140

29 Kennedy Drive                        Class            Claim Detail Amount        Final Allowed Amount

Portsmouth, VA 23702-2910
                                        UNS                    $1.00
                                                               $1.00

Date Filed          1-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**Ervin Adams**                         **Clm No 2430**      Filed In Cases: 140

P.O. Box 13                             Class            Claim Detail Amount        Final Allowed Amount

Moyock, NC 27958
                                        UNS                    $1.00
                                                               $1.00

Date Filed          1-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**George Adams**                        **Clm No 2431**      Filed In Cases: 140

29 Kennedy Drive                        Class            Claim Detail Amount        Final Allowed Amount

Portsmouth, VA 23702-2910
                                        UNS                    $1.00
                                                               $1.00

Date Filed          1-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                        808 of 3330

---

**Geraldine Adams**                    **Clm No 2432**    Filed In Cases: 140

2015 Winfree Rd.                       Class          Claim Detail Amount    Final Allowed Amount

Hampton, VA 23663                      UNS                    $1.00

                                                              $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**James Adams**                        **Clm No 2433**    Filed In Cases: 140

2015 Winfree Road                      Class          Claim Detail Amount    Final Allowed Amount

Hampton, VA 23663-1132                 UNS                    $1.00

                                                              $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Janis Adams**                        **Clm No 2434**    Filed In Cases: 140

P.O. Box 13                            Class          Claim Detail Amount    Final Allowed Amount

Moyock, NC 27958                       UNS                    $1.00

                                                              $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## *Claims Details*

| John Adams | **Clm No 2435** | Filed In Cases: 140 | |
|---|---|---|---|
| 1204 Roxboro Road | | | |
| Baltimore, MD 21237 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Leona Adams | **Clm No 2436** | Filed In Cases: 140 | |
|---|---|---|---|
| 160 Menchville Road | | | |
| Newport News, VA 23602 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Richard Adams | **Clm No 2437** | Filed In Cases: 140 | |
|---|---|---|---|
| 121 Yorkshire Drive | | | |
| Yorktown, VA 23693 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1,250.00 | |
| | | $1,250.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1,250.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

### Claims Details

810 of 3330

---

**Shana J. Adams**
1413 Chestnut Avenue
Chesapeake, VA 23325

**Clm No 2438**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Emma Adams-Libera**
4237 Backwoods Road
Westminster, MD 21158

**Clm No 2439**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Adamson**
828 Darden Drive
Newport News, VA 23608

**Clm No 2440**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/14/2018 3:55:46 PM

### Claims Details

811 of 3330

| **June Adams-Stublen** | | **Clm No 2441** | Filed In Cases: 140 | |
| 4621 Desert Road | | Class | Claim Detail Amount | Final Allowed Amount |
| Suffolk, VA 23434 | | UNS | $1,250.00 | |
| | | | $1,250.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

| **Danny Adcock** | | **Clm No 2442** | Filed In Cases: 140 | |
| 9 Decesare Drive | | Class | Claim Detail Amount | Final Allowed Amount |
| Hampton, VA 23666 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| **Charles Addison** | | **Clm No 2443** | Filed In Cases: 140 | |
| 5001 North Seminole Trail | | Class | Claim Detail Amount | Final Allowed Amount |
| Brightwood, VA 22715 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                      812 of 3330

---

**Joan Adkins**                          **Clm No 2444**      Filed In Cases: 140
4200 River Shore Road
Portsmouth, VA 23703                      Class            Claim Detail Amount       Final Allowed Amount

                                         UNS                        $1.00

                                                                    $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**John Adomis**                          **Clm No 2445**      Filed In Cases: 140
361 Holtz Apple Road
Red Lion, PA 17356                        Class            Claim Detail Amount       Final Allowed Amount

                                         UNS                        $1.00

                                                                    $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Solomon Advincula**                    **Clm No 2446**      Filed In Cases: 140
841 Sedley Road
Virginia Beach, VA 23462                  Class            Claim Detail Amount       Final Allowed Amount

                                         UNS                        $1.00

                                                                    $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

*Claims Details*                                                                                              813 of 3330

---

**Daniel Agee**                          **Clm No 2447**      Filed In Cases: 140
3237 Richard Avenue, NE
Roanoke, VA 24012                         Class            Claim Detail Amount        Final Allowed Amount

                                          UNS                   $1.00
                                                                $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Jeannie Akers**                        **Clm No 2448**      Filed In Cases: 140
1030 Christiana Circle
Portsmouth, VA 23703                      Class            Claim Detail Amount        Final Allowed Amount

                                          UNS                   $1.00
                                                                $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Jeannie Akers**                        **Clm No 2449**      Filed In Cases: 140
1030 Christiana Circle
Portsmouth, VA 23703                      Class            Claim Detail Amount        Final Allowed Amount

                                          UNS                   $1.00
                                                                $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

## Claims Details

**William Albright**
712 Hickman Drive
Ocean View, DE 19970

**Clm No 2450**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**George Alcaraz**
2249 Windy Pines Bend
Virginia Beach, VA 23456

**Clm No 2451**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**William Alderman**
1208 Farris Mines Road
Allisonia, VA 24347

**Clm No 2452**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Foster Alexander**
1018 Bainbridge Blvd.
Norfolk, VA 23523

**Clm No 2453**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Alexander**
8135  Park Haven Road
Baltimore, MD 21222

**Clm No 2454**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Leon Alexander**
38 Riverlands Drive Apt B
Newport News, VA 23605

**Clm No 2455**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Mary Ann Alexander**
3830 Waterside Drive Apt. 101
Elizabeth City, NC 27909

**Clm No 2456**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Melvin Alexander**
224 East Street
Caledonia, Ohio 43314

**Clm No 2457**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Faye Alexander-Sykes**
1892 Pepperell Drive
Virginia Beach, VA 23464

**Clm No 2458**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

817 of 3330

---

**Ellis Alford**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 2459**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Molly Alfred**
1112 Milissa Court
Virginia Beach, VA 23464

**Clm No 2460**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Alfred**
1112 Milisa Court
Virginia Beach, VA 23464

**Clm No 2461**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    818 of 3330

---

**Billy Allen**                           **Clm No 2462**    Filed In Cases: 140
300  Monument Court
Yorktown, VA 23693            Class              Claim Detail Amount        Final Allowed Amount

                             UNS                    $1.00
                                                    $1.00

    Date Filed          1-Dec-2016
    Bar Date
    Claim Face Value        $1.00

---

**Eugene Allen**                          **Clm No 2463**    Filed In Cases: 140
2819 Bayne Avenue
Norfolk, VA 23504            Class              Claim Detail Amount        Final Allowed Amount

                             UNS                    $1.00
                                                    $1.00

    Date Filed          1-Dec-2016
    Bar Date
    Claim Face Value        $1.00

---

**Florence Allen**                        **Clm No 2464**    Filed In Cases: 140
6008 Brookwood Dr.
Suffolk, VA 23435            Class              Claim Detail Amount        Final Allowed Amount

                             UNS                    $1.00
                                                    $1.00

    Date Filed          1-Dec-2016
    Bar Date
    Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*                                                                                            819 of 3330

---

**Florence Ann Allen**

6008 Brookwood Drive

Suffolk, VA 23435

**Clm No 2465**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Allen**

850 East Virginia Beach Blvd., Apt #606

Norfolk, VA 23504

**Clm No 2466**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Karen Allen**

301 Apt 8 Charles Street

Newport News, VA 23608

**Clm No 2467**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                     3/14/2018 3:55:46 PM

*Claims Details*                                                                                820 of 3330

---

**Lorenzo Allen**                          **Clm No 2468**      Filed In Cases: 140
898 Fremont Street
Norfolk, VA 23504                          Class              Claim Detail Amount      Final Allowed Amount

                                           UNS                      $1.00

                                                                    $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Myrtle Allen**                           **Clm No 2469**      Filed In Cases: 140
722 Todds Lane
Hampton, VA 23666                          Class              Claim Detail Amount      Final Allowed Amount

                                           UNS                      $1.00

                                                                    $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Ricky Allen**                            **Clm No 2470**      Filed In Cases: 140
107 Skippers Lane
Currituck, NC 27929                        Class              Claim Detail Amount      Final Allowed Amount

                                           UNS                      $1.00

                                                                    $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

821 of 3330

---

**Ronald Allen**
945 Legacy Landing Apt #302
Virginia Beach, VA 23464

**Clm No 2471**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Samuel Allen**
2734 Gatehouse Road, Apt 108
Norfolk, VA 23504

**Clm No 2472**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Zenobia Allen**
945 Legacy Landing, Apt. 302
Virginia Beach, VA 23464

**Clm No 2473**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

822 of 3330

| George Allensworth | | **Clm No 2474** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 2514 Sunset Drive | | Class | Claim Detail Amount | Final Allowed Amount |
| Chesapeake, VA 23323 | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 1-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| James Alligood | | **Clm No 2475** | Filed In Cases: 140 | |
|---|---|---|---|---|
| P.O. Box 55 | | Class | Claim Detail Amount | Final Allowed Amount |
| Carrollton, VA 23314 | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 1-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| Benjamin Allison | | **Clm No 2476** | Filed In Cases: 140 | |
|---|---|---|---|---|
| C/O Mrs. Blair | | Class | Claim Detail Amount | Final Allowed Amount |
| 3110 Chestnut Avenue | | UNS | $1.00 | |
| Newport News, VA 23607 | | | $1.00 | |
| | | | | |
| Date Filed | 1-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Ennis Allmond**
1030  38th Street
Newport News, VA 23607

**Clm No 2477**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Deetta L. Alston**
25 Abbey Lane
Cartersville, GA 30120

**Clm No 2478**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Helen Alston**
1344 Hawkins Chapel Rd.
Roanoke Rapids, NC 27870

**Clm No 2479**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              824 of 3330

---

**Isaac Alston**                         **Clm No 2480**      Filed In Cases: 140
1043 City Park Avenue
Portsmouth, VA 23701                      Class           Claim Detail Amount      Final Allowed Amount

                                         UNS                    $1.00
                                         ‐ ‐ ‐ ‐ ‐ ‐ ‐ ‐ ‐ ‐ ‐ ‐ ‐ ‐ ‐ ‐ ‐ ‐ ‐ ‐ ‐
                                                                $1.00

           Date Filed        1-Dec-2016
           Bar Date
           Claim Face Value      $1.00

---

**James Alston**                         **Clm No 2481**      Filed In Cases: 140
1344 Hawkins Chapel Road
Roanoke Rapids, NC 27870                  Class           Claim Detail Amount      Final Allowed Amount

                                         UNS                    $1.00
                                         ‐ ‐ ‐ ‐ ‐ ‐ ‐ ‐ ‐ ‐ ‐ ‐ ‐ ‐ ‐ ‐ ‐ ‐ ‐ ‐ ‐
                                                                $1.00

           Date Filed        1-Dec-2016
           Bar Date
           Claim Face Value      $1.00

---

**Lucius Alston**                        **Clm No 2482**      Filed In Cases: 140
618 Newport News Ave.
Hampton, VA 23669                        Class           Claim Detail Amount      Final Allowed Amount

                                         UNS                    $1.00
                                         ‐ ‐ ‐ ‐ ‐ ‐ ‐ ‐ ‐ ‐ ‐ ‐ ‐ ‐ ‐ ‐ ‐ ‐ ‐ ‐ ‐
                                                                $1.00

           Date Filed        1-Dec-2016
           Bar Date
           Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Robert Alston**
410 Silverside Road
Edgewood, MD 21040

**Clm No 2483**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Michael Alt**
107 6th Avenue
Baltimore, MD 21225

**Clm No 2484**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Gary Althoff**
3505 Rochelle Court
Chesapeake, VA 23321

**Clm No 2485**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

*Claims Details*

**John Altmeyer**
21722 Orwig Road
Freeland, MD 21053

**Clm No 2486**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Reynaldo Ambito**
2950 John Marshall Dr.
Arlington, VA 22207

**Clm No 2487**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bessie Amburgey**
2 Valley Vale Lane
Taylors, SC 29687

**Clm No 2488**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Harry Amory**
2033 Ames Circle North
Chesapeake, VA 23321

**Clm No 2489**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

**Delores Amos**
520 Milton Street
Richmond, VA 23222

**Clm No 2490**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

**Lacy Amos**
23187 Stave Mill Road
Windsor, VA 23487

**Clm No 2491**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

## Claims Details

828 of 3330

---

**Lee Anarino**
102 2nd Avenue
Baltimore, MD 21225

**Clm No 2492**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Clemia Anderson**
15106 Joppa Place
Bowie, MD 20721

**Clm No 2493**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ernest Anderson**
1703 Tweed Court
Richmond, VA 23228

**Clm No 2494**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                    829 of 3330

---

**George Anderson**                    **Clm No 2495**    Filed In Cases: 140
1500 Centre Avenue
Portsmouth, VA 23704                    Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Gerald Anderson**                    **Clm No 2496**    Filed In Cases: 140
1424 Oliver Ave.
Chesapeake, VA 23324                   Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Jesse Anderson**                     **Clm No 2497**    Filed In Cases: 140
126 Poplar Bay Rd.
Poplar Branch, NC 27965               Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Marion Anderson**
1500 Centre Ave.
Portsmouth, VA 23704

**Clm No 2498**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard Anderson**
617 Gladstone Ave.
Portsmouth, VA 23701

**Clm No 2499**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Shearon Anderson**
1424 Oliver Ave.
Chesapeake, VA 23324

**Clm No 2500**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                831 of 3330

---

**Sid Anderson**                          **Clm No 2501**    Filed In Cases: 140

1914 White Rock Bend                      Class              Claim Detail Amount    Final Allowed Amount

Chesapeake, VA 23320                      UNS                $1.00

                                                             $1.00

Date Filed              1-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**Theodore Anderson**                     **Clm No 2502**    Filed In Cases: 140

6800 Orangewood Avenue                    Class              Claim Detail Amount    Final Allowed Amount

Norfolk, VA 23513                         UNS                $1.00

                                                             $1.00

Date Filed              1-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**Barbara Andresen**                      **Clm No 2503**    Filed In Cases: 140

139 H Millennium Road                     Class              Claim Detail Amount    Final Allowed Amount

Aulander, NC 27805                        UNS                $1.00

                                                             $1.00

Date Filed              1-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*     3/14/2018 3:55:46 PM

### Claims Details

832 of 3330

| **Benjamin Andrews** | **Clm No 2504** | Filed In Cases: 140 | |
|---|---|---|---|
| 525 Susan Constant Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Virginia Beach, VA 23451 | UNS | $1,250.00 | |
| | | $1,250.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1,250.00 |

| **Charles Andrews** | **Clm No 2505** | Filed In Cases: 140 | |
|---|---|---|---|
| 618 Thalia Road | Class | Claim Detail Amount | Final Allowed Amount |
| Virginia Beach, VA 23452 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Eugene Andrews** | **Clm No 2506** | Filed In Cases: 140 | |
|---|---|---|---|
| 1116 Lakeview Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Portsmouth, VA 23701 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     FAX: (818) 783-2737
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/14/2018 3:55:46 PM

*Claims Details*                                                                833 of 3330

---

| **Raymond Andrews** | **Clm No 2507** | Filed In Cases: 140 | |
| 104 Pioneer Lane | Class | Claim Detail Amount | Final Allowed Amount |
| Yorktown, VA 23692 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Marcelo Anongos** | **Clm No 2508** | Filed In Cases: 140 | |
| 900 Fairborn Circle | Class | Claim Detail Amount | Final Allowed Amount |
| Virginia Beach, VA 23464 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Raymond Ansell** | **Clm No 2509** | Filed In Cases: 140 | |
| c/o Paul A. Weykamp | Class | Claim Detail Amount | Final Allowed Amount |
| 16 Stenersen Lane, Suite 2 | | | |
| Hunt Valley, MD 21030 | UNS | $1,250.00 | |
| | | $1,250.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

834 of 3330

---

**Dorothy Anthony**
7000 Auburn Ave., Apt 513
Norfolk, VA 23513

**Clm No 2510**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kilvin Anthony**
c/o Ms. Maxine Wadsworth
1509 Richmond Ave
Portsmouth, VA 23704

**Clm No 2511**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Anthony**
300 Twinridge Lane, Apt 326
Richmond, VA 23235

**Clm No 2512**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

835 of 3330

---

**Patrick Antol**
1243 Jarrettville Road
Forrest Hill, MD 21050

**Clm No 2513**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joseph Antonucci**
4201 Radcliffe Lane
Chesapeake, VA 23321

**Clm No 2514**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ronald Antonucci**
3113 Taylorwood Ct.
Chesapeake, VA 23321

**Clm No 2515**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/14/2018 3:55:46 PM

*Claims Details*                                                                    836 of 3330

---

**Joey Arata**                         **Clm No 2516**      Filed In Cases: 140
1229 Bartlett Oaks Court
Virginia Beach, VA 23456-6853           Class          Claim Detail Amount        Final Allowed Amount

                                        UNS                 $1.00
                                                            $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Patricia Arcilesi**                  **Clm No 2517**      Filed In Cases: 140
2710 Beechwood Lane
Fallston, MD 21047                      Class          Claim Detail Amount        Final Allowed Amount

                                        UNS                 $10,000.00
                                                            $10,000.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value     $10,000.00

---

**Robert Armistead, Jr.**              **Clm No 2518**      Filed In Cases: 140
P.O. Box 1343
Gloucester Point, VA 23062-1343        Class          Claim Detail Amount        Final Allowed Amount

                                        UNS                 $1.00
                                                            $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

## Claims Details

**Larry Armstrong**
4011 Third Street
Chesapeake, VA 23324

**Clm No 2519**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Armstrong**
4 Everett Drive
Newport News, VA 23602

**Clm No 2520**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Leslie Arnold**
1607 Faulk Street
Chesapeake, VA 23323

**Clm No 2521**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              838 of 3330

---

**William Aro**                          **Clm No 2522**    Filed In Cases: 140
c/o Pam Goodrich
2816 NE 37th Court                        Class              Claim Detail Amount      Final Allowed Amount
Ft. Lauderdale, FL 33308
                                          UNS                     $1.00

                                                                  $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Clarence Artis**                       **Clm No 2523**    Filed In Cases: 140
30472 Vicksville Road
Sedley, VA 23878                          Class              Claim Detail Amount      Final Allowed Amount

                                          UNS                     $1.00

                                                                  $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Hurley Artis**                         **Clm No 2524**    Filed In Cases: 140
217 Beazley Drive
Portsmouth, VA 23701                      Class              Claim Detail Amount      Final Allowed Amount

                                          UNS                     $1.00

                                                                  $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

839 of 3330

---

**Jacqueline M. Artis**
1801 Martin Avenue
Chesapeake, VA 23324

**Clm No 2525**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**James Artis**
7500 South Quay Road
Suffolk, VA 23437

**Clm No 2526**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**James Artis**
21002 Brewers Neck Blvd
Carrollton, VA 23314

**Clm No 2527**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/14/2018 3:55:46 PM

*Claims Details*                                                        840 of 3330

---

**Lelia Artis**                              **Clm No 2528**      Filed In Cases: 140
155 Crescent Drive
Franklin, VA 23851                           Class          Claim Detail Amount        Final Allowed Amount

                                             UNS                  $1.00
                                                                  $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Lisa Asad**                                **Clm No 2529**      Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2                   Class          Claim Detail Amount        Final Allowed Amount
Hunt Valley, MD 21030
                                             UNS                  $1.00
                                                                  $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**William Ash**                              **Clm No 2530**      Filed In Cases: 140
5580 Indian River
Virginia Beach, VA 23464                     Class          Claim Detail Amount        Final Allowed Amount

                                             UNS                  $1.00
                                                                  $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

841 of 3330

---

**Zachariah Ash**
3145 N. Stonebridge Drive
Norfolk, VA 23504

**Clm No 2531**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dorothy Ashburn**
215 Deep Water Way
Carrollton, VA 23314

**Clm No 2532**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Eleanor Ashburn**
223 Bracy Street
Franklin, VA 23851

**Clm No 2533**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**John Ashburn**
215 Deep Water Way
Carollton, VA 23314

**Clm No 2534**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Norman Ashburn**
5620 West Norfolk Road
Portsmouth, VA 23703

**Clm No 2535**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Ralph Ashburn**
1014 41st Street
Newport News, VA 23607

**Clm No 2536**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              843 of 3330

---

**Sharon Ashburn**                    **Clm No 2537**    Filed In Cases: 140
1014 41st Street
Newport News, VA 23607                Class         Claim Detail Amount    Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Hopie Ashby**                       **Clm No 2538**    Filed In Cases: 140
5445 E. Indian River Rd.
Virginia Beach, VA 23464              Class         Claim Detail Amount    Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Samuel Ashby**                      **Clm No 2539**    Filed In Cases: 140
3558 June Way Apt 1
Baltimore, MD 21213                   Class         Claim Detail Amount    Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## *Claims Details*

844 of 3330

| Walter Ashby | **Clm No 2540** | Filed In Cases: 140 | |
|---|---|---|---|
| P.O. Box 64672 | Class | Claim Detail Amount | Final Allowed Amount |
| Virginia Beach, VA 23464 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Anthony Asher | **Clm No 2541** | Filed In Cases: 140 | |
|---|---|---|---|
| 6743 Bessemer Ave. | Class | Claim Detail Amount | Final Allowed Amount |
| Baltimore, MD 21222 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Michael Ashlin | **Clm No 2542** | Filed In Cases: 140 | |
|---|---|---|---|
| 3039 Yakima Road | Class | Claim Detail Amount | Final Allowed Amount |
| Chesapeake, VA 23325 | UNS | $1,250.00 | |
| | | $1,250.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1,250.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                    845 of 3330

---

**Bennie Askew**                      **Clm No 2543**      Filed In Cases: 140
1013 Craig Street
Norfolk, VA 23523                     Class            Claim Detail Amount        Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Irvin Askew**                       **Clm No 2544**      Filed In Cases: 140
1548 Lauren Ashleigh Drive
Chesapeake, VA 23321                  Class            Claim Detail Amount        Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Kelvin Askew**                      **Clm No 2545**      Filed In Cases: 140
958 Norchester Avenue
Norfolk, VA 23504                     Class            Claim Detail Amount        Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

---

**David Askren**
1206 Elder Avenue
Chesapeake, VA 23325

**Clm No 2546**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carol Aspelmeier**
1409 Saratoga Drive
Bel Air, MD 21014

**Clm No 2547**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Conrad Aspelmeier**
1409 Saratoga Drive
Bel Air, MD 21014

**Clm No 2548**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**John Atkins**
1408 Gort Court
Portsmouth, VA 23701

**Clm No 2549**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Oliver Atkins**
1 Dulcy Court
Hampton, VA 23666

**Clm No 2550**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard Atkins**
19 Gurwen Drive
Smithfield, VA 23430

**Clm No 2551**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

848 of 3330

**Claire Atkinson**
2813 Kenmore Road
Henrico, VA 23228

**Clm No 2552**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Ada Aursby**
621 Live Oak Lane
Newport News, VA 23607

**Clm No 2553**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Carey Aursby**
3730 Cannon Point Dr.
Chesapeake, VA 23321

**Clm No 2554**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

849 of 3330

---

**Janet Aursby**
3730 Cannon Point Drive
Chesapeake, VA 23321

**Clm No 2555**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gary Austin**
P.O. Box 72
Hatteras, NC 27943-0072

**Clm No 2556**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Verronical Austin**
3421 Pittsfield Circle, NW
Roanoke, VA 24017

**Clm No 2557**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

850 of 3330

| Joseph Avant | Clm No 2558 | Filed In Cases: 140 | |
|---|---|---|---|
| 322 Tangerine Trail | Class | Claim Detail Amount | Final Allowed Amount |
| Chesapeake, VA 23325 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Luke Avant | Clm No 2559 | Filed In Cases: 140 | |
|---|---|---|---|
| 3117 Knight Road | Class | Claim Detail Amount | Final Allowed Amount |
| Chesapeake, VA 23323 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Clarence Aydlett | Clm No 2560 | Filed In Cases: 140 | |
|---|---|---|---|
| 1285 N. 343 | Class | Claim Detail Amount | Final Allowed Amount |
| South Mills, NC 27976 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Linda Ayers**
301 Bobby Jones Drive
Portsmouth, VA 23701

**Clm No 2561**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Brenda Babb**
318 Westwood Drive
Suffolk, VA 23434

**Clm No 2562**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Douglas Bacon**
2413 Featherbed Drive
Chesapeake, VA 23325

**Clm No 2563**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                          852 of 3330

---

**Robert Bagnell**                    **Clm No 2564**      Filed In Cases: 140
277 Pritchard Road
Virginia Beach, VA 23452              Class            Claim Detail Amount       Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

        Date Filed            1-Dec-2016
        Bar Date
        Claim Face Value          $1.00

---

**John Baidy**                        **Clm No 2565**      Filed In Cases: 140
6826 Eastbrook Ave
Baltimore, MD 21224                   Class            Claim Detail Amount       Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

        Date Filed            1-Dec-2016
        Bar Date
        Claim Face Value          $1.00

---

**Gerard M. Bailer**                  **Clm No 2566**      Filed In Cases: 140
7412 St. Patricia Court
Baltimore, MD 21222                   Class            Claim Detail Amount       Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

        Date Filed            1-Dec-2016
        Bar Date
        Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*       3/14/2018 3:55:46 PM

*Claims Details*       853 of 3330

---

**Goldie Bailey**
321 Prince Street
Salisbury, MD 21804

**Clm No 2567**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kenneth Bailey**
4732 Sykes Road
Nashville, NC 27856-8332

**Clm No 2568**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Marinett Bailey**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 2569**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

854 of 3330

---

**William Bailey**
2833 Colonial Drive
Suffolk, VA 23435.

**Clm No 2570**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Bailey**
572 Ashton Ave
Franklin, VA 23851

**Clm No 2571**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Baines**
3613 Winborne Drive
Suffolk, VA 23435

**Clm No 2572**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/14/2018 3:55:46 PM

*Claims Details*                                                                            855 of 3330

| Rolanda Bakari | **Clm No 2573** | Filed In Cases: 140 | |
|---|---|---|---|
| 1300 Piedmont Avenue | Class | Claim Detail Amount | Final Allowed Amount |
| Portsmouth, VA 23704 | UNS | $1,250.00 | |
| | | $1,250.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1,250.00 |

| Alvin Baker | **Clm No 2574** | Filed In Cases: 140 | |
|---|---|---|---|
| 2604 Broad Street | Class | Claim Detail Amount | Final Allowed Amount |
| Chesapeake, VA 23324 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Autumn Baker | **Clm No 2575** | Filed In Cases: 140 | |
|---|---|---|---|
| 1025 Harlie Ave | Class | Claim Detail Amount | Final Allowed Amount |
| Virginia Beach, VA 23464 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Cecil Baker**
147 Mill Lane
Yorktown, VA 23692

**Clm No 2576**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Deborah Baker**
3009 Dogwood Terrace
Chesapeake, VA 23321

**Clm No 2577**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dennis Baker**
5790 Crone Rd.
Dover, PA 17315

**Clm No 2578**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              857 of 3330

| Gregory Baker | **Clm No 2579** | Filed In Cases: 140 | |
|---|---|---|---|
| 1151 N. Carrington Cres | Class | Claim Detail Amount | Final Allowed Amount |
| Portsmouth, VA 23701 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| James Baker | **Clm No 2580** | Filed In Cases: 140 | |
|---|---|---|---|
| 5202 New Kent Rd | Class | Claim Detail Amount | Final Allowed Amount |
| Richmond, VA 23230 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Marcia Baker | **Clm No 2581** | Filed In Cases: 140 | |
|---|---|---|---|
| 608 Kentucky Ave. | Class | Claim Detail Amount | Final Allowed Amount |
| Hampton, VA 23661 | UNS | $1,250.00 | |
| | | $1,250.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1,250.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    858 of 3330

---

**Phillip Baker**  
6269 Pleasant Cove Drive  
Exmore, VA 23350

**Clm No 2582**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Phyllis Baker**  
1405 Lakeland Court  
Virginia Beach, VA 23464

**Clm No 2583**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sandra Baker**  
17148 Baker's Lane  
Ivor, VA 23866

**Clm No 2584**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                                   3/14/2018 3:55:46 PM

---

*Claims Details*                                                                  859 of 3330

---

**Walter Baker**                          **Clm No 2585**      Filed In Cases: 140
1193 Cogci Square
Suffolk, VA 23434                         Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Winifred Baker**                        **Clm No 2586**      Filed In Cases: 140
6269 Pleasant Cove Dr.
Exmore, VA 23350                          Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Janet N. Balcer**                       **Clm No 2587**      Filed In Cases: 140
1203 Holmewood Drive
Pasadena, MD 21122                        Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

860 of 3330

---

**William Balderson**

P.O. Box 463

Aylett, VA 23009

**Clm No 2588**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Herman Baldwin**

823 Maltby Cresent

Norfolk, VA 23504

**Clm No 2589**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Otis Baldwin**

404 Tareyton Lane

Portsmouth, VA 23701

**Clm No 2590**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              861 of 3330

---

**Charles Ballard**                    **Clm No 2591**    Filed In Cases: 140
41 Stonewall Terrace
Hampton, VA 23666                      Class            Claim Detail Amount        Final Allowed Amount

                                      UNS              $1.00
                                                       $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Gloria Ballard**                     **Clm No 2592**    Filed In Cases: 140
118 N.C. 37 North
Gates, NC 27937                        Class            Claim Detail Amount        Final Allowed Amount

                                      UNS              $1.00
                                                       $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Robert Ballinger**                   **Clm No 2593**    Filed In Cases: 140
8206 Dove Trail
Zuni, VA 23898                         Class            Claim Detail Amount        Final Allowed Amount

                                      UNS              $1.00
                                                       $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/14/2018 3:55:46 PM

*Claims Details*                                                                    862 of 3330

---

**Vicki Ballowe**                         **Clm No 2594**    Filed In Cases: 140
279 Bug Gully Lane
Dillwyn, VA 23936                          Class            Claim Detail Amount    Final Allowed Amount

                                          UNS                    $1.00

                                                                 $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Daniel Bandy**                          **Clm No 2595**    Filed In Cases: 140
9014 Avenue A
Baltimore, MD 21219                        Class            Claim Detail Amount    Final Allowed Amount

                                          UNS                    $1.00

                                                                 $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Alicia V. Bangalan**                    **Clm No 2596**    Filed In Cases: 140
1908 Silver Lake Court
Virginia Beach, VA 23464                   Class            Claim Detail Amount    Final Allowed Amount

                                          UNS                    $1.00

                                                                 $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***                    3/14/2018 3:55:46 PM

### Claims Details                                                    863 of 3330

---

**Anthony Banks**                    **Clm No 2597**   Filed In Cases: 140
2412 Azalea Garden Rd, Apt. B-1
Norfolk, VA 23513                    Class          Claim Detail Amount      Final Allowed Amount

UNS                         $1.00

                                                     $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Claude Banks**                     **Clm No 2598**   Filed In Cases: 140
204 Summerfield Street
Elizabeth City, NC 27909             Class          Claim Detail Amount      Final Allowed Amount

UNS                         $1.00

                                                     $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**David Banks**                      **Clm No 2599**   Filed In Cases: 140
5687 Campus Drive
Virginia Beach, VA 23462             Class          Claim Detail Amount      Final Allowed Amount

UNS                         $1.00

                                                     $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                                    3/14/2018 3:55:46 PM

*Claims Details*

---

**Edwin Banks**                          **Clm No 2600**      Filed In Cases: 140
1736 E. Indian River Rd.
Norfolk, VA 23523                        Class            Claim Detail Amount      Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Kevin Banks**                          **Clm No 2601**      Filed In Cases: 140
722 Willow Brook Road
Chesapeake, VA 23320                     Class            Claim Detail Amount      Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Georgia Baransky**                     **Clm No 2602**      Filed In Cases: 140
107 Broad Leaf Court
Chapel Hill, NC 27517                    Class            Claim Detail Amount      Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Kenneth Barbee**
2071 Maywood Street
Chesapeake, VA 23323

**Clm No 2603**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ernest Barber**
175 Langley Ave.
Hampton, VA 23669

**Clm No 2604**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Henry Barber**
3916 Galleon Drive
Chesapeake, VA 23321

**Clm No 2605**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

866 of 3330

| **John Barber** | **Clm No 2606** | Filed In Cases: 140 | |
|---|---|---|---|
| 4045 N. Chipwood Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Harvey, LA 70085 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed         1-Dec-2016
Bar Date
Claim Face Value         $1.00

| **Maurice Barber** | **Clm No 2607** | Filed In Cases: 140 | |
|---|---|---|---|
| 517 Presidential Blvd. | Class | Claim Detail Amount | Final Allowed Amount |
| Virginia Beach, VA 23452 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed         1-Dec-2016
Bar Date
Claim Face Value         $1.00

| **Morris Barber** | **Clm No 2608** | Filed In Cases: 140 | |
|---|---|---|---|
| 1921 Robert Hall Blvd., #1208 | Class | Claim Detail Amount | Final Allowed Amount |
| Chesapeake, VA 23324 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed         1-Dec-2016
Bar Date
Claim Face Value         $1.00

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

867 of 3330

---

**Nelson Barber**
815 Newport News Ave.
Hampton, VA 23661

**Clm No 2609**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Oscar Barber**
1325 Andrews Blvd.
Hampton, VA 23669-5232

**Clm No 2610**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Leo Barbour**
219 Louise Drive
Newport News, VA 23601

**Clm No 2611**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              868 of 3330

---

**Ryland Barbour**                    **Clm No 2612**    Filed In Cases: 140
711-A Poquoson Ave.
Poquoson, VA 23662                    Class            Claim Detail Amount    Final Allowed Amount

                                     UNS                      $1,250.00
                                                              $1,250.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1,250.00

---

**Gary Barco**                        **Clm No 2613**    Filed In Cases: 140
656 Shawboro Road
Shawboro, NC 27973                    Class            Claim Detail Amount    Final Allowed Amount

                                     UNS                         $1.00
                                                                 $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Robert Barefoot**                   **Clm No 2614**    Filed In Cases: 140
1555 Sleepy Hollow Rd.
York, PA 17403                        Class            Claim Detail Amount    Final Allowed Amount

                                     UNS                         $1.00
                                                                 $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Claims Details*                                                              869 of 3330

---

**Randall K. Barker**                **Clm No 2615**    Filed In Cases: 140
3565 Sharpley Avenue
Norfolk, VA 23513                     Class         Claim Detail Amount    Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Eppa Barkley**                     **Clm No 2616**    Filed In Cases: 140
2913 Sir Walter Crescent
Chesapeake, VA 23321                 Class         Claim Detail Amount    Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Donna Barnes**                     **Clm No 2617**    Filed In Cases: 140
1000 Oak Drive
Elizabeth City, NC 27909             Class         Claim Detail Amount    Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

870 of 3330

---

**Donnie Barnes**
5902 Dunkirk Street
Portsmouth, VA 23703

**Clm No 2618**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Eunice Barnes**
20324 Carrington Trace Dr, Apt 120
Cornelius, NC 28031

**Clm No 2619**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gene Barnes**
496 Acorn Hill Road
Sunbury, NC 27979

**Clm No 2620**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**George Barnes**
1286 Pall Mall Street
Norfolk, VA 23513

**Clm No 2621**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Harold Barnes**
4041 Cedar Grove Crescent
Chesapeake, VA 23321

**Clm No 2622**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Larry Barnes**
2817 Willowood Court
Chesapeake, VA 23323

**Clm No 2623**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                                    872 of 3330

---

**Cora Barnes-Hunter**                    **Clm No 2624**        Filed In Cases: 140

P.O. Box 155113

Fort Worth, TX 76155                      Class              Claim Detail Amount        Final Allowed Amount

                                          UNS                        $1.00

                                                                     $1.00

Date Filed              1-Dec-2016

Bar Date

Claim Face Value            $1.00

---

**Gary Barnette**                         **Clm No 2625**        Filed In Cases: 140

8486 Broadwater Road

Ivor, VA 23866                            Class              Claim Detail Amount        Final Allowed Amount

                                          UNS                        $1.00

                                                                     $1.00

Date Filed              1-Dec-2016

Bar Date

Claim Face Value            $1.00

---

**Bernard Barnhart**                      **Clm No 2626**        Filed In Cases: 140

c/o Paul A. Weykamp

16 Stenersen Lane, Suite 2

Hunt Valley, MD 21030                     Class              Claim Detail Amount        Final Allowed Amount

                                          UNS                        $1.00

                                                                     $1.00

Date Filed              1-Dec-2016

Bar Date

Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

873 of 3330

**James Barrett**
15100 Mill Swamp Road
Smithfield, VA 23430

**Clm No 2627**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

**Jasper Barrett**
313 Scarlet Oak Drive
Virginia Beach, VA 23452

**Clm No 2628**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Troy Barrett**
16495 Barrett Drive
Zuni, VA 23898

**Clm No 2629**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**William Barrett**
17453 Black Creek Road
Zuni, VA 23898

**Clm No 2630**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Edward Barringer**
751 Sandwillow Drive
Chesapeake, VA 23320

**Clm No 2631**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Janice M. Barrom**
103 Apt B 28th Street
Newport News, VA 23607

**Clm No 2632**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## *Claims Details*

875 of 3330

---

**Deborah Barrow**
3713 Bosun Drive
Chesapeake, VA 23321

**Clm No 2633**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Douglas Barrow**
1716 Spar Street
Chesapeake, VA 23321

**Clm No 2634**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Eleanor Barrow**
628 Bellwood Road
Newport News, VA 23605

**Clm No 2635**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                                876 of 3330

---

**Jefferson Barrow**                    **Clm No 2636**    Filed In Cases: 140
3713 Bosun Drive
Chesapeake, VA 23321

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed        1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Jimmie Barrow**                    **Clm No 2637**    Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

Date Filed        1-Dec-2016
Bar Date
Claim Face Value    $1,250.00

---

**Alcelius Bartell**                    **Clm No 2638**    Filed In Cases: 140
600 Grayson Street, Apt. 2B
Norfolk, VA 23523

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed        1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***                    3/14/2018 3:55:46 PM

### *Claims Details*                                                                      877 of 3330

---

**Etta S Bartgis**                     **Clm No 2639**      Filed In Cases: 140
151 Old Buckroe Rd. #124
Hampton, VA 23663                      Class            Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00

                                                              $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Bobby Barton**                       **Clm No 2640**      Filed In Cases: 140
1021 Ruddell Road
Vinton, VA 24179                       Class            Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00

                                                              $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Walter Barton**                      **Clm No 2641**      Filed In Cases: 140
18144 Rosemont Road
Sedley, VA 23878                       Class            Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00

                                                              $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

878 of 3330

---

**Warren Barton**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 2642**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Beverly Baskerville**
397 N. Grove Street
East Orange, NJ 07017

**Clm No 2643**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**George Basnight**
205 Queen Street
Elizabeth City, NC 27909

**Clm No 2644**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                              3/14/2018 3:55:46 PM

*Claims Details*                                                                        879 of 3330

---

**Shirley Basnight**                   **Clm No 2645**      Filed In Cases: 140
113 West Taylor Avenue
Hampton, VA 23663                      Class            Claim Detail Amount      Final Allowed Amount

                                      UNS                      $1.00
                                                              $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Wade Basnight**                      **Clm No 2646**      Filed In Cases: 140
693 Banks Road
Elizabeth City, NC 27909               Class            Claim Detail Amount      Final Allowed Amount

                                      UNS                      $1.00
                                                              $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**William Basnight**                   **Clm No 2647**      Filed In Cases: 140
113 West Taylor Avenue
Hampton, VA 23663                      Class            Claim Detail Amount      Final Allowed Amount

                                      UNS                      $1.00
                                                              $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## *Claims Details*

**Claude Bass**
913 Dare Road
Yorktown, VA 23692

**Clm No 2648**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Donald Bass**
123 Whites Landing Road
Edenton, NC 27932

**Clm No 2649**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kenneth Bass**
6037 Knotts Creek Lane
Suffolk, VA 23435

**Clm No 2650**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                            881 of 3330

---

**Linwood Bass**                          **Clm No 2651**    Filed In Cases: 140
403 Beechdale Road
Portsmouth, VA 23701                       Class          Claim Detail Amount      Final Allowed Amount

                                           UNS                   $1.00
                                                                 $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Elizabeth Bassler-Fandel**              **Clm No 2652**    Filed In Cases: 140
71 Lowery Lane
Mendham, NJ 07945                          Class          Claim Detail Amount      Final Allowed Amount

                                           UNS                   $1.00
                                                                 $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Delmar Bateman**                        **Clm No 2653**    Filed In Cases: 140
200 Table Lane
Yorktown, VA 23693                         Class          Claim Detail Amount      Final Allowed Amount

                                           UNS                   $1,250.00
                                                                 $1,250.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1,250.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                3/14/2018 3:55:46 PM

*Claims Details*                                                                          882 of 3330

---

**JoAnna Bates**                        **Clm No 2654**        Filed In Cases: 140
1362 NC Highway 343 South
Shiloh, NC 27974                         Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                   $1.00

                                                              $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Thomas Bates**                        **Clm No 2655**        Filed In Cases: 140
2583 Buffalo Church Road
Pamplin, VA 23958                        Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                   $1.00

                                                              $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Richard Battee**                      **Clm No 2656**        Filed In Cases: 140
14 Old Maple Court
Baltimore, MD 21221                      Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                   $1.00

                                                              $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

---

*Claims Details*

883 of 3330

---

**Cheryl Batten**
308 Bridge Crossing
Yorktown, VA 23692-4799

**Clm No 2657**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Raymond Batton**
118 W. Pettie Shore Drive
Cofield, NC 27922

**Clm No 2658**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas Batts**
827 Smith Street
Norfolk, VA 23510

**Clm No 2659**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Pamela Baughman**
224 Rockmere Road
Oil City, PA 16301

**Clm No 2660**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Leopoldo Bausas**
1960 Wolf Creek Court
Virginia Beach, VA 23464

**Clm No 2661**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Leopoldo Bausas**
c/o Fe Encina
1961 Sun Valley Dr.
Virginia Beach, VA 23464

**Clm No 2662**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

*Claims Details*                                                                    885 of 3330

---

**Ann Bavett**                          **Clm No 2663**    Filed In Cases: 140
1404 Beetree Court
Bel Air, MD 21014                        Class           Claim Detail Amount      Final Allowed Amount

                                         UNS                    $1.00

                                                                $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Charles Baynard**                     **Clm No 2664**    Filed In Cases: 140
6333 Coxe Road
Rutherfordton, NC 28139                  Class           Claim Detail Amount      Final Allowed Amount

                                         UNS                    $1.00

                                                                $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Mattie Baynard**                      **Clm No 2665**    Filed In Cases: 140
781 Denison Ave.
Norfolk, VA 23513-2861                   Class           Claim Detail Amount      Final Allowed Amount

                                         UNS                    $1.00

                                                                $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Norman Baynard**
781 Denison Avenue
Norfolk, VA 23513-2861

**Clm No 2666**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Baynes**
2157 Margaret Drive
Virginia Beach, VA 23456

**Clm No 2667**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Juanita Baynes**
2157 Margaret Drive
Virginia Beach, VA 23456

**Clm No 2668**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              887 of 3330

---

**Patrick Baynor**                    **Clm No 2669**    Filed In Cases: 140
1252 Bells Mill Road
Chesapeake, VA 23322                   Class              Claim Detail Amount    Final Allowed Amount

                                      UNS                $1.00
                                                         $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Archie Bazemore**                   **Clm No 2670**    Filed In Cases: 140
3711 Green Wood Drive
Portsmouth, VA 23701                  Class              Claim Detail Amount    Final Allowed Amount

                                      UNS                $1.00
                                                         $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Paul Bazemore**                     **Clm No 2671**    Filed In Cases: 140
P. O. Box 272
Kelford, NC 27847                     Class              Claim Detail Amount    Final Allowed Amount

                                      UNS                $1.00
                                                         $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

---

### Claims Details

888 of 3330

| **Thomas Bazemore** | **Clm No 2672** | Filed In Cases: 140 | |
|---|---|---|---|
| 1105 Holladay Street | Class | Claim Detail Amount | Final Allowed Amount |
| Portsmouth, VA 23704 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Thomas Beacham** | **Clm No 2673** | Filed In Cases: 140 | |
|---|---|---|---|
| Joe's Marine - Attn: Thomas Beacham | Class | Claim Detail Amount | Final Allowed Amount |
| P.O. Box 268 | UNS | $10,000.00 | |
| Wanchese, NC 27981 | | $10,000.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

| **Carolyn Beale** | **Clm No 2674** | Filed In Cases: 140 | |
|---|---|---|---|
| P.O. Box 2658 | Class | Claim Detail Amount | Final Allowed Amount |
| Kill Devil Hills, NC 27948 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

*Claims Details*                                                                                    889 of 3330

---

**James Beale**                          **Clm No 2675**      Filed In Cases: 140
P.O. Box 2658
Kill Devil Hills, NC 27948          Class              Claim Detail Amount        Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**George Beale, Jr.**                    **Clm No 2676**      Filed In Cases: 140
424 West 34th, Apt. 3
Norfolk, VA 23508                   Class              Claim Detail Amount        Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**William Beall**                        **Clm No 2677**      Filed In Cases: 140
1234 Patapsco St. Apt. 6
Baltimore, MD 21230                 Class              Claim Detail Amount        Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

890 of 3330

---

**Joyce Beamon**

18 Eleanor Court North

Portsmouth, VA 23701

**Clm No 2678**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kavonzo Beamon**

18 Eleanor Court North

Portsmouth, VA 23701

**Clm No 2679**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Georgia Bean**

98 Live Oak Street

Niceville, FL 32578

**Clm No 2680**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              891 of 3330

---

**Robert Bearman**                    **Clm No 2681**    Filed In Cases: 140
9 Perch Court
Baltimore, MD 21220-1269              Class           Claim Detail Amount      Final Allowed Amount

                                     UNS                      $1.00
                                                             $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Beverly Beazlie**                   **Clm No 2682**    Filed In Cases: 140
622 Meredith Lane
Cuyahoga Falls, OH 44223             Class           Claim Detail Amount      Final Allowed Amount

                                     UNS                      $1.00
                                                             $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**George Beckinger**                  **Clm No 2683**    Filed In Cases: 140
788 Old Lucas Creek Road
Newport News, VA 23602               Class           Claim Detail Amount      Final Allowed Amount

                                     UNS                      $1.00
                                                             $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              892 of 3330

---

**Jose Beckley**                      **Clm No 2684**      Filed In Cases: 140
3821 Davis Street
Norfolk, VA 23513                     Class              Claim Detail Amount      Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Harold Beddingfield**               **Clm No 2685**      Filed In Cases: 140
7868 George Mason Drive
Gloucester, VA 23061                  Class              Claim Detail Amount      Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Michael Beecher**                   **Clm No 2686**      Filed In Cases: 140
238 Kilby Shores Drive
Suffolk, VA 23434                     Class              Claim Detail Amount      Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

893 of 3330

**Michael Beidleman**
77 Shawgo Court
Baltimore, MD 21220

**Clm No 2687**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Donald Beitler**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 2688**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Beulah Belch**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 2689**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

## Claims Details

894 of 3330

---

**Michael Belch**
6955 Glen Willow Drive
Beaumont, TX 77706

**Clm No 2690**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Belcher**
5190 Old Courthouse Road
Appamottox, VA 24522

**Clm No 2691**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Pansy Belcher**
5190 Old Courthouse Rd.
Appamottox, VA 24522

**Clm No 2692**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***    3/14/2018 3:55:46 PM

## *Claims Details*

**Billy Belew**

503 Mount Sterling Circle

Hampton, VA 23663-1928

**Clm No 2693**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Edward Belfield**

656 Florida Ave, Apt. 1

Portsmouth, VA 23707

**Clm No 2694**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Albert Bell**

18 Sebheo Dr, Apt. S

Portsmouth, VA 23702

**Clm No 2695**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date |  |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc* 3/14/2018 3:55:46 PM

*Claims Details* 896 of 3330

---

**Gene Bell**
2040 Livingston Oak Drive
Virginia Beach, VA 23464

**Clm No 2696**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Bell**
7915 Clark Station Road
Severn, MD 21144

**Clm No 2697**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joseph Bell**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 2698**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

### Claims Details

897 of 3330

**Joyce Bell**
113 Walnut Drive
Yorktown, VA 23690

**Clm No 2699**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Larry Bell**
398 Collier Crescent
Suffolk, VA 23434

**Clm No 2700**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Leon Bell**
# 6 Tanner Place
Portsmouth, VA 23702

**Clm No 2701**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Lloyd Bell**
113 Walnut Drive
Yorktown, VA 23690

**Clm No 2702**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ludelia Bell**
6200 Breaker Court Apt 103
Hampton, VA 23666

**Clm No 2703**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lue Delia Bell**
6200 Breaker Court Apt 103
Yorktown, VA 23666

**Clm No 2704**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    899 of 3330

---

**Luedelia Bell**
6200 Breaker court Apt 103
Hampton, VA 23666

**Clm No 2705**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1,250.00

---

**Raymond Bell**
636 Riverband Court, Apt. 105
Newport News, VA 23602

**Clm No 2706**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rosalyn Bell**
2040 Linvingston Oak Drive
Virginia Beach, VA 23464

**Clm No 2707**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*                                                                900 of 3330

---

**Archie Bellamy**                    **Clm No 2708**    Filed In Cases: 140
5313 Alishire Court
Virginia Beach, VA 23464              Class         Claim Detail Amount    Final Allowed Amount

                                     UNS                $1.00

                                                        $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Doris Bellamy**                     **Clm No 2709**    Filed In Cases: 140
647 W. 38th Street
Norfolk, VA 23508                    Class         Claim Detail Amount    Final Allowed Amount

                                     UNS                $1.00

                                                        $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Mary Bellamy**                      **Clm No 2710**    Filed In Cases: 140
16 Woodland Street
Portsmouth, VA 23702                 Class         Claim Detail Amount    Final Allowed Amount

                                     UNS                $1.00

                                                        $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**    3/14/2018 3:55:46 PM

*Claims Details*    901 of 3330

---

| **Melvin Bellamy** | **Clm No 2711** | Filed In Cases: 140 | |
|---|---|---|---|
| 6118 Edward St. Apt. #107 | Class | Claim Detail Amount | Final Allowed Amount |
| Norfolk, VA 23513 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 1-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

| **Paul Bellamy** | **Clm No 2712** | Filed In Cases: 140 | |
|---|---|---|---|
| 647 West 38th Street | Class | Claim Detail Amount | Final Allowed Amount |
| Norfolk, VA 23508-3124 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 1-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

| **Shirley Bellamy** | **Clm No 2713** | Filed In Cases: 140 | |
|---|---|---|---|
| 1428 Caldwell Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Hampton, VA 23666 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 1-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Shirley Bellamy**
1428 Caldwell Drive
Hampton, VA 23666

**Clm No 2714**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 1-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Shirley A. Bellamy**
1428 Caldwell Drive
Hampton, VA 23666

**Clm No 2715**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 1-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Johnny Bellard**
1109 Sir Lancelot Dr.
Chesapeake, VA 23323

**Clm No 2716**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 1-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              903 of 3330

---

**Elsie Mae Belvin**                    **Clm No 2717**    Filed In Cases: 140
P.O. Box 333
Ordinary, VA 23131                      Class            Claim Detail Amount    Final Allowed Amount

                                        UNS                  $10,000.00
                                                             $10,000.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $10,000.00

---

**Barbara Benfer**                      **Clm No 2718**    Filed In Cases: 140
5670 Anchor Drive
Granite Falls, NC. 28630                 Class            Claim Detail Amount    Final Allowed Amount

                                        UNS                   $1,250.00
                                                              $1,250.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1,250.00

---

**Cesar Benitez**                       **Clm No 2719**    Filed In Cases: 140
2317 Rockingchair Lane
Virginia Beach, VA 23456                 Class            Claim Detail Amount    Final Allowed Amount

                                        UNS                      $1.00
                                                                 $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                   3/14/2018 3:55:46 PM

*Claims Details*                                                                904 of 3330

---

**Olanders Benjamin**          **Clm No 2720**      Filed In Cases: 140
6210 Calvert Court
Suffolk, VA 23435              Class              Claim Detail Amount          Final Allowed Amount

                              UNS                $1.00

                                                 $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Fred Bennett**               **Clm No 2721**      Filed In Cases: 140
12463 Orchard Street
Locust Grove, VA 22508         Class              Claim Detail Amount          Final Allowed Amount

                              UNS                $1,250.00

                                                 $1,250.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1,250.00

---

**Jackson Bennett**            **Clm No 2722**      Filed In Cases: 140
975 Wolcott Ave
Norfolk, VA 23513-3061         Class              Claim Detail Amount          Final Allowed Amount

                              UNS                $1.00

                                                 $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              905 of 3330

---

**William Bennett**                    **Clm No 2723**    Filed In Cases: 140
510 Shenandoah Street
Portsmouth, VA 23707                    Class            Claim Detail Amount    Final Allowed Amount

UNS                   $1.00

$1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Roy Bennington**                    **Clm No 2724**    Filed In Cases: 140
128 John Rolfe Drive
Newport News, VA 23602                 Class            Claim Detail Amount    Final Allowed Amount

UNS                  $1,250.00

$1,250.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value        $1,250.00

---

**Roy A. Bennington**                 **Clm No 2725**    Filed In Cases: 140
128 John Rolfe Drive
Newport News, VA 23602                 Class            Claim Detail Amount    Final Allowed Amount

UNS                   $1.00

$1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Martin Benns**
1416 Lansing Avenue
Portsmouth, VA 23704

**Clm No 2726**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Voncil Benns**
1416 Lansing Avenue
Portsmouth, VA 23704

**Clm No 2727**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Albert Benson**
1415 Darren Drive
Portsmouth, VA 23701

**Clm No 2728**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Barbara Benson**
1415 Darren Drive
Portsmouth, VA 23701

**Clm No 2729**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Raleigh Benthall**
88 Oregon Avenue
Portsmouth, VA 23701

**Clm No 2730**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**John Berger**
204 Dale Road
Pasadena, MD 21122

**Clm No 2731**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                             908 of 3330

---

**James Bernard**
45 Hickory Drive
Manchester, PA 17345

**Clm No 2732**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Paul Bernard**
293 Corporate Blvd, Apt 104
Norfolk, VA 23502

**Clm No 2733**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Eulalia Bernas**
7113 Foxs Lair Court
Norfolk, VA 23518

**Clm No 2734**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                          3/14/2018 3:55:46 PM

## *Claims Details*                                                                909 of 3330

---

**Betty Berry**                          **Clm No 2735**      Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2               Class            Claim Detail Amount      Final Allowed Amount
Hunt Valley, MD 21030
                                         UNS                   $1.00

                                                                $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Donald Berry**                         **Clm No 2736**      Filed In Cases: 140
171 Dennis Drive
Williamsburg, VA 23185                   Class            Claim Detail Amount      Final Allowed Amount

                                         UNS                   $1.00

                                                                $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Russell Berry**                        **Clm No 2737**      Filed In Cases: 140
8044 Tidemill Road
Hayes, VA 23072                          Class            Claim Detail Amount      Final Allowed Amount

                                         UNS                   $1.00

                                                                $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                              910 of 3330

---

**William Berry**                    **Clm No 2738**     Filed In Cases: 140
2173 Fringe Tree Trail
The Villages, FL 32162              Class          Claim Detail Amount        Final Allowed Amount

                                    UNS                    $1.00
                                                           $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willie Berry**                     **Clm No 2739**     Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2         Class          Claim Detail Amount        Final Allowed Amount
Hunt Valley, MD 21030
                                    UNS                 $1,250.00
                                                        $1,250.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value       $1,250.00

---

**Edwin Bertonazzi**                 **Clm No 2740**     Filed In Cases: 140
P. O. Box 16727
Baltimore, MD 21221                Class          Claim Detail Amount        Final Allowed Amount

                                    UNS                    $1.00
                                                           $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                   911 of 3330

---

**George Bess**                          **Clm No 2741**    Filed In Cases: 140
1100 Chandler Drive, Apt. 101
Rockhill , SC 29732                       Class            Claim Detail Amount    Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Julian Bess**                          **Clm No 2742**    Filed In Cases: 140
1121 Turner Drive
Suffolk, VA 23434                         Class            Claim Detail Amount    Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Stevannia Bess**                       **Clm No 2743**    Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2               Class            Claim Detail Amount    Final Allowed Amount
Hunt Valley, MD 21030
                                         UNS                    $1.00
                                                                $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Margaret Best**
208 Watkins Drive
Hampton, VA 23669

**Clm No 2744**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Margaret Best**
208 Watkins Drive
Hampton, VA 23669

**Clm No 2745**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Nicole M. Best**
1109 75th Street
Newport News, VA 23604

**Clm No 2746**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Joan Bethea**
3 Lent Court
Portsmouth, VA 23701

**Clm No 2747**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joan E. Bethea**
3 Lent Court
Portsmouth, VA 23701

**Clm No 2748**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Theodora Betkey**
6801 Fairdel Ave.
Parkville, MD 21234-7918

**Clm No 2749**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

914 of 3330

| **Jimmy Beverly** | **Clm No 2750** | Filed In Cases: 140 | |
|---|---|---|---|
| 701 East Poythress | Class | Claim Detail Amount | Final Allowed Amount |
| Hopewell, VA 23860-3108 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Stephen Bickley** | **Clm No 2751** | Filed In Cases: 140 | |
|---|---|---|---|
| 30009 Walters Hwy. | Class | Claim Detail Amount | Final Allowed Amount |
| Carrsville, VA 23315 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Vincent Biernot** | **Clm No 2752** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Paul A. Weykamp | Class | Claim Detail Amount | Final Allowed Amount |
| 16 Stenersen Lane, Suite 2 | UNS | $1.00 | |
| Hunt Valley, MD 21030 | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Harold Bigland**
605 Apache Road
Portsmouth, VA 23701

**Clm No 2753**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 1-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**John Billing**
8208 Bullneck Road
Dundalk, MD 21222

**Clm No 2754**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 1-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Glendall Billups**
198 Semple Farm Road
Hampton, VA 23666

**Clm No 2755**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 1-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

---

**Lee Billups**
916 Justin Lee Way
Chesapeake, VA 23322

**Clm No 2756**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Reginald Billups**
P.O. Box 10334
Norfolk, VA 23513

**Clm No 2757**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Shelton Billups**
475 New Road
Elizabeth City, NC 27909

**Clm No 2758**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Valerie Billups**
2711 Pope Avenue
Norfolk, VA 23509

**Clm No 2759**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Birch**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 2760**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Eugene Birden**
5427 Wayne Ave, Apt C-1
Philadelphia, PA 19144

**Clm No 2761**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

918 of 3330

---

**Bobbie Bishop**
2918 Mulberry Street
Portsmouth, VA 23704

**Clm No 2762**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mary Ellen Bishop**
501 E. Whitaker Mill Rd, Apt. 204C
Raleigh, NC 27608

**Clm No 2763**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sherry Bishop**
2224 Locks Landing Crescent
Chesapeake, VA 23323

**Clm No 2764**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                    919 of 3330

---

**Theosilaer Bishop**                    **Clm No 2765**    Filed In Cases: 140
5621 Nathaniel Street
Suffolk, VA 23435                        Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                $1.00
                                                                                    $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Gerald Black**                         **Clm No 2766**    Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2               Class          Claim Detail Amount      Final Allowed Amount
Hunt Valley, MD 21030
                                         UNS                $1.00
                                                                                    $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Jesse Black**                          **Clm No 2767**    Filed In Cases: 140
P.O. Box 723
Whitemarsh, VA 23183                     Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                $1.00
                                                                                    $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              920 of 3330

---

**Maurice Black**                    **Clm No 2768**    Filed In Cases: 140
17124 Bowling Green Road
Smithfield, VA 23430                  Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Reginald Black**                   **Clm No 2769**    Filed In Cases: 140
551 Lake Shores Drive
Portsmouth, VA 23707                 Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Robert Black**                     **Clm No 2770**    Filed In Cases: 140
5565 Daniel Smith Road
Virginia Beach, VA 23462             Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

## Claims Details

**Clarence Blackley**
3709 Victoria Blvd.
Hampton, VA 23669

**Clm No 2771**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dorothy Blackley**
3709 Victoria Blvd.
Hampton, VA 23669

**Clm No 2772**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ralph Blackman**
6124 Edward St. Apt. 305
Norfolk, VA 23513

**Clm No 2773**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    922 of 3330

---

**Alexander Blackwell**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 2774**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Brenda Blackwell**
730 Bold Street
Portsmouth, VA 23701

**Clm No 2775**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joe Blackwell**
2522 McCulloh Street
Baltimore, MD 21217

**Clm No 2776**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                          3/14/2018 3:55:46 PM

---

### Claims Details

923 of 3330

---

**Robert Blackwell**                    **Clm No 2777**    Filed In Cases: 140
1868 Katie Lane
Hayes, VA 23072                         | Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Dorothy M. Blair**                    **Clm No 2778**    Filed In Cases: 140
224 Altamont Avenue
Catonsville, MD 21228                   | Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Walton Blake**                        **Clm No 2779**    Filed In Cases: 140
2630 Hayes Road
Hayes, VA 23072                         | Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1,250.00          |                    |
|       | $1,250.00          |                    |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1,250.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              924 of 3330

| | | | |
|---|---|---|---|
| **William Blake** | **Clm No 2780** | Filed In Cases: 140 | |
| 728 West Bear Swamp Road | Class | Claim Detail Amount | Final Allowed Amount |
| Hertford, NC 27944 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

| | | | |
|---|---|---|---|
| **Otis Blakney** | **Clm No 2781** | Filed In Cases: 140 | |
| c/o Paul A. Weykamp | Class | Claim Detail Amount | Final Allowed Amount |
| 16 Stenersen Lane, Suite 2 | UNS | $1.00 | |
| Hunt Valley, MD 21030 | | $1.00 | |

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

| | | | |
|---|---|---|---|
| **Charles Blanch** | **Clm No 2782** | Filed In Cases: 140 | |
| c/o Paul A. Weykamp | Class | Claim Detail Amount | Final Allowed Amount |
| 16 Stenersen Lane, Suite 2 | UNS | $1.00 | |
| Hunt Valley, MD 21030 | | $1.00 | |

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

**Nathaniel Blanchard**
3712 Greenwood Drive
Portsmouth, VA 23701

**Clm No 2783**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Bland**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 2784**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Harry Bland**
75 Wellesley Drive Apt. #413
Newport News, VA 23606

**Clm No 2785**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                             926 of 3330

---

**Karen Blankenship**                  **Clm No 2786**    Filed In Cases: 140
847 Arncliffe Road
Baltimore, MD 21221                     Class            Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

Duplicate Claim No    2787

---

**Karen Blankenship**                  **Clm No 2787**    Filed In Cases: 140
847 Arncliffe Road
Baltimore, MD 21221                     Class            Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

Duplicate Claim No    2786

---

**Mary Blankenship**                   **Clm No 2788**    Filed In Cases: 140
P.O. Box 6154
Portsmouth, VA 23703                    Class            Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

## Claims Details

---

**Willie Blankenship**                                    **Clm No 2789**       Filed In Cases: 140
7000 Kenny Lane
Portsmouth, VA 23703

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Treca Blevins**                                    **Clm No 2790**       Filed In Cases: 140
473 Albemarle Road
Wilmington, NC 28405

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Henry Blick**                                    **Clm No 2791**       Filed In Cases: 140
4182 Taught Line Loop
Chesapeake, VA 23321

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/14/2018 3:55:46 PM

## Claims Details

| Joseph Bloomer | **Clm No 2792** | Filed In Cases: 140 | |
|---|---|---|---|
| 446 First Avenue | Class | Claim Detail Amount | Final Allowed Amount |
| Bellmawr, NJ 08031 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Melvin Blount | **Clm No 2793** | Filed In Cases: 140 | |
|---|---|---|---|
| 311 Viking Street | Class | Claim Detail Amount | Final Allowed Amount |
| Portsmouth, VA 23701 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Sanford Blount | **Clm No 2794** | Filed In Cases: 140 | |
|---|---|---|---|
| 3876 Windsor Gate Road | Class | Claim Detail Amount | Final Allowed Amount |
| Virginia Beach, VA 23452 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

### Claims Details

929 of 3330

---

**Paul Blowe**
716 W. Grubb Street
Herford, NC 27944

**Clm No 2795**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carroll Blubaugh**
14201 Winchester Rd., S.W.,  Trailer  D
Cumberland, MD 21502

**Clm No 2796**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Blueford**
102  16th Avenue
Baltimore, MD 21225

**Clm No 2797**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

930 of 3330

---

**Hazel Blunt**
368 Golden Maple Drive
Virginia Beach, VA 23452

**Clm No 2798**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Connie Boedker**
72 Felts Lane
Naylor, GA 31641

**Clm No 2799**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Frances Boedker**
3801 West Peach Tree Lane
Portsmouth, VA 23703

**Clm No 2800**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                              3/14/2018 3:55:46 PM

*Claims Details*                                                                        931 of 3330

---

**Leonard Boies**                     **Clm No 2801**    Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2            Class          Claim Detail Amount      Final Allowed Amount
Hunt Valley, MD 21030
                                     UNS                   $1.00
                                                           $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**John Bolden**                       **Clm No 2802**    Filed In Cases: 140
109 North Lawson Road
Poquoson, VA 23662                    Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                   $1.00
                                                           $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Bobby Bolin**                       **Clm No 2803**    Filed In Cases: 140
P.O. Box 7602
Portsmouth, VA 23707                  Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                   $1.00
                                                           $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**James Bolling**
624 35th Street
Newport News, 23607

**Clm No 2804**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joseph Bolton**
P.O Box 6011
Chesapeake, VA 23323

**Clm No 2805**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Bond**
80 Brighton Hill Road Apt 1133
Columbia, SC 29223

**Clm No 2806**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/14/2018 3:55:46 PM

*Claims Details*

933 of 3330

---

**JoAnne Bond**
228 Hamliton Drive
Columbia, SC 29203

**Clm No 2807**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Laura Bond**
128 Doughtie Lane
Eure, NC 27935

**Clm No 2808**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mary Bond**
365 Middle Swamp Road
Gates, NC 27937

**Clm No 2809**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/14/2018 3:55:46 PM

*Claims Details*                                                          934 of 3330

---

**Percy Bond**                          **Clm No 2810**    Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2              Class         Claim Detail Amount      Final Allowed Amount
Hunt Valley, MD 21030
                                        UNS              $1.00
                                                         $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Richard Bond**                        **Clm No 2811**    Filed In Cases: 140
247 Cypress Circle
Portsmouth, VA 23701                    Class         Claim Detail Amount      Final Allowed Amount

                                        UNS              $1.00
                                                         $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Wellington Bond**                     **Clm No 2812**    Filed In Cases: 140
311 Beech Wood Ave.
Norfolk, VA 23505                       Class         Claim Detail Amount      Final Allowed Amount

                                        UNS              $1.00
                                                         $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              935 of 3330

---

**Gloria Boney**                          **Clm No 2813**      Filed In Cases: 140
731 Redmill Rd.
Norfolk, VA 23502                   | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Melvin Boney**                          **Clm No 2814**      Filed In Cases: 140
731 Redmill Road
Norfolk, VA 23502                   | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Frank Bonham**                          **Clm No 2815**      Filed In Cases: 140
P.O. Box 984
Williamsburg, VA 23187              | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

### Claims Details

936 of 3330

---

**Paula Bonifacio**
43 Dean Ray Court
Newport News, VA 23605

**Clm No 2816**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Paula Bonifacio**
43 Dean Ray Court
Newport News, VA 23605

**Clm No 2817**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Christine Booker**
9439 Central Hill Road
Windsor, VA 23487

**Clm No 2818**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/14/2018 3:55:46 PM

*Claims Details*                                                              937 of 3330

---

**Clarence Booker**                    **Clm No 2819**    Filed In Cases: 140
9439 Central Hill Road
Windsor, VA 23487              Class          Claim Detail Amount      Final Allowed Amount

UNS                    $1.00

$1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Isaac Booker**                    **Clm No 2820**    Filed In Cases: 140
2621 Yale Court, Apt. B-4
Chesapeake, VA 23324          Class          Claim Detail Amount      Final Allowed Amount

UNS                    $1.00

$1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Charles Boomer**                    **Clm No 2821**    Filed In Cases: 140
1226 Highland Ave.
Portsmouth, VA 23704          Class          Claim Detail Amount      Final Allowed Amount

UNS                    $1.00

$1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              938 of 3330

---

**Dianne Boone**                    **Clm No 2822**      Filed In Cases: 140
3 Applewood Drive
Hampton, VA 23666                    Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00

                                                            $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Erma Boone**                       **Clm No 2823**      Filed In Cases: 140
314 S Division Street
Suffolk, VA 23434                    Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00

                                                            $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Helen Boone**                      **Clm No 2824**      Filed In Cases: 140
641 33rd Street
Newport News, VA 23607              Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00

                                                            $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Helen Boone**
641 33rd Street
Newport News, VA 23607

**Clm No 2825**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Herbert Boone**
314 S. Division Street
Suffolk, VA 23434

**Clm No 2826**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jesse Boone**
3911 Breakwater Drive
Portsmouth, VA 23703

**Clm No 2827**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

940 of 3330

---

**Joe Boone**
808 Cavalier Blvd. Apt. A1
Portsmouth, VA 23701

**Clm No 2828**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ledra Boone**
823 30th Street
Newport News, VA 23607

**Clm No 2829**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mary Boone**
704 Rapidan Street
Portsmouth , VA 23701

**Clm No 2830**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

941 of 3330

---

**Melvin Boone**
122 Pine Tops Road
Murfreesboro, NC 27855

**Clm No 2831**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mennis Boone**
527 Beach Spring Road
Hertford, NC 27944

**Clm No 2832**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard Boone**
3 Applewood Drive
Hampton, VA 23666

**Clm No 2833**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

*Claims Details*                                                                              942 of 3330

---

**Rosemary J. Boone**                    **Clm No 2834**      Filed In Cases: 140
105 Robin Lane
Smithfield, VA 23430                      Class              Claim Detail Amount       Final Allowed Amount

                                         UNS                      $1.00
                                                                  $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Velma Boone**                          **Clm No 2835**      Filed In Cases: 140
527 Beach Spring Road
Hertford, NC 27944                        Class              Claim Detail Amount       Final Allowed Amount

                                         UNS                      $1.00
                                                                  $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Walter Boone**                         **Clm No 2836**      Filed In Cases: 140
2110 Parker Avenue
Portsmouth, VA 23704                      Class              Claim Detail Amount       Final Allowed Amount

                                         UNS                      $1.00
                                                                  $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/14/2018 3:55:46 PM

*Claims Details*                                                                    943 of 3330

---

**Mary Boothe**                          **Clm No 2837**    Filed In Cases: 140
8681 Boothes Haven Road
Gloucester, VA 23061                   Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00
                                                             $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Mildred Boothe**                       **Clm No 2838**    Filed In Cases: 140
338 Blair Avenue
Newport News, VA 23607                 Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00
                                                             $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Robert Boothe**                        **Clm No 2839**    Filed In Cases: 140
8681 Boothes Haven Road
Gloucester, VA 23061                   Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00
                                                             $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        Visit us on the Web at www.omnimgt.com       PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                             944 of 3330

---

**Willie Boothe**                        **Clm No 2840**    Filed In Cases: 140
207 Middle Street
Smithfield, VA 23430                      Class            Claim Detail Amount    Final Allowed Amount

                                          UNS              $1.00
                                                           $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Robert Borchardt**                     **Clm No 2841**    Filed In Cases: 140
23 Langley Ave.
Newport News, VA 23601                    Class            Claim Detail Amount    Final Allowed Amount

                                          UNS              $1.00
                                                           $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Richard Bordeaux**                     **Clm No 2842**    Filed In Cases: 140
4125 Maple Drive
Chesapeake, VA 23321                      Class            Claim Detail Amount    Final Allowed Amount

                                          UNS              $1.00
                                                           $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**         **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                      945 of 3330

---

**LaShanda Borum**                    **Clm No 2843**    Filed In Cases: 140
1337 Vanasse Court
Hampton, VA 23666                     Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Joseph Boston**                     **Clm No 2844**    Filed In Cases: 140
105 Westphal Drive
Hampton, VA 23669                     Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**George Boston III**                 **Clm No 2845**    Filed In Cases: 140
105 Westphal Drive
Hampton, VA 23669                     Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

946 of 3330

---

**Mary E. Bott**
6 Bobby Jones Court
Farmingdale, NJ 07727

**Clm No 2846**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Margaret Boubaropoulos**
12203 Eastern Avenue
Baltimore, MD 21220

**Clm No 2847**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Roland Bounds**
3300 N Ridge Rd, Ste 385
Ellicott City, MD 21043-3475

**Clm No 2848**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Mary Bowden**
405 Hidden Acres Circle
Windsor, VA 23487

**Clm No 2849**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert P. Bowden**
36442 Faison Road
Wakefield, VA 23888

**Clm No 2850**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Bowe**
2422 Adler Place
Suffolk, VA 23435

**Clm No 2851**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    948 of 3330

---

**Ashton Bowen**
6011 Hyde Park Drive
Indian Trail, NC 28079

**Clm No 2852**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Genevieve Bowen**
701 Waterview Drive
Baltimore, MD 21226

**Clm No 2853**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Louis Bowen**
3037 Rohrbaugh Road
Hampstead, MD 21074

**Clm No 2854**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

949 of 3330

---

**Oris Bowers**
211 Washington Street
Franklin, VA 23851

| | **Clm No 2855** | Filed In Cases: 140 | |
|---|---|---|---|
| | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Raymond Bowers**
128 Holcomb Drive
Williamsburg, VA 23185

| | **Clm No 2856** | Filed In Cases: 140 | |
|---|---|---|---|
| | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joseph Bowins**
15 Marigold Lane
Hampton, VA 23663

| | **Clm No 2857** | Filed In Cases: 140 | |
|---|---|---|---|
| | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                          950 of 3330

---

**Deneen Bowman**                    **Clm No 2858**    Filed In Cases: 140
213 Poplar Avenue
Norfolk, VA 23523              Class              Claim Detail Amount        Final Allowed Amount

                              UNS                      $1.00
                                                        $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Jerold Bowser**                    **Clm No 2859**    Filed In Cases: 140
48 Chatham Road
Portsmouth, VA 23702          Class              Claim Detail Amount        Final Allowed Amount

                              UNS                      $1.00
                                                        $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Lulu Bowser**                    **Clm No 2860**    Filed In Cases: 140
3510 Blaine Street
Portsmouth, VA 23703          Class              Claim Detail Amount        Final Allowed Amount

                              UNS                      $1.00
                                                        $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/14/2018 3:55:46 PM

*Claims Details*                                                                951 of 3330

---

**Sharon Bowser**                    **Clm No 2861**    Filed In Cases: 140
1505 Darren Circle
Portsmouth, VA 23701    | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Brenda Boyd**                    **Clm No 2862**    Filed In Cases: 140
c/o Allstate
1524 Volvo Parkway., Suite C
Chesapeake, VA 23320    | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1,250.00

---

**Charles Boyd**                    **Clm No 2863**    Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030    | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/14/2018 3:55:46 PM

*Claims Details*                                                                952 of 3330

---

**Elvas Boyd**

4440 Prestige Lane #204

Virginia Beach, VA 23462

**Clm No 2864**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Miriam Boyd**

2805 Kecoughtan Road

Hampton, VA 23661

**Clm No 2865**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Randy Boyd**

4124 Copperfield Drive

Chesapeake, VA 23321

**Clm No 2866**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              953 of 3330

---

**Robert Boyd**                    **Clm No 2867**    Filed In Cases: 140
5544 Bulls Bay Drive
Virginia Beach, VA 23462            Class              Claim Detail Amount      Final Allowed Amount

                                   UNS                $1.00

                                                      $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Susie Boykin**                   **Clm No 2868**    Filed In Cases: 140
1311 Lindsay Ave.
Portsmouth, VA 23704               Class              Claim Detail Amount      Final Allowed Amount

                                   UNS                $1.00

                                                      $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Sherry Boyle**                   **Clm No 2869**    Filed In Cases: 140
11034 Log Cabin Road
Denton, MD 21629                   Class              Claim Detail Amount      Final Allowed Amount

                                   UNS                $1.00

                                                      $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

### Claims Details

954 of 3330

| James Brabson | **Clm No 2870** | Filed In Cases: 140 | |
|---|---|---|---|
| 1108 Jefferson Street | Class | Claim Detail Amount | Final Allowed Amount |
| Portsmouth, VA 23704 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Constance Bracy | **Clm No 2871** | Filed In Cases: 140 | |
|---|---|---|---|
| 3915 High Street | Class | Claim Detail Amount | Final Allowed Amount |
| Portsmouth, VA 23707 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Malcolm Bracy | **Clm No 2872** | Filed In Cases: 140 | |
|---|---|---|---|
| 3915 High Street | Class | Claim Detail Amount | Final Allowed Amount |
| Portsmouth, VA 23707 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

955 of 3330

---

**James Braddock**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 2873**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Edward Bradley**
2510 Bear Run Road
Taneytown, MD 21787

**Clm No 2874**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Linda Bradshaw**
4201 Dayle Acres
Suffolk, VA 23435

**Clm No 2875**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                          3/14/2018 3:55:46 PM

*Claims Details*                                                                                    956 of 3330

---

| **Linda Bradshaw** | **Clm No 2876** | Filed In Cases: 140 | |
|---|---|---|---|
| 4201 Dayle Acres Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Suffolk, VA 23435 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Robert Brady** | **Clm No 2877** | Filed In Cases: 140 | |
|---|---|---|---|
| P. O. Box 477 | Class | Claim Detail Amount | Final Allowed Amount |
| Bessemer, PA 16112 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **David Bragg** | **Clm No 2878** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Paul A. Weykamp | Class | Claim Detail Amount | Final Allowed Amount |
| 16 Stenersen Lane, Suite 2 | UNS | $1.00 | |
| Hunt Valley, MD 21030 | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

*Claims Details*                                                                                            957 of 3330

---

**Wanda Bragg**                          **Clm No 2879**      Filed In Cases: 140
1035 Commonwealth Pl.
Virginia Beach, VA 23464                  Class          Claim Detail Amount       Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Anthony Braithwaite**                  **Clm No 2880**      Filed In Cases: 140
1915 Somerton Place
Virginia Beach, VA 23471                  Class          Claim Detail Amount       Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Margaret Branch**                      **Clm No 2881**      Filed In Cases: 140
19605 Temple Avenue
Colonial Heights, VA 23834                Class          Claim Detail Amount       Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                      958 of 3330

---

**Maryland Branch**                   **Clm No 2882**    Filed In Cases: 140
1121  26th Street
Newport News, VA 23607                Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                    $1.00
                                      ---------------------------------------------------------------
                                                             $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Ulysses Branch**                    **Clm No 2883**    Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2            Class          Claim Detail Amount      Final Allowed Amount
Hunt Valley, MD 21030
                                      UNS                    $1.00
                                      ---------------------------------------------------------------
                                                             $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willie Branch**                     **Clm No 2884**    Filed In Cases: 140
5800 Dunkirk Street
Portsmouth, VA 23703                  Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                    $1.00
                                      ---------------------------------------------------------------
                                                             $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

| Bertram Brasz | **Clm No 2885** | Filed In Cases: 140 | |
|---|---|---|---|
| P.O. Box 989 | Class | Claim Detail Amount | Final Allowed Amount |
| Lexington, VA 24450 | UNS | $1.00 | |
| | | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 1-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

| Melvin Braxton | **Clm No 2886** | Filed In Cases: 140 | |
|---|---|---|---|
| 8607 Croaker Road | Class | Claim Detail Amount | Final Allowed Amount |
| Williamsburg, VA 23188 | UNS | $1.00 | |
| | | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 1-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

| Grace Bray | **Clm No 2887** | Filed In Cases: 140 | |
|---|---|---|---|
| 2521 Palmetto Street | Class | Claim Detail Amount | Final Allowed Amount |
| Norfolk, VA 23513 | UNS | $1,250.00 | |
| | | $1,250.00 | |

| | | |
|---|---|---|
| Date Filed | 1-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1,250.00 | |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

---

**Julian Bray**
420 US Highway 158 E.
Camden, NC 27921

**Clm No 2888**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Adolphe Braye**
1004 Nelson Street
Chesapeake, VA 23324

**Clm No 2889**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sheila Braye**
1004 Nelson Street
Chesapeake, VA 23324

**Clm No 2890**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              961 of 3330

---

**Ronald Breeding**                    **Clm No 2891**    Filed In Cases: 140
4431 Timbertree Branch Road
Bristol, VA 24202                       Class              Claim Detail Amount      Final Allowed Amount

                                       UNS                $1.00
                                                          $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**David Breighner**                    **Clm No 2892**    Filed In Cases: 140
8204 Philadelphia Road
Baltimore, MD 21237                     Class              Claim Detail Amount      Final Allowed Amount

                                       UNS                $1.00
                                                          $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Bruce Bremby**                       **Clm No 2893**    Filed In Cases: 140
910 7th Street Room 18
Portsmouth, VA 23704                    Class              Claim Detail Amount      Final Allowed Amount

                                       UNS                $1.00
                                                          $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              962 of 3330

---

**Alfred Brenner**                    **Clm No 2894**    Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2            Class          Claim Detail Amount    Final Allowed Amount
Hunt Valley, MD 21030
                                     UNS                $1.00
                                                        $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Patricia Brett**                    **Clm No 2895**    Filed In Cases: 140
304 Canterbury Lane
Smithfield, VA 23430-6052            Class          Claim Detail Amount    Final Allowed Amount

                                     UNS                $1.00
                                                        $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Marcellus Brewer**                  **Clm No 2896**    Filed In Cases: 140
2508 Piedmont Avenue
Portsmouth, VA 23704                 Class          Claim Detail Amount    Final Allowed Amount

                                     UNS                $1.00
                                                        $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**    3/14/2018 3:55:46 PM

*Claims Details*    963 of 3330

---

**Gordon Brice**
1226 Tatem Ave.
Portsmouth, VA 23701

**Clm No 2897**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dennis Bridgers**
1181 Hodges Ferry Road, Apt F
Portsmouth, VA 23701

**Clm No 2898**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Diana Bridgers**
1181 Hodges Ferry Road, Apt F
Portsmouth, VA 23701

**Clm No 2899**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

964 of 3330

| **Genny H. Bridgers** | **Clm No 2900** | Filed In Cases: 140 | |
| 13621 Picarsa Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Jacksonville, FL 32225 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| **Judy Bridges** | **Clm No 2901** | Filed In Cases: 140 | |
| 2542 Redbanks Road | Class | Claim Detail Amount | Final Allowed Amount |
| Victoria, VA 23974 | UNS | $1,250.00 | |
| | | $1,250.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

| **Oneida Bridges** | **Clm No 2902** | Filed In Cases: 140 | |
| 164 Eastwood Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Newport News, VA 23602 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                              3/14/2018 3:55:46 PM

*Claims Details*                                                                        965 of 3330

---

**Denise Briggs**                    **Clm No 2903**      Filed In Cases: 140
4513 South Street
Portsmouth, VA 23707                  Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**William Briggs**                   **Clm No 2904**      Filed In Cases: 140
431 Acorn Hill Rd.
Sunbury, NC 27979                     Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Kenneth Brimer**                   **Clm No 2905**      Filed In Cases: 140
124 Lands End Lane
Carrollton, VA 23314                  Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

## *Claims Details*

966 of 3330

---

**Jordan Brinkley**
509 Greenway Road
Suffolk, VA 23434

**Clm No 2906**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Patricia Brinkley**
4204 Arlington Place
Portsmouth, VA 23707

**Clm No 2907**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sandra Brinkley**
509 Greenway Road
Suffolk, VA 23434

**Clm No 2908**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/14/2018 3:55:46 PM

*Claims Details*                                                            967 of 3330

---

**Mattie Brisco**                    **Clm No 2909**    Filed In Cases: 140
513 Highway 37 North
Gates, NC 27937              | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James M. Briscoe**                    **Clm No 2910**    Filed In Cases: 140
22 Rhonda Court
Windsor Mill, MD 21244       | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Stanley Brisendine**                    **Clm No 2911**    Filed In Cases: 140
316 Hogan Drive
Newport News, VA 23606-1318  | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    968 of 3330

---

**Elliott Brite**
1384 Blindman Road
Elizabeth City, NC 27909

**Clm No 2912**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jerome Brite**
107 Chappell Garden
Elizabeth City, NC 27909

**Clm No 2913**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lenial Brite**
1384 Blindman Road
Elizabeth City, NC 27909

**Clm No 2914**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              969 of 3330

---

**Lenial Brite**                        **Clm No 2915**    Filed In Cases: 140
1384 Blindman Road
Elizabeth City, NC 27909        | Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | $1,250.00 | |
| | $1,250.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1,250.00

---

**George Britt**                        **Clm No 2916**    Filed In Cases: 140
3352 Woodbaugh Drive
Chesapeake, VA 23321            | Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | $1,250.00 | |
| | $1,250.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1,250.00

---

**Jeffrey D. Britt**                    **Clm No 2917**    Filed In Cases: 140
343 Marlboro Road
Newport News, VA 23602          | Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

*Claims Details*                                                                                    970 of 3330

---

| **John Britt** | **Clm No 2918** | Filed In Cases: 140 | |
| 1007 Todds Lane | Class | Claim Detail Amount | Final Allowed Amount |
| Hampton, VA 23666 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Judy Britt** | **Clm No 2919** | Filed In Cases: 140 | |
| 3352 Woodbaugh Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Chesapeake, VA 23321 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Howard Broaddus** | **Clm No 2920** | Filed In Cases: 140 | |
| P.O. Box 324 | Class | Claim Detail Amount | Final Allowed Amount |
| Dutton, VA 23050 | UNS | $1,250.00 | |
| | | $1,250.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              971 of 3330

---

**Ashley Brock**                    **Clm No 2921**    Filed In Cases: 140
309 Hardy Avenue
Norfolk, VA 23523                    Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                 $1.00
                                                         $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Wallace Brock**                   **Clm No 2922**    Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2          Class          Claim Detail Amount      Final Allowed Amount
Hunt Valley, MD 21030
                                     UNS                 $1.00
                                                         $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Donald Brockwell**                **Clm No 2923**    Filed In Cases: 140
21482 Mallard Cove Lane
Carollton, VA 23314                 Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                 $1,250.00
                                                         $1,250.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1,250.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Claims Details*

972 of 3330

---

**Donald Brockwell**
21482 Mallard Cove Lane
Carrollton, VA 23314

**Clm No 2924**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1,250.00

---

**Susie L. Brockwell**
200 Tabbs Lane
Newport News, VA 23602

**Clm No 2925**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1,250.00

---

**Derrick Brooks**
7627 Wyndale Ave.
Philadelphia, PA 19151

**Clm No 2926**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

973 of 3330

---

**Harold Brooks**
2810 Auchentoroly Terrace
Baltimore, MD 21217

**Clm No 2927**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jacqueline Brooks**
717 Round Bay Road
Norfolk, VA 23502

**Clm No 2928**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mary Brooks**
P. O. Box 792
Cobbs Creek, VA 23035

**Clm No 2929**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                974 of 3330

---

**Michael Brooks**               **Clm No 2930**     Filed In Cases: 140
305 Hickory Avenue
Newport News, VA 23607            Class            Claim Detail Amount      Final Allowed Amount

                                 UNS                    $1.00
                                                        $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Natrina Brooks**               **Clm No 2931**     Filed In Cases: 140
P.O. Box 943
Grafton, VA 23692                 Class            Claim Detail Amount      Final Allowed Amount

                                 UNS                    $1.00
                                                        $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Ralph Brooks**                 **Clm No 2932**     Filed In Cases: 140
8 Dekalb Ave.
Portsmouth, VA 23702              Class            Claim Detail Amount      Final Allowed Amount

                                 UNS                    $1.00
                                                        $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

975 of 3330

---

**Roland Brooks**
302 Woodland Drive
Edenton, NC 27932-9291

**Clm No 2933**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Ronnie Brooks**
2007 Pond Lane
Chesapeake, VA 23324

**Clm No 2934**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ruth Brooks**
1736 Lake Christopher Drive
Virginia Beach, VA 23464

**Clm No 2935**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

*Claims Details*                                                                                              976 of 3330

---

**Willie Brooks**                          **Clm No 2936**    Filed In Cases: 140
2713 Hawkins Ave.
Hayes, VA 23072                            Class              Claim Detail Amount      Final Allowed Amount

                                           UNS                      $1.00
                                                                    $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Willis Brooks**                          **Clm No 2937**    Filed In Cases: 140
717 Round Bay Road
Norfolk, VA 23502                          Class              Claim Detail Amount      Final Allowed Amount

                                           UNS                      $1.00
                                                                    $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Brenda Brooks Jones**                    **Clm No 2938**    Filed In Cases: 140
3925 West Market Street
Snow Hill, MD 21863                         Class              Claim Detail Amount      Final Allowed Amount

                                           UNS                      $1.00
                                                                    $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**     PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

*Claims Details*

---

**Barry Brothers**
304 Dogwood Drive
Newport News, VA 23606

**Clm No 2939**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Brothers**
5003 Leah Court
Suitland, MD 20746

**Clm No 2940**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Brothers**
1325 Fairlight Court
Virginia Beach, VA 23464

**Clm No 2941**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/14/2018 3:55:46 PM

*Claims Details*                                                        978 of 3330

---

**Peter Brothers**                     **Clm No 2942**     Filed In Cases: 140
1908 Nordic Court
Virginia Beach, VA 23464            Class            Claim Detail Amount        Final Allowed Amount

                                   UNS                      $1.00
                                                           $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Roy Brothers**                      **Clm No 2943**     Filed In Cases: 140
P.O. Box #513
Hertford, NC 27944                 Class            Claim Detail Amount        Final Allowed Amount

                                   UNS                      $1.00
                                                           $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Shirley Brothers**                  **Clm No 2944**     Filed In Cases: 140
508 Leonard Rd
Norfolk, VA 23505                  Class            Claim Detail Amount        Final Allowed Amount

                                   UNS                      $1.00
                                                           $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                            979 of 3330

---

**Angela Brown**                        **Clm No 2945**    Filed In Cases: 140
113 Arabian Trail
Smithfield, VA 23430                     Class            Claim Detail Amount        Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Arcelia L. Brown**                    **Clm No 2946**    Filed In Cases: 140
1022 28th Street
Newport News, VA 23607                   Class            Claim Detail Amount        Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Barbara Brown**                       **Clm No 2947**    Filed In Cases: 140
2320 Bryant Avenue
Baltimore, MD 21217                      Class            Claim Detail Amount        Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Barbara Brown**
1404 Bardot Lane
Portsmouth, VA 23701

**Clm No 2948**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara S. Brown**
1404 Bardot Lane
Portsmouth, VA 23701

**Clm No 2949**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Bobby Brown**
2351 June Springs Drive
Marietta, GA 30008

**Clm No 2950**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

**Cheryl L. Brown**
5556 Brickell Road
Norfolk, VA 23502

**Clm No 2951**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Dale Brown**
113 Arabian Trail
Smithfield, VA 23430

**Clm No 2952**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**David Brown**
5635 Colonial Trail West
Spring Grove, VA 23881

**Clm No 2953**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                          3/14/2018 3:55:46 PM

*Claims Details*                                                                      982 of 3330

---

**Earl Brown**                          **Clm No 2954**    Filed In Cases: 140
266 Hansen Avenue
Portsmouth, VA 23701                     Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Earl Brown**                          **Clm No 2955**    Filed In Cases: 140
Indian Creek Correction Center
P. O. Box 16481 #1125754#2B             Class          Claim Detail Amount      Final Allowed Amount
Chesapeake, VA 23328-6481
                                         UNS                    $1.00
                                                                $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Edward Brown**                        **Clm No 2956**    Filed In Cases: 140
7921 Lion Avenue, Apt 1
Norfolk, VA 23518                        Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Ernest Brown**
1248 Saul Drive
Chesapeake, VA 23320

**Clm No 2957**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Gail W. Brown**
3202 Bentham Lane
Chesapeake, VA 23321

**Clm No 2958**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Gary Brown**
9 Lakeforest Court
Portsmouth, VA 23701

**Clm No 2959**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

984 of 3330

---

**Grady Brown**
1608 Higgins Avenue
Chesapeake, VA 23324

**Clm No 2960**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Harriett Brown**
2741 High Street
Portsmouth, VA 23707

**Clm No 2961**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Harry Brown**
303 Ridgeland Drive
Smithfield, VA 23430

**Clm No 2962**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                985 of 3330

---

**Hiawatha Brown**                    **Clm No 2963**    Filed In Cases: 140
6107 Cambridge Dr. W.
Suffolk, VA 23435

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Howard Brown**                      **Clm No 2964**    Filed In Cases: 140
939  15th Street
Newport News, VA 23607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Jacquelyn Brown**                   **Clm No 2965**    Filed In Cases: 140
602 Everett Drive
Elizabeth City, NC 27909

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

986 of 3330

**James Brown**
24 Eleanor Court, N.
Portsmouth, VA 23701

**Clm No 2966**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**James Brown**
7610 Green Dr.
Foster Point, VA 23062

**Clm No 2967**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1,250.00 |

**James Brown**
615 Crooked Run Road
Elizabeth City, NC 27909

**Clm No 2968**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

*Claims Details*

**Jerome Brown**
3810 Peach Orchard Circle
Portsmouth, VA 23703

**Clm No 2969**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Joyce Brown**
615 Crooked Run Road
Elizabeth City, NC 27909

**Clm No 2970**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Joyce D. Brown**
540 Madison Street Apt B
Portsmouth, VA 23704

**Clm No 2971**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                    988 of 3330

---

**Larry Brown**                          **Clm No 2972**    Filed In Cases: 140
10485 Beale Drive
Windsor, VA 23487                         Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                $1.00

                                                             $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Lauren Brown**                         **Clm No 2973**    Filed In Cases: 140
24 Eleanor Court N.
Portsmouth, VA 23701                      Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                $1.00

                                                             $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Lawrence Brown**                       **Clm No 2974**    Filed In Cases: 140
4836 Colonial Lane
Portsmouth, VA 23703                      Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                $1.00

                                                             $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*

---

**Linda Brown**                              **Clm No 2975**    Filed In Cases: 140
3926 Spring Meadow Crescent
Chesapeake, VA 23321                     Class           Claim Detail Amount       Final Allowed Amount

                                                   UNS                  $1.00

                                                                              $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Lynette Brown**                            **Clm No 2976**    Filed In Cases: 140
908 Bold Street
Portsmouth, VA 23701                     Class           Claim Detail Amount       Final Allowed Amount

                                                   UNS                  $1.00

                                                                              $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Magdaleine Brown**                         **Clm No 2977**    Filed In Cases: 140
6107 Cambridge Dr West
Suffolk, VA 23435                        Class           Claim Detail Amount       Final Allowed Amount

                                                   UNS                  $1.00

                                                                              $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                             990 of 3330

---

**Marcia Brown**                          **Clm No 2978**    Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2                Class          Claim Detail Amount      Final Allowed Amount
Hunt Valley, MD 21030
                                          UNS                 $1.00
                                                              $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Mark Brown**                            **Clm No 2979**    Filed In Cases: 140
602 Everett Drive
Elizabeth City, NC 27909                  Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                 $1.00
                                                              $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Matthew Brown**                         **Clm No 2980**    Filed In Cases: 140
112 Rabey Farm Road
Suffolk, VA 23435                         Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                 $1.00
                                                              $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

*Claims Details*                                                                                      991 of 3330

---

**Maurice Brown**                    **Clm No 2981**        Filed In Cases: 140
1212 Cherrytree Lane
Chesapeake, VA 23320-6904            Class              Claim Detail Amount        Final Allowed Amount

                                    UNS                      $1.00
                                                             $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Melvin Brown**                     **Clm No 2982**        Filed In Cases: 140
1210 E. Ocean View Avenue Apt 7
Norfolk, VA 23503-2269               Class              Claim Detail Amount        Final Allowed Amount

                                    UNS                      $1.00
                                                             $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Ricardo Brown**                    **Clm No 2983**        Filed In Cases: 140
502 Howard Street
Portsmouth, VA 23707                 Class              Claim Detail Amount        Final Allowed Amount

                                    UNS                      $1.00
                                                             $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

*Claims Details*

**Robert Brown**
3926 Spring Meadow Cres
Chesapeake, VA 23321

**Clm No 2984**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Sophia Brown**
1321 Roosevelt Blvd.
Portsmouth, VA 23701

**Clm No 2985**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Susan Brown**
111 Wythe Crescent Drive
Hampton, VA 23661

**Clm No 2986**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

### Claims Details

993 of 3330

---

**Sylvonia Brown**
512 Milton Ave.
Glen Burnie, MD 21061

**Clm No 2987**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas Brown**
27197 Shady Brook Trail
Courtland, VA 23837

**Clm No 2988**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Tilmon Brown**
1212 Cherrytree Lane
Chesapeake, VA 23320

**Clm No 2989**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    994 of 3330

**Timothy Brown**
4524 North Rogers Avenue
Baltimore, MD 21215

**Clm No 2990**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Wendell Brown**
314 Hardy Ave
Norfolk, VA 23523

**Clm No 2991**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**William Brown**
P.O. Box #832
Portsmouth, VA 23705

**Clm No 2992**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

*Claims Details*                                                                              995 of 3330

---

**William Brown**                          **Clm No 2993**        Filed In Cases: 140
7100 Ulmerton Road Lot 630
Largo, FL 33771                             Class              Claim Detail Amount        Final Allowed Amount

                                           UNS                      $1.00
                                                                    $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willie Brown**                           **Clm No 2994**        Filed In Cases: 140
405 Beamon's Mill Trail
Suffolk, VA 23434                          Class              Claim Detail Amount        Final Allowed Amount

                                           UNS                      $1.00
                                                                    $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Edith I. Brown Watson**                  **Clm No 2995**        Filed In Cases: 140
112 Water Front Lane
Butler, TN 37640                           Class              Claim Detail Amount        Final Allowed Amount

                                           UNS                      $1.00
                                                                    $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## *Claims Details*

996 of 3330

| **Everett Browning** | **Clm No 2996** | Filed In Cases: 140 | |
|---|---|---|---|
| 119 Horsley Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Hampton, VA 23666 | UNS | $1,250.00 | |
| | | $1,250.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1,250.00 |

| **Ronald Bruce** | **Clm No 2997** | Filed In Cases: 140 | |
|---|---|---|---|
| 833 Cascade Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Newport News, VA 23608 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Barry Brunner** | **Clm No 2998** | Filed In Cases: 140 | |
|---|---|---|---|
| 105 Lane Cresent | Class | Claim Detail Amount | Final Allowed Amount |
| Smithfield, VA 23430 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

997 of 3330

---

**Rachael Brunner**
c/o Shirley Williamson
672 Kelso Drive
Newport News, VA 23601

**Clm No 2999**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Natalie Renee Brunson**
P.O. Box 4707
Norfolk, VA 23523

**Clm No 3000**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Roy Bruntmyer**
300 Seqouia Road
Portsmouth, VA 23701

**Clm No 3001**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

## Claims Details

998 of 3330

---

**Erling Bruun**                          **Clm No 3002**    Filed In Cases: 140
617 Bottino Lane
Virginia Beach, VA 23455               | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Annette Bryant**                        **Clm No 3003**    Filed In Cases: 140
7041 Mamie Blvd.
Norfolk, VA 23513                      | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Dennis Bryant**                         **Clm No 3004**    Filed In Cases: 140
c/o Savanah Suites
2134 W. Mercury Blvd. Rm# 108          | Class | Claim Detail Amount | Final Allowed Amount |
Hampton, VA 23666                      |---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                                999 of 3330

---

**James Bryant**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 3005**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 1-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Patrick Bryant**
1200 Sunset Drive
Norfolk, VA 23503

**Clm No 3006**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| Date Filed        | 1-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1,250.00  |

---

**Vernon Bryant**
1104 17th Street
Newport News, VA 23607

**Clm No 3007**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 1-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              1000 of 3330

---

**James Bryson**                    **Clm No 3008**      Filed In Cases: 140
4671 Desert Road
Suffolk, VA 23434                    Class            Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Daniel Buchanan**                 **Clm No 3009**      Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2          Class            Claim Detail Amount      Final Allowed Amount
Hunt Valley, MD 21030
                                     UNS                    $1.00
                                                            $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Ernest Buchanan**                 **Clm No 3010**      Filed In Cases: 140
709 Beachview Street
Norfolk, VA 23503                   Class            Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Rhonda Buckanin**
P.O. Box 205
Seaford, VA 23696

**Clm No 3011**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ervin Budden**
4735 Starksferry Road
Sumter, SC 29154

**Clm No 3012**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Frank Budzynski**
11603 Cedar Lane
Kingsville, MD 21087

**Clm No 3013**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/14/2018 3:55:46 PM

*Claims Details*                                                              1002 of 3330

---

**Delmiro Bueno**                    **Clm No 3014**      Filed In Cases: 140
2014 River Grove Lane
Knight Dale, NC 27545                 Class            Claim Detail Amount      Final Allowed Amount

                                     UNS                      $1.00
                                                             $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**George Buhrman**                   **Clm No 3015**      Filed In Cases: 140
309 Breslin Road
Joppa, MD 21085                      Class            Claim Detail Amount      Final Allowed Amount

                                     UNS                      $1.00
                                                             $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Michael Bullock**                  **Clm No 3016**      Filed In Cases: 140
16331 Magnolia Grove Way
Jacksonville, FL 32218               Class            Claim Detail Amount      Final Allowed Amount

                                     UNS                      $1.00
                                                             $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1003 of 3330

---

**Michelle E. Bullock**
10308 Auburn Top Lane
Charlotte, NC 28277

**Clm No 3017**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Bullock**
112 Sylvia Lane
Newport News, VA 23602

**Clm No 3018**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Steve Bullock**
4149 Old Virginia Road
Chesapeake, VA 23323

**Clm No 3019**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1004 of 3330

---

**Tanya Bullock**
5741 Cleveland Street, Suite 220
Virginia Beach, VA 23462

**Clm No 3020**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Bunch**
2313 Green Street
Portsmouth, VA 23704

**Clm No 3021**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Cordis Bunch**
1446 W. Queen St. Apt 317
Hampton , VA 23669

**Clm No 3022**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1005 of 3330

---

**Grady Bunch**
1315 Willnew drive
Hampton Va, 23669

**Clm No 3023**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Howard Bunch**
817 Madison St., Apt. 237
Portsmouth, VA 23704

**Clm No 3024**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Elbert Burbage**
4404 Seagrove Road
Portsmouth, VA 23703

**Clm No 3025**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

### Claims Details                                                              1006 of 3330

---

**Gary Burch**                          **Clm No 3026**    Filed In Cases: 140
34 Lander Lane
Lugoff, SC 29078                        Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                    $1,250.00
                                                               $1,250.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1,250.00

---

**Richard Burchell**                    **Clm No 3027**    Filed In Cases: 140
1132 A Natures Walk Court
Fernandina Beach, FL 32034              Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                        $1.00
                                                                   $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Johnnie Burchett**                    **Clm No 3028**    Filed In Cases: 140
P. O. Box 483
Courtland, VA 23837                     Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                        $1.00
                                                                   $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

### Claims Details

| | | |
|---|---|---|
| **Geraldine Burden** | **Clm No 3029** | Filed In Cases: 140 |
| 211 Wynn Street | | |
| Portsmouth, VA 23701 | Class | Claim Detail Amount | Final Allowed Amount |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| | | |
|---|---|---|
| **Sammy Burdette** | **Clm No 3030** | Filed In Cases: 140 |
| 842 Keel Court | | |
| Garden City, SC 29576 | Class | Claim Detail Amount | Final Allowed Amount |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| | | |
|---|---|---|
| **Edward Burke** | **Clm No 3031** | Filed In Cases: 140 |
| 1013 Phelps Vista | | |
| Glen Burnie, MD 21060 | Class | Claim Detail Amount | Final Allowed Amount |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

*Claims Details*

---

**Jefferson Burke**
618 B Street
Chesapeake, VA 23324

**Clm No 3032**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mary Burkett**
12112 Cash Valley Road
Cumberland, MD 21502

**Clm No 3033**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard Burkett**
13501 Rte. 62
Tidioute, PA 16351

**Clm No 3034**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1009 of 3330

---

**Michael Burnes**
308 Leonard Road
Portsmouth, VA 23701

**Clm No 3035**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Burnette**
24 Emrick Avenue
Newport News, VA 23601

**Clm No 3036**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Burrest**
1143  16th Street
Newport News, VA 23607

**Clm No 3037**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1010 of 3330

---

**Marion Burroughs**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 3038**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Melvin Burroughs**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 3039**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Michael Burrows**
1606 Mantane Arch
Virginia Beach, VA 23454

**Clm No 3040**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

---

**Cedric Burrus**
5680 Hampshire Lane, Apt. 204
Virginia Beach, VA 23462

**Clm No 3041**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Paula Burrus-Footmon**
2607 Bosworth Court NE
Conyers, GA 30013

**Clm No 3042**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Paula M. Burrus-Footmon**
2607 Bosworth Court NE
Conyers, GA 30013

**Clm No 3043**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

**Michael Burton**
608 Shoreham Court  #201
Virginia Beach, VA 23451-4169

**Clm No 3044**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Dorothy Burwell**
811 Judy Court
Hampton, VA 23661

**Clm No 3045**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Burwell**
811 Judy Court
Hampton, VA 23661

**Clm No 3046**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

*Claims Details*                                                                                    1013 of 3330

| **Dorothy Bush** | **Clm No 3047** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Donna Bush | Class | Claim Detail Amount | Final Allowed Amount |
| 8549 Willow Wisp Court | | | |
| Laurel, MD 20723 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **James Buss** | **Clm No 3048** | Filed In Cases: 140 | |
|---|---|---|---|
| 1714 Pin Oak Ave | Class | Claim Detail Amount | Final Allowed Amount |
| Baltimore, MD 21222 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Betty Bussell** | **Clm No 3049** | Filed In Cases: 140 | |
|---|---|---|---|
| 3104 Tournament Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Chesapeake, VA 23323-2516 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Richard Butcher**
207 Norfolk Avenue
Colonial Heights, VA 23834

**Clm No 3050**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Annette Butler**
1260 Sir Kay Drive
Chesapeake, VA 23323

**Clm No 3051**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**David Butler**
928 Selby Road
Elizabeth City, NC 27909

**Clm No 3052**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              1015 of 3330

---

**John Butler**
4060 Godwin Blvd.
Suffolk, VA 23434

**Clm No 3053**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Patricia Butler**
4101 Prindle Court #204
Chesapeaek, VA 23321

**Clm No 3054**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Paul Butler**
350 Old Shackle Island Rd Apt A10
Hendersonville, TN 37075

**Clm No 3055**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***    3/14/2018 3:55:46 PM

### *Claims Details*

1016 of 3330

---

**Rannie Butler**
678 Aqua Vista Drive, Apt. A
Newport News, VA 23607

**Clm No 3056**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Butler**
8215 Selwin Court
Baltimore, MD 21237

**Clm No 3057**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Samuel Butler**
P.O. Box 244
Ivor, VA 23866

**Clm No 3058**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1017 of 3330

---

**Rubie Dale Butler-Moore**
P. O. Box 130
Ark, VA 23003

**Clm No 3059**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Butts**
1202 Roosevelt Blvd.
Portsmouth, VA 23701

**Clm No 3060**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Eugene Butts**
913 Leake Street
Norfolk, VA 23523

**Clm No 3061**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

## Claims Details

**James Butts**                              **Clm No 3062**      Filed In Cases: 140
5380 Hanyen Drive
Norfolk, VA 23502                           Class            Claim Detail Amount        Final Allowed Amount

UNS                         $1.00
                                                                    $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Lawrence Butts**                           **Clm No 3063**      Filed In Cases: 140
P. O. Box 5091
Chesapeake, VA 23324                         Class            Claim Detail Amount        Final Allowed Amount

UNS                         $1.00
                                                                    $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Levery Butts**                             **Clm No 3064**      Filed In Cases: 140
P.O. Box 2905
Elizabeth City, NC 27906                     Class            Claim Detail Amount        Final Allowed Amount

UNS                         $1.00
                                                                    $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1019 of 3330

---

**Martin Butts**
8715 Old Ocean View Road
Norfolk, VA 23503

**Clm No 3065**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Otis Butts**
1021 Dulcie Ave.
Virginia Beach, VA 23455

**Clm No 3066**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Terrie Butts**
6453 Edward Street
Norfolk, VA 23513

**Clm No 3067**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              1020 of 3330

---

**Wendell Butts**                    **Clm No 3068**    Filed In Cases: 140
626 West 25th Street
Norfolk, VA 23517                    Class            Claim Detail Amount       Final Allowed Amount

                                     UNS                        $1.00
                                                                $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**William Butts**                    **Clm No 3069**    Filed In Cases: 140
3518 Pomroy Ave.
Norfolk, VA 23509                    Class            Claim Detail Amount       Final Allowed Amount

                                     UNS                        $1.00
                                                                $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**James Bynum**                      **Clm No 3070**    Filed In Cases: 140
219 Edison Ave
Portsmouth, VA 23702                 Class            Claim Detail Amount       Final Allowed Amount

                                     UNS                        $1.00
                                                                $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              1021 of 3330

---

**Melton Bynum**                        **Clm No 3071**    Filed In Cases: 140
933 Burksdale Road Apt B
Norfolk, VA 23518                        Class          Claim Detail Amount    Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Danny Byrd**                          **Clm No 3072**    Filed In Cases: 140
3548 Club House Road
Virginia Beach, VA 23452                 Class          Claim Detail Amount    Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Elliott Byrd**                        **Clm No 3073**    Filed In Cases: 140
10346 Rainbow Road
Carrollton, VA 23314                     Class          Claim Detail Amount    Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    1022 of 3330

---

**Jane Byrd**
10346 Rainbow Road
Carrollton, VA 23314

**Clm No 3074**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Herbert Byrum**
170 Billets Bridge Road
Camden, NC 27921

**Clm No 3075**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jerry Byrum**
3991 Butler Dr.
Suffolk, VA 23437

**Clm No 3076**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

## Claims Details

1023 of 3330

| **Terry Byrum** | | **Clm No 3077** | Filed In Cases: 140 | |
| 2984 Funks Road | | Class | Claim Detail Amount | Final Allowed Amount |
| Hatfield PA, 19440 | | UNS | $1,250.00 | |
| | | | $1,250.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

| **William Byrum** | | **Clm No 3078** | Filed In Cases: 140 | |
| P.O. Box 61 | | Class | Claim Detail Amount | Final Allowed Amount |
| Sunbury, NC 27979 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| **Adrian Cadoria** | | **Clm No 3079** | Filed In Cases: 140 | |
| 808 12th Street | | Class | Claim Detail Amount | Final Allowed Amount |
| Virginia Beach, VA 23451 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1024 of 3330

| | | | |
|---|---|---|---|
| **George Caffey** | **Clm No 3080** | Filed In Cases: 140 | |
| 3213 Stefanie Court | Class | Claim Detail Amount | Final Allowed Amount |
| Chesapeake, VA 23323 | UNS | $1.00 | |
| | | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 1-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

| | | | |
|---|---|---|---|
| **Eugene Cahill** | **Clm No 3081** | Filed In Cases: 140 | |
| c/o Paul A. Weykamp | Class | Claim Detail Amount | Final Allowed Amount |
| 16 Stenersen Lane, Suite 2 | UNS | $1.00 | |
| Hunt Valley, MD 21030 | | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 1-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

| | | | |
|---|---|---|---|
| **Betty Caldwell** | **Clm No 3082** | Filed In Cases: 140 | |
| 22479 Vellines Lane | Class | Claim Detail Amount | Final Allowed Amount |
| Carrollton, VA 23314 | UNS | $1.00 | |
| | | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 1-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

| **Carrol Caldwell** | **Clm No 3083** | Filed In Cases: 140 | |
| 22479 Vellines Lane | | | |
| Carrollton, VA 23314 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1,250.00 | |
| | | $1,250.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

| **James Call** | **Clm No 3084** | Filed In Cases: 140 | |
| c/o Paul A. Weykamp | | | |
| 16 Stenersen Lane, Suite 2 | Class | Claim Detail Amount | Final Allowed Amount |
| Hunt Valley, MD 21030 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| **Jessica Callahan** | **Clm No 3085** | Filed In Cases: 140 | |
| 12749 Richmond Street | | | |
| Chesterfield, VA 23831 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Julie Callis**
1018 Faubus Drive
Newport News, VA 23605

**Clm No 3086**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|--------------|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Leon Callis**
1018  Faubus Drive
Newport News, VA 23605

**Clm No 3087**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| | |
|-------|--------------|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Dorothy Calloway**
3089 Fireside Road
Chesapeake, VA 23324

**Clm No 3088**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|--------------|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                1027 of 3330

---

**Rufus Cameron**                    **Clm No 3089**    Filed In Cases: 140

1714 Richmond Avenue                 Class            Claim Detail Amount       Final Allowed Amount

Portsmouth, VA 23704
                                     UNS                      $1.00

                                                              $1.00

Date Filed              1-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**Bertha Campbell**                  **Clm No 3090**    Filed In Cases: 140

1604 Muscovy Court                   Class            Claim Detail Amount       Final Allowed Amount

Chesapeake, VA. 23320
                                     UNS                      $1.00

                                                              $1.00

Date Filed              1-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**Bobby Campbell**                   **Clm No 3091**    Filed In Cases: 140

416 Raleigh Avenue                   Class            Claim Detail Amount       Final Allowed Amount

Hampton, VA 23661
                                     UNS                      $1.00

                                                              $1.00

Date Filed              1-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**       PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1028 of 3330

---

**Douglas Campbell**
156 Pasture Road
Poquoson, VA 23662

**Clm No 3092**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Elizabeth Campbell**
3343 Sandy Street
Norfolk, VA 23518

**Clm No 3093**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Harold Campbell**
3343 Sandy Street
Norfolk, VA 23518

**Clm No 3094**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

| **Larry Campbell** | **Clm No 3095** | Filed In Cases: 140 | |
| 4102 Fortleigh Rd. | | | |
| Baltimore, MD 21215 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| **Lucy Campbell** | **Clm No 3096** | Filed In Cases: 140 | |
| P.O. Box 278 | | | |
| Appomattox, VA 24522-0278 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| **Shirley Campbell** | **Clm No 3097** | Filed In Cases: 140 | |
| 113 Glade Road | | | |
| Newport News, VA 23606 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                        **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1030 of 3330

---

**Stephen Campbell**
P. O. Box 6177
Williamsburg, VA 23188

**Clm No 3098**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilson Campbell**
3574 Miller Landing Road
Gloucester, VA 23061

**Clm No 3099**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Eugene Canady**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 3100**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

### Claims Details

**Craig L. Canady Jr.**
117 Don Juan Drive
Yorktown, VA 23693

**Clm No 3101**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Judith Cannon**
6878 Warehouse Road
Gloucester, VA 23061

**Clm No 3102**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Judy Cannon**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 3103**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*                                                                              1032 of 3330

---

**Deloris Canter**                        **Clm No 3104**    Filed In Cases: 140

415 Mesa Drive                            Class            Claim Detail Amount        Final Allowed Amount

Glade Spring, VA 24340
                                          UNS                  $1.00
                                                               $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Flora Capps**                           **Clm No 3105**    Filed In Cases: 140

501 Crestview Lane                        Class            Claim Detail Amount        Final Allowed Amount

Stewartstown, PA 17363
                                          UNS                  $1.00
                                                               $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Flora Capps**                           **Clm No 3106**    Filed In Cases: 140

501 Crestview lane                        Class            Claim Detail Amount        Final Allowed Amount

Stewartstown, PA 17363
                                          UNS                  $1.00
                                                               $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1033 of 3330

---

**George Capps**
P. O. Box 1153
Yorktown, VA 23692

**Clm No 3107**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Elwood Carawan**
147 Mallard Drive
Suffolk, VA 23434

**Clm No 3108**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Aldridge Carey**
2705 Mary Ann Court
Chesapeake, VA 23323

**Clm No 3109**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1034 of 3330

---

**Carolyn Carey**
1307-F Scottsdale Drive
Bel Air, MD 21015

**Clm No 3110**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carolyn M. Carey**
1307 F Scottsdale Drive
Bel Air, MD 21015

**Clm No 3111**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Carin**
1609 Big Springs Pl.
Virginia Beach, VA 23453

**Clm No 3112**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

***OldCo, LLC, successor by merger to Coltec Industries Inc***                     3/14/2018 3:55:46 PM

*Claims Details*                                                                1035 of 3330

---

| **Liwanag Caringal** | **Clm No 3113** | Filed In Cases: 140 | |
| 200 Ohio Avenue | Class | Claim Detail Amount | Final Allowed Amount |
| Clementon, NJ 08021 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Leon Carlisle** | **Clm No 3114** | Filed In Cases: 140 | |
| 120 Myers Court | Class | Claim Detail Amount | Final Allowed Amount |
| Yorktown, VA 23693 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Cecil Carlton** | **Clm No 3115** | Filed In Cases: 140 | |
| 809 Calthrop Neck Road | Class | Claim Detail Amount | Final Allowed Amount |
| Yorktown, VA 23693 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              1036 of 3330

---

**Benjamin Carmon**                 **Clm No 3116**    Filed In Cases: 140
P. O. Box 10816
Norfolk, VA 23513                    Class         Claim Detail Amount      Final Allowed Amount

                                     UNS               $1.00
                                                       $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Lucille Carmon**                  **Clm No 3117**    Filed In Cases: 140
P. O. Box 10816
Norfolk, VA 23513                    Class         Claim Detail Amount      Final Allowed Amount

                                     UNS               $1.00
                                                       $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Calvin Carpenter**                **Clm No 3118**    Filed In Cases: 140
1310 Earle Avenue
Chesapeake, VA 23324                 Class         Claim Detail Amount      Final Allowed Amount

                                     UNS               $1.00
                                                       $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

## *Claims Details*

**Kenneth Carpenter**
P.O. Box 150
White Marsh, VA 23183

**Clm No 3119**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

**Peggy Carpenter**
5 Applewood Drive
Hampton, VA 23666

**Clm No 3120**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Reta Jo Bonds Carpenter**
1008 Chattanooga Street
Chesapeake, VA 23322

**Clm No 3121**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                      1038 of 3330

---

**Steve Carpenter**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 3122**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Tyrone Carpenter**
2113 Cherryhill Lane
Chesapeake, VA 23325

**Clm No 3123**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Vincent Carpenter**
4355 Topsail Landing
Chesapeake, VA 23321

**Clm No 3124**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

---

### Claims Details

**Clifton Carr**                                    **Clm No 3125**        Filed In Cases: 140
2613 Longstreet Lane
Suffolk, VA 23437                                   Class          Claim Detail Amount        Final Allowed Amount

UNS                $1.00

$1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rogelio Carranza**                                **Clm No 3126**        Filed In Cases: 140
1425 Round Hill Drive
Virginia Beach, VA 23450                            Class          Claim Detail Amount        Final Allowed Amount

UNS                $1.00

$1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Dalton Carraway**                                 **Clm No 3127**        Filed In Cases: 140
125 Fresnel Avenue
Portsmouth, VA 23703                                Class          Claim Detail Amount        Final Allowed Amount

UNS                $1,250.00

$1,250.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value        $1,250.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**                **E-mail:** claimsmanager@omnimgt.com          **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1040 of 3330

---

**Robert Carrier**
8500 Ulmerton Road,#143
Largo, FL 33771

**Clm No 3128**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**John Carrigan**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 3129**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Carson**
4000 Belle Terre Court
Oceans Springs, 39564-1419

**Clm No 3130**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

**Albert Carter**
156 Clipper Drive
Hertford, NC 27944

**Clm No 3131**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|--------------|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Cordell Carter**
1527 Crystal Lake Drive
Portsmouth, VA 23701

**Clm No 3132**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|--------------|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Donald Carter**
11126 Old Suffolk Road
Windsor, VA 23487

**Clm No 3133**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|--------------|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

## Claims Details

1042 of 3330

---

**James Carter**
8080 Kips Creek Drive
Charles City, VA 23030

**Clm No 3134**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joe Carter**
1005 Collingwood Avenue
Chesapeake, VA 23324

**Clm No 3135**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Carter**
1000 N. King Street
Hampton, VA 23665

**Clm No 3136**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    1043 of 3330

---

**Kenneth Carter**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 3137**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Larry Carter**
2928 Drum Point Crescent
Chesapeake, VA 23321

**Clm No 3138**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Louis Carter**
3016 Gauntlet Court
Chesapeake, VA 23323

**Clm No 3139**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

**William Carter**
205 Catalpa Court
Suffolk, VA 23435

**Clm No 3140**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willie Carter**
13 Carrington Court, West
Portsmouth, VA 23701

**Clm No 3141**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Ellsworth Cartwright**
3016 Round Table Drive
Chesapeake, VA 23323

**Clm No 3142**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           1-Dec-2016
Bar Date
Claim Face Value        $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                1045 of 3330

---

**Ervin Cartwright**                          **Clm No 3143**    Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2      | Class | Claim Detail Amount | Final Allowed Amount |
Hunt Valley, MD 21030           |-------|---------------------|----------------------|
                                | UNS   | $1.00               |                      |
                                |       | $1.00               |                      |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Terry Cartwright**                          **Clm No 3144**    Filed In Cases: 140
2133 S. Military Highway Apt 107
Chesapeake, VA 23320            | Class | Claim Detail Amount | Final Allowed Amount |
                                |-------|---------------------|----------------------|
                                | UNS   | $1.00               |                      |
                                |       | $1.00               |                      |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Thomas Cartwright**                         **Clm No 3145**    Filed In Cases: 140
908 Neptune Avenue
Virginia Beach, VA 23464-1728   | Class | Claim Detail Amount | Final Allowed Amount |
                                |-------|---------------------|----------------------|
                                | UNS   | $1.00               |                      |
                                |       | $1.00               |                      |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              1046 of 3330

---

**Lester Carver**                    **Clm No 3146**      Filed In Cases: 140
1407 Charlotte Street
Elizabeth City, N.C. 27909           Class            Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Christine Casady**                 **Clm No 3147**      Filed In Cases: 140
324 Palace Green Blvd
Virginia Beach, VA 23452             Class            Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Ralph Case**                       **Clm No 3148**      Filed In Cases: 140
1614 Ocean Circle
Davenport, FL 33897                  Class            Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

---

**Robert Casebolt**
6015 Chestnut Lane
Newport News, VA 23605

**Clm No 3149**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------------------|------------|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lyle Cash**
7163 Red Sash Drive
Mechanicsville, PA 23116

**Clm No 3150**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------------------|------------|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Cynthia Cash-Sanford**
33365 Edgehill Drive
Franklin, VA 23851

**Clm No 3151**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------------------|------------|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1048 of 3330

---

**Richard Cason**
49 Hitchens Lane
Newport News, VA 23601

**Clm No 3152**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|-----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Faye Casper**
104 NC Highway 32 N
Sunbury, NC 27979

**Clm No 3153**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|-----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Luther Casper**
104 NC Highway 32N
Sunbury, NC 27979

**Clm No 3154**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|-----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1049 of 3330

---

**Bernard Casserly**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 3155**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kimberly R. Castro**
13660 Salk Street
Oakhill, VA 20171

**Clm No 3156**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Vicky Caton**
15440 Carroll Bridge Rd
Smithfield, VA 23430

**Clm No 3157**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1050 of 3330

---

**Patrick Cauler**
105 Sunrise Avenue
Lancaster, PA 17601

**Clm No 3158**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Stanley Caviness**
3034 Severn Wharf Road
Hayes, VA 23072

**Clm No 3159**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gabino Celiz**
5009 Kemps Farm Place
Virginia Beach, VA 23464-5539

**Clm No 3160**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1051 of 3330

---

**Mary E. Cephas**
921 Ivy Avenue
Newport News, VA 23607

**Clm No 3161**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Janice Cerceo**
108 Gale Ave
Chesapeake, VA 23323

**Clm No 3162**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Sharon Cermak**
225 Frock Drive Apt 135
Westminster, MD 21157

**Clm No 3163**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                      1052 of 3330

---

**Brian Chabot**                    **Clm No 3164**      Filed In Cases: 140
3523 Chessington Street
Clermont, FL 34711                   Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Joe Chadwell**                     **Clm No 3165**      Filed In Cases: 140
112 Belgrave Road
Newport News, VA 23602               Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Carol Chalfant**                   **Clm No 3166**      Filed In Cases: 140
2357 Plank Road
Stewartstown, PA 17363               Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    1053 of 3330

---

**Carol Chalfant**
2357 Plank Road
Stewartstown, PA 17363

**Clm No 3167**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Chalfant**
2357 Plank Road
Stewartstown, PA 17363

**Clm No 3168**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kimberly Chambers**
111 West Randall Street
Baltimore, MD 21230

**Clm No 3169**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

1054 of 3330

---

**David Chaney**
1921 Cheyenne Drive
Carrollton, TX 75010

**Clm No 3170**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Soon Chang**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 3171**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mary Chaplin**
14 Harrogate Lane
Hampton, VA 23666

**Clm No 3172**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

### Claims Details

1055 of 3330

---

**Mary Chaplin**
14 Harrogate Lane
Hampton, VA 23666

<span style="color:blue">**Clm No 3173**</span>   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 1-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**James Chapman**
313 Jordan Drive
Smithfield, VA 23430

<span style="color:blue">**Clm No 3174**</span>   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 1-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Lawrence Chapman**
7112 Clarion Lane
Norfolk, VA 23513

<span style="color:blue">**Clm No 3175**</span>   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 1-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1056 of 3330

---

**Randolph Chapman**
3458 Jackson Road
Suffolk, VA 23434

**Clm No 3176**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sharon Chapman**
3458 Jackson Road
Suffolk, VA 23434

**Clm No 3177**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Larry Chappell**
2016 Dock Landing Court
Suffolk, VA 23435-3174

**Clm No 3178**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

### Claims Details

1057 of 3330

| Ralph Chappell | **Clm No 3179** | Filed In Cases: 140 | |
|---|---|---|---|
| 67 Woods Lane | Class | Claim Detail Amount | Final Allowed Amount |
| Hampton, VA 23666 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Virginia Chappell | **Clm No 3180** | Filed In Cases: 140 | |
|---|---|---|---|
| 67 Woods Lane | Class | Claim Detail Amount | Final Allowed Amount |
| Hampton, VA 23666 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Chiffon Charity | **Clm No 3181** | Filed In Cases: 140 | |
|---|---|---|---|
| 10771 Lawyers Road | Class | Claim Detail Amount | Final Allowed Amount |
| Prince George, VA 23875 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                             1058 of 3330

---

**Elster Charles**
1883 Mustang Trail
Suffolk, VA 23432

**Clm No 3182**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Charles**
302 Northampton Drive
Hampton, VA 23666

**Clm No 3183**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bonnie Charron**
6533 Gravel Branch Road
Hurlock, MD 21643

**Clm No 3184**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                          3/14/2018 3:55:46 PM

*Claims Details*                                                                    1059 of 3330

---

**Robert Charron**                      **Clm No 3185**     Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2              Class           Claim Detail Amount      Final Allowed Amount
Hunt Valley, MD 21030
                                        UNS                  $1.00
                                                             $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Lander Chavers**                      **Clm No 3186**     Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2              Class           Claim Detail Amount      Final Allowed Amount
Hunt Valley, MD 21030
                                        UNS                  $1.00
                                                             $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Deborah Cheatham**                    **Clm No 3187**     Filed In Cases: 140
205 Oak Lane
Yorktown, VA 23693                      Class           Claim Detail Amount      Final Allowed Amount

                                        UNS                  $1.00
                                                             $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

1060 of 3330

---

**Dietriet Cheatham**
720 River Creek Road
Chesapeake, VA 23320

**Clm No 3188**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed       1-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Solomon Cheatham**
720 River Creek Road
Chesapeake, VA 23320

**Clm No 3189**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed       1-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Delores Cherry**
813 Twin Peak Ct.
Chesapeake, VA 23320

**Clm No 3190**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed       1-Dec-2016
Bar Date
Claim Face Value       $1.00

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**       **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                  1061 of 3330

---

**Dwight S. Cherry**                 **Clm No 3191**      Filed In Cases: 140
616 S. Westgrove Rd.
Virginia Beach, VA 23455             Class          Claim Detail Amount        Final Allowed Amount

                                    UNS                     $1.00
                                                            $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Eugenia Cherry**                   **Clm No 3192**      Filed In Cases: 140
753 Chatsworth Drive.
Newport News, VA 23601              Class          Claim Detail Amount        Final Allowed Amount

                                    UNS                     $1.00
                                                            $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**John Cherry**                      **Clm No 3193**      Filed In Cases: 140
813 Twin Peak Court
Chesapeake, VA 23320                Class          Claim Detail Amount        Final Allowed Amount

                                    UNS                     $1.00
                                                            $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1062 of 3330

---

**Lonnie Cherry**
912 Appomattox St.
Norfolk, VA 23523

**Clm No 3194**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Purnell Cherry**
2037 Brier Cliff Crescent
Chesapeake, VA 23320

**Clm No 3195**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rogers Cherry**
3124 Downes Street
Portsmouth, VA 23704

**Clm No 3196**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1063 of 3330

---

**James Childs**
4000 Ahoy Drive
Chesapeake, VA 23321

**Clm No 3197**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Ann Chrisman**
c/o Teresa Hammer
6225 Willow Glen Road
Midlothian, VA 23112

**Clm No 3198**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ann Chrisman**
1604 Grimes Road
Hampton, VA 23663-1148

**Clm No 3199**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    1064 of 3330

---

**Andrew Christian**          **Clm No 3200**    Filed In Cases: 140
3732 Juniper Lane
Virginia Beach, VA 23456       | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed        1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Stephanie Christian**        **Clm No 3201**    Filed In Cases: 140
734 Garfield Avenue
Virginia Beach, VA 23452       | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed        1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Linda Christie**             **Clm No 3202**    Filed In Cases: 140
14360 Carroll Bridge Road
Smithfield, VA 23430-7202      | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed        1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                           1065 of 3330

---

**Hobert Church**                        **Clm No 3203**   Filed In Cases: 140
797 John Jones Road
Elk Park, NC 28622                        Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                  $1,250.00
                                                              $1,250.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1,250.00

---

**Kenneth Church**                       **Clm No 3204**   Filed In Cases: 140
945-A  Shoal Creek Trail
Chesapeake, VA 23320                      Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                  $1,250.00
                                                              $1,250.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1,250.00

---

**Michele Cimino**                       **Clm No 3205**   Filed In Cases: 140
16845 Roosevelt Lane
Shrewsbury, PA 17361                      Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                     $1.00
                                                                 $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## *Claims Details*

---

**Angelia Clack**
1307 Camden Avenue
Portsmouth, VA 23704

**Clm No 3206**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Stephanie Claggion**
4130 Garrett Road, Apt. 615
Durham, NC 27707

**Clm No 3207**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bertha Claiborne**
682 Nelson Street
Portsmouth, VA 23704

**Clm No 3208**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Charlotte Clark**
1585 Briarfield Road Apt 18
Hampton, VA 23666

**Clm No 3209**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Felton Clark**
1685 Brent Mill
Surry, VA 23883

**Clm No 3210**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Herbert Clark**
261 Coachman Drive
Chesapeake, VA 23325

**Clm No 3211**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

**Irene Clark**
1685 Brent Mill Road
Surry, VA 23883

**Clm No 3212**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Clark**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 3213**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jimmie Clark**
1 Great Oak Circle Apt C48
Newport News, VA 23606

**Clm No 3214**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**John Clark**
3913 Rex Circle Unit 7
Chesapeake, VA 23321

**Clm No 3215**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Mary Clark**
1204 Daytona Drive
Chesapeake, VA 23323

**Clm No 3216**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Mary Clark**
1204 Daytona Drive
Chesapeake, VA 23323

**Clm No 3217**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1070 of 3330

---

**Patricia Clark**
1434 Poquoson Avenue
Poquoson, VA 23662

**Clm No 3218**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Clark**
28 Markham Drive
Hampton, VA 23669

**Clm No 3219**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Teresa Clark**
5921 Puffer Court
Waldorf, MD 20603

**Clm No 3220**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              1071 of 3330

| Timothy Clark | **Clm No 3221** | Filed In Cases: 140 | |
|---|---|---|---|
| 15341 Emerson Avenue | Class | Claim Detail Amount | Final Allowed Amount |
| Waverly, WV 26184 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Willis Clark | **Clm No 3222** | Filed In Cases: 140 | |
|---|---|---|---|
| 4235 Rock Bend Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Collee Station, TX 77845 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Reuben Clarke | **Clm No 3223** | Filed In Cases: 140 | |
|---|---|---|---|
| 2845 Woodland Avenue | Class | Claim Detail Amount | Final Allowed Amount |
| Norfolk, VA 23504-3733 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              1072 of 3330

---

**Thelma Clarke**
622 Quail Street
Smithfield, VA 23430

**Clm No 3224**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Clary**
80 Greenvale Mews Drive
Westminster, MD 21157

**Clm No 3225**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Cephas Clayton**
93 Bonita Drive
Newport News, VA 23602

**Clm No 3226**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/14/2018 3:55:46 PM

*Claims Details*                                                          1073 of 3330

---

**Gene Clayton**                      **Clm No 3227**    Filed In Cases: 140
105 Keith Road
Newport News, VA 23606                Class         Claim Detail Amount    Final Allowed Amount

                                      UNS                $1.00
                                                         $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Connie Clement**                    **Clm No 3228**    Filed In Cases: 140
305 Cattail Lane
Yorktown, VA 23692                    Class         Claim Detail Amount    Final Allowed Amount

                                      UNS                $1.00
                                                         $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Wesley Clements**                   **Clm No 3229**    Filed In Cases: 140
P.O. Box 1458
Gloucester, VA 23061                  Class         Claim Detail Amount    Final Allowed Amount

                                      UNS                $1,250.00
                                                         $1,250.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1,250.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**William Clements**
4689 Shoulders Hill Road
Suffolk, VA 23435

**Clm No 3230**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Jeffery Clemmons**
131 Paradise Point
Yorktown, VA 23692

**Clm No 3231**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Carlton Clemons**
5109 Ellesmere Court
Virginia Beach, VA 23464

**Clm No 3232**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              1075 of 3330

---

**W. Frank Clemons**
2209 Chesterfield Loop
Chesapeake, VA 23323

**Clm No 3233**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ronald Clobridge**
1913 Ardmore Avenue
Chesapeake, VA 23324

**Clm No 3234**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Coates**
8479 Guinea Rd.
Hayes, VA 23072

**Clm No 3235**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**            **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Stella Coccioli**
224 S. Woodwell Road
Baltimore, MD 21222

**Clm No 3236**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Cochran**
5429 Ashby Ct.
Norfolk, VA 23502

**Clm No 3237**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joan Cocke**
404 Atlanta Avenue
Lynchburg, VA 24502

**Clm No 3238**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                  3/14/2018 3:55:46 PM

*Claims Details*                                                                              1077 of 3330

---

**David Cogdell**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 3239**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Cary Cohen**
1700 Meadowlake Drive, Apt B
Norfolk, VA 23518

**Clm No 3240**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Garland Colbert**
4702 Frankford Avenue
Baltimore, MD 21206

**Clm No 3241**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

## *Claims Details*

**Robert Colbert**
1906 Beall Drive
Hampton, VA 23663

**Clm No 3242**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Calvin Colclasure**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 3243**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dewey W. Cole**
7948 Frankfort Hwy.
Fort Ashby, WV 26719

**Clm No 3244**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                         1079 of 3330

---

**Mary Cole**                          **Clm No 3245**   Filed In Cases: 140
36 Crestwood Circle
Hampton, VA 23669                      Class          Claim Detail Amount      Final Allowed Amount

UNS                $1,250.00
$1,250.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1,250.00

---

**Collin Coleman**                     **Clm No 3246**   Filed In Cases: 140
P.O. Box 14062
Norfolk, VA 23518                      Class          Claim Detail Amount      Final Allowed Amount

UNS                $1.00
$1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Jacqueline Coleman**                 **Clm No 3247**   Filed In Cases: 140
1411 Stengel Avenue
Baltimore, MD 21222                    Class          Claim Detail Amount      Final Allowed Amount

UNS                $1.00
$1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

### Claims Details

**John Coleman**
2215 Tuliptree Circle
Suffolk, VA 23435

**Clm No 3248**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Joreen Dolores Coleman**
1635 Kingsway Road
Norfolk, VA 23518

**Clm No 3249**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Margaret Coleman**
1204 Edenham Court Apt 203
Virginia Beach, VA 23464

**Clm No 3250**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

### Claims Details

1081 of 3330

---

**Richard Coleman**
1411 Stengel Ave.
Baltimore, MD 21222

**Clm No 3251**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ulysee Coleman**
6225 Alexander St, Apt G.
Norfolk, VA 23513

**Clm No 3252**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joan Coles**
101 Dakota Trail
Edenton, NC 27932

**Clm No 3253**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                      1082 of 3330

---

**Beverly Coles-Bowen**
213 Williamson Road
Portsmouth, VA 23707

**Clm No 3254**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Alton Collins**
733 Dutch Road
Suffolk, VA 23437

**Clm No 3255**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Charles Collins**
510 South Main Street
Norfolk, VA 23523

**Clm No 3256**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              1083 of 3330

---

**George Collins**                    **Clm No 3257**      Filed In Cases: 140
3012 Bridge Road
Suffolk, VA 23435                      Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                 $1.00
                                                          $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**James Collins**                     **Clm No 3258**      Filed In Cases: 140
700 Nottingham Road
Portsmouth, VA 23701                   Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                 $1.00
                                                          $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Lewis Collins**                     **Clm No 3259**      Filed In Cases: 140
2344 Ballentine Blvd.
Norfolk, VA 23509                      Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                 $1.00
                                                          $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1084 of 3330

---

**Linda Collins**
14 Greenbrier Road
Portsmouth, VA 23707

**Clm No 3260**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lisa Sala Collins**
12627 Weatherford Way
Orlando, FL 32832

**Clm No 3261**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Patricia Collins**
700 Nottingham Road
Portsmouth, VA 23701

**Clm No 3262**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                    1085 of 3330

---

**Robert Collins**                          **Clm No 3263**      Filed In Cases: 140
14 Greenbrier Road
Portsmouth, VA 23707                        Class            Claim Detail Amount      Final Allowed Amount

                                            UNS                      $1.00
                                                                     $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Sebastian Collins**                       **Clm No 3264**      Filed In Cases: 140
500 South 1st Street Apt 509
Charlottesville, VA 22902                    Class            Claim Detail Amount      Final Allowed Amount

                                            UNS                      $1.00
                                                                     $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Alice Colucci**                           **Clm No 3265**      Filed In Cases: 140
617 Washington Drive
Chesapeake, VA 23322                         Class            Claim Detail Amount      Final Allowed Amount

                                            UNS                      $1.00
                                                                     $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

---

*Claims Details*    1086 of 3330

---

**Alice Colucci**  
617 Washington Drive  
Chesapeake, VA 23322-7358

**Clm No 3266**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           1-Dec-2016  
Bar Date  
Claim Face Value     $1.00

---

**Robert Colyer**  
2498 Whaleyville Blvd.  
Suffolk, VA 23434

**Clm No 3267**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           1-Dec-2016  
Bar Date  
Claim Face Value     $1.00

---

**Lawrence Combs**  
1000 Everett Street  
Ahoskie, NC 27910

**Clm No 3268**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           1-Dec-2016  
Bar Date  
Claim Face Value     $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1087 of 3330

---

**John Comer**
2101 Southgate Road
Newport News, VA 23602

**Clm No 3269**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Otis Commander**
1538 Ocean Hwy.
Hertford, NC 27944

**Clm No 3270**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JoAnn Compton**
110 Bell Hill Drive
Yorktown, VA 23692

**Clm No 3271**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    1088 of 3330

| John Compton | **Clm No 3272** | Filed In Cases: 140 | |
| 110 Bell Hill Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Yorktown, VA 23692 | UNS | $1,250.00 | |
| | | $1,250.00 | |

Date Filed        1-Dec-2016
Bar Date
Claim Face Value    $1,250.00

| Chieftain Conant | **Clm No 3273** | Filed In Cases: 140 | |
| 130 Raymons Creek Road | Class | Claim Detail Amount | Final Allowed Amount |
| Shiloh, NC 27974 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed        1-Dec-2016
Bar Date
Claim Face Value    $1.00

| Earl Conaway | **Clm No 3274** | Filed In Cases: 140 | |
| 228 Blanket Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Copperas Cove, TX 76522 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed        1-Dec-2016
Bar Date
Claim Face Value    $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                     3/14/2018 3:55:46 PM

*Claims Details*                                                              1089 of 3330

---

**Renee S. Conaway**                    **Clm No 3275**    Filed In Cases: 140
6032 Edsal Road Apt 302
Alexandria, VA 22304                     Class            Claim Detail Amount    Final Allowed Amount

                                         UNS                      $1.00
                                                                  $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rodolfo Concepcion**                  **Clm No 3276**    Filed In Cases: 140
1600 Fanwood Ct.
Virginia Beach, VA 23456                 Class            Claim Detail Amount    Final Allowed Amount

                                         UNS                      $1.00
                                                                  $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Linda Conley**                        **Clm No 3277**    Filed In Cases: 140
19418 Oliver Drive
Smithfield, VA 23430                     Class            Claim Detail Amount    Final Allowed Amount

                                         UNS                      $1.00
                                                                  $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1090 of 3330

---

**Raymond Conley**
19418 Oliver Drive
Smithfield, VA 23430

**Clm No 3278**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Connelly**
14534 Old Court House Way, Apt. C204
Newport News, VA 23608

**Clm No 3279**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Conner**
363 Brightwood Ave.
Hampton, VA 23661

**Clm No 3280**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1091 of 3330

---

**Harry Conners**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 3281**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Edward Conrad**
811 West Farrow Court
Bel Air, MD 21014

**Clm No 3282**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew Consolvo**
1326 Laurel Ridge Lane
Chesapeake, VA 23322

**Clm No 3283**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

1092 of 3330

| **Ruben Conyers** | | **Clm No 3284** | Filed In Cases: 140 | |
| 4130 Gibbs Dairy Road | | Class | Claim Detail Amount | Final Allowed Amount |
| Sumter, SC 29154 | | UNS | $1.00 | |
| | | | $1.00 | |

| | |
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| **Carolyn Cook** | | **Clm No 3285** | Filed In Cases: 140 | |
| 17228 Black Creek Road | | Class | Claim Detail Amount | Final Allowed Amount |
| Zuni, VA 23898 | | UNS | $1.00 | |
| | | | $1.00 | |

| | |
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| **Evelyn Cook** | | **Clm No 3286** | Filed In Cases: 140 | |
| 5930 Contessa Drive | | Class | Claim Detail Amount | Final Allowed Amount |
| Gloucester, VA 23061 | | UNS | $1.00 | |
| | | | $1.00 | |

| | |
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              1093 of 3330

---

**Harold Cook**                          **Clm No 3287**    Filed In Cases: 140
15190 Cottage Hill Road
Sedley, VA 23878              | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Jerry Cook**                           **Clm No 3288**    Filed In Cases: 140
9209 Todd Avenue
Fort Howard, MD 21052        | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Robert Cook**                          **Clm No 3289**    Filed In Cases: 140
118 Roland Drive
Hampton, VA 23669            | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1,250.00 | |
| | $1,250.00 | |

Date Filed           1-Dec-2016
Bar Date
Claim Face Value        $1,250.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1094 of 3330

---

**Charlene Cooke**
41 Cannonball Cir.
Hampton, VA 23669

**Clm No 3290**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joseph Cooke**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 3291**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ralph Cooke**
P.O. Box 478
Gloucester, VA 23061

**Clm No 3292**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## *Claims Details*

1095 of 3330

---

**Ralph Cooke**
P.O. Box 478
Gloucester, VA 23061

**Clm No 3293**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**William Cooke**
2225 Georgetown Blvd.
Chesapeake, VA 23325

**Clm No 3294**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**William Cooke**
5109 Goldsboro Drive Apt 28G
Hampton, VA 23605

**Clm No 3295**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1096 of 3330

---

**Alice Cooper**
P.O. Box 3003
Portsmouth, VA 23701

**Clm No 3296**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Brenda Cooper**
5128 Dundee Lane
Virginia Beach, VA 23464

**Clm No 3297**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Felecia Cooper**
6108 Lexington Ct., #A
Virginia Beach, VA 23464

**Clm No 3298**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    1097 of 3330

---

**Lawrence Cooper**
7927 Berkeley Drive
Gloucester, VA 23062

**Clm No 3299**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Medenia Cooper**
1127 Garden Drive
Newport News, VA 23607

**Clm No 3300**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Nancy Cooper**
7927 Berkeley Drive
Gloucester, VA 23062

**Clm No 3301**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*   3/14/2018 3:55:46 PM

*Claims Details*   1098 of 3330

---

**Alonzo Copeland**
903 Bold Street
Portsmouth, VA 23701

**Clm No 3302**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed   1-Dec-2016
Bar Date
Claim Face Value   $1.00

---

**Andre L. Copeland**
908 Lincoln Street
Portsmouth, VA 23704

**Clm No 3303**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed   1-Dec-2016
Bar Date
Claim Face Value   $1.00

---

**Benjamin Copeland**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 3304**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed   1-Dec-2016
Bar Date
Claim Face Value   $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              1099 of 3330

---

**Carolyn Copeland**
234 Punch Bowl Road
Hobbsville, NC 27946

**Clm No 3305**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 1-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**David Copeland**
209 Ivey Street
Portsmouth, VA 23701

**Clm No 3306**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 1-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Dennis Copeland**
248 Bishop Street
Chesapeake, VA 23323

**Clm No 3307**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 1-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

### Claims Details

1100 of 3330

| **Ervin Copeland** | **Clm No 3308** | Filed In Cases: 140 | |
|---|---|---|---|
| 234 Punch Bowl Road | Class | Claim Detail Amount | Final Allowed Amount |
| Hobbsville, NC 27946 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Floyd Copeland** | **Clm No 3309** | Filed In Cases: 140 | |
|---|---|---|---|
| 822 Liston Lane | Class | Claim Detail Amount | Final Allowed Amount |
| Portsmouth, VA 23701 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Lorenzo Copeland** | **Clm No 3310** | Filed In Cases: 140 | |
|---|---|---|---|
| 114 Queen Annes Court | Class | Claim Detail Amount | Final Allowed Amount |
| Suffolk, VA 23434 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**    3/14/2018 3:55:46 PM

*Claims Details*    1101 of 3330

---

**Margie Copeland**    **Clm No 3311**    Filed In Cases: 140
200-59 Hazelton Road
Gates, NC 27937

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed    1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Patricia Copeland**    **Clm No 3312**    Filed In Cases: 140
900 Hillwell Road
Chesapeake, VA 23322

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed    1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Raymond Copeland**    **Clm No 3313**    Filed In Cases: 140
804 West Constance Road, Apt. #219
Suffolk, VA 23434

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed    1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1102 of 3330

---

**Ronnie Copeland**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 3314**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Tyrone Copeland**
111 Carol Lane
Portsmouth, VA 23701

**Clm No 3315**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Vernon Copeland**
100 Dover Court, Apt. 700
Suffolk, VA 23334-4867

**Clm No 3316**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                      1103 *of* 3330

---

**William Copeland**                    **Clm No 3317**    Filed In Cases: 140
457 Arbor Ridge Drive
Stone Mountain, GA 30087           Class          Claim Detail Amount      Final Allowed Amount

                                   UNS                    $1.00
                                                          $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**William Copeland**                    **Clm No 3318**    Filed In Cases: 140
900 Hillwell Road
Chesapeake, VA 23322              Class          Claim Detail Amount      Final Allowed Amount

                                   UNS                    $1.00
                                                          $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Louise L. Copley**                    **Clm No 3319**    Filed In Cases: 140
1709 Lexington Drive
Elizabeth City, NC 27909          Class          Claim Detail Amount      Final Allowed Amount

                                   UNS                    $1.00
                                                          $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    1104 of 3330

---

**Donna Corbett**
6501 N. Charles Street
Baltimore, MD 21204

**Clm No 3320**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gary Corbett**
P.O. Box 9677
Chesapeake, VA 23321

**Clm No 3321**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Victor Corbin**
635 Queensgate Rd
Baltimore, MD 21229-4435

**Clm No 3322**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**James Cordell**
1036 44th Street
Newport News, VA 23607

**Clm No 3323**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Jerry Corley**
12701 Bricehollow Road
Cumberland, MD 21502

**Clm No 3324**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Robert Corley**
137 Dana Drive
Suffolk, VA 23434

**Clm No 3325**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    1106 of 3330

---

**Geraldine Cornell**
c/o Sharon Klusek
33541 Wilgus Cemetery Road
Frankford, DE 19945

**Clm No 3326**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Belinda Cornish**
415 Buedel Court
Sparks, MD 21152

**Clm No 3327**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Curtis Corprew**
643 Quail Ave.
Chesapeake, VA 23324

**Clm No 3328**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

| Peter Corprew | Clm No 3329 | Filed In Cases: 140 | |
|---|---|---|---|
| 1113 Holladay Street | Class | Claim Detail Amount | Final Allowed Amount |
| Portsmouth, VA 23704 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed      1-Dec-2016
Bar Date
Claim Face Value      $1.00

| Robert Corprew | Clm No 3330 | Filed In Cases: 140 | |
|---|---|---|---|
| 954 Avenue F | Class | Claim Detail Amount | Final Allowed Amount |
| Norfolk, VA 23513-1706 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed      1-Dec-2016
Bar Date
Claim Face Value      $1.00

| Francisco Corpuz | Clm No 3331 | Filed In Cases: 140 | |
|---|---|---|---|
| 4113 White Beam Court | Class | Claim Detail Amount | Final Allowed Amount |
| Virginia Beach, VA 23462 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed      1-Dec-2016
Bar Date
Claim Face Value      $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

1108 of 3330

---

| Faustino Cortes-Garcia | **Clm No 3332** | Filed In Cases: 140 | |
|---|---|---|---|
| 8017 W. Glen Road | Class | Claim Detail Amount | Final Allowed Amount |
| Norfolk, VA 23505 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| Anthony Costa | **Clm No 3333** | Filed In Cases: 140 | |
|---|---|---|---|
| 3808 Highland Court | Class | Claim Detail Amount | Final Allowed Amount |
| Virginia Beach, VA 23456 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| Harold Coston | **Clm No 3334** | Filed In Cases: 140 | |
|---|---|---|---|
| 305 St. Thomas Dr, Apt. F | Class | Claim Detail Amount | Final Allowed Amount |
| Newport News, VA 23606 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Howard Cotton**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 3335**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

**Wilbert Cotton**
3129 Bruno Dr.
Chesapeake, VA 23323

**Clm No 3336**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Albert Council**
301 1/2 Goodman Street
Suffolk, VA 23434

**Clm No 3337**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                 **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*

| **Albert Council** | | **Clm No 3338** | Filed In Cases: 140 | |
| --- | --- | --- | --- | --- |
| P.O. Box 3361 | | Class | Claim Detail Amount | Final Allowed Amount |
| Suffolk, VA 23439 | | UNS | $1,250.00 | |
| | | | $1,250.00 | |
| | | | | |
| Date Filed | 1-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1,250.00 | | | |

| **Carolyn Council** | | **Clm No 3339** | Filed In Cases: 140 | |
| --- | --- | --- | --- | --- |
| 4221 Swannanoa Drive | | Class | Claim Detail Amount | Final Allowed Amount |
| Portsmouth, VA 23703 | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 1-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **Henry Council** | | **Clm No 3340** | Filed In Cases: 140 | |
| --- | --- | --- | --- | --- |
| 1403 Darren Drive | | Class | Claim Detail Amount | Final Allowed Amount |
| Portsmouth, VA 23701 | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 1-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Jesse Council**
4221 Swannanoa Drive
Portsmouth, VA 23703

**Clm No 3341**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Maggie Counts**
726 Driskill Court
Virginia Beach, VA 23464

**Clm No 3342**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Anthony Covato**
17 Holly Lane
Uniontown, PA 15401

**Clm No 3343**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Beverly K. Covato**
242 Goosepond Road
Emporia, VA 23847

**Clm No 3344**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|-------------------|-------------|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Clarence Covington**
4152 Stonebridge Landing
Chesapeake, VA 23321

**Clm No 3345**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------------------|-------------|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Leander Covington**
5016 Evelyn Court
Newport News, VA 23605

**Clm No 3346**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|-------------------|-------------|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/14/2018 3:55:46 PM

*Claims Details*                                                                                1113 of 3330

---

**Rayford Coward**
5908 Willet Ave.
Baltimore, MD 21206

**Clm No 3347**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Leonard Cowger**
13119 Grouse Ridge Road
Little Orleans, MD 21766

**Clm No 3348**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Beverly Cox**
901 Ocean Blvd, Unit 16
Atlantic Beach, FL 32233

**Clm No 3349**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                        1114 of 3330

---

**Harry Cox**                          **Clm No 3350**     Filed In Cases: 140
2156 Millville Road
Chesapeake, VA 23323               Class          Claim Detail Amount        Final Allowed Amount

                                   UNS                  $1.00
                                                        $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Howard Cox**                         **Clm No 3351**     Filed In Cases: 140
224 C Dockside Drive
Hampton, VA 23669                  Class          Claim Detail Amount        Final Allowed Amount

                                   UNS                  $1.00
                                                        $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**John Cox**                           **Clm No 3352**     Filed In Cases: 140
8 Minte Drive
Baltimore, MD 21236                Class          Claim Detail Amount        Final Allowed Amount

                                   UNS                  $1.00
                                                        $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Marcus Cox**
P.O. Box 1351
Newport News, VA 23601-0351

**Clm No 3353**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mary Cox**
257 Twilight Shores Road
Eatonton, GA 31024

**Clm No 3354**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Treva Cox**
P.O. Box 43723
Nottingham, MD 21236

**Clm No 3355**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**    3/14/2018 3:55:46 PM

*Claims Details*    1116 of 3330

---

**Mark Coyle**                          **Clm No 3356**    Filed In Cases: 140
109 Fair Oaks Drive
Johnstown, PA 15905                      Class         Claim Detail Amount      Final Allowed Amount

                                        UNS                  $1.00
                                                             $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**William Cradle**                      **Clm No 3357**    Filed In Cases: 140
340 Hidenwood Drive, Apt. G2
Newport News, VA 23606                   Class         Claim Detail Amount      Final Allowed Amount

                                        UNS                  $1.00
                                                             $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**William Craig**                       **Clm No 3358**    Filed In Cases: 140
1420 Brookwood Place
Virginia Beach, VA 23453                 Class         Claim Detail Amount      Final Allowed Amount

                                        UNS                  $1.00
                                                             $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**         **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**    3/14/2018 3:55:46 PM

*Claims Details*

---

**Pamela Crandol**    **Clm No 3359**    Filed In Cases: 140
15600 Exter Mill Road
Chesterfield, VA 23838

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Crandol**    **Clm No 3360**    Filed In Cases: 140
33 Garland Drive
Newport News, VA 23606

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Bobby Crane**    **Clm No 3361**    Filed In Cases: 140
1017 Pennsylvania Ave.
Suffolk, VA 23434

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1118 of 3330

---

**Richard Crane**
6758 East Brook Drive
Keystone Heights, FL 32656

**Clm No 3362**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Duane Craps**
309 Washington St.
Portsmouth, VA 23704

**Clm No 3363**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Buena Crayton**
6606 Branch Road
Hayes, VA 23072

**Clm No 3364**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                           3/14/2018 3:55:46 PM

## *Claims Details*                                                                 1119 of 3330

---

**Charles Crayton**
6606 Branch Road
Hayes, VA 23072

**Clm No 3365**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Claudia C. Crayton**
1905 McDowell Road
Norfolk, VA 23518

**Clm No 3366**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**James Creamer**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 3367**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                           1120 of 3330

---

**Donald Credle**                  **Clm No 3368**      Filed In Cases: 140
2510 Columbia Ave.
Norfolk, VA 23509                   Class            Claim Detail Amount      Final Allowed Amount

                                   UNS                    $1.00
                                                          $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Doris Creech**                   **Clm No 3369**      Filed In Cases: 140
143 Middleburg Hunt Road
Hampton, VA 23666                  Class            Claim Detail Amount      Final Allowed Amount

                                   UNS                    $1.00
                                                          $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Leah Creecy**                    **Clm No 3370**      Filed In Cases: 140
5680 Haggard Drive
Mableton, GA 30126                 Class            Claim Detail Amount      Final Allowed Amount

                                   UNS                    $1.00
                                                          $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value          $1.00

Duplicate Claim No    3371

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**        FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

**Leah Creecy**
5680 Haggard Drive
Mableton, GA 30126

**Clm No 3371**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

Duplicate Claim No    3370

---

**Milford Creecy**
P.O. Box 2151
Elizabeth City, NC 27906

**Clm No 3372**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Patricia Creef**
4106 Hamilton St.
Chesapeake, VA 23324

**Clm No 3373**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    1122 of 3330

| Gloria Creekmore | **Clm No 3374** | Filed In Cases: 140 | |
|---|---|---|---|
| 4241 Sedgewyck Circle | | | |
| Portsmouth, VA 23703 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Sherman Creekmore | **Clm No 3375** | Filed In Cases: 140 | |
|---|---|---|---|
| 1500 Berkley Ave.  Apt 3B | | | |
| Norfolk, VA 23523 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Roger Creter | **Clm No 3376** | Filed In Cases: 140 | |
|---|---|---|---|
| 3902 Winchester Drive | | | |
| Portsmouth, VA 23707 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1,250.00 | |
| | | $1,250.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1,250.00 |

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                             1123 of 3330

---

**David Crittenden**                    **Clm No 3377**    Filed In Cases: 140
711 Nottingham Road
Portsmouth, VA 23701                     Class        Claim Detail Amount    Final Allowed Amount

                                        UNS              $1.00
                                                         $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Phyllis Crittenden**                  **Clm No 3378**    Filed In Cases: 140
1783 Mill Wood Way
Suffolk, VA 23434                       Class        Claim Detail Amount    Final Allowed Amount

                                        UNS              $1.00
                                                         $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Roger Crittenden**                    **Clm No 3379**    Filed In Cases: 140
1783 Mill Wood Way
Suffolk, VA 23434                       Class        Claim Detail Amount    Final Allowed Amount

                                        UNS            $1,250.00
                                                       $1,250.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value       $1,250.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

## *Claims Details*

**Robert Crockett**                    **Clm No 3380**    Filed In Cases: 140
8 Lake Ontario Court
Hampton, VA 23669

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Russell Crockett**                    **Clm No 3381**    Filed In Cases: 140
350 Teel Street
Christiansburg, VA 24703

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Arthur Cross**                    **Clm No 3382**    Filed In Cases: 140
3511 Sugar Run
Chesapeake, VA 23321

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Charles Cross**
108 West County Street
Hampton, VA 23669

**Clm No 3383**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Cross**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 3384**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Curtis Cross**
509 Bunche Blvd.
Portsmouth, VA 23701

**Clm No 3385**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Emily Cross**
105 Crosstown Road
Gates, NC 27937

**Clm No 3386**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Floyd Cross**
1508 Virginia Street
Franklin, VA 23851

**Clm No 3387**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mae Cross**
1508 Virginia Street
Franklin, VA 23851

**Clm No 3388**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1127 of 3330

---

**Rogers Cross**
4163 Bishops Place
Portsmouth, VA 23703

**Clm No 3389**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Ronald Cross**
917 Palomino Street
Monteca CA, 95336

**Clm No 3390**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Ronald Edward Cross**
4424 Birch Road
Portsmouth, VA 23703

**Clm No 3391**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1128 of 3330

---

**William Cross**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 3392**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Crowder**
26330 Williamsburg Road
Federalsburg, MD 21632-2756

**Clm No 3393**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jean Crowder**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 3394**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                            3/14/2018 3:55:46 PM

*Claims Details*                                                                 1129 of 3330

| Ralph Croyle | **Clm No 3395** | Filed In Cases: 140 | |
|---|---|---|---|
| 57 Woodfin Road | Class | Claim Detail Amount | Final Allowed Amount |
| Newport News, VA 23601 | UNS | $1,250.00 | |
| | | $1,250.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1,250.00 |

| Ronald Crumbliss | **Clm No 3396** | Filed In Cases: 140 | |
|---|---|---|---|
| 623 Maple Lake Road | Class | Claim Detail Amount | Final Allowed Amount |
| Bridgeport, WV 26330 | UNS | $1,250.00 | |
| | | $1,250.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1,250.00 |

| Anthony Crump | **Clm No 3397** | Filed In Cases: 140 | |
|---|---|---|---|
| 1310 24th Street | Class | Claim Detail Amount | Final Allowed Amount |
| Newport News, VA 23607 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Horace Crumpler**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 3398**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alberto Cruz**
P.O. Box 64612
Virginia Beach, VA 23467

**Clm No 3399**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Antonio Cuerpo**
841 Tamarack Court
Virginia Beach, VA 23462-4921

**Clm No 3400**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/14/2018 3:55:46 PM

*Claims Details*                                              1131 of 3330

---

**Apolinario Cuerpo**                    **Clm No 3401**      Filed In Cases: 140
3424 Landstown Court
Virginia Beach, VA 23453            Class          Claim Detail Amount      Final Allowed Amount

                                   UNS                 $1.00
                                                       $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Emma Cuffee**                          **Clm No 3402**      Filed In Cases: 140
4005 Ahoy Court
Chesapeake, VA 23321               Class          Claim Detail Amount      Final Allowed Amount

                                   UNS                 $1.00
                                                       $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Novella Cuffee**                       **Clm No 3403**      Filed In Cases: 140
2017 Timber Lane
Chesapeake, VA 23324               Class          Claim Detail Amount      Final Allowed Amount

                                   UNS                 $1.00
                                                       $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                E-mail: claimsmanager@omnimgt.com          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

## *Claims Details*

**Reginald Cuffee**
8600 Gibbs Lane
Henrico, VA 23231

**Clm No 3404**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Cuffee**
1252 Quarter Path Trail
Chesapeake, VA 23320

**Clm No 3405**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Cuffee**
9 Langley Circle
Portsmouth, VA 23701

**Clm No 3406**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                   1133 of 3330

---

**John Culliton**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 3407**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thurlow Culpepper**
119 Douglas Ave, Apt. 4
Portsmouth, VA 23704

**Clm No 3408**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Karen Cumberland**
1234 Linden Ave
Halethorpe, MD 21227

**Clm No 3409**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*                                                      1134 of 3330

---

**Allyn Cummings**          **Clm No 3410**    Filed In Cases: 140
3521 Moore Road
Portsmouth, VA 23703        Class          Claim Detail Amount      Final Allowed Amount

                            UNS                    $1.00

                                                   $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Allen Custis**           **Clm No 3411**    Filed In Cases: 140
P.O. Box 65
Wicomico, VA 23184         Class          Claim Detail Amount      Final Allowed Amount

                            UNS                 $1,250.00

                                               $1,250.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value      $1,250.00

---

**Dexter Cutler**          **Clm No 3412**    Filed In Cases: 140
13165 Eva Boulevard
Chesapeake, VA 23320       Class          Claim Detail Amount      Final Allowed Amount

                            UNS                    $1.00

                                                   $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    1135 of 3330

---

**Larry Cutright**          **Clm No 3413**    Filed In Cases: 140
1625 Webb Court
Virginia Beach, VA 23464    Class          Claim Detail Amount    Final Allowed Amount

                            UNS                  $1.00

                                                 $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Beverly Cypress**          **Clm No 3414**    Filed In Cases: 140
4003 Saw Mill Court
Chesapeake, VA 23321       Class          Claim Detail Amount    Final Allowed Amount

                            UNS                  $1.00

                                                 $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Susan Cyr**          **Clm No 3415**    Filed In Cases: 140
117 River Breeze Road
Suffolk, VA 23435         Class          Claim Detail Amount    Final Allowed Amount

                            UNS                $1,250.00

                                               $1,250.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value     $1,250.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Wilbert Dahlstrom**
3508 Berkley Road
Darlington, MD 21034

**Clm No 3416**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Russell Dail**
1462-A  Whaleyville Blvd.
Suffolk, VA 23434

**Clm No 3417**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas Dailey**
9332 Cross Street
Suffolk, VA 23433

**Clm No 3418**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Edward Dale**
5116 Lunar Drive
Kitty Hawk, NC 27949

**Clm No 3419**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Thurman Dale**
620 Rosaer Lane
Virginia Beach, VA 23464

**Clm No 3420**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**William Dale**
10175 Island Road
Bristol, VA 24202

**Clm No 3421**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Ermanno D'Amico**
1509 Brian Road
Baltimore, MD 21237

**Clm No 3422**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alonzo Dancy**
4889 Windermere Avenue
Norfolk, VA 23513

**Clm No 3423**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Laurence Dancy**
1801 Springfield Avenue
Norfolk, VA 23523

**Clm No 3424**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                                                      1139 of 3330

---

**Barry Danforth**                          **Clm No 3425**        Filed In Cases: 140
118 Culpepper Lane
Elizabeth City,  NC 27909                   Class              Claim Detail Amount        Final Allowed Amount

                                            UNS                     $1.00
                                                                    $1.00

        Date Filed            1-Dec-2016
        Bar Date
        Claim Face Value          $1.00

---

**Mary E. Daniel**                          **Clm No 3426**        Filed In Cases: 140
44650 Seeley Drive
La Quinta,  CA 92253                         Class              Claim Detail Amount        Final Allowed Amount

                                            UNS                     $1.00
                                                                    $1.00

        Date Filed            1-Dec-2016
        Bar Date
        Claim Face Value          $1.00

---

**Bobby Daniels**                           **Clm No 3427**        Filed In Cases: 140
5937 Gainor Place
Norfolk,  VA 23502                           Class              Claim Detail Amount        Final Allowed Amount

                                            UNS                     $1.00
                                                                    $1.00

        Date Filed            1-Dec-2016
        Bar Date
        Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Constance Daniels**
9359  103rd St, Lot 109
Jacksonville,  FL 32210

**Clm No 3428**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Elvin Daniels**
13104 Point Pleasant Drive
Fairfax,  VA 22033

**Clm No 3429**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**James Daniels**
1805 Leedom Road
Virginia Beach,  VA 23464

**Clm No 3430**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                      1141 of 3330

---

**Raymond Daniels**                    **Clm No 3431**    Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2            Class         Claim Detail Amount      Final Allowed Amount
Hunt Valley, MD 21030
                                      UNS                  $1.00
                                                           $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Robert Daniels**                     **Clm No 3432**    Filed In Cases: 140
910 Trice Terrace ,Apt A
Norfolk,  VA 23502                     Class         Claim Detail Amount      Final Allowed Amount

                                      UNS                  $1.00
                                                           $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Romie Daniels**                      **Clm No 3433**    Filed In Cases: 140
7501 River Road Unit # 16D
Newport News,  VA 23607               Class         Claim Detail Amount      Final Allowed Amount

                                      UNS                  $1.00
                                                           $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**     PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              1142 of 3330

---

**Elvin Daniels Jr**                     **Clm No 3434**    Filed In Cases: 140
13104 Point Pleasant Drive
Fairfax,  VA 22033                        Class         Claim Detail Amount    Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Victoria Lynn Danker**                 **Clm No 3435**    Filed In Cases: 140
5701 Carrington Dr.
White Marsh,  MD 21162                    Class         Claim Detail Amount    Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Eleanor D'Anna**                       **Clm No 3436**    Filed In Cases: 140
261 Beckenham Circle, Unit 201
Bel Air,  MD 21014                        Class         Claim Detail Amount    Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

1143 of 3330

**Kathy Darby**
50 Ridgewood Parkway
Newport News,  VA 23608

**Clm No 3437**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Henry Darden**
2709 Spruce Street
Norfolk,  VA 23513

**Clm No 3438**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Joseph Darden**
c/o Mrs. Helen Darden
1513 Marshall Avenue
Portsmouth,  VA 23704

**Clm No 3439**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*   3/14/2018 3:55:46 PM

*Claims Details*   1144 of 3330

---

**Larry Darden**
4429 Godwin Blvd.
Suffolk,  VA 23434

**Clm No 3440**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Darden**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 3441**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Maynard Daulton**
165 Mark Twain Drive
Newport News,  VA 23602

**Clm No 3442**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                      1145 of 3330

---

**Georgie Davenport**                    **Clm No 3443**      Filed In Cases: 140
183 N. Ridge Drive
Parrottsville, TN 37843            Class            Claim Detail Amount        Final Allowed Amount

                                  UNS                    $1.00
                                                         $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Herbert Davenport**                    **Clm No 3444**      Filed In Cases: 140
183 N. Ridge Drive
Pattottsville, TN 37843            Class            Claim Detail Amount        Final Allowed Amount

                                  UNS                    $1.00
                                                         $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Joyce Davenport**                      **Clm No 3445**      Filed In Cases: 140
c/o Jeffery Karnes
1340 Shoreview Circle              Class            Claim Detail Amount        Final Allowed Amount
Hardy, VA 24101
                                  UNS                    $1.00
                                                         $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              1146 of 3330

---

**Garfield Davidson**                    **Clm No 3446**        Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2        Class          Claim Detail Amount        Final Allowed Amount
Hunt Valley, MD 21030
                                  UNS                $1.00
                                                     $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Albert Davis**                        **Clm No 3447**        Filed In Cases: 140
312 Popler Avenue
Norfolk,  VA 23523                Class          Claim Detail Amount        Final Allowed Amount

                                  UNS                $1.00
                                                     $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Alexander Davis**                     **Clm No 3448**        Filed In Cases: 140
3146 North Stone Bridge Drive
Norfolk,  VA 23504                Class          Claim Detail Amount        Final Allowed Amount

                                  UNS                $1.00
                                                     $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1147 of 3330

**Carl Davis**
1911 Hurst Drive
Hampton,  VA 23663-1130

**Clm No 3449**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Carl Davis**
P.O. Box 55166
Norfolk,  VA 23505

**Clm No 3450**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Debra Davis**
831 Maltby Crescent
Norfolk VA,  23504

**Clm No 3451**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

**Dennis Davis**
541 Crown Cresent
Chesapeake,  VA 23325

**Clm No 3452**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Denvip Davis**
2100 Field Brook Place
Suffolk,  VA 23434

**Clm No 3453**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Edith Davis**
2100 Field Brook Place
Suffolk,  VA 23434

**Clm No 3454**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                    1149 *of* 3330

---

**George Davis**                    **Clm No 3455**    Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2          Class              Claim Detail Amount        Final Allowed Amount
Hunt Valley, MD 21030
                                    UNS                $1,250.00
                                                       $1,250.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1,250.00

---

**Glenn Davis**                     **Clm No 3456**    Filed In Cases: 140
1114 Centre Avenue
Portsmouth,  VA 23704               Class              Claim Detail Amount        Final Allowed Amount

                                    UNS                $1.00
                                                       $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Grover Davis**                    **Clm No 3457**    Filed In Cases: 140
6155 Axton Road
Axton,  VA 24054                    Class              Claim Detail Amount        Final Allowed Amount

                                    UNS                $1.00
                                                       $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

---

**Horace Davis**
5012 Glenwood Way
Virginia Beach,  VA 23456

**Clm No 3458**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|--|--|--|
| Date Filed | 1-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**James Davis**
1951 Old Jolliff Road
Chesapeake,  VA 23321

**Clm No 3459**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | | |
|--|--|--|
| Date Filed | 1-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1,250.00 | |

---

**James Davis**
443 Manor Road, Apt 14
Newport News,  VA 23608

**Clm No 3460**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|--|--|--|
| Date Filed | 1-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    1151 of 3330

---

**Jerry Davis**
21 Bush Ave.
Philippi, WV 26416

**Clm No 3461**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**John Davis**
1007 Basie Crescent
Portsmouth, VA 23701

**Clm No 3462**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Margery Davis**
5800 Pleasant Woods Court
Portsmouth, VA 23703

**Clm No 3463**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Mary Davis**
1911 Hurst Drive
Hampton, VA 23663-1130

**Clm No 3464**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Michael Davis**
2315 Pocaty Road
Chesapeake, VA 23322

**Clm No 3465**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Mildred Davis**
1119 Horne Avenue
Portsmouth, VA 23701

**Clm No 3466**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              1153 of 3330

---

**Nancy Davis**                          **Clm No 3467**      Filed In Cases: 140
3804 Aspin St
Portsmouth,  VA 23703                     Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                  $1.00
                                                              $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Nancy Davis**                          **Clm No 3468**      Filed In Cases: 140
3804 Aspin Street
Portsmouth,  VA 23703                     Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                  $1.00
                                                              $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Nathan Davis**                         **Clm No 3469**      Filed In Cases: 140
2327 Jamestown Avenue
Hampton,  VA 23661                        Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                  $1.00
                                                              $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Patricia Davis**
5100 Old Pughsville Road
Chesapeake,  VA 23321

**Clm No 3470**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robin A. Davis**
754 Hunters Quay
Chesapeake,  VA 23320

**Clm No 3471**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ruth Davis**
1549 Crystal Lake Drive
Portsmouth,  VA 23701

**Clm No 3472**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

---

**Ruth Davis**
1549 Crystal Lake Dr.
Portsmouth,  VA 23701

**Clm No 3473**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Varney Davis**
1145 New Market Drive
Virginia Beach,  VA 23464

**Clm No 3474**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Veronica C. Davis**
349 Seybert Avenue
Waynesboro,  VA 22980

**Clm No 3475**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## *Claims Details*

**Lelia Davis Melton**
515 Spectator Street
Portsmouth, VA 23701

**Clm No 3476**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dennis Dawson**
9610 Ninth Avenue
Baltimore, MD 21234

**Clm No 3477**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ursulus Day**
212 Pinehurst Drive
Smithfield, VA 23430

**Clm No 3478**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*                                                                    1157 of 3330

---

**Daniel Daye**                          **Clm No 3479**    Filed In Cases: 140
605 Taft Drive
Portsmouth,  VA 23701          Class          Claim Detail Amount      Final Allowed Amount

                               UNS                    $1.00
                                                      $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Vivian Daye**                          **Clm No 3480**    Filed In Cases: 140
6409 Ball Avenue
Norfolk,  VA 23518             Class          Claim Detail Amount      Final Allowed Amount

                               UNS                    $1.00
                                                      $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**James Deagle**                         **Clm No 3481**    Filed In Cases: 140
1106 Patrick Lane
Newport News,  VA 23608       Class          Claim Detail Amount      Final Allowed Amount

                               UNS                    $1.00
                                                      $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                      1158 of 3330

---

**Betty Deal**                          **Clm No 3482**    Filed In Cases: 140
P. O. Box 5
White Marsh,  VA 23183

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1,250.00

---

**Darryl Deal**                         **Clm No 3483**    Filed In Cases: 140
2500 E. Princess Anne Road Apt 334
Norfolk,  VA 23504

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Noah Deal**                           **Clm No 3484**    Filed In Cases: 140
8444 Navajo Trail
Gloucester,  VA 23061

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

### Claims Details

**Calvin Debraux**
1025 Charlotte St.
Norfolk,  VA 23504

**Clm No 3485**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**John DeCarmo**
3401 Sky View Place
Lynchburg,  VA 24503

**Clm No 3486**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

**Keith Decker**
c/o Patrick M. Smith, Esq.
7412 Baltimore-Annapolis Blvd.
Glen Burnie,  MD 21061

**Clm No 3487**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**    3/14/2018 3:55:46 PM

*Claims Details*    1160 of 3330

---

**Keith Decker**
c/o Patrick M. Smith, Esq.
7412 Baltimore-Annapolis Blvd.
Glen Burnie,  MD 21061

**Clm No 3488**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**David DeCook**
4758 Kempsville Grns Pkwy
Virginia Beach ,  VA 23462

**Clm No 3489**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joseph Del Signore**
3447 Garden Road
Pasadena,  MD 21122

**Clm No 3490**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

---

**Luis Dela Cruz**
2112 Fort Belvoir Drive
Virginia Beach,  VA 23464

**Clm No 3491**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Samuel DeLarge**
3009 Sir Meliot Drive
Chesapeake,  VA 23323

**Clm No 3492**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Junius Delk**
900 Daphia Circle Apt 96
Newport News VA,  23601

**Clm No 3493**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*　　　　　3/14/2018 3:55:46 PM

*Claims Details*　　　　　　　　　　　　　　　　　　　　　1162 of 3330

| Francis Deloatch | **Clm No 3494** | Filed In Cases: 140 | |
| 3717 Bosun Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Chesapeake,  VA 23321 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

| Leander Deloatch | **Clm No 3495** | Filed In Cases: 140 | |
| 220 Fillmore Place | Class | Claim Detail Amount | Final Allowed Amount |
| Chesapeake,  VA 23325 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

| William Deloatche | **Clm No 3496** | Filed In Cases: 140 | |
| 1117 Wall Avenue | Class | Claim Detail Amount | Final Allowed Amount |
| Hopewell,  VA 23860 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**　　　**Visit us on the Web at www.omnimgt.com**　　　**PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**　　　　　**E-mail: claimsmanager@omnimgt.com**　　　**FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              1163 of 3330

---

**John Delost**                    **Clm No 3497**      Filed In Cases: 140
201 Warren Avenue, Apt 101
Baltimore,  MD 21230              | Class | Claim Detail Amount | Final Allowed Amount |
                                 |-------|---------------------|----------------------|
                                 | UNS   | $1.00               |                      |
                                 |       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Robert DeLost**                  **Clm No 3498**      Filed In Cases: 140
213 Pennsylvania Ave.
Pasadena,  MD 21122              | Class | Claim Detail Amount | Final Allowed Amount |
                                 |-------|---------------------|----------------------|
                                 | UNS   | $1.00               |                      |
                                 |       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**William Delost, Jr**             **Clm No 3499**      Filed In Cases: 140
73 John Street
Berkeley Springs,  WV 25411     | Class | Claim Detail Amount | Final Allowed Amount |
                                 |-------|---------------------|----------------------|
                                 | UNS   | $1.00               |                      |
                                 |       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

## Claims Details

1164 of 3330

| **Philip Delp** | | **Clm No 3500** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 134 Lorna Doorne Drive | | Class | Claim Detail Amount | Final Allowed Amount |
| Yorktown, VA 23692 | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 1-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **Gerald Delphia** | | **Clm No 3501** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 821 Bowling Green Trail | | Class | Claim Detail Amount | Final Allowed Amount |
| Chesapeake, VA 23320 | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 1-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **Harold Delphia** | | **Clm No 3502** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 517 Appaloosa Trail | | Class | Claim Detail Amount | Final Allowed Amount |
| Chesapeake, VA 23323 | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 1-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                3/14/2018 3:55:46 PM

*Claims Details*

---

**Lisa Delphia**                                    **Clm No 3503**    Filed In Cases: 140
517 Appaloosa Trail
Chesapeake,  VA 23323

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Juanito DelRosario**                              **Clm No 3504**    Filed In Cases: 140
1809 Skyline Drive
Norfolk,  VA 23518

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Samuel DeMos**                                    **Clm No 3505**    Filed In Cases: 140
629 14th Street
Ramona,  CA 92065

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Ruben Denina**
2217 Wild Oak Crescent
Virginia Beach,  VA 23456-4050

**Clm No 3506**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Dennard**
1801 Charleston Avenue
Portsmouth,  VA 23704

**Clm No 3507**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Michelle Dennard**
7655 Lady Blair Lane
Richmond,  VA 23235

**Clm No 3508**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                        1167 of 3330

---

**Eunice Denson**                      **Clm No 3509**    Filed In Cases: 140
13299 Bethany Church Road
Smithfield,  VA 23430              | Class | Claim Detail Amount | Final Allowed Amount |
                                  |-------|--------------------|--------------------|
                                  | UNS   | $1.00              |                    |
                                  |       | $1.00              |                    |

Date Filed              1-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**James Denton**                       **Clm No 3510**    Filed In Cases: 140
10080 Bolling Blvd.
Carrollton,  VA 23314             | Class | Claim Detail Amount | Final Allowed Amount |
                                  |-------|--------------------|--------------------|
                                  | UNS   | $1.00              |                    |
                                  |       | $1.00              |                    |

Date Filed              1-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Marilyn Derka**                      **Clm No 3511**    Filed In Cases: 140
203 Upperlanding Rd.
Baltimore,  MD 21221              | Class | Claim Detail Amount | Final Allowed Amount |
                                  |-------|--------------------|--------------------|
                                  | UNS   | $1.00              |                    |
                                  |       | $1.00              |                    |

Date Filed              1-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/14/2018 3:55:46 PM

*Claims Details*                                                    1168 of 3330

---

**Theodore Derka**
203 Upperlanding Road
Baltimore,  MD 21221

**Clm No 3512**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**James R. DeRosa**
P. O. Box 182
Fallston,  MD 21047

**Clm No 3513**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Frank DeShields**
3438 Budd Drive
Norfolk,  VA 23518

**Clm No 3514**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Susan Devenny**
6706 Graceland Avenue
Baltimore, MD 21224

**Clm No 3515**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Michael Diaz**
273 S. George Washington Highway
Chesapeake, VA 23323

**Clm No 3516**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Helen Dickens**
1622 McDaniel Street
Portsmouth, VA 23704

**Clm No 3517**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              1170 of 3330

---

**Elise Dickens-Sykes**          **Clm No 3518**      Filed In Cases: 140
P. O. Box 9348
Hampton, VA 23670                Class          Claim Detail Amount      Final Allowed Amount

                                 UNS                    $1.00
                                                        $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Richard Dickerson**            **Clm No 3519**      Filed In Cases: 140
3348 Woodstock Road
Gloucester, VA 23601             Class          Claim Detail Amount      Final Allowed Amount

                                 UNS                    $1.00
                                                        $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Shelby Dickerson**             **Clm No 3520**      Filed In Cases: 140
3348 Woodstock Road
Gloucester, VA 23061             Class          Claim Detail Amount      Final Allowed Amount

                                 UNS                    $1.00
                                                        $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

## Claims Details

**Frances Dickson**
104 Mason Court
Yorktown,  VA 23692

**Clm No 3521**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Carl Didio**
2525 Lakewood Lane
Chesapeake,  VA 23321

**Clm No 3522**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Carl Didio**
2525 Lakewood Lane
Chesapeake,  VA 23321

**Clm No 3523**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

### Claims Details

**Carl Didio**
2525 Lakewood Lane
Chesapeake, VA 23321

**Clm No 3524**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jerome Didio**
2615 River Oaks Drive
Chesapeake,  VA 23321

**Clm No 3525**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joseph Didio**
18246 Farmview Lane
Windsor,  VA 23487

**Clm No 3526**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                        **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Louis Didio**
2016 Airline Blvd.
Portsmouth,  VA 23701

**Clm No 3527**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sharon Didio**
2525 Lakewood Lane
Chesapeake,  VA 23321

**Clm No 3528**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gary Diehl**
2700 Marmas Road
Baltimore, MD 21221

**Clm No 3529**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1174 of 3330

---

**Richard Dietz**
517 Gloria Drive
Chesapeake,  VA 23322

**Clm No 3530**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara DiFatta**
1124 Maple Road
Essex,  MD 21221

**Clm No 3531**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alonzo Diggs**
2620 Dietz Street
Lake Charles,  LA 70601

**Clm No 3532**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1175 of 3330

---

**Carol Diggs**
1407 Welcome Road
Portsmouth, VA 23701

**Clm No 3533**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Clifford Diggs**
1100 Portsmouth Blvd
Suffolk, VA 23434

**Clm No 3534**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Douglas Diggs**
126 Church Street
Poquoson, VA 23662

**Clm No 3535**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

**Douglas W. Diggs**
126 Church Street
Poquoson, VA 23662

**Clm No 3536**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Henry Diggs**
1407 Welcome Road
Portsmouth,  VA 23701

**Clm No 3537**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Jeri Diggs**
126 Church Street
Poquoson,  VA 23662

**Clm No 3538**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

*Claims Details*

**Jesse Diggs**
14208 Bartlett Circle
Carrollton, VA 23314

**Clm No 3539**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Marie Diggs**
1229 Truman Road
Suffolk, VA 23434

**Clm No 3540**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Ronald Diggs**
123 Church Street
Poquoson, VA 23662

**Clm No 3541**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

***OldCo, LLC, successor by merger to Coltec Industries Inc***    3/14/2018 3:55:46 PM

*Claims Details*

**Brenda Diggs-Etheridge**
5809 Frament Ave. Apt.#201
Norfolk,  VA 23502

**Clm No 3542**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Digman**
3775 Upland Road
Virginia Beach,  VA 23452

**Clm No 3543**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Malcolm Dillard**
1274 Hillock Crossing
Virginia Beach,  VA 23455

**Clm No 3544**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Cecil Dillon**
1104 Canal Drive
Chesapeake,  VA 23323

**Clm No 3545**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Karen DiMarino**
11 Minton Dr.
Newport News,  VA 23606

**Clm No 3546**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Nicholas Dimarino**
11 Minton Drive
Newport News,  VA 23606

**Clm No 3547**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1180 of 3330

---

**Crystal Dingle**
9 Lantern Way
Portsmouth,  VA 23703

**Clm No 3548**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Roosevelt Dingle**
9 Lantern Way
Portsmouth,  VA 23703

**Clm No 3549**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Helen Distelhorst**
412 Greenbriar Drive
Avon Lake,  OH 44012

**Clm No 3550**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Charlotte J. Dixon**
121 Creefs Ridge Road
Mantea,  NC 27954

**Clm No 3551**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gerry Dixon**
1115 Clyde School Road
Hartsville,  SC 29550

**Clm No 3552**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard Dixon**
657 Moore Farm Lane
Suffolk, VA 23434

**Clm No 3553**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                 **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1182 of 3330

---

**Richard Dixon**
657 Moore Farm Lane
Suffolk,  VA 23434

**Clm No 3554**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Samuel Dixon**
612 Estates Way
Chesapeake,  VA 23320

**Clm No 3555**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Dixon**
1081 Charity Drive
Virginia Beach,  VA 23455

**Clm No 3556**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

## *Claims Details*

**Carolyn H. Dize**
P. O. Box 268
Mathews, VA 23035

**Clm No 3557**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Dobbins**
P.O. Box 2403
Gloucester, VA 23061

**Clm No 3558**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Dobson**
15522 Carroll Bridge Road
Smithfield, VA 23430

**Clm No 3559**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1,250.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Woodrow Dockins**

440 Franconia Drive, Apt. B

Baltimore,  MD 21206

**Clm No 3560**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Edith Dodd**

9 Fairway Drive

Portsmouth,  VA 21030

**Clm No 3561**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Edith Dodd**

9 Fairway Drive

Portsmouth,  VA 23701

**Clm No 3562**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Maurice Dodson**
1605 B Cambria Drive
Greenville, NC 27834

**Clm No 3563**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**James Doherty**
4713 Chatford Avenue
Baltimore, MD 21206

**Clm No 3564**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard Doherty**
200 Hilton Terrace
Newport News, VA 23601

**Clm No 3565**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1186 of 3330

| Colia Doles | **Clm No 3566** | Filed In Cases: 140 | |
|---|---|---|---|
| 814 Taft Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Portsmouth,  VA 23701 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Michael Donahue | **Clm No 3567** | Filed In Cases: 140 | |
|---|---|---|---|
| 3307 McShane Way | Class | Claim Detail Amount | Final Allowed Amount |
| Baltimore,  MD 21222 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Sandra Donahue | **Clm No 3568** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Diana Wiehe | Class | Claim Detail Amount | Final Allowed Amount |
| 8395 McCandlish Rd | UNS | $1.00 | |
| Grand Blanc,  MI 48439 | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                      1187 of 3330

| Barbara Donaldson | **Clm No 3569** | Filed In Cases: 140 | |
| 1345 E. Riverside Ave. | Class | Claim Detail Amount | Final Allowed Amount |
| Essex, MD 21221 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| Frederick Donaldson | **Clm No 3570** | Filed In Cases: 140 | |
| 202 Secretariat Drive, Unit N | Class | Claim Detail Amount | Final Allowed Amount |
| Havre De Grace, MD 21078 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| James Donaldson | **Clm No 3571** | Filed In Cases: 140 | |
| 400 Bayside Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Baltimore, MD 21222 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/14/2018 3:55:46 PM

*Claims Details*                                                       1188 of 3330

---

**James Donlin**                    **Clm No 3572**    Filed In Cases: 140
660 Maid Marion Hill
Sherwood Forest,  MD 21405          Class          Claim Detail Amount      Final Allowed Amount

                                   UNS                  $1.00
                                                        $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**James F. Donlin**                  **Clm No 3573**    Filed In Cases: 140
660 Maid Marion Road
Annapolis,  MD 21405               Class          Claim Detail Amount      Final Allowed Amount

                                   UNS                  $1.00
                                                        $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Karen Donnelly**                   **Clm No 3574**    Filed In Cases: 140
257 Derby Lane
Louisa,  VA 23093                  Class          Claim Detail Amount      Final Allowed Amount

                                   UNS                $1,250.00
                                                      $1,250.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value          $1,250.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

## *Claims Details*

1189 of 3330

---

**Lynda Dossett**                          **Clm No 3575**    Filed In Cases: 140
202 Harbor Drive
Morehead City, NC 28557

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value     $10,000.00

---

**Robert Dotson**                          **Clm No 3576**    Filed In Cases: 140
11025 B Jefferson Avenue
Newport News, VA 23601

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Jerry Doughten**                         **Clm No 3577**    Filed In Cases: 140
3297 Indian River Road
Chesapeake, VA 23325

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1190 of 3330

---

**Donald Douglas**
718 River Rock Way Ste 101
Newport News,  VA 23608

**Clm No 3578**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Luther Douglas**
Box 65
Wake,  VA 23176

**Clm No 3579**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charlene Dowdy**
7758 Caratoke Highway
Powells Point,  NC 27966

**Clm No 3580**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                          3/14/2018 3:55:46 PM

### Claims Details

**Jerry Dowdy**

7758 Caratoke Highway

Powells Point, NC 27966

**Clm No 3581**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Olivet Dowdy**

P.O. Box 5801

Chesapeake, VA 23324

**Clm No 3582**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Peter Dowson**

c/o Paul A. Weykamp

16 Stenersen Lane, Suite 2

Hunt Valley, MD 21030

**Clm No 3583**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    1192 of 3330

| John Doxey | | **Clm No 3584** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 1138 Longstreet Lane | | Class | Claim Detail Amount | Final Allowed Amount |
| Suffolk,  VA 23437 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 1-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| Kenneth Dozier | | **Clm No 3585** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 2531 Roundtree Circle | | Class | Claim Detail Amount | Final Allowed Amount |
| Chesapeake,  VA 23323 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 1-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| Valarie Dozier | | **Clm No 3586** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 1409 Bardot Lane | | Class | Claim Detail Amount | Final Allowed Amount |
| Portsmouth,  VA 23701 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 1-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Valarie A. Dozier**
1409 Bardot Lane
Portsmouth,  VA 23701

**Clm No 3587**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilbert Dozier**
6322 Edward Street
Norfolk,  VA 23513

**Clm No 3588**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**David Dragon**
224 Matt Lane
Virginia Beach,  VA 23454

**Clm No 3589**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              1194 of 3330

| Daniel Drainer | **Clm No 3590** | Filed In Cases: 140 | |
|---|---|---|---|
| 81 Charleston Lane | Class | Claim Detail Amount | Final Allowed Amount |
| Crossville,  TN 38555 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Leon Drake | **Clm No 3591** | Filed In Cases: 140 | |
|---|---|---|---|
| 1404 Oliver Ave | Class | Claim Detail Amount | Final Allowed Amount |
| Chesapeake,  VA 23324 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Raymond Drake | **Clm No 3592** | Filed In Cases: 140 | |
|---|---|---|---|
| P.O. Box 44 | Class | Claim Detail Amount | Final Allowed Amount |
| Newsomes,  VA 23874 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Geraldine Drane**
800 Benaroya Lane SW Apt C4
Huntsville, AL 35802

**Clm No 3593**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Drane**
8003 Benaroya Lane SW Apt. C4
Huntsville, AL 35802

**Clm No 3594**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ellen Drasal**
2459 Woodcroft Road
Parkville, MD 21234

**Clm No 3595**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              1196 of 3330

---

**George Drasal**                         **Clm No 3596**    Filed In Cases: 140
8308 Overmont Road
Baltimore,  MD 21234                       Class          Claim Detail Amount      Final Allowed Amount

                                           UNS                $1.00

                                                              $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**William Drennan**                       **Clm No 3597**    Filed In Cases: 140
6931 Gunder Ave.
Baltimore,  MD 21220                       Class          Claim Detail Amount      Final Allowed Amount

                                           UNS                $1.00

                                                              $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Bruce Drew**                            **Clm No 3598**    Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2                 Class          Claim Detail Amount      Final Allowed Amount
Hunt Valley, MD 21030
                                           UNS                $1.00

                                                              $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                                    1197 of 3330

---

**George Drew**                          **Clm No 3599**      Filed In Cases: 140
209 E. Indian River Rd.
Norfolk,  VA 23523                        Class            Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Nieemah Drew**                         **Clm No 3600**      Filed In Cases: 140
1725 Campostella road
Norfolk,  VA 23523                        Class            Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Robert Drew**                          **Clm No 3601**      Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2               Class            Claim Detail Amount      Final Allowed Amount
Hunt Valley, MD 21030
                                          UNS                    $1.00
                                                                 $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Danny Driscoll**
152 Exmoor Court
Williamsburg, VA 23185

**Clm No 3602**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Driver**
1005 Dulcie Ave.
Virginia Beach, VA 23455

**Clm No 3603**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Michael Dryden**
1432 Beechwood Terrace
Manhattan, KS 66502

**Clm No 3604**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

*Claims Details*                                                                    1199 of 3330

---

**James Dubose**                        **Clm No 3605**      Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2              Class              Claim Detail Amount      Final Allowed Amount
Hunt Valley, MD 21030
                                        UNS                    $1.00
                                                               $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Cynthia Ducre**                       **Clm No 3606**      Filed In Cases: 140
3008 Roundtable Drive
Chesapeake,  VA 23323                   Class              Claim Detail Amount      Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Willie Ducre**                        **Clm No 3607**      Filed In Cases: 140
3008 Roundtable Drive
Chesapeake,  VA 23323                   Class              Claim Detail Amount      Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

## *Claims Details*                                                                                    1200 of 3330

| Robert Dudley | **Clm No 3608** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Paul A. Weykamp | Class | Claim Detail Amount | Final Allowed Amount |
| 16 Stenersen Lane, Suite 2 | | | |
| Hunt Valley, MD 21030 | UNS | $1,250.00 | |
| | | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

| Walter Dugan | **Clm No 3609** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Paul A. Weykamp | Class | Claim Detail Amount | Final Allowed Amount |
| 16 Stenersen Lane, Suite 2 | | | |
| Hunt Valley, MD 21030 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| Herbert Duke | **Clm No 3610** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Paul A. Weykamp | Class | Claim Detail Amount | Final Allowed Amount |
| 16 Stenersen Lane, Suite 2 | | | |
| Hunt Valley, MD 21030 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

## Claims Details

**Leslie Duke**
153 Shady Lane
Hertford, NC 27944

**Clm No 3611**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard Duke**
108 Bob White Street
Portsmouth, VA, 23701

**Clm No 3612**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Pilar Dulay**
3164 Sacramento Drive
Virginia Beach, VA 23456

**Clm No 3613**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

## Claims Details

**Rachel Dulski**
264 11th St. Chelsea Beach
Pasadena, MD 21122

**Clm No 3614**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Darrell Curtis Dumpson**
2504 Oakleaf Place, Apt 304
Portsmouth, VA 23707

**Clm No 3615**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Joseph Dunbar**
3606 Gum Drive
Portsmouth, VA 23707

**Clm No 3616**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1203 of 3330

---

**Carl Duncan**
2211 Old York Hampton Highway
Yorktown, VA 23692

**Clm No 3617**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Donna Duncan**
184 Diesel Ave.
Martinsburg, WV 25404

**Clm No 3618**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Roderick Duncan**
4511 Kenilworth Avenue
Baltimore, MD 21212

**Clm No 3619**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                    1204 of 3330

---

**Lucious Dunmeyer**          **Clm No 3620**      Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2    Class          Claim Detail Amount      Final Allowed Amount
Hunt Valley, MD 21030         UNS                 $1.00
                                                  $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Robert Dunn**               **Clm No 3621**      Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2    Class          Claim Detail Amount      Final Allowed Amount
Hunt Valley, MD 21030         UNS               $1,250.00
                                                $1,250.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value      $1,250.00

---

**Rose Dunn**                 **Clm No 3622**      Filed In Cases: 140
5334 O'Kelly Drive
Suffolk, VA 23437             Class          Claim Detail Amount      Final Allowed Amount
                             UNS                  $1.00
                                                  $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                    1205 of 3330

| **Rose Dunn** | **Clm No 3623** | Filed In Cases: 140 | |
| 5334 O'Kelly Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Suffolk,  VA 23437 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

| **Wayne Dunn** | **Clm No 3624** | Filed In Cases: 140 | |
| 682 Peach Point Road | Class | Claim Detail Amount | Final Allowed Amount |
| Mathews, VA 23109 | | | |
| | UNS | $1,250.00 | |
| | | $1,250.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1,250.00

| **Larry D. Dunning** | **Clm No 3625** | Filed In Cases: 140 | |
| 5108 Stratford Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Suffolk,  VA 23435 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**          **E-mail:** claimsmanager@omnimgt.com          **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

*Claims Details*                                                                               1206 of 3330

---

**Larry Daniel Dunning**                    **Clm No 3626**      Filed In Cases: 140
5108 Stratford Drive
Suffolk,  VA 23435                          | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Samuel Dunnock**                          **Clm No 3627**      Filed In Cases: 140
2627 Mura Street
Baltimore,  MD 21213                        | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**John Dunston**                            **Clm No 3628**      Filed In Cases: 140
P.O. Box 215
Deltaville,  VA 23043                        | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Phyllis Ann Dunston**
Box 37
Gloucester Point,  VA 23062

**Clm No 3629**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Tonya Durham**
382 South Military Highway,Apt. E
Norfolk,  VA 23502

**Clm No 3630**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Dutch**
278 Sanlin Drive
Newport News,  VA 23602

**Clm No 3631**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                 1208 of 3330

---

**Lorene Dutch**                          **Clm No 3632**    Filed In Cases: 140
201 Summit Court
Hampton,  VA 23666                         Class          Claim Detail Amount      Final Allowed Amount

                                           UNS                  $1.00
                                                                $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**David Duvall**                          **Clm No 3633**    Filed In Cases: 140
2538 Console Ave.
Norfolk,  VA 23518                         Class          Claim Detail Amount      Final Allowed Amount

                                           UNS                $1,250.00
                                                              $1,250.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value        $1,250.00

---

**Frank Duvall**                          **Clm No 3634**    Filed In Cases: 140
133 West Royce Drive
Chesapeake,  VA 23322                      Class          Claim Detail Amount      Final Allowed Amount

                                           UNS                $1,250.00
                                                              $1,250.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value        $1,250.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                    1209 of 3330

---

**Joseph Dymond**                          **Clm No 3635**    Filed In Cases: 140
68 Transverse Avenue
Baltimore, Md 21220                         Class          Claim Detail Amount      Final Allowed Amount

                                           UNS                   $1.00
                                                                 $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Lawrence Dypsky**                        **Clm No 3636**    Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2                  Class          Claim Detail Amount      Final Allowed Amount
Hunt Valley, MD 21030
                                           UNS                   $1.00
                                                                 $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Samuel Eady**                            **Clm No 3637**    Filed In Cases: 140
2556 Cedar Road
Chesapeake, VA 23323                        Class          Claim Detail Amount      Final Allowed Amount

                                           UNS                   $1.00
                                                                 $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                            1210 of 3330

| Bernice Eason | **Clm No 3638** | Filed In Cases: 140 | |
|---|---|---|---|
| 893 B Highway 158 | Class | Claim Detail Amount | Final Allowed Amount |
| Elizabeth City,  NC 27909 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Bernice Eason | **Clm No 3639** | Filed In Cases: 140 | |
|---|---|---|---|
| 893 B Highway 158 | Class | Claim Detail Amount | Final Allowed Amount |
| Elizabeth City,  NC 27909 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Betty Eason | **Clm No 3640** | Filed In Cases: 140 | |
|---|---|---|---|
| 101 Kings Lane | Class | Claim Detail Amount | Final Allowed Amount |
| Franklin,  VA 23851 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Betty Jean Eason**
101 Kings Lane
Franklin, VA 23851

**Clm No 3641**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Fannie Eason**
817 Craig Street
Norfolk, VA 23523

**Clm No 3642**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gayle Eason**
1386 NC Hwy 343 North
South Mills, NC 27976

**Clm No 3643**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                        1212 of 3330

---

**Genevieve Eason**          **Clm No 3644**    Filed In Cases: 140
109 Eggleston Avenue
Hampton,  VA 23669           Class              Claim Detail Amount      Final Allowed Amount

                            UNS                       $1.00
                                                      $1.00

Date Filed        1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**James Eason**              **Clm No 3645**    Filed In Cases: 140
1386 NC Highway 343N
South Mills,  NC 27976       Class              Claim Detail Amount      Final Allowed Amount

                            UNS                       $1.00
                                                      $1.00

Date Filed        1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Jean Eason**               **Clm No 3646**    Filed In Cases: 140
3449 Pittmantown Road
Suffolk,  VA 23438           Class              Claim Detail Amount      Final Allowed Amount

                            UNS                       $1.00
                                                      $1.00

Date Filed        1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1213 of 3330

---

**Alden Echols**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 3647**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Emma Echols**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 3648**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Jerry Edge**
10173 Seashore Hwy
Bridgeville,  DE 19933

**Clm No 3649**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                3/14/2018 3:55:46 PM

*Claims Details*                                                                          1214 of 3330

---

**Leon Edge**                          **Clm No 3650**    Filed In Cases: 140
1549 Horse Branch Road, SW
Ocean Isle Beach,  NC 28469            Class              Claim Detail Amount      Final Allowed Amount

                                      UNS                $1.00
                                                         $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Madie Edison**                       **Clm No 3651**    Filed In Cases: 140
1021 Bells Mill Road
Chesapeake,  VA 23322                  Class              Claim Detail Amount      Final Allowed Amount

                                      UNS                $1.00
                                                         $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Elise Edmond**                       **Clm No 3652**    Filed In Cases: 140
2629 Ballantine Blvd.
Norfolk,  VA 23509                     Class              Claim Detail Amount      Final Allowed Amount

                                      UNS                $1.00
                                                         $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                1215 of 3330

---

**Elsie Edmond**                      **Clm No 3653**      Filed In Cases: 140
2629 Ballentine Blvd.
Norfolk,  VA 23509                    Class            Claim Detail Amount      Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Clifton Edmundson**                 **Clm No 3654**      Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2            Class            Claim Detail Amount      Final Allowed Amount
Hunt Valley, MD 21030
                                     UNS                  $1.00
                                                          $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Christine Edwards**                 **Clm No 3655**      Filed In Cases: 140
1120 Turner Drive
Suffolk,  VA 23434                    Class            Claim Detail Amount      Final Allowed Amount

                                     UNS                  $1,250.00
                                                          $1,250.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1,250.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

| **Clifton Edwards** | **Clm No 3656** | Filed In Cases: 140 | |
| 11038 Central Hill Road | | | |
| Windsor,  VA 23487 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |
| Date Filed | 1-Dec-2016 | | |
| Bar Date | | | |
| Claim Face Value | $1.00 | | |

| **Dewey Edwards** | **Clm No 3657** | Filed In Cases: 140 | |
| 1109 North High Street | | | |
| Franklin,  VA 23851 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |
| Date Filed | 1-Dec-2016 | | |
| Bar Date | | | |
| Claim Face Value | $1.00 | | |

| **Diane Edwards** | **Clm No 3658** | Filed In Cases: 140 | |
| 708 Nottingham Drive | | | |
| Hampton,  VA 23669 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |
| Date Filed | 1-Dec-2016 | | |
| Bar Date | | | |
| Claim Face Value | $1.00 | | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1217 of 3330

---

**Diane G. Edwards**
708 Nottingham Drive
Hampton,  VA 23669

**Clm No 3659**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Herbert Edwards**
P.O. Box 255
Gloucester Point,  VA 23062

**Clm No 3660**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1,250.00

---

**Julius Edwards**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 3661**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                      1218 of 3330

| Melvin Edwards | **Clm No 3662** | Filed In Cases: 140 | |
|---|---|---|---|
| 1120 Washington Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Chesapeake, VA 23322 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1.00

| Milton Edwards | **Clm No 3663** | Filed In Cases: 140 | |
|---|---|---|---|
| 1806 Berkley Avenue | Class | Claim Detail Amount | Final Allowed Amount |
| Norfolk,  VA 23523 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1.00

| Robert Edwards | **Clm No 3664** | Filed In Cases: 140 | |
|---|---|---|---|
| 1341 White Marsh Road | Class | Claim Detail Amount | Final Allowed Amount |
| Suffolk ,  VA 23434 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

## *Claims Details*                                                                 1219 of 3330

---

**Robert Edwards**                    **Clm No 3665**      Filed In Cases: 140
818 Hayes Street
Norfolk,  VA 23504                    Class              Claim Detail Amount        Final Allowed Amount

                                     UNS                        $1.00
                                                                $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Silas Edwards**                     **Clm No 3666**      Filed In Cases: 140
101 Holly Cove Street
Franklin,  VA 23851                   Class              Claim Detail Amount        Final Allowed Amount

                                     UNS                        $1.00
                                                                $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Thomas Edwards**                    **Clm No 3667**      Filed In Cases: 140
110 Douglas Avenue
Portsmouth,  VA 23707                 Class              Claim Detail Amount        Final Allowed Amount

                                     UNS                        $1.00
                                                                $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1220 of 3330

---

**Victor Edwards**
6115 Alexander Street, Apt. 102B
Norfolk,  VA 23513

**Clm No 3668**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kelly Ehlers**
4305 Mooring Court
Chesapeake,  VA 23321

**Clm No 3669**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Ekleberry**
711 Old Union Road
Church Hill,  TN 37642

**Clm No 3670**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                      1221 of 3330

| Larry Elam | **Clm No 3671** | Filed In Cases: 140 | |
|---|---|---|---|
| 4008 Keaton Ct. | | | |
| Chesapeake,  VA 23321 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Ofelia Elbo | **Clm No 3672** | Filed In Cases: 140 | |
|---|---|---|---|
| 908 Woodmark Court | | | |
| Virginia Beach,  VA 23452 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Annette Eley | **Clm No 3673** | Filed In Cases: 140 | |
|---|---|---|---|
| 718 Homestead Ave. | | | |
| Hampton,  VA 23661 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1222 of 3330

---

**Richard Eley**
4040 Old Virginia Road
Chesapeake,  VA 23323

**Clm No 3674**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas Eley**
15 Shelby St., Apt. 15
Portsmouth,  VA 23701

**Clm No 3675**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ulric Eley**
2713 High Street
Portsmouth,  VA 23707

**Clm No 3676**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

---

**Gregorio Ellazar**
644 Orangewood Drive
Virginia Beach,  VA 23453

**Clm No 3677**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Clarence Elliott**
2304 Tapscott Ave.
Chesapeake,  VA 23324

**Clm No 3678**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Clarence Elliott**
829 Pine Harbor Drive
Norfolk,  VA 23502

**Clm No 3679**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                        1224 of 3330

---

**Curtis Elliott**                      **Clm No 3680**    Filed In Cases: 140
1404 Roosevelt Blvd.
Portsmouth,  VA 23701                    Class          Claim Detail Amount        Final Allowed Amount

                                        UNS                   $1.00
                                                              $1.00

        Date Filed          1-Dec-2016
        Bar Date
        Claim Face Value        $1.00

---

**Henry Elliott**                       **Clm No 3681**    Filed In Cases: 140
1222 23rd Street
Newport News,  VA 23607                  Class          Claim Detail Amount        Final Allowed Amount

                                        UNS                   $1.00
                                                              $1.00

        Date Filed          1-Dec-2016
        Bar Date
        Claim Face Value        $1.00

---

**Lloyd Elliott**                       **Clm No 3682**    Filed In Cases: 140
613 Great Heron Court
Chesapeake,  VA 23322                    Class          Claim Detail Amount        Final Allowed Amount

                                        UNS                   $1.00
                                                              $1.00

        Date Filed          1-Dec-2016
        Bar Date
        Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                          3/14/2018 3:55:46 PM

### Claims Details

---

**Ronald Elliott**                          **Clm No 3683**      Filed In Cases: 140
26 Englewood Drive
Hampton,  VA 23666                          Class              Claim Detail Amount       Final Allowed Amount

                                           UNS                      $1.00
                                                                    $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Therman Elliott**                         **Clm No 3684**      Filed In Cases: 140
812 Lex Street
Norfolk,  VA 23505                          Class              Claim Detail Amount       Final Allowed Amount

                                           UNS                      $1.00
                                                                    $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**William Elliott**                         **Clm No 3685**      Filed In Cases: 140
4132 Shelia Crescent
Chesapeake,  VA 23321                       Class              Claim Detail Amount       Final Allowed Amount

                                           UNS                      $1.00
                                                                    $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                  1226 of 3330

---

**Alfred Ellis**                    **Clm No 3686**    Filed In Cases: 140
5392 S.W. Circle 751
Jasper,  FL 32052                    Class               Claim Detail Amount        Final Allowed Amount

                                     UNS                      $1.00
                                                              $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Edwin Ellis**                     **Clm No 3687**    Filed In Cases: 140
6303 Pelican Crescent South
Suffolk,  VA 23435                   Class               Claim Detail Amount        Final Allowed Amount

                                     UNS                    $1,250.00
                                                            $1,250.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value       $1,250.00

---

**Frank Ellis**                     **Clm No 3688**    Filed In Cases: 140
933 North Hill Road
Baltimore,  MD 21218                 Class               Claim Detail Amount        Final Allowed Amount

                                     UNS                      $1.00
                                                              $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**        **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    1227 of 3330

---

**Gary Ellis**
4544 Starcher Court
Suffolk,  VA 23434

**Clm No 3689**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Ellis**
5261 Queen Bishop Lane
Williamsburg, VA 23185

**Clm No 3690**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jean Ellis**
126 Appomattox Ave.
Portsmouth,  VA 23702

**Clm No 3691**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

*Claims Details*

---

**Timothy Ellis**                          **Clm No 3692**      Filed In Cases: 140
1621 6th Street, NW
Washington,  DC 20001                       Class            Claim Detail Amount        Final Allowed Amount

                                            UNS                      $1.00
                                                                     $1.00

            Date Filed          1-Dec-2016
            Bar Date
            Claim Face Value        $1.00

---

**William Ellis**                          **Clm No 3693**      Filed In Cases: 140
608 Woodfin Road
Newport News,  VA 23605                     Class            Claim Detail Amount        Final Allowed Amount

                                            UNS                      $1.00
                                                                     $1.00

            Date Filed          1-Dec-2016
            Bar Date
            Claim Face Value        $1.00

---

**Ronald Ellsworth**                       **Clm No 3694**      Filed In Cases: 140
131 Dakota Trail
Edenton,  NC 27932                          Class            Claim Detail Amount        Final Allowed Amount

                                            UNS                      $1.00
                                                                     $1.00

            Date Filed          1-Dec-2016
            Bar Date
            Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Robert Emerson**
324 Johnny Harrell Rd.
Gates,  NC 27937

**Clm No 3695**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Gary Engle**
538 Redd Rd.
Pikeville,  TN 37367

**Clm No 3696**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1,250.00          |                    |
|       | $1,250.00          |                    |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

**Margaret Engle**
538 Redd Rd.
Pikeville,  TN 37367

**Clm No 3697**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

1230 of 3330

**Edward R. and James H. Engles**
c/o Friedman & Friedman
409 Washington Ave., Suite 900
Towson,  MD 21204

**Clm No 3698**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**David Ennis**
15351 Rollingwood Drive
Carrollton,  VA 23314

**Clm No 3699**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Susan Ennis**
15351 Rollingwood Drive
Carrollton,  VA 23314

**Clm No 3700**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1231 of 3330

| Jose Episcope | **Clm No 3701** | Filed In Cases: 140 | |
|---|---|---|---|
| 3105 Bracken Court | | | |
| Virginia Beach,  VA 23453 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Calvin Epps | **Clm No 3702** | Filed In Cases: 140 | |
|---|---|---|---|
| 4100 Tarnywood Drive | | | |
| Portsmouth,  VA 23703 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Junious Epps | **Clm No 3703** | Filed In Cases: 140 | |
|---|---|---|---|
| 612 Willow Bend Drive | | | |
| Chesapeake,  VA 23323 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1,250.00 | |
| | | $1,250.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1,250.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

1232 of 3330

---

**Ricky Epps**
1414 Anthony Drive
Chesapeake,  VA 23320

**Clm No 3704**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Robert Epps**
1033 Sir Gawaine Drive
Chesapeake,  VA 23323

**Clm No 3705**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

Date Filed        1-Dec-2016
Bar Date
Claim Face Value    $1,250.00

---

**William Epps**
3420 St. Clair Drive
Chesapeake,  VA 23321

**Clm No 3706**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

---

**Remigio Espinosa**
5517 Landing Crest
Virginia Beach,  VA 23464

**Clm No 3707**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bonnie Essres**
1009 Bourbon Court
Chesapeake,  VA 23322

**Clm No 3708**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gerald Estes**
165 North River Road
Milford,  NH 03055

**Clm No 3709**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Ricky Estes**
1701 Lakeside Drive
Yorktown,  VA 23692

**Clm No 3710**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**Bobby Etheridge**
506 Mooney Rd.
Chesapeake,  VA 23325

**Clm No 3711**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**Alvin Eubank**
116 Jonadab Road
Yorktown,  VA 23692

**Clm No 3712**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1,250.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1235 of 3330

---

**Carol Anne Eubank**
P. O. Box 162
Ark,  VA 23003

**Clm No 3713**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mary Eubank**
116 Jonadab Rd.
Yorktown,  VA 23692

**Clm No 3714**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jesse Eure**
610 Lafayette Terrace
Newport News,  VA 23605

**Clm No 3715**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

1236 of 3330

---

**Larry Eure**
2753 Windjammer Road
Suffolk,  VA 23435

**Clm No 3716**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Amos Evans**
1235 Land Street
Norfolk,  VA 23502

**Clm No 3717**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Evans**
5816 Redmond Street
Baltimore,  MD 21225

**Clm No 3718**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1237 of 3330

---

**Brenda Evans**
16943 Sprecher Rd.
Sharpsburg,  MD 21782

**Clm No 3719**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Donald Evans**
1757 Volvo Parkway
Chesapeake,  VA 23320

**Clm No 3720**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**George Evans**
5328 Nelson Court
Virginia Beach,  VA 23464

**Clm No 3721**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

**Issac Evans**
6512 N. Military Hwy. Apt B10
Norfolk,  VA 23518

**Clm No 3722**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Evans**
906 Jay Are Court
Virginia Beach,  VA 23462

**Clm No 3723**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kermita Evans**
1608 Rhodes Street
Chesapeake,  VA 23324

**Clm No 3724**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1239 of 3330

---

**Morris Evans**
8165 South Quay Road
Suffolk,  VA 23437

**Clm No 3725**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Murray Evans**
82 Robinson Drive
Newport News,  VA 23601

**Clm No 3726**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Murray Evans**
82 Robinson Drive
Newport News,  VA 23601

**Clm No 3727**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                      1240 of 3330

---

**Oscar Evans**                    **Clm No 3728**    Filed In Cases: 140
16943 Sprecher Rd
Sharpsburg,  MD 21782              Class        Claim Detail Amount    Final Allowed Amount

UNS              $1.00
                 $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Peggy Evans**                    **Clm No 3729**    Filed In Cases: 140
C/O Lisa Taliaferro
2002 Barka Drive                  Class        Claim Detail Amount    Final Allowed Amount
Suffolk,  VA 23434
UNS              $1.00
                 $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Peggy Evans**                    **Clm No 3730**    Filed In Cases: 140
c/o Ms. Lisa Taliaferro
2002 Barka Drive                  Class        Claim Detail Amount    Final Allowed Amount
Suffolk,  VA 23434
UNS              $1.00
                 $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                        1241 of 3330

---

**Rena Evans**
1235 Land Street
Norfolk,  VA 23502

**Clm No 3731**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rosalee Evans**
172 Stoney Ridge Ave.
Suffolk,  VA 23435

**Clm No 3732**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Virginia Evans**
5328 Nelson Court
Virginia Beach,  VA 23464

**Clm No 3733**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

**William Evans**
3 Calvert Drive
Newport News,  VA 23601

**Clm No 3734**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Carolyn Everett**
1617 Cardigan Street
Chesapeake,  VA 23324

**Clm No 3735**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Curtis Everett**
228 Bruce Street
Franklin,  VA 23581-1913

**Clm No 3736**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                        1243 of 3330

---

**Alton Ewell**                      **Clm No 3737**    Filed In Cases: 140

50 Natures Way

Gates,  NC 27937

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            1-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**Richard Fabry**                    **Clm No 3738**    Filed In Cases: 140

7036 Doummar Drive

Norfolk,  VA 23518

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            1-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**Estelle Facenda**                  **Clm No 3739**    Filed In Cases: 140

c/o Paul A. Weykamp

16 Stenersen Lane, Suite 2

Hunt Valley, MD 21030

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            1-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    1244 of 3330

**Leo Facenda**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 3740**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |


**Donna Fahnley**
625 Montebello Circle
Chesapeake,   VA 23322

**Clm No 3741**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |


**Charlotte Faison**
1902 Harwood Road
District Heights, MD  20747

**Clm No 3742**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1245 of 3330

---

**Don Falls**
191 Sunnydale Ave.
Appomattox,  VA 24522

**Clm No 3743**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Troy Falzon**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 3744**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Mark Famiglietti**
52 Charles Parish Dr.
Poquoson,  VA 23662

**Clm No 3745**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Julia Farmer**
449 Goldrock Road
Rocky Mount,  NC 27804

**Clm No 3746**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Barbara Farrell**
1227 Lakeview Court
Chesapeake,  VA 23323

**Clm No 3747**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Velvet Farrell-Preston**
760 Mago Vista Road
Arnold,  MD 21012

**Clm No 3748**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1247 of 3330

---

**George Farrish**
32 Harwood Ave.
Hampton, VA 23664

**Clm No 3749**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Faulcon**
C/O Evelyn Crenshaw
46 Pembroke Drive
Poughkeepsie, NY 12603

**Clm No 3750**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barney Faulk**
926 Nicklaus Drive
Newport News, VA 23602

**Clm No 3751**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*                                                                                     1248 of 3330

---

**Harum Faulk**                    **Clm No 3752**    Filed In Cases: 140
3531 Kevin Drive
Norfolk,  VA 23518               Class          Claim Detail Amount      Final Allowed Amount

                                UNS                    $1.00
                                                       $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Mary Faulk**                     **Clm No 3753**    Filed In Cases: 140
926 Nicklaus Drive
Newport News,  VA 23602         Class          Claim Detail Amount      Final Allowed Amount

                                UNS                    $1.00
                                                       $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Willie Faulk**                   **Clm No 3754**    Filed In Cases: 140
4400 Clifton Street
Suffolk,  VA 23435              Class          Claim Detail Amount      Final Allowed Amount

                                UNS                    $1.00
                                                       $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

**James Faulks**
5821 Branch Street
Portsmouth, VA 23703

**Clm No 3755**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lynn Faust**
P.O. Box 26793
Elkins Park, PA 19027

**Clm No 3756**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Harry Feamster**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 3757**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1250 of 3330

---

**Barbara Feehely**
2908 Salford Drive
Abingdon,  MD 21009

**Clm No 3758**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bernard Felton**
P.O. Box 131
Edenton,  NC 27932

**Clm No 3759**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rudolph Felton**
3234 Lens Avenue
Norfolk,  VA 23509

**Clm No 3760**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Rosa Fenner**
502 Robin Lane
Edenton, NC 27932

**Clm No 3761**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gracie Ferebee**
3300 Killian Avenue
Portsmouth, VA 23704

**Clm No 3762**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Larry Ferebee**
4766 Woods Edge Road
Virginia Beach, VA 23462

**Clm No 3763**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

## *Claims Details*

---

**Leon Ferebee**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 3764**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Maurice Ferebee**
925 Randolph Street Apt C
Portsmouth,  VA 23704

**Clm No 3765**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Doris A. Ferguson**
2600 Meadow Lane
Ruther Glen,  VA 22546

**Clm No 3766**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    1253 of 3330

---

**Fred Ferguson**
2612 Mapleton Avenue
Norfolk,  VA 23504

**Clm No 3767**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Jack Ferguson**
915 Arnett Drive
Newport News,  VA 23608

**Clm No 3768**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Nathaniel Ferguson**
#1020634 1B-14-B Deep Meadow CC
3500 Woods Way
State Farm,  VA 23160

**Clm No 3769**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

1254 of 3330

---

**Pearle Ferguson**
14515 Old Court House Way Apt 5
Newport News,  VA 23608

**Clm No 3770**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Annette Ferrell**
c/o Byron Taylor
19475 Beechwood Lane
Smithfield,  VA 23430

**Clm No 3771**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wesley Ferrell**
c/o Mrs. Janet Ferrell
2005 East Highway 5
Carrollton,  GA 30116

**Clm No 3772**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Domingo Ferrer**
132 Woodview Ave
Norfolk,  VA 23505

**Clm No 3773**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Ferrer**
4204 Burnham Drive
Portsmouth,  VA 23703

**Clm No 3774**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Fessler**
23935 Carrlyn Drive
Ridgely,  MD 21660

**Clm No 3775**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Stephanie A. Fessler**
23935 Carrlyn Drive
Ridgely,  MD 21660

**Clm No 3776**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Barbara Fetterman**
1712 Parkview Ave.
Norfolk,  VA 23503

**Clm No 3777**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Anthony Fields**
5801 Burrell Ave.
Norfolk,  VA 23518

**Clm No 3778**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                        **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

*Claims Details*                                                                    1257 of 3330

---

**Debbie Fields**
5801 Burrell Ave
Norfolk,  VA 23518

**Clm No 3779**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Horace Fields**
1105 Rutter St
Portsmouth,  VA 23704

**Clm No 3780**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lawrence Fields**
3903 Balboa Crescent
Chesapeake,  VA 23321

**Clm No 3781**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Roy Fields**
1221 Mariner St
Franklin,  VA 23851

**Clm No 3782**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Walter Fields**
198 West Indian River Rd., Apt. A
Norfolk,  VA 23523

**Clm No 3783**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Eunice Finch**
4204 Orcutt Ave.
Newport News,  VA 23607

**Clm No 3784**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Eunice Finch**
4204 Orcutt Ave.
Newport News,  VA 23607

**Clm No 3785**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Timothy Finnerty**
1011 Bevan Street
Barberton,  OH 44203

**Clm No 3786**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Joyce Fishel**
907 Ridge View Road
Maryville,  TN 37801

**Clm No 3787**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                              1260 of 3330

---

**Carey Fisher**                          **Clm No 3788**      Filed In Cases: 140
5616 Del Park Court
Virginia Beach,  VA 23455              Class              Claim Detail Amount          Final Allowed Amount

                                      UNS                      $1.00
                                                              $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Kathleen W. Fisher**                    **Clm No 3789**      Filed In Cases: 140
100 Tristen Drive
Yorktown,  VA 23693                    Class              Claim Detail Amount          Final Allowed Amount

                                      UNS                    $1,250.00
                                                            $1,250.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value         $1,250.00

---

**Jerry Fitchett**                        **Clm No 3790**      Filed In Cases: 140
7313 Abraham Court
Newport News, VA 23605                Class              Claim Detail Amount          Final Allowed Amount

                                      UNS                      $1.00
                                                              $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

1261 of 3330

---

**Jim Fitzsimmons**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 3791**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed      | 1-Dec-2016 |
|-----------------|------------|
| Bar Date        |            |
| Claim Face Value| $1.00      |

---

**Wendell Fleming**
1420 Bardot Lane
Portsmouth, VA 23701

**Clm No 3792**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed      | 1-Dec-2016 |
|-----------------|------------|
| Bar Date        |            |
| Claim Face Value| $1.00      |

---

**Carolyn Fletcher**
207 Bayberry Lane
Yorktown, VA 23693

**Clm No 3793**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed      | 1-Dec-2016 |
|-----------------|------------|
| Bar Date        |            |
| Claim Face Value| $1.00      |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                  1262 of 3330

---

**Edward Fletcher**                     **Clm No 3794**    Filed In Cases: 140
103 Osprey Circle
Stockbridge, GA 30281              Class          Claim Detail Amount      Final Allowed Amount

                                  UNS                 $1.00
                                                      $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**James Fletcher**                      **Clm No 3795**    Filed In Cases: 140
207 Bayberry Lane
Yorktown, VA 23693                Class          Claim Detail Amount      Final Allowed Amount

                                  UNS                 $1.00
                                                      $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Vanessa Fletcher**                    **Clm No 3796**    Filed In Cases: 140
5429 Campus Drive
Virginia Beach, VA 23462          Class          Claim Detail Amount      Final Allowed Amount

                                  UNS                 $1.00
                                                      $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**      FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Will Fletcher**
3168 Colorado Drive, SW
Powder Springs, GA 30127

**Clm No 3797**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Michael Flint**
143 E. Randall Avenue
Norfolk, VA 23503

**Clm No 3798**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Robert Flood**
1632 Colonial Trail East
Surry, VA 23883

**Clm No 3799**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                            1264 of 3330

---

**Verna Flowers**                    **Clm No 3800**    Filed In Cases: 140
860 Rugby Street
Norfolk,  VA 23504                    Class              Claim Detail Amount      Final Allowed Amount

                                     UNS                         $1.00
                                     ─ ─ ─ ─ ─        ───────────────        ─ ─ ─ ─ ─ ─ ─
                                                                 $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Jerome Floyd**                     **Clm No 3801**    Filed In Cases: 140
1244  27th Street
Newport News,  VA 23607              Class              Claim Detail Amount      Final Allowed Amount

                                     UNS                         $1.00
                                     ─ ─ ─ ─ ─        ───────────────        ─ ─ ─ ─ ─ ─ ─
                                                                 $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Walter Floyd**                     **Clm No 3802**    Filed In Cases: 140
610 McLean Street
Portsmouth,  VA 23701                Class              Claim Detail Amount      Final Allowed Amount

                                     UNS                         $1.00
                                     ─ ─ ─ ─ ─        ───────────────        ─ ─ ─ ─ ─ ─ ─
                                                                 $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## *Claims Details*

**Henry Flynn**
423 Bon Air Ave.
Baltimore, MD 21225

**Clm No 3803**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Holly Flythe**
23311 Hanging Tree Road
Cortland, VA 23837

**Clm No 3804**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**John Foist**
4525 Larkin St.
Norfolk, VA 23513

**Clm No 3805**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                      1266 of 3330

---

**Charles Foley**            **Clm No 3806**    Filed In Cases: 140
302 Monument Court
Yorktown,  VA 23693          Class          Claim Detail Amount      Final Allowed Amount

                             UNS                    $1.00
                                                    $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Apolonio Fontanares**      **Clm No 3807**    Filed In Cases: 140
5300 Balfor Drive
Virginia Beach,  VA 23464    Class          Claim Detail Amount      Final Allowed Amount

                             UNS                    $1.00
                                                    $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Tyrone Fontanilla**        **Clm No 3808**    Filed In Cases: 140
1320 Jacob Court
Chesapeake,  VA 23324        Class          Claim Detail Amount      Final Allowed Amount

                             UNS                    $1.00
                                                    $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                1267 of 3330

---

**Thomas Forbes**                     **Clm No 3809**     Filed In Cases: 140
P.O. Box 62
Shiloh,  NC 27974                      Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                  $1.00
                                                            $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Cherry Ford**                       **Clm No 3810**     Filed In Cases: 140
3905 Ridgeview Road
Virginia Beach,  VA 23452             Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                  $1.00
                                                            $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Gladys Ford**                       **Clm No 3811**     Filed In Cases: 140
736  27th Street
Newport News,  VA 23607              Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                  $1.00
                                                            $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

### Claims Details

---

**Jose Ford**
3905 Ridgeview Road
Virginia Beach, VA 23452

**Clm No 3812**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Angela Foreman**
3334 Golden Oaks Lane
Chesapeake, VA 23321

**Clm No 3813**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Elvin Foreman**
2501 Oakleaf Place Apt. 102
Portsmouth, VA 23707

**Clm No 3814**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                      3/14/2018 3:55:46 PM

*Claims Details*                                                                          1269 of 3330

---

**Ronnie Foreman**                          **Clm No 3815**      Filed In Cases: 140
1 Beechwood Court
Portsmouth,  VA 23702                        Class            Claim Detail Amount      Final Allowed Amount

                                            UNS                      $1.00
                                                                     $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Janice Forrest**                          **Clm No 3816**      Filed In Cases: 140
1199 Poquoson Avenue
Poquoson,  VA 23662                          Class            Claim Detail Amount      Final Allowed Amount

                                            UNS                      $1.00
                                                                     $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**John Forrest**                            **Clm No 3817**      Filed In Cases: 140
1199 Poquoson Avenue
Poquoson,  VA 23662                          Class            Claim Detail Amount      Final Allowed Amount

                                            UNS                      $1.00
                                                                     $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                          3/14/2018 3:55:46 PM

*Claims Details*                                                                    1270 of 3330

---

**Shirley Forrest**
14 Magnolia Lane
Poquoson, VA 23662

**Clm No 3818**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Frederick Foster**
32 Chowning Drive
Hampton, VA 23664

**Clm No 3819**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Foster**
6182 Buckley Hall Road
Cobbs Creek, VA 23035

**Clm No 3820**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**William Foster**
3708 Kecoughtan Road Apt A
Hampton,  VA 23669

**Clm No 3821**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kay Fowler**
18113 Johnsons Mills Road
Sedley, VA 23878

**Clm No 3822**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mary Fowler**
6967 Linda Circle
Hayes,  VA 23072

**Clm No 3823**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Charles Fox**
4523 Marshall Avenue
Newport News,  VA 23607

**Clm No 3824**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gladys Fox**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 3825**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Linda J. Fox**
229 Lynnhaven Drive
Hampton,  VA 23666

**Clm No 3826**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

**Peggy Fox**
5208 Arlington Ave
Newport News,  VA 23605

**Clm No 3827**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Byron Foxx**
709 Willow Drive
Newport News,  VA 23605

**Clm No 3828**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Harold Foxx**
P.O. Box 142
Ruther Glen,  VA 22546-0142

**Clm No 3829**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**George Foy**
2400-B  Ballentine Blvd.
Norfolk,  VA 23509

**Clm No 3830**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kent France**
104 Sycamore Lane
Yorktown,  VA 23690

**Clm No 3831**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bertharine Francis**
5010 Madison Avenue
Newport News, VA 23605

**Clm No 3832**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1275 of 3330

---

**George Francis**
3313 Camelot Blvd.
Chesapeake,  VA 23323

**Clm No 3833**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mark Francis**
1136 Selwood Drive
Virginia Beach,  VA 23464

**Clm No 3834**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Paul Frankie**
626 Briarfield Road
Newport News,  VA 23605

**Clm No 3835**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Electra Franklin**
9 Sharon Court
Hampton, VA 23666

**Clm No 3836**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Henry Franzyshen**
17920 Polish Town Rd.
Barhamsville, VA 23011-2332

**Clm No 3837**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Romeo Frazier**
2602 Brinkley Road, Apt. 903
Fort Washington, MD 20744

**Clm No 3838**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/14/2018 3:55:46 PM

*Claims Details*                                              1277 of 3330

---

**George Frechette**                    **Clm No 3839**      Filed In Cases: 140

P.O. Box  3082

Framingham,   MA 01705                   Class         Claim Detail Amount     Final Allowed Amount

                                         UNS                    $1.00

                                                                $1.00

Date Filed              1-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**Benjamin Freeman**                     **Clm No 3840**      Filed In Cases: 140

2507 Cromwell Road

Norfolk,  VA 23509                       Class         Claim Detail Amount     Final Allowed Amount

                                         UNS                    $1.00

                                                                $1.00

Date Filed              1-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**Beverly Freeman**                      **Clm No 3841**      Filed In Cases: 140

429 Ivy Crest

Chesapeake,  VA 23325                     Class         Claim Detail Amount     Final Allowed Amount

                                         UNS                    $1.00

                                                                $1.00

Date Filed              1-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

---

*Claims Details*                                                                      1278 of 3330

---

**Calvin Freeman**
5004 Arlington Ave.
Newport News,  VA 23605

**Clm No 3842**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ciara Freeman**
161 South Comanche Cluster
Virginia Beach,  VA 23462

**Clm No 3843**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Elizabeth Freeman**
176 Hunts Neck Road
Poquoson, VA 23662

**Clm No 3844**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

1279 of 3330

---

**Elizabeth Freeman**
176 Hunts Neck Road
Poquoson,  VA 23662

**Clm No 3845**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Erma Freeman**
2129 Candle Bush Court
Rosamond,  CA 93560

**Clm No 3846**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Floyd Freeman**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 3847**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

### *Claims Details*

1280 of 3330

---

**Lisa Freeman**
305 Park Manor Road
Portsmouth, VA 23701

**Clm No 3848**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ray Freeman**
1454 Arbor Ave.
Norfolk, VA 23513

**Clm No 3849**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Freeman**
429 Ivy Crest
Chesapeake, VA 23325

**Clm No 3850**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                        1281 of 3330

---

**Ronnie Freeman**                      **Clm No 3851**    Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2              Class              Claim Detail Amount      Final Allowed Amount
Hunt Valley, MD 21030
                                        UNS                        $1.00
                                                                   $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Sutalia Freeman Townsend**            **Clm No 3852**    Filed In Cases: 140
1012 Tradewinds Road
Virginia Beach,  VA 23464               Class              Claim Detail Amount      Final Allowed Amount

                                        UNS                        $1.00
                                                                   $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Marshall Frierson**                   **Clm No 3853**    Filed In Cases: 140
4786 Christopher Arch
Virginia Beach,  VA 23464               Class              Claim Detail Amount      Final Allowed Amount

                                        UNS                        $1.00
                                                                   $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              1282 of 3330

| **Paul Frock** | **Clm No 3854** | Filed In Cases: 140 | |
|---|---|---|---|
| 15550 Burnt Store Road, Lot 35 | Class | Claim Detail Amount | Final Allowed Amount |
| Punta Gorda, FL 33955 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Freedis Frye** | **Clm No 3855** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Johnnie Burdette | Class | Claim Detail Amount | Final Allowed Amount |
| 545 Four Mile Desert Rd. | UNS | $1.00 | |
| Hertford,  NC 27944 | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **William Frye** | **Clm No 3856** | Filed In Cases: 140 | |
|---|---|---|---|
| 12 Cortez Court | Class | Claim Detail Amount | Final Allowed Amount |
| Hampton,  VA 23666 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

## Claims Details

**Albin Fulcher**
6588 Branch Road
Hayes,  VA 23072

**Clm No 3857**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1,250.00

---

**Allen Fulford**
1694 Laurel Drive
Gloucester Point,  VA 23062

**Clm No 3858**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Bryan Fulford**
946 Cannonball Road
Elion,  NC 27244

**Clm No 3859**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1284 of 3330

---

**Enrique Fulgencio**
5190 Hamer Court
Virginia Beach,  VA 23464

**Clm No 3860**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**George Fuller**
914 Fairfield Street
Norfolk,  VA 23523

**Clm No 3861**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gloria Fullerton**
716 Waterstock Ct.
Chesapeake,  VA 23322

**Clm No 3862**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

**Steven Fullerton**
716 Waterstock Ct.
Chesapeake, VA 23322

**Clm No 3863**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Steve Fulp**
110 Nautico Way
Portsmouth, VA 23703

**Clm No 3864**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Carolyn Furman**
58 Oakwood Lane
Windsor, VA 23487

**Clm No 3865**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## *Claims Details*

**James Furman**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 3866**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

**Hazel Futrell**
4032 Woodland Drive
Chesapeake,  VA 23321

**Clm No 3867**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**John Futrell**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 3868**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                              3/14/2018 3:55:46 PM

*Claims Details*                                                                          1287 of 3330

---

**Warren Futrell**                    **Clm No 3869**      Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2            Class              Claim Detail Amount        Final Allowed Amount
Hunt Valley, MD 21030
                                      UNS                    $1.00
                                                             $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Martin Fyock**                      **Clm No 3870**      Filed In Cases: 140
8010 Old Philadelphia Road
Rosedale, MD 21237                    Class              Claim Detail Amount        Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**William Gaffney**                   **Clm No 3871**      Filed In Cases: 140
122 Lynn Drive
Portsmouth, VA 23707                 Class              Claim Detail Amount        Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    1288 of 3330

---

**Talmadge Gailey**
3599 Getaway Lane
Glenns,  VA 23149

**Clm No 3872**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Gainer**
1052 Salisbury Drive
Virginia Beach,  VA 23453

**Clm No 3873**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alexander Gaines**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 3874**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1289 of 3330

---

**Ida Gaines**
1925 Robert Hall Blvd. Apt 6104
Chesapeake,  VA 23324

**Clm No 3875**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Olendus Gaines**
3926 Rex Circle
Chesapeake,  VA 23321

**Clm No 3876**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Quincy Gaines**
4202 Quince Road
Portsmouth,  VA 23703

**Clm No 3877**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    1290 of 3330

---

**Andrew Gallagher**  
1131 Plantation Lakes Circle  
Chesapeake,  VA 23320-8107

**Clm No 3878**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Hardy Gallop**  
1172 Northside Road  
Elizabeth City,  NC 27909

**Clm No 3879**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Galloway**  
c/o Paul A. Weykamp  
16 Stenersen Lane, Suite 2  
Hunt Valley, MD 21030

**Clm No 3880**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**  
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**  
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                1291 of 3330

| Lawrence Galloway | **Clm No 3881** | Filed In Cases: 140 | |
|---|---|---|---|
| Powhatan Reception Center | Class | Claim Detail Amount | Final Allowed Amount |
| 3600 Woods Way | | | |
| #ID 1222367 Housing C-3 -A32-B | UNS | $1.00 | |
| State Farm,  VA 23160 | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Sonya Williams Galloway | **Clm No 3882** | Filed In Cases: 140 | |
|---|---|---|---|
| 2800 Old Ironside Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Charlotte,  NC 28213 | | | |
| | UNS | $10,000.00 | |
| | | $10,000.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

| Bernard Gamble | **Clm No 3883** | Filed In Cases: 140 | |
|---|---|---|---|
| 1405 Welcome Road | Class | Claim Detail Amount | Final Allowed Amount |
| Portsmouth,  VA 23701 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              1292 of 3330

---

**Hattie Gant**                    **Clm No 3884**    Filed In Cases: 140
6502 Brown Ave
Baltimore,  MD 21224               Class        Claim Detail Amount      Final Allowed Amount

                                   UNS               $1.00
                                                     $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Macy Garcia**                    **Clm No 3885**    Filed In Cases: 140
8505  Orcutt Avenue
Hampton,  VA 23605-1417            Class        Claim Detail Amount      Final Allowed Amount

                                   UNS               $1.00
                                                     $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Aldena Holcomb Gardner**         **Clm No 3886**    Filed In Cases: 140
5301 Bar Harbor Drive
Norfolk,  VA 23502                 Class        Claim Detail Amount      Final Allowed Amount

                                   UNS               $1.00
                                                     $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**         FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                            1293 of 3330

---

**Art Garduque**                          **Clm No 3887**    Filed In Cases: 140
1445 Lake James Dr.
Virginia Beach,  VA 23464        | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Robert Gares**                          **Clm No 3888**    Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030        | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Charles Garland**                          **Clm No 3889**    Filed In Cases: 140
8333 Baltimore & Annapolis Blvd.
Pasadena,  MD 21122        | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

## *Claims Details*

1294 of 3330

| Ronald Garland | **Clm No 3890** | Filed In Cases: 140 | |
|---|---|---|---|
| 121 Hampton Avenue | Class | Claim Detail Amount | Final Allowed Amount |
| Winchester, KY 40391 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Matthew Garner | **Clm No 3891** | Filed In Cases: 140 | |
|---|---|---|---|
| 503 Truman Circle | Class | Claim Detail Amount | Final Allowed Amount |
| Portsmouth, VA 23701 | UNS | $1,250.00 | |
| | | $1,250.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1,250.00 |

| Wallace Garner | **Clm No 3892** | Filed In Cases: 140 | |
|---|---|---|---|
| 970 James Jones Road | Class | Claim Detail Amount | Final Allowed Amount |
| Pleasant Hill, NC 27866 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**　　　**Visit us on the Web at www.omnimgt.com**　　　**PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**　　　**E-mail: claimsmanager@omnimgt.com**　　　**FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

---

**Marion Garnett**
911 Todds Lane
Hampton,  VA 23666

**Clm No 3893**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alton Garrett**
3800 Pamlico Circle
Norfolk,  VA 23513

**Clm No 3894**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Raymond Garrett**
2008 Hullhouse Drive
Sun City Center,  FL 33573

**Clm No 3895**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Rebecca Hughes Garrett**
5743 Hillside Drive
Gloucester, VA 23061

**Clm No 3896**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Tracey Garrett**
P.O. Box 2372
Chesapeake, VA 23327

**Clm No 3897**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Vincent Garrett**
310 Highway 34 North
Camden, NC 27921

**Clm No 3898**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                      1297 of 3330

---

**Dalton Garris**                      **Clm No 3899**   Filed In Cases: 140
2219 Elm Avenue
Portsmouth, VA 23704              Class          Claim Detail Amount      Final Allowed Amount

                                  UNS                  $1.00
                                                       $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**James Garris**                       **Clm No 3900**   Filed In Cases: 140
1426 Marshall Ave.
Portsmouth,  VA 23704            Class          Claim Detail Amount      Final Allowed Amount

                                  UNS                  $1.00
                                                       $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Keith Garris**                       **Clm No 3901**   Filed In Cases: 140
140 Navajo Trail Apt. G
Portsmouth,  VA 23701           Class          Claim Detail Amount      Final Allowed Amount

                                  UNS                  $1.00
                                                       $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

### Claims Details

**Zavan Garris**
2318 Elm Avenue
Portsmouth,  Virginia 23704

**Clm No 3902**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Leroy Garrison**
12041 Smith's Neck Road
Carrollton,  VA 23314

**Clm No 3903**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Clarence Gary**
3116 Bruno Drive
Chesapeake,  VA 23323

**Clm No 3904**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    1299 of 3330

| **Rita Gary** | **Clm No 3905** | Filed In Cases: 140 | |
|---|---|---|---|
| 3116 Bruno Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Chesapeake,  VA 23323 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Willie Gary** | **Clm No 3906** | Filed In Cases: 140 | |
|---|---|---|---|
| 914 Chumley Rd  Apt A | Class | Claim Detail Amount | Final Allowed Amount |
| Portsmouth,  VA 23701 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Patricia Gaskill** | **Clm No 3907** | Filed In Cases: 140 | |
|---|---|---|---|
| 5361 Gadwall Circle | Class | Claim Detail Amount | Final Allowed Amount |
| Gloucester,  VA 23061 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/14/2018 3:55:46 PM

### Claims Details

1300 of 3330

---

**Vicki Gass**

141 Starnes Cove Road

Asheville, NC 28806

**Clm No 3908**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Franklin Gates**

158 Country Club Road

Camden, NC 27921

**Clm No 3909**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kathleen Gates**

115 Hogan Dr.

Newport News, VA 23606

**Clm No 3910**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    1301 of 3330

---

**Kathleen Gates**               **Clm No 3911**    Filed In Cases: 140
115 Hogan Drive
Newport News, VA 23606           Class          Claim Detail Amount      Final Allowed Amount

                                 UNS                 $1.00
                                                     $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Michael Gatewood**             **Clm No 3912**    Filed In Cases: 140
9244 Thomas Park Lane
Smithfield, VA 23430             Class          Claim Detail Amount      Final Allowed Amount

                                 UNS                 $1.00
                                                     $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Sheila Gatewood**              **Clm No 3913**    Filed In Cases: 140
107-4 Waterford Crossing
Smithfield, VA 23430             Class          Claim Detail Amount      Final Allowed Amount

                                 UNS                 $1.00
                                                     $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/14/2018 3:55:46 PM

*Claims Details*                                                     1302 of 3330

---

**Sheila Gatewood**                    **Clm No 3914**    Filed In Cases: 140
107-4 Waterford Crossing
Smithfield, VA 23430                    Class         Claim Detail Amount    Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Bobby Gatling**                      **Clm No 3915**    Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2             Class         Claim Detail Amount    Final Allowed Amount
Hunt Valley, MD 21030
                                       UNS                    $1.00
                                                              $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Dewey Gatling**                      **Clm No 3916**    Filed In Cases: 140
637 River Creek Road
Chesapeake, VA 23320                   Class         Claim Detail Amount    Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              1303 of 3330

---

**Leondas Gatling**                    **Clm No 3917**    Filed In Cases: 140
4508 Templar Drive
Portsmouth,  VA 23703-3928             Class          Claim Detail Amount    Final Allowed Amount

                                      UNS                      $1.00
                                                               $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Ulysses Gatling**                    **Clm No 3918**    Filed In Cases: 140
P.O. Box 9247
Hampton,  VA 23670                     Class          Claim Detail Amount    Final Allowed Amount

                                      UNS                      $1.00
                                                               $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Christopher Gaunt**                  **Clm No 3919**    Filed In Cases: 140
121 Zurenda Lane
Mineral Point,  PA 15942              Class          Claim Detail Amount    Final Allowed Amount

                                      UNS                      $1.00
                                                               $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**         FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

## Claims Details

1304 of 3330

---

**John Gay**
2717 Rodgers Street
Chesapeake,  VA 23324

**Clm No 3920**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Virginia B. Gay**
26208 Wills Circle
Courtland,  VA 23837

**Clm No 3921**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**William Gay**
2097 Tarmada Drive
Chesapeake,  VA 23321

**Clm No 3922**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

1305 of 3330

**Charles Gayle**
706 Westwood Avenue
Hampton,  VA 23661

**Clm No 3923**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Vernon Gayle**
164 Moore Farm Lane
Suffolk,  VA 23434

**Clm No 3924**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Danny Gearhart**
67 Topeka Road
Conowingo,  MD 21918

**Clm No 3925**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

### Claims Details

1306 of 3330

---

**Linda Gearhart**
67 Topeka Road
Conowingo,  MD 21918

**Clm No 3926**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James A. Gede, Esq.**
3415 Buttonwood Court
Reisterstown,  MD 21136

**Clm No 3927**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Remedios Gega**
1388 Marshall Court
Virginia Beach,  VA 23455

**Clm No 3928**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/14/2018 3:55:46 PM

*Claims Details*                                                          1307 of 3330

---

**Carl Geiser**                    **Clm No 3929**    Filed In Cases: 140
10134 Brogueville Road
Felton, PA 17322                   Class            Claim Detail Amount    Final Allowed Amount

                                  UNS                  $1.00
                                                       $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Georgianna General**             **Clm No 3930**    Filed In Cases: 140
5213 York Circle
Newport News, VA 23605            Class            Claim Detail Amount    Final Allowed Amount

                                  UNS                  $1.00
                                                       $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Georgianna General**             **Clm No 3931**    Filed In Cases: 140
5213 York Circle
Newport News, VA 23605            Class            Claim Detail Amount    Final Allowed Amount

                                  UNS                  $1.00
                                                       $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/14/2018 3:55:46 PM

*Claims Details*                                                         1308 of 3330

---

**Dennis Gerlach**                 **Clm No 3932**      Filed In Cases: 140
402 Claiton Court
Dagsboro, DE 19939

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Mary Gibbs**                     **Clm No 3933**      Filed In Cases: 140
1198 Hassell Road
Elizabeth City, NC 27909

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Mary E. Gibbs**                  **Clm No 3934**      Filed In Cases: 140
1198A Hassell Road
Elizabeth City, NC 27909

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              1309 of 3330

---

**Tina Gibbs**                          **Clm No 3935**    Filed In Cases: 140
5218 Johnstown Lane
Virginia Beach,  VA 23464               Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00
                                                             $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Clarence Gibson**                     **Clm No 3936**    Filed In Cases: 140
P.O. Box 937
Hayes,  VA 23702                       Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00
                                                             $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**John Gibson**                         **Clm No 3937**    Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2             Class          Claim Detail Amount      Final Allowed Amount
Hunt Valley, MD 21030
                                       UNS                    $1.00
                                                             $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/14/2018 3:55:46 PM

## Claims Details

1310 of 3330

---

**Kenneth Gibson**          **Clm No 3938**      Filed In Cases: 140
420 Clemson Avenue
Chesapeake,  VA 23324       Class           Claim Detail Amount       Final Allowed Amount

                           UNS                    $1.00
                                                  $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Laura Gibson**            **Clm No 3939**      Filed In Cases: 140
c/o Noaa Ship Henry Bigelow
47 Chandler St.            Class           Claim Detail Amount       Final Allowed Amount
Newport,  RI 02841
                           UNS                    $1.00
                                                  $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Lawrence Gibson**         **Clm No 3940**      Filed In Cases: 140
2820 Romaron Street
Chesapeake,  VA 23323       Class           Claim Detail Amount       Final Allowed Amount

                           UNS                    $1.00
                                                  $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                                    3/14/2018 3:55:46 PM

*Claims Details*                                                                                  1311 of 3330

---

**Roger Gibson**                         **Clm No 3941**    Filed In Cases: 140
5712 Ranger Street
Virginia Beach, VA 23464                  Class         Claim Detail Amount      Final Allowed Amount

                                         UNS                  $1.00
                                                              $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Shirley Gibson**                       **Clm No 3942**    Filed In Cases: 140
4124 Twin Pines Road
Portsmouth, VA 23703                      Class         Claim Detail Amount      Final Allowed Amount

                                         UNS                  $1.00
                                                              $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Stephen Gibson**                       **Clm No 3943**    Filed In Cases: 140
6429 Edward Street
Norfolk, VA 23513                         Class         Claim Detail Amount      Final Allowed Amount

                                         UNS                  $1.00
                                                              $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*     3/14/2018 3:55:46 PM

### Claims Details

1312 of 3330

---

**Lawrence Gibson Jr.**
470 Alma Court
Hampton, VA 23669

**Clm No 3944**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Andrew Giddens**
958 Wolcott Ave.
Norfolk, VA 23513

**Clm No 3945**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Cecil Giddens**
1317 West 37th Street
Norfolk, VA 23508

**Clm No 3946**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Dicey Giddens**
1317 W. 37th Street
Norfolk, VA 23508

**Clm No 3947**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Danielle Gidding**
4438 NC Highway 231
Zebulon , NC 27597

**Clm No 3948**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Gilbert**
407 Whispering Pine Drive
Yorktown, VA 23692

**Clm No 3949**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

| Jerry Gilbert | **Clm No 3950** | Filed In Cases: 140 | |
|---|---|---|---|
| 309 Rolling Hills Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Williamsburg, VA. 23185 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Juanita Gilbert | **Clm No 3951** | Filed In Cases: 140 | |
|---|---|---|---|
| 103 Gumwood Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Hampton, VA 23666 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Juanita Gilbert | **Clm No 3952** | Filed In Cases: 140 | |
|---|---|---|---|
| 103 Gumwood Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Hampton, VA 23666 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*     3/14/2018 3:55:46 PM

*Claims Details*     1315 of 3330

---

**Samuel Gilbert**
606 E. Cawson Street
Hopewell, VA 23860

**Clm No 3953**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed     1-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Ervin Gilchrist**
2017 Bailey Avenue, Apt 2
Buffalo, NY 14211

**Clm No 3954**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed     1-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**John Gilday**
4727 Tanager Crossing
Chesapeake, VA 23321

**Clm No 3955**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed     1-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**
**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**
**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**George Gile**
122 Sykes Ave
Portsmouth,  VA 23701

**Clm No 3956**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Natalie Gill**
Old Point Trust & Financial Services
11780 Jefferson Avenue Ste. D
Newport News, VA 23606

**Clm No 3957**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Gilliam**
2737 Myrtle Ave.
Norfolk,  VA 23504

**Clm No 3958**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              1317 of 3330

---

**David Gillins**                    **Clm No 3959**    Filed In Cases: 140
133 N. Milton Road
Sumter,  SC 29150                    Class          Claim Detail Amount    Final Allowed Amount

                                     UNS                    $1.00

                                                            $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Betty Ginn**                       **Clm No 3960**    Filed In Cases: 140
232 Ritzcraft Drive
Virginia Beach,  VA 23462            Class          Claim Detail Amount    Final Allowed Amount

                                     UNS                    $1.00

                                                            $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Mary Ginn**                        **Clm No 3961**    Filed In Cases: 140
1516 Soundneck Rd.
Elizabeth City,  NC 27909-7442      Class          Claim Detail Amount    Final Allowed Amount

                                     UNS                    $1.00

                                                            $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/14/2018 3:55:46 PM

*Claims Details*                                                                1318 of 3330

---

**Mary Ginn**                        **Clm No 3962**     Filed In Cases: 140
1516 Soundneck Road
Elizabeth City,  NC 27909            Class            Claim Detail Amount       Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Tony Ginn**                        **Clm No 3963**     Filed In Cases: 140
232 Ritz Crast Drive
Virginia Beach,  VA 23462            Class            Claim Detail Amount       Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Elizabeth Giuliana**               **Clm No 3964**     Filed In Cases: 140
442 Benthall Rd
Hampton,  VA 23664                   Class            Claim Detail Amount       Final Allowed Amount

                                     UNS               $1,250.00
                                                       $1,250.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value      $1,250.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1319 of 3330

**Willie Givens**
4601 West Northern Parkway
Baltimore,  MD 21215

**Clm No 3965**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Carolyn Gleespen**
2850 Brightside Drive
Manchester,  MD 21102

**Clm No 3966**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Gwendolyn Glenn**
409 Mapleshore Drive
Chesapeake,  VA 23320

**Clm No 3967**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              1320 of 3330

---

**Jimmy Glenn**                    **Clm No 3968**      Filed In Cases: 140
5360 Kingswell Dr.
Norfolk,  VA 23502                 Class          Claim Detail Amount      Final Allowed Amount

                                   UNS                    $1.00
                                   ----------------------------------------------------------------
                                                          $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Kenneth Glover**                 **Clm No 3969**      Filed In Cases: 140
7504 Fox Crost Place
Clinton,  MD 20735                 Class          Claim Detail Amount      Final Allowed Amount

                                   UNS                 $1,250.00
                                   ----------------------------------------------------------------
                                                       $1,250.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value     $1,250.00

---

**Roger Glover**                   **Clm No 3970**      Filed In Cases: 140
21136 Reynolds Drive
P.O. Box 106
Carrollton,  VA 23314              Class          Claim Detail Amount      Final Allowed Amount

                                   UNS                    $1.00
                                   ----------------------------------------------------------------
                                                          $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                    1321 of 3330

---

**Shirley Glover**
107 Elm Hurst Court
Portsmouth, VA 23701

**Clm No 3971**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Godbold**
3904 Holly Cove Drive
Chesapeake, VA 23321

**Clm No 3972**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bennie Goddard**
106 Dock Landing Loop
South Mills, NC 27976

**Clm No 3973**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**        **E-mail:** claimsmanager@omnimgt.com        **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1322 of 3330

---

**Deborah Godfrey**
11301 Mill Swamp Road
Smithfield , VA 23430

**Clm No 3974**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilson Godfrey**
3615 Mariner Avenue
Portsmouth,  VA 23703

**Clm No 3975**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Junior Godwin**
1648 Roseland Rd.
Chadbourn,  NC 28431

**Clm No 3976**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Charles Goens**
4101 Nine Mile Road
Richmond,  VA 23223

**Clm No 3977**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Goings**
102 King Point Drive
Suffolk,  VA 23434

**Clm No 3978**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Chad Golden**
1738 E. Chase Street
Baltimore,  MD 21213

**Clm No 3979**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1324 of 3330

| Russell Golden | **Clm No 3980** | Filed In Cases: 140 | |
|---|---|---|---|
| 838 Sheffield Street | Class | Claim Detail Amount | Final Allowed Amount |
| Hampton, VA 23666 | UNS | $1,250.00 | |
| | | $1,250.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1,250.00 |

| Bruce Golembiewski | **Clm No 3981** | Filed In Cases: 140 | |
|---|---|---|---|
| 13425 Pierre Reverdy Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Davidson, NC 28036 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Leon Goley | **Clm No 3982** | Filed In Cases: 140 | |
|---|---|---|---|
| 2153 Carrsville Highway | Class | Claim Detail Amount | Final Allowed Amount |
| Franklin, VA 23851 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

**Mary Goley**
1804 Arlean Drive
Chesapeake,  VA 23321

**Clm No 3983**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed             1-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Mary Bolen Goley**
1804 Arlean Drive
Chesapeake,  VA 23321

**Clm No 3984**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

Date Filed             1-Dec-2016
Bar Date
Claim Face Value       $1,250.00

---

**William Gooch**
4 Merry Circle
Newport News,  VA 23606-2008

**Clm No 3985**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

Date Filed             1-Dec-2016
Bar Date
Claim Face Value       $1,250.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Gregory Goode**
122 Leachburg Dr.
Garner,  NC 27529

**Clm No 3986**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Larry Goode**
2551 Narrow Street
Chesapeake,  VA 23324

**Clm No 3987**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Eugene Goodman**
804 W. Constance Rd, Apt. 409
Suffolk,  VA 23434

**Clm No 3988**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Kenneth Goodman**
7420 Stony Run Road
Norfolk,  VA 23518

**Clm No 3989**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Patricia Goodman**
1522 West 39th Street
Norfolk,  VA 23508

**Clm No 3990**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Peggy Goodman**
c/o Nancy Goodman
1033 LeJack Circle
Forest,  VA 24551

**Clm No 3991**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

### Claims Details

---

**Raymond Goodman**
4351 Farringdon Way
Chesapeake ,  VA 23321

**Clm No 3992**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Sherman Goodman**
802 Cripple Creek Lane
Suffolk,  VA 23434

**Clm No 3993**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**James Goodrich**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 3994**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                    1329 of 3330

---

**Pamela Goodrich**                    **Clm No 3995**    Filed In Cases: 140
2816 NE 37th Court
Ft. Lauderdale, FL 33308               Class         Claim Detail Amount        Final Allowed Amount

                                       UNS                  $1.00
                                                            $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Kenneth Goodwin**                    **Clm No 3996**    Filed In Cases: 140
725 Fairlane Ave
Hampton, VA 23661                      Class         Claim Detail Amount        Final Allowed Amount

                                       UNS                  $1.00
                                                            $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Sheila L. Goodwin**                  **Clm No 3997**    Filed In Cases: 140
654 27th Street
Newport News, VA 23607                 Class         Claim Detail Amount        Final Allowed Amount

                                       UNS                $10,000.00
                                                         $10,000.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $10,000.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    1330 of 3330

---

**Alfred Gordon**

c/o Garland Gordon

3207 Gartside Avenue

Baltimore, MD 21244

**Clm No 3998**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Larry Gordon**

108 Womble Drive

Lillington, NC 27546

**Clm No 3999**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**June Gore**

14025 Hampton Drive

Clinton, MT 59825

**Clm No 4000**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                             1331 of 3330

| **Wilbert Gore** | **Clm No 4001** | Filed In Cases: 140 | |
|---|---|---|---|
| 803 Arnold Palmer Dr. | Class | Claim Detail Amount | Final Allowed Amount |
| Portsmouth, VA 23701 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Walter Gorham** | **Clm No 4002** | Filed In Cases: 140 | |
|---|---|---|---|
| 2715 Sunrise Avenue | Class | Claim Detail Amount | Final Allowed Amount |
| Chesapeake, VA 23324 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Donald Gott** | **Clm No 4003** | Filed In Cases: 140 | |
|---|---|---|---|
| 103 Mountain View Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Bluefield, VA 24605 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              1332 of 3330

| **Laura White Gould** | **Clm No 4004** | Filed In Cases: 140 | |
| 16154 Muddy Cove Circle | Class | Claim Detail Amount | Final Allowed Amount |
| Carrollton, VA 23314 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

| **John Grabinski** | **Clm No 4005** | Filed In Cases: 140 | |
| 1 East Preston Street | Class | Claim Detail Amount | Final Allowed Amount |
| Hampton, VA 23669-2140 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

| **Gerald Graham** | **Clm No 4006** | Filed In Cases: 140 | |
| 1005 Little Bay Avenue Apt B2 | Class | Claim Detail Amount | Final Allowed Amount |
| Norfolk, VA 23503 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1333 of 3330

---

**James Graham**
241 Melonie Drive
Chesapeake,  VA 23322

**Clm No 4007**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kenneth Graham**
1505 Hodges Ferry Road
Portsmouth,  VA 23701

**Clm No 4008**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Christopher Grandison**
1402 Manorwyck Pl. #101
Chesapeake,  VA 23320

**Clm No 4009**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                                     1334 of 3330

---

**Charles Grant**                        **Clm No 4010**        Filed In Cases: 140
4104 Valencia Road
Chesapeake,  VA 23321            | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed              1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**T. Mark Grant**                        **Clm No 4011**        Filed In Cases: 140
549 Maple Court
Kill Devil Hills,  NC 27948       | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed              1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Lorraine Grap**                        **Clm No 4012**        Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030            | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed              1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              1335 of 3330

---

**Karen A. Grasso**                    **Clm No 4013**      Filed In Cases: 140
207 Oak Leaf Circle Unit C
Abingdon, MD 21009                     Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Edna Graves**                        **Clm No 4014**      Filed In Cases: 140
5821 Bernhower Manor Ln.
Suffolk, VA 23435                      Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Morris Graves**                      **Clm No 4015**      Filed In Cases: 140
P.O. Box 11
Carrollton, VA 23314                   Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    1336 of 3330

---

**Oried Graves**
5821 Bernhower Manor Lane
Suffolk,  VA 23435

**Clm No 4016**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Graves**
4301 Columbus Ave.
Chesapeake,  VA 23321

**Clm No 4017**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Aldon Gray**
122 North Highway 34
Camden,  NC 27921

**Clm No 4018**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

## Claims Details

**Bettie M. Gray**                    **Clm No 4019**    Filed In Cases: 140
1446 West Queen Street, Apt 346

Hampton,  VA 23669-6103

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bruce Gray**                    **Clm No 4020**    Filed In Cases: 140
3308 Dogwood Drive

Portsmouth,  VA 23703

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Catherine Gray**                    **Clm No 4021**    Filed In Cases: 140
3308 Dogwood Drive

Portsmouth,  VA 23703

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**          **E-mail:** claimsmanager@omnimgt.com          **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

**Ernest Gray**
1305 Nixon Court
Chesapeake,  VA 23321

**Clm No 4022**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Esther Gray**
956 Avenue F
Norfolk,  VA 23513

**Clm No 4023**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Glenn Gray**
19019 Benns Church Blvd.
Smithfield,  VA 23430

**Clm No 4024**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                         1339 of 3330

---

**Jacqueline Gray**
5658 Person Street
Suffolk,  VA 23435

**Clm No 4025**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Gray**
12168 Whitehouse Road
Smithfield,  VA 23430

**Clm No 4026**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Gray**
P.O. Box 1282
Chesapeake,  VA 23327

**Clm No 4027**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1340 of 3330

---

**Jean Gray**
116 Gainsborough Square #324
Chesapeake,  VA 23320

**Clm No 4028**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jeffrey Gray**
1602 Marciano Drive
Portsmouth,  VA 23701

**Clm No 4029**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Preston Gray**
621 Temple Lane
Newport News,  VA 23605

**Clm No 4030**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1341 of 3330

---

**Roy Gray**
3631 Radford Circle
Chesapeak, VA 23321

**Clm No 4031**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Otis Grazier**
2203 Stonegate Blvd.
Elkton, MD 21921

**Clm No 4032**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Aubrey Green**
16 Royston Drive
Hampton, VA 23669

**Clm No 4033**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

1342 of 3330

**Earnest Green**
1801 Lakeside Drive
Yorktown, VA 23692

**Clm No 4034**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Hoyle Green**
22037 Storys Station Rd.
Courtland, VA 23837

**Clm No 4035**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Joseph Green**
1016 Farrcroft Way
Virginia Beach, VA 23455

**Clm No 4036**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

## *Claims Details*

**Larry Green**                          **Clm No 4037**     Filed In Cases: 140
13299 Bethany Church Road
Smithfield, VA 23430

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |
| Duplicate Claim No | 4038 |

---

**Larry Green**                          **Clm No 4038**     Filed In Cases: 140
13299 Bethany Church Road
Smithfield,  VA 23430

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |
| Duplicate Claim No | 4037 |

---

**Ledrew Green**                         **Clm No 4039**     Filed In Cases: 140
1422 Tartan Lane
Hampton,  VA 23663

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Leroy Green**
1312 E. Eva Blvd
Chesapeake,  VA 23320

**Clm No 4040**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Paul Green**
2734 Gatehouse Road Apt 306
Norfolk,  VA 23504

**Clm No 4041**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Green**
6205 White Ash Court
Suffolk,  VA 23435

**Clm No 4042**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                 1345 of 3330

---

**Wallace Green**                    **Clm No 4043**    Filed In Cases: 140

c/o Paul A. Weykamp

16 Stenersen Lane, Suite 2          Class          Claim Detail Amount      Final Allowed Amount

Hunt Valley, MD 21030               UNS                $1,250.00

                                                         $1,250.00

| | | |
|---|---|---|
| Date Filed | 1-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1,250.00 | |

---

**James Greene**                     **Clm No 4044**    Filed In Cases: 140

4513 Hunters Point Drive

Portsmouth,  VA 23703                Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                $1,250.00

                                                         $1,250.00

| | | |
|---|---|---|
| Date Filed | 1-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1,250.00 | |

---

**Nancy Greene**                     **Clm No 4045**    Filed In Cases: 140

603 Apache Road

Portsmouth,  VA 23701                Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                $1.00

                                                         $1.00

| | | |
|---|---|---|
| Date Filed | 1-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1346 of 3330

---

**Norma Greene**
4513 Hunters Point Drive
Portsmouth,  VA 23703

**Clm No 4046**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Romie Greene**
31111 Smith Ferry Rd.
Franklin,  VA 23851

**Clm No 4047**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**George Greenfield**
314 Oaklatte Drive
Chesapeake,  VA 23325

**Clm No 4048**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1,250.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

---

**Nancy Greenfield**
314 Oaklette Drive
Chesapeake,  VA 23325

**Clm No 4049**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Allen Greer**
604 Sirine Avenue
Virginia Beach,  VA 23462

**Clm No 4050**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Greer**
6428 Adair Avenue
Norfolk,  VA 23502

**Clm No 4051**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1348 of 3330

---

**Joseph Gregorek**
c/o Irene Ryan
65 Dickinson Dr.
Hanover,  PA 17331

**Clm No 4052**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Gregory**
7531 Old River Road
New Kent,  VA 23124

**Clm No 4053**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**George Gregory**
7531 Old River Drive
New Kent,  VA 23124

**Clm No 4054**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                        1349 of 3330

---

**Donald Grempler**                        **Clm No 4055**      Filed In Cases: 140
611 West Drive
Glen Burnie,  MD 21061          Class          Claim Detail Amount       Final Allowed Amount

                                UNS                  $1.00
                                                     $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Charles Grier**                          **Clm No 4056**      Filed In Cases: 140
511 Norcum Circle
Portsmouth,  VA 23701           Class          Claim Detail Amount       Final Allowed Amount

                                UNS                  $1.00
                                                     $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Jacquline Grier**                        **Clm No 4057**      Filed In Cases: 140
511 Norcum Circle
Portsmouth,  VA 23701           Class          Claim Detail Amount       Final Allowed Amount

                                UNS                  $1.00
                                                     $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1350 of 3330

---

**Albert Griffin**

425 Blanch Drive

East Chesapeake,  VA 23323

**Clm No 4058**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Albert Griffin**

425 Blanche Drive East

Chesapeake,  VA 23323

**Clm No 4059**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Albert Griffin**

425 Blanch Drive

Chesapeake,  VA 23323

**Clm No 4060**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

## *Claims Details*

**Betty Griffin**                              **Clm No 4061**    Filed In Cases: 140
1453 Lambs Grove Road
Elizabeth City,  NC 27909          Class          Claim Detail Amount      Final Allowed Amount

                                  UNS                  $1.00
                                                                             $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

**Bilford Griffin**                            **Clm No 4062**    Filed In Cases: 140
1354 Millpond Road
Elizabeth City,  NC 27909          Class          Claim Detail Amount      Final Allowed Amount

                                  UNS                  $1.00
                                                                             $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

**Catherine Griffin**                          **Clm No 4063**    Filed In Cases: 140
101 Madeline Lane
Elizabeth City,  NC 27909          Class          Claim Detail Amount      Final Allowed Amount

                                  UNS                  $1.00
                                                                             $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                             1352 of 3330

---

**Cynthia Griffin**                    **Clm No 4064**    Filed In Cases: 140
1001 Warfield Drive
Portsmouth, VA 23701                    Class         Claim Detail Amount    Final Allowed Amount

                                       UNS               $1.00
                                                         $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Cynthia Griffin**                    **Clm No 4065**    Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2             Class         Claim Detail Amount    Final Allowed Amount
Hunt Valley, MD 21030
                                       UNS               $1.00
                                                         $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**David Griffin**                      **Clm No 4066**    Filed In Cases: 140
6174 Trumpet Drive
Suffolk, VA 23437                      Class         Claim Detail Amount    Final Allowed Amount

                                       UNS               $1.00
                                                         $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**David Griffin**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 4067**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**David Griffin**
1828 Garfield Drive
Norfolk,  VA 23503-4116

**Clm No 4068**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Deloris Griffin**
1438 Mill Pond Rd.
Elizabeth City,  NC 27909

**Clm No 4069**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Elijah Griffin**
P.O. Box 31
Moyock,  NC 27958

**Clm No 4070**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Elnita Griffin**
3703 Nealshire Drive Apt 1
Wilson,  NC 27896

**Clm No 4071**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**George Griffin**
1470 Turnpike Road
Elizabeth City,  NC 27909

**Clm No 4072**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**George Griffin**
1470 Turn Pike Road
Elizabeth City,  NC 27909

**Clm No 4073**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Gilbertine Griffin**
1290 Brothers Lane
Elizabeth City,  NC 27909

**Clm No 4074**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gilbertine Griffin**
1290 Brothers Lane
Elizabeth City,  NC 27909

**Clm No 4075**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

## Claims Details

**Gladys Griffin**
877 Highway 158
Elizabeth City, NC 27909

**Clm No 4076**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Irene Griffin**
613 Hull Drive Apt 117
Elizabeth City, NC 27909

**Clm No 4077**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**James Griffin**
1438 Mill Pond Road
Elizabeth City, NC 27909

**Clm No 4078**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

1357 of 3330

**Jubby Griffin**
1718 Lexington Drive
Elizabeth City, NC 27989

**Clm No 4079**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Larry Griffin**
3125 Kemet Road
Chesapeake, VA 23325

**Clm No 4080**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Lillian Griffin**
917 Sherman Lane
Norfolk, VA  23523

**Clm No 4081**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    1358 of 3330

| | | |
|---|---|---|
| **Marvin Griffin** | **Clm No 4082**  Filed In Cases: 140 | |
| 101 Madeline Lane | Class | Claim Detail Amount | Final Allowed Amount |
| Elizabeth City, NC 27909 | | |
| | UNS | $1.00 | |
| | | $1.00 | |

Date Filed        1-Dec-2016
Bar Date
Claim Face Value        $1.00

| | | |
|---|---|---|
| **McRay Griffin** | **Clm No 4083**  Filed In Cases: 140 | |
| 877 Highway 158 | Class | Claim Detail Amount | Final Allowed Amount |
| Elizabeth City, NC 27909 | | |
| | UNS | $1,250.00 | |
| | | $1,250.00 | |

Date Filed        1-Dec-2016
Bar Date
Claim Face Value        $1,250.00

| | | |
|---|---|---|
| **Nelson Griffin** | **Clm No 4084**  Filed In Cases: 140 | |
| 2160 Wingate Rd. Apt #4 | Class | Claim Detail Amount | Final Allowed Amount |
| Fayetteville, NC 28304 | | |
| | UNS | $1.00 | |
| | | $1.00 | |

Date Filed        1-Dec-2016
Bar Date
Claim Face Value        $1.00

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Ronald Griffin**

1297 Millpond Road

Elizabeth City, NC 27909

**Clm No 4085**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Vivian Griffin**

1505 Mill Pond Road

Elizabeth City, NC 27909-7557

**Clm No 4086**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Vivian Griffin**

1505 Millpond Road

Elizabeth City, NC 27909

**Clm No 4087**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**    3/14/2018 3:55:46 PM

*Claims Details*    1360 of 3330

---

**William Griffin**
808 Helmsdale Way
Chesapeake,  VA 23320

**Clm No 4088**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Griffin**
917 Sherman Lane
Norfolk,  VA 23523

**Clm No 4089**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Larry Griffith**
504 Big Bethel Road
Hampton,  VA 23666

**Clm No 4090**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Marco Grigorio**
22385 Vellines Lane
Carrollton, VA 23314-3720

**Clm No 4091**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**John Grimes**
Effingham Plaza
817 Madison Street , Apt. 241
Portsmouth, VA 23704

**Clm No 4092**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Pearl Groom**
1903 East 20th Street
Baltimore, MD 21213

**Clm No 4093**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              1362 of 3330

---

**Albert Gross**                    **Clm No 4094**     Filed In Cases: 140
174 Woodland Road
Hampton, VA 23663                    Class          Claim Detail Amount     Final Allowed Amount

                                     UNS                    $1.00
                                     ─ ─ ─ ─ ─      ─ ─ ─ ─ ─ ─ ─ ─   ─ ─ ─ ─ ─ ─ ─ ─
                                                            $1.00

        Date Filed          1-Dec-2016
        Bar Date
        Claim Face Value        $1.00

---

**Charles Grove**                    **Clm No 4095**     Filed In Cases: 140
600 Ferry Road
Portsmouth, VA 23701                 Class          Claim Detail Amount     Final Allowed Amount

                                     UNS                    $1.00
                                     ─ ─ ─ ─ ─      ─ ─ ─ ─ ─ ─ ─ ─   ─ ─ ─ ─ ─ ─ ─ ─
                                                            $1.00

        Date Filed          1-Dec-2016
        Bar Date
        Claim Face Value        $1.00

---

**Brian Grupp**                      **Clm No 4096**     Filed In Cases: 140
P.O. Box 25875
Baltimore, MD 21224                  Class          Claim Detail Amount     Final Allowed Amount

                                     UNS                    $1.00
                                     ─ ─ ─ ─ ─      ─ ─ ─ ─ ─ ─ ─ ─   ─ ─ ─ ─ ─ ─ ─ ─
                                                            $1.00

        Date Filed          1-Dec-2016
        Bar Date
        Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1363 of 3330

---

**Robert Guess**
529 Dunning Lane
Chesapeake, VA 23322-7482

**Clm No 4097**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Connie Guillaume**
2057 Lightwood Ridge Road
Wallace, NC 28466

**Clm No 4098**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Lori Gunn**
1134 Willow Green Dr.
Newport News, VA 23602

**Clm No 4099**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Jerry Gunter**
205 Crestwood Court
Yorktown,  VA 23692

**Clm No 4100**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1,250.00          |                    |
|       | $1,250.00          |                    |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1,250.00 |

---

**William Gunter**
1037 Yardley Landing
Virginia Beach,  VA 23464

**Clm No 4101**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Janet Gunther**
9073 Golden Sunset Lane
Springfield,  VA 22153

**Clm No 4102**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**George Guth**
2221 Roanoke Ave.
Virginia Beach, VA 23455

**Clm No 4103**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed       1-Dec-2016
Bar Date
Claim Face Value       $1.00

**Melanie Gutierrez**
1861 Burwillow Drive
Virginia Beach, VA 23464

**Clm No 4104**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed       1-Dec-2016
Bar Date
Claim Face Value       $1.00

**Dave Gwaltney**
897 Henrico Court
Newport News, VA 23608

**Clm No 4105**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed       1-Dec-2016
Bar Date
Claim Face Value       $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                          1366 of 3330

---

**William Haddock**                    **Clm No 4106**    Filed In Cases: 140
5217 Lola Circle
Virginia Beach, VA 23464              Class          Claim Detail Amount    Final Allowed Amount

                                     UNS                $10,000.00
                                                        $10,000.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value     $10,000.00

---

**Mark Hagopian**                      **Clm No 4107**    Filed In Cases: 140
203 Falcon Drive
Pasadena, MD 21122                    Class          Claim Detail Amount    Final Allowed Amount

                                     UNS                $1.00
                                                        $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Sim Hailey**                         **Clm No 4108**    Filed In Cases: 140
7 Waltham Street
Hampton, VA 23666                    Class          Claim Detail Amount    Final Allowed Amount

                                     UNS                $1.00
                                                        $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

## *Claims Details*

**Wendy Hailey**                                    **Clm No 4109**    Filed In Cases: 140
7 Waltham Street
Hampton,  VA 23666

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

**Hattie Hale**                                     **Clm No 4110**    Filed In Cases: 140
3324 Nansemond Parkway
Suffolk,  VA 23434

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

**Arthur Hales**                                    **Clm No 4111**    Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1,250.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                               1368 of 3330

---

**Elijah Hales**                          **Clm No 4112**      Filed In Cases: 140
4831 Larkin Street
Norfolk, VA 23513              Class          Claim Detail Amount    Final Allowed Amount

                              UNS                $1.00

                                                 $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Brigitte Hall**                         **Clm No 4113**      Filed In Cases: 140
P.O. Box 223
Ludlow, MS 39098              Class          Claim Detail Amount    Final Allowed Amount

                              UNS                $1.00

                                                 $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Cappie Hall**                           **Clm No 4114**      Filed In Cases: 140
19703 Pricetown Avenue
Carson, CA 90746             Class          Claim Detail Amount    Final Allowed Amount

                              UNS                $1.00

                                                 $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

**Clyde Hall**
801 Barton Street
Norfolk,  VA 23523

**Clm No 4115**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Daniel Hall**
436 Simmons Ave.
Baltimore,  MD 21224

**Clm No 4116**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Euless Hall**
2378 Copeland Road
Suffolk,  VA 23434

**Clm No 4117**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**                    **E-mail:** claimsmanager@omnimgt.com          **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                    1370 of 3330

---

**George Hall**                          **Clm No 4118**      Filed In Cases: 140
P.O. Box 14
Corapeake, NC 27926                       Class            Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Horace Hall**                          **Clm No 4119**      Filed In Cases: 140
125 Bute Street
Suffolk, VA 23434                         Class            Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Kenneth Hall**                         **Clm No 4120**      Filed In Cases: 140
9501 Sandy Ridge Road
Hopewell, VA 23860                        Class            Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

## *Claims Details*

**Lecey Hall**
125 Bute Street
Suffolk,  VA 23434

**Clm No 4121**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Robert Hall**
9392 Parsley Drive
Ellicott City,  MD 21042

**Clm No 4122**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Theresa Hall**
15252 Courthouse Hwy.
Smithfield,  VA 23430

**Clm No 4123**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              1372 of 3330

---

**Theresa Hall**                        **Clm No 4124**    Filed In Cases: 140
15252 Courthouse Hwy.
Smithfield, VA 23730                     Class            Claim Detail Amount        Final Allowed Amount

                                        UNS                      $1.00
                                                                 $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Thomas Hall**                         **Clm No 4125**    Filed In Cases: 140
4730 River Shore Road
Portsmouth, VA 23703                    Class            Claim Detail Amount        Final Allowed Amount

                                        UNS                    $1,250.00
                                                               $1,250.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1,250.00

---

**Troy Hamilton**                       **Clm No 4126**    Filed In Cases: 140
1714 Whitehead Court
Chesapeake, 23320                       Class            Claim Detail Amount        Final Allowed Amount

                                        UNS                      $1.00
                                                                 $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*                                                                                                   1373 of 3330

---

**Charles Hamlin**          **Clm No 4127**     Filed In Cases: 140
810 Hatton Street
Norfolk,  VA 23523          Class          Claim Detail Amount     Final Allowed Amount

                           UNS                  $1.00
                                                $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Lawrence Hamlin**         **Clm No 4128**     Filed In Cases: 140
808 Stewart Street
Chesapeake,  VA 23324       Class          Claim Detail Amount     Final Allowed Amount

                           UNS                  $1.00
                                                $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**James Hamlin Jr.**        **Clm No 4129**     Filed In Cases: 140
585 Olde Towne Road
Surry,  VA 23883           Class          Claim Detail Amount     Final Allowed Amount

                           UNS                $1,250.00
                                             $1,250.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1,250.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

**James Hammond**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 4130**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**Earl Hampton**
1244 Saul Drive
Chesapeake,  VA 23320

**Clm No 4131**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**Joyce Hampton**
1244 Saul Drive
Chesapeake,  VA 23320

**Clm No 4132**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

### Claims Details

1375 of 3330

| | | | |
|---|---|---|---|
| **Ben Hancock** | **Clm No 4133** | Filed In Cases: 140 | |
| 140 Songbird Trail | Class | Claim Detail Amount | Final Allowed Amount |
| Yorktown, VA 23692 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

| | | | |
|---|---|---|---|
| **Dwight Hankins** | **Clm No 4134** | Filed In Cases: 140 | |
| 1932 John Brown Lane | Class | Claim Detail Amount | Final Allowed Amount |
| Virginia Beach, VA 23464 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

| | | | |
|---|---|---|---|
| **Patrick Hankins** | **Clm No 4135** | Filed In Cases: 140 | |
| 506 Kempsville Greens Court | Class | Claim Detail Amount | Final Allowed Amount |
| Virginia Beach, VA 23462 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/14/2018 3:55:46 PM

*Claims Details*                                                               1376 of 3330

---

**Doris Hanks**                     **Clm No 4136**      Filed In Cases: 140
1216 Tulls Creek Road
Moyock, NC 27958                    Class          Claim Detail Amount      Final Allowed Amount

                                   UNS                    $1.00
                                                          $1.00

         Date Filed          1-Dec-2016
         Bar Date
         Claim Face Value         $1.00

---

**Doris Hanks**                     **Clm No 4137**      Filed In Cases: 140
1216 Tulls Creek Road
Moyock, NC 27958                    Class          Claim Detail Amount      Final Allowed Amount

                                   UNS                    $1.00
                                                          $1.00

         Date Filed          1-Dec-2016
         Bar Date
         Claim Face Value         $1.00

---

**Anthony Hannah**                  **Clm No 4138**      Filed In Cases: 140
1312 Able Street
Chesapeake, VA 23324               Class          Claim Detail Amount      Final Allowed Amount

                                   UNS                    $1.00
                                                          $1.00

         Date Filed          1-Dec-2016
         Bar Date
         Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Bernice Hans**
3047 Benefit Court
Abingdon,  MD 21009

**Clm No 4139**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**MarySue Hansell**
506 Chaumont Drive
Villanova,  PA 19085

**Clm No 4140**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Kenneth Hansen**
3569 Ladd Ave.
Norfolk,  VA 23502

**Clm No 4141**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**    3/14/2018 3:55:46 PM

*Claims Details*    1378 of 3330

---

| Herbert Hansford | **Clm No 4142** | Filed In Cases: 140 | |
| 7483 Paynes Landing Road | | | |
| Gloucester,  VA 23061 | Class | Claim Detail Amount | Final Allowed Amount |

| | UNS | $1,250.00 | |
| | | $1,250.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

| Eric Hardison | **Clm No 4143** | Filed In Cases: 140 | |
| 1406 Welcome Road | | | |
| Portsmouth,  VA 23701 | Class | Claim Detail Amount | Final Allowed Amount |

| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| Henry Hardister | **Clm No 4144** | Filed In Cases: 140 | |
| 101 Greenland Drive | | | |
| Yorktown,  VA 23693 | Class | Claim Detail Amount | Final Allowed Amount |

| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**James Hardy**
11053 Central Hill Road
Windsor, VA. 23487

**Clm No 4145**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joyce Hardy**
5403 Woburn Lane
Virginia Beach, VA 23462

**Clm No 4146**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**McRoy Hardy**
P.O. Box 7096
Williamsburg, VA 23188-5234

**Clm No 4147**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1380 of 3330

---

**Richard Hardy**
c/o Tracy Hinton
2004 Wingfield Avenue
Chesapeake,  VA 23324

**Clm No 4148**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thelma Hardy**
5201 Gale Drive
Virginia Beach,  VA 23464

**Clm No 4149**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Hardy**
1531 Talley Circle
Portsmouth VA,  23704

**Clm No 4150**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                    1381 of 3330

---

**Carlene Hare**                      **Clm No 4151**      Filed In Cases: 140
P. O. Box 2151
Ashburn,  VA 20146                    Class              Claim Detail Amount        Final Allowed Amount

                                      UNS                      $1.00

                                                               $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Collis Hare**                       **Clm No 4152**      Filed In Cases: 140
417 Greenbriar Avenue
Hampton,  VA 23661                    Class              Claim Detail Amount        Final Allowed Amount

                                      UNS                      $1.00

                                                               $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Marie Hare**                        **Clm No 4153**      Filed In Cases: 140
107 Watkins Drive
Hampton,  VA 23669                    Class              Claim Detail Amount        Final Allowed Amount

                                      UNS                      $1.00

                                                               $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1382 of 3330

---

**Nicole Hare**
1038 34th St.
Newport News,  VA 23607

**Clm No 4154**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Thominice Hargett**
15 Parkway Drive
Hampton,  VA 23669

**Clm No 4155**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Eddie Hargrove**
3504 Executive Center Dr., Apt. 214
Chesapeake,  VA 23321

**Clm No 4156**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1383 of 3330

---

**Elizabeth Harlow**
3841 Maidens Road
Powhatan,  VA 23139

**Clm No 4157**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Russell Harlow**
121 Pine Lakes Parkway North #308
Palm Coast,  FL 32137

**Clm No 4158**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lucille Harman**
4017 Threechopt Road
Hampton,  VA 23666

**Clm No 4159**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                    1384 of 3330

---

**James Harmon**                    **Clm No 4160**     Filed In Cases: 140
131 Creekside Drive
Dagsboro,  Delaware 19939

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 1-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**James Harmon**                    **Clm No 4161**     Filed In Cases: 140
12526 Gracewood Drive
Middle River,  MD 21220

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 1-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Maryann Harmon**                    **Clm No 4162**     Filed In Cases: 140
131 Creekside Drive
Dagsboro,  DE  19939

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 1-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/14/2018 3:55:46 PM

## Claims Details

1385 of 3330

---

**Phyllis Harmon**
3251 Walnut Creek Parkway, Apt. I
Raleigh,  NC 27606

**Clm No 4163**          Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas Harmon**
74 Tide Mill Lane
Hampton,  VA 23666

**Clm No 4164**          Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Walter Harnly**
1282 North 343
South Mills,  NC 27976

**Clm No 4165**          Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

## Claims Details

1386 of 3330

---

**Ada Harold**
1008 Bowe Place
Norfolk,  VA 23504

**Clm No 4166**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Ada S. Harold**
1008 Bowe Place
Norfolk,  VA 23504

**Clm No 4167**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Debra Harold**
7 Leeds Road
Hanover,  MD 21076

**Clm No 4168**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

---

**Maurice Harold**
3808 Charter Oak Road
Virginia Beach,  VA 23452

**Clm No 4169**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Herman Harper**
500 Bracey Street
Franklin,  VA 23851

**Clm No 4170**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jasper Harper**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 4171**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

1388 of 3330

| **Lerry Harper** | **Clm No 4172** | Filed In Cases: 140 | |
|---|---|---|---|
| 804 West Constance Rd. Apt. 515 | Class | Claim Detail Amount | Final Allowed Amount |
| Suffolk,  VA 23434 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Samuel Harper** | **Clm No 4173** | Filed In Cases: 140 | |
|---|---|---|---|
| 314 W 29 Street | Class | Claim Detail Amount | Final Allowed Amount |
| Norfolk,  VA 23508 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Earl Harrah** | **Clm No 4174** | Filed In Cases: 140 | |
|---|---|---|---|
| 104 Maurice Avenue | Class | Claim Detail Amount | Final Allowed Amount |
| Portsmouth,  VA 23701 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

## *Claims Details*                                                          1389 of 3330

---

**Charles Harrell**                    **Clm No 4175**    Filed In Cases: 140
2713 Ash Street
Portsmouth, VA 23707

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1,250.00

---

**Gladys Harrell**                    **Clm No 4176**    Filed In Cases: 140
917 Centre Ave.
Portsmouth, VA 23704

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Len Harrell**                    **Clm No 4177**    Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Reginald Harrell**
918 Dandridge Drive
Portsmouth, VA 23701

**Clm No 4178**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard Harrell**
116 Bruce Place, Apt. B
Portsmouth, VA 23707

**Clm No 4179**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Harris**
1228 Kenwood Drive
Burlington, NC 27315-6814

**Clm No 4180**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

---

**Charlie Harris**
3579 Ladd Avenue
Norfolk,  VA 23502

**Clm No 4181**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Eloise Harris**
803 Ridley Street
Suffolk,  VA 23434

**Clm No 4182**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ernest Harris**
1287 North Hwy 343
South Mills,  NC 27976

**Clm No 4183**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1392 of 3330

---

**Ethelyn Harris**
1265 Sirkay Drive
Chesapeake,  VA 23323

**Clm No 4184**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ethelyn Harris**
1265 Sirkay Drive
Chesapeake,  VA 23323

**Clm No 4185**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Frank Harris**
2829 Candlewood Cir.
Chesapeake,  VA 23324

**Clm No 4186**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

---

**Geraldine Harris**
2618 Marlboro Avenue
Norfolk,  VA 23504

**Clm No 4187**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Harold Harris**
7818 New Battle Grove Road
Baltimore,  MD 21222

**Clm No 4188**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Hazel Harris**
420 Institute Drive
Hampton,  VA 23663

**Clm No 4189**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                    1394 of 3330

---

**Hillie Harris**                    **Clm No 4190**    Filed In Cases: 140
132 Yorkshire Drive
Yorktown,  VA 23693                  Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                   $1.00
                                                           $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Irene Harris**                     **Clm No 4191**    Filed In Cases: 140
4410 Coltrane Avenue
Suffolk,  VA 23435                   Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                  $1,250.00
                                                          $1,250.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value       $1,250.00

---

**Irvin Harris**                     **Clm No 4192**    Filed In Cases: 140
2112 Rydale Court
Virginia Beach,  VA 23464            Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                   $1.00
                                                           $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

*Claims Details*                                                                              1395 of 3330

---

**Jacqueline Harris**                    **Clm No 4193**      Filed In Cases: 140
4664 Old Stage Hwy.
Smithfield, VA 23430                      Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                $1.00
                                                            $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**James Harris**                         **Clm No 4194**      Filed In Cases: 140
204 Canterbury Road
Chesapeake,  VA 23320                     Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                $1.00
                                                            $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**John Harris**                          **Clm No 4195**      Filed In Cases: 140
4108 Big Bethel Road
Yorktown,  VA 23693                       Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                $1.00
                                                            $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

**Jonie Harris**
5713 Merchant Road
Camp Springs, MD 20748

**Clm No 4196**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Joseph Harris**
803 Ridley Street
Suffolk, VA 23434

**Clm No 4197**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Joseph Harris**
607 E. Main St.
Elizabeth City, NC 27909

**Clm No 4198**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

1397 of 3330

---

**Juanita Harris**
4108 Big Bethel Road
Yorktown,  VA 23693

**Clm No 4199**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Larita Harris**
905 West 31st Street
Norfolk,  VA 23508

**Clm No 4200**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lee Harris**
420 Institute Drive
Hampton,  VA 23663

**Clm No 4201**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## *Claims Details*

**Leonard Harris**
4565 Virginia Beach Blvd
Norfolk,  VA 23502

**Clm No 4202**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Leonard Harris**
4565 Virginia Beach Blvd.
Norfolk,  VA 23501

**Clm No 4203**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Leonard Harris**
P.O. Box 1384
Yorktown,  VA 23692-1384

**Clm No 4204**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                        1399 of 3330

---

**Leroy Harris**                    **Clm No 4205**    Filed In Cases: 140
3404 Loganview Drive
Baltimore, MD 21222              Class          Claim Detail Amount    Final Allowed Amount

                                 UNS                    $1.00
                                                        $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Lloyd Harris**                    **Clm No 4206**    Filed In Cases: 140
2618 Marlboro Avenue
Norfolk, VA 23504               Class          Claim Detail Amount    Final Allowed Amount

                                 UNS                    $1.00
                                                        $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Maie D. Harris**                  **Clm No 4207**    Filed In Cases: 140
814 Badham Road
Edenton, NC 27932               Class          Claim Detail Amount    Final Allowed Amount

                                 UNS                    $1.00
                                                        $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**    PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**         FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1400 of 3330

---

**Margaret Harris**
115 Newbern Rd
Jarvisburg, NC 27947

**Clm No 4208**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Margaret Harris**
115 Newbern Rd
Jarvisburg, NC 27947

**Clm No 4209**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Michael Harris**
128 Willow Dr.
Moyock, NC 27958

**Clm No 4210**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

**Michael Harris**
2212 McKann Ave.
Norfolk,  VA 23509

**Clm No 4211**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Patricia Harris**
P.O. Box 233
Newport News, VA 23607

**Clm No 4212**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Phyllis J. Harris**
2902 Butternut Drive
Hampton,  VA 23666

**Clm No 4213**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                            1402 of 3330

---

**Rufus Harris**                    **Clm No 4214**    Filed In Cases: 140
200 Tree Fern Drive
Chesapeake,  VA 23322

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Temeaka Harris**                  **Clm No 4215**    Filed In Cases: 140
3754-A Towne Point Road
Portsmouth,  VA 23703

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Tony Harris**                     **Clm No 4216**    Filed In Cases: 140
1025 Leckie Street
Portsmouth,  VA 23704

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

## Claims Details

1403 of 3330

---

**Alice Harrison**
1050 Belle Orchard Lane, Apt. 251
Suffolk,  VA 23435

**Clm No 4217**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Harrison**
1225 Tyler Court
Virginia Beach,  VA 23456-7103

**Clm No 4218**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Beulah Harrison**
3840 Long Point Blvd.
Portsmouth,  VA 23703

**Clm No 4219**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

| Daniel Harrison | **Clm No 4220** | Filed In Cases: 140 | |
|---|---|---|---|
| 912 Appomattox Street | Class | Claim Detail Amount | Final Allowed Amount |
| Norfolk, VA 23523 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Ralph Harrison | **Clm No 4221** | Filed In Cases: 140 | |
|---|---|---|---|
| 3905 Glacier Court | Class | Claim Detail Amount | Final Allowed Amount |
| Naples, FL 34119 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Reginald Harrison | **Clm No 4222** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O Mrs. Laurell Williams | Class | Claim Detail Amount | Final Allowed Amount |
| 4433 Birch Brooke Path | UNS | $1.00 | |
| Powder Springs, GA 30127 | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    1405 of 3330

| Ronald Harrison | | **Clm No 4223** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 5544 Bayberry Drive | | Class | Claim Detail Amount | Final Allowed Amount |
| Norfolk, VA 23502 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 1-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| Vernice Harrison | | **Clm No 4224** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 1008 Basie Crescent | | Class | Claim Detail Amount | Final Allowed Amount |
| Portsmouth, VA 23701 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 1-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| Veronica Harrison | | **Clm No 4225** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 15 Admiral Blvd. | | Class | Claim Detail Amount | Final Allowed Amount |
| Baltimore, MD 21222 | | UNS | $1,250.00 | |
| | | | $1,250.00 | |
| Date Filed | 1-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1,250.00 | | | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                            1406 of 3330

---

**Herman Harsey**                    **Clm No 4226**    Filed In Cases: 140
218 Bayberry Lane
Yorktown, VA 23693                    Class         Claim Detail Amount    Final Allowed Amount

                                      UNS                    $1.00
                                                            $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Sadie Harsley**                    **Clm No 4227**    Filed In Cases: 140
2124 Peach Street
Portsmouth, VA 23704                  Class         Claim Detail Amount    Final Allowed Amount

                                      UNS                    $1.00
                                                            $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Constance Hart**                   **Clm No 4228**    Filed In Cases: 140
182 Westview Drive
Hampton, VA 23666                     Class         Claim Detail Amount    Final Allowed Amount

                                      UNS                    $1.00
                                                            $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                1407 of 3330

---

**Steven Hart**                      **Clm No 4229**    Filed In Cases: 140
7419 Jarvis Place
Newport News,  VA 23605              Class           Claim Detail Amount      Final Allowed Amount

                                    UNS                  $1.00
                                                         $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Wilson Harter**                    **Clm No 4230**    Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2           Class           Claim Detail Amount      Final Allowed Amount
Hunt Valley, MD 21030
                                    UNS                  $1.00
                                                         $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**John Hartman**                     **Clm No 4231**    Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2           Class           Claim Detail Amount      Final Allowed Amount
Hunt Valley, MD 21030
                                    UNS                  $1.00
                                                         $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1408 of 3330

| | Ryland Hartman | **Clm No 4232** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 5259 Lucas Trail | | Class | Claim Detail Amount | Final Allowed Amount |
| Machipongo, VA 23405 | | UNS | $1.00 | |
| | | | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

| | Lucille Hartnett | **Clm No 4233** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 30 Valley Bottom Road | | Class | Claim Detail Amount | Final Allowed Amount |
| Aberdeen, MD 21001 | | UNS | $1.00 | |
| | | | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

| | Herbert S. Hartwell | **Clm No 4234** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 423 Alleghany Road | | Class | Claim Detail Amount | Final Allowed Amount |
| Hampton, VA 23661 | | UNS | $1.00 | |
| | | | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              1409 of 3330

---

**Gloria Harvey**
1202 Algona Rd.
Chesapeake,  VA 23324

**Clm No 4235**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lafayette Harvey**
Chorey Park
804 West Constance Rd., Apt 419
Suffolk,  VA 23434

**Clm No 4236**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Marion Harvey**
748 N.C. Hwy. 37 South
Gatesville,  NC 27938

**Clm No 4237**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

1410 of 3330

**Wanda Harvey**
76 Johnny Harrell Rd.
Gates,  NC 27937

**Clm No 4238**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

**Wanda Harvey**
76 Johnny Harrell Road
Gates,  NC 27937

**Clm No 4239**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

**David Harwood**
5013 Arony Street
Newport News,  VA 23605

**Clm No 4240**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                             1411 of 3330

---

**Calvin Haskett**                    **Clm No 4241**      Filed In Cases: 140
3832 East Peachtree Lane
Portsmouth, VA 23705                   Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                   $1.00

                                                            $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**James Haskins**                     **Clm No 4242**      Filed In Cases: 140
5117 Texas Avenue
Norfolk, VA 23513                     Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                   $1.00

                                                            $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Samuel Haskins**                    **Clm No 4243**      Filed In Cases: 140
266 Hensen Avenue
Portsmouth, VA 23701                  Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                   $1.00

                                                            $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                          3/14/2018 3:55:46 PM

*Claims Details*                                                                    1412 of 3330

---

**William Haskins**                    **Clm No 4244**      Filed In Cases: 140
2807 Kimball Terrace
Norfolk,  VA 23504                      Class              Claim Detail Amount      Final Allowed Amount

                                       UNS                      $1.00
                                                                $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Naomi Hastings**                     **Clm No 4245**      Filed In Cases: 140
3922 Federal Hill Road
Jarrettsville,  MD 21084               Class              Claim Detail Amount      Final Allowed Amount

                                       UNS                      $1.00
                                                                $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**George Hathaway**                    **Clm No 4246**      Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2             Class              Claim Detail Amount      Final Allowed Amount
Hunt Valley, MD 21030
                                       UNS                      $1.00
                                                                $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              1413 of 3330

---

**Gentry Hatten**
11722 Spring Club Road
San Antonio,  TX 78249

| | **Clm No 4247** | Filed In Cases: 140 | |
| Class | | Claim Detail Amount | Final Allowed Amount |
| UNS | | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Darnell Hawkins**
1130 32nd Street
Newport News,  VA 23607

| | **Clm No 4248** | Filed In Cases: 140 | |
| Class | | Claim Detail Amount | Final Allowed Amount |
| UNS | | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joyce Hawkins**
P. O. Box 5083
Chesapeake,  VA 23324-0083

| | **Clm No 4249** | Filed In Cases: 140 | |
| Class | | Claim Detail Amount | Final Allowed Amount |
| UNS | | $1,250.00 | |
| | | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

**Melissa Hawkins**
8 Kenan Court
Hampton, VA 23666

**Clm No 4250**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ruby Hawkins**
8 Kenan Court
Hampton, VA 23666

**Clm No 4251**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sharon Hawkins**
1200 Pinnacle Circle Apt 1C
Newport News, VA 23601

**Clm No 4252**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1415 of 3330

---

**Emmanuel Hawks**
2505 Burfoot Street
Chesapeake,  VA 23324

**Clm No 4253**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Hawks**
125 Queen's Lane
Franklin VA,  23851

**Clm No 4254**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ora Hawks**
7130  Harvest Drive
Suffolk,  23437

**Clm No 4255**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Becky Dixon Hayden**
683 Lake Meade Drive
Suffolk,  VA 23434

**Clm No 4256**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1,250.00 |

**Mary Ann Hayden**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 4257**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

**Betty Hayes**
310 Kastal Court
Hampton,  VA 23669

**Clm No 4258**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

3/14/2018 3:55:46 PM

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

1417 of 3330

---

**Carolyn Hayes**
417 Clemson Ave.
Chesapeake,  VA 23324

**Clm No 4259**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dorothy Hayes**
525 Bayside Drive
Baltimore,  MD 21222

**Clm No 4260**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Hayes**
232 West Gilbert Street Apt 131
Hampton,  VA 23669

**Clm No 4261**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1,250.00          |                    |
|       | $1,250.00          |                    |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              1418 of 3330

---

**Robert Hayes**                        **Clm No 4262**      Filed In Cases: 140
546 Madison Street Apt E
Portsmouth, VA 23704                     Class          Claim Detail Amount       Final Allowed Amount

                                        UNS                   $1.00
                                                              $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Trevor Hayes**                        **Clm No 4263**      Filed In Cases: 140
1615 U.S. Highway 158, West
Eure, NC 27935                          Class          Claim Detail Amount       Final Allowed Amount

                                        UNS                   $1.00
                                                              $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Walter Hayes**                        **Clm No 4264**      Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2              Class          Claim Detail Amount       Final Allowed Amount
Hunt Valley, MD 21030
                                        UNS                 $1,250.00
                                                            $1,250.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value         $1,250.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    1419 of 3330

---

**William Hayes**                          **Clm No 4265**    Filed In Cases: 140
569 22nd Street
Newport News, VA 23607      | Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|---------------------|
| UNS   | $1.00              |                     |
|       | $1.00              |                     |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Anne Haynes**                            **Clm No 4266**    Filed In Cases: 140
203 Cabell Dr.
Newport News, VA 23602      | Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|---------------------|
| UNS   | $1.00              |                     |
|       | $1.00              |                     |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Donald Haynes**                          **Clm No 4267**    Filed In Cases: 140
2705 Fincham Court
Chesapeake, VA 23324-3025   | Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|---------------------|
| UNS   | $1.00              |                     |
|       | $1.00              |                     |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              1420 of 3330

---

**Larry Haynes**                          **Clm No 4268**     Filed In Cases: 140
203 Cabell Drive
Newport News, VA 23602                     Class          Claim Detail Amount        Final Allowed Amount

                                           UNS                  $1.00
                                                                $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Clarrie Haywood**                        **Clm No 4269**     Filed In Cases: 140
1996 Tillage Lane
Hayes, VA 23072                            Class          Claim Detail Amount        Final Allowed Amount

                                           UNS                $1,250.00
                                                             $1,250.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value     $1,250.00

---

**Freddie Haywood**                        **Clm No 4270**     Filed In Cases: 140
3704 Greenwood Drive
Portsmouth, VA 23701                       Class          Claim Detail Amount        Final Allowed Amount

                                           UNS                  $1.00
                                                                $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/14/2018 3:55:46 PM

*Claims Details*                                                                1421 of 3330

---

**Dorothy Hazel**                    **Clm No 4271**    Filed In Cases: 140
3249 Braddock Landing Road
Chesapeake,  VA 23321                 Class            Claim Detail Amount     Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Dorothy L. Hazel**                 **Clm No 4272**    Filed In Cases: 140
3249 Braddock Landing Road
Chesapeake,  VA 23321                 Class            Claim Detail Amount     Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Debbie Hazen**                     **Clm No 4273**    Filed In Cases: 140
109 Maple Ave.
Pasadena,  MD 21122                   Class            Claim Detail Amount     Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**         **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

## Claims Details

**David Headrick**                          **Clm No 4274**      Filed In Cases: 140
3168 Thomas Landing Road
Hayes, VA 23072                             Class          Claim Detail Amount      Final Allowed Amount

                                           UNS                    $1.00
                                                                  $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**David Headrick, Jr.**                     **Clm No 4275**      Filed In Cases: 140
1416 Middle Swamp Road
Corapeake, NC 27926                         Class          Claim Detail Amount      Final Allowed Amount

                                           UNS                    $1.00
                                                                  $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Edwin Heath**                             **Clm No 4276**      Filed In Cases: 140
6038 Mount Laurel Road
Clover, VA 24534                            Class          Claim Detail Amount      Final Allowed Amount

                                           UNS                    $1.00
                                                                  $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value           $1.00

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                      1423 of 3330

---

**Wilbur Heath**                     **Clm No 4277**    Filed In Cases: 140
450 Barcelona Lane
Virginia Beach, VA 23452              Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**James Hebron**                     **Clm No 4278**    Filed In Cases: 140
8205 Averill Court
Severn, MD 21144                     Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                  $1,250.00
                                                          $1,250.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value       $1,250.00

---

**Regina Heckstall**                 **Clm No 4279**    Filed In Cases: 140
11 Sharon Court
Hampton, VA 23666                    Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                           3/14/2018 3:55:46 PM

### Claims Details

**Donald Hedgebeth**                     **Clm No 4280**      Filed In Cases: 140
134 Deep Run Road
Hampton,  VA 23666

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----|-----|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Shirley M. Hedrick**                   **Clm No 4281**      Filed In Cases: 140
448 North Patuxent Road
Odenton,  MD 21113

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----|-----|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Diana Heinlein**                       **Clm No 4282**      Filed In Cases: 140
1085 Vena Lane
Pasadena,  MD 21122

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----|-----|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

| **Edward Heiser** | **Clm No 4283** | Filed In Cases: 140 | |
| 5608 Anthony Road | Class | Claim Detail Amount | Final Allowed Amount |
| Virginia Beach,  VA 23455 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| **Devon Hemby** | **Clm No 4284** | Filed In Cases: 140 | |
| 2306 Edmondson Avenue | Class | Claim Detail Amount | Final Allowed Amount |
| Baltimore, MD 21223 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| **Frederick Hemmings** | **Clm No 4285** | Filed In Cases: 140 | |
| 1633 Hydenwood Crescent | Class | Claim Detail Amount | Final Allowed Amount |
| Chesapeake,  VA 23321 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**                  **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    1426 of 3330

---

**Marsha Henderson**      **Clm No 4286**    Filed In Cases: 140
7743 Freetown Road
Glen Burnie,  MD 21060    | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed      1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Douglas Henley**      **Clm No 4287**    Filed In Cases: 140
3873 Cedar Bush Road
Hayes,  VA 23072    | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed      1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Norma Herb**      **Clm No 4288**    Filed In Cases: 140
c/o Linda Shiplet
413 Reedville Road
Oxford,  PA 19363    | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed      1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1427 of 3330

---

**Richard Herbert**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 4289**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Herr**
3349 Ady Road
Street,   MD 21154

**Clm No 4290**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Paul Herrick**
601 Knotts Island Road
Knotts Island,  NC 27950

**Clm No 4291**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                    1428 of 3330

---

**Michael Herring**                    <u>**Clm No 4292**</u>    Filed In Cases: 140
1190 Millpond Rd.
Elizabeth City,  NC 27909              Class            Claim Detail Amount        Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Sharon Herring**                     <u>**Clm No 4293**</u>    Filed In Cases: 140
16904 Dorchester Place
Upper Marlboro,  MD 20772             Class            Claim Detail Amount        Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Sylvester Herring**                  <u>**Clm No 4294**</u>    Filed In Cases: 140
3348 Main Street
Elizabeth City,  NC 27909             Class            Claim Detail Amount        Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    1429 *of* 3330

---

**Aubrey Hiatt**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 4295**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Donna Hickle**
1907 Savin Road
Elizabeth City, NC 27909

**Clm No 4296**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lynn Hickle**
1907 Savin Road
Elizabeth City, NC 27909

**Clm No 4297**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## *Claims Details*

1430 of 3330

---

**David Hicks**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 4298**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ernese Hicks**
318 Viking Street
Portsmouth, VA 23701

**Clm No 4299**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jesse Hicks**
328 Cedar Street
Suffolk,  VA 23434

**Clm No 4300**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**John Hicks**
225 Council Road
Franklin,  VA 23851

**Clm No 4301**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 1-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

**Joyce Hicks**
204 Jethro Lane
Yorktown,  VA 23692

**Clm No 4302**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 1-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

**Samuel Hicks**
121 Old Railway Road
Yorktown,  VA 23692

**Clm No 4303**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 1-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                                  1432 of 3330

---

**Rolando Hidalgo**                    **Clm No 4304**      Filed In Cases: 140
937 Shadow Tree Way
Virginia Beach,  VA 23452-7904        Class              Claim Detail Amount        Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Gary Higdon**                        **Clm No 4305**      Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2            Class              Claim Detail Amount        Final Allowed Amount
Hunt Valley, MD 21030
                                      UNS                    $1.00
                                                             $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Ricky Higgins**                      **Clm No 4306**      Filed In Cases: 140
14699 Wingapo Drive
Lanexa,  VA 23089                     Class              Claim Detail Amount        Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                     3/14/2018 3:55:46 PM

*Claims Details*                                                                          1433 of 3330

---

**Laura Higgins -Gabriele**          **Clm No 4307**      Filed In Cases: 140
6904 Birdwood Avenue
Baltimore,  MD 21220

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Phillip Higgs**          **Clm No 4308**      Filed In Cases: 140
5030 Cape Henry Ave.
Norfolk, VA 23513

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Ruby High**          **Clm No 4309**      Filed In Cases: 140
P. O. Box 1782
Bluffton,  SC 29910

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*

**Keither B. Highsmith**

1933 Brilland Court

Glen Allen,  VA 23060

| Clm No 4310 | Filed In Cases: 140 | |
|---|---|---|
| Class | Claim Detail Amount | Final Allowed Amount |
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           1-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**Gerard Hild**

11630 Glen Arm Road

Glen Arm,  MD 21057

| Clm No 4311 | Filed In Cases: 140 | |
|---|---|---|
| Class | Claim Detail Amount | Final Allowed Amount |
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           1-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**Calvin Hill**

955 Harpersville Road

Newport News,  VA 23601

| Clm No 4312 | Filed In Cases: 140 | |
|---|---|---|
| Class | Claim Detail Amount | Final Allowed Amount |
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           1-Dec-2016

Bar Date

Claim Face Value        $1.00

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                        1435 of 3330

| Carol Hill | **Clm No 4313** | Filed In Cases: 140 | |
|---|---|---|---|
| 2 Liberty Place # 14 | Class | Claim Detail Amount | Final Allowed Amount |
| Baltimore, MD 21244 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Charles Hill | **Clm No 4314** | Filed In Cases: 140 | |
|---|---|---|---|
| 116 Holly Point Rd. | Class | Claim Detail Amount | Final Allowed Amount |
| Yorktown, VA 23692 | UNS | $1,250.00 | |
| | | $1,250.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1,250.00 |

| Constance Hill | **Clm No 4315** | Filed In Cases: 140 | |
|---|---|---|---|
| 518 Woodfin Road | Class | Claim Detail Amount | Final Allowed Amount |
| Newport News, VA 23601 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1436 of 3330

---

**Fred Hill**
3341 Dunedin Drive
Chesapeake,  VA 23321

**Clm No 4316**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Hill**
28 Bourbon Court.
Baltimore,  MD 21234

**Clm No 4317**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Latrelle Hill**
955 Harpersville Road
Newport News,  VA 23601

**Clm No 4318**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1437 of 3330

---

**Lillie Hill**
10495 Central Hill Road
Windsor,  VA 23487

**Clm No 4319**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Margaret Hill**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 4320**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Milton Hill**
1422 Lake Forest Drive
Portsmouth,  VA 23701

**Clm No 4321**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                    1438 of 3330

---

**Randolph Hill**                    **Clm No 4322**    Filed In Cases: 140
5929 College Drive
Suffolk,  VA 23435                   Class           Claim Detail Amount       Final Allowed Amount

                                    UNS                   $1.00
                                                          $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Richard Hill**                     **Clm No 4323**    Filed In Cases: 140
3203 Dunnebrook Court
Virginia Beach,  VA 23453            Class           Claim Detail Amount       Final Allowed Amount

                                    UNS                 $1,250.00
                                                        $1,250.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value        $1,250.00

---

**Samuel Hill**                      **Clm No 4324**    Filed In Cases: 140
518 Woodfin Road
Newport News,  VA 23601             Class           Claim Detail Amount       Final Allowed Amount

                                    UNS                   $1.00
                                                          $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

---

*Claims Details*    1439 of 3330

---

**Thomas Hill**    **Clm No 4325**    Filed In Cases: 140
1Pepperwood Lane

Portsmouth,  VA. 23703

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas Hill**    **Clm No 4326**    Filed In Cases: 140
773 Ledford Lane

Smithfield,  VA 23430

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Vanessa Hill**    **Clm No 4327**    Filed In Cases: 140
3341 Dunedin Drive

Chesapeake,  VA 23327

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/14/2018 3:55:46 PM

*Claims Details*                                                        1440 of 3330

---

**Wilroy Hill**                      **Clm No 4328**      Filed In Cases: 140
1100 Lakeview Drive
Portsmouth,  VA 23701          Class          Claim Detail Amount      Final Allowed Amount

                              UNS                  $1.00

                                                   $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Bernard Hilton**                   **Clm No 4329**      Filed In Cases: 140
1219 North Linwood Avenue
Baltimore,  MD 21213           Class          Claim Detail Amount      Final Allowed Amount

                              UNS                  $1.00

                                                   $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Raymond Hines**                    **Clm No 4330**      Filed In Cases: 140
2316 Peach Street
Portsmouth,  VA 23704          Class          Claim Detail Amount      Final Allowed Amount

                              UNS                  $1.00

                                                   $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                             1441 of 3330

---

**James Hinkle**                    **Clm No 4331**    Filed In Cases: 140
1801 Dunmere Road
Baltimore, MD 21222                  Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                 $1.00
                                                         $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Calvin Hinton**                   **Clm No 4332**    Filed In Cases: 140
603 Waters Road
Chesapeake, VA 23322                 Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                 $1.00
                                                         $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Carolyn Hinton**                  **Clm No 4333**    Filed In Cases: 140
2930 McLemore Street
Norfolk, VA 23509                    Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                 $1.00
                                                         $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                                          1442 of 3330

---

**George Hinton**                    **Clm No 4334**    Filed In Cases: 140

510 Harbour North Drive              Class          Claim Detail Amount      Final Allowed Amount

Chesapeake,  VA 23320                UNS                    $1.00

                                                            $1.00

Date Filed              1-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Kenneth Hinton**                   **Clm No 4335**    Filed In Cases: 140

1402 Woodcrest Rd                    Class          Claim Detail Amount      Final Allowed Amount

Hampton,  VA 23663                   UNS                    $1.00

                                                            $1.00

Date Filed              1-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Lessie Hinton**                    **Clm No 4336**    Filed In Cases: 140

510 Harbour North Dr.                Class          Claim Detail Amount      Final Allowed Amount

Chesapeake,  VA 23320                UNS                    $1.00

                                                            $1.00

Date Filed              1-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1443 of 3330

---

**Ronald Hinton**
719 Park Avenue
Huntington, NY 11743

**Clm No 4337**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Vernon Hinton**
1521 Millpond Rd.
Elizabeth City, NC 27909

**Clm No 4338**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Hinton**
P.O. Box 5393
Newport News, VA 23605

**Clm No 4339**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/14/2018 3:55:46 PM

*Claims Details*                                                     1444 of 3330

---

**Gerald Hires**                    **Clm No 4340**    Filed In Cases: 140
6433 Lockhart Drive East
Jacksonville, FL 32209             Class        Claim Detail Amount    Final Allowed Amount

                                  UNS               $1.00
                                                    $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Percy Hobbs**                     **Clm No 4341**    Filed In Cases: 140
2046 Kenlake Place
Norfolk, VA 23518                 Class        Claim Detail Amount    Final Allowed Amount

                                  UNS               $1.00
                                                    $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Roger Hobbs**                     **Clm No 4342**    Filed In Cases: 140
513 Southfield Drive
Chesapeake, VA 23322              Class        Claim Detail Amount    Final Allowed Amount

                                  UNS               $1.00
                                                    $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

OldCo, LLC, successor by merger to Coltec Industries Inc          3/14/2018 3:55:46 PM

*Claims Details*                                                                    1445 of 3330

---

**Patricia Hockin**                    **Clm No 4343**     Filed In Cases: 140
112 Manhattan Ct.
Cary,  NC 27511                         Class            Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00
                                                             $1.00

Date Filed             1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Theodore Hodak**                     **Clm No 4344**     Filed In Cases: 140
3 Bohn Court
Baltimore,  MD 21237                   Class            Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00
                                                             $1.00

Date Filed             1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Thomas Hodge**                       **Clm No 4345**     Filed In Cases: 140
3307 Driftwood Drive
Hampton,  VA 23666                     Class            Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00
                                                             $1.00

Date Filed             1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Charles Hodges**
291Ballast Point Road
Hudgins, Virginia 23076

**Clm No 4346**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Pauletta Hodges-Lewis**
12811 Piscataway Landing Drive
Clinton, MD 20735

**Clm No 4347**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**William Hoffman**
703 Cedar Trace SW
Lilburn, GA 30047

**Clm No 4348**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Harry Hogan**
5 Aspenwood Drive
Hampton,  VA 23666

**Clm No 4349**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Evelyn Hoggard**
P.O. Box 105
Cofield,  NC 27922

**Clm No 4350**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Norris Hoggard**
2231 Portsmouth Blvd.
Portsmouth,  VA 23704

**Clm No 4351**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## *Claims Details*

1448 of 3330

---

**Betty Hogge**
1823 Lillaston Lane
Hayes, VA 23072

**Clm No 4352**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Leo Hogge**
2592 Kinsey Drive
Hayes,  VA 23072

**Clm No 4353**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Leo Hogge**
2592 Kinsey Drive
Hayes,  VA 23072

**Clm No 4354**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                                  1449 of 3330

---

**Thomas Hogge**                          **Clm No 4355**      Filed In Cases: 140
1823 Lillaston Lane
Hayes, VA 23072                           Class            Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Charles Holden**                        **Clm No 4356**      Filed In Cases: 140
1334 Deanwood Road
Baltimore, MD 21234                       Class            Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Dale Holden**                           **Clm No 4357**      Filed In Cases: 140
3222 Bentham Lane
Chesapeake, VA 23321                      Class            Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                          1450 of 3330

| Walter Holimon | **Clm No 4358** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Paul A. Weykamp | Class | Claim Detail Amount | Final Allowed Amount |
| 16 Stenersen Lane, Suite 2 | | | |
| Hunt Valley, MD 21030 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Charles Holland | **Clm No 4359** | Filed In Cases: 140 | |
|---|---|---|---|
| 2625 Evegreen Road | Class | Claim Detail Amount | Final Allowed Amount |
| Portsmouth, VA 23704 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Charlie Holland | **Clm No 4360** | Filed In Cases: 140 | |
|---|---|---|---|
| 2800 Country Club Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Suffolk, VA 23435 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1451 of 3330

---

**Earl Holland**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 4361**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Lonnie Holland**
4020 Old Virginia Road
Chesapeake, VA 23323

**Clm No 4362**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mark Holland**
7720 Carrico Mill Lane
Charlotte Hall, MD 20622

**Clm No 4363**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Robert Holland**
1436 Redwood Court
Suffolk,  VA 23434

**Clm No 4364**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Anita Holley**
2011 Angler Court
Chesapeake,  VA 23323

**Clm No 4365**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Barbara Holley**
651  25th Street, Apt. 104
Newport News,  VA 23607

**Clm No 4366**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

1453 of 3330

---

**Edward Holley**
401 New Jersey Ave.
Elizabeth City,  NC 27909

**Clm No 4367**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Ervin Holley**
1312 Baltic Street
Suffolk,  VA 23434

**Clm No 4368**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Michael Holley**
2011 Angler Court
Chesapeake,  VA 23323

**Clm No 4369**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

## Claims Details

1454 of 3330

| **Moses Holley** | **Clm No 4370** | Filed In Cases: 140 | |
|---|---|---|---|
| 680 Goose Creek Rd. | Class | Claim Detail Amount | Final Allowed Amount |
| Virginia Beach, VA 23462 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Theresa Holley** | **Clm No 4371** | Filed In Cases: 140 | |
|---|---|---|---|
| 7492 Rosefield Dr. | Class | Claim Detail Amount | Final Allowed Amount |
| Norfolk, VA 23513 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **David Holliday** | **Clm No 4372** | Filed In Cases: 140 | |
|---|---|---|---|
| 4108 Tattershall Ct. | Class | Claim Detail Amount | Final Allowed Amount |
| Virginia Beach, VA 23462 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**    3/14/2018 3:55:46 PM

*Claims Details*    1455 of 3330

---

**Hattonia Holliday**
4108 Tattershall Ct.
Virginia Beach,  VA 23462

**Clm No 4373**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Cynthia Holliday-Parker**
3112 Knight Road
Chesapeake,  VA 23323

**Clm No 4374**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Donald Holliman**
3621 Sherwood Place
Suffolk, VA 23435

**Clm No 4375**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                1456 of 3330

---

**Fred Hollman**                    **Clm No 4376**     Filed In Cases: 140
601 Fife Street
Chesapeake, VA 23321                 Class              Claim Detail Amount     Final Allowed Amount

                                     UNS                $1.00
                                                        $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**James Holloman**                  **Clm No 4377**     Filed In Cases: 140
504 White Haven Crescent
Chesapeake, VA 23325                 Class              Claim Detail Amount     Final Allowed Amount

                                     UNS                $1.00
                                                        $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Lorraine Holloman**               **Clm No 4378**     Filed In Cases: 140
1633 Rolfe Pl.
Newport News, VA 23607-5821          Class              Claim Detail Amount     Final Allowed Amount

                                     UNS                $1.00
                                                        $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

**Raleigh Holloman**
3719 Henrico Street
Norfolk,  VA 23513

**Clm No 4379**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Sharon Holloman**
237 N. C. Highway 11 North
Ahoskie,  NC 27910

**Clm No 4380**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Andrew Holloway**
3309 Dominion Ave.
Norfolk,  VA 23518

**Clm No 4381**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                    1458 of 3330

---

**Barbara Holloway**              **Clm No 4382**      Filed In Cases: 140
25 Hunts Neck Road
Poquoson, VA 23662

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Daniel Holloway**              **Clm No 4383**      Filed In Cases: 140
1003 72nd Street
Newport News, VA 23605

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**David Holloway**              **Clm No 4384**      Filed In Cases: 140
103 Millcrossing Rd.
Yorktown, VA 23693

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                 1459 of 3330

---

**David Holloway**                    **Clm No 4385**      Filed In Cases: 140
103 Millcrossing Road
Yorktown,  VA 23693          | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed              1-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**James Holloway**                    **Clm No 4386**      Filed In Cases: 140
902 Smoke Tree Lane
Virginia Beach, VA 23452          | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed              1-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**James Holloway**                    **Clm No 4387**      Filed In Cases: 140
25 Hunts Neck Road
Poquoson,  VA 23662          | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed              1-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

1460 of 3330

---

**Marvin Holloway**
21 Ridge Road
Poquoson,  VA 23662

**Clm No 4388**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Vynell Holloway**
3517 Markham Court
Virignia Beach,  VA 23456

**Clm No 4389**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Baker Hollowell**
717 Harpersville Road
Newport News,  VA 23601

**Clm No 4390**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              1461 of 3330

---

**Jack Holmes**                      **Clm No 4391**      Filed In Cases: 140
P. O. Box 9432
Chesapeake,  VA 23321               Class              Claim Detail Amount      Final Allowed Amount

                                    UNS                    $1,250.00
                                                           $1,250.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1,250.00

---

**Joyce Holmes**                     **Clm No 4392**      Filed In Cases: 140
4032 Edinburg Court
Suffolk, VA 23435                   Class              Claim Detail Amount      Final Allowed Amount

                                    UNS                    $1,250.00
                                                           $1,250.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1,250.00

---

**Joyce Holmes**                     **Clm No 4393**      Filed In Cases: 140
4032 Edinburg Court
Suffolk,  VA 23434                  Class              Claim Detail Amount      Final Allowed Amount

                                    UNS                    $1.00
                                                           $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

## Claims Details

**Nicholas Holmes**
109 Holland Drive
Camden,  NC 27921

**Clm No 4394**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|-------|-----------|-------|
| Date Filed | 1-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

**Reginald Holmes**
2244 Corbett Ave.
Norfolk,  VA 23518

**Clm No 4395**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|-------|-----------|-------|
| Date Filed | 1-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

**Richard Holmes**
20319 Cherry Grove Road, North
Smithfield,  VA 23430

**Clm No 4396**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|-------|-----------|-------|
| Date Filed | 1-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                     3/14/2018 3:55:46 PM

*Claims Details*                                                                      1463 of 3330

---

**Rita Holmes**

109 Holland Drive

Camden, NC 27921

**Clm No 4397**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Holmes**

c/o Paul A. Weykamp

16 Stenersen Lane, Suite 2

Hunt Valley, MD 21030

**Clm No 4398**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rose Holmes**

917 Michael Drive Unit A

Chesapeake, VA 23322

**Clm No 4399**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Rose Holmes**
917 Michael Drive, Unit A
Chesapeake,  VA 23322

**Clm No 4400**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Russell Holmes**
15 Willowwood Circle
Urbana OH,  43078

**Clm No 4401**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas Holmes**
130 Bell Shearin Road
Littleton,  NC 27850

**Clm No 4402**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/14/2018 3:55:46 PM

*Claims Details*                                                                          1465 of 3330

---

**Richard A. Holmes, Jr.**                  **Clm No 4403**    Filed In Cases: 140
20319 Cherry Grove Road North
Smithfield, VA 23430                  Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                $1,250.00
                                                        $1,250.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1,250.00

---

**Richard A. Holmes, Jr.**                  **Clm No 4404**    Filed In Cases: 140
20319 Cherry Grove Road, N.
Smithfield, VA 23430                  Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                $1.00
                                                        $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**David Holt**                              **Clm No 4405**    Filed In Cases: 140
22150 Barrett Town Road
Zuni, VA 23898                        Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                $1.00
                                                        $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**         **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                    1466 of 3330

---

**Mark Holt**                          **Clm No 4406**    Filed In Cases: 140
1106 Tazewell Street
Portsmouth, VA 23701                   Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                  $1.00
                                                            $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Joel Holtslander**                   **Clm No 4407**    Filed In Cases: 140
4221 Genoa Crescent
Chesapeake,  VA 23321                  Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                  $1.00
                                                            $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Joseph Hood**                        **Clm No 4408**    Filed In Cases: 140
1221 Marge Dr.
Chesapeake,  VA 23320                  Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                  $1.00
                                                            $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                    1467 of 3330

---

**Geraline Hooe**                  **Clm No 4409**    Filed In Cases: 140
169 Rustling Oak Ridge
Yorktown,  VA 23692         Class          Claim Detail Amount        Final Allowed Amount

                           UNS              $1,250.00
                                            $1,250.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1,250.00

---

**Ella Hooks**                    **Clm No 4410**    Filed In Cases: 140
403 Alleghany Road
Hampton,  VA 23661         Class          Claim Detail Amount        Final Allowed Amount

                           UNS                  $1.00
                                                $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Frances Hooper**                **Clm No 4411**    Filed In Cases: 140
2 Pickett Street
Hampton,  VA 23669         Class          Claim Detail Amount        Final Allowed Amount

                           UNS                  $1.00
                                                $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                          1468 of 3330

---

**James Hopkins**                     **Clm No 4412**        Filed In Cases: 140
84 Harvard Road
Pennsville,  NJ 08070                  Class            Claim Detail Amount        Final Allowed Amount

                                      UNS                      $1.00
                                                              $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Thyron Hopkins**                    **Clm No 4413**        Filed In Cases: 140
1105 Little River Drive
Elizabeth City,  NC 27909             Class            Claim Detail Amount        Final Allowed Amount

                                      UNS                      $1.00
                                                              $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Mary Jane Hornung**                 **Clm No 4414**        Filed In Cases: 140
4154 Alesia Road
Millers,  MD 21102                    Class            Claim Detail Amount        Final Allowed Amount

                                      UNS                      $1.00
                                                              $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                      1469 of 3330

---

**Calvin Horsley**                    **Clm No 4415**        Filed In Cases: 140
3827-C. Rivanna River Reach
Portsmouth , VA 23703                  Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                  $1.00
                                                            $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Fred Horton**                       **Clm No 4416**        Filed In Cases: 140
103 Tulip Poplar Ct.
Smithfield, VA 23430                   Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                  $1.00
                                                            $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Larry Horton**                      **Clm No 4417**        Filed In Cases: 140
1561 Mount Vernon Ave.
Portsmouth, VA 23707                   Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                  $1.00
                                                            $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

1470 of 3330

---

**Robert Horton**
2401 Featherbed Drive
Chesapeake, VA 23325

**Clm No 4418**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas Horton**
212 Little Island Road
Eure, NC 27935

**Clm No 4419**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Berlyn Howard**
1020 Main Creek Road
Chesapeake, VA 23320

**Clm No 4420**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                          1471 of 3330

---

**Calvin Howard**                     **Clm No 4421**    Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2          Class              Claim Detail Amount        Final Allowed Amount
Hunt Valley, MD 21030
                                      UNS                    $1.00
                                                             $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Catherine Howard**                  **Clm No 4422**    Filed In Cases: 140
1038 Randall Court
Hampton,  VA 23666                    Class              Claim Detail Amount        Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Cellie Howard**                     **Clm No 4423**    Filed In Cases: 140
8912 Chesapeake Blvd., Apt. A
Norfolk,  VA 23503                    Class              Claim Detail Amount        Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Emmett Howard**
8254 Seashell Drive
Chincoteague,  VA 23336

**Clm No 4424**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Jimmie Howard**
3004 Kings Way
Columbia,  SC 29223

**Clm No 4425**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Mary Howard**
8395 Greenstone Court
Millersville,  MD 21108-1489

**Clm No 4426**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

1473 of 3330

| **Phillip Howard** | | **Clm No 4427** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 5012 Arony Street | | | | |
| Newport News, VA 23605 | | Class | Claim Detail Amount | Final Allowed Amount |
| | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 1-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **Vaughn Howard** | | **Clm No 4428** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 1603 Congressional Way | | | | |
| Champagne, IL 61822 | | Class | Claim Detail Amount | Final Allowed Amount |
| | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 1-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **Alvin Howell** | | **Clm No 4429** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 22 Holly Drive | | | | |
| Newport News, VA 23601 | | Class | Claim Detail Amount | Final Allowed Amount |
| | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 1-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Jesse Howell**
301 Troy Drive
Elizabeth City, NC 27909

**Clm No 4430**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lloyd Howell**
196 Carters Road
Gatesville, NC 27938

**Clm No 4431**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jacob Hubbard**
210 West Taylor Ave.
Hampton, VA 23663

**Clm No 4432**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                    1475 *of* 3330

---

**Barbara Hudgins**                      **Clm No 4433**      Filed In Cases: 140
1532 Powells Tavern Pl.
Herndon,  VA 20170                        Class              Claim Detail Amount      Final Allowed Amount

                                         UNS                        $1.00
                                                                    $1.00

            Date Filed          1-Dec-2016
            Bar Date
            Claim Face Value         $1.00

---

**Ronald J. Hudgins**                    **Clm No 4434**      Filed In Cases: 140
234 Jenny Lane
Stewartstown,  PA 17363                   Class              Claim Detail Amount      Final Allowed Amount

                                         UNS                        $1.00
                                                                    $1.00

            Date Filed          1-Dec-2016
            Bar Date
            Claim Face Value         $1.00

---

**William Hudgins**                      **Clm No 4435**      Filed In Cases: 140
117 Ewellville Lane
Dutton,  VA 23050                         Class              Claim Detail Amount      Final Allowed Amount

                                         UNS                        $1.00
                                                                    $1.00

            Date Filed          1-Dec-2016
            Bar Date
            Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

| Harold Hudnell | **Clm No 4436** | Filed In Cases: 140 | |
|---|---|---|---|
| 2 Armor Court | Class | Claim Detail Amount | Final Allowed Amount |
| Baltimore, MD 21220 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| Murmon Hudson | **Clm No 4437** | Filed In Cases: 140 | |
|---|---|---|---|
| 112 Acorn Oak Ave | Class | Claim Detail Amount | Final Allowed Amount |
| Duck, NC 27949 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| Brenda Huff | **Clm No 4438** | Filed In Cases: 140 | |
|---|---|---|---|
| 401 Tiki Way | Class | Claim Detail Amount | Final Allowed Amount |
| Chesapeake, VA 23322 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Harold Huff**
P. O. Box 5055
Middle River, MD 21220

**Clm No 4439**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Huff**
34 Inglewood Drive
Hampton, VA 23666

**Clm No 4440**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**George Huffman**
1670 Tautog Road
Suffolk, VA 23433

**Clm No 4441**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                          3/14/2018 3:55:46 PM

*Claims Details*                                                                                   1478 of 3330

---

**Andrew Hugate**                          **Clm No 4442**      Filed In Cases: 140
c/o Edward Hugate
183 North River Road                       Class            Claim Detail Amount      Final Allowed Amount
Bohannon,  VA 23021
                                           UNS                   $1.00
                                                                 $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**John Hughes**                            **Clm No 4443**      Filed In Cases: 140
130 South Mills Road
Moyock,  NC 27958                          Class            Claim Detail Amount      Final Allowed Amount

                                           UNS                   $1.00
                                                                 $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Larry Hughes**                           **Clm No 4444**      Filed In Cases: 140
1337 Ocean Highway
Hertford,  NC 27944                         Class            Claim Detail Amount      Final Allowed Amount

                                           UNS                   $1.00
                                                                 $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                1479 of 3330

---

**Richard Humphries**          **Clm No 4445**    Filed In Cases: 140
13 Tanglewood Drive
Elizabeth City,  NC 27909      Class              Claim Detail Amount    Final Allowed Amount

                               UNS                $1.00
                                                  $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Carol Hundley**              **Clm No 4446**    Filed In Cases: 140
11 Rendon Drive
Hampton,  VA 23666             Class              Claim Detail Amount    Final Allowed Amount

                               UNS                $1,250.00
                                                  $1,250.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1,250.00

---

**Shawn Hundley**              **Clm No 4447**    Filed In Cases: 140
P.O. Box 874
10253 Wrenn's Mill Road        Class              Claim Detail Amount    Final Allowed Amount
Smithfield,  VA 23431-0874
                               UNS                $1.00
                                                  $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/14/2018 3:55:46 PM

*Claims Details*                                                           1480 of 3330

---

**Janet Hunley**                    **Clm No 4448**     Filed In Cases: 140
104 Meadow Field Road
Yorktown, VA 23692                   Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                  $1.00
                                                         $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**John Hunsucker**                  **Clm No 4449**     Filed In Cases: 140
2729 Conrad Ave.
Chesapeake,  VA 23323               Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                  $1.00
                                                         $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Floyd Hunt**                      **Clm No 4450**     Filed In Cases: 140
705 Pretlow Street
Franklin,  VA 23851                 Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                  $1.00
                                                         $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              1481 of 3330

---

**Howard Hunt**                          **Clm No 4451**    Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2               Class          Claim Detail Amount      Final Allowed Amount
Hunt Valley, MD 21030
                                         UNS                    $1.00
                                                                $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Katie Hunt**                           **Clm No 4452**    Filed In Cases: 140
4321 Taylor Road
Chesapeake,  VA 23321                     Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Milton Hunt**                          **Clm No 4453**    Filed In Cases: 140
2 Vickers Court
Portsmouth,  VA 23701                     Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

---

*Claims Details*                                                                                         1482 of 3330

---

**Paul Hunt**                          **Clm No 4454**      Filed In Cases: 140
21112 River Road
Sutherland, VA 23885                   Class              Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Ronald Hunt**                        **Clm No 4455**      Filed In Cases: 140
1210 Highland Avenue
Portsmouth, VA 23704                    Class              Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Walter Hunt**                        **Clm No 4456**      Filed In Cases: 140
601 Pembroke Ave, Apt 1103
Norfolk, VA 23507                      Class              Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    1483 of 3330

---

**William Hunt**
53 Shelby Street
Portsmouth, VA 23701

**Clm No 4457**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Adell Hunter**
5 Scott Drive
Hampton, VA 23661

**Clm No 4458**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Brenda Hunter**
1221 Lakeview Drive
Portsmouth, VA 23701

**Clm No 4459**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**    3/14/2018 3:55:46 PM

## Claims Details

---

**Brenda Hunter**
1221 Lakeview Drive
Portsmouth, VA 23701

**Clm No 4460**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carolyn Hunter**
911 Nelson Street
Norfolk, VA 23523

**Clm No 4461**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Hunter**
5 Scott Drive
Hampton, VA 23661

**Clm No 4462**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

---

## Claims Details

1485 of 3330

---

**Charlie Hunter**
312 Brook Avenue
Suffolk,  VA 23434

**Clm No 4463**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Eva Hunter**
8853 Gates Road
Suffolk,  VA 23437

**Clm No 4464**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gregory Hunter**
1117  77th Street
Newport News,  VA 23605

**Clm No 4465**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

## *Claims Details*                                                          1486 of 3330

---

**Ronald Hunter**                           **Clm No 4466**      Filed In Cases: 140
509 Delta Court
Chesapeake, VA 23325                         Class              Claim Detail Amount      Final Allowed Amount

                                             UNS                       $1.00
                                                                       $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Henry Huskerson**                         **Clm No 4467**      Filed In Cases: 140
1703 Littleton Blvd.
Richmond, VA 23228                           Class              Claim Detail Amount      Final Allowed Amount

                                             UNS                       $1.00
                                                                       $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Ronald Hutcherson**                       **Clm No 4468**      Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2                   Class              Claim Detail Amount      Final Allowed Amount
Hunt Valley, MD 21030
                                             UNS                    $1,250.00
                                                                    $1,250.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value         $1,250.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

## Claims Details

1487 of 3330

| **Lewis Hutcheson** | | **Clm No 4469** | Filed In Cases: 140 | |
| 8953 Redlawn Road | | | | |
| Bracey,  VA 23919 | | Class | Claim Detail Amount | Final Allowed Amount |
| | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 1-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **David Hylton** | | **Clm No 4470** | Filed In Cases: 140 | |
| 4333 Wilson Lane | | | | |
| Coeburn,  VA 24230 | | Class | Claim Detail Amount | Final Allowed Amount |
| | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 1-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **Dennis Hylton** | | **Clm No 4471** | Filed In Cases: 140 | |
| 3402 Princeview Drive | | | | |
| Suffolk,  VA 23434 | | Class | Claim Detail Amount | Final Allowed Amount |
| | | UNS | $1,250.00 | |
| | | | $1,250.00 | |
| Date Filed | 1-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1,250.00 | | | |

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                3/14/2018 3:55:46 PM

*Claims Details*                                                                          1488 of 3330

---

**Gloria Hyman**                          **Clm No 4472**     Filed In Cases: 140
900 N. Catherine Street
Ahoskie, NC 27910                         Class              Claim Detail Amount      Final Allowed Amount

                                          UNS                     $1.00

                                                                  $1.00


        Date Filed            1-Dec-2016
        Bar Date
        Claim Face Value          $1.00

---

**Jeffrey Hyman**                         **Clm No 4473**     Filed In Cases: 140
3678 B Towne Point Road
Portsmouth, VA 23703                      Class              Claim Detail Amount      Final Allowed Amount

                                          UNS                     $1.00

                                                                  $1.00


        Date Filed            1-Dec-2016
        Bar Date
        Claim Face Value          $1.00

---

**Patricia Hyman**                        **Clm No 4474**     Filed In Cases: 140
3678 B Towne Point Road
Portsmouth, VA 23703                      Class              Claim Detail Amount      Final Allowed Amount

                                          UNS                     $1.00

                                                                  $1.00


        Date Filed            1-Dec-2016
        Bar Date
        Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    1489 of 3330

---

**Kelly Idzi**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 4475**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carolyn Imel**
13501 Cedar Creek Road
Chesterfield,  VA 23838

**Clm No 4476**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Kwasi Imhotep**
112 Niblick Circle
Suffolk,  VA 23434

**Clm No 4477**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

1490 of 3330

---

**Alan Inboden**
210 Wakeland Drive
Stephens City,  VA 22655

**Clm No 4478**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lucilo Incognito**
4041 Windsor Gate Place
Virginia Beach,  VA 23452

**Clm No 4479**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joan Ingram**
104 Judith Circle
Yorktown,  VA 23693

**Clm No 4480**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                1491 of 3330

---

**Mildred Inman**                      **Clm No 4481**    Filed In Cases: 140
16 E. Russell Road
Hampton,  VA 23666                  | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Robert Insley**                      **Clm No 4482**    Filed In Cases: 140
25 Kelsor Drive
Poquoson,  VA 23662                 | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Edward Irvin**                       **Clm No 4483**    Filed In Cases: 140
2918 Mayon Drive
Chesapeake,  VA. 23325              | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              1492 of 3330

---

**Margaret Irwin**                    **Clm No 4484**    Filed In Cases: 140
10104 Shipes Lane
Owings Mills,  MD 21117              Class              Claim Detail Amount    Final Allowed Amount

                                    UNS                       $1.00
                                                              $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**William Irwin**                     **Clm No 4485**    Filed In Cases: 140
10104 Shipe Lane
Owings Mills,  MD 21117              Class              Claim Detail Amount    Final Allowed Amount

                                    UNS                     $1,250.00
                                                            $1,250.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value      $1,250.00

---

**Ali Jabbar**                        **Clm No 4486**    Filed In Cases: 140
2519 Columbus Avenue
Portsmouth,  VA 23704               Class              Claim Detail Amount    Final Allowed Amount

                                    UNS                       $1.00
                                                              $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/14/2018 3:55:46 PM

*Claims Details*                                                        1493 of 3330

---

**Bobby Jackson**                     **Clm No 4487**      Filed In Cases: 140
2137 Grandy Avenue Apt A
Norfolk,  VA 23504              Class           Claim Detail Amount      Final Allowed Amount

                               UNS                  $1.00
                                                    $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Caleb Jackson**                     **Clm No 4488**      Filed In Cases: 140
c/o Ms. Fay Pace
11 Mast Ct.                     Class           Claim Detail Amount      Final Allowed Amount
Portsmouth,  VA 23703
                               UNS                  $1.00
                                                    $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Charles Jackson**                   **Clm No 4489**      Filed In Cases: 140
c/o Charnissa Monroe
425 Palmer Street              Class           Claim Detail Amount      Final Allowed Amount
Fredericksburg,  VA 22401
                               UNS                  $1.00
                                                    $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                             1494 of 3330

---

**Clemith Jackson**                    **Clm No 4490**    Filed In Cases: 140
2501 Rock Creek Ct.
Chesapeake,  VA 23325

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Douglas Jackson**                    **Clm No 4491**    Filed In Cases: 140
5554 Brookville Road
Norfolk,  VA 23502

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Ellis Jackson**                      **Clm No 4492**    Filed In Cases: 140
186 Ainsley Road
Hertford,  NC 27944

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value      $1,250.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1495 of 3330

---

**Francis Jackson**
438 Blue Foot Rd.
Ahoskie, NC 27910

**Clm No 4493**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gladys B. Jackson**
4540 Baughman Ct.
Newport News, VA 23607

**Clm No 4494**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Harvey Jackson**
1301 George Washington Hwy. North Apt A
Portsmouth, VA 23323

**Clm No 4495**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                      3/14/2018 3:55:46 PM

*Claims Details*                                                                               1496 of 3330

---

**Irvin Jackson**                    **Clm No 4496**    Filed In Cases: 140
2023 Nashville Avenue
Portsmouth, VA 23704           Class          Claim Detail Amount        Final Allowed Amount

                                UNS                    $1.00
                                                       $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Keith Jackson**                    **Clm No 4497**    Filed In Cases: 140
5331 1/2 O'Kelly Drive
Suffolk  VA,  23437            Class          Claim Detail Amount        Final Allowed Amount

                                UNS                    $1.00
                                                       $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Michael Jackson**                  **Clm No 4498**    Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2     Class          Claim Detail Amount        Final Allowed Amount
Hunt Valley, MD 21030
                                UNS                    $1.00
                                                       $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

| Nathaniel Jackson | **Clm No 4499** | Filed In Cases: 140 | |
|---|---|---|---|
| 4101 Meadowview Road | Class | Claim Detail Amount | Final Allowed Amount |
| Portsmouth, VA 23703 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Pamela D. Jackson | **Clm No 4500** | Filed In Cases: 140 | |
|---|---|---|---|
| 5109 Young Knoll | Class | Claim Detail Amount | Final Allowed Amount |
| Stone Mountain, GA 30088 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Sherle Jackson | **Clm No 4501** | Filed In Cases: 140 | |
|---|---|---|---|
| 101 Golden Maple Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Virginia Beach, VA 23452 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1498 of 3330

---

**Shirley Jackson**
1130  22nd Street
Newport News, VA 23607

**Clm No 4502**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Stephanie K. Jackson**
482 Falling Lane
Virginia Beach, VA 23454

**Clm No 4503**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Vernon Jackson**
3205 Dunworken Drive
Chesapeake, VA 23321

**Clm No 4504**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1499 of 3330

---

**James Jacobs**
8441 Larrymore Ave.
Norfolk,  VA 23518

**Clm No 4505**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rocklyn Jacobs**
13492 Ashley Park Ct.
Carrollton,  VA 23314

**Clm No 4506**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Sylvester Jacobs**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 4507**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1500 of 3330

---

**Floyd Jacobs, Jr.**
131 Coralwood Road
Pasadena,  MD 21122

**Clm No 4508**        Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Jaeger**
27043 Tierra De Feugo
Punta Gorda,  FL 33983

**Clm No 4509**        Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bernard James**
1406 Anthony Drive
Chesapeake,  VA 23320

**Clm No 4510**        Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1501 of 3330

---

**Carolyn James**
112 Crosstown Road
Gates,  NC 27937

**Clm No 4511**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carolyn D. James**
8232 Greta Court #104
Alexandria,  VA 22309

**Clm No 4512**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Harold James**
110 Suburban Parkway Apt 135
Norfolk,  VA 23505

**Clm No 4513**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1502 of 3330

---

**John James**
129 Mt Vernon Ave
Portsmouth,  VA 23707

**Clm No 4514**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Mildred James**
2400 Portal Road
Chesapeake, VA 23324

**Clm No 4515**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Mildred James**
2400 Portal Road
Chesapeake,  VA 23324

**Clm No 4516**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

**Mildred M. James**
2400 Portal Road
Chesapeake,  VA 23324

**Clm No 4517**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Robert James**
112 Crosstown Road
Gates,  NC 27937

**Clm No 4518**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Sherman James**
220 Manning Lane
Hampton,  VA 23666

**Clm No 4519**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                          3/14/2018 3:55:46 PM

### Claims Details

**Sidney James**
3814 E. Princess Anne Road, Apt. 2
Norfolk,  VA 23502

**Clm No 4520**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Tom James**
212 Lavergne Lane
Virginia Beach,  VA 23454

**Clm No 4521**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**William James**
581 Paige Riddick Road
Gates,  NC 27937

**Clm No 4522**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

1505 of 3330

---

**David Jamison**
571 Marc Smiley Drive
Chesapeake,  VA 23324

**Clm No 4523**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Bernard Janishefski**
5310 East Ave.
Baltimore,  MD 21206

**Clm No 4524**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Richard Jankowski**
P.O. Box 326
Catlettsburg,  KY 41129

**Clm No 4525**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1,250.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

1506 of 3330

**Charles Jarrett**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 4526**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

**Robert Jarrett**
4203 Myers Road
Glen Rock,  PA 17327

**Clm No 4527**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Bernard Jarvis**
301 Sherluck Court
Virginia Beach,  VA 23462

**Clm No 4528**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Rose Jarvis**
301 Sherluck Court
Virginia Beach,  VA 23642

**Clm No 4529**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**LaVaille Jebson**
323 Parkway Drive
Newport News,  VA 23606

**Clm No 4530**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Thomas Jebson**
323 Parkway Drive
Newport News,  VA 23606

**Clm No 4531**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              1508 of 3330

**Angela Jefferson**

| | Clm No 4532 | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Paul A. Weykamp | Class | Claim Detail Amount | Final Allowed Amount |
| 16 Stenersen Lane, Suite 2 | | | |
| Hunt Valley, MD 21030 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Charles Jefferson**

| | Clm No 4533 | Filed In Cases: 140 | |
|---|---|---|---|
| 1584 Hummingbird La. | Class | Claim Detail Amount | Final Allowed Amount |
| Virginia Beach,  VA 23454 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Dwight Jefferson**

| | Clm No 4534 | Filed In Cases: 140 | |
|---|---|---|---|
| 3104 Caymon Court | Class | Claim Detail Amount | Final Allowed Amount |
| Chesapeake,  VA 23321 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

## Claims Details

---

**Earl Jefferson**
400 Patriot Lane
Chesapeake,  VA 23325

**Clm No 4535**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Edward Jefferson**
611 Oake Mears Cove
Chesapeake,  VA 23323

**Clm No 4536**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**McKinley Jefferson**
251 Union Street
Hampton,  VA 23666

**Clm No 4537**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

### Claims Details

1510 of 3330

---

**Shirley Jefferson**
611 Oak Mears Cove
Chesapeake,  VA 23323

**Clm No 4538**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Tressea Jefferson**
P.O. Box 9286
Norfolk,  VA 23505-0286

**Clm No 4539**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Katherine D. Jeffery-Potter**
922 Fluvanna Street
Norfolk,  VA 23523

**Clm No 4540**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

---

**Vay Jeffrey**
2728 Garnes Ave
Chesapeake, VA 23323

**Clm No 4541**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Burleigh Jenkins**
P.O. Box 58
Aulander,  NC 27805

**Clm No 4542**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Chairassia M. Jenkins**
369 Nassau Place
Hampton,  VA 23666

**Clm No 4543**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                      1512 of 3330

| Herman Jenkins | **Clm No 4544** | Filed In Cases: 140 | |
|---|---|---|---|
| 2404 Sero Court | Class | Claim Detail Amount | Final Allowed Amount |
| Chesapeake,  VA 23325 | UNS | $1,250.00 | |
| | | $1,250.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1,250.00 |

| Leslie Jenkins | **Clm No 4545** | Filed In Cases: 140 | |
|---|---|---|---|
| 490 Leola Loop | Class | Claim Detail Amount | Final Allowed Amount |
| Stanley,  VA 22851 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Lloyd Jenkins | **Clm No 4546** | Filed In Cases: 140 | |
|---|---|---|---|
| 3730 Holly Grove Road | Class | Claim Detail Amount | Final Allowed Amount |
| Baltimore,  MD 21220 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                        **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

## Claims Details

**Michael Jenkins**
526 Rogers Avenue
Hampton, VA 23664

**Clm No 4547**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**Norma Jenkins**
526 Rogers Avenue
Hampton, VA 23664

**Clm No 4548**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**Norman Jenkins**
612 City Park Ave.
Portmouth, VA 23701

**Clm No 4549**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Phillip Jenkins**
1806 Robinson Drive
North Augusta, SC 29841

**Clm No 4550**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Reuben Jenkins**
8460 Circle Drive
Hayes, VA 23072

**Clm No 4551**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Victor Jenkins**
10251 Maryus Road
Hayes, VA 23072

**Clm No 4552**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Vonzola Jenkins**
160 Chautauqua Avenue
Portsmouth, VA 23707

**Clm No 4553**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Annie Jennings**
157 Hurdletown Rd.
Hertford, NC 27944

**Clm No 4554**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**George Jennings**
157 Hurdletown Road
Hertford, NC 27944

**Clm No 4555**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1516 of 3330

---

**Joanne Jennings**
202 Leftwich Court
Hampton, VA 23664

**Clm No 4556**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1,250.00 |

---

**Lucy Jennings**
1824 Belvidere Road
Belvidere, NC 27919

**Clm No 4557**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Odell Jennings**
5542 Gwynn Oak Ave.
Baltimore, MD 21207

**Clm No 4558**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*            3/14/2018 3:55:46 PM

*Claims Details*            1517 of 3330

| Isaac Jernigan | **Clm No 4559** | Filed In Cases: 140 | |
|---|---|---|---|
| 417 Taft Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Portsmouth, VA 23701 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Lillie Jernigan | **Clm No 4560** | Filed In Cases: 140 | |
|---|---|---|---|
| 420 Elizabeth Street | Class | Claim Detail Amount | Final Allowed Amount |
| Suffolk, VA 23434 | UNS | $10,000.00 | |
| | | $10,000.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

| Alton Jewell | **Clm No 4561** | Filed In Cases: 140 | |
|---|---|---|---|
| 15461 Rattlesnake Trail | Class | Claim Detail Amount | Final Allowed Amount |
| Ivor, VA 23866 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    1518 of 3330

| Helen Jewett | **Clm No 4562** | Filed In Cases: 140 | |
|---|---|---|---|
| 720 Dresden Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Newport News,  VA 23601 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Virginia Jewett | **Clm No 4563** | Filed In Cases: 140 | |
|---|---|---|---|
| 9112 Country Mill Lane | Class | Claim Detail Amount | Final Allowed Amount |
| Jacksonville,  FL 32222 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Virginia Jewett | **Clm No 4564** | Filed In Cases: 140 | |
|---|---|---|---|
| 9112 Country Mill Lane | Class | Claim Detail Amount | Final Allowed Amount |
| Jacksonville,  FL 32222 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

*Claims Details*                                                                              1519 of 3330

---

**Jonathan Johns**                    **Clm No 4565**      Filed In Cases: 140
104 Drew Court
Belton, SC 29627                      Class              Claim Detail Amount      Final Allowed Amount

                                      UNS                      $1.00
                                                              $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Marie Johns**                       **Clm No 4566**      Filed In Cases: 140
430 Water Wheel Crescent
Suffolk,  VA 23434                    Class              Claim Detail Amount      Final Allowed Amount

                                      UNS                      $1.00
                                                              $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Andreau Johnson**                   **Clm No 4567**      Filed In Cases: 140
400 Prince Michael Ct.
Chesapeake,  VA 23320                 Class              Claim Detail Amount      Final Allowed Amount

                                      UNS                      $1.00
                                                              $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*   3/14/2018 3:55:46 PM

## Claims Details

1520 of 3330

---

**Angela Johnson**
3551 Mangrove Avenue
Norfolk,  VA 23502

**Clm No 4568**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Angela Johnson**
1904 Zinzer Road
Hampton , VA 23663

**Clm No 4569**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Athena Johnson**
301 Arboretum Way, Apt. 5
Newport News,  VA 23602

**Clm No 4570**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

1521 of 3330

---

**Bert Johnson**
545 Lake Shores Drive
Portsmouth, VA 23707

**Clm No 4571**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Johnson**
P.O. Box 97
5031 Lexington Rd.
West Alexandria, OH 45381

**Clm No 4572**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Clarence Johnson**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 4573**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                      3/14/2018 3:55:46 PM

*Claims Details*                                                                          1522 of 3330

| Clinfon Johnson | **Clm No 4574** | Filed In Cases: 140 | |
|---|---|---|---|
| 3504 Somme Ave. | Class | Claim Detail Amount | Final Allowed Amount |
| Norfolk, VA 23509 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed             1-Dec-2016
Bar Date
Claim Face Value        $1.00

| Connie Johnson | **Clm No 4575** | Filed In Cases: 140 | |
|---|---|---|---|
| 6256 Cambridge Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Suffolk, VA 23435 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed             1-Dec-2016
Bar Date
Claim Face Value        $1.00

| David Johnson | **Clm No 4576** | Filed In Cases: 140 | |
|---|---|---|---|
| 123 Tide Mill Lane Apt. 44B | Class | Claim Detail Amount | Final Allowed Amount |
| Hampton, VA 23666 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed             1-Dec-2016
Bar Date
Claim Face Value        $1.00

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    1523 of 3330

---

**Donald Johnson**
9893 South Quay Road
Suffolk,  VA 23437

**Clm No 4577**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Edward Johnson**
612 Jimmies Creek Drive
New Bern,  NC 28562

**Clm No 4578**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Edward Johnson**
831 Rebecca St.
Franklin,  VA 23851

**Clm No 4579**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Everett Johnson**
P.O. Box 2443
Virginia Beach, VA 23450

**Clm No 4580**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Fuller Johnson**
118 Brayden Drive
Hertford, NC 27944

**Clm No 4581**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Henry Johnson**
952 Shillelagh Road
Chesapeake, VA 23323-6509

**Clm No 4582**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    1525 of 3330

| Howard Johnson | **Clm No 4583** | Filed In Cases: 140 | |
| --- | --- | --- | --- |
| 7 Phelps Place | Class | Claim Detail Amount | Final Allowed Amount |
| Portsmouth, VA 23702 | UNS | $1.00 | |
| | | $1.00 | |

| | | |
| --- | --- | --- |
| Date Filed | 1-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

| James Johnson | **Clm No 4584** | Filed In Cases: 140 | |
| --- | --- | --- | --- |
| c/o Paul A. Weykamp | Class | Claim Detail Amount | Final Allowed Amount |
| 16 Stenersen Lane, Suite 2 | UNS | $1.00 | |
| Hunt Valley, MD 21030 | | $1.00 | |

| | | |
| --- | --- | --- |
| Date Filed | 1-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

| Joseph Johnson | **Clm No 4585** | Filed In Cases: 140 | |
| --- | --- | --- | --- |
| P. O. Box 545 | Class | Claim Detail Amount | Final Allowed Amount |
| Suffolk, VA 23439 | UNS | $1.00 | |
| | | $1.00 | |

| | | |
| --- | --- | --- |
| Date Filed | 1-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1526 of 3330

---

**Juanita Johnson**
500 Lincoln Street Apt 213
Middleville, MI 49333

**Clm No 4586**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kathleen Johnson**
3708 Gresham Drive
Virginia Beach, VA 23452

**Clm No 4587**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kathy Johnson**
952 Shillelagh Road
Chesapeake, VA 23323

**Clm No 4588**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

### Claims Details

**Kirkland Johnson**
5565 Dunloe Drive, Apt.103
Virginia Beach, VA 23455

**Clm No 4589**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**LaVane Johnson**
3201 Dogwood Drive
Portsmouth, VA 23703

**Clm No 4590**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**LaVane Johnson**
3201 Dogwood Drive
Portsmouth, VA 23703

**Clm No 4591**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/14/2018 3:55:46 PM

*Claims Details*                                                    1528 of 3330

---

**Leon Johnson**                    **Clm No 4592**    Filed In Cases: 140
815 Walker Ave.
Norfolk, VA 23523                   Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                  $1.00
                                                         $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Loretta Johnson**                 **Clm No 4593**    Filed In Cases: 140
606 Cromer Court
Hampton,  VA 23661                  Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                  $1.00
                                                         $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Loretta C. Johnson**              **Clm No 4594**    Filed In Cases: 140
606 Cromer Court
Hampton,  VA 23661                  Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                  $1.00
                                                         $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1529 of 3330

---

**Mary Johnson**
406 Rhode Island Ave.
Elizabeth City,  NC 27909

**Clm No 4595**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mary Johnson**
6503 Leisure Terrace
Richmond, VA 23237

**Clm No 4596**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Melvin Johnson**
1517 Parker Avenue
Portsmouth,  VA 23704

**Clm No 4597**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

### Claims Details

1530 of 3330

| Patricia Johnson | **Clm No 4598** | Filed In Cases: 140 | |
|---|---|---|---|
| 761 Waters Rd. | Class | Claim Detail Amount | Final Allowed Amount |
| Chesapeake,  VA 23322 | UNS | $1,250.00 | |
| | | $1,250.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1,250.00 |

| Patricia Johnson | **Clm No 4599** | Filed In Cases: 140 | |
|---|---|---|---|
| 761 Waters Rd. | Class | Claim Detail Amount | Final Allowed Amount |
| Chesapeake,  VA 23322 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Richard Johnson | **Clm No 4600** | Filed In Cases: 140 | |
|---|---|---|---|
| 1426 Wilcox Avenue | Class | Claim Detail Amount | Final Allowed Amount |
| Portsmouth,  VA 23704 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                          1531 of 3330

---

**Robert Johnson**                  **Clm No 4601**     Filed In Cases: 140
400 Prince Michael Court
Chesapeake,  VA 23320          Class          Claim Detail Amount       Final Allowed Amount

                              UNS                    $1.00
                                                     $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Ruth Johnson**                    **Clm No 4602**     Filed In Cases: 140
328 Locust Avenue
Hampton,  VA 23661            Class          Claim Detail Amount       Final Allowed Amount

                              UNS                    $1.00
                                                     $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Sandra Johnson**                  **Clm No 4603**     Filed In Cases: 140
9069 Woodsedge Drive
Quinton,  VA 23141           Class          Claim Detail Amount       Final Allowed Amount

                              UNS                 $10,000.00
                                                  $10,000.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $10,000.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1532 of 3330

---

**William Johnson**
827 36th Street, Apt.#3
Newport News,  VA 23607

**Clm No 4604**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Albert Johnson III**
454 Briar Hill Road
Ronceverte,  WV 24970

**Clm No 4605**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Albert Johnson III**
454 Briar Hill Road
Ronceverte,  WV 24970

**Clm No 4606**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                            1533 of 3330

---

**Robin Johnson-Richardson**          **Clm No 4607**    Filed In Cases: 140
403 Goose Circle Apt E
Newport News, VA 23608              | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Charlotte Jonas**                   **Clm No 4608**    Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2          | Class | Claim Detail Amount | Final Allowed Amount |
Hunt Valley, MD 21030              |-------|---------------------|----------------------|
                                    | UNS   | $1.00               |                      |
                                    |       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**William Jonas**                     **Clm No 4609**    Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2          | Class | Claim Detail Amount | Final Allowed Amount |
Hunt Valley, MD 21030              |-------|---------------------|----------------------|
                                    | UNS   | $1.00               |                      |
                                    |       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1534 of 3330

| Barry Jones | **Clm No 4610** | Filed In Cases: 140 | |
|---|---|---|---|
| 6418 Old Bullocks Circle | Class | Claim Detail Amount | Final Allowed Amount |
| Suffolk, VA 23435 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Beverly Jones | **Clm No 4611** | Filed In Cases: 140 | |
|---|---|---|---|
| 900 Bells Mill Road | Class | Claim Detail Amount | Final Allowed Amount |
| Chesapeake, VA 23322 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Bonnie Jones | **Clm No 4612** | Filed In Cases: 140 | |
|---|---|---|---|
| 562 Woodland Church Road | Class | Claim Detail Amount | Final Allowed Amount |
| Hertford, NC 27944 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1535 of 3330

---

**Carl Jones**
3463 Loganview Drive
Baltimore, MD 21222

**Clm No 4613**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Carroll Jones**
1123 Granite Drive
Bedford, VA 24523

**Clm No 4614**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Carroll C. Jones**
122 Ft. Worth Street
Hampton, VA 23669

**Clm No 4615**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    1536 of 3330

| **Catherine Jones** | | **Clm No 4616** | Filed In Cases: 140 | |
| 1805 Jay Sykes Court | | Class | Claim Detail Amount | Final Allowed Amount |
| Hampton,  VA 23663 | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 1-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **Charlie Jones** | | **Clm No 4617** | Filed In Cases: 140 | |
| 6855 Orangewood Ave. | | Class | Claim Detail Amount | Final Allowed Amount |
| Norfolk,  VA 23513 | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 1-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **Charlotte Jones** | | **Clm No 4618** | Filed In Cases: 140 | |
| 1219 West Jamal Lane | | Class | Claim Detail Amount | Final Allowed Amount |
| Portsmouth,  VA 23701 | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 1-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

## Claims Details

**Clitee Jones**
422 Hunlac Ave
Hampton, VA 23664

**Clm No 4619**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Curtis Jones**
P.O. Box 15192
Chesapeake, VA 23328

**Clm No 4620**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**David Jones**
6226 Cushings Street
Suffolk, VA 23435

**Clm No 4621**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Dennis Jones**
1907 Elm Avenue
Portsmouth, VA 23704

**Clm No 4622**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Edith Jones**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 4623**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Edward Jones**
3039 Kimball Terrace
Norfolk, VA 28504

**Clm No 4624**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Edward Jones**
4347 Gadwall Place
Virginia Beach,  VA 23462

**Clm No 4625**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Elmer Jones**
3 Yorkridge Trail
Hockessin,  DE 19707

**Clm No 4626**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

**Elmer R. Jones**
3 Yorkridge Trail
Hockessin,   DE 19707

**Clm No 4627**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/14/2018 3:55:46 PM

*Claims Details*                                                        1540 of 3330

---

**Fermond Jones**                    **Clm No 4628**    Filed In Cases: 140
2133 South Military Hwy., Apt. 207
Chesapeake,  VA 23320                 Class            Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Frank Jones**                      **Clm No 4629**    Filed In Cases: 140
1015 Campostella Road, Apt. 4
Norfolk,  VA 23523                    Class            Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**George Jones**                     **Clm No 4630**    Filed In Cases: 140
1001 Drum Hill Rd.
Gates,  NC 27937                      Class            Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

### *Claims Details*

| Gwendolyn Jones | **Clm No 4631** | Filed In Cases: 140 | |
|---|---|---|---|
| 311 Joynes Road | Class | Claim Detail Amount | Final Allowed Amount |
| Hampton, VA 23666-4422 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Henry Jones | **Clm No 4632** | Filed In Cases: 140 | |
|---|---|---|---|
| 1308 Ivy Trail Apt E | Class | Claim Detail Amount | Final Allowed Amount |
| Chesapeake, VA 23320 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Herbert Jones | **Clm No 4633** | Filed In Cases: 140 | |
|---|---|---|---|
| 1213 B Street | Class | Claim Detail Amount | Final Allowed Amount |
| Suffolk, VA 23434 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/14/2018 3:55:46 PM

*Claims Details*                                                                    1542 of 3330

---

**James Jones**                    **Clm No 4634**       Filed In Cases: 140
1105 Easterly Ave.
Hampton,  VA 23669                 Class              Claim Detail Amount       Final Allowed Amount

                                   UNS                    $1.00
                                                          $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**James Jones**                    **Clm No 4635**       Filed In Cases: 140
77 Linda Drive
Newport News,  VA 23608            Class              Claim Detail Amount       Final Allowed Amount

                                   UNS                    $1.00
                                                          $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Jerry Jones**                    **Clm No 4636**       Filed In Cases: 140
1670 Longfellow Ave, Apt 6G
Bronx,  NY 10460                   Class              Claim Detail Amount       Final Allowed Amount

                                   UNS                    $1.00
                                                          $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1543 of 3330

---

**John Jones**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 4637**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Karlus Jones**
2437 Shamrock Garden Road
Chesapeake,  VA 23323

**Clm No 4638**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Leroy Jones**
605 Magnolia Street
Elizabeth City,  NC 27909

**Clm No 4639**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## *Claims Details*

1544 of 3330

**Linwood Jones**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 4640**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Linwood Jones**
61 Beach Road
Hampton,  VA 23664

**Clm No 4641**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**M. Elinor Jones**
316 Milton Road
Durham,  NC 27712-2226

**Clm No 4642**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Mary Jones**
1001 Drum Hill Road
Gates, NC 27937

**Clm No 4643**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Matthew Jones**
2532 Cesery Blvd
Jacksonville, FL 32211

**Clm No 4644**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Milton Jones**
332 Green Drive
Pasadena, MD 21122

**Clm No 4645**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              1546 of 3330

---

**Monte Jones**                    **Clm No 4646**      Filed In Cases: 140
P.O. Box 35
South Mills, NC 27976              Class           Claim Detail Amount      Final Allowed Amount

                                   UNS                      $1.00
                                                            $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Neal Jones**                     **Clm No 4647**      Filed In Cases: 140
78 Sweetbriar Drive
Newport News, VA 23606            Class           Claim Detail Amount      Final Allowed Amount

                                   UNS                      $1.00
                                                            $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Nettie Jones**                   **Clm No 4648**      Filed In Cases: 140
3463 Loganview Drive
Baltimore, MD 21222               Class           Claim Detail Amount      Final Allowed Amount

                                   UNS                      $1.00
                                                            $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Oscar Jones**
646 Chinquapin Road
Tyner,  NC 27980

**Clm No 4649**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Phillip Jones**
1808 Rowlock Road
Chesapeake,  VA 23321

**Clm No 4650**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Raymond Jones**
106 Oslo Court
Williamsburg,  VA 23188

**Clm No 4651**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## *Claims Details*

1548 of 3330

---

**Raymond Jones**
P.O. Box 5
247 Mac Jones Road
Moyock, NC 27958

**Clm No 4652**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard Jones**
1031 Edmondson Avenue Apt 1
Baltimore, MD 21223

**Clm No 4653**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ronnie Jones**
900 Bellsmill Road
Chesapeake, VA 23322

**Clm No 4654**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/14/2018 3:55:46 PM

*Claims Details*                                                    1549 of 3330

---

**Russell Jones**                    **Clm No 4655**    Filed In Cases: 140
1535 Morgan Drive
Hampton,  VA 23663                    Class            Claim Detail Amount    Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Sandra Jones**                     **Clm No 4656**    Filed In Cases: 140
1460 44th Street #7
Marion,  IA 52302                    Class            Claim Detail Amount    Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Seth Jones**                       **Clm No 4657**    Filed In Cases: 140
1084 Carters Road
Hobbsville,  NC 27946                Class            Claim Detail Amount    Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              1550 of 3330

---

**Sharon Jones**                        **Clm No 4658**        Filed In Cases: 140
1084 Carters Road
Hobbsville, NC 27946

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Sharron Jones**                       **Clm No 4659**        Filed In Cases: 140
6226 Cushings Street
Suffolk, VA 23435

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Stanley Jones**                       **Clm No 4660**        Filed In Cases: 140
706 Bates Street
Hampton, VA 23661

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Stantley Jones**
768 Sandbridge Road
Virginia Beach,  VA 23456

**Clm No 4661**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Susan Jones**
16 Warren Drive
Portsmouth,  VA 23701

**Clm No 4662**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Tanisha Jones**
110 Katherine St.
Suffolk,  VA 23434

**Clm No 4663**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              1552 of 3330

| Vaughn Jones | **Clm No 4664** | Filed In Cases: 140 | |
|---|---|---|---|
| 4412 Sparrow Hawk Court | Class | Claim Detail Amount | Final Allowed Amount |
| Jacksonville, FL 32210 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Vincent Jones | **Clm No 4665** | Filed In Cases: 140 | |
|---|---|---|---|
| P.O. Box 1205 | Class | Claim Detail Amount | Final Allowed Amount |
| Suffolk, VA 23434 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Warren Jones | **Clm No 4666** | Filed In Cases: 140 | |
|---|---|---|---|
| 2708 Leo Street | Class | Claim Detail Amount | Final Allowed Amount |
| Norfolk, VA 23504 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                        1553 of 3330

---

**Wesley Jones**                          **Clm No 4667**    Filed In Cases: 140
6405 Octagon Dr., Apt. 1B
North Chesterfield,  VA 23234

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed              1-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**William Jones**                          **Clm No 4668**    Filed In Cases: 140
1219 Jamal Lane West
Portsmouth,  VA 23701

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed              1-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**William Jones**                          **Clm No 4669**    Filed In Cases: 140
1458 Manning Road
Suffolk,  VA 23434

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed              1-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**William Jones**
499 Club House Road
Garden City,  SC 29576

**Clm No 4670**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**Willis Jones**
13 Mohawk Drive
Portsmouth,  VA 23701

**Clm No 4671**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**Yvonne Jones**
111  Lamarck Drive
Ft. Washington,  MD 20744

**Clm No 4672**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

| Catherine Jordan | **Clm No 4673** | Filed In Cases: 140 | |
|---|---|---|---|
| 5803 Pleasant Woods Court | Class | Claim Detail Amount | Final Allowed Amount |
| Portsmouth, VA 23703 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Diane Jordan | **Clm No 4674** | Filed In Cases: 140 | |
|---|---|---|---|
| 1433 Holt Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Portsmouth, VA 23701 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Glenn Jordan | **Clm No 4675** | Filed In Cases: 140 | |
|---|---|---|---|
| 808 Almond Ave. | Class | Claim Detail Amount | Final Allowed Amount |
| Norfolk, VA 23502 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    1556 of 3330

---

**Gloria Jordan**
309 Festival Ct.
Suffolk,  VA 23434

**Clm No 4676**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Gregory Jordan**
5803 Pleasant Woods Court
Portsmouth,  VA 23703

**Clm No 4677**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Henry Jordan**
021 Cooper Road
Sunbury,  NC 27979

**Clm No 4678**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## *Claims Details*

---

**Jarvis Jordan**
1605 Plover Court
Chesapeake,  VA 23321

**Clm No 4679**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Keith Jordan**
5900 Timber Creek Lane Apt 904
Raleigh,  NC 27612

**Clm No 4680**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Larry Jordan**
1433 Holt Drive
Portsmouth,  VA 23704

**Clm No 4681**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1558 of 3330

---

**Ronald Jordan**
2010 Timberlake Dr.
Suffolk, VA 23434

**Clm No 4682**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 1-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Sarah Jordan**
708 Bates Street
Hampton, VA 23661

**Clm No 4683**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 1-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Sarah Jordan**
18 Saint Catherine Drive
Carrollton, VA 23314

**Clm No 4684**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | | |
|---|---|---|
| Date Filed | 1-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1,250.00 | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              1559 of 3330

---

**Robert Jording**                     **Clm No 4685**      Filed In Cases: 140
c/o Ms. Salina Layden
432 North Market                       Class          Claim Detail Amount      Final Allowed Amount
Ligonier,  PA 15658
                                       UNS                    $1.00
                                                              $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**John Jory**                          **Clm No 4686**      Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2             Class          Claim Detail Amount      Final Allowed Amount
Hunt Valley, MD 21030
                                       UNS                    $1.00
                                                              $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**John Joseph**                        **Clm No 4687**      Filed In Cases: 140
2044 Mason Neck Lane
Virginia Beach,  VA 23464              Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    1560 of 3330

| | Britton Joyner | **Clm No 4688** | Filed In Cases: 140 | |
|---|---|---|---|---|
| | 264 Terwilliger Road | Class | Claim Detail Amount | Final Allowed Amount |
| | Chesapeake,  VA 23323 | UNS | $1.00 | |
| | | | $1.00 | |
| | Date Filed | 1-Dec-2016 | | |
| | Bar Date | | | |
| | Claim Face Value | $1.00 | | |

| | Margo Joyner | **Clm No 4689** | Filed In Cases: 140 | |
|---|---|---|---|---|
| | 3571 Seay Ave. | Class | Claim Detail Amount | Final Allowed Amount |
| | Norfolk,  VA  23502 | UNS | $1.00 | |
| | | | $1.00 | |
| | Date Filed | 1-Dec-2016 | | |
| | Bar Date | | | |
| | Claim Face Value | $1.00 | | |

| | Marie Joyner | **Clm No 4690** | Filed In Cases: 140 | |
|---|---|---|---|---|
| | 1643 Power Plant Pkwy | Class | Claim Detail Amount | Final Allowed Amount |
| | Hampton,  23666 | UNS | $1.00 | |
| | | | $1.00 | |
| | Date Filed | 1-Dec-2016 | | |
| | Bar Date | | | |
| | Claim Face Value | $1.00 | | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

---

**Michael Joyner**
6045 Old College Drive, Apt B
Suffolk,  VA 23435

**Clm No 4691**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Walter Joyner**
542 West Little Creek Rd.
Norfolk,  VA 23504

**Clm No 4692**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Joyner**
P.O. Box 512
Norfolk,  VA 23501

**Clm No 4693**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1562 of 3330

---

**William Joyner**
2814 Parrish Ave.
Newport News. VA,  23607

**Clm No 4694**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Gwendolyn Jubilee**
4304 Elderon Ave.
Baltimore,  MD 21215

**Clm No 4695**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Eugene Jubray**
6 Parkside Place
Portsmouth,  VA 23702

**Clm No 4696**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1563 of 3330

---

**Adrin Judy**
1544  Pitchkettle Road
Suffolk,  VA 23434

**Clm No 4697**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1,250.00 |

---

**Richard Judy**
105 Chastin Court
Jacksonville, NC 28540

**Clm No 4698**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Sandra Judy**
1544 Pitchkettle Road
Suffolk,  VA 23434

**Clm No 4699**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/14/2018 3:55:46 PM

---

*Claims Details*

---

**Michael Jurnigan**
19225 Tomlin Hill Drive
Zuni, VA 23898

**Clm No 4700**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Garfield Justice**
102 Maxwell Avenue
Portsmouth, VA 23702

**Clm No 4701**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Priscilla Justice**
102 Maxwell Avenue
Portsmouth, VA 23702

**Clm No 4702**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    1565 of 3330

| | | | |
|---|---|---|---|
| **Virginia Kabongo** | **Clm No 4703** | Filed In Cases: 140 | |
| 2709 Ryland Road | Class | Claim Detail Amount | Final Allowed Amount |
| Hampton, VA 23661 | UNS | $1,250.00 | |
| | | $1,250.00 | |

Date Filed        1-Dec-2016
Bar Date
Claim Face Value    $1,250.00

| | | | |
|---|---|---|---|
| **Connell Kahan** | **Clm No 4704** | Filed In Cases: 140 | |
| P. O. Box 1654 | Class | Claim Detail Amount | Final Allowed Amount |
| Suffolk, VA 23439 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed        1-Dec-2016
Bar Date
Claim Face Value    $1.00

| | | | |
|---|---|---|---|
| **Clarence Kahl** | **Clm No 4705** | Filed In Cases: 140 | |
| 8214 Diamond Point Road | Class | Claim Detail Amount | Final Allowed Amount |
| Baltimore, MD 21224 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed        1-Dec-2016
Bar Date
Claim Face Value    $1.00

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

## *Claims Details*

---

**Alberto Kalaskas**                              **Clm No 4706**      Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2           Class                  Claim Detail Amount          Final Allowed Amount
Hunt Valley, MD 21030
                                     UNS                          $1.00
                                                                  $1.00


| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joseph Kamberger**                              **Clm No 4707**      Filed In Cases: 140
6421  55 Square
Vero Beach,  FL 32967                Class                  Claim Detail Amount          Final Allowed Amount

                                     UNS                          $1.00
                                                                  $1.00


| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lawrence Kaplan**                               **Clm No 4708**      Filed In Cases: 140
309 Maple Ave.
Manheim,  PA  17545                  Class                  Claim Detail Amount          Final Allowed Amount

                                     UNS                        $1,250.00
                                                               $1,250.00


| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

---

**Cecil Kay**
501 Norfleet Street
Franklin,  VA 23851

**Clm No 4709**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ruth Kay**
932 State Street
Chesapeake,  VA  23323

**Clm No 4710**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Juanita Kearney**
4590 North 153rd Avenue
Goodyear,  AZ 85395

**Clm No 4711**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              1568 of 3330

---

**Olivia Kearney**                    **Clm No 4712**      Filed In Cases: 140

2314 Tawny Berry Lane

Chesapeake,  Va 23325

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          1-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**William Kearney**                    **Clm No 4713**      Filed In Cases: 140

4590 North 153rd Avenue

Goodyear,  AZ 85395

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          1-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Steve Kee**                    **Clm No 4714**      Filed In Cases: 140

1414 Wilcox Avenue

Portsmouth,  VA 23704

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          1-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                              3/14/2018 3:55:46 PM

*Claims Details*                                                                            1569 of 3330

---

**Teshura Kee**                          **Clm No 4715**      Filed In Cases: 140
1407 Hodge Ferry Road
Portsmouth, VA 23701              Class           Claim Detail Amount      Final Allowed Amount

                                 UNS                    $1.00
                                                       $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Bennett Keel**                         **Clm No 4716**      Filed In Cases: 140
154 Wharf Road
Shiloh, NC 27974                 Class           Claim Detail Amount      Final Allowed Amount

                                 UNS                    $1.00
                                                       $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Anthony Keeling**                      **Clm No 4717**      Filed In Cases: 140
103 Ballast Ct.
Elizabeth City, NC 27909         Class           Claim Detail Amount      Final Allowed Amount

                                 UNS                    $1.00
                                                       $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**          3/14/2018 3:55:46 PM

*Claims Details*                                                          1570 of 3330

---

**Debbie Keeling**                    **Clm No 4718**    Filed In Cases: 140
103 Ballast Court
Elizabeth City, NC 27909              Class          Claim Detail Amount    Final Allowed Amount

                                     UNS                    $1.00
                                                           $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**James Keeton**                      **Clm No 4719**    Filed In Cases: 140
8820 Old Ocean View Road
Norfolk, VA 23503                    Class          Claim Detail Amount    Final Allowed Amount

                                     UNS                    $1.00
                                                           $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Mary Keeton**                       **Clm No 4720**    Filed In Cases: 140
8820 Old Ocean View Rd.
Norfolk, VA 23503                    Class          Claim Detail Amount    Final Allowed Amount

                                     UNS                    $1.00
                                                           $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Lawrence Keithley**
3412 Lees Neck Farm Road
Saluda,  VA 23149

**Clm No 4721**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Martin Kelleher**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 4722**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard Keller**
21768 Maple Drive
Seaford,  DE 19973

**Clm No 4723**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Keith Keller`**
1612 Sheppard Avenue
Norfolk,  VA 23518

**Clm No 4724**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Linda Kelley**
326 Kinsmen Way
Hampton,  VA  23666

**Clm No 4725**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Patricia Kellihan**
1532 Grove Street
Hampton,  VA 23664

**Clm No 4726**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

## Claims Details

**Patricia B. Kellihan**                    **Clm No 4727**    Filed In Cases: 140
1532 Grove Street
Hampton,  VA 23664

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |


**Alphonso Kelly**                    **Clm No 4728**    Filed In Cases: 140
3749 Summer Place
Virginia Beach,  VA 23453

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |


**Cecil Kelly**                    **Clm No 4729**    Filed In Cases: 140
220 Pear Avenue
Hampton,  VA 23661

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Cecil Kelly**
220 Pear Avenue
Hampton,  VA 23661

**Clm No 4730**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Colin Kelly**
114 Kitty Drive
Grafton,  VA 23692

**Clm No 4731**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Pamela Kelly**
4200 Scott Street
Portsmouth,  VA 23707

**Clm No 4732**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              1575 of 3330

---

**Priscilla Kelly**                    **Clm No 4733**      Filed In Cases: 140
800 Daphia Circle, Apt. 228
Newport News,  VA 23601               Class           Claim Detail Amount      Final Allowed Amount

                                      UNS                  $1.00
                                                           $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Terry Kelly**                       **Clm No 4734**      Filed In Cases: 140
1909 Marcia Court
Virginia Beach,  VA 23464             Class           Claim Detail Amount      Final Allowed Amount

                                      UNS                  $1.00
                                                           $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**John Kempton**                      **Clm No 4735**      Filed In Cases: 140
P. O. Box 669
West Point,  VA 23181                 Class           Claim Detail Amount      Final Allowed Amount

                                      UNS                $1,250.00
                                                         $1,250.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value     $1,250.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                    1576 of 3330

| Mary Kempton | **Clm No 4736** | Filed In Cases: 140 | |
|---|---|---|---|
| P. O. Box 669 | Class | Claim Detail Amount | Final Allowed Amount |
| West Point , VA 23181 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Arthur Kennedy | **Clm No 4737** | Filed In Cases: 140 | |
|---|---|---|---|
| 7816 Walters Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Norfolk, VA 23518 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Paul Kennedy | **Clm No 4738** | Filed In Cases: 140 | |
|---|---|---|---|
| P.O. Box 2403 | Class | Claim Detail Amount | Final Allowed Amount |
| Easley, SC 29641 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                     1577 of 3330

---

**Paul Kennedy**                         **Clm No 4739**    Filed In Cases: 140
P.O. Box 2403
Easley,  SC 29641                        Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                   $1.00
                                                               $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Samuel Kerns**                         **Clm No 4740**    Filed In Cases: 140
7322 Craftown Road
Fairfax Station, VA  22037               Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                   $1.00
                                                               $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**William Kerns**                        **Clm No 4741**    Filed In Cases: 140
14082 Center Road
Stewartstown,  PA 17363                  Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                   $1.00
                                                               $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1578 of 3330

---

**Willie Kershaw**
308 Greenbriar Avenue
Hampton,  VA. 23661-2505

**Clm No 4742**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Geraldine F. Kessler**
316 15th Avenue
Baltimore,  MD 21225

**Clm No 4743**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Debra Key**
2729 Markham Street
Portsmouth,  VA 23707

**Clm No 4744**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              1579 of 3330

---

**Curtis Kiah**                    **Clm No 4745**    Filed In Cases: 140
2424 Masi Street
Norfolk,  VA 23504                 Class          Claim Detail Amount      Final Allowed Amount

                                   UNS                 $1.00
                                                       $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Sherion Kiah**                   **Clm No 4746**    Filed In Cases: 140
1744 Melon Street
Norfolk,  VA 23523                 Class          Claim Detail Amount      Final Allowed Amount

                                   UNS                 $1.00
                                                       $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Mary Kiger**                     **Clm No 4747**    Filed In Cases: 140
3001 Providence Road
Suffolk,  VA 23434                 Class          Claim Detail Amount      Final Allowed Amount

                                   UNS                 $1.00
                                                       $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                             1580 of 3330

---

**Ronald Kight**                       **Clm No 4748**    Filed In Cases: 140
258 One Mill Road
Shiloh,  NC 27974          | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Guy Kilburn**                        **Clm No 4749**    Filed In Cases: 140
1 Brantleys Trace
Hampton,  VA 23666        | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Robin Kimmeth**                      **Clm No 4750**    Filed In Cases: 140
212 School Lane
Yorktown,  VA 23692       | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

### Claims Details

**Robin Kimmeth**
212 School Lane
Yorktown, Va 23692

**Clm No 4751**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Daryl Kinard**
141 Lynbrook Drive North
York, PA 17402

**Clm No 4752**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alva King**
P.O. Box #349
Waverly, VA 23890

**Clm No 4753**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
E-mail: claimsmanager@omnimgt.com

**PHONE: (818) 906-8300**
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

### Claims Details

1582 of 3330

| | Clm No 4754 | Filed In Cases: 140 | |
|---|---|---|---|
| **Anthony King** | | | |
| 108 Kings Lane | Class | Claim Detail Amount | Final Allowed Amount |
| Franklin,  VA 23851 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| | Clm No 4755 | Filed In Cases: 140 | |
|---|---|---|---|
| **Delores King** | | | |
| 112 Lakeview Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Elizabethtown,  NC 28337 | UNS | $10,000.00 | |
| | | $10,000.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

| | Clm No 4756 | Filed In Cases: 140 | |
|---|---|---|---|
| **Jason King** | | | |
| 253 Cabo Loop | Class | Claim Detail Amount | Final Allowed Amount |
| Myrtle Beach,  SC 29588 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              1583 of 3330

---

**Johnny King**                    **Clm No 4757**      Filed In Cases: 140
3890 Barrett Street
Augusta,  GA 30909                  Class          Claim Detail Amount      Final Allowed Amount

                                   UNS                    $1.00
                                                          $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Locke King**                     **Clm No 4758**      Filed In Cases: 140
3300 Ocean Shore Avenue, Unit 1007
Virginia Beach,  VA 23451          Class          Claim Detail Amount      Final Allowed Amount

                                   UNS                    $1.00
                                                          $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Michael King**                   **Clm No 4759**      Filed In Cases: 140
112 Cottonwood Court
Suffolk,  VA 23434                 Class          Claim Detail Amount      Final Allowed Amount

                                   UNS                    $1.00
                                                          $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

## *Claims Details*                                                    1584 of 3330

---

**Michael King**                    **Clm No 4760**    Filed In Cases: 140

P.O. Box 220

Wicomico, VA 23184

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Robert King**                    **Clm No 4761**    Filed In Cases: 140

116 Grand Street

Portsmouth,  VA 23704

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Robert King**                    **Clm No 4762**    Filed In Cases: 140

1706 Burnham Road

Baltimore,  MD 21222

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                             1585 of 3330

---

**Roger King**                    **Clm No 4763**    Filed In Cases: 140
P. O. Box 349
Waverly,  VA 23890                 Class           Claim Detail Amount      Final Allowed Amount

                                   UNS                    $1.00
                                                          $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Tommy King**                    **Clm No 4764**    Filed In Cases: 140
112 Ethel Drive
Hampton,  VA 23666                 Class           Claim Detail Amount      Final Allowed Amount

                                   UNS                    $1.00
                                                          $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Helen Kirby**                   **Clm No 4765**    Filed In Cases: 140
218 Hardy Ave.
Norfolk, VA 23523                  Class           Claim Detail Amount      Final Allowed Amount

                                   UNS                    $1.00
                                                          $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1586 of 3330

---

**John Kirby**
3394 Townsley Dr, Apt. 117
Loveland,  OH 45140

**Clm No 4766**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 1-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Paul Kirby**
4116 Candlewood Drive
Hampton,  VA 23666

**Clm No 4767**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 1-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Eugene Kirk**
141 Pocahontas Place
Hampton,  VA 23661

**Clm No 4768**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| Date Filed        | 1-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1,250.00  |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                          1587 of 3330

---

**Milton Kirkland**                    **Clm No 4769**    Filed In Cases: 140
2906 Carcross Court
Orlando, FL 32837                      Class          Claim Detail Amount       Final Allowed Amount

                                      UNS                    $1.00
                                      -------------------------------------------------
                                                             $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Larry Kiser**                        **Clm No 4770**    Filed In Cases: 140
109 Tabby Street
Moyok, NC 27958                        Class          Claim Detail Amount       Final Allowed Amount

                                      UNS                    $1.00
                                      -------------------------------------------------
                                                             $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Jeffrey Klima**                      **Clm No 4771**    Filed In Cases: 140
515 Overbrook Road
Baltimore, MD 21212                    Class          Claim Detail Amount       Final Allowed Amount

                                      UNS                    $1.00
                                      -------------------------------------------------
                                                             $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

### Claims Details

1588 of 3330

| **Douglas Klohn** | | **Clm No 4772** | Filed In Cases: 140 | |
|---|---|---|---|---|
| P.O. Box 491 | | Class | Claim Detail Amount | Final Allowed Amount |
| Grandy,  NC 27939 | | | | |
| | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 1-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **Hallett Knight** | | **Clm No 4773** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 103 Beechwood Drive | | Class | Claim Detail Amount | Final Allowed Amount |
| Suffolk,  VA 23434 | | | | |
| | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 1-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **Isiah Knight** | | **Clm No 4774** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 4917 Saratoga Circle | | Class | Claim Detail Amount | Final Allowed Amount |
| Virginia Beach,  VA 23464 | | | | |
| | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 1-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

---

**William Knight**
1124 Lake Land Drive Apt 11
Newport News,  VA 23605

**Clm No 4775**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Lucille Knightnor**
1251 Garden Drive
Newport News,  VA 23607

**Clm No 4776**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Russell Knights**
171 NW Pleasant Grove Way
Port Saint Lucie,  FL 34986

**Clm No 4777**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    1590 of 3330

---

**Alfred Knudsen**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 4778**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Koch**
868 Rountree Crescent
Suffolk,  VA 23434

**Clm No 4779**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kenneth Konicki**
4309 Tangent Drive
Dayton,  OH 45440-1634

**Clm No 4780**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/14/2018 3:55:46 PM

*Claims Details*                                                      1591 of 3330

---

**Theron Koon**                    **Clm No 4781**    Filed In Cases: 140
3838 South Military Highway
Chesapeake,  VA 23321              Class          Claim Detail Amount       Final Allowed Amount

                                  UNS                   $1.00
                                                        $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Calvin Koonce**                  **Clm No 4782**    Filed In Cases: 140
1813 Arlean Drive
Chesapeake,  VA 23321              Class          Claim Detail Amount       Final Allowed Amount

                                  UNS                   $1.00
                                                        $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Anita Koshko**                   **Clm No 4783**    Filed In Cases: 140
14 Wiles Farm Road
Northboro, MA 01532               Class          Claim Detail Amount       Final Allowed Amount

                                  UNS                   $1.00
                                                        $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

*Claims Details*                                                                              1592 of 3330

---

**Vere Koski**                          **Clm No 4784**      Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2              Class          Claim Detail Amount        Final Allowed Amount
Hunt Valley, MD 21030
                                        UNS                  $1.00
                                                             $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Robert Koutch**                       **Clm No 4785**      Filed In Cases: 140
423 Cedar Spring Road
Bel Air, MD 21015                       Class          Claim Detail Amount        Final Allowed Amount

                                        UNS                  $1.00
                                                             $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Charles Kraft**                       **Clm No 4786**      Filed In Cases: 140
7454 Hoefork Lane
Gloucester Point,  VA 23062             Class          Claim Detail Amount        Final Allowed Amount

                                        UNS                  $1.00
                                                             $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## *Claims Details*

**Christine Kramer**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 4787**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Sybilla Kramer**
8800 Walther Blvd  Apt. 4501
Parkville, MD 21234

**Clm No 4788**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Howard Krause**
16 Ranwood Lane
Palm Coast,  FL 32164

**Clm No 4789**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                                     1594 of 3330

---

**Paul Krause**                          **Clm No 4790**      Filed In Cases: 140
2915 E. Joppa Road
Baltimore, MD 21234                       Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                $1.00
                                                            $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**John Kraushofer**                      **Clm No 4791**      Filed In Cases: 140
220 Hazel Avenue
Baltimore, MD 21227                       Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                $1.00
                                                            $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**David Krauter**                        **Clm No 4792**      Filed In Cases: 140
216 Nielsen Drive
Fayetteville, NC 28306                    Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                $1.00
                                                            $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                1595 of 3330

---

**Elsie Krauter**                          **Clm No 4793**    Filed In Cases: 140
216 Nielsen Drive
Fayetteville, NC 28306          Class          Claim Detail Amount       Final Allowed Amount

                               UNS                 $1.00
                                                   $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Stacie Kravchak**                        **Clm No 4794**    Filed In Cases: 140
4413 Thoroughgood Drive
Virginia Beach, VA 23455        Class          Claim Detail Amount       Final Allowed Amount

                               UNS               $10,000.00
                                                 $10,000.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value      $10,000.00

---

**Neal Kriete**                            **Clm No 4795**    Filed In Cases: 140
P.O. Box 557
Hayes, VA 23072                 Class          Claim Detail Amount       Final Allowed Amount

                               UNS                 $1.00
                                                   $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

---

**Robert Kroll**
1420 Lakeside Road
Virginia Beach, VA 23455

**Clm No 4796**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joseph Kronberger**
2633 Williamstown Road
Franklinville, NJ 08322

**Clm No 4797**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Krul**
134 Holly Circle
Essex, MD 21221

**Clm No 4798**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              1597 of 3330

---

**Doris Kues**                      **Clm No 4799**    Filed In Cases: 140
610 Gifford Lane
Hereford,  MD 21111                 Class              Claim Detail Amount    Final Allowed Amount

                                    UNS                $1.00
                                                       $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**William Kuhlmann**                **Clm No 4800**    Filed In Cases: 140
Route 5, Box 796
Keyser,  WV 26726                   Class              Claim Detail Amount    Final Allowed Amount

                                    UNS                $1.00
                                                       $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Patricia Kureth**                 **Clm No 4801**    Filed In Cases: 140
2900 Uniontown Road
Westminster,  MD 21158              Class              Claim Detail Amount    Final Allowed Amount

                                    UNS                $1.00
                                                       $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**              FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    1598 of 3330

---

**Paul Kursch**  **Clm No 4802**    Filed In Cases: 140
7431 Saint Margarets Blvd
Hanover,  MD 21076    | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed    1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Calvin Kus**  **Clm No 4803**    Filed In Cases: 140
5540 Lanham Way
Baltimore,  MD 21206    | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed    1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Shirley Kyzer**  **Clm No 4804**    Filed In Cases: 140
1987 Mill Road
W. Alexandria,  OH 45381    | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed    1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1599 of 3330

---

**William LaBuda**
2628 Lehman Street
Baltimore, MD 21223

**Clm No 4805**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gail Lacey**
8608 Viney Vista
Suffolk, VA 23436

**Clm No 4806**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carolyn Lackey**
200 Woodland Drive
Franklin, VA 23851

**Clm No 4807**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1600 of 3330

---

**David Lackey**
200 Woodland Dr.
Franklin,  VA 23851

**Clm No 4808**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Harry Ladika**
1213 Riverside Drive
Baltimore,  MD 21226

**Clm No 4809**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jesus Ladrillono**
4169 Peridot Drive
Virginia Beach,  VA 23456

**Clm No 4810**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1601 of 3330

---

**Eugenia Lamb**
P.O. Box 1954
Norfolk,  VA 23501

**Clm No 4811**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jerry Lamb**
406 Snead Fairway
Portsmouth,  VA 23701

**Clm No 4812**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sandra Lamb**
338 Daffodil Lane
Chesapeake,  VA 23325

**Clm No 4813**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    1602 of 3330

| **Annie Lamb Gore** | **Clm No 4814** | Filed In Cases: 140 | |
| 5031 Indian River Road | | | |
| Virginia Beach,  VA 23464 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| **George Lambert** | **Clm No 4815** | Filed In Cases: 140 | |
| 4229 Raliegh Road | | | |
| Chesapeake,  VA 23321 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| **Hubert Lambert** | **Clm No 4816** | Filed In Cases: 140 | |
| 3512 Arcadia St. Apt. A | | | |
| Norfolk,  VA 23502 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    1603 of 3330

---

**Harmie Lamkin**    **Clm No 4817**    Filed In Cases: 140
901 Adanka Lane
Virginia Beach,  VA 23451

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00 |  |
|       | $1.00 |  |

Date Filed        1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Harmie Lamkin**    **Clm No 4818**    Filed In Cases: 140
901 Adanka Lane
Virginia Beach,  VA 23451

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00 |  |
|       | $1.00 |  |

Date Filed        1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Mary Lamkin**    **Clm No 4819**    Filed In Cases: 140
5977 Creekside Lane
Hayes,  VA 23072

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00 |  |
|       | $1.00 |  |

Date Filed        1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

**Mary Lou Lamkin**
5977 Creekside Lane
Hayes,  VA 23072

**Clm No 4820**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|------------|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Sharon Landau**
1124 Linford Circle
Alcoa,  TN 37701

**Clm No 4821**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|------------|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Joe Landy**
433 Knells Ridge Drive
Chesapeake,  VA 23320

**Clm No 4822**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|------------|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc* 3/14/2018 3:55:46 PM

### Claims Details

1605 of 3330

**Alphonso Lane**
414 Middlesex Street
Norfolk,  VA 23523

**Clm No 4823**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Preston Lane**
2121 Land of Promise Road
Chesapeake,  VA 23322

**Clm No 4824**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Jean Murawski LaNeave**
204 West Tazewell's Way
Williamsburg,  VA 23185

**Clm No 4825**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    1606 of 3330

| Larry Langdon | **Clm No 4826** | Filed In Cases: 140 | |
|---|---|---|---|
| 2469 Navarre Way | Class | Claim Detail Amount | Final Allowed Amount |
| Virginia Beach,  VA 23456 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed         1-Dec-2016
Bar Date
Claim Face Value        $1.00

| Robert Langhorne | **Clm No 4827** | Filed In Cases: 140 | |
|---|---|---|---|
| 159 Claxton Court | Class | Claim Detail Amount | Final Allowed Amount |
| Jonesboro,  GA 30238 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed         1-Dec-2016
Bar Date
Claim Face Value        $1.00

| Cleo Langley | **Clm No 4828** | Filed In Cases: 140 | |
|---|---|---|---|
| P.O. Box 6304 | Class | Claim Detail Amount | Final Allowed Amount |
| Portsmouth,  VA 23703 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed         1-Dec-2016
Bar Date
Claim Face Value        $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                3/14/2018 3:55:46 PM

*Claims Details*                                                                    1607 of 3330

---

**Kerry Langston**                    **Clm No 4829**    Filed In Cases: 140
1213 Lake Kennedy Drive
Suffolk,  VA 23434                     Class            Claim Detail Amount         Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Milton Langston**                   **Clm No 4830**    Filed In Cases: 140
P.O.  Box 8
Gates,  NC 27937                      Class            Claim Detail Amount         Final Allowed Amount

                                      UNS                  $1,250.00
                                                           $1,250.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value     $1,250.00

---

**Edward Langville**                  **Clm No 4831**    Filed In Cases: 140
211 Pike Road
Pasadena,  MD 21122                   Class            Claim Detail Amount         Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/14/2018 3:55:46 PM

---

*Claims Details*                                                               1608 of 3330

---

**James Lark**                          **Clm No 4832**    Filed In Cases: 140
9029 Scotts Haven Drive
Carney,  MD 21234                        Class         Claim Detail Amount    Final Allowed Amount

                                         UNS                $1.00

                                                            $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**John Laroche**                        **Clm No 4833**    Filed In Cases: 140
206 Marl Ravine Road
Yorktown,  VA 23692                      Class         Claim Detail Amount    Final Allowed Amount

                                         UNS               $1,250.00

                                                           $1,250.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1,250.00

---

**David Lassiter**                      **Clm No 4834**    Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2              Class         Claim Detail Amount    Final Allowed Amount
Hunt Valley, MD 21030
                                         UNS                $1.00

                                                            $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                        1609 of 3330

---

**Donald Lassiter**                        **Clm No 4835**    Filed In Cases: 140
108 Elm Ave.
Portsmouth,  VA 23704                       Class         Claim Detail Amount    Final Allowed Amount

UNS                      $1.00

$1.00

Date Filed         1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**John Lassiter**                          **Clm No 4836**    Filed In Cases: 140
4633 Leeward Drive
Chesapeake,  VA 23321                       Class         Claim Detail Amount    Final Allowed Amount

UNS                   $1,250.00

$1,250.00

Date Filed         1-Dec-2016
Bar Date
Claim Face Value       $1,250.00

---

**Leonard Lassiter**                       **Clm No 4837**    Filed In Cases: 140
214 Aspenwood Drive
Hampton,  VA 23666                          Class         Claim Detail Amount    Final Allowed Amount

UNS                      $1.00

$1.00

Date Filed         1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

1610 of 3330

---

**Russell Lassiter**
725 Sandy Cross Road
Belvidere, NC 27919

**Clm No 4838**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Sabrina Lassiter**
2013 North Armistead Avenue,   Apt. B-2
Hampton,   VA 23666

**Clm No 4839**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Jennifer Lastner**
984 Aspen Drive
Bunker Hill,  WV 25413

**Clm No 4840**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

---

**Rickey Latta**
4014 Hazelwood Road
Hampton,  VA 23666

**Clm No 4841**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed       1-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Frank LaVenia**
5 Andrew Court
West Salem,  OH 44287

**Clm No 4842**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed       1-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Annette Lawrence**
3511 Omohundro Ave., #1
Norfolk,  VA 23504

**Clm No 4843**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed       1-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Lewis Lawrence**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 4844**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Lawrence**
2160 Allison Drive
Chesapeake,  VA 23325

**Clm No 4845**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carolyn Lawson**
403 Patricks Creek Road
Yorktown,  VA 23692

**Clm No 4846**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    1613 of 3330

---

**Delores Lawson**          **Clm No 4847**    Filed In Cases: 140
1615 Wilson Road, Apt. 3
Norfolk,  VA 23523          Class    Claim Detail Amount    Final Allowed Amount

                           UNS         $1.00

                                       $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Robert Lawson**          **Clm No 4848**    Filed In Cases: 140
10289 Galomy Creek Road
Gloucester,  VA 23061-2957          Class    Claim Detail Amount    Final Allowed Amount

                           UNS         $1.00

                                       $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**William Lawson**          **Clm No 4849**    Filed In Cases: 140
543 Cypress Terrace
Fayetteville, NC 28314          Class    Claim Detail Amount    Final Allowed Amount

                           UNS         $1.00

                                       $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

*Claims Details*                                                                                      1614 of 3330

---

**Ambrose Layden**                        **Clm No 4850**    Filed In Cases: 140
1713 Belvidere Road
Belvidere, NC 27919          | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Hazel Layden**                          **Clm No 4851**    Filed In Cases: 140
1713 Belvidere Road
Belvidere, NC 27919          | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Murriell Layton**                       **Clm No 4852**    Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2   | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
Hunt Valley, MD 21030        | UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    1615 of 3330

---

**Kathy Leary**
2945 Appaloosa Blvd.
Melbourne, FL 32934

**Clm No 4853**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

Duplicate Claim No   4854

---

**Kathy Leary**
2945 Appaloosa Blvd.
Melbourne, FL 32934

**Clm No 4854**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

Duplicate Claim No   4853

---

**Pamela LeClear**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 4855**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

**David LeDoyen**
309 W. Helga Street
Kill Devil Hills,  NC 27948

**Clm No 4856**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Albert Lee**
P.O. Box 8061
Suffolk,  VA 23438

**Clm No 4857**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Calvin Lee**
2111 Cunningham Dr. Apt. 103
Hampton, VA 23666

**Clm No 4858**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              1-Dec-2016
Bar Date
Claim Face Value         $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1617 of 3330

---

**Hosea Lee**
2606 Berkley Avenue
Chesapeake, VA 23325

**Clm No 4859**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Mary Lee**
4008 Richard Lee Court
Virginia Beach, VA 23452

**Clm No 4860**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Milton Lee**
3049 Camelot Blvd.
Chesapeake, VA 23323

**Clm No 4861**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              1618 of 3330

---

**Odessa Lee**                          **Clm No 4862**    Filed In Cases: 140
4107 John Bean Street
Portsmouth, VA 23703                 Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                $1.00
                                                        $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Odessa T. Lee**                       **Clm No 4863**    Filed In Cases: 140
4107 John Bean St.
Portsmouth, VA 23703                 Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                $1.00
                                                        $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Robert Lee**                          **Clm No 4864**    Filed In Cases: 140
4107 John Bean Street
Portsmouth, VA 23703                 Class          Claim Detail Amount      Final Allowed Amount

                                     UNS              $1,250.00
                                                      $1,250.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1,250.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**William Lee**
608 Matthews Court
Suffolk, VA 23434

**Clm No 4865**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bernice Lee-Hopkins**
2742 Jason Ave.
Norfolk, VA 23509

**Clm No 4866**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mildred Leeper**
3722 Pennington Avenue
Baltimore, MD 21226

**Clm No 4867**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
E-mail: claimsmanager@omnimgt.com

**PHONE: (818) 906-8300**
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/14/2018 3:55:46 PM

## Claims Details

1620 of 3330

---

**Roy Leeper**
3722 Pennington Ave.
Baltimore,  MD 21226

**Clm No 4868**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Leslie Legg**
2434 Jackquinline Drive, Apt 901
Hayes, VA 23702

**Clm No 4869**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Georgia Lehner**
711 Wise Avenue
Baltimore.MD,  21222

**Clm No 4870**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Claims Details*                                                              1621 of 3330

| **Irene Leland** | **Clm No 4871** | Filed In Cases: 140 | |
| 5204 S. Lake Road | | | |
| Virginia Beach,  VA 23455 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| **Lyle Lemke** | **Clm No 4872** | Filed In Cases: 140 | |
| c/o Paul A. Weykamp | | | |
| 16 Stenersen Lane, Suite 2 | Class | Claim Detail Amount | Final Allowed Amount |
| Hunt Valley, MD 21030 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| **James Lemmer** | **Clm No 4873** | Filed In Cases: 140 | |
| 175 Airport Road | | | |
| Hundred,  WV 26575 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                  1622 of 3330

---

**Hilton Leonard**                    **Clm No 4874**      Filed In Cases: 140
9401 East 63rd Street, Apt 304
Raytown,  MO 64133                    Class              Claim Detail Amount        Final Allowed Amount

                                      UNS                       $1.00
                                                                $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Milton Leonard**                    **Clm No 4875**      Filed In Cases: 140
523 Indian Trail
Nashville,  NC 27856                  Class              Claim Detail Amount        Final Allowed Amount

                                      UNS                       $1.00
                                                                $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Catherine Leppert**                 **Clm No 4876**      Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2            Class              Claim Detail Amount        Final Allowed Amount
Hunt Valley, MD 21030
                                      UNS                       $1.00
                                                                $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2727**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                  3/14/2018 3:55:46 PM

## Claims Details

1623 of 3330

---

**Wilma J. Lerch**
706 Terrace Drive
Newport News, VA 23601

**Clm No 4877**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Louis Leskovar**
6 Live Oak Court
Hampton, VA 23669

**Clm No 4878**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Lesniewski**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 4879**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## *Claims Details*

1624 of 3330

---

**Helen Lesniewski**
1219 Spring Ave.
Baltimore, MD 21237

**Clm No 4880**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Helen Lesniewski**
1219 Spring Avenue
Baltimore, MD 21237

**Clm No 4881**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Levy**
1700 New Levy Dr.
Sumter, SC 29154

**Clm No 4882**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                          1625 of 3330

---

**Mary Levy-Myers**                    **Clm No 4883**    Filed In Cases: 140
1125 Fallingwater Lane
Sumter,  SC 29154                       Class          Claim Detail Amount        Final Allowed Amount

                                       UNS                    $1.00
                                                             $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Andre Lewis**                        **Clm No 4884**    Filed In Cases: 140
210 Salter Ct.
Smithfield,  VA 23430                   Class          Claim Detail Amount        Final Allowed Amount

                                       UNS                    $1.00
                                                             $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Ann Lewis**                          **Clm No 4885**    Filed In Cases: 140
1171 Northside Road
Elizabeth City,  NC 27909              Class          Claim Detail Amount        Final Allowed Amount

                                       UNS                    $1.00
                                                             $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/14/2018 3:55:46 PM

*Claims Details*                                                              1626 of 3330

---

**Anne Lewis**                    **Clm No 4886**    Filed In Cases: 140
2811 Ryland Road
Hampton,  VA 23661          Class          Claim Detail Amount          Final Allowed Amount

UNS                      $1.00
                                              $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Arthur Lewis**                  **Clm No 4887**    Filed In Cases: 140
37 Aspenwood Drive
Hampton,  VA 23666          Class          Claim Detail Amount          Final Allowed Amount

UNS                      $1.00
                                              $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Carolyn Lewis**                 **Clm No 4888**    Filed In Cases: 140
913 E. 29th Street
Norfolk,  VA                Class          Claim Detail Amount          Final Allowed Amount

UNS                      $1.00
                                              $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

| Donald Lewis | **Clm No 4889** | Filed In Cases: 140 | |
|---|---|---|---|
| 913 E 29th Street | Class | Claim Detail Amount | Final Allowed Amount |
| Norfolk, VA 23504 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value      $1.00

| E. Lorraine Lewis | **Clm No 4890** | Filed In Cases: 140 | |
|---|---|---|---|
| P.O. Box 1999 | Class | Claim Detail Amount | Final Allowed Amount |
| Louis, VA 23093 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value      $1.00

| James Lewis | **Clm No 4891** | Filed In Cases: 140 | |
|---|---|---|---|
| 2811 Ryland Road | Class | Claim Detail Amount | Final Allowed Amount |
| Hampton, VA 23661 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value      $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

### Claims Details

---

**James Lewis**
2811 Ryland Road
Hampton, VA 23661-2021

**Clm No 4892**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jerry Lewis**
8522 Chesapeake Blvd Apt A12
Norfolk, VA 23503

**Clm No 4893**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Juanita Lewis**
37 Aspenwood Drive
Hampton, VA 23666

**Clm No 4894**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

### Claims Details

**Larry Lewis**
705 Mace Avenue
Baltimore,  MD 21221

**Clm No 4895**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Linda Lewis**
2109 Trenton Street
Hopewell,  VA 23860

**Clm No 4896**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Philip Lewis**
1309 King Arthur Drive
Chesapeake,  VA 23323

**Clm No 4897**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1630 of 3330

---

**Phillip Lewis**
P.O. Box 192
Hampton,  VA 23669

**Clm No 4898**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rosalie Lewis**
P. O. Box 24
Onancock,  VA 23417

**Clm No 4899**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rudolph Lewis**
6418 Worcester Way
Suffolk,  VA 23435

**Clm No 4900**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

## Claims Details

**Vicki Lewis**
705 Mace Ave
Essex,  MD 21221

**Clm No 4901**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Emma L. Libera**
4237 Backwoods Road
Westminster,  MD 21158

**Clm No 4902**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Pholia Liebing**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 4903**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                        **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              1632 of 3330

---

**John Lifsey**                          **Clm No 4904**      Filed In Cases: 140
229 Mt. Vernon Ave.
Portsmouth, VA 23707              Class          Claim Detail Amount      Final Allowed Amount

                                 UNS                    $1.00

                                                        $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Viola Ligon**                          **Clm No 4905**      Filed In Cases: 140
2704 Horseshoe Drive
Chesapeake, VA 23322             Class          Claim Detail Amount      Final Allowed Amount

                                 UNS                    $1.00

                                                        $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**William Ligon**                        **Clm No 4906**      Filed In Cases: 140
P.O. Box 82
Dutton, VA 23050                Class          Claim Detail Amount      Final Allowed Amount

                                 UNS                    $1.00

                                                        $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**William Ligon**
612 Chapel Street
Hampton,  VA 23669

**Clm No 4907**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Deborah Lilly**
3200 Foxgrove Lane
Chesapeake,  VA 23321

**Clm No 4908**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ramon Limpin**
1676 Devon Way
Virginia Beach,  VA 23456

**Clm No 4909**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Renato Limpin**
2065 Rock Lake Loop
Virginia Beach, VA 23456

**Clm No 4910**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Annette Lininger**
185 Shadyside Road
Uniontown, PA 15401

**Clm No 4911**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Lininger**
185 Shadyside Road
Uniontown, PA 15401

**Clm No 4912**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

*Claims Details*                                                                          1635 of 3330

---

**Deborah Link Burgsteiner**                    **Clm No 4913**    Filed In Cases: 140
128 Avonlea Drive
Chesapeake,  VA 23322                            Class           Claim Detail Amount      Final Allowed Amount

                                                UNS                    $1.00
                                                                       $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rawleigh Linkous**                            **Clm No 4914**    Filed In Cases: 140
4725 Lanett Drive
Pensacola,  FL 32526                             Class           Claim Detail Amount      Final Allowed Amount

                                                UNS                 $1,250.00
                                                                    $1,250.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value      $1,250.00

---

**Earl Linnen**                                 **Clm No 4915**    Filed In Cases: 140
1518 Summit Avenue
Portsmouth,  VA 23704                            Class           Claim Detail Amount      Final Allowed Amount

                                                UNS                    $1.00
                                                                       $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com       PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                E-mail: claimsmanager@omnimgt.com           FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

## *Claims Details*

1636 of 3330

---

**Nathaniel Lino**
c/o Natalie Brunson,
P. O. Box 4707
Norfolk,  VA 23523

**Clm No 4916**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Debra Lipscomb**
808 Trinity Road
Concord,  VA 24538

**Clm No 4917**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**James Little**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 4918**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

## Claims Details

**Lisa Little**
8 Rainflower Path #303
Sparks,  MD 21152

**Clm No 4919**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Virginia Lloyd**
8175 Sheffield Drive
Gloucester,   VA 20361

**Clm No 4920**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Alfonso Lockee**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 4921**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

| **Walter Lockett** | | **Clm No 4922** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 813 Back Creek Road | | Class | Claim Detail Amount | Final Allowed Amount |
| Seaford, VA 23696 | | UNS | $1.00 | |
| | | | $1.00 | |
| | Date Filed | 1-Dec-2016 | | |
| | Bar Date | | | |
| | Claim Face Value | $1.00 | | |

| **Audrey Lockhart** | | **Clm No 4923** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 3300 Loring Ct. | | Class | Claim Detail Amount | Final Allowed Amount |
| Hampton, VA 23666 | | UNS | $1,250.00 | |
| | | | $1,250.00 | |
| | Date Filed | 1-Dec-2016 | | |
| | Bar Date | | | |
| | Claim Face Value | $1,250.00 | | |

| **Richard Lockwood III** | | **Clm No 4924** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 1228 Sellier Avenue | | Class | Claim Detail Amount | Final Allowed Amount |
| Rosedale, MD 21237 | | UNS | $1.00 | |
| | | | $1.00 | |
| | Date Filed | 1-Dec-2016 | | |
| | Bar Date | | | |
| | Claim Face Value | $1.00 | | |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1639 of 3330

---

**Brenda Lohman**
7 Geranium Place
Baltimore, MD 21220

**Clm No 4925**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jesse Long**
P. O. Box 627
Conway, NC 27820

**Clm No 4926**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Linda Long**
5912 Campbell Street
Portsmouth, VA 23703

**Clm No 4927**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1640 of 3330

---

**Lydia D. Long**
613 Rolfe Street
Hampton, VA 23661

**Clm No 4928**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed           1-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Mercer Long**
192 Country Club Road
Camden, NC 27921

**Clm No 4929**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed           1-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Phyllis Long**
955 Harpersville Road Apt 1036
Newport News, VA 23601

**Clm No 4930**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed           1-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*

---

**Suzanne R. Long**          **Clm No 4931**    Filed In Cases: 140
5 Little Hampton Lane
Carrollton, VA 23314

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Stanley Looney**          **Clm No 4932**    Filed In Cases: 140
1073 Carolina Road #20
Suffolk, VA 23434

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Brooks Louk**          **Clm No 4933**    Filed In Cases: 140
929 West Road
Chesapeake, VA 23323

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1,250.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    1642 of 3330

| Glenn Lovell | **Clm No 4934** | Filed In Cases: 140 | |
|---|---|---|---|
| 7710 Wickham Ave. | Class | Claim Detail Amount | Final Allowed Amount |
| Newport News, VA 23605 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Larry Loving | **Clm No 4935** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Paul A. Weykamp | Class | Claim Detail Amount | Final Allowed Amount |
| 16 Stenersen Lane, Suite 2 | UNS | $1.00 | |
| Hunt Valley, MD 21030 | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Alfonzo Lowe | **Clm No 4936** | Filed In Cases: 140 | |
|---|---|---|---|
| P.O. Box 4651 | Class | Claim Detail Amount | Final Allowed Amount |
| Norfolk, VA 23523 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1643 of 3330

---

**Mildred Lowe**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 4937**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ella D. Lowery**
1889 Dolina Drive
Virginia Beach,  VA 23464

**Clm No 4938**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joseph Lowery**
4129 4th Street
Chesapeake,  VA 23324

**Clm No 4939**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

**Jay Lowry**
3912 South Fairway Drive
Powhatan,  VA 23139

**Clm No 4940**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rebecca R. Lowry**
1161 Villa Drive
Graham,  NC 27253

**Clm No 4941**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Abraham Loyal**
3502 Wild Cherry Road
Baltimore,  MD 21244

**Clm No 4942**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    1645 of 3330

---

**Gary Lucas**
145 Steel Hopper Way
Garner, NC 27529

**Clm No 4943**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Kahlil Lucas**
601 Red Kirk Lane
Virginia Beach, VA 23462

**Clm No 4944**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Robin Lucas**
2103 Stalham Rd.
Chesapeake, VA 23324

**Clm No 4945**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

## Claims Details

1646 of 3330

---

**Robert Luckenbaugh**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 4946**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Kenneth Ludwig**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 4947**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Eva Lundy**
2802 Bel Court
Manchester, MD 21202

**Clm No 4948**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    1647 of 3330

| **Belinda Lupton** | **Clm No 4949** | Filed In Cases: 140 | |
|---|---|---|---|
| 245 S. 5th Street Apt 604 | Class | Claim Detail Amount | Final Allowed Amount |
| Aurora,  NC 27806 | UNS | $1,250.00 | |
| | | $1,250.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1,250.00 |

| **William Lupton** | **Clm No 4950** | Filed In Cases: 140 | |
|---|---|---|---|
| 8262 Hell Neck Road | Class | Claim Detail Amount | Final Allowed Amount |
| Gloucester,  VA 23061 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Peggy Luter** | **Clm No 4951** | Filed In Cases: 140 | |
|---|---|---|---|
| 1056 Centerbrooke Lane, Apt 229 | Class | Claim Detail Amount | Final Allowed Amount |
| Suffolk,  VA 23434 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Peggy Luter**
1056 Centerbrooke Lane,Apt 229
Suffolk,  VA 23434

**Clm No 4952**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Brenda Lynch**
2510 Rock Creek Drive
Chesapeake,  VA 23325

**Clm No 4953**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

**Gerry Lynch**
230 East Augusta Lane
Slidell,  70458

**Clm No 4954**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/14/2018 3:55:46 PM

*Claims Details*                                                                          1649 of 3330

---

**Billie Lyons**                     **Clm No 4955**     Filed In Cases: 140
708 Randolph Road
Newport News,  VA 23605              Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                 $1.00
                                                        $1.00

        Date Filed          1-Dec-2016
        Bar Date
        Claim Face Value         $1.00

---

**Jimmie Lyons**                     **Clm No 4956**     Filed In Cases: 140
708 Randolph Road
Newport News,  VA 23608             Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                 $1.00
                                                        $1.00

        Date Filed          1-Dec-2016
        Bar Date
        Claim Face Value         $1.00

---

**Henry Maans**                      **Clm No 4957**     Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2          Class          Claim Detail Amount      Final Allowed Amount
Hunt Valley, MD 21030
                                    UNS                 $1.00
                                                        $1.00

        Date Filed          1-Dec-2016
        Bar Date
        Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

### Claims Details

1650 of 3330

---

**Teresa J. Mace**                         **Clm No 4958**      Filed In Cases: 140
140 Long Beach Drive
Hertford,  NC 27944                         Class            Claim Detail Amount        Final Allowed Amount

                                           UNS                    $1.00

                                                                  $1.00

Date Filed                 1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**James Machniak**                         **Clm No 4959**      Filed In Cases: 140
948 Kayden Lane
Baltimore,  MD 21221                        Class            Claim Detail Amount        Final Allowed Amount

                                           UNS                    $1.00

                                                                  $1.00

Date Filed                 1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Dawn Macijeski**                         **Clm No 4960**      Filed In Cases: 140
4714 Shamrock Ave.
Baltimore,  MD 21206                        Class            Claim Detail Amount        Final Allowed Amount

                                           UNS                    $1.00

                                                                  $1.00

Date Filed                 1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1651 of 3330

---

**Kenneth Mack**
P.O. Box 62065
Virginia Beach,  VA 23466

**Clm No 4961**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Norman Mack**
6444 Duquesne Place
Virginia Beach,  VA 23464

**Clm No 4962**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Reginald Mack**
965 Tifton Street
Norfolk,  VA 23513

**Clm No 4963**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                      1652 of 3330

---

| Steven Mack | **Clm No 4964** | Filed In Cases: 140 | |
|---|---|---|---|
| 4645 Mississippi St. #11 | Class | Claim Detail Amount | Final Allowed Amount |
| San Diego,  CA 92116 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| Bobby Mackey | **Clm No 4965** | Filed In Cases: 140 | |
|---|---|---|---|
| 3816 Collier Rd | Class | Claim Detail Amount | Final Allowed Amount |
| Randallstown,  MD 21133 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| Delton Macklin | **Clm No 4966** | Filed In Cases: 140 | |
|---|---|---|---|
| 134 Pear Avenue | Class | Claim Detail Amount | Final Allowed Amount |
| Hampton,  VA 23661 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**            **Visit us on the Web at www.omnimgt.com**            **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**                 **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

---

**James Maddox**
5080 Lilac Lane, Apt. 909
Harrisburg, PA 17111

**Clm No 4967**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Larry Madison**
1044 E. Brambleton Ave.
Norfolk, VA 23504

**Clm No 4968**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Madrey**
808 Nottingham Road
Portsmouth, VA 23701

**Clm No 4969**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**    3/14/2018 3:55:46 PM

*Claims Details*    1654 of 3330

---

| **Annie Magee** | | **Clm No 4970** | Filed In Cases: 140 | |
| 503 Bunche Blvd | | Class | Claim Detail Amount | Final Allowed Amount |
| Portsmouth,  VA 23701 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Annie MaGee** | | **Clm No 4971** | Filed In Cases: 140 | |
| 503 Bunche Blvd | | Class | Claim Detail Amount | Final Allowed Amount |
| Portsmouth,  VA 23701 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Carolyn Magill** | | **Clm No 4972** | Filed In Cases: 140 | |
| 10 Platt Lane | | Class | Claim Detail Amount | Final Allowed Amount |
| Baltimore,  MD 21219 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Patricia Magner**
5813 Oak Terrace Drive
Virginia Beach,  VA 23464

**Clm No 4973**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas Mahone**
103 Northpoint Drive
Williamsburg,  VA 23185-4431

**Clm No 4974**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gloria Majeed**
9705 Horace Harding Expressway, Apt. 10C
Flushing,  NY 11368

**Clm No 4975**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1656 of 3330

---

**Dennis Majett**
1416 East Ocean View, Apt. 13
Norfolk,  VA 23503

**Clm No 4976**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Garry Majette**
506 Randolph Rd.
Newport News, VA 23601

**Clm No 4977**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jerry Majette**
102 Sycamore Ave.
Newport News, VA 23607

**Clm No 4978**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                          3/14/2018 3:55:46 PM

*Claims Details*                                                                    1657 of 3330

---

**Benjamin Major**                    **Clm No 4979**      Filed In Cases: 140
804 South Church Street
Smithfield, VA 23430                   Class              Claim Detail Amount      Final Allowed Amount

                                      UNS                       $1.00
                                                                $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Fay Major**                         **Clm No 4980**      Filed In Cases: 140
804 South Church Street
Smithfield,  VA 23430                  Class              Claim Detail Amount      Final Allowed Amount

                                      UNS                       $1.00
                                                                $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Rose Makowski**                     **Clm No 4981**      Filed In Cases: 140
5818 Gambrill Road
White Marsh,  MD 21162                 Class              Claim Detail Amount      Final Allowed Amount

                                      UNS                       $1.00
                                                                $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                   3/14/2018 3:55:46 PM

*Claims Details*                                                                              1658 of 3330

---

**Roxanne Malbrough**                    **Clm No 4982**     Filed In Cases: 140
5324 Carroll Warehine Road
Manchester, MD 21102                  Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rosemary Malecki**                     **Clm No 4983**     Filed In Cases: 140
978 Deep Creek Avenue
Arnold, MD 21012                      Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Mary Maley**                           **Clm No 4984**     Filed In Cases: 140
896 Gittings Court
Abingdon, MD 21009                    Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Mary Frances Maley**
896 Gittings Court
Abingdon, MD 21009

**Clm No 4985**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Victor Maley**
237 Trappe Road
Baltimore, MD 21222

**Clm No 4986**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Denise A. Mallonnee**
12 Carriage Lane
Newport News, VA 23606

**Clm No 4987**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1660 of 3330

---

**Frankie Malone**
3804 Old Post Ct.
Virginia Beach,  VA 23452

**Clm No 4988**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Irma Malone**
8810 Walther Blvd. Apt. 3423
Baltimore,  Md. 21234

**Clm No 4989**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jerry Malpass**
27 Padgett Court
Newport News,  VA 23606

**Clm No 4990**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1661 of 3330

---

**Artemio Manalang**
3568 Storm Bird Loop
Virginia Beach,  VA 23453-2265

**Clm No 4991**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alexander L. Maness**
15 Twin Oaks Drive
Hampton,  VA 23666

**Clm No 4992**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Bonnie Maness**
15 Twin Oaks Dr.
Hampton,  VA 23666

**Clm No 4993**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                          3/14/2018 3:55:46 PM

*Claims Details*                                                                      1662 of 3330

---

**Armando Mangaya**              **Clm No 4994**     Filed In Cases: 140
1813 Cornerstone Court
Virginia Beach,  VA 23456        Class               Claim Detail Amount      Final Allowed Amount

                                 UNS                 $1.00
                                                     $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Brenda Mann**                  **Clm No 4995**     Filed In Cases: 140
110 Willow Lane
Madison Heights,  VA 24572       Class               Claim Detail Amount      Final Allowed Amount

                                 UNS                 $1.00
                                                     $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Golet Mann**                   **Clm No 4996**     Filed In Cases: 140
6703 Palem Road
Norfolk,  VA 23513               Class               Claim Detail Amount      Final Allowed Amount

                                 UNS                 $1.00
                                                     $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                3/14/2018 3:55:46 PM

*Claims Details*                                                      1663 of 3330

---

**Cheryl Manning**                    **Clm No 4997**    Filed In Cases: 140
1013 Wickford Court
Chesapeake,  VA 23320                  Class              Claim Detail Amount        Final Allowed Amount

                                      UNS                     $1.00
                                                             $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**John Manns**                        **Clm No 4998**    Filed In Cases: 140
331 Willis Pinnell Rd.
Norlina,  NC 27563                    Class              Claim Detail Amount        Final Allowed Amount

                                      UNS                     $1.00
                                                             $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Mabel Manns**                       **Clm No 4999**    Filed In Cases: 140
1444 Wilroy Road
Suffolk,  VA 23434                    Class              Claim Detail Amount        Final Allowed Amount

                                      UNS                     $1.00
                                                             $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**          3/14/2018 3:55:46 PM

*Claims Details*                                                           1664 of 3330

---

**George Maples**                    **Clm No 5000**      Filed In Cases: 140
219 Eastlawn Drive
Hampton,  VA 23664                    Class            Claim Detail Amount      Final Allowed Amount

                                     UNS                  $1,250.00
                                                          $1,250.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1,250.00

---

**Stephen Mapp**                     **Clm No 5001**      Filed In Cases: 140
3574 Kentucky Avenue
Norfolk,  VA 23502                    Class            Claim Detail Amount      Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Terry Maratellos**                 **Clm No 5002**      Filed In Cases: 140
7501 River Road, Apt. 7G
Newport News,  VA 23607              Class            Claim Detail Amount      Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## *Claims Details*

---

**Rhonda L. March**
2851 High Point Lane
Gloucester,  VA 23061

**Clm No 5003**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Burke W. Margulies**
Estate of George Piggot, deceased
c/o Burke W. Margulies
222 Central Park Ave., Ste. 400
Virginia Beach,  VA 23462

**Clm No 5004**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Diane S. Markham**
142A Gof Club Drive
Elizabeth City,  NC 27909

**Clm No 5005**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**          3/14/2018 3:55:46 PM

## *Claims Details*                                                   1666 of 3330

---

**Veronica Marks**                     **Clm No 5006**     Filed In Cases: 140
6613 Pilot Ave.
Norfolk,  VA 23513                     Class          Claim Detail Amount       Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Michael O. Marquette**               **Clm No 5007**     Filed In Cases: 140
P. O. Box 28274
Green Bay,  WI 54324                   Class          Claim Detail Amount       Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Robert Marrero**                     **Clm No 5008**     Filed In Cases: 140
2700 Whitestone Ave.
Chesapeake,  VA 23323                  Class          Claim Detail Amount       Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## *Claims Details*

**William Marriner**
507 Woodfin Road
Newport News,  VA 23601

**Clm No 5009**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Deloris Marrow**
105 Apt 14 Waterway
Hampton,  VA 23666

**Clm No 5010**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Vincent Marsh**
106 Nicholson Street
Portsmouth,  VA 23702

**Clm No 5011**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                            1668 of 3330

---

**Charles Marshall**              **Clm No 5012**    Filed In Cases: 140
612 Delaware Avenue
Hampton,  VA 23661              Class          Claim Detail Amount      Final Allowed Amount

                               UNS                  $1.00
                                                    $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Deborah Marshall**              **Clm No 5013**    Filed In Cases: 140
12 Beachwood Road
Hampton,  VA 23666              Class          Claim Detail Amount      Final Allowed Amount

                               UNS                  $1.00
                                                    $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Dwight Marshall**               **Clm No 5014**    Filed In Cases: 140
4436 Airline Blvd
Chesapeake,  VA 23321          Class          Claim Detail Amount      Final Allowed Amount

                               UNS                  $1.00
                                                    $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1669 of 3330

| Nicole Marshall | **Clm No 5015** | Filed In Cases: 140 | |
|---|---|---|---|
| 6706 Tower Drive Apt 203 | Class | Claim Detail Amount | Final Allowed Amount |
| Alexandria,  VA 22306 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Robin Marshall | **Clm No 5016** | Filed In Cases: 140 | |
|---|---|---|---|
| 2223 West Geipe Road | Class | Claim Detail Amount | Final Allowed Amount |
| Baltimore,  MD 21228 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Donald Martin | **Clm No 5017** | Filed In Cases: 140 | |
|---|---|---|---|
| 2-28th Street Apt 5H | Class | Claim Detail Amount | Final Allowed Amount |
| Newport News,  VA 23607 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

### Claims Details

**Horace Martin**               **Clm No 5018**      Filed In Cases: 140
1605 Bailey Lane
Virginia Beach, VA 23451         | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Hubert Martin**               **Clm No 5019**      Filed In Cases: 140
c/o Ms. Hollie Lawton
8708 Weitz Manor Lane
Perry Hall, MD 21128             | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Johnny Martin**               **Clm No 5020**      Filed In Cases: 140
105 Thornrose Drive
Yorktown, VA 23692               | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value       $1.00

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**       PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Marcus Martin**
916 McKinley Avenue
Chesapeake,  VA 23324

**Clm No 5021**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Margaret Martin**
5214 McFaul Road
Baltimore,  MD 21206

**Clm No 5022**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Margaret Martin**
5214 McFaul Road
Baltimore,  MD 21206

**Clm No 5023**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                              3/14/2018 3:55:46 PM

*Claims Details*                                                                        1672 of 3330

---

**Marion Martin**                    **Clm No 5024**      Filed In Cases: 140
105 Titus Court
Carrollton, VA 23314                  Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                    $1.00
                                      ----                ----------         ------------
                                                             $1.00

Date Filed                1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Michael Martin**                   **Clm No 5025**      Filed In Cases: 140
6099 Hwy
Marianna , FL 32446                   Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                   $1,250.00
                                      ----                ----------         ------------
                                                            $1,250.00

Date Filed                1-Dec-2016
Bar Date
Claim Face Value          $1,250.00

---

**Milton Martin Jr.**                **Clm No 5026**      Filed In Cases: 140
853 South Atlantic Avenue
Virginia Beach,  VA 23451             Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                   $1,250.00
                                      ----                ----------         ------------
                                                            $1,250.00

Date Filed                1-Dec-2016
Bar Date
Claim Face Value          $1,250.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/14/2018 3:55:46 PM

*Claims Details*                                                      1673 of 3330

---

**Aretha Mask**                    **Clm No 5027**     Filed In Cases: 140
409 Wakefield Avenue
Hampton, VA 23661              Class          Claim Detail Amount      Final Allowed Amount

                              UNS                    $1.00
                                                     $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Leroy Mask**                     **Clm No 5028**     Filed In Cases: 140
3303 Hardee Court
Hampton, VA 23666             Class          Claim Detail Amount      Final Allowed Amount

                              UNS                    $1.00
                                                     $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Darryl K. Mason**                **Clm No 5029**     Filed In Cases: 140
3453 Linden Grove Drive
Waldorf, MD 20603             Class          Claim Detail Amount      Final Allowed Amount

                              UNS                    $1.00
                                                     $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1674 of 3330

---

**George Mason**
1542 Rivercreek Crescent
Suffolk,  VA 23434

**Clm No 5030**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gwendolyn Mason**
P.O. Box 3067
Newport News,  VA 23603

**Clm No 5031**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Iona Mason**
2112 Victoria Blvd.
Hampton,  VA 23661

**Clm No 5032**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## *Claims Details*

1675 of 3330

---

**James Mason**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 5033**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Larry Mason**
17035 Mount Olive Ave.
Windsor,  VA 23487

**Clm No 5034**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rose Mason**
210 Lexington Street
Hampton, VA 23669

**Clm No 5035**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                1676 of 3330

---

**Rose Mason**                          **Clm No 5036**    Filed In Cases: 140
210 Lexington Street
Hampton,  VA 23669                       Class              Claim Detail Amount      Final Allowed Amount

                                        UNS                      $1.00

                                                                 $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Sue Massengill**                      **Clm No 5037**    Filed In Cases: 140
104 Feathergrass Park
Yorktown,  VA 23692                      Class              Claim Detail Amount      Final Allowed Amount

                                        UNS                      $1.00

                                                                 $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Carl Massey**                         **Clm No 5038**    Filed In Cases: 140
203 Twin Lakes Drive
Brunswick,  GA 31525                     Class              Claim Detail Amount      Final Allowed Amount

                                        UNS                      $1.00

                                                                 $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

| Charles Massie | **Clm No 5039** | Filed In Cases: 140 | |
|---|---|---|---|
| 1803 Calm Branch Ct. | Class | Claim Detail Amount | Final Allowed Amount |
| Newport News, VA 23602 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| Nancy Massie | **Clm No 5040** | Filed In Cases: 140 | |
|---|---|---|---|
| 1803 Calm Branch Ct. | Class | Claim Detail Amount | Final Allowed Amount |
| Newport News, VA 23602 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| Cheryl Masters | **Clm No 5041** | Filed In Cases: 140 | |
|---|---|---|---|
| 3737 Farnsworth Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Chesapeake, VA 23321 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                   3/14/2018 3:55:46 PM

*Claims Details*                                                                            1678 of 3330

---

**James Masters**                          **Clm No 5042**      Filed In Cases: 140
3737 Farnsworth Drive
Chesapeake,  VA 23321                       Class          Claim Detail Amount      Final Allowed Amount

                                           UNS                  $1.00
                                                                $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Roger Mathena**                          **Clm No 5043**      Filed In Cases: 140
10 Damon Court
Portsmouth,  VA 23701                       Class          Claim Detail Amount      Final Allowed Amount

                                           UNS                  $1.00
                                                                $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Ronald Mathews**                         **Clm No 5044**      Filed In Cases: 140
824 Meadow Church Road
Cranberry, PA 16319                         Class          Claim Detail Amount      Final Allowed Amount

                                           UNS                  $1.00
                                                                $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1679 of 3330

---

**Jerry Matney**
5627 Paige Road
Gloucester,  VA 23061

**Clm No 5045**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Melvin Matthews**
3300 Lilac Drive
Portsmouth,  VA 23703

**Clm No 5046**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Otha Matthews**
1159 Ed Faulkner Road
Warrenton,  NC 27589

**Clm No 5047**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*     3/14/2018 3:55:46 PM

## Claims Details

1680 of 3330

---

**Thomas Matthews**
3020 Elbyrne Drive
Chesapeake,  VA 23325

**Clm No 5048**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Karl Matzdorf**
600 Straffan Drive, Unit 404
Timonium,  MD 21093

**Clm No 5049**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Agnes May**
1923 Breitwert Avenue
Baltimore,  MD 21231

**Clm No 5050**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1681 of 3330

---

**William May**
1522 Denton Drive
Hampton, VA 23664

**Clm No 5051**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Leroy Mayfield**
1400 Antoinette Circle
Hampton, VA 23663

**Clm No 5052**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Donna Mayo**
504 El- Dorado Way
Casselberry, FL 32707

**Clm No 5053**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1682 of 3330

---

**Cleofe Mayor**
905 Shadow Tree Way
Virginia Beach,  VA 23452

**Clm No 5054**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----------------|------------|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Nancy McCabe**
695 Main St, Arbour Square, Rm. 107
Harleysville,  PA 19438

**Clm No 5055**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----------------|------------|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dezinal McCall**
7 Oakcrest Street
Portsmouth,  VA 23702

**Clm No 5056**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----------------|------------|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

---

**Toronto McCall**

P. O. Box 41258

Norfolk,  VA 23541

**Clm No 5057**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jerry McCants**

5552 Lynbrook Landing

Virginia Beach,  VA 23462-1171

**Clm No 5058**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Patrick McCaslin**

1331 Dr. Jack Road

Conowingo,  MD 21918

**Clm No 5059**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

## Claims Details

1684 of 3330

---

**Charles McCauley**
1403 Andre Street
Baltimore , MD 21230

**Clm No 5060**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Jessica McClanahan**
206 Lakeside Drive
Portsmouth, VA 23701

**Clm No 5061**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Randolph McClary**
1842 Delaney Street
Virginia Beach, VA 23464

**Clm No 5062**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1685 of 3330

---

**Marvin McClease**
1562 N. King Street Apt 2C
Hampton, VA 23669

**Clm No 5063**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carolyn McClenny**
740 Buckhorn Road
Suffolk, VA 23437

**Clm No 5064**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mary McClinton**
609 Bell Street
Hampton, VA 23661

**Clm No 5065**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                1686 of 3330

---

**Evelyn McClure**              **Clm No 5066**    Filed In Cases: 140
P.O. Box 74
Ark,  VA 23003                   Class          Claim Detail Amount      Final Allowed Amount

                                UNS                    $1.00
                                                       $1.00

        Date Filed        1-Dec-2016
        Bar Date
        Claim Face Value        $1.00

---

**Ronald McClure**              **Clm No 5067**    Filed In Cases: 140
P.O. Box 74
Ark,  VA 23003                   Class          Claim Detail Amount      Final Allowed Amount

                                UNS                  $1,250.00
                                                     $1,250.00

        Date Filed        1-Dec-2016
        Bar Date
        Claim Face Value      $1,250.00

---

**Clifton McCoy**               **Clm No 5068**    Filed In Cases: 140
4031 Timber Ridge Drive
Virginia Beach,  VA 23455-7018   Class          Claim Detail Amount      Final Allowed Amount

                                UNS                    $1.00
                                                       $1.00

        Date Filed        1-Dec-2016
        Bar Date
        Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

1687 of 3330

---

**David McCoy**
2832 Harrell Ave.
Norfolk,  VA 23509

**Clm No 5069**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 1-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Frederick McCoy**
740 Shell Road
Chesapeake,  VA 23323

**Clm No 5070**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 1-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Linnard McCoy**
5463 Sandpiper Lane
Norfolk,  VA 23502

**Clm No 5071**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 1-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1688 of 3330

---

**Robert McCoy**
3624 Patterson Avenue
Baltimore,  MD 21207

**Clm No 5072**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jasper McCright**
651 25th Street Apt 510
Newport News,  VA 23607

**Clm No 5073**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Allie McCurdy**
18213 Founders Way
Smithfield,  VA 23430

**Clm No 5074**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                      1689 of 3330

---

**Duran McDaniel**                      **Clm No 5075**    Filed In Cases: 140
7036 Crittenden Rd
Suffolk, VA 23432                        Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Henry McDaniel**                      **Clm No 5076**    Filed In Cases: 140
2516 Ballentine Blvd.
Norfolk,  VA 23509                       Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                  $1,250.00
                                                             $1,250.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1,250.00

---

**John McDaniel**                       **Clm No 5077**    Filed In Cases: 140
4193 Rockyford Road
Bedford,  VA 24523                       Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

### Claims Details                                                    1690 of 3330

---

**Paul McDilda**                          **Clm No 5078**    Filed In Cases: 140
121 Willow Street
Hertford,  NC 27944                        Class            Claim Detail Amount      Final Allowed Amount

                                          UNS                  $1.00
                                                               $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Bonnie McDonald**                       **Clm No 5079**    Filed In Cases: 140
416 South 5th Street
Greybull,  WY 82426                        Class            Claim Detail Amount      Final Allowed Amount

                                          UNS                  $1.00
                                                               $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Diana McDonald**                        **Clm No 5080**    Filed In Cases: 140
1503 Pattison Road
Baltimore,  MD 21221                       Class            Claim Detail Amount      Final Allowed Amount

                                          UNS               $1,250.00
                                                            $1,250.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1,250.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

1691 of 3330

---

**Jimmie McDonald**
111 Hawthorne Point
Yorktown, VA 23692

**Clm No 5081**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert McDonnell**
8208 Canterbury Crest Lane
Suffolk, VA 23436

**Clm No 5082**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Linda McDowell**
3456 Saint Clair Drive
Chesapeake, VA 23321

**Clm No 5083**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                             1692 of 3330

| | | | |
|---|---|---|---|
| **Wilmer McEachin** | **Clm No 5084** | Filed In Cases: 140 | |
| c/o Paul A. Weykamp | Class | Claim Detail Amount | Final Allowed Amount |
| 16 Stenersen Lane, Suite 2 | | | |
| Hunt Valley, MD 21030 | UNS | $1,250.00 | |
| | | $1,250.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1,250.00 |

| | | | |
|---|---|---|---|
| **Charlie McGill** | **Clm No 5085** | Filed In Cases: 140 | |
| 3502 Sandown Cove | Class | Claim Detail Amount | Final Allowed Amount |
| Suffolk, VA 23435 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| | | | |
|---|---|---|---|
| **Iris McGinnis** | **Clm No 5086** | Filed In Cases: 140 | |
| c/o Robin Lancaster | Class | Claim Detail Amount | Final Allowed Amount |
| 2604 Chapel Lake Dr,Unit 106 | | | |
| Gambrills, MD 21054 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/14/2018 3:55:46 PM

*Claims Details*                                                1693 of 3330

---

**Patricia McGlothlin**

P.O. Box 86371

Baton Rouge , LA 70879

**Clm No 5087**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Maggie McGrew**

360 Pine Laurel Circle

Bluff City,  TN 37618

**Clm No 5088**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Paul McGuire**

104 Hermitage Road

Newport News,  VA 23606

**Clm No 5089**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Mabel McHorney**
101 Cowboy Trail
Moyock,  NC 27958

**Clm No 5090**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Joseph McHugh**
4411 Crossland Road
Philadelphia,  PA 19154

**Clm No 5091**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sheila L. McIlwain**
207 Bedford Court Apt. 311
Portsmouth,  VA 23701

**Clm No 5092**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1695 of 3330

---

**Billy McIntyre**
4604 Goose Creek Flyway
Chesapeake,  VA 23321

**Clm No 5093**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gracie McIntyre**
6652 Ethan Allen Lane
Norfolk,  VA 23502

**Clm No 5094**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carla D. McKee**
1897 Estate Court
Severn,  MD 21144

**Clm No 5095**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1696 of 3330

---

**Lucy M. McKee**
126 Carroll Street
Emporia, VA 23847

**Clm No 5096**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 1-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Michael McKee**
1903 Yucca Street
Chesapeake, VA 23324

**Clm No 5097**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 1-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Diane McKeithan**
45 Belmont Road
Newport News, VA 23601

**Clm No 5098**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 1-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1697 of 3330

---

**Ted McKenney**
100 Tilghman Ct, Apt 100K
Williamsburg,  VA 23188

**Clm No 5099**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**William McKenzie**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 5100**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**James McLamb**
c/o Ms. Helen Barbato
3961 Springmeadow Cresent
Chesapeake,  VA 23321

**Clm No 5101**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                             1698 of 3330

---

**Maria McLamb**                          **Clm No 5102**      Filed In Cases: 140
1804 Wye Cliff Court
Pasadena, MD 21122                         Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                  $1.00
                                                               $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Clarence McLean**                       **Clm No 5103**      Filed In Cases: 140
1748 Queen Palm Drive
Apopka, FL 32712                          Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                  $1.00
                                                               $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**John McLean**                           **Clm No 5104**      Filed In Cases: 140
P.O. Box 56412
Virginia Beach, VA 23456                  Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                  $1.00
                                                               $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

*Claims Details*                                                                                      1699 of 3330

---

**Gordon McMahon**                          **Clm No 5105**    Filed In Cases: 140
804 Babb Town Road
Suffolk, VA 23434                           Class          Claim Detail Amount       Final Allowed Amount

                                            UNS                    $1.00
                                                                   $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Willie McMillian**                        **Clm No 5106**    Filed In Cases: 140
5633 Woodgreen Road
Virginia Beach, VA 23455                     Class          Claim Detail Amount       Final Allowed Amount

                                            UNS                    $1.00
                                                                   $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Theopolis McMoore**                       **Clm No 5107**    Filed In Cases: 140
2201 Green Street
Portsmouth, VA 23704                         Class          Claim Detail Amount       Final Allowed Amount

                                            UNS                    $1.00
                                                                   $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

## Claims Details

**Cleve McMurray**                    **Clm No 5108**    Filed In Cases: 140
65 Sample Road
West Alexandria,  OH 45381

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**David McNeely**                    **Clm No 5109**    Filed In Cases: 140
605 Maple Street
Elizabeth City,  NC 27909

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Dakota McNeil**                    **Clm No 5110**    Filed In Cases: 140
705 Main Street
Newport News,  VA 23605

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**John McPhatter**
4935 Quaker Drive
Suffolk,  VA 23437

**Clm No 5111**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Clarence McPherson**
106 Old Swamp Road
South Mills,  NC 27976

**Clm No 5112**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Edward McRae**
3509 Vimy Ridge Ave.
Norfolk,  VA 23509

**Clm No 5113**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

## Claims Details

**Donald McVay**
1416 Darene Court
Hampton,  VA 23663

**Clm No 5114**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**John Meador**
23036 Captain John Rd.
Courtland,  VA 23837

**Clm No 5115**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Robert Meadows**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 5116**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1703 of 3330

---

**Gary Mears**
8240 Highway 131
Odessa,  MO 64076

**Clm No 5117**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gary D. Mears**
8740 Highway 131
Odessa, MO 64076

**Clm No 5118**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ivory Medley**
6508 Harvey Court
Norfolk,  VA 23513

**Clm No 5119**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              1704 of 3330

---

**William Mele**                    **Clm No 5120**      Filed In Cases: 140
305 N. Church Street
Mt. Olive, NC 28365                  Class         Claim Detail Amount      Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

Duplicate Claim No    5121

---

**William Mele**                    **Clm No 5121**      Filed In Cases: 140
305 North Church St.
Mount Olive , NC 28365               Class         Claim Detail Amount      Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

Duplicate Claim No    5120

---

**Janeatta Melton**                 **Clm No 5122**      Filed In Cases: 140
632 Talon Court
Arnold,  MD  21012                   Class         Claim Detail Amount      Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

### Claims Details

1705 of 3330

| **Margaret Melton** | **Clm No 5123** | Filed In Cases: 140 | |
|---|---|---|---|
| 1450 Cherry Grove Road North | Class | Claim Detail Amount | Final Allowed Amount |
| Sufolk,  VA 23432-1820 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Wally Melton** | **Clm No 5124** | Filed In Cases: 140 | |
|---|---|---|---|
| 1450 Cherry Grove Road North | Class | Claim Detail Amount | Final Allowed Amount |
| Suffolk,  VA 23432-1820 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Loudelia Mendoza** | **Clm No 5125** | Filed In Cases: 140 | |
|---|---|---|---|
| 201 West 21st Street, Apt. 150 | Class | Claim Detail Amount | Final Allowed Amount |
| Norfolk,  VA 23517 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                        1706 of 3330

---

**Vincent Menta**                    **Clm No 5126**    Filed In Cases: 140
702 Cedar Grove Rd.
Broomall,  PA 19008                    Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                  $1.00

                                                            $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Albert Mercer**                    **Clm No 5127**    Filed In Cases: 140
2218 Willow Point Arch
Chesapaeke,  VA 23320                 Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                  $1.00

                                                            $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Hardy Mercer**                     **Clm No 5128**    Filed In Cases: 140
523 Oakland Ave.
Baltimore,  MD 21212                  Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                  $1.00

                                                            $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                        1707 of 3330

---

**Lula Merritt**                          **Clm No 5129**    Filed In Cases: 140
1609 Tiller Lane
Chesapeake,  VA 23321              Class         Claim Detail Amount      Final Allowed Amount

                                  UNS                  $1.00
                                                       $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Joseph Messaris**                       **Clm No 5130**    Filed In Cases: 140
c/o Sherry Boyle
11034 Log Cabin Road              Class         Claim Detail Amount      Final Allowed Amount
Denton, MD 21629
                                  UNS                  $1.00
                                                       $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Wayne Messman**                         **Clm No 5131**    Filed In Cases: 140
3084 E. Prospect Road
York,  PA 17402-9506              Class         Claim Detail Amount      Final Allowed Amount

                                  UNS                  $1.00
                                                       $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1708 of 3330

---

**Reginald Metts**
114 Reggie Metts Lane
Trenton, NC 28585

**Clm No 5132**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Louis Meyer**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 5133**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Meyers**
8404 Sultan Drive
Pasadena, MD 21122

**Clm No 5134**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Diana Michalski**
4244 Ballahack Road
Chesapeake,  VA 23322

**Clm No 5135**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| | |
|-------|-------|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Elizabeth Michalski**
5577 Whitby Road
Baltimore,  MD 21206

**Clm No 5136**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Darlene Mickens**
1237 Garden Drive
Newport News,  VA 23607

**Clm No 5137**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

---

**Sylvester Mickens**
3520 Gatling Ave, Apt. A
Norfolk,  VA 23502

**Clm No 5138**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**James Mickins**
3473 Chesapeake Blvd.
Norfolk,  VA 23513

**Clm No 5139**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Sharon Midgette**
1427 Mellwood Ct.
Norfolk,  VA 23513

**Clm No 5140**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

### Claims Details

**Gene Midkiff**
3010 Wilson Road
Barboursville,  WV 25504

**Clm No 5141**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-|-|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Victor Milbourne**
210 Werden Drive
New Castle,  DE 19720

**Clm No 5142**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-|-|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Craig Miles**
1845 Castleton Court
Virginia Beach,  VA 23454

**Clm No 5143**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-|-|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1712 of 3330

---

**William Miles**
3206 Lilly Flower
San Antonio, TX 78253

**Clm No 5144**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Brian Miller**
6005 Sefton Avenue
Baltimore, MD 21214

**Clm No 5145**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Donald Miller**
2725 Myrtle Ave.
Norfolk, VA 23504

**Clm No 5146**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    1713 of 3330

---

**Gary Miller**
30 Kellogg Fork Road
Sunbury, NC 27979

**Clm No 5147**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Henry Miller**
880 Windsong Drive
Arnold, MD 21012

**Clm No 5148**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rayford Miller**
152 Twin Hills Road
Dillsburg, PA 17019

**Clm No 5149**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

### Claims Details                                                                      1714 of 3330

**Ruby Miller**                                 **Clm No 5150**    Filed In Cases: 140
1015 Castle Court
Chesapeake,  VA 23323                  Class              Claim Detail Amount         Final Allowed Amount

                                                UNS                        $1.00
                                                                           $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00


**Ruby Miller**                                 **Clm No 5151**    Filed In Cases: 140
3512 Kentucky Trail
Chesapeake,  VA 23323                  Class              Claim Detail Amount         Final Allowed Amount

                                                UNS                        $1.00
                                                                           $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00


**John Mills**                                  **Clm No 5152**    Filed In Cases: 140
5221 Haras Place, Apt. 4B
Fort Washington,  MD 20744             Class              Claim Detail Amount         Final Allowed Amount

                                                UNS                        $1.00
                                                                           $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Kenneth Mills**
4828 Brigadoon Drive
Virginia Beach,  VA 23455

**Clm No 5153**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

**Mattie Mills**
103 Anchor Street
Portsmouth,  VA 23702

**Clm No 5154**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Sherman Mills**
209 Richlands Avenue
Jacksonville,  NC 28540

**Clm No 5155**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

*Claims Details*

**Vernon Mills**
103 Anchor Street
Portsmouth,  VA 23702

**Clm No 5156**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard Mimna**
5209 Calico Court
Virginia Beach,  VA 23464

**Clm No 5157**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Pansy Mims**
4001 Port Road
Chesapeake,  VA 23321

**Clm No 5158**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Novella Mingo**
2515 Hickory Street
Portsmouth, VA 23707

**Clm No 5159**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Minor**
6345 Edward Street
Norfolk,  VA 23513

**Clm No 5160**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**David Mirabella**
7913 Clark Station Road
Severn,  MD 21144

**Clm No 5161**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

## Claims Details

1718 of 3330

**Dennis Mirabella**
Houge Estates
510 Center Ave. East
Dilworth,   MN 56529-1469

**Clm No 5162**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Allen Mitchell**
634 Crooked Run Road
Elizabeth City,  NC 27909

**Clm No 5163**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Beulah Mitchell**
527 Maycox Avenue
Norfolk,  VA 23505

**Clm No 5164**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    1719 of 3330

| Calvin Mitchell | **Clm No 5165** | Filed In Cases: 140 | |
|---|---|---|---|
| 13512 Kelmont Court | | | |
| Woodbridge,  VA 22193 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |
| Date Filed | 1-Dec-2016 | | |
| Bar Date | | | |
| Claim Face Value | $1.00 | | |

| Darius Mitchell | **Clm No 5166** | Filed In Cases: 140 | |
|---|---|---|---|
| P.O. Box 9053 | | | |
| Hampton,  VA 23670 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |
| Date Filed | 1-Dec-2016 | | |
| Bar Date | | | |
| Claim Face Value | $1.00 | | |

| Fred Mitchell | **Clm No 5167** | Filed In Cases: 140 | |
|---|---|---|---|
| 104 Dan Leigh Ct | | | |
| Hampton,  VA 23666 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |
| Date Filed | 1-Dec-2016 | | |
| Bar Date | | | |
| Claim Face Value | $1.00 | | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Fred Mitchell**
2608 Prescott Circle
Chesapeake,  VA 23323

**Clm No 5168**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Harold Mitchell**
7700 Armfield Avenue, Apt #330
Norfolk,  VA 23505

**Clm No 5169**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Jacob Mitchell**
P.O. Box 273
112 Old Swamp Road
South Mills,  NC 27976

**Clm No 5170**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/14/2018 3:55:46 PM

### Claims Details

---

**Mary Mitchell**                          **Clm No 5171**    Filed In Cases: 140
118 Bunker Hill Road
South Mills, NC 27976                       Class          Claim Detail Amount      Final Allowed Amount

                                           UNS                    $1.00
                                                                  $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Melvin Mitchell**                        **Clm No 5172**    Filed In Cases: 140
118 Bunker Hill Road
South Mills, NC 27976                       Class          Claim Detail Amount      Final Allowed Amount

                                           UNS                    $1.00
                                                                  $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Morris Mitchell**                        **Clm No 5173**    Filed In Cases: 140
1400 Walker Ave., Woodstock 1, Apt. 106
Elizabeth City, NC 27909                    Class          Claim Detail Amount      Final Allowed Amount

                                           UNS                    $1.00
                                                                  $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1722 of 3330

| Patricia Mitchell | **Clm No 5174** | Filed In Cases: 140 | |
|---|---|---|---|
| 708 Mansfield Road | Class | Claim Detail Amount | Final Allowed Amount |
| Baltimore, MD 21221 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Patricia Mitchell | **Clm No 5175** | Filed In Cases: 140 | |
|---|---|---|---|
| 708 Mansfield Road | Class | Claim Detail Amount | Final Allowed Amount |
| Baltimore, MD 21221 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Robert Mitchell | **Clm No 5176** | Filed In Cases: 140 | |
|---|---|---|---|
| 4333 Airline Blvd. | Class | Claim Detail Amount | Final Allowed Amount |
| Chesapeake, VA 23321 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                             1723 of 3330

| Ronald Mitchell | **Clm No 5177** | Filed In Cases: 140 | |
|---|---|---|---|
| 211 Lenox Avenue | Class | Claim Detail Amount | Final Allowed Amount |
| Norfolk, VA 23503 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed           1-Dec-2016
Bar Date
Claim Face Value      $1.00

| William Mitchell | **Clm No 5178** | Filed In Cases: 140 | |
|---|---|---|---|
| 3721 Nottaway Street | Class | Claim Detail Amount | Final Allowed Amount |
| Norfolk, VA 23513 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed           1-Dec-2016
Bar Date
Claim Face Value      $1.00

| Stephen Mitchem | **Clm No 5179** | Filed In Cases: 140 | |
|---|---|---|---|
| 6930 Coleman's Crossing Ave. | Class | Claim Detail Amount | Final Allowed Amount |
| Hayes, VA 23072 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed           1-Dec-2016
Bar Date
Claim Face Value      $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

### Claims Details

**William Moczygemba**
101 East Royce Dr.
Chesapeake,  VA 23322

**Clm No 5180**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Donald Modlin**
P. O. Box 364
Hertford,  NC 27944

**Clm No 5181**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Carl Mohorn**
3236 Westmost Avenue
Baltimore, MD 21216

**Clm No 5182**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1725 of 3330

---

**Kenneth Moles**
295 Craig Street
Christiansburg, VA  24073

**Clm No 5183**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Kenneth Moles**
295 Craig Street
Christiansburg, VA 24073

**Clm No 5184**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Ruth Moller**
707 Maiden Choice Lane
Catonsville, MD 21228

**Clm No 5185**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              1726 of 3330

---

**Donald Molnar**                      **Clm No 5186**    Filed In Cases: 140
118 Canal Street
Grasonville,  MD 21638                  Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Donald Mongold**                     **Clm No 5187**    Filed In Cases: 140
4440 Old Squaw Lane
Gloucester,  VA 23061                   Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Gail Mongold**                       **Clm No 5188**    Filed In Cases: 140
4440 Old Squaw Lane
Gloucester,  VA 23061                   Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1727 of 3330

---

**Verlene Montague**
P.O. Box 1766
Gloucester, VA 23061

**Clm No 5189**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Clyde Monteith**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 5190**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mary Monteith**
2736 Linden Lane
Williamsburg, VA 23185

**Clm No 5191**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              1728 of 3330

---

**Melvin Montgomery**                    **Clm No 5192**    Filed In Cases: 140
820 Nixon Drive
Suffolk, VA 23434                        Class         Claim Detail Amount    Final Allowed Amount

                                         UNS                   $1.00
                                                               $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Timothy Moody**                        **Clm No 5193**    Filed In Cases: 140
32 Red Robin Turn
Hampton, VA 23669                        Class         Claim Detail Amount    Final Allowed Amount

                                         UNS                   $1.00
                                                               $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Ada Moore**                            **Clm No 5194**    Filed In Cases: 140
112 Harrigan Way
Yorktown, VA 23693                       Class         Claim Detail Amount    Final Allowed Amount

                                         UNS                   $1.00
                                                               $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             E-mail: claimsmanager@omnimgt.com             FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

**Delbert Moore**
235 Quebec Road
Harrellsville, NC 27942

**Clm No 5195**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Geraldine Moore**
22 Maynard Drive
Newport News, VA 23601

**Clm No 5196**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Geraldine Moore**
22 Maynard Dr.
Newport News, VA 23601

**Clm No 5197**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1730 of 3330

---

**Grady Moore**
224 Hunts Neck Road
Poquoson, VA 23662

**Clm No 5198**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Grady C. Moore**
224 Hunts Neck Road
Poquoson, VA 23662

**Clm No 5199**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Moore**
155 Mark Twain Drive
Newport News, VA 23602

**Clm No 5200**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

1731 of 3330

---

**Jasper Moore**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 5201**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Judson Moore**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 5202**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Linda Moore**
12 Birchbrook Court
Baltimore, MD 21236

**Clm No 5203**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/14/2018 3:55:46 PM

*Claims Details*                                                    1732 of 3330

---

**Mai Ling Moore**                    **Clm No 5204**    Filed In Cases: 140
1236  30th Street
Newport News,  VA 23607               Class          Claim Detail Amount    Final Allowed Amount

                                      UNS                $1.00
                                                         $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Norman Moore**                      **Clm No 5205**    Filed In Cases: 140
20378 Crippin View Way
Parksley,  VA 23421                   Class          Claim Detail Amount    Final Allowed Amount

                                      UNS                $1.00
                                                         $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Richard Moore**                     **Clm No 5206**    Filed In Cases: 140
9177 Davenport Road
Gloucester,  VA 23601-3141            Class          Claim Detail Amount    Final Allowed Amount

                                      UNS                $1.00
                                                         $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

---

**Rubie Moore**
P.O. Box 130
Ark, VA 23003

**Clm No 5207**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Samuel Moore**
1443 Plantation Lakes Cir.
Chesapeake, VA 23320

**Clm No 5208**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sherry Moore**
1304 Webster Street
South Boston, VA 24592

**Clm No 5209**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                                      1734 of 3330

---

**Vernon Moore**                        **Clm No 5210**      Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2              Class            Claim Detail Amount       Final Allowed Amount
Hunt Valley, MD 21030
                                        UNS                   $1.00
                                                              $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Walter Moore**                        **Clm No 5211**      Filed In Cases: 140
205 Raleigh Avenue
Suffolk,  VA 23434                      Class            Claim Detail Amount       Final Allowed Amount

                                        UNS                   $1.00
                                                              $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**William Moore**                       **Clm No 5212**      Filed In Cases: 140
112 Harrigan Way
Yorktown,  VA 23693                     Class            Claim Detail Amount       Final Allowed Amount

                                        UNS                   $1.00
                                                              $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**William Moore**
4008 Birchwood Ave
Chesapeake,  VA 23321

**Clm No 5213**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Chris Morant**
516 Beech Drive
Newport News, VA  23601-3110

**Clm No 5214**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gorman Morehead**
5805 Hamlet Road
Virginia Beach, VA 23464

**Clm No 5215**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

1736 of 3330

---

**Jacqueline Morehead**
5805 Hamlet Road
Virginia Beach,  VA 23464

**Clm No 5216**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Edgar Morgan**
1602 Fitchetts Warf Road
Moon,  VA 23119

**Clm No 5217**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Evelyn Morgan**
31 North Mary Peak Blvd
Hampton,  VA 23666

**Clm No 5218**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1737 of 3330

---

**Glendola Morgan**
312 Appaloosa Trail
Chsapeake, VA 23323

**Clm No 5219**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Herbert Morgan**
1036 Highway 158 S.
Elizabeth City, NC 27909

**Clm No 5220**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joseph Morgan**
303 Moss Ave.
Seaford, VA 23696

**Clm No 5221**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1738 of 3330

---

**Robert Morgan**
459 Barcelona Lane
Virginia Beach VA, 23452

**Clm No 5222**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rosia Morgan**
1323 Bethlehem Ave.
Baltimore, MD 21222

**Clm No 5223**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Douglas Morgner**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 5224**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Sylvia Morings**
2017 Smalleys Dam Circle
Suffolk, VA 23434

**Clm No 5225**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Johnathan Morrell**
317 Allen Road
Portsmouth, VA 23702

**Clm No 5226**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**William Morrell**
1617 Windlace Court
Jacksonville, FL 32225

**Clm No 5227**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    1740 of 3330

---

**Calvin Morring**          **Clm No 5228**    Filed In Cases: 140
2727 Lens Ave.
Norfolk,  VA 23509          Class          Claim Detail Amount      Final Allowed Amount

                           UNS                      $1.00
                                                    $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Blondelia Morris**        **Clm No 5229**    Filed In Cases: 140
602 E. Brambleton Ave.
Norfolk,  VA 23510-2910     Class          Claim Detail Amount      Final Allowed Amount

                           UNS                      $1.00
                                                    $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Dollie Morris**           **Clm No 5230**    Filed In Cases: 140
36 West Oak Avenue
McBee,  SC 29101            Class          Claim Detail Amount      Final Allowed Amount

                           UNS                      $1.00
                                                    $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                          1741 of 3330

---

**Frank Morris**                          **Clm No 5231**      Filed In Cases: 140
213 Seminole Trail
Edenton,  NC 27392                         Class              Claim Detail Amount        Final Allowed Amount

                                          UNS                         $1.00
                                                                      $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Graydon Morris**                        **Clm No 5232**      Filed In Cases: 140
1 Crawford Parkway, Unit 607
Portsmouth, VA 23704                       Class              Claim Detail Amount        Final Allowed Amount

                                          UNS                         $1.00
                                                                      $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Harold Morris**                         **Clm No 5233**      Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2                 Class              Claim Detail Amount        Final Allowed Amount
Hunt Valley, MD 21030
                                          UNS                         $1.00
                                                                      $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1742 of 3330

---

| **Johnny Morris** | | **Clm No 5234** | Filed In Cases: 140 | |
| 150 Tuggle Eure Road | | | | |
| Eure,  NC 27935 | | Class | Claim Detail Amount | Final Allowed Amount |
| | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 1-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

---

| **Michael Morris** | | **Clm No 5235** | Filed In Cases: 140 | |
| 102 Harvey Street | | | | |
| Elizabeth City,  NC 27909 | | Class | Claim Detail Amount | Final Allowed Amount |
| | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 1-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

---

| **William Morris** | | **Clm No 5236** | Filed In Cases: 140 | |
| 85 Bradfords Road | | | | |
| Cobbs Creek,  VA 23035 | | Class | Claim Detail Amount | Final Allowed Amount |
| | | UNS | $1,250.00 | |
| | | | $1,250.00 | |
| Date Filed | 1-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1,250.00 | | | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                      1743 of 3330

---

**Cheryl Morrison**                      **Clm No 5237**    Filed In Cases: 140
808 Cary's Chapel Road
Yorktown,  VA 23693                      Class              Claim Detail Amount        Final Allowed Amount

                                        UNS                      $1.00
                                                                 $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value               $1.00

---

**John Morrison**                        **Clm No 5238**    Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2              Class              Claim Detail Amount        Final Allowed Amount
Hunt Valley, MD 21030
                                        UNS                      $1.00
                                                                 $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value               $1.00

---

**David Morse**                          **Clm No 5239**    Filed In Cases: 140
2418  US  13 South
Ahoskie,  NC 27910                      Class              Claim Detail Amount        Final Allowed Amount

                                        UNS                      $1.00
                                                                 $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value               $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1744 of 3330

---

**Ray Moses**
929 Churchill Lane
Newport News,  VA 23608

**Clm No 5240**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Nathan Mosteller**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 5241**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Percy Moton**
14146 Bradby Lane
Smithfield,  VA 23430

**Clm No 5242**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    1745 of 3330

---

**Alonzo Mourning**
1245G Cedar Road #310
Chesapeake,  VA 23322

**Clm No 5243**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dixie Mowbray**
19 Forest Drive
Palmyra,  VA 22963

**Clm No 5244**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Donald Mowbray**
1973 Hundley Branch Road
Scottsville,  VA 24590-5320

**Clm No 5245**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**John Moyers**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 5246**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Peter Mrowczynski**
5019 Orville Ave.
Baltimore, MD 21205-.3144

**Clm No 5247**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Gloria Mubin**
316 W. 37th Street
Norfolk, VA 23508

**Clm No 5248**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1747 of 3330

---

**Derrell Mulkey**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 5249**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Mullins**
28970 Walters Highway
Carrsville,  VA 23315-2605

**Clm No 5250**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Virginia Munden**
329 Southgate Avenue
Virginia Beach,  VA 23462-6608

**Clm No 5251**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

1748 of 3330

---

**William Mundy**
4733 Sullivan Blvd.
Virginia Beach, VA 23455

**Clm No 5252**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gary Munk**
2707 Hemlock Ave.
Baltimore,    MD 21214-1244

**Clm No 5253**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kenneth Murphy**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 5254**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Mary Murphy**
304 Arsenal Drive
Ninty Six,  SC 29666

**Clm No 5255**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Mary Murphy**
2300 Pinewood Ave.
Baltimore,  MD 21214

**Clm No 5256**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Nathaniel Murphy**
1100 Mt. Vernon Avenue
Portsmouth,  VA 23707

**Clm No 5257**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/14/2018 3:55:46 PM

## Claims Details
1750 of 3330

**Thomas Murray**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 5258**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**H. Glenn Musick**
15534 Carroll Bridge Road
Smithfield, VA 23434

**Clm No 5259**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Judy Musick**
15534 Carroll Bridge Road
Smithfield, VA 23430

**Clm No 5260**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

---

**Karen Musick**
618 Poolsville Drive
Surry, VA 23883

**Clm No 5261**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gregory Mustin**
118 Neals Creek Lane
Poplar Branch,  NC 27965

**Clm No 5262**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jack Mustin**
216 Cheyenne Road
Virginia Beach,  VA 23462

**Clm No 5263**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*

---

**Nellie R. Myers**  |  **Clm No 5264**  |  Filed In Cases: 140
100 Lou Avenue
Denton, MD 21629-1427

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Robert Myers**  |  **Clm No 5265**  |  Filed In Cases: 140
1317 Augusta Ave.
Portsmouth, VA 23707

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Wanda Myers**  |  **Clm No 5266**  |  Filed In Cases: 140
1317 Augusta Ave.
Portsmouth, VA 23707

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Robert Myles**
4028 Schooner Trail
Chesapeake, VA 23321

**Clm No 5267**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Diane Nale**
911 Lower Creek Rd.
Milroy, PA 17063

**Clm No 5268**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Harry Nale**
911 Lower Creek Road
Milroy, PA 17063

**Clm No 5269**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

## *Claims Details*

1754 of 3330

---

**Sandra M. Nance**
3013 Woodlawn Drive
Suffolk, VA 23434

**Clm No 5270**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Narciso**
2940 Southwestern Ave
Manchester, MD 21102

**Clm No 5271**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Paulette Nash**
521 Weaver Circle
Portsmouth, VA 23701

**Clm No 5272**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

---

*Claims Details*                                                                1755 of 3330

---

**Reginald Nash**                      **Clm No 5273**     Filed In Cases: 140
3828 E. Occoquan River Reach
Portsmouth, VA 23703

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Carmelina Natividad**                **Clm No 5274**     Filed In Cases: 140
25 Burnt Mills Road
Goose Creek, SC 29445

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Patricio Natividad**                 **Clm No 5275**     Filed In Cases: 140
1564 Willimantic Dr.
Virginia Beach, VA 23456

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Richard Naujoks**
216 Overholt Drive
Virginia Beach, VA 23462-6019

**Clm No 5276**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ronald Naujoks**
1841 Brookwood Rd
Norfolk, VA 23518

**Clm No 5277**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Neal**
850 Crawford Parkway, Apt 5303
Portsmouth, VA 23704

**Clm No 5278**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Cynthia A. Neaves**
1105 Big Bethel Road
Hampton, VA 23666

**Clm No 5279**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ruby B. Neblitt**
2208 Peach Street
Portsmouth, VA 23704

**Clm No 5280**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Necaise**
37 Balmoral Pk., 31 Eastborne Street
Dunedin, New Zealand 9012

**Clm No 5281**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                1758 of 3330

---

**Ivory Ned**                           **Clm No 5282**    Filed In Cases: 140
4636 Helensburgh
Chesapeake,  VA 23321       Class          Claim Detail Amount      Final Allowed Amount

                            UNS                 $1.00
                                                $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Sheila Ned**                          **Clm No 5283**    Filed In Cases: 140
4636 Helensburgh Drive
Chesapeake,  VA 23321       Class          Claim Detail Amount      Final Allowed Amount

                            UNS                 $1.00
                                                $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Carl Nees**                           **Clm No 5284**    Filed In Cases: 140
16 Giddings Avenue
Severna Park,  MD 21146     Class          Claim Detail Amount      Final Allowed Amount

                            UNS                 $1.00
                                                $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Margaret Negapaton**
520 Cresswell Road
Baltimore,  MD 21225

**Clm No 5285**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Fred Nelms**
1212 Parker Drive
Suffolk,  VA 23434

**Clm No 5286**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Joyce Nelson**
41 Acorn Circle, Apt., 201
Towson,  MD 21286

**Clm No 5287**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/14/2018 3:55:46 PM

## Claims Details

**Seth Nelson**
3227 Waverly Lane
Johns Island,  SC 29455

**Clm No 5288**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard Nelson Jr.**
3600 Ithaca Trail
Suffolk,  VA 23435-2218

**Clm No 5289**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Richard Nelson Sr.**
4822 Poolside Road
Virginia Beach,  VA 23455

**Clm No 5290**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Ronald Nesbitt**
4308 Hudgings Drive
Virginia Beach, VA 23455

**Clm No 5291**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Samuel Nester**
321 Powhatan Drive
Poquoson, VA 23662

**Clm No 5292**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Margaret Nettles**
306 Cheadle Loop Road
Seaford, VA 23696

**Clm No 5293**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

### Claims Details                                                    1762 of 3330

---

**Ronnie Nettles**                          **Clm No 5294**    Filed In Cases: 140
3244 Butternut Drive Apt A
Hampton,  VA 23666              | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 1-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Ronnie Nettles**                          **Clm No 5295**    Filed In Cases: 140
3244 Butternut Drive Apt A
Hampton,  VA 23666              | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed        | 1-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $10,000.00 |

---

**William C. Nettles**                       **Clm No 5296**    Filed In Cases: 140
306 Cheadle Loop Road
Seaford,  VA 23696             | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| Date Filed        | 1-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1,250.00  |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## *Claims Details*

**William C. Nettles**
306 Cheadle Loop Road
Seaford,  VA 23696

**Clm No 5297**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

**Dallas Neville**
111 Paige Riddick Road
Gates,  NC 27937

**Clm No 5298**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**James Neville**
P.O. Box 266
Henderson,  WV 25106

**Clm No 5299**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1764 of 3330

---

**Barbara Newby**
P. O. Box 316
Carrollton, VA 23314

**Clm No 5300**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Doctor Newby**
24058 Sugarhill Road
Carrollton,  VA 23314

**Clm No 5301**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Haywood Newby**
24076 Sugar Hill Road
Carrollton,  VA 23314

**Clm No 5302**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Pamela Newby**
805 Cripple Creek Lane
Suffolk,  VA 23434

**Clm No 5303**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Paul Newby**
P.O. Box 316
Carrollton,  VA 23314

**Clm No 5304**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Terrance Newby**
1014 Faubus Drive
Newport News,  VA 23605

**Clm No 5305**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1766 of 3330

---

**Willie Newell**
605 Charles Court
Virginia Beach, VA 23462

**Clm No 5306**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alexander Newkirk**
3413 County Street
Norfolk, VA 23513

**Clm No 5307**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alice Newsome**
232 West Gilbert Street Apt. 125
Hampton, VA 23669

**Clm No 5308**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*                                                    1767 of 3330

---

**Grady Newsome**                     **Clm No 5309**    Filed In Cases: 140
4801 Loch Raven Blvd.
Baltimore, MD 21239                    Class           Claim Detail Amount      Final Allowed Amount

                                      UNS                $1.00
                                                         $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Paulette Newsome**                  **Clm No 5310**    Filed In Cases: 140
1440 Wool Avenue
Portsmouth, VA 23707                   Class           Claim Detail Amount      Final Allowed Amount

                                      UNS                $1,250.00
                                                         $1,250.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1,250.00

---

**Edmond Newton**                     **Clm No 5311**    Filed In Cases: 140
500 Aylesbury Drive Apt 104
Virginia Beach, VA 23462              Class           Claim Detail Amount      Final Allowed Amount

                                      UNS                $1.00
                                                         $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

### Claims Details

---

**Lloyd Newton**
9 Pomona-West, Apt 2
Pikesville, MD 21208

**Clm No 5312**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rachel Ngalli-Marsala**
6200 Braker Court Apt 103
Hampton, VA 23666

**Clm No 5313**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Eugene Nicholes**
716 Helmsdale Way
Chesapeake, VA 23320

**Clm No 5314**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1769 of 3330

| Raymond Nichols | **Clm No 5315** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Paul A. Weykamp | Class | Claim Detail Amount | Final Allowed Amount |
| 16 Stenersen Lane, Suite 2 | | | |
| Hunt Valley, MD 21030 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| William Nichols | **Clm No 5316** | Filed In Cases: 140 | |
|---|---|---|---|
| 2173 Stanaford Road | Class | Claim Detail Amount | Final Allowed Amount |
| Beckley,  WV 25801 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Earvin Nicholson | **Clm No 5317** | Filed In Cases: 140 | |
|---|---|---|---|
| 1908 Evergreen Place | Class | Claim Detail Amount | Final Allowed Amount |
| Portsmouth,  VA 23704 | | | |
| | UNS | $1,250.00 | |
| | | $1,250.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1,250.00 |

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                     1770 of 3330

---

**Earvin Nicholson**
1908 Evergreen Place
Portsmouth,  VA 23704

**Clm No 5318**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kimberly Nicholson**
2360 Wallington Way
Virginia Beach,  VA 23456

**Clm No 5319**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rita Nichols-White**
2612 King Court
Chesapeake,  VA 23324

**Clm No 5320**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/14/2018 3:55:46 PM

*Claims Details*                                                                    1771 of 3330

---

**Daniel Nickell**                          **Clm No 5321**    Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2                  Class          Claim Detail Amount      Final Allowed Amount
Hunt Valley, MD 21030
                                            UNS                 $1.00

                                                                $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Mark Nickoles**                           **Clm No 5322**    Filed In Cases: 140
P. O. Box 40
Manchester,  MD 21102                       Class          Claim Detail Amount      Final Allowed Amount

                                            UNS                 $1.00

                                                                $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Roy Nielsen**                             **Clm No 5323**    Filed In Cases: 140
2953 Harrogate Way
Abingdon,  MD 21009                         Class          Claim Detail Amount      Final Allowed Amount

                                            UNS                 $1.00

                                                                $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Ernesto Niles**
775 Driskill Court
Virginia Beach, VA 23464

**Clm No 5324**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**David Nitkowski**
28 Higan Ct.
Rosedale, MD 21237

**Clm No 5325**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ann Nixon**
704 N Dr. Martin Luther King Jr. Dr.
Ahoskie, NC 27910

**Clm No 5326**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**John Nixon**
1208 Pike Street
Norfolk,  VA 23523

**Clm No 5327**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Michael Nobles**
6029 Silkwater Court
Raleigh,  NC 27610

**Clm No 5328**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Nolan**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 5329**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

## Claims Details

**John Noll**                                    **Clm No 5330**        Filed In Cases: 140
4241 Fulton Street
Fayetteville, NC 28301                           Class              Claim Detail Amount        Final Allowed Amount

                                                 UNS                     $1.00

                                                                         $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00


**Tom Noplock**                                  **Clm No 5331**        Filed In Cases: 140
2103 Coon Club Road
Westminster, MD 21157                            Class              Claim Detail Amount        Final Allowed Amount

                                                 UNS                     $1.00

                                                                         $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00


**James Norman**                                 **Clm No 5332**        Filed In Cases: 140
3700 White Marsh Rd.
Suffolk, VA 23434                                Class              Claim Detail Amount        Final Allowed Amount

                                                 UNS                     $1.00

                                                                         $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                         3/14/2018 3:55:46 PM

*Claims Details*                                                              1775 of 3330

| Kenneth Norman | | Clm No 5333 | Filed In Cases: 140 | |
|---|---|---|---|---|
| 1604 Ulster Drive | | Class | Claim Detail Amount | Final Allowed Amount |
| Elizabeth City, NC 27909 | | | | |
| | | UNS | $1,250.00 | |
| | | | $1,250.00 | |
| Date Filed | 1-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1,250.00 | | | |

| Patricia Norman | | Clm No 5334 | Filed In Cases: 140 | |
|---|---|---|---|---|
| 3205 Bare Creek Lane | | Class | Claim Detail Amount | Final Allowed Amount |
| Raleigh, NC 27603 | | | | |
| | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 1-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| Phillip Norman | | Clm No 5335 | Filed In Cases: 140 | |
|---|---|---|---|---|
| 2 Wilkins Court | | Class | Claim Detail Amount | Final Allowed Amount |
| Portsmouth, VA 23701 | | | | |
| | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 1-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

### Claims Details

1776 of 3330

---

**Virginia Norman**
1604 Ulster Drive
Elizabeth City,  NC 27909

**Clm No 5336**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Norris**
7747 Meadow Road
Pasadena,  MD 21122

**Clm No 5337**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Shelley Norwood**
c/o Ms. Jennifer Soliz
2250 S.W. 21st Street Apt 25
Redmond,  OR 97756

**Clm No 5338**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                          1777 of 3330

---

**Manford Nosay**                          **Clm No 5339**    Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2          Class              Claim Detail Amount        Final Allowed Amount
Hunt Valley, MD 21030
                                    UNS                     $1.00
                                                            $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Raymond F. Notaro**                      **Clm No 5340**    Filed In Cases: 140
1935 Robinwood Road
Baltimore,  MD 21222                 Class              Claim Detail Amount        Final Allowed Amount

                                    UNS                     $1.00
                                                            $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Fern Novack**                            **Clm No 5341**    Filed In Cases: 140
2100 Townline Road Apt 105
Wausau  , WI 54403                   Class              Claim Detail Amount        Final Allowed Amount

                                    UNS                     $1.00
                                                            $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

## *Claims Details*

---

**Lorraine Nuriddin**                    **Clm No 5342**    Filed In Cases: 140
3502 Orcutt Ave.
Newport News,  VA 23607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Murad Nuriddin**                    **Clm No 5343**    Filed In Cases: 140
3502 Orcutt Avenue
Newport News,  VA 23607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**James Nylander**                    **Clm No 5344**    Filed In Cases: 140
127 Fullbrick Lane
Barco,  NC 27917

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                            1779 *of* 3330

| **Samuel Obispo** | | **Clm No 5345** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 1809 Hickory Nut Loop | | Class | Claim Detail Amount | Final Allowed Amount |
| Virginia Beach, VA 23453 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 1-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **Thomas O'Brien** | | **Clm No 5346** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 3300 Ocean Shore Ave. # 905 | | Class | Claim Detail Amount | Final Allowed Amount |
| Virginia Beach, VA 23451 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 1-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **JoAnn O'Connell** | | **Clm No 5347** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 1816 Darville Drive | | Class | Claim Detail Amount | Final Allowed Amount |
| Hampton, VA 23663 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 1-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/14/2018 3:55:46 PM

*Claims Details*                                                         1780 of 3330

---

**Joann O'Connell**                    **Clm No 5348**     Filed In Cases: 140
1816 Darville Drive
Hampton,  VA 23663                      Class            Claim Detail Amount      Final Allowed Amount

                                       UNS                  $1.00
                                                            $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Thomas O'Dea**                       **Clm No 5349**     Filed In Cases: 140
3008 Rueckert Avenue
Baltimore,  MD 21214                    Class            Claim Detail Amount      Final Allowed Amount

                                       UNS                  $1.00
                                                            $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Joseph Odom**                        **Clm No 5350**     Filed In Cases: 140
2708 Middle Towne Cresc.
Norfolk,  VA 23504                      Class            Claim Detail Amount      Final Allowed Amount

                                       UNS                  $1.00
                                                            $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                    1781 of 3330

---

**Andrew Oechsler**                          **Clm No 5351**      Filed In Cases: 140
601 Elmwood Road
Baltimore,  MD 21206                          Class            Claim Detail Amount      Final Allowed Amount

                                              UNS                  $1.00
                                                                   $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Thomas O'Hagan**                           **Clm No 5352**      Filed In Cases: 140
1338 West 41st  Street
Baltimore,   MD 21211                         Class            Claim Detail Amount      Final Allowed Amount

                                              UNS                  $1.00
                                                                   $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Eleanor Oliphant**                         **Clm No 5353**      Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2                     Class            Claim Detail Amount      Final Allowed Amount
Hunt Valley, MD 21030
                                              UNS                  $1.00
                                                                   $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## *Claims Details*

1782 of 3330

---

**Joseph Oliphant**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 5354**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Catherine Oliver**
1044 26th Street
Newport News, VA 23607

**Clm No 5355**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Donald Oliver**
39 Belmont Street
Windsor, VA 23487

**Clm No 5356**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

---

**Lee Oliver**
337 Plainview Drive
Saluda,  VA 23149

**Clm No 5357**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wyoma Oliver**
1050 Belle Orchard Lane Apt 106
Suffolk,  VA 23435

**Clm No 5358**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alphonzo O'Neal**
2118 Charleston Avenue
Portsmouth,  VA 23704

**Clm No 5359**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Clarence O'Neal**
2117 Staunton Ave. Apt B
Portsmouth, VA 23704

**Clm No 5360**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Fred O'Neal**
114 Oak Drive
Annapolis, MD 21401

**Clm No 5361**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Claudette Orie**
13421 Bentley Heath Way
Carrollton, VA 23314

**Clm No 5362**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Jean Orozco**
107 Strasburg Circle
Shrewsbury, PA 17361-1833

**Clm No 5363**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Joseph Ortega**
949 Lym Drive
Virginia Beach, VA 23464

**Clm No 5364**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Kenneth Orvin**
1110 Ferebee Ave.
Chesapeake, VA 23324

**Clm No 5365**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Kenneth Osborne**
310 Chippokes Farm Rd.
Surry, VA 23883

**Clm No 5366**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Deborah Osbourne**
1805 Middleboro Road
Essex, MD 21221

**Clm No 5367**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Shirley Outerbridge**
5656 Tidewater Drive. Apt. 33
Norfolk, VA 23509

**Clm No 5368**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

| Carlton Outland | Clm No 5369 | Filed In Cases: 140 | |
|---|---|---|---|
| 17 Carver Circle | Class | Claim Detail Amount | Final Allowed Amount |
| Portsmouth, VA 23701 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Kenneth Overall | Clm No 5370 | Filed In Cases: 140 | |
|---|---|---|---|
| 204 Crystal Lake Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Grafton, VA 23692 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Lawrence Overby | Clm No 5371 | Filed In Cases: 140 | |
|---|---|---|---|
| 120 Woodland Cir | Class | Claim Detail Amount | Final Allowed Amount |
| Franklin, VA 23851 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1788 of 3330

| Donald Overstreet | **Clm No 5372** | Filed In Cases: 140 | |
|---|---|---|---|
| 21496 Mallard Cove Lane | Class | Claim Detail Amount | Final Allowed Amount |
| Carrollton, VA 23314 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Betty Owens | **Clm No 5373** | Filed In Cases: 140 | |
|---|---|---|---|
| 1619 Elder Avenue | Class | Claim Detail Amount | Final Allowed Amount |
| Chesapeake, VA 23325 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Cecile Owens | **Clm No 5374** | Filed In Cases: 140 | |
|---|---|---|---|
| 1102 Gatling Point Pkwy | Class | Claim Detail Amount | Final Allowed Amount |
| Smithfield, VA 23430 | UNS | $10,000.00 | |
| | | $10,000.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                             1789 of 3330

| Douglas Owens | **Clm No 5375** | Filed In Cases: 140 | |
|---|---|---|---|
| 2601 Taylor Road | Class | Claim Detail Amount | Final Allowed Amount |
| Chesapeake,  VA 23321 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

| Gary Owens | **Clm No 5376** | Filed In Cases: 140 | |
|---|---|---|---|
| 5900 Blackwater Road | Class | Claim Detail Amount | Final Allowed Amount |
| Virginia Beach,  VA 23457 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

| Larry Owens | **Clm No 5377** | Filed In Cases: 140 | |
|---|---|---|---|
| 497 S. Dover Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Englewood,  FL 34223 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              1790 of 3330

---

**Lloyd Owens**                        **Clm No 5378**      Filed In Cases: 140
2205 Shady Drive
Elizabeth City, NC 27909               Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00
                                       ------              ------------        ------------
                                                              $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Lois Owens**                         **Clm No 5379**      Filed In Cases: 140
2205 Shady Drive
Elizabeth City, NC 27909               Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00
                                       ------              ------------        ------------
                                                              $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Margarieta Padilla**                 **Clm No 5380**      Filed In Cases: 140
8024 Danbury Drive
Norfolk, VA 23518                      Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                  $1,250.00
                                       ------              ------------        ------------
                                                            $1,250.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value       $1,250.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

1791 of 3330

---

**Alfredo Pagaduan**
3596 Purebred Drive
Virginia Beach,  VA 23453

**Clm No 5381**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Anthony Page**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 5382**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Carlton Page**
P.O. Box 2060
Keystone Heights,  FL 32656

**Clm No 5383**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**               FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

## Claims Details

**Donnie Page**
1162 Duck Pond Road
Nashville, NC 27856

**Clm No 5384**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Edward Paige**
1538 Norcova Ave.
Norfolk, VA 23502

**Clm No 5385**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Ronald Paige**
865 Lexington Street
Norfolk, VA 23504

**Clm No 5386**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

### Claims Details

1793 of 3330

---

**Danny Palmer**
3224 Ardmore Trail Apt 412
South Bend,  IN 46628

**Clm No 5387**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Shirley Palmer**
818 Rivanna River Road
Chesapeake,  VA 23320

**Clm No 5388**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Solomon Palmer**
2015 River Pearl Way
Chesapeake,  VA 23321

**Clm No 5389**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**      FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*Claims Details*

---

**Charles Pannell**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 5390**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Pardee**
P.O. Box 2449
Vidalia, GA 30475

**Clm No 5391**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Maristella Pardoe**
227 Canal Park Drive Unit 402
Salisbury,  MD 21804

**Clm No 5392**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Norman Pardoe**
227 Canal Park Drive Unit 402
Salisbury, MD 21804

**Clm No 5393**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gwendolyn J. Parham**
2115 Piedmont Avenue
Portsmouth, VA 23704

**Clm No 5394**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Archie Parker**
836 Weymouth Terrace
Hampton, VA 23666

**Clm No 5395**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

## Claims Details

---

**Ben Parker**
104 Sandridge Ave.
South Mills, NC 27976

**Clm No 5396**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Benjamin Parker**
19277 Rawlings Road
Capron, VA 23829

**Clm No 5397**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Daniel Parker**
P.O. Box 352
White Marsh, VA 23183

**Clm No 5398**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

**Donald Parker**
732 Bold Street
Portsmouth, VA 23701

**Clm No 5399**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Earl Parker**
407 Beach Rd
Hampton,  VA 23664

**Clm No 5400**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Geoffrey Parker**
909 Woodland Terrace
Brandon,  FL 33511

**Clm No 5401**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1798 of 3330

| **Jacqueline Parker** | | **Clm No 5402** | Filed In Cases: 140 | |
| 2108 Waterleaf Way | | Class | Claim Detail Amount | Final Allowed Amount |
| Bowie, MD 20721 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| **James Parker** | | **Clm No 5403** | Filed In Cases: 140 | |
| 5405 Bayberry Drive | | Class | Claim Detail Amount | Final Allowed Amount |
| Norfolk, VA 23502 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| **Joseph Parker** | | **Clm No 5404** | Filed In Cases: 140 | |
| 153 Shady Lane | | Class | Claim Detail Amount | Final Allowed Amount |
| Hertford, NC 27944 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1799 of 3330

| **Michael Parker** | | Clm No 5405 | Filed In Cases: 140 | |
|---|---|---|---|---|
| 2108 Waterleaf Way | | Class | Claim Detail Amount | Final Allowed Amount |
| Bowie, MD 20721 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 1-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **Printist Parker** | | Clm No 5406 | Filed In Cases: 140 | |
|---|---|---|---|---|
| 2586 Westminster Ave. | | Class | Claim Detail Amount | Final Allowed Amount |
| Norfolk, VA 23504 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 1-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **Reuben Parker** | | Clm No 5407 | Filed In Cases: 140 | |
|---|---|---|---|---|
| 23376 Jerusalem Road | | Class | Claim Detail Amount | Final Allowed Amount |
| Courtland, VA 23837 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 1-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1800 of 3330

---

**Robert Parker**
8016 Charlesmont Road
Baltimore,  MD 21222

**Clm No 5408**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Shirley Parker**
1234 Sierra Drive
Suffolk,  VA 23434

**Clm No 5409**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Parker**
5870 Woodside Circle
Portsmouth,  VA 23703

**Clm No 5410**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**    3/14/2018 3:55:46 PM

*Claims Details*    1801 of 3330

| **Lavona Parks** | | **Clm No 5411** | Filed In Cases: 140 | |
| --- | --- | --- | --- | --- |
| 807 Morris Street | | Class | Claim Detail Amount | Final Allowed Amount |
| Hampton, VA 23663 | | UNS | $1,250.00 | |
| | | | $1,250.00 | |

| Date Filed | 1-Dec-2016 |
| --- | --- |
| Bar Date | |
| Claim Face Value | $1,250.00 |

| **Whit Parks** | | **Clm No 5412** | Filed In Cases: 140 | |
| --- | --- | --- | --- | --- |
| 224 Cannons Ferry Road | | Class | Claim Detail Amount | Final Allowed Amount |
| Tyner, NC 27980 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 1-Dec-2016 |
| --- | --- |
| Bar Date | |
| Claim Face Value | $1.00 |

| **Wayne Parr** | | **Clm No 5413** | Filed In Cases: 140 | |
| --- | --- | --- | --- | --- |
| 921 Maryland Ave. | | Class | Claim Detail Amount | Final Allowed Amount |
| Suffolk, VA 23434 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 1-Dec-2016 |
| --- | --- |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1802 of 3330

---

**Gary Parrish**
1748 Pattie Lane
Chesapeake,  VA 23321

**Clm No 5414**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Reynaldo Pasco**
2020 Aloma Dr.
Virginia Beach,  VA 23453

**Clm No 5415**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Pasley**
2990 West Brewington Road
Sumter,  SC 29153

**Clm No 5416**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    1803 of 3330

---

**Terry Pass**          **Clm No 5417**    Filed In Cases: 140
13 Harland Court
Hampton, VA 23666        | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Arnold Pate**         **Clm No 5418**    Filed In Cases: 140
3401 S. Plaza Trail
Virginia Beach, VA 23607     | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Evelyn Pate**         **Clm No 5419**    Filed In Cases: 140
3401 S. Plaza Trail
Virginia Beach, VA 23607     | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

## Claims Details

1804 of 3330

**Bertha Patrick**
1502 Hopewell Avenue
Baltimore, MD 21221

**Clm No 5420**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**David Patrick**
2236 S. Military Highway
Chesapeake, VA 23320

**Clm No 5421**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Gloria Patrick**
1014 Faubus Drive
Newport News, VA 23605

**Clm No 5422**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    1805 of 3330

---

**Richard Patrick**    **Clm No 5423**    Filed In Cases: 140
315 Lane Drive
Elizabeth City, NC 27909    Class    Claim Detail Amount    Final Allowed Amount

UNS    $1.00

$1.00

Date Filed    1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Annie Patterson**    **Clm No 5424**    Filed In Cases: 140
127 Margaret Drive
Hampton, VA 23669    Class    Claim Detail Amount    Final Allowed Amount

UNS    $1.00

$1.00

Date Filed    1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Helen Patterson**    **Clm No 5425**    Filed In Cases: 140
7412 Old Mill Rd
Norfolk, VA 23518    Class    Claim Detail Amount    Final Allowed Amount

UNS    $1.00

$1.00

Date Filed    1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1806 of 3330

---

**Joyce Patterson**
3387 Bradshaw Road
Salem, VA 24153

**Clm No 5426**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sandra Patterson**
5226 Clover Hill Drive
Portsmouth, Va 23703

**Clm No 5427**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas Patterson**
5609 Holy Neck Road
Suffolk, VA 23437

**Clm No 5428**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                      3/14/2018 3:55:46 PM

## *Claims Details*

**Julianna Paugh**                          **Clm No 5429**      Filed In Cases: 140
1957 Frames Road
Baltimore, MD 21222                         Class            Claim Detail Amount        Final Allowed Amount

                                            UNS                    $1.00
                                                                   $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00


**Marion Paugh**                            **Clm No 5430**      Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2                  Class            Claim Detail Amount        Final Allowed Amount
Hunt Valley, MD 21030
                                            UNS                    $1.00
                                                                   $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00


**Carolee Pauley**                          **Clm No 5431**      Filed In Cases: 140
900 Daphia Circle #130
Newport News, VA 23601                      Class            Claim Detail Amount        Final Allowed Amount

                                            UNS                    $1.00
                                                                   $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              1808 of 3330

| William Pauls | **Clm No 5432** | Filed In Cases: 140 | |
|---|---|---|---|
| 3 Key Oak Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Poquoson, VA 23662 | UNS | $1.00 | |
| | | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 1-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

| William Pauls | **Clm No 5433** | Filed In Cases: 140 | |
|---|---|---|---|
| 9 Bay Street | Class | Claim Detail Amount | Final Allowed Amount |
| Poquoson, VA 23662 | UNS | $1.00 | |
| | | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 1-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

| William Pauls | **Clm No 5434** | Filed In Cases: 140 | |
|---|---|---|---|
| 3 Key Oak Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Poquoson, VA 23662 | UNS | $1.00 | |
| | | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 1-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1809 of 3330

| **John Paxson** | | **Clm No 5435** | Filed In Cases: 140 | |
| 1348 Johnstown Rd. | | Class | Claim Detail Amount | Final Allowed Amount |
| Chesapeake,  VA 23322 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| **Carcenus Payne** | | **Clm No 5436** | Filed In Cases: 140 | |
| 311  52nd Street | | Class | Claim Detail Amount | Final Allowed Amount |
| Newport News,  VA 23607 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| **Maurice Pearce** | | **Clm No 5437** | Filed In Cases: 140 | |
| P.O. Box 9801 | | Class | Claim Detail Amount | Final Allowed Amount |
| Chesapeake,  VA 23321 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/14/2018 3:55:46 PM

### Claims Details

**Easton Peckham**
1321 Hamill Lane
Chesapeake,  VA 23320

**Clm No 5438**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Peden**
312 Longview Circle
Smithfield,  VA 23430

**Clm No 5439**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carolyn Peebles**
5425 Keystone Place
Virginia Beach,  VA 23464

**Clm No 5440**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                             1811 of 3330

---

**Christine W. Peele**           **Clm No 5441**    Filed In Cases: 140
912 South Main Street
Norfolk,  VA 23523               Class              Claim Detail Amount      Final Allowed Amount

                                 UNS                $1.00
                                                    $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Raymond Peele**                **Clm No 5442**    Filed In Cases: 140
1611 Spectator Street
Portsmouth,  VA 23701            Class              Claim Detail Amount      Final Allowed Amount

                                 UNS                $1.00
                                                    $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Raymond Peele**                **Clm No 5443**    Filed In Cases: 140
6217 Apple Street
Suffolk,  VA 23435              Class              Claim Detail Amount      Final Allowed Amount

                                 UNS                $1.00
                                                    $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Terry Peele**
1611 Spectator Street
Portsmouth,  VA 23701

**Clm No 5444**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Frank Peelen**
1440 Shady Grove La.
Suffolk,  VA 23432

**Clm No 5445**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Peery**
940 Indian Creeke Road
Chesapeake,  VA 23322

**Clm No 5446**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                            1813 of 3330

---

**Edward Pendleton**  |  **Clm No 5447**  |  Filed In Cases: 140
P.O. Box 1149
Elizabeth City, NC 27909

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**David Penn**  |  **Clm No 5448**  |  Filed In Cases: 140
43 Holly Hill Lane
Portsmouth, VA 23702

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**James Penn**  |  **Clm No 5449**  |  Filed In Cases: 140
152 Farwind Drive, Apt. 219
Chesapeake, VA 23320

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

### Claims Details

---

**Darius Pennington**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 5450**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Frances Pennington**
506 Delham Road
Portsmouth,  VA 23701

**Clm No 5451**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Frances Y. Pennington**
506 Delham Road
Portsmouth,  VA 23701

**Clm No 5452**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1815 of 3330

---

**John Perdue**
861 Tuition Drive
Virginia Beach,  VA 23462

**Clm No 5453**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alvin Perkins**
1001 Hatton Street
Norfolk,  VA 23523

**Clm No 5454**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Durwood Perkins**
1524 Holmes Court
Virginia Beach,  VA 23456

**Clm No 5455**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

## Claims Details

---

**Patricia Perkins**
850 East Virginia Beach Blvd. #106
Norfolk,  VA 23504

**Clm No 5456**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Reginald Perkins**
1315 20th Street
Chesapeake, VA 23324

**Clm No 5457**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Reuben Perkins**
809 Kramer Place
Chesapeake,  VA 23320

**Clm No 5458**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

1817 of 3330

**Veronica N. Perkins**
3580 N. Ingleside Drive
Norfolk,  VA 23502

**Clm No 5459**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jennifer Perrin**
379 Hickory Point Blvd. #B
Newport News,  VA 23608

**Clm No 5460**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Perry**
804 Fairland Avenue
Hampton,  Virginia 23661

**Clm No 5461**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1818 of 3330

---

**Charlie Perry**
P.O. Box #93
Powellsville, NC 27967

**Clm No 5462**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Clarence Perry**
808 Craig Street
Norfolk, VA 23523

**Clm No 5463**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Claude Perry**
6200 Godwin Blvd.
Suffolk, VA 23432

**Clm No 5464**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

**James Perry**
5225 Lunar Drive
Kitty Hawk,  NC 27949

**Clm No 5465**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Joseph Perry**
6825 Ivanhoe Court
Suffolk,  VA 23435

**Clm No 5466**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Shirley Perry**
1430 26th Street
Newport News,  VA 23607

**Clm No 5467**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

1820 of 3330

---

**Willie Perry**
1732 Second Street
Chesapeake,  VA 23324-1637

**Clm No 5468**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Daniel Perryman**
4016 Oak Drive
Chesapeake,  VA 23321

**Clm No 5469**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Gwendolyn Person**
914 22nd Street
Newport News,  VA 23607

**Clm No 5470**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $10,000.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

| Hassan Person | **Clm No 5471** | Filed In Cases: 140 | |
|---|---|---|---|
| 1410 Wool Ave | | | |
| Portsmouth,  VA. 23707 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Darlene Peters | **Clm No 5472** | Filed In Cases: 140 | |
|---|---|---|---|
| 1483 Friendly Road | | | |
| Pasadena,  MD 21122 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Eugene Peters | **Clm No 5473** | Filed In Cases: 140 | |
|---|---|---|---|
| 5 Dimmock Ave. | | | |
| Newport News,  VA 23601 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

---

**Harvey Peters**
671 Summitt Road
Littleton,  NC 27850

**Clm No 5474**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kenneth Peters**
120 Eastland Drive
Elizabethton,  TN 37643

**Clm No 5475**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kenneth Peters**
120 Eastland Drive
Elizabethton,  TN 37643

**Clm No 5476**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

### Claims Details

---

**Wayne Peterson**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 5477**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Eric Petterson**
4 Rose Garden Lane, Unit 104
Fishersville,  VA 22939

**Clm No 5478**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Florence Petterson**
1201 72 St.
Newport News,  VA 23605

**Clm No 5479**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              1824 of 3330

---

**Danny Phelps**                    **Clm No 5480**       Filed In Cases: 140
4041 Kalona Road
Portsmouth, VA 23703              Class          Claim Detail Amount      Final Allowed Amount

                                 UNS                  $1.00

                                                      $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**David Phelps**                    **Clm No 5481**       Filed In Cases: 140
2731 Rodgers Street
Chesapeake VA, 23324-1813        Class          Claim Detail Amount      Final Allowed Amount

                                 UNS                  $1.00

                                                      $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**William Phelps**                  **Clm No 5482**       Filed In Cases: 140
2816 Lambert Trail
Chesapeake,  VA 23323            Class          Claim Detail Amount      Final Allowed Amount

                                 UNS                  $1.00

                                                      $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                         3/14/2018 3:55:46 PM

*Claims Details*                                                                                    1825 of 3330

---

**Carl Phillips**                              **Clm No 5483**      Filed In Cases: 140

42 Holly Hill Lane
Portsmouth,  VA 23702                           Class          Claim Detail Amount      Final Allowed Amount

                                                UNS                  $1.00
                                                                     $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Daniel Phillips**                            **Clm No 5484**      Filed In Cases: 140

255 Water Oak Way
Louisburg,  NC 27549                            Class          Claim Detail Amount      Final Allowed Amount

                                                UNS                  $1.00
                                                                     $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Doris W. Phillips**                          **Clm No 5485**      Filed In Cases: 140

1229 Sir Galahad Drive
Chesapeake,  VA 23323                            Class          Claim Detail Amount      Final Allowed Amount

                                                UNS                  $1.00
                                                                     $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

---

**Fred Phillips**
708 Hawk Hurst Drive
Chesapeake,  VA 23322

**Clm No 5486**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gwendolyn Phillips**
2236 Rock Creek Drive
Chesapeake,  VA 23325

**Clm No 5487**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Harvey Phillips**
P.O. Box 752
Ashland,  VA 23005

**Clm No 5488**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                              3/14/2018 3:55:46 PM

*Claims Details*                                                                        1827 of 3330

| James Phillips | **Clm No 5489** | Filed In Cases: 140 | |
|---|---|---|---|
| 2236 Rock Creek Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Chesapeake, VA 23325 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Roxie Phillips | **Clm No 5490** | Filed In Cases: 140 | |
|---|---|---|---|
| 103 B Windsor Lane | Class | Claim Detail Amount | Final Allowed Amount |
| Williamsburg, VA 23185 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Steven Phillips | **Clm No 5491** | Filed In Cases: 140 | |
|---|---|---|---|
| 8138 Camellia Road | Class | Claim Detail Amount | Final Allowed Amount |
| Norfolk, VA 23518 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1828 of 3330

| **Wayne Phillips** | | **Clm No 5492** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 441 Coyote Run | | Class | Claim Detail Amount | Final Allowed Amount |
| Broadway, VA 22815 | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 1-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **Wendell Phillips** | | **Clm No 5493** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 583 Tulls Creek Road | | Class | Claim Detail Amount | Final Allowed Amount |
| Moyock, NC 27958 | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 1-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **Yolanda Phillips** | | **Clm No 5494** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 2911 North Rodgers Ave. | | Class | Claim Detail Amount | Final Allowed Amount |
| Baltimore, MD 21207 | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 1-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Joseph Piela**
c/o Theresa LaMothe
210 Johnson Road Unit 13
Chicopee,  MA 01013

**Clm No 5495**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alexander Pierce**
412 Brill Road
Scottsville,  VA 24590

**Clm No 5496**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Pierce**
1235-2  Highway 35 South
Gatesville,  NC 27938

**Clm No 5497**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

## Claims Details

**Dale Pierce**
5524 Poplar Hall Drive
Norfolk, VA 23502

**Clm No 5498**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Herman Pierce**
196 Catherine Creek Road
Hobbsville, NC 27946

**Clm No 5499**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Peggy Pierce**
196 Catherine Creek Road
Hobbsville, NC 27946

**Clm No 5500**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

## Claims Details

**Thomas Pierce**
204 Kinnakeet Run
Yorktown,  VA 23693

**Clm No 5501**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Pike**
955 Halls Creek Road
Elizabeth City,  NC 27909

**Clm No 5502**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Daisy Pilkington**
118  Westonia Road
Chesapeake,  VA 23323

**Clm No 5503**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

## Claims Details

1832 of 3330

**Albert Pippi**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 5504**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Joseph Pitt**
426 King Street Apt 407
Portsmouth,  VA 23704

**Clm No 5505**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Steven Pitt**
1961 Winterhaven Dr.
Virginia Beach,  VA 23456

**Clm No 5506**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

1833 of 3330

**Willie Pittman-Scott**
2300 Portlock Road
Chesapeake, VA 23324

**Clm No 5507**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----|-----|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Clyde Pitts**
501 S. Military Hwy.
Virginia Beach, VA 23464

**Clm No 5508**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|-----|-----|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

**Robert Pizza**
9615 Haven Farm Road Unit D
Perry Hall, MD 21128

**Clm No 5509**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----|-----|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Clyde Poindexter**
5711 Greenridge
Midland,  TX 79707

**Clm No 5510**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Lionel Poindexter**
P.O. Box 1391
Hampton,  VA 23661

**Clm No 5511**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Joan Points**
1925 Hidden Valley Drive
Virginia Beach,  VA 23464

**Clm No 5512**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Joseph Polinski**
304 Watson Drive
Smithfield, VA 23430

**Clm No 5513**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Cliff Poole**
7 Farrington Place
Hampton, VA 23663

**Clm No 5514**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Larry Poole**
3314 Candlewood Drive
Hampton, VA 23666

**Clm No 5515**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

---

**Noah Poole**
883 Shillingtown Rd.
Elizabeth City,  NC 27909

**Clm No 5516**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Shirley Poole**
3314 Candlewood Dr.
Hampton,  VA 23666

**Clm No 5517**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Evola Pope**
1220 Lakeview Drive
Portsmouth,  VA 23701

**Clm No 5518**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

| Evola Pope | **Clm No 5519** | Filed In Cases: 140 | |
|---|---|---|---|
| 1220 Lakeview Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Portsmouth, VA 23701 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| George Pope | **Clm No 5520** | Filed In Cases: 140 | |
|---|---|---|---|
| 3960 S. Military Hwy. | Class | Claim Detail Amount | Final Allowed Amount |
| Chesapeake, VA 23321 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| Henry Pope | **Clm No 5521** | Filed In Cases: 140 | |
|---|---|---|---|
| 1814 Victoria Blve. | Class | Claim Detail Amount | Final Allowed Amount |
| Hampton, VA 23661 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                    1838 of 3330

---

**Jack Pope**                          **Clm No 5522**    Filed In Cases: 140
P.O. Box 5532
Suffolk,  VA 23435            | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed             1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Richmond Pope**                      **Clm No 5523**    Filed In Cases: 140
10609 Village Landing
Jonesboro,  GA 30238          | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed             1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Marguerite Porell**                  **Clm No 5524**    Filed In Cases: 140
111 Sunrise Avenue
Lancaster,  PA 17601          | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed             1-Dec-2016
Bar Date
Claim Face Value       $10,000.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    1839 of 3330

---

**Marguerite Porell**
111 Sunrise Ave.
Lancaster, PA 17601

**Clm No 5525**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Agnes Porter**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 5526**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Porter**
2377 Chimney Cottage Circle
Marietta, GA 30066

**Clm No 5527**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                        **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1840 of 3330

---

**Gerald Porter**
2377 Chimney Cottage Circle
Marietta,  GA 30066

**Clm No 5528**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Porter**
217 Corbin Drive
Columbus,  GA 31907

**Clm No 5529**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Johnnie Porter**
16318 Porters Lane
Windsor,  VA 23487

**Clm No 5530**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

1841 of 3330

**Melvin Porter**
1211 Jamal Lane West
Portsmouth,  VA 23701

**Clm No 5531**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Shelton Porter**
209 Larissa Drive
Newport News,  VA 23601

**Clm No 5532**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Thomas Porter**
4400 Epping Court
Chesapeake,  VA 23321

**Clm No 5533**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

**Vester Porter**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 5534**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**E. Jerrianna Porter-Wilson**
40 Brubaker Lane, Apt. 224
Maple Shade,  NJ 08052

**Clm No 5535**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Theresa Posko**
303 Kent Avenue
Pasadena,  MD 21122

**Clm No 5536**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1843 of 3330

---

**James Potts**
1402 Towson Street
Baltimore,  MD 21230

**Clm No 5537**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joseph Potts**
P.O. Box 515
South Elgin,  IL 60177

**Clm No 5538**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Louis Poulson**
5929 Madison Ave.
Newport News,  VA 23605

**Clm No 5539**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                          1844 of 3330

---

**Alphine Powell**                    **Clm No 5540**    Filed In Cases: 140
171 Dozier Road
Moyock,  NC 27958                  Class          Claim Detail Amount      Final Allowed Amount

                                  UNS                    $1.00

                                                         $1.00

        Date Filed          1-Dec-2016
        Bar Date
        Claim Face Value         $1.00

---

**Curtis Powell**                     **Clm No 5541**    Filed In Cases: 140
2149 Lloyd Drive
Chesapeake,  VA 23325             Class          Claim Detail Amount      Final Allowed Amount

                                  UNS                    $1.00

                                                         $1.00

        Date Filed          1-Dec-2016
        Bar Date
        Claim Face Value         $1.00

---

**Dianne Powell**                     **Clm No 5542**    Filed In Cases: 140
2488 Stribling Lane
Norfolk,  VA 23518               Class          Claim Detail Amount      Final Allowed Amount

                                  UNS                    $1.00

                                                         $1.00

        Date Filed          1-Dec-2016
        Bar Date
        Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1845 of 3330

---

**Fonnie Powell**
943 Holladay Street
Portsmouth, VA 23704

**Clm No 5543**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**George Powell**
1115 Micott Drive
Hampton, VA 23666

**Clm No 5544**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Herbert Powell**
2805 Colonial Drive
Suffolk, VA 23435

**Clm No 5545**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Horace Powell**
1309 Spencer Court
Suffolk,  VA 23434

**Clm No 5546**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Jean Powell**
1040 30th Street
Newport News,  VA 23607

**Clm No 5547**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Little Joe Powell**
171 Dozier Road
Moyock,  NC 27958

**Clm No 5548**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

---

**Neil Powell**
103 Temple Street
Hampton,  VA 23664

**Clm No 5549**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Renee Powell**
1659 Angus Road
Hayes,  VA 23072

**Clm No 5550**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Roosevelt Powell**
425 Chautauqua Ave
Portsmouth, VA 23707

**Clm No 5551**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                              3/14/2018 3:55:46 PM

### Claims Details

| | | |
|---|---|---|
| **Samuel Powell** | **Clm No 5552** | Filed In Cases: 140 |
| 1611 Basie Crescent | | |
| Portsmouth, VA 23701 | | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| | | |
|---|---|---|
| **Shirley Powell** | **Clm No 5553** | Filed In Cases: 140 |
| 1115 Micott Drive | | |
| Hampton, VA 23666 | | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| | | |
|---|---|---|
| **Viola Powell** | **Clm No 5554** | Filed In Cases: 140 |
| 5648 Nathaniel Street | | |
| Suffolk, VA 23435 | | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

### Claims Details

1849 of 3330

---

**Willie Mae Powell**
2149 Lloyd Drive
Chesapeake,  VA 23325

**Clm No 5555**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Herman Powers**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 5556**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas Powers**
209 Essex Drive
Chesapeake,  VA 23320

**Clm No 5557**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

## *Claims Details*

1850 of 3330

| **Herbert Prater** | **Clm No 5558** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Paul A. Weykamp | Class | Claim Detail Amount | Final Allowed Amount |
| 16 Stenersen Lane, Suite 2 | | | |
| Hunt Valley, MD 21030 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Ronald Prater** | **Clm No 5559** | Filed In Cases: 140 | |
|---|---|---|---|
| 505 Spurlock Way | Class | Claim Detail Amount | Final Allowed Amount |
| Chesapeake,  23322 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Sonyal Prater** | **Clm No 5560** | Filed In Cases: 140 | |
|---|---|---|---|
| 2621 North Elizabeth Harbor Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Chesapeake,  VA 23321 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1851 of 3330

---

**Bobby Prayer**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 5561**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Danilo Prejoles**
1168 Sir George Circle
Virginia Beach, VA 23452

**Clm No 5562**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kenneth Preston**
2504 McComas Ave.
Dundalk, MD 21222

**Clm No 5563**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

**Edward Pretlow**
934 Gordon Ave.
Norfolk,  VA 23504

**Clm No 5564**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Prevatte**
134 Holloway Drive
Smithfield,  VA 23430

**Clm No 5565**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Comie Prevette**
420 Deep Creek Road
Newport News,  VA 23606

**Clm No 5566**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

1853 of 3330

---

**Gerald Prevette**
16 East Preston Street
Hampton,  VA 23669

**Clm No 5567**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**James Prevette**
3430 Shiloh Church Road
Winston Salem,  NC 27105

**Clm No 5568**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carolyn Price**
262 5th Street NE
New Philadelphia,  OH 44663

**Clm No 5569**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

---

**James Price**
1814 N. Pulaski St.
Baltimore, MD 21217

**Clm No 5570**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Price**
139 Cherokee Trail
Hertford, NC 27944

**Clm No 5571**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Maynard Price**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 5572**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1855 of 3330

---

**Ronald Price**
255 Neck Road
Shiloh, NC 27974

**Clm No 5573**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas Price**
262 5th Street NE
New Philadelphia, OH 44663

**Clm No 5574**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sandra Pridgen West**
4513 Regent Drive
Portsmouth, VA 23703

**Clm No 5575**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                3/14/2018 3:55:46 PM

*Claims Details*                                                                          1856 of 3330

| | | |
|---|---|---|
| **Anna R. Pritchett** | **Clm No 5576** | Filed In Cases: 140 |
| 2196 New Hope Road | Class | Claim Detail Amount | Final Allowed Amount |
| Hartford, NC 27944 | | | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| | | |
|---|---|---|
| **William Privott** | **Clm No 5577** | Filed In Cases: 140 |
| 1004 Lake Kennedy Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Suffolk, VA 23434 | | | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| | | |
|---|---|---|
| **Debra Proctor** | **Clm No 5578** | Filed In Cases: 140 |
| 725 Fairland Avenue | Class | Claim Detail Amount | Final Allowed Amount |
| Hampton, VA 23661 | | | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              1857 of 3330

---

**Melvia Proctor**                        **Clm No 5579**    Filed In Cases: 140
1735 Morgans Corner Rd.
Elizabeth City,  NC 27909                  Class           Claim Detail Amount    Final Allowed Amount

|       | UNS | $1.00 | |
|-------|-----|-------|--|
|       |     | $1.00 | |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Norman Proffitt**                       **Clm No 5580**    Filed In Cases: 140
1122 Foxmoor Place
Forest,  VA 24551                         Class           Claim Detail Amount    Final Allowed Amount

|       | UNS | $1.00 | |
|-------|-----|-------|--|
|       |     | $1.00 | |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Dorothy Pruitt**                        **Clm No 5581**    Filed In Cases: 140
57 Odd Road
Poquoson,  VA 23662                       Class           Claim Detail Amount    Final Allowed Amount

|       | UNS | $1.00 | |
|-------|-----|-------|--|
|       |     | $1.00 | |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**    3/14/2018 3:55:46 PM

*Claims Details*    1858 of 3330

---

**Harry Pruitt**    **Clm No 5582**    Filed In Cases: 140
57 Odd Road
Poquoson,  VA 23662

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed    1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Paul Pruitt**    **Clm No 5583**    Filed In Cases: 140
22449 Vellines Lane
Carrollton,  VA 23314

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed    1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Ernest Puckett**    **Clm No 5584**    Filed In Cases: 140
c/o John Kline
5 Monroe Street
Hampton,  VA 23669

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed    1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

## *Claims Details*

1859 of 3330

| **Rodney Hugh Puckett** | | **Clm No 5585** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 977 Aspen Drive | | Class | Claim Detail Amount | Final Allowed Amount |
| Virginia Beach, VA 23464 | | UNS | $1,250.00 | |
| | | | $1,250.00 | |
| Date Filed | 1-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1,250.00 | | | |

| **John Pueltz** | | **Clm No 5586** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 9657 Bel Air Rd., Apt. 1402 | | Class | Claim Detail Amount | Final Allowed Amount |
| Nottingham, MD 21236 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 1-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **Forrest Pugh** | | **Clm No 5587** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 152 Alder Branch Road | | Class | Claim Detail Amount | Final Allowed Amount |
| Shiloh, NC 27974 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 1-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

## *Claims Details*                                              1860 *of* 3330

| | | | |
|---|---|---|---|
| **Noitha Pulley** | **Clm No 5588** | Filed In Cases: 140 | |
| 211 Marcella Rd. Apt. 428 | Class | Claim Detail Amount | Final Allowed Amount |
| Hampton,  VA 23666 | UNS | $1,250.00 | |
| | | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

| | | | |
|---|---|---|---|
| **Rose Pulley** | **Clm No 5589** | Filed In Cases: 140 | |
| 2122 Madison Avenue | Class | Claim Detail Amount | Final Allowed Amount |
| Newport News,  VA 23607 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| | | | |
|---|---|---|---|
| **Rose Pulley** | **Clm No 5590** | Filed In Cases: 140 | |
| 2122 Madison Ave.. | Class | Claim Detail Amount | Final Allowed Amount |
| Newport News,  VA 23607 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              1861 of 3330

---

**George Purnell**                     **Clm No 5591**      Filed In Cases: 140
P.O. Box 454
Roanoke Rapids,  NC 27870              Class          Claim Detail Amount     Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Sheila Purnell**                     **Clm No 5592**      Filed In Cases: 140
1001 Consolidated Road
Elizabeth City,  NC 27909             Class          Claim Detail Amount     Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**James Purvis**                       **Clm No 5593**      Filed In Cases: 140
3509 Challis Court
Chesapeake,  VA 23321                 Class          Claim Detail Amount     Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    1862 of 3330

| Michael Putnam | **Clm No 5594** | Filed In Cases: 140 | |
| 326 Paulette Circle | | | |
| Lynchburg, VA 24502-2580 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| Charles Pyatt | **Clm No 5595** | Filed In Cases: 140 | |
| 3653 Humboldt Street | | | |
| Norfolk, VA 23513 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| Charles Quarles | **Clm No 5596** | Filed In Cases: 140 | |
| 408 Berkley Ave. Ext. Apt. 2 | | | |
| Norfolk, VA 23523 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

*Claims Details*

**Thomas Quillian**
5745 Ware Neck Road
Gloucester,  VA 23061

**Clm No 5597**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Warren Quinn**
70 Bannister Drive
Hampton,  VA 23666

**Clm No 5598**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Jennifer Radford**
490 N W Nesvik Way
Poulsbo,  WA 98370

**Clm No 5599**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Marion Raiford**
530 Beech Drive
Newport News,  VA 23601

**Clm No 5600**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carnell Raines**
215 East Street
Smithfield,  VA 23430

**Clm No 5601**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Melvin Raines**
215 East Street
Smithfield,  VA 23430

**Clm No 5602**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    1865 of 3330

---

**Johnnie Rainey**    **Clm No 5603**    Filed In Cases: 140
126 Bayhaven Dr.
Hampton, VA 23666

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carolyn Ramey**    **Clm No 5604**    Filed In Cases: 140
1452 Moores Point Rd.
Suffolk, VA 23436

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Cheryl Ramey**    **Clm No 5605**    Filed In Cases: 140
3620 Brookwood Drive
Portsmouth, VA 23703

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Everett Ramey**
1040 Sacony Street
Portsmouth, VA 23701

**Clm No 5606**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Mary P. Ramey**
317 Oakwood Avenue
Suffolk, VA 23434

**Clm No 5607**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Paul Ramey**
1452 Moores Point Road
Suffolk, VA 23436

**Clm No 5608**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

---

**Anthony Ramseur**
3313 Sir Meliot Drive
Chesapeake,  VA 23323

**Clm No 5609**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Ramsey**
112 Bob White Street
Portsmouth,  VA 23701

**Clm No 5610**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Harvey Randall**
17459 Johnson Mill Road
Sedley,  VA 23878

**Clm No 5611**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                1868 of 3330

---

**Roger Randolph**                    **Clm No 5612**    Filed In Cases: 140
1399 Kilchis Falls Way
Braselton, GA 30517

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1,250.00          |                    |
|       | $1,250.00          |                    |

Date Filed         1-Dec-2016
Bar Date
Claim Face Value   $1,250.00

---

**Phillip Ransone**                    **Clm No 5613**    Filed In Cases: 140
1325 Laurens Road
Gloucester, VA 23062

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

Date Filed         1-Dec-2016
Bar Date
Claim Face Value   $10,000.00

---

**James Raper**                    **Clm No 5614**    Filed In Cases: 140
3100 Douglas Road
Chesapeake, VA 23322

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed         1-Dec-2016
Bar Date
Claim Face Value   $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Walter Raper**
6401 Marshall Way
Gloucester, VA 23061

**Clm No 5615**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

**James Raposa**
4168 South Miltary Highway #6
Chesapeake, VA 23321

**Clm No 5616**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Niceta Raquipiso**
2016 Susan Lee Lane
Virginia Beach, VA 23464

**Clm No 5617**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

### Claims Details

1870 of 3330

---

**Porfirio Raquipiso**
2016 Susan Lee Ln.
Virginia Beach,  VA 23464

**Clm No 5618**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Linda Rary**
700 Elmhurst Lane
Portsmouth,  VA 23701

**Clm No 5619**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas Rary**
700 Elmhurst Lane
Portsmouth,  VA 23701

**Clm No 5620**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1871 of 3330

---

**Bobbie Rascoe**
3864 Church Point Rd.
Virginia Beach, VA 23455

**Clm No 5621**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**David Rascoe**
6865 Silverwood Ct.
Norfolk, VA 23513

**Clm No 5622**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jean Rascoe**
6865 Silverwood Ct.
Norfolk, VA 23513

**Clm No 5623**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1872 of 3330

| **Lillie Rascoe** | **Clm No 5624** | Filed In Cases: 140 | |
| 2540 Rock Creek Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Chesapeake,  VA 23325 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00


| **John Ratliff** | **Clm No 5625** | Filed In Cases: 140 | |
| 2643 Red lane Road | Class | Claim Detail Amount | Final Allowed Amount |
| Powhatan,  VA 23139 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00


| **Richard Ratliff** | **Clm No 5626** | Filed In Cases: 140 | |
| P.O. Box 288 | Class | Claim Detail Amount | Final Allowed Amount |
| Max Meadows,  VA 24360 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

**Roland Rawles**
3904 Quailshire Lane
Chesapeake,  VA 23321

**Clm No 5627**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jimmie Rawlings**
c/o Francine d. Sebrell
206 Culotta Drive
Hampton,  VA 23666

**Clm No 5628**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Esther Rawls**
P.O. Box 3011
Chesapeake,  VA 23327

**Clm No 5629**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    1874 of 3330

---

**Joseph Rawls**    **Clm No 5630**    Filed In Cases: 140
4305 Tempcar Drive
Portsmouth,  VA 23703

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Loyd Rawls**    **Clm No 5631**    Filed In Cases: 140
31 Burnham Place
Newport News,  VA 23606

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Arthur Ray**    **Clm No 5632**    Filed In Cases: 140
940 Adelphi Road
Virginia Beach,  VA 23464-3738

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## *Claims Details*

**Dale Ray**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 5633**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ina Ray**
138 Ranch Drive
Newport News, VA 23608

**Clm No 5634**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Edward Raynor**
8265 Scarlet Oak Court
Harrisburg, NC 28075

**Clm No 5635**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

### Claims Details

**Joseph Raynor**
1313 Old Coach Road
Chesapeake,  VA 23322

**Clm No 5636**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Edward Reagan**
111 High Street, Unit 201
Portsmouth,  VA 23704

**Clm No 5637**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Michael Reagan**
133 Crawford Pkwy.
Portsmouth,  VA 23704

**Clm No 5638**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    1877 of 3330

---

**Zada Reardon**                                      **Clm No 5639**    Filed In Cases: 140
2702 Chesapeake Avenue
Chesapeake,  VA 23324          Class          Claim Detail Amount          Final Allowed Amount

                              UNS                 $1.00

                                                  $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Zada C. Reardon**                                   **Clm No 5640**    Filed In Cases: 140
2702 Chesapeake Avenue
Chesapeake,  VA 23324          Class          Claim Detail Amount          Final Allowed Amount

                              UNS                 $1.00

                                                  $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**John Redfearn**                                     **Clm No 5641**    Filed In Cases: 140
36 Cypress Road
Portsmouth,  VA 23701         Class          Claim Detail Amount          Final Allowed Amount

                              UNS                 $1.00

                                                  $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/14/2018 3:55:46 PM

---

*Claims Details*                                                           1878 of 3330

| **William Redmon** | **Clm No 5642** | Filed In Cases: 140 | |
|---|---|---|---|
| 29853 County Road 361 | Class | Claim Detail Amount | Final Allowed Amount |
| Buena Vista,   CO 81211 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

| **Barbara T. Reed** | **Clm No 5643** | Filed In Cases: 140 | |
|---|---|---|---|
| 16 Pondersoa Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Hampton,  VA 23666 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

| **Brenda Reed** | **Clm No 5644** | Filed In Cases: 140 | |
|---|---|---|---|
| 500 Virginia Avenue Apt 405 | Class | Claim Detail Amount | Final Allowed Amount |
| Towson,  MD 21286 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/14/2018 3:55:46 PM

*Claims Details*

---

**Charles Reed**                    **Clm No 5645**    Filed In Cases: 140
6910 Ridgeway
Dundalk, MD 21222                    Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                  $1.00
                                                         $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Eldridge Reed**                   **Clm No 5646**    Filed In Cases: 140
11 Kingwood Drive
Newport News, VA 23601              Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                  $1.00
                                                         $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Daniel Reedy**                    **Clm No 5647**    Filed In Cases: 140
3300 Croshaw Court
Toano, VA 23168                     Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                  $1.00
                                                         $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                          1880 of 3330

---

**Dorothy Reedy**                         **Clm No 5648**      Filed In Cases: 140
211 Marcella Road Apt 434
Hampton, VA 23666                         Class              Claim Detail Amount        Final Allowed Amount

                                          UNS                     $1.00
                                                                  $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Myra Reel**                             **Clm No 5649**      Filed In Cases: 140
271 Texas Road
Shiloh, NC 27974                          Class              Claim Detail Amount        Final Allowed Amount

                                          UNS                     $1.00
                                                                  $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**David Reese**                           **Clm No 5650**      Filed In Cases: 140
2921 Ames Cove Drive
Suffolk, VA 23435                         Class              Claim Detail Amount        Final Allowed Amount

                                          UNS                     $1.00
                                                                  $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**James Reese**
912 Foster Lake Ct, Apt 203
Newport News, VA 23605

**Clm No 5651**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Joseph Reese**
1290 Rosefield Court
Norfolk, VA 23513

**Clm No 5652**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Margaret Reese**
3357 Woodbaugh Drive
Chesapeake, VA 23321

**Clm No 5653**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              1882 of 3330

---

**Marie Reese**                    **Clm No 5654**    Filed In Cases: 140

1290 Rosefield Court

Norfolk,  VA 23513

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Irma Reffner**                    **Clm No 5655**    Filed In Cases: 140

4101 Second Street

Chesapeake,  VA  23324

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Louise Regan**                    **Clm No 5656**    Filed In Cases: 140

5818 Stevens Forest Road, Apt 31

Columbia,  MD 21045

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

1883 of 3330

---

**Constance Reid**
3712  Red Barn Road
Portsmouth, VA 23703

**Clm No 5657**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Constance Reid**
3712 Red Barn Road
Portsmouth,  VA 23703

**Clm No 5658**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**David Reid**
4601 Dorchester Lane
Virginia Beach,  VA 23464

**Clm No 5659**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**    3/14/2018 3:55:46 PM

*Claims Details*    1884 of 3330

---

**Ernest Reid**
216 Lily Creek Way
Frostproof, FL 33843

**Clm No 5660**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gwendolyn Reid**
967 Simpson Ditch Rd.
Elizabeth City, NC 27909

**Clm No 5661**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jackie Reid**
967 Simpson Ditch Road
Elizabeth City, NC 27909

**Clm No 5662**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

**James Reid**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 5663**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Jeffrey Reid**
111 Woods Road
Newport News, VA 23601

**Clm No 5664**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Jimmie Reid**
1856 Millville Rd.
Chesapeake, VA 23323

**Clm No 5665**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**    3/14/2018 3:55:46 PM

*Claims Details*    1886 of 3330

---

**Peggy Reid**
1856 Millville Road
Chesapeake,  VA 23323

**Clm No 5666**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rudolph Reid**
33 Alexander Drive
Hampton,  VA 23664

**Clm No 5667**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilson Reid**
915 Wilcher Way
Virginia Beach,  VA 23462

**Clm No 5668**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

### Claims Details

**Robert Reightler**
121 Oxbow Way
Maryville,  TN 37804

**Clm No 5669**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**William Reinecke**
1500 Azteca Loop
The Villages,  FL 32162

**Clm No 5670**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Edward Reisinger**
1621 South Ellamount Street
Baltimore,  MD 21230

**Clm No 5671**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

**Michael Reitano**
113 Bedford Place
Portsmouth,  VA 23701

**Clm No 5672**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Graham Renfrow**
6560 Angleton Court
Parkton,  NC 28371

**Clm No 5673**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1,250.00 |

**Leon Renfrow**
388 Mohea Circle
Newport News,  VA 23602

**Clm No 5674**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1889 of 3330

---

**Shirley Renfrow**
388 Mohea Circle
Newport News,  VA 23602

**Clm No 5675**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Edna Revell**
3326 Lens Ave.
Norfolk,  VA 23509

**Clm No 5676**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**McKinley Revelle**
447 Wildcat Road
Edenton,  NC 27932

**Clm No 5677**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

## Claims Details

**Fernando Reyes**
4173 Ware Neck Dr
Virginia Beach,  VA 23456

**Clm No 5678**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Brenda Reynolds**
P.O. Box 6
Battery Park,  VA 23304

**Clm No 5679**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Joseph Reynolds**
3305 Meadowbrook Lane
Chesapeake,  VA 23321

**Clm No 5680**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Noah Rhoades**
6744 Bessemer Avenue
Dundalk, MD 21222

**Clm No 5681**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Raymond Ricci**
8 Huckleberry Lane
Georgetown, Delaware 19947

**Clm No 5682**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Angelina D. Rice**
533 NCHS Road
Conway, NC 27820

**Clm No 5683**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/14/2018 3:55:46 PM

*Claims Details*                                                                                    1892 of 3330

---

**Dorothy Rice**                              **Clm No 5684**      Filed In Cases: 140
3685 Deerfield Drive
Suffolk,  VA 23435                            Class            Claim Detail Amount        Final Allowed Amount

                                              UNS                   $1.00
                                                                    $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**James Rice**                                **Clm No 5685**      Filed In Cases: 140
2813 Colonial Drive
Suffolk,  VA 23435                            Class            Claim Detail Amount        Final Allowed Amount

                                              UNS                   $1.00
                                                                    $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Vernon Rice**                               **Clm No 5686**      Filed In Cases: 140
3685 Deerfield Drive
Suffolk,  VA 23435                            Class            Claim Detail Amount        Final Allowed Amount

                                              UNS                 $1,250.00
                                                                  $1,250.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1,250.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                      1893 of 3330

---

**Vernon Rice**                         **Clm No 5687**      Filed In Cases: 140
459 Bosley Road
Sunbury,  NC 27979                       Class            Claim Detail Amount      Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Beth Ann Rich**                       **Clm No 5688**      Filed In Cases: 140
5613 Tramore Road
Baltimore,  MD 21214                     Class            Claim Detail Amount      Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**John Richards**                       **Clm No 5689**      Filed In Cases: 140
1016 Morgan Road
Elizabeth City,  NC 27909                Class            Claim Detail Amount      Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Carolyn Richardson**
P.O. Box 5326
Chesapeake,  VA 23324

**Clm No 5690**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Hue Richardson**
P.O. Box 365
Newport News,  VA 23607

**Clm No 5691**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Irene Richardson**
839 Newcombe Avenue
Hampton,  VA 23669

**Clm No 5692**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

### Claims Details

**Kevin Richardson**                    **Clm No 5693**    Filed In Cases: 140
1406 Lindsey Ave
Portsmouth,  VA 23704

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |


**Lewis Richardson**                    **Clm No 5694**    Filed In Cases: 140
2816 Rosalle Drive
Hampton,  VA 23661

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |


**Melvin Richardson**                    **Clm No 5695**    Filed In Cases: 140
2425 Gosnold Ave., Apt. 113
Norfolk,  VA 23517

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

1896 of 3330

---

**Orville Richardson**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 5696**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Philip Richardson**
18624 Seaford Avenue
Orlando,  FL 32820

**Clm No 5697**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**William Richardson**
232 Tadmore Road
Elizabeth City,  NC 27909

**Clm No 5698**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1897 of 3330

---

**Bettie Ricks**
100 Dover Court Apt 400
Suffolk,  VA 23434

**Clm No 5699**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Freddie Ricks**
709 Pretlow St.
Franklin,  VA 23851

**Clm No 5700**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**McKinley Ricks**
834 Drawbridge Drive
Chesapeake,  VA 23323

**Clm No 5701**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              1898 of 3330

---

**Ronald Ricks**                          **Clm No 5702**    Filed In Cases: 140
114 Chapel Hill Court
Suffolk,  VA 23434                         Class          Claim Detail Amount     Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Thomas Ricks**                          **Clm No 5703**    Filed In Cases: 140
7300 Woodbine Ave
Philadelphia,  PA 19151                    Class          Claim Detail Amount     Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Willie Ricks**                          **Clm No 5704**    Filed In Cases: 140
201 NW 7th Street, Apt. #402
Miami, FL 33136                            Class          Claim Detail Amount     Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**         FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

---

*Claims Details*                                                              1899 of 3330

---

**Alex Riddick**                          **Clm No 5705**    Filed In Cases: 140
243 Glendale Ave., Apt. 2
Norfolk,  VA 23505                         Class            Claim Detail Amount        Final Allowed Amount

                                          UNS                   $1.00
                                                                $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Althea Riddick**                        **Clm No 5706**    Filed In Cases: 140
564 Highway 158 East
Gatesville, NC 27938                       Class            Claim Detail Amount        Final Allowed Amount

                                          UNS                  $1,250.00
                                                               $1,250.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1,250.00

---

**Augustus Riddick**                      **Clm No 5707**    Filed In Cases: 140
3566 Ladd Avenue
Norfolk,  VA  23502 23455                  Class            Claim Detail Amount        Final Allowed Amount

                                          UNS                   $1.00
                                                                $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

## Claims Details

1900 of 3330

---

**Brian Riddick**
739 Dunedin Rd. Apt. C
Portsmouth, VA 23701

**Clm No 5708**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Daisy Riddick**
1218 Ramsey Road
Elizabeth City, NC 27909

**Clm No 5709**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Karl Riddick**
051 Desert Road
Corapeake, NC 27926

**Clm No 5710**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              1901 of 3330

---

**Michael Riddick**                    **Clm No 5711**    Filed In Cases: 140
614 US 158 East
Sunbury,  NC 27979                      Class          Claim Detail Amount      Final Allowed Amount

                                       UNS              $1.00
                                                        $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Ralph Riddick**                      **Clm No 5712**    Filed In Cases: 140
106 Crosstown Road
Gates,  NC 27937                       Class          Claim Detail Amount      Final Allowed Amount

                                       UNS              $1,250.00
                                                        $1,250.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1,250.00

---

**Reginald Riddick**                   **Clm No 5713**    Filed In Cases: 140
4403 Bruce Farm Road
Suffolk,  VA 23435                     Class          Claim Detail Amount      Final Allowed Amount

                                       UNS              $1.00
                                                        $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/14/2018 3:55:46 PM

*Claims Details*                                                                          1902 of 3330

---

**Richard Riddick**                    **Clm No 5714**     Filed In Cases: 140
2715 Grandy Ave
Norfolk,  VA 23509-2410              Class            Claim Detail Amount          Final Allowed Amount

                                    UNS                      $1.00
                                                             $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rudolph M Riddick**                  **Clm No 5715**     Filed In Cases: 140
108 Brinkley Road
Ahoskie,  NC 27910                  Class            Claim Detail Amount          Final Allowed Amount

                                    UNS                      $1.00
                                                             $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Yvonne Riddick**                     **Clm No 5716**     Filed In Cases: 140
309 NC 32S.
Sunbury, NC 27979                   Class            Claim Detail Amount          Final Allowed Amount

                                    UNS                    $1,250.00
                                                           $1,250.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value          $1,250.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1903 of 3330

---

**Jerry Riddle**
22145 Ballard Creek Drive
Carrollton, VA 23314

**Clm No 5717**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Eugene Ridinger**
348 Jasmine Drive
Hanover, PA 17331

**Clm No 5718**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Earl Ridley**
3186 Hour Glass Drive
Dumfries, VA 22026

**Clm No 5719**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Phyllis Riggin**
938 Monroe Manor Road
Stevensville,  MD 21666

**Clm No 5720**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jack Riggs**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 5721**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Riggs**
2228 Ferndale Road
Chesapeake,  VA 23323

**Clm No 5722**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    1905 of 3330

---

**Mary Rigney**    **Clm No 5723**    Filed In Cases: 140
12 Beachwood Road
Hampton,  VA 23666

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Aaron Riley**    **Clm No 5724**    Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Martin Ringstaff**    **Clm No 5725**    Filed In Cases: 140
729 Tazewell Ave
Bluefield ,  VA 24605

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**    3/14/2018 3:55:46 PM

*Claims Details*    1906 of 3330

---

**Roberta Ringstaff**  
729 Tazewell Avenue  
Bluefield, VA 24605

**Clm No 5726**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Danilo Rio**  
148 Thrasher Road  
Chesapeake, VA 23320

**Clm No 5727**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mary C. Rivenburg**  
3013 Florida Avenue  
Baltimore, MD 21227

**Clm No 5728**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**  
**5955 De Soto Ave., Suite 100**  
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**  
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**  
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Anthony Rizza**
P.O. Box 633
Moyock,  NC 27958

**Clm No 5729**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Norman Roane**
P.O. Box 1864
Norfolk,  VA 23501

**Clm No 5730**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jerome Robbins**
330  62nd Street
Newport News,  VA 23607

**Clm No 5731**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1908 of 3330

---

**Stephen Robbins**
3695 Rte. 84
Kingsville, OH 44048

**Clm No 5732**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Nita L. Roberson**
912 Tifton Street
Norfolk, VA 23513

**Clm No 5733**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Roberts**
2600 Ballentine Blvd
Norfolk, VA 23509

**Clm No 5734**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                          3/14/2018 3:55:46 PM

---

*Claims Details*                                                          1909 of 3330

---

**George Roberts**                    **Clm No 5735**    Filed In Cases: 140
103 Kelsor Drive
Poquoson, VA 23662                    Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                $1.00
                                                         $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Joan Roberts**                      **Clm No 5736**    Filed In Cases: 140
2230 Wisteria Drive
Charlottesville, VA 22901             Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                $1.00
                                                         $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Joella S. Roberts**                 **Clm No 5737**    Filed In Cases: 140
3500 Arcadia Street
Norfolk, VA 23502                     Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                $1,250.00
                                                         $1,250.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1,250.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                1910 of 3330

---

**Levin Roberts**                      **Clm No 5738**      Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2             Class          Claim Detail Amount      Final Allowed Amount
Hunt Valley, MD 21030
                                       UNS                 $1.00
                                                           $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Lewis Roberts**                      **Clm No 5739**      Filed In Cases: 140
106 South McMorrine St, Apt M6
Elizabeth City,  NC 27909              Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                 $1.00
                                                           $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Louise Roberts**                     **Clm No 5740**      Filed In Cases: 140
1500 Isabel Court
Chesaoeake,  VA 23320                  Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                 $1.00
                                                           $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

**Marvin Roberts**
110 Belgrave Road
Newport News,  VA 23602

**Clm No 5741**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Winford Roberts**
8418 Quincy Street
Norfolk,  VA 23518

**Clm No 5742**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ed Robertson**
207 Bedford Court, Apt 212
Portsmouth,  VA 23701

**Clm No 5743**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                 **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1912 of 3330

---

**Henry Robertson**
115 Colonial Avenue
Williamsburg, VA 23185

**Clm No 5744**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Isaac Robertson**
3609 Madison Ave
Newport News, VA 23607

**Clm No 5745**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Larry Robertson**
107 Parkers Ridge
Carrollton, VA 23314

**Clm No 5746**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

**Linda Robertson**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 5747**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Sheila Robertson**
1445 Nansemond Parkway
Suffolk, VA 23434

**Clm No 5748**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Thomas Robertson**
5833 East Hastings Arch
Virginia Beach,  VA 23462

**Clm No 5749**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/14/2018 3:55:46 PM

### *Claims Details*

---

**Pamela Robey**
215 East Elder Street
Cumberland,  MD 21502

**Clm No 5750**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Julia Robinette**
1803 Grimes Road
Hampton,  VA 23663

**Clm No 5751**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1,250.00 |

---

**Charles Robins**
P.O. Box 23
Achilles,  VA 23001

**Clm No 5752**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1915 of 3330

---

**Bernice Robinson**
4835 Afton Court
Virginia Beach,  VA 23462-7232

**Clm No 5753**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Robinson**
1301 Sir Kay Drive
Chesapeake,  VA 23323

**Clm No 5754**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Curtis Robinson**
317 Fern Avenue
Glendora,  NJ 08029

**Clm No 5755**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

1916 of 3330

| **Donald Robinson** | **Clm No 5756** | Filed In Cases: 140 | |
| 961 Aspen Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Virginia Beach,  VA 23464 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| **John Robinson** | **Clm No 5757** | Filed In Cases: 140 | |
| 4124 Ashton Club Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Lake Wales,  FL 33859-5702 | UNS | $1,250.00 | |
| | | $1,250.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

| **Leroy Robinson** | **Clm No 5758** | Filed In Cases: 140 | |
| 1611 Weber Avenue, Apt. 2 | Class | Claim Detail Amount | Final Allowed Amount |
| Chesapeake,  VA 23325 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                                    1917 of 3330

---

**Rudolph Robinson**                    **Clm No 5759**    Filed In Cases: 140
1131 Georgetown Road, Apt 101
Norfolk, VA 23502                        Class            Claim Detail Amount        Final Allowed Amount

                                         UNS                    $1.00

                                                                $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Sharon W. Robinson**                  **Clm No 5760**    Filed In Cases: 140
404 Cornwall Road
Portsmouth, VA 23701                     Class            Claim Detail Amount        Final Allowed Amount

                                         UNS                  $1,250.00

                                                             $1,250.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1,250.00

---

**Shirley Robinson**                    **Clm No 5761**    Filed In Cases: 140
1930 Laigh Circle
Portsmouth, VA 23701                     Class            Claim Detail Amount        Final Allowed Amount

                                         UNS                    $1.00

                                                                $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                3/14/2018 3:55:46 PM

*Claims Details*                                                          1918 of 3330

---

**Wayne Robinson**                    **Clm No 5762**     Filed In Cases: 140
9505 Brock Road
Spotsylvania,  VA 22553               Class          Claim Detail Amount     Final Allowed Amount

                                      UNS                  $1.00
                                                                              $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Kay Robinson-Benoit**               **Clm No 5763**     Filed In Cases: 140
1276 Garrison Road
Vineland,  NJ 08360                   Class          Claim Detail Amount     Final Allowed Amount

                                      UNS                  $1.00
                                                                              $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Ava Rockett**                       **Clm No 5764**     Filed In Cases: 140
2102 Canvasback Drive
Suffolk,  VA 23435                    Class          Claim Detail Amount     Final Allowed Amount

                                      UNS                $1,250.00
                                                                            $1,250.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1,250.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**         FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                      1919 of 3330

---

**Alvin Rodgers**                        **Clm No 5765**     Filed In Cases: 140
1362 Lawson Cir.
Suffolk,  VA 23434                        Class              Claim Detail Amount      Final Allowed Amount

                                         UNS                        $1.00
                                                                    $1.00

Date Filed               1-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Marvin Rodgers**                       **Clm No 5766**     Filed In Cases: 140
107 Delaware Ave., Apt. H2
Norfolk,  VA 23504                        Class              Claim Detail Amount      Final Allowed Amount

                                         UNS                        $1.00
                                                                    $1.00

Date Filed               1-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Henrietta L. Rogers**                  **Clm No 5767**     Filed In Cases: 140
423 Raleigh Ave.
Hampton,  VA 23661                        Class              Claim Detail Amount      Final Allowed Amount

                                         UNS                        $1.00
                                                                    $1.00

Date Filed               1-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

## *Claims Details*

**James Rogers**
2600 Warwick Blvd, Apt 103
Newport News, VA 23607

**Clm No 5768**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

**Paul Rogers**
65 Lansdowne Lane
Williamsburg, KY 40769-1863

**Clm No 5769**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

**Virginia Rollins**
11 Laydon Way
Poquoson, VA 23662

**Clm No 5770**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Virginia Rollins**
11 Laydon Way
Poquoson, VA 23662

**Clm No 5771**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dolores Romecki**
11110 Red Lion Road
White Marsh, MD 21162

**Clm No 5772**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Curtis Rook**
117 Yorkshire Drive
Yorktown, VA 23693

**Clm No 5773**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1922 of 3330

---

**Howard Roop**
5536 Weatherby Way
Suffolk,  VA 23435

**Clm No 5774**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ellen Roscoe**
771 NC Highway, 37 South
Gatesville,  NC 27938

**Clm No 5775**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ralph Roscoe**
771  NC Highway  37 South
Gatesville,  NC 27938

**Clm No 5776**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

1923 of 3330

---

**Sylvia Rosebrock**
1322 Linden Circle
Charleston, SC 29407

**Clm No 5777**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lawrence Rosko**
13 Redbud Drive
Mechanicsburg, PA 17050

**Clm No 5778**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Audrey Ross**
627 Markham Road
Baltimore, MD 21229

**Clm No 5779**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Charles Ross**
5318 Jamestowne Court
Baltimore,  MD 21229

**Clm No 5780**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bradford Rossetti**
7924 State Rt
South Gibson,  PA 18842

**Clm No 5781**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Frank Rossi**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 5782**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Kenneth Rotondo**
142 State Street
Saratoga Springs, NY 12866

**Clm No 5783**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Eva Roundtree**
2420 Cedar Rd.
Chesapeake, VA 23323

**Clm No 5784**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Helen Roundtree**
836  12th Street
Newport News, VA 23607

**Clm No 5785**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

## Claims Details

**John Roundtree**
20 East Davis Road
Hampton,  VA 23666

**Clm No 5786**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**James Rountree**
549 Taylor Mill Road
Eure,  NC 27935

**Clm No 5787**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**John Rourke**
2557 Oconee Ave. #302
Virginia Beach,  VA 23454

**Clm No 5788**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

Date Filed         1-Dec-2016
Bar Date
Claim Face Value      $1,250.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Robert Roush**
5116 Castle Way
Portsmouth, VA 23703

**Clm No 5789**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**George Rowe**
326 W. Vanbibber Drive
Ashland, KY 41102

**Clm No 5790**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Rowe**
Box 223
Wicomico, VA 23184

**Clm No 5791**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

---

**Vonda Rowsey**
623 Randolph Road
Newport News,  VA 23605

**Clm No 5792**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Vonda Rowsey**
623 Randolph Road
Newport News,  VA 23605

**Clm No 5793**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**George Roy**
912 Rowland Avenue Apt B
Chesapeake,  VA 23324

**Clm No 5794**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/14/2018 3:55:46 PM

*Claims Details*                                                                                1929 of 3330

---

**Calvin Royals**                  **Clm No 5795**      Filed In Cases: 140
P.O. Box 3446
San Jose, CA 95156          | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Gail Royster**                   **Clm No 5796**      Filed In Cases: 140
6201 Harewood Lane
Suffolk, VA 23435           | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Sara Royster**                   **Clm No 5797**      Filed In Cases: 140
4048 Sunkist Road
Chesapeake, VA 23321        | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                        1930 of 3330

---

**Russell Rozzell**                    **Clm No 5798**      Filed In Cases: 140
2400 Farmers Court
Virginia Beach,  VA 23456              Class            Claim Detail Amount      Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Elmer Rudacille**                    **Clm No 5799**      Filed In Cases: 140
2408 Carolyne Avenue
Baltimore,  MD 21219                   Class            Claim Detail Amount      Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Jesse Rudd**                         **Clm No 5800**      Filed In Cases: 140
3328 Medoc Mountain Rd.
Enfield,  NC 27823                     Class            Claim Detail Amount      Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1931 of 3330

---

**Beulah Ruffin**
Season Trace
2 Autumn East
Williamsburg, VA 23188

**Clm No 5801**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----------------|------------|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dennis Runion**
18290 Beech Tree Drive
Orange, VA 22960

**Clm No 5802**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----------------|------------|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Clayton Runk**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 5803**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----------------|------------|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/14/2018 3:55:46 PM

*Claims Details*                                                                         1932 of 3330

---

**Morris Russ**                          **Clm No 5804**    Filed In Cases: 140
815 Pecan Point Road, Apt 10
Norfolk,  VA 23502                        Class              Claim Detail Amount      Final Allowed Amount

                                         UNS                $1.00

                                                            $1.00

Date Filed                1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Sherry Russ**                          **Clm No 5805**    Filed In Cases: 140
1405 Elder Ave.
Chesapeake,  VA 23325                     Class              Claim Detail Amount      Final Allowed Amount

                                         UNS                $1.00

                                                            $1.00

Date Filed                1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Sherry L. Russ**                       **Clm No 5806**    Filed In Cases: 140
1405 Elder Avenue
Chesapeake,  VA 23325                     Class              Claim Detail Amount      Final Allowed Amount

                                         UNS                $1.00

                                                            $1.00

Date Filed                1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    1933 of 3330

---

**Alfred Russell**

c/o Rev. Joseph J. Fergusson

3001 Manning Rd.

Suffolk,  VA 23437

**Clm No 5807**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Russell**

6545 Lake Estates Court

Cumming,  GA 30040

**Clm No 5808**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**David Russell**

10 Hampshire Glen Parkway

Hampton,  VA 23669

**Clm No 5809**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/14/2018 3:55:46 PM

## Claims Details

**Brenda Rust**

4770 Open Greens Drive

Vriginia Beach,  VA 23462

**Clm No 5810**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard Ruth**

1034  Foxchase Lane

Baltimore,  MD 21221

**Clm No 5811**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Michael Ryan**

108 Lord North Court

Yorktown,  VA 23693

**Clm No 5812**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

## *Claims Details*

---

**Elijah Sabb**                        **Clm No 5813**    Filed In Cases: 140
3407 Weaver Rd.
Hampton,  VA 23666

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Faustino Sagun**                     **Clm No 5814**    Filed In Cases: 140
1101 Derken Court
Virginia Beach,  VA 23464

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**James Sala**                         **Clm No 5815**    Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1936 of 3330

---

**Hammad Salaam**
3730 Nottaway Street, Apt. B
Norfolk,  VA 23513

**Clm No 5816**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Generoso Salang**
3220 Dock Landing
Virginia Beach,  VA 23456

**Clm No 5817**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Marjorie Sale**
4042 Pumping Station Road
Appomattox,  VA 24522

**Clm No 5818**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/14/2018 3:55:46 PM

## Claims Details                                                                                    1937 of 3330

---

**William Sale**                          **Clm No 5819**      Filed In Cases: 140
4042 Pumping Station Road
Appomattox,  VA 24522                     Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00

                                                                 $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Tabitha Rose Salinas**                  **Clm No 5820**      Filed In Cases: 140
3923 Sterling Pointe Dr. #MM 8
Winterville,  NC 28950                    Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00

                                                                 $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**James Salisbury**                       **Clm No 5821**      Filed In Cases: 140
948 Fern Ridge Road
Virginia Beach,  VA 23452                 Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00

                                                                 $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           FAX: (818) 783-2737
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

1938 of 3330

---

**Merriel Salley**
806 Bouie Ct.
Portsmouth, VA 23704

**Clm No 5822**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Pamela Salmon**
5359 Zuni Circle
Zuni, VA 23898

**Clm No 5823**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas Salmon**
5359 Zuni Circle
Zuni, VA 23898

**Clm No 5824**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## *Claims Details*

1939 of 3330

---

**Craig Saltzberry**
1788 Exol Road
Center Cross,  VA 22437

**Clm No 5825**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Conrado Salugao**
608 Table Rock Road
Virginia Beach,  VA 23452

**Clm No 5826**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Tim Sampson**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 5827**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/14/2018 3:55:46 PM

*Claims Details*                                                                     1940 of 3330

| Brenda G. Sanderlin | | **Clm No 5828** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 2619 Oklahoma Ave. | | Class | Claim Detail Amount | Final Allowed Amount |
| Norfolk, VA 23513 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 1-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| Mable Sanders | | **Clm No 5829** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 6813 Silverwood Ct. | | Class | Claim Detail Amount | Final Allowed Amount |
| Norfolk, VA 23513 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 1-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| Edward Sands | | **Clm No 5830** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 4008 Lisas Cove Way | | Class | Claim Detail Amount | Final Allowed Amount |
| Chesapeake, VA 23321 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 1-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

### Claims Details

1941 of 3330

| **Lawrence Sandy** | | **Clm No 5831** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 1162 Jordan Mill Road | | Class | Claim Detail Amount | Final Allowed Amount |
| Seaboard,  NC 27876 | | UNS | $1.00 | |
| | | | $1.00 | |
| | Date Filed | 1-Dec-2016 | | |
| | Bar Date | | | |
| | Claim Face Value | $1.00 | | |

| **I. Anthony Sansone** | | **Clm No 5832** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 292 Marlboro Road | | Class | Claim Detail Amount | Final Allowed Amount |
| Newport News,  VA 23602 | | UNS | $1.00 | |
| | | | $1.00 | |
| | Date Filed | 1-Dec-2016 | | |
| | Bar Date | | | |
| | Claim Face Value | $1.00 | | |

| **Gerald Santasiere** | | **Clm No 5833** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 156 Country Club Road | | Class | Claim Detail Amount | Final Allowed Amount |
| Camden,  NC 27921 | | UNS | $1.00 | |
| | | | $1.00 | |
| | Date Filed | 1-Dec-2016 | | |
| | Bar Date | | | |
| | Claim Face Value | $1.00 | | |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                              3/14/2018 3:55:46 PM

*Claims Details*                                                                        1942 of 3330

---

**Carol Sapeta**
26475 Creekwood Circle
Millsboro, DE 19966

**Clm No 5834**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 1-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Rogelio Sarino**
1028 Tall Oak Dr.
Virginia Beach, VA 23462

**Clm No 5835**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 1-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Deborah Sarlo**
5504 Norlina Road
Virginia Beach, VA 23455

**Clm No 5836**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 1-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**            **Visit us on the Web at www.omnimgt.com**        **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**                 **E-mail:** claimsmanager@omnimgt.com            **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

## Claims Details

1943 of 3330

| **Calvin Satterwhite** | **Clm No 5837** | Filed In Cases: 140 | |
|---|---|---|---|
| 316 Constitution Avenue | Class | Claim Detail Amount | Final Allowed Amount |
| Portsmouth,  VA 23704 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Kelley Saunders** | **Clm No 5838** | Filed In Cases: 140 | |
|---|---|---|---|
| 1838 Mountainside Ave | Class | Claim Detail Amount | Final Allowed Amount |
| Suffolk,  VA 23434 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Linda Saunders** | **Clm No 5839** | Filed In Cases: 140 | |
|---|---|---|---|
| 3433 Valleyjo Place | Class | Claim Detail Amount | Final Allowed Amount |
| Chesapeake,  VA 23321 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

**Mary Saunders**
7251 April Drive
Fayetteville, NC 28314

**Clm No 5840**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Michael Saunders**
9201-A Southwestern Blvd.
Suffolk, VA 23437

**Clm No 5841**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Robert Saunders**
4817 Peace Way
Portsmouth, VA 23703

**Clm No 5842**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Roger Saunders**
715 Madison Street, Apt. # 308
Portsmouth, VA 23704

**Clm No 5843**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ronald Saunders**
3603 Radford Cir.
Chesapeake, VA 23321

**Clm No 5844**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Warner Saunders**
2097 Meadow Country Road
Suffolk, VA 23434

**Clm No 5845**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              1946 of 3330

---

**John Saunders Jr.**
1201 Corwood Court
Chesapeake,  VA 23323

**Clm No 5846**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**John Saunders Sr.**
1201 Corwood Court
Chesapeake,  VA 23323

**Clm No 5847**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Columbus Savage**
2002 Chestnut Ave.
Newport News,  VA 23607

**Clm No 5848**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              1947 of 3330

| Lorenzo Savage | **Clm No 5849** | Filed In Cases: 140 | |
|---|---|---|---|
| 1144 22nd Street | Class | Claim Detail Amount | Final Allowed Amount |
| Newport News, VA 23607 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Michael Savage | **Clm No 5850** | Filed In Cases: 140 | |
|---|---|---|---|
| 2417 Charleston Ave. | Class | Claim Detail Amount | Final Allowed Amount |
| Portsmouth, VA 23704 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Verline Savage | **Clm No 5851** | Filed In Cases: 140 | |
|---|---|---|---|
| 232 West Gilbert Street Apt 138 | Class | Claim Detail Amount | Final Allowed Amount |
| Hampton, VA 23669 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                     3/14/2018 3:55:46 PM

*Claims Details*

---

**Barbara Sawyer**                    **Clm No 5852**    Filed In Cases: 140
128 Sunflower Lane
Hertford,  NC 27944                    Class              Claim Detail Amount      Final Allowed Amount

                                      UNS                      $1.00

                                                               $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Barbara M. Sawyer**                 **Clm No 5853**    Filed In Cases: 140
128 Sunflower Lane
Hertford,  NC 27944                   Class              Claim Detail Amount      Final Allowed Amount

                                      UNS                      $1.00

                                                               $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Bertha Sawyer**                     **Clm No 5854**    Filed In Cases: 140
131-A Creek Road
Elizabeth City,  NC 27909             Class              Claim Detail Amount      Final Allowed Amount

                                      UNS                      $1.00

                                                               $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    1949 of 3330

---

**Cheryl Sawyer**                    **Clm No 5855**    Filed In Cases: 140
347 Mexico Road
Edenton, NC 27932                    Class        Claim Detail Amount    Final Allowed Amount

                                     UNS            $1.00
                                                    $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Clarence Sawyer**                  **Clm No 5856**    Filed In Cases: 140
101 Randolph Street
Yorktown, VA 23692                   Class        Claim Detail Amount    Final Allowed Amount

                                     UNS            $10,000.00
                                                    $10,000.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $10,000.00

---

**Darrell Sawyer**                   **Clm No 5857**    Filed In Cases: 140
1128 Wright Avenue
Chesapeake, VA 23324                 Class        Claim Detail Amount    Final Allowed Amount

                                     UNS            $1.00
                                                    $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

**Lawrence Sawyer**
973 Geneva Ave.
Chesapeake,  VA 23323

**Clm No 5858**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Madeline Sawyer**
4605 West Borrough Drive
Chesapeake,  VA 23321

**Clm No 5859**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Patsy Sawyer**
2800 Beachmont Ave.
Norfolk, VA 23504

**Clm No 5860**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Sara Sawyer**
639 Florida Ave.
Portsmouth,  VA 23707

**Clm No 5861**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value     $10,000.00

---

**Gerald Scales**
2610 Elm Ave.
Portsmouth ,  VA 23704

**Clm No 5862**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**John Scarpulla**
5056 Wright Avenue
Baltimore,  MD 21205

**Clm No 5863**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                 **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

*Claims Details*                                                                                        1952 of 3330

---

**Joseph Schaffer**                    **Clm No 5864**      Filed In Cases: 140
736 Elliffe Road
Newport News,  VA 23601              Class            Claim Detail Amount        Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

           Date Filed          1-Dec-2016
           Bar Date
           Claim Face Value        $1.00

---

**John Schane**                       **Clm No 5865**      Filed In Cases: 140
2824 Lee Neck Farm Road
Saluda,  VA 23149                    Class            Claim Detail Amount        Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

           Date Filed          1-Dec-2016
           Bar Date
           Claim Face Value        $1.00

---

**Albert Schatzhuber**                **Clm No 5866**      Filed In Cases: 140
80 Center Oak Circle
Springhill,  FL 34609               Class            Claim Detail Amount        Final Allowed Amount

                                     UNS                   $1,250.00
                                                          $1,250.00

           Date Filed          1-Dec-2016
           Bar Date
           Claim Face Value      $1,250.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                        1953 of 3330

---

**Frances Schleicher-Kane**          **Clm No 5867**      Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2          Class          Claim Detail Amount        Final Allowed Amount
Hunt Valley, MD 21030
                                    UNS                $1.00
                                                       $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**John Schmitt**                     **Clm No 5868**      Filed In Cases: 140
1280 Laskin Rd., Apt. 200
Virginia Beach,  VA 23451           Class          Claim Detail Amount        Final Allowed Amount

                                    UNS                $1.00
                                                       $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Joseph Schrack**                   **Clm No 5869**      Filed In Cases: 140
8415 Bellona Lane, Unit 305
Towson,  MD 21204                   Class          Claim Detail Amount        Final Allowed Amount

                                    UNS                $1.00
                                                       $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                              3/14/2018 3:55:46 PM

## Claims Details

1954 of 3330

---

**Paul Schulte**                           **Clm No 5870**      Filed In Cases: 140
24 Locksley Drive
Hampton, VA 23666                          Class              Claim Detail Amount       Final Allowed Amount

                                           UNS                     $1.00
                                                                   $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Michael Schultz**                        **Clm No 5871**      Filed In Cases: 140
12401 Connor Court
Kingsville, MD 21087                        Class              Claim Detail Amount       Final Allowed Amount

                                           UNS                     $1.00
                                                                   $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Diana Schuman**                          **Clm No 5872**      Filed In Cases: 140
302 Winsome Drive
Hampstead, MD 21074                         Class              Claim Detail Amount       Final Allowed Amount

                                           UNS                     $1.00
                                                                   $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                             1955 of 3330

---

**Warren Schuman**                  **Clm No 5873**    Filed In Cases: 140
302 Winsome Drive
Hampstead,  MD 21074                 Class              Claim Detail Amount      Final Allowed Amount

                                     UNS                $1.00

                                                        $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Carrie M. Scott**                 **Clm No 5874**    Filed In Cases: 140
417 Van Buren Avenue
Suffolk,  VA 23434                   Class              Claim Detail Amount      Final Allowed Amount

                                     UNS                $1.00

                                                        $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Charles Scott**                   **Clm No 5875**    Filed In Cases: 140
2614 Wickham Avenue
Newport News,  VA 23607             Class              Claim Detail Amount      Final Allowed Amount

                                     UNS                $1.00

                                                        $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**     PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*                                                                                    1956 of 3330

---

**Charles Scott**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 5876**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Scott**
2614 Wickham Avenue
Newport News,  VA 23607

**Clm No 5877**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Cynthia Scott**
514 Eola Avenue
Suffolk,  VA 23434

**Clm No 5878**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**George Scott**
7901 Boydton Plank Road, Lot 9
Petersburg,  VA 23803

**Clm No 5879**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gerald Scott**
16015 Johnson Mill Road
Sedley,  VA 23878

**Clm No 5880**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Hosea Scott**
2300 Portlock Road
Chesapeake,  VA 23324

**Clm No 5881**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

## Claims Details

1958 of 3330

| **Jacqueline Scott** | **Clm No 5882** | Filed In Cases: 140 | |
|---|---|---|---|
| 5007 Arony Street | Class | Claim Detail Amount | Final Allowed Amount |
| Hampton, VA 23605 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Jacqueline D. Scott** | **Clm No 5883** | Filed In Cases: 140 | |
|---|---|---|---|
| 5007 Arony Street | Class | Claim Detail Amount | Final Allowed Amount |
| Hampton, VA 23605 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Jacqueline Roberts Scott** | **Clm No 5884** | Filed In Cases: 140 | |
|---|---|---|---|
| 1056 Centerbrooke Lane Apt 301 | Class | Claim Detail Amount | Final Allowed Amount |
| Suffolk, VA 23434 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**    3/14/2018 3:55:46 PM

*Claims Details*    1959 of 3330

---

**James Scott**                    **Clm No 5885**    Filed In Cases: 140
1915 Greenleaf Drive
Norfolk, VA 23523    Class    Claim Detail Amount    Final Allowed Amount

UNS    $1.00

$1.00

Date Filed    1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Jerome Scott**                    **Clm No 5886**    Filed In Cases: 140
P. O. Box 935
Suffolk, VA 23439    Class    Claim Detail Amount    Final Allowed Amount

UNS    $1.00

$1.00

Date Filed    1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Kyle Scott**                    **Clm No 5887**    Filed In Cases: 140
1686 Briarfield Road
Hampton, VA 23669    Class    Claim Detail Amount    Final Allowed Amount

UNS    $1.00

$1.00

Date Filed    1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1960 of 3330

---

**Michele Scott**
1217 Gunsmith Court,  Apt 104
Virginia Beach,  VA 23464

**Clm No 5888**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Pearline Scott**
1508 Church Street
Norfolk,  VA 23504

**Clm No 5889**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard Scott**
1319 Rica Court
Virginia Beach,  VA 23453

**Clm No 5890**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

## *Claims Details*

**Rickey Scott**
216 Chestnut Street
Suffolk,  VA 23434

**Clm No 5891**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ricky Scott**
109 Shepherd Street
Suffolk,  VA 23434

**Clm No 5892**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Scott**
c/o Jennifer McFee, Jewish Family Service of
Tidewater,
P.O. Box 65127
Virginia Beach,  VA 23467

**Clm No 5893**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

### Claims Details

**Ruby Scott**
3936 Anchor Avenue
Chesapeake,  VA 23321

**Clm No 5894**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Timmy Scott**
709 Adams Street
Suffolk,  VA 23434

**Clm No 5895**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wayne Scott**
26551 Lucky Lane
Millsboro,  DE 19966

**Clm No 5896**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1963 of 3330

---

**Yvonne Scott**
104 Country Club Road
Franklin,  VA 23851

**Clm No 5897**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 1-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Elaine Scott-Burden**
4A Inlandview Dr.
Hampton,  VA 23669

**Clm No 5898**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 1-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Melvin Scruggs**
9064 River Crescent
Suffolk,  VA 23433

**Clm No 5899**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| Date Filed       | 1-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1,250.00  |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1964 of 3330

| Harold Seabron | **Clm No 5900** | Filed In Cases: 140 | |
|---|---|---|---|
| 5432 Tidewater Drive, Apt. S-218 | Class | Claim Detail Amount | Final Allowed Amount |
| Norfolk,  VA 23509 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| James Sears | **Clm No 5901** | Filed In Cases: 140 | |
|---|---|---|---|
| 309 Butrico Road | Class | Claim Detail Amount | Final Allowed Amount |
| Chesapeake,  VA 23325-2603 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Everette Seay | **Clm No 5902** | Filed In Cases: 140 | |
|---|---|---|---|
| 53 Stratford Road | Class | Claim Detail Amount | Final Allowed Amount |
| Newport News,  VA 23601 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

---

**Marvin Sechrest**
54 Avella Court
Newport News, VA 23601

**Clm No 5903**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Deborah D. Sedgwick**
681 Greenbrier Ave. #7
Hampton, VA 23661

**Clm No 5904**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Hildegard Seeds**
4513 Twin Pines Road
Portsmouth, VA 23703

**Clm No 5905**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Lawrence Seeds**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 5906**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Jane Seifert**
640 Douglas Street
Baltimore, MD 21225

**Clm No 5907**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**William Seifert**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 5908**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Kenneth Selfe**
130 Jones Mill Lane
Williamsburg,  VA 23185

**Clm No 5909**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Delmar Sene**
9160 Stallings Creek Dr.
Smithfield,  VA 23430

**Clm No 5910**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Frank Serio**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 5911**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Herbert Sessoms**
700 Waterfront Circle Tower, Apt. 209
Newport News, VA 23607

**Clm No 5912**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Simon Sessoms**
207 Bedford Court, Apt. 218
Portsmouth, VA 23701

**Clm No 5913**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Cheryll Setelin**
465 Dumont Circle
Hampton, VA 23669

**Clm No 5914**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

## Claims Details

---

**Cheryll Setelin**
465 Dumont Circle
Hampton,  VA 23669

**Clm No 5915**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard Setterholm**
166 Hawthorne Drive
Newport News,  VA 23602

**Clm No 5916**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Blanche Seward**
2512 Cedar Rd
Chesapeake,  VA 23323

**Clm No 5917**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

---

*Claims Details*                                                              1970 of 3330

---

**Willard Seymore**                    **Clm No 5918**    Filed In Cases: 140
949 Hannah Street
Norfolk, VA 23505                      Class              Claim Detail Amount    Final Allowed Amount

                                      UNS                        $1.00
                                                                 $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Hamidullah Shabazz**                 **Clm No 5919**    Filed In Cases: 140
3708 Magnolia Drive
Portsmouth, VA 23703                   Class              Claim Detail Amount    Final Allowed Amount

                                      UNS                        $1.00
                                                                 $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Elizabeth Shaffer**                  **Clm No 5920**    Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2            Class              Claim Detail Amount    Final Allowed Amount
Hunt Valley, MD 21030
                                      UNS                        $1.00
                                                                 $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Harry Shamlee**
4003 Fir Street
Portsmouth, VA 23703

**Clm No 5921**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Shank**
4701 Old Mill Road
Suffolk, VA 23434

**Clm No 5922**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Larry Sharpe**
P.O. Box 3758
Portsmouth, VA 23701

**Clm No 5923**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Marvin Sharpe**
5445 Wesleyan Drive Apt 313
Virginia Beach,  VA 23455

**Clm No 5924**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Glenda Shaver**
108 Fort Hoyle Road
Joppa,  MD 21085

**Clm No 5925**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Robert Shaver**
108 Fort Hoyle Rd.
Joppa,  MD 21085

**Clm No 5926**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                3/14/2018 3:55:46 PM

*Claims Details*                                                                          1973 of 3330

---

**Anthony Shaw**                    **Clm No 5927**      Filed In Cases: 140
1113 Foxwood Lane
Baltimore,  MD 21221                 Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**William Shaw**                    **Clm No 5928**      Filed In Cases: 140
2540 W. Bugle Drive
Chesapeake,  VA 23321                Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Lisa D. Sheehan**                 **Clm No 5929**      Filed In Cases: 140
1810 Sparks Drive
Forest Hill,  MD 21050               Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

**Charlie Sheely**
900 Harwick Drive
Chesapeake,  VA 23322

**Clm No 5930**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Georgia Shell**
42269 Wilderness Road
Pennington Gap,  VA 24277

**Clm No 5931**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Herman Shell**
42269 Wilderness Road
Pennington Gap,  VA 24277

**Clm No 5932**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                       **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/14/2018 3:55:46 PM

*Claims Details*                                                    1975 of 3330

---

**Robert Shelton**          **Clm No 5933**    Filed In Cases: 140
304 Viking Street
Portsmouth,  VA 23701        Class            Claim Detail Amount      Final Allowed Amount

                            UNS                   $1.00
                                                  $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Marie Shepherd**          **Clm No 5934**    Filed In Cases: 140
4 River Cove
Portsmouth,  VA 23703        Class            Claim Detail Amount      Final Allowed Amount

                            UNS                   $1.00
                                                  $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Stanley Shepherd**        **Clm No 5935**    Filed In Cases: 140
4 River Cove
Portsmouth,  VA 23703        Class            Claim Detail Amount      Final Allowed Amount

                            UNS                   $1.00
                                                  $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

## Claims Details

1976 of 3330

---

**Cheryl Sherry**
216 N. Hammonds Ferry Lane
Linthicum, MD 21090

**Clm No 5936**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Patricia Shields**
1013 Fireside Lane
Virginia Beach, VA 23464

**Clm No 5937**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sheila Shields**
5601 Waring Court,
Virginia Beach, VA 23464

**Clm No 5938**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*

---

**Walter Shields**                      **Clm No 5939**      Filed In Cases: 140
2104 Westerly Drive
Lynchburg, VA 24501                      Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                 $1,250.00
                                                            $1,250.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1,250.00

---

**William E. Shifflett**                **Clm No 5940**      Filed In Cases: 140
4009 Monterey Court
Chesapeake, VA 23321                     Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                 $1,250.00
                                                            $1,250.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1,250.00

---

**James Shiflett**                      **Clm No 5941**      Filed In Cases: 140
241 Prather Drive
Davenport, FL 33837-5483                 Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                 $1.00
                                                            $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                    1978 of 3330

---

**Norman Shiflett**                     **Clm No 5942**      Filed In Cases: 140
4 Bartley Court
Baltimore,  MD 21236                    Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**William Shine**                       **Clm No 5943**      Filed In Cases: 140
2819 Chancellor Street
Portsmouth,  VA 23707                   Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                 $1,250.00
                                                            $1,250.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value         $1,250.00

---

**Cindy Shock**                         **Clm No 5944**      Filed In Cases: 140
8351 Jumpers Hole Road
Millersville,  MD 21108                 Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

**Allen Sholar**
386 Bachelor Bay Road
Wallace,  NC 28466

**Clm No 5945**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gary Shook**
6324 Old Providence Road
Virginia Beach,  VA 23464

**Clm No 5946**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gerard Shorb**
3119 Dillon Street
Baltimore,  MD 21224

**Clm No 5947**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

---

*Claims Details*

**Geraldine Short**
205 345th Street Apt 1015
Virginia Beach,  VA 23464

**Clm No 5948**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Geraldine Short**
205 34th Street Apt. 1015
Virginia Beach,  VA 23464

**Clm No 5949**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Shortt**
5124 Violet Bank Drive
Virginia Beach,  VA 23464

**Clm No 5950**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

**Robert Shuder**
105 Hautz Way
Yorktown, VA 23693

**Clm No 5951**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gary Shulenburg**
1117 Wormley Creek Drive
Yorktown, VA 23692-4245

**Clm No 5952**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Frank Silberholz**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 5953**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Raymond Siler**
1400 Holt Drive
Portsmouth,  VA 23701

**Clm No 5954**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Fletcher Silver**
2115 Evergreen Place
Portsmouth,  VA 23704

**Clm No 5955**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Vernon Silver**
1007 Wickford Court
Chesapeake,  VA 23320

**Clm No 5956**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1983 of 3330

---

**Nancy Simkins**
1852 Doe Run Norman Park Road
Norman Park,  GA 31771

**Clm No 5957**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 1-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Alfred Simmons**
949 Randolph Street Apt A
Portsmouth,  VA 23704

**Clm No 5958**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 1-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Allen Simmons**
11405 East Loon Court
Floral City,  FL 34436-2552

**Clm No 5959**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 1-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

| **Anna Simmons** | | **Clm No 5960** | Filed In Cases: 140 | |
| 804 Bouie Court | | Class | Claim Detail Amount | Final Allowed Amount |
| Portsmouth, VA 23704 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| **Irene Simmons** | | **Clm No 5961** | Filed In Cases: 140 | |
| 3526 Frying Pan Road | | Class | Claim Detail Amount | Final Allowed Amount |
| Columbia, NC 27925 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| **James Simmons** | | **Clm No 5962** | Filed In Cases: 140 | |
| 1423 Welcome Road | | Class | Claim Detail Amount | Final Allowed Amount |
| Portsmouth, VA 23701 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

1985 of 3330

---

**Olivia Simmons**
2717 Woodland Ave.
Norfolk, VA 23504

**Clm No 5963**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Shirley Simmons**
949 Randolph St., Apt. A
Portsmouth,  VA 23704

**Clm No 5964**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Shirley Simmons**
949 Randolph Street Apt. A
Portsmouth,  VA 23704

**Clm No 5965**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

1986 of 3330

---

**Winston Simmons**
804 Bouie Court
Portsmouth, VA 23704

**Clm No 5966**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gloria Simms**
2420 Cedar Road
Chesapeake, VA 23323

**Clm No 5967**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Simon**
455 Lee Point Road
Norfolk, VA 23502

**Clm No 5968**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

---

**Judith Simons**
3400 Manning Rd.
Suffolk,  VA 23434

**Clm No 5969**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Stephen Simons**
1700 Cotton Farm Lane
Suffolk,  VA 23432

**Clm No 5970**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**William Simons**
3400 Manning Road
Suffolk,  VA 23434

**Clm No 5971**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

### Claims Details

**Winston Simons**
824 Wilson Road
Norfolk,  VA 23523

**Clm No 5972**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rodney Simpson**
611 Powhatan Parkway
Hampton,  VA 23661

**Clm No 5973**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Vinnie Simpson**
2817 Ryland Road
Hampton,  VA 23661

**Clm No 5974**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

---

**Major Sims**
1913 Candlelight Drive
Chesapeake, VA 23325

**Clm No 5975**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lucretia Singleton**
412 Lamp Post Drive
Chesapeake, VA 23325

**Clm No 5976**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Paul Singleton**
325 West Martin Street
Martinsburg, WV 25401

**Clm No 5977**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                1990 of 3330

---

**Walter Singleton**                    **Clm No 5978**        Filed In Cases: 140
412 Lamp Post Drive
Chesaspeake, VA 23325                    Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Dorothy Sinkfield**                   **Clm No 5979**        Filed In Cases: 140
5 Magruder Road South
Newport News, VA 23605                   Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Ellis Sivels**                        **Clm No 5980**        Filed In Cases: 140
1609 Whittamore Road
Chesapeake, VA 23322                     Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

**James Sivels**
1216 Fentress Road
Chesapeake,  VA 23322

**Clm No 5981**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**William Sivels**
1463 Whittamore Road
Chesapeake,  VA 23322

**Clm No 5982**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**William Sivels**
1020 Head Of River Road
Chesapeake,  VA 23322

**Clm No 5983**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

| | | |
|---|---|---|
| **Horace Sivills** | **Clm No 5984** | Filed In Cases: 140 |
| 1914 Rokeby Ave. | | |
| Chesapeake, VA 23320 | | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| | | |
|---|---|---|
| **Harry Sivils** | **Clm No 5985** | Filed In Cases: 140 |
| 65 Sandy Point Lane | | |
| Portsmouth, VA 23701 | | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| | | |
|---|---|---|
| **Frank Skeeter** | **Clm No 5986** | Filed In Cases: 140 |
| 1999 Hosier Road | | |
| Suffolk, VA 23434 | | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

---

*Claims Details*                                                              1993 of 3330

---

**James Skenes**                          **Clm No 5987**      Filed In Cases: 140
833 Bainbridge Blvd. Apt. B
Chesapeake,  VA 23324                      Class           Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1,250.00
                                          - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                                                                 $1,250.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1,250.00

---

**Brian Skinner**                         **Clm No 5988**      Filed In Cases: 140
311 Arizona Street
Portsmouth,  VA 23701                      Class           Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                          - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                                                                 $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Geneva Skinner**                        **Clm No 5989**      Filed In Cases: 140
900 County Street,Apt 113
Portsmouth,  VA 23704                      Class           Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                          - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                                                                 $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/14/2018 3:55:46 PM

*Claims Details*                                                    1994 of 3330

---

**Helen Skinner**                    **Clm No 5990**    Filed In Cases: 140
2432 Strawberry Lane
Chesapeake,  VA 23324                 Class         Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Marvin Skinner**                   **Clm No 5991**    Filed In Cases: 140
159 St. Andrews Road
Moyock,  NC 27958                    Class         Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**William Skinner**                  **Clm No 5992**    Filed In Cases: 140
1817 Springfield Avenue
Norfolk,  VA 23523                   Class         Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/14/2018 3:55:46 PM

*Claims Details*                                                                1995 of 3330

---

**Petro Skyrczuk**                    **Clm No 5993**    Filed In Cases: 140
5814 Edgepark Road Apt C
Baltimore,  MD 21239              | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Alfred Slade**                      **Clm No 5994**    Filed In Cases: 140
1100 Lakeridge Road,Apt 103
Hampton,  VA 23666              | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Brenda Slade**                      **Clm No 5995**    Filed In Cases: 140
1100 Lakeridge Road Apt 103
Hampton,  VA 23666              | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              1996 of 3330

---

**Earl Slade**                    **Clm No 5996**    Filed In Cases: 140
230 Geddy Drive
Hampton,  VA 23669                 Class          Claim Detail Amount    Final Allowed Amount

                                  UNS                  $1.00
                                  ───────────────────────────────────────────────────
                                                       $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**James Slaughter**               **Clm No 5997**    Filed In Cases: 140
P.O. Box 243
Cobbs Creek,  VA 23035            Class          Claim Detail Amount    Final Allowed Amount

                                  UNS                  $1.00
                                  ───────────────────────────────────────────────────
                                                       $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Sharon Slaughter**              **Clm No 5998**    Filed In Cases: 140
P. O. Box 243
Cobbs Creek,  VA 23035-0243       Class          Claim Detail Amount    Final Allowed Amount

                                  UNS                  $1.00
                                  ───────────────────────────────────────────────────
                                                       $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

**Mark A. Slayton**
14 Locksley Drive
Hampton,  VA 23666

**Clm No 5999**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Brenda Sledge**
P.O. Box 965
Roanoke Rapids,  NC 27870

**Clm No 6000**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Curtis Sledge**
1513 Roanoke Avenue
Newport News,  VA 23607

**Clm No 6001**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

## Claims Details

1998 of 3330

---

**Leta Sledge**
1513 Roanoke Avenue
Newport News, VA 23607

**Clm No 6002**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Leon Smalls**
P.O. Box 358
Adams Run, SC 29426

**Clm No 6003**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rita Smalls**
1412 Witter Street
Charleston, SC 29412

**Clm No 6004**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

1999 of 3330

---

**Kenneth Smallwood**
3208 Marshall Avenue Apt. 4
Newport News,  VA 23607

**Clm No 6005**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Smeltzer**
6511 Kenwood Avenue
Rosedale,  MD 21237

**Clm No 6006**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Edward Smiley**
210 Beazley Drive
Portsmouth,  VA 23701

**Clm No 6007**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2000 of 3330

---

**Ethel Smiley**
1709 Banning Road
Norfolk,  VA 23518

**Clm No 6008**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Smiley**
1709 Banning Road
Norfolk,  VA 23518

**Clm No 6009**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Shirley Smiley**
210 Beazley Drive
Portsmouth,  VA 23701

**Clm No 6010**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Agnes Smith**
43 Hobson Street
Portsmouth, VA 23704

**Clm No 6011**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Albert Smith**
8048 Wallace Road
Baltimore. MD, 21222

**Clm No 6012**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Allen Smith**
6336 Dickinson Way
Virginia Beach, VA 23464

**Clm No 6013**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

## *Claims Details*

**Allie Smith**
510 E Woodrow School Rd.
Murfreesboro,  NC 27855

**Clm No 6014**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew Smith**
P.O. Box 456
Suffolk,  VA 23439

**Clm No 6015**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Smith**
700 Trellis Way Apt 202
Virginia Beach,  VA 23462

**Clm No 6016**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

## Claims Details

**Arnold Smith**
7819 Galvaston Blvd  Apt D3
Norfolk,  VA 23505

**Clm No 6017**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Carolyn E. Smith**
165 N. Redwood Court
Newport News, VA 23608

**Clm No 6018**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Charles Smith**
2217 Bauernschmidt Drive
Baltimore,  MD 21221

**Clm No 6019**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                 **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**          3/14/2018 3:55:46 PM

*Claims Details*                                                    2004 of 3330

---

**Charles Smith**                    **Clm No 6020**    Filed In Cases: 140
5891 Riverview Fork Road
Gloucester, VA 23061                  Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                 $1.00
                                                         $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Clarence Smith**                   **Clm No 6021**    Filed In Cases: 140
11075 Tidewater Trail
Saluda, VA 23149                     Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                 $1.00
                                                         $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Courtney Smith**                   **Clm No 6022**    Filed In Cases: 140
2729 Grandy Avenue,Apt A
Norfolk, VA 23509                    Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                 $1.00
                                                         $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2005 of 3330

| **Diane Smith** | **Clm No 6023** | Filed In Cases: 140 | |
|---|---|---|---|
| 6336 Dickinson Way | Class | Claim Detail Amount | Final Allowed Amount |
| Virginia Beach,  VA 23464 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

| **Diane Smith** | **Clm No 6024** | Filed In Cases: 140 | |
|---|---|---|---|
| 2508 Peck Ave | Class | Claim Detail Amount | Final Allowed Amount |
| Baltimore,  MD 21219 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

| **Donald Smith** | **Clm No 6025** | Filed In Cases: 140 | |
|---|---|---|---|
| 4506 McRae Close | Class | Claim Detail Amount | Final Allowed Amount |
| Chesapeake,  VA 23321 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

## Claims Details

2006 of 3330

---

**Earl Smith**
3113 Vanderpool Court
Virginia Beach,  VA 23453

**Clm No 6026**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Eleanor Smith**
170 Cheatham Drive
Westpoint,  VA 23181

**Clm No 6027**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Elizabeth A. Smith**
2030 West Lane
Hayes,  VA 23072

**Clm No 6028**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*　　　　3/14/2018 3:55:46 PM

*Claims Details*　　　　　　　　　　　　　　　　　　　　　　2007 of 3330

---

**Elnora Smith**　　　　　　　　**Clm No 6029**　　Filed In Cases: 140
55 Big Bethel Road
Hampton, VA 23666

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Emma J. Smith**　　　　　　　**Clm No 6030**　　Filed In Cases: 140
15 Calvert Drive
Newport News, VA 23601

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Frankie Smith**　　　　　　　**Clm No 6031**　　Filed In Cases: 140
718 31st Street
Newport News, VA 23607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**　　　　**Visit us on the Web at www.omnimgt.com**　　　　**PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**　　　　　　　　**E-mail: claimsmanager@omnimgt.com**　　　　**FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                2008 of 3330

---

**Frederick Smith**              **Clm No 6032**    Filed In Cases: 140
3390 Harrow Gate Road
York,  PA 17402-4336             Class           Claim Detail Amount      Final Allowed Amount

                                 UNS                    $1.00
                                                        $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Garland Smith**               **Clm No 6033**    Filed In Cases: 140
13236 Giovanni Court Apt. 11
Newport News,  VA 23602          Class           Claim Detail Amount      Final Allowed Amount

                                 UNS                    $1.00
                                                        $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Gary Smith**                  **Clm No 6034**    Filed In Cases: 140
6301 Dickinson Way
Virginia Beach,  VA 23464        Class           Claim Detail Amount      Final Allowed Amount

                                 UNS                    $1.00
                                                        $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**         **E-mail: claimsmanager@omnimgt.com**         FAX: (818) 783-2737
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

---

**George Smith**
142 Kristen Lane
Suffolk,  VA 23434

**Clm No 6035**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**George Smith**
5141 Sammy Street
Virginia Beach,  VA 23455

**Clm No 6036**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gino Smith**
8912 Chesapeake Blvd, Apt. B
Norfolk,  VA 23503

**Clm No 6037**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Henry Smith**
201 Monticello Mews, Apt. 308
Hampton,  VA 23666

**Clm No 6038**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Henry Smith**
6211 Chestnut Avenue
Newport News,  VA 23605

**Clm No 6039**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Henry Smith**
201 Monticello Mews #308
Hampton,  VA 23666

**Clm No 6040**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Herbert Smith**
75 Wellesley Drive, Apt. # 221
Newport News, VA 23606

**Clm No 6041**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Herbert Smith**
809 Robinson Road
Portsmouth, VA 23701

**Clm No 6042**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

**Jeremiah Smith**
13236 Giovannia Court, Apt. 11
Newport News, VA 23602

**Clm No 6043**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2012 of 3330

---

| **John Smith** | | **Clm No 6044** | Filed In Cases: 140 | |
| c/o Tricia Smith | | | | |
| 3410 Carlisle Ave. | | Class | Claim Detail Amount | Final Allowed Amount |
| Baltimore, MD 21216 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **John Smith** | | **Clm No 6045** | Filed In Cases: 140 | |
| 313 Marie Ave. | | | | |
| Glen Burnie, MD 21060 | | Class | Claim Detail Amount | Final Allowed Amount |
| | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Joy Y. Smith** | | **Clm No 6046** | Filed In Cases: 140 | |
| B-6-L-20 Lattierra Solana | | | | |
| Bacolor Pampanga, Phillipines 2001 | | Class | Claim Detail Amount | Final Allowed Amount |
| | | UNS | $1,250.00 | |
| | | | $1,250.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

*Claims Details*                                                                                   2013 of 3330

---

**Kenneth Smith**                     **Clm No 6047**      Filed In Cases: 140
1238 27th Street
Newport News, VA 23607        Class              Claim Detail Amount        Final Allowed Amount

                              UNS                       $1.00
                                                        $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Lester Smith**                      **Clm No 6048**      Filed In Cases: 140
5150 Carolina Road
Suffolk, VA 23434             Class              Claim Detail Amount        Final Allowed Amount

                              UNS                       $1.00
                                                        $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Lynn C. Smith**                     **Clm No 6049**      Filed In Cases: 140
1361 Coral Place
Hampton, VA 23669             Class              Claim Detail Amount        Final Allowed Amount

                              UNS                       $1.00
                                                        $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2014 of 3330

---

**Marian Smith**
1116 Lodi Court
Hampton,  VA 23666

**Clm No 6050**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Marilyn Smith**
639 Ellen Road
Newport News,  23605

**Clm No 6051**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1,250.00 | |
| | $1,250.00 | |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1,250.00

---

**Melvin Smith**
2304 Parker Avenue
Portsmouth,  VA 23704

**Clm No 6052**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Claims Details*

**Melvin Smith**
605 Longdale Crescent
Chesapeake,  VA 23325

**Clm No 6053**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Minnie Smith**
5150 Carolina Road
Suffolk,  VA 23434

**Clm No 6054**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Miriah Smith**
1044 Union Branch Road
Corapeake,  NC 27926

**Clm No 6055**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2016 of 3330

---

**Nelson Smith**
823 Woodland Ave.
Thurmont, MD 21788

**Clm No 6056**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Nevaughn Smith**
2137 Jeffrey Drive
Norfolk, VA 23518

**Clm No 6057**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Pamela Smith**
1616 E. Clement Street
Baltimore, MD 21230

**Clm No 6058**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                          2017 of 3330

---

**Paul Smith**                    **Clm No 6059**    Filed In Cases: 140
P.O. Box 3177
Kitty Hawk,  NC 27949             Class          Claim Detail Amount      Final Allowed Amount

                                  UNS                    $1.00
                                  ------------------------------------------------------------
                                                         $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Richard Smith**                 **Clm No 6060**    Filed In Cases: 140
6948 Respess Beach Road
Suffolk,  VA 23435                Class          Claim Detail Amount      Final Allowed Amount

                                  UNS                    $1.00
                                  ------------------------------------------------------------
                                                         $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Richard Smith**                 **Clm No 6061**    Filed In Cases: 140
1116 Lodi Court
Hampton,  VA 23666               Class          Claim Detail Amount      Final Allowed Amount

                                  UNS                  $1,250.00
                                  ------------------------------------------------------------
                                                       $1,250.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value         $1,250.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**    3/14/2018 3:55:46 PM

*Claims Details*    2018 of 3330

---

**Robert Smith**                          **Clm No 6062**    Filed In Cases: 140
534 Delaware Ave.
Norfolk,  VA 23508

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 1-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Robert Smith**                          **Clm No 6063**    Filed In Cases: 140
P.O. Box 5201
Suffolk, VA 23435

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 1-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Rodney Smith**                          **Clm No 6064**    Filed In Cases: 140
453 Joy Drive
Hampton,  VA 23666

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 1-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Ruby Smith**
1004 North Avenue
Newport News,  VA 23605

**Clm No 6065**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ruby S. Smith**
1004 North Avenue
Newport News,  VA 23605

**Clm No 6066**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Scotty Smith**
417 Benthall Road
Hampton,  VA 23644

**Clm No 6067**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

---

*Claims Details*                                                                  2020 of 3330

---

**Sonja Smith**                          **Clm No 6068**    Filed In Cases: 140
3106 Coley Lane
Hayes,  VA 23072              | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Vaughn Smith**                         **Clm No 6069**    Filed In Cases: 140
193 Laurel Lane
Raeford,  ND 28376           | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Vernon Smith**                         **Clm No 6070**    Filed In Cases: 140
c/o Mrs. Dorothy Wilson
1014 2nd Avenue
Lawrenceville,  VA 23868     | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

| William Smith | **Clm No 6071** | Filed In Cases: 140 | |
|---|---|---|---|
| 5712 West Norfolk Rd. | | | |
| Portsmouth, VA 23703 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| William Smith | **Clm No 6072** | Filed In Cases: 140 | |
|---|---|---|---|
| 756  204th Street | | | |
| Pasadena, MD 21122 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Willie Smith | **Clm No 6073** | Filed In Cases: 140 | |
|---|---|---|---|
| 3608 Bosun Drive | | | |
| Chesapeake, VA 23321 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Robert P. Smith Sr.**
641 Creek Wood Dr.
Chesapeake,  VA 23323

**Clm No 6074**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Jimmy Smith, Jr.**
1041 Paxson Ave.
Chesapeake,  VA 23324

**Clm No 6075**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Smither**
9448 Atwood Ave.
Norfolk,  VA 23503

**Clm No 6076**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## *Claims Details*

2023 of 3330

| **Jack Snider** | **Clm No 6077** | Filed In Cases: 140 | |
|---|---|---|---|
| 2356 Carolina Road | Class | Claim Detail Amount | Final Allowed Amount |
| Chesapeake, VA 23322 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

| **Hampton Snidow** | **Clm No 6078** | Filed In Cases: 140 | |
|---|---|---|---|
| 7 Graham Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Newport News, VA 23606 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

| **Larry Snow** | **Clm No 6079** | Filed In Cases: 140 | |
|---|---|---|---|
| 11707 Caverly Avenue | Class | Claim Detail Amount | Final Allowed Amount |
| Beltsville, MD 20705 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

2024 of 3330

---

**Anita L. Snyder**
236 Ethel Avenue
Norfolk,  VA 23504

**Clm No 6080**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Ronald Solomon**
825 22nd Street
Newport News,  VA 23607

**Clm No 6081**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Tony Solomon**
c/o Ms. Ina Solomon,
27 Sharon Court
Hampton,  VA 23666

**Clm No 6082**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    2025 of 3330

---

**Gary Sorgea**    **Clm No 6083**    Filed In Cases: 140
P.O. Box 183
735 Buss Street    Class    Claim Detail Amount    Final Allowed Amount
St. Libory, IL 62282    UNS    $1.00
    $1.00

Date Filed    1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Nancy Sorgea**    **Clm No 6084**    Filed In Cases: 140
2302 Osborn Lane
Brighton, IL 62012    Class    Claim Detail Amount    Final Allowed Amount
    UNS    $1.00
    $1.00

Date Filed    1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Ernesto Soriano**    **Clm No 6085**    Filed In Cases: 140
2056 Dolina Drive
Virginia Beach, VA 23464    Class    Claim Detail Amount    Final Allowed Amount
    UNS    $1.00
    $1.00

Date Filed    1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                          2026 of 3330

---

**Mariano Soriano**                    **Clm No 6086**    Filed In Cases: 140
P.O. Box 067
Tagaytay City,  Philippines 4120

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**George Sorrell**                    **Clm No 6087**    Filed In Cases: 140
1014 Wilcox Avenue
Portsmouth,  VA 23704

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Bill Sorrells**                    **Clm No 6088**    Filed In Cases: 140
16039 Bowling Green Road
Windsor,  VA 23487

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

2027 of 3330

---

| **Gertina Sorrells** | | **Clm No 6089** | Filed In Cases: 140 | |
| 16039 Bowling Green Rd. | | | | |
| Windsor, VA 23487 | | Class | Claim Detail Amount | Final Allowed Amount |
| | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Robert Southard** | | **Clm No 6090** | Filed In Cases: 140 | |
| 4656 Hickory Sign Post Rd. | | | | |
| Williamsburg, VA 23185 | | Class | Claim Detail Amount | Final Allowed Amount |
| | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Richard Spangler** | | **Clm No 6091** | Filed In Cases: 140 | |
| 32 Gumwood Drive | | | | |
| Hampton, VA 23666 | | Class | Claim Detail Amount | Final Allowed Amount |
| | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2028 of 3330

---

**John Sparks**
1312 Rica Court
Virginia Beach, VA 23453

**Clm No 6092**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Isaac Sparrow**
3977 Port Road
Chesapeake, VA 23321

**Clm No 6093**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Eugene Spates**
2302 Portlcok Road
Chesapeake, VA 23324

**Clm No 6094**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

---

**John Spears**
1407 Hamilton Ave.
Portsmouth, VA 23707

**Clm No 6095**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|-----|-----|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Rebecca Spell**
18 Langley Ave.
Newport News, VA 23601

**Clm No 6096**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----|-----|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Earlene Speller**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 6097**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----|-----|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/14/2018 3:55:46 PM

*Claims Details*                                                              2030 of 3330

---

**Earlene Speller**                    **Clm No 6098**    Filed In Cases: 140
2 Preakness Ln Apt 102
Hampton, VA 23666                      Class            Claim Detail Amount        Final Allowed Amount

                                       UNS              $1.00
                                                        $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Howard Speller**                     **Clm No 6099**    Filed In Cases: 140
1221 Exeter Landing
Virginia Beach, VA 23464               Class            Claim Detail Amount        Final Allowed Amount

                                       UNS              $1.00
                                                        $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Milton Speller**                     **Clm No 6100**    Filed In Cases: 140
9 Pickett Street
Hampton, VA 23669                      Class            Claim Detail Amount        Final Allowed Amount

                                       UNS              $1.00
                                                        $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2031 of 3330

---

**Jerry Spellman**
1268 Gladiola Cres.
Virginia Beach, VA 23453

**Clm No 6101**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Ronnie Spellman**
1425 Battlefield Blvd N, #2516
Chesapeake, VA 23320

**Clm No 6102**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Wanza Spellman**
1653 Hoover Ave
Chesapeake, VA 23324

**Clm No 6103**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/14/2018 3:55:46 PM

*Claims Details*                                                    2032 of 3330

---

**Albert Spence**                    **Clm No 6104**      Filed In Cases: 140
2245 Long Ridge Road
Chesapeake,  VA 23322           Class          Claim Detail Amount      Final Allowed Amount

                                UNS                  $1.00
                                                     $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Billy Spence**                     **Clm No 6105**      Filed In Cases: 140
4905 Turks Ferry Road
Gloucester,  VA 23061           Class          Claim Detail Amount      Final Allowed Amount

                                UNS                  $1.00
                                                     $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Billy Spence**                     **Clm No 6106**      Filed In Cases: 140
6267 Tabbs Lane
Gloucester,  VA 23061           Class          Claim Detail Amount      Final Allowed Amount

                                UNS                  $1.00
                                                     $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2033 of 3330

---

**Floyd Spence**
109 Chip Drive
Elizabeth City, NC 27909

**Clm No 6107**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Spence**
5106 Aberdeen Creek Rd.
Gloucester, VA 23061

**Clm No 6108**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Margaret Spence**
914 Providence Road, Apt 2
Chesapeake, VA 23325

**Clm No 6109**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              2034 of 3330

---

**Thelma Spence**                   **Clm No 6110**      Filed In Cases: 140
6267 Tabbs Lane
Gloucester,  VA 23061               Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                    $1.00
                                                           $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Billy Spence Jr.**                **Clm No 6111**      Filed In Cases: 140
6267 Tabbs Lane
Gloucester,  VA 23061               Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                    $1.00
                                                           $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Bennie Spencer**                  **Clm No 6112**      Filed In Cases: 140
4306 Galston Court
Chesapeake,  VA 23321              Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                    $1.00
                                                           $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

### Claims Details

2035 of 3330

| **Earnhart Spencer** | | **Clm No 6113** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 3109 Moneta Drive | | Class | Claim Detail Amount | Final Allowed Amount |
| Chesapeake,  VA 23321 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Jackie Spencer** | | **Clm No 6114** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 2536 Pinewood Home Drive | | Class | Claim Detail Amount | Final Allowed Amount |
| Pink Hll,  NC 28572 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Nina Spencer** | | **Clm No 6115** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 523 Newport News Ave. | | Class | Claim Detail Amount | Final Allowed Amount |
| Hampton,  VA 23669 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                             2036 of 3330

---

**LeRoy Spielman**
7731 North Cobe Road
Baltimore,  MD 21219

**Clm No 6116**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Donald Spikes**
540 Nelson Street
Norfolk,  VA 23523

**Clm No 6117**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Brenda Spillman**
501 Raton Ct.
Chesapeake,  VA 23323

**Clm No 6118**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2037 of 3330

---

**Therome Lee Spivey**
405 Hogart Street
Franklin, VA 23851

**Clm No 6119**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**David Sponaugle**
1919 Old Joppa Rd.
Baltimore, MD 21085

**Clm No 6120**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Claude Spratley**
387 Barclay Road
Newport News, VA 23606

**Clm No 6121**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2038 of 3330

---

**Daniel Spratley**
5226 Condor Street
Virginia Beach,  VA 23462

**Clm No 6122**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Linda C. Springer**
3217 Lilac Drive
Portsmouth,   VA  23703

**Clm No 6123**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**McKinley Sprueill**
817 Madison Street Unit 333
Portsmouth,  VA 23704

**Clm No 6124**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2039 of 3330

---

**Aubrey Spruill**
2052 Malbon Road
Virginia Beach,  VA 23456

**Clm No 6125**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1,250.00 |

---

**Bonlee Spruill**
2052 Malbon Road
Virginia Beach,  VA 23456

**Clm No 6126**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Edison Spruill**
6 Widgeon Court
Smithfield,  VA 23430

**Clm No 6127**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

**Mitchell Spruill**
2052 Malbon Road
Virginia Beach, VA 23456

**Clm No 6128**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Joyce Squire**
2929 Candlewood Circle
Chesapeake, VA 23324

**Clm No 6129**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Robert St. Ours**
1111 80 th Street
Newport News, VA 23605

**Clm No 6130**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

### Claims Details

2041 of 3330

---

**Alice Staats**
401 Latham Drive
Newport News,  VA 23601

**Clm No 6131**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Stacy E. Stacknik**
3051 Tillman Road
Norfolk,  VA 23513

**Clm No 6132**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Joan Stafford**
1451 Thistlewood Lane
Chesapeake,  Va 23320

**Clm No 6133**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              2042 of 3330

---

**Mark Stafford**                    **Clm No 6134**    Filed In Cases: 140
12801 Wildcat Hollow Road
Cumberland,  MD 21502            Class          Claim Detail Amount      Final Allowed Amount

                                UNS                    $1.00
                                                       $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Ronald Stafford**                  **Clm No 6135**    Filed In Cases: 140
1451 Thistlewood Lane
Chesapeake,  VA 23320            Class          Claim Detail Amount      Final Allowed Amount

                                UNS                    $1.00
                                                       $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Elnora Stagg**                     **Clm No 6136**    Filed In Cases: 140
P.O. Box 3074
Portsmouth,  VA 23701           Class          Claim Detail Amount      Final Allowed Amount

                                UNS                    $1.00
                                                       $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                   3/14/2018 3:55:46 PM

*Claims Details*

---

**Sarah Stagg**                        **Clm No 6137**      Filed In Cases: 140
7553 Sewells Road
Norfolk,  VA 23513                     Class            Claim Detail Amount       Final Allowed Amount

                                       UNS                    $1.00
                                                             $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Carl Stahl**                         **Clm No 6138**      Filed In Cases: 140
463 Currituck Drive
Chesapeake,  VA 23322                  Class            Claim Detail Amount       Final Allowed Amount

                                       UNS                    $1.00
                                                             $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Thomas Stalker**                     **Clm No 6139**      Filed In Cases: 140
1076 Rolling Point Court
Virginia Beach,  VA 23456             Class            Claim Detail Amount       Final Allowed Amount

                                       UNS                    $1.00
                                                             $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

**Eva Stallings**
5548 Old Providence Road
Virginia Beach,  VA 23464

**Clm No 6140**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Thomas E. Stallings**
392 Pagan Road
Smithfield,  VA 23430

**Clm No 6141**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Walter Stallings**
305 Main Street
Gatesville,  NC 27938

**Clm No 6142**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2045 of 3330

---

**Melvin Stanback**
511 Martin Luther King Drive
Albemarle, NC 28001

**Clm No 6143**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lawrence Stancil**
304 Creeks Edge Court
Chesapeake, VA 23323

**Clm No 6144**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Clifton Stanley**
10 Stedlyn Circle
Hampton, VA 23664

**Clm No 6145**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

### Claims Details

**Woodrow Stanley**
4024 Oak Moss Court
Chesapeake,  VA 23321

**Clm No 6146**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Gladys Stapp**
4220 Ballahack Road
Chesapeake,  VA 23322

**Clm No 6147**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Malinda Starkley**
1136 Woodland Terrace Drive
Chesapeake,  VA 23323

**Clm No 6148**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

### *Claims Details*                                                                      2047 of 3330

---

**Thomas Starnes**                          **Clm No 6149**      Filed In Cases: 140
1903 Iris Street
Chesapeake,  VA 23324                        Class              Claim Detail Amount        Final Allowed Amount

                                             UNS                      $1.00
                                                                      $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Robert Stateman**                         **Clm No 6150**      Filed In Cases: 140
4204 Airline Blvd
Chesapeake,  VA 23321                        Class              Claim Detail Amount        Final Allowed Amount

                                             UNS                    $1,250.00
                                                                    $1,250.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value       $1,250.00

---

**Margaret Staten**                         **Clm No 6151**      Filed In Cases: 140
2705 High Street
Portsmouth,  VA 23701                        Class              Claim Detail Amount        Final Allowed Amount

                                             UNS                      $1.00
                                                                      $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                    2048 of 3330

---

**Clyde Steele**                    **Clm No 6152**      Filed In Cases: 140
12656 SE 91st Terrace Road
Summerfield,  FL 34491              Class          Claim Detail Amount      Final Allowed Amount

                                   UNS                  $1.00
                                                        $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Derek Steele**                    **Clm No 6153**      Filed In Cases: 140
407 Turlington Road Apt. 8
Newport News,  VA 23606            Class          Claim Detail Amount      Final Allowed Amount

                                   UNS               $1,250.00
                                                     $1,250.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value         $1,250.00

---

**Francis Steele**                  **Clm No 6154**      Filed In Cases: 140
1837 Fox Hollow Run
Pasadena,  MD 21122                Class          Claim Detail Amount      Final Allowed Amount

                                   UNS                  $1.00
                                                        $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

*Claims Details*

---

**John Steele**                          **Clm No 6155**      Filed In Cases: 140
89 Nelson Mobile Home Park
Beverly,  West Virginia 26253            Class          Claim Detail Amount        Final Allowed Amount

                                         UNS                      $1.00
                                                                  $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Nathaniel Steele**                     **Clm No 6156**      Filed In Cases: 140
903 Bold Street
Portsmouth, VA 23701                     Class          Claim Detail Amount        Final Allowed Amount

                                         UNS                    $1,250.00
                                                                $1,250.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1,250.00

---

**Roosevelt Stegall**                    **Clm No 6157**      Filed In Cases: 140
2814 Roanoke Avenue
Newport News,  VA 23607                  Class          Claim Detail Amount        Final Allowed Amount

                                         UNS                      $1.00
                                                                  $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    2050 of 3330

| Dwight Steiner | **Clm No 6158** | Filed In Cases: 140 | |
|---|---|---|---|
| P.O. Box 223 | Class | Claim Detail Amount | Final Allowed Amount |
| Sunbury, NC 27979-0223 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| Joseph Stem | **Clm No 6159** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Paul A. Weykamp | Class | Claim Detail Amount | Final Allowed Amount |
| 16 Stenersen Lane, Suite 2 | UNS | $1.00 | |
| Hunt Valley, MD 21030 | | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| William Stephen | **Clm No 6160** | Filed In Cases: 140 | |
|---|---|---|---|
| 412 North Briggs Street | Class | Claim Detail Amount | Final Allowed Amount |
| Suffolk, VA 23434 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              2051 of 3330

---

**Anthony Stephenson**                    **Clm No 6161**     Filed In Cases: 140
248 Tuscarora Beach Rd.
Winton, NC 27986                          Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                   $1.00

                                                                $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Barbara Stephenson**                    **Clm No 6162**     Filed In Cases: 140
2211 Green Street
Portsmouth, VA 23704                      Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                   $1.00

                                                                $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Claudia Stephenson**                    **Clm No 6163**     Filed In Cases: 140
5305 Shoal Creek Road
Suffolk, VA 23435                         Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                   $1.00

                                                                $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2052 of 3330

---

**Clyde Stephenson**
2211 Green Street
Portsmouth, VA 23704

**Clm No 6164**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Louis Stephenson**
1387 South 343
Shiloh, NC 27974

**Clm No 6165**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Naomi Stephenson**
102 Beechdale Road
Portsmouth, VA 23701

**Clm No 6166**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2053 of 3330

---

**Robert Stephenson**
5305 Shoal Creek Road
Suffolk,  VA 23435

**Clm No 6167**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Shirley Stephenson**
2021 Iowa Street
Chesapeake,  VA 23323

**Clm No 6168**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Willard Stephenson**
302 Main Street
Smithfield, VA 23430

**Clm No 6169**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Franklin Sterling**
P.O. Box 86
Dutton,  VA 23050

**Clm No 6170**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----|-----|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Blondelia Stevens**
3964 Rex Circle
Chesapeake,  VA 23321

**Clm No 6171**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----|-----|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Jacqueline Stevens**
1204 Keats Landing
Chesapeake,  VA 23320

**Clm No 6172**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----|-----|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                                2055 of 3330

---

**Jacqueline C. Stevens**                    **Clm No 6173**    Filed In Cases: 140
1204 Keats Landing
Chesapeake,  VA 23320              | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed              1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**James Stevens**                            **Clm No 6174**    Filed In Cases: 140
96 Wendfield Circle
Newport News,  VA 23601           | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed              1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Paula M. Stevens**                         **Clm No 6175**    Filed In Cases: 140
104 B Austin's Point
Grafton,  VA 23692                | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed              1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                    2056 of 3330

---

**Rickie Stevens**                    **Clm No 6176**      Filed In Cases: 140
3964 Rex Circle
Chesapeake, VA 23321                  Class           Claim Detail Amount      Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Richard Stevenson**                 **Clm No 6177**      Filed In Cases: 140
4252 Driver Lane
Suffolk, VA 23435                     Class           Claim Detail Amount      Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Alfred Steward**                    **Clm No 6178**      Filed In Cases: 140
4643 Fern Oak Court
Virginia Beach, VA 23462             Class           Claim Detail Amount      Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2057 of 3330

---

**Coite B. Stewart**
399 Rountree Crescent
Suffolk,  VA 23434

**Clm No 6179**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Eddie Stewart**
7 Eisenhower Lane
Sicklerville,  NJ 08081

**Clm No 6180**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Edward Stewart**
705 Jefferson Street
Portsmouth,  VA 23704-5727

**Clm No 6181**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Eleanor Stewart**
3571 Ladd Avenue
Norfolk,  VA 23502

**Clm No 6182**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Louis Stewart**
509 South Avenue
Newport News, VA 23601

**Clm No 6183**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Louis Stewart**
6300 Clinton Court
Virginia Beach, VA 23464

**Clm No 6184**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2059 of 3330

---

**Robert Stewart**
1298 Tabernacle Road
Mathews,  VA 23109

**Clm No 6185**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 1-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Patricia Stickels**
5150 Greenwood Road
Suffolk,  VA 23437

**Clm No 6186**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 1-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**James Stidham**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 6187**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 1-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                      2060 of 3330

---

**James Stidham**                   **Clm No 6188**    Filed In Cases: 140
26 Buchanan Drive
Newport News, VA 23608            Class            Claim Detail Amount        Final Allowed Amount

                                 UNS                     $1.00
                                                         $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Thomas Stillwell**                **Clm No 6189**    Filed In Cases: 140
513 Biltmore Road
Norfolk, VA 23505                Class            Claim Detail Amount        Final Allowed Amount

                                 UNS                     $1.00
                                                         $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Robert Stilson**                  **Clm No 6190**    Filed In Cases: 140
1205 Sunset Drive
Norfolk, VA 23503                Class            Claim Detail Amount        Final Allowed Amount

                                 UNS                   $1,250.00
                                                       $1,250.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1,250.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

## Claims Details

**Linda Stitzel**
116 Crosswind Drive
Shrewsbury, PA 17361

**Clm No 6191**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Paul Stitzel**
118 Cholsy Crescent
Yorktown, VA 23696

**Clm No 6192**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Gretchen Stocker**
1212 Woodstream Court
Chesapeake, VA 23322

**Clm No 6193**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                            2062 of 3330

---

**Robert Stocker**                    **Clm No 6194**      Filed In Cases: 140
1212 Woodstream Court
Chesapeake,  VA 23322                  Class            Claim Detail Amount      Final Allowed Amount

                                      UNS                   $1.00
                                                            $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Ellis Stocks**                      **Clm No 6195**      Filed In Cases: 140
5304 Inglewood Road
Lynchburg,  VA 24503                   Class            Claim Detail Amount      Final Allowed Amount

                                      UNS                   $1.00
                                                            $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Carlton Stokes**                    **Clm No 6196**      Filed In Cases: 140
2002 Effingham Street
Portsmouth,  VA 23704                  Class            Claim Detail Amount      Final Allowed Amount

                                      UNS                   $1.00
                                                            $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/14/2018 3:55:46 PM

## *Claims Details*                                                                    2063 of 3330

---

**Carlton Stokes**                    **Clm No 6197**    Filed In Cases: 140
1011 Oaklawn Ave.
Norfolk, VA 23504                     Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                  $1.00
                                                           $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Carolyn Stokes**                    **Clm No 6198**    Filed In Cases: 140
3010 Orcutt Ave.
Newport News, VA 23607               Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                  $1.00
                                                           $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Robert Stokes**                     **Clm No 6199**    Filed In Cases: 140
3010 Orcutt Ave.
Newport News, VA 23607               Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                $1,250.00
                                                         $1,250.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value      $1,250.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Shirley Stokes**
15031 Wilcox Neck Rd.
Charles City,  VA 23030

**Clm No 6200**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Taylor Stokes**
Park Sterling Wealth Management Group
P.O. Box 218
Greenwood,  SC 29648

**Clm No 6201**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Brenda Stokley**
1440 Turnpike Road
Elizabeth City,  NC 27909

**Clm No 6202**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2065 of 3330

---

**Margaret Stokley**
1118 Raleigh Street
Elizabeth City,  NC 27909

**Clm No 6203**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Renzie Stokley**
1462 Lamb's Grove Road
Elizabeth City,  NC 27909

**Clm No 6204**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**LaVelle Stoner**
2921 Victoria Avenue
Norfolk,  VA 23504

**Clm No 6205**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/14/2018 3:55:46 PM

*Claims Details*                                                                    2066 of 3330

| Lila Stout | **Clm No 6206** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Paul A. Weykamp | Class | Claim Detail Amount | Final Allowed Amount |
| 16 Stenersen Lane, Suite 2 | | | |
| Hunt Valley, MD 21030 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Raymond Stout | **Clm No 6207** | Filed In Cases: 140 | |
|---|---|---|---|
| 1210 Colonial Ave. Apt. 501 | Class | Claim Detail Amount | Final Allowed Amount |
| Norfolk , VA 23517 | | | |
| | UNS | $1,250.00 | |
| | | $1,250.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1,250.00 |

| Ronald Stover | **Clm No 6208** | Filed In Cases: 140 | |
|---|---|---|---|
| 6143 Wayne Circle | Class | Claim Detail Amount | Final Allowed Amount |
| Norfolk,  VA 23513 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Stephen Straley**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 6209**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Nancy P. Strickland**
35286 Babb Drive
Ivor, VA 23866

**Clm No 6210**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Reginald Strickland**
902 Old Wormley Creek Road
Yorktown, VA 23692

**Clm No 6211**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2068 of 3330

---

**Carolyn Strode-Rupinski**
1431 Cooksie Street
Baltimore, MD 21230

**Clm No 6212**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Charles Stromer**
1702 Fallston Road
Fallston, MD 21047

**Clm No 6213**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Janet Stromer**
1702 Fallston Road
Fallston, MD 21047

**Clm No 6214**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                      2069 of 3330

---

**Edward Stroud**                          **Clm No 6215**    Filed In Cases: 140
6817 Silverwood Court
Norfolk, VA 23513                          Class          Claim Detail Amount      Final Allowed Amount

                                           UNS                    $1.00
                                                                  $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Robert Stubblefield**                    **Clm No 6216**    Filed In Cases: 140
7064 Fields Landing Road
Hayes, VA 23072                            Class          Claim Detail Amount      Final Allowed Amount

                                           UNS                    $1.00
                                                                  $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Thomas Sturgis**                         **Clm No 6217**    Filed In Cases: 140
710 Columbia Avenue
Saint Cloud, FL 34769                      Class          Claim Detail Amount      Final Allowed Amount

                                           UNS                    $1,250.00
                                                                  $1,250.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1,250.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**George Stutt**
609 Reba Dale Court
Spartanburg,  SC 23906

**Clm No 6218**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**John Stutzman**
206 Gallenway Terrace
Chesapeake,  VA 23322

**Clm No 6219**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Thelma Styron**
49 Ash Ave.
Newport News,  VA 23607

**Clm No 6220**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2071 of 3330

---

**Frank Sudderth**
5525 Carolanne Terrace ,Apt 101
Virginia Beach,  VA 23462

**Clm No 6221**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Clovis Sullivan**
310 Wilkinson Drive
Williamsburg,  VA 23188

**Clm No 6222**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ellen Sullivan**
310 Wilkinson Drive
Williamsburg,  VA 23188

**Clm No 6223**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2072 of 3330

---

**Mary Sullivan**
4120 Shawnee Road
Chesapeake,  VA 23325

**Clm No 6224**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 1-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Michael Sullivan**
6403 Granby St. Apt 3114
Norfolk,  VA 23505

**Clm No 6225**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 1-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Thomas Sullivan**
1212 Sparrow Road
Chesapeake,  VA 23325

**Clm No 6226**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| Date Filed       | 1-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1,250.00  |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Tyese D. Sullivan**
5224 Castle Stone Drive
Rosedale, MD 21237

**Clm No 6227**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**George Sumler**
2743 Jamestown Avenue
Hampton, VA 23661

**Clm No 6228**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Patricia H. Summerlin**
4 St. Catherine Drive
Carrollton, VA 23314

**Clm No 6229**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Augusto Sumulong**
5661 Haden Road
Virginia Beach,  VA 23455

**Clm No 6230**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew Suter**
420 Rutgers Avenue
Chesapeake,  VA 23324

**Clm No 6231**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Nellie Suter**
420 Rutgers Avenue
Chesapeake,  VA 23324

**Clm No 6232**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Bobbie Sutton**
1601 Ekstine Drive
Portsmouth, VA 23701

**Clm No 6233**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Calvin Sutton**
2119 Rock Creek Dr.
Chesapeake, VA 23325

**Clm No 6234**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Eddie Sutton**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 6235**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                    2076 of 3330

---

**Maggie Sutton**                    **Clm No 6236**      Filed In Cases: 140
413 Roosevelt Blvd.
Portsmouth, VA 23701                  Class            Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Ronnie Sutton**                    **Clm No 6237**      Filed In Cases: 140
800 Joyce Street
Norfolk, VA 23523                    Class            Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Philip Swain**                     **Clm No 6238**      Filed In Cases: 140
204 Barron Blvd
Suffolk, VA 23435                    Class            Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*

| Carrie Swarn | **Clm No 6239** | Filed In Cases: 140 | |
|---|---|---|---|
| 8758 Colonial Trail East | Class | Claim Detail Amount | Final Allowed Amount |
| Surry,  VA 23883 | UNS | $1.00 | |
| | | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 1-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

| James Sweatt | **Clm No 6240** | Filed In Cases: 140 | |
|---|---|---|---|
| 2626 Ballentine Blvd. | Class | Claim Detail Amount | Final Allowed Amount |
| Norfolk,  VA 23509 | UNS | $1.00 | |
| | | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 1-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

| Michael Swecker | **Clm No 6241** | Filed In Cases: 140 | |
|---|---|---|---|
| 28 Riverside Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Smithfield,  VA 23430 | UNS | $1.00 | |
| | | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 1-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                           2078 of 3330

---

**Betty Sweeney**                    **Clm No 6242**      Filed In Cases: 140
11 Shirley Drive
Hampton,  VA 23666                   Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                    $1.00
                                                           $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Eleanor Swiderski**               **Clm No 6243**      Filed In Cases: 140
224 Back River Neck Road
Baltimore,   MD 21221               Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                    $1.00
                                                           $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Antoinette Swiec**                **Clm No 6244**      Filed In Cases: 140
3205 Elliott Street
Baltimore,  MD 21224                Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                    $1.00
                                                           $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              2079 of 3330

---

**Faye Swierski**                    **Clm No 6245**      Filed In Cases: 140
309 Hospital Drive
Virginia Beach,  VA 23452            Class            Claim Detail Amount      Final Allowed Amount

                                     UNS                     $1.00
                                                             $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Hans Swierski**                    **Clm No 6246**      Filed In Cases: 140
309 Hospital Drive
Virginia Beach,  VA 23452            Class            Claim Detail Amount      Final Allowed Amount

                                     UNS                     $1.00
                                                             $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Charles Swift**                    **Clm No 6247**      Filed In Cases: 140
7124 Hunters Chase
Norfolk,  VA 23518                   Class            Claim Detail Amount      Final Allowed Amount

                                     UNS                     $1.00
                                                             $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

---

**Robert Swift**  
P.O. Box 293  
Norfolk,  VA 23501

**Clm No 6248**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Raymond Swindell**  
4112 Third Street  
Chesapeake,  VA 23324

**Clm No 6249**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Earnest Swinton**  
518 Vaughan Avenue  
Hampton,  VA 23661

**Clm No 6250**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2081 of 3330

---

**Viola Swinton**
518 Vaughan Ave.
Hampton,  VA 23661

**Clm No 6251**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Elvira Switzer**
814 Nottingham Road
Portsmouth,  VA 23701

**Clm No 6252**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Stelton Switzer**
814 Nottingham Road
Portsmouth,  VA 23701

**Clm No 6253**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                        2082 of 3330

---

**Calvin Sykes**                          **Clm No 6254**    Filed In Cases: 140
420 Poplar Hall Circle
Norfolk,  VA 23502                         Class          Claim Detail Amount        Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Douglas Sykes**                         **Clm No 6255**    Filed In Cases: 140
5656 Tidewater Drive, Apt 2
Norfolk,  VA 23509                         Class          Claim Detail Amount        Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Glinda Sykes**                          **Clm No 6256**    Filed In Cases: 140
35 Westbriar Drive
Hampton,  VA 23666                         Class          Claim Detail Amount        Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Heddy Sykes**
420 Poplar Hall Circle
Norfolk,  VA 23502

**Clm No 6257**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Herman Sykes**
4 Dendron Place
Newport News,  VA 23602

**Clm No 6258**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Herman Sykes**
4 Dendron Place
Newport News,  VA 23602

**Clm No 6259**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**          3/14/2018 3:55:46 PM

*Claims Details*                                              2084 of 3330

---

**Johnnie Sykes**                    **Clm No 6260**    Filed In Cases: 140
35 Westbriar Drive
Hampton,  VA 23666-4764              Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                    $1.00

                                                           $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Lonzell Sykes**                    **Clm No 6261**    Filed In Cases: 140
P.O. Box 2581
Norfolk,  VA 23501                   Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                    $1.00

                                                           $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Samuel Sykes**                     **Clm No 6262**    Filed In Cases: 140
4803 Bainbridge Blvd.
Chesapeake,  VA 23320                Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                    $1.00

                                                           $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2085 of 3330

---

**Peggy Sylver**
16 Ridge Lake Dr.
Hampton, VA 23666

**Clm No 6263**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard Szymanski**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 6264**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kenneth Tabb**
9630 Woodbourne Road
Charles City, VA 23030

**Clm No 6265**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## *Claims Details*

2086 of 3330

---

**Patricia Tabb**
9630 Woodbourne Road
Charles City,  VA 23030

**Clm No 6266**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Tabor**
6805 Fordwick Drive
Norfolk,  VA 23518

**Clm No 6267**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dewitt Taborn**
114 Cromwell Parkway Apt A307
Norfolk,  VA 23505

**Clm No 6268**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## *Claims Details*

**Danny Tackett**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 6269**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Thomas Takach**
914 Jack Street
Brooklyn, MD 21225

**Clm No 6270**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Scott Talbott**
7818 St. Boniface Lane
Baltimore, MD 21222

**Clm No 6271**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

### Claims Details                                                              2088 of 3330

---

**Scott Talbott**                    **Clm No 6272**      Filed In Cases: 140
7818 St. Boniface Lane
Baltimore,  MD 21222                  Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                   $1.00

                                                           $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Gary Tanner**                      **Clm No 6273**      Filed In Cases: 140
1888 Haviland Drive
Virginia Beach,  VA 23454            Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                   $1.00

                                                           $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**John Anthony Taplin**              **Clm No 6274**      Filed In Cases: 140
4210 Culver Street
Dearborn Hights,  MI 48125          Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                   $1.00

                                                           $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2089 of 3330

---

**Richard Tarpley**
121 Turner Street
Summerville, SC 29483

**Clm No 6275**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Tom Tarver**
3344 Brandywine Dr.
Chesapeake, VA 23321

**Clm No 6276**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carol Tatem**
1306 Willow Ave.
Chesapeake, VA 23325

**Clm No 6277**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                            2090 of 3330

---

**James Tatem**                        <u>**Clm No 6278**</u>    Filed In Cases: 140
4754 Kempsville Greens Parkway
Virginia Beach,  VA 23462              Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                 $1.00
                                                          $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Robert Tatem**                       <u>**Clm No 6279**</u>    Filed In Cases: 140
1306 Willow Avenue
Chesapeake,  VA 23325                 Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                 $1.00
                                                          $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Benny Tatum**                        <u>**Clm No 6280**</u>    Filed In Cases: 140
5455 Cape Henry Avenue
Norfolk,  VA 23513                    Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                 $1.00
                                                          $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Marilyn Tatum**
5455 Cape Henry Ave.
Norfolk,  VA 23513

**Clm No 6281**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alfred Taylor**
1701 Atlanta Avenue
Portsmouth,  VA 23704

**Clm No 6282**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carl Taylor**
3060 Belle Haven Drive
Virginia Beach,  VA 23452

**Clm No 6283**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              2092 of 3330

---

**Charlie Taylor**                  **Clm No 6284**     Filed In Cases: 140
1339 Devonshire Court
Suffolk,  VA 23434              Class          Claim Detail Amount       Final Allowed Amount

                               UNS                    $1.00
                                                      $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Dennie Taylor**                   **Clm No 6285**     Filed In Cases: 140
3000 Keller Ave.
Norfolk,  VA 23509             Class          Claim Detail Amount       Final Allowed Amount

                               UNS                    $1.00
                                                      $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Edward Taylor**                   **Clm No 6286**     Filed In Cases: 140
735 E. 109th Street
Los Angeles CA,  90059         Class          Claim Detail Amount       Final Allowed Amount

                               UNS                    $1.00
                                                      $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                                  2093 of 3330

---

**Elliott D. Taylor**                    **Clm No 6287**    Filed In Cases: 140
546 Ahoskie-Cofield Road
Ahoskie,  NC 27910                       Class              Claim Detail Amount        Final Allowed Amount

                                         UNS                      $1.00
                                                                  $1.00

         Date Filed          1-Dec-2016
         Bar Date
         Claim Face Value         $1.00

---

**Florence Taylor**                      **Clm No 6288**    Filed In Cases: 140
522 A Clamp Drive
Leesville,  SC 29070                     Class              Claim Detail Amount        Final Allowed Amount

                                         UNS                      $1.00
                                                                  $1.00

         Date Filed          1-Dec-2016
         Bar Date
         Claim Face Value         $1.00

---

**Frank Taylor**                         **Clm No 6289**    Filed In Cases: 140
1109 Poquoson Ave.
Poquoson, VA 23662-1843                  Class              Claim Detail Amount        Final Allowed Amount

                                         UNS                    $1,250.00
                                                               $1,250.00

         Date Filed          1-Dec-2016
         Bar Date
         Claim Face Value       $1,250.00

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              2094 of 3330

| George Taylor | **Clm No 6290** | Filed In Cases: 140 | |
| 404 Keith Ct. | | | |
| Chesapeake, VA 23325 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

| Harold Taylor | **Clm No 6291** | Filed In Cases: 140 | |
| 413 Ingram Road | | | |
| Virginia Beach, VA 23452 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

| Isaac Taylor | **Clm No 6292** | Filed In Cases: 140 | |
| c/o Paul A. Weykamp | | | |
| 16 Stenersen Lane, Suite 2 | Class | Claim Detail Amount | Final Allowed Amount |
| Hunt Valley, MD 21030 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**John Taylor**
704 W 29th Street
Norfolk, VA 23508

**Clm No 6293**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joseph Taylor**
3153 Eason Road
Chesapeake, VA 23322-2328

**Clm No 6294**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kathleen Taylor**
4516 Exeter Drive
Suffolk, VA 23434

**Clm No 6295**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              2096 of 3330

---

**Larry Taylor**
2232 Kindling Hollow Rd.
Virginia Beach,  VA 23456

**Clm No 6296**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Laurna Taylor**
P. O. Box 2252
Suffolk,  VA 23432

**Clm No 6297**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Leonard Taylor**
1452 S. Eva Blvd.
Chesapeake,  VA 23320

**Clm No 6298**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Lola Taylor**
426 King Street Apt 407
Portsmouth, VA 23704

**Clm No 6299**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Luther Taylor**
810 McLawhorn Dr.
Greenville, NC 27834

**Clm No 6300**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Mark Taylor**
1432 Hull Street
Baltimore, MD 21230

**Clm No 6301**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                            2098 of 3330

---

**Meredith Taylor**              **Clm No 6302**    Filed In Cases: 140
418 Winchester Drive
Hampton,  VA 23666               Class           Claim Detail Amount        Final Allowed Amount

                                 UNS                      $1.00

                                                         $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Michael Taylor**               **Clm No 6303**    Filed In Cases: 140
271 Star Dust Circle
Newport News,  VA 23608          Class           Claim Detail Amount        Final Allowed Amount

                                 UNS                      $1.00

                                                         $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Patricia Taylor**              **Clm No 6304**    Filed In Cases: 140
413 Ingram Road
Virginia Beach,  VA 23452        Class           Claim Detail Amount        Final Allowed Amount

                                 UNS                      $1.00

                                                         $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                                    3/14/2018 3:55:46 PM

*Claims Details*                                                                                   2099 of 3330

---

**Robert Taylor**                          **Clm No 6305**     Filed In Cases: 140
3701 Riverside Drive
Norfolk,  VA 23502                          Class              Claim Detail Amount        Final Allowed Amount

                                            UNS                      $1.00

                                                                     $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Viola Taylor**                           **Clm No 6306**     Filed In Cases: 140
426 Sonora Drive
Hampton,  VA 23669                          Class              Claim Detail Amount        Final Allowed Amount

                                            UNS                      $1.00

                                                                     $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Wayne Taylor**                           **Clm No 6307**     Filed In Cases: 140
426 Sonora Drive
Hampton,  VA 23669                          Class              Claim Detail Amount        Final Allowed Amount

                                            UNS                      $1.00

                                                                     $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                                                2100 of 3330

---

**Wayne Taylor**                          **Clm No 6308**      Filed In Cases: 140
8281 Bear Ridge Road
Copperhill, VA 24079                      Class            Claim Detail Amount       Final Allowed Amount

                                          UNS                  $1.00
                                                               $1.00

        Date Filed          1-Dec-2016
        Bar Date
        Claim Face Value        $1.00

---

**William Taylor**                        **Clm No 6309**      Filed In Cases: 140
476 Beauregard Drive
Chesapeake,  VA 23323                     Class            Claim Detail Amount       Final Allowed Amount

                                          UNS                  $1,250.00
                                                               $1,250.00

        Date Filed          1-Dec-2016
        Bar Date
        Claim Face Value      $1,250.00

---

**Dean Teabo**                            **Clm No 6310**      Filed In Cases: 140
059 Desert Road
Corapeake,  NC 27926                      Class            Claim Detail Amount       Final Allowed Amount

                                          UNS                  $1.00
                                                               $1.00

        Date Filed          1-Dec-2016
        Bar Date
        Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              2101 of 3330

---

**LiLana Teabo**                          **Clm No 6311**    Filed In Cases: 140
059 Desert Road
Corapeake, NC 27926                        Class          Claim Detail Amount    Final Allowed Amount

                                           UNS                $1.00
                                                              $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Earlston Teal**                         **Clm No 6312**    Filed In Cases: 140
709 Saxon Court
Chesapeake, Va 23323                       Class          Claim Detail Amount    Final Allowed Amount

                                           UNS                $1.00
                                                              $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willie M. Teal**                        **Clm No 6313**    Filed In Cases: 140
5333 Godwin Blvd.
Suffolk, VA  23434                         Class          Claim Detail Amount    Final Allowed Amount

                                           UNS                $1.00
                                                              $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    2102 of 3330

| Elizabeth A. Teeples | | **Clm No 6314** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 478 Charter Oak Drive | | Class | Claim Detail Amount | Final Allowed Amount |
| Newport News,  VA 23608 | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 1-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| Adolph Temple | | **Clm No 6315** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 501 Bella Montagna Circle | | Class | Claim Detail Amount | Final Allowed Amount |
| Austin,  TX 78734 | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 1-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| James Temple | | **Clm No 6316** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 416 Temple Road | | Class | Claim Detail Amount | Final Allowed Amount |
| Elizabeth City,  NC 27909 | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 1-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2103 of 3330

---

**Benjamin Tendilla**
1516 Narbonne Ct.
Virginia Beach, VA 23456

**Clm No 6317**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Roger Tennyson**
615 Erin Lane
Chesapeake, VA 23323

**Clm No 6318**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Concepcion P. Teope**
3916 Forest Glen Road
Virginia Beach, VA 23452

**Clm No 6319**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              2104 of 3330

| William Terrell | | **Clm No 6320** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 2849 Camelot Blvd. | | Class | Claim Detail Amount | Final Allowed Amount |
| Chesapeake, VA 23323 | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 1-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| Daniel Terry | | **Clm No 6321** | Filed In Cases: 140 | |
|---|---|---|---|---|
| c/o Paul A. Weykamp | | Class | Claim Detail Amount | Final Allowed Amount |
| 16 Stenersen Lane, Suite 2 | | UNS | $1.00 | |
| Hunt Valley, MD 21030 | | | $1.00 | |
| | | | | |
| Date Filed | 1-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| James Terry | | **Clm No 6322** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 19908 Brightwell Crossing | | Class | Claim Detail Amount | Final Allowed Amount |
| Poolesville, MD 20837 | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 1-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2105 of 3330

---

**Lawrence Terry**
700 Waterfront Circle, #804
Newport News,  VA 23607

**Clm No 6323**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Terry**
308 Prospect Avenue
Cocoa,  FL 32922

**Clm No 6324**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Peggy Thiede**
4541 Exeter Drive
Suffolk, VA 23434

**Clm No 6325**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                        2106 of 3330

---

**Carol Thigpen**                 **Clm No 6326**    Filed In Cases: 140
645 Tyson Road
Virginia Beach,  VA 23462          Class            Claim Detail Amount      Final Allowed Amount

                                  UNS                      $1.00

                                                           $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Australia Thomas**              **Clm No 6327**    Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2         Class            Claim Detail Amount      Final Allowed Amount
Hunt Valley, MD 21030
                                  UNS                      $1.00

                                                           $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Carol D. Thomas**               **Clm No 6328**    Filed In Cases: 140
1520 Adams Circle
Hampton,  VA 23663                 Class            Claim Detail Amount      Final Allowed Amount

                                  UNS                      $1.00

                                                           $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                    2107 of 3330

---

**Haywood Thomas**                    **Clm No 6329**    Filed In Cases: 140
409 Mansion Road
Yorktown,  VA 23693                    Class            Claim Detail Amount        Final Allowed Amount

UNS                  $1.00

$1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**James Thomas**                      **Clm No 6330**    Filed In Cases: 140
817 Vermont Ave., Apt 3
Portsmouth,  VA 23707                  Class            Claim Detail Amount        Final Allowed Amount

UNS                  $1,250.00

$1,250.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value        $1,250.00

---

**Larry Thomas**                      **Clm No 6331**    Filed In Cases: 140
1510 Delevan Street
Norfolk,  VA 23523                     Class            Claim Detail Amount        Final Allowed Amount

UNS                  $1.00

$1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                        2108 of 3330

---

**Mary Thomas**                        **Clm No 6332**   Filed In Cases: 140
3000 Keller Ave
Norfolk,  VA 23509                     | Class | Claim Detail Amount | Final Allowed Amount |
                                       |-------|---------------------|----------------------|
                                       | UNS   | $1.00               |                      |
                                       |       | $1.00               |                      |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Mary E. Thomas**                     **Clm No 6333**   Filed In Cases: 140
3000 Keller Avenue
Norfolk,  VA 23509                     | Class | Claim Detail Amount | Final Allowed Amount |
                                       |-------|---------------------|----------------------|
                                       | UNS   | $1.00               |                      |
                                       |       | $1.00               |                      |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Melvin Thomas**                      **Clm No 6334**   Filed In Cases: 140
1806 Meadow Lake Drive
Norfolk,  VA 23518                     | Class | Claim Detail Amount | Final Allowed Amount |
                                       |-------|---------------------|----------------------|
                                       | UNS   | $1.00               |                      |
                                       |       | $1.00               |                      |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                  2109 of 3330

---

**Michelle D. Thomas**                     **Clm No 6335**    Filed In Cases: 140
81 Candytuff Lane
Durham,  NC 27713                          Class          Claim Detail Amount      Final Allowed Amount

                                           UNS                    $1.00
                                                                  $1.00

Date Filed             1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Dennis Thompson**                        **Clm No 6336**    Filed In Cases: 140
209 East 2nd St.
Blades,   DE 19973                         Class          Claim Detail Amount      Final Allowed Amount

                                           UNS                    $1.00
                                                                  $1.00

Date Filed             1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Dewey Thompson**                         **Clm No 6337**    Filed In Cases: 140
6614 Weldon Circle
Concord,  NC 28027                         Class          Claim Detail Amount      Final Allowed Amount

                                           UNS                    $1.00
                                                                  $1.00

Date Filed             1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2110 of 3330

---

**James Thompson**
279 Hazleton Road
Gates,  NC 27937

**Clm No 6338**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kenneth Thompson**
4605 Hardy Drive Apt. B
Suffolk,  VA 23435

**Clm No 6339**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mervin Thompson**
3004 Roundtable Dr.
Chesapeake,  VA 23323

**Clm No 6340**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              2111 of 3330

| Veronica Thompson | **Clm No 6341** | Filed In Cases: 140 | |
|---|---|---|---|
| 1022 Baltimore Street | Class | Claim Detail Amount | Final Allowed Amount |
| Norfolk, VA 23505 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Weldon Thompson | **Clm No 6342** | Filed In Cases: 140 | |
|---|---|---|---|
| 964 Washington Avenue | Class | Claim Detail Amount | Final Allowed Amount |
| Norfolk, VA 23504 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Antoinette Thorne | **Clm No 6343** | Filed In Cases: 140 | |
|---|---|---|---|
| 1361 Talbert Terrace S.E. | Class | Claim Detail Amount | Final Allowed Amount |
| Washington, DC 20020 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2112 of 3330

---

**Henrietta Thorne**
908 Linston Lane
Portsmouth, VA 23701

**Clm No 6344**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Henrietta V. Thorne**
908 Liston Lane
Portsmouth, VA 23701

**Clm No 6345**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Alvin Thorogood**
P.O. Box 1754
Norfolk, VA 23501

**Clm No 6346**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/14/2018 3:55:46 PM

*Claims Details*                                                              2113 of 3330

---

**Ernest Throckmorton**                **Clm No 6347**   Filed In Cases: 140

693 Ellen Road                         Class          Claim Detail Amount      Final Allowed Amount

Newport News,  VA 23605
                                       UNS                    $1.00
                                                              $1.00

Date Filed              1-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Patricia Throckmorton**              **Clm No 6348**   Filed In Cases: 140

693 Ellen Road                         Class          Claim Detail Amount      Final Allowed Amount

Newport News,  VA 23605
                                       UNS                    $1.00
                                                              $1.00

Date Filed              1-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Donald Thurston**                    **Clm No 6349**   Filed In Cases: 140

30 Lancaster Road                      Class          Claim Detail Amount      Final Allowed Amount

King William,  VA 23086
                                       UNS                    $1.00
                                                              $1.00

Date Filed              1-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/14/2018 3:55:46 PM

*Claims Details*                                                                                    2114 of 3330

---

**Bernice Tichnell**                    **Clm No 6350**      Filed In Cases: 140
181 Armstrong Street, Apt. D
Keyser,  West Virginia 26726            Class           Claim Detail Amount        Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

        Date Filed          1-Dec-2016
        Bar Date
        Claim Face Value        $1.00

---

**Stanley Tillery**                     **Clm No 6351**      Filed In Cases: 140
209 Brinkleyville Road
Ahoskie,  NC 27910                      Class           Claim Detail Amount        Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

        Date Filed          1-Dec-2016
        Bar Date
        Claim Face Value        $1.00

---

**Tommie Tillman**                      **Clm No 6352**      Filed In Cases: 140
3305 Camelot Blvd.
Chesapeake,  VA 23323                   Class           Claim Detail Amount        Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

        Date Filed          1-Dec-2016
        Bar Date
        Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*   3/14/2018 3:55:46 PM

*Claims Details*                                                                                    2115 of 3330

---

**Deborah Timms**                    **Clm No 6353**      Filed In Cases: 140
8335 Taran Court
Easton,  MD 21601                    Class              Claim Detail Amount        Final Allowed Amount

                                     UNS                      $1.00
                                                              $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Chester Tippins**                  **Clm No 6354**      Filed In Cases: 140
Route #2 Box 71
New Martinsville,  WV 26155          Class              Claim Detail Amount        Final Allowed Amount

                                     UNS                      $1.00
                                                              $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Chester Tippins**                  **Clm No 6355**      Filed In Cases: 140
Route #2 Box 71
New Martinsville,  WV 26155          Class              Claim Detail Amount        Final Allowed Amount

                                     UNS                    $1,250.00
                                                           $1,250.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value       $1,250.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2116 of 3330

---

**Judith Tisdale**
6439 Pinewood Drive
Orlando,  FL 32822

**Clm No 6356**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jamie Tisdom**
102 Allard Road
Portsmouth,  VA 23701

**Clm No 6357**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jamie Tisdom**
102 Allard Road
Portsmouth,  VA 23701

**Clm No 6358**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

---

**Frances Titus**                                    **Clm No 6359**      Filed In Cases: 140
5929 Madison Avenue
Newport News,  VA 23605                   | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Frances Titus**                                    **Clm No 6360**      Filed In Cases: 140
5929 Madison Ave.
Newport News,  VA 23605                   | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Annette Tobias**                                   **Clm No 6361**      Filed In Cases: 140
14 Mountain Ash Pl.
Hampton,  VA 23666                        | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                    2118 of 3330

---

**Bennie Tobias**                 **Clm No 6362**      Filed In Cases: 140
607 Arbor Court
Newport News,  VA 23606           Class            Claim Detail Amount      Final Allowed Amount

                                  UNS                      $1.00
                                                           $1.00

          Date Filed          1-Dec-2016
          Bar Date
          Claim Face Value         $1.00

---

**Hakima S. Todd**                **Clm No 6363**      Filed In Cases: 140
2908 Elbyrne Court
Chesapeake,  VA 23325             Class            Claim Detail Amount      Final Allowed Amount

                                  UNS                      $1.00
                                                           $1.00

          Date Filed          1-Dec-2016
          Bar Date
          Claim Face Value         $1.00

---

**Kimberly Todd**                 **Clm No 6364**      Filed In Cases: 140
3907 Kiwanis Loop
Virginia Beach,  VA 23456         Class            Claim Detail Amount      Final Allowed Amount

                                  UNS                      $1.00
                                                           $1.00

          Date Filed          1-Dec-2016
          Bar Date
          Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                     3/14/2018 3:55:46 PM

### Claims Details

**James Tolbert**
14534 Old Court House Way
Newport News,  VA 23608

**Clm No 6365**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Tyrone Toler**
64 Dales Drive
Portsmouth,  VA 23704

**Clm No 6366**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Adrean Tolson**
41 Harris Landing Road
Hampton,  VA 23669

**Clm No 6367**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Paul Tomko**
28740 West Court
Marion Station,  MD 21838

**Clm No 6368**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Paul Tomko**
28740 West Court Rd
Marion Station,  MD 21838

**Clm No 6369**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Melvin Tomlinson**
1077 Pacific Street
Idaho Falls,  ID 83404

**Clm No 6370**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2121 of 3330

---

**Joseph Tonarella**
662 Jupiter Hills Court
Arnold, MD 21012

**Clm No 6371**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sanford Toney**
325 Dexter Street
Chesapeake, VA 23324

**Clm No 6372**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Tairn Tononi**
470 Willowbrook Drive
Lehigh Acres, FL 33972

**Clm No 6373**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Kenneth Toombs**
501 Chesopeian Trail
Virginia Beach,  VA 23452

**Clm No 6374**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rhonda Toomer**
118 Watts Drive
Hampton,  VA 23666

**Clm No 6375**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Sharon Toomer**
13151 Lighthouse Lane
Carrollton, VA 23314

**Clm No 6376**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2123 of 3330

---

**Richard Towe**
468 Bunting Drive
Columbia, SC 29229

**Clm No 6377**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carroll Towler**
101 Towne Square Drive
Newport News, VA 23607

**Clm No 6378**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Townes**
200 Robinson Way
Windsor, VA 23487-9439

**Clm No 6379**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2124 of 3330

---

**Willie Townes**
309 Ilene Drive
Newport News,  VA 23608

**Clm No 6380**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-----|-----|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dennis Townsend**
9136 Sunshine Drive
Youngstown,  Florida 32466

**Clm No 6381**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| | |
|-----|-----|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Grace Trahan**
2523 Woodshire Cir.
Chesapeake,  VA 23323

**Clm No 6382**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-----|-----|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                  2125 of 3330

| Francis E. Travis | **Clm No 6383** | Filed In Cases: 140 | |
|---|---|---|---|
| 5806 Bertrand Street | | | |
| Portsmouth, VA 23703 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value     $1.00

| Marilyn Tripps | **Clm No 6384** | Filed In Cases: 140 | |
|---|---|---|---|
| 7421 Forrest Avenue | | | |
| Baltimore, MD 21234 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value     $1.00

| Donald Tross | **Clm No 6385** | Filed In Cases: 140 | |
|---|---|---|---|
| 110 Riverview Plantation Drive | | | |
| Williamsburg, VA 23188 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value     $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**                **E-mail:** claimsmanager@omnimgt.com            **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                         3/14/2018 3:55:46 PM

*Claims Details*                                                                          2126 of 3330

---

**Deborah Trotz**                    **Clm No 6386**     Filed In Cases: 140
6910 Brook Ave.
Baltimore,  MD 21206                 Class            Claim Detail Amount      Final Allowed Amount

                                     UNS                      $1.00
                                                             $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**John Tucker**                      **Clm No 6387**     Filed In Cases: 140
306-A Circuit Lane
Newport News,  VA 23608              Class            Claim Detail Amount      Final Allowed Amount

                                     UNS                      $1.00
                                                             $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Robert Tucker**                    **Clm No 6388**     Filed In Cases: 140
2621 Cedar Road
Chesapeake,  VA 23323                Class            Claim Detail Amount      Final Allowed Amount

                                     UNS                      $1.00
                                                             $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                2127 of 3330

---

**William Tucker**                    **Clm No 6389**      Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2            Class          Claim Detail Amount      Final Allowed Amount
Hunt Valley, MD 21030
                                      UNS                    $1.00
                                      ─────────────────────────────────────────────────
                                                              $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Jean Tuggle**                       **Clm No 6390**      Filed In Cases: 140
314 Maple Gap Rd.
Swords Creek,  VA 24649               Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                    $1.00
                                      ─────────────────────────────────────────────────
                                                              $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Edgar Tugman**                      **Clm No 6391**      Filed In Cases: 140
210 Salkahatchie Street
Summerville,  SC 29485                Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                    $1.00
                                      ─────────────────────────────────────────────────
                                                              $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              2128 of 3330

---

**Darryl Turner**                    **Clm No 6392**      Filed In Cases: 140
119 Seekel Street
Norfolk,  VA 23505                    Class            Claim Detail Amount        Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Frances Turner**                   **Clm No 6393**      Filed In Cases: 140
4433 Ducktown Road
Zuni,  VA 23898                       Class            Claim Detail Amount        Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Frances Turner**                   **Clm No 6394**      Filed In Cases: 140
4433 Ducktown Road
Zuni,  VA 23898                       Class            Claim Detail Amount        Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                      3/14/2018 3:55:46 PM

*Claims Details*                                                                               2129 *of* 3330

---

**Francis Turner**                    **Clm No 6395**        Filed In Cases: 140

24 Hearn Drive                        Class          Claim Detail Amount       Final Allowed Amount

Smithfield, VA 23430                  UNS                   $1.00

                                                            $1.00

Date Filed          1-Dec-2016

Bar Date

Claim Face Value    $1.00

---

**Gary Turner**                       **Clm No 6396**        Filed In Cases: 140

227 Lord Street, Buffalo, NY          Class          Claim Detail Amount       Final Allowed Amount

Buffalo, NY 14206                     UNS                   $1.00

                                                            $1.00

Date Filed          1-Dec-2016

Bar Date

Claim Face Value    $1.00

---

**George Turner**                     **Clm No 6397**        Filed In Cases: 140

1801 Innsbruck Circle                 Class          Claim Detail Amount       Final Allowed Amount

Virginia Beach, VA 23456              UNS                   $1.00

                                                            $1.00

Date Filed          1-Dec-2016

Bar Date

Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    2130 of 3330

---

**Gino Turner**                          **Clm No 6398**    Filed In Cases: 140
7727 Harrison Rd. Apt. 3
Norfolk,  VA 23505                        Class          Claim Detail Amount    Final Allowed Amount

                                         UNS                $1.00
                                                            $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**James Turner**                         **Clm No 6399**    Filed In Cases: 140
1594 Quicksburg Road
Quicksburg,  VA 22847-1254               Class          Claim Detail Amount    Final Allowed Amount

                                         UNS                $1.00
                                                            $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**John Turner**                          **Clm No 6400**    Filed In Cases: 140
1139 41st Street
Newport News,  VA 23607                  Class          Claim Detail Amount    Final Allowed Amount

                                         UNS                $1.00
                                                            $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              2131 of 3330

---

**Leonard Turner**                  **Clm No 6401**       Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2          Class          Claim Detail Amount      Final Allowed Amount
Hunt Valley, MD 21030
                                    UNS                $1.00
                                                       $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Leroy Turner**                    **Clm No 6402**       Filed In Cases: 140
4433 Ducktown Road
Zuni,  VA 23898                     Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                $1.00
                                                       $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Lucille Turner**                  **Clm No 6403**       Filed In Cases: 140
32275 Unity Road
Ivor,  VA 23866                     Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                $1.00
                                                       $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

**Lucille Turner**
32275 Unity Road
Ivor, VA 23866

**Clm No 6404**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Richard Turner**
293 Corporate Blvd., Apt. 108
Norfolk, VA 23502

**Clm No 6405**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Sarah Turner**
940 Portsmouth Blvd. Lot 17
Suffolk, VA 23434

**Clm No 6406**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Steven Turner**
1705 Bradford Terrace
Portsmouth, VA 23704

**Clm No 6407**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sylvia Turner**
3024 Round Table Dr.
Chesapeake,  VA 23323

**Clm No 6408**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sylvia Turner**
3024 Round Table Drive
Chesapeake,  VA 23323

**Clm No 6409**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2134 of 3330

---

**Virginia Turner**
1594 Quicksburg Rd.
Quicksburg,  VA 22847

**Clm No 6410**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**James Twine**
116 Carotauk Drive
Currituck,  NC 27929

**Clm No 6411**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Virginia Twine**
116 Carotauk Drive
Currituck,  NC 27929

**Clm No 6412**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**William Twine**
1025  32nd Street
Newport News,  VA 23607

**Clm No 6413**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Donnie Twiss**
2619 Crystal Springs Dr.
Fayetteville,  NC 28306

**Clm No 6414**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carter Tyler**
5909 College Drive
Suffolk,  VA 23435

**Clm No 6415**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

2136 of 3330

---

**Curtis Tyler**
104 Prescott Court
Suffolk,  VA 23434

<u>Clm No 6416</u>    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Helen Tyler**
1508 Lindsay Avenue
Portsmouth,  VA 23704

<u>Clm No 6417</u>    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Charles Tynch**
417 Harris Landing Road
Edenton,  NC 27932

<u>Clm No 6418</u>    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/14/2018 3:55:46 PM

*Claims Details*                                                       2137 of 3330

---

**Saleda R. Tynes**                    **Clm No 6419**    Filed In Cases: 140
800 Victoria Blvd.
Hampton,  VA 23661                      Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                  $1.00
                                                            $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Wilbert Tynes**                      **Clm No 6420**    Filed In Cases: 140
424 Hampton Roads Ave.
Hampton,  VA 23661                      Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                  $1.00
                                                            $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Wilbert Tynes**                      **Clm No 6421**    Filed In Cases: 140
111 Meadowbrook Lane
Smithfield,  VA 23430                   Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                  $1.00
                                                            $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2138 of 3330

---

**Wilbert E. Tynes**
111 Meadowbrook Lane
Smithfield, VA 23430

**Clm No 6422**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Tynes**
308 Cedar Street
Suffolk, VA 23434

**Clm No 6423**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Clifford Tyree**
3704 Abbey Court
Hampton, VA 23661-1627

**Clm No 6424**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Joyce Tysinger**
955 Harpersville Road, Apt 3031
Newport News,  VA 23601

**Clm No 6425**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joyce Tysinger**
955 Harpersville Road, Apt 3031
Newport News,  VA 23601

**Clm No 6426**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Stanley Tyson**
90 Carver Circle
Portsmouth,  VA 23701

**Clm No 6427**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2140 of 3330

---

**Andrew Uhler**
1882 Katie Lane
Hayes,  VA 23072

**Clm No 6428**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Kay Uhler**
1882 Katie Lane
Hayes,  VA 23072

**Clm No 6429**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Albert Urania**
247 Puddin Ridge Road
Moyock,  NC 27958

**Clm No 6430**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2141 of 3330

| Tammy Ureste | **Clm No 6431** | Filed In Cases: 140 | |
|---|---|---|---|
| 3209 - 41st Street | Class | Claim Detail Amount | Final Allowed Amount |
| Lubbock, TX 79413 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| Richard Vain | **Clm No 6432** | Filed In Cases: 140 | |
|---|---|---|---|
| 10002 Perine Lane | Class | Claim Detail Amount | Final Allowed Amount |
| Parkville, MD 21234 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| Alex Valencia | **Clm No 6433** | Filed In Cases: 140 | |
|---|---|---|---|
| 1101 Ginger Ridge Court | Class | Claim Detail Amount | Final Allowed Amount |
| Virginia Beach, VA 23462 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2142 of 3330

---

**David Valenta**
9182 Moran Circle
Gloucester, VA 23061

**Clm No 6434**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Carolyn Valentine**
209 Missionary Ridge
Hampton, VA 23669

**Clm No 6435**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Fletcher Valentine**
209 Missionary Ridge
Hampton, VA 23669

**Clm No 6436**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Robert Valle**
2434 Webb Court
Norfolk,  VA 23518

**Clm No 6437**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas Van Fossen**
1404 Cherry Lane
Virginia Beach,  VA 23454

**Clm No 6438**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Diane Van Hassel**
8112 Pinehill Street
Laurel,  MD 20707

**Clm No 6439**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    2144 of 3330

---

**Elizabeth Vanderploeg**
8320 N. 325 W
Fountaintown,  IN 46130

**Clm No 6440**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Cletus VanDevander**
590 Heathland Trail
Aberdeen,  MD 21001

**Clm No 6441**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Vandiver**
1205 Duchess Court
Gray,  TN 37615

**Clm No 6442**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

---

**Betty Vangasbeck**
100 View Lane Apt. #104
Factoryville, PA 18419

**Clm No 6443**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Vanhook**
303 Poplar Ave.
Newport News, VA 23607

**Clm No 6444**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Calvin Vann**
P.O. Box 2355
Chesapeake, VA 23327

**Clm No 6445**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                    2146 of 3330

---

**DeLois Vann**                          **Clm No 6446**    Filed In Cases: 140
P.O. Box 1266
Norfolk,  VA 23501                       Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Frankie Vann**                         **Clm No 6447**    Filed In Cases: 140
126 James Landing Road
Newport News,  VA 23606                  Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Corazon Vanta**                        **Clm No 6448**    Filed In Cases: 140
1240 New Land Drive
Virginia Beach, VA 23453                 Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Michael Vargo**
P.O Box #96
Alexandria,  PA 16611

**Clm No 6449**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sue F. Varner**
319 Florida Avenue
Portsmouth,  VA 23707

**Clm No 6450**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gregory Vaughan**
712 Sutherland Drive
Chesapeake,  VA 23320

**Clm No 6451**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                      3/14/2018 3:55:46 PM

*Claims Details*                                                                2148 of 3330

---

**Margie Vaughan**
1405 Mariner Street
Franklin, VA 23851

**Clm No 6452**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Mary Vaughan**
127 Fox Hill Road
Hampton, VA 23669

**Clm No 6453**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Vernon Vaughan**
127 Fox Hill Road
Hampton, VA 23669

**Clm No 6454**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2149 of 3330

| Benjamin Vaughn | **Clm No 6455** | Filed In Cases: 140 | |
|---|---|---|---|
| 2102 Belgian Court | Class | Claim Detail Amount | Final Allowed Amount |
| Fallston, MD 21047 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Benjamin Vaughn | **Clm No 6456** | Filed In Cases: 140 | |
|---|---|---|---|
| 2102 Belgian Ct. | Class | Claim Detail Amount | Final Allowed Amount |
| Fallston, MD 21047 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Harry Vaughn | **Clm No 6457** | Filed In Cases: 140 | |
|---|---|---|---|
| 2101 N. Wilpar Drive, Apt 102 | Class | Claim Detail Amount | Final Allowed Amount |
| Greensboro, NC 27406 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                          2150 of 3330

---

**Melodi Vaughn**                    **Clm No 6458**    Filed In Cases: 140
212 Daphne Drive
Yorktown, VA 23692           Class          Claim Detail Amount       Final Allowed Amount

                            UNS                $1.00
                                               $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Ollie Vaughn**                     **Clm No 6459**    Filed In Cases: 140
c/o Brenda Vaughn
137 Bellamy Ave.             Class          Claim Detail Amount       Final Allowed Amount
Norfolk, VA 23523
                            UNS                $1.00
                                               $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rogelio Velbis**                   **Clm No 6460**    Filed In Cases: 140
608 Water Oak Road
Virginia Beach, VA 23452     Class          Claim Detail Amount       Final Allowed Amount

                            UNS                $1.00
                                               $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Clemencio Vergara**
4677 Berry Wood Road
Virginia Beach,  VA 23464

**Clm No 6461**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Teodoro Vergonio**
3121 Montour Court
Virginia Beach,  VA 23453

**Clm No 6462**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Henry Verlander**
423 Berkshire Terrace
Hampton,  VA 23666-2219

**Clm No 6463**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Gregory Vick**
5010 82nd Street
Newport News, VA 23605

**Clm No 6464**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard Vick**
15427 Rolfe Highway
Surry,  VA 23883

**Clm No 6465**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Vines**
3608 Braxton Avenue
Portsmouth,  VA 23701

**Clm No 6466**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                2153 of 3330

---

**Barbara Vines**                    <u>Clm No 6467</u>    Filed In Cases: 140
3608 Braxton Avenue
Portsmouth,  VA 23701-3543           Class         Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00

                                                            $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Margaret Vinson**                  <u>Clm No 6468</u>    Filed In Cases: 140
1316 Williams Styron Sq. S.
Newport News,  VA 23505-2881         Class         Claim Detail Amount      Final Allowed Amount

                                     UNS                  $1,250.00

                                                         $1,250.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1,250.00

---

**Charles E. Vogan**                 <u>Clm No 6469</u>    Filed In Cases: 140
5500 Tidewater Drive
Norfolk,  VA 23509                   Class         Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00

                                                            $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

---

**Samuel Vogel**
P.O. Box 7, Route 694
Hudgins,  VA 23076

**Clm No 6470**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Edward Votava**
1005 Debbie Avenue
Baltimore,  MD 21221

**Clm No 6471**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Walter Vovak**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 6472**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    2155 of 3330

---

**Cathy Voytek**

420 Hamlet Club Drive, Suite 102

Edgewater, MD 21037

**Clm No 6473**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Leon Vreeland**

720 Todds Lane

Hampton, VA 23666

**Clm No 6474**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Milton Waddler**

201 Main Street

Portsmouth, VA 23701

**Clm No 6475**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1,250.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2156 of 3330

---

**Sarah Waddler**
201 Main Street
Portsmouth,  VA 23701

**Clm No 6476**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-----|-----|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Norman Wade**
22067 Reynolds Drive
Carrollton,  VA 23314

**Clm No 6477**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-----|-----|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Stephen Wade**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 6478**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-----|-----|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

### Claims Details

**Tex Wade**
31281 Piney Wood Hill Dr.
Franklin, VA 23851

**Clm No 6479**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Maxine Wadsworth**
1509 Richmond Ave.
Portsmouth, VA 23704

**Clm No 6480**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Douglas Wagner**
13 Seminary Drive
Lutherville, MD 21093

**Clm No 6481**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    2158 of 3330

---

**Melvin Wagner**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 6482**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Paul Wagner**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 6483**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Eugene Wagoner**
5004 81st Street
Newport News,  VA 23605

**Clm No 6484**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

---

**Peggy Wagoner**
5004 81st Street
Newport News, VA 23605

**Clm No 6485**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kenneth Wahlman**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 6486**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Teresa Wainwright**
1204 Sparrows Bay
Blounts Creek, NC 27814

**Clm No 6487**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    2160 of 3330

---

**Dianna Waldron**    **Clm No 6488**    Filed In Cases: 140
3214 Canterbury Lane
Fallston,  MD 21047

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Cynthia Walker**    **Clm No 6489**    Filed In Cases: 140
2410 West Avenue, Apt 410
Newport News,  VA 23607

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Julius Walker**    **Clm No 6490**    Filed In Cases: 140
3 Tupelo Cir.
Hampton,  VA 23666

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                          3/14/2018 3:55:46 PM

*Claims Details*                                                                                          2161 of 3330

---

**Lemuel Walker**                          **Clm No 6491**        Filed In Cases: 140
138 Nosay Road
South Mills, NC 27976                       Class              Claim Detail Amount        Final Allowed Amount

                                           UNS                      $1.00
                                                                    $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Linda Walker**                           **Clm No 6492**        Filed In Cases: 140
3561 Forest Haven Lane
Chesapeake, VA 23321                        Class              Claim Detail Amount        Final Allowed Amount

                                           UNS                      $1.00
                                                                    $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Nathaniel Walker**                        **Clm No 6493**        Filed In Cases: 140
3561 Forest Haven Lane
Chesapeake, VA 23321                        Class              Claim Detail Amount        Final Allowed Amount

                                           UNS                      $1.00
                                                                    $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              2162 of 3330

---

**Pleasant Walker**                        **Clm No 6494**    Filed In Cases: 140
921 Helmsdale Court
Chesapeake,  VA 23320                       Class          Claim Detail Amount      Final Allowed Amount

                                           UNS                  $1.00
                                                                $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Ruth Walker**                            **Clm No 6495**    Filed In Cases: 140
970 Merrimac Ave.
Norfolk,  VA 23504                          Class          Claim Detail Amount      Final Allowed Amount

                                           UNS                  $1.00
                                                                $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Thomas Walker**                          **Clm No 6496**    Filed In Cases: 140
2020 Newport News Street
Kill Devil Hill,  NC 27948                  Class          Claim Detail Amount      Final Allowed Amount

                                           UNS                  $1.00
                                                                $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    2163 of 3330

---

**Willis Walker**    **Clm No 6497**    Filed In Cases: 140
13182 Old Belfield Road
Capron,  VA 23829

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Yvonne Walker**    **Clm No 6498**    Filed In Cases: 140
2618 Shell Road
Hampton,  VA 23661

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Zell Walker**    **Clm No 6499**    Filed In Cases: 140
8004 Quail Hollow
Suffolk,  VA 23433

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value       $1,250.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              2164 of 3330

---

**Barbara Wall**
5329 Parliament Drive
Virginia Beach,  VA 23462

**Clm No 6500**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Christine Wall**
406 Beech Drive
Newport News,  VA 23601

**Clm No 6501**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Melva Wall**
102 Allison Road
Newport News,  VA 23602

**Clm No 6502**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2165 of 3330

---

**Ruben Wall**
102 Allison Road
Newport News,  VA 23602

**Clm No 6503**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Wall**
5329 Parliament Drive
Virginia Beach,  VA 23462

**Clm No 6504**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ollie Wallace**
4908 Westgrove Road
Virginia Beach,  VA 23455

**Clm No 6505**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

2166 of 2500

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

---

**Ruthie Wallace**
1716 Oakfield Avenue
Norfolk, VA 23523

**Clm No 6506**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ruthie Wallace**
1716 Oakfield Ave.
Norfolk, VA 23523

**Clm No 6507**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ronnie Walls**
1343 Sunset Drive
Norfolk, VA 23503

**Clm No 6508**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Kenneth Walters**
7786 Patriots Way
Gloucester, VA. 23061

**Clm No 6509**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kenneth Graham Walters**
7786 Patriots Way
Gloucester, VA 23061

**Clm No 6510**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rufus Walters**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 6511**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              2168 of 3330

| William Walters | **Clm No 6512** | Filed In Cases: 140 | |
|---|---|---|---|
| 317 Columbia Avenue | Class | Claim Detail Amount | Final Allowed Amount |
| Hampton, VA 23669 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| William Walters | **Clm No 6513** | Filed In Cases: 140 | |
|---|---|---|---|
| 325 Freeman Mill Road | Class | Claim Detail Amount | Final Allowed Amount |
| Suffolk, VA 23438 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| Elizabeth Walton | **Clm No 6514** | Filed In Cases: 140 | |
|---|---|---|---|
| 1424 Holt Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Portsmouth, VA 23701 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*

| **Evoria Walton** | **Clm No 6515** | Filed In Cases: 140 | |
|---|---|---|---|
| 4324 N. Ainslie Ct. | Class | Claim Detail Amount | Final Allowed Amount |
| Suffolk,  VA 23434 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

| **Sherman Walton** | **Clm No 6516** | Filed In Cases: 140 | |
|---|---|---|---|
| 1424 Holt Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Portsmouth,  VA 23701 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

| **Dolores Ward** | **Clm No 6517** | Filed In Cases: 140 | |
|---|---|---|---|
| 4323 Berger Avenue | Class | Claim Detail Amount | Final Allowed Amount |
| Baltimore,  Maryland 21206 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                                    3/14/2018 3:55:46 PM

*Claims Details*                                                                                  2170 of 3330

---

**Doris Ward**                          **Clm No 6518**       Filed In Cases: 140
906 Martha Circle
Newport News,  VA 23605                  Class              Claim Detail Amount        Final Allowed Amount

                                        UNS                      $1.00
                                                                 $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Dutchess Ward**                       **Clm No 6519**       Filed In Cases: 140
1620 Faulk St.
Chesapeake,  VA 23323                    Class              Claim Detail Amount        Final Allowed Amount

                                        UNS                      $1.00
                                                                 $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**George Ward**                         **Clm No 6520**       Filed In Cases: 140
104 Briarwood Drive
Hampton,  VA 23666                       Class              Claim Detail Amount        Final Allowed Amount

                                        UNS                    $1,250.00
                                                               $1,250.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value           $1,250.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2171 of 3330

---

**Henry Ward**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 6521**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Norman Ward**
P.O. Box 204
Moyock, NC 27958

**Clm No 6522**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sherry Ward**
2184 Birch Street SW
Supply, NC 28462

**Clm No 6523**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**William Warf**
5517 Foxtail Court
Wesley Chapel, FL 33543-4527

**Clm No 6524**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jacqueline Warren**
10317 Joyner Town Lane
Windsor, VA 23487

**Clm No 6525**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Marilyn Warren**
5708 Lancelot Drive
Virginia Beach, VA 23464

**Clm No 6526**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2173 of 3330

---

**John Warren, Jr.**
517 Aylesbury Drive
Chesapeake,  VA 23322

**Clm No 6527**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Bruce Washington**
806 Bold Street
Portsmouth, VA 23701

**Clm No 6528**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Erwin Washington**
2830 Pigeon Hill Rd.
Hayes,  VA 23072

**Clm No 6529**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2174 of 3330

---

**Floyd Washington**
P.O. Box 159
Elizabethtown, NC 28337

**Clm No 6530**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Freddie Washington**
724 Jericho Road
Virginia Beach, VA 23455

**Clm No 6531**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**George Washington**
907 Pocahontas Place
Hampton, VA 23661

**Clm No 6532**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2175 of 3330

---

**Ronney Washington**
75 Wellesley Drive Apt 515
Newport News,  VA 23606

**Clm No 6533**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Stephanie Washington**
13325 Burleigh Street
Upper Marlboro,  MD 20774

**Clm No 6534**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Walter Washington**
119 Prince George Drive
Hampton,  VA 23669

**Clm No 6535**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/14/2018 3:55:46 PM

*Claims Details*

---

**William Washington**

P.O. Box 6132

Newport News,  VA 23606-0132

**Clm No 6536**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**James Waterfield**

8516 Maples Road

Baltimore,  MD 21219

**Clm No 6537**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Waterfield**

c/o Paul A. Weykamp

16 Stenersen Lane, Suite 2

Hunt Valley, MD 21030

**Clm No 6538**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2177 of 3330

---

**Gloria Waters**
928 Baydon Lane
Chesapeake,  VA 23322

**Clm No 6539**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gloria Waters**
928 Baydon Lane
Chesapeake,  VA 23322

**Clm No 6540**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Larry Waters**
704 River Hollow Court
Chesapeake,  VA 23320

**Clm No 6541**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    2178 of 3330

---

**William Waters**                          **Clm No 6542**    Filed In Cases: 140
109 Cannon Drive
Newport News,  VA 23602              | Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|---------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**C.L. Watkins**                            **Clm No 6543**    Filed In Cases: 140
1200 Micott Drive
Hampton,  VA 23666                   | Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|---------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Janet O. Watkins**                        **Clm No 6544**    Filed In Cases: 140
20 Terrell Road
Newport News,  VA 23606             | Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|---------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2179 of 3330

---

**John Watkins**
7304 Betz Avenue
Baltimore, MD 21219

**Clm No 6545**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Albert Watson**
1317 Roanoke Avenue
Newport News, VA 23607

**Clm No 6546**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Watson**
3964 Port Road
Chesapeake, VA 23321

**Clm No 6547**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## *Claims Details*

**Carol Watson**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 6548**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--------------------|-------------|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Cheryle Watson**
500 Big Forrest Court Apt. 423
Newport News, VA 23608

**Clm No 6549**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--------------------|-------------|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Cheryle Watson**
500 Big Forrest Court Apt. 423
Newport News, VA 23608

**Clm No 6550**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--------------------|-------------|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                            2181 of 3330

| David Watson | **Clm No 6551** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Paul A. Weykamp | Class | Claim Detail Amount | Final Allowed Amount |
| 16 Stenersen Lane, Suite 2 | | | |
| Hunt Valley, MD 21030 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| James Watson | **Clm No 6552** | Filed In Cases: 140 | |
|---|---|---|---|
| 3333 Sir Meliot Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Chesapeake, VA 23323 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Janet Watson | **Clm No 6553** | Filed In Cases: 140 | |
|---|---|---|---|
| 1763 Parrish Street | Class | Claim Detail Amount | Final Allowed Amount |
| Chesapeake, VA 23324 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                           3/14/2018 3:55:46 PM

*Claims Details*                                                                          2182 of 3330

| Kenneth Watson | **Clm No 6554** | Filed In Cases: 140 | |
|---|---|---|---|
| 6360 Drew Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Virginia Beach, VA 23464 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Kenneth Watson | **Clm No 6555** | Filed In Cases: 140 | |
|---|---|---|---|
| P.O. Box 176 | Class | Claim Detail Amount | Final Allowed Amount |
| 29256 Davis Drive | UNS | $1.00 | |
| Mappsville, VA 23407 | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Linda Watson | **Clm No 6556** | Filed In Cases: 140 | |
|---|---|---|---|
| 849 Drawbridge Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Chesapeake, VA 23323 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2183 of 3330

---

**Nathaniel Watson**
1409 Loren Crescent
Portsmouth,  VA 23701

**Clm No 6557**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Nola Watson**
14 Albemarle Street
Portsmouth,  VA 23707

**Clm No 6558**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Raymond Watson**
733 Southleaf Drive
Virginia Beach,  VA 23462

**Clm No 6559**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2184 of 3330

---

**Roscoe Watson**
909 Dandridge Drive
Portsmouth,  VA 23701

**Clm No 6560**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Vernon Watson**
511 County Street
Portsmouth,  VA 23704

**Clm No 6561**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Watson**
1018 Palmer Street
Portsmouth,  VA 23704

**Clm No 6562**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    2185 of 3330

---

| **William Watson, Jr.** | | **Clm No 6563** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 1018 Palmer Street | | Class | Claim Detail Amount | Final Allowed Amount |
| Portsmouth, VA 23704 | | | | |
| | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 1-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

---

| **Maurice Watts** | | **Clm No 6564** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 3920 Lakeview Drive | | Class | Claim Detail Amount | Final Allowed Amount |
| Chesapeake, VA 23323 | | | | |
| | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 1-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

---

| **Linda Wayne** | | **Clm No 6565** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 5705 Lynnhaven Pkwy Apt 224 | | Class | Claim Detail Amount | Final Allowed Amount |
| Virginia Beach, VA 23464 | | | | |
| | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 1-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    2186 of 3330

| Tommy Wayne | **Clm No 6566** | Filed In Cases: 140 | |
| 5705 Lynnhaven Pkwy #312 | Class | Claim Detail Amount | Final Allowed Amount |
| Virginia Beach, VA 23464 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1.00

| Carl Weaver | **Clm No 6567** | Filed In Cases: 140 | |
| 113 Commodore Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Hampton,  VA 23669 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1.00

| James Weaver | **Clm No 6568** | Filed In Cases: 140 | |
| 2709 Park Crescent | Class | Claim Detail Amount | Final Allowed Amount |
| Norfolk,  Va 23504 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value    $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**James Weaver**
5201 Averham Dr.
Virginia Beach, VA 23455

**Clm No 6569**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Weaver**
1110 Washington Irving Lane
Baltimore, MD 21220

**Clm No 6570**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lloyd B. Weaver**
27 Barbour Drive
Newport News, VA 23606

**Clm No 6571**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

## Claims Details

---

**Robert Weaver**
606 Hidden Falls Lane
Chesapeake,  VA 23320

**Clm No 6572**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carl Webb**
10843 New Road
Ivor,  VA 23866

**Clm No 6573**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jack Webb**
P.O. Box 1556
Gloucester,  VA 23061

**Clm No 6574**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    2189 of 3330

---

**Keith Webb**                          **Clm No 6575**    Filed In Cases: 140
25 Bayview Drive
Poquoson, VA 23662          Class          Claim Detail Amount      Final Allowed Amount

                            UNS                    $1.00
                                                   $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

Duplicate Claim No    6576

---

**Keith Webb**                          **Clm No 6576**    Filed In Cases: 140
25 Bayview Drive
Poquoson, VA 23662          Class          Claim Detail Amount      Final Allowed Amount

                            UNS                    $1.00
                                                   $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

Duplicate Claim No    6575

---

**Martha Webb**                         **Clm No 6577**    Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2   Class          Claim Detail Amount      Final Allowed Amount
Hunt Valley, MD 21030
                            UNS                    $1.00
                                                   $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*

---

**Ralph Webb**                          **Clm No 6578**    Filed In Cases: 140
1819 Citadel Road
Norfolk,  VA 23518                       Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Doris Weber**                         **Clm No 6579**    Filed In Cases: 140
796 Evergreen Road
Severn,  MD 21144                       Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Samuel Webster**                      **Clm No 6580**    Filed In Cases: 140
2920 Argonne Ave.
Norfolk,  VA 23509                      Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

## Claims Details

2191 of 3330

---

**Shelton Weeks**
102 Farm Drive
Elizabeth City, NC 27909

**Clm No 6581**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Shelton Weeks**
102 Farm Drive
Elizabeth City, NC 27909

**Clm No 6582**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Louis Weinkam**
1002 Frederick Road
Catonsville, Maryland 21228

**Clm No 6583**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2192 of 3330

---

**Joel Weisiger**
23 Teakwood Drive
Newport News, VA 23601

**Clm No 6584**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Danny Welch**
110 Suburban Pkwy.
Norfolk, VA 23505

**Clm No 6585**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kevin Wells**
1112 75th Street
Newport News, VA 23605

**Clm No 6586**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    2193 of 3330

---

**Robert Wells**                                    **Clm No 6587**    Filed In Cases: 140
4417 Templar Drive
Portsmouth,  VA 23703        Class            Claim Detail Amount        Final Allowed Amount

UNS            $1,250.00

$1,250.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value      $1,250.00

---

**Wanda Wells**                                    **Clm No 6588**    Filed In Cases: 140
1112 75th Street
Newport News,  VA 23605      Class            Claim Detail Amount        Final Allowed Amount

UNS            $1.00

$1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Dana Wellslager**                                **Clm No 6589**    Filed In Cases: 140
10913 Juarze Drive
Riverview,  FL 33569         Class            Claim Detail Amount        Final Allowed Amount

UNS            $1.00

$1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2194 of 3330

---

**Robert Wentworth**
863 Forestview Drive
Berkeley Springs,  WV 25411

**Clm No 6590**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Geraldine Werner**
7514 Carroll Avenue
Baltimore,  MD 21222

**Clm No 6591**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara West**
1531 Fleming Road
Hayes,  VA 23072

**Clm No 6592**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2195 of 3330

---

**Barbara West**
205 Pamela Drive
Hampton,  VA 23666

**Clm No 6593**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bernard West**
205 Pamela Drive
Hampton,  VA 23666

**Clm No 6594**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Brenda F. West**
2421 E. Princess Anne Road Apt C
Norfolk,  VA 23504

**Clm No 6595**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                      2196 of 3330

---

**Carlton West**                          **Clm No 6596**      Filed In Cases: 140
2437 Kennon Ave.
Norfolk, VA 23513                          Class          Claim Detail Amount      Final Allowed Amount

                                           UNS                  $1.00

                                                                $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Ernest West**                           **Clm No 6597**      Filed In Cases: 140
6993 Ashley Street
Hayes, VA 23072                            Class          Claim Detail Amount      Final Allowed Amount

                                           UNS                  $1.00

                                                                $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Fleta West**                            **Clm No 6598**      Filed In Cases: 140
7043 Coleman's Crossing Ave.
Hayes, VA 23072                            Class          Claim Detail Amount      Final Allowed Amount

                                           UNS                $1,250.00

                                                             $1,250.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value         $1,250.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    2197 of 3330

| Gloria West | | | |
|---|---|---|---|
| 2 Locust Run | **Clm No 6599** | Filed In Cases: 140 | |
| Poquoson, VA 23662 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Jo Ann West | | | |
|---|---|---|---|
| 8800 Blue Gate Lane | **Clm No 6600** | Filed In Cases: 140 | |
| Hayes, VA 23072 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1,250.00 | |
| | | $1,250.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1,250.00 |

| Kimberly A. West | | | |
|---|---|---|---|
| 1924 Denbury Drive | **Clm No 6601** | Filed In Cases: 140 | |
| Baltimore, MD 21222 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Mabel B. West**
1353 23 rd Street
Newport News,  VA 23607

**Clm No 6602**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Mable West**
1353 23rd Street
Newport News,  VA 23607

**Clm No 6603**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William West**
1531 Fleming Road
Hayes,  VA 23072

**Clm No 6604**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2199 of 3330

| Constance R. Westmoreland | **Clm No 6605** | Filed In Cases: 140 | |
|---|---|---|---|
| 2708 Arcadia Avenue | Class | Claim Detail Amount | Final Allowed Amount |
| Portsmouth, VA 23704 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Kathryn Westrich | **Clm No 6606** | Filed In Cases: 140 | |
|---|---|---|---|
| 513 York Warwick Dr. | Class | Claim Detail Amount | Final Allowed Amount |
| Yorktown, VA 23692 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Shirley West-Smith | **Clm No 6607** | Filed In Cases: 140 | |
|---|---|---|---|
| Route 2 Box 261-A | Class | Claim Detail Amount | Final Allowed Amount |
| 38080 St. George Road | UNS | $1.00 | |
| Delmar, DE 19940 | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                          2200 of 3330

---

**Rebecca Wheatley**                    **Clm No 6608**    Filed In Cases: 140
P.O. Box 305
Bracey,  VA 23919-0305              Class          Claim Detail Amount       Final Allowed Amount

                                    UNS                    $1.00
                                                           $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Elizabeth (Lena) Wheeler**           **Clm No 6609**    Filed In Cases: 140
913 Niblik Way
Newport News,  VA 23602             Class          Claim Detail Amount       Final Allowed Amount

                                    UNS                    $1,250.00
                                                           $1,250.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1,250.00

---

**Larry Wheeler**                       **Clm No 6610**    Filed In Cases: 140
13109 Smith Neck Road
Carrollton,  VA 23314               Class          Claim Detail Amount       Final Allowed Amount

                                    UNS                    $1.00
                                                           $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2201 of 3330

---

**Robert Wheless**
26 Bunting Lane
Poquoson, VA 23662

**Clm No 6611**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Donna Whisenant**
531 Wingfield Road
Tyner,  NC 27980

**Clm No 6612**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ricky Whisonant**
1624 Cypress Chapel Road
Suffolk,  VA 23434

**Clm No 6613**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2202 of 3330

---

**William Whitacre**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 6614**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Whitaker**
907 Rugby Street
Norfolk,  VA 23504

**Clm No 6615**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Marvin Whitaker**
3415 Tait Terrace
Norfolk,  VA 23513

**Clm No 6616**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              2203 of 3330

---

**William Whitaker**                    **Clm No 6617**    Filed In Cases: 140
225 N. 4th Street
Suffolk, VA 23434                        Class              Claim Detail Amount    Final Allowed Amount

                                         UNS                $1.00
                                                            $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Alease White**                        **Clm No 6618**    Filed In Cases: 140
1163 Mill Pond Road
Elizabeth City, NC 27909                 Class              Claim Detail Amount    Final Allowed Amount

                                         UNS                $1.00
                                                            $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Alfred White**                        **Clm No 6619**    Filed In Cases: 140
621 Sandusky Drive
Lynchburg, VA 24502-1421                 Class              Claim Detail Amount    Final Allowed Amount

                                         UNS                $1,250.00
                                                            $1,250.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1,250.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Bailey White**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 6620**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Berl White**
545 Louisa Street
Norfolk, VA 23523

**Clm No 6621**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Charles White**
7427 Davidson Street
Norfolk, VA 23513

**Clm No 6622**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

---

**Clark White**
1303 Belvidere Road
Belvidere, NC 27919

**Clm No 6623**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 1-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Earl White**
106 Tiff Lane
Elizabeth City, NC 27909

**Clm No 6624**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| Date Filed       | 1-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1,250.00  |

---

**George White**
P. O. Box 295
Camden, NC 27921

**Clm No 6625**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 1-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

---

*Claims Details*                                                              2206 of 3330

---

**Gerald White**                          **Clm No 6626**    Filed In Cases: 140
131 Duck Cove Lane
Foster, VA 23056                           Class              Claim Detail Amount      Final Allowed Amount

                                          UNS                        $1.00
                                                                     $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Gerald White**                          **Clm No 6627**    Filed In Cases: 140
900 Southwick Drive
Towson, MD 21286                           Class              Claim Detail Amount      Final Allowed Amount

                                          UNS                        $1.00
                                                                     $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**James White**                           **Clm No 6628**    Filed In Cases: 140
1167 Mill Pond Road
Elizabeth City, NC 27909                   Class              Claim Detail Amount      Final Allowed Amount

                                          UNS                        $1.00
                                                                     $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**James White**
1718 Camden Avenue
Portsmouth,  VA 23704

**Clm No 6629**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James White**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 6630**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James White**
1040 Robert Welch Lane
Chesapeake,  VA 23320

**Clm No 6631**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/14/2018 3:55:46 PM

*Claims Details*                                                          2208 of 3330

---

**JoAnne White**                    **Clm No 6632**      Filed In Cases: 140
17740 Maxwell Hall Place
Hughesville, MD 20637

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Johnny White**                    **Clm No 6633**      Filed In Cases: 140
P.O. BOX 656
Norfolk,  VA 23501

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Lionell White**                    **Clm No 6634**      Filed In Cases: 140
7738 Castleton Place, Apt. 2
Norfolk,  VA 23505

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

### Claims Details

**Neal White**

7324 Leigh Drive

Hayes,  VA 23072

**Clm No 6635**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Phillip White**

14 Valley Place South

New Haven,  CT 06515

**Clm No 6636**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Raymond White**

c/o Paul A. Weykamp

16 Stenersen Lane, Suite 2

Hunt Valley, MD 21030

**Clm No 6637**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

2210 of 3330

---

**Richard White**
2371 Old Hanover Road
Sandston,  VA 23150

**Clm No 6638**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Richard White**
30 Martense Street, Apt. 5F
Brooklyn,  NY 11226

**Clm No 6639**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Ronald White**
5758 Railroad Avenue
Elkridge,  MD 21075

**Clm No 6640**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2211 of 3330

---

**Ruth White**
1518 Nixonton Road
Elizabeth City, NC 27909

**Clm No 6641**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|---------|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Samuel White**
1163 Mill Pond Road
Elizabeth City, NC 27909

**Clm No 6642**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|---------|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Teresa White**
626 Alvis Road
LaCrosse, VA 23950

**Clm No 6643**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|---------|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                      2212 of 3330

---

**Thomas White**                              **Clm No 6644**    Filed In Cases: 140
8345 Larrymore Ave.
Norfolk,  VA 23518                            Class            Claim Detail Amount        Final Allowed Amount

                                             UNS                  $10,000.00
                                                                  $10,000.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $10,000.00

---

**Walter White**                             **Clm No 6645**    Filed In Cases: 140
P.O. Box 81
Hallieford,  VA 23068                         Class            Claim Detail Amount        Final Allowed Amount

                                             UNS                     $1.00
                                                                     $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Warren White**                             **Clm No 6646**    Filed In Cases: 140
133 Madison Lane North
Newport News,  VA 23606                       Class            Claim Detail Amount        Final Allowed Amount

                                             UNS                     $1.00
                                                                     $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                2213 of 3330

---

**Floyd Whitehurst**                    **Clm No 6647**    Filed In Cases: 140
4709 Regal Court
Chesapeake,  VA 23321          Class          Claim Detail Amount      Final Allowed Amount

                               UNS                $1.00
                                                  $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**J.W. Whitehurst**                     **Clm No 6648**    Filed In Cases: 140
215 Brooke Ave   Apt 309
Norfolk,  VA 23510             Class          Claim Detail Amount      Final Allowed Amount

                               UNS                $1.00
                                                  $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Teresa Whitehurst**                   **Clm No 6649**    Filed In Cases: 140
c/o Bob Paradise
76 Easton Street Apt 2         Class          Claim Detail Amount      Final Allowed Amount
Boston,  MA 02134
                               UNS                $1.00
                                                  $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**         **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2214 of 3330

---

**Wayne Whitehurst**
184 Milltown Road
Shiloh, NC 27974-6220

**Clm No 6650**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Robert Whiteman, Jr.**
3404 Indian Path
Williamsburg, VA 23188

**Clm No 6651**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value     $1,250.00

---

**Aubrey Whitfield**
937 Hamilton Avenue
Portsmouth, VA 23707

**Clm No 6652**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail:** claimsmanager@omnimgt.com            **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2215 of 3330

---

**Estelle T. Whitfield**
472 Garrison Place
Virginia Beach, VA 23452

**Clm No 6653**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Marianne Whitfield**
603 James Avenue
Colonial Heights, VA 23834

**Clm No 6654**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Whitfield**
118 Burnetts Court
Suffolk, VA 23434

**Clm No 6655**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2216 of 3330

---

**Seliman Whitfield**
824 Quebec Road
Harrellsville, NC 27942

<u>Clm No 6656</u>    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ernest Whitley**
133 Bramwell Drive
Summerville, SC 29485

<u>Clm No 6657</u>    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Harry Whitley**
625 Crystal Ave
Chesapeake, VA 23324

<u>Clm No 6658</u>    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2217 of 3330

---

**Melvin Whitley**
P.O. Box 293
Carrollton, VA 23314

**Clm No 6659**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Edwin Whitlock**
1510 Hawick Terrace
Chesapeake,  VA 23322-7444

**Clm No 6660**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alphonza Whitmore**
304 Knells Ridge Drive
Chesapeake,  VA 23320

**Clm No 6661**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Charles Whitmore**
291 Oakwood Ave.
Suffolk,  VA 23434

**Clm No 6662**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mae Whitmore**
315 Oakwood Ave.
Suffolk,  VA 23434

**Clm No 6663**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Whitmore**
315 Oakwood Avenue
Suffolk,  VA 23434

**Clm No 6664**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Lorraine Whitney**
301 Willrich Circle, Unit A
Forest Hill,  MD 21050

**Clm No 6665**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Steve Whitt**
111 Clover Street
Hampton,  VA 23669

**Clm No 6666**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Deborah Whittaker**
504 Cedar Commons
Chesapeake,  VA 23322

**Clm No 6667**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/14/2018 3:55:46 PM

*Claims Details*                                                          2220 of 3330

---

**Charles Whittington**             **Clm No 6668**    Filed In Cases: 140
189 Carroll Road
Pasadena, MD 21122               Class          Claim Detail Amount        Final Allowed Amount

                                UNS                  $1.00
                                                     $1.00

            Date Filed          1-Dec-2016
            Bar Date
            Claim Face Value        $1.00

---

**Josie Widow**                    **Clm No 6669**    Filed In Cases: 140
1320 East 14th Street
Port Arthur, TX 77640           Class          Claim Detail Amount        Final Allowed Amount

                                UNS                  $1.00
                                                     $1.00

            Date Filed          1-Dec-2016
            Bar Date
            Claim Face Value        $1.00

---

**Darryl Wiggins**                 **Clm No 6670**    Filed In Cases: 140
Federal Prison Camp. #78917-083
P. O. Box 1000                  Class          Claim Detail Amount        Final Allowed Amount
Butner, NC 27509
                                UNS                  $1.00
                                                     $1.00

            Date Filed          1-Dec-2016
            Bar Date
            Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/14/2018 3:55:46 PM

*Claims Details*                                                                2221 of 3330

| Jephthah Wiggins | **Clm No 6671** | Filed In Cases: 140 | |
|---|---|---|---|
| 923 26th Street | Class | Claim Detail Amount | Final Allowed Amount |
| Newport News, VA 23607 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Linwood Wiggins | **Clm No 6672** | Filed In Cases: 140 | |
|---|---|---|---|
| 8524 Gates Road | Class | Claim Detail Amount | Final Allowed Amount |
| Suffolk, VA 23437 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Rosa L. Wiggins | **Clm No 6673** | Filed In Cases: 140 | |
|---|---|---|---|
| 6106 Whaleyville Blvd. | Class | Claim Detail Amount | Final Allowed Amount |
| Suffolk, VA 23438 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                2222 of 3330

---

**Willie Wiggins**                    **Clm No 6674**    Filed In Cases: 140
1110 Darren Drive
Portsmouth, VA 23701                  Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                $1,250.00
                                                         $1,250.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value     $1,250.00

---

**Rayford Wilburn**                   **Clm No 6675**    Filed In Cases: 140
1707 Hodges Ferry Road
Portsmouth, VA 23701                  Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                $1,250.00
                                                         $1,250.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value     $1,250.00

---

**Robert Wilcher**                    **Clm No 6676**    Filed In Cases: 140
763 Shore Drive
Joppa, MD 21085                       Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                $1.00
                                                         $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    2223 of 3330

---

**Arasble Wilder**    **Clm No 6677**    Filed In Cases: 140
652 Lawrence Drive
Virginia Beach, VA 23462

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Hosea Wilkerson**    **Clm No 6678**    Filed In Cases: 140
P.O. Box 6013
Norfolk, VA 23508

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Melvina Wilkins**    **Clm No 6679**    Filed In Cases: 140
712 Warwick Ave. Apt C2
Norfolk, VA 23503

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Ben Willett**
1311 Camden Lane
Portsmouth, VA 23704

**Clm No 6680**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alphine Williams**
4414 Baughan Court
Newport News, VA 23607

**Clm No 6681**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Archie Williams**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 6682**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1,250.00           |                      |
|       | $1,250.00           |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*                                                                    2225 of 3330

---

**Aubrey Williams**            **Clm No 6683**    Filed In Cases: 140
1496 Millpond Road
Elizabeth City, NC 27909        Class         Claim Detail Amount    Final Allowed Amount

                                UNS                 $1.00
                                                    $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Brenda Williams**            **Clm No 6684**    Filed In Cases: 140
807 Oakdale Drive
Elizabeth City, NC 27909        Class         Claim Detail Amount    Final Allowed Amount

                                UNS                 $1.00
                                                    $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Burt Williams**              **Clm No 6685**    Filed In Cases: 140
24 Langston Blvd.
Hampton, VA 23666-4643          Class         Claim Detail Amount    Final Allowed Amount

                                UNS               $1,250.00
                                                  $1,250.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value      $1,250.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              2226 of 3330

---

**Carlton Williams**                    **Clm No 6686**    Filed In Cases: 140
2713 Thomas Street
Chesapeake,  VA 23323                    Class            Claim Detail Amount      Final Allowed Amount

                                        UNS                      $1.00

                                                                 $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Carolyn Williams**                    **Clm No 6687**    Filed In Cases: 140
1613 Dorchester Street
Franklin,  VA 23851                      Class            Claim Detail Amount      Final Allowed Amount

                                        UNS                      $1.00

                                                                 $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Carolyn Williams**                    **Clm No 6688**    Filed In Cases: 140
1613 Dorchester Street
Franklin,  VA 23851                      Class            Claim Detail Amount      Final Allowed Amount

                                        UNS                      $1.00

                                                                 $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2227 of 3330

---

**Catherine Williams**
709 Freedom Avenue
Portsmouth,  VA 23701

**Clm No 6689**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Catherine Williams**
709 Freedom Ave.
Portsmouth,  VA 23701

**Clm No 6690**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Williams**
2524 Archdale Drive
Virginia Beach,  VA 23456

**Clm No 6691**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    2228 of 3330

---

**Charlie Williams**
1151 Millpond Road
Elizabeth City, NC 27909

**Clm No 6692**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Dean S. Williams**
431 Currituck Drive
Chesapeake, VA 23322

**Clm No 6693**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Debra Williams**
1176 Parsonage Street
Elizabeth City, NC 27909

**Clm No 6694**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Dempsey Williams**
908 Flintfield Crescent
Chesapeake,  VA 23321

**Clm No 6695**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Don Williams**
2409 Locks Landing
Chesapeake,  VA 23323

**Clm No 6696**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Doris Williams**
P.O. Box 207
Camden,  NC 27921

**Clm No 6697**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

## Claims Details

2230 of 3330

---

**Earl Williams**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 6698**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Eliza Williams**
99 Tidemill Lane, Apt. 20B
Hampton,  VA 23666

**Clm No 6699**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ernest Williams**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 6700**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

2231 of 3330

---

**Eugene Williams**
608 Lucas Creek Road
Newport News,  VA 23602

**Clm No 6701**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Francis Williams**
303 Soundview Drive, Colington Harbour
Kill Devil Hills,  NC 27948

**Clm No 6702**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Fred Williams**
303 Dwight Drive
Portsmouth,  VA 23701

**Clm No 6703**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                2232 of 3330

---

**Gary Williams**                        **Clm No 6704**   Filed In Cases: 140
851 Haskins Drive
Suffolk,  VA 23434                        Class              Claim Detail Amount        Final Allowed Amount

                                          UNS                      $1.00
                                                                   $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**George Williams**                      **Clm No 6705**   Filed In Cases: 140
4029 Sun Valley Crescent
Chesapeake,  VA 23321                     Class              Claim Detail Amount        Final Allowed Amount

                                          UNS                      $1.00
                                                                   $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Gregory Williams**                     **Clm No 6706**   Filed In Cases: 140
1470 Lambs Grove Rd.
Elizabeth City,  NC 27909                 Class              Claim Detail Amount        Final Allowed Amount

                                          UNS                      $1.00
                                                                   $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2233 of 3330

---

**Gregory Williams**
1470 Lambs Grove Road
Elizabeth City,  NC 27909

**Clm No 6707**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Harry Williams**
2418 Staunton Ave.
Portsmouth,  VA 23704

**Clm No 6708**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Helen Williams**
1458 Gabril Drive Apt 86
Norfolk,  VA 23504

**Clm No 6709**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*Claims Details*

2234 of 3330

---

**Herbert Williams**
2905 Chestnut Street
Portsmouth, VA 23704

**Clm No 6710**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Williams**
123 Belmont Circle
Yorktown, Virginia 23693

**Clm No 6711**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Williams**
130 Horsley Drive
Hampton, VA 23666

**Clm No 6712**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**James Williams**
303 Soundview Drive, Colington Harbour
Kill Devil Hills,  NC 27948

**Clm No 6713**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Williams**
4004 Starbrook Rd.
Randallstown,  MD 21133

**Clm No 6714**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Williams**
1307-A Brother Lane
Elizabeth City,  NC 27909

**Clm No 6715**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

*Claims Details*                                                                              2236 of 3330

---

**James Williams**                          **Clm No 6716**    Filed In Cases: 140
4121 Boarman Avenue
Baltimore,  MD 21215                         Class            Claim Detail Amount      Final Allowed Amount

                                            UNS                   $1.00
                                                                  $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**James Williams**                          **Clm No 6717**    Filed In Cases: 140
930 Seneca Park Road
Baltimore,   MD 21220                        Class            Claim Detail Amount      Final Allowed Amount

                                            UNS                   $1.00
                                                                  $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Jerry Williams**                          **Clm No 6718**    Filed In Cases: 140
201 Oakmere Park
Williamsburg,  VA 23188                      Class            Claim Detail Amount      Final Allowed Amount

                                            UNS                   $1.00
                                                                  $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    2237 of 3330

---

**Jimmie Williams**                     **Clm No 6719**    Filed In Cases: 140
1266 Wellington Court
Norfolk,  VA 23513                       Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                  $1.00
                                                              $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Jimmie Williams**                     **Clm No 6720**    Filed In Cases: 140
521 Spinnaker Road
Newport News,  VA 23602                  Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                  $1.00
                                                              $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Jodie Williams**                      **Clm No 6721**    Filed In Cases: 140
900 James Drive
Newport News,  VA 23605                  Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                  $1.00
                                                              $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    2238 of 3330

---

**John Williams**                    **Clm No 6722**    Filed In Cases: 140
3928 Port Road
Chesapeake,  VA 23321       Class         Claim Detail Amount        Final Allowed Amount

                           UNS                $1.00
                                              $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**John Williams**                    **Clm No 6723**    Filed In Cases: 140
813 Hatton Street
Norfolk,  VA 23523         Class         Claim Detail Amount        Final Allowed Amount

                           UNS                $1.00
                                              $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Jordan Williams**                  **Clm No 6724**    Filed In Cases: 140
70 Twin Lake Circle
Hampton,  VA 23669         Class         Claim Detail Amount        Final Allowed Amount

                           UNS                $1.00
                                              $1.00

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    2239 of 3330

---

**Joseph Williams**          **Clm No 6725**    Filed In Cases: 140
5635 River Mill Circle
Portsmouth,  VA 23703

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Julia Williams**           **Clm No 6726**    Filed In Cases: 140
1151 Millpond Road
Elizabeth City,  NC 27909

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Laura Williams**           **Clm No 6727**    Filed In Cases: 140
222 Powers Drive
Elizabeth City,  NC 27909

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2240 of 3330

---

**Lucille Williams**
6401 Inwood Drive
Fairfax,  VA 22150

**Clm No 6728**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Maggie Williams**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 6729**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Marsha Williams**
24 Langston Blvd.
Hampton,  VA 23666-4643

**Clm No 6730**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              2241 of 3330

---

**Martin Williams**                        **Clm No 6731**    Filed In Cases: 140
1176 Parsonage Street
Elizabeth City,  NC 27909                   Class          Claim Detail Amount      Final Allowed Amount

                                           UNS                  $1.00
                                                                $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Mary Williams**                          **Clm No 6732**    Filed In Cases: 140
1307-A Brother Lane
Elizabeth City,  NC 27909                   Class          Claim Detail Amount      Final Allowed Amount

                                           UNS                  $1.00
                                                                $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Mazie Williams**                         **Clm No 6733**    Filed In Cases: 140
808 Todds Lane
Hampton,  VA 23666                          Class          Claim Detail Amount      Final Allowed Amount

                                           UNS                  $1.00
                                                                $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                 2242 of 3330

---

**Melvin Williams**                    **Clm No 6734**    Filed In Cases: 140
3948 Long Point Blvd.
Portsmouth, VA 23703         | Class | Claim Detail Amount | Final Allowed Amount |
                             |-------|---------------------|----------------------|
                             | UNS   | $1.00               |                      |
                             |       | $1.00               |                      |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Michael Williams**                    **Clm No 6735**    Filed In Cases: 140
810 Hamilton Avenue, Apt. 6
Portsmouth, VA 23707        | Class | Claim Detail Amount | Final Allowed Amount |
                            |-------|---------------------|----------------------|
                            | UNS   | $1.00               |                      |
                            |       | $1.00               |                      |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Mildred Williams**                    **Clm No 6736**    Filed In Cases: 140
1534 Millpond Road
Elizabeth City, NC 27909    | Class | Claim Detail Amount | Final Allowed Amount |
                            |-------|---------------------|----------------------|
                            | UNS   | $1.00               |                      |
                            |       | $1.00               |                      |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Nathaniel Williams**
1498 Millpond Road
Elizabeth City,  NC 27909

**Clm No 6737**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Patricia Williams**
1559 Mill Pond Road
Elizabeth,  NC 27909

**Clm No 6738**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Randolph Williams**
217 Doria Trail
Chesapeake,  VA 23320

**Clm No 6739**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              2244 of 3330

---

**Raymond Williams**                 **Clm No 6740**    Filed In Cases: 140
555 East Liberty Street, Apt 404
Norfolk,  VA 23523

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS   | $1.00              |                      |
|       | $1.00              |                      |

Date Filed              1-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Reginald Williams**                **Clm No 6741**    Filed In Cases: 140
69 Cline Drive
Hampton,  VA 23666

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS   | $1.00              |                      |
|       | $1.00              |                      |

Date Filed              1-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Rhonda Williams**                  **Clm No 6742**    Filed In Cases: 140
143 Creekshire Crescent
Newport News,  VA 23603

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS   | $1.00              |                      |
|       | $1.00              |                      |

Date Filed              1-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**              E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    2245 of 3330

---

**Richard Williams**
420 Fire Tower Road
Elizabeth City,  NC 27909

**Clm No 6743**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard Williams**
420 Fire Tower Road
Elizabeth City,  NC 27909

**Clm No 6744**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard Williams**
740  36th Street
Newport News,  VA 23607

**Clm No 6745**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                     3/14/2018 3:55:46 PM

*Claims Details*                                                                2246 of 3330

---

**Robert Williams**                    **Clm No 6746**     Filed In Cases: 140
805 83rd Avenue North
Brooklyn Park,  Minnesota 55444        Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Roberta Williams**                   **Clm No 6747**     Filed In Cases: 140
4004 Starbrook Road
Randallstown,  MD 21133                Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Roland Williams**                    **Clm No 6748**     Filed In Cases: 140
1534 Millpond Road
Elizabeth City,  NC 27909              Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                        2247 of 3330

---

**Ronald Williams**                    **Clm No 6749**    Filed In Cases: 140
3017 Bill Reid Court
Chesapeake,  VA 23324                   Class              Claim Detail Amount        Final Allowed Amount

                                        UNS                      $1.00
                                                                 $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Ronald Williams**                    **Clm No 6750**    Filed In Cases: 140
P.O. Box 414
Courtland,  VA 23837                    Class              Claim Detail Amount        Final Allowed Amount

                                        UNS                      $1.00
                                                                 $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Rose Williams**                      **Clm No 6751**    Filed In Cases: 140
2409 Locks Landing
Chesapeake,  VA 23323                   Class              Claim Detail Amount        Final Allowed Amount

                                        UNS                      $1.00
                                                                 $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                         2248 of 3330

---

**Ruth Williams**                          **Clm No 6752**      Filed In Cases: 140
378 S. Military Hway, Apt. C
Norfolk,  VA 23502                         Class              Claim Detail Amount        Final Allowed Amount

                                           UNS                     $1.00
                                                                   $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Ruth Williams**                          **Clm No 6753**      Filed In Cases: 140
1393 Mill Pond Road
Elizabeth City,  NC 27909                  Class              Claim Detail Amount        Final Allowed Amount

                                           UNS                     $1.00
                                                                   $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Sarah Williams**                         **Clm No 6754**      Filed In Cases: 140
101 Perth Drive
Elizabeth City,  NC 27909                  Class              Claim Detail Amount        Final Allowed Amount

                                           UNS                     $1.00
                                                                   $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Sharon Williams**
1283 Gittings Ave.
Baltimore,  MD 21239

**Clm No 6755**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS   | $1.00              |                      |
|       | $1.00              |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Subhadra Williams**
946 Middlesex Road
Essex,  MD 21221

**Clm No 6756**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS   | $1.00              |                      |
|       | $1.00              |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Tracey Williams**
8312 Governor Grayson Way
Ellicott City,  MD 21043

**Clm No 6757**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS   | $1.00              |                      |
|       | $1.00              |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                 2250 of 3330

---

**Van Williams**                          **Clm No 6758**      Filed In Cases: 140
2440 Country Club Hills Drive
North Augusta, SC 29860                    Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                  $1.00

                                                               $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Van Buren Williams**                    **Clm No 6759**      Filed In Cases: 140
2440 Country Club Hills Drive
North Augusta, SC 29860                    Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                  $1.00

                                                               $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Vinston Williams**                      **Clm No 6760**      Filed In Cases: 140
1534 Manson Street
Norfolk, VA 23523                         Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                  $1.00

                                                               $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              2251 of 3330

---

**Wallace Williams**                  **Clm No 6761**      Filed In Cases: 140
378 S. Military Hwy. Apt C.
Norfolk,  VA 23502              | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Walter Williams**                   **Clm No 6762**      Filed In Cases: 140
3661 Riverside Drive
Norfolk,  VA 23502             | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Wattsine Williams**                 **Clm No 6763**      Filed In Cases: 140
2005 Wanda Circle
Virginia Beach,  VA 23464      | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              2252 of 3330

---

**Will Williams**                    **Clm No 6764**    Filed In Cases: 140
1819 W. Queen Street
Hampton,  VA 23666                    Class              Claim Detail Amount    Final Allowed Amount

                                     UNS                $1.00
                                                        $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Willie Williams**                  **Clm No 6765**    Filed In Cases: 140
1914 Laigh Circle
Portsmouth,  VA 23701                Class              Claim Detail Amount    Final Allowed Amount

                                     UNS                $1.00
                                                        $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Yvonne Williams**                  **Clm No 6766**    Filed In Cases: 140
110 Jenness Lane
Newport News,  VA 23602              Class              Claim Detail Amount    Final Allowed Amount

                                     UNS                $1,250.00
                                                        $1,250.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value         $1,250.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Carroll Williamson**
6431 Washington Avenue
Glen Burnie,  MD 21060

**Clm No 6767**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Fred Williamson**
262 Derosa Drive
Hampton,  VA 23666

**Clm No 6768**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**David Willis**
120 Effie Avenue
Norfolk,  VA 23502

**Clm No 6769**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## *Claims Details*

---

**Harlon Willis**
51938 Highway 12
P.O. Box 24
Frisco,  NC 27936

**Clm No 6770**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jimmy Willis**
5200 Bennett's Pasture Road
Suffolk,  VA 23435

**Clm No 6771**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Oliver Willis**
3810 State Flower Court
Portsmouth,  VA 23703

**Clm No 6772**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Adren Willoughby**
281 Ridgewood Road
Jasper,  GA 30143

**Clm No 6773**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Willoughby**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 6774**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Isaac Wills**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 6775**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2256 of 3330

---

**Albert Wilson**
548 Bay Oak Drive
Chesapeake,  VA 23323

**Clm No 6776**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Belinda Wilson**
410 Cynthia Drive
Hampton,  VA 23666

**Clm No 6777**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Brian Wilson**
492 E. Brambleton Avenue
Norfolk,  VA 23504

**Clm No 6778**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                2257 of 3330

---

**Calvin Wilson**                        **Clm No 6779**    Filed In Cases: 140
603 Ship Point Road
Grafton,  VA 23692                        Class              Claim Detail Amount        Final Allowed Amount

                                         UNS                     $1.00
                                                                 $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Clyde Wilson**                         **Clm No 6780**    Filed In Cases: 140
P.O. Box  123
White Marsh,   VA 23183                   Class              Claim Detail Amount        Final Allowed Amount

                                         UNS                     $1.00
                                                                 $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**David Wilson**                         **Clm No 6781**    Filed In Cases: 140
2428 Drum Creek Rd.
Chesapeake,  VA 23321                     Class              Claim Detail Amount        Final Allowed Amount

                                         UNS                     $1.00
                                                                 $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Deborah Wilson**
2100-A Tred Avon Road
Baltimore,  MD 21221

**Clm No 6782**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DeLores Wilson**
5228 West Randolph Court
Virginia Beach,  VA 23464

**Clm No 6783**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Donald Wilson**
200 W Crisafulli Rd
Merritt Island,  FL 32953

**Clm No 6784**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2727**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Earl Wilson**
236 W. Modlin Road
Ahoskie, NC 27910

**Clm No 6785**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Edward Wilson**
1715 Cullen Avenue
Chesapeake, VA 23324

**Clm No 6786**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Frederick Wilson**
7335 Cosner Drive
Dayton, OH 45424

**Clm No 6787**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

2260 of 3330

---

**George Wilson**
1201 Lead St, Apt. B
Norfolk, VA 23504

**Clm No 6788**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Howard Wilson**
1004 Johnston Rd
Norfolk, VA 23513

**Clm No 6789**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Jacob Wilson**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 6790**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                E-mail: claimsmanager@omnimgt.com          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**James Wilson**
314 Myrtle Beach Highway
Sumter,  SC 29153

**Clm No 6791**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Johnnie Wilson**
1621 Water View Circle
Chesapeake,  VA 23322

**Clm No 6792**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joyce Wilson**
116 Rich Road
Yorktown,  VA 23693

**Clm No 6793**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              2262 of 3330

---

**Lillie Wilson**                     **Clm No 6794**      Filed In Cases: 140
3128 Guenevere Drive
Chesapeake,  VA 23323                 Class          Claim Detail Amount      Final Allowed Amount

UNS                     $10,000.00

$10,000.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value     $10,000.00

---

**Marcus Wilson**                     **Clm No 6795**      Filed In Cases: 140
7702 Doris Drive Apt A
Norfolk,  VA 23505                    Class          Claim Detail Amount      Final Allowed Amount

UNS                     $1.00

$1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Margie Wilson**                     **Clm No 6796**      Filed In Cases: 140
603 Ship Point Road
Grafton,  VA 23692                    Class          Claim Detail Amount      Final Allowed Amount

UNS                     $1.00

$1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                2263 of 3330

---

**Marvin Wilson**                          **Clm No 6797**    Filed In Cases: 140
112 Millington Trail
Mansfield, Texas 76063                     Class          Claim Detail Amount    Final Allowed Amount

                                           UNS                 $1.00
                                                               $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Melvin Wilson**                          **Clm No 6798**    Filed In Cases: 140
3115 Knox Street
Portsmouth, VA 23704                       Class          Claim Detail Amount    Final Allowed Amount

                                           UNS                 $1.00
                                                               $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Okey Wilson**                            **Clm No 6799**    Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2                 Class          Claim Detail Amount    Final Allowed Amount
Hunt Valley, MD 21030
                                           UNS                 $1.00
                                                               $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2264 of 3330

| Paul Wilson | **Clm No 6800** | Filed In Cases: 140 | |
|---|---|---|---|
| 5228 West Randolph Court | | | |
| Virginia Beach,  VA 23464 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Percy Wilson | **Clm No 6801** | Filed In Cases: 140 | |
|---|---|---|---|
| 415 Muddy Creek Road | | | |
| Hertford,  NC 27944 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Portia Wilson | **Clm No 6802** | Filed In Cases: 140 | |
|---|---|---|---|
| 314 Myrtle Beach Hwy. | | | |
| Sumter,  SC 29153 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

---

**Reginald Wilson**                    **Clm No 6803**     Filed In Cases: 140

3225 Killian Ave.

Portsmouth, VA 23704

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Wilson**                    **Clm No 6804**     Filed In Cases: 140

2100 Tred Avon Road

Baltimore, MD 21221

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Wilson**                    **Clm No 6805**     Filed In Cases: 140

1504 Bulls Lane1504 Bulls LaneJoppa, MD 21085   Mr.
Robert Wilson1504 Bulls LaneJoppa, MD

Joppa, MD 21085

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Robin R. Wilson**
P.O. Box 6356
Newport News, VA 23606

**Clm No 6806**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rorie Wilson**
509 Bobby Jones Court
Portsmouth, VA 23701

**Clm No 6807**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rosa Wilson**
21159 Lankford Lane
Smithfield, VA 23430

**Clm No 6808**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Rose Wilson**
21159 Lankford Lane
Smithfield, VA 23430

**Clm No 6809**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Virnest Wilson**
3133 Tournament Drive
Chesapeake,  VA 23323

**Clm No 6810**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Wilson**
2 Lenora Drive
Newport News,  VA 23601

**Clm No 6811**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    2268 of 3330

---

| **Virginia Wine** | **Clm No 6812** | Filed In Cases: 140 | |
|---|---|---|---|
| 1623 East Street | Class | Claim Detail Amount | Final Allowed Amount |
| Elizabeth City, NC 27909 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Shirley Winfield** | **Clm No 6813** | Filed In Cases: 140 | |
|---|---|---|---|
| 810 Homestead Ave. | Class | Claim Detail Amount | Final Allowed Amount |
| Hampton, VA 23661 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Shirley J. Winfield** | **Clm No 6814** | Filed In Cases: 140 | |
|---|---|---|---|
| 810 Homestead Ave. | Class | Claim Detail Amount | Final Allowed Amount |
| Hampton, VA 23661 | UNS | $1,250.00 | |
| | | $1,250.00 | |

| Date Filed | 1-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                             2269 of 3330

---

**Larry Winfree**                     **Clm No 6815**      Filed In Cases: 140
210 Winchester Drive
Hampton,  VA 23666                    Class            Claim Detail Amount      Final Allowed Amount

                                     UNS                   $1.00
                                                           $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Bernard Winslow**                   **Clm No 6816**      Filed In Cases: 140
1108 Soundside Road
Edenton,  NC 27932                    Class            Claim Detail Amount      Final Allowed Amount

                                     UNS                   $1.00
                                                           $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Melson Winslow**                    **Clm No 6817**      Filed In Cases: 140
520 Centerville Turnpike South
Chesapeake,  VA 23322                 Class            Claim Detail Amount      Final Allowed Amount

                                     UNS                   $1.00
                                                           $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/14/2018 3:55:46 PM

*Claims Details*                                                    2270 of 3330

---

**Ronnie Winslow**                    **Clm No 6818**    Filed In Cases: 140
1607 Copeland Road
Suffolk,  VA 23434                     Class        Claim Detail Amount      Final Allowed Amount

                                      UNS              $1.00

                                                       $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**John Wirt**                         **Clm No 6819**    Filed In Cases: 140
210 Fishneck Landing Road
Yorktown,  VA 23692                    Class        Claim Detail Amount      Final Allowed Amount

                                      UNS              $1.00

                                                       $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**James Wirth**                       **Clm No 6820**    Filed In Cases: 140
1218 Captain Adams Ct.
Virginia Beach,  VA 23455             Class        Claim Detail Amount      Final Allowed Amount

                                      UNS              $1.00

                                                       $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              2271 of 3330

---

**Robert Wirth**                    **Clm No 6821**    Filed In Cases: 140
851 Laolan Ave.
Baltimore,  MD 21222              Class          Claim Detail Amount      Final Allowed Amount

                                 UNS                    $1.00
                                                        $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Gary Wise**                       **Clm No 6822**    Filed In Cases: 140
4802 Grand Bend Drive
Catonsville,  MD 21228           Class          Claim Detail Amount      Final Allowed Amount

                                 UNS                    $1.00
                                                        $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Robert Witherspoon**              **Clm No 6823**    Filed In Cases: 140
10287 South Elm St.
Middlesex,  NC 27557             Class          Claim Detail Amount      Final Allowed Amount

                                 UNS                    $1.00
                                                        $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2272 of 3330

---

**Charles Wittkopp**
105 Kittywake Drive
Newport News, VA 23602

**Clm No 6824**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Michael Wojnowski**
27 Hathaway Road
Timonium, MD 21093

**Clm No 6825**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gary Wolford**
8051 Stratman Road
Baltimore, MD 21222

**Clm No 6826**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Alton Wood**
3001 Guenevere Drive
Chesapeake, VA 23323

**Clm No 6827**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Charlotte C. Wood**
335 Sandpiper Drive
Kill Devil Hills, NC 27948

**Clm No 6828**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Robert Woodall**
745 MT. Vernon Avenue
Portsmouth, VA 23707

**Clm No 6829**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Anne E. Woodard**
4040 Sunkist Road
Chesapeake,  VA 23321

**Clm No 6830**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Charles Woodington**
109 Channing Ave.
Portsmouth,  VA 23702

**Clm No 6831**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**JoAnne Woodington**
109 Channing Ave.
Portsmouth,  VA 23702

**Clm No 6832**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

### Claims Details

---

**Mary Woodley**                                    **Clm No 6833**    Filed In Cases: 140
609 Gardner Street
Franklin,  VA 23851                                 Class          Claim Detail Amount    Final Allowed Amount

                                                    UNS                    $1.00
                                                                           $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Susie Woodley**                                   **Clm No 6834**    Filed In Cases: 140
415 Taft Drive
Portsmouth,  VA 23701                               Class          Claim Detail Amount    Final Allowed Amount

                                                    UNS                    $1.00
                                                                           $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Susie Woodley**                                   **Clm No 6835**    Filed In Cases: 140
415 Taft Drive
Portsmouth,  VA 23701                               Class          Claim Detail Amount    Final Allowed Amount

                                                    UNS                    $1.00
                                                                           $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    2276 of 3330

---

**Michael Woodrum**                    **Clm No 6836**    Filed In Cases: 140
131 Reflection Lane
Hampton, VA 23666                      Class    Claim Detail Amount    Final Allowed Amount

                                       UNS              $1.00
                                                        $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Arthur Woods**                       **Clm No 6837**    Filed In Cases: 140
1639 Highway 158 West
Eure, NC 27935                         Class    Claim Detail Amount    Final Allowed Amount

                                       UNS              $1.00
                                                        $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Barbara Woods**                      **Clm No 6838**    Filed In Cases: 140
119-44 195th Street
St. Albans, NY 11412                   Class    Claim Detail Amount    Final Allowed Amount

                                       UNS              $1.00
                                                        $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              2277 of 3330

---

**Frank Woods**                          **Clm No 6839**      Filed In Cases: 140
674 Madison Street
Brooklyn, NY 11221                        Class            Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Michael Woodson**                      **Clm No 6840**      Filed In Cases: 140
607 Roosevelt Drive
Suffolk, VA 23434                         Class            Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Winfred Woodward**                     **Clm No 6841**      Filed In Cases: 140
11570 Jones Mill Road
Orange, VA 22960                          Class            Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Dorothy Woolard**
201 Hankins Drive
Hampton, VA 23669

**Clm No 6842**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Emmerson Woolard**
3312 Newland Court
Toano, VA 23168

**Clm No 6843**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Woolbright**
4012 Clipper Lane
Portsmouth, VA 23703

**Clm No 6844**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                                    2279 of 3330

---

**John Woolman**                          **Clm No 6845**     Filed In Cases: 140
c/o Clarence Kahl
8214 Diamond Point Road                   Class          Claim Detail Amount          Final Allowed Amount
Baltimore,  MD 21224                      UNS                    $1.00
                                                                 $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Edwin Workman**                         **Clm No 6846**     Filed In Cases: 140
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2                Class          Claim Detail Amount          Final Allowed Amount
Hunt Valley, MD 21030                     UNS                    $1.00
                                                                 $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Ronald Workman**                        **Clm No 6847**     Filed In Cases: 140
5320 Carrsville Hwy
Carrsville, VA 23315                       Class          Claim Detail Amount          Final Allowed Amount
                                          UNS                    $1.00
                                                                 $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                   E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                                 2280 of 3330

---

**Ann Worrell-Blowe**                    **Clm No 6848**      Filed In Cases: 140
1005 Oldwood Street
Chesapeake,  VA 23324                    Class          Claim Detail Amount       Final Allowed Amount

                                         UNS                      $1.00
                                                                  $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Ronald Wortham**                       **Clm No 6849**      Filed In Cases: 140
1320 Sunnybrook Terrace
Chesapeake,  VA 23321                    Class          Claim Detail Amount       Final Allowed Amount

                                         UNS                      $1.00
                                                                  $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Edward Wos**                           **Clm No 6850**      Filed In Cases: 140
3801 Jarrettsville Pike
Jarrettsville,  MD 21084                 Class          Claim Detail Amount       Final Allowed Amount

                                         UNS                      $1.00
                                                                  $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2281 of 3330

---

**Kenneth Wray**
P.O. Box 1401
McDonough,  GA 30253

**Clm No 6851**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carol Wright**
1238 Hullview Avenue
Norfolk,  VA 23503

**Clm No 6852**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gladys Wright**
4029 Old Virginia Road
Chesapeake,  VA 23323

**Clm No 6853**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    2282 of 3330

---

**Herbert Wright**            **Clm No 6854**    Filed In Cases: 140
6931 Bonnot Drive
Norfolk,  VA 23513            Class        Claim Detail Amount        Final Allowed Amount

                             UNS                $1.00
                                                $1.00

Date Filed        1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Jetson Wright**            **Clm No 6855**    Filed In Cases: 140
4029 Old Virginia Road
Chesapeake,  VA 23323        Class        Claim Detail Amount        Final Allowed Amount

                             UNS                $1.00
                                                $1.00

Date Filed        1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Joseph Wright**            **Clm No 6856**    Filed In Cases: 140
705 Tazewell Street
Portsmouth,  VA 23701        Class        Claim Detail Amount        Final Allowed Amount

                             UNS                $1.00
                                                $1.00

Date Filed        1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    2283 of 3330

---

**Joseph Wright**                    **Clm No 6857**    Filed In Cases: 140
1238 Hullview Ave.
Norfolk,  VA 23503                    Class         Claim Detail Amount    Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Judy Wright**                      **Clm No 6858**    Filed In Cases: 140
3303 Brighton Street
Portsmouth,  VA 23707                 Class         Claim Detail Amount    Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Mack Wright**                      **Clm No 6859**    Filed In Cases: 140
4069 Godwin Blvd.
Suffolk,  VA 23434                    Class         Claim Detail Amount    Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed           1-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              2284 of 3330

---

**Marion Wright**                      **Clm No 6860**    Filed In Cases: 140
511 Shenandoah Street
Portsmouth, VA 23707                    Class          Claim Detail Amount    Final Allowed Amount

                                       UNS              $1,250.00
                                                        $1,250.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1,250.00

---

**Mark Wright**                        **Clm No 6861**    Filed In Cases: 140
1713 Caroga Court
Virginia Beach, VA 23453               Class          Claim Detail Amount    Final Allowed Amount

                                       UNS              $1.00
                                                        $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Mary Wright**                        **Clm No 6862**    Filed In Cases: 140
114 Howard Street Apt 204
Portsmouth, VA 23707                   Class          Claim Detail Amount    Final Allowed Amount

                                       UNS              $1.00
                                                        $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              2285 of 3330

---

**Nellie Wright**                    **Clm No 6863**      Filed In Cases: 140
1826 Penrose Avenue
Baltimore,  MD 21223                  Class              Claim Detail Amount        Final Allowed Amount

                                     UNS                      $1.00
                                                             $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Nellie Wright**                    **Clm No 6864**      Filed In Cases: 140
1826 Penrose Avenue
Baltimore,  MD 21223                  Class              Claim Detail Amount        Final Allowed Amount

                                     UNS                      $1.00
                                                             $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Robert Wright**                    **Clm No 6865**      Filed In Cases: 140
3977 Jousting Arch
Virginia Beach,  VA 23456            Class              Claim Detail Amount        Final Allowed Amount

                                     UNS                      $1.00
                                                             $1.00

Date Filed            1-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**           **E-mail:** claimsmanager@omnimgt.com          **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2286 of 3330

---

**Herbert Wuska**
3676 Ellendale Circle
Ammon, ID 83406

**Clm No 6866**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Elton Wyatt**
230 Woodbury Ct.
Newport News, VA 23602

**Clm No 6867**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Emery Wyatt**
218 Rich Patch Run Road
Dunmore, WV 24934

**Clm No 6868**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                    2287 of 3330

---

**Evelyn Wyatt**                                    **Clm No 6869**    Filed In Cases: 140
218 Rich Patch Run Road
Dunmore,  WV 24934                                  Class              Claim Detail Amount      Final Allowed Amount

                                                    UNS                $1.00
                                                                       $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Gary Wyatt**                                      **Clm No 6870**    Filed In Cases: 140
1817 Indian River Road
Virginia Beach,  VA 23456                           Class              Claim Detail Amount      Final Allowed Amount

                                                    UNS                $1.00
                                                                       $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Howard Wyatt**                                    **Clm No 6871**    Filed In Cases: 140
1324 Hodges Ferry Road
Portsmouth,  VA 23701                               Class              Claim Detail Amount      Final Allowed Amount

                                                    UNS                $1.00
                                                                       $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**    PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**         FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                    2288 of 3330

---

**John Wyatt**                         **Clm No 6872**      Filed In Cases: 140
6724 Central Park Ave.
Bel Aire,  KS 67226                    Class              Claim Detail Amount       Final Allowed Amount

                                       UNS                        $1.00
                                                                  $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Oris Wyatt**                         **Clm No 6873**      Filed In Cases: 140
326 Elm Avenue
Hampton,  VA 23669                    Class              Claim Detail Amount       Final Allowed Amount

                                       UNS                        $1.00
                                                                  $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Theodosa Wyatt**                     **Clm No 6874**      Filed In Cases: 140
P.O. Box 2976
Newport News,  VA 23609               Class              Claim Detail Amount       Final Allowed Amount

                                       UNS                        $1.00
                                                                  $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*     3/14/2018 3:55:46 PM

*Claims Details*                                                                    2289 of 3330

---

**Leonard Wyche**

416 Mapleshore Dr.

Chesapeake,  VA 23320

**Clm No 6875**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Wyche**

601 Quail Avenue

Chesapeake,  VA 23324

**Clm No 6876**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Judy Wylie**

716 Chantilly Lane

Chesapeake,  VA 23322

**Clm No 6877**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                2290 of 3330

---

**Larry Wylie**                      **Clm No 6878**      Filed In Cases: 140
716 Chantilly Lane
Chesapeake,  VA 23322-1243           Class            Claim Detail Amount        Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Charles Wynder**                   **Clm No 6879**      Filed In Cases: 140
405 Littletown Quarter
Williamsburg,  VA 23185              Class            Claim Detail Amount        Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Parish Wynn**                      **Clm No 6880**      Filed In Cases: 140
4020 Sloop Trail
Chesapeake,  VA 23321               Class            Claim Detail Amount        Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed              1-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2291 of 3330

---

**Prudence H. Wynne**
4544 Columbus St., Apt 805
Virginia Beach, VA 23462

**Clm No 6881**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Michael Yancey**
708 Cherokee Road, Apt. C
Portsmouth, VA 23701

**Clm No 6882**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Felix Yap**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 6883**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| Date Filed | 1-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## *Claims Details*

2292 of 3330

---

**Nestor Yap**
1208 Pleasant Valley Drive
Catonsville,  MD 21228

**Clm No 6884**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1,250.00          |                    |
|       | $1,250.00          |                    |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Anna Yarborough**
808 Redheart Drive
Hampton,  VA 23666

**Clm No 6885**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Louis Yarborough**
808 Redheart Dr.
Hampton,  VA 23666

**Clm No 6886**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1,250.00          |                    |
|       | $1,250.00          |                    |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Albert Yarbrough**
5007 Cape Henry Ave.
Norfolk,  VA 23513

**Clm No 6887**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1,250.00 | |
| | $1,250.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1,250.00 |

---

**Arthur Yates**
315 Middlesex Street
Norfolk,  VA 23523

**Clm No 6888**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Clementine Yell**
94 Towne Square Drive
Newport News,  VA 23607

**Clm No 6889**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2294 of 3330

---

**Melvin Yeshnik**
785 View West Drive
Westminster,  MD 21158

**Clm No 6890**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Larry Yost**
2706 Willapa Drive
Dover,  PA 17315

**Clm No 6891**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Curtis Young**
1545 Beekman Street
Norfolk,  VA 23502

**Clm No 6892**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2295 of 3330

---

**Delois Young**
255 Chapel St.
Hampton,  VA 23669

**Clm No 6893**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Dennis Young**
772 Winslow Drive
Newport News,  VA 23608

**Clm No 6894**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**James Young**
2014 Pittmantown Road
Suffolk,  VA 23438

**Clm No 6895**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 1-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2296 of 3330

---

**Juanita Young**
c/o Mrs. Frances Hooper
2 Pickett St
Hampton,  VA 23669

**Clm No 6896**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Young**
192 Skimino Road
Williamsburg,  VA 23188

**Clm No 6897**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas Young**
221 West Liberty Spring Road
Suffolk,  VA 23434

**Clm No 6898**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

2297 of 3330

---

**Willlie Young**
1416 Soundneck Road
Elizabeth City,  NC 27909

**Clm No 6899**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alexander Zablotny**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 6900**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joanna Zacari**
21912 Arnolds Lane
Westernport,  MD  21562

**Clm No 6901**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Charles Zehmer**
c/o Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030

**Clm No 6902**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alonzo Zeigler**
700 Waterfront Circle, Apt. 609
Newport News , VA  23607

**Clm No 6903**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jack Zeiters**
713 Sparrow Road
Chesapeake,  VA 23325

**Clm No 6904**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

---

**Mildred Zeiters**
713 Sparrow Road
Chesapeake,  VA 23325

**Clm No 6905**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Patricia Zeman**
716 Glenview Avenue, S.W.
Glen Burnie,   MD 21061

**Clm No 6906**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Zepp II**
135 Jackpine Drive
Pasadena,  MD 21122

**Clm No 6907**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

### Claims Details

2300 of 3330

---

**Michael Zink**
19133 Chemille Drive
Lutz,  FL 33558

**Clm No 6908**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Zittinger**
43 Lucas Creek Road
Newport News,  VA 23602

**Clm No 6909**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Michael Zonnak**
Box 3  Route 7  Vine Street
Bethel, DE 19939

**Clm No 6910**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

### Claims Details

2301 of 3330

---

**Ronald Zonnak**
9454 Bethel Rd.
Willards,  MD 21874

**Clm No 6911**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lois Zuskin**
141 Saunders Road
Hampton,  VA  23666

**Clm No 6912**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 1-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Robert Aaron**
585 Diagonal Rd. Apt. 620
Akron, OH 44320

**Clm No 6913**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2302 of 3330

---

**William Aaron**
1050 Union Ave
Ashtabula, OH 44004

**Clm No 6914**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Brunell Aaron**
605 52nd Street
Sandusky, OH 44870

**Clm No 6915**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Abernathy**
2599 Wise Road
North Canton, OH 44720

**Clm No 6916**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

*Claims Details*

2303 of 3330

---

**Paul Abernathy**
1531 Hanna Rd.
Stow, OH 44224

**Clm No 6917**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Bernard Ables**
6227 Antrim Rd.
Elyria, OH 44035

**Clm No 6918**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Harold Abner**
4734 St. Rt. 601
Norwalk, OH 44857

**Clm No 6919**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2304 of 3330

---

**Abe Abraham**
2547  Lawnshire Dr.
Copley, OH 44321

**Clm No 6920**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Donald Abrahamowicz**
3312 Falbo Ave.
Lorain, OH 44052

**Clm No 6921**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carl Abram**
5088 Clinton Avenue
Lorain, OH 44055

**Clm No 6922**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/14/2018 3:55:46 PM

*Claims Details*                                                                        2305 of 3330

---

**Richard Abrams**                    **Clm No 6923**     Filed In Cases: 140
2255 Morning View Lane
Hillard, OH 43026                       Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                  $10,000.00
                                                             $10,000.00

          Date Filed        23-Nov-2016
          Bar Date
          Claim Face Value     $10,000.00

---

**Rosa Abrams**                       **Clm No 6924**     Filed In Cases: 140
3856 Nottingham Drive
Austintown, OH 44511                    Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                      $1.00
                                                                $1.00

          Date Filed        23-Nov-2016
          Bar Date
          Claim Face Value          $1.00

---

**Manuel Abrigo**                     **Clm No 6925**     Filed In Cases: 140
1535 Wallace Lane
Lorain, OH 44053                        Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                      $1.00
                                                                $1.00

          Date Filed        23-Nov-2016
          Bar Date
          Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

---

**William Abron**
330 E. Auburn Dale Ave.
Youngstown, OH 44507

**Clm No 6926**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Jimmie Abson**
c/o Bevan & Associates LPA, Inc.
6555 Dean Memorial Parkway
Boston Heights, OH 44236

**Clm No 6927**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Dennis Acevedo**
17209 Sunmeadow Trail
Strongsville, OH 44149

**Clm No 6928**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    2307 of 3330

| John Acker | **Clm No 6929** | Filed In Cases: 140 | |
|---|---|---|---|
| 2125 Parkwood Avenue | | | |
| Toledo, OH 43620 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Rose Ackerman | **Clm No 6930** | Filed In Cases: 140 | |
|---|---|---|---|
| 142 Jackson Street | | | |
| Amherst, OH 44001 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Seaborn Acoff | **Clm No 6931** | Filed In Cases: 140 | |
|---|---|---|---|
| 549 Talbot Ave. Apt. 2 | | | |
| Akron, OH 44306 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              2308 of 3330

---

**Buddy Acord**                    **Clm No 6932**    Filed In Cases: 140
1919 Lakeview Ave.
Lorain, OH 44053                    Class        Claim Detail Amount      Final Allowed Amount

                                   UNS              $1.00
                                                    $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Jose Acosta**                    **Clm No 6933**    Filed In Cases: 140
PO Box 714
Lorain, OH 44052                   Class        Claim Detail Amount      Final Allowed Amount

                                   UNS              $1.00
                                                    $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Keith Acree**                    **Clm No 6934**    Filed In Cases: 140
2870 Kendall Rd.
Copley, OH 44321                   Class        Claim Detail Amount      Final Allowed Amount

                                   UNS              $1.00
                                                    $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Edward Adams**
268 Bon-Air Avenue
Elyria, OH 44035

**Clm No 6935**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jackie Adams**
374 Pasadena Avenue
Elyria, OH 44035

**Clm No 6936**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Walter Adams**
1349 Marot Drive
Trotwood, OH 45417

**Clm No 6937**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Bobby Adams**
6550 Tarbell Ave.
Madison, OH 44057

**Clm No 6938**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-----------------|-------------|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Donald Adams**
843 Osage Trail
Jamestown, OH 45335

**Clm No 6939**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-----------------|-------------|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jackie Adams**
5050 Elyria Ave.
Lorain, OH 44055

**Clm No 6940**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-----------------|-------------|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Kenneth Jay Adams**
c/o Bevan & Associates LPA, Inc.
6555 Dean Memorial Parkway
Boston Heights, OH 44236

**Clm No 6941**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Phyllis Adams**
25900 Euclid Ave. #226
Euclid, OH 44132

**Clm No 6942**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Adrian Adams**
3612 Broadway Lot 14
Lorain, OH 44052

**Clm No 6943**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Betty Adams**
853 Jamestown St.
Elyria, OH 44035

**Clm No 6944**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bruce Adams**
7809 Ivandale Drive
Parma, OH 44129

**Clm No 6945**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dale Adams**
433 University AVe.
Elyria, OH 44035

**Clm No 6946**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

### Claims Details

2313 of 3330

| **David Adams** | | **Clm No 6947** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 3262 Kinsman Road NW | | Class | Claim Detail Amount | Final Allowed Amount |
| North Bloomfield, OH 44450 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Delmar Adams** | | **Clm No 6948** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 4932 Shoreline Drive | | Class | Claim Detail Amount | Final Allowed Amount |
| Harrison, OH 45030 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Eugene Adams** | | **Clm No 6949** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 139 Academy Court, Apt L | | Class | Claim Detail Amount | Final Allowed Amount |
| Elyria, OH 44035 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

*Claims Details*                                                                    2314 of 3330

---

**Henry Adams**                          **Clm No 6950**     Filed In Cases: 140
3174 Kinsman Road
North Bloomfield, OH 44450               Class              Claim Detail Amount        Final Allowed Amount

                                         UNS                      $1.00
                                                                  $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Jack Adams**                           **Clm No 6951**     Filed In Cases: 140
14813 Lake Winds Road
Perrysburg, OH 43551                     Class              Claim Detail Amount        Final Allowed Amount

                                         UNS                      $1.00
                                                                  $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**James Adams**                          **Clm No 6952**     Filed In Cases: 140
P.O. Box 1906
Elyria, OH 44036                         Class              Claim Detail Amount        Final Allowed Amount

                                         UNS                      $1.00
                                                                  $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**James Adams**
508 Clear Brook Dr.
Akron, OH 44313

**Clm No 6953**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Adams**
400 Idaho Avenue
Lorain, OH 44052

**Clm No 6954**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Johnnie Mae Adams**
513 Willow Park Road
Elyria, OH 44035

**Clm No 6955**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2316 of 3330

---

**Larry Adams**
5212 Beaconwood Court
Dayton, OH 45429

**Clm No 6956**　Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Maxine Adams**
3402 N. Merridian Apt. 315
Indianapolis, IN 46205

**Clm No 6957**　Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Pauline Adams**
410 Stonebridge Drive
Amherst, OH 44001

**Clm No 6958**　Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Richard Adams**
710 Hazelwood
Vermilion, OH 44089

**Clm No 6959**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sam Adams**
5162 Tucson Drive
Dayton, OH 45417

**Clm No 6960**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Adams**
580 E. Hopocan Ave.
Barberton, OH 44203

**Clm No 6961**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**William Adams**
663 Darling Street
Conneaut, OH 44030

**Clm No 6962**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Donald Adams**
4017 Via Marina Apt 305
Marina Del Rey, CA 90292-5239

**Clm No 6963**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas J. Adams, Jr.**
3506 Baird Avenue SE
Paris, OH 44669

**Clm No 6964**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

## Claims Details

**Robert Adams, Sr**
2115 E. 42nd Street
Lorain, OH 44055

**Clm No 6965**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value     $1.00

---

**Eddie Adams, Sr.**
5 Norwood Court
Toledo, OH 43604

**Clm No 6966**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value     $1.00

---

**William Adams, Sr.**
8890 Lithopolis Road NW
Canal Winchester, OH 43110

**Clm No 6967**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value     $10,000.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2320 of 3330

---

**Ted Adamski**
4435 Baunach St. NW
Canton, OH 44708

**Clm No 6968**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Adamson**
2993 Crown Pointe Dr.
Stow, Oh 44224

**Clm No 6969**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ronnie Adamson**
PO Box 608956
Cleveland, OH 44108

**Clm No 6970**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                    2321 of 3330

---

**Coburn Addair**                      **Clm No 6971**      Filed In Cases: 140
1696 State Route 193
Dorset, OH 44032                        Class              Claim Detail Amount        Final Allowed Amount

                                        UNS                      $1.00
                                                                 $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Randall Addison**                    **Clm No 6972**      Filed In Cases: 140
10373 Glenway Drive Unit 108
Twinsburg, OH 44087                     Class              Claim Detail Amount        Final Allowed Amount

                                        UNS                      $1.00
                                                                 $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**George Adelman**                     **Clm No 6973**      Filed In Cases: 140
4966 Tallmadge Road
Rootstown, OH 44272                     Class              Claim Detail Amount        Final Allowed Amount

                                        UNS                      $1.00
                                                                 $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

2322 of 3330

---

**George Aden**
307 West Ave.
Elyria, OH 44035

**Clm No 6974**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rita Adger**
6083 Applecrest Ct. Apt. 2
Youngstown, OH 44512

**Clm No 6975**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Adkins**
14567 Beard Road
New Springfield, OH 44443

**Clm No 6976**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Eddie Adkins**
4885 Oster Rd.
Sheffield Lake, OH 44054

**Clm No 6977**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Freddie Adkins**
9080 Tansing Dr.
Cincinnati, OH 45231

**Clm No 6978**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Johnny Adkins**
795 Township Road 107
Scottown, OH 45678

**Clm No 6979**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

2324 of 3330

---

**Freddy Adkins**
577 Seminary Rd.
Norwalk, OH 44857-9120

**Clm No 6980**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Larry Adkins**
716 South Washington Street
Circleville, OH 43113

**Clm No 6981**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Leonard Adkins**
5713 Cleveland Rd.
Wooster, OH 44691

**Clm No 6982**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2325 of 3330

---

**Ronald Adkins**
c/o Bevan & Associates LPA, Inc.
6555 Dean Memorial Parkway
Boston Heights, OH 44236

**Clm No 6983**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Samuel Adkins**
26834 Royalton Road
Columbia Station, OH 44028

**Clm No 6984**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Virginia Adkins**
6022 Pickway Drive
Brookpark, OH 44142

**Clm No 6985**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/14/2018 3:55:46 PM

*Claims Details*                                                                 2326 of 3330

---

**Avery Adkins**                          **Clm No 6986**    Filed In Cases: 140
4253 Knollbrook Drive
Norton, OH 44203                          Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Carl Adkins**                           **Clm No 6987**    Filed In Cases: 140
464 Annis Rd.
S. Amherst, OH 44001                      Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Cecil Adkins**                          **Clm No 6988**    Filed In Cases: 140
40562 Township Rd. 467
Sardis, OH 43946                          Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

2327 of 3330

---

**Cletis Adkins**
6256 Canaan Center Road
Wooster, OH 44691

**Clm No 6989**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|-----------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Danny Adkins**
4010 Pearl Ave.
Lorain, OH 44055

**Clm No 6990**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|-----------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**David Adkins**
203 East Main Street
S. Amherst, OH 44001

**Clm No 6991**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|-----------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    2328 of 3330

---

**Ervin Adkins**                     **Clm No 6992**    Filed In Cases: 140
5140 Leona Ave. SW
Navarre, OH 44662        Class            Claim Detail Amount        Final Allowed Amount

                        UNS                  $1.00
                                             $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Gloria Adkins**                    **Clm No 6993**    Filed In Cases: 140
437 Oxford Ave.
Elyria, OH 44035         Class            Claim Detail Amount        Final Allowed Amount

                        UNS                  $1.00
                                             $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Leo Adkins**                       **Clm No 6994**    Filed In Cases: 140
4400 Melrose Drive Lot 192
Wooster, OH 44691        Class            Claim Detail Amount        Final Allowed Amount

                        UNS                  $1.00
                                             $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    2329 of 3330

---

**Leonard Adkins**
165 Rolling Acres Circle West
Massillon, OH 44647

**Clm No 6995**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rick Adkins**
9682 Hickory Drive
Loveland, OH 45140

**Clm No 6996**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Adkins**
3625 Alpine NE
North Canton, OH 44721

**Clm No 6997**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2330 of 3330

---

**James T. Adkins**
7003 Joppa Rd.
Huron, OH 44839

**Clm No 6998**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lawrence Adler**
24 Beaver Street
Niles, OH 44446

**Clm No 6999**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Albert Adorisio**
1620 Sandwith SW
Canton, OH 44706

**Clm No 7000**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2331 of 3330

---

**Richard Affolter**
4681 Cenobia Road
Wakeman, OH 44889

**Clm No 7001**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Carlo Agati**
402 Baldwin Avenue
Niles, OH 44446

**Clm No 7002**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Curtis Aggers**
415 Niemeyer Road
Erie, PA 46509

**Clm No 7003**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2332 of 3330

---

**Frank Agnello**
2047 West 25th Street
Erie, PA 16502

**Clm No 7004**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Louis Agosta**
158 Sheffield Street
Bellevue, OH 44811

**Clm No 7005**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Michael Aguilar**
197 Beebe Avenue
Elyria, OH 44035

**Clm No 7006**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    2333 of 3330

---

**Edward Ahlswede**              **Clm No 7007**    Filed In Cases: 140
116 Forest Garden Drive
Boardman, OH 44512          Class          Claim Detail Amount    Final Allowed Amount

                                          UNS                         $1.00

                                                                      $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Joseph Aiello**               **Clm No 7008**    Filed In Cases: 140
6395 Timberclimb Dr.
Avon, IN 46123              Class          Claim Detail Amount    Final Allowed Amount

                                          UNS                         $1.00

                                                                      $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**George Ailing**               **Clm No 7009**    Filed In Cases: 140
10777 Julie St. NE
Alliance, OH 44601             Class          Claim Detail Amount    Final Allowed Amount

                                          UNS                         $1.00

                                                                      $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/14/2018 3:55:46 PM

*Claims Details*                                                               2334 of 3330

---

**Jim Ailing**                    **Clm No 7010**      Filed In Cases: 140
335 Starbrook NW
Massillon, OH 44647               Class          Claim Detail Amount       Final Allowed Amount

                                 UNS                  $1.00
                                                      $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Merle Ake**                     **Clm No 7011**      Filed In Cases: 140
14986 Louisville Street
Minerva, OH 44657                Class          Claim Detail Amount       Final Allowed Amount

                                 UNS                  $1.00
                                                      $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Ruth Akemon**                   **Clm No 7012**      Filed In Cases: 140
6246 Simpson Ave
Cincinnati, OH 45224             Class          Claim Detail Amount       Final Allowed Amount

                                 UNS                  $1.00
                                                      $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/14/2018 3:55:46 PM

*Claims Details*                                                        2335 of 3330

---

**Eddie Akers**                    **Clm No 7013**      Filed In Cases: 140
362 North Lake Street
Amherst, OH 44001                  Class              Claim Detail Amount        Final Allowed Amount

                                   UNS                     $1.00
                                                           $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Ronald Akers**                   **Clm No 7014**      Filed In Cases: 140
1155 Allison Avenue
Lorain, OH 44052                   Class              Claim Detail Amount        Final Allowed Amount

                                   UNS                     $1.00
                                                           $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Vance Akers**                    **Clm No 7015**      Filed In Cases: 140
P.O. Box 284
Oak Hill, WV 25901                 Class              Claim Detail Amount        Final Allowed Amount

                                   UNS                     $1.00
                                                           $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2336 of 3330

---

**John Akins**
1630 Pennsylvania Ave.
Lorain, OH 44052

**Clm No 7016**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|--------|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Donald Alazaus, Sr.**
2530 42nd Street NW
Canton, OH 44709

**Clm No 7017**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|--------|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Albertoni**
367 Excel Lane
Mogadore, OH 44260

**Clm No 7018**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|--------|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              2337 of 3330

---

**Robert Alberts**                **Clm No 7019**    Filed In Cases: 140
20990 Harding Road
Mount Vernon, OH 43050            Class          Claim Detail Amount      Final Allowed Amount

                                 UNS                    $1.00
                                                        $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Thomas Alberts**               **Clm No 7020**    Filed In Cases: 140
7285 Wool Market Rd. Apt D 121
Beloxi, MS 39532                 Class          Claim Detail Amount      Final Allowed Amount

                                 UNS                    $1.00
                                                        $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Harold Albright**              **Clm No 7021**    Filed In Cases: 140
21 Pound Fork Road
Branch Land, WV 25506           Class          Claim Detail Amount      Final Allowed Amount

                                 UNS                    $1.00
                                                        $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**     PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Eugene Alderman**
1523 6th Street
Moundsville, WV 26041

**Clm No 7022**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Alderman**
1306 Thomas Avenue
Moundsville, WV 26041

**Clm No 7023**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**George Aldrich, Sr.**
4622 Penn Ave. Apt. 201
Dayton, OH 45432

**Clm No 7024**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                    2339 of 3330

---

**Anthony Alessandrini**                **Clm No 7025**    Filed In Cases: 140
2015 7th Street SW
Canton, OH 44706                         Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                  $1.00
                                                              $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Ernest Alessio**                      **Clm No 7026**    Filed In Cases: 140
3530 Pond View Ct.
Avon, OH 44011                           Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                  $1.00
                                                              $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Edwin Alexander**                     **Clm No 7027**    Filed In Cases: 140
3145 North Rangeline Road
Covington, OH 45318                       Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                  $1.00
                                                              $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2340 of 3330

---

**Larry Alexander**
PO Box 129
Hartville, OH 44632

**Clm No 7028**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Alexander**
1859 Lynn Mar Avenue
Poland, OH 44514

**Clm No 7029**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gary Alexander**
3177 Sunnybrooke Drive
Youngstown, OH 44511

**Clm No 7030**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              2341 of 3330

---

**Gary Alexander**                    **Clm No 7031**    Filed In Cases: 140
257 Pontius Road
Mogadore, OH 44260                    Class              Claim Detail Amount        Final Allowed Amount

                                      UNS                        $1.00

                                                                 $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Thomas Alexander**                  **Clm No 7032**    Filed In Cases: 140
2411 Putman Street
Toledo, OH 43620                      Class              Claim Detail Amount        Final Allowed Amount

                                      UNS                        $1.00

                                                                 $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**James Alford, Jr.**                 **Clm No 7033**    Filed In Cases: 140
1842 Wilshire Dr.
Xenia, OH 45385                       Class              Claim Detail Amount        Final Allowed Amount

                                      UNS                        $1.00

                                                                 $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2342 of 3330

---

**DeLoris Ali**
14736 Wemple Road
Cleveland, OH 44110

**Clm No 7034**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Hannibal Ali**
4683 Vallejo Drive
Toledo, OH 43615

**Clm No 7035**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Alicea**
1325 W. 11th Street
Lorain, OH 44052

**Clm No 7036**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                            2343 of 3330

---

**Daniel Alicea**                      **Clm No 7037**      Filed In Cases: 140
942 Baer Ave.
Port Charlotte, FL 33948               Class            Claim Detail Amount        Final Allowed Amount

                                       UNS                    $1.00
                                                             $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Gary Allbritain**                    **Clm No 7038**      Filed In Cases: 140
4211 47th Street NW
Canton, OH 44718                       Class            Claim Detail Amount        Final Allowed Amount

                                       UNS                    $1.00
                                                             $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Elsie Allen**                        **Clm No 7039**      Filed In Cases: 140
278 Storer Ave.
Akron, OH 44302                        Class            Claim Detail Amount        Final Allowed Amount

                                       UNS                    $1.00
                                                             $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

## *Claims Details*

---

**George Allen**
1125 Dover Avenue
Akron, OH 44320

**Clm No 7040**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Harold Allen**
229 27th St. NW
Barberton, OH 44203

**Clm No 7041**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**John Allen**
42735 West Arizona Ave
Maricopa, AZ 85139

**Clm No 7042**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                        3/14/2018 3:55:46 PM

*Claims Details*                                                                                  2345 of 3330

---

**Shirley Allen**                         **Clm No 7043**      Filed In Cases: 140
1540 E 31st Street
Lorain, OH 44055                          Class              Claim Detail Amount        Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Willie Allen**                          **Clm No 7044**      Filed In Cases: 140
1540 31st Street
Lorain, OH 44055                          Class              Claim Detail Amount        Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Clair Allen**                           **Clm No 7045**      Filed In Cases: 140
1442 Lynn Street
Erie, PA 16503                            Class              Claim Detail Amount        Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/14/2018 3:55:46 PM

*Claims Details*                                                          2346 of 3330

---

**Everett Allen**                    **Clm No 7046**    Filed In Cases: 140
1389 Haverston Rd.
Lyndhurst, OH 44124                   Class              Claim Detail Amount    Final Allowed Amount

                                     UNS                     $1.00
                                                             $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Joe Allen**                        **Clm No 7047**    Filed In Cases: 140
6052 State Route 93
Ironton, OH 45638                    Class              Claim Detail Amount    Final Allowed Amount

                                     UNS                     $1.00
                                                             $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**William G Allen**                  **Clm No 7048**    Filed In Cases: 140
c/o Bevan & Associates LPA, Inc.
6555 Dean Memorial Parkway           Class              Claim Detail Amount    Final Allowed Amount
Boston Heights, OH 44236
                                     UNS                     $1.00
                                                             $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

2347 of 3330

---

**Charles Allen**
2259 Cornell Drive
Uniontown, OH 44685

**Clm No 7049**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Hosea Allen**
684 Roscoe Avenue
Akron, OH 44306

**Clm No 7050**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Howard Allen**
4085 Paris Ave. S.E.
Minerva, OH 44657

**Clm No 7051**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                      2348 of 3330

---

**Lester Allen**                          **Clm No 7052**    Filed In Cases: 140
75 Allen Street
Demopolis, AL 36732

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 23-Nov-2016 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**Ralph Allen**                           **Clm No 7053**    Filed In Cases: 140
7392 Eisenhower Dr. #2
Youngstown, OH 44512

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 23-Nov-2016 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**Richetta Allen**                        **Clm No 7054**    Filed In Cases: 140
4175 Leander St. NE
East Canton, OH 44730

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 23-Nov-2016 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2349 of 3330

---

**Robert Allen**
4175 Leander Street NE
East Canton, OH 44730

**Clm No 7055**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----------|-----------|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Allen**
2106 Lakefield Dr.
Huron, OH 44839

**Clm No 7056**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----------|-----------|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Allen**
3102 Garvin Road
Dayton, OH 45405

**Clm No 7057**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----------|-----------|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                             2350 of 3330

---

**Billy Allen, Sr.**                    **Clm No 7058**    Filed In Cases: 140
248 Aldrich Rd.
Vermilion, OH 44089

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|---------------------|
| UNS   | $1.00              |                     |
|       | $1.00              |                     |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William B Alley**                    **Clm No 7059**    Filed In Cases: 140
6156 Sheed Rd.
Cincinnati, OH 45247

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|---------------------|
| UNS   | $1.00              |                     |
|       | $1.00              |                     |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Donald Allgeyer**                    **Clm No 7060**    Filed In Cases: 140
2327 Losantiville Avenue
Cincinnati, OH 45237

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|---------------------|
| UNS   | $1.00              |                     |
|       | $1.00              |                     |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Jackie Allgood**
P.O. Box 903
Elyria, OH 44036

**Clm No 7061**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Marilyn Allgood**
4700 Chelsea Drive
Lorain, OH 44055

**Clm No 7062**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Wayne Allgood, Sr.**
512 Fairmont St.
Elyria, OH 44035

**Clm No 7063**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*     3/14/2018 3:55:46 PM

*Claims Details*     2352 of 3330

---

**James Allison**
1207 Knox Avenue
Akron, OH 44314

**Clm No 7064**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bruce Allison**
1511 Bravado Circle SW
Canton, OH 44706

**Clm No 7065**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Frank Alloe**
176 Owosso Avenue
Fairlawn, OH 44333

**Clm No 7066**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                 2353 of 3330

---

**Russell Allphin**                      **Clm No 7067**      Filed In Cases: 140
109 Miller Avenue
Marietta, OH 45750                        Class            Claim Detail Amount      Final Allowed Amount

                                          UNS                     $1.00
                                                                  $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Maximino Almanza**                     **Clm No 7068**      Filed In Cases: 140
3454 Renaissance Court
Franklin, OH 45005                        Class            Claim Detail Amount      Final Allowed Amount

                                          UNS                     $1.00
                                                                  $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Santiago Almanza**                     **Clm No 7069**      Filed In Cases: 140
1176 Karnes Avenue
Defiance, OH 43512                         Class            Claim Detail Amount      Final Allowed Amount

                                          UNS                     $1.00
                                                                  $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**Agustin Alonzo**
807 Three Meadows Dr., Apt 10
Perrysburg, OH 43551

**Clm No 7070**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Alston**
15 Chestnut Street, Apt. 315
Elyria, OH 44035

**Clm No 7071**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Alten**
2900 Moon Rd.
Avon, OH 44011

**Clm No 7072**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2355 of 3330

---

**Alfred Altomari**
6559 Lake Ave.
Elyria, OH 44053

**Clm No 7073**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Enrique Alvarado**
5305 Apple Creek Drive
Sheffield Village, OH 44054

**Clm No 7074**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Hector Alvarado**
4705 Andover Ave.
Lorain, OH 44055

**Clm No 7075**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/14/2018 3:55:46 PM

*Claims Details*                                                        2356 of 3330

---

**Domingo Amador**                    **Clm No 7076**    Filed In Cases: 140
1802 5th Street
Lincoln, CA 95648                      | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Fernando Amador**                   **Clm No 7077**    Filed In Cases: 140
1228 W 22nd Street
Lorain, OH 44052                      | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Gilbert Amador**                    **Clm No 7078**    Filed In Cases: 140
1859 E. 32nd St.
Lorain, OH 44055                      | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

### Claims Details

2357 of 3330

---

**Robert Amato**
238 E Liberty Street
North Canton, OH 44730

**Clm No 7079**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Phillip Ambrose**
c/o Bevan & Associates LPA, Inc.
6555 Dean Memorial Parkway
Boston Heights, OH 44236

**Clm No 7080**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Stanley Ambrose**
2860 Congress Lake Road
Mogadore, OH 44260

**Clm No 7081**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

### *Claims Details*

---

**Victor Amburger**

2029 West Market Street

Akron, OH 44313

**Clm No 7082**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Howard Amend**

111 Brumball Court

Union, OH 45322

**Clm No 7083**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Amendol**

4157 Burgett Lane

Canfield, OH 44406

**Clm No 7084**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              2359 of 3330

---

**Frank Ameno**
4217 Sheridan Blvd.
Youngstown, OH 44514

**Clm No 7085**        Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 23-Nov-2016 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $1.00       |

---

**Beverly Amerson**
240 E 13th Street
Elyria, OH 44035

**Clm No 7086**        Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 23-Nov-2016 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $1.00       |

---

**James Ammon**
P.O. Box 1334
East Liverpool, OH 43920

**Clm No 7087**        Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 23-Nov-2016 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $1.00       |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

### Claims Details

2360 of 3330

---

**Andrew Amodio, Jr.**
430 Center Street E
Warren, OH 44481

**Clm No 7088**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard Amoroso**
22050 Mastick Road
Fairview Park, OH 44126

**Clm No 7089**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Brad Amrich**
2933 Rexford Road
Youngstown, OH 44511

**Clm No 7090**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                        2361 of 3330

---

**Bruce Amrich**                     **Clm No 7091**    Filed In Cases: 140
2436 Wilcox Street
Youngstown, OH 44509                 Class            Claim Detail Amount        Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Sam Anadiotis**                    **Clm No 7092**    Filed In Cases: 140
145 Graybark Lane
Amherst, OH 44001                    Class            Claim Detail Amount        Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Turin Ananni El**                  **Clm No 7093**    Filed In Cases: 140
1922 Elmwood Street
Gastonia, NC 28054                   Class            Claim Detail Amount        Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**         **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                               2362 of 3330

---

**Herman Anaya**                    **Clm No 7094**    Filed In Cases: 140
8310 West Bancroft Street
Toledo, OH 43617                     Class           Claim Detail Amount      Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Robert Anders**                    **Clm No 7095**    Filed In Cases: 140
580 E. Second St.
Logan, OH 43138                      Class           Claim Detail Amount      Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Marguerite Andersen**              **Clm No 7096**    Filed In Cases: 140
4442 Pleasant Ridge Rd.
Marietta, OH 45750                   Class           Claim Detail Amount      Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**David Anderson**
4111 Harbrok St.
Navarre, OH 44662

**Clm No 7097**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dexter Anderson**
431 Idaho Ave.
Lorain, OH 44052

**Clm No 7098**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Elton Anderson**
2311 Hoover Avenue
Dayton, OH 45402

**Clm No 7099**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                        2364 of 3330

---

**Gary Anderson**                     **Clm No 7100**    Filed In Cases: 140
735 Tanya Ave. NW
Massillon, OH 44646

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**George Anderson**                   **Clm No 7101**    Filed In Cases: 140
41590 Dutch Ridge Rd.
Jewett, OH 43986

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Joyce Anderson**                    **Clm No 7102**    Filed In Cases: 140
12912 Brookfield Avenue
Cleveland, OH 44135

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    2365 of 3330

---

**Raymond Anderson**
1425 W. 20th Street
Lorain, OH 44052

**Clm No 7103**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Anderson**
2340 Maureen Blvd. South
Obetz, OH 43207

**Clm No 7104**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Hubert Anderson**
2038 Dickey Road
Murphy, NC 28906

**Clm No 7105**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

---

**Jack Anderson**
3748 Biltz Road
Kent, OH 44240

**Clm No 7106**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jackie Anderson**
5051 N. Oakley Ave. Apt. 2
Chicago, IL 60625

**Clm No 7107**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Roy Anderson**
1718 Dunn's Eddy Road
Youngsville, PA 16371

**Clm No 7108**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

### Claims Details

2367 of 3330

---

**Lester Anderson**
788 Clark St.
Conneaut, OH 44030

**Clm No 7109**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Annette Anderson**
123 Marsh's Lane
Elyria, OH 44035

**Clm No 7110**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carl Anderson**
668 Fairwood Road
New Franklin, OH 44224

**Clm No 7111**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              2368 of 3330

---

**Denise Anderson**                  **Clm No 7112**      Filed In Cases: 140
2731 East Tower Drive Apt. 307
Cincinnati, OH 45238                  Class              Claim Detail Amount        Final Allowed Amount

                                     UNS                      $1.00
                                                              $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Eugene Anderson**                  **Clm No 7113**      Filed In Cases: 140
5124 Orchard Avenue
Lorain, OH 44055                      Class              Claim Detail Amount        Final Allowed Amount

                                     UNS                      $1.00
                                                              $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Harry Anderson**                   **Clm No 7114**      Filed In Cases: 140
1101 Moore Fork Road
Duck, WV 25063                        Class              Claim Detail Amount        Final Allowed Amount

                                     UNS                      $1.00
                                                              $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    2369 of 3330

---

**Herman Anderson**
1016  Moeller Ave.
Akron, OH 44307-1717

**Clm No 7115**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Anderson**
41565 Hazelwood St.
Elyria, OH 44035

**Clm No 7116**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Anderson**
427 Woodlawn
Canton, OH 44708

**Clm No 7117**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                                                 3/14/2018 3:55:46 PM

*Claims Details*                                                                                              2370 of 3330

---

**Joseph Anderson**          **Clm No 7118**     Filed In Cases: 140
5112 Retford Drive
Dayton, OH 45417             Class              Claim Detail Amount      Final Allowed Amount

                            UNS                    $1.00
                                                   $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Kenneth Anderson**         **Clm No 7119**     Filed In Cases: 140
4023 Gregus Ave.
Lorain, OH 44055            Class              Claim Detail Amount      Final Allowed Amount

                            UNS                    $1.00
                                                   $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Linda Anderson**           **Clm No 7120**     Filed In Cases: 140
6100 Laurent Dr. Apt 521
Parma, OH 44129            Class              Claim Detail Amount      Final Allowed Amount

                            UNS                    $1.00
                                                   $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Noel Anderson**
5 S. Wabash
Brewster, OH 44614

**Clm No 7121**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Norman Anderson**
184 York NW
Warren, OH 44485

**Clm No 7122**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard Anderson**
3002 Silver Lake Blvd.
Silver Lake, OH 44224

**Clm No 7123**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2372 of 3330

---

**Roger Anderson**
4424 Pearl Avenue
Lorain, OH 44055

**Clm No 7124**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Walter Anderson**
843 Mercer Ave.
Akron, OH 44320

**Clm No 7125**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Warren Anderson**
1391 Marcy Street
Akron, OH 44301

**Clm No 7126**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

---

**John Anderson**
1601 Bucktail Road
St. Mary's, PA 15857

**Clm No 7127**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Anderson**
c/o Bevan & Associates LPA, Inc.
6555 Dean Memorial Parkway
Boston Heights, OH 44236

**Clm No 7128**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Otto Anderson, Jr.**
1738 Newbrook Drive
Cincinnati, OH 45231

**Clm No 7129**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

2374 of 3330

---

**John Anderson, Jr.**
429 N. Hawkins Ave. #111
Akron, OH 44313

**Clm No 7130**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Thomas Andonian**
46 Fulton Street
Akron, OH 44305

**Clm No 7131**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Richard Andorka**
1925 N. Nantucket Drive
Lorain, OH 44053-3223

**Clm No 7132**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2375 of 3330

---

**Edward Andrade**
3324 Norman Ave.
Canton, OH 44709

**Clm No 7133**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lawrence Andreff**
638 Quail Ridge Circle
Akron, OH 44319

**Clm No 7134**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gary Andrews**
2111 Pontius Street
Mogadore, OH 44260

**Clm No 7135**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Barbara Andrews**
681 Marion Road
Cincinnati, OH 45215

**Clm No 7136**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed        | 23-Nov-2016 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**Dorce Andrews**
10966 Pleasant Renner Rd.
Goshen, OH 45122

**Clm No 7137**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed        | 23-Nov-2016 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**Wilbert Andrews**
18 Bluecrest Avenue
Dayton, OH 45427

**Clm No 7138**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed        | 23-Nov-2016 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

### Claims Details

2377 of 3330

---

**James Anello**
5616 Utica Road
Waynesville, OH 45068

**Clm No 7139**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joseph Anglin**
984 Claire Ave.
Akron, Oh 44306

**Clm No 7140**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Larry Ankrom**
1970 Quayle Dr
Akron, OH 44312

**Clm No 7141**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

### Claims Details

---

**Joseph Anney**
17850 Route # 301
LaGrange, OH 44050

**Clm No 7142**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas Ansell**
1360 Rolling Meadows Rd.
Vermilion, OH 44089

**Clm No 7143**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Anthony**
91 West Slater Road
Clarks Mills, PA 16114

**Clm No 7144**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/14/2018 3:55:46 PM

*Claims Details*                                                               2379 of 3330

---

**John F Anthony**                    **Clm No 7145**    Filed In Cases: 140
1084 Perron Rd. SE
Carrollton, OH 44615                   Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                  $1.00
                                                           $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Ethel Anthony**                     **Clm No 7146**    Filed In Cases: 140
6228 Lisbon Avenue #1
Cincinnati, OH 45213                   Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                  $1.00
                                                           $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Jerry Anthony**                     **Clm No 7147**    Filed In Cases: 140
7774 Compton Lake Drive, A
Cincinnati, OH 45231                   Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                  $1.00
                                                           $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

### *Claims Details*

**Alex Antolak**
69696 Crestview Lane
St. Clairsville, OH 43950

**Clm No 7148**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Dale Antolino**
17600 Detroit Avenue Apt 308
Lakewood, OH 44107

**Clm No 7149**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Emmanuel Antonas**
371 Kendall Ave. Apt 2
Campbell, OH 44405

**Clm No 7150**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**John Anzaldi**
152 6th Street NW
Barberton, OH 44203

**Clm No 7151**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Viola Anzevino**
1641 Brownlee Ave.
Youngstown, OH 44514

**Clm No 7152**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Leonard Anzevino**
6695 Clingan Rd Unit 23
Youngstown, OH 44514

**Clm No 7153**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2382 of 3330

---

**Jose Aponte**
946 Liberty Road
Youngstown, OH 44505

**Clm No 7154**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Albert Aponte**
634 Belmont Drive
Lorain, OH 44053

**Clm No 7155**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Marco Aponte**
1954 E. 30th St.
Lorain, OH 44055

**Clm No 7156**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                  3/14/2018 3:55:46 PM

*Claims Details*                                                                           2383 of 3330

---

**Adalberto Aponte Melendez**          **Clm No 7157**      Filed In Cases: 140
147 W. Springtown Road
Long Valley, NJ 07853                   Class              Claim Detail Amount      Final Allowed Amount

                                        UNS                      $1.00
                                                                 $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Addie Appenfelder**                  **Clm No 7158**      Filed In Cases: 140
122 Walnut Street Apt. 1
Reading, OH 45215                       Class              Claim Detail Amount      Final Allowed Amount

                                        UNS                      $1.00
                                                                 $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Elizabeth Apple**                    **Clm No 7159**      Filed In Cases: 140
13896 Adena Place
Pickerington, OH 43147                  Class              Claim Detail Amount      Final Allowed Amount

                                        UNS                      $1.00
                                                                 $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2384 of 3330

---

**Maggie Appleberry**
1846 Kipling Avenue
Dayton, OH 45406

**Clm No 7160**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard Applegarth**
314 Surrey Lane
Richmond, OH 43944

**Clm No 7161**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gene Applegate**
889 Moyers Rd.
Winston Salem, NC 27104

**Clm No 7162**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/14/2018 3:55:46 PM

*Claims Details*                                                                          2385 of 3330

---

**Carl Applegate**                    **Clm No 7163**    Filed In Cases: 140
2194 Wilshire Avenue
Goshen, OH 45122                       Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed             23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Oren Applequist**                   **Clm No 7164**    Filed In Cases: 140
2233 Housel Craft Rd.
Bristolville, OH 44402                 Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed             23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Tony P. Aquila**                    **Clm No 7165**    Filed In Cases: 140
29444 Parkwood Drive
Wickliffe, OH 44092                    Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed             23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

2386 of 3330

---

**Johnny Arbogast**
3 North Street
Radcliff, KY 40160

**Clm No 7166**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----------------|------------|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Matthew Arbogast**
119 Quixote Dr. SE
Rio Rancho, NM 87124-3393

**Clm No 7167**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----------------|------------|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carl Arbogast**
498 West High Street
Alliance, OH 44601

**Clm No 7168**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----------------|------------|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2387 of 3330

---

**Anthony Arcaro**
369 Walnut Street
Conneaut, OH 44030

**Clm No 7169**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Harold Archer**
454 Stephens Rd.
Akron, OH 44312

**Clm No 7170**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Archer**
5980 Parsons Ave.
Lockborne, OH 43137

**Clm No 7171**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2388 of 3330

| | | | |
|---|---|---|---|
| **Colin Archie** | **Clm No 7172** | Filed In Cases: 140 | |
| 7355 Beaumont Dr. | Class | Claim Detail Amount | Final Allowed Amount |
| Lakeland, FL 33810 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| | | | |
|---|---|---|---|
| **Donald Arcidiacono** | **Clm No 7173** | Filed In Cases: 140 | |
| 299 E. 326th Street | Class | Claim Detail Amount | Final Allowed Amount |
| Willowick, OH 44095 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 28-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| | | | |
|---|---|---|---|
| **Stanley Ardrey** | **Clm No 7174** | Filed In Cases: 140 | |
| 220 E. Market Street | Class | Claim Detail Amount | Final Allowed Amount |
| Baltimore, OH 43105 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                             2389 of 3330

---

**Albert Arkenburgh, Jr.**          **Clm No 7175**      Filed In Cases: 140
22072 Cold Snow Rd.
Minerva, OH 44657          | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**John Armbruster**          **Clm No 7176**      Filed In Cases: 140
15910 Lowe Rd.
Alliance, OH 44601          | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Frank Armour**          **Clm No 7177**      Filed In Cases: 140
836 Scioto Street
Youngstown, OH 44505          | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

### Claims Details

2390 of 3330

---

**John Armour**
4217 Tannybrooke Ln. NW, Apt D
Canton, OH 44718

**Clm No 7178**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Edward Armour**
2335 9th Street SW
Akron, OH 44314

**Clm No 7179**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Sherwood Armour**
2155 McGuffey
Youngstown, OH 44505

**Clm No 7180**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              2391 of 3330

---

**Chester Armstead**            **Clm No 7181**    Filed In Cases: 140
9804 Aetna Rd.
Cleveland, OH 44105

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Erwin Armstrong**             **Clm No 7182**    Filed In Cases: 140
c/o Bevan & Associates LPA, Inc.
6555 Dean Memorial Parkway
Boston Heights, OH 44236

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**William Armstrong**           **Clm No 7183**    Filed In Cases: 140
c/o Bevan & Associates LPA, Inc.
6555 Dean Memorial Parkway
Boston Heights, OH 44236

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**         **E-mail: claimsmanager@omnimgt.com**        FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

### Claims Details

2392 of 3330

---

**Donald Armstrong**
1854 Northcutt Avenue
Cincinnati, OH 45237

**Clm No 7184**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gary Armstrong**
16540 Valley Road
Meadville, PA 16335

**Clm No 7185**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Armstrong**
4085 Colorado Ave.
Sheffield Village, OH 44054

**Clm No 7186**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## *Claims Details*

**John Armstrong, III**
6815 N Park Ave. Ext
Cortland, OH 44410

**Clm No 7187**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**David G. Arnet**
3843 Everett Drive
Loveland, OH 45140

**Clm No 7188**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Robert E. Arnold**
6717 Wedgewood Rd.
Medina, OH 44256

**Clm No 7189**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc* 3/14/2018 3:55:46 PM

## Claims Details

2394 of 3330

| James Arnold | **Clm No 7190** | Filed In Cases: 140 | |
|---|---|---|---|
| 2996 Cliffside Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Copley, OH 44321 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Johnnie Arnold | **Clm No 7191** | Filed In Cases: 140 | |
|---|---|---|---|
| 614 Mistletoe Avenue | Class | Claim Detail Amount | Final Allowed Amount |
| Youngstown, OH 44511 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Robert Arnold | **Clm No 7192** | Filed In Cases: 140 | |
|---|---|---|---|
| 920 Valdes Ave. | Class | Claim Detail Amount | Final Allowed Amount |
| Akron, OH 44320 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

### Claims Details

---

**Jack L. Arnold**
5681 Jason Oval
Medina, OH 44256

**Clm No 7193**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Patrick Arnold, Jr.**
c/o Bevan & Associates LPA, Inc.
6555 Dean Memorial Parkway
Boston Heights, OH 44236

**Clm No 7194**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Angel Arocho**
4309 Forest Hill Drive
Lorain, OH 44053

**Clm No 7195**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/14/2018 3:55:46 PM

*Claims Details*                                                                    2396 of 3330

---

**Richard Arocho**                      **Clm No 7196**      Filed In Cases: 140
2326 E. 34th St.
Lorain, OH 44055                        Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                      $1.00
                                                                 $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Edwin Arocho, Sr.**                   **Clm No 7197**      Filed In Cases: 140
4309 Forest Hill Drive
Lorain, OH 44053                        Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                      $1.00
                                                                 $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Harold Arp**                          **Clm No 7198**      Filed In Cases: 140
2725 Abinton Rd., Suite 102
Akron, OH 44333                         Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                      $1.00
                                                                 $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

---

**Frank Arquillo**
9054 Gifford Road
Amherst, OH 44001

**Clm No 7199**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas Arquillo**
521 Vermont Rd.
Elyria, OH 44035

**Clm No 7200**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Angela Arriola**
1964 Beaver Trail
Mineral Ridge, OH 44440

**Clm No 7201**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                    2398 of 3330

---

**Roberto Arroyo**                    **Clm No 7202**    Filed In Cases: 140
208 E. 26th Street
Lorain, OH 44055                      Class            Claim Detail Amount      Final Allowed Amount

                                     UNS                        $1.00

                                                                $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Samuel Arroyo**                     **Clm No 7203**    Filed In Cases: 140
2329 East 31st Street
Lorain, OH 44055                      Class            Claim Detail Amount      Final Allowed Amount

                                     UNS                        $1.00

                                                                $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Charles Arroyo**                    **Clm No 7204**    Filed In Cases: 140
1241 Cedar Road
Lorain, OH 44052                      Class            Claim Detail Amount      Final Allowed Amount

                                     UNS                        $1.00

                                                                $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2399 of 3330

---

**Secundino Arroyo**
2038 Hamilton Ave.
Lorain, OH 44052

**Clm No 7205**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Arter, Sr.**
8937 Rock Hill Road NW
Strasburg, OH 44680

**Clm No 7206**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wade Arthur**
2090 Marhofer
Stow, OH 44264

**Clm No 7207**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    2400 of 3330

---

**Jose Arzuaga**                          **Clm No 7208**    Filed In Cases: 140
1866 E. 33rd Street
Lorain, OH 44055                          Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Fredrick Ash**                          **Clm No 7209**    Filed In Cases: 140
16 Riley Ave.
E. Weymoth, MA 02189                      Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                  $10,000.00
                                                               $10,000.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value      $10,000.00

---

**Marvin Ash**                            **Clm No 7210**    Filed In Cases: 140
3470 N Pleasant Drive
East Palestine, OH 44413                  Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              2401 of 3330

---

**Carl Ash, Sr.**
279 E. Ralston Avenue
Akron, OH 44301

**Clm No 7211**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Paul Ashley**
14881 Lenmont St., NW
North Lawrence, OH 44666

**Clm No 7212**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Robert Ashley**
1353 Churchhill Hubbard Rd. Apt 203
Youngstown, OH 44505

**Clm No 7213**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

### Claims Details

2402 of 3330

---

**Mearl Ashton**
3391 Board Road
Cuyahoga Falls, OH 44223

**Clm No 7214**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dean Ashton**
1066 Iowa Avenue
McDonald, OH 44437

**Clm No 7215**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**George Asmis**
7593 North Sarasota Drive
Parma, OH 44134

**Clm No 7216**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2403 of 3330

---

**John Athanasen**
1521 Greenwood Avenue
Girard, OH 44420

**Clm No 7217**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Harry Athens**
1202 Nordica Avenue
Akron, OH 44314

**Clm No 7218**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rodney Athey**
11 Coach Lane
Akron, OH 44312

**Clm No 7219**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    2404 of 3330

---

**Robert Atkinson**
1415 W. 23rd St.
Lorain, OH 44052

**Clm No 7220**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Santo Atkinson**
PO Box 1504
Findlay, OH 45839

**Clm No 7221**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Terry Atkinson**
2366 Begonia Avenue NE
Canton, OH 44705

**Clm No 7222**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2405 of 3330

---

**Elmer Atley**
3910 W. Erie Ave. Apt. #A20
Lorain, OH 44053

**Clm No 7223**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Walter Attie**
176 Woodhill Drive
Amherst, OH 44001

**Clm No 7224**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Donald Attie**
458 Florida Avenue
Lorain, OH 44052

**Clm No 7225**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2406 of 3330

---

**Edwin Atwood**
694 Mohawk Avenue
Warren, PA 16365

**Clm No 7226**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Audia**
2337 Parkwood Drive NW
Warren, OH 44485

**Clm No 7227**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Auer**
11829 Redrock Rd
Glouster, OH 45732

**Clm No 7228**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                           3/14/2018 3:55:46 PM

*Claims Details*                                                                     2407 of 3330

---

**Lloyd Aufdenkamp**
32700 Belle Road
Avon Lake, OH 44012

**Clm No 7229**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kenneth Auger**
13820 State Rt. 120
Lyons, OH 43533

**Clm No 7230**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Harry August**
3675 Kirk Road
Youngstown, OH 44511

**Clm No 7231**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2408 of 3330

| Thomas Augustine | **Clm No 7232** | Filed In Cases: 140 | |
|---|---|---|---|
| 4555 Linda Drive | | | |
| Vermilion, OH 44089 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Willard Ault | **Clm No 7233** | Filed In Cases: 140 | |
|---|---|---|---|
| 9543 Baer Road | | | |
| Marshallville, OH 44645 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Lowell Auman | **Clm No 7234** | Filed In Cases: 140 | |
|---|---|---|---|
| 2115 Kaye Neva Lane | | | |
| Charleston, WV 25312 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $10,000.00 | |
| | | $10,000.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                             2409 of 3330

---

**Bruce Austin**                      **Clm No 7235**    Filed In Cases: 140
189 Evergreen St.
Barberton, OH 44203                   Class          Claim Detail Amount    Final Allowed Amount

                                      UNS                 $1.00
                                                          $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Harold Austin**                     **Clm No 7236**    Filed In Cases: 140
P.O. Box 419
Waynesburg, OH 44688                  Class          Claim Detail Amount    Final Allowed Amount

                                      UNS                 $1.00
                                                          $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Johnny Austin**                     **Clm No 7237**    Filed In Cases: 140
9107 Rosewood Avenue9107 Rosewood Ave.
Cleveland, OH 44105                   Class          Claim Detail Amount    Final Allowed Amount

                                      UNS                 $1.00
                                                          $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2410 of 3330

---

**James Austin**
1780 Walter Street
Memphis, TN 38108

**Clm No 7238**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lawrence Austin**
915 Wheatland Road
West Middlesex, PA 16159

**Clm No 7239**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Austin**
4102 Maple Drive
Richfield, OH 44286

**Clm No 7240**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/14/2018 3:55:46 PM

*Claims Details*                                                                                    2411 of 3330

---

**Edwin Austin, Jr.**                    **Clm No 7241**      Filed In Cases: 140
c/o Bevan & Associates LPA, Inc.
6555 Dean Memorial Parkway          Class           Claim Detail Amount      Final Allowed Amount
Boston Heights, OH 44236
                                    UNS                  $1.00
                                                         $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Glenn Austin, Jr.**                    **Clm No 7242**      Filed In Cases: 140
10961 Thoresby Circle NW
Uniontown, OH 44685                  Class           Claim Detail Amount      Final Allowed Amount

                                    UNS                  $1.00
                                                         $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Peter Avalos**                         **Clm No 7243**      Filed In Cases: 140
1865 E. 29th Street
Lorain, OH 44055                     Class           Claim Detail Amount      Final Allowed Amount

                                    UNS                  $1.00
                                                         $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2412 of 3330

---

**Jacob Aveni**
4380 27th Court SW, Apt. 412
Naples, FL 34116

**Clm No 7244**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Martin Aventino**
2724 Elmbreeze Street NW
Massillon, OH 44646

**Clm No 7245**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Clyde Avery**
835 E Grant Street
Alliance, OH 44601

**Clm No 7246**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    2413 of 3330

---

**Roy Avery**                          **Clm No 7247**    Filed In Cases: 140
218 High Grove
Akron, OH 44312                        Class              Claim Detail Amount    Final Allowed Amount

                                       UNS                $1.00
                                                          $1.00

Date Filed           23-Nov-2016
Bar Date
Claim Face Value     $1.00

---

**William Avery**                      **Clm No 7248**    Filed In Cases: 140
2805 Sagamore Road
Toledo, OH 43606                       Class              Claim Detail Amount    Final Allowed Amount

                                       UNS                $1.00
                                                          $1.00

Date Filed           23-Nov-2016
Bar Date
Claim Face Value     $1.00

---

**Agustine Aviles**                    **Clm No 7249**    Filed In Cases: 140
PO Box 432
Wellington, OH 44090                   Class              Claim Detail Amount    Final Allowed Amount

                                       UNS                $1.00
                                                          $1.00

Date Filed           23-Nov-2016
Bar Date
Claim Face Value     $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2414 of 3330

---

**Pablo Aviles**
4415 Palm Avenue
Lorain, OH 44055

**Clm No 7250**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Nelson Ayala**
1503 Yale Castle Ct.
Ruskin, FL 33570

**Clm No 7251**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Earnest Ayers**
10784 Strausser Street NW
Canal Fulton, OH 44614

**Clm No 7252**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2415 of 3330

| **Donald B Ayers** | **Clm No 7253** | Filed In Cases: 140 | |
|---|---|---|---|
| 59 Greystone | Class | Claim Detail Amount | Final Allowed Amount |
| Poland, OH 44514 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Elmer Azar** | **Clm No 7254** | Filed In Cases: 140 | |
|---|---|---|---|
| 41899 Pleasant Ridge Rd. | Class | Claim Detail Amount | Final Allowed Amount |
| Graysville, OH 45734-9774 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Robert Azar** | **Clm No 7255** | Filed In Cases: 140 | |
|---|---|---|---|
| 17930 Grill Road | Class | Claim Detail Amount | Final Allowed Amount |
| Doylestown, OH 44230 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

---

**Richard Babbitt**
1633 Moon Beam Dr.
Malabar, FL 32950

**Clm No 7256**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Babeli**
3034 20th Street NW
Canton, OH 44708

**Clm No 7257**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**George Babich**
505 W. 27th Street
Lorain, OH 44055

**Clm No 7258**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    2417 of 3330

---

**George Babinchak**
3450 Flolor Drive Apt 3
Youngstown, OH 44511

**Clm No 7259**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Walter Babinski**
c/o Bevan & Associates LPA, Inc.
6555 Dean Memorial Parkway
Boston Heights, OH 44236

**Clm No 7260**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Babinsky**
2118 W 14th Street
Lorain, OH 44052

**Clm No 7261**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2418 of 3330

| Danny Bach | **Clm No 7262** | Filed In Cases: 140 | |
|---|---|---|---|
| P.O. Box 481 | Class | Claim Detail Amount | Final Allowed Amount |
| West Union, OH 45693 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Tom Bacha | **Clm No 7263** | Filed In Cases: 140 | |
|---|---|---|---|
| 140 Wildwood Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Boardman, OH 44512 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Gregory Bacher | **Clm No 7264** | Filed In Cases: 140 | |
|---|---|---|---|
| 2365 Sunnyside Road | Class | Claim Detail Amount | Final Allowed Amount |
| Vermilion, OH 44089 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Dave Bachus**
16588 Glenda Way
East Liverpool, OH 43920

**Clm No 7265**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Michael Back**
617 N. Miami Avenue
Trenton, OH 45067

**Clm No 7266**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Baclawski**
6050 Orchard Hill Blvd.
Lorain, OH 44053

**Clm No 7267**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**          3/14/2018 3:55:46 PM

*Claims Details*                                                        2420 of 3330

---

**Steve Bada, Jr.**                    **Clm No 7268**    Filed In Cases: 140
864 North Highland Avenue
Girard, OH 44420                 Class          Claim Detail Amount      Final Allowed Amount

                                UNS                    $1.00
                                                       $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Daniel Badarzynski**                 **Clm No 7269**    Filed In Cases: 140
7516 Longano Drive
Independence, OH 44131          Class          Claim Detail Amount      Final Allowed Amount

                                UNS                    $1.00
                                                       $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Roy Badford**                        **Clm No 7270**    Filed In Cases: 140
180 College Dr. Apt N-7
Elyria, OH 44035                Class          Claim Detail Amount      Final Allowed Amount

                                UNS                    $1.00
                                                       $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                2421 of 3330

---

**Leonardo Badillo**
1862 E. 32nd Street
Lorain, OH 44055

**Clm No 7271**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Ken Bado**
12359 Baird Rd.
Oberlin, OH 44074

**Clm No 7272**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gerald Baecher**
2638 Hazel Avenue
Dayton, OH 45420

**Clm No 7273**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

**Robert Baer**
13638 Zaremba Drive
Brookpark, OH 44142

**Clm No 7274**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**William Baer**
6481 Aylesworth Road
Parma Hts, OH 44130

**Clm No 7275**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**William F Baer**
7804 Ivandale Road
Parma, OH 44129

**Clm No 7276**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*

---

**Jose Baez**                          **Clm No 7277**    Filed In Cases: 140
1045 W. 10th Street
Lorain, OH 44052                        Class         Claim Detail Amount      Final Allowed Amount

                                        UNS                  $1.00
                                                             $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Fred Baginski**                      **Clm No 7278**    Filed In Cases: 140
2651 West 22nd Street
Erie, PA 16506                          Class         Claim Detail Amount      Final Allowed Amount

                                        UNS                  $1.00
                                                             $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Antoinette Baglanis**                **Clm No 7279**    Filed In Cases: 140
847 Adelaid Avenue NE
Warren, OH 44483                        Class         Claim Detail Amount      Final Allowed Amount

                                        UNS                  $1.00
                                                             $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/14/2018 3:55:46 PM

---

*Claims Details*                                                              2424 of 3330

---

**Dan Bahler**                          **Clm No 7280**    Filed In Cases: 140
7690 Hearthstone N.W.
North Canton, OH 44720                   | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed           23-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Nicholas Bahny**                      **Clm No 7281**    Filed In Cases: 140
4699 South Warwick
Canfield, OH 44406                       | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed           23-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Arthur Bailey**                       **Clm No 7282**    Filed In Cases: 140
770 28th Street NW
Massillon, OH 44647                      | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed           23-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2425 of 3330

---

**Delbert Bailey**
6961 Kepler Road
New Franklin, OH 44216

**Clm No 7283**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Ralph Bailey**
2279 Scotland Dr.
Akron, OH 44305

**Clm No 7284**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Richard Bailey**
3693 Knollwood Drive
Beavercreek, OH 45432

**Clm No 7285**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    2426 of 3330

---

**Robert Bailey**    **Clm No 7286**    Filed In Cases: 140
1906 Leavitt Rd.
Lorain, OH 44052

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Willie Bailey**    **Clm No 7287**    Filed In Cases: 140
202 Beachwood Street
Youngstown, OH 44505

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Charles Bailey**    **Clm No 7288**    Filed In Cases: 140
4868 Archmore Drive
Kettering, OH 45440-1837

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

---

*Claims Details*                                                                                          2427 of 3330

---

**Henry Bailey**                                      **Clm No 7289**      Filed In Cases: 140
1228 June St. Apt. 3
Fremont, OH 43420                                     Class              Claim Detail Amount      Final Allowed Amount

                                                      UNS                      $1.00
                                                                               $1.00

Date Filed                 23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Susan Bailey**                                      **Clm No 7290**      Filed In Cases: 140
4221 Crestwood St. NW
Canton, OH 44708                                      Class              Claim Detail Amount      Final Allowed Amount

                                                      UNS                      $1.00
                                                                               $1.00

Date Filed                 23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**David Bailey**                                      **Clm No 7291**      Filed In Cases: 140
6385 Kalbfleisch Road
Middletown, OH 45042                                  Class              Claim Detail Amount      Final Allowed Amount

                                                      UNS                      $1.00
                                                                               $1.00

Date Filed                 23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2428 of 3330

---

**Glenn Bailey**
4221 Crestwood St. NW
Canton, OH 44708

**Clm No 7292**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jack Bailey**
199 Ira Ave.
Akron, OH 44301

**Clm No 7293**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Bailey**
2528 East 29th Street
Lorain, OH 44053

**Clm No 7294**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    2429 of 3330

---

**John Bailey**
3180 Mayfair Rd.
Akron, OH 44312

**Clm No 7295**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joseph Bailey**
5263 W 148th Street
Brookpark, OH 44142

**Clm No 7296**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Bailey**
3693 Knollwood Drive
Beavercreek, OH 45432

**Clm No 7297**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**    3/14/2018 3:55:46 PM

*Claims Details*    2430 of 3330

---

**Thomas Bailey**                    **Clm No 7298**    Filed In Cases: 140
551 Stafford Drive
Elyria, OH 44035                      Class         Claim Detail Amount    Final Allowed Amount

                                     UNS               $1.00
                                                       $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Edward Bair**                      **Clm No 7299**    Filed In Cases: 140
522 Tuxedo Avenue
Independence, OH 44131               Class         Claim Detail Amount    Final Allowed Amount

                                     UNS               $1.00
                                                       $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Harold Baird**                     **Clm No 7300**    Filed In Cases: 140
1799 9th St., SW
Akron, OH 44314                      Class         Claim Detail Amount    Final Allowed Amount

                                     UNS               $1.00
                                                       $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    2431 of 3330

---

**Dennis Baisden**    **Clm No 7301**    Filed In Cases: 140
1610 S. Erie
Massillon, OH 44646

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed    23-Nov-2016
Bar Date
Claim Face Value    $1.00

---

**Stephan Baity**    **Clm No 7302**    Filed In Cases: 140
2144 2nd Street SE
Canton, OH 44707

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed    23-Nov-2016
Bar Date
Claim Face Value    $1.00

---

**Thomas Bajornas**    **Clm No 7303**    Filed In Cases: 140
2908 19th Street NW
Canton, OH 44708

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed    23-Nov-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

## *Claims Details*

---

**John Baker**
323 Van Buren Avenue
Cuyahoga Falls, OH 44221

**Clm No 7304**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Milton Baker**
633 Cuthbert Road
Toledo, OH 43607

**Clm No 7305**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Vernon Baker**
3211 Foxmoor St. NE
Hartville, OH 44632

**Clm No 7306**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

---

*Claims Details*                                                                    2433 of 3330

---

**Cecila Baker**                          **Clm No 7307**      Filed In Cases: 140
3841 Longhill Drive, SE
Warren, OH 44484                          Class              Claim Detail Amount       Final Allowed Amount

                                          UNS                     $1.00

                                                                  $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Gerald Baker**                          **Clm No 7308**      Filed In Cases: 140
4641 Chester Harris Rd
Woodlawn, TN 37191                         Class              Claim Detail Amount       Final Allowed Amount

                                          UNS                     $1.00

                                                                  $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Ivan Baker**                            **Clm No 7309**      Filed In Cases: 140
131 Loyola Drive
Elyria, OH 44035                           Class              Claim Detail Amount       Final Allowed Amount

                                          UNS                     $1.00

                                                                  $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2434 of 3330

---

**John Baker**
7302 Olde Farm Lane
Mentor, OH 44060

**Clm No 7310**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kenneth Baker**
1254 Caravel Drive
Columbus, OH 43207

**Clm No 7311**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lillie Mae Baker**
430 Everett Street
Toledo, OH 43608

**Clm No 7312**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              2435 of 3330

---

**Wayne Baker**                          **Clm No 7313**   Filed In Cases: 140
102 Ganyard Street
Rittman, OH 44270                        Class            Claim Detail Amount      Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**William Baker**                        **Clm No 7314**   Filed In Cases: 140
717 East Judson Avenue
Youngstown, OH 44502                     Class            Claim Detail Amount      Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Bernice Baker**                        **Clm No 7315**   Filed In Cases: 140
594 Barbcliff Road
Canfield, OH 44406                       Class            Claim Detail Amount      Final Allowed Amount

                                         UNS                 $10,000.00
                                                            $10,000.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value      $10,000.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*                                                                                    2436 of 3330

---

**Gus Baker**                          **Clm No 7316**      Filed In Cases: 140
1355 Jaclyn Lane
Lincolnton, NC 28092                    Class              Claim Detail Amount      Final Allowed Amount

                                       UNS                    $10,000.00
                                                             $10,000.00

Date Filed           23-Nov-2016
Bar Date
Claim Face Value     $10,000.00

---

**Dale Baker**                         **Clm No 7317**      Filed In Cases: 140
7675 St. Rt. 164
Libson, OH 44432                       Class              Claim Detail Amount      Final Allowed Amount

                                       UNS                      $1.00
                                                               $1.00

Date Filed           23-Nov-2016
Bar Date
Claim Face Value     $1.00

---

**Edwin Baker**                        **Clm No 7318**      Filed In Cases: 140
241 15th St. NW
Barberton, OH 44203                    Class              Claim Detail Amount      Final Allowed Amount

                                       UNS                      $1.00
                                                               $1.00

Date Filed           23-Nov-2016
Bar Date
Claim Face Value     $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Herbert Baker**
6501 Germantown Rd., Lot 433
Middletown, OH 45042

**Clm No 7319**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Karlos Baker**
2906 Northview Blvd, Apt 5
Youngstown, OH 44505

**Clm No 7320**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LeRoy Baker**
2076 Arthur Aveneu
Westlake, OH 44145

**Clm No 7321**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2438 of 3330

---

**Linda Baker**
2260 Howland Wilson Rd.
Howland, OH 44484

**Clm No 7322**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Melvin Baker**
10333 West Ridge Road
Elyria, OH 44035

**Clm No 7323**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Melvin Baker**
805 Newsome Rdl Apt 102
Salisbury, NC 28146

**Clm No 7324**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2439 of 3330

---

**Michael Baker**
4425 Lakeshore Circle NW
Massillon, OH 44646

**Clm No 7325**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ralph Baker**
c/o Bevan & Associates LPA, Inc.
6555 Dean Memorial Parkway
Boston Heights, OH 44236

**Clm No 7326**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Baker**
1221 Alldays Avenue
Toledo, OH 43607

**Clm No 7327**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    2440 of 3330

---

**Ronald Baker**
899 Church St.
Doylestown, OH 44230

**Clm No 7328**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed       23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Arley Baker, Jr**
520 Columbia Street
St. Marys, OH 45885

**Clm No 7329**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed       23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Donald A. Baker, Jr.**
17419 Goudy Road
Dalton, OH 44618

**Clm No 7330**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed       23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              2441 of 3330

---

**Joseph Bakos**                          **Clm No 7331**      Filed In Cases: 140
901 US #224 State Route
Nova, OH 44859                            Class              Claim Detail Amount        Final Allowed Amount

                                         UNS                      $1.00
                                                                  $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Sharon Balcarcel**                      **Clm No 7332**      Filed In Cases: 140
9108 Huron Avery Road
Huron, OH 44839                           Class              Claim Detail Amount        Final Allowed Amount

                                         UNS                      $1.00
                                                                  $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Melvin Balciar**                        **Clm No 7333**      Filed In Cases: 140
1190 Depot Street
Mineral Ridge, OH 44440                   Class              Claim Detail Amount        Final Allowed Amount

                                         UNS                      $1.00
                                                                  $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Robert Balcik**
298 Dellwood Road
Avon Lake, OH 44012

**Clm No 7334**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 23-Nov-2016 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $1.00       |

---

**Ebell Balden**
574 Welch St.
Canton, MS 39046

**Clm No 7335**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 23-Nov-2016 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $1.00       |

---

**Fernandez Baldwin**
119 Cobblestone Court
Berea, OH 44017

**Clm No 7336**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 23-Nov-2016 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value | $1.00       |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    2443 of 3330

---

**James Bales**                          **Clm No 7337**    Filed In Cases: 140
6196 Carry Road SE
Carrollton, OH 44615                      | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Theodore Balko**                        **Clm No 7338**    Filed In Cases: 140
PO Box 971
Lakemore, OH 44250                        | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gary Ball**                             **Clm No 7339**    Filed In Cases: 140
1815 Meloy Road
Kent, OH 44240                            | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              2444 of 3330

---

**Oliver Ball**                    **Clm No 7340**    Filed In Cases: 140
1730 Mt. Vernon Dr.
Owensboro, KY 42303                Class            Claim Detail Amount      Final Allowed Amount

                                   UNS                  $10,000.00
                                                        $10,000.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value         $10,000.00

---

**Bryan Ball**                     **Clm No 7341**    Filed In Cases: 140
14155 Allentown Road
Spencerville, OH 45887             Class            Claim Detail Amount      Final Allowed Amount

                                   UNS                   $1.00
                                                         $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Carlos Ball**                    **Clm No 7342**    Filed In Cases: 140
c/o Bevan & Associates LPA, Inc.
6555 Dean Memorial Parkway         Class            Claim Detail Amount      Final Allowed Amount
Boston Heights, OH 44236
                                   UNS                   $1.00
                                                         $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2445 of 3330

---

**Jerry Ball**
40075 Jones Road
Wellington, OH 44090

**Clm No 7343**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Joe Ball**
2039 West Bataan
Kettering, OH 45420

**Clm No 7344**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Ralph Ball**
129 E. Main St.
Deersville, OH 44693

**Clm No 7345**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                      3/14/2018 3:55:46 PM

*Claims Details*                                                                2446 of 3330

---

**Rosella Ball**                    **Clm No 7346**      Filed In Cases: 140
2039 West Bataan
Kettering, OH 45420               Class          Claim Detail Amount      Final Allowed Amount

                                 UNS                  $1.00
                                                      $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**William Ball**                    **Clm No 7347**      Filed In Cases: 140
137 Cromwell Drive
Geneva, OH 44041                 Class          Claim Detail Amount      Final Allowed Amount

                                 UNS                  $1.00
                                                      $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Jesse Ball, Jr.**                 **Clm No 7348**      Filed In Cases: 140
3494 SR 59
Ravenna, OH 44266                Class          Claim Detail Amount      Final Allowed Amount

                                 UNS                  $1.00
                                                      $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                          2447 of 3330

---

**Orvel Ballard**                    **Clm No 7349**    Filed In Cases: 140
PO Box 1394
Cornville, AZ 86325

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Thelma Ballard**                    **Clm No 7350**    Filed In Cases: 140
2006 Ashland Ave.
Lorain, OH 44052

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Clarence Ballard, Jr.**                    **Clm No 7351**    Filed In Cases: 140
1514 Lehigh Ave.
Lorain, OH 44052

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    2448 of 3330

---

**Edwin Ballas**
4909 Herbert Street
Newton Falls, OH 44444

**Clm No 7352**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lloyd Ballis**
9387 Fewtown Rd.
Deerfield, OH 44411

**Clm No 7353**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kenneth Balmert**
2717 W. 37th Street
Lorain, OH 44053

**Clm No 7354**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/14/2018 3:55:46 PM

*Claims Details*                                                         2449 of 3330

---

**Louis Balogh**                    <u>**Clm No 7355**</u>    Filed In Cases: 140
629 West Lake Dr.
Amherst, OH 44001                   Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                    $1.00
                                                           $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Wilbert Balogh**                  <u>**Clm No 7356**</u>    Filed In Cases: 140
2311 N. Jefferson Blvd.
Lorain, OH 44052                     Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                    $1.00
                                                           $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Judy Balogh-Waybright**           <u>**Clm No 7357**</u>    Filed In Cases: 140
401 W. 35th St.
Lorain, OH 44055                     Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                    $1.00
                                                           $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*   3/14/2018 3:55:46 PM

## Claims Details

2450 of 3330

---

**Michael Balsinger**
3076 Eric Lane
Hamilton, OH 45011

**Clm No 7358**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Daniel Balzer**
6026 Jisco West Road
Jackson, OH 45640

**Clm No 7359**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Clifford Bancroft**
19 Grove Ave.
Painesville, OH 44077

**Clm No 7360**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Jess Bane**
9429 Root Drive
Streetsboro, OH 44241

**Clm No 7361**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Bangas**
8271 Gore Orphanage Road
Vermilion, OH 44089

**Clm No 7362**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**George Banister**
5149 Henderson Rd., Lot 146
Erie, PA 16509

**Clm No 7363**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2452 of 3330

---

**Robert Banjoff**
145 Luxor Lane
Amherst, OH 44001

**Clm No 7364**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**John C. Bankes**
47 Liberty Street
Etna, OH 43018

**Clm No 7365**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Henry Banks**
354 Beebe Avenue
Elyria, OH 44035

**Clm No 7366**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*        3/14/2018 3:55:46 PM

*Claims Details*        2453 of 3330

---

**Robert Banks**                    **Clm No 7367**    Filed In Cases: 140
3294 Southwoods Lane
Cincinnati, OH 45213                 Class        Claim Detail Amount    Final Allowed Amount

                                     UNS              $1.00
                                                      $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Gloria Banks**                    **Clm No 7368**    Filed In Cases: 140
100 Richmond Rd. Apt. 510
Euclid, OH 44143                     Class        Claim Detail Amount    Final Allowed Amount

                                     UNS              $1.00
                                                      $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**John Banks**                      **Clm No 7369**    Filed In Cases: 140
3135 Idlewood Avenue
Youngstown, OH 44511                 Class        Claim Detail Amount    Final Allowed Amount

                                     UNS              $1.00
                                                      $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2454 of 3330

---

**Lloyd Banks**
977 Union Blvd
Clayton, OH 45315

**Clm No 7370**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 23-Nov-2016 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**Margaret Banks**
760 Eayrestown Rd. Apt. A11-8
Lumberton, NJ 08048

**Clm No 7371**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 23-Nov-2016 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**Raymond Banks**
1708 Niles Cortland Rd. SE
Warren, OH 44454

**Clm No 7372**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 23-Nov-2016 |
|-------------------|-------------|
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                        2455 of 3330

---

**Tony Banks**                          <span style="color:blue">**Clm No 7373**</span>    Filed In Cases: 140
16001 Euclid Beach Blvd Apt
Cleveland, OH 44110

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Walter Banks**                        <span style="color:blue">**Clm No 7374**</span>    Filed In Cases: 140
2237 40th Street NW
Canton, OH 44709

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kathy Banks**                         <span style="color:blue">**Clm No 7375**</span>    Filed In Cases: 140
941 Willshire Drive
Carlisle, OH 45005

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**David Bannick**
11333 Tayport Loop
New Port Richey, FL 34654

**Clm No 7376**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Banovich**
1905 E. 34th St.
Lorain, OH 44055

**Clm No 7377**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Martin Bar**
9336 Montgomery dr.
North Ridgeville, OH 44039

**Clm No 7378**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2457 of 3330

---

**Frank Baran**
3200 Canfield Road
Youngstown, OH 44511

**Clm No 7379**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alex Barash**
5423 Eastman Dr.
Lorain, OH 44053

**Clm No 7380**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Vojtech Barath**
3921 Mars Drive
Brunswick, OH 44212

**Clm No 7381**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2458 of 3330

---

**Chris Barbato**
100 Forest Creek Drive
Struthers, OH 44471

**Clm No 7382**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas Barbee**
48250 State Route 511
Oberlin, OH 44074

**Clm No 7383**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Edward Barbee**
343 Parmely Ave.
Elyria, OH 44035

**Clm No 7384**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    2459 of 3330

---

**Dennis Barber**    **Clm No 7385**    Filed In Cases: 140
2347 12th Street
Akron, OH 44314

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Robert Barbery**    **Clm No 7386**    Filed In Cases: 140
7040 Queensway Lane
Cincinnati, OH 45230

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Libero Barca, Sr.**    **Clm No 7387**    Filed In Cases: 140
201 Walker Road
Commercial Point, OH 43116

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    2460 of 3330

---

**Ronald Barclay**    **Clm No 7388**    Filed In Cases: 140
485 East Huston Street
Barberton, OH 44203

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Barczyk**    **Clm No 7389**    Filed In Cases: 140
2575 Meister Rd.
Lorain, OH 44053

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ernie Barger**    **Clm No 7390**    Filed In Cases: 140
2007 Bethel Hygiene Road
Bethel, OH 45106

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Santo Barilla**
121 Aberdeen Road
Steubenville, OH 43953

**Clm No 7391**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-|-|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Antonio Bario**
1501 Birch Run Dr. NE
Warren, OH 44483

**Clm No 7392**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-|-|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Randolph Barker**
317 S. County Road 17
Tiffin, OH 44883

**Clm No 7393**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-|-|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Archie Barker**
1015 Leroy Ave.
Akron, OH 44307

**Clm No 7394**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**David Barker**
1742 Manchester Road, SW
N Lawrence, OH 44666

**Clm No 7395**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dennis Barker**
4220 St. Rt. 60
Vermilion, OH 44089

**Clm No 7396**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Douglas Barker**
5090 Bond Avenue
Lorain, OH 44055

**Clm No 7397**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Jimmy Barker**
864 West College Road
Alliance, OH 44601

**Clm No 7398**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Ralph Barker**
6899 Kinsman Nickerson Road
Kinsman, OH 44428

**Clm No 7399**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2464 of 3330

| **Joseph Barker Jr.** | **Clm No 7400** | Filed In Cases: 140 | |
|---|---|---|---|
| 9669 St. Rte. 250 SE | Class | Claim Detail Amount | Final Allowed Amount |
| Dennison, OH 44621 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Chester Barley** | **Clm No 7401** | Filed In Cases: 140 | |
|---|---|---|---|
| 24 Pioneer Street | Class | Claim Detail Amount | Final Allowed Amount |
| Irondale, OH 43932 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Dale Barley** | **Clm No 7402** | Filed In Cases: 140 | |
|---|---|---|---|
| 6030 Firestone Ave. NE | Class | Claim Detail Amount | Final Allowed Amount |
| Canton, OH 44721 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2465 of 3330

---

**Earl Barley**
1445 Chesapeake Ave. NW
Louisville, OH 44641

**Clm No 7403**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Barnby**
816 41 St. NW
Canton, OH 44709

**Clm No 7404**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Barnby**
925 Lynnwood Drive
Greenback, TN 37742

**Clm No 7405**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                2466 of 3330

---

| **Charles W. Barnes** | **Clm No 7406** | Filed In Cases: 140 | |
|---|---|---|---|
| 308 Shelby Court | Class | Claim Detail Amount | Final Allowed Amount |
| Trenton, OH 45067 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Eugene Barnes** | **Clm No 7407** | Filed In Cases: 140 | |
|---|---|---|---|
| 124 Brookfield Avenue | Class | Claim Detail Amount | Final Allowed Amount |
| Youngstown, OH 44512 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Charles Barnes** | **Clm No 7408** | Filed In Cases: 140 | |
|---|---|---|---|
| 1111 Independence Ave Apt 2509 | Class | Claim Detail Amount | Final Allowed Amount |
| Akron, OH 44310 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Eddie Barnes**
3150 Denver Ave.
Lorain, OH 44055

**Clm No 7409**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Edmond Barnes**
26241 Lakeshore Blvd., Apt 1270
Euclid, OH 44132

**Clm No 7410**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Phillip Barnes**
911 Dilamy Court
Cincinnati, OH 45224

**Clm No 7411**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                3/14/2018 3:55:46 PM

*Claims Details*                                                                          2468 of 3330

---

**David Barnes**                          **Clm No 7412**      Filed In Cases: 140
4751 Spencer Street
Newton Falls, OH 44444                     Class            Claim Detail Amount      Final Allowed Amount

                                           UNS                    $1.00
                                                                  $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Ida Barnes**                            **Clm No 7413**      Filed In Cases: 140
6961 Gettysbrug Drive
Sylvania, OH 43560                         Class            Claim Detail Amount      Final Allowed Amount

                                           UNS                    $1.00
                                                                  $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Jack Barnes**                           **Clm No 7414**      Filed In Cases: 140
1709 47th NW
Canton, OH 44709                           Class            Claim Detail Amount      Final Allowed Amount

                                           UNS                    $1.00
                                                                  $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2469 of 3330

---

**Odell Barnes**
1727 W 19th Street
Lorain, OH 44052

**Clm No 7415**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Clarence Barnes**
242 Vine Street
Fairborn, OH 45324

**Clm No 7416**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Dorothy Barnett**
Firelands Manor, 5810 US Highway 20, Lot 50
Wakeman, OH 44889

**Clm No 7417**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                              2470 of 3330

---

**John Barnett**
PO Box 287
Rock Cave, WV 26234

**Clm No 7418**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Chalmas Barnett**
1516 West 24th Street
Lorain, OH 44502

**Clm No 7419**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**David Barnett**
10279 Calkins Road
North East, PA 16428

**Clm No 7420**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

| James Barnett | **Clm No 7421** | Filed In Cases: 140 | |
|---|---|---|---|
| 7736 Linwood Ave. | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, OH 44103 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Willie Barnett | **Clm No 7422** | Filed In Cases: 140 | |
|---|---|---|---|
| 797 Kelly Avenue | Class | Claim Detail Amount | Final Allowed Amount |
| Akron, OH 44306 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Lorenza Barnette | **Clm No 7423** | Filed In Cases: 140 | |
|---|---|---|---|
| 233 Victoria Street | Class | Claim Detail Amount | Final Allowed Amount |
| Youngstown, OH 44510 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

---

**Richard Barnhart**
1013 Hyland Street
Brilliant, OH 43913

**Clm No 7424**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed      | 23-Nov-2016 |
|-----------------|-------------|
| Bar Date        |             |
| Claim Face Value | $1.00      |

---

**Roy Barnhart**
204 Villa Dr.
New Carlisle, OH 45344

**Clm No 7425**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed      | 23-Nov-2016  |
|-----------------|--------------|
| Bar Date        |              |
| Claim Face Value | $10,000.00  |

---

**Charles Barnhart**
5708 Sherbourne Drive SW
Canton, OH 44706

**Clm No 7426**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed      | 23-Nov-2016 |
|-----------------|-------------|
| Bar Date        |             |
| Claim Face Value | $1.00      |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Donald Barnhart**
465 Willow Drive NE
Warren, OH 44484

**Clm No 7427**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Eugene Barnhart**
11619 Middle Avenue
Elyria, OH 44035

**Clm No 7428**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Michael Barnhart**
3416 State Route 7
New Waterford, OH 44445

**Clm No 7429**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

**J. Peter Baron**
356 Denison Ave.
Elyria, OH 44035

**Clm No 7430**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Kenneth Baron**
13969 Fairgate Blvd
Newbury, OH 44065

**Clm No 7431**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Thomas Baron**
270 Devon Pond
Aurora, OH 44202

**Clm No 7432**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/14/2018 3:55:46 PM

*Claims Details*                                                                              2475 of 3330

---

**Paul Barr**                              **Clm No 7433**      Filed In Cases: 140
306 Lesleh Ave.
Groveport, OH 43125                        Class            Claim Detail Amount       Final Allowed Amount

                                           UNS                     $1.00
                                                                   $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Betty Barrett**                          **Clm No 7434**      Filed In Cases: 140
607 High Avenue SW
Canton, OH 44707                           Class            Claim Detail Amount       Final Allowed Amount

                                           UNS                     $1.00
                                                                   $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Vernon Barrett**                         **Clm No 7435**      Filed In Cases: 140
878 Timberwood Dr.
Radcliff, KY 40160                         Class            Claim Detail Amount       Final Allowed Amount

                                           UNS                     $1.00
                                                                   $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Chester Barrett**
25 Market Street Apt 1204
Youngstown, OH 44503

**Clm No 7436**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Stephen Barrett**
1605 Parliment Court
Fairfield, OH 45014

**Clm No 7437**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kenneth Barrett, Sr**
3488 Oakmont Drive
Hubbard, OH 44425

**Clm No 7438**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2477 of 3330

---

**Annie Barrino**
161 S. Hawkins
Akron, OH 44313

**Clm No 7439**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Patricia Barrino**
446 Waynesburg Drive SE
Canton, OH 44707

**Clm No 7440**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ray Barrow**
11806 State Route 170
Nagley, OH 44441

**Clm No 7441**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Nicholas Barsalona**
6245 Sprangler Drive
Clinton, OH 44216

**Clm No 7442**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Don Barta**
26655 Akins Road
Columbia Station, OH 44028

**Clm No 7443**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Barth**
1866 Wick-Campbell Road
Hubbard, OH 44425

**Clm No 7444**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Thomas Bartha**
129 Island Drive
Elyria, OH 44035

**Clm No 7445**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Walter Barthalow**
995 Morningview Avenue
Akron, OH 44305

**Clm No 7446**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Bartholomew**
5960 Mayburn Barclay Road
Farmdale, OH 44417

**Clm No 7447**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    2480 of 3330

---

**Albert Bartko**    **Clm No 7448**    Filed In Cases: 140
2541 Connecticut Ave. SE
Massillon, OH 44646

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed    23-Nov-2016
Bar Date
Claim Face Value    $1.00

---

**Richard Bartley**    **Clm No 7449**    Filed In Cases: 140
2405 Roseann Drive
Toledo, OH 43611

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed    23-Nov-2016
Bar Date
Claim Face Value    $1.00

---

**Richard Bartlome**    **Clm No 7450**    Filed In Cases: 140
185 S Lake Street
Amherst, OH 44001

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed    23-Nov-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/14/2018 3:55:46 PM

*Claims Details*

2481 of 3330

---

**Sharon Bartok**
4135 Butler Road
Wakeman, OH 44889

**Clm No 7451**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Basile**
951 Karla Dr.
Clinton, OH 44216

**Clm No 7452**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Herbert Basinger**
4216 Riverview Lane
Lorain, OH 44055

**Clm No 7453**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 23-Nov-2016 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    2482 of 3330

---

**Jonathan Basista**
1983 South Schenley Avenue
Youngstown, OH 44511

**Clm No 7454**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Larry Baskin**
2111 21st Street NE
Canton, OH 44705

**Clm No 7455**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**John Bass**
5549 Linn Dr.
Amherst, OH 44001

**Clm No 7456**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2483 of 3330

| | | | |
|---|---|---|---|
| **Frederick Batcha** | **Clm No 7457** | Filed In Cases: 140 | |
| 1601 Brownlee Avenue | Class | Claim Detail Amount | Final Allowed Amount |
| Youngstown, OH 44514 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| | | | |
|---|---|---|---|
| **Marion Batchlet** | **Clm No 7458** | Filed In Cases: 140 | |
| 3112 Brandon Ct. | Class | Claim Detail Amount | Final Allowed Amount |
| Akron, OH 44312 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| | | | |
|---|---|---|---|
| **Carol Bates** | **Clm No 7459** | Filed In Cases: 140 | |
| 1915 Bedford Road | Class | Claim Detail Amount | Final Allowed Amount |
| Lowellville, OH 44436 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

### Claims Details

2484 of 3330

---

**Hillard Bates**
521 Fieldstone Drive
Amherst, OH 44001

**Clm No 7460**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Bates**
PO Box 42
Jacksonburg, WV 26377

**Clm No 7461**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wendell Bates**
217 Richard Adams Road
Mayking, KY 41837

**Clm No 7462**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Janet Batiste**
2232 Times Avenue SW
Canton, OH 44706

**Clm No 7463**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Edward Batman**
3491 River Rock Dr.
Cuyahoga Falls, OH 44223

**Clm No 7464**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $1.00 |

---

**Carl Battaglia**
794 Sherwood Dr.
Aurora, OH 44240

**Clm No 7465**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

## *Claims Details*

---

**Everett Batten**                     **Clm No 7466**      Filed In Cases: 140
1869 Ronald Rd.
Akron, OH 44312                         Class              Claim Detail Amount      Final Allowed Amount

                                       UNS                      $1.00
                                                                $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Donald Battiste**                    **Clm No 7467**      Filed In Cases: 140
122 Bell Avenue
Elyria, OH 44035                        Class              Claim Detail Amount      Final Allowed Amount

                                       UNS                      $1.00
                                                                $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Thomas Battle**                      **Clm No 7468**      Filed In Cases: 140
478 Sieber Avenue
Akron, OH 44312                         Class              Claim Detail Amount      Final Allowed Amount

                                       UNS                      $1.00
                                                                $1.00

Date Filed            23-Nov-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Helen Batzdorf**
999 East Ave. SE
Warren, OH 44484

**Clm No 7469**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard Batzdorf**
999 East Avenue SE
Warren, OH 44484

**Clm No 7470**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Bauer**
982 Hadcock Rd.
Brunswick, OH 44212

**Clm No 7471**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/14/2018 3:55:46 PM

*Claims Details*                                                            2488 of 3330

---

**John Bauer**                          **Clm No 7472**    Filed In Cases: 140
3419 Lexington Ave.
Lorain, OH 44055                        Class              Claim Detail Amount      Final Allowed Amount

                                        UNS                $1.00
                                                           $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Charles Baugh**                       **Clm No 7473**    Filed In Cases: 140
47075 Middle Ridge Road
Amherst, OH 44001                       Class              Claim Detail Amount      Final Allowed Amount

                                        UNS                $1.00
                                                           $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Douglas Baughn**                      **Clm No 7474**    Filed In Cases: 140
13633 Wones Road
Maplewood, OH 45340                     Class              Claim Detail Amount      Final Allowed Amount

                                        UNS                $1.00
                                                           $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

## Claims Details

2489 of 3330

---

**Kathleen Bauman**
1426 S. Clinton Street
Defiance, OH 43512

**Clm No 7475**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**William Bauman**
204 Brentwood Ave.
Piqua, OH 45356

**Clm No 7476**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Elaine Bauman**
803 9 1/2 Street, NE
Rochester, MN 55906

**Clm No 7477**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2490 of 3330

---

**Gary Baumgardner**
1639 Clarendon Avenue SW
Canton, OH 44706

**Clm No 7478**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Irwin Baumiller**
4619 New England Blvd
Boardman, OH 44512

**Clm No 7479**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Keith Baumiller**
1406 Middle Ave.
Elyria, OH 44035

**Clm No 7480**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 23-Nov-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                            2491 of 3330

---

**Dorothy Baumler**
1115 Taylor Rd.
Sandusky, OH 44870

**Clm No 7481**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Eugene Baxley**
3310 Loveland Blvd. Unit 802
Punta Gorda, FL 33980

**Clm No 7482**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Baxter, Sr.**
6828 SR 292
Zanesfield, OH 43360

**Clm No 7483**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**            **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

## *Claims Details*                                                          2492 of 3330

---

**Richard Bays**                          **Clm No 7484**    Filed In Cases: 140
818 Lafayette Blvd.
Sheffield Lake, OH 44054                   Class            Claim Detail Amount        Final Allowed Amount

                                          UNS                   $1.00
                                                                $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Harold Beach**                          **Clm No 7485**    Filed In Cases: 140
4275 Cider Mill Drive
Cincinnati, OH 45245                       Class            Claim Detail Amount        Final Allowed Amount

                                          UNS                   $1.00
                                                                $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Daniel Beachler**                       **Clm No 7486**    Filed In Cases: 140
3218 Reid Ave.
Lorain, OH 44055                           Class            Claim Detail Amount        Final Allowed Amount

                                          UNS                   $1.00
                                                                $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Herbert Beadle**
322 Harmon Street SW
North Canton, OH 44720

**Clm No 7487**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Donald Beal**
925 Skyside Drive
Clinton, OH 44216

**Clm No 7488**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lewis Beal**
6237 Alcala Ave.
Sebring, FL 33872

**Clm No 7489**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2494 of 3330

---

**Richard Beal**
219 Harvard Blvd
Steubenville, OH 43952

**Clm No 7490**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Joseph Bean**
9470 Niece Drive
Waterford, PA 16441

**Clm No 7491**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Loren Bean**
801 Caddo Ave.
Akron, OH 44305

**Clm No 7492**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                      2495 of 3330

---

| **Richard Bean** | **Clm No 7493** | Filed In Cases: 140 | |
|---|---|---|---|
| 8950 Route 18 | Class | Claim Detail Amount | Final Allowed Amount |
| Cranesville, PA 16410 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Lucille Beane** | **Clm No 7494** | Filed In Cases: 140 | |
|---|---|---|---|
| 1175 Cobblestone Dr. | Class | Claim Detail Amount | Final Allowed Amount |
| Tallmadge, OH 44278 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Mary Beard** | **Clm No 7495** | Filed In Cases: 140 | |
|---|---|---|---|
| 193 Burns Road | Class | Claim Detail Amount | Final Allowed Amount |
| Elyria, OH 44035 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/14/2018 3:55:46 PM

*Claims Details*    2496 of 3330

---

**Darla Bearden**                              **Clm No 7496**    Filed In Cases: 140
1140 Tower Blvd. Apt P
Lorain, OH 44052                               Class            Claim Detail Amount    Final Allowed Amount

                                               UNS              $1.00
                                                                $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Joyce Beardman**                             **Clm No 7497**    Filed In Cases: 140
3750 Castle Court
Youngstown, OH 44511                           Class            Claim Detail Amount    Final Allowed Amount

                                               UNS              $1.00
                                                                $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Larry Beardmore**                            **Clm No 7498**    Filed In Cases: 140
4014 Harbrook Avenue SW
Navarre, OH 44662                              Class            Claim Detail Amount    Final Allowed Amount

                                               UNS              $1.00
                                                                $1.00

Date Filed          23-Nov-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Chauncey Beardsley**
520 Greenville Road NE
Bristolville, OH 44402

**Clm No 7499**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Clarence Beasley**
9790 AL Highway 14 W
Notasulga, AL 36866

**Clm No 7500**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Roger Beasley**
1725 Vancouver Drive
Dayton, OH 45406

**Clm No 7501**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

2498 of 3330

---

**Robert Beasley**
2633 Nicholas Rd.
Dayton, OH 45417

**Clm No 7502**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Beasley**
16716 Foxhall Lane
Middleburg Hts, OH 44130

**Clm No 7503**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Inez Beatty**
PO Box 613
Youngstown, OH 44501-0613

**Clm No 7504**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 23-Nov-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/14/2018 3:55:46 PM

*Claims Details*                                                                2499 of 3330

---

**Jeffrey Beaudoin**                    **Clm No 7505**    Filed In Cases: 140
42535 Griswold Road
Elyria, OH 44035                         Class              Claim Detail Amount         Final Allowed Amount

                                        UNS                     $1.00
                                                                $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Francis Beaver**                      **Clm No 7506**    Filed In Cases: 140
46634 Smith St.
East Liverpool, OH 43920                Class              Claim Detail Amount         Final Allowed Amount

                                        UNS                     $1.00
                                                                $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Elmer Beaver**                        **Clm No 7507**    Filed In Cases: 140
77 Sugar Creek Rd.
Middleborne, WV 26149                   Class              Claim Detail Amount         Final Allowed Amount

                                        UNS                     $1.00
                                                                $1.00

Date Filed              23-Nov-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/14/2018 3:55:46 PM

*Claims Details*

---

**Richard Bechtel**
686 Abbe Road North
Elyria, OH 44035

**Clm No 7508**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Beck**
21824 Erie Street P.O. Box 185
Venango, PA 16440

**Clm No 7509**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gail Beck**
957 Maryland St. NW
Warren, OH 44483

**Clm No 7510**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 23-Nov-2016 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**