*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## *Claims Details*

2501 of 3334

---

**John Dotson**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 67501**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Doubleman**
1700 Republic Road
Mt Olive, AL 35117

**Clm No 67502**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Doughty**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 67503**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2502 of 3334

---

**F. Doughty**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 67504**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**B. Douglas**
P O Box 368
Kemp, OK 74747

**Clm No 67505**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Milton Douglas**
C/o Milton S. Douglas
107 Lindberg Road
Hueytown, AL 35023

**Clm No 67506**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2503 of 3334

---

**GEORGE DOUGLAS**
c/o Michelle Bristol
508 North Elder Ave.
North Platte, NE 69101-7446

**Clm No 67507**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**SARA DOUGLAS**
6471 Woodman Ct.
Theodore, AL 36582-

**Clm No 67508**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Noe Douglas**
6194 Warrior River Rd
Bessemer, AL 35023

**Clm No 67509**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## *Claims Details*

2504 of 3334

---

**WESLEY DOUGLAS**
341 Lakecrest Ave.
Baton Rouge, LA 70807

**Clm No 67510**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arnold Douglas**
2413 14th Ave No. # I
Birmingham, AL 35234

**Clm No 67511**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**TIMOTHY DOUGLAS**
2131 Redwood Circle
Birmingham, AL 35215-4187

**Clm No 67512**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## Claims Details

2505 of 3334

---

**Herbert Dove**
c/o Hattie Dove
820 Carriage Place Court
Decatur, GA 30033

**Clm No 67513**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carl Dover**
780 Willcutt Rd.
Berry, AL 35546

**Clm No 67514**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Dowdell**
C/o Patricia Dowdell
293 Simmsville Road Hwy 11
Alabaster, AL 35007

**Clm No 67515**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### Claims Details

2506 of 3334

---

**CHARLES DOWDEY**
1908 Filhiol Avenue
Monroe, LA 71203

**Clm No 67516**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Dowdle**
C/o  Michael L. Murphy, Attorney
P.o. Box 38
Centerville, AL 35042

**Clm No 67517**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Leon Dowe**
C/o Sharon Dowe
6520 Oseola  Circle
Fairfield, AL 35064

**Clm No 67518**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**                 **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2507 of 3334

---

**Jesse Dowe**
c/o Nellie R. Dowe
1124 32nd Street Ensley
Birmingham, AL 35218

**Clm No 67519**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MAX DOWLING**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 67520**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Downey**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 67521**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2508 of 3334

---

**J.C. Downey**
5283 Old Hwy. 43
Satsuma, AL 36572

**Clm No 67522**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Doyle**
4760 Hickory Shores Blvd.
Gulf Breeze, FL 32561

**Clm No 67523**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RAYMOND DOZIER**
c/o Hazel A. Simons
P.O. Box 7134
Waco, TX 76714

**Clm No 67524**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### Claims Details

2509 of 3334

---

**John Draine**
1316 Melrose Street
Mobile, AL 36604

**Clm No 67525**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Donald Drake**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 67526**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Eddie Drake**
c/o Fannie L. Drake
928 47 Street North
Birmingham, AL 35212

**Clm No 67527**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## Claims Details

2510 of 3334

---

**B Draughon**
7574 Buck Lake Road
Tallahassee, FL 32311

**Clm No 67528**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**NOVIE DREHER**
465 Dreher Road
Jasper, AL 35504

**Clm No 67529**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Henry Driver**
c/o Kenneth Ronald Driver
3130 CR 21
Gordo, AL 35466

**Clm No 67530**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2511 of 3334

---

**Dalton Driver**
C/o Era Maudine Driver
14438 Benevola Road
Gordo, AL 35466

**Clm No 67531**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Clarence Driver**
C/o Betty Jo Ogletree Driver
4205 Rolling Ridge Way
Pleasant Grove, AL 35127

**Clm No 67532**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Donald Drummond**
POB 888 Hwy. 468
Vincent, AL 35178

**Clm No 67533**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2512 of 3334

---

**Robert Drummond**
5201 70th Ave
Northport, AL 35473

**Clm No 67534**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Drummonds**
2520 11th Ave North
Pell City, AL 35125

**Clm No 67535**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jewel Duck**
Rt 2 Box 120
Marion, AL 36756

**Clm No 67536**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2513 of 3334

---

**Mildred Duck**
290 Richardson Street
C/o Wanda Mccaleb
Kennedy, AL 35574

**Clm No 67537**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Simon Duck**
12 Cotton Terrace Loop
Deatsville, AL 36022

**Clm No 67538**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Dudas**
4 Bridle Path Ln
Lancaster, NY 14086

**Clm No 67539**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2514 of 3334

---

**CHARLES DUDLEY**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 67540**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Samuel Dudley**
7815 5th Avenue, N

Birmingham, AL 35206

**Clm No 67541**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sam Dudley**
c/o Jannie Dudley
117 20th Avenue East
Tuscaloosa, AL 35404

**Clm No 67542**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2515 of 3334

---

**B. Dudley**
521 24Th Ave North
Texas City, TX 77590

**Clm No 67543**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**George Dueitt**
Post Office Box 614
Leakesville, MS 39451

**Clm No 67544**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Frank Dueitt**
12174 Brushy Creek Rd
Lucedale, MS 39452

**Clm No 67545**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2516 of 3334

---

**Mack Duff**
Route 1 Box 299
Gordo, AL 35466

**Clm No 67546**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**PHILLIP DUFF**
P.O. Box 2954
Birmingham, AL 35202

**Clm No 67547**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Evelyn Duke**
C/o Emogene Mills
15022 Watercrest Drive
Northport, AL 35475

**Clm No 67548**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2517 of 3334

---

**Joe Duke**
2620 Noel Drive
Hueytown, AL 35023

**Clm No 67549**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Duke**
216 Clark Avenue
Saraland, AL 36571

**Clm No 67550**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Allen Dukes**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 67551**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 1:29:05 PM

*Claims Details*

2518 of 3334

---

**Raymond Dukes**
c/o Raymond Dukes, Jr.
106 Summit Townes Way
Columbia, SC 29229

**Clm No 67552**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joseph Dukes**
C/o Essie M. Dukes
P.o. Box 66
Adamsville, AL 35005

**Clm No 67553**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Elgin Duley**
816 Wendover Road
Mobile, AL 36608

**Clm No 67554**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## Claims Details

2519 of 3334

---

**Michael Dumas**
621 Pineview Drive
Birmingham, AL 35214

**Clm No 67555**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**E.V. Dumas**
1567 Gaynor Street
Mobile, AL 36605

**Clm No 67556**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alonzo Dunagan**
C/o Ethel Dunagan
3313 Willard Ave S.w.
Birmingham, AL 35211

**Clm No 67557**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2520 of 3334

---

**Willard Duncan**
P O Box 554
Fairhope, AL 36533

**Clm No 67558**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bernice Duncan**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 67559**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ralph Duncan**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 67560**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2521 of 3334

---

**Peter Duncan**
C/o Velma Clay
2111 Herman Avenue
Tuscaloosa, AL 35401

**Clm No 67561**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**J.C. Duncan**
C/o Margie Duncan
400 41st Street
Tuscaloosa, AL 35405

**Clm No 67562**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arrie Duncan**
C/o Floyd G. Duncan
16243 Yellow Creek Ch. Road
Tuscaloosa, AL 35406

**Clm No 67563**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 1:29:05 PM

---

*Claims Details*

2522 of 3334

---

| Gladys Duncan | **Clm No 67564** | Filed In Cases: 140 | |
|---|---|---|---|
| 850 Gravel Hill Road | Class | Claim Detail Amount | Final Allowed Amount |
| Greenville, AL 36037 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| Marie Duncan | **Clm No 67565** | Filed In Cases: 140 | |
|---|---|---|---|
| 7214 E. Chelsea St. | Class | Claim Detail Amount | Final Allowed Amount |
| Tampa, FL 33610 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| John Duncan | **Clm No 67566** | Filed In Cases: 140 | |
|---|---|---|---|
| 5098 Shady Grove Road | Class | Claim Detail Amount | Final Allowed Amount |
| Mt.olive, AL 35117 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/20/2018 1:29:05 PM

*Claims Details*    2523 of 3334

---

**Daniel Duncan**    **Clm No 67567**    Filed In Cases: 140
3160 Loblolly Lane
Birmingham, AL 35224

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed    9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**JOHN DUNCAN**    **Clm No 67568**    Filed In Cases: 140
2104 24th Avenue, SW
Jasper, AL 35501

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed    9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**JOE DUNCAN**    **Clm No 67569**    Filed In Cases: 140
1904 Indian Summer Dr.
Birmingham, AL 35215

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed    9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/20/2018 1:29:05 PM

***Claims Details***

2524 of 3334

---

**Leonard Duncan**
1207 Shannon Valley
Houston, TX 77077

**Clm No 67570**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Conrad Dunklin**
c/o Mrs. Mamie Dunklin
1194 Birmingham St.
Birmingham, AL 35217

**Clm No 67571**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mamie Dunklin**
1405 31st Street North
Birmingham, AL 35234

**Clm No 67572**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/20/2018 1:29:05 PM

*Claims Details*    2525 of 3334

---

**Willie Dunn**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 67573**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Dunn**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 67574**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Roswell Dunn**
C/o Mary Frances Dunn
15465 Tierce Lake Road
Northport, AL 35475

**Clm No 67575**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                          3/20/2018 1:29:05 PM

---

*Claims Details*                                                                    2526 of 3334

---

**George Dunn**                          **Clm No 67576**    Filed In Cases: 140
c/o Gloria Jean Ellis, , Co-Personal Representative

108 Fairlane Dr.                         | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
Satsuma, AL 36572                        | UNS   | $1.00               |                      |
                                                    $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**James Dunn**                           **Clm No 67577**    Filed In Cases: 140
c/o Glenda Dunn

815 Garden Pkwy. #515                    | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
Tuscaloosa, AL 35405                     | UNS   | $1.00               |                      |
                                                    $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Charles Dunn**                         **Clm No 67578**    Filed In Cases: 140
681 County Road 326

Orrville, AL 36767                       | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
                                         | UNS   | $1.00               |                      |
                                                    $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                          3/20/2018 1:29:05 PM

## *Claims Details*

2527 of 3334

| Maureen Dunn | **Clm No 67579** | Filed In Cases: 140 | |
|---|---|---|---|
| 6112 Northwood Lake Dr. | | | |
| Northport, AL 35473-1559 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| Ronald Dunn | **Clm No 67580** | Filed In Cases: 140 | |
|---|---|---|---|
| 438 Oakwood Avenue | | | |
| Hueytown, AL 35023 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| Billy Dunn | **Clm No 67581** | Filed In Cases: 140 | |
|---|---|---|---|
| 3810 Union Chapel Road | | | |
| Northport, AL 35473 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 1:29:05 PM

*Claims Details*

2528 of 3334

---

**James Dunn**
3550 Union Chapel Road
Northport, AL 35476

**Clm No 67582**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Dunn**
2801 25Th Street
Tuscaloosa, AL 35401

**Clm No 67583**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Dunn**
2614 Robinwood Drive
Jasper, AL 35504

**Clm No 67584**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                      3/20/2018 1:29:05 PM

*Claims Details*                                                                2529 of 3334

---

**VERNON DUNN**                          **Clm No 67585**    Filed In Cases: 140
1501 Lakeview Avenue
Gardendale, AL 35071                      Class          Claim Detail Amount    Final Allowed Amount

                                         UNS            $1.00
                                                        $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Billy Dunnaway**                       **Clm No 67586**    Filed In Cases: 140
8080 Gadsen Hwy
Trussville, AL 35173                      Class          Claim Detail Amount    Final Allowed Amount

                                         UNS            $1.00
                                                        $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Harold Dunson**                        **Clm No 67587**    Filed In Cases: 140
P.o. Box 110-393
Birmingham, AL 35211                      Class          Claim Detail Amount    Final Allowed Amount

                                         UNS            $1.00
                                                        $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                                  2530 of 3334

---

**Leroy Dunson**                    **Clm No 67588**    Filed In Cases: 140
C/o Leroy Dunson, Jr.
19002 Harlan Avenue               | Class | Claim Detail Amount | Final Allowed Amount |
Carson, CA 90746-2721             |-------|---------------------|----------------------|
                                  | UNS   | $1.00               |                      |
                                  |       | $1.00               |                      |

| Date Filed        | 9-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Harry Durbin**                    **Clm No 67589**    Filed In Cases: 140
1233 Concord Avenue
Birmingham, AL 35213              | Class | Claim Detail Amount | Final Allowed Amount |
                                  |-------|---------------------|----------------------|
                                  | UNS   | $1.00               |                      |
                                  |       | $1.00               |                      |

| Date Filed        | 9-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**James Durden**                    **Clm No 67590**    Filed In Cases: 140
302 West 23Rd St.
Houston, TX 77008                 | Class | Claim Detail Amount | Final Allowed Amount |
                                  |-------|---------------------|----------------------|
                                  | UNS   | $1.00               |                      |
                                  |       | $1.00               |                      |

| Date Filed        | 9-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2531 of 3334

---

**RAYMOND DURDEN**
2009 Shady Lane
Hueytown, AL 35023

**Clm No 67591**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alfred Durdin**
946 N. 2900
Oakhurst, TX 77359

**Clm No 67592**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Della Duren**
Post Office Box 243
Gordo, AL 35466

**Clm No 67593**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

---

*Claims Details*                                                              2532 of 3334

---

**LAWRENCE DURISO**                    **Clm No 67594**    Filed In Cases: 140
8447 Hwy. 124
Beaumont, TX 77705

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Charlie Durrah**                      **Clm No 67595**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**George Durrence**                     **Clm No 67596**    Filed In Cases: 140
PO Box 1822
Darien, GA 31305

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2533 of 3334

---

**JOHN DUSEK**

c/o Mrs. Edith Dusek, Executor of Estate

803 Pampa St.

Pasadena, TX 77504

**Clm No 67597**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Tommie Dussett**

840 Northland Avenue

Buffalo, NY 14215

**Clm No 67598**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Dutton**

c/o Williams Kherkher

8441 Gulf Fwy #600

Houston, TX 77017

**Clm No 67599**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2534 of 3334

| Louis Dutton | **Clm No 67600** | Filed In Cases: 140 | |
|---|---|---|---|
| 2520 Westminster Circle | Class | Claim Detail Amount | Final Allowed Amount |
| Birmingham, AL 35242 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Richard Dutton | **Clm No 67601** | Filed In Cases: 140 | |
|---|---|---|---|
| 10680 Albert Sanders Road | Class | Claim Detail Amount | Final Allowed Amount |
| Northport, AL 35473-7024 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Henry Dye | **Clm No 67602** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Williams Kherkher | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | UNS | $1.00 | |
| Houston, TX 77017 | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2535 of 3334

---

**Donald Dyer**
Post Office Box 158
Gordo, AL 35466

**Clm No 67603**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Oscar Dyer**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 67604**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Raymond Dyer**
C/o Vicki Richardson
6426 9th Avenue
Tuscaloosa, AL 35405

**Clm No 67605**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2536 of 3334

---

**Raiford Dyer**
136 Lenora Drive
Tuscaloosa, AL 35401

**Clm No 67606**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ronnie Dyess**
c/o Margaret Dyess
17145 South Lake Drive
Bay Minette, AL 36507

**Clm No 67607**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Frank Dyess**
2031 Sam Sullivan Rd
Millry, AL 36558-5761

**Clm No 67608**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2537 of 3334

**MILTON DYKES**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 67609**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Clyde Dykes**
6231 Elm Street
Pinson, AL 35126

**Clm No 67610**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Hiram Dykes**
5962 Jared Court
Satsuma, AL 36572

**Clm No 67611**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### Claims Details

2538 of 3334

---

**Paul Dykes**
41 Woodbine Rd
Tuscaloosa, AL 35405-5041

**Clm No 67612**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**H.E. Dykes**
120 Ennis Street
Saraland, AL 36571

**Clm No 67613**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Oscar Dyson**
5644 Gulf Creek Circle
Theodore, AL 36582

**Clm No 67614**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2539 of 3334

---

**Bobby Eades**
c/o Mrs. Dorothy Eades
P.O.Box 1775
Conroe, TX 77305

**Clm No 67615**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Frank Eady**
4312 Village Springs Rd.
Springville, AL 35146

**Clm No 67616**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**SAMUEL EADY**
317-A Shelton Beach
Saraland, AL 36571

**Clm No 67617**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2540 of 3334

---

**JOHN EALONS**
3005 Avenue B
Birmingham, AL 35218

**Clm No 67618**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Eanes**
2304 Huffman Drive West
Mobile, AL 36693-3017

**Clm No 67619**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JACK EARL**
3368 Crescent Drive
Hueytown, AL 35023

**Clm No 67620**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2541 of 3334

---

**Roy Earley**
C/o Hazel Earley
20613 Cathedral Lane
Mccalla, AL 35111

**Clm No 67621**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Harold Earley**
c/o Gail McGinnis
125 Jane Street
Vincent, AL 35178

**Clm No 67622**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ronald Earley**
1461 Dogwood Lane
Bessemer, AL 35023

**Clm No 67623**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2542 of 3334

---

**Wood-Roe Earnest**
4625 7th Court East
Tuscaloosa, AL 35405

**Clm No 67624**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas Earnest**
17539 Wagon Train Lane
Northport, AL 35475-2467

**Clm No 67625**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Earwood**
11626 Bear Creek Rd.
Duncanville, AL 35456

**Clm No 67626**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 1:29:05 PM

*Claims Details*

2543 of 3334

---

**DALE EARWOOD**
1004 Sparks Circle
Warrior, AL 35180

**Clm No 67627**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Samuel Easley**
c/o Eartha Marie Easley Parker
142 Chandler Street
Prichard, AL 36610

**Clm No 67628**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**James Eason**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 67629**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## Claims Details

2544 of 3334

---

**Lorenza Eason**
3138 Ave E
Bessemer, AL 35020

**Clm No 67630**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**John East**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 67631**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Lorenzo East**
c/o Mrs. Betty J. East
772 Salters Dr.
Hueytown, AL 35023

**Clm No 67632**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/20/2018 1:29:05 PM

***Claims Details***

2545 of 3334

---

**Samuel East**
3426 Centanne St
Whistler, AL 36612

**Clm No 67633**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----------------|------------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Herbert East**
1817 Fultonbrook Rd.
Fultondale, AL 35068

**Clm No 67634**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----------------|------------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Easter**
4017 Victoria
Dickinson, TX 77539

**Clm No 67635**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----------------|------------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2546 of 3334

---

**HOWARD EASTERLING**
144 Long Branch Loop
Ellisville, MS 39437

**Clm No 67636**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**BETTY EASTERWOOD**
c/o Glenda E. Bryan, POA
464 County Road #276
Cullman, AL 35057

**Clm No 67637**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Earley Eatmon**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 67638**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/20/2018 1:29:05 PM

**Claims Details**                                                              2547 of 3334

---

**RICHARD EATON**                    **Clm No 67639**    Filed In Cases: 140
3809 Huntsville Ave.
Brighton, AL 35020                   Class          Claim Detail Amount    Final Allowed Amount

                                     UNS                 $1.00

                                                         $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Warren Eaton**                     **Clm No 67640**    Filed In Cases: 140
2211 Rosa Drive
Mobile, AL 36617                     Class          Claim Detail Amount    Final Allowed Amount

                                     UNS                 $1.00

                                                         $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Goodson Echo**                     **Clm No 67641**    Filed In Cases: 140
c/o Janice Echo
117 Hagler Mill Road                 Class          Claim Detail Amount    Final Allowed Amount
Louisville, AL 36048
                                     UNS                 $1.00

                                                         $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/20/2018 1:29:05 PM

*Claims Details*    2548 of 3334

---

**Jimmie Echols**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 67642**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**KENNETH ECHOLS**
c/o Ronnie Ray Echols
21625 Eastern Valley Road
McCalla, AL 35111-2412

**Clm No 67643**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**ORAN ECHOLS**
c/o Kevin Echols
2271 Morton Rd.
Warrior, AL 35180

**Clm No 67644**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                              2549 of 3334

---

**Wallace Eddins**                    **Clm No 67645**    Filed In Cases: 140

48 Ponderosa Point                    Class          Claim Detail Amount      Final Allowed Amount

Freensboro, AL 36744-5325             UNS                  $1.00

                                                           $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ROBERT EDDY**                       **Clm No 67646**    Filed In Cases: 140

1252 No Liberty Ave                   Class          Claim Detail Amount      Final Allowed Amount

Ogden, UT 84404                       UNS                  $1.00

                                                           $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Fred Edgeworth**                    **Clm No 67647**    Filed In Cases: 140

c/o Williams Kherkher                 Class          Claim Detail Amount      Final Allowed Amount

8441 Gulf Fwy #600
Houston, TX 77017                     UNS                  $1.00

                                                           $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

---

*Claims Details*

2550 of 3334

---

**Darcus Edgeworth**
237 Friendship Church Road
Reform, AL 35481

**Clm No 67648**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**McDonald Edith**
911 West Louisa
Iowa Park, TX 76367

**Clm No 67649**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Edling**
9460 Cougar Dr.
Weeki Wachee, FL 34613

**Clm No 67650**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2551 of 3334

---

**Will Edmond**
233 Gloria Road
Birmingham, AL 35211

**Clm No 67651**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Edmonds**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 67652**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**TOMMY EDMONDS**
3553 Woods Drive
Decatur, GA 30032

**Clm No 67653**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2552 of 3334

---

**James Edmonson**
Route 1 Box 208
Berry, AL 35546

**Clm No 67654**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**J. Edward**
10613 Kingwood
Corpus Christi, TX 78410

**Clm No 67655**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**L. Edward**
10403 Sage Tree
Houston, TX 77089

**Clm No 67656**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2553 of 3334

---

**Jimmy Edwards**
Post Office Box 427
Alabaster, AL 35007

**Clm No 67657**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Raymond Edwards**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 67658**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Edwards**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 67659**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/20/2018 1:29:05 PM

---

*Claims Details*                                                            2554 of 3334

---

**CHARLES EDWARDS**                         **Clm No 67660**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                          Class          Claim Detail Amount    Final Allowed Amount
Houston, TX 77017                           UNS                  $1.00
                                                                 $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**David Edwards**                           **Clm No 67661**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                          Class          Claim Detail Amount    Final Allowed Amount
Houston, TX 77017                           UNS                  $1.00
                                                                 $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Fayette Edwards**                         **Clm No 67662**    Filed In Cases: 140
C/o Randall M. Cheshire, Attorney
P.o. Box 2057                               Class          Claim Detail Amount    Final Allowed Amount
Tuscaloosa, AL 35401                        UNS                  $1.00
                                                                 $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2555 of 3334

---

**William Edwards**
c/o Mr. Harold R. Edwards
1054 Maple Lane
McCalla, AL 35111

**Clm No 67663**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HONOR EDWARDS**
c/o Lertia Mae Edwards Williams
5918 Southlark St.
Houston, TX 77033

**Clm No 67664**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Edwards**
C/o James Richard Edwards, Jr.
91 River Bend Drive
Hayden, AL 35079

**Clm No 67665**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2556 of 3334

---

**Grady Edwards**
C/o James H. Edwards
331 Kirtley Drive
Adger, AL 35006

**Clm No 67666**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Edwards**
C/o Donna Edwards
12 Royal Coach Circle
Bessemer, AL 35022

**Clm No 67667**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lockie Edwards**
c/o Cynthia D. Smith
3526 Avenue K, Apt. 2
Galveston, TX 77550

**Clm No 67668**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 1:29:05 PM

*Claims Details*                                                                                      2557 of 3334

---

**Adolphus Edwards**                              **Clm No 67669**      Filed In Cases: 140
c/o Charcey Glenn
1986 Charles Barkley Ave.                          Class          Claim Detail Amount        Final Allowed Amount
Leeds, AL 35094
                                                   UNS                    $1.00
                                                                          $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**John Edwards**                                  **Clm No 67670**      Filed In Cases: 140
828 Flint Hill Road
Mccalla, AL 35111                                  Class          Claim Detail Amount        Final Allowed Amount

                                                   UNS                    $1.00
                                                                          $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Joseph Edwards**                                **Clm No 67671**      Filed In Cases: 140
8080 112th St.
Apt. 206                                           Class          Claim Detail Amount        Final Allowed Amount
Seminole, FL 33772
                                                   UNS                    $1.00
                                                                          $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/20/2018 1:29:05 PM

---

*Claims Details*    2558 of 3334

---

**Harold Edwards**    **Clm No 67672**    Filed In Cases: 140
628 10th Avenue
Pleasant Grove, AL 35127    Class    Claim Detail Amount    Final Allowed Amount

UNS    $1.00

$1.00

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jessie Edwards**    **Clm No 67673**    Filed In Cases: 140
4630 Central Circle
Brownsville, TX 78521    Class    Claim Detail Amount    Final Allowed Amount

UNS    $1.00

$1.00

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Roy Edwards**    **Clm No 67674**    Filed In Cases: 140
451 Hillside Dr.
Jacksonville, AL 36265    Class    Claim Detail Amount    Final Allowed Amount

UNS    $1.00

$1.00

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*                                                                            2559 of 3334

---

**Arthus Edwards**                          **Clm No 67675**     Filed In Cases: 140
417 Dismukes Avenue
Prichard, AL 36610                          Class          Claim Detail Amount      Final Allowed Amount

                                            UNS                    $1.00
                                                                   $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**G.H. Edwards**                            **Clm No 67676**     Filed In Cases: 140
348 Park Road
Pleasant Grove, AL 35127                    Class          Claim Detail Amount      Final Allowed Amount

                                            UNS                    $1.00
                                                                   $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Perry Edwards**                           **Clm No 67677**     Filed In Cases: 140
2404 Brown Cr.
Mobile, AL 36617                            Class          Claim Detail Amount      Final Allowed Amount

                                            UNS                    $1.00
                                                                   $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/20/2018 1:29:05 PM

*Claims Details*    2560 of 3334

---

**Ferris Edwards**
1556 W. Bayonne Drive
Forestdale, AL 35214

**Clm No 67678**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Clyde Edwards**
1480 Houston Street
Mobile, AL 36606

**Clm No 67679**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alfred Edwards**
1265 County Rd 284
Edna, TX 77957

**Clm No 67680**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**            **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                                 2561 of 3334

---

**Dannie Edwards**                    **Clm No 67681**    Filed In Cases: 140
1055 Houston Street
Mobile, AL 36606                       | Class | Claim Detail Amount | Final Allowed Amount |
                                       | --- | --- | --- |
                                       | UNS | $1.00 | |
                                       | | $1.00 | |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Stonewall Edwards**                 **Clm No 67682**    Filed In Cases: 140
100 56th Street
Fairfield, AL 35064                    | Class | Claim Detail Amount | Final Allowed Amount |
                                       | --- | --- | --- |
                                       | UNS | $1.00 | |
                                       | | $1.00 | |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Forte Effie**                       **Clm No 67683**    Filed In Cases: 140
P. O. Box 354
DeKalb, TX 75559                       | Class | Claim Detail Amount | Final Allowed Amount |
                                       | --- | --- | --- |
                                       | UNS | $1.00 | |
                                       | | $1.00 | |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                              2562 of 3334

---

**Johnny Effinger**                          **Clm No 67684**    Filed In Cases: 140
c/o Mrs. Thelma Effinger
2216 1st Place NW                            Class          Claim Detail Amount    Final Allowed Amount
Center Point, AL 35215
                                             UNS                   $1.00
                                                                   $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Carl Eggert**                              **Clm No 67685**    Filed In Cases: 140
c/o Mary Wagner
15614 La Cabana                              Class          Claim Detail Amount    Final Allowed Amount
Houston, TX 77062
                                             UNS                   $1.00
                                                                   $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Imre Egyed**                               **Clm No 67686**    Filed In Cases: 140
22344 Bartholdi Circle
Land O Lakes, FL 34639                       Class          Claim Detail Amount    Final Allowed Amount

                                             UNS                   $1.00
                                                                   $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2563 of 3334

---

**Alton Ehlo**
c/o James Ehlo
850 W. Jean Street
Slaton, TX 79364

**Clm No 67687**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**JIMMIE EICHELBERGER**
2115 Campus
St. Charles, MO 63301

**Clm No 67688**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Steve Elam**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 67689**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**            **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2564 of 3334

**D. Elbert**
715 E. Erskine
Lubbock, TX 79403

**Clm No 67690**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rodrick Elderine**
106 County Rd. 4015
Dayton, TX 77535

**Clm No 67691**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Scott Elia**
c/o Edward P. Elia
12651 Deer Ridge Dr.
Wilmer, AL 36587

**Clm No 67692**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2565 of 3334

---

**Williams Eligah**
15251 Buckle Ln
Houston, TX 77060

**Clm No 67693**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**A. Elizabeth**
410 W. Lake Timpson Road
Timpson, TX 75975

**Clm No 67694**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Winnefred Elizondo**
406 Scott Drive
Corpus Christi, TX 78408

**Clm No 67695**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

---

*Claims Details*

2566 of 3334

---

**James Elkins**
503 18Th Street
Tuscaloosa, AL 35401

**Clm No 67696**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Ellender**
c/o John W. Ellender, Jr.
PO Box 1213
Hemphill, TX 75948-1213

**Clm No 67697**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Moses Ellington**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 67698**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                3/20/2018 1:29:05 PM

*Claims Details*                                                                          2567 of 3334

---

**Frank Ellington**                     **Clm No 67699**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                       Class          Claim Detail Amount    Final Allowed Amount
Houston, TX 77017
                                         UNS                  $1.00
                                                              $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Marvin Elliot**                       **Clm No 67700**    Filed In Cases: 140
c/o Mrs. Lucy Elliott
811 E. 16Th Street                       Class          Claim Detail Amount    Final Allowed Amount
Sheffield, AL 35660
                                         UNS                  $1.00
                                                              $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Arthur Elliott**                      **Clm No 67701**    Filed In Cases: 140
8123 Taylor Ferry Road
Bessemer, AL 35023                       Class          Claim Detail Amount    Final Allowed Amount

                                         UNS                  $1.00
                                                              $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2568 of 3334

---

**Roland Elliott**
C/o Mary R. Elliott
5654 Montpolier Dr
Tuscaloosa, AL 35405-4186

**Clm No 67702**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Leon Elliott**
C/o Christopher Davis
24505 Ronan Road
Bedford Heights, OH 44146

**Clm No 67703**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sam Elliott**
4411 Bayview Court
Northport, AL 35476-5327

**Clm No 67704**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2569 of 3334

---

**WILLIE ELLIOTT**
2774 Jody Young Road
Starkville, MS 39759

**Clm No 67705**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**HARVEY ELLIOTT**
19211 Ramsey Road
Crosby, TX 77532

**Clm No 67706**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Peggy Elliott**
12941 Camp Cherry Austin Road
Brookwood, AL 35444

**Clm No 67707**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2570 of 3334

---

**MARVIN ELLIOTT**
10139 Old San Antonio Road
Fredrickburg , TX 78624

**Clm No 67708**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Randy Ellis**
TDCJ#01845759
2400 Wallace Pack Rd.
Navasota, TX 77868

**Clm No 67709**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kenneth Ellis**
P.O.Box 338
Anahuac, TX 77514

**Clm No 67710**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2571 of 3334

---

**Waymond Ellis**
c/o Rebecca Ellis
205 22nd St
Tuscaloosa, AL 35406

**Clm No 67711**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Ellis**
c/o Ms. Gail Lantrip, as POA
for, Mrs. Lorene B. Ellis
120 Waltham Abbey
Alabaster, AL 35007

**Clm No 67712**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Ellis**
C/o Corene G. Ellis
300 Oak Drive
Mobile, AL 36617

**Clm No 67713**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2572 of 3334

---

**Troy Ellis**
C/o Cleo Voncile Toomey Ellis
P.o. Box 161341
Mobile, AL 36616

**Clm No 67714**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Elizabeth Ellis**
C/o  Sarah Laverne Phillips
1612 Holbrook Avenue
Bessemer, AL 35020

**Clm No 67715**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Ellis**
5260 Hwy. 13 North
Berry, AL 35546

**Clm No 67716**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

---

*Claims Details*

2573 of 3334

---

**Ernie Ellis**
2432 Golfcrest Drive
Pearland, TX 77581-5100

**Clm No 67717**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Harold Ellis**
2257 Costarides Street
Mobile, AL 36617

**Clm No 67718**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Cecil Ellison**
C/o Royce Ellison
675 County Rd 406
Thorsby, AL 35171-7441

**Clm No 67719**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 1:29:05 PM

*Claims Details*                                                                              2574 of 3334

---

**L.T. Ellison**                          **Clm No 67720**    Filed In Cases: 140
c/o Bessie Marie Brown
5507 Mountwood Street                      Class              Claim Detail Amount      Final Allowed Amount
Houston, TX 77091
                                           UNS                        $1.00

                                                                      $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Llannie Ellison**                       **Clm No 67721**    Filed In Cases: 140
601 Martin Road East
Northport, AL 35476                        Class              Claim Detail Amount      Final Allowed Amount

                                           UNS                        $1.00

                                                                      $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Floyd Ellison**                         **Clm No 67722**    Filed In Cases: 140
1030 Main Street
Jemison, AL 35085                          Class              Claim Detail Amount      Final Allowed Amount

                                           UNS                        $1.00

                                                                      $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

---

*Claims Details*

2575 of 3334

---

**Ronald Ellzey**
512 W. Grant Street
Chickasaw, AL 36611

**Clm No 67723**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BARBARA ELLZEY**
148 Lindsey Drive
Laurel, MS 39440

**Clm No 67724**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charlie Elmore**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 67725**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2576 of 3334

---

**Sam Elmore**
C/o Kitty Grimes
4537 County Road 31
Frankville, AL 36538

**Clm No 67726**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BENJAMIN ELMORE**
c/o Juanita Elmore
795 County Road 31
Millry, AL 36558

**Clm No 67727**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wyman Elmore**
C/o Charlotte Fowler
1904 Inverness Parkway
Tuscaloosa, AL 35405

**Clm No 67728**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2577 of 3334

---

**Edna Elmore**
920 Twin Oak Road
Northport, AL 35476

**Clm No 67729**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Elmore**
4900 1/2 Hwy 69 North
Northport, AL 35476

**Clm No 67730**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Henry Elmore**
4311 N. 43rd Place
Birmingham, AL 35217

**Clm No 67731**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2578 of 3334

---

**LEWIS ELMORE**
229 4th Street
Pleasant Grove, AL 35127

**Clm No 67732**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Arceneaux Eloise**
1510 Adeline Street
Oakland, CA 94607

**Clm No 67733**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Willie Elsaw**
C/o Gwendolyn C. Key
28 Greendale Drive
St Louis, MO 63121

**Clm No 67734**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2579 of 3334

---

**BETTY ELSBERRY**
1696 Dennison Ave. SW
Birmingham, AL 35211

**Clm No 67735**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--------------------|----------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**E. Elwyn**
718 Ted Picket Lane
League City, TX 77573

**Clm No 67736**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--------------------|----------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**PERRY EMERSON**
c/o Willie Emerson
2226 CR 413
Tyler, TX 75704

**Clm No 67737**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--------------------|----------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                              3/20/2018 1:29:05 PM

*Claims Details*                                                                        2580 of 3334

---

**James Emmite**                          **Clm No 67738**    Filed In Cases: 140
7301 Avenue C
Santa FE, TX 77510                         Class            Claim Detail Amount    Final Allowed Amount

                                           UNS                      $1.00
                                                                    $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Joseph Emmite**                         **Clm No 67739**    Filed In Cases: 140
408 Lookout Ln.
Dickinson, TX 77539                        Class            Claim Detail Amount    Final Allowed Amount

                                           UNS                      $1.00
                                                                    $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Allen England**                         **Clm No 67740**    Filed In Cases: 140
928 Alvarez Street
Saraland, AL 36571                         Class            Claim Detail Amount    Final Allowed Amount

                                           UNS                      $1.00
                                                                    $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### Claims Details

2581 of 3334

---

**Seyborn Englebert**
C/o Larry Englebert
15247 South Rosser Road
Tuscaloosa, AL 35405

**Clm No 67741**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Englebert**
C/o Julia E. Englebert
4811 Lynn Haven Drive
Tuscaloosa, AL 35404

**Clm No 67742**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Oddie Englebert**
c/o Carol Delores Richardson
2310 Heartwood Avenue
Cottondale, AL 35453

**Clm No 67743**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2582 of 3334

---

**Stanley Englebert**
865 Walnut Drive
Tuscaloosa, AL 35405

**Clm No 67744**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Katheryn Englebert**
7411 Keenes Mill Road
Cottondale, AL 35453

**Clm No 67745**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Franklin Englebert**
4241 Harper Circle
Northport, AL 35473

**Clm No 67746**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2583 of 3334

---

| **Clarence Englebert** | | **Clm No 67747** | Filed In Cases: 140 | |
| 15393 Hwy. 216 | | | | |
| Brookwood, AL 35444 | | Class | Claim Detail Amount | Final Allowed Amount |
| | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

---

| **JESSIE ENGLISH** | | **Clm No 67748** | Filed In Cases: 140 | |
| c/o Rosie Andrews | | | | |
| P O Box 826 | | Class | Claim Detail Amount | Final Allowed Amount |
| Sterlington, LA 71280 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

---

| **Clyde English** | | **Clm No 67749** | Filed In Cases: 140 | |
| c/o Nancy T. English | | | | |
| 807 Gene Ed Circle | | Class | Claim Detail Amount | Final Allowed Amount |
| Sylacauga, AL 35150 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                     3/20/2018 1:29:05 PM

---

**Claims Details**                                                                    2584 of 3334

---

**HERMAN ENTREKIN**                    **Clm No 67750**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                      Class          Claim Detail Amount       Final Allowed Amount
Houston, TX 77017
                                        UNS                  $1.00
                                                             $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Hark Ephriam**                       **Clm No 67751**    Filed In Cases: 140
C/o Clotilda Blakely
2207 Oconnor Street                     Class          Claim Detail Amount       Final Allowed Amount
Mobile, AL 36617
                                        UNS                  $1.00
                                                             $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**James Epperson**                     **Clm No 67752**    Filed In Cases: 140
15650 Hwy 82 E
Duncanville, AL 35456                   Class          Claim Detail Amount       Final Allowed Amount
                                        UNS                  $1.00
                                                             $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2585 of 3334

---

**Robert Eppes**
8417 County Line Rd. 29
Moundville, AL 35474

**Clm No 67753**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Eppes**
10803 County Road 29
Moundville, AL 35474

**Clm No 67754**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Eppison**
4294 Mcclendon Chapel Road
Bessemer, AL 35022-4151

**Clm No 67755**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/20/2018 1:29:05 PM

*Claims Details*                                                                 2586 of 3334

---

**Harold Eppley**                          **Clm No 67756**   Filed In Cases: 140
1101 Velma Street
Deer Park, TX 77536                         Class           Claim Detail Amount    Final Allowed Amount

                                           UNS                  $1.00
                                                                $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**John Erhart**                            **Clm No 67757**   Filed In Cases: 140
P. O. Box 244
Lacygne, KS 66040                          Class           Claim Detail Amount    Final Allowed Amount

                                           UNS                  $1.00
                                                                $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**M. Ernesto**                             **Clm No 67758**   Filed In Cases: 140
202 McAllen St.
Donna, TX 78537                            Class           Claim Detail Amount    Final Allowed Amount

                                           UNS                  $1.00
                                                                $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2587 of 3334

---

**PAUL ERTLE**
c/o Carol McBride
32 Cumberland Park
Tuscaloosa, AL 35404

**Clm No 67759**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Daven Ervin**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 67760**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Ervin**
C/o Pauline Ervin
4880 Kennewick Dr
Florissant, MO 63093

**Clm No 67761**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2588 of 3334

---

**Lawrence Erwin**
C/o Rubye Erwin
612 Alice Street
Bessemer, AL 35020

**Clm No 67762**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GLENN ERWIN**
645 S 4th St.
Edwardsville, KS 66111-1392

**Clm No 67763**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANNIE ERWIN**
#2- 71st Street North
Birmingham, AL 35206

**Clm No 67764**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2589 of 3334

---

**Dolphus Esary**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 67765**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Eschenfelder**
1519 Clark St.
Clearwater, FL 33755

**Clm No 67766**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Felix Escobar**
c/o Mrs. Virginia Escobar
6240 W. Assure Dr.
Las Vegas, NV 89130

**Clm No 67767**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2590 of 3334

---

| Arturo Escobar | **Clm No 67768** | Filed In Cases: 140 | |
| 7209 Cuba Dr. | Class | Claim Detail Amount | Final Allowed Amount |
| El Paso, TX 79915 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| SAMUEL ESCOTT | **Clm No 67769** | Filed In Cases: 140 | |
| 626 Mildred Avenue | Class | Claim Detail Amount | Final Allowed Amount |
| Birmingham, AL 35214 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| WEDZELL ESCOTT | **Clm No 67770** | Filed In Cases: 140 | |
| 1504 Hibernian | Class | Claim Detail Amount | Final Allowed Amount |
| Birmingham, AL 35214 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2591 of 3334

---

**R. Esequiel**
9635 E. Ave. J.
Houston, TX 77012

**Clm No 67771**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EDWARD ESKRIDGE**
c/o Dorothy Eskridge
5361 Rock Mountain Lake Rd.
Bessemer, AL 35022

**Clm No 67772**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joe Espinosa**
206 W. Post Office St.
Eagle Lake, TX 77434-1725

**Clm No 67773**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                                         2592 of 3334

---

**Andres Espinoza**                    **Clm No 67774**   Filed In Cases: 140
P. O. Box 220
San Diego, TX 78384                    Class          Claim Detail Amount     Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Jose Espinoza**                      **Clm No 67775**   Filed In Cases: 140
c/o Ruby Espinoza
5110 Curtis Clark Drive                Class          Claim Detail Amount     Final Allowed Amount
Corpus Christi, TX 78411
                                       UNS                 $10,000.00
                                                           $10,000.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value         $10,000.00

---

**Arthur Essary**                      **Clm No 67776**   Filed In Cases: 140
C/o Beneta Essary
1625 Hargrove Rd. East #802            Class          Claim Detail Amount     Final Allowed Amount
Tuscaloosa, AL 35405
                                       UNS                    $1.00
                                                              $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### Claims Details

2593 of 3334

---

**Earnest Estell**
2720 Dawson Ave S.w.
Birmingham, AL 35211

**Clm No 67777**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Roland Estes**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 67778**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHN ESTES**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 67779**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2594 of 3334

---

**Melvin Estes**
c/o Mrs. Rushie Jean Estes
2628 Berkley Hills Dr.
Tuscaloosa, AL 35404

**Clm No 67780**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jimmy Estes**
c/o Mr. Clyde B. Estes
253 5th Avenue
Pleasant Grove, AL 35127

**Clm No 67781**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Estes**
C/o Lucinda Estes
2736 Nelda Circle
Birmingham, AL 35217

**Clm No 67782**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2595 of 3334

---

**James Estes**
C/o David T. Wilson, Attorney
P.o. Box 267
Louisville, MS 39339

**Clm No 67783**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Mary Estes**
5181 Highway 96
Millport, AL 35576-2229

**Clm No 67784**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**JIMMY ESTES**
400 Carson Rd. N, Lot 85
Birmingham, AL 35215

**Clm No 67785**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2596 of 3334

---

**Barkley Esther**
2610 Stevens St.
Houston, TX 77026

**Clm No 67786**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHN ESTILL**
401 S 9Th Street
West Monroe, LA 71291

**Clm No 67787**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MANUEL ESTRADA**
3004 Woodall Street
El Paso, TX 79925

**Clm No 67788**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2597 of 3334

---

**NINFA ESTRADA**
1122 So. Airhart Drive
Baytown, TX 77520

**Clm No 67789**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Walter Etheridge**
C/o Walter R. Ethridge
3967 Whirlaway Drive
Tuscaloosa, AL 35405

**Clm No 67790**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**C.S. Etheridge**
2107 Hachox Street
Mobile, AL 36617

**Clm No 67791**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                     3/20/2018 1:29:05 PM

*Claims Details*                                                               2598 of 3334

---

**William Ethridge**                    **Clm No 67792**   Filed In Cases: 140
508 Karen Street
Midfield, AL 35228                       Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                $1.00
                                                            $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Regina Ethridge**                     **Clm No 67793**   Filed In Cases: 140
1905 Lakeside Drive
Mccalla, AL 35111                        Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                $1.00
                                                            $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Elmo Eubanks**                        **Clm No 67794**   Filed In Cases: 140
2104 Merksem Ct.
Plano, TX 75025                          Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                $1.00
                                                            $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2599 of 3334

---

**Thad Eubanks**
c/o Mrs. Faye Eubanks
411 Oak Lane
Gardendale, AL 35071

**Clm No 67795**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Eubanks**
c/o Jacqueline McMickens
26 Court Street, Ste. 1600
Brooklyn, NY 11242

**Clm No 67796**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Marion Eubanks**
C/o Carolyn Ann Eubanks
P.o. Box 536
Mcintosh, AL 36553

**Clm No 67797**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### Claims Details

2600 of 3334

---

**T. Eugene**
9304 Mohawk
La Porte, TX 77571

**Clm No 67798**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Pena Eugenio**
2833 Niagra
Corpus Christi, TX 78405

**Clm No 67799**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Smith Euger**
6630 Thrush
Houston, TX 77087

**Clm No 67800**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                              2601 of 3334

---

**Weaver Eunice**                       **Clm No 67801**    Filed In Cases: 140
P O Box 7207
Texarkana, TX 75505                      Class              Claim Detail Amount    Final Allowed Amount

                                         UNS                $1.00
                                                            $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Hinojosa Eustorgio**                   **Clm No 67802**    Filed In Cases: 140
1435 Eunice
Corpus Christi, TX 78404                 Class              Claim Detail Amount    Final Allowed Amount

                                         UNS                $1.00
                                                            $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**William Evans**                        **Clm No 67803**    Filed In Cases: 140
PO Box 12042
East Cleveland, OH 44112                 Class              Claim Detail Amount    Final Allowed Amount

                                         UNS                $1.00
                                                            $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2602 of 3334

---

**ROBERT EVANS**
P.O. Box 634
Hardin, TX 77561

**Clm No 67804**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Eddie Evans**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 67805**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Evans**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 67806**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2603 of 3334

---

**Samuel Evans**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 67807**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sam Evans**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 67808**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Samuel Evans**
c/o Samuel O. Evans, III
2020 Hilcrest Drive
Bay City, TX 77414

**Clm No 67809**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/20/2018 1:29:05 PM

---

*Claims Details*                                                                2604 of 3334

---

| Henry Evans | **Clm No 67810** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o Regina Evans-phillips | Class | Claim Detail Amount | Final Allowed Amount |
| 1452 East Linwood Drive | | | |
| Mobile, AL 36605 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| L.C. Evans | **Clm No 67811** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o Mary Evans | Class | Claim Detail Amount | Final Allowed Amount |
| 571 Selma Road | | | |
| Lipscomb, AL 35020 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| Willie Evans | **Clm No 67812** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Marilyn Evans | Class | Claim Detail Amount | Final Allowed Amount |
| 1631 A Tin Mill Road | | | |
| Dolomite, AL 35061 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2605 of 3334

---

**James Evans**
c/o James L. Evans
190 Union Chapel Road East
Northport, AL 35473

**Clm No 67813**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LAURA EVANS**
c/o Felicia E. Porter, Personal Representative
of Estate of Laura Evans
13543 Hwy 69N
Northport, AL 35475

**Clm No 67814**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Evans**
C/o Ellenia Evans
3384 34th Street, North
Birmingham, AL 35207

**Clm No 67815**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*                                                                    2606 of 3334

---

**Lovell Evans**                              **Clm No 67816**    Filed In Cases: 140
C/o Chauna Mitchelle Goodman
11301 Evergreen Ave.               | Class | Claim Detail Amount | Final Allowed Amount |
Northport, AL 35475               | UNS   | $1.00               |                      |
                                                             $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Murphy Evans**                              **Clm No 67817**    Filed In Cases: 140
C/o Annie B. Carey
805 6th Avenue North              | Class | Claim Detail Amount | Final Allowed Amount |
Bessemer, AL 35020                | UNS   | $1.00               |                      |
                                                             $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**JAMES EVANS**                               **Clm No 67818**    Filed In Cases: 140
Box 220 Rock Creek Road
Sylvan Springs, AL 35118          | Class | Claim Detail Amount | Final Allowed Amount |
                                  | UNS   | $1.00               |                      |
                                                             $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2607 of 3334

---

**Carter Evans**
819 3rd Avenue
Bessemer, AL 35020

**Clm No 67819**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Evans**
609 59th Street
Galveston, TX 77551

**Clm No 67820**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**AMBUS EVANS**
4774 Blackjack Road
Starkville, MS 39759

**Clm No 67821**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2608 of 3334

---

**Arthur Evans**
2732 Forest Manor
Northport, AL 35476

**Clm No 67822**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Evans**
2437 10Th St. East
Tuscaloosa, AL 35404

**Clm No 67823**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Evans**
2110 North General Gorgas
Mobile, AL 36617

**Clm No 67824**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2609 of 3334

---

**Steve Evans**
14411 Boudreaux
Tomball, TX 77375

**Clm No 67825**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Evans**
1305 Forrest Ridge
Mobile, AL 36618

**Clm No 67826**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Melvin Evans**
12403 Glen Leigh Dr
Houston, TX 77014

**Clm No 67827**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2610 of 3334

---

**THEODIS EVANS**
1203 Hurst Road
Starkville, MS 39759

**Clm No 67828**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**THOMAS EVANS**
113 5Th Street, Box 42
Docena, AL 35060

**Clm No 67829**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WEBB EVANS**
10222 Davidson Road
West Point, MS 39773

**Clm No 67830**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/20/2018 1:29:05 PM

*Claims Details*

2611 of 3334

---

**M. Eveline**
14803 Overbluff Court
Channelview, TX 77530

**Clm No 67831**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**George Everett**
c/o Beth E. Everett
155 O'Malley Drive
Milam, TX 75959-3359

**Clm No 67832**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**WILLIE EVERSON**
904 Section Rd.
West Point, MS 39773

**Clm No 67833**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                            2612 of 3334

---

**Kenneth Evett**                      **Clm No 67834**   Filed In Cases: 140
1330 Bruce Shaw Road
Adger, AL 35006                        Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Thomas Evins**                       **Clm No 67835**   Filed In Cases: 140
215 Cobb Street
Greensboro, AL 36744                   Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Joe Ewing**                          **Clm No 67836**   Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                     Class          Claim Detail Amount      Final Allowed Amount
Houston, TX 77017
                                      UNS                    $1.00
                                                             $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2613 of 3334

---

**Louis Ezekiel**
C/o Andrew Don Olvey
P.O Box 560
Trussville, AL 35173

**Clm No 67837**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ollie Ezell**
C/o Mrs. Elvira Ezell
612 Boaz Avenue
Whistler, AL 36612

**Clm No 67838**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilson Ezell**
c/o Joe Ezell, Estate of Wilson Ezell
17530 Appoline
Detroit, MI 48235

**Clm No 67839**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2614 of 3334

---

**Levon Ezell**
c/o Beverly Bankhead
1704 Hollow Lane
Tuscaloosa, AL 35406

**Clm No 67840**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Johnny Ezell**
3765 Industrial Rd
Jackson, AL 36545

**Clm No 67841**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ben Fair**
Route 5 Box 251
Gordo, AL 35466

**Clm No 67842**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2615 of 3334

---

**JOE FAIR**
712 Scott Street
West Point, MS 39773

**Clm No 67843**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Edna Fair**
1902 County Road 88
Gordo, AL 35466

**Clm No 67844**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sarah Fair**
15152 Hwy 11 South
Foster, AL 35463

**Clm No 67845**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2616 of 3334

---

**Syrl Fairley**
c/o Mary E. Fairley
185 Clarence Fairley Rd.
McLain, MS 39456

**Clm No 67846**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lyman Faith**
c/o Mrs. Annie Faith
Post Office Box 16
St. Stephens, AL 36569

**Clm No 67847**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Maurice Falgout**
2954 30th Street
Northport, AL 35476

**Clm No 67848**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                                    2617 of 3334

---

**Willie Falls**                          **Clm No 67849**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                         Class          Claim Detail Amount      Final Allowed Amount
Houston, TX 77017
                                           UNS                 $1.00
                                                                $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Kenneth Falls**                         **Clm No 67850**    Filed In Cases: 140
64 Bunkum Creek Rd
Nauvoo, AL 35578-5200                      Class          Claim Detail Amount      Final Allowed Amount
                                           UNS                 $1.00
                                                                $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Dewey Falls**                           **Clm No 67851**    Filed In Cases: 140
11710 Malone Creek Road
Gordo, AL 35466                            Class          Claim Detail Amount      Final Allowed Amount
                                           UNS                 $1.00
                                                                $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                             2618 of 3334

---

**Herman Fancher**                **Clm No 67852**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                 Class            Claim Detail Amount      Final Allowed Amount
Houston, TX 77017
                                   UNS                   $1.00
                                                         $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Mamon Fancher**                 **Clm No 67853**    Filed In Cases: 140
c/o Mamon Stephen Fancher
1710 Southcrest Tri                Class            Claim Detail Amount      Final Allowed Amount
Birmingham, AL 35244
                                   UNS                   $1.00
                                                         $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Robert Fancher**                **Clm No 67854**    Filed In Cases: 140
106 Mimosa Drive
Hueytown, AL 35023                 Class            Claim Detail Amount      Final Allowed Amount

                                   UNS                   $1.00
                                                         $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*                                                                2619 of 3334

---

**BILLY FANNETTE**                    **Clm No 67855**    Filed In Cases: 140
P. O. Box 34655
Houston, TX 77234-4655              | Class | Claim Detail Amount | Final Allowed Amount |
                                    |-------|---------------------|----------------------|
                                    | UNS   | $1.00               |                      |
                                    |       | $1.00               |                      |

Date Filed              9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Robert Fannin**                     **Clm No 67856**    Filed In Cases: 140
P. O. Box 32
Normangee, TX 77871                | Class | Claim Detail Amount | Final Allowed Amount |
                                   |-------|---------------------|----------------------|
                                   | UNS   | $1.00               |                      |
                                   |       | $1.00               |                      |

Date Filed              9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**James Fannin**                      **Clm No 67857**    Filed In Cases: 140
c/o Teri Zunker
1580 FM 1791                       | Class | Claim Detail Amount | Final Allowed Amount |
Richards, TX 77873                 |-------|---------------------|----------------------|
                                   | UNS   | $1.00               |                      |
                                   |       | $1.00               |                      |

Date Filed              9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### Claims Details

2620 of 3334

---

**Walter Fanning**
C/o Meiry Andrews
5300 Court H
Birmingham, AL 35208

**Clm No 67858**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Henry Farago**
5222 Briarbend
Houston, TX 77035

**Clm No 67859**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Faragoza**
c/o John A. Faragoza
PO Box 260384
Corpus Christi, TX 78426

**Clm No 67860**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/20/2018 1:29:05 PM

*Claims Details*    2621 of 3334

---

**Jerome Faris**    **Clm No 67861**    Filed In Cases: 140
2565 Sand Valley Road
Remlap, AL 35133

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Odis Farley**    **Clm No 67862**    Filed In Cases: 140
P.o. Box 723
Fayette, AL 35555

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Robert Farley**    **Clm No 67863**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2622 of 3334

---

**Billy Farley**
C/o Lorean L Farley
18533 John Swindle Road
Northport, AL 35475

**Clm No 67864**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Hubert Farley**
C/o Gloria Farley
724 53rd Court East
Tuscaloosa, AL 35404

**Clm No 67865**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Clifford Farley**
c/o Charlotte Noland
254 Woodland Avenue
Centreville, AL 35042

**Clm No 67866**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

### Claims Details

2623 of 3334

---

**Gary Farley**
401 Pinewood Road
Gardendale, AL 35071

**Clm No 67867**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Farmer**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 67868**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bingham Farmer**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 67869**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2624 of 3334

---

**Robert Farmer**
C/o Timothy Scott Farmer
249 Holli Lane
Anniston, AL 36201

**Clm No 67870**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROBERT FARMER**
c/o Ruby Farmer
1658 6th Street N.
Birmingham, AL 35204-2253

**Clm No 67871**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Farr**
C/o Louise Farr
6005 Hopewell Road
Bessemer, AL 35020

**Clm No 67872**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2625 of 3334

---

**JOHN FARR**
117 Edgerwood Drive
Hueytown, AL 35023

**Clm No 67873**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Farrell**
3209 E. Meighan Blvd
Gadsden, AL 35903

**Clm No 67874**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Farrington**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 67875**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

### Claims Details                                                           2626 of 3334

---

**Billy Farrington**                    **Clm No 67876**    Filed In Cases: 140
6589 Harbor Place
Southside, AL 35907                      Class           Claim Detail Amount    Final Allowed Amount

                                        UNS                     $1.00

                                                                $1.00

Date Filed                9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Sandy Farris**                        **Clm No 67877**    Filed In Cases: 140
P.o. Box 368
Sipsey, AL 35584                        Class           Claim Detail Amount    Final Allowed Amount

                                        UNS                     $1.00

                                                                $1.00

Date Filed                9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**JACK FASSETTA**                       **Clm No 67878**    Filed In Cases: 140
7505 2nd St.
Hitchcock, TX 77563                     Class           Claim Detail Amount    Final Allowed Amount

                                        UNS                     $1.00

                                                                $1.00

Date Filed                9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**         **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 1:29:05 PM

### Claims Details

2627 of 3334

---

**Jack Faught**
170 Mitchell Court
Empire, AL 35063

<u>**Clm No 67879**</u>  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM FAULKNER**
c/o Jeffrey Mathis
15452 Woodridge Circle
Brookwood, AL 35444

<u>**Clm No 67880**</u>  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Calvin Fautheree**
3314 Mayberry
Enid, OK 73703

<u>**Clm No 67881**</u>  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2628 of 3334

---

**Charles Fayle**
16606 Rose Trail
Cypress, TX 77429

**Clm No 67882**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Charlie Fegins**
c/o Linda Fegins
16210 Rosemont
Detroit, MI 48219

**Clm No 67883**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**P. Fela**
5009 Anthony
Corpus Christi, TX 78415

**Clm No 67884**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2629 of 3334

---

**ARNOLD FELAN**
510 East Avenue H.
Robstown, TX 78380

**Clm No 67885**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----------------|-----------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Felder**
c/o Paula Felder
404 Duroux Rd., Apt. A
La Marque, TX 77568

**Clm No 67886**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----------------|-----------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WARREN FELDER**
7350 Madison Drive
Atlanta, GA 30346

**Clm No 67887**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----------------|-----------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

---

*Claims Details*                                                                    2630 of 3334

---

| **Colecio Feliciano** | **Clm No 67888** | Filed In Cases: 140 | |
| P. O. Box 1066 | Class | Claim Detail Amount | Final Allowed Amount |
| Freer, TX 78357 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **MARY FELLS** | **Clm No 67889** | Filed In Cases: 140 | |
| 2725 Brookhaven Avenue, SW | Class | Claim Detail Amount | Final Allowed Amount |
| Birmingham, AL 35211 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **WILLIE FELLS** | **Clm No 67890** | Filed In Cases: 140 | |
| 1333 Stonehedge Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Birmingham, AL 35235 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                                          2631 of 3334

---

**Herman Fells**                    **Clm No 67891**    Filed In Cases: 140
1317 Frisco Street
Birmingham, AL 35224             Class            Claim Detail Amount        Final Allowed Amount

                                 UNS                     $1.00
                                                         $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**OLEN FELTMAN**                    **Clm No 67892**    Filed In Cases: 140
117 Fairy Avenue
Hueytown, AL 35023              Class            Claim Detail Amount        Final Allowed Amount

                                 UNS                     $1.00
                                                         $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Dorie Felton**                    **Clm No 67893**    Filed In Cases: 140
C/o Tracey White
306 37th Ave Ne                 Class            Claim Detail Amount        Final Allowed Amount
Birmingham, AL 35215
                                 UNS                     $1.00
                                                         $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2632 of 3334

---

**Richard Fendley**
1645 County Road 335
Crane Hill, AL 35053

**Clm No 67894**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Roy Ferguson**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 67895**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew Ferguson**
1165 White Oak Loop
Minden, NV 89423

**Clm No 67896**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2633 of 3334

---

**F. Fermin**
14595 CR 700
Sinton, TX 78387

**Clm No 67897**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard Fernandez**
3733 Lamont St.
Corpus Christi, TX 78415

**Clm No 67898**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Tommy Ferrell**
214 Crescent Lane
Crescent City, FL 32112

**Clm No 67899**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

## *Claims Details*                                                    2634 of 3334

---

**Robert Ferrill**                          **Clm No 67900**    Filed In Cases: 140
2712 Edgewood Street
Mobile, AL 36607                   | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**RICHARD FERRINO**                          **Clm No 67901**    Filed In Cases: 140
1916 Pine Grove Dr.
Dickinson, TX 77539               | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Edwin Feuerbacher**                          **Clm No 67902**    Filed In Cases: 140
604 Gulf Bank
Houston, TX 77037-2424            | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                                  2635 of 3334

---

**Joseph Feurtado**                    **Clm No 67903**    Filed In Cases: 140
601 Farnell Ln.
Mobile, AL 36606-4952                  Class        Claim Detail Amount    Final Allowed Amount

                                       UNS              $1.00
                                                        $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Willie Fielder**                     **Clm No 67904**    Filed In Cases: 140
3913 Ball (Avenue H)
Galveston, TX 77550                    Class        Claim Detail Amount    Final Allowed Amount

                                       UNS              $1.00
                                                        $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Milton Fielder**                     **Clm No 67905**    Filed In Cases: 140
203 SE Fenway Avenue
Bartlesville, OK 74006                 Class        Claim Detail Amount    Final Allowed Amount

                                       UNS            $10,000.00
                                                      $10,000.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value     $10,000.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2636 of 3334

---

**DON FIELDS**
P.O. Box 475
Mulga, AL 35118

**Clm No 67906**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LEE FIELDS**
P.O. Box 2807
Birmingham, AL 35202

**Clm No 67907**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Margaret Fields**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 67908**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                           3/20/2018 1:29:05 PM

## *Claims Details*                                                                                          2637 of 3334

---

**Palmer Fields**                          **Clm No 67909**    Filed In Cases: 140
c/o Patsy Fields
1873 Kelly Loop Road                       Class              Claim Detail Amount        Final Allowed Amount
Mt. Olive, AL 35117
                                           UNS                     $1.00
                                                                   $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Joy Fields**                             **Clm No 67910**    Filed In Cases: 140
C/o Nelda Fields
343 Warrior River Highlands                Class              Claim Detail Amount        Final Allowed Amount
Adger, AL 35006
                                           UNS                     $1.00
                                                                   $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**HENRY FIELDS**                           **Clm No 67911**    Filed In Cases: 140
c/o Mrs. Wanda Fields
505 Bel Air Blvd. Apt. 204                 Class              Claim Detail Amount        Final Allowed Amount
Mobile, AL 36606
                                           UNS                     $1.00
                                                                   $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2638 of 3334

---

**KENNETH FIELDS**
c/o Mrs. Shirley Ann Fields
205 12th Avenue N
Texas City, TX 77590-6346

**Clm No 67912**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew Fields**
C/o Mrs. Pearlie T. Fields
113 Miles Avenue
Birmingham, AL 35214

**Clm No 67913**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Fields**
c/o Merita Fields
Post Office Box 391
Fultondale, AL 35068

**Clm No 67914**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                              2639 of 3334

---

**Bobby Fields**                    **Clm No 67915**    Filed In Cases: 140
C/o Mary E. Fields
63 Circlewood                       Class          Claim Detail Amount       Final Allowed Amount
Tuscaloosa, AL 35405
                                    UNS                    $1.00
                                                           $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Kenneth Fields**                  **Clm No 67916**    Filed In Cases: 140
c/o Johnnie Fields/James K. Fields
101 Old Hackberry Lane, Apt 511     Class          Claim Detail Amount       Final Allowed Amount
Tuscaloosa, AL 35401
                                    UNS                    $1.00
                                                           $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Phillip Fields**                  **Clm No 67917**    Filed In Cases: 140
C/o Betty H. Fields
1106 County Road 143                Class          Claim Detail Amount       Final Allowed Amount
Bankston, AL 35542
                                    UNS                    $1.00
                                                           $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 1:29:05 PM

*Claims Details*

2640 of 3334

---

**Wilton Fields**
72 Circlewood
Tuscaloosa, AL 35405

**Clm No 67918**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Melvin Fields**
4644 Kingston Ave
Birmingham, AL 35212

**Clm No 67919**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Robert Fields**
4360 Co Road 68
Fayette, AL 35555

**Clm No 67920**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 1:29:05 PM

## *Claims Details*                                                                 2641 of 3334

| **George Fields** | | **Clm No 67921** | Filed In Cases: 140 | |
| 4110 93rd St. | | Class | Claim Detail Amount | Final Allowed Amount |
| Northport, AL 35476 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| **Janie Fields** | | **Clm No 67922** | Filed In Cases: 140 | |
| 3653 Sratford Place | | Class | Claim Detail Amount | Final Allowed Amount |
| Carmel, IN 46033 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| **Eugene Fields** | | **Clm No 67923** | Filed In Cases: 140 | |
| 2440 39th Avenue N. | | Class | Claim Detail Amount | Final Allowed Amount |
| Birmingham, AL 35207 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2642 of 3334

---

**BENNY FIELDS**
1333 Elmwood Street, SW
Birmingham, AL 35211

**Clm No 67924**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Norman Fields**
1285 Mt Zion Road
Hayden, AL 35079

**Clm No 67925**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Frank Fievet**
307 Shade Crest Road
Hoover, AL 35226

**Clm No 67926**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2643 of 3334

---

**Tony Figueroa**
1000 Perkins
Robstown, TX 78380

**Clm No 67927**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-----|-----|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Florin Figures**
C/o Floyd Figures
3226 Cooper Creeks Lane
Buford, GA 30519

**Clm No 67928**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-----|-----|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jerry Fikes**
3013 Mitt Lary Rd
Northport, AL 35476

**Clm No 67929**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-----|-----|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2644 of 3334

---

| Curtis Files | **Clm No 67930** | Filed In Cases: 140 | |
| --- | --- | --- | --- |
| c/o Vera Mae Files | Class | Claim Detail Amount | Final Allowed Amount |
| 1015 Rose Avenue | | | |
| Brighton, AL 35020 | UNS | $1.00 | |
| | | $1.00 | |

| | |
| --- | --- |
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| James Filgo | **Clm No 67931** | Filed In Cases: 140 | |
| --- | --- | --- | --- |
| C/o Elaine B. Filgo | Class | Claim Detail Amount | Final Allowed Amount |
| 41 Crisson Trace | | | |
| Spanish Fort, AL 36527 | UNS | $1.00 | |
| | | $1.00 | |

| | |
| --- | --- |
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| Warren Fillingim | **Clm No 67932** | Filed In Cases: 140 | |
| --- | --- | --- | --- |
| 5200 Highway 29 North | Class | Claim Detail Amount | Final Allowed Amount |
| Molino, FL 32577 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| | |
| --- | --- |
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 1:29:05 PM

*Claims Details*

2645 of 3334

---

| Fred Finch | | **Clm No 67933** | Filed In Cases: 140 | |
| c/o Williams Kherkher | | | | |
| 8441 Gulf Fwy #600 | | Class | Claim Detail Amount | Final Allowed Amount |
| Houston, TX 77017 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| Sammie Finch | | **Clm No 67934** | Filed In Cases: 140 | |
| C/o Samuel Lee Finch, Sr. | | | | |
| 1772 50th Street Ensley | | Class | Claim Detail Amount | Final Allowed Amount |
| Birmingham, AL 35208 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| Edwin Finch | | **Clm No 67935** | Filed In Cases: 140 | |
| C/o Coleen E. Finch | | | | |
| 6047 Birchwood Ave | | Class | Claim Detail Amount | Final Allowed Amount |
| Tuscaloosa, AL 35405 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2646 of 3334

---

**HOWARD FINCH**
5382 Harvest Ridge Ln
Birmingham, AL 35242

**Clm No 67936**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Oscar Fincher**
15232 Hwy 43
Vandiver, AL 35176

**Clm No 67937**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mary Finley**
c/o James Donald Finley
3510 Polo Parc Court
Hoover, AL 35226

**Clm No 67938**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2647 of 3334

---

**Lawrence Finley**
c/o Cleve Finley-Hutchins
12608 Kingsview St.
Mitchellville, MD 20721

**Clm No 67939**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DAVID FINLEY**
280 Arabian Road
Columbiana, AL 35051-3270

**Clm No 67940**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Finnen**
P.o. Box 254
West Blocton, AL 35184

**Clm No 67941**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2648 of 3334

---

**James Finnen**
C/o James A Finnen, Jr
P.o. Box 371
West Blocton, AL 35184

**Clm No 67942**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard Finner**
C/o Earlean Finner
6105 Grove Avenue
Birmingham, AL 35228-3912

**Clm No 67943**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Warren Finney**
C/o Sara Finney
4900 14th Street East
Tuscaloosa, AL 35404-4508

**Clm No 67944**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2649 of 3334

---

**JAMES FISHER**
c/o Ms. Darlene F. McDaniel
4310 6th Street E
Tuscaloosa, AL 35404

**Clm No 67945**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Fisher**
2255 Papaya Dr.
La Habra, CA 90631

**Clm No 67946**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHN FISHER**
18447 Pride Baywood Road
Greenwell Springs, LA 70739

**Clm No 67947**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                 **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2650 of 3334

---

**Manuel Fitch**
1517 West Smithfield Lane
Dolomite, AL 35061

**Clm No 67948**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Fitt**
16215 Charolais Dr.
Cypress, TX 77429

**Clm No 67949**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alex Fitts**
1140 24th Ave North
Birmingham, AL 35204

**Clm No 67950**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                              2651 of 3334

---

**Um Fitzpatrick**                    **Clm No 67951**    Filed In Cases: 140
C/o Laura R. Jackson
313 Navajo Drive                      Class          Claim Detail Amount    Final Allowed Amount
Montgomery, AL 36117
                                      UNS                $1.00
                                                         $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**John Flanagan**                     **Clm No 67952**    Filed In Cases: 140
C/o Georgia Mae Flanagan
3124 7th Avenue N                     Class          Claim Detail Amount    Final Allowed Amount
Bessemer, AL 35020
                                      UNS                $1.00
                                                         $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**KAYWOOD FLEMING**                   **Clm No 67953**    Filed In Cases: 140
c/o Shirley Fleming
13259 Matt St.                        Class          Claim Detail Amount    Final Allowed Amount
Coker, AL 35452
                                      UNS                $1.00
                                                         $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2652 of 3334

---

**ACIE FLEMING**

c/o Jerry Fleming

7470 Danny Way

Pensacola, FL 32526-3848

**Clm No 67954**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RICHARD FLETCHER**

228 Nantucket Drive

Birmingham, AL 35214

**Clm No 67955**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Cook Fletcher**

1815 Paulette Dr.

Birmingham, AL 35226

**Clm No 67956**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2653 of 3334

---

**William Flippo**
625 Beasley Road
Gardendale, AL 35071

**Clm No 67957**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thornton Flood**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 67958**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Eugene Flood**
C/o Cathy Shanklin
512 Otterbein Avenue
Dayton, OH 45406

**Clm No 67959**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2654 of 3334

---

**Love Flora**
26 Goldenrod Dr.
Hiawassee, GA 30546

**Clm No 67960**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Garland Florence**
2455 Sawmill Cutoff Road
Mount Vernon, AL 36560

**Clm No 67961**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rogers Florence**
2161 Glover Road Box 3085
Quinton, AL 35130

**Clm No 67962**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2655 of 3334

---

**Juan Flores**
P.O. Box 628
Robstown, TX 78380

**Clm No 67963**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROBERT FLORES**
6439 Pinehurst
Houston, TX 77023

**Clm No 67964**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Luther Flowers**
C/o Ruby H. Flowers
24 Melinda Drive
Saraland, AL 36571

**Clm No 67965**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2656 of 3334

---

**GERALD FLOWERS**
5207 Mazama Drive
Klamath Falls, OR 97603

**Clm No 67966**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joe Floyd**
c/o Virginia B. Floyd
13612 Rue Royal Lane
Silverhill, AL 36576-3231

**Clm No 67967**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Melvin Floyd**
c/o Rashid Floyd
2723 Northgate Village Dr.
Houston, TX 77068

**Clm No 67968**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**       **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2657 of 3334

---

**Mildred Floyd**
340 2nd Street SW
Gordo, AL 35466

**Clm No 67969**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lovell Fluker**
2040 22Nd St. Ensley
Birmingham, AL 35218

**Clm No 67970**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Flurry**
P O Box 90
Zavalla, TX 75980-0090

**Clm No 67971**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2658 of 3334

---

**Roger Flynn**
C/o Mack A. Flynn
1405 S Montgomery Street
Starkville, MS 39759-4233

**Clm No 67972**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Flynn**
c/o Lynn Hauser, Personal Representative of Estate
441 Strandview Dr.
Pensacola, FL 32534

**Clm No 67973**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**PATRICK FLYNN**
1217 Dirr
Parsons, KS 67357

**Clm No 67974**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                               2659 of 3334

---

**Lawrence Foit**                        **Clm No 67975**   Filed In Cases: 140
9903 Hunters Pond
San Antonio, TX 78224-3069              | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**John Foley**                           **Clm No 67976**   Filed In Cases: 140
10265 Ulmerton Road, Lot 249
Largo, FL 33771                         | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**DONEL FONEY**                          **Clm No 67977**   Filed In Cases: 140
912 41st Street
Birmingham, AL 35208                    | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2660 of 3334

---

**Edward Fontenot**
10403 Sage Tree
Houston, TX 77089

**Clm No 67978**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Ford**
P.o. Box 311171
Birmingham, AL 35231

**Clm No 67979**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Phines Ford**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 67980**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2661 of 3334

---

**John Ford**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 67981**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Henry Ford**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 67982**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**PERRY FORD**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 67983**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 1:29:05 PM

*Claims Details*

2662 of 3334

---

**HENRY FORD**

c/o Louise Ford

3349 46th Street, SW

Birmingham, AL 35221

**Clm No 67984**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CLARENCE FORD**

c/o Gerald E. Ford

13400 Parkside Dr. # 202

South Gate, MI 48195

**Clm No 67985**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Eddie Ford**

c/o Evelyn S. Ford

3192 Allison Bennett Mem. Dr.

Hueytown, AL 35023

**Clm No 67986**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2663 of 3334

---

**Douglas Ford**
C/o Erskine Ford
901 15th Avenue North
Tuscaloosa, AL 35406

**Clm No 67987**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Marshall Ford**
c/o Darnell Ford
1104 Heritage Way
Birmingham, AL 35211

**Clm No 67988**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Eddie Ford**
c/o Craig Carney
511 Lakeview Dr.
Montgomery , TX 77356

**Clm No 67989**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                                 2664 of 3334

---

**HARBERT FORD**                    **Clm No 67990**    Filed In Cases: 140
c/o Bobbie Ford
2500 E. Wallisville Rd. #44          Class              Claim Detail Amount      Final Allowed Amount
Highlands, TX 77562
                                     UNS                      $1.00
                                                              $1.00

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bennie Ford**                      **Clm No 67991**    Filed In Cases: 140
900 Tuscaloosa Ave Sw, Apt 2553
Birmingham, AL 35211                 Class              Claim Detail Amount      Final Allowed Amount

                                     UNS                      $1.00
                                                              $1.00

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Edward Ford**                      **Clm No 67992**    Filed In Cases: 140
4015 5th Avenue
Brighton, AL 35020                   Class              Claim Detail Amount      Final Allowed Amount

                                     UNS                      $1.00
                                                              $1.00

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2665 of 3334

---

**Clarence Ford**
1209 Adams St. Pc
Birmingham, AL 35214

**Clm No 67993**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GARY FORGE**
9820 Pape Avenue
Birmingham, AL 35217

**Clm No 67994**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mark Forman**
c/o Karen Reach
1111 Mount Olive Ave.
Gardendale, AL 35071

**Clm No 67995**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                              2666 of 3334

---

**Nathan Forstein**                  **Clm No 67996**   Filed In Cases: 140
9481 SW 148th St.
Miami, FL 33176-7808                  Class          Claim Detail Amount        Final Allowed Amount

                                     UNS                      $1.00
                                                             $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Sam Fort**                         **Clm No 67997**   Filed In Cases: 140
c/o Sheila Pleasant
1408 9th Street                      Class          Claim Detail Amount        Final Allowed Amount
Pleasant Grove, AL 35127
                                     UNS                      $1.00
                                                             $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Herbert Forte**                    **Clm No 67998**   Filed In Cases: 140
P. O. Box 354
DeKalb, TX 75559                     Class          Claim Detail Amount        Final Allowed Amount

                                     UNS                      $1.00
                                                             $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                                          2667 of 3334

---

**Frank Fortenberry**

c/o Misty Jones

20107 Lord Drive

New Caney, TX 77357

**Clm No 67999**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CHRISTEEN FORTENBERRY**

721 Arrow Road

Birmingham, AL 35214

**Clm No 68000**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Zack Fortenbury**

115 Lake Caloosa Landing

Frostproof, FL 33843

**Clm No 68001**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/20/2018 1:29:05 PM

---

*Claims Details*

2668 of 3334

---

**Fred Fortson**
c/o Nettie B. Fortson
5300 Court G
Fairfield, AL 35064

**Clm No 68002**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Hollis Foshee**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68003**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Foshee**
C/o Frances Odessa Foshee
13966 Al Hwy 25
Thomaston, AL 36783

**Clm No 68004**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2669 of 3334

---

**Charles Foshee**
201 Hunting Trace
Jasper, AL 35504

**Clm No 68005**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Marvin Foster**
Post Office Box 114
Coaling, AL 35449

**Clm No 68006**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Edward Foster**
P.O. Box 813
Dayton, TX 77535

**Clm No 68007**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                        2670 of 3334

---

**Houston Foster**                         **Clm No 68008**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                          Class            Claim Detail Amount        Final Allowed Amount
Houston, TX 77017                          UNS                  $1.00
                                                                $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Dock Foster**                            **Clm No 68009**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                          Class            Claim Detail Amount        Final Allowed Amount
Houston, TX 77017                          UNS                  $1.00
                                                                $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**George Foster**                          **Clm No 68010**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                          Class            Claim Detail Amount        Final Allowed Amount
Houston, TX 77017                          UNS                  $1.00
                                                                $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2671 of 3334

---

**Wesley Foster**
C/o Phyllis Crowell
604 Sherry Drive
Columbia, TN 38401

**Clm No 68011**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE FOSTER**
c/o Mrs. Eula M. Foster
1732 Center Way, S
Birmingham, AL 35205

**Clm No 68012**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Foster**
C/o Laura J. Foster
2869 Bear Creek Road
Brent, AL 35034

**Clm No 68013**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### Claims Details

2672 of 3334

| **Dock Foster** | **Clm No 68014** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o Emily Bradley | Class | Claim Detail Amount | Final Allowed Amount |
| 6079 Waterside Drive | | | |
| Birmingham, AL 35244 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Ernest Foster** | **Clm No 68015** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o Dr. Ernest J. Foster, Jr. | Class | Claim Detail Amount | Final Allowed Amount |
| 7236 Greenhaven Drive, Apt. 125 | | | |
| Sacramento, CA 95831 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Robert Foster** | **Clm No 68016** | Filed In Cases: 140 | |
|---|---|---|---|
| 7402 FM 1942 | Class | Claim Detail Amount | Final Allowed Amount |
| Baytown, TX 77521 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

---

*Claims Details*                                                              2673 of 3334

---

**George Foster**                    **Clm No 68017**    Filed In Cases: 140
702 37th Ave.
Tuscaloosa, AL 35401                  Class           Claim Detail Amount    Final Allowed Amount

                                      UNS                  $1.00
                                                           $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Chester Foster**                   **Clm No 68018**    Filed In Cases: 140
4180 Prince Street
Bessemer, AL 35023                    Class           Claim Detail Amount    Final Allowed Amount

                                      UNS                  $1.00
                                                           $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**J.P. Foster**                      **Clm No 68019**    Filed In Cases: 140
3805 1st Court East
Tuscaloosa, AL 35405                  Class           Claim Detail Amount    Final Allowed Amount

                                      UNS                  $1.00
                                                           $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2674 of 3334

---

**Catherine Foster**
2354 Hwy 96
Fayette, AL 35555

**Clm No 68020**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Clarence Foster**
1805 S.w. 3rd Place
Birmingham, AL 35211

**Clm No 68021**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JESSIE FOSTER**
1671 HIGHWAY 549
MARION, LA 71260-5361

**Clm No 68022**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                              2675 of 3334

---

**Ralph Foster**                    **Clm No 68023**    Filed In Cases: 140
1443 Mill Creek Rd.
Lawley, AL 36793                     Class          Claim Detail Amount    Final Allowed Amount

                                    UNS                 $1.00
                                                        $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Abraham Foster**                  **Clm No 68024**    Filed In Cases: 140
1117 5th Avenue W.
Birmingham, AL 35204                 Class          Claim Detail Amount    Final Allowed Amount

                                    UNS                 $1.00
                                                        $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Robert Foster**                   **Clm No 68025**    Filed In Cases: 140
2215 Evergreen Street
Birmingham, AL 35217                 Class          Claim Detail Amount    Final Allowed Amount

                                    UNS                 $1.00
                                                        $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2676 of 3334

---

**Rannie Fountain**
Post Office Box 25
Tibbie, AL 36583

**Clm No 68026**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Fountain**
c/o Ms. Johnnie F. Jones
15586 N. Scottsville Rd.
West Blocton, AL 35184

**Clm No 68027**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GUSSIE FOUNTAIN**
c/o Larry Fountain
2251 County Road 529
Alvin, TX 77511

**Clm No 68028**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2677 of 3334

---

**Willowdean Fountain**
494 Preacher St.
Gordo, AL 35466

**Clm No 68029**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILL FOUNTAIN**
4806 Wynnewood Dr
Houston, TX 77013

**Clm No 68030**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Fowle**
c/o Frank L. Anderson
401 West Brookside Dr.
Bryan, TX 77801

**Clm No 68031**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 1:29:05 PM

*Claims Details*

2678 of 3334

---

| **John Fowler** | **Clm No 68032** | Filed In Cases: 140 | |
| Route 2 Box 89 | Class | Claim Detail Amount | Final Allowed Amount |
| Berry, AL 35546 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **James Fowler** | **Clm No 68033** | Filed In Cases: 140 | |
| P.o. Box 242 | Class | Claim Detail Amount | Final Allowed Amount |
| Coker, AL 35452 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Joseph Fowler** | **Clm No 68034** | Filed In Cases: 140 | |
| C/o Freddie Mae Fowler | Class | Claim Detail Amount | Final Allowed Amount |
| 1728 28th Street North | | | |
| Birmingham, AL 35234 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2679 of 3334

---

**Iseum Fowler**
c/o Cathy Fowler
415 Shipp Rd.
Hooks, TX 75561-6533

**Clm No 68035**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CARLIS FOWLER**
5056 Bob Brill Road
Bessemer, AL 35023

**Clm No 68036**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARY FOWLER**
4220 39Th Ave
Birmingham, AL 35217

**Clm No 68037**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## *Claims Details*

2680 of 3334

---

**ROBERT FOX**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68038**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**L.T. Fox**
c/o Katherine Foxx
3601 Fools Acre Rd.
Jackson, AL 36545

**Clm No 68039**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Forrest Fox**
c/o Audrey Gayle Hill
8100 Frankfort Rd.
Tuscumbia, AL 35674

**Clm No 68040**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/20/2018 1:29:05 PM

*Claims Details*    2681 of 3334

---

**JAMES FOY**    **Clm No 68041**    Filed In Cases: 140
c/o Mary Foy
6105 Ellington Street

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Birmingham, AL 35228

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**LOTTIE FOY**    **Clm No 68042**    Filed In Cases: 140
c/o Juanita Cooper
604 Vicksburg St.

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Birmingham, AL 35224

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Moody Frances**    **Clm No 68043**    Filed In Cases: 140
2601 Patricia Drive  Lot 76
Pensacola, FL 32526

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                             2682 of 3334

---

**Harbour Frances**                          **Clm No 68044**    Filed In Cases: 140
17107 FAA Road
Alvin, TX 77511                          | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rigoberto Franco**                          **Clm No 68045**    Filed In Cases: 140
4513 Molina
Corpus Christi, TX 78416                 | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**GEORGE FRANCO**                          **Clm No 68046**    Filed In Cases: 140
2693 Tierra Grande
Corpus Christi, TX 78415                 | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2683 of 3334

---

**W. Frank**
P O Box 1231
Leander, TX 78646

**Clm No 68047**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**E. Frank**
4218 Dover
Santa Fe, TX 77510

**Clm No 68048**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Campise Frank**
24167 Parker Rd.
Porter, TX 77365

**Clm No 68049**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                                    2684 of 3334

---

**Herrera Frank**                    **Clm No 68050**    Filed In Cases: 140
1420 Thomas
Pasadena, TX 77506                    Class            Claim Detail Amount        Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Noah Franklin**                    **Clm No 68051**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017                    Class            Claim Detail Amount        Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**William Franklin**                 **Clm No 68052**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017                    Class            Claim Detail Amount        Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2685 of 3334

---

**Milton Franklin**
C/o Lisa D. Williams
1212 15th Street North
Birmingham, AL 35204

**Clm No 68053**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Frances Franklin**
C/o Kathy F. Hitt
5117 Lauderdale Court
Northport, AL 35473

**Clm No 68054**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Frances Franklin**
C/o Jacquelin Franklin
1711 Old Cook Ford Road
Quinton, AL 35130

**Clm No 68055**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2686 of 3334

---

**Alfred Franklin**
C/o Edith K. Franklin
18733 Franklin Circle
Northport, AL 35475

**Clm No 68056**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Harcel Franklin**
C/o Earl E. Franklin
125 Hueylane
Hueytown, AL 35023

**Clm No 68057**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ABNER FRANKLIN**
c/o David Franklin
951 Main St.
Gardendale, AL 35071

**Clm No 68058**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**       **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                                                        2687 of 3334

| Matthew Franklin | | **Clm No 68059** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 6364 County Hwy 11 | | Class | Claim Detail Amount | Final Allowed Amount |
| Blountsville, AL 35031 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| Richard Franklin | | **Clm No 68060** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 627 Cherokee Road | | Class | Claim Detail Amount | Final Allowed Amount |
| Warrior, AL 35180 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| WILLIAM FRANKLIN | | **Clm No 68061** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 4690 Bessemer Johns Rd. | | Class | Claim Detail Amount | Final Allowed Amount |
| Bessemer, AL 35023 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2688 of 3334

---

**JESSE FRANKLIN**
13771 Dianne Drive
Mc Calla, AL 35111

**Clm No 68062**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Earl Franklin**
125 Hueylane
Hueytown, AL 35023

**Clm No 68063**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Bobby Franklin**
12496 Davis Creek Rd.
Mccalla, AL 35111-9520

**Clm No 68064**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2689 of 3334

---

**Jesse Franklin**
1217 Impala Drive
Birmingham, AL 35235

**Clm No 68065**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Clarence Franks**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68066**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Franks**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68067**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2690 of 3334

---

**James Franks**
c/o Mrs. Gloria Franks
5768 Dale Drive
Satsuma, AL 36572

**Clm No 68068**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Theowder Fransaw**
c/o Patti Fransaw Foreman
48 Prairie Oaks Drive
Santa Fe, TX 77510

**Clm No 68069**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Marshall Frater**
11720 Paula Dr.
Tyler, TX 75709

**Clm No 68070**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### Claims Details

2691 of 3334

---

**James Frazier**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68071**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bolden Frazier**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68072**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rex Frazier**
c/o Terri L. Flock
3109 Holland Court
Cheyenne, WY 82009

**Clm No 68073**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                           2692 of 3334

---

**Dorris Frazier**                    **Clm No 68074**    Filed In Cases: 140
c/o Kimberly Thomas
35 Crawford Circle                    Class          Claim Detail Amount      Final Allowed Amount
Newnan, GA 30265
                                      UNS                 $1.00
                                                                              $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**DOROTHA FRAZIER**                   **Clm No 68075**    Filed In Cases: 140
106 S. Shelby St.
Wetumpka, AL 36092-8581               Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                 $1.00
                                                                              $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Willie Freed**                      **Clm No 68076**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                    Class          Claim Detail Amount      Final Allowed Amount
Houston, TX 77017
                                      UNS                 $1.00
                                                                              $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                             2693 of 3334

---

**Barry Freeland**                        **Clm No 68077**    Filed In Cases: 140
1118 Gaston Ave.
Fairmont, WV 26554                        Class            Claim Detail Amount      Final Allowed Amount

                                         UNS                      $1.00
                                                                  $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Charles Freeman**                       **Clm No 68078**    Filed In Cases: 140
P. O Box 234
Demopolis, AL 36734                       Class            Claim Detail Amount      Final Allowed Amount

                                         UNS                      $1.00
                                                                  $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Truman Freeman**                        **Clm No 68079**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                        Class            Claim Detail Amount      Final Allowed Amount
Houston, TX 77017
                                         UNS                      $1.00
                                                                  $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2694 of 3334

---

**Charles Freeman**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68080**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Murray Freeman**
c/o Dawn O'Neil
3335 Hombly Rd.
Houston, TX 77066

**Clm No 68081**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jimmie Freeman**
748 Lamplighter Circle
Birmingham, AL 35214

**Clm No 68082**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2695 of 3334

---

**Jerry Freeman**
73 Clark Rd.
Empire, AL 35063

**Clm No 68083**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DELMAS FREEMAN**
725 River Road
Quinton, AL 35130

**Clm No 68084**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew Freeman**
609 3Rd Street Sw
Birmingham, AL 35211

**Clm No 68085**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*                                                                                   2696 of 3334

---

**Donald Freeman**                    **Clm No 68086**    Filed In Cases: 140
5885 Apple Grove Road
Joppa, AL 35087                        Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Harvey Freeman**                    **Clm No 68087**    Filed In Cases: 140
2807 26th Ave North
Northport, AL 35476                    Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Clanton Freeman**                   **Clm No 68088**    Filed In Cases: 140
15945 Highway 43 North
Northport, AL 35475                    Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### Claims Details

2697 of 3334

---

**MORRIS FREEMAN**
15 Lindsey Ln.
Altoona, AL 35952-5404

**Clm No 68089**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**George Freeman**
13188 Hwy 171
Northport, AL 35473

**Clm No 68090**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bueford Freeman**
13124 Hwy 171
Northport, AL 35476

**Clm No 68091**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2698 of 3334

---

**Harold Freeman**
1133 Kimberly Ave
Gardendale, AL 35071

**Clm No 68092**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Freeney**
C/o Charles E. Freeney, Sr.
660 Valley Crest Dr. Apt.a-11
Birmingham, AL 35215

**Clm No 68093**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joe French**
920 Campbellville Road
Empire, AL 35063

**Clm No 68094**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2699 of 3334

---

**Dannie French**
819 S. Thomas Avenue
Prichard, AL 36610

**Clm No 68095**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**George Freshour**
c/o Angela Lee
2655 Bethlehem Road
Lufkin, TX 75904

**Clm No 68096**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Robert Fricke**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68097**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2700 of 3334

---

**NELS FRID**
1491 W. Fairbanks Avenue
Winter Park, FL 32789

**Clm No 68098**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CHARLES FRITTS**
1937 Evergreen Street
Birmingham, AL 35217

**Clm No 68099**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charlie Frizzle**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68100**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2701 of 3334

---

**Una Frost**
c/o Verlon R. Frost
1540 West Overbrook Rd.
Millbrook, AL 36054

**Clm No 68101**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joseph Frost**
C/o Mary E. Frost
10 Sweet Gum Lane
Chelsea, AL 35043

**Clm No 68102**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Adam Fugate**
c/o Jay Fugate
16530 N. MEDITERRANEAN ST.
Crosby, TX 77532

**Clm No 68103**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                              2702 of 3334

---

**Lonnie Fuller**                        **Clm No 68104**   Filed In Cases: 140
c/o Kearney Dee Hutsler, Attorney
15 Richard Arrington Jr. Blvd. N.        Class          Claim Detail Amount      Final Allowed Amount
Birmingham, AL 35203
                                         UNS                 $1.00
                                                             $1.00

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jack Fuller**                          **Clm No 68105**   Filed In Cases: 140
C/o Clara Shelborne
2808 Dawson Avenue S.w.                  Class          Claim Detail Amount      Final Allowed Amount
Birmingham, AL 35211
                                         UNS                 $1.00
                                                             $1.00

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Fuller**                        **Clm No 68106**   Filed In Cases: 140
7184 Old Shell Road
Mobile, AL 36608                         Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                 $1.00
                                                             $1.00

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2703 of 3334

---

**BILLY FULLER**
289 Clayton Dickerson Road
Eros, LA 71238

**Clm No 68107**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ronald Fuller**
107 Fairlane Drive
Satsuma, AL 36572

**Clm No 68108**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Millard Fullerton**
C/o Jay J. Fullerton
116 Fullerton Drive
Montevallo, AL 35115

**Clm No 68109**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2704 of 3334

**J.D. Fulmer**
c/o Mrs. Rose Fulmer
4950 Smith Trail
Pell City, AL 35128

**Clm No 68110**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Lelon Fulmer**
c/o Lisa Fulmer Smith
P.O. Box 104
Berry, AL 35546

**Clm No 68111**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Charles Fulmer**
80 Millstone Road
Birmingham, AL 35210

**Clm No 68112**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2705 of 3334

---

**Rose Fulmer**
147 Hammock Road
Trussville, AL 35173

**Clm No 68113**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HOBART FULTON**
c/o Kathryn Fitzpatrick
37908 Buck Run Road
Albany, OH 45710

**Clm No 68114**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM FULTZ**
2500 Forest Lake
Bessemer, AL 35022

**Clm No 68115**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### Claims Details

2706 of 3334

---

**James Funderburg**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68116**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**C. G**
403 Post Horn
Houston, TX 77015

**Clm No 68117**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Gabehart**
245 Apple Grove
Livingston, TX 77351

**Clm No 68118**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/20/2018 1:29:05 PM

*Claims Details*

2707 of 3334

---

**Neil Gable**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68119**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dalton Gaddis**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68120**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joe Gaddy**
C/o Reba Gaddy
13074 Alla Drive
Coker, AL 35452

**Clm No 68121**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 1:29:05 PM

*Claims Details*                                                                                    2708 of 3334

---

**DABNEY GADDY**                          **Clm No 68122**   Filed In Cases: 140
587 Highway 5
Thomasville, AL 36784                     Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                   $1.00
                                                                $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Leonard Gaidosik**                      **Clm No 68123**   Filed In Cases: 140
1803 West Street
Rosenberg, TX 77471                       Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                   $1.00
                                                                $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Lee Gaillard**                          **Clm No 68124**   Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                        Class          Claim Detail Amount      Final Allowed Amount
Houston, TX 77017
                                          UNS                   $1.00
                                                                $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2709 of 3334

---

**DONALD GAINER**
c/o Betty Gainer
P.O. Box 913
Grobeton, TX 75845

**Clm No 68125**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Leotha Gaines**
C/o Ruby Gaines
3965 Phillips Street
Bessemer, AL 35020

**Clm No 68126**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**George Gaines**
c/o Mrs. Annie C. Gaines
2300 3rd Ave. South
Birmingham, AL 35210

**Clm No 68127**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2710 of 3334

---

**Percy Gaiter**
c/o Linda S. Lehe, Attorney
420 N. 20th Street, Suite 1600
Birmingham, AL 35203

**Clm No 68128**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FRANK GALASSO**
2405 Clubhouse Circle Unit 204
Sarasota, FL 34232

**Clm No 68129**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Murel Galbert**
c/o Evelyn Culberson
PO Box 173
New Boston, TX 75570

**Clm No 68130**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2711 of 3334

---

**William Galbreath**
759  1st Ave W
Gordo, AL 35466

**Clm No 68131**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HAROLD GALE**
1726 Clark
Parsons, KS 67357

**Clm No 68132**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rodolfo Gallardo**
P O Box 217
Benavides, TX 78341

**Clm No 68133**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2712 of 3334

---

**Douglas Galloway**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68134**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Herminio Galvan**
c/o Herminio Galvan, Jr.
1150 Florida Ave.
Corpus Christi, TX 78404

**Clm No 68135**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**George Gamble**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68136**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2713 of 3334

---

**JAMES GAMBLE**
c/o Michael A. Gamble
154 Royal Coach Circle
Bessemer, AL 35022

**Clm No 68137**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Gamble**
5614 Hidden Valley Road
Mccalla, AL 35111

**Clm No 68138**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Eddie Gamble**
1604 Bryson Street
Midfield  Street, AL 35228

**Clm No 68139**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 1:29:05 PM

*Claims Details*

2714 of 3334

---

| **Dan Gambles** | **Clm No 68140** | Filed In Cases: 140 | |
| c/o Williams Kherkher | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | |
| Houston, TX 77017 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Darrell Gammons** | **Clm No 68141** | Filed In Cases: 140 | |
| c/o Linda R. Gammons | Class | Claim Detail Amount | Final Allowed Amount |
| 2302 Scotty Beard Road | | | |
| Lufkin, TX 75901 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **GEORGE GANDY** | **Clm No 68142** | Filed In Cases: 140 | |
| c/o Williams Kherkher | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | |
| Houston, TX 77017 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2715 of 3334

---

**EDWARD GANDY**
c/o Edward A. Gandy, Jr.
1718 C Woocrest Rd., S
Birmingham, AL 35205

**Clm No 68143**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES GANN**
c/o Kristie D. Barton
2490 Glasscott Court
Birmingham, AL 35226

**Clm No 68144**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Earlene Gann**
6800 Mcfarland Blvd. #11
Northport, AL 35476

**Clm No 68145**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### Claims Details

2716 of 3334

---

**John Gant**
12844 Northside Road
Northport, AL 35476

**Clm No 68146**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bruce Gantt**
C/o Mabel D. Gilbert
2438 Corner Road
Warrior, AL 35180

**Clm No 68147**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BENNIE GARCIA**
c/o Rebecca R. Garcia, rep.
1146 Hahlo
Houston, TX 77020

**Clm No 68148**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2717 of 3334

---

**OSCAR GARCIA**
c/o Ms. Teresa G. Rivera
P. O. Box 3214
Alice, TX 78332

**Clm No 68149**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOSE GARCIA**
c/o Katherine Whitecloud
932 Carson Street
Barstow, CA 92311

**Clm No 68150**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Nasario Garcia**
c/o Felicita Garcia
505 South Glass
Victoria, TX 77901

**Clm No 68151**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2718 of 3334

---

**Abel Garcia**
709 W. Ave D
Robstown, TX 78380

**Clm No 68152**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Orlando Garcia**
6537 Longmeadow Dr.
Corpus Christi, TX 78413

**Clm No 68153**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JUAN GARCIA**
5201 Millwood
Corpus Christi, TX 78413

**Clm No 68154**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2719 of 3334

---

**MARTIN GARCIA**
445 E. Elm
Taft, TX 78390

**Clm No 68155**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**IRINEO GARCIA**
427 West Woldert
Tyler, TX 75702

**Clm No 68156**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Roberto Garcia**
2307 Camelia St.
Baytown, TX 77520

**Clm No 68157**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2720 of 3334

---

**Pete Garcia**
2208 37th St.
Galveston, TX 77550

**Clm No 68158**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Cresencio Garcia**
2000 Van Loan Ave.
Corpus Christi, TX 78407-2332

**Clm No 68159**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carlos Garcia**
1518 W 5th St.
Freeport, TX 77541-5110

**Clm No 68160**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## *Claims Details*

2721 of 3334

---

**CALIXTO GARCIA**
1241 East Van Buren
Brownsville, TX 78520

**Clm No 68161**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROBERT GARDNER**
c/o Pricie Gardner
575 Margiana Dr
Satsuma, AL 36572

**Clm No 68162**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Searcy Gardner**
c/o Evelyn Gardner
11542 Andrew Way
Tuscaloosa, AL 35405

**Clm No 68163**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2722 of 3334

---

**Mack Gardner**
C/o Albert D. Lipscomb, Attorney
210 North 18th Street
Bessemer, AL 35020-4992

**Clm No 68164**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ednar Gardner**
830  CR  34
Ethelsville, AL 35461

**Clm No 68165**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BEN GARDNER**
1653 16Th Section Road
Starkville, MS 39759

**Clm No 68166**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                            2723 of 3334

---

**Melvin Gargus**                    **Clm No 68167**    Filed In Cases: 140
PO Box 832
Oneonta, AL 35121                    Class        Claim Detail Amount    Final Allowed Amount

                                     UNS              $1.00
                                                      $1.00

Date Filed           9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**George Garmany**                   **Clm No 68168**    Filed In Cases: 140
C/o Sandra Faye James
566 Riddles Bend Rd                  Class        Claim Detail Amount    Final Allowed Amount
Rainbow City, AL 35906
                                     UNS              $1.00
                                                      $1.00

Date Filed           9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**G Garmany**                        **Clm No 68169**    Filed In Cases: 140
403 Post Horn
Houston, TX 77015                    Class        Claim Detail Amount    Final Allowed Amount

                                     UNS              $1.00
                                                      $1.00

Date Filed           9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2724 of 3334

---

**Eugene Garner**
Post Office Box 217
Sunflower, AL 36581

**Clm No 68170**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Garner**
P.o. Box 615
Sandersville, MS 39477

**Clm No 68171**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Garner**
C/o Yvonne Gwin
7143 Parsons Lake Road
Adger, AL 35006

**Clm No 68172**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2725 of 3334

---

**Rufus Garner**
C/o Forrest Alan Garner
9584 Charles Ellen Drive
Bessemer, AL 35023

**Clm No 68173**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Frank Garner**
c/o Debra K. Garner
257 Boatman Street
Cookeville, TN 38501

**Clm No 68174**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Cornelius Garner**
C/o Cornelius Garner, Jr.
4815 Overland Drive
Powder Springs, GA 30127

**Clm No 68175**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

---

*Claims Details*

2726 of 3334

---

**Barbara Garner**
1609 18Th Place Sw
Birmingham, AL 35211

**Clm No 68176**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Garrard**
P.O Box 1113
Gasden, AL 35902

**Clm No 68177**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Maranda Garrard**
8058 Owls Hollow
Gadsden, AL 35901

**Clm No 68178**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2727 of 3334

---

**James Garren**
610 Misty Lane
Friendswood, TX 77546

**Clm No 68179**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Miller Garrett**
P. O. Box 78
Santa Fe, TX 77510

**Clm No 68180**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Frank Garrett**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68181**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## Claims Details

2728 of 3334

**CARL GARRETT**
c/o Shelia Marie Garrett
4881 Cambridge
Mt. Olive, AL 35117

**Clm No 68182**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Garrett**
C/o Sarah P. Garrett
6696 Burchfield Loop
Mccalla, AL 35111

**Clm No 68183**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Hugh Garrett**
c/o Mrs. Beatrice Garrett
12526 Renfroe Road
Alpine, AL 35014

**Clm No 68184**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2729 of 3334

---

**Morris Garrett**
c/o Gail Garrett
3505 Young Road
Plant City, FL 33563-8859

**Clm No 68185**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Edward Garrett**
C/o Evaline S. Garrett
386 Garrett Drive
Alpine, AL 35014

**Clm No 68186**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Roy Garrett**
C/o Charles Ray Garrett
131 Liverpool Drive
Madison, AL 35758

**Clm No 68187**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2730 of 3334

---

**Willie Garrett**
903 1/2 8Th Ave. North
Birmingham, AL 35203

**Clm No 68188**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gordon Garrett**
6427 Highway 22
Montevallo, AL 35115

**Clm No 68189**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**J.L. Garrett**
5906 Southlea
Houston, TX 77033

**Clm No 68190**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 1:29:05 PM

**Claims Details**

2731 of 3334

---

**James Garrett**
4850 Glovers Ferry Rd.
Alpine, AL 35014

**Clm No 68191**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**J.T. Garrett**
201 Jackson Street
Talladega, AL 35160

**Clm No 68192**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Otis Garrett**
16546 Edgefield
Conroe, TX 77302

**Clm No 68193**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

## *Claims Details*                                                                    2732 of 3334

---

**ISAAC GARRETT**                        **Clm No 68194**    Filed In Cases: 140
1345 Shady Lane
Childersburg, AL 35044                    Class            Claim Detail Amount        Final Allowed Amount

                                         UNS                     $1.00
                                                                 $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**James Garrison**                       **Clm No 68195**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                       Class            Claim Detail Amount        Final Allowed Amount
Houston, TX 77017
                                         UNS                     $1.00
                                                                 $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Jerry Garrison**                       **Clm No 68196**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                       Class            Claim Detail Amount        Final Allowed Amount
Houston, TX 77017
                                         UNS                     $1.00
                                                                 $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## Claims Details

2733 of 3334

---

**James Garrison**
C/o Gloria  B. Garrison
909 Jason Circle
Mt. Olive, AL 35117

**Clm No 68197**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Edwin Garrison**
6473 Crosan Dr
Bessemer, AL 35023-5501

**Clm No 68198**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LEON GARROR**
5428 Colonial Oaks Dr. N
Mobile, AL 36618

**Clm No 68199**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2734 of 3334

---

**Bobby Garst**
414 Avon Circle
Mount Olive, AL 35117

**Clm No 68200**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Paul Garst**
1112 Fieldstown
Gardendale, AL 35071-3601

**Clm No 68201**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARVIN GARTMAN**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68202**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                              2735 of 3334

---

**RAYMOND GARTMAN**                    **Clm No 68203**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                     Class            Claim Detail Amount    Final Allowed Amount
Houston, TX 77017
                                      UNS                    $1.00
                                                             $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Donald Gartman**                     **Clm No 68204**    Filed In Cases: 140
C/o Ann Gartman
8020 South Street                     Class            Claim Detail Amount    Final Allowed Amount
Citronelle, AL 36522
                                      UNS                    $1.00
                                                             $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**W. Gary**                            **Clm No 68205**    Filed In Cases: 140
P.O. Box 125
Vega, TX 79092                        Class            Claim Detail Amount    Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                        2736 of 3334

| David Gary | **Clm No 68206** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o David Mcconnico | Class | Claim Detail Amount | Final Allowed Amount |
| 1717 Avenue U, Ensley | | | |
| Birmingham, AL 35218 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Cesar Garza | **Clm No 68207** | Filed In Cases: 140 | |
|---|---|---|---|
| PO Box 1283 | Class | Claim Detail Amount | Final Allowed Amount |
| Angleton, TX 77516 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Ruben Garza | **Clm No 68208** | Filed In Cases: 140 | |
|---|---|---|---|
| P. O. Box 1391 | Class | Claim Detail Amount | Final Allowed Amount |
| Freer, TX 78357 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2737 of 3334

---

**Moises Garza**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68209**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jesus Garza**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68210**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Phillip Garza**
c/o Mrs. Dolores J. Garza
8803 Glen Shadow Drive
Houston, TX 77088

**Clm No 68211**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2738 of 3334

---

**Guillermo Garza**
c/o Emelia Garza
1116 S. 49th Street.
Temple, TX 76504

**Clm No 68212**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CARLOS GARZA**
3117 Elderberry
Corpus Christi, TX 78415

**Clm No 68213**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JUAN GARZA**
2757 Camargo
Corpus Christi, TX 78415

**Clm No 68214**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2739 of 3334

---

**Emilio Garza**
218 West Main
Robstown, TX 78380

**Clm No 68215**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Casimiro Garza**
2169 Lee Lane
Ingleside, TX 78312

**Clm No 68216**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Howard Gaston**
C/o Brenda Denise Smith
1113 Bay Ave
Mobile, AL 36605

**Clm No 68217**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2740 of 3334

---

**JOHN GATES**
c/o Velda R. Gates
225 Bear Creek Drive
Farmerville, LA 71241

**Clm No 68218**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Hilliard Gates**
c/o Billye L. Turner
2302 W. Reata Drive
Deer Park, TX 77536

**Clm No 68219**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Elvin Gates**
9620 Jeremy Dr
Semmes, AL 36575

**Clm No 68220**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2741 of 3334

---

**Jesse Gates**
4505 Jewel
Houston, TX 77026

**Clm No 68221**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**BOBBY GATES**
3586 Charles St
Dolomite, AL 35061

**Clm No 68222**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Ralph Gault**
Post Office Box 416
Reform, AL 35481

**Clm No 68223**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2742 of 3334

| | Clm No 68224 | Filed In Cases: 140 | |
|---|---|---|---|
| **Silby Gault** | | | |
| Post Office Box 416 | Class | Claim Detail Amount | Final Allowed Amount |
| Reform, AL 35481 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| | Clm No 68225 | Filed In Cases: 140 | |
|---|---|---|---|
| **Alexander Gavin** | | | |
| c/o Williams Kherkher | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | |
| Houston, TX 77017 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| | Clm No 68226 | Filed In Cases: 140 | |
|---|---|---|---|
| **James Gavin** | | | |
| c/o James Gavin, Jr | Class | Claim Detail Amount | Final Allowed Amount |
| 1241 Grande VW | | | |
| Loganville, GA 30052 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/20/2018 1:29:05 PM

*Claims Details*    2743 of 3334

---

**Fred Gawlak**
c/o Susan Smith
13910 Williston Way
Naples, FL 34109

**Clm No 68227**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Vernon Gay**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68228**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Gay**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68229**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                                      2744 of 3334

---

**Elbert Gay**                          **Clm No 68230**    Filed In Cases: 140
C/o Cynthia Winn
1215 10th Street                        Class          Claim Detail Amount      Final Allowed Amount
Northport, AL 35476
                                        UNS                    $1.00
                                                               $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**David Gay**                           **Clm No 68231**    Filed In Cases: 140
480 County Rd 792
Cullman, AL 35055-8170                  Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Leonard Gay**                         **Clm No 68232**    Filed In Cases: 140
215 Shelter Cove Rd. Lot K13
Pell City, AL 35128-7508                Class          Claim Detail Amount      Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2745 of 3334

---

**JAMES GAY**
11 Hunt Road
Jasper, AL 35501

**Clm No 68233**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Gear**
c/o Mr. William M. Gear
2235 Pine Meadow Ave.
West Melbourne, FL 32904

**Clm No 68234**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Elise Gee**
2608 October Drive
Adamsville, AL 35005-2318

**Clm No 68235**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 1:29:05 PM

*Claims Details*

2746 of 3334

---

**Timothy Geeslin**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68236**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Virginia Gehret**
c/o Lawrence R. Gehret, Jr.
3901 Peru
Pasadena, TX 77504

**Clm No 68237**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Harvey Geiger**
C/o Brenda Patrick
6970 Longview Road
Mobile, AL 36618

**Clm No 68238**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 1:29:05 PM

*Claims Details*

2747 of 3334

---

| James Genry | **Clm No 68239** | Filed In Cases: 140 | |
| C/o Helen Genry | | | |
| 807 15th Avenue S.w. | Class | Claim Detail Amount | Final Allowed Amount |
| Alabaster, AL 35007 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| NORMAN GENTLE | **Clm No 68240** | Filed In Cases: 140 | |
| 4202 Westwood Drive | | | |
| Mt. Vernon, IL 62864 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| William Gentry | **Clm No 68241** | Filed In Cases: 140 | |
| c/o Williams Kherkher | | | |
| 8441 Gulf Fwy #600 | Class | Claim Detail Amount | Final Allowed Amount |
| Houston, TX 77017 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2748 of 3334

---

**William Gentry**
c/o Joanna Carpenter
341Stewart Road
Birmingham, AL 35224

**Clm No 68242**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas Gentry**
2404 Dewberry
Pasadena, TX 77502

**Clm No 68243**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Peter Georgantas**
c/o Louise Georgantas
17016 Disk Drive
Spring Hill, FL 34610

**Clm No 68244**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2749 of 3334

---

**Major George**
C/o Scherlynne G.Wright
9511 Teche Way Drive
Shreveport, LA 71118

**Clm No 68245**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Henry George**
c/o Faye George
531 Sadler Avenue
Bessemer, AL 35020

**Clm No 68246**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Johnnie George**
c/o Carlotta George
16170 Westpark Dr. #273
Houston, TX 77082

**Clm No 68247**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### Claims Details

2750 of 3334

| | | | |
|---|---|---|---|
| **Robert George** | **Clm No 68248** | Filed In Cases: 140 | |
| 612 Lewis Avenue | Class | Claim Detail Amount | Final Allowed Amount |
| Bessemer, AL 35020 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| | | | |
|---|---|---|---|
| **A. George** | **Clm No 68249** | Filed In Cases: 140 | |
| 5917 Avenue T. | Class | Claim Detail Amount | Final Allowed Amount |
| Galveston, TX 77551 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| | | | |
|---|---|---|---|
| **ODELL GEORGE** | **Clm No 68250** | Filed In Cases: 140 | |
| 5822 Schevers | Class | Claim Detail Amount | Final Allowed Amount |
| Houston, TX 77033 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## Claims Details

2751 of 3334

---

**A. George**
555 Globe St.
Houston, TX 77034

**Clm No 68251**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**A. George**
2693 Tierra Grande
Corpus Christi, TX 78415

**Clm No 68252**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Tom George**
2654 Carter Avenue
Mobile, AL 36617

**Clm No 68253**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2752 of 3334

---

**Avalos George**
2104 Charlotte Dr
Baytown, TX 77520

**Clm No 68254**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**R. George**
2012 Victoria Road
Mundelein, IL 60060

**Clm No 68255**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Edward George**
180 Waterworks Rd
Texarkana, TX 75501

**Clm No 68256**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2753 of 3334

---

**Edward German**
2212 Herman Avenue
Tuscaloosa, AL 35401

**Clm No 68257**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Harrison Germany**
3605 Lehall
Houston, TX 77021

**Clm No 68258**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**L.T. Germany**
13 Bankhead Hwy West
Birmingham, AL 35204

**Clm No 68259**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                              2754 of 3334

---

**Donald Gholston**
C/o Ruby Collins Gholston
1329 23rd Ave North
Birmingham, AL 35204

**Clm No 68260**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed      | 9-Dec-2016 |
|-----------------|------------|
| Bar Date        |            |
| Claim Face Value | $1.00     |

---

**Willie Gholston**
1033 Timberline Trail
Birmingham, AL 35215

**Clm No 68261**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed      | 9-Dec-2016 |
|-----------------|------------|
| Bar Date        |            |
| Claim Face Value | $1.00     |

---

**Cecil Ghormley**
2416 S. Venice Dr.
Pearland, TX 77581

**Clm No 68262**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed      | 9-Dec-2016 |
|-----------------|------------|
| Bar Date        |            |
| Claim Face Value | $1.00     |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                                   2755 of 3334

---

**Edward Gibbs**                          **Clm No 68263**    Filed In Cases: 140
C/o Theodore Gibbs, Jr.
808 Old Trail Road                        Class          Claim Detail Amount      Final Allowed Amount
Birmingham, AL 35215
                                          UNS                 $1.00

                                                              $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**CLEVELAND GIBBS**                       **Clm No 68264**    Filed In Cases: 140
c/o Linda J. Gaines Reese
P.O. Box 1062                             Class          Claim Detail Amount      Final Allowed Amount
Jonesboro, GA 30237
                                          UNS                 $1.00

                                                              $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**ROBERT GIBBS**                          **Clm No 68265**    Filed In Cases: 140
73985 U.S. Hwy. 231
Blountsville, AL 35031                    Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                 $1.00

                                                              $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

---

*Claims Details*                                                             2756 of 3334

---

**Woodrow Gibbs**                    **Clm No 68266**    Filed In Cases: 140
5333 North Medford Drive
Mobile, AL 36693                      Class          Claim Detail Amount    Final Allowed Amount

                                     UNS                      $1.00
                                                             $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Lloyd Gibbs**                      **Clm No 68267**    Filed In Cases: 140
4811 Whiterock St.
Houston, TX 77033                    Class          Claim Detail Amount    Final Allowed Amount

                                     UNS                      $1.00
                                                             $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**GEORGE GIBSON**                    **Clm No 68268**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                   Class          Claim Detail Amount    Final Allowed Amount
Houston, TX 77017
                                     UNS                      $1.00
                                                             $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2757 of 3334

---

**Roy Gibson**
c/o Lola Lou Gibson
6237 Jay Bird Road
Cottondale, AL 35453

**Clm No 68269**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard Gibson**
c/o Linda Browning
8426 Eastern Hill Dr.
Cottondale, AL 35453

**Clm No 68270**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Gibson**
c/o Johnnie R. Gibson
6220 Lampwood Court
Mobile, AL 36693-3404

**Clm No 68271**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2758 of 3334

---

**Howard Gibson**
6507 Cobalt
Houston, TX 77016

**Clm No 68272**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**George Gibson**
2725 N. Pennsylvania Ave. A PT 121
Roswell, NM 88201

**Clm No 68273**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Marvin Gibson**
18607 Pickering Rd.
Conroe, TX 77302

**Clm No 68274**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### Claims Details

2759 of 3334

---

**James Gibson**
15274 CR 3147
Tyler, TX 75706

**Clm No 68275**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joe Giddens**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68276**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alfred Giddens**
C/o Alfred Giddens, Jr.
4841 Rondelay Forest Way
Lithonia, GA 30038

**Clm No 68277**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2760 of 3334

---

**JAMES GIDDENS**
619 Ashwood Lane
Trussville, AL 35173

**Clm No 68278**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Gifford**
c/o Mrs. Judy Gifford
24200 Cherry Hill Drive
Hockley, TX 77447

**Clm No 68279**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Gilbert**
C/o Willie Mae Gilbert
5920 Woodward Avenue
Birmingham, AL 35228

**Clm No 68280**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 1:29:05 PM

*Claims Details*

2761 of 3334

---

**Johnny Gilbert**
c/o Pattie E. Hicks
64 Hicks Dr.
Cordova, AL 35550

**Clm No 68281**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rex Gilbert**
c/o Ms. Susan Gilbert
PO Box 1374
Texas City, TX 77592

**Clm No 68282**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**THOMAS GILBERT**
c/o Mrs. Mildred Gilbert
9912 Bryant Ave
Birmingham, AL 35217

**Clm No 68283**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2762 of 3334

---

**Austin Gilbert**
c/o Mrs. Lorraine Gilbert
5614 Bellfort
Houston, TX 77033

**Clm No 68284**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joe Gilbert**
C/o Joe Gilbert, Jr.
3618 Fernwood Lane
Bessemer, AL 35020

**Clm No 68285**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Gilbert**
5549 Lake's Edge Drive
Birmingham, AL 35242-7319

**Clm No 68286**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2763 of 3334

| | | | |
|---|---|---|---|
| **James Gilbert** | **Clm No 68287** | Filed In Cases: 140 | |
| 536 Church Road | Class | Claim Detail Amount | Final Allowed Amount |
| Cordova, AL 35550 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| | | | |
|---|---|---|---|
| **Cecil Gilbert** | **Clm No 68288** | Filed In Cases: 140 | |
| 4206 Shinnecock Circle | Class | Claim Detail Amount | Final Allowed Amount |
| Bent Brook, AL 35022-6728 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| | | | |
|---|---|---|---|
| **Dempsey Gilchrist** | **Clm No 68289** | Filed In Cases: 140 | |
| C/o Kay Cason, Gen. Adm. | Class | Claim Detail Amount | Final Allowed Amount |
| 505 North 20th Stree, Suite 1650 | UNS | $1.00 | |
| Birmingham, AL 35203 | | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

---

*Claims Details*                                                                    2764 of 3334

---

**Mcadoo Gildersleeve**  
2805 Harper Ave  
Mobile, AL 36617

**Clm No 68290**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Clenzo Gildersleeve**  
1200 Jessie Street  
Mobile, AL 36617

**Clm No 68291**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Walter Giles**  
c/o Williams Kherkher  
8441 Gulf Fwy #600  
Houston, TX 77017

**Clm No 68292**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**  
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**  
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2765 of 3334

---

**Lee Giles**
c/o Regina Randall
607 Duroux Rd.
La Marque, TX 77568

**Clm No 68293**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Luther Giles**
c/o Betty N. Giles
25710 US Hwy. 31
Jemison, AL 35085

**Clm No 68294**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Asberry Giles**
c/o Asberry Giles, Jr.
1505 Canterbury Road
Tuscaloosa, AL 35405

**Clm No 68295**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                                          2766 of 3334

---

**T.J. Giles**                          **Clm No 68296**    Filed In Cases: 140
2680 22nd Street
Tuscaloosa, AL 35401                    Class              Claim Detail Amount        Final Allowed Amount

                                        UNS                         $1.00
                                                                    $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**NORMAN GILL**                         **Clm No 68297**    Filed In Cases: 140
c/o Norman T. Gill
1528 Redfish Point Road                 Class              Claim Detail Amount        Final Allowed Amount
Gulf Breeze, FL 32561
                                        UNS                         $1.00
                                                                    $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**DOYLE GILL**                          **Clm No 68298**    Filed In Cases: 140
c/o Mr. John Gill
PO Box 4119                             Class              Claim Detail Amount        Final Allowed Amount
St. Paul, MN 55101
                                        UNS                         $1.00
                                                                    $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2767 of 3334

---

**Henry Gill**
43 Freeman Gill Rd
Wetumpka, AL 36092

**Clm No 68299**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Gill**
171 Hilliard Lane
Wetumpka, AL 36092

**Clm No 68300**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Garry Gill**
1059 Crest Road
Leeds, AL 35094

**Clm No 68301**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2768 of 3334

---

**Richard Gillam**
C/o  Michael G. Trucks, Attorney
4505 Gary Avenue
Fairfield, AL 35064

**Clm No 68302**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**JACK GILLESPIE**
1709 Burning Tree Drive
Pelham, AL 35124

**Clm No 68303**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Emma Gilliam**
4535 Bostis Road
Gordo, AL 35466

**Clm No 68304**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*                                                                                                           2769 of 3334

---

**Joann Gilliam**
212 5Th Street Se
Aliceville, AL 35442

**Clm No 68305**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Gilliam**
1455 Foster Road
Kennedy, AL 35574

**Clm No 68306**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Gilliam**
13746 J C Road
Berry, AL 35546

**Clm No 68307**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                                    2770 of 3334

---

**MALCOLM GILLIES**                    **Clm No 68308**    Filed In Cases: 140
1230  27th Ave
Bessemer, AL 35023                     Class            Claim Detail Amount        Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Jerry Gilliland**                    **Clm No 68309**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                     Class            Claim Detail Amount        Final Allowed Amount
Houston, TX 77017
                                       UNS                    $1.00
                                                              $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Frederick Gilliland**                **Clm No 68310**    Filed In Cases: 140
15185 Jackson Trace Road
Coker, AL 35452                        Class            Claim Detail Amount        Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2771 of 3334

---

**Thomas Gilliland**
1022 Glades Lane
Pensacola, FL 32507

**Clm No 68311**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**M. Gilmer**
8422 Pine Thistle
Spring, TX 77379

**Clm No 68312**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**James Gilmore**
C/o Melva Jones
200 Cardinal Road
Greensboro, AL 36744

**Clm No 68313**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2772 of 3334

---

**Willie Gilmore**
C/o Della R. Gilmore
4286 Raintree Road East
Eight Mile, AL 36613

**Clm No 68314**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Malvin Gilmore**
3460 Lot#1 Shannon Lane
Semmes, AL 36575-5384

**Clm No 68315**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHN GILMORE**
2122 26th Avenue
Hueytown, AL 35023

**Clm No 68316**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                                          2773 of 3334

---

**WILLIE GIPSON**                          **Clm No 68317**    Filed In Cases: 140

Margie Campbell, c/o Albert D. Lipscomb      Class          Claim Detail Amount      Final Allowed Amount
210 North 18th St.
Bessemer, AL 35020                          UNS                 $1.00

                                                                $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Peter Giuffria**                          **Clm No 68318**    Filed In Cases: 140

3052 Fox Trail                              Class          Claim Detail Amount      Final Allowed Amount
Fultondale, AL 35068
                                            UNS                 $1.00

                                                                $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Jimmy Givens**                            **Clm No 68319**    Filed In Cases: 140

c/o Williams Kherkher                       Class          Claim Detail Amount      Final Allowed Amount
8441 Gulf Fwy #600
Houston, TX 77017                           UNS                 $1.00

                                                                $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2774 of 3334

---

**Martha Givens**
c/o Herbert Givens
6856 Moore Drive
Mccalla, AL 35111

**Clm No 68320**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Herbert Givens**
6856 Moore Drive
Mccalla, AL 35111

**Clm No 68321**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**SENECA GIVENS**
4109 Eleanor Street
Northport, AL 35473

**Clm No 68322**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2775 of 3334

---

**CLYDE GLADDEN**
P. O. Box 264
Fosters, AL 35463

**Clm No 68323**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Garfield Gladney**
C/o Sarah L. Gladney
17574 George Hardin Rd.
Buhl, AL 35446

**Clm No 68324**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Glasco**
1220 Elm Street S.w.
Birmingham, AL 35211

**Clm No 68325**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2776 of 3334

---

**SPENCER GLASGOW**                       **Clm No 68326**    Filed In Cases: 140
99 Ted Ct.
Lincoln, AL 35096

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Lee Glass**                             **Clm No 68327**    Filed In Cases: 140
c/o Judy Glass
83 S. Warbler Bend Cir.
Spring, TX 77382

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Barbe Glass**                           **Clm No 68328**    Filed In Cases: 140
7198 Glass Drive
Bessemer, AL 35023

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2777 of 3334

---

**Jesse Glass**
11810 Plum Meadow
Houston, TX 77039

**Clm No 68329**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOE GLASSCOX**
2460 Pine Mountain Road
Remlap, AL 35133

**Clm No 68330**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROY GLASSMAN**
5012 Southridge Drive
Shawnee Mission, KS 66205

**Clm No 68331**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                             2778 of 3334

---

**C.J. Glaze**                        **Clm No 68332**    Filed In Cases: 140
C/o Jerry Glaze
P.o. Box 567                          Class          Claim Detail Amount      Final Allowed Amount
Minneola, FL 34755
                                      UNS                 $1.00
                                                          $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**JOHN GLAZE**                        **Clm No 68333**    Filed In Cases: 140
308 O'Barr Road
Leeds, AL 35094                       Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                 $1.00
                                                          $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Josie Glenn**                       **Clm No 68334**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                    Class          Claim Detail Amount      Final Allowed Amount
Houston, TX 77017
                                      UNS                 $1.00
                                                          $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2779 of 3334

| | | |
|---|---|---|
| **Scarborough Glenn** | **Clm No 68335** | Filed In Cases: 140 |
| 890 Westwood Rd. | Class | Claim Detail Amount | Final Allowed Amount |
| Mt. Olive, AL 35117 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

| | | |
|---|---|---|
| **Tommy Glenn** | **Clm No 68336** | Filed In Cases: 140 |
| 1772 King James Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Alabaster, AL 35007 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

| | | |
|---|---|---|
| **Kenneth Glisson** | **Clm No 68337** | Filed In Cases: 140 |
| c/o Mary Glisson | Class | Claim Detail Amount | Final Allowed Amount |
| 5324 Holley Lane | UNS | $1.00 | |
| Orange Beach, AL 36561-3412 | | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2780 of 3334

---

**Mary Glisson**
5324 Holly Lane
Orange Beach, AL 36561

**Clm No 68338**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Billie Glockengieser**
1709 Capri Ln.
Seabrook, TX 77586

**Clm No 68339**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Chatom Gloria**
Post Office Box 8005
Mobil, AL 36689

**Clm No 68340**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 1:29:05 PM

*Claims Details*

2781 of 3334

---

**Ashley Gloria**
P O Box 713
West Columbia, TX 77486

**Clm No 68341**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**G. Gloria**
3202 Fidelity St.
Houston, TX 77029

**Clm No 68342**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Daniel Glover**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68343**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## Claims Details

2782 of 3334

---

**James Glover**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68344**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Glover**
c/o William Blacketor
35 Nichols Road
Nauvoo, AL 35578

**Clm No 68345**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Glover**
c/o Mrs. Ozella Glover
P.O. Box 99
Dolomite, AL 35061

**Clm No 68346**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2783 of 3334

---

**William Glover**
C/o Larry R. Glover
1708 Williamsburg Lane
Tuscaloosa, AL 35406

**Clm No 68347**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Glover**
4801 Oneida Avenue
Northport, AL 35476

**Clm No 68348**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GEORGE GLOVER**
1924 Center St
Birmingham, AL 35205

**Clm No 68349**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                              2784 of 3334

---

**Charles Glover**                    **Clm No 68350**    Filed In Cases: 140
14560 Glover Road
Fosters, AL 35463                     Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Delmer Goben**                      **Clm No 68351**    Filed In Cases: 140
c/o Margaret Goben
1406 West Howard                     Class          Claim Detail Amount      Final Allowed Amount
Carlsbad, NM 88820
                                     UNS                    $1.00
                                                            $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Carol Godbee**                      **Clm No 68352**    Filed In Cases: 140
P.o. Box 521
Semmes, AL 36575                     Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2785 of 3334

---

**Thedford Godbee**
C/o Carol Allene Godbee
P.o. Box 521
Sims, AL 36575

**Clm No 68353**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard Godfrey**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68354**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Godfrey**
C/o Joretta Walker
1960 Castleberry Way
Birmingham, AL 35214

**Clm No 68355**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2786 of 3334

---

**Iverson Godfrey**
4536 Ventura Way
Union City, CA 94587

**Clm No 68356**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dorothy Godfrey**
3001 42nd Ave. North
Birmingham, AL 35207

**Clm No 68357**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sue Godfrey**
175 9Th Street Ne
Vernon, AL 35592

**Clm No 68358**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### Claims Details

2787 of 3334

---

**Davis Godsey**
516 Melanie Lane
Gardendale, AL 35071

**Clm No 68359**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Godwin**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68360**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Virgil Godwin**
C/o Alice Godwin
217 Woodward Drive
Hueytown, AL 35023

**Clm No 68361**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2788 of 3334

---

**Clarence Godwin**
2770 Wallace Lake Rd.
Milton, FL 32571

**Clm No 68362**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|-|-|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Goff**
6879 So. Oak Dr.
Navasota, TX 77868

**Clm No 68363**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|-|-|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES GOGGINS**
2585 Hwy. 17
Montevallo, AL 35115

**Clm No 68364**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|-|-|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                                2789 of 3334

| **Johnny Goines** | **Clm No 68365** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o  Ethel Goines | Class | Claim Detail Amount | Final Allowed Amount |
| P.o. Box 35 | | | |
| Malcolm, AL 36556 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Jack Going** | **Clm No 68366** | Filed In Cases: 140 | |
|---|---|---|---|
| 307 Midwood Dr. | Class | Claim Detail Amount | Final Allowed Amount |
| Plant City, FL 33567 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Morris Goins** | **Clm No 68367** | Filed In Cases: 140 | |
|---|---|---|---|
| Taylorwood Estates | Class | Claim Detail Amount | Final Allowed Amount |
| 1086 Taylorwood Circle | | | |
| Tuscaloosa, AL 35405 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2790 of 3334

---

**James Goins**
Post Office Box 163
Cottondale, AL 35453

**Clm No 68368**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Goins**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68369**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lessie Goins**
4335 Hillswood Lane
Tuscaloosa, AL 35404

**Clm No 68370**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2791 of 3334

---

**Joe Gold**
c/o Karen R. Gold
902 Garden Walk
La Porte, TX 77571

**Clm No 68371**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Golden**
C/o James E. Golden, Jr.
2724 Hamrick Drive
Birmingham, AL 35210

**Clm No 68372**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**George Golden**
c/o George A. Golden, Jr.
88 Deer Valley Lane
Pelham, AL 35124

**Clm No 68373**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2792 of 3334

---

**James Goldsby**
C/o Bessie Goldsby
516 Southern Pine Dr.
Marion, AL 36756

**Clm No 68374**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joe Goldsmith**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68375**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Herbert Golson**
204 Oak Circle
Bessemer, AL 35023

**Clm No 68376**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### Claims Details

2793 of 3334

---

**Humberto Gomez**
5018 Timothy
Texas City, TX 77591

**Clm No 68377**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Guadalupe Gomez**
1020 N King St
Alice , TX 78332

**Clm No 68378**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**PATRICIA GONZALES**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68379**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2794 of 3334

---

**PAUL GONZALES**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68380**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALFREDO GONZALES**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68381**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Frank Gonzales**
c/o Mrs. Leonor Torres Gonzales
7024 Laredo
Houston, TX 77020

**Clm No 68382**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*                                                                                  2795 of 3334

---

**RAMIRO GONZALES**                       **Clm No 68383**    Filed In Cases: 140
c/o Consuelo Gonzalez
2802 Allyson Ln.                          Class              Claim Detail Amount      Final Allowed Amount
Spring, TX 77373
                                          UNS                     $1.00
                                                                  $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Jose Gonzales**                         **Clm No 68384**    Filed In Cases: 140
601 N. Encinal
Mathis, TX 78368                          Class              Claim Detail Amount      Final Allowed Amount

                                          UNS                     $1.00
                                                                  $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Edward Gonzales**                       **Clm No 68385**    Filed In Cases: 140
5618 Robertson
Houston, TX 77009                         Class              Claim Detail Amount      Final Allowed Amount

                                          UNS                     $1.00
                                                                  $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2796 of 3334

---

**Guadalupe Gonzalez**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68386**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROBERTO GONZALEZ**
c/o Juliana E. Gonzalez
722 Mohawk
Corpus Christi, TX 78405

**Clm No 68387**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Manuel Gonzalez**
c/o Jesse Gonzalez
725 N. Johnson, Lot 27
Alice, TX 78332

**Clm No 68388**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2797 of 3334

---

**JORGE GONZALEZ**
5852 Clifton Drive
Corpus Christi, TX 78408

**Clm No 68389**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Juan Gonzalez**
239 W. Pearl
La Grange, TX 78945

**Clm No 68390**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lemuel Goode**
C/o Debra D. Goode
4639 Highway 55
Wilsonville, AL 35186

**Clm No 68391**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2798 of 3334

---

**Willie Gooden**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68392**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Gooden**
C/o Linda Ellis
1935 Short Blount Street
Greensboro, AL 36744

**Clm No 68393**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anderson Gooden**
C/o Anderson Gooden, Jr.
10592 County Road 33
Wedowee, AL 36278

**Clm No 68394**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### Claims Details

2799 of 3334

---

**Richard Gooden**
1422 36th Avenue North
Birmingham, AL 35207

**Clm No 68395**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BRIAN GOODEN**
1116 Avenue E
Birmingham, AL 35218

**Clm No 68396**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROBERT GOODLOE**
790 Robert Goodloe St.
Leighton, AL 35646

**Clm No 68397**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       Visit us on the Web at www.omnimgt.com       PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**       E-mail: claimsmanager@omnimgt.com       FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                3/20/2018 1:29:05 PM

*Claims Details*                                                                                  2800 of 3334

---

**Jessie Goodlow**                        **Clm No 68398**      Filed In Cases: 140
1320 W. 10th Street
Freeport, TX 77541                        Class              Claim Detail Amount      Final Allowed Amount

                                          UNS                     $1.00
                                                                  $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Garvin Goodman**                        **Clm No 68399**      Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                        Class              Claim Detail Amount      Final Allowed Amount
Houston, TX 77017
                                          UNS                     $1.00
                                                                  $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Kenneth Goodman**                       **Clm No 68400**      Filed In Cases: 140
c/o Susan Goodman
P.O. Box 186                              Class              Claim Detail Amount      Final Allowed Amount
Angleton, TX 77516-0186
                                          UNS                     $1.00
                                                                  $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                          3/20/2018 1:29:05 PM

*Claims Details*                                                                    2801 of 3334

---

**Philip Goodman**                    **Clm No 68401**    Filed In Cases: 140
c/o Stacey Lynn Williamson
610 Pond Circle                       Class          Claim Detail Amount      Final Allowed Amount
Pinehurst, TX 77362                   UNS                  $1.00
                                                           $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**William Goodman**                   **Clm No 68402**    Filed In Cases: 140
C/o Judy G. Kelly
11606 Arbor Oaks Road                 Class          Claim Detail Amount      Final Allowed Amount
Northport, AL 35475                   UNS                  $1.00
                                                           $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Fronia Goodman**                    **Clm No 68403**    Filed In Cases: 140
c/o Berbie Kelvin Goodman
6377 Cherokee Bend Pkway              Class          Claim Detail Amount      Final Allowed Amount
Moundville, AL 35474                  UNS                  $1.00
                                                           $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                                2802 of 3334

---

**Morris Goodman**          **Clm No 68404**    Filed In Cases: 140
4618 North Main
Baytown, TX 77521          | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Henry Goodman**          **Clm No 68405**    Filed In Cases: 140
3600 Blackberry Lane
Northport, AL 35476        | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Will Goodman**           **Clm No 68406**    Filed In Cases: 140
2917 Ford Place N.W.
Huntsville, AL 35810       | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 1:29:05 PM

*Claims Details*

2803 of 3334

---

**Joy Goodman**
13290 CR 4178
Lindale, TX 75771

**Clm No 68407**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Luther Goodrum**
c/o Richard Goodrum
P.O. Box 39
Highlands, TX 77562

**Clm No 68408**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Goodson**
C/o Willa Kay Goodson
P.O. Box 20704
Tuscaloosa, AL 35402

**Clm No 68409**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                     3/20/2018 1:29:05 PM

*Claims Details*                                                                2804 of 3334

---

**Donald Goodwin**                          **Clm No 68410**     Filed In Cases: 140
Post Office Box 862
Fultondale, AL 35068                         Class          Claim Detail Amount     Final Allowed Amount

                                             UNS                   $1.00
                                                                   $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Percy Goodwin**                            **Clm No 68411**     Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                           Class          Claim Detail Amount     Final Allowed Amount
Houston, TX 77017
                                             UNS                   $1.00
                                                                   $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Isaac Goodwin**                            **Clm No 68412**     Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                           Class          Claim Detail Amount     Final Allowed Amount
Houston, TX 77017
                                             UNS                   $1.00
                                                                   $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                              2805 of 3334

---

**Clyde Goodwin**                    **Clm No 68413**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                    Class            Claim Detail Amount        Final Allowed Amount
Houston, TX 77017                    UNS                        $1.00
                                                                $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Larry Goodwin**                    **Clm No 68414**    Filed In Cases: 140
580 Launch Dr.
Ashville, AL 35953-1130              Class            Claim Detail Amount        Final Allowed Amount
                                     UNS                        $1.00
                                                                $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Lester Goodwin**                   **Clm No 68415**    Filed In Cases: 140
517 Crane Street
Kimberly, AL 35091                   Class            Claim Detail Amount        Final Allowed Amount
                                     UNS                        $1.00
                                                                $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2806 of 3334

---

**CHARLES GOODWIN**
403 4th Street SE
Aliceville, AL 35442

**Clm No 68416**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Darrell Goodwin**
1965 Buttahatchee Dr.
Hamilton, AL 35570

**Clm No 68417**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Goolsby**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68418**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                                                2807 of 3334

| Jimmy Goolsby | **Clm No 68419** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o June R. Goolsby | Class | Claim Detail Amount | Final Allowed Amount |
| 5458 Rosemary Road | | | |
| Mt. Olive, AL 35117 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |


| Victor Goolsby | **Clm No 68420** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o Charlotte Coe | Class | Claim Detail Amount | Final Allowed Amount |
| 700 Cedarbrook Circle | | | |
| Birmingham, AL 35214 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |


| Paul Gordan | **Clm No 68421** | Filed In Cases: 140 | |
|---|---|---|---|
| 1514 Timber Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Helena, AL 35080 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                          2808 of 3334

---

**Charles Gordon**                    **Clm No 68422**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                    Class              Claim Detail Amount        Final Allowed Amount
Houston, TX 77017
                                     UNS                     $1.00
                                                             $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Frank Gordon**                      **Clm No 68423**    Filed In Cases: 140
c/o Sadie Boggs, Guardian
165 North Florida St.                 Class              Claim Detail Amount        Final Allowed Amount
Mobile, AL 36607
                                     UNS                     $1.00
                                                             $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Elmore Gordon**                     **Clm No 68424**    Filed In Cases: 140
c/o Clara Gordon Henderson
5713 E. Woodrow Street                Class              Claim Detail Amount        Final Allowed Amount
Texas City, TX 77591-4314
                                     UNS                     $1.00
                                                             $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2809 of 3334

---

**Johnnie Gordon**
7217 Cardinal Circle
Texas City, TX 77591

**Clm No 68425**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Nelson Gordon**
20402 New Kentucky Vlg
Hockley, TX 77447

**Clm No 68426**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lloyd Gore**
116 County Road #838
Clanton, AL 35046

**Clm No 68427**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2810 of 3334

---

**Tommy Gosa**
c/o Pearline Gosa
3604 Vogels Drive
Huntsville, AL 35810-2644

**Clm No 68428**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Howard Goss**
1855 Kent Circle
Leeds, AL 35094

**Clm No 68429**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Gossom**
c/o Mary Ann Gossom
1413 Red Rock Circle
Pleasant Grove, AL 35127

**Clm No 68430**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2811 of 3334

| **Tom Gossom** | **Clm No 68431** | Filed In Cases: 140 | |
|---|---|---|---|
| 3418 15th Ave North | | | |
| Birmingham, AL 35234 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **NORMAN GOVAN** | **Clm No 68432** | Filed In Cases: 140 | |
|---|---|---|---|
| 5964 Pfeil Rd. | | | |
| Schertz, TX 78154 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Odford Grace** | **Clm No 68433** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Williams Kherkher | | | |
| 8441 Gulf Fwy #600 | Class | Claim Detail Amount | Final Allowed Amount |
| Houston, TX 77017 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2812 of 3334

---

**SAMUEL GRACE**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68434**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Walter Grace**
c/o Eunice Grace
1740 Lincoln Avenue SW
Birmingham, AL 35211

**Clm No 68435**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Grace**
131 Bass Street
Livingston, TX 77351

**Clm No 68436**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2813 of 3334

---

**Harrison Grady**
C/o Vesper M. Grady
3221 31st Place North
Birmingham, AL 35207

**Clm No 68437**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**L. Grady**
23127 Naples Drive
Spring, TX 77373

**Clm No 68438**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Marion Graham**
c/o Michael Garner
1226 Cloudy Sky Dr.
Lewisville, TX 75067

**Clm No 68439**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                3/20/2018 1:29:05 PM

## *Claims Details*

2814 of 3334

---

**Kelley Graham**                          **Clm No 68440**    Filed In Cases: 140
4773 Lake Forest Ave.
San Diego, CA 92117                         | Class | Claim Detail Amount | Final Allowed Amount |
                                           |-------|--------------------|----------------------|
                                           | UNS   | $10,000.00         |                      |
                                           |       | $10,000.00         |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $10,000.00 |

---

**Lawrence Graham**                        **Clm No 68441**    Filed In Cases: 140
4737 Court S.
Birmingham, AL 35208                       | Class | Claim Detail Amount | Final Allowed Amount |
                                           |-------|--------------------|----------------------|
                                           | UNS   | $1.00              |                      |
                                           |       | $1.00              |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**JERRY GRAHAM**                           **Clm No 68442**    Filed In Cases: 140
3316 Crescent Drive
Hueytown, AL 35023                         | Class | Claim Detail Amount | Final Allowed Amount |
                                           |-------|--------------------|----------------------|
                                           | UNS   | $1.00              |                      |
                                           |       | $1.00              |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2815 of 3334

---

**ARTHUR GRAHAM**
132 Park Road
Pleasant Grove, AL 35127

**Clm No 68443**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Grammer**
P.O. Box 154
Montgomery, TX 77356

**Clm No 68444**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Stancel Grammer**
16046 Yellow Creek Road
Tuscaloosa, AL 35406

**Clm No 68445**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

---

*Claims Details*                                                              2816 of 3334

---

**George Grammer**                    **Clm No 68446**    Filed In Cases: 140
11006 Duncan Lane
Tuscaloosa, AL 35406                   Class          Claim Detail Amount       Final Allowed Amount

                                      UNS                  $1.00
                                                           $1.00

Date Filed           9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Charles Gratton**                   **Clm No 68447**    Filed In Cases: 140
C/o Helen Shores Lee, Attorney
P.O. Box 10622                        Class          Claim Detail Amount       Final Allowed Amount
Birmingham, AL 35202-1622
                                      UNS                  $1.00
                                                           $1.00

Date Filed           9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**James Graves**                      **Clm No 68448**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                    Class          Claim Detail Amount       Final Allowed Amount
Houston, TX 77017
                                      UNS                  $1.00
                                                           $1.00

Date Filed           9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2817 of 3334

---

**Jerald Graves**
c/o Sandra Dean Graves
15246 Hwy 139
Randolph, AL 36792

**Clm No 68449**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HOMER GRAVES**
504 E. Terrace Court
Woodstock, GA 30184

**Clm No 68450**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALFONSO GRAVES**
1414 Mt. Olive Drive
Moody, AL 35004

**Clm No 68451**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## *Claims Details*

2818 of 3334

**John Gravitt**
C/o Josephine Eve Gravitt
2525 Bowstring Drive
Birmingham, AL 35214

**Clm No 68452**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Henry Gray**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68453**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**DEVOTIE GRAY**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68454**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

**Hiram Gray**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68455**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Royce Gray**
C/o John David Gray
13924 Keenes Mill Road
Cottondale, AL 35453

**Clm No 68456**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Jake Gray**
C/o Frances L. Gray
909 Trilby Street
Birmingham, AL 35214

**Clm No 68457**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2820 of 3334

| | | | |
|---|---|---|---|

**Herbert Gray**
C/o Eula Jones Gray
920 Palmer Avenue
Brighton, AL 35020

**Clm No 68458**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**JAMES GRAY**
c/o Ellen Dianne Gray
1882 S. Forest St.
Denver, CO 80222

**Clm No 68459**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Elliott Gray**
C/o Danny Gray
16432 Ray Bass Road
Gordo, AL 35466

**Clm No 68460**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2821 of 3334

---

**HUEY GRAY**
c/o Connie Gray
1241 Blue Pond Road
West Blocton, AL 35184

**Clm No 68461**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jackson Gray**
C/o Brenda Pochran
839 Sherwood Forest Drive
Birmingham, AL 35235

**Clm No 68462**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alphonse Gray**
c/o Billy W. Samuels
900 Downtowner Blvd.
Mobile, AL 36609

**Clm No 68463**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/20/2018 1:29:05 PM

*Claims Details*    2822 of 3334

---

**Raythelon Gray**    **Clm No 68464**    Filed In Cases: 140
C/o Barbara  A. Gray
171 Meadowview Circle

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Munford, AL 36268

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Algie Gray**    **Clm No 68465**    Filed In Cases: 140
C/o Anthony Gray
641 24th Avenue West

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Birmingham, AL 35204

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ben Gray**    **Clm No 68466**    Filed In Cases: 140
C/o Alma Lamont Gray
521 Leisure Drive

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Warrior, AL 35180

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 1:29:05 PM

*Claims Details*

2823 of 3334

---

**Shirley Gray**
365 39th Street
Northport, AL 35473

**Clm No 68467**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Simmie Gray**
2681 Co Rd 28
Sawyerville, AL 36776

**Clm No 68468**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Wilbert Gray**
2329 17th Street Ensley
Birmingham, AL 35208

**Clm No 68469**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### Claims Details

2824 of 3334

---

**Herman Gray**
1520 Mccary Street S.W.
Birmingham, AL 35211

**Clm No 68470**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHNNIE GRAYS**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68471**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Acy Grayson**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68472**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2825 of 3334

---

**RICHARD GRAYSON**
c/o Mrs. Patricia Grayson
3439 Norwood Blvd.
Birmingham, AL 35234

**Clm No 68473**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Soloman Green**
P.O. Box 184
Bagdad, FL 32530

**Clm No 68474**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Peter Green**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68475**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2826 of 3334

---

**Darie Green**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68476**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Green**
C/o Rufus Green
3901 22 Nd Street N.E.
Holt, AL 35404

**Clm No 68477**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carl Green**
c/o Mr. David Harold Green
6330 Keene's Mill Road
Cottondale, AL 35453

**Clm No 68478**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*                                                                         2827 of 3334

---

**James Green**                          **Clm No 68479**    Filed In Cases: 140
c/o Hazel Nell Green
821 Woodward Road          | Class | Claim Detail Amount | Final Allowed Amount |
Birmingham, AL 35228       | UNS   | $1.00               |                      |
                                                          | $1.00               |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Robert Green**                         **Clm No 68480**    Filed In Cases: 140
C/o Eunice Irene Green
6166 Twin Oaks Drive       | Class | Claim Detail Amount | Final Allowed Amount |
Bessemer, AL 35022         | UNS   | $1.00               |                      |
                                                          | $1.00               |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**James Green**                          **Clm No 68481**    Filed In Cases: 140
c/o Doris A. Payne
2421 Hillshire Drive       | Class | Claim Detail Amount | Final Allowed Amount |
Deer Park, TX 77536        | UNS   | $1.00               |                      |
                                                          | $1.00               |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2828 of 3334

---

**Rabon Green**
c/o Celethia Ann Sisk
P.O. Box 801694
Houston, TX 77280-1694

**Clm No 68482**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Goldie Green**
c/o Carnetta Green
927 Woodward Road
Birmingham, AL 35228

**Clm No 68483**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE GREEN**
c/o Betty Neland Johnson
1303 Johnston Street
Baker, LA 70714-2943

**Clm No 68484**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2829 of 3334

---

**CLAUDIA GREEN**
7611 Lone Oak
West Point, MS 39773

**Clm No 68485**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE GREEN**
733 Sunhill Rd., Apt. M
Birmingham, AL 35215

**Clm No 68486**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew Green**
61 Coke Avenue
Tuscaloosa, AL 35404

**Clm No 68487**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2830 of 3334

---

**DONALD GREEN**
520 Simms Drive East
Saraland, AL 36571

**Clm No 68488**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Paul Green**
473 Camille Lane
Tuscaloosa, AL 35405

**Clm No 68489**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**George Green**
454 Hicks Street, 3A
Montevalla, AL 35115

**Clm No 68490**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2831 of 3334

---

**THOMAS GREEN**
401 Crowe Road
Lawley, AL 36793

**Clm No 68491**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-----------------|-------------|
| Date Filed      | 9-Dec-2016  |
| Bar Date        |             |
| Claim Face Value | $1.00      |

---

**DOUGLAS GREEN**
210 Knight Road
Jasper, AL 35504

**Clm No 68492**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-----------------|-------------|
| Date Filed      | 9-Dec-2016  |
| Bar Date        |             |
| Claim Face Value | $1.00      |

---

**Maurice Green**
18031 Bal Harbour
Nassau Bay, TX 77058

**Clm No 68493**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-----------------|-------------|
| Date Filed      | 9-Dec-2016  |
| Bar Date        |             |
| Claim Face Value | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2832 of 3334

---

**Roscoe Green**
1744 34th Street Ensley
Birmingham, AL 35208

**Clm No 68494**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Octavia Green**
1714 Zion Rd
Gordo, AL 35466

**Clm No 68495**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Green**
1714 Zion Rd
Gordo, AL 35466

**Clm No 68496**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2833 of 3334

---

**James Green**
158 Hwy 277
Helena, AL 35080

**Clm No 68497**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed      9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**James Green**
1109 Jacque Cir
Birmingham, AL 35235-2309

**Clm No 68498**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed      9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**LEMUEL GREEN**
1105 Hampton Drive
Morris, AL 35116

**Clm No 68499**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed      9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2834 of 3334

---

**Joe Green**
1105 Greystone Street
Northport, AL 35476

**Clm No 68500**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LEONARD GREEN**
1000 Stevens Entry, Apt. H113
Peachtree City, GA 30269

**Clm No 68501**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Phillip Green**
100 Greenleaf Lane
Greensboro, AL 36744

**Clm No 68502**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2835 of 3334

---

**Myrtle Greene**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68503**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Jehoshaphat Greene**
C/o Curtis A. Greene
1722 1st Court West
Birmingham, AL 35208

**Clm No 68504**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Charles Greene**
759 S. Cedar Street
Mobile, AL 36603

**Clm No 68505**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### Claims Details

2836 of 3334

---

**Kit Greene**
3425 N. 31st Street
Birmingham, AL 35207

**Clm No 68506**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lee Greene**
1600 Michigan ,Apt 304
Mobile, AL 36605

**Clm No 68507**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Henry Greene**
22645 Huggins Drive
Mccalla, AL 35111

**Clm No 68508**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 1:29:05 PM

---

*Claims Details*                                                                           2837 of 3334

---

**William Greenlee**                          **Clm No 68509**    Filed In Cases: 140
c/o Linda Weekley/Zera Greenlee
211 Oak Circle                                 Class              Claim Detail Amount      Final Allowed Amount
Bessemer, AL 35023
                                               UNS                    $1.00

                                                                       $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Johnnie Greer**                             **Clm No 68510**    Filed In Cases: 140
C/o William D. Greer
5638 Victoria Drive                            Class              Claim Detail Amount      Final Allowed Amount
Hueytown, AL 35023
                                               UNS                    $1.00

                                                                       $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**James Greer**                               **Clm No 68511**    Filed In Cases: 140
c/o Joan G. Hydrick
4915 Trussville Clay Rd.                       Class              Claim Detail Amount      Final Allowed Amount
Trussville, AL 35173
                                               UNS                    $1.00

                                                                       $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2838 of 3334

---

**Joyce Gregg**
Route 2 Box 65
Gordo, AL 35466

**Clm No 68512**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Gregg**
4960 Gregg Drive
Mccalla, AL 35111

**Clm No 68513**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rolf Gregory**
P.O. Box 153
Gordo, AL 35466

**Clm No 68514**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2839 of 3334

---

**John Gregory**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68515**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Gregory**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68516**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Malcolm Gregory**
c/o Mrs. Lillis Gregory
1103 County Road 2011
Nacogdoches, TX 75965

**Clm No 68517**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2840 of 3334

---

**A Gregory**
c/o Ella Jean Gregory
121 Bradford Avenue
Fulton, MS 38843

**Clm No 68518**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**C. Gregory**
6110 Larkmount
Spring, TX 77389

**Clm No 68519**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Elmer Griffies**
C/o Gerald Griffies
355 Beachwood Road
Wetumpka, AL 36092

**Clm No 68520**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2841 of 3334

---

**James Griffin**
P.O. Box 10201
Prichard, AL 36610

**Clm No 68521**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Griffin**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68522**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Griffin**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68523**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2842 of 3334

---

**Belton Griffin**
C/o Ronnie Griffin
22961 Highway 43 North
Berry, AL 35546

**Clm No 68524**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Geraldine Griffin**
c/o Joseph R. Griffin
P.O. Box 171
Gordo, AL 35466

**Clm No 68525**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Harding Griffin**
C/o Harding F. Griffin
1165 Riverview Road
Havana, FL 32333

**Clm No 68526**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                              3/20/2018 1:29:05 PM

*Claims Details*                                                                        2843 of 3334

---

**Dennis Griffin**                      **Clm No 68527**    Filed In Cases: 140
41303 Old Hempstead
Waller, TX 77484                         Class              Claim Detail Amount        Final Allowed Amount

                                        UNS                $1.00
                                                           $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**James Griffin**                       **Clm No 68528**    Filed In Cases: 140
1410 28th Street North
Bessemer, AL 35020                       Class              Claim Detail Amount        Final Allowed Amount

                                        UNS                $1.00
                                                           $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Paul Griffin**                        **Clm No 68529**    Filed In Cases: 140
1400 Mccary Street S.W.
Birmingham, AL 35211                     Class              Claim Detail Amount        Final Allowed Amount

                                        UNS                $1.00
                                                           $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2844 of 3334

| **Aurelia Griffin** | **Clm No 68530** | Filed In Cases: 140 | |
|---|---|---|---|
| 11066 Spottswood | Class | Claim Detail Amount | Final Allowed Amount |
| Houston, TX 77016 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Louis Griffis** | **Clm No 68531** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o Helen Griffis | Class | Claim Detail Amount | Final Allowed Amount |
| 5508 Rosser Way | UNS | $1.00 | |
| Bessemer, AL 35022 | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Clifford Griffith** | **Clm No 68532** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o William Griffith | Class | Claim Detail Amount | Final Allowed Amount |
| 301 Alexander Road | UNS | $1.00 | |
| Pell City, AL 35128-7628 | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 1:29:05 PM

*Claims Details*

2845 of 3334

---

**EMMA GRIFFITH**

c/o Lea Ann Del Angel
20614 Stonetrail Road
Richmond, TX 77407

**Clm No 68533**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FRANKLIN GRIFFITH**

8519 Old Highway 75
Pinson, AL 35216

**Clm No 68534**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**George Griffith**

5069 CR 420
Nacogdoches, TX 75961

**Clm No 68535**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## Claims Details

2846 of 3334

---

**Kenneth Griffith**
261 Huette Estes Road
Jasper, AL 35504

**Clm No 68536**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Guy Grigg**
c/o Mrs. Rebecca Grigg
173 County Road 214
Goldthwaite, TX 76844

**Clm No 68537**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Will Griggs**
C/o Willie G. Griggs
3844 35th Avenue North
Birmingham, AL 35217

**Clm No 68538**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2847 of 3334

---

**Willie Griggs**
C/o Fannie Mae Griggs
2325 Wayfarer Drive
Tarrant City, AL 35217

**Clm No 68539**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CLYDE GRIGGS**
10410 Post Oak Drive
Conroe, TX 77385

**Clm No 68540**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Albert Grillett**
c/o Ellen Grillett
281 Clayhill Rd.
Pollok, TX 75969

**Clm No 68541**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 1:29:05 PM

*Claims Details*                                                                              2848 of 3334

---

**Robert Grimes**                        **Clm No 68542**    Filed In Cases: 140
c/o Mary Grimes
4009 Goodwin Road                        Class          Claim Detail Amount        Final Allowed Amount
Bessemer, AL 35022
                                         UNS                 $1.00
                                                             $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Roland Grimes**                        **Clm No 68543**    Filed In Cases: 140
c/o Larry Grimes
401 Powers Road                          Class          Claim Detail Amount        Final Allowed Amount
Wilsonville, AL 35186
                                         UNS                 $1.00
                                                             $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**John Grimes**                          **Clm No 68544**    Filed In Cases: 140
C/o John Grimes, III
3609 Doby Ave S.W.                       Class          Claim Detail Amount        Final Allowed Amount
Birmingham, AL 35221
                                         UNS                 $1.00
                                                             $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### Claims Details

2849 of 3334

---

**James Grimes**
1405 Fairmont Road
Sylacauga, AL 35150

**Clm No 68545**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jepsey Grimes**
12726 4 1/2 Street
Santa Fe, TX 77510

**Clm No 68546**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LARRY GRIMMETT**
17157 U.S. Hwy. 11
Springville, AL 35146

**Clm No 68547**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                              2850 of 3334

---

**Donald Grines**                    **Clm No 68548**    Filed In Cases: 140
1217 Pilot Lane
Galveston, TX 77554

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Terrell Grissom**                    **Clm No 68549**    Filed In Cases: 140
P.O. Box 2744
Muscle Shoals, AL 35662-2744

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Clifford Groomes**                    **Clm No 68550**    Filed In Cases: 140
C/o Myrtle Groomes
435 Oakmont Street
Brighton, AL 35020

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/20/2018 1:29:05 PM

*Claims Details*    2851 of 3334

| Timothy Grooms | **Clm No 68551** | Filed In Cases: 140 | |
| c/o Williams Kherkher | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | |
| Houston, TX 77017 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| Erich Gross | **Clm No 68552** | Filed In Cases: 140 | |
| 726 Eglin Pky., Apt A12 | Class | Claim Detail Amount | Final Allowed Amount |
| Ft Walton Beach, FL 32548 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| Elmer Grove | **Clm No 68553** | Filed In Cases: 140 | |
| 2703 20th Ave N | Class | Claim Detail Amount | Final Allowed Amount |
| Texas City, TX 77590 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/20/2018 1:29:05 PM

*Claims Details*

2852 of 3334

---

**Pena Guadalupe**
7614 Van Ness St.
Houston, TX 77037

**Clm No 68554**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rocha Guadalupe**
426 Welch
Palacios, TX 77465

**Clm No 68555**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Gomez Guadalupe**
1020 N King St
Alice , TX 78332

**Clm No 68556**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2853 of 3334

---

**Molina Guadencio**
4801 Holmes Drive
Corpus Christi, TX 78411

**Clm No 68557**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Guajardo**
1425 W. Main Street
Port Lavaca, TX 77979

**Clm No 68558**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANTHONY GUARINO**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68559**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2854 of 3334

---

**WILLIAM GUERCI**
1355 Alonda Ln NE
Olympia, WA 98516

**Clm No 68560**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RENE GUERRA**
2202 Lakeview Dr.
Rockport, TX 78382

**Clm No 68561**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ramon Guerra**
1211 Guerra St.
Alice, TX 78332

**Clm No 68562**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2855 of 3334

---

**ENRIQUE GUERRERO**
c/o Roger Guerrero
P.O.Box 1603
Ingleside, TX 78362

**Clm No 68563**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Teofilo Guerrero**
883 West Avenue E.
Robstown, TX 78380

**Clm No 68564**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARTIN GUILLORY**
c/o Mrs. Mary Guillory
3420 Magnolia Ave
Texas City, TX 77590-4304

**Clm No 68565**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2856 of 3334

---

**MARGIE GUILLORY**
19283 Hwy. 105
Melville, LA 71353

**Clm No 68566**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Shelton Guillory**
14115 Longshadow Drive
Houston, TX 77015

**Clm No 68567**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Preston Guillory**
13501 Hooper Rd., Tr. 58
Houston, TX 77047-5048

**Clm No 68568**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                         2857 of 3334

---

**Bessie Guin**                          **Clm No 68569**    Filed In Cases: 140
1750 Lake Lowndes Road
Columbus, MS 39702              | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              9-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Ruby Guin**                            **Clm No 68570**    Filed In Cases: 140
15350 Guin Drive
Coker, AL 35452                | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              9-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**William Gulledge**                     **Clm No 68571**    Filed In Cases: 140
520 Canup Rd
Saultee Nachoocee, GA 30571    | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              9-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2858 of 3334

---

**Peter Gulley**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68572**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Booker Gulley**
C/o Adline Gulley
1354 Gulf Field Drive
Mobile, AL 36605

**Clm No 68573**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**MINNIE GUNN**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68574**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### *Claims Details*

2859 of 3334

---

**RICHARD GUNN**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68575**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Gunn**
5467 Winchester Hills Circle
Birmingham, AL 35215

**Clm No 68576**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Aldrich Gunn**
4504 9th Court North
Birmingham, AL 35212

**Clm No 68577**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### Claims Details

2860 of 3334

---

**Robert Gunst**
c/o  Marybeth Gunst- Hinklein
4442 Ring Neck Road
Orlando, FL 32808

**Clm No 68578**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ronnie Gurganus**
5531 Newfound Road
Mt Olive, AL 35117

**Clm No 68579**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DALE GURGANUS**
2648 Redmill Saragoosa Rd
Jasper, AL 35501

**Clm No 68580**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                                    2861 of 3334

---

**James Gurganus**                    **Clm No 68581**    Filed In Cases: 140
14745 Paul Howell Road
Northport, AL 35476                    Class          Claim Detail Amount        Final Allowed Amount

                                      UNS                      $1.00
                                                               $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**James Gurley**                      **Clm No 68582**    Filed In Cases: 140
C/o Terrill Sanders, Attorney
Kress Bldg., 301 19th Street N.       Class          Claim Detail Amount        Final Allowed Amount
Birmingham, AL 35203-3204
                                      UNS                      $1.00
                                                               $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**ROBERT GURLEY**                     **Clm No 68583**    Filed In Cases: 140
c/o Joyce Ann Keller, Administratrix of Estate
100 N. William St.                    Class          Claim Detail Amount        Final Allowed Amount
Goldsboro, NC 27530
                                      UNS                      $1.00
                                                               $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                              2862 of 3334

---

**Damon Guthrie**                    **Clm No 68584**    Filed In Cases: 140
2425 Augusta Dr. #54
Houston, TX 77057                     Class           Claim Detail Amount    Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Santiago Gutierrez**               **Clm No 68585**    Filed In Cases: 140
P.O. Box 7893
Pasadena, TX 77508                    Class           Claim Detail Amount    Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Joe Gutierrez**                    **Clm No 68586**    Filed In Cases: 140
c/o Domingo Marquez
14555 Wunderlich Dr., #2201          Class           Claim Detail Amount    Final Allowed Amount
Houston, TX 77069-2800
                                     UNS                    $1.00
                                                            $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2863 of 3334

---

**AUSTIN GUTIERREZ**
5020 Scenic Dr.
Dickinson, TX 77539

**Clm No 68587**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Horace Guy**
Gerald Phillip Guy
1180 Snow Rd
Semmes, AL 36575

**Clm No 68588**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Guy**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68589**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                        2864 of 3334

---

**Raymond Guy**                    **Clm No 68590**    Filed In Cases: 140
C/o Elsie Guy
15425 Guy Road                     Class            Claim Detail Amount    Final Allowed Amount
Northport, AL 35475
                                   UNS                   $1.00
                                                         $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Robert Guy**                     **Clm No 68591**    Filed In Cases: 140
1913 19th Street East
Tuscaloosa, AL 35404               Class            Claim Detail Amount    Final Allowed Amount

                                   UNS                   $1.00
                                                         $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**John Guynn**                     **Clm No 68592**    Filed In Cases: 140
c/o Gloria Jean Mounger
19915 Rio Villa Dr                 Class            Claim Detail Amount    Final Allowed Amount
Houston, TX 77049
                                   UNS                   $1.00
                                                         $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***                    3/20/2018 1:29:05 PM

---

*Claims Details*                                                                    2865 of 3334

---

**Joseph Guzzi**
2219 St. Charles Drive
Clearwater, FL 34624

**Clm No 68593**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gordon Gwin**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68594**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Gwin**
c/o Milton W. Gwin
122 Forest Pkwy.
Alabaster, AL 35007

**Clm No 68595**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

---

*Claims Details*                                                                      2866 of 3334

---

**Jerry Gwin**
615 Rock Springs Rd
Grayson, GA 30017

**Clm No 68596**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Earl Gwin**
1130 Delta Street
Bessemer, AL 35020

**Clm No 68597**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alex Haag**
c/o Karin Boland
28 Wilson St.
Struthers, OH 44471

**Clm No 68598**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                  E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                              2867 of 3334

---

**George Hacker**                    **Clm No 68599**    Filed In Cases: 140
2012 Victoria Road
Mundelein, IL 60060                   Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**DON HADDER**                       **Clm No 68600**    Filed In Cases: 140
c/o Mrs. Mary Hadder
828 Clover Drive
Birmingham, AL 35214                  Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Garland Hadley**                   **Clm No 68601**    Filed In Cases: 140
435 Private Road 6100
Woodville, TX 75979                   Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2868 of 3334

---

**Janice Haefke**
c/o Paul Patterson
15224 Glen Heather Dr.
Lakeway , TX 78734

**Clm No 68602**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Clyde Hafford**
394 Westover Circle
Westover, AL 35147

**Clm No 68603**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Hagan**
c/o Adren Gale Watson
3350 County Road 37
Muscadine, AL 36269

**Clm No 68604**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

***OldCo, LLC, successor by merger to Coltec Industries Inc***                    3/20/2018 1:29:05 PM

### Claims Details                                                          2869 of 3334

---

**Charles Hagen**                   **Clm No 68605**    Filed In Cases: 140
P.O. Box 428
Brazoria, TX 77422                  Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                    $1.00
                                                           $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**William Hager**                   **Clm No 68606**    Filed In Cases: 140
c/o Bonnie Sue Hager
3310 8th Street E                   Class          Claim Detail Amount      Final Allowed Amount
Tuscaloosa, AL 35404
                                    UNS                    $1.00
                                                           $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Charles Hager**                   **Clm No 68607**    Filed In Cases: 140
549 Martno Rd. #50
Bryan, TX 77808-6207                Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                    $1.00
                                                           $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2870 of 3334

---

**Jimmy Haggard**
1018 County Road 4001
New Boston, TX 75570

**Clm No 68608**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Hobert Haggerty**
c/o Carelean Haggerty Jones
4322 Hartsville Road
Houston, TX 77047

**Clm No 68609**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Isom Hagler**
P.O. Box 265
Sipsey, AL 35584

**Clm No 68610**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                                 2871 of 3334

| John Hagler | **Clm No 68611** | Filed In Cases: 140 | |
|---|---|---|---|
| P.O. Box 1284 | Class | Claim Detail Amount | Final Allowed Amount |
| Taylor, TX 76574 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

| **B.G. Hagler** | **Clm No 68612** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Williams Kherkher | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | UNS | $1.00 | |
| Houston, TX 77017 | | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

| **Lee Hagler** | **Clm No 68613** | Filed In Cases: 140 | |
|---|---|---|---|
| 201 S. Stillman St., Apt #210 | Class | Claim Detail Amount | Final Allowed Amount |
| Pensacola, FL 32505 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2872 of 3334

---

**Clayton Hahn**
5923 Ackard Ave.
Cocoa, FL 32927-9101

**Clm No 68614**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**George Hailey**
C/o Clara Hailey
#7 20th Court South
Birmingham, AL 35205

**Clm No 68615**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Henry Halbert**
c/o Viola F.Halbert
2429 McKrnzie Avenue Apt. C
Tuscaloosa, AL 35401

**Clm No 68616**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2873 of 3334

---

**Kenneth Hale**
P.O. Box 1704
Fulton, TX 78358

**Clm No 68617**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charlie Hale**
c/o Rosie Lee Hale
P.O. Box 885
Alabaster, AL 35007

**Clm No 68618**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**KENNETH HALE**
4248 Fernleaf Dr.
Fort Worth, TX 76137-1258

**Clm No 68619**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                              2874 of 3334

---

**Fred Hale**                          **Clm No 68620**   Filed In Cases: 140
238 Benson Rd
Gardendale, AL 35071                    Class          Claim Detail Amount    Final Allowed Amount

                                       UNS                   $1.00
                                                             $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Johnny Hale**                        **Clm No 68621**   Filed In Cases: 140
2284 Middle Road
Eclectic, AL 36024                     Class          Claim Detail Amount    Final Allowed Amount

                                       UNS                   $1.00
                                                             $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**DRUCILLA HALE**                      **Clm No 68622**   Filed In Cases: 140
2284 Middle Rd
Eclectic, AL 36024                     Class          Claim Detail Amount    Final Allowed Amount

                                       UNS                   $1.00
                                                             $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### Claims Details

2875 of 3334

---

**ROBERT HALES**
P.O. Box 406
Meridian, MS 39302

**Clm No 68623**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Woodrow Haley**
P.O. Box 373
Fentress, TX 78622-0373

**Clm No 68624**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carlos Haley**
c/o Gary L.. Haley
6833 Knights Wood Drive
Orlando, FL 32818

**Clm No 68625**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                                    2876 of 3334

---

**Richard Hall**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68626**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Hall**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68627**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Hall**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68628**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2877 of 3334

---

**Charlie Hall**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68629**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gerald Hall**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68630**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Hall**
C/o Ruthie M. Hall
1424 F L  Suttleworth Drive
Birmingham, AL 35234

**Clm No 68631**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2878 of 3334

---

**Ed Hall**
c/o Ruth Honeycutt
P.O. Box 824
Birmingham, AL 35201

**Clm No 68632**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Risa Hall**
C/o Rosie Blount
631 Garden Hill Drive
Tuscaloosa, AL 35405-8403

**Clm No 68633**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Fred Hall**
c/o Mary Hall
9279 Riohondo Drive
Creola, AL 36525

**Clm No 68634**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 1:29:05 PM

---

*Claims Details*

2879 of 3334

---

| Pete Hall | | **Clm No 68635** | Filed In Cases: 140 | |
|---|---|---|---|---|
| C/o Linda Hall Davidson | | Class | Claim Detail Amount | Final Allowed Amount |
| 11343 Sexton Bend Road | | | | |
| Tuscaloosa, AL 35406 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| Clarence Hall | | **Clm No 68636** | Filed In Cases: 140 | |
|---|---|---|---|---|
| c/o Janice H. Darden | | Class | Claim Detail Amount | Final Allowed Amount |
| 5005 Dove Creek Avenue | | | | |
| Northport, AL 35473 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| James Hall | | **Clm No 68637** | Filed In Cases: 140 | |
|---|---|---|---|---|
| C/o James T. Hall, Jr. | | Class | Claim Detail Amount | Final Allowed Amount |
| 9550 Highway 42 | | | | |
| Shelby, AL 35143 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2880 of 3334

---

**Leon Hall**
C/o Elizabeth W. Mcelroy
P.O. Box 12265
Birmingham, AL 35202

**Clm No 68638**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Peter Hall**
8412 Fountain Street
Houston, TX 77051

**Clm No 68639**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Samuel Hall**
719 55th Place East
Tuscaloosa, AL 35405

**Clm No 68640**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2881 of 3334

---

**James Hall**
6734 Hickory Trail
Pinson, AL 35126

**Clm No 68641**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Hall**
6022 South Bend Court
Douglasville, GA 30134

**Clm No 68642**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dorothy Hall**
5769 Washington Ferry Road
Montgomery, AL 36108

**Clm No 68643**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2882 of 3334

| **CHARLES HALL** | **Clm No 68644** | Filed In Cases: 140 | |
|---|---|---|---|
| 425 Carver Road | Class | Claim Detail Amount | Final Allowed Amount |
| Cordova, AL 35550 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

| **Gerald Hall** | **Clm No 68645** | Filed In Cases: 140 | |
|---|---|---|---|
| 403 W. Magnolia Street | Class | Claim Detail Amount | Final Allowed Amount |
| Bay Minette, AL 36507 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

| **MURIAL HALL** | **Clm No 68646** | Filed In Cases: 140 | |
|---|---|---|---|
| 3416 Ozark Street | Class | Claim Detail Amount | Final Allowed Amount |
| Baton Rouge, LA 70805 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2883 of 3334

| | | |
|---|---|---|
| **Leon Hall** | **Clm No 68647** | Filed In Cases: 140 |
| 3343 31 Way North | | |
| Birmingham, AL 35207 | | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| | | |
|---|---|---|
| **Duane Hall** | **Clm No 68648** | Filed In Cases: 140 |
| 330 Norton Avenue | | |
| Saraland, AL 36571 | | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| | | |
|---|---|---|
| **Fred Hall** | **Clm No 68649** | Filed In Cases: 140 |
| 2534 Long Iron Court | | |
| Longwood, FL 32779 | | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2884 of 3334

---

**Leslie Hall**
15800 Lee Avenue
Bay Minette, AL 36507

**Clm No 68650**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BETTIE HALL**
1526 French St
Montgomery, AL 36104

**Clm No 68651**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Flander Hall**
1237 Princeton Avenue
Birmingham, AL 35211

**Clm No 68652**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2885 of 3334

---

**Rufus Hall**
1100 53rd Ave East
Tuscaloosa, AL 35404

**Clm No 68653**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ladew Hall**
10557 Dee Hamner Spur
Northport, AL 35476

**Clm No 68654**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Shirley Hall**
10557 Dee Hamner Spur
Northport, AL 35476

**Clm No 68655**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2886 of 3334

---

**William Hallman**
6835 Oakview Lane
Cottondale, AL 35453

**Clm No 68656**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--------------------|------------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Samuel Hallman**
3608 38Th Avenue
Northport, AL 35476

**Clm No 68657**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--------------------|------------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jack Hamaker**
P.O. Box 244
Crosby, TX 77532

**Clm No 68658**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--------------------|------------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2887 of 3334

---

**David Hambley**
c/o Autry Jeanell Hambley
6259 Parker Cutoff Road
Dora, AL 35062

**Clm No 68659**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Hambright**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68660**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Earnest Hambright**
C/o Marjorie Hambright
42 Marigold Drive
Greensboro, AL 36744

**Clm No 68661**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### Claims Details

2888 of 3334

---

**Lawerence Hambright**
5109 Azalea Trail
Northport, AL 35473

**Clm No 68662**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lewis Hamby**
C/o Virginia Hamby
P.O. Box 630
Pinson, AL 35126

**Clm No 68663**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Henry Hamilton**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68664**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2889 of 3334

---

**Reasno Hamilton**
C/o Reginia H. Mingo
4163 Stonechat Court
Roswell, GA 30075

**Clm No 68665**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed         9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Dorothy Hamilton**
C/o Daniel Hugh Hamilton, Iii
206 W. Crest Estates Box D-10
Bessemer, AL 35023

**Clm No 68666**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed         9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Harry Hamilton**
C/o Catherine Anne Hamilton
45 Merrimont Road
Hueytown, AL 35023

**Clm No 68667**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed         9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                        2890 of 3334

---

**LADDIE HAMILTON**                    **Clm No 68668**    Filed In Cases: 140
80 Gravel Hill Rd.
Russellville, AL 35653                  Class        Claim Detail Amount    Final Allowed Amount

                                        UNS              $1.00
                                                         $1.00

Date Filed           9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Willie Hamilton**                    **Clm No 68669**    Filed In Cases: 140
480 W. Parker Rd. #74
Houston, TX 77091                       Class        Claim Detail Amount    Final Allowed Amount

                                        UNS              $1.00
                                                         $1.00

Date Filed           9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**FANNIE HAMILTON**                    **Clm No 68670**    Filed In Cases: 140
2855 Norwood Blvd.
Birmingham, AL 35234                    Class        Claim Detail Amount    Final Allowed Amount

                                        UNS              $1.00
                                                         $1.00

Date Filed           9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2891 of 3334

---

**James Hamler**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68671**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Roy Hamlett**
2633 Pratt Street
Birmingham, AL 35228

**Clm No 68672**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joseph Hamm**
P.O. Box  427
Santa Fe, TX 77517

**Clm No 68673**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2892 of 3334

---

**George Hamm**
C/o Josephine Ham
2017 Jefferson Ave., Apt 214
Birmingham, AL 35211

**Clm No 68674**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Hamm**
c/o Charlenne M. Hamm
3806 Coltwood Dr.
Spring, TX 77388

**Clm No 68675**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MILTON HAMMELL**
c/o Joseph E. Hammell
153 Branch Road
Greentown, PA 18426-9728

**Clm No 68676**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 1:29:05 PM

*Claims Details*

2893 of 3334

---

**Lawrence Hammett**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68677**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Hammett**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68678**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard Hammitt**
C/o Linda Hudson Harrison
5022 Highway 78
Cordova, AL 35550

**Clm No 68679**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                             2894 of 3334

---

**Sybil Hammond**                   **Clm No 68680**   Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                  Class          Claim Detail Amount      Final Allowed Amount
Houston, TX 77017
                                    UNS               $1.00
                                                      $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**William Hammond**                 **Clm No 68681**   Filed In Cases: 140
1722 Circle Dr. #A
Oxford, AL 36203                    Class          Claim Detail Amount      Final Allowed Amount

                                    UNS               $1.00
                                                      $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Raymond Hammond**                 **Clm No 68682**   Filed In Cases: 140
12938 Old Marion Road
Tuscaloosa, AL 35405               Class          Claim Detail Amount      Final Allowed Amount

                                    UNS               $1.00
                                                      $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2895 of 3334

---

**Pauline Hammonds**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68683**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Grover Hammonds**
C/o Pauline Walden Hammonds
8773 Lock 17 Road
Bessemer, AL 35023

**Clm No 68684**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Michael Hammonds**
126 River Ln
Alpine, AL 35014

**Clm No 68685**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### Claims Details

2896 of 3334

---

**Grover Hammonds**
111 Huey Lane
Hueytown, AL 35023

**Clm No 68686**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Hamner**
C/o William Ray Hamner
3205 Hunter Creek Road
Northport, AL 35476

**Clm No 68687**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Walton Hamner**
7175 Pineview Lane
Mccalla, AL 35111

**Clm No 68688**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2897 of 3334

---

**Bobby Hamner**
1313 Misty Lane
Tuscaloosa, AL 35405

**Clm No 68689**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Paulette Hamner**
1313 Misty Lane
Tuscaloosa, AL 35405

**Clm No 68690**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alton Hamner**
11412 Alton Drive
Northport, AL 35476

**Clm No 68691**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2898 of 3334

---

**HOLBERT HAMPTON**
505 Tupelo Way
Center Point, AL 35215

**Clm No 68692**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**TOMMY HAMPTON**
1409 Hamilton Drive
Starkville, MS 39759

**Clm No 68693**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Lorenzo Hampton**
13285 CR 46
Tyler, TX 75704

**Clm No 68694**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2899 of 3334

---

**WILLARD HAMRICK**
1031 Delta Street
Bessemer, AL 35020

**Clm No 68695**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Brent Hancock**
c/o Loydale Richardson
294 Abner Jackson Pwy # 220
Lake Jackson, TX 77566

**Clm No 68696**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Douglas Hancock**
20467 Arlo Drive
Mccalla, AL 35111

**Clm No 68697**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                              2900 of 3334

---

**Rueben Handley**                         **Clm No 68698**   Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                         Class          Claim Detail Amount        Final Allowed Amount
Houston, TX 77017
                                           UNS                  $1.00
                                                                $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Robert Handley**                         **Clm No 68699**   Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                         Class          Claim Detail Amount        Final Allowed Amount
Houston, TX 77017
                                           UNS                  $1.00
                                                                $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Henry Handley**                          **Clm No 68700**   Filed In Cases: 140
99 Handley Dr.
Leeds, AL 35094                            Class          Claim Detail Amount        Final Allowed Amount

                                           UNS                  $1.00
                                                                $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 1:29:05 PM

*Claims Details*                                                                                    2901 of 3334

---

**Luvert Handy**                    **Clm No 68701**    Filed In Cases: 140
C/o Wanda W. Handy
P.O. Box 113                        Class         Claim Detail Amount       Final Allowed Amount
Bessemer, AL 35020
                                    UNS                $1.00
                                                       $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Etta Handy**                      **Clm No 68702**    Filed In Cases: 140
403 South Eighth Street
Gadsden, AL 35901                   Class         Claim Detail Amount       Final Allowed Amount

                                    UNS                $1.00
                                                       $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**John Handza**                     **Clm No 68703**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                  Class         Claim Detail Amount       Final Allowed Amount
Houston, TX 77017
                                    UNS                $1.00
                                                       $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2902 of 3334

| | | |
|---|---|---|
| **Winston Haniff** | **Clm No 68704** | Filed In Cases: 140 |
| 3610 Downing Circle | | |
| Deer Park, TX 77536 | Class | Claim Detail Amount | Final Allowed Amount |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| | | |
|---|---|---|
| **Charles Hankins** | **Clm No 68705** | Filed In Cases: 140 |
| 2524 Harts Bluff Rd. | | |
| Mansfield, LA 71052-6252 | Class | Claim Detail Amount | Final Allowed Amount |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| | | |
|---|---|---|
| **Joe Hanks** | **Clm No 68706** | Filed In Cases: 140 |
| C/o Sadie Lee Hanks | | |
| 2800 McFarland Blvd. East Apt 205 | Class | Claim Detail Amount | Final Allowed Amount |
| Tuscaloosa, AL 35405 | | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2903 of 3334

---

**Henry Hann**
6024 Hwy. 11
Springville, AL 35146

**Clm No 68707**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Opal Hannah**
c/o James Henry Hannah
10533 Dee Hamner Rd.
Northport, AL 35475

**Clm No 68708**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Hannah**
C/o Frances W. Hannah
343 Scotland Drive
Hueytown, AL 35023

**Clm No 68709**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2904 of 3334

---

**Loys Hannah**
C/o Ann Hannah
P.O. Box 442
Brookwood, AL 35444

**Clm No 68710**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jerry Hannah**
210 Old Hannah Road
Leeds, AL 35094

**Clm No 68711**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ruben Hannan**
c/o Glenda Hannah Turner
908 Longview Drive
Adamsville, AL 35005

**Clm No 68712**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2905 of 3334

---

**Benjamin Hannegan**
c/o Reba Hannegan
5006 Janssen Dr.
Corpus Christi, TX 78411

**Clm No 68713**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Hannon**
1013 Cherry St.
Mobile, AL 36601

**Clm No 68714**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**B. Hansen**
5703 Stewart Ave.
Galveston, TX 77551

**Clm No 68715**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### *Claims Details*

2906 of 3334

---

**Otis Hanson**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68716**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wendell Harbison**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68717**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Elmer Harbour**
17107 FAA Road
Alvin, TX 77511

**Clm No 68718**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2907 of 3334

---

**Ralph Harbuck**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68719**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GARNER HARDEN**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68720**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Evelyn Harden**
C/o Teresa Harden
82 E. Central Avenue, B-11
Chatom, AL 36518

**Clm No 68721**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                                2908 of 3334

---

**George Hardie**                          **Clm No 68722**    Filed In Cases: 140
4830 28th Street East
Tuscaloosa, AL 35404               Class          Claim Detail Amount      Final Allowed Amount

                                  UNS                  $1.00
                                                       $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Jessie Hardin**                          **Clm No 68723**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                 Class          Claim Detail Amount      Final Allowed Amount
Houston, TX 77017
                                  UNS                  $1.00
                                                       $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**James Hardin**                           **Clm No 68724**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                 Class          Claim Detail Amount      Final Allowed Amount
Houston, TX 77017
                                  UNS                  $1.00
                                                       $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## Claims Details

2909 of 3334

---

**Lynn Hardin**
C/o Linda Bryant
25768 Argonne Dr
Daphne, AL 36526

**Clm No 68725**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Hardin**
6335 Marion Avenue
Bessemer, AL 35023

**Clm No 68726**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bert Harding**
C/o Edith J. Harding
622 Broken Bow Circle
Birmingham, AL 35214

**Clm No 68727**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2910 of 3334

| James Hardwick | **Clm No 68728** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o Cheryl Davis | Class | Claim Detail Amount | Final Allowed Amount |
| 1004 2nd Avenue North | | | |
| Bessemer, AL 35020 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| DOCK HARDY | **Clm No 68729** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Williams Kherkher | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | |
| Houston, TX 77017 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Moses Hardy | **Clm No 68730** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Williams Kherkher | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | |
| Houston, TX 77017 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2911 of 3334

---

**Willie Hardy**
C/o Shirley D. Hardy
P.O. Box 1015
Northport, AL 35476

**Clm No 68731**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Albert Hardy**
C/o Lynette Hardy
5940 Patton Avenue
Birmingham, AL 35228

**Clm No 68732**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Lee Hardy**
C/o Lucius Hardy
1116 Martinwood Lane
Birmingham, AL 35235

**Clm No 68733**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2912 of 3334

---

**Lee Hardy**
C/o Ella B. Hardy
914 77th Way South
Birmingham, AL 35226

**Clm No 68734**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Travis Hardy**
c/o Earl B. Cass, Attorney at Law
1940 Fountainview, #216
Houston, TX 77057

**Clm No 68735**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM HARDY**
c/o Catherine R. Hardy
9824 Westfield Road
Birmingham, AL 35217

**Clm No 68736**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                             2913 of 3334

---

**Johnnie Hardy**                    **Clm No 68737**    Filed In Cases: 140
512 5th Street North
Bessemer, AL 35020                    Class            Claim Detail Amount    Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Matthew Hardy**                    **Clm No 68738**    Filed In Cases: 140
4922 25th Street
Tuscaloosa, AL 35401                 Class            Claim Detail Amount    Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Joseph Hardy**                     **Clm No 68739**    Filed In Cases: 140
2817 39th Avenue
Tuscaloosa, AL 35401                 Class            Claim Detail Amount    Final Allowed Amount

                                     UNS                    $1.00
                                                            $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2914 of 3334

---

**Jesse Hardy**
2015 Princeton Ave., S.W.
Birmingham, AL 35211

**Clm No 68740**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Martha Hardy**
1735 Brooks Hill Road
Reform, AL 35481

**Clm No 68741**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Earl Hardy**
1424 19th Place S.W.
Birmingham, AL 35211

**Clm No 68742**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

## Claims Details

2915 of 3334

---

**Henry Hare**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68743**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Henry Hare**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68744**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Morris Hare**
c/o Elizabeth McElroy
P.O. Box 12265
Birmingham, AL 35202

**Clm No 68745**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2916 of 3334

---

**York Hare**
7428 Naples Avenue
Birmingham, AL 35206

**Clm No 68746**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Terrell Hargett**
155 Oakview Ln
Odenville, AL 35120

**Clm No 68747**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Tollie Hargle**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68748**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                              2917 of 3334

---

**George Hargress**                    **Clm No 68749**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                      Class          Claim Detail Amount      Final Allowed Amount
Houston, TX 77017
                                       UNS                 $1.00
                                                           $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Ambrose Hargress**                   **Clm No 68750**    Filed In Cases: 140
C/o Hertcile Hargress
2696 22nd Street                       Class          Claim Detail Amount      Final Allowed Amount
Tuscaloosa, AL 35401
                                       UNS                 $1.00
                                                           $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Jodie Hargrove**                     **Clm No 68751**    Filed In Cases: 140
c/o Veronica Wright
2001 40th AVE                          Class          Claim Detail Amount      Final Allowed Amount
Tuscaloosa, al 35401
                                       UNS                 $1.00
                                                           $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2918 of 3334

---

**Daniel Hargrove**
c/o Rita Kay Dyer
2092 Reform-Gordo Road
Reform, AL 35481

**Clm No 68752**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Eddie Hargrove**
308 Brooke-Lyn Way
Pleasant Grove, AL 35127

**Clm No 68753**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Lother Harkness**
920 Tomahawk Trail E.
Gadsden, AL 35903

**Clm No 68754**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2919 of 3334

---

**Wendell Harless**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68755**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**David Harless**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68756**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Larry Harless**
26145 Cotton Bayou Drive
Orange Beach, AL 36561

**Clm No 68757**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 1:29:05 PM

*Claims Details*

2920 of 3334

---

| Ronald Harless | **Clm No 68758** | Filed In Cases: 140 | |
|---|---|---|---|
| 2036 Edenwood Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Hueytown, AL 35023 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| Rebecca Harless | **Clm No 68759** | Filed In Cases: 140 | |
|---|---|---|---|
| 10272 Pate Road | Class | Claim Detail Amount | Final Allowed Amount |
| Buhl, AL 35446 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| Harold Harman | **Clm No 68760** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Darrell M. Harman | Class | Claim Detail Amount | Final Allowed Amount |
| 172 Sugar Forest Lane | | | |
| Livingston, TX 77351 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2921 of 3334

---

**Henry Harmon**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68761**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CLAYTON HARMON**
908 Denison Ave.
Cleveland, TX 77327

**Clm No 68762**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**R. Harold**
7309 Meadowlark Lane
Texas City, TX 77591

**Clm No 68763**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 1:29:05 PM

*Claims Details*

2922 of 3334

---

**A. Harold**
1101 Velma Street
Deer Park, TX 77536

**Clm No 68764**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Harper**
P.O. Box 1430
Calera, AL 35040

**Clm No 68765**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gus Harper**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68766**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                                     2923 of 3334

---

**Lloyd Harper**                    **Clm No 68767**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                   Class           Claim Detail Amount        Final Allowed Amount
Houston, TX 77017
                                    UNS                    $1.00
                                                           $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**REGINALD HARPER**                 **Clm No 68768**    Filed In Cases: 140
c/o Wanda Rhodes Harper
903 18th Way SW                     Class           Claim Detail Amount        Final Allowed Amount
Birmingham, AL 35211-3612
                                    UNS                    $1.00
                                                           $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Bob Harper**                      **Clm No 68769**    Filed In Cases: 140
c/o Quincy Harper, Sr.
4115 Stamp                          Class           Claim Detail Amount        Final Allowed Amount
Houston, TX 77026
                                    UNS                    $1.00
                                                           $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 1:29:05 PM

*Claims Details*

2924 of 3334

---

**Henry Harper**
c/o Mrs. Dorothy Harper
2203 Hidden Creek
Kingwood, TX 77339

**Clm No 68770**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Samuel Harper**
C/o Linda C. Harper
5520 Avenue L.
Birmingham, AL 35208

**Clm No 68771**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lewis Harper**
C/o George Allen Parker, Attorney
P.O. Box 170283
Tarrant, AL 35217

**Clm No 68772**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2925 of 3334

---

**Wilson Harper**
6285 Kelly Creek Rd
Odenville, AL 35120

**Clm No 68773**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Marvin Harper**
512 Main Avenue
Northport, AL 35476

**Clm No 68774**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Harper**
175 CR 2142
Quitman, TX 75783-6141

**Clm No 68775**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                           3/20/2018 1:29:05 PM

## Claims Details                                                                    2926 of 3334

---

**Oliver Harper**                           **Clm No 68776**   Filed In Cases: 140
1 Green Spring Avenue
Birmingham, AL 35205                         Class            Claim Detail Amount        Final Allowed Amount

                                            UNS                    $1.00
                                                                   $1.00

Date Filed                 9-Dec-2016
Bar Date
Claim Face Value               $1.00

---

**Daniel Harrell**                          **Clm No 68777**   Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                          Class            Claim Detail Amount        Final Allowed Amount
Houston, TX 77017
                                            UNS                    $1.00
                                                                   $1.00

Date Filed                 9-Dec-2016
Bar Date
Claim Face Value               $1.00

---

**Joseph Harrell**                          **Clm No 68778**   Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                          Class            Claim Detail Amount        Final Allowed Amount
Houston, TX 77017
                                            UNS                    $1.00
                                                                   $1.00

Date Filed                 9-Dec-2016
Bar Date
Claim Face Value               $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2927 of 3334

---

**Wiley Harrell**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68779**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Moses Harrell**
C/o Mary Louise Harrell
808 25th Street North
Bessemer, AL 35020

**Clm No 68780**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bessie Harrell**
c/o Edwin Harrell
P.O. Box 40026
Tuscaloosa, AL 35404

**Clm No 68781**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2928 of 3334

---

**Love Harrell**
924 1st Ave
Bessemer, AL 35020

**Clm No 68782**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lurn Harrell**
417 Glynn Drive
Birmingham, AL 35215

**Clm No 68783**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Harrell**
2702 - 26Th Ave. North
Texas City, TX 77590

**Clm No 68784**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2929 of 3334

---

**Don Harrell**
2647 Yorkmont Dr.
Vestavia Hills, AL 35226

**Clm No 68785**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Derwood Harrell**
10806 Jefferson Chemical Road
Conroe, TX 77301

**Clm No 68786**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Leo Harris**
P.O. Box 754
Glassboro, NJ 08028

**Clm No 68787**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2930 of 3334

---

**Cornelius Harris**
P.O. Box 320043
Birmingham, AL 35232

**Clm No 68788**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Frank Harris**
P.O. Box 1231
Leander, TX 78646

**Clm No 68789**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Felton Harris**
P.O. Box 101
Whatley, AL 36482

**Clm No 68790**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/20/2018 1:29:05 PM

*Claims Details*    2931 of 3334

---

**Lewis Harris**  
c/o Williams Kherkher  
8441 Gulf Fwy #600  
Houston, TX 77017

**Clm No 68791**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Harris**  
c/o Williams Kherkher  
8441 Gulf Fwy #600  
Houston, TX 77017

**Clm No 68792**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dewitt Harris**  
c/o Williams Kherkher  
8441 Gulf Fwy #600  
Houston, TX 77017

**Clm No 68793**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                                    2932 of 3334

---

**Henry Harris**                    **Clm No 68794**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600              Class         Claim Detail Amount      Final Allowed Amount
Houston, TX 77017              UNS              $1.00
                                                 $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Otis Harris**                     **Clm No 68795**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600              Class         Claim Detail Amount      Final Allowed Amount
Houston, TX 77017              UNS              $1.00
                                                 $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Percy Harris**                    **Clm No 68796**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600              Class         Claim Detail Amount      Final Allowed Amount
Houston, TX 77017              UNS              $1.00
                                                 $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 1:29:05 PM

---

*Claims Details*                                                                                      2933 of 3334

---

**Hudson Harris**                          **Clm No 68797**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                          Class          Claim Detail Amount          Final Allowed Amount
Houston, TX 77017
                                            UNS                     $1.00
                                                                    $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**John Harris**                            **Clm No 68798**    Filed In Cases: 140
c/o Wanda Anderson
3427 Bienville                             Class          Claim Detail Amount          Final Allowed Amount
Ocean Springs, MS 39564
                                           UNS                    $10,000.00
                                                                  $10,000.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $10,000.00

---

**Bennie Harris**                          **Clm No 68799**    Filed In Cases: 140
C/o Thomas C. Harris, Sr.
200 County Rd 181                          Class          Claim Detail Amount          Final Allowed Amount
Eutaw, AL 35462
                                           UNS                     $1.00
                                                                   $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                             2934 of 3334

| Oscar Harris | **Clm No 68800** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Patsy Ruth Harris Lake | Class | Claim Detail Amount | Final Allowed Amount |
| #29 Sahama Village | | | |
| Tuscaloosa, AL 35401 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| John Harris | **Clm No 68801** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o Michael B. Harris | Class | Claim Detail Amount | Final Allowed Amount |
| P.O. Box 263 | | | |
| Fosters, AL 35463 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Thomas Harris | **Clm No 68802** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o Mary A. Harris | Class | Claim Detail Amount | Final Allowed Amount |
| 708 24th Ave West | | | |
| Birmingham, AL 35204 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2935 of 3334

**S.J. Harris**
c/o Lucile Harris
4113 29th Street
Tuscaloosa, AL 35401

**Clm No 68803**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Johnnie Harris**
C/o Kay Cason, Gen. Adm.
505  20th Street North, Suite 1650
Birmingham, AL 35203

**Clm No 68804**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**James Harris**
c/o Judy Harris Meeh
P.O. Box 60435
San Angelo , TX 76906

**Clm No 68805**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**            **Visit us on the Web at www.omnimgt.com**            **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                                      2936 of 3334

---

**Irvin Harris**                      **Clm No 68806**    Filed In Cases: 140
C/o Helen Harris
2548 Bryan Road                       Class          Claim Detail Amount      Final Allowed Amount
Dora, AL 35062
                                      UNS                  $1.00
                                                           $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Gladys Harris**                     **Clm No 68807**    Filed In Cases: 140
C/o Glenda Griffin
7986 Carpenter Lane                   Class          Claim Detail Amount      Final Allowed Amount
Eight Mile, AL 36613
                                      UNS                  $1.00
                                                           $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**ROXIE HARRIS**                      **Clm No 68808**    Filed In Cases: 140
c/o Felix Harris
1702 Northwood Forest Road            Class          Claim Detail Amount      Final Allowed Amount
West Point, MS 39773
                                      UNS                  $1.00
                                                           $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2937 of 3334

---

**James Harris**
c/o Ethel Harris
1521 Chaucer St.
Birmingham , AL 35214

**Clm No 68809**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Harris**
C/o Dorothy B. Harris
104 Highwood Drive.
Hueytown, AL 35023

**Clm No 68810**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Norman Harris**
C/o Denise H. Wells
1055 E. Greenway Drive
Mobile, AL 36608

**Clm No 68811**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### Claims Details

2938 of 3334

**Raymond Harris**
C/o Annie Lois Harris
14146 Paul Howell Road
Northport, AL 35475

**Clm No 68812**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

**Lloyd Harris**
C/o Alice Harris
1718 Bradford Lane
Bessemer, AL 35023

**Clm No 68813**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

**MAVIS HARRIS**
819 Herman Vaughn Road
Steens, MS 39766

**Clm No 68814**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                    2939 of 3334

---

**Raymond Harris**                  **Clm No 68815**   Filed In Cases: 140
7728 5th Ave South
Birmingham, AL 35206         Class          Claim Detail Amount      Final Allowed Amount

                            UNS                $1.00
                                               $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**BRADIE HARRIS**                   **Clm No 68816**   Filed In Cases: 140
738 5Th Street
West Point, MS 39773        Class          Claim Detail Amount      Final Allowed Amount

                            UNS                $1.00
                                               $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Charles Harris**                  **Clm No 68817**   Filed In Cases: 140
7059 Langdon Drive
Mobile, AL 36618            Class          Claim Detail Amount      Final Allowed Amount

                            UNS                $1.00
                                               $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2940 of 3334

---

**James Harris**
6718 Hickory Trail
Pinson, AL 35126

**Clm No 68818**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Percy Harris**
613 Ave Y Pratt City
Birmingham, AL 35214

**Clm No 68819**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Walter Harris**
4325 E Virginia Ln
Montgomery, AL 36116

**Clm No 68820**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                               2941 of 3334

---

**William Harris**                     **Clm No 68821**    Filed In Cases: 140
3705 1/2 24th Street
Holt, AL 35404                          Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                  $1.00
                                                           $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**James Harris**                       **Clm No 68822**    Filed In Cases: 140
3021 Wenonah Dr S.W.
Birmingham, AL 35211                    Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                  $1.00
                                                           $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Zachariah Harris**                   **Clm No 68823**    Filed In Cases: 140
2500 Ave B. Ensley
Birmingham, AL 35218                    Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                  $1.00
                                                           $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2942 of 3334

---

**Charles Harris**
214 Spring Garden Circle
Birmingham, AL 35217

**Clm No 68824**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Samuel Harris**
2128-35th Ave N.
Birmingham, AL 35207

**Clm No 68825**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FELIX HARRIS**
1702 Northwood Forest Rd
West Point, MS 39773

**Clm No 68826**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2943 of 3334

---

**Samuel Harris**
1615 Senna Drive
Williamstown, NJ 08094

**Clm No 68827**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-|-|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilma Harris**
1407 Linwood Drive S.W.
Cullman, AL 35055

**Clm No 68828**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-|-|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Harris**
140 Brushy Creek Road
Lucedale, MS 39452

**Clm No 68829**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-|-|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## *Claims Details*

2944 of 3334

| **Lathan Harris** | **Clm No 68830** | Filed In Cases: 140 | |
|---|---|---|---|
| 11193 Sand Road | Class | Claim Detail Amount | Final Allowed Amount |
| Buhl, AL 35446 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **THERESA HARRIS** | **Clm No 68831** | Filed In Cases: 140 | |
|---|---|---|---|
| 1117 Edward Street | Class | Claim Detail Amount | Final Allowed Amount |
| Mobile, AL 36610 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Horace Harrison** | **Clm No 68832** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o Karen Allen | Class | Claim Detail Amount | Final Allowed Amount |
| 220 Newport Drive | UNS | $1.00 | |
| Hueytown, AL 35023 | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### Claims Details

2945 of 3334

---

**Thomas Harrison**
2874 Dominique Dr.
Galveston, TX 77551

**Clm No 68833**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**L. Harry**
1607 West 11th
Freeport, TX 77541

**Clm No 68834**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Earl Harry**
1504 Pine Ave S.W.
Birmingham, AL 35211

**Clm No 68835**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2946 of 3334

---

**MAEBELL HART**
P.O. Box 255
Childersburg, AL 35044

**Clm No 68836**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Morris Hart**
Kelle J. Odom
P.O. Box 17194
Galveston, TX 77552

**Clm No 68837**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHN HART**
6221 Hampton Pl.
Dublin, OH 43016

**Clm No 68838**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2947 of 3334

---

**Ralph Hart**
1505 Mable Drive
Warrior, AL 35180

**Clm No 68839**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dallas Hartley**
C/o Shirley Marlene Johnson
5708 Shirleywood Parkway
Northport, AL 35473

**Clm No 68840**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Leonard Hartley**
C/o Dorothy J. Hartley
15973 Annie Belle Drive
Buhl, AL 35446

**Clm No 68841**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2948 of 3334

---

**James Hartley**
C/o Bernice M. Hartley
15404 Lock #9  Road
Fosters, AL 35463

**Clm No 68842**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**WILFORD HARTLEY**
403 Plylar Rd
Parrish, AL 35580

**Clm No 68843**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Leonard Hartley**
2702 Buckhorn Oaks Dr.
Valrico, FL 33594
Birmingham, AL 35204

**Clm No 68844**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## Claims Details

2949 of 3334

---

**Bernice Hartley**
15404 Lock 9 Road
Fosters, AL 35463

**Clm No 68845**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Raymond Hartley**
104 Rusty Ln
Boerne, TX 78006

**Clm No 68846**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Frank Hartman**
213 NE Olive Ave.
Port St. Lucie, FL 34952

**Clm No 68847**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2950 of 3334

---

**Paul Hartney**
c/o Jennifer Colunga
10519 Sagerock Drive
Houston, TX 77089

**Clm No 68848**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Michael Hartofilax**
426 Amber Lea Dr.
Lyman, SC 29365

**Clm No 68849**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Louise Harvell**
c/o Teresa L. Smith
2629 San Clemente Drive
Milton, FL 32583

**Clm No 68850**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2951 of 3334

---

**CLARENCE HARVEY**
c/o Genevieve C. Harvey
P.O. Box 103
Dickinson, TX 77539

**Clm No 68851**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Harvey**
3004 10th Avenue
Bessemer, AL 35020

**Clm No 68852**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**M. Harvey**
19211 Ramsey Road
Crosby, TX 77532

**Clm No 68853**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

---

*Claims Details*

2952 of 3334

---

**Stanley Harville**
P.O. Box 401
Stapleton, AL 36578

**Clm No 68854**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**A.C. Harville**
C/o Linda Harville
P.O. Box 8367
Birmingham, AL 35218

**Clm No 68855**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Harville**
28 9th Terrace S.W.
Birmingham, AL 35211

**Clm No 68856**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2953 of 3334

---

**Billy Harvison**
2064 Cedar Grove Rd.
Leeds, AL 35094

**Clm No 68857**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Melvin Hasberry**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68858**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Hassell**
C/o Flora Elaine Hassell
2405 Short 23rd Street N.E.
Holt, AL 35404

**Clm No 68859**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/20/2018 1:29:05 PM

### Claims Details

2954 of 3334

---

**EUGENE HASSELL**                          **Clm No 68860**      Filed In Cases: 140
645 Flint Hill Road
Bessemer, AL 35023                          Class          Claim Detail Amount      Final Allowed Amount

UNS                    $1.00
                                                                  $1.00

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Hassell**                           **Clm No 68861**      Filed In Cases: 140
2012 29th Ave N.
Hueytown, AL 35023                          Class          Claim Detail Amount      Final Allowed Amount

UNS                    $1.00
                                                                  $1.00

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Hatch**                             **Clm No 68862**      Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017                           Class          Claim Detail Amount      Final Allowed Amount

UNS                    $1.00
                                                                  $1.00

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2955 of 3334

---

**Willie Hatch**
c/o Kay L. Cason, Cty Admnstrtr
505 20th St. N., Suite 1650
Birmingham, AL 35203

**Clm No 68863**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARDIS HATCHER**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68864**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jessie Hatcher**
c/o Sandra Pleasant
3939 Old Johns Road
Hueytown, AL 35023

**Clm No 68865**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                 **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2956 of 3334

---

**Ulysses Hatcher**
c/o Emma Hatcher
1325 Young Street
Mt. Vernon, AL 36560

**Clm No 68866**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-----|-----|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Phillip Hatcher**
c/o Edna Hatcher
1708 Overlook Circle
Birmingham, AL 35217

**Clm No 68867**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-----|-----|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**George Hatfield**
113 Alachua Drive S.E.
Winter Haven, FL 33884

**Clm No 68868**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-----|-----|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### Claims Details

2957 of 3334

---

**Grady Hathcock**
c/o Grady Jerome Hathcock
P.O. Box 2204
Tuscaloosa, AL 35403

**Clm No 68869**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Raymond Hatten**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68870**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILFORD HATTEN**
166 Ed Rutledge Road
West Monroe, LA 71292

**Clm No 68871**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2958 of 3334

---

**Richard Hatter**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68872**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FLOYD HATTER**
c/o Renea Stanley Hatter
15833 Highway 216
Brookwood, AL 35444

**Clm No 68873**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Haugabrooks**
11227 Blades St.
Houston, TX 77016

**Clm No 68874**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2959 of 3334

---

**JOHN HAVARD**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68875**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM HAWKINS**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68876**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**SCOTT HAWKINS**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68877**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2960 of 3334

---

**Charles Hawkins**
C/o Sandra L. Burden
4412 Culpepper Circle
Louisville, KY 40241

**Clm No 68878**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 9-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**James Hawkins**
c/o Corrie Powell
1009 Pine St.
Warrior, AL 35180

**Clm No 68879**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 9-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**William Hawkins**
455 Simmsville Road
Alabaster, AL 35007

**Clm No 68880**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 9-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                                          2961 of 3334

---

**BOBBY HAWKINS**
40493 Old Hwy 45 S
Hamilton, MS 39746

**Clm No 68881**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed         9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Murray Hawkins**
22 Washington Sq.
Tuscaloosa, AL 35401

**Clm No 68882**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed         9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**STEVE HAYES**
Post Office Box 534
Alabaster, AL 35007

**Clm No 68883**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed         9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 1:29:05 PM

*Claims Details*

2962 of 3334

---

**William Hayes**
c/o Williams Kherkher
303 Pelham Street
Houston, TX 77017

**Clm No 68884**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 9-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Lloyd Hayes**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68885**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 9-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Jeff Hayes**
C/o Shirley Lyles
615 Clearview Road
Hoover, AL 35226

**Clm No 68886**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 9-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2963 of 3334

---

**Rhina Hayes**
c/o Pamela Hayes Holliman
528 3rd St. SE
Aliceville, AL 35442

**Clm No 68887**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|---------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Hayes**
7756 John Pelham Trail
Mccalla, AL 35111

**Clm No 68888**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|---------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Horace Hayes**
751 Co Rd 151
Jemison, AL 35085

**Clm No 68889**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|---------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2964 of 3334

---

**George Hayes**
5917 Avenue T.
Galveston, TX 77551

**Clm No 68890**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**H HAYES**
5760 South Bend Lane
Olive Branch, MS 38654-3225

**Clm No 68891**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Harold Hayes**
4301 Chilton Road 217
Thorsby, AL 35171

**Clm No 68892**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                              2965 of 3334

---

**Lucille Hayes**                    **Clm No 68893**    Filed In Cases: 140
413 Broad Street
Aliceville, AL 35442                  Class            Claim Detail Amount    Final Allowed Amount

                                     UNS              $1.00
                                                      $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Osborne Hayes**                    **Clm No 68894**    Filed In Cases: 140
11745 Celeste Road
Saraland, AL 36571                   Class            Claim Detail Amount    Final Allowed Amount

                                     UNS              $1.00
                                                      $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**JACK HAYES**                       **Clm No 68895**    Filed In Cases: 140
1112 21st Street, Ensley
Birmingham, AL 35218                 Class            Claim Detail Amount    Final Allowed Amount

                                     UNS              $1.00
                                                      $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                          2966 of 3334

---

**PHILLIP HAYNES**                     **Clm No 68896**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                     Class          Claim Detail Amount        Final Allowed Amount
Houston, TX 77017
                                       UNS                  $1.00
                                                            $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Robert Haynes**                      **Clm No 68897**    Filed In Cases: 140
700 Hwy 213
Caleara, AL 35040                      Class          Claim Detail Amount        Final Allowed Amount

                                       UNS                  $1.00
                                                            $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Dock Hays**                          **Clm No 68898**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                     Class          Claim Detail Amount        Final Allowed Amount
Houston, TX 77017
                                       UNS                  $1.00
                                                            $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2967 of 3334

---

**Ralph Hays**
312 County Hwy. 42
Oneonta, AL 35121

**Clm No 68899**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Tallie Hazel**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68900**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Heard**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68901**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2968 of 3334

---

**Ella Heard**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68902**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sherman Heard**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68903**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JESSIE HEARD**
c/o Ruby Bustamonte
1199 Village Trail
Calera, AL 35040

**Clm No 68904**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## Claims Details

2969 of 3334

---

**Edgar Hearn**
C/o Timothy L. Hearn
9760 Hamilton Creek  Dr. South
Mobile, AL 36695

**Clm No 68905**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Prince Hearns**
C/o Eunice Hearns
4214 3rd Ave. East
Northport, AL 35476

**Clm No 68906**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Hearns**
2503 Fairfax Avenue
Bessemer, AL 35020

**Clm No 68907**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2970 of 3334

---

**Clarence Hearns**
1309  19th  Ave. North
Bessemer, AL 35020

**Clm No 68908**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**THADDEUS HEATON**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68909**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wallace Heaton**
c/o Linda Heaton
1120 Windsor Place Circle
Grayson, GA 30017

**Clm No 68910**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2971 of 3334

---

**MAR HEBERT**
17610 SE Green Valley Rd.
Auburn, WA 98092

**Clm No 68911**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Orville Heckman**
14522 Bramble Wood Dr.
Houston, TX 77079

**Clm No 68912**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Charles Hedrick**
17546 Goldfinch Drive
Buhl, AL 35446-9535

**Clm No 68913**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2972 of 3334

---

**Thomas Hegger**
C/o Daisey P. Hegger
418 W . Ellis Street
Bay Minette, AL 36507

**Clm No 68914**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Heggler**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68915**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Byron Heide**
21018 Ripford Ct.
Richmond, TX 77469

**Clm No 68916**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2973 of 3334

---

**James Hellums**
12795 FM 86
Dale, TX 78616-2631

**Clm No 68917**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Helms**
P.O. Box 311713
Enterprise, AL 36331

**Clm No 68918**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Orris Helms**
1540 Pine Harbor Rd.
Pell City, AL 35128

**Clm No 68919**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2974 of 3334

---

**Donald Helms**
1201 Meadows Dr
Birmingham , AL 35235

**Clm No 68920**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Billy Hembree**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68921**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**James Hembree**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68922**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### Claims Details

2975 of 3334

---

**William Hembree**
17640 Hembree Rd
Northport, AL 35475

**Clm No 68923**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**David Hemphill**
C/o Melanie Parham
1428 Gundry Avenue
Long Beach, CA 90813

**Clm No 68924**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Naomi Henderson**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68925**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                     3/20/2018 1:29:05 PM

*Claims Details*                                                          2976 of 3334

| Arnel Henderson | | **Clm No 68926** | Filed In Cases: 140 | |
|---|---|---|---|---|
| c/o Williams Kherkher | | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | | |
| Houston, TX 77017 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| Carl Henderson | | **Clm No 68927** | Filed In Cases: 140 | |
|---|---|---|---|---|
| c/o Williams Kherkher | | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | | |
| Houston, TX 77017 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| CONNIE HENDERSON | | **Clm No 68928** | Filed In Cases: 140 | |
|---|---|---|---|---|
| c/o Novella Henderson | | Class | Claim Detail Amount | Final Allowed Amount |
| 4810 Seville Drive | | | | |
| Clayton, OH 45322-3529 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/20/2018 1:29:05 PM

### Claims Details

2977 of 3334

**George Henderson**
c/o Ms. Sharon H. Galloway
P.O. Box 527
West Blocton, AL 35184

**Clm No 68929**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Panzy Henderson**
c/o Leo M. Otto
2891 Summit Drive East
Mobile, AL 36618

**Clm No 68930**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Paul Henderson**
c/o Laverne Henderson
548 County Road 3307
Atlanta, TX 75551

**Clm No 68931**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                                            2978 of 3334

---

**ULYSSES HENDERSON**                **Clm No 68932**    Filed In Cases: 140
c/o Jennifer Henderson
4721 Court R                         Class          Claim Detail Amount       Final Allowed Amount
Birmingham, AL 35208
                                     UNS                  $1.00
                                                          $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Jesse Henderson**                  **Clm No 68933**    Filed In Cases: 140
c/o Janet K. Jackson
9182 County Road 259                 Class          Claim Detail Amount       Final Allowed Amount
Cameron, TX 76520-4925
                                     UNS                  $1.00
                                                          $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**JOSEPH HENDERSON**                 **Clm No 68934**    Filed In Cases: 140
840 Lawson Road
Birmingham, AL 35217                 Class          Claim Detail Amount       Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**         **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2979 of 3334

---

**Samuel Henderson**
803- A Wide Rd.
Mt. Vernon, AL 36560

**Clm No 68935**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Allen Henderson**
6061 Dogwood Circle
Millbrook, AL 36054

**Clm No 68936**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jimmie Henderson**
5312 Iceland Avenue
Birmingham, AL 35224

**Clm No 68937**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2980 of 3334

---

**GEORGE HENDERSON**
18198 Bluff Road
Prairieville, LA 70769

**Clm No 68938**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lloyd Henderson**
1752 English Knoll
Birmingham, AL 35235

**Clm No 68939**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Abraham Henderson**
1417 Park Avenue
Moody, AL 35004

**Clm No 68940**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2981 of 3334

---

**WILLIE HENDERSON**
1109 County Road 119, Lot B
Prattville, AL 36066

**Clm No 68941**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jasper Hendley**
10425 Dauphin Island Parkway
Theodore, AL 36582

**Clm No 68942**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Obie Hendon**
C/o Kim L. Williams
1734 Russet Wood Lane
Hoover, AL 35244

**Clm No 68943**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                              2982 of 3334

---

**W.H. Hendrick**                    **Clm No 68944**    Filed In Cases: 140
3354 Rogerdale Apt. 314
Houston, TX 77042                    Class        Claim Detail Amount        Final Allowed Amount

                                     UNS                $1.00

                                                        $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**William Hendrix**                  **Clm No 68945**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017                    Class        Claim Detail Amount        Final Allowed Amount

                                     UNS                $1.00

                                                        $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Raymond Hendrix**                  **Clm No 68946**    Filed In Cases: 140
c/o Mrs. Jo Ann Hendrix
P.O. Box 193
Quinton, AL 35130                    Class        Claim Detail Amount        Final Allowed Amount

                                     UNS                $1.00

                                                        $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2983 of 3334

---

**William Hendrix**
c/o June Hendrix
P.O. Box 1427
Northport, AL 35476-6427

**Clm No 68947**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**James Hendrix**
2618 39 Court
Tuscaloosa, AL 35401

**Clm No 68948**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Nathaniel Hendrix**
2552 Shaddock Rd.
Forestdale, AL 35214

**Clm No 68949**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                              2984 of 3334

---

**Thomas Henegar**                    **Clm No 68950**    Filed In Cases: 140
901 Stonewood Road
Helena, AL 35080                       | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willie Henley**                     **Clm No 68951**    Filed In Cases: 140
C/o Frankie L. Henley
P.O. Box 282                          | Class | Claim Detail Amount | Final Allowed Amount |
Reform, AL 35481                      |---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**WAYNE HENLEY**                      **Clm No 68952**    Filed In Cases: 140
5439 Azalea Trace
Trussville, AL 35173                  | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2985 of 3334

---

**EUGENE HENLEY**
3003 Akard Street
Houston, TX 77051

**Clm No 68953**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Harvey Henley**
2460 Temptest Drive
Birmingham, AL 35211

**Clm No 68954**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Hennis**
Route 1 Box 452
Chatom, AL 36518

**Clm No 68955**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

---

*Claims Details*                                                                2986 of 3334

---

| **Thomas Hennis** | | **Clm No 68956** | Filed In Cases: 140 | |
| Route 1 Box 163 | | Class | Claim Detail Amount | Final Allowed Amount |
| Vinegar Bend, AL 36584 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Slaughter Henrietta** | | **Clm No 68957** | Filed In Cases: 140 | |
| P.O. Box 864 | | Class | Claim Detail Amount | Final Allowed Amount |
| Fairfield, AL 35064 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **BILLY HENRY** | | **Clm No 68958** | Filed In Cases: 140 | |
| c/o Williams Kherkher | | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | UNS | $1.00 | |
| Houston, TX 77017 | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                               2987 of 3334

---

**Willie Henry**                    **Clm No 68959**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600             Class            Claim Detail Amount        Final Allowed Amount
Houston, TX 77017
                               UNS                  $1.00
                                                                                    $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**JOHN HENRY**                      **Clm No 68960**    Filed In Cases: 140
c/o Veronica Williams
3604 Hilltop Road              Class            Claim Detail Amount        Final Allowed Amount
Bessemer, AL 35022
                               UNS                  $1.00
                                                                                    $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Robert Henry**                    **Clm No 68961**    Filed In Cases: 140
C/o Shirley V. Walby
4806 Watermellon Road          Class            Claim Detail Amount        Final Allowed Amount
Northport, AL 35473
                               UNS                  $1.00
                                                                                    $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                  3/20/2018 1:29:05 PM

*Claims Details*                                                                                       2988 of 3334

---

**Charles Henry**                          **Clm No 68962**    Filed In Cases: 140
c/o Sharon Henry
828 Green Crest Turn                        Class            Claim Detail Amount      Final Allowed Amount
Birmingham, AL 35212
                                            UNS                   $1.00
                                                                  $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Arthurine Henry**                        **Clm No 68963**    Filed In Cases: 140
C/o Jimmie R. Felder
2042 Early Street                           Class            Claim Detail Amount      Final Allowed Amount
Montgomery, AL 36108
                                            UNS                   $1.00
                                                                  $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**John Henry**                             **Clm No 68964**    Filed In Cases: 140
4810 Watermellon Road
Northport, AL 35476                          Class            Claim Detail Amount      Final Allowed Amount

                                            UNS                   $1.00
                                                                  $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                          3/20/2018 1:29:05 PM

*Claims Details*                                                                    2989 of 3334

---

**ANTHONY HENRY**                **Clm No 68965**   Filed In Cases: 140
3922 Beau Lane
Houston, TX 77039                 Class              Claim Detail Amount      Final Allowed Amount

                                 UNS                $1.00
                                                    $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Wilbert Henry**                **Clm No 68966**   Filed In Cases: 140
3901 Hwy 73 Apt# 1812
Port Arthur, TX 77642            Class              Claim Detail Amount      Final Allowed Amount

                                 UNS                $1.00
                                                    $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Frederick Henry**              **Clm No 68967**   Filed In Cases: 140
326 Glenn Chapel Road
Gardendale, AL 35071             Class              Claim Detail Amount      Final Allowed Amount

                                 UNS                $1.00
                                                    $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2990 of 3334

---

**Ronald Henry**
13921 Charlottesville Cr.
Northport, AL 35476

**Clm No 68968**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robinson Henry**
127 N. Texas St.
Texas City, TX 77591

**Clm No 68969**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHN HENSLEY**
8507 Autumn
Houston, TX 77016

**Clm No 68970**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2991 of 3334

---

**Charles Henson**
P.O. Box 221
Helendale, CA 92342

**Clm No 68971**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Edward Henson**
C/o Peggy Ann Henson
P.O. Box 70262
Tuscaloosa, AL 35407

**Clm No 68972**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joseph Henson**
C/o Joann H. Deveraux
4233 Ridgewood Road
Tuscaloosa, AL 35404

**Clm No 68973**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2992 of 3334

---

**Jessie Henson**
6179 Longmeadow Circle
Trussville, AL 35173-3602

**Clm No 68974**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Henson**
35 Durrett Grave
Tuscaloosa, AL 35404

**Clm No 68975**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joseph Henson**
151 Street Road
Jasper, AL 35504

**Clm No 68976**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2993 of 3334

---

**Earnest Hentley**
#8 9th Court N.
Birmingham, AL 35204

**Clm No 68977**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALICE HENTON**
907 East Morrow
West Point, MS 39773

**Clm No 68978**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Herplee Herald**
C/o Judy Ferguson
P.O. Box 248
Conyers, GA 30012

**Clm No 68979**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## *Claims Details*

2994 of 3334

---

**Albert Herd**
C/o Steven M. Noland, Attorney
P.O. Box 399
Fayette, AL 35555

**Clm No 68980**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jackson Herman**
8321 Coral Wood
Houston, TX 77028

**Clm No 68981**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Martin Hernandez**
P.O. Box 4
Ralph, AL 35480

**Clm No 68982**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2995 of 3334

---

**CARLOS HERNANDEZ**
P.O. Box 233
Gregory, TX 78359

**Clm No 68983**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carlos Hernandez**
P.O. Box 233
Paulina, LA 70763

**Clm No 68984**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Agapito Hernandez**
908 West Shaw
Tyler, TX 75701

**Clm No 68985**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2996 of 3334

---

**ISRAEL HERNANDEZ**
622 Lathrop
Houston, TX 77020

**Clm No 68986**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Manuel Hernandez**
4401 Ramona
Corpus Christi, TX 78416

**Clm No 68987**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Juan Hernandez**
10053 County Road 280
Tyler, TX 75707

**Clm No 68988**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2997 of 3334

---

**David Herndon**
C/o Ingeborg K. Herndon
14700 Sally Hamner Rd
Northport, AL 35475

**Clm No 68989**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Buster Herndon**
1630 Fl Shuttleworth Dr
Birmingham, AL 35234

**Clm No 68990**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**OSCAR HERNDON**
101 Leaf Lake Blvd. #211
Birmingham, AL 35211-7252

**Clm No 68991**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2998 of 3334

**J.W. Heron**
1121 Lanningham Rd
Cleveland, AL 35049

**Clm No 68992**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|--------------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**James Herren**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68993**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|--------------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**William Herren**
14512 Hwy 69 North
Northport, AL 35475

**Clm No 68994**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|--------------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

2999 of 3334

---

**Felix Herrera**
c/o Minerva Herrera Martinez
8136 Senore Street
Houston, TX 77 017

**Clm No 68995**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--------------------|-----------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FRANK HERRERA**
1420 Thomas
Pasadena, TX 77506

**Clm No 68996**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--------------------|-----------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Herring**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 68997**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--------------------|-----------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3000 of 3334

---

**JESSE HERRING**
c/o Mary A. Blevins
P.O. Box 552
Attalla, AL 35954

**Clm No 68998**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jessie Herring**
C/o Ethel Herring
10400 Herring Lane
Brookwood, AL 35444

**Clm No 68999**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Marvin Herring**
C/o Billy Hugh Herring
8612 Highway 22
Spruce Pine, AL 35585-4102

**Clm No 69000**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**    3/20/2018 1:29:05 PM

---

### *Claims Details*    3001 of 3334

---

**Gladys Herring**    <u>Clm No 69001</u>    Filed In Cases: 140
951 Rose Drive
Northport, AL 35476-3342

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-|-|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Marvin Herring**    <u>Clm No 69002</u>    Filed In Cases: 140
901 Kennedy Mill Road
Tuscaloosa, AL 35404

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-|-|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Doug Herrington**    <u>Clm No 69003</u>    Filed In Cases: 140
9175 Padgett Road
Irvington, AL 36544

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-|-|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3002 of 3334

---

**Charles Herron**
6900 Brookview Dr
Cottondale, AL 35453

**Clm No 69004**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Pettaway Hersey**
12323 Glenn River Dr.
Houston, TX 77050

**Clm No 69005**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arley Hestand**
c/o Cindy Hestand
8731 County Road 179
Richards, TX 77873

**Clm No 69006**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### Claims Details

3003 of 3334

---

**REX HESTER**
5497 Horace Odom Road
Millry, AL 36558

**Clm No 69007**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JULIUS HESTER**
164 County Rd 1754
Gary, TX 75643

**Clm No 69008**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Frank Hetherington**
2842 Turkey Trot Road
Frisco City, AL 36445

**Clm No 69009**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### Claims Details

3004 of 3334

---

**Russell Hewitt**
C/o Ronald Joe Hewitt
86 Crabapple Lane
Moundville,, AL 35474

**Clm No 69010**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**J.D. Hewitt**
C/o Jimmie Nell Long Hewitt
12961 Brookstone Way
Brookwood, AL 35444

**Clm No 69011**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Earl Hewitt**
2420 27th Avenue
Northport, AL 35476

**Clm No 69012**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3005 of 3334

---

**Thigpen Hezekiah**
P.O. Box 33572
Pensacola, FL 32508

**Clm No 69013**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Melvin Hice**
257 South Lowell Road
Jasper, AL 35503

**Clm No 69014**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM HICKMAN**
c/o Frances Hickman
55 Church Street
Carrollton, AL 35447

**Clm No 69015**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/20/2018 1:29:05 PM

---

*Claims Details*                                                                3006 of 3334

---

| John Hickman | **Clm No 69016** | Filed In Cases: 140 | |
|---|---|---|---|
| 2614 Catacombs | Class | Claim Detail Amount | Final Allowed Amount |
| New Caney, TX 77357 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| Herbert Hicks | **Clm No 69017** | Filed In Cases: 140 | |
|---|---|---|---|
| Post Office Box 8005 | Class | Claim Detail Amount | Final Allowed Amount |
| Mobil, AL 36689 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| BOBBY HICKS | **Clm No 69018** | Filed In Cases: 140 | |
|---|---|---|---|
| P.O. Box 24 Thomas Street | Class | Claim Detail Amount | Final Allowed Amount |
| Marion, LA 71260 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3007 of 3334

---

**HERBERT HICKS**
P.O. Box 1804
La Marque, TX 77568

**Clm No 69019**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Leslie Hicks**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69020**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**David Hicks**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69021**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3008 of 3334

---

**Robert Hicks**
c/o Shirley Hicks
3823 Red Bluff Road, #145
Pasadena, TX 77503

**Clm No 69022**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Emmett Hicks**
C/o Roger Hicks
5741 Picketts Lane
Pinson, AL 35126

**Clm No 69023**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Henry Hicks**
C/o Powell Lipscomb, Attorney
130 18th Street N.
Bessemer, AL 35020

**Clm No 69024**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

### Claims Details

3009 of 3334

---

**James Hicks**                          **Clm No 69025**    Filed In Cases: 140
c/o Glenda Hicks
2341 Locke Lane                          Class            Claim Detail Amount       Final Allowed Amount
Birmingham, AL 35226
                                         UNS                  $1.00
                                                              $1.00

Date Filed           9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**George Hicks**                         **Clm No 69026**    Filed In Cases: 140
c/o Dorothy Hicks
3143 Taylor Circle                       Class            Claim Detail Amount       Final Allowed Amount
Tuscaloosa, AL 35401
                                         UNS                  $1.00
                                                              $1.00

Date Filed           9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Isaiah Hicks**                         **Clm No 69027**    Filed In Cases: 140
c/o Doris Hicks
5031 Porter Ridge Drive                  Class            Claim Detail Amount       Final Allowed Amount
Houston, TX 77053
                                         UNS               $10,000.00
                                                           $10,000.00

Date Filed           9-Dec-2016
Bar Date
Claim Face Value       $10,000.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3010 of 3334

---

**Richard Hicks**
632 S. Parkell Avenue
Bessemer, AL 35023

**Clm No 69028**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joseph Hicks**
5127 Mulberry Grove
Kingwood, TX 77345

**Clm No 69029**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Hicks**
464 4th Street Thomas
Birmingham, AL 35214

**Clm No 69030**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

### Claims Details

3011 of 3334

---

**James Hicks**
2311 Jim Raney Lane
Bessemer, AL 35023

**Clm No 69031**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilbert Hicks**
1905 Indian Summer Drive
Birmingham, AL 35215

**Clm No 69032**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Emily Higginbotham**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69033**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### Claims Details

3012 of 3334

---

**Roy Higginbotham**
c/o Kay Milum
6008 John Martin Road
Baytown, TX 77521-9711

**Clm No 69034**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Higginbotham**
1673 Daniels Chapel Rd.
New Boston, TX 75570

**Clm No 69035**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**T.J. Higgins**
P.O. Box 3008
Hueytown, AL 35023

**Clm No 69036**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## Claims Details

3013 of 3334

---

**JACK HIGGINS**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69037**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jimmie Higgins**
2755 20Th Place West
Birmingham, AL 35208

**Clm No 69038**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Loy Higgins**
2610 Longwood
Pearland, TX 77581

**Clm No 69039**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3014 of 3334

---

**Betty Higgins**
12007 Mt. Olive Road
Coker, AL 35452

**Clm No 69040**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie High**
c/o Bernice High
4101 Park Avenue SW
Birmingham, AL 35221

**Clm No 69041**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Elijah High**
5615 Ave C.
Lipscomb, AL 35020

**Clm No 69042**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3015 of 3334

---

**Willie High**
3701 Oak Ave S.W.
Birmingham, AL 35221

**Clm No 69043**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bryant Hilburn**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69044**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**J.P. Hill**
Post Office Box 532
Alabaster, AL 35007

**Clm No 69045**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                             3016 of 3334

---

**William Hill**                            **Clm No 69046**    Filed In Cases: 140
P.O. Box 527
Mcintosh, AL 36553                          | Class | Claim Detail Amount | Final Allowed Amount |
                                            |-------|--------------------|----------------------|
                                            | UNS   | $1.00              |                      |
                                            |       | $1.00              |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willie Hill**                             **Clm No 69047**    Filed In Cases: 140
c/o Willie Mae Lewis
2701 Kaulton Rd. Lot 56                     | Class | Claim Detail Amount | Final Allowed Amount |
Tuscaloosa, AL 35401                        |-------|--------------------|----------------------|
                                            | UNS   | $1.00              |                      |
                                            |       | $1.00              |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willie Hill**                             **Clm No 69048**    Filed In Cases: 140
C/o Willie M. Hill
121 Stevenson Drive                         | Class | Claim Detail Amount | Final Allowed Amount |
Holt, AL 35404                              |-------|--------------------|----------------------|
                                            | UNS   | $1.00              |                      |
                                            |       | $1.00              |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3017 of 3334

---

**William Hill**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69049**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Hill**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69050**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Hill**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69051**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                             3018 of 3334

---

**Frank Hill**                          **Clm No 69052**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                      Class            Claim Detail Amount      Final Allowed Amount
Houston, TX 77017
                                        UNS                  $1.00
                                                             $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**John Hill**                           **Clm No 69053**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                      Class            Claim Detail Amount      Final Allowed Amount
Houston, TX 77017
                                        UNS                  $1.00
                                                             $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Leonard Hill**                        **Clm No 69054**    Filed In Cases: 140
C/o Roland B. Hill
1401 Carson Rd. Apt.37                  Class            Claim Detail Amount      Final Allowed Amount
Birmingham, AL 35215
                                        UNS                  $1.00
                                                             $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### Claims Details

3019 of 3334

---

**George Hill**
c/o Odis D. Larry
2810 14th Avenue North
Bessemer, AL 35020

**Clm No 69055**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Fred Hill**
c/o Ms. Edna Hill Walker
704 Castlewood Drive
Bessemer, AL 35020

**Clm No 69056**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wade Hill**
C/o Ms. Catherine Smith
1817 Foster Ferry Road
Tuscaloosa, AL 35401

**Clm No 69057**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/20/2018 1:29:05 PM

*Claims Details*    3020 of 3334

---

**Robert Hill**
c/o Melvilean Hill
5043 Springtree Ct.
Lithonia, GA 30038

**Clm No 69058**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Hill**
C/o Marjorie Hill
4917 W. Lexington
Chicago, IL 60644

**Clm No 69059**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Nathan Hill**
C/o Lottie Hill
P.O. Box 699
West Blocton, AL 35184

**Clm No 69060**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### *Claims Details*

3021 of 3334

---

**Cisro Hill**
c/o Lela J. Hill
2686 Joe Lee Road
Talladega, AL 35160

**Clm No 69061**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rosell Hill**
C/o Laura F. Hill
P.O. Box 13171
Birmingham, AL 35202

**Clm No 69062**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Forest Hill**
C/o Joseph Hill
6516 Victoria Place South
Mobile, AL 36608

**Clm No 69063**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3022 of 3334

---

**Allen Hill**
c/o Freddie Hill Glover
9019 Bold Forest Dr.
Houston, TX 77088

**Clm No 69064**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Harvey Hill**
c/o Brenda Strickland
5000 Launch Street
Guntersville, AL 35976

**Clm No 69065**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**George Hill**
C/o Barbara S. Hill
359 Riverbend
Riverside, AL 35135

**Clm No 69066**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3023 of 3334

---

**Frank Hill**
c/o Anita T. Hill
P.O. Box 128
Plantersville, TX 77363

**Clm No 69067**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gaines Hill**
917 27th Street S.w.
Birmingham, AL 35211

**Clm No 69068**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Hill**
818 Cochise Trl
Birmingham, AL 35214

**Clm No 69069**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3024 of 3334

---

**Isreal Hill**
621 Petit Avenue
Mobile, AL 36617

**Clm No 69070**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Timothy Hill**
604 11th Court W.
Birmingham, AL 35204

**Clm No 69071**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sidney Hill**
5608 Court H
Birmingham, AL 35208

**Clm No 69072**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 1:29:05 PM

*Claims Details*

3025 of 3334

---

**Daniel Hill**
554 Rena Drive
Springville, AL 35146

**Clm No 69073**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EDDIE HILL**
533 Maides Ave
Wilmington, NC 28405

**Clm No 69074**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBY HILL**
531 Willow Lane
Birmingham, AL 35206

**Clm No 69075**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

## Claims Details

3026 of 3334

---

**Henry Hill**
3071 Fox Trail
Fultondale, AL 35068

**Clm No 69076**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JACQUELINE HILL**
30 Keith Hill Road
Laurel, MS 39440

**Clm No 69077**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kirby Hill**
2603 35th Ave N.W.
Tuscaloosa, AL 35401

**Clm No 69078**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3027 of 3334

---

**Henry Hill**
2300 Evergreen Drive
West Blocton, AL 35184

**Clm No 69079**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**JAMES HILL**
204 Bessemer Ave.
Brighton, AL 35020

**Clm No 69080**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Robert Hill**
1629 Cherry Avenue
Birmingham, AL 35214

**Clm No 69081**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### Claims Details

3028 of 3334

---

**LAWRENCE HILL**
11587 Grand View Drive
Northport, AL 35475

**Clm No 69082**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Hill**
11094 Arrowhead Road
Tuscaloosa, AL 35405

**Clm No 69083**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gardner Hill**
1019 Villa Court Dr.
Seabrook, TX 77586

**Clm No 69084**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## Claims Details

3029 of 3334

**Eddie Hillard**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69085**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Wylie Hilliard**
C/o Thelma H. Vanderburg
745 Lake Crest Drive
Hoover, AL 35226

**Clm No 69086**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Billy Hinds**
2744 Helena Road
Helena, AL 35080

**Clm No 69087**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**   **Visit us on the Web at www.omnimgt.com**   **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**   **E-mail: claimsmanager@omnimgt.com**   **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## Claims Details

3030 of 3334

---

**Sherman Hines**
C/o Lenora G. Hines
2112 Weatherly Ave
Birmingham, AL 35217

**Clm No 69088**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Henry Hines**
C/o Ardella Hines
1407 Magee Street
Prichard, AL 36610

**Clm No 69089**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Walter Hines**
163 Pinehill Dr
Mobile, AL 36606-1826

**Clm No 69090**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                              3031 of 3334

---

**James Hines**                    **Clm No 69091**    Filed In Cases: 140
1508 Elm St. S.W.
Birmingham, AL 35211

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Burton Hines**                   **Clm No 69092**    Filed In Cases: 140
108 Circlewood Drive
Alieneville, AL 35442

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**HENRY HINKEL**                   **Clm No 69093**    Filed In Cases: 140
3116 Middle Avenue
Pascagoula, MS 39581-3351

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3032 of 3334

---

**JAN HINKIE**
405 Osa Avant
Downsville, LA 71234

**Clm No 69094**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jessie Hinojosa**
1828 N. Houston Ave. #25
Humble, TX 77338

**Clm No 69095**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Eustorgio Hinojosa**
1435 Eunice
Corpus Christi, TX 78404

**Clm No 69096**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                             3033 of 3334

---

**Robert Hinson**                    **Clm No 69097**    Filed In Cases: 140
P.O. Box 580
Grove Hill, AL 36451                  Class            Claim Detail Amount      Final Allowed Amount

                                      UNS                      $1.00
                                                               $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Charles Hinson**                   **Clm No 69098**    Filed In Cases: 140
C/o Earlene King
P.O. Box 2564                         Class            Claim Detail Amount      Final Allowed Amount
Tuscaloosa, AL 35401
                                      UNS                      $1.00
                                                               $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Robert Hinton**                    **Clm No 69099**    Filed In Cases: 140
C/o Mrs. Clisa Hinton O'Neal
9503 Crete Circle                     Class            Claim Detail Amount      Final Allowed Amount
Tuscaloosa, AL 35406
                                      UNS                      $1.00
                                                               $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3034 of 3334

---

**Walter Hinton**
C/o Marzett Hinton
5006 Pin Oak Trail
Northport, AL 35473

**Clm No 69100**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jack Hinton**
c/o Jacquelyn Anderson
3202 Hinton Lane
Northport, AL 35473

**Clm No 69101**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Isaac Hinton**
6400 Unity Rd
Tuscaloosa, AL 35401

**Clm No 69102**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## *Claims Details*

3035 of 3334

---

**Eugene Hinton**
45000 B Phillipsville Rd
Bay Minette, AL 36507

**Clm No 69103**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CHARLES HINTON**
12733 Pilgrim Circle
Duncanville, AL 35456

**Clm No 69104**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dennis Hinze**
c/o Mrs. Helen Hinze
3221 Brant
Katy, TX 77493

**Clm No 69105**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

## *Claims Details*                                              3036 of 3334

---

**Anton Hitchfiel**                          **Clm No 69106**    Filed In Cases: 140
C/o Anton E. Hitchfiel, Jr.
216 Woodward Drive                           Class          Claim Detail Amount        Final Allowed Amount
Hueytown, AL 35023
                                             UNS                   $1.00
                                                                   $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Clarence Hives**                           **Clm No 69107**    Filed In Cases: 140
1909 East Seminary Drive, Apt. 3307
Fort Worth, TX 76119                          Class          Claim Detail Amount        Final Allowed Amount

                                             UNS                   $1.00
                                                                   $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Thomas Hobbs**                             **Clm No 69108**    Filed In Cases: 140
C/o Stephen Hobbs
3421 Davis Road                              Class          Claim Detail Amount        Final Allowed Amount
Bessemer, AL 35023
                                             UNS                   $1.00
                                                                   $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                              3037 of 3334

---

**Thomas Hobbs**                    **Clm No 69109**    Filed In Cases: 140
C/o Mary Frances J. Harris
413 16th Street North               Class           Claim Detail Amount    Final Allowed Amount
Birmingham, AL 35203                UNS                  $1.00
                                                         $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**EUGENE HOBBS**                    **Clm No 69110**    Filed In Cases: 140
9304 Mohawk
La Porte, TX 77571                  Class           Claim Detail Amount    Final Allowed Amount
                                    UNS                  $1.00
                                                         $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Jourman Hobbs**                   **Clm No 69111**    Filed In Cases: 140
308 Hobbs Road
League City, TX 77573               Class           Claim Detail Amount    Final Allowed Amount
                                    UNS                  $1.00
                                                         $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### Claims Details

3038 of 3334

---

**MICHAEL HOBE**
c/o Scott Hobe
320 Westridge Drive
Trafford, AL 35172

**Clm No 69112**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Henry Hobson**
C/o Donald Hugh Jones, Attorney
P.O. Box 402
Pelham, AL 35124

**Clm No 69113**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CLEO HOBSON**
501 E 16th St
Jasper, AL 35501

**Clm No 69114**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

### Claims Details                                                                                    3039 of 3334

---

**C.K. Hobson**                              **Clm No 69115**   Filed In Cases: 140
11631 Skelton Road
Duncanville, AL 35456             Class          Claim Detail Amount        Final Allowed Amount

                                 UNS                  $1.00
                                                      $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Walter Hoda**                              **Clm No 69116**   Filed In Cases: 140
c/o Billie M. Hoda
P.O. Box 1076                    Class          Claim Detail Amount        Final Allowed Amount
Brazoria, TX 77422-1076
                                 UNS                  $1.00
                                                      $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**CALVIN HODGE**                             **Clm No 69117**   Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600               Class          Claim Detail Amount        Final Allowed Amount
Houston, TX 77017
                                 UNS                  $1.00
                                                      $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3040 of 3334

---

**Sam Hodge**
C/o Boncile Cotton Hodge
1065 Talley Avenue
Birmingham, AL 35217

**Clm No 69118**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bob Hodge**
C/o Agnes S. Hodge
615 Washington Ave. West
Oneonta, AL 35121

**Clm No 69119**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ralph Hodge**
3751 Parkwood Road
Bessemer, AL 35020

**Clm No 69120**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

## *Claims Details*

3041 of 3334

---

**S.E. Hodges**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69121**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**BOBBY HODGES**
c/o Sandra C. Hodges
925 Deer Run North
West Point, MS 39773

**Clm No 69122**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**William Hodges**
C/o Morris Hodges
963 Glenn Chapel Road
Gardendale, AL 35071

**Clm No 69123**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3042 of 3334

---

**Steele Hodges**
c/o Miriam M. Hodges
310 6th Avenue East
Oneonta, AL 35121

**Clm No 69124**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Hodges**
113 Ellis Road
Steens, MS 39766

**Clm No 69125**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARION HODNETT**
Post Office Box 374
West Point, MS 39773

**Clm No 69126**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3043 of 3334

---

**David Hodrick**
144 South Haardt Drive
Montgomery, AL 36105

**Clm No 69127**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Hoehn**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69128**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Herman Hoffman**
Route 2, Box 7
Millry, AL 36558

**Clm No 69129**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3044 of 3334

---

**Jerry Hoffman**
c/o Brenda Hoffman-Lowman
817 Masonic Oak Dr.
Brazoria, TX 77422

**Clm No 69130**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JULIUS HOFFMAN**
513 State Lake Rd.
Millry, AL 36558

**Clm No 69131**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARCELLIA HOGAN**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69132**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

## *Claims Details*

3045 of 3334

---

| Jimmy Hogan | **Clm No 69133** | Filed In Cases: 140 | |
|---|---|---|---|
| 8081 Lock 17 Road | Class | Claim Detail Amount | Final Allowed Amount |
| Bessemer, AL 35023 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| WILLIE HOGAN | **Clm No 69134** | Filed In Cases: 140 | |
|---|---|---|---|
| 5080 Walker Rd | Class | Claim Detail Amount | Final Allowed Amount |
| West Point, MS 39773 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| Otha Hoggle | **Clm No 69135** | Filed In Cases: 140 | |
|---|---|---|---|
| P.O. Box 44 | Class | Claim Detail Amount | Final Allowed Amount |
| Cottondale, AL 35453 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

### *Claims Details*                                                    3046 of 3334

---

**Hubert Hoggle**                    **Clm No 69136**    Filed In Cases: 140
C/o Mary Hoggle
P.O. Box 35                          | Class | Claim Detail Amount | Final Allowed Amount |
Cottondale, AL 35453                 |-------|---------------------|----------------------|
                                     | UNS   | $1.00               |                      |
                                     |       | $1.00               |                      |

| Date Filed        | 9-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**James Hoggle**                     **Clm No 69137**    Filed In Cases: 140
1936 Englewood Drive
Tuscaloosa, AL 35405                 | Class | Claim Detail Amount | Final Allowed Amount |
                                     |-------|---------------------|----------------------|
                                     | UNS   | $1.00               |                      |
                                     |       | $1.00               |                      |

| Date Filed        | 9-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Arlin Hogland**                    **Clm No 69138**    Filed In Cases: 140
926 Co. Road 109
Cullman, AL 35057                    | Class | Claim Detail Amount | Final Allowed Amount |
                                     |-------|---------------------|----------------------|
                                     | UNS   | $1.00               |                      |
                                     |       | $1.00               |                      |

| Date Filed        | 9-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**         **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

---

*Claims Details*                                                            3047 of 3334

---

**DOROTHY HOGUE**                    **Clm No 69139**    Filed In Cases: 140
1200 Franconia Road
Aliceville, AL 35442                  | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sonny Holcomb**                     **Clm No 69140**    Filed In Cases: 140
7477 Crowder Drive
Bessemer, AL 35023                    | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ceolar Holcombe**                   **Clm No 69141**    Filed In Cases: 140
c/o Leora Holcombe
1601 4th Street North
Birmingham, AL 35204                  | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## *Claims Details*

3048 of 3334

**PAUL HOLDER**
c/o Martha Holder Fuller
1106 4th Street NW
Reform, AL 35481

**Clm No 69142**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Eddie Holder**
C/o Alberta Holder
500 Avenue Z, Pratt
Birmingham, AL 35214

**Clm No 69143**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Alberta Holder**
500 Ave Z
Birmingham, AL 35214

**Clm No 69144**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                              3/20/2018 1:29:05 PM

---

*Claims Details*                                                                       3049 of 3334

---

| Junior Holeman | **Clm No 69145** | Filed In Cases: 140 | |
|---|---|---|---|
| Mr. Junior Holeman | Class | Claim Detail Amount | Final Allowed Amount |
| 3005 11th Avenue E. | | | |
| Tuscaloosa, AL 35405-2503 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| Hosea Holey | **Clm No 69146** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o Luella Worford | Class | Claim Detail Amount | Final Allowed Amount |
| 2101 Snavely Avenue S.W. | | | |
| Birmingham, AL 35211 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| Florencio Holguin | **Clm No 69147** | Filed In Cases: 140 | |
|---|---|---|---|
| 9317 McCabe Dr. | Class | Claim Detail Amount | Final Allowed Amount |
| El Paso, TX 79925 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                         3050 of 3334

---

**Clarence Holifield**                    **Clm No 69148**    Filed In Cases: 140
P.O. Box 244
Lacygne, KS 66040                         Class         Claim Detail Amount      Final Allowed Amount

                                          UNS              $1.00
                                                           $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**James Holifield**                       **Clm No 69149**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                         Class         Claim Detail Amount      Final Allowed Amount
Houston, TX 77017
                                          UNS              $1.00
                                                           $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Algia Holifield**                       **Clm No 69150**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                         Class         Claim Detail Amount      Final Allowed Amount
Houston, TX 77017
                                          UNS              $1.00
                                                           $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## Claims Details

3051 of 3334

---

**James Holifield**
c/o Shellie A. Foster-Lyles
P.O. Box 321
Montgomery, AL 36101

**Clm No 69151**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FRED HOLIFIELD**
2705 7th Avenue
Bessemer, AL 35020

**Clm No 69152**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Austin Holifield**
25 13th Ave North
Birmingham, AL 35204

**Clm No 69153**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3052 of 3334

---

**Joe Hollamon**
2020 Francis Ave S.W.
Birmingham, AL 35211

**Clm No 69154**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Maurice Holland**
C/o Renata H. Hillman
4190 Private Rd. 311
Wilmer, AL 36587

**Clm No 69155**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**VERNELL HOLLAND**
9965 Camp Oliver Rd
Adger, AL 35006-8911

**Clm No 69156**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

## Claims Details

3053 of 3334

---

**Herbert Holland**                    **Clm No 69157**    Filed In Cases: 140
14557 Hwy. 69 North
Northport, AL 35476                     | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rebecca Holley**                    **Clm No 69158**    Filed In Cases: 140
623 Mt Hebron Rd
Eclectic, AL 36024                     | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Holley**                    **Clm No 69159**    Filed In Cases: 140
10250 Lott Road
Chunchula, AL 36521                    | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## *Claims Details*

3054 of 3334

---

**Johnny Holliman**
990 County Road 51
Kennedy, AL 35574

**Clm No 69160**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Holliman**
4480 Peach Grove
Tuscaloosa, AL 35401

**Clm No 69161**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BENNIE HOLLIMAN**
131 Lamar Drive
Kennedy, AL 35574

**Clm No 69162**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3055 of 3334

---

**ODELL HOLLING**
59 Cottage Street
Rochester, NY 14608

**Clm No 69163**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Hollinger**
c/o Audrey Jones Hollinger
665 Florida Street
Mobile, AL 36617

**Clm No 69164**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Berle Hollingsworth**
655 4th Ave. NW
Gordo, AL 35466

**Clm No 69165**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 1:29:05 PM

### Claims Details

3056 of 3334

---

**Evelyn Hollingsworth**
16139 Wild Winds Lane
Buhl, AL 35446

**Clm No 69166**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|------------------|------------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Roosevelt Hollins**
Mr. Roosevelt Hollins
1816 Marlin Springs Road
Birmingham, AL 35215

**Clm No 69167**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|------------------|------------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CHARLES HOLLINS**
c/o Catherine Hollins
1104 - 5th Ave. West
Birmingham, AL 35204

**Clm No 69168**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|------------------|------------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### *Claims Details*

3057 of 3334

---

**Willard Hollis**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69169**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ernest Hollis**
c/o Richard Hollis
5174 Snowville Brent Rd.
Dora, AL 35062

**Clm No 69170**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Hollis**
C/o Mary Ward Hollis
P.O. Box 452
Uniontown, AL 36786

**Clm No 69171**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3058 of 3334

---

**Henry Hollis**
c/o Christopher D. Johnson
2462 Gulf Terra Drive North
Mobile, AL 36605

**Clm No 69172**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dan Hollis**
5469 Demetrious Drive
Bessemer, AL 35022

**Clm No 69173**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Garfield Hollis**
1950 Highland Forest Drive
Mobile, AL 36618

**Clm No 69174**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3059 of 3334

---

**ROY HOLLIS**
106 Wildwood Dr.
Trussville, AL 35173

**Clm No 69175**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Clyde Holloman**
C/o Sandra H. Calhoun
302 Sanders Road
Bremen, GA 30110

**Clm No 69176**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**James Holloway**
Rt. 1, Box 231
Vinegar Bend, AL 36584

**Clm No 69177**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3060 of 3334

---

**Ray Holloway**
C/o Willie R. Holloway
Rt 1 Box 230A
Vinegar Bend, AL 36584

**Clm No 69178**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Melba Holloway**
c/o Ms. Kristi Hayworth
19275 Kemp Rd.
Northport, AL 35475

**Clm No 69179**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Aaron Holloway**
428 5th Street
Birmingham, AL 35214-5606

**Clm No 69180**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                              3/20/2018 1:29:05 PM

### Claims Details                                                                      3061 of 3334

---

**Willie Holloway**                      **Clm No 69181**    Filed In Cases: 140
188 Moody Road
Vinegar Bend, AL 36584                   Class              Claim Detail Amount    Final Allowed Amount

                                         UNS                     $1.00
                                                                 $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**CHARLES HOLLOWAY**                     **Clm No 69182**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                       Class              Claim Detail Amount    Final Allowed Amount
Houston, TX 77017
                                         UNS                     $1.00
                                                                 $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Benjamin Holman**                      **Clm No 69183**    Filed In Cases: 140
1353 Westminster Place
Birmingham, AL 35235-2632                Class              Claim Detail Amount    Final Allowed Amount

                                         UNS                     $1.00
                                                                 $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3062 of 3334

---

**Reuben Holmes**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69184**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Earl Holmes**
c/o Theresa Holmes
5469 Sutherland Road
Mount Olive, AL 35117

**Clm No 69185**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sabina Holmes**
c/o Ms. Sabina W. Bradberry
210 Sun Circle
Hueytown, AL 35023

**Clm No 69186**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3063 of 3334

---

**Mary Holmes**
c/o Mrs. Janet Holmes
9184 East Carol Road
Whitesburg, GA 30185-2028

**Clm No 69187**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joe Holmes**
C/o Mr. Winston Jemison
1808 Sue Drive
Birmingham, AL 35214

**Clm No 69188**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**L.D. Holmes**
C/o Julia Mae Holmes
433 Oakmont St
Brighton, AL 35020

**Clm No 69189**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/20/2018 1:29:05 PM

*Claims Details*                                                                    3064 of 3334

---

**John Holmes**                        **Clm No 69190**     Filed In Cases: 140
c/o John Holmes Jr. & Pauline
1526 Hill Street                       Class           Claim Detail Amount      Final Allowed Amount
Montgomery, AL 36108
                                       UNS                  $1.00
                                                            $1.00


Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Harrison Holmes**                    **Clm No 69191**     Filed In Cases: 140
c/o Blondell Holmes
4621 McClain St.                       Class           Claim Detail Amount      Final Allowed Amount
Brighton, AL 35020
                                       UNS                  $1.00
                                                            $1.00


Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Phillip Holmes**                     **Clm No 69192**     Filed In Cases: 140
c/o Anice Holmes
2267 FM 2798                           Class           Claim Detail Amount      Final Allowed Amount
Livingston, TX 77351
                                       UNS                  $1.00
                                                            $1.00


Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3065 of 3334

---

**Willie Holmes**
533 Goldenrod Drive
Birmingham, AL 35215

**Clm No 69193**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Quinnon Holmes**
5328 Rosemary Road
Mt Olive, AL 35117

**Clm No 69194**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Timothy Holmes**
4736 Wilolvey Dr.
Lipscomb, AL 35020

**Clm No 69195**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3066 of 3334

---

**William Holmes**
403 12th Ave. North
Texas City, TX 77590

**Clm No 69196**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Layfayette Holmes**
3125 Aspen Ave
Birmingham, AL 35221

**Clm No 69197**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gloria Holstead**
c/o Vicky Morris
10930 Canarywood Drive
Houston, TX 77089

**Clm No 69198**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3067 of 3334

| **Alfred Holston** | | **Clm No 69199** | Filed In Cases: 140 | |
| c/o Williams Kherkher | | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | | |
| Houston, TX 77017 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| **Thomas Holston** | | **Clm No 69200** | Filed In Cases: 140 | |
| C/o Maude W. Holston | | Class | Claim Detail Amount | Final Allowed Amount |
| 1284 County Road 34 | | | | |
| Akron, AL 35441 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| **Amos Holt** | | **Clm No 69201** | Filed In Cases: 140 | |
| c/o Williams Kherkher | | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | | |
| Houston, TX 77017 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3068 of 3334

---

**Charles Holt**
c/o Theresa Holt
2612 Carver Avenue
Mobile, AL 36617

**Clm No 69202**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Oscar Holt**
C/o Carol H. Myrick Newman
536 May Creek Place
Gold Bar, WA 98251

**Clm No 69203**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Robert Homan**
C/o Barbara H. Sanders
P.O. Box 68
Guin, AL 35563

**Clm No 69204**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3069 of 3334

---

**Charles Honeycutt**
C/o Betty S. Honeycutt
1209 Tabernacle Rd
Columbus, MS 39702

**Clm No 69205**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Johnnie Honeycutt**
5461 Walnut Drive
Mulga, AL 35118

**Clm No 69206**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Chesley Hood**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69207**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## Claims Details

3070 of 3334

**EUELL HOOD**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69208**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Elijah Hood**
c/o Shirlley Hood
2608 Deerfield Lane
Northport, AL 35473

**Clm No 69209**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Ernest Hood**
C/o Ms. Linda Sue Morris
535 Julianne Drive
Leeds, AL 35094

**Clm No 69210**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/20/2018 1:29:05 PM

---

*Claims Details*                                                    3071 of 3334

---

**Chalmus Hood**                    **Clm No 69211**    Filed In Cases: 140

c/o Mrs. Mary Ruth Hood             | Class | Claim Detail Amount | Final Allowed Amount |
2525 Foster Ferry Road              |-------|---------------------|----------------------|
Tuscaloosa, AL 35401                | UNS   | $1.00               |                      |
                                                          $1.00

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Hood**                    **Clm No 69212**    Filed In Cases: 140

c/o Anthony Hood                    | Class | Claim Detail Amount | Final Allowed Amount |
2410 Englewood Drive                |-------|---------------------|----------------------|
Tuscaloosa, AL 35405                | UNS   | $1.00               |                      |
                                                          $1.00

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Earnest Hood**                    **Clm No 69213**    Filed In Cases: 140

3501 Dixiana Trail                  | Class | Claim Detail Amount | Final Allowed Amount |
Pinson, AL 35216                    |-------|---------------------|----------------------|
                                    | UNS   | $1.00               |                      |
                                                          $1.00

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                                   3072 of 3334

---

**James Hooie**                          **Clm No 69214**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                        Class            Claim Detail Amount        Final Allowed Amount
Houston, TX 77017
                                         UNS                      $1.00
                                                                  $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Jeremiah Hooks**                       **Clm No 69215**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                        Class            Claim Detail Amount        Final Allowed Amount
Houston, TX 77017
                                         UNS                      $1.00
                                                                  $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Joseph Hooks**                         **Clm No 69216**    Filed In Cases: 140
c/o Pauline Hooks
5913 Ivy Street                           Class            Claim Detail Amount        Final Allowed Amount
Birmingham, AL 35228-3943
                                         UNS                      $1.00
                                                                  $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### Claims Details

3073 of 3334

---

**Herman Hooks**
309 New Avenue
Bessemer, AL 35020

**Clm No 69217**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CLAUDE HOOKS**
1529 Matt Leonard Drive, SW
Birmingham, AL 35211

**Clm No 69218**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JACK HOOPER**
c/o Nita Lee Duncan
17218 Auction Barn Rd
Alvin, TX 77511

**Clm No 69219**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3074 of 3334

---

**Charles Hope**
C/o Geneva Hope
128 15th Avenue North
Birmingham, AL 35204

**Clm No 69220**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Hopkins**
c/o Shirley Hopkins
2697 Hwy 182
Jay, FL 32565-9415

**Clm No 69221**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Flozell Hopkins**
C/o Frank Hopkins
3218 Pleasant Hill Drive
Cottondale, AL 35453

**Clm No 69222**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3075 of 3334

---

**Eddie Hopkins**
C/o Dennis Wayne Hopkins
P.O. Box 866
Reform, AL 35481

**Clm No 69223**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Charles Hopkins**
3402 31st Street
Tuscaloosa, AL 35401

**Clm No 69224**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Joe Hopkins**
1715 Exeter Ave
Bessemer, AL 35020

**Clm No 69225**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3076 of 3334

| Fred Hopkins | **Clm No 69226** | Filed In Cases: 140 | |
|---|---|---|---|
| 1663 Matt Leonard Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Birmingham, AL 35211 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Edgar Hopkins | **Clm No 69227** | Filed In Cases: 140 | |
|---|---|---|---|
| 12641 Bama Rock Road | Class | Claim Detail Amount | Final Allowed Amount |
| Vance, AL 35490 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Sam Hopson | **Clm No 69228** | Filed In Cases: 140 | |
|---|---|---|---|
| P.O. Box 263 | Class | Claim Detail Amount | Final Allowed Amount |
| Akron, AL 35441 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### Claims Details

3077 of 3334

---

**Archie Hopson**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69229**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Whalon Horace**
P.O. Box 162
Gardendale, AL 35071

**Clm No 69230**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JACK HORN**
900 E. 10TH St
Sedalia, MO 65301

**Clm No 69231**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3078 of 3334

---

**Herman Horn**
1604 43rd Ct.
Tuscaloosa, AL 35401

**Clm No 69232**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Horn**
129 PR 7028
Jefferson, TX 75657

**Clm No 69233**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Daniel Horn**
c/o Herman Horn
1604 43rd Court
Tuscaloosa, AL 35401

**Clm No 69234**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 1:29:05 PM

### Claims Details

3079 of 3334

---

**Claude Horne**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69235**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 9-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Foster Horne**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69236**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 9-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**CHARLES HORNE**
c/o Linda Lanham Horne Weeks
P.O. Box 1007
Gardendale, AL 35071

**Clm No 69237**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 9-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

## Claims Details

3080 of 3334

---

**James Horne**
3515 Hwy. 280
Sylacauga, AL 35150

**Clm No 69238**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Horne**
3304 Mc Ilhenny St.
Houston, TX 77004

**Clm No 69239**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Donald Horne**
296 Dogwood Drive
Sylvan Springs, AL 35118

**Clm No 69240**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3081 of 3334

---

**Jesse Hornsby**
c/o Mary J. Nelson
878 Ponderosa Circle
Sylacauga, AL 35151

**Clm No 69241**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Imogene Hornsby**
c/o Mary J. Nelson
878 Ponderosa Circle
Sylacauga, AL 35150

**Clm No 69242**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Melvin Horton**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69243**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3082 of 3334

---

**William Horton**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69244**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Donnell Horton**
c/o Mrs. Dorris N. Horton
P.O. Box 2574
Gadsden, AL 35903

**Clm No 69245**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Horton**
C/o Mary Horton
6608 Cordrey Court
Midfield, AL 35228

**Clm No 69246**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3083 of 3334

---

**JESSIE HORTON**
c/o Jessie Horton Jr.
14447 Park
Dolton, IL 60419

**Clm No 69247**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sullivan Horton**
C/o Gordon Wayne Wallace
3708 County Rd 42
Akron, AL 35441

**Clm No 69248**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Auston Horton**
7400 Wade Park, Apt. 1001
Cleveland, OH 44103

**Clm No 69249**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## *Claims Details*

3084 of 3334

---

**AMOS HORTON**
3701 Mineral Avenue, SW
Birmingham, AL 35221

**Clm No 69250**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Hosea**
3273 Short 17th Street
Tuscaloosa, AL 35401

**Clm No 69251**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Esaw Hoskin**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69252**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## Claims Details

3085 of 3334

---

**GARY HOSMER**
42 Hyche Road
Cordova, AL 35550

**Clm No 69253**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HOBERT HOSMER**
3329 Willow Ridge Drive
Tuscaloosa, AL 35405-2641

**Clm No 69254**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Paul Hough**
c/o Helen Hough
11451 127th Avenue
Largo, FL 33778-1913

**Clm No 69255**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## Claims Details

3086 of 3334

---

**GRACE HOUSE**
P.O. Box 27
Reform, AL 35481

**Clm No 69256**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Benjamin House**
16670 Xenia Avenue
Brookwood, AL 35444

**Clm No 69257**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James House**
11716 Eaglebluff
Cottondale, AL 35453

**Clm No 69258**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3087 of 3334

---

**William Houser**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69259**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|--------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Linon Houston**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69260**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|--------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Calvin Houston**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69261**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|--------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

---

*Claims Details*                                                                      3088 of 3334

---

**Henry Houston**                          **Clm No 69262**    Filed In Cases: 140
C/o Ella Mae Houston
3318 17 Avenue North                       Class            Claim Detail Amount      Final Allowed Amount
Birmingham, AL 35234
                                           UNS                    $1.00

                                                                  $1.00

Date Filed               9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Richard Houston**                        **Clm No 69263**    Filed In Cases: 140
733 Attalla Place
Birmingham, AL 35224                        Class            Claim Detail Amount      Final Allowed Amount

                                           UNS                    $1.00

                                                                  $1.00

Date Filed               9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Charles Howard**                         **Clm No 69264**    Filed In Cases: 140
Mr. Charles E. Howard
3700 Shillinger Rd. North, Lot #2          Class            Claim Detail Amount      Final Allowed Amount
Semmes, AL 36575
                                           UNS                    $1.00

                                                                  $1.00

Date Filed               9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3089 of 3334

---

**Dan Howard**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69265**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Curtis Howard**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69266**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Adam Howard**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69267**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## *Claims Details*

3090 of 3334

---

**Alex Howard**
C/o Rosie Howard
1330 S. Atmore Avenue
Whistler, AL 36612-1914

**Clm No 69268**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Walter Howard**
C/o Mary Lee Howard
86 Alabama Avenue
Bessemer, AL 35020

**Clm No 69269**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jack Howard**
C/o Johnny Howard
6066 Townley Court
Mccalla, AL 35111

**Clm No 69270**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### Claims Details

3091 of 3334

---

**James Howard**
C/o Jewell W. Howard
8308 Vassar Ave. South
Birmingham, AL 35206

**Clm No 69271**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Howard**
C/o Ida Mae Howard
1212 17th Street
Tuscaloosa, AL 35401

**Clm No 69272**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Howard**
c/o Helen Marie Howard
HC2  Box  134F
Liberty, TX 77575

**Clm No 69273**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3092 of 3334

---

**Louis Howard**
C/o Gary D. Porter
150 Government Street, Suite 1003B
Mobile, AL 36602

**Clm No 69274**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Samuel Howard**
C/o Evlener Howard
1113 Portland Street
Birmingham, AL 35224

**Clm No 69275**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Howard**
C/o Essie M. Howard
6655 Zeigler Blvd. Apt. N-2
Mobile, AL 36608

**Clm No 69276**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## *Claims Details*

3093 of 3334

---

**T Howard**
c/o Elnora Black
3800 Rollingbrook Dr. Apt. 6308
Baytown, TX 77521

**Clm No 69277**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Howard**
C/o Delois W. Howard
2337 20th Street Ensley
Birmingham, AL 35208-1601

**Clm No 69278**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Iva Howard**
c/o Deborah Saied
799 Konawa Dr.
Eucha, OK 74342

**Clm No 69279**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### Claims Details

3094 of 3334

| Jack Howard | **Clm No 69280** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o Billie Jean Howard | Class | Claim Detail Amount | Final Allowed Amount |
| 207 South Mobile Street #101 | | | |
| Fairhope, AL 36532 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| FRANCIS HOWARD | **Clm No 69281** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Alan Patterson | Class | Claim Detail Amount | Final Allowed Amount |
| 547 South West Blvd N. | | | |
| St. Petersburg, FL 33703 | UNS | $10,000.00 | |
| | | $10,000.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

| Johnny Howard | **Clm No 69282** | Filed In Cases: 140 | |
|---|---|---|---|
| 5765 Riverbirch Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Bessemer, AL 35022 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**            **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3095 of 3334

---

**Betty Howard**
5327 36th Ave. East
Tuscaloosa, AL 35405

**Clm No 69283**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilbert Howard**
326 Bo Howard
Wagarville, AL 36585-6900

**Clm No 69284**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**W. Howard**
3110 Hartsville Rd.
Houston, TX 77051

**Clm No 69285**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3096 of 3334

---

**Wilburn Howard**
160 Harding Lane
Sumiton, AL 35148

**Clm No 69286**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**T. Howard**
14232 Leafy Ln
Conroe, TX 77306

**Clm No 69287**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dennie Howard**
13125 White Western Spring Rd.
Southport, FL 32409

**Clm No 69288**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## Claims Details

3097 of 3334

---

**Edgar Howard**
1035 Hwy 39
Chelsea, AL 35043

**Clm No 69289**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ELBERT HOWELL**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69290**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Milton Howell**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69291**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                     3/20/2018 1:29:05 PM

*Claims Details*                                                              3098 of 3334

---

**Robert Howell**                          **Clm No 69292**     Filed In Cases: 140
c/o Robert E. Howell
4933 Dossett Lane                          Class         Claim Detail Amount        Final Allowed Amount
Eight Mile, AL 36613
                                           UNS                    $1.00
                                                                  $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Ozzo Howell**                            **Clm No 69293**     Filed In Cases: 140
C/o Ozzo Howell, Jr.
5020 Mcclain Street                        Class         Claim Detail Amount        Final Allowed Amount
Brighton, AL 35020
                                           UNS                    $1.00
                                                                  $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Edmund Howell**                          **Clm No 69294**     Filed In Cases: 140
c/o Lula J. Dubose
223 Robinson Drive                         Class         Claim Detail Amount        Final Allowed Amount
Jackson, AL 36545
                                           UNS                    $1.00
                                                                  $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3099 of 3334

---

**Sterling Howell**
C/o Cornelia Howell
3433 36th Avenue
Tuscaloosa, AL 35401

**Clm No 69295**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Howell**
5529 Lambert Cemetery Rd
Citronelle, AL 36522

**Clm No 69296**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GEORGE HOWELL**
1255 Orangeview Ln.
Holiday, FL 34691

**Clm No 69297**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3100 of 3334

---

**Bobby Howeth**
c/o Joni Delgado
113 Mammoth Springs Ln.
Dickinson, TX 77539

**Clm No 69298**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Marvin Howland**
1016 Chevy Chase
Angleton, TX 77515

**Clm No 69299**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Samuel Howton**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69300**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## Claims Details

3101 of 3334

---

**Mogene Howton**
C/o Eval Jean Howton
23400 Highway 18 East
Berry, AL 35546

**Clm No 69301**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Leroy Howton**
20 Honeysuckle Cr
Helena, AL 35080

**Clm No 69302**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Percy Hoyrd**
1346 Fulton Ave
Birmingham, AL 35217

**Clm No 69303**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## Claims Details

3102 of 3334

---

**John Hrabowski**
C/o Kay L. Cason, Gen. Adm.
505 20th Street North #1650
Birmingham, AL 35203

**Clm No 69304**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GREGORY HRABOWSKI**
813 Vanderbilt Street, S
Birmingham, AL 35206

**Clm No 69305**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Hubbard**
P.O. Box 177
Brent, AL 35034

**Clm No 69306**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/20/2018 1:29:05 PM

## *Claims Details*                                                      3103 of 3334

| Robert Hubbard | | **Clm No 69307** | Filed In Cases: 140 | |
|---|---|---|---|---|
| c/o Williams Kherkher | | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | | |
| Houston, TX 77017 | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| Robert Hubbard | | **Clm No 69308** | Filed In Cases: 140 | |
|---|---|---|---|---|
| C/o Willie Bell Hubbard | | Class | Claim Detail Amount | Final Allowed Amount |
| 230 Marsh Avenue | | | | |
| Hueytown, AL 35023 | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| Homer Hubbard | | **Clm No 69309** | Filed In Cases: 140 | |
|---|---|---|---|---|
| c/o Williams Kherkher | | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | | |
| Houston, TX 77017 | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### Claims Details

3104 of 3334

---

**FANNIE HUBBARD**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69310**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Luther Hubbard**
C/o Judy Dowdle
158 Forest Circle Drive
Centreville, AL 35042

**Clm No 69311**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilson Hubbard**
C/o Cynthia  D. Hoffman
2828 Woodland Road
Tuscaloosa, AL 35404

**Clm No 69312**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### Claims Details

3105 of 3334

---

**Earnie Hubbard**
c/o Connie H. Essington
11059 Lamey Bridge Road #922
D'Iberville, MS 39540

**Clm No 69313**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mary Hubbard**
3901 20th St. N.W.
Holt, AL 35404

**Clm No 69314**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Marquis Hubbard**
2463 Pinetree Drive
Mobile, AL 36617

**Clm No 69315**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## Claims Details

3106 of 3334

---

**John Hubbard**
13500 North Scottsville Rd
West Blocton, AL 35184

**Clm No 69316**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM HUBBERT**
c/o Joline  Hubbert
1000 Tower Drive
Birmingham, AL 35214

**Clm No 69317**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CLINTON HUBBS**
Post Office Box 355
Grove Hill, AL 36451

**Clm No 69318**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3107 of 3334

---

**Rayford Huber**
5702-C Lundy Road
Theodore, AL 36582

**Clm No 69319**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Johnnie Hubert**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69320**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Claude Hubert**
2133 Roberta Road
Birmingham, AL 35214

**Clm No 69321**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

---

*Claims Details*                                                                    3108 of 3334

---

**Dow Huddleston**                    **Clm No 69322**    Filed In Cases: 140
C/o Ronald Huddleston
7164 Morris Circle                    Class            Claim Detail Amount        Final Allowed Amount
Mccalla, AL 35111
                                      UNS                  $1.00
                                                                                 
                                                           $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Billy Huddleston**                   **Clm No 69323**    Filed In Cases: 140
807 Schaub Avenue
Mobile, AL 36609                      Class            Claim Detail Amount        Final Allowed Amount

                                      UNS                  $1.00
                                                           $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Leroy Hudgens**                      **Clm No 69324**    Filed In Cases: 140
C/o Savina Anderson
P.O. Box 355                          Class            Claim Detail Amount        Final Allowed Amount
Mcintosh, AL 36553
                                      UNS                  $1.00
                                                           $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## Claims Details

3109 of 3334

---

**WALTER HUDGINS**
105 Lewis Road
Chelsea, AL 35043

**Clm No 69325**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES HUDSON**
P.O. Box 655
Dolomite, AL 35061

**Clm No 69326**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Phillip Hudson**
c/o Zelma Hudson
1110 Charisse
Killeen, TX 76543

**Clm No 69327**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## Claims Details

3110 of 3334

---

**Albert Hudson**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69328**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Joseph Hudson**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69329**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**KENNETH HUDSON**
c/o Mickey Hudson
416 Scott
Pasadena, TX 77506

**Clm No 69330**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                         3111 of 3334

---

**Johnnie Hudson**                    **Clm No 69331**    Filed In Cases: 140
c/o Martha Hudson
P.O. Box 186                          Class          Claim Detail Amount    Final Allowed Amount
Empire, AL 35063
                                      UNS                $1.00
                                                         $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willard Hudson**                    **Clm No 69332**    Filed In Cases: 140
C/o Linda L. Wyman
P.O. Box 1021                         Class          Claim Detail Amount    Final Allowed Amount
Dora, AL 35062-1021
                                      UNS                $1.00
                                                         $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Joseph Hudson**                     **Clm No 69333**    Filed In Cases: 140
C/o Linda Hudson Harrison
5022 Hwy 78                           Class          Claim Detail Amount    Final Allowed Amount
Cordova, AL 35050
                                      UNS                $1.00
                                                         $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3112 of 3334

---

**Clarence Hudson**
C/o Fran J. Hudson
1785 Anderson Road
Montgomery, AL 36110

**Clm No 69334**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Edgar Hudson**
C/o Doris Jean Hudson
1700 19th  Ensley
Birmingham, AL 35218

**Clm No 69335**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Hudson**
c/o Cassie Hudson
4506 Little Drive
Bessemer, AL 35022

**Clm No 69336**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## Claims Details

3113 of 3334

---

**Albert Hudson**
5629 21st Ave. East
Tuscaloosa, AL 35405

**Clm No 69337**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES HUDSON**
304 Wink Circle
Birmingham, AL 35215

**Clm No 69338**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Edgar Hudson**
228 21st S.W.
Birmingham, AL 35211

**Clm No 69339**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## Claims Details

3114 of 3334

| James Hudson | **Clm No 69340** | Filed In Cases: 140 | |
|---|---|---|---|
| 12115 Reed Simpson Rd. | Class | Claim Detail Amount | Final Allowed Amount |
| Northport, AL 35475-6918 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| BURSE HUDSON | **Clm No 69341** | Filed In Cases: 140 | |
|---|---|---|---|
| 1172 Taylors Chapel Rd | Class | Claim Detail Amount | Final Allowed Amount |
| Oxford, AL 36203 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Tommy Hudson | **Clm No 69342** | Filed In Cases: 140 | |
|---|---|---|---|
| 1016 31st Street S.W. | Class | Claim Detail Amount | Final Allowed Amount |
| Birmingham, AL 35221 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## *Claims Details*

3115 of 3334

**HOMER HUFF**
c/o Michael Keith Huff
7201 Mill Creek Place
Dora, AL 35062

**Clm No 69343**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**John Huffman**
c/o Dorothy S. Huffman
3315 Rice Blvd.
Houston, TX 77005

**Clm No 69344**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Joseph Huffstutler**
c/o Cheri H. Crumpton
127 Ashford
Birmingham, AL 35242

**Clm No 69345**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3116 of 3334

---

**Bruno Huggins**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69346**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Eugene Huggins**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69347**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Clarence Huggins**
5103 Briar Cliff
Northport, AL 35473

**Clm No 69348**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## *Claims Details*

3117 of 3334

---

**James Hughes**
P.O. Box 662
Cantonment, FL 32533

**Clm No 69349**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Truman Hughes**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69350**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Hughes**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69351**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3118 of 3334

---

**Clarence Hughes**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69352**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wesley Hughes**
C/o Shirley Nix
19 Oxford Gate Drive
Tuscaloosa, AL 35405

**Clm No 69353**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CHESTER HUGHES**
c/o Shelia Fair
520 Bulldog Street
West Point, MS 39773

**Clm No 69354**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

3119 of 3334

---

**James Hughes**
C/o Rodney Hughes
2420 Circle Drive
Bessemer, AL 35023

**Clm No 69355**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jack Hughes**
C/o John Hughes
3104 Green Grove Circle N.E.
Tuscaloosa, AL 35404

**Clm No 69356**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Paul Hughes**
C/o Jerry Hughes
11909 Tidewater Drive
Cottondale, AL 35453

**Clm No 69357**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                                                3120 of 3334

---

**Abner Hughes**                              **Clm No 69358**    Filed In Cases: 140
C/o Bertha Horton
14535 Jwy 115                                 Class          Claim Detail Amount        Final Allowed Amount
Fosters, AL 35463
                                              UNS                    $1.00
                                                                     $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**John Hughes**                               **Clm No 69359**    Filed In Cases: 140
4864 Country Trails Dr
Polk City, FL 33868                           Class          Claim Detail Amount        Final Allowed Amount

                                              UNS                    $1.00
                                                                     $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**William Hughes**                            **Clm No 69360**    Filed In Cases: 140
371 Hwy 443
Wilsonville, AL 35186                          Class          Claim Detail Amount        Final Allowed Amount

                                              UNS                    $1.00
                                                                     $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                    3121 of 3334

---

**Joe Hughes**                          **Clm No 69361**    Filed In Cases: 140
287 County Road 529
Scottsboro,, AL 35768                    Class         Claim Detail Amount      Final Allowed Amount

                                        UNS                $1.00
                                                           $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Leroy Hughes**                        **Clm No 69362**    Filed In Cases: 140
2621 23rd St S.W.
Birmingham, AL 35211                     Class         Claim Detail Amount      Final Allowed Amount

                                        UNS                $1.00
                                                           $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Floyd Hughes**                        **Clm No 69363**    Filed In Cases: 140
19820 Hwy. 43 North
Northport, AL 35476                      Class         Claim Detail Amount      Final Allowed Amount

                                        UNS                $1.00
                                                           $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3122 of 3334

---

**MCKINLEY HUGHES**
1610 Mc Ghee Street
Prichard, AL 36610

**Clm No 69364**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**George Hughes**
15719 T. C. Jester
Houston, TX 77068

**Clm No 69365**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Charles Hughes**
1217 Wood Estates Rd
Northport, AL 35475

**Clm No 69366**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3123 of 3334

---

**Henry Hughins**
C/o Patsy  Hughins
1117 Corvair Circle
Birmingham, AL 35235

**Clm No 69367**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE HUGHLEY**
1209 44 Street North
Birmingham, AL 35212-1223

**Clm No 69368**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARMON HULL**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69369**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3124 of 3334

**Harold Hull**
c/o Sarah Hull
11425 McCormick Rd., Apt S126
Jacksonville, FL 32225

**Clm No 69370**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**James Hulsey**
910 Fairfax Ave
Bessemer, AL 35020

**Clm No 69371**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**W.B. Hulsey**
2825 Acton Rd
Birmingham, AL 35243

**Clm No 69372**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3125 of 3334

| Maxie Hulsey | **Clm No 69373** | Filed In Cases: 140 | |
|---|---|---|---|
| 107 Linwood Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Hueytown, AL 35023 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed 9-Dec-2016
Bar Date
Claim Face Value $1.00

| Roy Humber | **Clm No 69374** | Filed In Cases: 140 | |
|---|---|---|---|
| 5218 Warrior Road | Class | Claim Detail Amount | Final Allowed Amount |
| Dora, AL 35062 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed 9-Dec-2016
Bar Date
Claim Face Value $1.00

| EDWARD HUMPHREY | **Clm No 69375** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Williams Kherkher | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | UNS | $1.00 | |
| Houston, TX 77017 | | $1.00 | |

Date Filed 9-Dec-2016
Bar Date
Claim Face Value $1.00

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## *Claims Details*

3126 of 3334

---

**Clyde Humphrey**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69376**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jack Humphrey**
c/o Kathryn Humphrey
6116 Comisky Circle
Cottondale, AL 35453

**Clm No 69377**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Humphrey**
274 Spring Lake Dr. N
Mobile, AL 36695

**Clm No 69378**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3127 of 3334

**WILLIAM HUMPHREY**
2614 Buttewoods drive
Birmingham, AL 35242

**Clm No 69379**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

**Warnie Humphrey**
204 22nd Ave W
Birmingham, AL 35204

**Clm No 69380**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

**DAN HUMPHREYS**
c/o Betty Humphreys
95 Sulilvan Rd.
Sumiton, AL 35148

**Clm No 69381**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3128 of 3334

---

**WILLIAM HUMPHRIES**
1226 Thompson Road
Alabaster, AL 35007

**Clm No 69382**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Hunicke**
2614 By Creek
Houston, TX 77068

**Clm No 69383**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY HUNNICUT**
P.O. Box 63
Peterson, AL 35478

**Clm No 69384**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## Claims Details

3129 of 3334

---

**Sarepta Hunnicutt**
141 Hunnicutt Road
Kennedy, AL 35574

**Clm No 69385**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Will Hunt**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69386**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**W.E. Hunt**
C/o Virginia P. Hunt
P.o. Box 121
Pleasant Grove, AL 35127

**Clm No 69387**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3130 of 3334

| George Hunt | **Clm No 69388** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o Sherry A. Wyatt | Class | Claim Detail Amount | Final Allowed Amount |
| 525 Shelby Circle | | | |
| Tuscaloosa, AL 35405 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Hosie Hunter | **Clm No 69389** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Williams Kherkher | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | |
| Houston, TX 77017 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| R.C. Hunter | **Clm No 69390** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Williams Kherkher | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | |
| Houston, TX 77017 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                                3131 of 3334

---

**DOLLY HUNTER**                          **Clm No 69391**    Filed In Cases: 140
c/o Sally Hunter
201 Hunter Creek Lane              Class          Claim Detail Amount      Final Allowed Amount
Northport, AL 35473
                                   UNS                  $1.00
                                                        $1.00

Date Filed           9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Richard Hunter**                        **Clm No 69392**    Filed In Cases: 140
C/o Richard Hunter, Jr.
3312 Avenue H Ensley               Class          Claim Detail Amount      Final Allowed Amount
Birmingham, AL 35218
                                   UNS                  $1.00
                                                        $1.00

Date Filed           9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Henry Hunter**                          **Clm No 69393**    Filed In Cases: 140
C/O Judy H. Sides
5196 Tyler Oaks Drivre             Class          Claim Detail Amount      Final Allowed Amount
Mt. Olive, AL 35117
                                   UNS                  $1.00
                                                        $1.00

Date Filed           9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## Claims Details

3132 of 3334

---

**James Hunter**
C/o Joe Collie Hunter
2692 Lost Creek Road
Carbon Hill, AL 35549

**Clm No 69394**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Clarence Hunter**
c/o Clearence S. Lee
4429 Winchester Hills Way
Birmingham, AL 35215

**Clm No 69395**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Marvin Hunter**
c/o Barbara K. Hunter
1915 Caroline Street
Dickinson, TX 77539

**Clm No 69396**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3133 of 3334

---

**James Hunter**
6280 Services Road
Birmingham, AL 35235

**Clm No 69397**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GEORGE HUNTER**
404 Church Street
Fairfield, AL 35064

**Clm No 69398**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**SIMON HUNTER**
3633 Willow Lane
Tuscaloosa, AL 35401

**Clm No 69399**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3134 of 3334

---

**Calvin Hunter**
101 Anna Court
Pleasant Grove, AL 35127

**Clm No 69400**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carter Huntington**
C/o Veronica L. Anderson
4333 Foxtail Lane
Decatur, GA 30034

**Clm No 69401**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carter Huntington**
311 Oak Drive
Mobile, AL 36617

**Clm No 69402**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### Claims Details

3135 of 3334

---

**Edward Huntley**
3076 Wilson Road S.w.
Birmingham, AL 35221

**Clm No 69403**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Hartwell Huntsberry**
1700 Waterford Street
Mobile, AL 36605

**Clm No 69404**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALBERT HURD**
11451 Jim Mcneil Loop North
Grand Bay, AL 36541

**Clm No 69405**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3136 of 3334

---

**Randolph Hurl**
712 - 3rd Terrance
Pleasant Grove, AL 35127

**Clm No 69406**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**PURVIE HURLEY**
1000 Dugan Avenue
Birmingham, AL 35214-4326

**Clm No 69407**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Moton Hurry**
c/o Tammie Odom
1455 Keylan Cv.
Pensacola, FL 32534

**Clm No 69408**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3137 of 3334

---

**Bennie Hurst**
C/o Pauline Hurst
7424 Oporto Madrid Blv. South
Birmingham, AL 35206

**Clm No 69409**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BERNEICE HURST**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69410**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Oscar Hurst**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69411**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3138 of 3334

---

**Herman Hurst**
c/o Ella Hurst Davis
5513 18th Avenue
Tuscaloosa, AL 35405

**Clm No 69412**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Avery Hurt**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69413**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Hurt**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69414**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3139 of 3334

---

**Calvin Hurta**
P. O. Box 331
Needville, TX 77461

**Clm No 69415**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Clyde Hutcheson**
117 Oakbrook Lane
Alabaster, AL 35007

**Clm No 69416**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charlie Hutchins**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69417**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3140 of 3334

---

**Joe Hutchins**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69418**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rastus Hutchins**
c/o Ms. Julia A. Newton, Executrix
39 Tanglewood Dr.
Huntsville, TX 77320-0728

**Clm No 69419**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Clevice Hutchins**
c/o Mary Hutchins
5 Ens Place
Irvington, NJ 07111

**Clm No 69420**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                                 3141 of 3334

---

**RONNIE HUTCHINS**                    **Clm No 69421**    Filed In Cases: 140
8311 Hargrove Road East
Cottondale, AL 35453-3504

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Staton Hutchins**                    **Clm No 69422**    Filed In Cases: 140
3800 Trailwood Dr.
Baytown, TX 77521

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**John Hutchins**                    **Clm No 69423**    Filed In Cases: 140
14643 Kennes Mill Road
Cottondale, AL 35453

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3142 of 3334

---

**THOMAS HUTCHINSON**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69424**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Hutchinson**
c/o Charlene H. Frederick
2806 21st Avenue
Northport, AL 35476

**Clm No 69425**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE HUTCHISON**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69426**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3143 of 3334

---

**LESTER HUTCHSON**                    **Clm No 69427**    Filed In Cases: 140
c/o Opal P. Hutchson
446 Coosa Island Road                  Class          Claim Detail Amount      Final Allowed Amount
Cropwell, AL 35054
                                       UNS                  $1.00
                                                            $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**HUGH HUTSON**                        **Clm No 69428**    Filed In Cases: 140
Box 237
Avery, TX 75554                        Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                  $1.00
                                                            $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Louise Huyser**                      **Clm No 69429**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                     Class          Claim Detail Amount      Final Allowed Amount
Houston, TX 77017
                                       UNS                  $1.00
                                                            $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3144 of 3334

---

**Issac Hyche**                                    **Clm No 69430**    Filed In Cases: 140
P.o. Box 792
Cottondale, AL 35453

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bill Hyche**                                     **Clm No 69431**    Filed In Cases: 140
C/o Fannie Hyche
4501 Lake Sherwood Road
Northport, AL 35473

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Phillip Hyche**                                  **Clm No 69432**    Filed In Cases: 140
803 Haston Drive
Jasper, AL 35504-7580

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3145 of 3334

---

**NEWELL HYCHE**
208 June Ave.
Hueytown, AL 35023

**Clm No 69433**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Walter Hyde**
28365 Cypress Loop
Daphne, AL 36526

**Clm No 69434**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**KENNETH HYDE**
2649 Happy Top
Morris , AL 35116

**Clm No 69435**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

---

*Claims Details*                                                              3146 of 3334

---

**Rayvon Hydrick**                        **Clm No 69436**    Filed In Cases: 140
C/o Dorothy J. Hydrick
13221 Hwy 11 South                        Class          Claim Detail Amount      Final Allowed Amount
Fosters, AL 35463
                                          UNS                  $1.00
                                                               $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**JOHN HYLER**                            **Clm No 69437**    Filed In Cases: 140
117 Oak Dr.
Tuscumbia, AL 35674                       Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                  $1.00
                                                               $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Kenneth Hyman**                         **Clm No 69438**    Filed In Cases: 140
c/o Tammy M. Schultz
6913 Beela Road                           Class          Claim Detail Amount      Final Allowed Amount
Houston, TX 77048
                                          UNS                  $1.00
                                                               $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### Claims Details

3147 of 3334

---

**ROBERT IBANEZ**
P.O. Box 170
San Diego, TX 78384

**Clm No 69439**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Delgado Ida**
9317 McCabe Dr.
El Paso, TX 79925

**Clm No 69440**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Charles Illian**
c/o Edward Illian
PO Box 441
Clarcona, FL 32710

**Clm No 69441**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                             3148 of 3334

---

**Luis Imai**                          **Clm No 69442**    Filed In Cases: 140
c/o Catherine Yanez
6029 Cleveland                         Class          Claim Detail Amount        Final Allowed Amount
El Paso, TX 79905
                                       UNS                 $1.00
                                                           $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Joe Inghram**                        **Clm No 69443**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                     Class          Claim Detail Amount        Final Allowed Amount
Houston, TX 77017
                                       UNS                 $1.00
                                                           $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Paul Ingle**                         **Clm No 69444**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                     Class          Claim Detail Amount        Final Allowed Amount
Houston, TX 77017
                                       UNS                 $1.00
                                                           $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3149 of 3334

---

**Henry Ingraham**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69445**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES INGRAM**
Post Office Box 171
Aliceville, AL 35442

**Clm No 69446**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charlotte Ingram**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69447**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

## Claims Details

3150 of 3334

---

**Robert Ingram**                          **Clm No 69448**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600            Class            Claim Detail Amount        Final Allowed Amount
Houston, TX 77017
                              UNS                    $1.00

                                                     $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**JOE INGRAM**                             **Clm No 69449**    Filed In Cases: 140
c/o Ola Ingram
738 Valley View Gardens Circle   Class        Claim Detail Amount        Final Allowed Amount
Moundville , AL 35474
                              UNS                    $1.00

                                                     $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**David Ingram**                           **Clm No 69450**    Filed In Cases: 140
C/o Jerome Ingram
929 Maplewood Drive           Class            Claim Detail Amount        Final Allowed Amount
Tuscaloosa, AL 35405
                              UNS                    $1.00

                                                     $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

### *Claims Details*

3151 of 3334

---

**Tommie Ingram**

C/o James E.ingram

P.o. Box 171

Aliceville, AL 35442

**Clm No 69451**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**AUDREY INGRAM**

9830 Claiborne Road

Chunchula, AL 36521

**Clm No 69452**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**A.C. Ingram**

3061 Fendley Avenue

Mobile, AL 36606

**Clm No 69453**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/20/2018 1:29:05 PM

*Claims Details*                                                                3152 of 3334

---

**Robert Ingram**                              **Clm No 69454**    Filed In Cases: 140
1014 13th Street East
Tuscaloosa, AL 35404

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Charles Inman**                              **Clm No 69455**    Filed In Cases: 140
c/o Mrs. Lillian Inman
19 Inman Lane
Talco, TX 75487

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**WILLIE IRBY**                                **Clm No 69456**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3153 of 3334

**Alma Irby**
c/o Ms. Dorothy R. Irby
50 Warrior River Lane Apt. #107
Cordova, AL 35550

**Clm No 69457**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Sam Irby**
c/o Dorothy Irby
83 Avon Street, Apt 152
Cordova, AL 35550

**Clm No 69458**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Carl Ireland**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69459**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3154 of 3334

---

**Thompson Iris**
162 Sycamore
Livingston, TX 77351

**Clm No 69460**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Eugene Irland**
C/o Faye Ireland
1130 Heflin Ave West
Birmingham, AL 35214

**Clm No 69461**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lenzo Irvin**
C/o Mamie W. Irvin
1964 5th Street S.e.
Canton, OH 44707

**Clm No 69462**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3155 of 3334

| Juanita Irvin | **Clm No 69463** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o Gene Daniel Irvin | Class | Claim Detail Amount | Final Allowed Amount |
| 17 Oakchase | | | |
| Tuscaloosa, AL 35406 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed        9-Dec-2016
Bar Date
Claim Face Value        $1.00

| Johnny Irvin | **Clm No 69464** | Filed In Cases: 140 | |
|---|---|---|---|
| 136 Chestnut Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Alabaster, AL 35007 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

Date Filed        9-Dec-2016
Bar Date
Claim Face Value        $1.00

| Harvey Irwin | **Clm No 69465** | Filed In Cases: 140 | |
|---|---|---|---|
| Mr. Harvey  L. Irwin | Class | Claim Detail Amount | Final Allowed Amount |
| 517 Patsy Drive | | | |
| Mccalla, AL 35111 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed        9-Dec-2016
Bar Date
Claim Face Value        $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## Claims Details

3156 of 3334

---

**Isaiah Isaac**
c/o Collis Issac
5363 Pamorama Blvd.
Mobile, AL 36609

**Clm No 69466**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FRANKLIN ISHEE**
323 Will Young Rd
Ovett, MS 39464

**Clm No 69467**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**A. Ismael**
503 Nueva Street
Alice, TX 78332

**Clm No 69468**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3157 of 3334

---

**Joseph Isom**
1114 Ellard Road
Fultondale, AL 35068

**Clm No 69469**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**C. Israel**
622 Lathrop
Houston, TX 77020

**Clm No 69470**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Godfrey Iverson**
4536 Ventura Way
Union City, CA 94587

**Clm No 69471**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### Claims Details

3158 of 3334

| Michael Ivey | **Clm No 69472** | Filed In Cases: 140 | |
|---|---|---|---|
| PO Box 692 | Class | Claim Detail Amount | Final Allowed Amount |
| Grapeland, TX 75844 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Robert Ivey | **Clm No 69473** | Filed In Cases: 140 | |
|---|---|---|---|
| P.O. Box 291 | Class | Claim Detail Amount | Final Allowed Amount |
| Grapeland, TX 75844 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| LONZELL IVEY | **Clm No 69474** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Mary Ivey | Class | Claim Detail Amount | Final Allowed Amount |
| 458 Wingo Road | UNS | $1.00 | |
| Empire, AL 35063 | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                        **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/20/2018 1:29:05 PM

*Claims Details*    3159 of 3334

---

**James Ivey**
602 Oakdale Drive
Gadsden, AL 35903

**Clm No 69475**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Johnson Ivie**
874 Lynch Lake Road
Odenville, AL 35120

**Clm No 69476**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Ivory**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69477**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                              3160 of 3334

---

**DELIA IVY**                          **Clm No 69478**   Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                     Class          Claim Detail Amount      Final Allowed Amount
Houston, TX 77017
                                       UNS                 $1.00
                                                           $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**BILLIE IVY**                         **Clm No 69479**   Filed In Cases: 140
923 Alvarez Drive
Saraland, AL 36571                     Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                 $1.00
                                                           $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**T. J**                               **Clm No 69480**   Filed In Cases: 140
3814 5Th Avenue
Tuscaloosa, AL 35405                   Class          Claim Detail Amount      Final Allowed Amount

                                       UNS                 $1.00
                                                           $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3161 of 3334

---

**Brady J.W.**
891 Chase Lane
Houston, TX 77091

**Clm No 69481**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**R. Jack**
560 Bill Davis Road
Marshall, TX 75672

**Clm No 69482**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**H. Jack**
3535 South Lake Drive Apt 2603
Texarkana, TX 75501

**Clm No 69483**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### Claims Details

3162 of 3334

**C. Jack**
110 Puma Circle
El Paso, TX 79912

**Clm No 69484**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Richard Jacks**
400 Bivens Brookside Road
Birmingham, AL 35214

**Clm No 69485**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**BERNARD JACKSON**
PO Box 310135
Birmingham, AL 35214

**Clm No 69486**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3163 of 3334

---

**Ulysees Jackson**
P.o. Box 3933
Birmingham, AL 35208

**Clm No 69487**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES JACKSON**
P.O. Box 1075
Monroe, LA 71210-1075

**Clm No 69488**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jerry Jackson**
P.o.  Box 320344
Birmingham, AL 35232

**Clm No 69489**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                   3/20/2018 1:29:05 PM

*Claims Details*                                                             3164 of 3334

---

**JAMES JACKSON**                    **Clm No 69490**    Filed In Cases: 140
P. O. Box 242
Adger, AL 35006                      Class          Claim Detail Amount    Final Allowed Amount

                                     UNS                    $1.00
                                                           $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Earnest Jackson**                  **Clm No 69491**    Filed In Cases: 140
Mr. Earnest H. Jackson
435 4th Street Thomas                Class          Claim Detail Amount    Final Allowed Amount
Birmingham, AL 35214
                                     UNS                    $1.00
                                                           $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Donnie Jackson**                   **Clm No 69492**    Filed In Cases: 140
C/o Willie Nell Jackson
405 Marsh Avenue                     Class          Claim Detail Amount    Final Allowed Amount
Hueytown, AL 35023
                                     UNS                    $1.00
                                                           $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## Claims Details

3165 of 3334

---

**James Jackson**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69493**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard Jackson**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69494**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Jackson**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69495**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 1:29:05 PM

*Claims Details*                                                                              3166 of 3334

---

**Johnny Jackson**                          **Clm No 69496**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                  Class              Claim Detail Amount         Final Allowed Amount
Houston, TX 77017
                                   UNS                     $1.00
                                                                                  $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Donald Jackson**                          **Clm No 69497**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                  Class              Claim Detail Amount         Final Allowed Amount
Houston, TX 77017
                                   UNS                     $1.00
                                                                                  $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**William Jackson**                         **Clm No 69498**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                  Class              Claim Detail Amount         Final Allowed Amount
Houston, TX 77017
                                   UNS                     $1.00
                                                                                  $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3167 of 3334

---

**WALKER JACKSON**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69499**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE JACKSON**
c/o Valery Jackson
229 17th Ave. North
Texas City , TX 77590

**Clm No 69500**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CLIFFORD JACKSON**
c/o Tamika Jackson
608 20th Court NE
Center Point, AL 35215-5024

**Clm No 69501**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                          3/20/2018 1:29:05 PM

## *Claims Details*                                                                 3168 of 3334

---

**JUDGE JACKSON**                          **Clm No 69502**    Filed In Cases: 140
c/o Ms. Alfreda Johnson
2814 Cleburne                              Class           Claim Detail Amount      Final Allowed Amount
Houston, TX 77004
                                           UNS                  $1.00
                                                                $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**George Jackson**                         **Clm No 69503**    Filed In Cases: 140
c/o Mrs. Vernice P. Jackson
2925- 16th Street                          Class           Claim Detail Amount      Final Allowed Amount
Tuscaloosa , AL 35401
                                           UNS                  $1.00
                                                                $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Walter Jackson**                         **Clm No 69504**    Filed In Cases: 140
c/o Mr. Fred Gentry
1020 Private Road 5001                      Class           Claim Detail Amount      Final Allowed Amount
Ledbetter, TX 78946
                                           UNS                  $1.00
                                                                $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## Claims Details

3169 of 3334

**L.C. Jackson**
C/o Modesta P. Jackson
2911 Exeter Avenue
Bessemer, AL 35020

**Clm No 69505**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Henry Jackson**
C/o Michael Davis
625 Glen Crest Drive
Fairfield, AL 35064

**Clm No 69506**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Robert Jackson**
c/o Melvin Jackson
133 Addison Drive
Calera, AL 35040

**Clm No 69507**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### Claims Details

3170 of 3334

---

**James Jackson**
C/o Maxine Wright
2925 Green Grove Drive, N.e.
Tuscaloosa, AL 35404

**Clm No 69508**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**L.D. Jackson**
C/o Mattie L. Jackson
3951 Cypress Street
Northport, AL 35475

**Clm No 69509**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilbert Jackson**
c/o Mary L. Jackson
4003 Troy Terrace
Brighton, AL 35020

**Clm No 69510**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 1:29:05 PM

### Claims Details                                                                                     3171 of 3334

---

**EDDIE JACKSON**                         **Clm No 69511**    Filed In Cases: 140
c/o Lula Mae Jackson
2538 North Day Drive                      Class             Claim Detail Amount       Final Allowed Amount
Baker, LA 70714-3210
                                          UNS                     $1.00
                                                                  $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**John Jackson**                          **Clm No 69512**    Filed In Cases: 140
C/o Kimberly Dianne Wills
753 Wells Loop                            Class             Claim Detail Amount       Final Allowed Amount
Jasper, AL 35503
                                          UNS                     $1.00
                                                                  $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**James Jackson**                         **Clm No 69513**    Filed In Cases: 140
C/o Joseph Jackson
300 11th Street South                     Class             Claim Detail Amount       Final Allowed Amount
Bessemer, AL 35020
                                          UNS                     $1.00
                                                                  $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### Claims Details

3172 of 3334

---

**Sam Jackson**
C/o Elizabeth W. Mcelroy, Gen. Adm.
P.o. Box 12265
Birmingham, AL 35202

**Clm No 69514**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Scarley Jackson**
C/o Dora V. Jackson
1713 Grant Ave S.w.
Birmingham, AL 35211

**Clm No 69515**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jodie Jackson**
C/o Dollie Huffman
P.o. Box 821
Union Springs, AL 36089

**Clm No 69516**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3173 of 3334

---

**Ben Jackson**
C/o Charles Glenn Jackson
1609 Maple Avenue S.w.
Birmingham, AL 35211

**Clm No 69517**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Jackson**
C/o Bertha Jackson
1421 Fulton Avenue Sw C
Birmingham, AL 35211-1542

**Clm No 69518**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Leandrew Jackson**
C/o Annie P. Jackson
4432 41st Way North
Birmingham, AL 35217

**Clm No 69519**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

## Claims Details

3174 of 3334

**Sam Jackson**
C/o Annie Jackson
810 Baptist Road
Aliceville, AL 35442

**Clm No 69520**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**HARVEY JACKSON**
c/o Alice Jackson
700 Dr. MLK Jr. Dr.
Midfield, AL 35228

**Clm No 69521**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Herman Jackson**
8321 Coral Wood
Houston, TX 77028

**Clm No 69522**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3175 of 3334

---

**Leonard Jackson**
830 Boulder Ridge Circle
Hoover, AL 35244

**Clm No 69523**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FRANK JACKSON**
825 Cherry Ave, Apt 405
Birmingham, AL 35214

**Clm No 69524**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Cornelius Jackson**
809 Navy Drive
Hueytown, AL 35023

**Clm No 69525**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## Claims Details

3176 of 3334

---

**Nelda Jackson**
8086 Ward Lane
Semmes, AL 36575

**Clm No 69526**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Johnny Jackson**
714 Twin Ridge Drive
Bessemer, AL 35020

**Clm No 69527**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Henry Jackson**
657 S. Cedar Street
Mobile, AL 36603

**Clm No 69528**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3177 of 3334

---

**JAMES JACKSON**
5200 Georgia Road
Birmingham, AL 35212

**Clm No 69529**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Jackson**
5016 3rd Ave
Tuscaloosa, AL 35405

**Clm No 69530**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Jackson**
431 12Th St. S.W.
Birmingham, AL 35211

**Clm No 69531**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3178 of 3334

---

**Malachi Jackson**
427 Bryant Street
Bessemer, AL 35020

**Clm No 69532**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**TROY JACKSON**
3248 Tyrol Rd.
Birmingham, AL 35216

**Clm No 69533**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Larry Jackson**
26263 Co Road 13
Daphne, AL 36526

**Clm No 69534**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## Claims Details

3179 of 3334

---

**Joseph Jackson**
2601 15th St. Ensley
Birmingham, AL 35208

**Clm No 69535**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rhuey Jackson**
2257 Rosa Drive
Mobile, AL 36617

**Clm No 69536**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROBERT JACKSON**
187 Rock Creek Road
Sylvan Springs, AL 35118

**Clm No 69537**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### Claims Details

3180 of 3334

---

**STELLA JACKSON**
1520 34th Street, Ensley
Birmingham, AL 35218

**Clm No 69538**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Frank Jackson**
1505 60th Ave. East
Cottondale, AL 35453

**Clm No 69539**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Eddie Jackson**
1504 Exeter Court
Bessemer, AL 35020

**Clm No 69540**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3181 of 3334

---

**Paul Jackson**
15 Marina Place
Adger, AL 35006

**Clm No 69541**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bennie Jackson**
1424 Mims Street S.w.
Birmingham, AL 35211

**Clm No 69542**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Frank Jackson**
1240 San Jacinto
Texas City, TX 77590

**Clm No 69543**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3182 of 3334

---

**CHARLES JACKSON**
1234 Doyle Ave.
Mobile, AL 36605

**Clm No 69544**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Woodie Jackson**
1201 8th Ave
Midfield, AL 35228

**Clm No 69545**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**THOMPSON JACKSON**
1125 Starbrook Drive
Montgomery, AL 36110-

**Clm No 69546**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## Claims Details

3183 of 3334

---

**Phillip Jackson**
1118 4th Street
Pleasant Grove, AL 35127

**Clm No 69547**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**George Jackson**
110 Munger Ave
Birrmingham, AL 35211

**Clm No 69548**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lamar Jackson**
1001 57th Street W. Apt#224
#224
Birmingham, AL 35228-1100

**Clm No 69549**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 1:29:05 PM

### Claims Details

3184 of 3334

---

**Augusta Jackson**
#11 North 15th Ct
Birmingham, AL 35204

**Clm No 69550**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carl Jackson**
404 1st Terrace
Pleasant Grove, AL 35127

**Clm No 69551**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lawrence Jacobs**
John Wayne Jacobs, c/o Jacobs Plumbing
P.O. Box 2330
Tuscaloosa, AL 35403

**Clm No 69552**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### Claims Details

3185 of 3334

---

**Charles Jacobs**
c/o Jessieline Jacobs
14212 Hwy 11 South
Fosters, AL 35463

**Clm No 69553**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**T. Jacobs**
C/o Jeanette Styres
P.o. Box 40234
Tuscaloosa, AL 35404

**Clm No 69554**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Jacobs**
12567 Sam Sutton Road
Coker, AL 35452

**Clm No 69555**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3186 of 3334

**Clark Jacqueline**
401 Cindy
Somerville, TX 77879

**Clm No 69556**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**ERNEST JAHN**
244 Sunfish St.
Corpus Christi, TX 78418

**Clm No 69557**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**HAROLD JAMES**
Post Office Box 176
West Blockton, AL 35184

**Clm No 69558**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

Case 17-30140    Doc 72-9    Filed 04/13/18    Entered 04/13/18 21:45:16    Desc  Part 10
Page 687 of 2500

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 1:29:05 PM

*Claims Details*

3187 of 3334

---

**Joseph James**
P.o. Box 92
Mexia, AL 36458

**Clm No 69559**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**L. James**
P. O. Box 445
Valley Center, KS 67147-0445

**Clm No 69560**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**L. James**
P O Box 201
Galveston, TX 77553

**Clm No 69561**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## *Claims Details*

3188 of 3334

---

**M. James**
P O Box 1505 1143 East Canal
Crystal Beach, TX 77650

**Clm No 69562**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charlie James**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69563**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William James**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69564**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3189 of 3334

---

**Jesse James**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69565**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lessie James**
c/o Ms. Rosa T. Walker
3901- 34rd Street North
Birmingham, AL 35217

**Clm No 69566**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Leroy James**
c/o Mildred Massey
17511 Merionac Court
Carson, CA 90746

**Clm No 69567**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### Claims Details

3190 of 3334

---

**Hosey James**
C/o Mary Hill
3943 Crest Drive
Hephzibah, GA 30815

**Clm No 69568**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ollie James**
C/o Joyce E. White
9055 Porter Place
Stockton, AL 36579

**Clm No 69569**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Leonard James**
c/o James L. McKinnon Jr.
1117 13th Court
Pleasant Grove, AL 35127

**Clm No 69570**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3191 of 3334

---

**Frank James**
C/o Frank S. James, III, Attorney
420 20th Street North, Ste 1600
Birmingham, AL 35203

**Clm No 69571**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jimmy James**
c/o Connie James
19441 Lawrence #1100
Monett, MO 65708

**Clm No 69572**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles James**
C/o Catina R. James
9308 Evans Circle
Birmingham, AL 35206

**Clm No 69573**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                              3192 of 3334

---

**Alvin James**                          **Clm No 69574**   Filed In Cases: 140
C/o Brenda Butler
5312 4th Court East                      Class          Claim Detail Amount      Final Allowed Amount
Tuscaloosa, AL 35405
                                         UNS                    $1.00
                                                                $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**D. James**                             **Clm No 69575**   Filed In Cases: 140
8521 Taylor Drive
Pinson, AL 35126                         Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**P. James**                             **Clm No 69576**   Filed In Cases: 140
8411 Lylewood Ct
Houston, TX 77040                        Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## *Claims Details*

3193 of 3334

---

**Cleveland James**
809 W Intendencia St
Pensacola, FL 32501

**Clm No 69577**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ray James**
7301 Avenue C
Santa FE, TX 77510

**Clm No 69578**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**D. James**
6405 Burdock Dr.
Santa Fe, TX 77510

**Clm No 69579**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### Claims Details

3194 of 3334

---

**B. James**
5610 Oriole
Houston, TX 77017

**Clm No 69580**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Hicks James**
5127 Mulberry Grove
Kingwood, TX 77345

**Clm No 69581**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Travis James**
4355 Bay Road
Theodore, AL 36582

**Clm No 69582**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### Claims Details

3195 of 3334

---

**A. James**
406 Commercial Street NE
Hanceville, AL 35077

**Clm No 69583**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas James**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69584**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Leonard James**
341 James Rd.
Camden, AL 36726

**Clm No 69585**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## Claims Details

3196 of 3334

---

**JOE JAMES**
322 Kilburn Street
West Point, MS 39773

**Clm No 69586**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas James**
2900 5Th Avenue North
Bessemer, AL 35020

**Clm No 69587**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Melvin James**
2553 Garfield Street
Mobile, AL 36610

**Clm No 69588**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## Claims Details

3197 of 3334

---

**C. James**
2206 Juanita
Deer Park, TX 77536

**Clm No 69589**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**N. James**
2015 Avenue D
Dickinson, TX 77539

**Clm No 69590**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EDDIE JAMES**
20043 Willie Boyd Road
Aberdeen, MS 39730

**Clm No 69591**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### Claims Details

3198 of 3334

---

**Woodley James**
164 Old Magnolia Way
Wilsonville, AL 35186

**Clm No 69592**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**E. James**
16343 Crockett Bend Dr.
Conroe, TX 77303

**Clm No 69593**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**R. James**
16215 Charolais Dr.
Cypress, TX 77429

**Clm No 69594**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

---

*Claims Details*

3199 of 3334

---

**R. James**
12795 FM 86
Dale, TX 78616-2631

**Clm No 69595**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Freddie James**
12 Hathaway Rd. S
Mobile, AL 36608

**Clm No 69596**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**E. James**
113 Ellis Road
Steens, MS 39766

**Clm No 69597**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**          3/20/2018 1:29:05 PM

*Claims Details*                                                                           3200 of 3334

---

**PATRICK JAMES**                    **Clm No 69598**    Filed In Cases: 140
1100 Penfield Drive
Birmingham, AL 35217                  Class          Claim Detail Amount    Final Allowed Amount

                                     UNS                 $1.00

                                                         $1.00

Date Filed           9-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**W. James**                         **Clm No 69599**    Filed In Cases: 140
1014 Mockingbird
Richwood, TX 77531                    Class          Claim Detail Amount    Final Allowed Amount

                                     UNS                 $1.00

                                                         $1.00

Date Filed           9-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**McCranie Jamie**                   **Clm No 69600**    Filed In Cases: 140
8553-1 Wide Road
Tallahassee, FL 32310                Class          Claim Detail Amount    Final Allowed Amount

                                     UNS                 $1.00

                                                         $1.00

Date Filed           9-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3201 of 3334

---

**Blackstock Jammie**
P.O. Box 2172
Crystal Beach, TX 77650

**Clm No 69601**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Chamblessr Janice**
415 Tamarind
Lake Jackson, TX 77566

**Clm No 69602**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Floyd Janise**
355 S. Charmaine Dr.
Woodville, TX 75979

**Clm No 69603**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3202 of 3334

**James Jarvie**
13 Heritage Oak Ct.
Lake Jackson, TX 77566

**Clm No 69604**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Henry Jarvis**
C/o Sudie Jarvis
594 Highway 22
Montevallo, AL 35115

**Clm No 69605**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Russell Jarvis**
c/o Ms. Vera Gates
4676 Smith-Stewart Road
Vienna, OH 44473-9621

**Clm No 69606**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3203 of 3334

---

**Sims Jasper**
P.O. Box 490
Hardin, TX 77561

**Clm No 69607**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Jasper**
c/o Shirley Diaz
70 Post Avenue, Apt. 4A
New York, NY 10034

**Clm No 69608**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Jay**
c/o Shirley Sumner
PO Box 176
Lamar, MO 64759

**Clm No 69609**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*                                                                                        3204 of 3334

---

**Willie Jayne**                                      **Clm No 69610**    Filed In Cases: 140
c/o Willie Roger Jaynes
PO Box 53                                             Class          Claim Detail Amount        Final Allowed Amount
Gordo, AL 35466
                                                     UNS                    $1.00
                                                                            $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Hebert Jeanetta**                                   **Clm No 69611**    Filed In Cases: 140
58160 La Bauve Ave.
Plaquemine, LA 70764                                  Class          Claim Detail Amount        Final Allowed Amount

                                                     UNS                    $1.00
                                                                            $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Robert Jefferson**                                  **Clm No 69612**    Filed In Cases: 140
Mr. Robert J. Jefferson
4206 9th Street N.E                                   Class          Claim Detail Amount        Final Allowed Amount
Tuscaloosa, AL 35404
                                                     UNS                    $1.00
                                                                            $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                             3205 of 3334

| Edward Jefferson | **Clm No 69613** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Kangi Deon Jefferson | Class | Claim Detail Amount | Final Allowed Amount |
| 1327 4th Ave. West | | | |
| Birmingham, AL 35208 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Robert Jefferson | **Clm No 69614** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Charlotte Jefferson | Class | Claim Detail Amount | Final Allowed Amount |
| Mobile, AL 36603 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| AUSTIN JEFFERSON | **Clm No 69615** | Filed In Cases: 140 | |
|---|---|---|---|
| 880 Cooner Road | Class | Claim Detail Amount | Final Allowed Amount |
| Jasper, AL 35503 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### Claims Details

3206 of 3334

---

**PEARL JEFFERSON**

601 Circle Drive

Prichard, AL 36610

**Clm No 69616**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LILLIE JEFFERSON**

4207 Pruitt Road

West Point, MS 39773

**Clm No 69617**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas Jeffries**

c/o Holly Jeffries

4632 Thicket Trail

Hilliard, FL 32046

**Clm No 69618**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3207 of 3334

---

**Freddie Jemison**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69619**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alex Jemison**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69620**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Jemison**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69621**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3208 of 3334

---

**William Jemison**
700 Crest Valley Way
Birmingham, AL 35212

**Clm No 69622**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Fred Jemison**
401 5th Way
Birmingham, AL 35214

**Clm No 69623**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**NORMAN JEMISON**
1020 Barnisdale Rd
Birmingham, AL 35235

**Clm No 69624**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3209 of 3334

| Beatrice Jenkins | **Clm No 69625** | Filed In Cases: 140 | |
|---|---|---|---|
| Post Office Box 238 | Class | Claim Detail Amount | Final Allowed Amount |
| Gordo, AL 35466 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Arthur Jenkins | **Clm No 69626** | Filed In Cases: 140 | |
|---|---|---|---|
| Post Office Box 149 | Class | Claim Detail Amount | Final Allowed Amount |
| Green Pond, AL 35074 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| John Jenkins | **Clm No 69627** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Williams Kherkher | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | UNS | $1.00 | |
| Houston, TX 77017 | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

---

*Claims Details*                                                     3210 of 3334

---

| **Roosevelt Jenkins** | | **Clm No 69628** | Filed In Cases: 140 | |
| c/o Williams Kherkher | | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | | |
| Houston, TX 77017 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Willie Jenkins** | | **Clm No 69629** | Filed In Cases: 140 | |
| c/o Williams Kherkher | | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | | |
| Houston, TX 77017 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Waddie Jenkins** | | **Clm No 69630** | Filed In Cases: 140 | |
| C/o Vernice Perryman | | Class | Claim Detail Amount | Final Allowed Amount |
| 1708 6th Place Nw | | | | |
| Birmingham, AL 35215 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3211 of 3334

---

**James Jenkins**
c/o Hattie Harris
3606 16th Street
Tuscaloosa, AL 35401

**Clm No 69631**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Earnest Jenkins**
c/o David Jenkins
5183 Lancelot Drive
Mobile, AL 36619

**Clm No 69632**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Jenkins**
C/o Amy Meggs
150 Rosewood Lane
Moundville, AL 35474

**Clm No 69633**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3212 of 3334

---

**Eli Jenkins**
4115 60Th Court
Tuscaloosa, AL 35401

**Clm No 69634**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**J.V. Jenkins**
2438 Golden Pine Lane
Birmingham, AL 35211

**Clm No 69635**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CHARLES JENKINS**
228 Gloria Road
Bessemer, AL 35029

**Clm No 69636**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3213 of 3334

---

**Woodrow Jenkins**
1213 Brighton Road
Birmingham, AL 35228

**Clm No 69637**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Aaron Jennings**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69638**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**George Jennings**
C/o Eva L. Jennings
3502 36th Avenue
Tuscaloosa, AL 35401

**Clm No 69639**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3214 of 3334

---

**M Jennings**
83 Blue Heron Rd
Greensboro, AL 36744

**Clm No 69640**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Jennings**
5404 Valley View Trail
Adamsville, AL 35005

**Clm No 69641**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Buren Jennings**
295 Union Chapel Road E.
Northport, AL 35476

**Clm No 69642**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3215 of 3334

---

**Amos Jennische**
c/o Ruth Jennische
4819 Otterbury Drive
Houston, TX 77039-4830

**Clm No 69643**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DUANE JENSEN**
P O Box 576
Kenmare, ND 58746

**Clm No 69644**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Jensen**
14333 Hooper Road
Houston, TX 77047

**Clm No 69645**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3216 of 3334

**Carl Jensen**
1006 9th Avenue North
Texas City, TX 77590

**Clm No 69646**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Q. Jerry**
P.O. Box 2201
Gadsden, AL 35903

**Clm No 69647**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Freeman Jerry**
73 Clark Rd.
Empire, AL 35063

**Clm No 69648**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

---

*Claims Details*                                                             3217 of 3334

---

**L. Jerry**                        **Clm No 69649**    Filed In Cases: 140
4206 Marchant Rd.
Houston, TX 77047               Class              Claim Detail Amount      Final Allowed Amount

                               UNS                    $1.00
                                                      $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**C. Jesse**                        **Clm No 69650**    Filed In Cases: 140
4505 Jewel
Houston, TX 77026              Class              Claim Detail Amount      Final Allowed Amount

                               UNS                    $1.00
                                                      $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Savage Jesse**                    **Clm No 69651**    Filed In Cases: 140
105 West Castlelake
Granite Shoals, TX 78654      Class              Claim Detail Amount      Final Allowed Amount

                               UNS                    $1.00
                                                      $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3218 of 3334

| B. Jessie | **Clm No 69652** | Filed In Cases: 140 | |
|---|---|---|---|
| 4302 16th St. | | | |
| Bacliff, TX 77518 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Martinez Jesus | **Clm No 69653** | Filed In Cases: 140 | |
|---|---|---|---|
| 7319 Thurow | | | |
| Houston, TX 77087 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| John Jetter | **Clm No 69654** | Filed In Cases: 140 | |
|---|---|---|---|
| 3611 South Peach Hollow | | | |
| Pearland, TX 77584 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3219 of 3334

---

**Clyde Jewell**
C/o Tyson Graham,  Attorney
407 7th Street
Columbus, MS 36701

**Clm No 69655**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHN JILES**
502 A. Monroe Street
Farmerville, LA 71241

**Clm No 69656**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**M.C. Jiles**
2314 Summer Oaks Ct
Arlington, TX 76011

**Clm No 69657**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## Claims Details

3220 of 3334

---

**Emilio Jimenez**
6514 Lazy Willow Ct.
Corpus Christi, TX 78412

**Clm No 69658**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Joel Jimenez**
511 N. 7th Street
Baytown, TX 77520-5028

**Clm No 69659**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Herbert Jimerson**
C/o Lucille Jimerson
142 Perisian Rd
Ward, AL 36922

**Clm No 69660**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3221 of 3334

---

**George Jimmerson**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69661**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**L. Jimmy**
816 - 18th Avenue N.
Texas City, TX 77590-5651

**Clm No 69662**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Washington Jimmy**
109 S Algeria St
Texas City , TX 77591

**Clm No 69663**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3222 of 3334

---

**Mullinax Joan**
2031 Oxford
Houston, TX 77008

**Clm No 69664**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Nelson Joanna**
3375 Shaw St.
Hokes Bluff, AL 35903

**Clm No 69665**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**R. Joe**
P.O. Box 88363
Houston, tx 77004

**Clm No 69666**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3223 of 3334

---

**C. Joe**
92 Hammond Cir
Atalla, AL 35954-2844

**Clm No 69667**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**L. Joe**
4963 Elm Hurst St.
Corpus Christi, TX 78413

**Clm No 69668**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jimenez Joel**
511 N. 7th Street
Baytown, TX 77520-5028

**Clm No 69669**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3224 of 3334

**M. Joel**
144 Johnny Ave
Pollok, TX 75969

**Clm No 69670**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**B. John**
P.O. Box 1284
Taylor, tx 76574

**Clm No 69671**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**W. John**
P. O. Box 244
Lacygne, KS 66040

**Clm No 69672**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3225 of 3334

---

**SMITH JOHN**
919 Medford Ave.
Pensacola, FL 32505

**Clm No 69673**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**D. John**
609 59th Street
Galveston, TX 77551

**Clm No 69674**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**H. John**
5707 Glenhurst Drive
Houston, TX 77033

**Clm No 69675**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

---

*Claims Details*

3226 of 3334

---

**R. John**
3811 Green Shadow
Pasadena, TX 77503

**Clm No 69676**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**M. John**
3611 South Peach Hollow
Pearland, TX 77584

**Clm No 69677**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**D. John**
3536 Atwillher Dr.
Birmingham, AL 35226

**Clm No 69678**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3227 of 3334

---

**W. John**
1220 28Th St. North
Bessemer, AL 35020

**Clm No 69679**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**J. John**
116 W. 6Th
Deer Park, TX 77536

**Clm No 69680**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gordon Johnnie**
7217 Cardinal Circle
Texas City, TX 77591

**Clm No 69681**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3228 of 3334

---

**McDaniel Johnnie**
4388 Hwy 17
Epps, LA 71237

**Clm No 69682**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**S. Johnny**
6914 N. Hall
Odessa, TX 79764

**Clm No 69683**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Donzell Johns**
C/o Mary Johns
5409 Avenue J
Birmingham, AL 35208

**Clm No 69684**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                     3/20/2018 1:29:05 PM

*Claims Details*                                                                                     3229 of 3334

| Jerry Johnson | Clm No 69685 | Filed In Cases: 140 | |
|---|---|---|---|
| P.o. Box 2475 | Class | Claim Detail Amount | Final Allowed Amount |
| Jasper, AL 35501-2475 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Earlie Johnson | Clm No 69686 | Filed In Cases: 140 | |
|---|---|---|---|
| P.o. Box 1484 | Class | Claim Detail Amount | Final Allowed Amount |
| Tuscaloosa, AL 35403 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Nick Johnson | Clm No 69687 | Filed In Cases: 140 | |
|---|---|---|---|
| Mr. Nick Johnson, Sr. | Class | Claim Detail Amount | Final Allowed Amount |
| 17 Wenonah Drive | UNS | $1.00 | |
| Birmingham, AL 35211 | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## Claims Details

3230 of 3334

**Johnny Johnson**
Mr. Johnny L. Johnso
708 Lewis Avenue
Bessemer, AL 35020

**Clm No 69688**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Johnnie Johnson**
Mr. Johnnie Johnson
1221 15th Street North
Birmingham, AL 35204

**Clm No 69689**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**James Johnson**
Mr. James Alfred Johnson
213 Davis Drive, Apt. 105
West Plains, MO 65775

**Clm No 69690**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## Claims Details

3231 of 3334

---

**Carl Johnson**
Mr. Carl E. Johnson
218 Southchase Ct
Fairhope, AL 36532

**Clm No 69691**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Melvin Johnson**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69692**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carl Johnson**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69693**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3232 of 3334

---

**Melvin Johnson**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69694**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**McWillmon Johnson**
c/o Wilma J. Johnson
3202 Delamere Drive
Matthews, NC 28104-6867

**Clm No 69695**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jimmie Johnson**
C/o Willie James Johnson
1645 M.l.k. Jr. Drive
Atmore, AL 36502

**Clm No 69696**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## *Claims Details*

3233 of 3334

---

**Henry Johnson**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69697**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Johnny Johnson**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69698**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**J.P. Johnson**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69699**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                                          3234 of 3334

---

**Isaac Johnson**                          **Clm No 69700**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                          Class         Claim Detail Amount      Final Allowed Amount
Houston, TX 77017
                                            UNS                  $1.00
                                                                 $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Robert Johnson**                         **Clm No 69701**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                          Class         Claim Detail Amount      Final Allowed Amount
Houston, TX 77017
                                            UNS                  $1.00
                                                                 $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Yancy Johnson**                          **Clm No 69702**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                          Class         Claim Detail Amount      Final Allowed Amount
Houston, TX 77017
                                            UNS                  $1.00
                                                                 $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                                        3235 of 3334

---

**Ennis Johnson**                          **Clm No 69703**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                         Class          Claim Detail Amount      Final Allowed Amount
Houston, TX 77017
                                           UNS                    $1.00
                                                                  $1.00

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**David Johnson**                          **Clm No 69704**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                         Class          Claim Detail Amount      Final Allowed Amount
Houston, TX 77017
                                           UNS                    $1.00
                                                                  $1.00

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jimmie Johnson**                         **Clm No 69705**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                         Class          Claim Detail Amount      Final Allowed Amount
Houston, TX 77017
                                           UNS                    $1.00
                                                                  $1.00

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3236 of 3334

---

**Rockzell Johnson**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69706**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**JOHNNY JOHNSON**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69707**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Evan Johnson**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69708**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       Visit us on the Web at www.omnimgt.com       PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**            E-mail: claimsmanager@omnimgt.com           FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3237 of 3334

---

**Daniel Johnson**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69709**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Fred Johnson**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69710**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Murray Johnson**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69711**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

---

### Claims Details

3238 of 3334

---

**John Johnson**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69712**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Johnson**
C/o Virginia Johnson
1217 15th St. Sw
Birmingham, AL 35211

**Clm No 69713**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Johnson**
c/o Veronica Johnson
1017 23rd Street North
Bessemer, AL 35020

**Clm No 69714**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

**Claims Details**

3239 of 3334

---

**JAMES JOHNSON**
c/o Teresa Quirk
7903 London Court
Amarillo, TX 79119

**Clm No 69715**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Oliver Johnson**
c/o Oliver Johnson, Jr.
10575 Smith Hollow Ct.
Canyon Lake, TX 78133

**Clm No 69716**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**T.C. Johnson**
C/o Nancy Haley
602 Lavista Road
Dalton, GA 30720

**Clm No 69717**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## Claims Details

3240 of 3334

**Robert Johnson**
c/o Ms. Martha Curry
P.O. Box 1314
Uniontown, AL 36786

**Clm No 69718**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Richard Johnson**
c/o Mrs. Sara S. Johnson
1540 Greenwood Circle
Tuscaloosa, AL 35405

**Clm No 69719**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Howard Johnson**
C/o Mrs. Betty J. Johnson
5114 5th Street No.
Bessemer, AL 35020-2767

**Clm No 69720**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## Claims Details

3241 of 3334

---

**John Johnson**
C/o Minnie W. Johnson
2848 30th Street
Northport, AL 35476

**Clm No 69721**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Johnson**
C/o Minnie Poellnitz
326 Hillside Avenue
Bessemer, AL 35020

**Clm No 69722**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dave Johnson**
C/o Mattie Lue Johnson
3704 32nd Street
Tuscaloosa, AL 35401

**Clm No 69723**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## Claims Details

3242 of 3334

---

**Ernest Johnson**
C/o Margaret J. Johnson
313 Thompson Rd
Alabaster, AL 35007

**Clm No 69724**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Johnson**
C/o Marcus D. Johnson
P.o. Box 59003
Homewood, AL 35259

**Clm No 69725**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Hobert Johnson**
C/o Lillian Sue Johnson
214 Highland Drive
Hueytown, AL 35023

**Clm No 69726**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## Claims Details

3243 of 3334

---

**Burrell Johnson**
c/o Lee Wendell Loder, Esq.
P.o. Box 13545
Birmingham, AL 35202

**Clm No 69727**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Howard Johnson**
C/o Joann Johnson
1221 Robin Lane
Birmingham, AL 35235

**Clm No 69728**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mattie Johnson**
c/o Jeff Mitchell
2710 Country Rd. 21
Gordo, AL 35466

**Clm No 69729**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3244 of 3334

---

**Henry Johnson**
c/o Janice Johnson
1302 South Academy
Tyler, TX 75701

**Clm No 69730**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Johnson**
C/o Jackie S. Bottomlee
1037 Vista Ave
Soledad, CA 93960-3343

**Clm No 69731**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ira Johnson**
c/o Ira Johnson, III
3013 Danforth Drive
Texas City, TX 77590

**Clm No 69732**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## Claims Details

3245 of 3334

**Johnny Johnson**
C/o Howard S. Johnson
1133 Camellia Road
Birmingham, AL 35215

**Clm No 69733**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Henry Johnson**
C/o Henry Johnson, Jr.
1964 Castleberry Way
Birmingham, AL 35214

**Clm No 69734**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Harris Johnson**
C/o Helen Johnson
2158 Traction Avenue
Montgomery, AL 36110

**Clm No 69735**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

---

*Claims Details*

3246 of 3334

---

**Harvey Johnson**
c/o Harvey D. Johnson
574 Atkins Road
Nauvoo, AL 35578

**Clm No 69736**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard Johnson**
C/o Gwendolyn Dixon
329 Pecan Ridge Blvd
Daphne, AL 36532

**Clm No 69737**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FREDDIE JOHNSON**
c/o Guelda C. Johnson
312 Meadow View
Cleburne, TX 76031

**Clm No 69738**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### Claims Details

3247 of 3334

---

**ELIZABETH JOHNSON**
c/o George W. Johnson
601 Mill Creek Road
Warrior, AL 35180

**Clm No 69739**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Clayton Johnson**
C/o Elizabeth A.  Johnson
208 Perthshire Cove
Pelham, AL 35124

**Clm No 69740**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wallace Johnson**
C/o Dorothy Johnson
235 Short 25th Avenue East
Tuscaloosa, AL 35404

**Clm No 69741**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                3/20/2018 1:29:05 PM

*Claims Details*                                                                          3248 of 3334

| **Joseph Johnson** | **Clm No 69742** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Doris J. Turner | Class | Claim Detail Amount | Final Allowed Amount |
| 1005 4th Street Pratt | | | |
| Birmingham, AL 35214 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Jeanette Johnson** | **Clm No 69743** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Debra J. Knight | Class | Claim Detail Amount | Final Allowed Amount |
| 106 Covington Street | | | |
| Montgomery, AL 36104 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Robert Johnson** | **Clm No 69744** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o Clara Johnson | Class | Claim Detail Amount | Final Allowed Amount |
| 1034 Clinton Drive | | | |
| Tuscaloosa, AL 35401 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## Claims Details

3249 of 3334

---

**Eddie Johnson**
C/o Bessie P. Johnson
553 Live Oak Street
Mobile, AL 36603

**Clm No 69745**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**MAMIE JOHNSON**
c/o Aundray Pender
362 Chin St.
Mobile, AL 36610

**Clm No 69746**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Tucker Johnson**
C/o Audrey Johnson
8695 Hwy 10
Montevallo, AL 35115

**Clm No 69747**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3250 of 3334

---

**Andrew Johnson**
c/o Arthur Shores Lee, Esq.
416 16th Street North
Birmingham, AL 35203

**Clm No 69748**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Patrick Johnson**
C/o Argusta Johnson
107 Elm St. S.w.
Bessemer, AL 35022

**Clm No 69749**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ivie Johnson**
874 Lynch Lake Road
Odenville, AL 35120

**Clm No 69750**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### Claims Details

3251 of 3334

---

**Alvin Johnson**
829 East Savoy Street
Lecanto, FL 34461

**Clm No 69751**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ELMER JOHNSON**
7736 Lou George Loop
Bessemer, AL 35022-68

**Clm No 69752**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Johnson**
7537 Bethlehem Street
Adger, AL 35006

**Clm No 69753**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3252 of 3334

---

**Eva Johnson**
6808 Cherokee Dr
Fairfield, AL 35064

**Clm No 69754**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Marion Johnson**
637 Finley Ave. West
Birmingham, AL 35204

**Clm No 69755**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Hinton Johnson**
528 Kingwood Drive
Hueytown, AL 35023

**Clm No 69756**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### Claims Details

3253 of 3334

---

**Robert Johnson**
512 6th Ave North
Bessemer, AL 35020

**Clm No 69757**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Luther Johnson**
483 South Mcbride Cr.
Axis, AL 36505

**Clm No 69758**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Johnson**
4320 51St Avenue North
Birmingham, AL 35217

**Clm No 69759**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 1:29:05 PM

---

### Claims Details                                                                                                    3254 of 3334

---

**Jesse Johnson**                                    **Clm No 69760**    Filed In Cases: 140
4175 Heathersage Circle
Tuscaloosa, AL 35405                                  Class          Claim Detail Amount         Final Allowed Amount

                                                     UNS                        $1.00
                                                                                $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Albert Johnson**                                   **Clm No 69761**    Filed In Cases: 140
374 County Road 1651
Cullman, AL 35055                                    Class          Claim Detail Amount         Final Allowed Amount

                                                     UNS                        $1.00
                                                                                $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Ernest Johnson**                                   **Clm No 69762**    Filed In Cases: 140
3606 Schurmier
Houston, TX 77047                                    Class          Claim Detail Amount         Final Allowed Amount

                                                     UNS                        $1.00
                                                                                $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3255 of 3334

---

**R.C. Johnson**
3601 Fl Shuttlesworth Dr.
Birmingham, AL 35207

**Clm No 69763**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CORNELIUS JOHNSON**
3512 2nd Avenue, N
Dolomite, AL 35061

**Clm No 69764**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Johnson**
3340 23rd Street
Tuscaloosa, AL 35401

**Clm No 69765**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3256 of 3334

---

**LESLIE JOHNSON**
2980 Arrendale
Memphis, TN 38118

**Clm No 69766**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RICKY JOHNSON**
2922 Carriage Ln
Atlanta, GA 30349

**Clm No 69767**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Warren Johnson**
2861 Charmingdale Drive East
Mobile, AL 36618

**Clm No 69768**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## Claims Details

3257 of 3334

---

**Jerry Johnson**
2745 Pelzer Avenue
Montgomery, AL 36109

**Clm No 69769**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Leo Johnson**
272 Cedar Drive
Mobile, AL 36617

**Clm No 69770**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LARRY JOHNSON**
265 Pike Road
Woodstock, AL 35188

**Clm No 69771**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3258 of 3334

---

**Charles Johnson**
2312 Park Place #6
Birmingham, AL 35218

**Clm No 69772**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Calvin Johnson**
2259 Pike Street
Gardendale, AL 35071

**Clm No 69773**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Percy Johnson**
2201 Rude Le Flore
Mobile, AL 36617

**Clm No 69774**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3259 of 3334

---

**C JOHNSON**
2201 Montgomery Park Blvd Apt 1303
Conroe, TX 77304

**Clm No 69775**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jessie Johnson**
216 86th Street South
Birmingham, AL 35206

**Clm No 69776**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Percy Johnson**
2134 Leola Ave
Birmingham, AL 35207

**Clm No 69777**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

---

*Claims Details*

3260 of 3334

---

**CLIFFORD JOHNSON**

2095 Dottie Creek Road

Sweetwater, AL 36545

**Clm No 69778**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**DELOYCE JOHNSON**

19299 Serpenteer Dr.

Porter, TX 77365

**Clm No 69779**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Joe Johnson**

1840 3rd Place S.w.

Birmingham, AL 35211

**Clm No 69780**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### Claims Details

3261 of 3334

---

**Spurgie Johnson**
1725 Boise Ave S.w.
Birmingham, AL 35211

**Clm No 69781**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Johnson**
1622 Lyric Street
Prichard, AL 36610

**Clm No 69782**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jackie Johnson**
1571 April Drive
Warrior, AL 35180

**Clm No 69783**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3262 of 3334

---

**Willie Johnson**
1544 17th Street S.w.
Birmingham, AL 35211

**Clm No 69784**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Luke Johnson**
1525 5th Place Nw
Birmingham, AL 35215

**Clm No 69785**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARNOLD JOHNSON**
15249 Crescent Valley RD. SE
Olalla, WA 98359

**Clm No 69786**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3263 of 3334

---

**Ezell Johnson**
1521 16th Way S.w.
Birmingham, AL 35211

**Clm No 69787**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**George Johnson**
1519 Seventh Avenue North
Bessemer, AL 35020

**Clm No 69788**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilson Johnson**
1470 Casa Loma Drive
Axis, AL 36505

**Clm No 69789**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3264 of 3334

---

**Cal Johnson**
14315 Twisted Trunk Ct.
Houston, TX 77015

**Clm No 69790**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**J.D. Johnson**
138 Marshall Johnson Road
Moundville, AL 35474-3966

**Clm No 69791**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Welton Johnson**
13090 Lillian Highway
Pensacola, FL 32506

**Clm No 69792**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

---

*Claims Details*

3265 of 3334

---

**James Johnson**
1260 Delta St
Bessemer, AL 35020

**Clm No 69793**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jewel Johnson**
121 Johnson Road
Tylertown, MS 39667

**Clm No 69794**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Earl Johnson**
11941 South 23rd St.
Santa Fe, TX 77510

**Clm No 69795**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### Claims Details

3266 of 3334

---

**Robert Johnson**
1120 Navajo Trail
Alabaster, AL 35007

**Clm No 69796**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard Johnson**
106 Daryle Street
Livingston, AL 35470

**Clm No 69797**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**David Johnston**
C/o Wylodene L. Johnston
2010 Mountain Brook Drive
Cottondale, AL 35453

**Clm No 69798**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

---

*Claims Details*                                                              3267 of 3334

---

| Joseph Johnston | **Clm No 69799** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Williams Kherkher | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | |
| Houston, TX 77017 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

| Curtis Johnston | **Clm No 69800** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o Randy M. Johnston | Class | Claim Detail Amount | Final Allowed Amount |
| 8340 Plantation Crossing | | | |
| Montgomery, AL 36116 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

| R.P. Johnston | **Clm No 69801** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o Patsey Johnston | Class | Claim Detail Amount | Final Allowed Amount |
| P.o. Box 9313 | | | |
| Mobile, AL 36691 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 1:29:05 PM

*Claims Details*                                                                      3268 of 3334

---

| James Johnston | **Clm No 69802** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Jody Hodges | Class | Claim Detail Amount | Final Allowed Amount |
| 921 N. Battlebell Road | | | |
| Highlands, TX 77562 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| John Johnston | **Clm No 69803** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o Jeff E. Johnston | Class | Claim Detail Amount | Final Allowed Amount |
| 2517 Aspen Circle | | | |
| Hueytown, AL 35023 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| Braswell Johnston | **Clm No 69804** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Donna J. Duke & Lynne J. Burton | Class | Claim Detail Amount | Final Allowed Amount |
| 205 Worthington Dr. | | | |
| Trussville, AL 35173 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/20/2018 1:29:05 PM

## *Claims Details*

3269 of 3334

---

**Joseph Johnston**
c/o Caroline Johnston
32575 Al Hwy 69 S
Moundville, AL 35474

**Clm No 69805**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Walter Johnston**
510 8th St.south
Bessemer, AL 35020

**Clm No 69806**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHN JOHNSTON**
3608 The Cedars
Mobile, AL 36608

**Clm No 69807**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3270 of 3334

---

**MARY JOHNSTON**
2477 Pea Ridge Road
Carbon Hill, AL 35549

**Clm No 69808**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wayne Jolly**
355 Mountain Top Road
Warrior, AL 35180

**Clm No 69809**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WOODROW JONES**
The Estate of Woodrow Jones, Sr.
1120 Sumpter Rogers
Sweet Water, AL 36782

**Clm No 69810**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com               FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3271 of 3334

---

**CHESTER JONES**
Post Office Box 138
Dixon Mills, AL 36736

**Clm No 69811**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WESLEY JONES**
Post Office Box 116
Chatom, AL 36518

**Clm No 69812**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Hugh Jones**
P.O. Box 66
Concepcion, TX 78349

**Clm No 69813**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## *Claims Details*

3272 of 3334

**L.C. Jones**
P.O. Box 262
Mount Vernon, AL 36560

**Clm No 69814**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           9-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Richard Jones**
P.O. Box 194
Huffman, TX 77336

**Clm No 69815**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           9-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**ALBERT JONES**
P. O. Box 86
West Point, MS 39773

**Clm No 69816**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           9-Dec-2016
Bar Date
Claim Face Value       $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                          3273 of 3334

---

**Joseph Jones**                        **Clm No 69817**   Filed In Cases: 140
P. O. Box 455
Cottondale, AL 35453                     Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**John Jones**                          **Clm No 69818**   Filed In Cases: 140
P. O. Box 1174
Tuscaloosa, AL 35403                     Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**William Jones**                       **Clm No 69819**   Filed In Cases: 140
Mr. William C. Jones
809 Center Way SW                        Class          Claim Detail Amount      Final Allowed Amount
Birmingham, AL 35211
                                         UNS                    $1.00
                                                                $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3274 of 3334

---

**Morris Jones**
Mr. Morris M. Jones
938 Turner Lindsey
Rogersville, AL 35652

**Clm No 69820**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Frank Jones**
Mr. Frank R. Jones
264 Rock Creek Rd.
Sylvian Springs, AL 35118

**Clm No 69821**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wallace Jones**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69822**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3275 of 3334

---

**Luther Jones**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69823**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Eli Jones**
C/o Zebedee Jones
2113 Long 14th Street N.
Bessemer, AL 35020

**Clm No 69824**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Jones**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69825**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                             3276 of 3334

---

**Floyd Jones**                           **Clm No 69826**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                         Class          Claim Detail Amount        Final Allowed Amount
Houston, TX 77017                          UNS                  $1.00

                                                                $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Walter Jones**                          **Clm No 69827**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                         Class          Claim Detail Amount        Final Allowed Amount
Houston, TX 77017                          UNS                  $1.00

                                                                $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**JAMES JONES**                           **Clm No 69828**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                         Class          Claim Detail Amount        Final Allowed Amount
Houston, TX 77017                          UNS                  $1.00

                                                                $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3277 of 3334

---

**JACK JONES**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69829**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ives Jones**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69830**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Jones**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69831**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3278 of 3334

---

**Ben Jones**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69832**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Johnnie Jones**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69833**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Myrtice Jones**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69834**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/20/2018 1:29:05 PM

***Claims Details***

3279 of 3334

---

**CLAUD JONES**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69835**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Jones**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69836**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Henry Jones**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69837**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                      3/20/2018 1:29:05 PM

*Claims Details*                                                                  3280 of 3334

---

**Willie Jones**                               **Clm No 69838**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                             Class              Claim Detail Amount       Final Allowed Amount
Houston, TX 77017
                                               UNS                       $1.00

                                                                         $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**James Jones**                                **Clm No 69839**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                             Class              Claim Detail Amount       Final Allowed Amount
Houston, TX 77017
                                               UNS                       $1.00

                                                                         $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**James Jones**                                **Clm No 69840**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                             Class              Claim Detail Amount       Final Allowed Amount
Houston, TX 77017
                                               UNS                       $1.00

                                                                         $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3281 of 3334

---

**SIDNEY JONES**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69841**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joseph Jones**
C/o Terrell Jones
3758 Haven View Circle
Birmingham, AL 35216

**Clm No 69842**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arnold Jones**
C/o Sherry A. Hayes
2619 Elberta Street
Northport, AL 35475

**Clm No 69843**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3282 of 3334

---

**Robert Jones**
c/o Sandra Brannon
1019 CR 695
Alvin, TX 77511

**Clm No 69844**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Thomas Jones**
c/o Richard Jones
2300 5th Ave. N., Apt. 1301
Birmingham, AL 35203-3443

**Clm No 69845**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**John Jones**
C/o Rena D. Hitt
3701 5th Street N.e.
Birmingham, AL 35215

**Clm No 69846**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3283 of 3334

**Bob Jones**
C/o Omah Lee Jones
3273 Taylor Circle
Tuscaloosa, AL 35401

**Clm No 69847**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 9-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

**Fayte Jones**
c/o Ms. Verdell Jones
1704 Danbury Cir.
Tarrant, AL 35217

**Clm No 69848**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 9-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

**Charles Jones**
c/o Ms. Gaytha Nadine Jones
544 Harlem Avenue
Hueytown, AL 35023

**Clm No 69849**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 9-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3284 of 3334

---

**Edward Jones**
c/o Mrs. Ella F. Jones
114 Shadow Drive
Alabaster, AL 35007

**Clm No 69850**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**KENNETH JONES**
c/o Mrs. Cecil M. Jones
812 Park Lane
Fultondale, AL 35068

**Clm No 69851**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Jones**
c/o Mr. Wiley E. Rogers
1685 County Road 155
Anderson, AL 35610

**Clm No 69852**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3285 of 3334

---

**ANGIE JONES**
c/o Mr. Sam Jones, Jr.
1774 Windermere Ave.
Prattville , AL 36066

**Clm No 69853**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GEORGE JONES**
c/o Mr. Charles Edward Jones
2004 Saint Georges Way
Bowie, MD 20721

**Clm No 69854**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charlie Jones**
c/o Monique C. Welton
5152 E. Ponce De Leon Ave., Apt. G
Stone Mountain, GA 30083

**Clm No 69855**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3286 of 3334

---

**Samuel Jones**
C/o Mattie Jones
3629 Pine Avenue  S.w.
Birmingham, AL 35221

**Clm No 69856**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alexander Jones**
C/o Mary Jones
1834 Co. Road 39
Newburn, AL 36765

**Clm No 69857**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Earl Jones**
C/o Mary E. Jones
477 Rock Creek Road
Sylvan Springs, AL 35118

**Clm No 69858**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3287 of 3334

---

**Robert Jones**
C/o Marjorie Jones
1357 Hwy 63
Waynesboro, MS 39367

**Clm No 69859**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Eddie Jones**
C/o Marie Jones
846 Clinton Drive
Tuscaloosa, AL 35401

**Clm No 69860**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Jones**
C/o Mannie Jones
2079 Glovers Ferry Road
Alpine, AL 35014

**Clm No 69861**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3288 of 3334

---

**Ralph Jones**
C/o Louvenia Jones
5904 Sedum Street
Birmingham, AL 35228-3945

**Clm No 69862**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Leroy Jones**
c/o Lillie Williams
8122 Record
Houston, TX 77028

**Clm No 69863**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Jones**
c/o Kimberly A. Jones
2253 Floral Ridge Drive
Dacula, GA 30019

**Clm No 69864**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## *Claims Details*

3289 of 3334

---

**Ed Jones**
c/o Keith Jones
1602 Big Deer Drive
Crosby, TX 77532-3041

**Clm No 69865**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Howard Jones**
C/o Kecia D. Jones
6 Watertown Cir. Apt.b
Birmingham, AL 35235

**Clm No 69866**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Roosevelt Jones**
C/o Kay L. Cason, Cty. Admin.
505 20th St. N., Ste. 1650
Birmingham, AL 35203

**Clm No 69867**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### Claims Details

3290 of 3334

---

**John Jones**
C/o Jessie Jones
1300 Hargrove Rd. Apt. 14a
Tuscaloosa, AL 35401

**Clm No 69868**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jimmie Jones**
C/o Jerry Williams
1524 Heritage Drive
Tuscaloosa, AL 35406

**Clm No 69869**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE JONES**
c/o Jeffrey Jones
43003 Jones Road
Bay Minette, AL 36507

**Clm No 69870**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3291 of 3334

**Robert Jones**
C/o Hugh C. Henderson, Attorney
2913-a Columbiana Road
Vestavia, AL 35216

**Clm No 69871**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**HAROLD JONES**
c/o Hoyt Wayne Jones
PO Box 264
Mulga, AL 35118

**Clm No 69872**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**William Jones**
C/o Frances Naomi Jones
6815  Spring Drive
Cottondale, AL 35353

**Clm No 69873**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3292 of 3334

---

**Frank Jones**
C/o Faye Jones Fulbright
216 Elrie Blvd.
Bessemer, AL 35020

**Clm No 69874**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joseph Jones**
c/o Ethel M. Jones
1516 19th Street North
Birmingham, AL 35234

**Clm No 69875**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Jones**
C/o Elizabeth Ann Jones
7001 Johns Road
Bessemer, AL 35023

**Clm No 69876**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## *Claims Details*

3293 of 3334

**Jesse Jones**
C/o Dorothy Bailey Jones
1011 Avenue I
Bessemer, AL 35020

**Clm No 69877**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Captain Jones**
C/o Darlette Lucy
807 Rowell St.
Mobile, AL 36606

**Clm No 69878**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Henry Jones**
c/o Clifton J. Jones
2407 Walker Street
Greensboro, AL 36744

**Clm No 69879**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/20/2018 1:29:05 PM

*Claims Details*    3294 of 3334

---

**Jodie Jones**    **Clm No 69880**    Filed In Cases: 140
C/o Charles Edward Jones
512 Ridge Avenue

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Bessemer, AL 35020

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**John Jones**    **Clm No 69881**    Filed In Cases: 140
c/o Carsteen Jones
276 Cedar Dr.

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Mobile, AL 36617

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**James Jones**    **Clm No 69882**    Filed In Cases: 140
c/o Carol J. Fulmer
9217 Weaver Avenue

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Leeds, AL 35094

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3295 of 3334

---

**Odar Jones**
c/o Carol E. Jones Rutherford
5420 Cedar Cove Lane
Northport, AL 35473

**Clm No 69883**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Calvin Jones**
c/o Calvin V. Jones
426 Bama Street
Prichard, AL 36610

**Clm No 69884**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Jones**
C/o Brenda Kay Lloyd
29701 St. Basil Street
Daphne, AL 36526

**Clm No 69885**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### Claims Details

3296 of 3334

---

**William Jones**
c/o Betty Jane Jones
20348 Castle Ridge Rd.
Mccalla, AL 35111

**Clm No 69886**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Howard Jones**
C/o Anthony "tony"  Jones
629 Adam Avenue
Bessemer, AL 35020

**Clm No 69887**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Jones**
C/o Annette Jones
1230 27th St. North
Bessemer, AL 35020

**Clm No 69888**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 1:29:05 PM

## Claims Details

3297 of 3334

---

**Frank Jones**
C/o Anna J. Boglin
609 Atalla Street
Birmingham, AL 35224

**Clm No 69889**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANDERSON JONES**
c/o Anderson Jones, Jr.
1444 Hendricks Dr.
Birmingham, AL 35214

**Clm No 69890**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOSEPH JONES**
9789 Landers Road
San Angelo, TX 76905

**Clm No 69891**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3298 of 3334

---

**Robert Jones**
9623 Guest
Houston, TX 77078

**Clm No 69892**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Jones**
875 River Bend Road
Quinton, AL 35130-3133

**Clm No 69893**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WALLACE JONES**
813 James Street
West Point, MS 39773

**Clm No 69894**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 1:29:05 PM

*Claims Details*                                                                              3299 of 3334

---

**WILLIAM JONES**                    **Clm No 69895**    Filed In Cases: 140
809 Belwood Circle
Fairfield, AL 35064                   Class              Claim Detail Amount       Final Allowed Amount

                                     UNS                 $1.00
                                                         $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Leon Jones**                       **Clm No 69896**    Filed In Cases: 140
708 Elmira Street
Mobile, AL 36603                     Class              Claim Detail Amount       Final Allowed Amount

                                     UNS                 $1.00
                                                         $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Jim Jones**                        **Clm No 69897**    Filed In Cases: 140
5628 Camden Avenue
Birmingham, AL 35228                 Class              Claim Detail Amount       Final Allowed Amount

                                     UNS                 $1.00
                                                         $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3300 of 3334

---

**Eddie Jones**
5417 Ave J.
Birmingham, AL 35208

**Clm No 69898**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Percy Jones**
514 Belsau Avenue
Mobile, AL 36603

**Clm No 69899**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Jones**
5130 E. Haskell St.
Tulsa, OK 74115

**Clm No 69900**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3301 of 3334

---

**Travis Jones**
4507 Geurin Road
Gadsden, AL 35903

**Clm No 69901**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Jones**
42 Lexus Lane
West Blocton, AL 35184

**Clm No 69902**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Jones**
4001 Tyson Street
Adamsville, AL 35005

**Clm No 69903**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                                          3302 of 3334

---

**Gloria Jones**                          **Clm No 69904**    Filed In Cases: 140
3202 Fidelity St.
Houston, TX 77029                          Class            Claim Detail Amount        Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Jerry Jones**                           **Clm No 69905**    Filed In Cases: 140
315 Greenleaf Drive
Birmingham, AL 35214                       Class            Claim Detail Amount        Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**James Jones**                           **Clm No 69906**    Filed In Cases: 140
3013 South 76Th Street
Tampa, FL 33619                            Class            Claim Detail Amount        Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3303 of 3334

---

**Johnny Jones**
2705 Jones Street
Fultondale, AL 35068

**Clm No 69907**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sammy Jones**
2700 Gulf Freeway Apt# 1615
Texas City, TX 77591

**Clm No 69908**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Jones**
2617 Albert Avenue
Panama City Beach, FL 32408

**Clm No 69909**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### Claims Details

3304 of 3334

---

**James Jones**
2445 County Road 10
Newbern, AL 36765

**Clm No 69910**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lester Jones**
2403 San Augustine Lane
Friendswood, TX 77546

**Clm No 69911**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Johnnie Jones**
2058 Washington Road
Carrollton, AL 35447

**Clm No 69912**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### *Claims Details*

3305 of 3334

---

**Eddie Jones**
1919 8th Ave. North
Bessemer, AL 35020

**Clm No 69913**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Rosco Jones**
1711 Forest L Ake Dr
Tuscaloosa, AL 35401

**Clm No 69914**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Charles Jones**
17 Greenbriar
Tuscaloosa, AL 35405

**Clm No 69915**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3306 of 3334

---

**James Jones**
16331 Boothtown Road
Buhl, AL 35446

**Clm No 69916**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LLOYD JONES**
15 CR 2331
Bay Springs, MS 39422

**Clm No 69917**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Howard Jones**
1300 Mason Ridge Drive
Demopolis, AL 36732

**Clm No 69918**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3307 of 3334

---

**Brenda Jones**
130 Chester St.
Prattville, AL 36066

**Clm No 69919**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Levy Jones**
1233 Richmond Street
Birmingham, AL 35224

**Clm No 69920**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DENNIS JONES**
112 North Lakeside Dr.
Mathis, TX 78368

**Clm No 69921**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### Claims Details

3308 of 3334

---

**Earnest Jones**
1116 S. Virginia
Port Lavaca, TX 77979-4360

**Clm No 69922**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charlie Jones**
1104 Ward Street
Greensboro, AL 36744

**Clm No 69923**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lenear Jones**
10950 Carolwood Lakeview
Northport, AL 35476

**Clm No 69924**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

### Claims Details                                                                                          3309 of 3334

| Davis Jordan | **Clm No 69925** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Williams Kherkher | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | |
| Houston, TX 77017 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| Lester Jordan | **Clm No 69926** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o Peggy J. Little | Class | Claim Detail Amount | Final Allowed Amount |
| P.o. Box 473 | | | |
| Northport, AL 35476 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| Charles Jordan | **Clm No 69927** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o James K. Jordan | Class | Claim Detail Amount | Final Allowed Amount |
| 5631 South Shades Crest Road | | | |
| Bessemer, AL 35022 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3310 of 3334

---

**Calvin Jordan**
c/o Carol Lynn Edwards
3070 Scott Lane
Semmes, AL 36575

**Clm No 69928**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Henry Jordan**
824 38th St. North
Birmingham, AL 35222

**Clm No 69929**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dwayne Jordan**
751 County Rd 424
Ripley, MS 38663-9738

**Clm No 69930**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3311 of 3334

---

**James Jordan**
5631 South Shades Crest Road
Bessemer, AL 35022

**Clm No 69931**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Jordan**
2712 Avenue K. Ensley
Birmingham, AL 35218

**Clm No 69932**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Jordan**
2221 Chalybe Drive
Hoover, AL 35226

**Clm No 69933**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3312 of 3334

---

**Ronald Jordan**
1416 Mohican Drive
Birmingham, AL 35214

**Clm No 69934**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**David Jordan**
1250 15Th Way Sw
Birmingham, AL 35211

**Clm No 69935**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Larry Jordan**
101 Sharitt Lane
Gardendale, AL 35071

**Clm No 69936**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3313 of 3334

---

**Lendal Jordan**
67 10th Ave. S.w.
Graysville, AL 35073

**Clm No 69937**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**A. Jose**
P.O Box 71052
Corpus Christi , TX 78467

**Clm No 69938**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**E. Jose**
1121 Hidalgo
Robstown, TX 78380

**Clm No 69939**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3314 of 3334

---

**MARGARITE JOSEPH**
Post Office Box 34
Bucks, AL 36512

**Clm No 69940**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Brown Joseph**
P. O. Box 280366
Houston, TX 77228

**Clm No 69941**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LIONEL JOSEPH**
8903 Delta Place Rd.
New Roads, LA 70760

**Clm No 69942**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## Claims Details

3315 of 3334

---

**T. Joseph**
1108 River Court
League City, TX 77573

**Clm No 69943**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARCOS JOSLIN**
c/o Maricela R. Aguilar
250 Heimer Rd., Apt. 412
San Antonio, TX 78232

**Clm No 69944**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**R. Jourman**
308 Hobbs Road
League City, TX 77573

**Clm No 69945**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### Claims Details

3316 of 3334

---

**George Joyner**
c/o Princess Ansley
7018 Haverton Dr.
Houston, TX 77016

**Clm No 69946**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**S. Juan**
P.O. Box 628
Robstown, TX 78380

**Clm No 69947**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**R. Juan**
5225 Larcade
Corpus Christi, TX 78415

**Clm No 69948**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 1:29:05 PM

## *Claims Details*

3317 of 3334

---

**B. Juan**
5201 Millwood
Corpus Christi, TX 78413

**Clm No 69949**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mireles Juan**
5111 Oriole
Houston, TX 77017

**Clm No 69950**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Reyes Juan**
4938 Williams Dr.
Corpus Christi, TX 78411

**Clm No 69951**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3318 of 3334

---

**M. Juan**
409 S. Arizona
La Porte, TX 77571

**Clm No 69952**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Quinones Juan**
3917 Wickersham
Corpus Christi, TX 78415

**Clm No 69953**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**D. Juan**
2757 Camargo
Corpus Christi, TX 78415

**Clm No 69954**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

## Claims Details

3319 of 3334

**Z. Juan**
2468 Armstrong Road
Aransas Pass, TX 78336

**Clm No 69955**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**M Juan**
2454 W. Hwy 44
San Diego, TX 78384

**Clm No 69956**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**C. Juan**
13502 Halifax
Houston, TX 77015

**Clm No 69957**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

*Claims Details*                                                        3320 of 3334

---

**Salvador Juarez**                    **Clm No 69958**    Filed In Cases: 140
PO Box 11923
Houston, TX 77293                      | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $10,000.00

---

**GEORGE JUAREZ**                      **Clm No 69959**    Filed In Cases: 140
4509 Log Hollow Drive
Bryan, TX 77803-0308                   | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Tinsley Judian**                     **Clm No 69960**    Filed In Cases: 140
2255 Papaya Dr.
La Habra, CA 90631                     | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### Claims Details

3321 of 3334

---

**Stratmon Judson**
c/o Willams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69961**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Grammer Judy**
P O Box 154
Montgomery, TX 77356

**Clm No 69962**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Frank Juett**
c/o Vera P. Juett
1619 4th Street North
Birmingham, AL 35204

**Clm No 69963**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3322 of 3334

---

**Pryor Julia**
3623 Agnes Street
Houston, TX 77087

**Clm No 69964**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**B. Julio**
15218 East Chaparral Drive
Baytown, TX 77520

**Clm No 69965**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Olen Junkin**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69966**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3323 of 3334

---

**Nellie Junkin**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69967**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Junkin**
C/o Rilla Junkin
1720 Hurricane Rd.  Lot 40
Cottondale, AL 35453

**Clm No 69968**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Junkin**
c/o Mrs. Edwina Junkin
3204 30th Street
Northport, AL 35476

**Clm No 69969**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3324 of 3334

---

**Thresa Junkin**
6208 Old B'ham Hwy
Tuscaloosa, AL 35404

**Clm No 69970**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Peggy Junkin**
1006 15th Ave. N.W.
Gordo, AL 35466

**Clm No 69971**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**J.B. Junkins**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69972**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3325 of 3334

---

**ROBERT JUSTICE**
6118 Diamond Court
West Texas City, TX 77591

**Clm No 69973**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**TED JUSTICE**
126 LaCrosse Circle
West Monroe, LA 71291

**Clm No 69974**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Woodrow Kaaser**
611 Wisteria
La Marque, TX 77568

**Clm No 69975**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

### Claims Details

3326 of 3334

---

**Gregory Kachnovitz**
6110 Larkmount
Spring, TX 77389

**Clm No 69976**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Emil Kainer**
c/o Dorothy L. Kainer
19514 Barwick Drive
Spring, TX 77373

**Clm No 69977**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**James Kasper**
c/o Mrs. Cheryl Blake
203 Fairview Rd.
San Marcos, TX 78666

**Clm No 69978**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3327 of 3334

---

**Merritt Katheryn**
P O Box 10214
Fort Smith, AR 72917

**Clm No 69979**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Hebert Kathy**
PO Box 550
Kemah, TX 77565

**Clm No 69980**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ellis Kathy**
P.O.Box 338
Anahuac, TX 77514

**Clm No 69981**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

## *Claims Details*                                                          3328 of 3334

| | | |
|---|---|---|
| **Donald Kaup** | **Clm No 69982** | Filed In Cases: 140 |
| 2117 Pineway Drive | | |
| Orlando, FL 32839 | Class | Claim Detail Amount | Final Allowed Amount |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| | | |
|---|---|---|
| **Herschel Kazee** | **Clm No 69983** | Filed In Cases: 140 |
| c/o Phyllis Beatty | | |
| 5795 Garretts Road | | |
| Micco, FL 32976 | | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| | | |
|---|---|---|
| **CATHERINE KEASLER** | **Clm No 69984** | Filed In Cases: 140 |
| c/o Williams Kherkher | | |
| 8441 Gulf Fwy #600 | | |
| Houston, TX 77017 | | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3329 of 3334

---

**Charlie Keeler**
RR 4 Box 185 X26
Galveston, TX 77554

**Clm No 69985**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Ray Keeton**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69986**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jessie Keith**
c/o Mrs. Velma Keith
13202 East 4th Place
Aurora, CO 80011

**Clm No 69987**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                3/20/2018 1:29:05 PM

---

*Claims Details*                                                                    3330 of 3334

---

**Lawrence Keith**                    **Clm No 69988**    Filed In Cases: 140
C/o Lucinda Keith
508 Alder Ave                         Class            Claim Detail Amount      Final Allowed Amount
Birmingham, AL 35214                  UNS                    $1.00
                                                             $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Grover Keith**                      **Clm No 69989**    Filed In Cases: 140
C/o Federick Keith
1901 Pine Steet                       Class            Claim Detail Amount      Final Allowed Amount
Tarrant, AL 35217                     UNS                    $1.00
                                                             $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Charles Keith**                     **Clm No 69990**    Filed In Cases: 140
c/o Charles Michael Keith
9817 Shipptown Rd.                    Class            Claim Detail Amount      Final Allowed Amount
Empire, AL 35063                      UNS                    $1.00
                                                             $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 1:29:05 PM

---

*Claims Details*                                                             3331 of 3334

---

**Richard Keith**                    **Clm No 69991**   Filed In Cases: 140
6920 Honor Keith Rd
Trussville, AL 35173                 Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                      $1.00
                                     ─────────────   ─────────────────────   ─────────────────────
                                                              $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**M. Keith**                         **Clm No 69992**   Filed In Cases: 140
450 West 7th Street #208
Tulsa, OK 74119                      Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                   $10,000.00
                                     ─────────────   ─────────────────────   ─────────────────────
                                                           $10,000.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value       $10,000.00

---

**EARL KEITH**                       **Clm No 69993**   Filed In Cases: 140
1427 15th Street
Corpus Christi, TX 78404             Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                      $1.00
                                     ─────────────   ─────────────────────   ─────────────────────
                                                              $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3332 of 3334

**Fred Kell**
c/o Jennifer Qualls
628 Rocky Mountain Parkway
Antioch, TN 37013

**Clm No 69994**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**George Keller**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69995**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**George Keller**
C/o Thelma Louise Keller
2100 Roberta Road
Birmingham, AL 35214

**Clm No 69996**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3333 of 3334

---

**Nathaniel Kelley**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 69997**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Kelley**
c/o Priscilla Kelley
P.O. Box 1415
Cleveland , TX 77328

**Clm No 69998**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Kelley**
c/o Mary Samuel
1925 16th Way No.
Bessemer, AL 35020

**Clm No 69999**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 1:29:05 PM

*Claims Details*

3334 of 3334

**Sam Kelley**
C/o Martha Faye Miles
3208 7th Street
Tuscaloosa, AL 35401

**Clm No 70000**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:18:45 PM

1 of 3332

---

**James Kelley**
c/o Lola Mae Kelley
19703 Highway 216
Vance, AL 35490

**Clm No 70001**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Cecil Kelley**
c/o Kenneth Kelley
18507 Red Sails Pass
Humble, TX 77346

**Clm No 70002**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Al Kelley**
c/o Judy Kelley
P. O. Box 5
Northport, AL 35476

**Clm No 70003**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

**Willie Kelley**
c/o Gwenn Kelley
136 Limbaugh Avenue, C2
Childersburg, AL 35044-2043

**Clm No 70004**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Cleo Kelley**
C/o Glenda K. Burroughs
5100 Old Birmingham Hwy Apt 201
Tuscaloosa, AL 35404

**Clm No 70005**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**MELVIN KELLEY**
c/o Danyell Kelley
221 58th St.
Fairfield, AL 35064-2021

**Clm No 70006**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## Claims Details

3 of 3332

**Morris Kelley**
1926 16th  Way North
Bessemer, AL 35020

**Clm No 70007**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**James Kelley**
17348 Kellytown Rd
Buhl, AL 35446

**Clm No 70008**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Roy Kelley**
13810 Kelley Lane
Coker, AL 35452

**Clm No 70009**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                              4 of 3332

---

**Hubert Kelly**                    **Clm No 70010**     Filed In Cases: 140
C/o Roy E. Kelley
13810 Kelley Lane                   Class              Claim Detail Amount        Final Allowed Amount
Coker, AL 35452
                                    UNS                    $1.00
                                                           $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Robert Kelly**                    **Clm No 70011**     Filed In Cases: 140
C/o Lorine Kelly
625 5th Way-pratt City              Class              Claim Detail Amount        Final Allowed Amount
Birmingham, AL 35214
                                    UNS                    $1.00
                                                           $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Betty Kelly**                     **Clm No 70012**     Filed In Cases: 140
158 Columbia Street
Mobile, AL 36607                    Class              Claim Detail Amount        Final Allowed Amount

                                    UNS                    $1.00
                                                           $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

5 of 3332

---

**Marshall Kelly**
1202 Caper
El Paso, TX 79925

**Clm No 70013**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Travis Kelsoe**
C/o Deborah Jeffreys
6249 County Road 81
Danville, AL 35619

**Clm No 70014**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Louis Kelton**
c/o Donna Gayle McPeters
1200 Taylor Mill
Guntersville, AL 35976

**Clm No 70015**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## Claims Details

6 of 3332

**Willie Kemp**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70016**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**Floyd Kendrick**
C/o Teresa Spires
5274 Road 39
Chelsea, AL 35043

**Clm No 70017**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**Woodrow Kendrick**
c/o Mary K. Rosson
15081 Moffett Rd.

**Clm No 70018**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**James Kendrick**
C/o Frances Kendrick
P.o. Box 310501
Birmingham, AL 35231

**Clm No 70019**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Donald Kendrick**
C/o Anna C. Kendrick
11967 Union Grove Rd.
Union Grove, AL 35175

**Clm No 70020**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RICHARD KENDRICK**
192 Bedford Lane
Calera, AL 35040

**Clm No 70021**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                      8 of 3332

---

**Jackson Kendrick**                    **Clm No 70022**    Filed In Cases: 140
1637 1st Street N.e.
Birmingham, AL 35215                      Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                  $1.00
                                                              $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Myles Kendrick**                       **Clm No 70023**    Filed In Cases: 140
101 Melinda Drive
Saraland, AL 36571                        Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                  $1.00
                                                              $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**James Kendrick**                       **Clm No 70024**    Filed In Cases: 140
100 Vulcan Drive
Gardendale, AL 35071                      Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                  $1.00
                                                              $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**Merrill Kennedy**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70025**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Samuel Kennedy**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70026**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**COLLICE KENNEDY**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70027**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**       **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                          3/20/2018 3:18:45 PM

*Claims Details*                                                                 10 of 3332

---

**Eugene Kennedy**                          **Clm No 70028**   Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                          Class          Claim Detail Amount      Final Allowed Amount
Houston, TX 77017                           UNS                    $1.00
                                                                   $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**CHARLES KENNEDY**                         **Clm No 70029**   Filed In Cases: 140
c/o Sandra Gwen Mosley, Executrix of Estate
1431 Hollowside Way                         Class          Claim Detail Amount      Final Allowed Amount
Prescott, AZ 86305                          UNS                    $1.00
                                                                   $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Tillman Kennedy**                         **Clm No 70030**   Filed In Cases: 140
C/o Denise K. Lucius
215 2nd Street Thomas                       Class          Claim Detail Amount      Final Allowed Amount
Birmingham, AL 35214                        UNS                    $1.00
                                                                   $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

11 of 3332

---

**Marcus Kennedy**

C/o Cassandra  B. Kennedy

607 Frank E. Lee Ave.

Prichard, AL 36610

**Clm No 70031**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Anthony Kennedy**

C/o Bernice Kennedy

164 Honeycutt Road

Adamsville, AL 35005

**Clm No 70032**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wayne Kennedy**

9226 Theysen

Houston, TX 77080

**Clm No 70033**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

12 of 3332

---

**Billy Kennedy**
6144 Gateway Center #246
Kilgore, TX 75662

**Clm No 70034**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Leroy Kennedy**
214 Snake Hill Rd.
Trussville, AL 35173

**Clm No 70035**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Floyd Kennedy**
1605 26Th Street North
Birmingham, AL 35234

**Clm No 70036**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

13 of 3332

---

**RONALD KENNEDY**
112 E. 25th St.
Tyler, TX 75702

**Clm No 70037**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Youngblood Kenneth**
245 Hwy 82 E
Avery, TX 75554

**Clm No 70038**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**R. Kenneth**
19514 Lockridge
Spring, TX 77373

**Clm No 70039**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

### Claims Details

14 of 3332

---

**John Kenney**
c/o Mrs. Dorothy Kenney
10608 Deergrass Lane
Orlando, FL 32821

**Clm No 70040**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**J.D. Kennington**
c/o Betty K. Moore
110 Braxton Park Ln.
Goodlettsville, TN 37072

**Clm No 70041**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MELVIN KENT**
760 71st Street S.
Birmingham, AL 35206

**Clm No 70042**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                    15 of 3332

---

**Robert Kern**                               **Clm No 70043**    Filed In Cases: 140
c/o Mrs. Eleanor Kern
7400 Bimini Dr.                               Class          Claim Detail Amount      Final Allowed Amount
Port Richey, FL 34668
                                              UNS                    $1.00

                                                                     $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Gerhard Kern**                              **Clm No 70044**    Filed In Cases: 140
12705 N. Howard Avenue
Tampa, FL 33612-3942                          Class          Claim Detail Amount      Final Allowed Amount

                                              UNS                    $1.00

                                                                     $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**JAMES KERR**                                **Clm No 70045**    Filed In Cases: 140
3321 Hillcrest Ave
Birmingham, AL 35224-2731                     Class          Claim Detail Amount      Final Allowed Amount

                                              UNS                    $1.00

                                                                     $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## Claims Details

16 of 3332

**Fred Kersey**
C/o Gloria Kersey
7400 Keenes Mill Road
Cottondale, AL 35453

**Clm No 70046**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Robert Kersh**
245 County Road 2005
Liberty, TX 77575

**Clm No 70047**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**KENNETH KERVIN**
c/o Linda M. Lemoine
7228 Smithtown Road
Eight Mile, AL 36613-8342

**Clm No 70048**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

**Alvin Kesler**
1881 Woodland Ave. Sw
Birmingham, AL 35211

**Clm No 70049**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Roy Ketchum**
c/o Luradee Ketchum
202 Oak Crest Drive
Manvel, TX 77578

**Clm No 70050**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Thomas Kettle**
18230 County Rd. #132
Pearland, TX 77581

**Clm No 70051**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

18 of 3332

---

**Betty Ketton**
765 Singleton Road
Ethelsville, AL 35461

**Clm No 70052**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Key**
c/o Elaine Key
P.O. Box 367
North Zulch, TX 77872

**Clm No 70053**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RAY KEYES**
c/o Rutha B. Keyes
218 SCR 531-2
Taylorsville, MS 39168

**Clm No 70054**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

19 of 3332

---

**KENNETH KEYES**
147 2nd Ave
Evanston, WY 82930

**Clm No 70055**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**TARVIN KEYS**
c/o Diane M. Keys
815 Sandy T. Gavin Avenue
Laurel, MS 39440

**Clm No 70056**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Kidd**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70057**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

20 of 3332

---

**William Kidd**
c/o Deborah Bark
313 S. Stuart St.
Baltimore, MD 21221

**Clm No 70058**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Kidd**
c/o Billie Kidd
3827 Cypressdale Drive
Spring, TX 77388-5024

**Clm No 70059**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Donald Kidd**
756 Saint Louis Street
Mobile, AL 36602-1317

**Clm No 70060**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

## Claims Details

**Torry Kidd**
1002 Woodside Drive
Mobile, AL 36608

**Clm No 70061**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----|-----|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Herman Kile**
290 Pine Ridge Lane
Dadeville, AL 36853

**Clm No 70062**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----|-----|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Walter Kilgore**
C/o R. Kent Kilgore
P.o. Box 81
Ralph, AL 35480

**Clm No 70063**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----|-----|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

22 of 3332

---

**C. Kilgore**
502 12th Ave SW
Attalla, AL 35954

**Clm No 70064**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Leon Killian**
C/o Lana Killian Talley
P.o. Box 1163
Northport, AL 35476

**Clm No 70065**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Melvin Killingsworth**
26665 Hwy. 145
Wilsonville, AL 35186

**Clm No 70066**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                                23 of 3332

---

| **ARTHUR KILLOUGH** | **Clm No 70067** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Shirley Bishop | Class | Claim Detail Amount | Final Allowed Amount |
| 920 7th Place | | | |
| Pleasant Grove, AL 35127 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **JAMES KIMBRELL** | **Clm No 70068** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Glenda K. Barnes | Class | Claim Detail Amount | Final Allowed Amount |
| 207 Oak Circle | | | |
| Hueytown, AL 35023 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Thomas Kimbrell** | **Clm No 70069** | Filed In Cases: 140 | |
|---|---|---|---|
| 5019 Holly Grove Road | Class | Claim Detail Amount | Final Allowed Amount |
| Jasper, AL 35501 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

24 of 3332

---

**PURVIE KIMBRELL**
1041 County Road 125
Berry, AL 35546

**Clm No 70070**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Byron Kimbrough**
3592 Airport Road
Altoona, AL 35952

**Clm No 70071**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Melvin Kimbrough**
2385 Cortel You Rd
Wagarville, AL 36585

**Clm No 70072**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

25 of 3332

---

**Garland Kinard**
3949 Payne Lake Road
Brent, AL 35034

**Clm No 70073**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM KINDLE**
c/o Ms. Vivian G. Kindle
8703 Candy Street
Houston, TX 77029

**Clm No 70074**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Kindred**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70075**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

26 of 3332

---

**William Kindred**
1308 Lincoln St. S.w.
Birmingham, AL 35211

**Clm No 70076**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JACKIE KING**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70077**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William King**
C/o William King, Jr.
1661 18th Street S.w.
Birmingham, AL 35211

**Clm No 70078**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                3/20/2018 3:18:45 PM

---

*Claims Details*                                                                      27 of 3332

---

**Thomas King**                                    **Clm No 70079**    Filed In Cases: 140
C/o Thomas E. King, Jr.
1586 Arcade Terrace                    Class              Claim Detail Amount        Final Allowed Amount
Bessemer, AL 35023
                                       UNS                     $1.00

                                                               $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Johnny King**                                    **Clm No 70080**    Filed In Cases: 140
C/o Mrs. Rosa C. King
1222 14th Place E                      Class              Claim Detail Amount        Final Allowed Amount
Tuscaloosa, AL 35401
                                       UNS                     $1.00

                                                               $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Lee King**                                       **Clm No 70081**    Filed In Cases: 140
c/o Mrs. Bonnie King
4130 Knotty Oaks Trail                 Class              Claim Detail Amount        Final Allowed Amount
Houston, TX 77045
                                       UNS                     $1.00

                                                               $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                          28 of 3332

---

**JAMES KING**                          **Clm No 70082**    Filed In Cases: 140
c/o Mary King
548 64th Street South                   Class          Claim Detail Amount       Final Allowed Amount
Birmingham, AL 35212
                                        UNS                $1.00
                                                           $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Lewis King**                          **Clm No 70083**    Filed In Cases: 140
c/o Lewis King Jr.
617 Austin                              Class          Claim Detail Amount       Final Allowed Amount
Bay City, TX 77414
                                        UNS              $10,000.00
                                                         $10,000.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $10,000.00

---

**Johnny King**                         **Clm No 70084**    Filed In Cases: 140
c/o Johnnie K. Spencer
#8 Springbrook                          Class          Claim Detail Amount       Final Allowed Amount
Tuscaloosa, AL 35405
                                        UNS                $1.00
                                                           $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

29 of 3332

---

**Joe King**
C/o Joe Ray King
2830 25th Street
Tuscaloosa, AL 35401

**Clm No 70085**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Harold King**
c/o Iris King
317 West Court
Bay View, AL 35005

**Clm No 70086**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Hosie King**
C/o Helen Shores Lee, Attorney
413 16th Street, North
Birmingham, AL 35203-1928

**Clm No 70087**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/20/2018 3:18:45 PM

*Claims Details*    30 of 3332

---

| **Harrison King** | | **Clm No 70088** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 901 27Th Street Sw | | Class | Claim Detail Amount | Final Allowed Amount |
| Birmingham, AL 35211 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Dause King** | | **Clm No 70089** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 858 Jones Road | | Class | Claim Detail Amount | Final Allowed Amount |
| Marshall, TX 75670 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Gerald King** | | **Clm No 70090** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 6600 Ruffin Drive | | Class | Claim Detail Amount | Final Allowed Amount |
| Mobile, AL 36618 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

31 of 3332

---

**PERCY KING**
4129 4th Ave
Brighton, AL 35020

**Clm No 70091**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**George King**
3766 Hwy 86
Carrollton, AL 35447

**Clm No 70092**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Edward King**
347 E. PERSHING STREET
Prichard, AL 36610

**Clm No 70093**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

---

*Claims Details*                                                             32 of 3332

---

**DAVID KING**                          **Clm No 70094**    Filed In Cases: 140
2002 Ford Road
Muscle Shoals, AL 35661                  Class           Claim Detail Amount      Final Allowed Amount

                                         UNS                     $1.00
                                                                 $1.00

Date Filed           9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Odis King**                           **Clm No 70095**    Filed In Cases: 140
19407 Juniper Vale Circle
Houston, TX 77084                        Class           Claim Detail Amount      Final Allowed Amount

                                         UNS                     $1.00
                                                                 $1.00

Date Filed           9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Harvey King**                         **Clm No 70096**    Filed In Cases: 140
1400 30Th Street West
Birmingham, AL 35218                     Class           Claim Detail Amount      Final Allowed Amount

                                         UNS                     $1.00
                                                                 $1.00

Date Filed           9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

33 of 3332

---

**J.A. Kinnaird**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70097**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DOUGLAS KINNEY**
260 Kinnco Drive
Odenville, AL 35120

**Clm No 70098**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Kinser**
c/o Ms. Ellene Kinser
9823 Raul Hector
Houston, TX 77075

**Clm No 70099**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

34 of 3332

---

**James Kirby**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70100**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Otis Kirby**
3933 Gaineswood Lane
Tuscaloosa, AL 35406-3566

**Clm No 70101**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Kirk**
C/o John H. Kirk, Jr.
7173 Cannon Ball Circle
Bay Minette, AL 36507-8174

**Clm No 70102**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

35 of 3332

**Billy Kirk**
3001 Queenstown Rd.
Trussville, AL 35173

**Clm No 70103**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed         9-Dec-2016
Bar Date
Claim Face Value        $1.00

**John Kirkland**
Post Office Box 11
Artesia, MS 39736

**Clm No 70104**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed         9-Dec-2016
Bar Date
Claim Face Value        $1.00

**Cecil Kirkland**
P.O. Box 191
Cantonment, FL 32533

**Clm No 70105**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed         9-Dec-2016
Bar Date
Claim Face Value        $1.00

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                     3/20/2018 3:18:45 PM

*Claims Details*                                                                36 of 3332

---

**Isiah Kirkland**                    **Clm No 70106**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                    Class          Claim Detail Amount      Final Allowed Amount
Houston, TX 77017
                                      UNS                    $1.00
                                                             $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Coy Kirkland**                      **Clm No 70107**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                    Class          Claim Detail Amount      Final Allowed Amount
Houston, TX 77017
                                      UNS                    $1.00
                                                             $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Robert Kirkland**                   **Clm No 70108**    Filed In Cases: 140
1405 34th Street Noth
Birmingham, AL 35234                  Class          Claim Detail Amount      Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**    PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**        FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## Claims Details

**Charlie Kirkley**
15041 CR 2215
Tyler, TX 75707

**Clm No 70109**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joseph Kirkley**
13100 Mt Oliveroad
Coker, AL 35452

**Clm No 70110**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joseph Kirkpatrick**
21200 Cora Lee Circle
Mc Calla, AL 35111

**Clm No 70111**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/20/2018 3:18:45 PM

*Claims Details*    38 of 3332

---

**Aubra Kirks**
204 Pinar Del Rio
Brownsville, TX 78526

**Clm No 70112**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas Kirksey**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70113**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DOROTHY KIRKSEY**
233 Graymont Avenue, W
Birmingham, AL 35204

**Clm No 70114**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

39 of 3332

---

**Chester Kiser**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70115**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Harry Kivel**
c/o Richard Glenn Stephens
2301 Acacia
League City, TX 77573

**Clm No 70116**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joe Kizzard**
c/o Geneva Houston
3920 Fairmont Place North
Birmingham, AL 35207

**Clm No 70117**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:18:45 PM

*Claims Details*

40 of 3332

| **John Kizziah** | **Clm No 70118** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Williams Kherkher | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | |
| Houston, TX 77017 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Olen Kizziah** | **Clm No 70119** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Williams Kherkher | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | |
| Houston, TX 77017 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Hardin Kizziah** | **Clm No 70120** | Filed In Cases: 140 | |
|---|---|---|---|
| 14636 Watermellon Road | Class | Claim Detail Amount | Final Allowed Amount |
| Tuscaloosa, AL 35406 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**      FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

41 of 3332

**Lera Kizzire**
380 Ashcraft Corner Cut Off
Kennedy, AL 35574

**Clm No 70121**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Beverly Klausen**
P.O. Box 4090
Albuquerque, NM 87196-4090

**Clm No 70122**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**George Klepac**
278 North Street
Peterman, AL 36471

**Clm No 70123**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

42 of 3332

---

**Al Klimek**
c/o Mary E. Valkovich
3624 Buck Avenue
Joliet, IL 60431

**Clm No 70124**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Claude Klinner**
591 Mayo Road
Altoona,, AL 35952

**Clm No 70125**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**O.D. Kluna**
3681 Dogwood Trail
Navasota, TX 77868

**Clm No 70126**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

43 of 3332

---

**Frank Knapek**
Per Lexis Current Address:
105 HIGH GABRIEL DR
LEANDER, TX 78641

**Clm No 70127**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Leonard Knapp**
c/o Kimberly K. Definis
7616 Fairlawn Dr
Hudson, FL 34667-3009

**Clm No 70128**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Michael Knapp**
206 Pungo Lane
Chocowinity, NC 27817-8513

**Clm No 70129**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                            44 of 3332

---

**HARVEY KNIGHT**                    **Clm No 70130**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                    Class            Claim Detail Amount        Final Allowed Amount
Houston, TX 77017
                                     UNS                    $1.00
                                                            $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**George Knight**                    **Clm No 70131**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                    Class            Claim Detail Amount        Final Allowed Amount
Houston, TX 77017
                                     UNS                    $1.00
                                                            $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Robert Knight**                    **Clm No 70132**    Filed In Cases: 140
c/o Mr. Robert C. Knight, Executor of Estate
P.O. Box 1504                        Class            Claim Detail Amount        Final Allowed Amount
Humble, TX 77396
                                     UNS                  $10,000.00
                                                         $10,000.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $10,000.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                          3/20/2018 3:18:45 PM

*Claims Details*                                                                          45 of 3332

---

**Robert Knight**
c/o Fannie Knight
4868 W. Highland Chruch Rd.
Bessemer, AL 35023

**Clm No 70133**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Knight**
C/o Edith Louise Knight
4456 Willow Bend Drive
Gardendale, AL 35071

**Clm No 70134**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JERALD KNIGHT**
616 Charles V Street
Satsuma, AL 36572

**Clm No 70135**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

46 of 3332

| Joseph Knight | | **Clm No 70136** | Filed In Cases: 140 | |
| --- | --- | --- | --- | --- |
| 612 Groveland Dr. | | Class | Claim Detail Amount | Final Allowed Amount |
| Montgomery, AL 36109 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| --- | --- |
| Bar Date | |
| Claim Face Value | $1.00 |

| Willie Knight | | **Clm No 70137** | Filed In Cases: 140 | |
| --- | --- | --- | --- | --- |
| 5785 Winchester PL | | Class | Claim Detail Amount | Final Allowed Amount |
| Lithonia, GA 30038 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| --- | --- |
| Bar Date | |
| Claim Face Value | $1.00 |

| JAMES KNIGHT | | **Clm No 70138** | Filed In Cases: 140 | |
| --- | --- | --- | --- | --- |
| 31 Alex Knight Rd. | | Class | Claim Detail Amount | Final Allowed Amount |
| Ovett, MS 39464 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| --- | --- |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/20/2018 3:18:45 PM

---

*Claims Details*                                                          47 of 3332

---

**DUNCAN KNIGHT**                        **Clm No 70139**    Filed In Cases: 140
11735 Beverly Jeffries Hwy Apt H
Citronelle, AL 36522                     | Class | Claim Detail Amount | Final Allowed Amount |
                                         |-------|---------------------|----------------------|
                                         | UNS   | $1.00               |                      |
                                         |       | $1.00               |                      |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Cleophus Knighting**                   **Clm No 70140**    Filed In Cases: 140
c/o Rhonda Y. Williams
1535 Delton Place                        | Class | Claim Detail Amount | Final Allowed Amount |
Midfield, AL 35228                       |-------|---------------------|----------------------|
                                         | UNS   | $1.00               |                      |
                                         |       | $1.00               |                      |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Roy Knighton**                         **Clm No 70141**    Filed In Cases: 140
445 17th Terrace N.w.
Birmingham, AL 35215                     | Class | Claim Detail Amount | Final Allowed Amount |
                                         |-------|---------------------|----------------------|
                                         | UNS   | $1.00               |                      |
                                         |       | $1.00               |                      |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**         **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                              3/20/2018 3:18:45 PM

*Claims Details*                                                                          48 of 3332

---

**Guy Knighton**                    **Clm No 70142**    Filed In Cases: 140
1049 Hillcrest Drive
Bessemer, AL 35022             Class          Claim Detail Amount        Final Allowed Amount

                              UNS               $1.00
                                                $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Kenneth Knipe**                   **Clm No 70143**    Filed In Cases: 140
c/o Sally Sowards
218 Golda Lane                Class          Claim Detail Amount        Final Allowed Amount
Fenton, MO 63026
                              UNS               $1.00
                                                $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rolland Kniser**                  **Clm No 70144**    Filed In Cases: 140
c/o Tanya Rich
966 Maize Street              Class          Claim Detail Amount        Final Allowed Amount
Bossier City, LA 71111
                              UNS               $1.00
                                                $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**James Knoblock**
C/o Jean Allen Galloway
3306 69th Ave.
Northport, AL 35475

**Clm No 70145**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**O.C. Knox**
C/o Timothy Knox
3408-3 Jamack Circle
Fort Meade, MD 20755

**Clm No 70146**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Knox**
C/o Charles S. Knox
5785 Eastern Valley Road
Mccalla, AL 35111

**Clm No 70147**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

| HILLARD KNUPPLE | **Clm No 70148** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Susie P. Knupple | Class | Claim Detail Amount | Final Allowed Amount |
| 13501 Vicksburg | | | |
| Houston, TX 77015 | UNS | $1.00 | |
| | | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 9-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

| DONALD KOEHLER | **Clm No 70149** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Myra Koehler | Class | Claim Detail Amount | Final Allowed Amount |
| 3268 Linday Loop Road | | | |
| Bessemer, AL 35023 | UNS | $1.00 | |
| | | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 9-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

| Elwyn Koehler | **Clm No 70150** | Filed In Cases: 140 | |
|---|---|---|---|
| 718 Ted Picket Lane | Class | Claim Detail Amount | Final Allowed Amount |
| League City, TX 77573 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 9-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

51 of 3332

---

**Oliver Koen**
Route 2 Box 77
Millry, AL 36558

**Clm No 70151**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas Konetzke**
Carolyn W. Mills
15306 Waldwick Drive
Tomball, TX 77377

**Clm No 70152**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Earlie Koon**
702 Amberwood Drive
Tuscaloosa, AL 35405

**Clm No 70153**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

52 of 3332

| Marvin Koon | | **Clm No 70154** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 3026 10th Ave. East | | Class | Claim Detail Amount | Final Allowed Amount |
| Tuscaloosa, AL 35405 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| DONALD KOONCE | | **Clm No 70155** | Filed In Cases: 140 | |
|---|---|---|---|---|
| c/o Williams Kherkher | | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | UNS | $1.00 | |
| Houston, TX 77017 | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| Gilbert Koonce | | **Clm No 70156** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 8320 FM 153 | | Class | Claim Detail Amount | Final Allowed Amount |
| Winchester, TX 78945 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

---

*Claims Details*                                                          53 of 3332

---

**Otto Korge**                          <u>**Clm No 70157**</u>    Filed In Cases: 140
1701 Honey Creek Lane
Cedar Park, TX 78613            Class           Claim Detail Amount      Final Allowed Amount

                                UNS                     $1.00
                                                        $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Samuel Kornegay**                     <u>**Clm No 70158**</u>    Filed In Cases: 140
C/o Willodean Kornegay
1208 Plantation Road            Class           Claim Detail Amount      Final Allowed Amount
Tuscaloosa, AL 35405-5535
                                UNS                     $1.00
                                                        $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Fred Kornegay**                       <u>**Clm No 70159**</u>    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600              Class           Claim Detail Amount      Final Allowed Amount
Houston, TX 77017
                                UNS                     $1.00
                                                        $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

54 of 3332

**George Kornegay**
996 Bear Creek Rd
Brent, AL 35034

**Clm No 70160**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Charles Kramer**
c/o Mae Lorene Kramer
1905 Greenwich Place Drive
Houston, TX 77019-3825

**Clm No 70161**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**James Kramer**
21722 E Russet Rd.
Queen Creek, AZ 85142

**Clm No 70162**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                  55 of 3332

---

**Raymond Kraus**                              **Clm No 70163**    Filed In Cases: 140
c/o Richard Kraus, Executor of Estate
903 Grand Oaks                                 Class          Claim Detail Amount      Final Allowed Amount
Houston, TX 77015
                                               UNS                     $1.00
                                                                       $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**RICHARD KRECKER**                            **Clm No 70164**    Filed In Cases: 140
30 Savanna St.
Debary, FL 32713                               Class          Claim Detail Amount      Final Allowed Amount

                                               UNS                     $1.00
                                                                       $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Joseph Krejci**                              **Clm No 70165**    Filed In Cases: 140
58160 La Bauve Ave.
Plaquemine, LA 70764                           Class          Claim Detail Amount      Final Allowed Amount

                                               UNS                     $1.00
                                                                       $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com       PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

56 of 3332

| **Robert Krischke** | | **Clm No 70166** | Filed In Cases: 140 | |
|---|---|---|---|---|
| c/o Williams Kherkher | | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | | |
| Houston, TX 77017 | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **Joseph Kucan** | | **Clm No 70167** | Filed In Cases: 140 | |
|---|---|---|---|---|
| c/o Williams Kherkher | | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | | |
| Houston, TX 77017 | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **Stanley Kujawski** | | **Clm No 70168** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 18198 Bracken Cir | | Class | Claim Detail Amount | Final Allowed Amount |
| Port Charlotte, FL 33948-9306 | | | | |
| | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

**Rust Consulting | Omni Bankruptcy**            **Visit us on the Web at www.omnimgt.com**            **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

57 of 3332

**Cecil Kuykendall**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70169**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Granville Kuykendall**
C/o Mrs. Mary J. Kuykendall
12164 Lake View Manor Drive
Northport, AL 35475

**Clm No 70170**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**THOMAS KYLE**
2517 21st Street N.
Bessemer, AL 35023-3209

**Clm No 70171**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

58 of 3332

---

**George Kyles**
c/o Shirley K. Henderson
4851 West Walton St.
Chicago, IL 60651

**Clm No 70172**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Kyzer**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70173**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbie Kyzer**
c/o James Gordon Kyzer
7508 Bradley Rd.
Duncanville, AL 35456

**Clm No 70174**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

59 of 3332

| | | | |
|---|---|---|---|
| **James Labon** | **Clm No 70175** | Filed In Cases: 140 | |
| c/o Williams Kherkher | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | |
| Houston, TX 77017 | UNS | $1.00 | |
| | | $1.00 | |
| Date Filed | 9-Dec-2016 | | |
| Bar Date | | | |
| Claim Face Value | $1.00 | | |

| | | | |
|---|---|---|---|
| **Charlie Labon** | **Clm No 70176** | Filed In Cases: 140 | |
| C/o Sharon Labon | Class | Claim Detail Amount | Final Allowed Amount |
| 1921 W. 138th Street | | | |
| Compton, CA 90222 | UNS | $1.00 | |
| | | $1.00 | |
| Date Filed | 9-Dec-2016 | | |
| Bar Date | | | |
| Claim Face Value | $1.00 | | |

| | | | |
|---|---|---|---|
| **Lee Labon** | **Clm No 70177** | Filed In Cases: 140 | |
| 11736 Upper Hull Rd. | Class | Claim Detail Amount | Final Allowed Amount |
| Moundville, AL 35474 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |
| Date Filed | 9-Dec-2016 | | |
| Bar Date | | | |
| Claim Face Value | $1.00 | | |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/20/2018 3:18:45 PM

*Claims Details*                                                                          60 of 3332

---

**Rufus Lacey**                          **Clm No 70178**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                        | Class | Claim Detail Amount | Final Allowed Amount |
Houston, TX 77017                         |-------|---------------------|----------------------|
                                          | UNS   | $1.00               |                      |
                                          |       | $1.00               |                      |

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Elijah Lacey**                         **Clm No 70179**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                        | Class | Claim Detail Amount | Final Allowed Amount |
Houston, TX 77017                         |-------|---------------------|----------------------|
                                          | UNS   | $1.00               |                      |
                                          |       | $1.00               |                      |

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**CHARLES LACEY**                        **Clm No 70180**    Filed In Cases: 140
c/o Charles Lacey, Jr.
12782 Olmstead Circle                     | Class | Claim Detail Amount | Final Allowed Amount |
Mc Calla, AL 35111                        |-------|---------------------|----------------------|
                                          | UNS   | $1.00               |                      |
                                          |       | $1.00               |                      |

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

---

*Claims Details*                                                                                      61 of 3332

---

| James Lackey | **Clm No 70181** | Filed In Cases: 140 | |
|---|---|---|---|
| 4605 Overlake Circle | Class | Claim Detail Amount | Final Allowed Amount |
| Northport, AL 35476 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| Solomon Lacy | **Clm No 70182** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o Eula Davis | Class | Claim Detail Amount | Final Allowed Amount |
| 664 Wynlake Cove | UNS | $1.00 | |
| Alabaster, AL 35007 | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| David Lafosse | **Clm No 70183** | Filed In Cases: 140 | |
|---|---|---|---|
| 5005 Inverness | Class | Claim Detail Amount | Final Allowed Amount |
| Baytown, TX 77521 | UNS | $10,000.00 | |
| | | $10,000.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**Aldon Lagle**
c/o Mrs. Doris Lagle
102 Bentley Lane S.e.
Bessemer, AL 35022

**Clm No 70184**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carrol Lagle**
308 Maxwell Road S.e.
Bessemer, AL 35023

**Clm No 70185**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROBERT LAIRD**
P.O. Box 149
Hankamer, TX 77560

**Clm No 70186**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

63 of 3332

---

**Robert Laird**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70187**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Leroy Lake**
#29 Sahama Village
Tuscaloosa, AL 35401

**Clm No 70188**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Semore Lakey**
2317 Hampton Street
Houston, TX 77088-4609

**Clm No 70189**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

64 of 3332

---

**Tullos Lamar**
8627 Tamarisk St.
San Antonio, TX 78240-3732

**Clm No 70190**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Lamb**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70191**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CALVIN LAMBERT**
P. O. Box 1775
Pell City, AL 35125-5775

**Clm No 70192**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

65 of 3332

---

**Oneal Lambert**
C/o Patricia D. Pennington
5145 Guinevere Drive
Mobile, AL 36619

**Clm No 70193**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joseph Lambert**
C/o Doris Wright Lambert
5722 Clearview Hills Drive
Cottondale, AL 35453

**Clm No 70194**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard Lambert**
c/o Brenda Burrage
1193 Burnwell Road
Quinton, AL 35130

**Clm No 70195**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                          3/20/2018 3:18:45 PM

*Claims Details*                                                        66 of 3332

---

**Robert Lambert**                     **Clm No 70196**    Filed In Cases: 140
C/o Bernice Lambert
410 Schwartz Street                    Class         Claim Detail Amount    Final Allowed Amount
Mobile, AL 36617
                                       UNS               $1.00
                                                         $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**John Lambert**                       **Clm No 70197**    Filed In Cases: 140
7263 Hwy 63 North
Lucedale, MS 39452-3094                Class         Claim Detail Amount    Final Allowed Amount

                                       UNS               $1.00
                                                         $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Marilyn Lambert**                    **Clm No 70198**    Filed In Cases: 140
5953 Emmett Dr.
Satsuma, AL 36572                      Class         Claim Detail Amount    Final Allowed Amount

                                       UNS               $1.00
                                                         $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

67 of 3332

| Jimmy Lambert | | **Clm No 70199** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 2049 Windcroft Road | | Class | Claim Detail Amount | Final Allowed Amount |
| Hueytown, AL 35023 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Vinton Lambright | | **Clm No 70200** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 384 Elm Street | | Class | Claim Detail Amount | Final Allowed Amount |
| New Caney, TX 77357 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Charlie Lampkin | | **Clm No 70201** | Filed In Cases: 140 | |
|---|---|---|---|---|
| c/o Williams Kherkher | | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | UNS | $1.00 | |
| Houston, TX 77017 | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## *Claims Details*

68 of 3332

| | | | |
|---|---|---|---|
| **Donald Lampkin** | **Clm No 70202** | Filed In Cases: 140 | |
| 4001 A Snow Road | Class | Claim Detail Amount | Final Allowed Amount |
| Semmes, AL 36575 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| | | | |
|---|---|---|---|
| **Felton Lancaster** | **Clm No 70203** | Filed In Cases: 140 | |
| Charles Perry Lancaster | Class | Claim Detail Amount | Final Allowed Amount |
| 4305 42nd Street North | UNS | $1.00 | |
| Birmingham, AL 35217 | | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| | | | |
|---|---|---|---|
| **Don Lancaster** | **Clm No 70204** | Filed In Cases: 140 | |
| c/o Williams Kherkher | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | UNS | $1.00 | |
| Houston, TX 77017 | | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

69 of 3332

---

**T.W. Lancaster**
422 Bennett
Pasadena, TX 77503

**Clm No 70205**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Lancaster**
16246 Hwy 69 North
Northport, AL 35475

**Clm No 70206**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Edna Lancaster**
16246 Hwy 69 North
Northport, AL 35475

**Clm No 70207**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/20/2018 3:18:45 PM

*Claims Details*                                                                  70 of 3332

---

**ANDREW LAND**                          **Clm No 70208**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                        Class              Claim Detail Amount      Final Allowed Amount
Houston, TX 77017
                                         UNS                        $1.00
                                         ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─
                                                                    $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**HARRISON LANDON**                      **Clm No 70209**    Filed In Cases: 140
c/o Mrs. Elizabeth Landon
827 Lowe Street                          Class              Claim Detail Amount      Final Allowed Amount
West Point, MS 39773
                                         UNS                        $1.00
                                         ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─
                                                                    $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Gilbert Landreth**                     **Clm No 70210**    Filed In Cases: 140
C/o Eugenia Morgan
730 13th Court                           Class              Claim Detail Amount      Final Allowed Amount
Pleasant Grove, AL 35127
                                         UNS                        $1.00
                                         ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─
                                                                    $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

71 of 3332

---

**ALVIN LANDRY**
9727 Park Heath Lane
Houston, TX 77088

**Clm No 70211**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM LANDRY**
575 Claude Marshall Rd,
Zavalla,, TX 79580

**Clm No 70212**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Lane**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70213**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

72 of 3332

---

**Grover Lane**
363 N. Commerce St.
Ackerman, MS 39735

**Clm No 70214**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Henderson Lane**
1617 Roach Street
Prichard, AL 36617

**Clm No 70215**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Elmer Lang**
Post Office Box 23
Mc Intosh, AL 36553

**Clm No 70216**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

73 of 3332

---

**Howard Lang**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70217**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Reaf Lang**
1824 Claire Avenue
Whistler, AL 36612

**Clm No 70218**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Jack Langford**
560 Bill Davis Road
Marshall, TX 75672

**Clm No 70219**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

74 of 3332

---

**LEVY LANGFORD**
455 Honeysuckle Road
Helena, AL 35080

**Clm No 70220**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**R LANGFORD**
1336 N. Cherry Court
Wellington, KS 67152

**Clm No 70221**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**William Langham**
c/o Cindy Burns
1911 Heather Cove Court
Houston, TX 77062

**Clm No 70222**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

Date Filed         9-Dec-2016
Bar Date
Claim Face Value        $10,000.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

75 of 3332

---

**DAVID LANGHAM**
1665 Canoe Creek Road
Springville, AL 35146

**Clm No 70223**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARNOLD LANGLEY**
PO Box 16592
Temple Terrace, FL 33687

**Clm No 70224**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Langley**
9940 CD Glaze Drive
Theodore, AL 36582

**Clm No 70225**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

| Charles Langley | **Clm No 70226** | Filed In Cases: 140 | |
|---|---|---|---|
| 8464 Lock 17 Road | Class | Claim Detail Amount | Final Allowed Amount |
| Bessemer, AL 35023-7028 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

| KENNETH LANGLEY | **Clm No 70227** | Filed In Cases: 140 | |
|---|---|---|---|
| 1249 Cliff Springs Road | Class | Claim Detail Amount | Final Allowed Amount |
| Oneonta, AL 35121 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

| Harold Langston | **Clm No 70228** | Filed In Cases: 140 | |
|---|---|---|---|
| 7908 Genery Trail | Class | Claim Detail Amount | Final Allowed Amount |
| Mccalla, AL 35111 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

---

*Claims Details*                                                                77 of 3332

---

**Alonzo Lanier**                    **Clm No 70229**    Filed In Cases: 140
c/o Williams Kherkher

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

8441 Gulf Fwy #600
Houston, TX 77017

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Lanier**                    **Clm No 70230**    Filed In Cases: 140
c/o Williams Kherkher

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

8441 Gulf Fwy #600
Houston, TX 77017

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Walter Lanier**                    **Clm No 70231**    Filed In Cases: 140
c/o Shellie Lanier Williams

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

1612 42nd St. West
Birmingham, AL 35208

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

78 of 3332

---

**Ervin Lanier**
637 62nd Street South
Birmingham, AL 35212

**Clm No 70232**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RALPH LANIER**
3633 66th St. N
Birmingham, AL 35206

**Clm No 70233**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Lankford**
c/o Thomas Earl Lankford
6233 3rd St.
Gadsden, AL 35903

**Clm No 70234**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

79 of 3332

| Douglas Lantrip | **Clm No 70235** | Filed In Cases: 140 | |
| 2034 Narrows Point Cove | | | |
| Birmingham, AL 35242 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| Katherine Lark | **Clm No 70236** | Filed In Cases: 140 | |
| Post Office Box 161 | | | |
| Panola, AL 35477 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| James Larkin | **Clm No 70237** | Filed In Cases: 140 | |
| c/o Williams Kherkher | | | |
| 8441 Gulf Fwy #600 | Class | Claim Detail Amount | Final Allowed Amount |
| Houston, TX 77017 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

80 of 3332

---

**James Larkin**
c/o Patricia A. Elzie
941 Ashebrooke Trace
Marietta, GA 30068

**Clm No 70238**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHN LARKIN**
200 Noahs Drive
Pell City, AL 35128

**Clm No 70239**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ralph Larrimore**
c/o Hazel Larrimore
27365 Highway 43
Thomasville, AL 36784

**Clm No 70240**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

81 of 3332

---

**William Larry**
2321 31st Ave N.
Birmingham, AL 35207

**Clm No 70241**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Brogan Larson**
7098 Grouse Rd.
Gilmer, TX 75645

**Clm No 70242**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Bobbie Lartigue**
6446 Bazel Brook Dr.
Missouri City, TX 77489-2703

**Clm No 70243**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                    82 of 3332

---

**Raymond Lary**                    **Clm No 70244**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                   Class          Claim Detail Amount      Final Allowed Amount
Houston, TX 77017
                                     UNS                    $1.00
                                                            $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Beverly Laster**                   **Clm No 70245**    Filed In Cases: 140
C/o Georgia Laster
1700 Ridgefiled Circle               Class          Claim Detail Amount      Final Allowed Amount
Birmingham, AL 35215
                                     UNS                    $1.00
                                                            $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**DAVID LATHAM**                     **Clm No 70246**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                   Class          Claim Detail Amount      Final Allowed Amount
Houston, TX 77017
                                     UNS                    $1.00
                                                            $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

83 of 3332

**Mildred Latham**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70247**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Artis Latham**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70248**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Robert Latham**
2800 Highway 69 South
Columbus, MS 39701

**Clm No 70249**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

84 of 3332

| Margaret Latham | **Clm No 70250** | Filed In Cases: 140 | |
| --- | --- | --- | --- |
| 202 5th St. N.E | Class | Claim Detail Amount | Final Allowed Amount |
| Reform , AL 35481-80 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| --- | --- |
| Bar Date | |
| Claim Face Value | $1.00 |

| DODSON LATHAM | **Clm No 70251** | Filed In Cases: 140 | |
| --- | --- | --- | --- |
| 11653 Kirby Wyatt Dr. | Class | Claim Detail Amount | Final Allowed Amount |
| Moundville, AL 35474 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| --- | --- |
| Bar Date | |
| Claim Face Value | $1.00 |

| Robert Lathan | **Clm No 70252** | Filed In Cases: 140 | |
| --- | --- | --- | --- |
| c/o Angela L. Casey | Class | Claim Detail Amount | Final Allowed Amount |
| 7274 Kali Oka Rd. | UNS | $1.00 | |
| Saraland, AL 36571 | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| --- | --- |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

85 of 3332

**ALMA LATTIN**
8602 Flossie May
Houston, TX 77029

**Clm No 70253**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        9-Dec-2016
Bar Date
Claim Face Value        $1.00

**Luther Lauderdale**
7556 River Road
Dora, AL 35062

**Clm No 70254**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        9-Dec-2016
Bar Date
Claim Face Value        $1.00

**Chalmers Laurent**
201 Farley Road
Parrish, AL 35580

**Clm No 70255**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed        9-Dec-2016
Bar Date
Claim Face Value        $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

### Claims Details

86 of 3332

---

**George Lavender**
c/o Dolly Lavender & Valida Ferguson
18777 Hwy 17 N.
Aliceville, AL 35442

**Clm No 70256**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jimmy Lavender**
c/o Cynthia Lavender
10541 National Blvd. #15
Los Angeles, CA 90034

**Clm No 70257**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Lavender**
C/o Crystal Lavender Kitchens
9602 Waldrop Drive Se
Huntsville, AL 35803

**Clm No 70258**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

87 of 3332

---

**E.A. Lavender**
3237 Taylor Circle
Tuscaloosa, AL 35401

**Clm No 70259**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Winnie Lavender**
1568 20th Street  North
Birmingham, AL 35234

**Clm No 70260**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Booker Law**
c/o Lucille P. Law
681 Leslie Avenue
Mobile, AL 36617

**Clm No 70261**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

88 of 3332

---

**Theodore Law**
c/o Ernestine Law, Personal Representative
2101 Barretts Lane
Mobile, AL 36617

**Clm No 70262**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lawrence Law**
c/o Claudia Mae Martinez
355 N Shelton Beach Rd.
Eight Mile, AL 36613

**Clm No 70263**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ethel Lawhorn**
1581 Duncan Road
Carrollton, AL 35447

**Clm No 70264**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

89 of 3332

| **Audavee Lawless** | | **Clm No 70265** | Filed In Cases: 140 | |
|---|---|---|---|---|
| c/o Jeanne K. Blankenship | | Class | Claim Detail Amount | Final Allowed Amount |
| 3522 West Circle Dr. | | | | |
| Pearland, TX 77581 | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **JAMES LAWLESS** | | **Clm No 70266** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 5708 Lakeridge Court | | Class | Claim Detail Amount | Final Allowed Amount |
| Tuscaloosa, AL 35401 | | | | |
| | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **Allen Lawley** | | **Clm No 70267** | Filed In Cases: 140 | |
|---|---|---|---|---|
| c/o Williams Kherkher | | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | | |
| Houston, TX 77017 | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

## Claims Details

**Rufus Lawrence**
C/o Ray V. Lawrence
3345 Mobile Drive
Montgomery, AL 36108

**Clm No 70268**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Archie Lawrence**
c/o Murray Lawrence
7561 Mevlin Lane
Fairhope, AL 36532

**Clm No 70269**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Camp Lawrence**
710 Cindy Lane
Baytown, TX 77520

**Clm No 70270**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## *Claims Details*

91 of 3332

---

**Mayon Lawrence**
3835 Cosby
Houston, TX 77021

**Clm No 70271**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Christine Lawrence**
140 Stripling Circle
Millport, AL 35576

**Clm No 70272**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**R.C. Lawrence**
1112 Ocola Place
Birmingham, AL 35224

**Clm No 70273**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

92 of 3332

---

**Bertram Lawrence**
1063 County Road 953
Orrville, AL 36767

**Clm No 70274**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS   | $1.00              |                      |
|       | $1.00              |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Harry Lawrence**
100 Woodfield Dr
Milton, WV 25541

**Clm No 70275**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS   | $10,000.00         |                      |
|       | $10,000.00         |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Lowell Lawson**
P.o. Box 1951
Bessemer, AL 35021-1951

**Clm No 70276**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS   | $1.00              |                      |
|       | $1.00              |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

93 of 3332

---

**Myrtis Lawson**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70277**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Pleas Lawson**
C/o Marcella Lawson
301 15th Court North
Birmingham, AL 35204

**Clm No 70278**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Garlin Lawson**
c/o Johnny Lee Lawson
343 The Ole Barney Road
Livingston, TX 77351

**Clm No 70279**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/20/2018 3:18:45 PM

*Claims Details*    94 of 3332

---

**Lonnie Lawson**
C/o Bessie M. Gracie
603 2nd Avenue
Demopolis, AL 36732

**Clm No 70280**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARY LAWSON**
525 Churchill Road
West Point, MS 39773

**Clm No 70281**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Walter Lawson**
3212 2nd Avenue
Tuscaloosa, AL 35405-2113

**Clm No 70282**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

### Claims Details

95 of 3332

---

**Donald Lay**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70283**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HARLIE LAY**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70284**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Layton**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70285**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                           3/20/2018 3:18:45 PM

*Claims Details*                                                                            96 of 3332

| Johnnie Layton | **Clm No 70286** | Filed In Cases: 140 | |
| C/o Mattie Layton | | | |
| 1232 12th Street | Class | Claim Detail Amount | Final Allowed Amount |
| Northport, AL 35476 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| James Layton | **Clm No 70287** | Filed In Cases: 140 | |
| 600 Taihati Lane | | | |
| Birmingham, AL 35217 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| Norman Layton | **Clm No 70288** | Filed In Cases: 140 | |
| 1227 12th Street | | | |
| Northport, AL 35476 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

97 of 3332

---

**Patricia Leach**
894 Reform Gordo Road
Reform, AL 35481

**Clm No 70289**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gilmer Leach**
8422 Pine Thistle
Spring, TX 77379

**Clm No 70290**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James League**
C/o Betty League
103 Hampton Lane
Pelham, AL 35124

**Clm No 70291**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

98 of 3332

| Roberto Leal | | **Clm No 70292** | Filed In Cases: 140 | |
|---|---|---|---|---|
| PO Box 1492 | | Class | Claim Detail Amount | Final Allowed Amount |
| Robstown, TX 78380 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| Jack Lecroy | | **Clm No 70293** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 5431 Sutherland Road | | Class | Claim Detail Amount | Final Allowed Amount |
| Mount Olive, AL 35117 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| JAKE LEDBETTER | | **Clm No 70294** | Filed In Cases: 140 | |
|---|---|---|---|---|
| c/o Mrs. Waltrud Ledbetter | | Class | Claim Detail Amount | Final Allowed Amount |
| 5941 Watters Drive | | UNS | $1.00 | |
| Bessemer, AL 35025 | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

99 of 3332

---

**Lionel Ledbetter**
5088 Oak Leaf Circle
Adamsville, AL 35005

**Clm No 70295**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mack Ledger**
C/o Harriett L. Robinson
6720 1st Avenue South
Birmingham, AL 35212

**Clm No 70296**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Lee**
P.o. Box 1306
Clanton, AL 35046

**Clm No 70297**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

---

*Claims Details*                                                        100 of 3332

---

**Josephine Lee**              [Clm No 70298](#)    Filed In Cases: 140
P.O. Box 12
Northport, AL 35476

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**James Lee**                  [Clm No 70299](#)    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Youngblood Lee**             [Clm No 70300](#)    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                             101 of 3332

---

**Joe Lee**                          **Clm No 70301**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                   Class          Claim Detail Amount      Final Allowed Amount
Houston, TX 77017                    UNS                  $1.00
                                                          $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Albert Lee**                       **Clm No 70302**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                   Class          Claim Detail Amount      Final Allowed Amount
Houston, TX 77017                    UNS                  $1.00
                                                          $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Bennie Lee**                       **Clm No 70303**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                   Class          Claim Detail Amount      Final Allowed Amount
Houston, TX 77017                    UNS                  $1.00
                                                          $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                            3/20/2018 3:18:45 PM

*Claims Details*                                                                      102 of 3332

---

**GARFIELD LEE**                      **Clm No 70304**      Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                    Class          Claim Detail Amount      Final Allowed Amount
Houston, TX 77017                     UNS                   $1.00
                                                             $1.00

Date Filed             9-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Solomon Lee**                       **Clm No 70305**      Filed In Cases: 140
c/o William B. Lee, Personal Representative
719 Rich Avenue                       Class          Claim Detail Amount      Final Allowed Amount
Mobile, AL 36617                      UNS                   $1.00
                                                             $1.00

Date Filed             9-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**WARREN LEE**                        **Clm No 70306**      Filed In Cases: 140
c/o Priscilla Lee
9002 Grackle Run Lane                 Class          Claim Detail Amount      Final Allowed Amount
Humble, TX 77338                      UNS                   $1.00
                                                             $1.00

Date Filed             9-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

103 of 3332

---

**WILLIE LEE**
c/o Mrs. Antoinette J. Lee
709 Wynn Avenue
Hueytown, AL 35023

**Clm No 70307**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rockie Lee**
c/o Michael Lee
800 12th Ave. N.E.
Minot, ND 58701

**Clm No 70308**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Samuel Lee**
c/o Mary Lee
2173 South Center Rd. Apt# 220
Burton, MI 48519

**Clm No 70309**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

104 of 3332

---

**William Lee**
C/o Mamie L. Lee
2022 28th Ave
Hueytown, AL 35023

**Clm No 70310**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jerome Lee**
c/o Fannie Lee
2964 Billy Williams Drive
Whistler, AL 36612

**Clm No 70311**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Lee**
C/o Elizabeth Lee
1008 Robert Williams Dr.
Saraland, AL 36571

**Clm No 70312**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## *Claims Details*

105 of 3332

| | | |
|---|---|---|
| **Johnny Lee** | **Clm No 70313** | Filed In Cases: 140 |
| c/o Debra A. Hunter | | |
| 10990 Highland Mdw. Vlg. Dr., #107 | | |
| Houston, TX 77089 | | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| | | |
|---|---|---|
| **Charlie Lee** | **Clm No 70314** | Filed In Cases: 140 |
| C/o Carlee Lee | | |
| 113 Stevenson Pl | | |
| Holt, AL 35404 | | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| | | |
|---|---|---|
| **Travis Lee** | **Clm No 70315** | Filed In Cases: 140 |
| 7600 Ken Buck Lane | | |
| Irvington, AL 36544 | | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

106 of 3332

---

**Martha Lee**
619 7th Street NW
Reform, AL 35481

**Clm No 70316**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Earl Lee**
4887 Prestwick Road
Leroy, AL 36548

**Clm No 70317**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas Lee**
4117 Virginia Dr.
Tuscaloosa, AL 35404

**Clm No 70318**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

107 of 3332

---

**Curtis Lee**
3955 Shaw Drive
Tuscaloosa, AL 35404

**Clm No 70319**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Roland Lee**
3439 Davis Road
Bessemer, AL 35023

**Clm No 70320**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas Lee**
3416 33Rd Court North
Birmingham, AL 35207

**Clm No 70321**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                          108 of 3332

---

**FRANK LEE**                              **Clm No 70322**    Filed In Cases: 140
328 MARTIN LUTHER KING DR J
WEST POINT, MS 39773-2551                  Class            Claim Detail Amount        Final Allowed Amount

                                           UNS                    $1.00

                                                                  $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**James Lee**                              **Clm No 70323**    Filed In Cases: 140
2750 Biltmore Avenue
Montgomery, AL 36109                        Class            Claim Detail Amount        Final Allowed Amount

                                           UNS                    $1.00

                                                                  $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**MARY LEE**                               **Clm No 70324**    Filed In Cases: 140
2750 Biltmore Avenue
Montgomery, AL 36109                        Class            Claim Detail Amount        Final Allowed Amount

                                           UNS                    $1.00

                                                                  $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:18:45 PM

*Claims Details*

109 of 3332

---

| **Doris Lee** | | **Clm No 70325** | Filed In Cases: 140 | |
| 18752 Hwy 43 N | | | | |
| Northport, AL 35476 | | Class | Claim Detail Amount | Final Allowed Amount |
| | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **James Lee** | | **Clm No 70326** | Filed In Cases: 140 | |
| 1733 Butler Road | | | | |
| Alabaster, AL 35007 | | Class | Claim Detail Amount | Final Allowed Amount |
| | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Jesse Lee** | | **Clm No 70327** | Filed In Cases: 140 | |
| 1684 18th Place S.w. | | | | |
| Birmingham, AL 35211 | | Class | Claim Detail Amount | Final Allowed Amount |
| | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

110 of 3332

---

**Elver Lee**
129 Milinda Dr
Saraland, AL 36571

**Clm No 70328**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alfonso Lee**
1216 34th Street
Birmingham, AL 36606

**Clm No 70329**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROBERT LEE**
1148 Linwood St.
Birmingham, AL 35215

**Clm No 70330**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

111 of 3332

---

**Matthew Lee**
1124 Northwood Drive
Birmingham, AL 35217

**Clm No 70331**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wallace Lee**
1015 County Road 466
Woodland, AL 36280

**Clm No 70332**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALBERT LEE**
1311 E. Main St. Apt. 42
West Point, MS 39773

**Clm No 70333**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

112 of 3332

---

**David Leemon**
C/o Judy Abernathy
5404 Oak Hill Drive
Mccalla, AL 35111

**Clm No 70334**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Albert Legrone**
152 East Crest Road
Hueytown, AL 35023

**Clm No 70335**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARTHUR LEMOS**
622 Crestwood Dr.
Seabrook, TX 77586-5919

**Clm No 70336**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

113 of 3332

**Jarvie Lena**
13 Heritage Oak Ct.
Lake Brazzos, TX 77566

**Clm No 70337**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $10,000.00

**DOVIE LENARD**
125 Orleans Place
West Monroe, LA 71291

**Clm No 70338**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

**ROOSEVELT LENOIR**
433 Brady Street
West Point, MS 39773

**Clm No 70339**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

114 of 3332

---

**Monroe LeNormand**
2315 Grand Ave.
Liberty, TX 77575

**Clm No 70340**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ernest Leo**
1206 West 5th St.
Quanah, TX 79252

**Clm No 70341**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**B. Leon**
240 Daisy Simon
Nash, TX 75569

**Clm No 70342**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                              115 of 3332

---

**Dorothy Leonard**                    **Clm No 70343**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                      Class          Claim Detail Amount      Final Allowed Amount
Houston, TX 77017
                                       UNS                    $1.00
                                                              $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Amy Leonard**                        **Clm No 70344**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                      Class          Claim Detail Amount      Final Allowed Amount
Houston, TX 77017
                                       UNS                    $1.00
                                                              $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**James Leonard**                      **Clm No 70345**    Filed In Cases: 140
C/o Patsy Ann Leonard
14353 Snider Road                       Class          Claim Detail Amount      Final Allowed Amount
Cottondale, AL 35453
                                       UNS                    $1.00
                                                              $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                       116 of 3332

| Jeanie Leonard | **Clm No 70346** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Mattie McCaa | | | |
| 3400 7th Street | Class | Claim Detail Amount | Final Allowed Amount |
| Tuscaloosa, AL 35401 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Alvarado Leonard | **Clm No 70347** | Filed In Cases: 140 | |
|---|---|---|---|
| 710 Cleveland | | | |
| Friona, TX 79035 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Henry Leonard | **Clm No 70348** | Filed In Cases: 140 | |
|---|---|---|---|
| 3230 University Blvd. | | | |
| Tuscaloosa, AL 35404 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

117 of 3332

---

**FRANK LEONARD**
217 Lawrence Drive
Columbus, MS 39702

**Clm No 70349**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Eldon Leopard**
8740 Co Rd. 2403
Kemp, TX 75143-6934

**Clm No 70350**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Leopard**
335 Bear Creek Rd E
Tuscaloosa, AL 35405-6467

**Clm No 70351**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

---

*Claims Details*                                                              118 of 3332

---

**CHRISTOPHER LEOS**                    **Clm No 70352**    Filed In Cases: 140
1362 York Road
Victoria, TX 77905                      | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Nicholas Leousis**                    **Clm No 70353**    Filed In Cases: 140
Post Office Box 53
Semmes, AL 36575                        | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Marsel Lepper**                       **Clm No 70354**    Filed In Cases: 140
c/o Mary L. Lepper
6210 Sunset Drive                       | Class | Claim Detail Amount | Final Allowed Amount |
Sylvan Springs, AL 35118                |-------|---------------------|----------------------|
                                        | UNS   | $1.00               |                      |
                                        |       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

119 of 3332

---

**Leroy Leshore**
C/o Doreen Smiley
487 Carriage Hills Drive
Bessemer, AL 35022

**Clm No 70355**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Loyd Leslie**
c/o Brenda Rylant
2074 Miller Street
Montgomery, AL 36107

**Clm No 70356**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Vernon Leslie**
1312 12th Street East
Tuscaloosa, AL 35404

**Clm No 70357**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                      3/20/2018 3:18:45 PM

*Claims Details*                                                               120 of 3332

---

**Glass Leslie**                    **Clm No 70358**    Filed In Cases: 140
11810 Plum Meadow
Houston, TX 77039                    Class              Claim Detail Amount    Final Allowed Amount

                                    UNS                $1.00

                                                       $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rosenberg Leslie**                **Clm No 70359**    Filed In Cases: 140
1054 Carters Grove
Indianapolis, IN 46260-2228         Class              Claim Detail Amount    Final Allowed Amount

                                    UNS                $10,000.00

                                                       $10,000.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $10,000.00

---

**Robert Lessard**                  **Clm No 70360**    Filed In Cases: 140
c/o Kathleen M. Foust, Guardian for Diana B. Lessard
17 S. Orlando Ave.                  Class              Claim Detail Amount    Final Allowed Amount
Kissimmee, FL 34741-5673
                                    UNS                $1.00

                                                       $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                             121 of 3332

---

**Edward Lester**                          **Clm No 70361**   Filed In Cases: 140
C/o Edward Lester, Jr.
118 Red Lane Circle                         Class          Claim Detail Amount      Final Allowed Amount
Birmingham, AL 35215
                                            UNS                  $1.00
                                                                 $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Robert Levine**                          **Clm No 70362**   Filed In Cases: 140
c/o Viola LeVine
2301 E. Graves Ave., Lot 5                   Class          Claim Detail Amount      Final Allowed Amount
Orange City, FL 32763
                                            UNS                  $1.00
                                                                 $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Lee Lewis**                              **Clm No 70363**   Filed In Cases: 140
C/o Willie Mae Lewis
850 Marine Street                            Class          Claim Detail Amount      Final Allowed Amount
Mobile, AL 36604
                                            UNS                  $1.00
                                                                 $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

122 of 3332

---

**Thomas Lewis**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70364**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Lewis**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70365**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Lewis**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70366**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

123 of 3332

---

**Andrew Lewis**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70367**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Prince Lewis**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70368**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ben Lewis**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70369**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/20/2018 3:18:45 PM

*Claims Details*    124 of 3332

---

**ROBERT LEWIS**

c/o Williams Kherkher

8441 Gulf Fwy #600

Houston, TX 77017

**Clm No 70370**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Roosevelt Lewis**

c/o Williams Kherkher

8441 Gulf Fwy #600

Houston, TX 77017

**Clm No 70371**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GORDON LEWIS**

c/o Vanessa Lewis

2011 45th Court

Tuscaloosa, AL 35401

**Clm No 70372**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                    125 of 3332

---

**Woodie Lewis**                    **Clm No 70373**    Filed In Cases: 140
C/o Sarah Lewis
12881 N. Rosser Rd                  Class            Claim Detail Amount      Final Allowed Amount
Tuscaloosa, AL 35405
                                    UNS                      $1.00
                                                             $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Eddie Lewis**                     **Clm No 70374**    Filed In Cases: 140
c/o Rev. John Russel
P.O. Box 535                        Class            Claim Detail Amount      Final Allowed Amount
Graysville, AL 35073
                                    UNS                      $1.00
                                                             $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Charlie Lewis**                   **Clm No 70375**    Filed In Cases: 140
C/o Louise Lewis
4707 Lillie St.                     Class            Claim Detail Amount      Final Allowed Amount
Fort Wayne, IN 46806
                                    UNS                      $1.00
                                                             $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**         FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                          126 of 3332

---

**James Lewis**                          **Clm No 70376**     Filed In Cases: 140
C/o Jettie S. Lewis
2628 Granville Sloss Village          Class            Claim Detail Amount        Final Allowed Amount
Bessemer, AL 35020
                                      UNS                    $1.00
                                                             $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**James Lewis**                          **Clm No 70377**     Filed In Cases: 140
C/o E.I. Brobston, Attorney
304 North 18th Street                 Class            Claim Detail Amount        Final Allowed Amount
Bessemer, AL 35020
                                      UNS                    $1.00
                                                             $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Percy Lewis**                          **Clm No 70378**     Filed In Cases: 140
c/o Claudia L. Giles
4370 Yates Rd.                        Class            Claim Detail Amount        Final Allowed Amount
College PK, GA 30337
                                      UNS                    $1.00
                                                             $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                              127 of 3332

---

**Willie Lewis**                  **Clm No 70379**    Filed In Cases: 140
c/o Barbara Helger
7240 Queenstown Ave.              Class          Claim Detail Amount      Final Allowed Amount
Birmingham, AL 35206
                                  UNS                    $1.00
                                                         $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Guy Lewis**                     **Clm No 70380**    Filed In Cases: 140
c/o Archa M. Rogers
4703 Marable Dr.                  Class          Claim Detail Amount      Final Allowed Amount
Houston, TX 77022
                                  UNS                    $1.00
                                                         $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**John Lewis**                    **Clm No 70381**    Filed In Cases: 140
c/o Annie Lewis
7953 Ritz St.                     Class          Claim Detail Amount      Final Allowed Amount
Houston, TX 77028
                                  UNS                    $10,000.00
                                                         $10,000.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $10,000.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

128 of 3332

---

**Willie Lewis**
813 Shorecrest Dr.
Garland, TX 75040

**Clm No 70382**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CHARLES LEWIS**
7224 O'Porto Madrid, S
Birmingham, AL 35206

**Clm No 70383**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Lewis**
644 Oak Drive
Trussville, AL 35173

**Clm No 70384**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## Claims Details

129 of 3332

**Raymond Lewis**
6314 Woodrow St.
Texas City, TX 77591

**Clm No 70385**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**TOMIE LEWIS**
6248 Winchester
Bastrop, LA 71220

**Clm No 70386**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Robert Lewis**
5633 Sugar Ray Drive
Birmingham, AL 35228

**Clm No 70387**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

130 of 3332

---

**Johnnie Lewis**
446 Dodge City Rd
Newbern, AL 36765

**Clm No 70388**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**George Lewis**
4301 Highpoint Dr. East
Tuscaloosa, AL 35404

**Clm No 70389**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**WILLIAM LEWIS**
4224 Fieldstone Dr.
Birmingham, AL 35215-1214

**Clm No 70390**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

131 of 3332

---

**Charlie Lewis**
4216 27th Street
Tuscaloosa, AL 35401

**Clm No 70391**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Edly Lewis**
4200 Highway 90 Drive
Mobile, AL 36693

**Clm No 70392**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Paul Lewis**
409 West Lott
Kingsville, TX 78363

**Clm No 70393**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                                      132 of 3332

---

**MAUDIE LEWIS**

33 Springwood Circle

Deatsville, AL 36022-2939

**Clm No 70394**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|--------------------|------------|
| Date Filed         | 9-Dec-2016 |
| Bar Date           |            |
| Claim Face Value   | $1.00      |

---

**MARY LEWIS**

3038 Montwood Drive

Montgomery, AL 36111-

**Clm No 70395**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|--------------------|------------|
| Date Filed         | 9-Dec-2016 |
| Bar Date           |            |
| Claim Face Value   | $1.00      |

---

**JAMES LEWIS**

289 Thurman Drive

Lucedale, MS 39452

**Clm No 70396**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|--------------------|------------|
| Date Filed         | 9-Dec-2016 |
| Bar Date           |            |
| Claim Face Value   | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

133 of 3332

---

**Olin Lewis**
1839 Greenwood Circle
Tuscaloosa, AL 35405

**Clm No 70397**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Lewis**
1705 St. Charles Ave. Sw
Birmingham, AL 35211

**Clm No 70398**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LEON LEWIS**
1701 Enfield Cir.
Birmingham, AL 35217

**Clm No 70399**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                    134 of 3332

---

**WALTER LEWIS**                          **Clm No 70400**    Filed In Cases: 140
1324 Ave. R Ensley
Birmingham, AL 35218              | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**James Lewis**                           **Clm No 70401**    Filed In Cases: 140
123 Autumn Brook Lane
Hueytown, AL 35023               | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Owen Lightfoot**                        **Clm No 70402**    Filed In Cases: 140
592 South Forest Drive
Birmingham, AL 35209             | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                          135 of 3332

---

**HOWARD LIGHTSEY**                    **Clm No 70403**    Filed In Cases: 140
c/o Janice Lightsey
136 Stone Road                         Class         Claim Detail Amount        Final Allowed Amount
Pelham, AL 35124-3913
                                       UNS                $1.00
                                                          $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**James Lightsey**                     **Clm No 70404**    Filed In Cases: 140
C/o James Donald Lightsey
1093 Long Leaf Lake Drive              Class         Claim Detail Amount        Final Allowed Amount
Bessemer, AL 35022
                                       UNS                $1.00
                                                          $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**William Lightsey**                   **Clm No 70405**    Filed In Cases: 140
2373 Old Woodstock Road
West Blocton, AL 35184                  Class         Claim Detail Amount        Final Allowed Amount
                                       UNS                $1.00
                                                          $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

136 of 3332

---

**Harry Ligons**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70406**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Tomas Liguez**
c/o Norma P. Liguez
1001 East 5th Street
Alice, TX 78332

**Clm No 70407**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Standley Charles**
1201 S. Broadway #301
La Porte, TX 77571-5329

**Clm No 70408**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

137 of 3332

---

**CLEOPHUS LILLIE**
13220 Al Hwy 25, Box 91-B
Thomaston, AL 36783

**Clm No 70409**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Tucker Linda**
4331 River Bluff Terrace
Greensboro, NC 27409

**Clm No 70410**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Bearden Linda**
347 Brandy Ridge Lane
Dickinson, TX 77539

**Clm No 70411**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                              138 of 3332

---

**Powers Linda**                    **Clm No 70412**    Filed In Cases: 140
12726 4 1/2 Street
Santa Fe, TX 77510                   Class              Claim Detail Amount    Final Allowed Amount

                                     UNS                     $1.00
                                                             $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Smith Linda**                     **Clm No 70413**    Filed In Cases: 140
113 17th St
San Leon, TX 77539                  Class              Claim Detail Amount    Final Allowed Amount

                                     UNS                     $1.00
                                                             $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Thomas Lindley**                  **Clm No 70414**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                  Class              Claim Detail Amount    Final Allowed Amount
Houston, TX 77017
                                     UNS                     $1.00
                                                             $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                3/20/2018 3:18:45 PM

*Claims Details*                                                                        139 of 3332

---

**Alvin Lindley**                          **Clm No 70415**    Filed In Cases: 140
c/o Terry M. Lindley
5568 So. Shades Crest Rd.                  Class          Claim Detail Amount      Final Allowed Amount
Bessemer, AL 35022
                                           UNS                  $1.00

                                                                $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**CLYDE LINDSAY**                          **Clm No 70416**    Filed In Cases: 140
5535 Bandy Rd.
Homeworth, OH 44634                         Class          Claim Detail Amount      Final Allowed Amount

                                           UNS                  $1.00

                                                                $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Duane Lindsay**                          **Clm No 70417**    Filed In Cases: 140
10918 Pandora Drive
Houston, TX 77013                          Class          Claim Detail Amount      Final Allowed Amount

                                           UNS                  $1.00

                                                                $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## Claims Details

140 of 3332

| James Lindsey | **Clm No 70418** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Williams Kherkher | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | |
| Houston, TX 77017 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| Ronald Lindsey | **Clm No 70419** | Filed In Cases: 140 | |
|---|---|---|---|
| 4178 County Rd. 348 | Class | Claim Detail Amount | Final Allowed Amount |
| Brazoria, TX 77422 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| Licudan Lino | **Clm No 70420** | Filed In Cases: 140 | |
|---|---|---|---|
| 918 Dunkley | Class | Claim Detail Amount | Final Allowed Amount |
| Houston, TX 77076 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

---

*Claims Details*

141 of 3332

---

**Chris Liossis**
7030 Knight Ave. NW
Canton, OH 44708-5997

**Clm No 70421**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**David Lippy**
c/o Gene Lippy
131 S. Lakeside Drive
Mathis, TX 78368

**Clm No 70422**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Roy Lipscomb**
4007 14th Street N.e.
Holt, AL 35404

**Clm No 70423**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                                142 of 3332

---

**Jessie Little**                          **Clm No 70424**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                          Class          Claim Detail Amount      Final Allowed Amount
Houston, TX 77017
                                            UNS                    $1.00
                                                                   $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willie Little**                          **Clm No 70425**    Filed In Cases: 140
c/o Willie D. Little
4256-27th Place                             Class          Claim Detail Amount      Final Allowed Amount
Tuscaloosa, AL 35401
                                            UNS                    $1.00
                                                                   $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Eugene Little**                          **Clm No 70426**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                          Class          Claim Detail Amount      Final Allowed Amount
Houston, TX 77017
                                            UNS                    $1.00
                                                                   $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

143 of 3332

---

**Timothy Little**
C/o Ora Jones
1535 Chevelle Street
Birmingham, AL 35214

**Clm No 70427**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Allen Little**
c/o Mrs Helen N. Little
9725 Fairford Rd.
McIntosh, AL 36553

**Clm No 70428**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Haywood Little**
C/o Mary L. Petty
1646 Medlar Drive
Tuscaloosa, AL 35405

**Clm No 70429**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

144 of 3332

---

**Charley Little**
1345 Birch View Lane
Lawrenceville, GA 30043

**Clm No 70430**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard Little**
1220 10Th Street
Northport, AL 35476

**Clm No 70431**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew Little**
1212 16th St. S.w.
Birmingham, AL 35211

**Clm No 70432**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/20/2018 3:18:45 PM

*Claims Details*

145 of 3332

---

**Oliver Littles**
C/o Cathy L. Mason
6899 Harpers Dairy Loop
Bessemer, AL 35022

**Clm No 70433**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Albert Littleton**
C/o Debra L. Cofer
245 County Road 786
Jemison, AL 35085

**Clm No 70434**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**J.L. Livingston**
C/o Rebecca Livingston
133 Plum Lane
Boligee, AL 35443

**Clm No 70435**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

146 of 3332

**Della Livingston**
C/o Camilla L. Arthur
2596 Riley Dr. Nw
Marietta, GA 30064

**Clm No 70436**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Gene Livingston**
C/o Bruce Livingston
P.o. Box 193
Cottondale, AL 35453

**Clm No 70437**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**James Livingston**
811 Cannon Drive
Ringgold, Ga 12736

**Clm No 70438**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

147 of 3332

| **William Livingston** | | **Clm No 70439** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 5118 10th Avenue East | | Class | Claim Detail Amount | Final Allowed Amount |
| Tuscaloosa, AL 35405 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **Arthur Lloyd** | | **Clm No 70440** | Filed In Cases: 140 | |
|---|---|---|---|---|
| C/o Cora Lloyd | | Class | Claim Detail Amount | Final Allowed Amount |
| 4010 Walnut Ave S,w, | | UNS | $1.00 | |
| Birmingham, AL 35221 | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **Gibbs Lloyd** | | **Clm No 70441** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 4811 Whiterock St. | | Class | Claim Detail Amount | Final Allowed Amount |
| Houston, TX 77033 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/20/2018 3:18:45 PM

*Claims Details*    148 of 3332

---

**JOHN LOCKE**
22934 Country Ridge Pkwy
Mc Calla, AL 35111

**Clm No 70442**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Johnnie Lockett**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70443**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Hugh Lockett**
c/o Doris Lockett
116 6th Ave S.
Birmingham, AL 35205

**Clm No 70444**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## Claims Details

**Short Lockett**
2244 15th Street
Bessemer, AL 35020

**Clm No 70445**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**William Lockhart**
c/o Ms. Beverly Piskac
12 Alabama Court
Houston, TX 77027

**Clm No 70446**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**HERSHEL LOCKHART**
9024 Skyview Dr.
Cottondale, AL 35453

**Clm No 70447**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                     150 of 3332

---

**Ralph Lockhart**                    **Clm No 70448**    Filed In Cases: 140
4551 Little Drive
Bessemer, AL 35022                     Class          Claim Detail Amount        Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Elmer Locklin**                     **Clm No 70449**    Filed In Cases: 140
P. O. Box 3082
Freeport, TX 77541                     Class          Claim Detail Amount        Final Allowed Amount

                                       UNS                    $1.00
                                                              $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**GEORGE LODEN**                      **Clm No 70450**    Filed In Cases: 140
c/o Mike Loden
6336 FM 12485 S.                       Class          Claim Detail Amount        Final Allowed Amount
Rusk, TX 75785
                                       UNS                    $1.00
                                                              $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**         **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## Claims Details

| Emmett Loewe | **Clm No 70451** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Linda G. Milutin | Class | Claim Detail Amount | Final Allowed Amount |
| 5005 Georgi Lane # 219 | | | |
| Houston, TX 77092 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| RALPH LOFTIS | **Clm No 70452** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Kristine C. Loftis | Class | Claim Detail Amount | Final Allowed Amount |
| 3027 Forest Dr. | | | |
| Fultondale, AL 35068 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Gavin Lofton | **Clm No 70453** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o Christine Lofton | Class | Claim Detail Amount | Final Allowed Amount |
| P.o. Box 2554 | | | |
| Semmes, AL 36575 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## Claims Details

152 of 3332

**Levi Lofton**
6101 Lofton Lane
Molino, FL 32577

**Clm No 70454**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**JAMES LOFTUS**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70455**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Melvin Logan**
C/o Rebecca L. Donaldson
1648 Barry Avenue
Homewood, AL 35209

**Clm No 70456**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                            153 of 3332

---

**HALE LOGAN**                          **Clm No 70457**    Filed In Cases: 140
c/o Ms. Annie Mae Logan
2259 Logan Trail                        Class              Claim Detail Amount       Final Allowed Amount
Pheba, MS 39755
                                        UNS                      $1.00
                                                                 $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Lee Logan**                           **Clm No 70458**    Filed In Cases: 140
c/o John R. Logan
PO Box 483                              Class              Claim Detail Amount       Final Allowed Amount
Cottondale, AL 35453
                                        UNS                      $1.00
                                                                 $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Samuel Logan**                        **Clm No 70459**    Filed In Cases: 140
c/o Brenda L. Reynolds
17990 Cotton Creek Loop                 Class              Claim Detail Amount       Final Allowed Amount
Northport, AL 35473
                                        UNS                      $1.00
                                                                 $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

---

*Claims Details*                                                    154 of 3332

---

**SANDRA LOGAN**
6829 Frankfort Avenue
Birmingham, AL 35212

**Clm No 70460**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Oscar Logan**
5704 Norway Ave.
Birmingham, AL 35224

**Clm No 70461**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joseph Logan**
509 Wekiva Cove Rd.
Longwood, FL 32779-5643

**Clm No 70462**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

155 of 3332

---

**EARNEST LOGAN**
44 Winfrey Drive
Caledonia, MS 39740

**Clm No 70463**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HOMER LOGAN**
1866 Rogers Rd.
West Point, MS 39773

**Clm No 70464**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**SOLOMAN LOGAN**
1820 14Th Avenue
Northport, AL 35476

**Clm No 70465**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

156 of 3332

---

**FRANKIE LOGAN**
156 Rev Ware Road
Starkville, MS 39759

**Clm No 70466**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**TONY LOGAN**
15188 County Rd 12
Berry, AL 35546

**Clm No 70467**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Nathan Logan**
1006 Love Street
Hueytown, AL 35023

**Clm No 70468**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## *Claims Details*

157 of 3332

---

**Charles Lollar**
C/o Shirley A. Lollar
846 Moon Road
Jasper, AL 35501

**Clm No 70469**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Eugene Lollar**
c/o Bonita Lollar
736 Harrison Shipman Rd.
Jasper, AL 35503

**Clm No 70470**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billie Lollar**
176 Farley Road
Parrish, AL 35580

**Clm No 70471**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

158 of 3332

---

**Avance Lomax**
C/o Donald T. Lomax
P.o. Box 11904
Birmingham, AL 35202

**Clm No 70472**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Fred Lomax**
C/o Alyce Manley Spruell, Attorney
P.o. Box 1010
Tuscaloosa, AL 35403

**Clm No 70473**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LEARY LONDON**
2262 Iberia St.
Baton Rouge, LA 70805

**Clm No 70474**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:18:45 PM

### Claims Details

159 of 3332

---

**Will Long**
P.O. Box 64
Dolomite, AL 35061

**Clm No 70475**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Long**
P.O. Box 1317
Gardendale, AL 35071

**Clm No 70476**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Long**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70477**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                              160 of 3332

---

**Clarence Long**                    **Clm No 70478**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                    Class          Claim Detail Amount      Final Allowed Amount
Houston, TX 77017
                                      UNS                  $1.00
                                                           $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Roosevelt Long**                   **Clm No 70479**    Filed In Cases: 140
C/o Sheila E. Long
6240 Victory Street                   Class          Claim Detail Amount      Final Allowed Amount
Birmingham, AL 35217
                                      UNS                  $1.00
                                                           $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Ernest Long**                      **Clm No 70480**    Filed In Cases: 140
C/o Mattie C. Long
15085 Ararat Road                     Class          Claim Detail Amount      Final Allowed Amount
Toxey, AL 36921-2114
                                      UNS                  $1.00
                                                           $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                         161 of 3332

---

**Israel Long**                    **Clm No 70481**    Filed In Cases: 140
C/o Mary Elizabeth Long
1212 Hibernian Street       | Class | Claim Detail Amount | Final Allowed Amount |
Birmingham, AL 35214        | --- | --- | --- |
                            | UNS | $1.00 | |
                            | | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Jesse Long**                     **Clm No 70482**    Filed In Cases: 140
c/o Katherine Long
3000 Ave W. Apt K           | Class | Claim Detail Amount | Final Allowed Amount |
Birmingham, AL 35208        | --- | --- | --- |
                            | UNS | $1.00 | |
                            | | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**George Long**                    **Clm No 70483**    Filed In Cases: 140
C/o Jaqueline Bassett
5366 Brookhollow Dr.        | Class | Claim Detail Amount | Final Allowed Amount |
Jackson, MS 39212           | --- | --- | --- |
                            | UNS | $1.00 | |
                            | | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

162 of 3332

---

**Willie Long**
C/o Diane Y. Thomas
1132 Bush Street
Brighton, AL 35020

**Clm No 70484**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**David Long**
900 Tuscaloosa Ave, 2667
Birmingham, AL 35211

**Clm No 70485**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Long**
5535 Quail Ridge Rd
Gardendale, AL 35071

**Clm No 70486**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

163 of 3332

---

**Otis Long**
4800 Savoie Court
New Orleans, LA 70129

**Clm No 70487**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Wyman Long**
14405 Westland Drive
Coker, AL 35452

**Clm No 70488**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Eartha Long**
11 Oak Ridge
Tuscaloosa, AL 35401

**Clm No 70489**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

164 of 3332

---

**Willie Longmire**
Post Office Box 7401
Spanish Fort, AL 36527

**Clm No 70490**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas Loper**
409 Hounds Run West
Mobile, AL 36608

**Clm No 70491**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joseph Loper**
1496 Loper & Warrick Road
Millry, AL 36558

**Clm No 70492**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

---

*Claims Details*                                                                165 of 3332

---

| Jimmy Lopez | **Clm No 70493** | Filed In Cases: 140 | |
|---|---|---|---|
| 816 - 18th Avenue N. | Class | Claim Detail Amount | Final Allowed Amount |
| Texas City, TX 77590-5651 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| RUBEN LOPEZ | **Clm No 70494** | Filed In Cases: 140 | |
|---|---|---|---|
| 448 Bird Ave. | Class | Claim Detail Amount | Final Allowed Amount |
| El Paso, TX 79922 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| RICHARD LOPEZ | **Clm No 70495** | Filed In Cases: 140 | |
|---|---|---|---|
| 3830 Elvis Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Corpus Christi, TX 78414 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                          166 of 3332

---

**Clemente Lopez**                          **Clm No 70496**     Filed In Cases: 140
1601 N. Glenwood Blvd.
Tyler, TX 75702-2948                         Class          Claim Detail Amount      Final Allowed Amount

                                             UNS                  $1.00
                                                                  $1.00

Date Filed           9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**ALFRED LOPEZ**                            **Clm No 70497**     Filed In Cases: 140
1341 W. Ada
Odessa, TX 79762                             Class          Claim Detail Amount      Final Allowed Amount

                                             UNS                  $1.00
                                                                  $1.00

Date Filed           9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Anthony Loria**                           **Clm No 70498**     Filed In Cases: 140
8917 Covey Ct.
Dallas, TX 75238                             Class          Claim Detail Amount      Final Allowed Amount

                                             UNS                  $1.00
                                                                  $1.00

Date Filed           9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

---

*Claims Details*                                                         167 of 3332

---

**Willie Louis**                        **Clm No 70499**    Filed In Cases: 140
C/o Savannah Louis
1300 Tarrant Huffman Road          Class          Claim Detail Amount      Final Allowed Amount
Birmingham, AL 35217
                                   UNS                $1.00
                                                      $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Henry Love**                          **Clm No 70500**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                 Class          Claim Detail Amount      Final Allowed Amount
Houston, TX 77017
                                   UNS                $1.00
                                                      $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Samuel Love**                         **Clm No 70501**    Filed In Cases: 140
2782 Lehigh Road
Trafford, AL 35172                 Class          Claim Detail Amount      Final Allowed Amount
                                   UNS                $1.00
                                                      $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

168 of 3332

---

**Max Love**
26 Goldenrod Dr.
Hiawassee, GA 30546

**Clm No 70502**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Catherine Lovelace**
4620 18th Avenue E. Apt 8B
Tuscaloosa, AL 35405

**Clm No 70503**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Lovelady**
305 Rolling Mill St
Helena, AL 35080

**Clm No 70504**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

169 of 3332

---

**Tommy Lovelady**
212 Saxon Drive
Homewood, AL 35209

**Clm No 70505**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**James Loveless**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70506**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**James Lovvorn**
1005 Rutledge Drive
Midfield, AL 35228

**Clm No 70507**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

170 of 3332

**Jerome Lowe**
c/o Glenda J. Fluker
1131 14th Avenue No.
Bessemer, AL 35020

**Clm No 70508**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Uyless Lowe**
C/o Gladys Lowe Culpepper
46 Cherry Dr.
Saraland, AL 36571

**Clm No 70509**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Larry Lowe**
C/o Faye C. Lowe
6641 Oak Drive
Theodore, AL 36582

**Clm No 70510**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

171 of 3332

**Clinton Lowe**
c/o Daniel C. Lowe
101 Rolling Oaks
Driftwood, TX 78619

**Clm No 70511**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**WALLACE LOWE**
805 S. Valderas
Angleton, TX 77515

**Clm No 70512**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Bobby Lowe**
803 E. Ladner Drive
Saraland, AL 36571

**Clm No 70513**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## Claims Details

172 of 3332

**Ronald Lowe**
5366 Skyline Dr.
Warrior, AL 35180

**Clm No 70514**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**James Lowery**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70515**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Leon Lowery**
C/o Joann Lowery
4736 Ashley Hill Circle
Tuscaloosa, AL 35405

**Clm No 70516**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value      $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

173 of 3332

---

**Marvin Lowery**
C/o Glenda Lowrey
P.o. Box 184
West Blocton, AL 35184

**Clm No 70517**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lonnie Lowery**
542 Saraland Ave
Saraland, AL 36571

**Clm No 70518**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Clarence Lowery**
340 Washington City Road
Dora, AL 35062

**Clm No 70519**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

174 of 3332

---

**James Lowery**
2132 Lakeside Drive
Mccalla, AL 35111

**Clm No 70520**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JERRY LOWERY**
11228 County Road 75
Ethelsville, AL 35461-3817

**Clm No 70521**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES LOWREY**
111 Avalon Avenue
Bessemer, AL 35023-2929

**Clm No 70522**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

175 of 3332

---

**William Loxterman**
21055 Briar Cove Circle
Porter, TX 77365

**Clm No 70523**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROBERT LOYA**
4625 Odem Dr.
Corpus Christi, TX 78415

**Clm No 70524**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROGELIO LOZANO**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70525**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:18:45 PM

*Claims Details*

176 of 3332

---

**Ramiro Lozano**
1008 N. Portscheller
Roma, TX 78584

**Clm No 70526**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-----|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sam Lucas**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70527**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-----|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Nelson Lucas**
C/o Nelsena L. Hill
1213 Impala Drive
Birmingham, AL 35235

**Clm No 70528**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-----|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

177 of 3332

---

**Lamar Lucas**
c/o Marilyn D. Board
6894 Thomas Pkwy.
Rockford, IL 61114

**Clm No 70529**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Frank Lucas**
3634 Memory Lane
Hueytown, AL 35023

**Clm No 70530**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Lucas**
1065 Camp Branch
Alabaster, AL 35007

**Clm No 70531**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

178 of 3332

---

**Brooks Lucile**
250 West Lakeview Avenue
Pensacola, FL 32501

**Clm No 70532**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Garren Lucille**
610 Misty Lane
Friendswood, TX 77546

**Clm No 70533**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LAWRENCE LUCKEY**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70534**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

179 of 3332

| CHARLES LUDGOOD | | Clm No 70535 | Filed In Cases: 140 | |
|---|---|---|---|---|
| c/o Williams Kherkher | | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | | |
| Houston, TX 77017 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| Jake Ludgood | | Clm No 70536 | Filed In Cases: 140 | |
|---|---|---|---|---|
| c/o Willie F. Ludgood | | Class | Claim Detail Amount | Final Allowed Amount |
| 1673 Darwood Dr | | | | |
| Mobile, AL 36605 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| Feliciano Lugo | | Clm No 70537 | Filed In Cases: 140 | |
|---|---|---|---|---|
| HC-03 Box 12762 | | Class | Claim Detail Amount | Final Allowed Amount |
| Penuelas, PR 00624 | | | | |
| | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:18:45 PM

---

*Claims Details*                                                                180 of 3332

---

**Meliton Lugo**                                    **Clm No 70538**    Filed In Cases: 140
4106 Manhattan Dr.
Corpus Christi, TX 78411         Class              Claim Detail Amount        Final Allowed Amount

                                UNS                     $1.00
                                                        $1.00

Date Filed           9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**J. Luis**                                         **Clm No 70539**    Filed In Cases: 140
701 Ringgold St.
Brownsville, TX 78520            Class              Claim Detail Amount        Final Allowed Amount

                                UNS                     $1.00
                                                        $1.00

Date Filed           9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Andres Luis**                                     **Clm No 70540**    Filed In Cases: 140
406 Villa Dr
Corpus Christi, TX 78408         Class              Claim Detail Amount        Final Allowed Amount

                                UNS                     $1.00
                                                        $1.00

Date Filed           9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

181 of 3332

**CHARLES LUM**
2089 O'Rear Road
El Dorado, AR 71730

**Clm No 70541**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**NICHOLAS LUMAN**
315 River Enclave Court
Bradenton, FL 34212-4203

**Clm No 70542**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Salvador Lumetta**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70543**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/20/2018 3:18:45 PM

---

*Claims Details*                                                                          182 of 3332

---

| Leon Lunceford | **Clm No 70544** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o Coleen Lunceford | Class | Claim Detail Amount | Final Allowed Amount |
| 15778 Seminole Trail | | | |
| Northport, AL 35476 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| Lether Lundy | **Clm No 70545** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o Margaret Imogene Lundy | Class | Claim Detail Amount | Final Allowed Amount |
| 2269 Warrior-jasper Road | | | |
| Warrior, AL 35180 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| DAILY LUNDY | **Clm No 70546** | Filed In Cases: 140 | |
|---|---|---|---|
| 7027 Jewel Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Baton Rouge, LA 70811 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                      183 of 3332

---

**Joe Lundy**                    **Clm No 70547**    Filed In Cases: 140
10715 Bay Leaf Court
Citronelle, AL 36522             Class            Claim Detail Amount        Final Allowed Amount

                                 UNS                      $1.00
                                                          $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**General Lusk**                 **Clm No 70548**    Filed In Cases: 140
9909 Peachtree
Houston, TX 77016                Class            Claim Detail Amount        Final Allowed Amount

                                 UNS                      $1.00
                                                          $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**JERRY LUSK**                   **Clm No 70549**    Filed In Cases: 140
464 Buckhorn Bend Road
Monroe, LA 71202-9126            Class            Claim Detail Amount        Final Allowed Amount

                                 UNS                      $1.00
                                                          $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                      184 of 3332

---

**CHARLES LUST**                    **Clm No 70550**    Filed In Cases: 140
2040 Williamsport Road
Marion, OH 43302                     Class          Claim Detail Amount      Final Allowed Amount

                                    UNS                  $1.00
                                                         $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Willie Luter**                    **Clm No 70551**    Filed In Cases: 140
c/o Willie Luter, Jr.
4219 Oak Shadows Drive              Class          Claim Detail Amount      Final Allowed Amount
Houston, TX 77091-5316
                                    UNS                  $1.00
                                                         $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**FRANCIS LUTHER**                  **Clm No 70552**    Filed In Cases: 140
c/o Carol Luther
67333 Mickey Kemmer Rd.             Class          Claim Detail Amount      Final Allowed Amount
Stockton, AL 35679
                                    UNS                  $1.00
                                                         $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                    185 of 3332

---

**Henry Lutz**                              **Clm No 70553**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                          Class          Claim Detail Amount        Final Allowed Amount
Houston, TX 77017
                                            UNS                    $1.00
                                                                   $1.00

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joseph Lutz**                             **Clm No 70554**    Filed In Cases: 140
1201 Hwy 93
Helena, AL 35080                            Class          Claim Detail Amount        Final Allowed Amount

                                            UNS                    $1.00
                                                                   $1.00

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Louis Lyas**                              **Clm No 70555**    Filed In Cases: 140
C/o Kay Cason, Gen  Adm.
505 North 20th Street, Suite 1650           Class          Claim Detail Amount        Final Allowed Amount
Birmingham, AL 35203
                                            UNS                    $1.00
                                                                   $1.00

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

186 of 3332

---

**Ellsworth Lyle**
RR 1 Box 126F
Bridgeport, WV 26330-9342

**Clm No 70556**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jon Lyles**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70557**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Lyles**
c/o Mrs. Mary Lyles
210 Meadows Drive
Springville, AL 35146

**Clm No 70558**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

187 of 3332

---

**Theria Lyles**
812 Ave H.
Prichard, AL 36610

**Clm No 70559**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES LYNCH**
75 Glen Trace
Springville , AL 35146

**Clm No 70560**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JESSE LYNCH**
1219 24th Street
Bessemer, AL 35020

**Clm No 70561**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:18:45 PM

*Claims Details*

188 of 3332

---

**Bonnie Lynn**
4113 Sand Springs Rd.
Gordo, AL 35466

**Clm No 70562**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**William Lyon**
651 5Th Avenue
Chickasaw, AL 36611

**Clm No 70563**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Jessie Lyons**
C/o Mary Nell Cook
20234 Eastern Valley Road
West Blockton, AL 35184

**Clm No 70564**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

189 of 3332

**SAMUEL LYONS**
c/o Christie D. Lyons
1740 1st Street S.
Birmingham, AL 35205

**Clm No 70565**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**James Lyons**
4708 Leland Drive
Northport, AL 35473

**Clm No 70566**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Sammy Mabry**
c/o Latonia R. James
4408 31st Way N.
Birmingham, AL 35207

**Clm No 70567**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**            **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:18:45 PM

*Claims Details*

190 of 3332

---

**Leon Mach**
5030 Cicada Ln.
Houston, TX 77039

**Clm No 70568**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ELLIOTT MACK**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70569**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Junior Mack**
c/o Ursel Selise Forbes
755 New Jersey Street
Mobile, AL 36603

**Clm No 70570**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

191 of 3332

---

**James Mack**
C/o Loula Mae Mack
1611 55th Street
Birmingham, AL 35224

**Clm No 70571**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Robert Mack**
C/o Johnnie Robinson
P.o. Box 70321
Tuscaloosa, AL 35405

**Clm No 70572**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Cleo Mack**
2040 Lane Avenue
Birmingham, AL 35217

**Clm No 70573**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

192 of 3332

---

**Grady Mackey**
717 North 47th Street
Birmingham, AL 35212

**Clm No 70574**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**L. Mackie**
1813 Hopper Rd
Houston, TX 77093

**Clm No 70575**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alvin Maddox**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70576**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/20/2018 3:18:45 PM

*Claims Details*    193 of 3332

| **Frances Maddox** | | **Clm No 70577** | Filed In Cases: 140 | |
|---|---|---|---|---|
| c/o Williams Kherkher | | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | | |
| Houston, TX 77017 | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **Josh Maddox** | | **Clm No 70578** | Filed In Cases: 140 | |
|---|---|---|---|---|
| c/o Williams Kherkher | | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | | |
| Houston, TX 77017 | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **Edna Maddox** | | **Clm No 70579** | Filed In Cases: 140 | |
|---|---|---|---|---|
| c/o Williams Kherkher | | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | | |
| Houston, TX 77017 | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

194 of 3332

---

**WILLIAM MADDOX**
c/o Belissa K. Lewis
1009 Honeysuckle Ln.
Adamsville, AL 35005

**Clm No 70580**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Myrtle Maddox**
724 6Th Street Se
Fayette, AL 35555

**Clm No 70581**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FRED MADISON**
c/o Zeola Madison
87 Madison Rd
Thomasville, AL 36784

**Clm No 70582**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

195 of 3332

---

**EDWARD MADISON**
2816 32nd Place, SW
Birmingham, AL 35221

**Clm No 70583**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GUY MADISON**
12605 McCready Rd
Bastrop, LA 71220

**Clm No 70584**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Smith Madolyn**
10 CR 5150
Bloomfield, NM 87413

**Clm No 70585**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

196 of 3332

---

**William Magers**
C/o Gale Abernathy
4251 5th Avenue, South
Birmingham, AL 35222

**Clm No 70586**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lewis Mahone**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70587**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Troy Mahone**
c/o Annie L. Mahone
PO Box 218
Autaugaville, AL 36003

**Clm No 70588**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**JOEL MAIN**
404 Jesslyn Road
Coffee Springs, AL 36318-4862

**Clm No 70589**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**OSCAR MAJOR**
32645 Willow St.
White Castle, LA 70788

**Clm No 70590**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kenneth Majors**
6285 Hwy 13
Helena, AL 35080

**Clm No 70591**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

**Burley Malbrough**
5418 Aroma Knoll Ln.
Rosharon, TX 77583

**Clm No 70592**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**F. Malcolm**
3938 Rancho Rd.
Jacksonville, FL 32221

**Clm No 70593**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Reyes Maldonado**
7902 Goode
Houston, TX 77012

**Clm No 70594**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:18:45 PM

---

*Claims Details*

199 of 3332

---

| **Jim Mallard** | **Clm No 70595** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o Louise Dickinson | Class | Claim Detail Amount | Final Allowed Amount |
| 640 Spring Lake Drive West | | | |
| Mobile, AL 36695 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

| **Lewis Mallisham** | **Clm No 70596** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Williams Kherkher | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | |
| Houston, TX 77017 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

| **George Malone** | **Clm No 70597** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o , Marcus E. Mccrory | Class | Claim Detail Amount | Final Allowed Amount |
| 150 Government St., Suite 1001 | | | |
| Mobile, AL 36602 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

---

*Claims Details*                                                                      200 of 3332

---

**ROBIN MALONE**                         **Clm No 70598**    Filed In Cases: 140
371 John Taylor Road
Downsville, LA 71234                       Class        Claim Detail Amount      Final Allowed Amount

                                           UNS                $1.00
                                                              $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Melvin Malovets**                      **Clm No 70599**    Filed In Cases: 140
12315 CR 65
Rosharon, TX 77583                         Class        Claim Detail Amount      Final Allowed Amount

                                           UNS                $1.00
                                                              $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Gerald Mancill**                       **Clm No 70600**    Filed In Cases: 140
P O Box 1688
Orange Beach, AL 36561                      Class        Claim Detail Amount      Final Allowed Amount

                                           UNS                $1.00
                                                              $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

201 of 3332

**Stephen Mancuso**
1414-15Th Street
Galveston, TX 77550

**Clm No 70601**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Donald Maness**
1033 Durden Road
Prattville, AL 36067

**Clm No 70602**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**William Mangham**
14058 Milldale Road
Brookwood, AL 35444

**Clm No 70603**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value      $1.00

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

202 of 3332

---

**LUELLIOTT MANIECE**
522 24th Street
Bessemer, AL 35020

**Clm No 70604**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gena Manion**
c/o Larry John Manion, Personal Representative
25637 Hwy 82
Gordo, AL 35466

**Clm No 70605**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Manley**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70606**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

### *Claims Details*

203 of 3332

---

**CHARLES MANN**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70607**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Clara Mann**
C/o Beverly Roeten
110 Bucks Pocket Road
Tallassee, AL 36078

**Clm No 70608**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Mann**
201 Harding Street
Florence, AL 35630

**Clm No 70609**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

204 of 3332

**David Manning**
C/o Mary Manning
620 8th Avenue
Bessemer, AL 35020

**Clm No 70610**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**William Manning**
7822 Misty Haven Dr
Conroe, TX 77304

**Clm No 70611**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Hisbray Mansel**
c/o Willie Dean Mansel
12510 Royal West Drive
Conroe, TX 77303

**Clm No 70612**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

205 of 3332

---

**M. Manuel**
7209 Ave. O
Santa Fe, TX 77510

**Clm No 70613**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lloyd Manuel**
6956 Hwy 56
Chatom, AL 36518

**Clm No 70614**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**VINCENT MANZOLILLO**
c/o Johnnie Kate Manzolillo
6803 Highway 50 East
Columbus, MS 39702

**Clm No 70615**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

206 of 3332

---

**Jackie Mapes**
2700 Rollingbrook Dr # 7109
Baytown, TX 77521

**Clm No 70616**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Maples**
3426 J. C. Maples Road
Saraland, AL 36571

**Clm No 70617**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Maradik**
19951 Gunnison Road
Fairhope, AL 36532

**Clm No 70618**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

207 of 3332

---

**Michael Marbury**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70619**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Tom Marbury**
c/o Sharon Slaughter, Personal Representative
7150 W. Crestview Lane
Crystal River, FL 34429

**Clm No 70620**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JESSE MARBURY**
c/o Patricia Bowman
903 4th Ave. W., Apt. Westy
Birmingham, AL 35204-4612

**Clm No 70621**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

208 of 3332

**HARRY MARBURY**
7832 1st Avenue South
Birmingham , AL 35206

**Clm No 70622**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value     $1.00

**OWENS MARBURY**
608 Danton Lane
Birmingham, AL 35210

**Clm No 70623**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value     $1.00

**Rendon Marbury**
1472 21st St. North
Birmingham, AL 35234

**Clm No 70624**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value     $1.00

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

209 of 3332

| Joseph Marbury | **Clm No 70625** | Filed In Cases: 140 | |
|---|---|---|---|
| 1470 21st Street North | Class | Claim Detail Amount | Final Allowed Amount |
| Birmingham, AL 35234 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Koonce Marceil | **Clm No 70626** | Filed In Cases: 140 | |
|---|---|---|---|
| 8320 FM 153 | Class | Claim Detail Amount | Final Allowed Amount |
| Winchester, TX 78945 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Mata Marcelo | **Clm No 70627** | Filed In Cases: 140 | |
|---|---|---|---|
| 1213 Kansas St. | Class | Claim Detail Amount | Final Allowed Amount |
| Robstown, TX 78380 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                           210 of 3332

---

**JAMES MARCHANT**                          **Clm No 70628**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600              | Class | Claim Detail Amount | Final Allowed Amount |
Houston, TX 77017              |-------|---------------------|----------------------|
                               | UNS   | $1.00               |                      |
                               |       | $1.00               |                      |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**George Marchant**                          **Clm No 70629**    Filed In Cases: 140
C/o Katie M. Gandy
18783 Union Road               | Class | Claim Detail Amount | Final Allowed Amount |
Vance, AL 35490                |-------|---------------------|----------------------|
                               | UNS   | $1.00               |                      |
                               |       | $1.00               |                      |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**BASCOMB MARCHANT**                          **Clm No 70630**    Filed In Cases: 140
18796 Union Road
Vance, AL 35490                | Class | Claim Detail Amount | Final Allowed Amount |
                               |-------|---------------------|----------------------|
                               | UNS   | $1.00               |                      |
                               |       | $1.00               |                      |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:18:45 PM

---

**Claims Details**

211 of 3332

---

| Howard Marchant | **Clm No 70631** | Filed In Cases: 140 | |
|---|---|---|---|
| 13563 N Scottsville Road | Class | Claim Detail Amount | Final Allowed Amount |
| West Blockton, AL 35184 | | | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| Wilson Marchbank | **Clm No 70632** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o Barbara Robinson | Class | Claim Detail Amount | Final Allowed Amount |
| 86 Meeting Place Rd | | | |
| Lawrenceville, GA 30044-7735 | | | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| Wilbur Marchman | **Clm No 70633** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Williams Kherkher | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | |
| Houston, TX 77017 | | | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

212 of 3332

---

**James Marcum**
11079 Carrollwood Lakeview Dr
Northport, AL 35475

**Clm No 70634**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew Marcus**
c/o Steve Marcus
6975 Orkney Ave N.
Kenneth City, Fl 33709

**Clm No 70635**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**PHILIP MARDEN**
c/o Carol B. Marden
6165 Palmero Circle
Cameron Park, CA 95682

**Clm No 70636**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

213 of 3332

---

**Raymond Marek**
15911 Ramsey Road
Crosby, TX 77532

**Clm No 70637**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Paige Margaret**
4607 Journey St.
Amarillo, TX 79110

**Clm No 70638**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Blankenship Margaret**
169 Sycamore Dr.
Livingston, TX 77351

**Clm No 70639**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

214 of 3332

---

**Melton Marge**
P. O. Box 913
Fredericksburg, TX 78624

**Clm No 70640**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**L. Mario**
1000 Perkins
Robstown, TX 78380

**Clm No 70641**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas Marion**
1608 S Carr
Sedalia, MO 65301

**Clm No 70642**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:18:45 PM

*Claims Details*

215 of 3332

---

**Ross Marjorie**
3505 Magnolia Ave. Apt. #606
Texas City, TX 77590

**Clm No 70643**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Osborne Mark**
525 Old Pleasant Valley Rd.
Rainbow City, AL 35906

**Clm No 70644**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wheeless Mark**
11618 Sagecreek Drive
Houston, TX 77089

**Clm No 70645**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

216 of 3332

---

**William Marks**
P.o. Box 352
Greensboro, AL 36744

**Clm No 70646**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Isiah Marks**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70647**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**SMILEY MARKS**
c/o Fannie Parker
2917 6th Avenue North
Bessemer, AL 35020

**Clm No 70648**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:18:45 PM

*Claims Details*

217 of 3332

---

**Willis Marks**
2606 Granville Avenue
Bessemer, AL 35020

**Clm No 70649**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Tillman Marlow**
14502 Vienna Road
Coker, AL 35452

**Clm No 70650**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Nora Marlowe**
571 Porter Rd.
Gordo, AL 35466

**Clm No 70651**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                          3/20/2018 3:18:45 PM

*Claims Details*                                                                                     218 of 3332

---

**Jere Marques**                         **Clm No 70652**    Filed In Cases: 140
203 Patrician Drive
Spanish Fort, AL 36527                    Class            Claim Detail Amount      Final Allowed Amount

                                         UNS                      $1.00
                                                                  $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Nolia Marquis**                        **Clm No 70653**    Filed In Cases: 140
2417 27Th Avenue
Northport, AL 35476                       Class            Claim Detail Amount      Final Allowed Amount

                                         UNS                      $1.00
                                                                  $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Joseph Marriott**                      **Clm No 70654**    Filed In Cases: 140
c/o Londa A. Burns
55 Pebblebrook Lane                      Class            Claim Detail Amount      Final Allowed Amount
Wimberley, TX 78676
                                         UNS                      $1.00
                                                                  $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

219 of 3332

**James Marshall**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70655**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Joseph Marshall**
C/o Mary Lucille Marshall
2515 Warrior Road
Tuscaloosa, AL 35404

**Clm No 70656**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Roosevelt Marshall**
C/o Eunice Marshall
6445 2nd Avenue South
Birmingham, AL 35212

**Clm No 70657**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**James Marshall**
334 24Th Place Southeast
Vero Beach, FL 32962

**Clm No 70658**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Marshall**
2107 Bear Fork Road
Whistler, AL 36612

**Clm No 70659**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lucila Marta**
P. O. Box 1408
Anthony, NM 88021

**Clm No 70660**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

221 of 3332

---

**LOVIE MARTIN**
P.O. Box 748
Little Rock, AR 72203

**Clm No 70661**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Martin**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70662**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jerry Martin**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70663**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

222 of 3332

---

**Alfred Martin**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70664**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Martin**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70665**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LINDA MARTIN**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70666**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/20/2018 3:18:45 PM

*Claims Details*    223 of 3332

---

**RUSSELL MARTIN**    **Clm No 70667**    Filed In Cases: 140
c/o Wanda L. Martin
100 Mortier Drive #605    Class    Claim Detail Amount    Final Allowed Amount
College Station, TX 77845

| | UNS | $1.00 | |
|---|---|---|---|
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Martin**    **Clm No 70668**    Filed In Cases: 140
C/o Troy Martin
P.o. Box 256    Class    Claim Detail Amount    Final Allowed Amount
West Blocton, AL 35184

| | UNS | $1.00 | |
|---|---|---|---|
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Martin**    **Clm No 70669**    Filed In Cases: 140
C/o Rosia  Martin
115 Colonial Acres Drive, Apt. #6    Class    Claim Detail Amount    Final Allowed Amount
Leeds, AL 35094

| | UNS | $1.00 | |
|---|---|---|---|
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                    224 of 3332

---

**Charles Martin**                    **Clm No 70670**    Filed In Cases: 140
c/o Rebecca Hutto
3661 Tall Timber Drive              Class            Claim Detail Amount        Final Allowed Amount
Birmingham, AL 35242
                                    UNS                  $1.00
                                                         $1.00

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Erma Martin**                       **Clm No 70671**    Filed In Cases: 140
c/o Philip Martin
90 Post Oak Trail                   Class            Claim Detail Amount        Final Allowed Amount
Inez, TX 77968
                                    UNS                  $1.00
                                                         $1.00

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Abbie Martin**                      **Clm No 70672**    Filed In Cases: 140
C/o Paul Martin
12551 Oak Ridge Road                Class            Claim Detail Amount        Final Allowed Amount
Northport, AL 35475
                                    UNS                  $1.00
                                                         $1.00

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

225 of 3332

---

**JAMES MARTIN**
c/o Etha Martin
4922 McClain St.
Brighton, AL 35020

**Clm No 70673**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Curley Martin**
c/o Dorothy N. Kidd-Martin
PO Box 1634
Tuscaloosa, AL 35403

**Clm No 70674**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Martin**
824 Amory Avenue
Cordova, AL 35550

**Clm No 70675**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

226 of 3332

---

**Cardenas Martin**
705 Queens Road
Pasadena, TX 77502

**Clm No 70676**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Norman Martin**
58 Skylight Drive
Cordova, AL 35550

**Clm No 70677**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Adam Martin**
4627 Brownstone Lane
Houston, TX 77053

**Clm No 70678**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

227 of 3332

---

**Ruel Martin**
4509 Sagewood Lane
Birmingham, AL 35215

**Clm No 70679**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Johnny Martin**
45 Old Barn Road
Montevallo, AL 35115

**Clm No 70680**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**David Martin**
4185 State Line Rd.
Logansport, LA 71049

**Clm No 70681**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

228 of 3332

---

**John Martin**
292 Arrowhead Road
Cropwell, AL 35054

**Clm No 70682**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Angie Martin**
2825 29th St. S.w.
Birmingham, AL 35211

**Clm No 70683**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Martin**
2525 21st Street
Hueytown, AL 35023

**Clm No 70684**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

229 of 3332

---

**Robert Martin**
2308 Wexford Lane
Vestavia Hills, AL 35216

**Clm No 70685**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Martin**
2019 Wells Ave
Mobile, AL 36617

**Clm No 70686**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Adolphus Martin**
1604 12th St.
Northport, AL 35476

**Clm No 70687**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 3:18:45 PM

*Claims Details*                                                                                      230 of 3332

---

**Franklin Martin**                          <u>**Clm No 70688**</u>    Filed In Cases: 140
1318 Bankhead Hwy, S.w.
Graysville, AL 35073                          Class              Claim Detail Amount        Final Allowed Amount

                                             UNS                      $1.00

                                                                      $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Johnnie Martin**                           <u>**Clm No 70689**</u>    Filed In Cases: 140
126 George Grimes Rd
Leesville, LA 71446                           Class              Claim Detail Amount        Final Allowed Amount

                                             UNS                      $1.00

                                                                      $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**RONALD MARTIN**                            <u>**Clm No 70690**</u>    Filed In Cases: 140
1203 James St.
Troup, TX 75789                              Class              Claim Detail Amount        Final Allowed Amount

                                             UNS                      $1.00

                                                                      $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

231 of 3332

---

**Adrian Martinez**
c/o Mrs. Maria Torres Martinez
212 E. Jacinto St.
Highlands, TX 77562

**Clm No 70691**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**PETE MARTINEZ**
902 N. Ave J, Apt. 908
Freeport, TX 77541

**Clm No 70692**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JESUS MARTINEZ**
7319 Thurow
Houston, TX 77087

**Clm No 70693**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

232 of 3332

---

**Ernesto Martinez**
3473 Southland
Corpus Christi, TX 78408

**Clm No 70694**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**E. Marvin**
18607 Pickering Rd.
Conroe, TX 77302

**Clm No 70695**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Schneider Marvin**
15719 T. C. Jester
Houston, TX 77068

**Clm No 70696**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

233 of 3332

---

**Nelson Mary**
948 FM 1947
Hillsboro, TX 76645

**Clm No 70697**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------------------|-------------|
| Date Filed        | 9-Dec-2016  |
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**Dillard Mary**
4422 Kilgore
Corpus Christi, TX 78415

**Clm No 70698**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------------------|-------------|
| Date Filed        | 9-Dec-2016  |
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**Miller Mary**
254 Moore
Clute, TX 77531

**Clm No 70699**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------------------|-------------|
| Date Filed        | 9-Dec-2016  |
| Bar Date          |             |
| Claim Face Value  | $1.00       |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

234 of 3332

---

**Roy Mashburn**
P. O. Box 35
Calvert, AL 36513

**Clm No 70700**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ruby Mashburn**
16032 Carmel Bay Drive
Northport, AL 35475

**Clm No 70701**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**TEDDY MASKE**
1000 Woodlands Cv
Helena, AL 35080-7754

**Clm No 70702**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

235 of 3332

**JOHN MASON**
Post Office Box 802
Pine Hill, AL 36769

**Clm No 70703**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |


**Willie Mason**
P.O. Box 261
Monticello, AR 71657

**Clm No 70704**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |


**Willie Mason**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70705**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                          236 of 3332

---

**Gerald Mason**                              **Clm No 70706**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                    Class              Claim Detail Amount        Final Allowed Amount
Houston, TX 77017
                                      UNS                       $1.00
                                                                $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Lonnie Mason**                              **Clm No 70707**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                    Class              Claim Detail Amount        Final Allowed Amount
Houston, TX 77017
                                      UNS                       $1.00
                                                                $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Roosevelt Mason**                           **Clm No 70708**    Filed In Cases: 140
C/o Ola Bell Mason
1023 Manor Circle                     Class              Claim Detail Amount        Final Allowed Amount
Bessemer, AL 35020
                                      UNS                       $1.00
                                                                $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

237 of 3332

---

**EVELYN MASON**
c/o Melvin C. Mason
2909 Gallant Pl., Apt. #7
Birmingham, AL 35215

**Clm No 70709**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Myrtle Mason**
c/o Mary Skelton
217 Ashford Drive
Gardendale, AL 35071

**Clm No 70710**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bennie Mason**
c/o Bennie R. Mason, Jr.
2431 FM 1960 W, Apt. 3202
Houston, TX 77068

**Clm No 70711**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

238 of 3332

---

**Alvin Mason**
410 12th  Ave. N
Texas City, TX 77590

**Clm No 70712**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Mason**
1909 Mlk Boulevard
Tuscaloosa, AL 35401

**Clm No 70713**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Albert Mason**
1409 25th Pl N.
Bessemer, AL 35020-3342

**Clm No 70714**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

239 of 3332

---

**CEPHUS MASON**
1112 26th St., S
Birmingham, AL 35205

**Clm No 70715**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 9-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**William Massey**
P.O. Box 213
Thomasville, AL 36784-0214

**Clm No 70716**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 9-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Joseph Massey**
1884 Saint Charles Court S.W.
Birmingham, AL 35211

**Clm No 70717**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 9-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

240 of 3332

---

**LOUIS MASTERS**
8820 Hwy 31
Kimberly, AL 35091

**Clm No 70718**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Milton Mastin**
305 Simon Street
Fairhope, AL 36532

**Clm No 70719**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Jacob Maston**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70720**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:18:45 PM

*Claims Details*

241 of 3332

---

**LOUIS MASTRONARDI**
c/o Edward Mastronardi
267 Daisy Estate Drive
Winter Haven, FL 33884

**Clm No 70721**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Silvestre Mata**
P. O. Box 266
Alice, TX 78333

**Clm No 70722**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARCELO MATA**
1213 Kansas St.
Robstown, TX 78380

**Clm No 70723**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

242 of 3332

---

**Franklin Matherson**
326 11th Street SW
Alabaster, AL 35007

**Clm No 70724**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Earlie Mathews**
C/o Lucile Mathews
1340 18th Place S.w.
Birmingham, AL 35211

**Clm No 70725**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Stanley Mathews**
545 Lacey Lane
Birmingham, AL 35226

**Clm No 70726**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

243 of 3332

---

**Jeanette Matney**
c/o Mr. Charles M. Matney
14911 Evergreen Ridge Way
Houston, TX 77062

**Clm No 70727**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Matney**
14911 Evergreen Ridge Way
Houston, TX 77062

**Clm No 70728**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard Matthews**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70729**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

244 of 3332

---

**Zeigler Matthews**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70730**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Percy Matthews**
C/o Sabrina Crummie
3421 48th Place East
Tuscaloosa, AL 35405

**Clm No 70731**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Theodore Matthews**
C/o Jessie Matthews
P.o. Box 45
Daphne, AL 36526

**Clm No 70732**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

245 of 3332

---

**James Matthews**
c/o Hortense E. Matthews
1503 Colgin Street
Mobile, AL 36605

**Clm No 70733**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charley Matthews**
816 Alden Avenue
Midfield, AL 35228

**Clm No 70734**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Delton Matthews**
5355 Hollis Goodwin Rd.
Dora, AL 35062-2141

**Clm No 70735**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

246 of 3332

**David Matthews**
2501 23rd Ave N.
Texas City, TX 77590

**Clm No 70736**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Bobby Matthews**
209 Enns Street
Saraland, AL 36571

**Clm No 70737**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Dan Matthews**
1913 Foxfire Rd
Mobile, AL 36618

**Clm No 70738**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

247 of 3332

---

**ANNA MATTHEWS**
10902 State Hwy. 97, S
Letohatchie, AL 36047-

**Clm No 70739**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alston Mattie**
924 4th Avenue North
Texas City, TX 77590

**Clm No 70740**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lane Mattie**
363 N. Commerce St.
Ackerman, MS 39735

**Clm No 70741**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

248 of 3332

---

**Dominic Maturo**
15984 Northwest 121 Lane
Alachua, FL 32615

**Clm No 70742**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHN MAUGHAN**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70743**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Clemmie Mauldin**
C/o Ethel Mauldin
454 Hickory Street
Mobile,, AL 36603

**Clm No 70744**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:18:45 PM

*Claims Details*

249 of 3332

---

**YOULYS MAULDIN**
593 Lovells Ferry Road
Jasper, AL 35501

**Clm No 70745**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Johnson Maurice**
14315 Twisted Trunk Ct.
Houston, TX 77015

**Clm No 70746**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Utterback Maxine**
7422 Edgehill
Kansas City, KS 66111

**Clm No 70747**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

250 of 3332

---

**Jimmie Maxwell**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70748**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 9-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Jessie Maxwell**
901 Avenue E
Gadsden, AL 35901

**Clm No 70749**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 9-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**James Maxwell**
2409 3rd Place Nw
Birmingham, AL 35215

**Clm No 70750**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 9-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                             251 of 3332

---

**Ordo May**                          **Clm No 70751**    Filed In Cases: 140
C/o Mattie May
7513 Rosser Estate Road              Class          Claim Detail Amount      Final Allowed Amount
Duncanville, AL 35456
                                     UNS                  $1.00
                                                          $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Evans May**                         **Clm No 70752**    Filed In Cases: 140
C/o Barry May
300 Shelley Lane                     Class          Claim Detail Amount      Final Allowed Amount
Locust Grove, GA 30248
                                     UNS                  $1.00
                                                          $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**James May**                         **Clm No 70753**    Filed In Cases: 140
3006 6th Ave N.
Bessemer, AL 35020                   Class          Claim Detail Amount      Final Allowed Amount

                                     UNS                  $1.00
                                                          $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

252 of 3332

---

**WILLIE MAY**
2012 Hawkins Street
Birmingham, AL 35207

**Clm No 70754**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**William May**
#2 Arlington Drive
Tuscaloosa, AL 35401

**Clm No 70755**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Charles Mayer**
C/o Margaret Sims Mayer
8797 Emerald Lake Drive, East
Pinson, AL 35126

**Clm No 70756**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

253 of 3332

---

**Quillie Mayes**

P. O. Box 66

Abernant, AL 35440

**Clm No 70757**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**MORRICE MAYFIELD**

14 Frankies Lane

Alabaster, AL 35007

**Clm No 70758**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Samuel Mayham**

C/o Emma L. Mayham

4028 Felix Avenue  S.w.

Birmingham, AL 35221

**Clm No 70759**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016

Bar Date

Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:18:45 PM

*Claims Details*

254 of 3332

---

**EUNICE MAYNOR**
c/o Stella Gordon
4616 Stonehill Lane
Tuscaloosa, AL 35405

**Clm No 70760**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Maynor**
894 Frog Level Road
West Blocton, AL 35184

**Clm No 70761**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES MAYO**
Newman Law Firm PO Box 2958
Monroe, LA 71207-2958

**Clm No 70762**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

*Claims Details*

---

**John Mayo**
3150 Graham Road
Mobile, AL 36618

**Clm No 70763**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**PETER MAYON**
P. O. Box 331417
Houston, TX 77233-1417

**Clm No 70764**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LAWRENCE MAYON**
3835 Cosby
Houston, TX 77021

**Clm No 70765**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

256 of 3332

---

**CHARLES MAYS**
1533 Brewster Circle Apt# 673
Birmingham, AL 35235

**Clm No 70766**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Fred Mayweather**
C/o Susie M. Taylor
4929 Huntsville Avenue
Brighton, AL 35020

**Clm No 70767**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Cicero Maze**
1733 Tall Oak Circle
Birmingham, AL 35235

**Clm No 70768**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

257 of 3332

**OSCAR MCADAMS**      **Clm No 70769**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Joe McAdams**      **Clm No 70770**    Filed In Cases: 140
c/o Ms. Amy K. McAdams
7114 Bannock
Baytown, TX 77521

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Edward McAdory**      **Clm No 70771**    Filed In Cases: 140
4543 Harper Road
Bessemer, AL 35023

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

258 of 3332

---

**Milton McAnnally**
C/o Joan Sanderson
4993 Palos Road
Dora, AL 35062

**Clm No 70772**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES MCANNALLY**
616 Tarrant Rd
Gardendale, AL 35071

**Clm No 70773**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John McAphee**
2905 Wenonah Road
Birmingham, AL 35211

**Clm No 70774**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

259 of 3332

**John McAteer**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70775**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**Paul McBrayer**
926 Overton Avenue 403
Birmingham, AL 35217-2961

**Clm No 70776**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**JAMES MCBRAYER**
732 Weatherby Dr
Tuscaloosa, AL 35405

**Clm No 70777**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

260 of 3332

---

**Howard McBride**
C/o T' Lene M. Barringer
11458 Barringer Drive
Coker, AL 35452

**Clm No 70778**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles McBride**
C/o Robbie Oliver
4233 Valley Ford Road
Adger, AL 35006

**Clm No 70779**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Adron McBride**
c/o Mrs. Ruby McBride
14321 Hwy 171
Northport, AL 35475

**Clm No 70780**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                      3/20/2018 3:18:45 PM

*Claims Details*                                                                                261 of 3332

---

**W.C. McCaa**                        **Clm No 70781**      Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                    Class             Claim Detail Amount      Final Allowed Amount
Houston, TX 77017                     UNS                      $1.00
                                                              $1.00

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**NETTIE MCCAA**                      **Clm No 70782**      Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                    Class             Claim Detail Amount      Final Allowed Amount
Houston, TX 77017                     UNS                      $1.00
                                                              $1.00

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William McCabe**                    **Clm No 70783**      Filed In Cases: 140
989 New Hope Road
Springville, AL 35146                 Class             Claim Detail Amount      Final Allowed Amount
                                      UNS                      $1.00
                                                              $1.00

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/20/2018 3:18:45 PM

---

*Claims Details*                                                                    262 of 3332

---

**Philip McCabe**                          **Clm No 70784**    Filed In Cases: 140
126 S. Johnson Avenue
San Marcos, TX 78666                       Class            Claim Detail Amount      Final Allowed Amount

                                           UNS                    $1.00
                                                                  $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**John McCafferty**                        **Clm No 70785**    Filed In Cases: 140
26363 Rockjail Road
Bokoshe, OK 74930                          Class            Claim Detail Amount      Final Allowed Amount

                                           UNS                    $1.00
                                                                  $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Roy McCain**                             **Clm No 70786**    Filed In Cases: 140
P.O. Box 598 710 5th St
Wolfforth, TX 79382                        Class            Claim Detail Amount      Final Allowed Amount

                                           UNS                    $1.00
                                                                  $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

263 of 3332

---

**HAROLD MCCAIN**
62 Cedar Lane Loop
Dora, AL 35062

**Clm No 70787**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Donald McCain**
2727 21St Avenue North
Birmingham, AL 35234

**Clm No 70788**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Fred McCall**
C/o Winnie N. Mccall
3560 11th Street Ne
Tuscaloosa, AL 35404

**Clm No 70789**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

264 of 3332

| Eugene McCall | | | |
|---|---|---|---|
| c/o Williams Kherkher | **Clm No 70790** | Filed In Cases: 140 | |
| 8441 Gulf Fwy #600 | Class | Claim Detail Amount | Final Allowed Amount |
| Houston, TX 77017 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Jack McCall | | | |
|---|---|---|---|
| C/o Flora E. Mccall | **Clm No 70791** | Filed In Cases: 140 | |
| 2457 Tempest Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Birmingham, AL 35211 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Woodie McCall | | | |
|---|---|---|---|
| 4606 Greenview | **Clm No 70792** | Filed In Cases: 140 | |
| Tuscaloosa, AL 35401 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

265 of 3332

---

**Reese McCall**
1311 1st Ave
Bessemer, AL 35020

**Clm No 70793**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ODIS MCCALPINE**
Route 1, Box 179-A
Sawyerville, AL 36776

**Clm No 70794**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie McCane**
C/o Charlotte  Hamler
1112 Grand Blvd.
Birmingham, AL 35214

**Clm No 70795**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

266 of 3332

---

**Chester McCann**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70796**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Johnny McCann**
609 Seminary Street
Prichard, AL 36610

**Clm No 70797**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie McCants**
C/o Ruby D. M. Ransom
4916 7th Avenue
Birmingham, AL 35224

**Clm No 70798**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

267 of 3332

---

**George McCarty**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70799**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**THELMA MCCARTY**
757 St. Anthony Street
Mobile, AL 36603

**Clm No 70800**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Sarah McCay**
C/o Lillian M. Montgomery
4019 Culver Road
Tuscaloosa, AL 35401

**Clm No 70801**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

268 of 3332

---

**Morgan McClain**
c/o Elmira McClain
903 South Ogletree St.
La Grange, GA 30241

**Clm No 70802**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOYCE MCCLELLAN**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70803**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Hoyt McClellan**
39 S. Walker Lake Dr.
Carrollton, GA 30117-5512

**Clm No 70804**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

269 of 3332

**George McCleney**
c/o Jason Alan McCleney
636 Darlene Dr.
Birmingham, AL 35217

**Clm No 70805**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**ROBERT MCCLENEY**
136 Wickstead Road
Hueytown, AL 35023

**Clm No 70806**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Kathleen McCloud**
Post Office Box 283
Reform, AL 35481

**Clm No 70807**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                         270 of 3332

| Allen McCloud | **Clm No 70808** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o Bernice Stephens | Class | Claim Detail Amount | Final Allowed Amount |
| 2350 Dukes Avenue | | | |
| Mobile, AL 36617 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| KENNETH MCCLURE | **Clm No 70809** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Felicia Carlile | Class | Claim Detail Amount | Final Allowed Amount |
| 462 County Road 941 | | | |
| Alvin, TX 77511 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| CLARENCE MCCLURE | **Clm No 70810** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Annie Esther Brown | Class | Claim Detail Amount | Final Allowed Amount |
| 1106 Rio Linda | | | |
| San Antonio, TX 78245 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

271 of 3332

---

**Len McClurkin**
c/o Geraldine Hinton
452 Price Drive
Birmingham, AL 35215

**Clm No 70811**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FRED MCCLUSKEY**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70812**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James McCollins**
136 20th Ave East
Tuscaloosa, AL 35404

**Clm No 70813**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                             272 of 3332

---

**Jesse McCollum**                    **Clm No 70814**    Filed In Cases: 140

c/o Williams Kherkher

8441 Gulf Fwy #600                    Class            Claim Detail Amount        Final Allowed Amount

Houston, TX 77017                     UNS                   $1.00

                                                            $1.00

Date Filed          9-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**Clarence McConico**                 **Clm No 70815**    Filed In Cases: 140

C/o Marcus A. Jones, Esquire

300 N.richard Arrington Blvd          Class            Claim Detail Amount        Final Allowed Amount

Birmingham, AL 35203                  UNS                   $1.00

                                                            $1.00

Date Filed          9-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**John McConnell**                    **Clm No 70816**    Filed In Cases: 140

c/o Williams Kherkher

8441 Gulf Fwy #600                    Class            Claim Detail Amount        Final Allowed Amount

Houston, TX 77017                     UNS                   $1.00

                                                            $1.00

Date Filed          9-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:18:45 PM

*Claims Details*

273 of 3332

---

| **Vera McConnell** | **Clm No 70817** | Filed In Cases: 140 | |
| 918 Tuckaho Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Columbus, MS 39702 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Annie McCool** | **Clm No 70818** | Filed In Cases: 140 | |
| 104-20th Ave. S.W. | Class | Claim Detail Amount | Final Allowed Amount |
| Reform, AL 35481 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Augusta McCovery** | **Clm No 70819** | Filed In Cases: 140 | |
| c/o Alice McCovery | Class | Claim Detail Amount | Final Allowed Amount |
| P.O. Box 7028 | UNS | $1.00 | |
| Spanish Fort, AL 36577 | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

274 of 3332

---

**Claude McCown**
243 FM 343 E
Rusk, TX 75785

**Clm No 70820**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Johnny McCoy**
C/o Doris Lee Mccoy
3219 19th Street
Tuscaloosa, AL 35401

**Clm No 70821**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Eva McCoy**
5125 Old Cottondale Rd
Cottondale, AL 35453

**Clm No 70822**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

275 of 3332

**Lynn McCoy**
1701 Hondo St.
Amarillo, TX 79102

**Clm No 70823**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Malcolm McCracken**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70824**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Sidney McCracken**
c/o Ann McCracken
13812 Shiloh Road
Ralph, AL 35480

**Clm No 70825**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

276 of 3332

---

**Eulie McCrackin**
P.O. Box 632
La Porte, TX 77571

**Clm No 70826**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Raiford McCrackin**
c/o Justina Robertson
2407 Short 19th NE
Holt, AL 35404

**Clm No 70827**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Virginia McCranie**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70828**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

277 of 3332

---

**Coy McCrary**
C/o Carol K. Mccrary
308 10th Street
Pleasant Grove, AL 35127

**Clm No 70829**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James McCray**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70830**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ernest McCray**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70831**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

278 of 3332

---

**Clarence McCray**
c/o Mrs. Francine D. McCray
3622 3Rd Ave. East
Tuscaloosa, AL 35405

**Clm No 70832**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James McCray**
C/o Edgar Timothy Mccray
2133 County Road 52
Moundville, AL 35474

**Clm No 70833**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Will McCray**
4600 Grasselli Blvd S.w.
Birmingham, AL 35221

**Clm No 70834**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

279 of 3332

---

**Jerry McCray**
280 Oak Lane
Remlap, AL 35133

**Clm No 70835**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Charles McCray**
2335 Steiner Ave SW
Birmingham, AL 35211

**Clm No 70836**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Mary McCrory**
1250 Ventura Court
Mobile, AL 36608

**Clm No 70837**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

280 of 3332

---

**N.C. McCullar**
1407 Airport Circle
Jasper, AL 35501

**Clm No 70838**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William McCullers**
c/o Patricia McCullers Stokes
234 Courtside Drive
Birmingham, AL 35242

**Clm No 70839**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**W.J. McCullers**
C/o Estelle Mccullers
12055 George Newell Road
Vance, AL 35490

**Clm No 70840**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

281 of 3332

---

**Lawrence McCulloch**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70841**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Harold McCullum**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70842**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joseph McCurdy**
C/o Mildred Mccurdy
5405 Avenue I
Birmingham, AL 35208

**Clm No 70843**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

282 of 3332

---

**Lenzie McCurdy**
C/o Clarence E. Mccurdy
105 Harvill Lane
Birmingham, AL 35217

**Clm No 70844**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE MCCURDY**
c/o Carolyn Ann Carter, rep.
1143 West 12 St.
Lorain, OH 44052

**Clm No 70845**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Michael McCurley**
14119 Verde Mar Lane
Houston, TX 77095-3458

**Clm No 70846**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

283 of 3332

---

**Bart McCurry**
C/o Lola Mccurry
411 Church Street
Warrior, AL 35180

**Clm No 70847**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sylvester McDade**
C/o Sylvia L. Mcdade
2241 Thames Lane
Montgomery, AL 36106

**Clm No 70848**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas McDaniel**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70849**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

284 of 3332

**EULA MCDANIEL**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70850**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

**Carrol McDaniel**
c/o Teresa Maddox
5221 Scenic View Dr.
Irondale, AL 35210

**Clm No 70851**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

**Hugh McDaniel**
c/o Sandra R. McDaniel
11681 Box Elder Way
Vance, AL 35490

**Clm No 70852**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

### Claims Details

285 of 3332

| Ollis McDaniel | **Clm No 70853** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o Rosalyn Mae Mcdaniel | Class | Claim Detail Amount | Final Allowed Amount |
| 905 9th Street | | | |
| Pleasant Grove, AL 35127 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| J.B. McDaniel | **Clm No 70854** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o Maxine Lively | Class | Claim Detail Amount | Final Allowed Amount |
| 7511 Old Birmingham Highway | | | |
| Jasper, AL 35501 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| CHARLES MCDANIEL | **Clm No 70855** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Dorothy S. McDaniel | Class | Claim Detail Amount | Final Allowed Amount |
| 1506 Pioneer Dr. | | | |
| Navasota, TX 77868 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

286 of 3332

**Johnnie McDaniel**
4388 Hwy 17
Epps, LA 71237

**Clm No 70856**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**CHARLES MCDANIEL**
3532 Crawford Cove Road
Springville, AL 35146

**Clm No 70857**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Robert McDaniel**
3025 Teresa Ave
Hueytown, AL 35023

**Clm No 70858**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

287 of 3332

---

**Mary McDaniel**
1930 County Road 5
Carrollton, Al 35447

**Clm No 70859**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Louie McDaniel**
1022 Uster Dr
Mobile, AL 36608-4112

**Clm No 70860**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Claude McDonald**
P O Box 428
Zavalla, TX 75980

**Clm No 70861**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                            288 of 3332

---

**THOMAS MCDONALD**  | **Clm No 70862** | Filed In Cases: 140
c/o Williams Kherkher

8441 Gulf Fwy #600

Houston, TX 77017

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dewey McDonald**  | **Clm No 70863** | Filed In Cases: 140
c/o Tommy McDonald & Ruth Paden

14151 HWY 61

Wilsonville, AL 35186

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Warren McDonald**  | **Clm No 70864** | Filed In Cases: 140
c/o Sherrill (McDonald) Sunday

PO Box 1527

Santa Fe, TX 77510

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

289 of 3332

---

**Dennis McDonald**
c/o Patrick McDonald
18847 E. CR 175
El Dorado, OK 73537

**Clm No 70865**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gilbert McDonald**
911 West Louisa
Iowa Park, TX 76367

**Clm No 70866**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JESSE MCDONALD**
7226 Glass Dr
Bessemer, AL 35023

**Clm No 70867**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

290 of 3332

| **Alta McDonald** | | **Clm No 70868** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 306 3rd Avenue | | Class | Claim Detail Amount | Final Allowed Amount |
| Saraland, AL 36571 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **Danny McDoniell** | | **Clm No 70869** | Filed In Cases: 140 | |
|---|---|---|---|---|
| Post Office Box 1302 | | Class | Claim Detail Amount | Final Allowed Amount |
| Jasper, AL 35501 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **Herbert McDougal** | | **Clm No 70870** | Filed In Cases: 140 | |
|---|---|---|---|---|
| c/o Judith M. Irvin | | Class | Claim Detail Amount | Final Allowed Amount |
| 109 Linwood Drive | | UNS | $1.00 | |
| Hueytown, AL 35023 | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

291 of 3332

---

**James McDougal**
c/o Janice McDougal Day
101 Misty Court
Richwood, TX 77531

**Clm No 70871**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FRED MCDOUGAL**
c/o April A. Bowen
1023 Liberty Ave.
Livingston, TX 77351

**Clm No 70872**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James McDowell**
c/o Espinola Mcdowell
6357 Rockland Rd.
Lithonia, GA 30038

**Clm No 70873**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## Claims Details

292 of 3332

---

**Donald McDuff**
17153 George Hardin Rd.
Buhl, AL 35446

**Clm No 70874**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Roger McElhaney**
4821 Karchmer
Corpus Christi, TX 78415

**Clm No 70875**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Grady McElhany**
7865 Hiwood Circle
Semmes, AL 36575

**Clm No 70876**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

293 of 3332

---

**GEORGE MCELROY**
c/o Ms. Lula Harper
PO Box 10
Bessemer, AL 35021

**Clm No 70877**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles McElroy**
14395 Keene's Mill Road
Cottondale, AL 35453

**Clm No 70878**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RONALD MCFALL**
1133 Buddy Vines Camp Road
Bessemer, AL 35020

**Clm No 70879**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:18:45 PM

*Claims Details*

294 of 3332

---

**JESSE MCFARLAND**
PO Box 1106
Richmond, TX 77406

**Clm No 70880**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dill McFarland**
10018 Knoboak #23
Houston, TX 77080

**Clm No 70881**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARY MCFARLING**
c/o Michael McFarling
820 Golf Course Rd
Bessemer, AL 35022

**Clm No 70882**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

295 of 3332

---

**SAMUEL MCFERRIEN**
c/o Dorothy M. McFerrien
6604 Cherokee Drive
Fairfield, AL 35064

**Clm No 70883**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**George McGary**
c/o Shirley Coats
3000 17th Ensley
Birmingham, AL 35208

**Clm No 70884**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Grover McGaskey**
c/o Tammy Gipson
P.O. Box 16
Camden, TX 75934

**Clm No 70885**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:18:45 PM

*Claims Details*

296 of 3332

---

**Earl McGaughy**
1157 Sunnydell Avenue
Bessemer, AL 35023

**Clm No 70886**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Marvin McGee**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70887**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**George McGee**
c/o Nancy Salazar
1333 Cedar St
San Carlos, CA 94070

**Clm No 70888**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

297 of 3332

---

**Archie McGee**
C/o Geneva Mcgee
17 10th Avenue North
Birmingham, AL 35204

**Clm No 70889**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wardell McGee**
C/o Carolyn Mcgee Ford
901 15th Avenue North
Tuscaloosa, AL 35406

**Clm No 70890**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Cecil McGee**
4890 Dogwood Trail
Eight Mile, AL 36613

**Clm No 70891**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

298 of 3332

---

**William McGee**
1840 49 St. West
Birmingham, AL 35208

**Clm No 70892**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie McGee**
15 Lue Bell Mean Road
Eutaw, AL 35462

**Clm No 70893**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John McGhee**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70894**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

299 of 3332

---

**James McGhee**
18651 Three Rivers Road
Seminole, AL 36574

**Clm No 70895**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Emma McGhee**
110 Calvin Mcghee Dr. #24
Atmore, AL 36502

**Clm No 70896**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John McGill**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70897**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

300 of 3332

---

**Milford McGill**
401 18th Ave N.w.
Birmingham, AL 35215

**Clm No 70898**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Douglas McGill**
124 Malaga Place
Panama City Beach, FL 32413-1638

**Clm No 70899**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**CLARE MCGILLIVRAY**
PO Box 10123
Fargo, ND 58106-0123

**Clm No 70900**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

301 of 3332

---

**DANIEL MCGOWAN**
4216 County Hwy 69 Box 33
Guin, AL 35563

**Clm No 70901**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**CLYDE MCGRAW**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70902**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**ROBERT MCGRAW**
c/o Michael McGraw
4245 Water Tank Hill Rd.
Pell City, AL 35128

**Clm No 70903**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                             302 of 3332

---

**Elgin McGraw**                            **Clm No 70904**    Filed In Cases: 140
c/o Kevin L. McGraw
1003 Magnolia Circle                        Class          Claim Detail Amount        Final Allowed Amount
Leeds, AL 35094
                                            UNS                    $1.00
                                                                   $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Miles McGraw**                            **Clm No 70905**    Filed In Cases: 140
190 CR 2225
Douglassville, TX 75560                     Class          Claim Detail Amount        Final Allowed Amount

                                            UNS                    $1.00
                                                                   $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Oneal McGrew**                            **Clm No 70906**    Filed In Cases: 140
C/o Anita M. Mcgrew
5606 Avenue East                            Class          Claim Detail Amount        Final Allowed Amount
Fairfield, AL 35064
                                            UNS                    $1.00
                                                                   $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

303 of 3332

---

**Morris McGruder**
945 S 12th St.
Gadsden, AL 35901

**Clm No 70907**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES MCGUFFIE**
11720 Hwy 585
Oak Grove, LA 71263

**Clm No 70908**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CHARLES MCGUIRE**
c/o Nedra Thomas
10912 Independence Blvd.
Kansas City, KS 66109

**Clm No 70909**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

304 of 3332

---

**Lee McHenry**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70910**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EDDIE MCHOWARD**
303 14th Street, Ensley
Birmingham, AL 35218

**Clm No 70911**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William McIntosh**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70912**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

305 of 3332

---

**Thomas McIntosh**
C/o Denise C. Overstreet
761 Gable Drive
Birmingham, AL 35215

**Clm No 70913**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**George McIntosh**
2412 Osage St.
Mobile, AL 36617

**Clm No 70914**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Marlin McIntosh**
17060 County Rd. 49 South
Bonsecour, AL 36511

**Clm No 70915**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

306 of 3332

---

**ANDREW MCINTYRE**
c/o Emma McIntyre
P.O. Box 320324
Birmingham, AL 35232

**Clm No 70916**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CECIL MCINTYRE**
30 Fire Tower Road
Dixon Mills, AL 36736

**Clm No 70917**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**George McJenkin**
C/o Ethel V. Mcjenkin
1617 Hunters Run
Tuscaloosa, AL 35405-6740

**Clm No 70918**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                3/20/2018 3:18:45 PM

*Claims Details*                                                                    307 of 3332

---

**George McKee**                          <u>**Clm No 70919**</u>   Filed In Cases: 140
C/o Jettie Pearl Mckee
2096 Waynesboro-shubuta Road              Class          Claim Detail Amount          Final Allowed Amount
Waynesboro, MS 39367
                                          UNS                   $1.00
                                                                $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Willard McKeller**                      <u>**Clm No 70920**</u>   Filed In Cases: 140
c/o Jacqueline McKeller
3205 Pinecrest Road                       Class          Claim Detail Amount          Final Allowed Amount
Tuscaloosa, AL 35404
                                          UNS                   $1.00
                                                                $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**JOHN MCKELLER**                         <u>**Clm No 70921**</u>   Filed In Cases: 140
350 Stanton Rd. D-29
Mobile, AL 36617                          Class          Claim Detail Amount          Final Allowed Amount
                                          UNS                   $1.00
                                                                $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

308 of 3332

---

**WALTER MCKELTON**
PO Box 902
Northport, AL 35476

**Clm No 70922**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William McKenney**
C/o Ralph E. Mckenney
8019  Marisol Drive
Houston, TX 77083

**Clm No 70923**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James McKenstry**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70924**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

309 of 3332

---

**Stanley McKenzie**
c/o Ann Boykin McKenzie
9840 Wulff Road S.
Semmes, AL 36575-6265

**Clm No 70925**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**R.A. McKenzie**
1914 Windy Park Dr.
Kingwood, TX 77339

**Clm No 70926**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**TOXIE MCKENZIE**
1374 Old Hwy 35 S
Foxworth, MS 39483

**Clm No 70927**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

310 of 3332

**D.C. McKinley**
Post Office Box 432
Bay Minette, AL 36507

**Clm No 70928**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 9-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

**Will McKinley**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70929**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 9-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

**Dale McKinley**
C/o Katrina H. Mckinley
14292 Clements Road
Cottondale, AL 35453

**Clm No 70930**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 9-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

311 of 3332

---

**Lawrence McKinley**
310 East Camden Road
Pensacola, FL 32514

**Clm No 70931**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie McKinney**
C/o Margaret Mckinney
269 Gloria Road
Birmingham, AL 35211

**Clm No 70932**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Harold McKinney**
c/o Betty McKinney
1001 8th Ave. S.W.
Decatur, AL 35601

**Clm No 70933**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

---

*Claims Details*

312 of 3332

---

**Fessor McKinney**
8301 10th Ave South
Birmingham, AL 35206

**Clm No 70934**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William McKinney**
3906 Sharon Church Road
Pinson, AL 35126

**Clm No 70935**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charlie McKinney**
153 Gurley Lane
Birmingham, AL 35215

**Clm No 70936**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

313 of 3332

---

**Rennie McKnight**
P.O. Box 2703
Freeport, TX 77542

**Clm No 70937**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Donald McKnight**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70938**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Errol McKnight**
c/o Earlicia D. McKnight
9811 Kerry Glen Lane
Houston, TX 77078

**Clm No 70939**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 3:18:45 PM

*Claims Details*                                                                           314 of 3332

---

**JOHN MCKNIGHT**                       **Clm No 70940**   Filed In Cases: 140
c/o David Wayne McKnight
1284 Highway 561                        Class              Claim Detail Amount    Final Allowed Amount
Columbia, LA 71418
                                        UNS                        $1.00
                                                                   $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**William McKnight**                    **Clm No 70941**   Filed In Cases: 140
3204 North 20th Street
Hueytown, AL 35023                      Class              Claim Detail Amount    Final Allowed Amount

                                        UNS                        $1.00
                                                                   $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Benny McKnight**                      **Clm No 70942**   Filed In Cases: 140
14607 Old Columbus Rd.
Coker, AL 35452                         Class              Claim Detail Amount    Final Allowed Amount

                                        UNS                        $1.00
                                                                   $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**   **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

315 of 3332

---

**Charlie McLain**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70943**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HEWITT MCLAIN**
44145 Tob Wilson Road
Franklinton, , LA 70438

**Clm No 70944**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Howard McLaughlin**
9103 Taylorwood Drive
Tuscaloosa, AL 35405

**Clm No 70945**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

316 of 3332

---

**Eleanor McLaughlin**
6395 Creel Road
Theodore, AL 36582

**Clm No 70946**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Frank McLean**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70947**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy McLeod**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70948**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

317 of 3332

**CHARLES MCMANUS**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70949**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**David McMeans**
3214 Whistler Street
Whistler, AL 36612

**Clm No 70950**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Aubrey McMichael**
1022 Grimes Circle
Bessemer, AL 35020

**Clm No 70951**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

318 of 3332

---

**Kathleen McMichens**
3631 Warrior Jasper Road
Warrior, AL 35180

**Clm No 70952**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROGER MCMICKENS**
2950 Nail Rd
Warrior, AL 35180

**Clm No 70953**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Roosevelt McMillan**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70954**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

319 of 3332

---

**Maurice McMillan**
330 Dodge City Road
Newburn, AL 36765

**Clm No 70955**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Albert McMillian**
P.o. Box 13313
Mobile, AL 36663

**Clm No 70956**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lowell McMillon**
4319 Rainy River
Pasadena, TX 77504

**Clm No 70957**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

320 of 3332

---

**Joseph McMullen**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70958**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Vonnie McMullen**
C/o Donald Mcmullen
3078 Franconia Road
Carrolton, AL 35447

**Clm No 70959**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Curtis McMullen**
C/o Anna J.mcmullen
3212 Taylor Circle
Tuscaloosa, AL 35401

**Clm No 70960**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:18:45 PM

*Claims Details*

321 of 3332

---

**THOMAS MCMURRAY**
2225 W. Lincoln Dr. S.W.
McCall Creek, MS 39647

**Clm No 70961**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JIM MCNABB**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70962**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Curtis McNaron**
c/o Karla M. Miller
61 Audrey Lane
Gadsden, AL 35901

**Clm No 70963**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                 322 of 3332

---

**William McNaughton**                    **Clm No 70964**   Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                         Class          Claim Detail Amount      Final Allowed Amount
Houston, TX 77017
                                           UNS                 $1.00
                                                               $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Clara McNeal**                           **Clm No 70965**   Filed In Cases: 140
P.O. Box 60
Carrolton, AL 35447                        Class          Claim Detail Amount      Final Allowed Amount

                                           UNS                 $1.00
                                                               $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Edward McNeal**                          **Clm No 70966**   Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                         Class          Claim Detail Amount      Final Allowed Amount
Houston, TX 77017
                                           UNS                 $1.00
                                                               $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/20/2018 3:18:45 PM

---

*Claims Details*

323 of 3332

---

**Kathryn McNees**
C/o Shelby Jean Salter
4818 Northwood Lake Drive, East
Northport, AL 35473

**Clm No 70967**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BAILEY MCNEICE**
c/o Ms. Betty McNiece Carroll
281 West Oxmoor Rd, Apt 1-B
Birmingham, AL 35209

**Clm No 70968**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carl McNeil**
c/o Brenda McNeil
PO Box 8974
Bacliff, TX 77518

**Clm No 70969**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

324 of 3332

**Orbit McNew**
c/o Jackie Willingham
800 Alexandria Rd.
Weaver, AL 36227

**Clm No 70970**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Charles McPherson**
C/o Jenia Mcpherson
P.o. Box 204
Gardendale, AL 35071

**Clm No 70971**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**CLAYTON MCQUEEN**
c/o Kathy Tarver
640 FM 1725
Cleveland, TX 77328

**Clm No 70972**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                              325 of 3332

---

**Jerry McQueen**                     **Clm No 70973**    Filed In Cases: 140
2506 Mill Street
Montgomery, AL 36108                   Class          Claim Detail Amount       Final Allowed Amount

                                      UNS                 $1.00
                                                          $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Harold McQuiston**                  **Clm No 70974**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                     Class          Claim Detail Amount       Final Allowed Amount
Houston, TX 77017
                                      UNS                 $1.00
                                                          $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**JAMES MCRAE**                       **Clm No 70975**    Filed In Cases: 140
122 E. Hickory St., Apt. 1
Canastota, NY 13032                    Class          Claim Detail Amount       Final Allowed Amount

                                      UNS                 $1.00
                                                          $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

326 of 3332

---

**Beontras McWaine**
P.o. Box 1291
Bessemer, AL 35021

**Clm No 70976**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ronald McWhorter**
5141 Alex Way
Birmingham, AL 35215

**Clm No 70977**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Harold McWhorter**
1204 16th Street S.w.
Birmingham, AL 35211

**Clm No 70978**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

327 of 3332

---

**John McWilliams**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70979**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Edwin Mead**
1218 Bunchie Street
Hueytown, AL 35023

**Clm No 70980**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Clyde Meade**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70981**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

328 of 3332

---

**RAY MEADOWS**
c/o Ruby M. Meadows
1208 Kayewood Drive
Gardendale, AL 35071

**Clm No 70982**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Meadows**
C/o Brent Thornley
P.O. BOX 102
Sipsey, AL 35584

**Clm No 70983**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Paul Meadows**
4510 5th Street
Northport, AL 35476

**Clm No 70984**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

329 of 3332

---

**Conrad Meadows**
2801 Spencer Rd., Apt. #28102
Denton, TX 76208-6933

**Clm No 70985**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-----------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Pete Meadows**
124 Pastor St., General Deliv.
Brookside, AL 35036

**Clm No 70986**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-----------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Meads**
c/o Melanie A. Thompson
3014 Old Stone Drive
Birmingham, AL 35242

**Clm No 70987**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-----------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

330 of 3332

---

**Charlie Means**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70988**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alfred Means**
C/o Patricia Means
1600 19th Place S.w.
Birmingham, AL 35211

**Clm No 70989**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**PARIS MEANS**
42030 Means PL
Bay Minette, AL 36507-7924

**Clm No 70990**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

331 of 3332

---

**Allen Meardry**
c/o Robert Meardry
210 Dubose Rd.
Waynesbroro, MS 39367

**Clm No 70991**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**W.T. Medders**
204 Mabelon Court
Hueytown, AL 35023

**Clm No 70992**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Charlie Medders**
108 4Th Street
Brent, AL 35034

**Clm No 70993**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

332 of 3332

---

**Paul Meeker**
14915 Ashtex
Humble, TX 77396

**Clm No 70994**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM MEEKINGS**
242 CR 38
Tyler, TX 75706

**Clm No 70995**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**June Meeks**
C/o Lucille Meeks
2023 Hollins Drive
Birmingham, AL 35205

**Clm No 70996**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

333 of 3332

**L.B. Megginson**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70997**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Charles Meinhardt**
Post Office Box 342
Citronelle, AL 36522

**Clm No 70998**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**William Meinhardt**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 70999**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

334 of 3332

**Mike Mejia**
c/o Mike V. Mejia
PO Box 21932
Carson City, NV 89721

**Clm No 71000**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Lucille Mekalip**
c/o Marilyn Zwahr
208 Jones Rd.
Highlands, TX 77562

**Clm No 71001**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**DANNY MELCHER**
c/o Kay Melcher
569 Magnolia Crest Cir.
Gardendale, AL 35071

**Clm No 71002**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

335 of 3332

---

**ABEL MELENDEZ**
P. O. Box 2261
Freeport, TX 77541

**Clm No 71003**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Lugo Meliton**
4106 Manhattan Dr.
Corpus Christi, TX 78411

**Clm No 71004**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Martin Mellard**
c/o Ethelene Giles
723 Weaver Bend Road
Huntington, TX 75949

**Clm No 71005**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

336 of 3332

---

**Bobby Melton**
P. O. Box 913
Fredericksburg, TX 78624

**Clm No 71006**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Francis Melton**
c/o Gordon B. Melton
PO Box 230
Paducah, TX 79248

**Clm No 71007**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sanders Melton**
304 W. Smithfield Drive
Dolomite, AL 35061

**Clm No 71008**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

337 of 3332

---

**ETTA MELTON**
2088 Matthews Gin Rd.
West Point, MS 39773

**Clm No 71009**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Melvin**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71010**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**O. Melvin**
538 Little Woodstock Rd
Alberta, AL 36720

**Clm No 71011**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

338 of 3332

| **Lloyd Menard** | **Clm No 71012** | Filed In Cases: 140 | |
|---|---|---|---|
| 211 Gaytine Rd. | Class | Claim Detail Amount | Final Allowed Amount |
| Ragley, LA 70657 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

| **Rufino Menjares** | **Clm No 71013** | Filed In Cases: 140 | |
|---|---|---|---|
| 213 Buccaneer Drive, Apt. B | Class | Claim Detail Amount | Final Allowed Amount |
| Corpus Christi, TX 78411 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

| **Thomas Menson** | **Clm No 71014** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o Mary Jo Menson | Class | Claim Detail Amount | Final Allowed Amount |
| 7359 Mississippi Avenue | UNS | $1.00 | |
| Leeds, AL 35094 | | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

**James Merchant**
7764 Barbara Drive
Mc Calla, AL 35111

**Clm No 71015**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Donald Merritt**
P O Box 10214
Fort Smith, AR 72917

**Clm No 71016**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Berry Merritt**
c/o Lillie Merritt
1829 15th St. Ensley
Birmingham, AL 35218

**Clm No 71017**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

340 of 3332

---

**Ernest Merritt**
C/o Earnest Merritt, Jr.
1827 17th Street North
Bessemer, AL 35020

**Clm No 71018**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**George Merriweather**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71019**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Earl Merriweather**
C/o Brenda M. Butler
10243 Magnolia Spring Circle
Tuscaloosa, AL 35405

**Clm No 71020**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

341 of 3332

---

**AUSTIN MERRIWEATHER**
4509 21st Street
Tuscaloosa, AL 35401

**Clm No 71021**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**FRED MERTENS**
211 4th Street S.W.
Staples, MN 56479

**Clm No 71022**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**MARIO MESA**
1000 Perkins
Robstown, TX 78380

**Clm No 71023**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                      342 of 3332

---

**HENRY MESSERSMITH**                    **Clm No 71024**    Filed In Cases: 140
365 County Road 458
Cullman, AL 35057                        | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Richard Metts**                        **Clm No 71025**    Filed In Cases: 140
c/o Lizabeth Metts
P.O. Box 832                             | Class | Claim Detail Amount | Final Allowed Amount |
Saraland, AL 36571                       |-------|---------------------|----------------------|
|       | UNS   | $1.00               |                      |
|       |       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**PRENTISS METTS**                       **Clm No 71026**    Filed In Cases: 140
412 Belvoir Dr.
Montgomery, AL 36116                     | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

343 of 3332

---

**FRANK METZ**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71027**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Joe Meyer**
3916 Bowstring Bnd
Cedar Park, TX 78613

**Clm No 71028**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Eva Meyers**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71029**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**Coulter Michael**
14633 Montoro Dr
Austin, TX 78728-4318

**Clm No 71030**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**P. Michael**
14119 Verde Mar Lane
Houston, TX 77095-3458

**Clm No 71031**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EARNESTINE MICKEL**
1877 Glovers Ferry Rd.
Alpine, AL 35014

**Clm No 71032**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

345 of 3332

---

**Fred Mickens**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71033**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Paul Mickles**
c/o Juanita Mickles
204 S. Hobbs Avenue
Prichard, AL 36610

**Clm No 71034**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Henry Middlebrook**
c/o Dennis O. Middlebrooks
6307 Larkin Stret
Tarrant, AL 35217

**Clm No 71035**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

### Claims Details

346 of 3332

---

**Robert Middlebrook**
4321 Greenwood Street
Birmingham, AL 35217

**Clm No 71036**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOE MIDDLEBROOKS**
P.O. Box 786
Calera, AL 35040

**Clm No 71037**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Milton Middleton**
C/o Joy R. Middleton
304 Hillside Drive
Chickasaw, AL 36611-1215

**Clm No 71038**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**            **Visit us on the Web at www.omnimgt.com**            **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                      3/20/2018 3:18:45 PM

*Claims Details*                                                                                          347 of 3332

---

**ELBERT MIERS**                         **Clm No 71039**    Filed In Cases: 140
715 E. Erskine
Lubbock, TX 79403                        Class            Claim Detail Amount      Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Robert Migues**                        **Clm No 71040**    Filed In Cases: 140
305 Wayne Street
Pineville, LA 71360                       Class            Claim Detail Amount      Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**DENNIS MILAM**                         **Clm No 71041**    Filed In Cases: 140
207 Dogwood Drive
Boaz, AL 35957-                           Class            Claim Detail Amount      Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

### *Claims Details*

348 of 3332

---

**JOHNNY MILBRY**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71042**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**I.V. Miles**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71043**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EDWARD MILES**
c/o Cynthia Nordness
5304 Whisper Wood Drive
Hoover, AL 35226

**Clm No 71044**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

349 of 3332

---

**Marilee Miles**
5608 Bridle Ln.
Northport , AL 35473

**Clm No 71045**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mose Miles**
339 Chapel Creek Way
Fultondale, AL 35068

**Clm No 71046**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FRED MILES**
3344 State Hwy. 21 S
Hayneville, AL 36040

**Clm No 71047**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:18:45 PM

*Claims Details*

350 of 3332

---

**WILBERT MILES**
2801 10th St. N.E.
Center Point, AL 35215

**Clm No 71048**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Miller**
Rt 1 Box 344
Rockford, AL 35136

**Clm No 71049**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard Miller**
PO Box 85031
Alice, TX 78333

**Clm No 71050**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

351 of 3332

---

**Leroy Miller**
P.o. Box 760
Leeds, AL 35094

**Clm No 71051**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Howard Miller**
P.o. Box 75
Sawerville, AL 36776

**Clm No 71052**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**James Miller**
P.O. Box 1252
Penuelas, PR 00624

**Clm No 71053**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

352 of 3332

---

**Garrett Miller**
P. O. Box 78
Santa Fe, TX 77510

**Clm No 71054**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|---------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHN MILLER**
P. O. Box 1864
Fairhope, AL 36533

**Clm No 71055**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|---------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**VAN MILLER**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71056**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|---------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

353 of 3332

---

**James Miller**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71057**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Nathaniel Miller**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71058**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Grover Miller**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71059**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

354 of 3332

---

**Perry Miller**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71060**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**WILLIE MILLER**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71061**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Hermeen Miller**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71062**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

355 of 3332

---

**Herschel Miller**
c/o Vernon N. Schmitt, Esq.
P.O. Box 521
Leeds, AL 35094

**Clm No 71063**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHN MILLER**
c/o Sylvia Sheelor
3110 Edge Mill Lane
Graysville, AL 35073

**Clm No 71064**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Johnie Miller**
C/o Sarah F. Miller
1005 8th Avenue
Midfield, AL 35228

**Clm No 71065**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                            356 of 3332

---

**Howard Miller**                          **Clm No 71066**   Filed In Cases: 140
C/o Roger Miller
600 Southern Lane                          Class              Claim Detail Amount      Final Allowed Amount
Helena, AL 35080
                                           UNS                       $1.00
                                                                     $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**James Miller**                           **Clm No 71067**   Filed In Cases: 140
C/o Pennie Lou Miller
1604 8th Court West                         Class              Claim Detail Amount      Final Allowed Amount
Birmingham, AL 35208
                                           UNS                       $1.00
                                                                     $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Alex Miller**                            **Clm No 71068**   Filed In Cases: 140
c/o Martha Miller Moore
19319 Churubusco Lane                       Class              Claim Detail Amount      Final Allowed Amount
Germantown, MD 20874
                                           UNS                       $1.00
                                                                     $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

357 of 3332

---

**Lucille Miller**
C/o James H. Miller
509 Glaze Creek Road
Hueytown, AL 35023

**Clm No 71069**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas Miller**
C/o George W. Witcher, Attorney
P.o. Box 129
Gardendale, AL 35071

**Clm No 71070**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EARNEST MILLER**
c/o Emma Miller
8026 Mendota
Detroit , MI 48204

**Clm No 71071**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

358 of 3332

---

**John Miller**
c/o Cynthia Miller
4209 California St.
Dickinson, TX 77539

**Clm No 71072**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Zebbie Miller**
C/o Catherine R. Miller
3117 23rd Street
Tuscaloosa, AL 35401

**Clm No 71073**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Theodore Miller**
C/o Annette M. Roseman
1124 Aurora Circle
Birmingham, AL 35215

**Clm No 71074**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

359 of 3332

---

**ALEXANDER MILLER**
803 Baldwin Dr.
Prichard, AL 36610

**Clm No 71075**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FRED MILLER**
704 Bond Street
Mobile, AL 36607

**Clm No 71076**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Milton Miller**
5604 Flatwood Road
Northport, AL 35476

**Clm No 71077**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                              360 of 3332

---

**Katie Miller**                          **Clm No 71078**   Filed In Cases: 140
214 5Th Street Se
Aliceville, AL 35442                       Class        Claim Detail Amount        Final Allowed Amount

                                           UNS              $1.00
                                                            $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**James Miller**                          **Clm No 71079**   Filed In Cases: 140
1736 Pratt Highway
Birmingham, AL 35214                       Class        Claim Detail Amount        Final Allowed Amount

                                           UNS              $1.00
                                                            $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**FRANKLIN MILLER**                       **Clm No 71080**   Filed In Cases: 140
1338 22nd Cir. North
Bessemer, AL 35020                         Class        Claim Detail Amount        Final Allowed Amount

                                           UNS              $1.00
                                                            $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                                361 of 3332

---

**Maxie Miller**

12 Green Springs Ave S.

Birmingham, AL 35205

**Clm No 71081**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew Millerden**

C/o Mary Millerden

3506 22nd Street

Tuscaloosa, AL 35401

**Clm No 71082**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Judge Millhouse**

C/o Thomasene M. Shambray

1743 1st Street South

Birmingham, AL 35205

**Clm No 71083**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                              362 of 3332

---

**Lewis Milligan**                          **Clm No 71084**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                          Class          Claim Detail Amount    Final Allowed Amount
Houston, TX 77017
                                            UNS                      $1.00
                                                                     $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Charles Milligan**                        **Clm No 71085**    Filed In Cases: 140
C/o Rosie L. Milligan
3736 27th Street                            Class          Claim Detail Amount    Final Allowed Amount
Tuscaloosa, AL 35401
                                            UNS                      $1.00
                                                                     $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**JACK MILLIS**                             **Clm No 71086**    Filed In Cases: 140
110 Puma Circle
El Paso, TX 79912                           Class          Claim Detail Amount    Final Allowed Amount

                                            UNS                      $1.00
                                                                     $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                          363 of 3332

---

**James Mills**                                    **Clm No 71087**    Filed In Cases: 140
C/o Mr. Howard E. Mills
1008 Timothy Street                                Class          Claim Detail Amount      Final Allowed Amount
Saraland, AL 36571
                                                   UNS                 $1.00
                                                                       $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Robert Mills**                                   **Clm No 71088**    Filed In Cases: 140
C/o Carrie Mills
P.o. Box 194                                       Class          Claim Detail Amount      Final Allowed Amount
Chatom, AL 36518
                                                   UNS                 $1.00
                                                                       $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Hansen Mills**                                   **Clm No 71089**    Filed In Cases: 140
5703 Stewart Ave.
Galveston, TX 77551                                Class          Claim Detail Amount      Final Allowed Amount

                                                   UNS                 $1.00
                                                                       $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**                    3/20/2018 3:18:45 PM

---

*Claims Details*                                                                   364 of 3332

---

| **Allen Mills** | **Clm No 71090** | Filed In Cases: 140 | |
|---|---|---|---|
| 5270 Turnerville Woods Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Chunchula, AL 36521 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Allen Mills** | **Clm No 71091** | Filed In Cases: 140 | |
|---|---|---|---|
| 10301 Southern Oaks Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Saraland, AL 36571 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **Bobby Milstead** | **Clm No 71092** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Mrs. Mary Milstead | Class | Claim Detail Amount | Final Allowed Amount |
| 230 Sweet Bay Drive | UNS | $1.00 | |
| Maylene, AL 35114 | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

365 of 3332

---

**Clemon Milton**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71093**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Nathaniel Milton**
C/o Queen E. Milton
3730 25th Street
Tuscaloosa, AL 35401

**Clm No 71094**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Fielder Milton**
203 SE Fenway Avenue
Bartlesville, OK 74006

**Clm No 71095**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date |  |
| Claim Face Value | $10,000.00 |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                              366 of 3332

---

**Mary Mims**                     **Clm No 71096**    Filed In Cases: 140
c/o Robert S. Day, Jr.
1828 Alpine Drive                 Class          Claim Detail Amount    Final Allowed Amount
Deastville, AL 36022
                                  UNS                 $1.00
                                                       $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ALEXANDER MIMS**                **Clm No 71097**    Filed In Cases: 140
c/o Rhonda Mims
588 Overlook Road                 Class          Claim Detail Amount    Final Allowed Amount
Fultondale, AL 35068-6004
                                  UNS                 $1.00
                                                       $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Henry Mims**                    **Clm No 71098**    Filed In Cases: 140
C/o Loudell Mims
358 Point Clear Drive             Class          Claim Detail Amount    Final Allowed Amount
Adger, AL 35006
                                  UNS                 $1.00
                                                       $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

367 of 3332

---

**Norman Mims**
C/o Helen H. Mims
127 Alabama Street
Bessemer, AL 35020

**Clm No 71099**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Hickman Mina**
673 County Rd. 4875
Timpson, TX 75975

**Clm No 71100**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas Minchew**
25201 Big Horn Ln.
Magnolia, TX 77355

**Clm No 71101**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

368 of 3332

---

**Jerry Minchew**
17483 Lively Road
Waller, TX 77484

**Clm No 71102**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Mines**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71103**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Clarence Mines**
c/o Brenda Mines
3261 Crest Oval Mtn. Rd.
Bessemer, AL 35023

**Clm No 71104**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

369 of 3332

| **Richard Mines** | | **Clm No 71105** | Filed In Cases: 140 | |
| 3258 Crest Oval Mountain Rd | | Class | Claim Detail Amount | Final Allowed Amount |
| Bessemer, AL 35023 | | UNS | $1.00 | |
| | | | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

| **Johnny Miniard** | | **Clm No 71106** | Filed In Cases: 140 | |
| 1513 Cherry Avenue | | Class | Claim Detail Amount | Final Allowed Amount |
| Birmingham, AL 35214 | | UNS | $1.00 | |
| | | | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

| **Percy Minix** | | **Clm No 71107** | Filed In Cases: 140 | |
| 2218 Pecos | | Class | Claim Detail Amount | Final Allowed Amount |
| La Marque, TX 77568 | | UNS | $1.00 | |
| | | | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

370 of 3332

---

**Norman Minor**
C/o Jonathan R. Minor
2130 17th Street East
Tuscaloosa, AL 35404

**Clm No 71108**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----|-----|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Truett Minor**
6796 Pocahontas Road
Bessemer, AL 35022-6903

**Clm No 71109**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----|-----|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gilbert Minor**
3421 Pineywoods Sipsey Rd
Jasper, AL 35504

**Clm No 71110**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----|-----|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

---

*Claims Details*                                                              371 of 3332

---

**Joe Minter**                          **Clm No 71111**    Filed In Cases: 140
931 Nassau Avenue Sw
Birmingham, AL 35211                     Class              Claim Detail Amount      Final Allowed Amount

                                        UNS                      $1.00
                                        ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑
                                                                 $1.00

        Date Filed            9-Dec-2016
        Bar Date
        Claim Face Value          $1.00

---

**Rayborn Minter**                      **Clm No 71112**    Filed In Cases: 140
802 E. Cedar
Angleton, TX 77515                      Class              Claim Detail Amount      Final Allowed Amount

                                        UNS                      $1.00
                                        ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑
                                                                 $1.00

        Date Filed            9-Dec-2016
        Bar Date
        Claim Face Value          $1.00

---

**James Minter**                        **Clm No 71113**    Filed In Cases: 140
2206 Juanita
Deer Park, TX 77536                      Class              Claim Detail Amount      Final Allowed Amount

                                        UNS                      $1.00
                                        ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑ ‑
                                                                 $1.00

        Date Filed            9-Dec-2016
        Bar Date
        Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

372 of 3332

---

**JERRY MINYARD**
613 Lamberth Drive
Adamsville, AL 35005

**Clm No 71114**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Julio Miranda**
15218 East Chaparral Drive
Baytown, TX 77520

**Clm No 71115**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Juan Mireles**
5111 Oriole
Houston, TX 77017

**Clm No 71116**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

---

*Claims Details*

373 of 3332

---

**Allen Miron**
13521 Irvine Blvd
Oak Park, MI 48237

**Clm No 71117**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Mitchell**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71118**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Webb Mitchell**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71119**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

374 of 3332

**SANDRA MITCHELL**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71120**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Charles Mitchell**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71121**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Murry Mitchell**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71122**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                  3/20/2018 3:18:45 PM

*Claims Details*                                                                            375 of 3332

---

**Charles Mitchell**                          **Clm No 71123**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                             Class              Claim Detail Amount    Final Allowed Amount
Houston, TX 77017
                                              UNS                        $1.00

                                                                         $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Robert Mitchell**                           **Clm No 71124**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                             Class              Claim Detail Amount    Final Allowed Amount
Houston, TX 77017
                                              UNS                        $1.00

                                                                         $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rickie Mitchell**                           **Clm No 71125**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                             Class              Claim Detail Amount    Final Allowed Amount
Houston, TX 77017
                                              UNS                        $1.00

                                                                         $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                            376 of 3332

---

**William Mitchell**                    **Clm No 71126**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                       Class          Claim Detail Amount     Final Allowed Amount
Houston, TX 77017                        UNS                   $1.00
                                                               $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Theo Mitchell**                       **Clm No 71127**    Filed In Cases: 140
C/o Ommie Mitchell
11561 Shalom Road                        Class          Claim Detail Amount     Final Allowed Amount
Duncanville, AL 35456-2533               UNS                   $1.00
                                                               $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Willie Mitchell**                     **Clm No 71128**    Filed In Cases: 140
C/o Ms. Robyn C. Mitchell
655 Whitehall Way                        Class          Claim Detail Amount     Final Allowed Amount
Roswell, GA 30076                        UNS                   $1.00
                                                               $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

377 of 3332

| Glenn Mitchell | **Clm No 71129** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Mrs. Nettie Doris Mitchell | Class | Claim Detail Amount | Final Allowed Amount |
| 389 Maplewood Circle | | | |
| Pell City, AL 35128 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Joe Mitchell | **Clm No 71130** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o Mr. Richard J. Mitchell | Class | Claim Detail Amount | Final Allowed Amount |
| 1170 Bristol Way | | | |
| Birmingham, AL 35242 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Earnest Mitchell | **Clm No 71131** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o Mildred Mitchell | Class | Claim Detail Amount | Final Allowed Amount |
| 9308 11th Avenue North | | | |
| Birmingham, AL 35206 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

378 of 3332

**REX MITCHELL**
c/o Mary L. Mitchell
3239 County Road 20
Crossville, AL 35962-4716

**Clm No 71132**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Ralph Mitchell**
5150 College Parkway
Mobile, AL 36613

**Clm No 71133**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**William Mitchell**
3263 Mt. Olive Road
Mt. Olive, AL 35117

**Clm No 71134**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

379 of 3332

---

**Walter Mitchell**
317 4th Ave West
Birmingham, AL 35204

**Clm No 71135**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES MITCHELL**
2411 Cedar Bayou Rd.
Baytown, TX 77520

**Clm No 71136**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**STEPHEN MITCHELL**
2005 Eden Valley Lane
Hueytown, AL 35023

**Clm No 71137**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

380 of 3332

**L.C. Mitchell**
1810 2nd Street, East
Tuscaloosa, AL 35404

**Clm No 71138**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Joe Mitchell**
1736 - 7Th Avenue West
Birmingham, AL 35208

**Clm No 71139**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Robert Mitchell**
16038 Spinnaker Dr
Crosby, TX 77532

**Clm No 71140**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

381 of 3332

---

**Lewell Mitchell**
1429 Lakeshore Drive
Oneonta, AL 35121

**Clm No 71141**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EARCEAL MITCHELL**
1004 East Half Mile
West Point, MS 39773

**Clm No 71142**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charlie Mitchum**
11134 Bill George Road
Coker, AL 35452

**Clm No 71143**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

382 of 3332

---

**Henry Mixon**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71144**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robuster Mixon**
C/o Albert D. Lipscomb, Attorney
210 North 18th Street
Bessemer, AL 35020-4992

**Clm No 71145**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Roland Mixon**
225 Oliver Street
Hueytown, AL 35023

**Clm No 71146**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

383 of 3332

**BUDDY MODISETTE**
5417 Inglewood
Corpus Christi, TX 78415

**Clm No 71147**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Edward Moering**
c/o Carl Moering, Sr.
1198 Austin Glen Drive
Dunwoody, GA 30338

**Clm No 71148**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**SAMUEL MOFFETT**
76 W Magnolia Lane
Taylorsville, MS 39168

**Clm No 71149**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

384 of 3332

| **James Moffett** | | **Clm No 71150** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 130 Lakefront Dr. | | Class | Claim Detail Amount | Final Allowed Amount |
| Trinity, TX 75862 | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **Edsail Moffitt** | | **Clm No 71151** | Filed In Cases: 140 | |
|---|---|---|---|---|
| C/o Rosemary Moffitt | | Class | Claim Detail Amount | Final Allowed Amount |
| 6920 Bradley Road | | UNS | $1.00 | |
| Duncanville, AL 35456 | | | $1.00 | |
| | | | | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **Alfred Molina** | | **Clm No 71152** | Filed In Cases: 140 | |
|---|---|---|---|---|
| P.O. Box 806 | | Class | Claim Detail Amount | Final Allowed Amount |
| Bloomington, TX 77951 | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

385 of 3332

---

**Valentin Molina**
P O Box 1405
Robstown, TX 78380

**Clm No 71153**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Guadencio Molina**
4801 Holmes Drive
Corpus Christi, TX 78411

**Clm No 71154**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rafael Molina**
4674 Herrera St.
Robstown, TX 78380

**Clm No 71155**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

386 of 3332

| Josef Molnar | **Clm No 71156** | Filed In Cases: 140 | |
|---|---|---|---|
| 3805 Teakwood Dr. | Class | Claim Detail Amount | Final Allowed Amount |
| La Porte, TX 77571-4323 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Robert Monk | **Clm No 71157** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Williams Kherkher | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | UNS | $1.00 | |
| Houston, TX 77017 | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| RAYMOND MONK | **Clm No 71158** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Mabel King | Class | Claim Detail Amount | Final Allowed Amount |
| 10345 S. Buckskin Ave. | UNS | $1.00 | |
| Floral City, FL 34436 | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

---

*Claims Details*                                                          387 of 3332

---

**Robert Monroe**                          **Clm No 71159**    Filed In Cases: 140
c/o Curtis N. Monroe
5935 West Bellfort Ave.                     Class           Claim Detail Amount      Final Allowed Amount
Houston, TX 77035-2309
                                            UNS                 $10,000.00
                                                                $10,000.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $10,000.00

---

**WILLIE MONROE**                          **Clm No 71160**    Filed In Cases: 140
715 Progress Street
West Point, MS 39773                        Class           Claim Detail Amount      Final Allowed Amount

                                            UNS                      $1.00
                                                                     $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Thomas Monroe**                          **Clm No 71161**    Filed In Cases: 140
504 Oak Drive Court
Mobile, AL 36617                            Class           Claim Detail Amount      Final Allowed Amount

                                            UNS                      $1.00
                                                                     $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

388 of 3332

---

**Timothy Montgomery**
c/o Reginald D. Franklin
1971 S Magazine Rd.
Mobile , AL 36610-3516

**Clm No 71162**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**James Montgomery**
C/o Mary M. Montgomery
568 East Brook Drive
Birmingham, AL 35215

**Clm No 71163**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**ALEXANDER MONTGOMERY**
c/o Geraldine Montgomery
1518 Claret Street
Birmingham, AL 35214

**Clm No 71164**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                             389 of 3332

---

**Isiah Montgomery**                          **Clm No 71165**    Filed In Cases: 140
C/o Cynthia  Montgomery Monette
1105 Clarendon Avenue                         Class           Claim Detail Amount      Final Allowed Amount
Bessemer, AL 35020-6546
                                              UNS                  $1.00
                                                                   $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**James Montgomery**                          **Clm No 71166**    Filed In Cases: 140
4505 Orion Ave
Northport, AL 35476                            Class           Claim Detail Amount      Final Allowed Amount

                                              UNS                  $1.00
                                                                   $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Lillian Montgomery**                        **Clm No 71167**    Filed In Cases: 140
4019 Culver Road
Tuscaloosa, AL 35401                          Class           Claim Detail Amount      Final Allowed Amount

                                              UNS                  $1.00
                                                                   $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

### Claims Details

390 of 3332

---

**William Montgomery**
3903 38Th Avenue
Northport, AL 35476

**Clm No 71168**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Benard Montgomery**
1900 30th Avenue
Tuscaloosa, AL 35401

**Clm No 71169**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**M.C. Montgomery**
12100 Knoll Road
Northport, AL 35475

**Clm No 71170**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                              391 of 3332

| Jerry Montgomery | **Clm No 71171** | Filed In Cases: 140 | |
|---|---|---|---|
| 11818 Dunston Circle | | | |
| Northport, AL 35475 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| James Montgomery | **Clm No 71172** | Filed In Cases: 140 | |
|---|---|---|---|
| 106 12th Ave West | | | |
| Birmingham, AL 35204 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Elma Montgomery | **Clm No 71173** | Filed In Cases: 140 | |
|---|---|---|---|
| 101 Old Hackberry Lane # 1013 | | | |
| Tuscaloosa, AL 35401 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

392 of 3332

---

**Robert Montgomery**
1002 County Rd 184
Crane Hill, AL 35053

**Clm No 71174**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Daniel Montoya**
11911 NW Fwy #911
Houston, TX 77093

**Clm No 71175**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**George Moody**
C/o Willie Mae Moody
461 Osage Street
Mobile, AL 36617

**Clm No 71176**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

---

*Claims Details*                                                          393 of 3332

---

| **Kermit Moody** | | **Clm No 71177** | Filed In Cases: 140 | |
|---|---|---|---|---|
| C/o Edsel Evon Moody | | Class | Claim Detail Amount | Final Allowed Amount |
| 5335 Sutherland Road | | | | |
| Mt. Olive, AL 35117 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **George Moody** | | **Clm No 71178** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 2601 Patricia Drive  Lot 76 | | Class | Claim Detail Amount | Final Allowed Amount |
| Pensacola, FL 32526 | | | | |
| | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **Robert Moody** | | **Clm No 71179** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 1416 Ford Ave. Apt A | | Class | Claim Detail Amount | Final Allowed Amount |
| Tarrant, AL 35217 | | | | |
| | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

394 of 3332

---

**Louis Moon**
C/o Lora Beth Roberts
1022 Capri Circle
Hueytown, AL 35023

**Clm No 71180**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Harold Moon**
1101 Ole Oak Lane
Fairfield, AL 35064

**Clm No 71181**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dearl Moon**
108 Sharit Lane
Gardendale, AL 35071

**Clm No 71182**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

395 of 3332

---

**ROBERT MOONEY**
608 Camellia Lane
West Blocton, AL 35184-2400

**Clm No 71183**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Burl Mooney**
5280 Boykin Street
Millbrook, AL 36054

**Clm No 71184**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Annis Mooney**
1965 Chinkapin
Vidor, TX 77662

**Clm No 71185**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

### Claims Details

396 of 3332

---

**Andy Moore**
P.o. Box 76
St. Elmo, AL 36568

**Clm No 71186**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rebel Moore**
P.O. Box 295
Coldspring, TX 77331

**Clm No 71187**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jessie Moore**
P.o. Box 10402
Prichard, AL 36610

**Clm No 71188**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

397 of 3332

| Charlie Moore | **Clm No 71189** | Filed In Cases: 140 | |
|---|---|---|---|
| P. O. Box 610733 | Class | Claim Detail Amount | Final Allowed Amount |
| Birmingham, AL 35261-0733 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| James Moore | **Clm No 71190** | Filed In Cases: 140 | |
|---|---|---|---|
| P. O. Box 445 | Class | Claim Detail Amount | Final Allowed Amount |
| Valley Center, KS 67147-0445 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Rufus Moore | **Clm No 71191** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Williams Kherkher | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | UNS | $1.00 | |
| Houston, TX 77017 | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

398 of 3332

**James Moore**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71192**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Henry Moore**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71193**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Elmer Moore**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71194**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

399 of 3332

---

**Robert Moore**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71195**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Milford Moore**
c/o Sylvia Moore Norton
3021 Wildwood Circle
Fultondale, AL 35068

**Clm No 71196**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**George Moore**
c/o Roderick Moore
1007 Southlake Cove
Hoover, AL 35244

**Clm No 71197**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:18:45 PM

*Claims Details*

400 of 3332

---

**Thomas Moore**
c/o Peggy J. Moore
258 LCR 496
Mexia, TX 76667-4812

**Clm No 71198**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Walter Moore**
c/o Mrs. Sallie M. Moore
1221- 15th Place SW
Birmingham, AL 35211

**Clm No 71199**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GRACE MOORE**
c/o Mr. Ezell Moore
647 Mose Street
West Point, MS 39773

**Clm No 71200**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

401 of 3332

| Ayliffee Moore | Clm No 71201 | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Mildred I. Moore | Class | Claim Detail Amount | Final Allowed Amount |
| 4219 An Co Rd 403 | | | |
| Palestine, TX 75803 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Roosevelt Moore | Clm No 71202 | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Maxine Stockdale | Class | Claim Detail Amount | Final Allowed Amount |
| 2800 Feddisburg Rd. | | | |
| Alpine, AL 35014 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| FRANKLIN MOORE | Clm No 71203 | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Jo Ann Moore | Class | Claim Detail Amount | Final Allowed Amount |
| 304 CR 3310 C | | | |
| Cleveland, TX 77327 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                           402 of 3332

---

**James Moore**                          **Clm No 71204**    Filed In Cases: 140
c/o Janice M. MacCartney
582 High Field Road                      Class          Claim Detail Amount      Final Allowed Amount
Tuscaloosa, AL 35405-9737
                                         UNS                  $1.00
                                                              $1.00

Date Filed             9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Luther Moore**                         **Clm No 71205**    Filed In Cases: 140
c/o Jacqueline Hill
5820 Ave. Q                              Class          Claim Detail Amount      Final Allowed Amount
Birmingham, AL 35228
                                         UNS                  $1.00
                                                              $1.00

Date Filed             9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Robert Moore**                         **Clm No 71206**    Filed In Cases: 140
c/o Gregory D. Moore, Sr.
1145 Berry Street, SE                    Class          Claim Detail Amount      Final Allowed Amount
Leeds, AL 35094
                                         UNS                  $1.00
                                                              $1.00

Date Filed             9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

403 of 3332

---

**Rufus Moore**
C/o Dale Johnson
2307 Granville Avenue
Bessemer, AL 35020

**Clm No 71207**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------------------|------------|
| Date Filed        | 9-Dec-2016 |
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Zackariah Moore**
C/o Carrie Lee Moore
1951 Allison Street
Mobile, AL 36617

**Clm No 71208**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------------------|------------|
| Date Filed        | 9-Dec-2016 |
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**SOLOMON MOORE**
c/o Angela Moore
3400 Club House Road
Mobile, AL 36605-3932

**Clm No 71209**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------------------|------------|
| Date Filed        | 9-Dec-2016 |
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

404 of 3332

---

**Russell Moore**
917 18th Way S.w.
Birmingham, AL 35211

**Clm No 71210**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Moore**
837 Idlewood Road
Birmingham, AL 35235

**Clm No 71211**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Johnnie Moore**
820 Borah Avenue
Bessemer, AL 35020

**Clm No 71212**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                           405 of 3332

**Eris Moore**                          **Clm No 71213**    Filed In Cases: 140
805 Delta Street
Bessemer, AL 35020              Class            Claim Detail Amount        Final Allowed Amount

                                            UNS                      $1.00
                                                                                   $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value           $1.00

**John Moore**                          **Clm No 71214**    Filed In Cases: 140
698 Flinthill Road
Bessemer, AL 35020              Class            Claim Detail Amount        Final Allowed Amount

                                            UNS                      $1.00
                                                                                   $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value           $1.00

**FRED MOORE**                          **Clm No 71215**    Filed In Cases: 140
6318 Lorenzo Avenue
Orlando, FL 32818              Class            Claim Detail Amount        Final Allowed Amount

                                            UNS                      $1.00
                                                                                   $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value           $1.00

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

406 of 3332

---

**Willie Moore**
6224 9th St. South
Lipscomb, AL 35020

**Clm No 71216**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**JOHN MOORE**
509 34th Avenue, W
Birmingham, AL 35207

**Clm No 71217**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Samuel Moore**
4555 Little Drive
Bessemer, AL 35022

**Clm No 71218**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

407 of 3332

---

**ORMAN MOORE**
36488 US Hwy 231
Ashville, AL 35953-3045

**Clm No 71219**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Allen Moore**
3400 West Yonge Street
Pensacola, FL 32505

**Clm No 71220**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**GEORGE MOORE**
3132 Howell Cove Road
Talladega, AL 35160

**Clm No 71221**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

408 of 3332

---

**Hubert Moore**
237 Gloria Road
Birmingham, AL 35211

**Clm No 71222**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**THOMAS MOORE**
1813 3Rd Street NW
Birmingham, AL 35215

**Clm No 71223**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**LOUISE MOORE**
161 Wade Street
Montgomery, AL 36104

**Clm No 71224**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

409 of 3332

---

**Judith Moore**
153 Roddey St
Hamilton, AL 35570

**Clm No 71225**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Moore**
13100 Spanish Drive
Ocean Springs, MS 39564

**Clm No 71226**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Moore**
1260 Mcconnell Lane
Mt. Olive, AL 35117

**Clm No 71227**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

410 of 3332

---

**TIMOTHY MOORE**
1119 Legacy Drive
Birmingham, AL 35242

**Clm No 71228**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Shellie Moore**
1017 Hillandale Drive
Fairfield, AL 35064

**Clm No 71229**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Audrey Moorer**
Post Office Box 781
Bay Minette, AL 36507

**Clm No 71230**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

411 of 3332

---

**Roosevelt Moorer**
PO Box 192
Wesson, MS 39191

**Clm No 71231**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Terry Moorer**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71232**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alfred Moorer**
c/o Ezra Jordan III, Estate Attrny.
5415 Beacon Dr. #125
Irondale, AL 35210

**Clm No 71233**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

412 of 3332

---

**Jimmie Moorer**
2328 16th Street
Birmingham, AL 35208

**Clm No 71234**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Robert Moorer**
1401 Steiner Ave. Sw
Birmingham, AL 35211

**Clm No 71235**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**JEWEL MOORHEAD**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71236**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## *Claims Details*

**Ramon Mora**
1204 Sequoia
Pasadena, TX 77502

**Clm No 71237**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**George Morales**
2917 Q 1/2
Galveston, TX 77550

**Clm No 71238**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Arlen Moran**
C/o Rev. Rickey Moran
5713 33rd Street
Birmingham, AL 35207

**Clm No 71239**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

---

**ROSS MORAN**
2211 34th St. N Apt. 2105
Texas City, TX 77590-6583

**Clm No 71240**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Morehead**
c/o Mr. William L. Morehead, Jr.
32634 Wingfoot Circle
Fulshear, TX 77441-4429

**Clm No 71241**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Armando Moreno**
P.O. Box 101
Peterson, AL 35478

**Clm No 71242**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

415 of 3332

---

**William Morgan**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71243**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Jerry Morgan**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71244**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**ROGERS MORGAN**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71245**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

416 of 3332

---

**Robert Morgan**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71246**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LEE MORGAN**
c/o Lois M. Gardner
1618 Jackson Drive
Deer Park, TX 77536-6435

**Clm No 71247**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Reginald Morgan**
C/o Eleanor  S. Morgan
315 Revere Road
Tuscaloosa, AL 35405

**Clm No 71248**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

417 of 3332

**Billy Morgan**
C/o Billie W. Morgan
2121 3rd St. N.w.
Birmingham, AL 35215

**Clm No 71249**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Edward Morgan**
6369 Swann Road
Mt. Olive, AL 35117

**Clm No 71250**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**JOSEPH MORGAN**
5780 Earley Road
Dora, AL 35062

**Clm No 71251**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

418 of 3332

**J Morgan**
309 1st Place
Pleasant Grove, AL 35127

**Clm No 71252**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Douglas Morgan**
121 South Beech Street
Foley, AL 36535

**Clm No 71253**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Mildred Morgan**
121 South Beech Street
Foley, AL 36535

**Clm No 71254**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

419 of 3332

**Rubin Morgan**
106 View Point Circle
Pell City, AL 35128

**Clm No 71255**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**ALFRED MORIN**
17446  County Rd 1672
Odem, TX 78370

**Clm No 71256**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Walter Morris**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71257**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                3/20/2018 3:18:45 PM

### *Claims Details*                                                                    420 of 3332

---

**Buford Morris**                          **Clm No 71258**   Filed In Cases: 140

c/o Williams Kherkher                       Class            Claim Detail Amount        Final Allowed Amount

8441 Gulf Fwy #600                          UNS                     $1.00

Houston, TX 77017                                                   $1.00

Date Filed              9-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**Herbert Morris**                         **Clm No 71259**   Filed In Cases: 140

c/o Williams Kherkher                       Class            Claim Detail Amount        Final Allowed Amount

8441 Gulf Fwy #600                          UNS                     $1.00

Houston, TX 77017                                                   $1.00

Date Filed              9-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**James Morris**                           **Clm No 71260**   Filed In Cases: 140

C/o Victoria Dobbs                          Class            Claim Detail Amount        Final Allowed Amount

P.o. Box 20328                              UNS                     $1.00

Tuscaloosa, AL 35402                                                $1.00

Date Filed              9-Dec-2016

Bar Date

Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                     3/20/2018 3:18:45 PM

*Claims Details*                                                                421 of 3332

---

**Graham Morris**                    **Clm No 71261**    Filed In Cases: 140
C/o Rebecca M. Morris
3208 32nd St. North              Class            Claim Detail Amount      Final Allowed Amount
Birmingham, AL 35207
                                 UNS                  $1.00
                                                      $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Cecil Morris**                     **Clm No 71262**    Filed In Cases: 140
c/o Mr. Clarence Morris
P.O. Box 1523                    Class            Claim Detail Amount      Final Allowed Amount
Tuscaloosa, AL 35403
                                 UNS                  $1.00
                                                      $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Bobby Morris**                     **Clm No 71263**    Filed In Cases: 140
c/o Effie Morris
2012 49Th Street West            Class            Claim Detail Amount      Final Allowed Amount
Birmingham, AL 35208
                                 UNS                  $1.00
                                                      $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

422 of 3332

**WILLIAM MORRIS**
875 7th Street, W
Birmingham, AL 35204

**Clm No 71264**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**James Morris**
5471 Sealy Ann Mt. Road
Adger, AL 35006

**Clm No 71265**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Joseph Morris**
521 Dee Hendrix Road
Hueytown, AL 35023-3710

**Clm No 71266**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

423 of 3332

| **J.C. Morris** | **Clm No 71267** | Filed In Cases: 140 | |
| 505 Charleston Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Bessemer, AL 35020 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| **D.O. Morris** | **Clm No 71268** | Filed In Cases: 140 | |
| 4828 Virginia Circle | Class | Claim Detail Amount | Final Allowed Amount |
| Tuscaloosa, AL 35401 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| **AARON MORRIS** | **Clm No 71269** | Filed In Cases: 140 | |
| 425 Louise Street | Class | Claim Detail Amount | Final Allowed Amount |
| Denham Springs, LA 70726 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

424 of 3332

---

**LEE MORRIS**
421 W Smithfield Drive
Dolomite, AL 35061

**Clm No 71270**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Clay Morris**
3949 South Shades Crest Road
Birmingham, AL 35244

**Clm No 71271**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jesse Morris**
3044 15th Street West
Birmingham, AL 35208

**Clm No 71272**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

425 of 3332

---

**Darrie Morris**
11741 Celeste Highland Dr.
Saraland, AL 36571

**Clm No 71273**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Brent Morris**
1101 Victoria Drive
Mccalla, AL 35111

**Clm No 71274**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Morrison**
P.o. Box 444
Demopolis, AL 36732

**Clm No 71275**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

426 of 3332

---

**Louise Morrison**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71276**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Morrison**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71277**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lindsey Morrison**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71278**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

---

*Claims Details*

427 of 3332

---

**Robert Morrison**
C/o Virginia Fields
4845 Old Mcgee Road
Tuscaloosa, AL 35405

**Clm No 71279**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**J.W. Morrison**
C/o Robert F. Prince, Attorney
2501 6th Street
Tuscaloosa, AL 35401

**Clm No 71280**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mitchell Morrison**
3122 23rd Street
Tuscaloosa, AL 35401

**Clm No 71281**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

428 of 3332

---

**Joe Morrison**
13970 Morrison Farm Drive
Cottondale, AL 35453

**Clm No 71282**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Berlin Morrow**
3730 Council Ave
Bessemer, AL 35020

**Clm No 71283**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Morrow**
300 Stracner Road
Ashville, AL 35953

**Clm No 71284**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

429 of 3332

---

**Willie Morrow**
1211 10Th Street
Northport, AL 35476

**Clm No 71285**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Johnson Morse**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71286**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Clarence Morse**
2723 Lakeplains St.
San Antonio, TX 78222

**Clm No 71287**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

430 of 3332

---

**Raphael Morse**
2102 North General Gorgas
Mobile, AL 36617

**Clm No 71288**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Richard Morton**
c/o Alida Morton
105 Doris Street
New Iberia, LA 70560

**Clm No 71289**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Claude Morton**
9537 Lamutt Drive
Pinson, AL 35126

**Clm No 71290**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

431 of 3332

---

**Jesse Mose**
965 Minor Street
Mobile, AL 36617

**Clm No 71291**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Clifford Moseley**
C/o Alfred Moseley
1312 Cambridge Way
Fairfield, AL 35064

**Clm No 71292**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jessie Moses**
C/o Joyce Henley
415 Wm Branch Heights Dr.
Eutaw, AL 35462

**Clm No 71293**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

432 of 3332

**WILLIE MOSLEY**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71294**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Raymond Mosley**
c/o Mr. James Mosley
4460 Wellborn Woods Drive
Eight Mile , AL 36613

**Clm No 71295**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Bobby Mosley**
c/o Betty Mosley
9259 Mosley Loop Rd.
Morris, AL 35116

**Clm No 71296**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

433 of 3332

| **Ezekiel Mosley** | | **Clm No 71297** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 2517 7th Ave | | Class | Claim Detail Amount | Final Allowed Amount |
| Bessemer, AL 35020 | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **Harry Moss** | | **Clm No 71298** | Filed In Cases: 140 | |
|---|---|---|---|---|
| PO Box 2021 | | Class | Claim Detail Amount | Final Allowed Amount |
| Mobile, AL 36652 | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **William Moss** | | **Clm No 71299** | Filed In Cases: 140 | |
|---|---|---|---|---|
| C/o Peter Moss | | Class | Claim Detail Amount | Final Allowed Amount |
| 5220 Terrace Q | | UNS | $1.00 | |
| Birmingham, AL 35208 | | | $1.00 | |
| | | | | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

434 of 3332

| John Moss | **Clm No 71300** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Mr. Christopher Moss | Class | Claim Detail Amount | Final Allowed Amount |
| 57 Boston Drive | | | |
| Jackson, AL 36545 | UNS | $1.00 | |
| | | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 9-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

| William Moss | **Clm No 71301** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Marie Moss Holman | Class | Claim Detail Amount | Final Allowed Amount |
| 17119 Valley Glen Rd. | | | |
| Pflugerville, TX 78660 | UNS | $10,000.00 | |
| | | $10,000.00 | |

| | | |
|---|---|---|
| Date Filed | 9-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $10,000.00 | |

| C.L. Moss | **Clm No 71302** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Elizabeth W. McElroy, Gen. Adm. | Class | Claim Detail Amount | Final Allowed Amount |
| P.O. Box 12265 | | | |
| Birmingham, AL 35202 | UNS | $1.00 | |
| | | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 9-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

435 of 3332

| James Moss | **Clm No 71303** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o Edna Ruth Moss | Class | Claim Detail Amount | Final Allowed Amount |
| 6895 Moss Road | | | |
| Bessemer, AL 35023 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Joseph Moss | **Clm No 71304** | Filed In Cases: 140 | |
|---|---|---|---|
| 3405 Serena Circle | Class | Claim Detail Amount | Final Allowed Amount |
| Chunchula, AL 36521 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| James Moss | **Clm No 71305** | Filed In Cases: 140 | |
|---|---|---|---|
| 340 Will House Road | Class | Claim Detail Amount | Final Allowed Amount |
| Gordo, AL 35466 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

436 of 3332

---

**Frank Moss**
1960 Cormorant Drive
Palm Harbor, FL 34683

**Clm No 71306**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**ERNEST MOSS**
1085 Good Hope Rd.
Grove Hill, AL 36451-

**Clm No 71307**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**WILLIAM MOTEN**
241 Draper Road
Talladega, AL 35160

**Clm No 71308**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

437 of 3332

---

**Maggie Moten**
121 Florence Street
Columbus, MS 39702

**Clm No 71309**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 9-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**ELBERT MOWERY**
2201 Longleaf Blvd
Birmingham, AL 35243

**Clm No 71310**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 9-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Edwin Mraz**
P.O. Box 217
Plantersville, TX 77363

**Clm No 71311**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 9-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

438 of 3332

---

**Rockwell Ms.**
P O Box 91
Mount Pleasant, TX 75455

**Clm No 71312**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Duncan Ms.**
1207 Shannon Valley
Houston, TX 77077

**Clm No 71313**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Johnson Ms.**
11941 South 23rd St.
Santa Fe, TX 77510

**Clm No 71314**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

439 of 3332

| **Charles Muckenfuss** | **Clm No 71315** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Williams Kherkher | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | |
| Houston, TX 77017 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Calvin Muckleroy** | **Clm No 71316** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Mr. Dewey D. Muckleroy | Class | Claim Detail Amount | Final Allowed Amount |
| 7605 FM 3180 | | | |
| Baytown, TX 77520 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Henry Mule** | **Clm No 71317** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o Theola Bright | Class | Claim Detail Amount | Final Allowed Amount |
| 3209 First Avenue | | | |
| Mobile, AL 36617 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

440 of 3332

---

**Robert Mullen**
9028 Elmatadore
Pensacola, FL 32506

**Clm No 71318**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Searcy Mullenix**
229 Browns Circle
Gordo, AL 35466

**Clm No 71319**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**W Mullinax**
2031 Oxford
Houston, TX 77008

**Clm No 71320**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 3:18:45 PM

*Claims Details*                                                                                441 of 3332

---

**William Mullins**                          **Clm No 71321**    Filed In Cases: 140
C/o Robert A. Mullins, Jr.,  Attorney
2345 Bush Boulevard                          Class          Claim Detail Amount      Final Allowed Amount
Birmingham, AL 35208
                                             UNS                  $1.00
                                                                  $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Betty Mullins**                            **Clm No 71322**    Filed In Cases: 140
c/o James A. Mullins
916 - 6th Street SW                          Class          Claim Detail Amount      Final Allowed Amount
Gordo, AL 35466
                                             UNS                  $1.00
                                                                  $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Donald Mullins**                           **Clm No 71323**    Filed In Cases: 140
422 Bullock Boulevard
Niceville, FL 32578                           Class          Claim Detail Amount      Final Allowed Amount

                                             UNS                  $1.00
                                                                  $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## Claims Details

442 of 3332

---

**John Mumford**
861 S. Garrison Ave
Prichard, AL 36610

**Clm No 71324**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Edwin Munez**
4519 6th Ave. Wym.
Birmingham, AL 35224

**Clm No 71325**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Pete Munguia**
3725 Bertram
Corpus Christi, TX 78416

**Clm No 71326**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/20/2018 3:18:45 PM

*Claims Details*                                                      443 of 3332

---

**Clemento Munos**                    **Clm No 71327**    Filed In Cases: 140
6519 Hidalgo
Baytown, TX 77520                     Class              Claim Detail Amount    Final Allowed Amount

                                     UNS                    $1.00

                                                            $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**CASIRO MUNOZ**                      **Clm No 71328**    Filed In Cases: 140
P. O. Box 1844
Clute, TX 77531-1844                  Class              Claim Detail Amount    Final Allowed Amount

                                     UNS                    $1.00

                                                            $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**James Murphree**                    **Clm No 71329**    Filed In Cases: 140
5800 Highgrove Circle
Bessemer, AL 35022-8360               Class              Claim Detail Amount    Final Allowed Amount

                                     UNS                    $1.00

                                                            $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

444 of 3332

| James Murphree | **Clm No 71330** | Filed In Cases: 140 | |
|---|---|---|---|
| 3621 County Hwy 20 | Class | Claim Detail Amount | Final Allowed Amount |
| Oneonta, AL 35121 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Albert Murphree | **Clm No 71331** | Filed In Cases: 140 | |
|---|---|---|---|
| 2019 Henry Road | Class | Claim Detail Amount | Final Allowed Amount |
| Anniston, AL 36207 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| DONALD MURPHY | **Clm No 71332** | Filed In Cases: 140 | |
|---|---|---|---|
| P.O. Box 493 | Class | Claim Detail Amount | Final Allowed Amount |
| Centreville, AL 35042-0493 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                     3/20/2018 3:18:45 PM

### *Claims Details*                                                                         445 of 3332

---

**Aaron Murphy**                      **Clm No 71333**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                    Class          Claim Detail Amount        Final Allowed Amount
Houston, TX 77017                     UNS                    $1.00
                                                             $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Joe Murphy**                        **Clm No 71334**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                    Class          Claim Detail Amount        Final Allowed Amount
Houston, TX 77017                     UNS                    $1.00
                                                             $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Leonard Murphy**                    **Clm No 71335**    Filed In Cases: 140
c/o Richard Golden
6492 Eastwood Glen Drive              Class          Claim Detail Amount        Final Allowed Amount
Montgomery, AL 36117                  UNS                    $1.00
                                                             $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                              3/20/2018 3:18:45 PM

*Claims Details*                                                                        446 of 3332

---

**Clarence Murphy**          **Clm No 71336**    Filed In Cases: 140
C/o Faye B. Murphy
4203 Arcturus Lane           Class              Claim Detail Amount       Final Allowed Amount
Mobile, AL 36693
                             UNS                      $1.00
                                                      $1.00

Date Filed           9-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**PAUL MURPHY**              **Clm No 71337**    Filed In Cases: 140
131 Robin Road
Jonesboro, LA 71251-3042     Class              Claim Detail Amount       Final Allowed Amount

                             UNS                      $1.00
                                                      $1.00

Date Filed           9-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Earnest Murphy**           **Clm No 71338**    Filed In Cases: 140
1124 Clara Avenue
Prichard, AL 36610           Class              Claim Detail Amount       Final Allowed Amount

                             UNS                      $1.00
                                                      $1.00

Date Filed           9-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

447 of 3332

| **JEROME MURRAY** | **Clm No 71339** | Filed In Cases: 140 | |
|---|---|---|---|
| P.O. Box 39701 | Class | Claim Detail Amount | Final Allowed Amount |
| Birmingham, AL 35208 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Thomas Murray** | **Clm No 71340** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Williams Kherkher | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | UNS | $1.00 | |
| Houston, TX 77017 | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **William Murray** | **Clm No 71341** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o William E. Murray Iii | Class | Claim Detail Amount | Final Allowed Amount |
| 9963 Sunlight Drive | UNS | $1.00 | |
| Tuscaloosa, AL 35405 | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

448 of 3332

---

**William Murray**
9963 Sunlight Drive
Tuscaloosa, AL 35405

**Clm No 71342**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sylvester Murray**
4719 Arvilla Ln.
Houston, TX 77021

**Clm No 71343**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Murray**
231 Odum Road
Gardendale, AL 35071

**Clm No 71344**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

449 of 3332

| Nathaniel Murray | | **Clm No 71345** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 1929 Cansler Avenue | | Class | Claim Detail Amount | Final Allowed Amount |
| Birmingham, AL 35214 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| Lloyd Murrell | | **Clm No 71346** | Filed In Cases: 140 | |
|---|---|---|---|---|
| c/o Robert C. Warren | | Class | Claim Detail Amount | Final Allowed Amount |
| 17317 South FM 225 | | UNS | $1.00 | |
| Douglas, TX 75943 | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| John Murry | | **Clm No 71347** | Filed In Cases: 140 | |
|---|---|---|---|---|
| c/o Williams Kherkher | | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | UNS | $1.00 | |
| Houston, TX 77017 | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

450 of 3332

| | | | |
|---|---|---|---|
| **Matthew Muse** | **Clm No 71348** | Filed In Cases: 140 | |
| c/o Williams Kherkher | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | |
| Houston, TX 77017 | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| | | | |
|---|---|---|---|
| **JESSIE MUSGROVE** | **Clm No 71349** | Filed In Cases: 140 | |
| 933 Oak Bowery Rd | Class | Claim Detail Amount | Final Allowed Amount |
| Ellisville, MS 39437 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| | | | |
|---|---|---|---|
| **Joseph Muzikowski** | **Clm No 71350** | Filed In Cases: 140 | |
| 4600 A Huisache | Class | Claim Detail Amount | Final Allowed Amount |
| Bellaire, TX 77401 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:18:45 PM

*Claims Details*

451 of 3332

---

**DAVID MYATT**
1607 Claudia Street
Mobile, AL 36605-1808

**Clm No 71351**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 9-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**James Myers**
c/o William D. Myers
7040C Wilmer Georgetown Rd.
Wilmer, AL 36587

**Clm No 71352**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 9-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Howard Myers**
c/o Mrs. Doris Myers
1700 Sandra Lee Dr.
Jasper, AL 35501

**Clm No 71353**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 9-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

452 of 3332

---

**L Myers**
1213 Third St.
Perry, GA 31069

**Clm No 71354**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Myles**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71355**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ephrem Myles**
c/o Helen Myles Moore
2801 Westmoor Court
Mobile, AL 36695

**Clm No 71356**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                 453 of 3332

---

**William Myrex**                          **Clm No 71357**    Filed In Cases: 140
C/o Ronald G. Myrex
5947 Tommy Town Road          Class            Claim Detail Amount        Final Allowed Amount
Mt. Olive, AL 35117
                                           UNS                    $1.00
                                                                  $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**RONALD MYREX**                           **Clm No 71358**    Filed In Cases: 140
851 Crawford Road
Mt. Olive, AL 35117               Class            Claim Detail Amount        Final Allowed Amount

                                           UNS                    $1.00
                                                                  $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Ted Myrick**                             **Clm No 71359**    Filed In Cases: 140
80 Clayton Road
Finger, TN 38334                  Class            Claim Detail Amount        Final Allowed Amount

                                           UNS                    $1.00
                                                                  $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

454 of 3332

---

**George Myrick**
3801 Chaucer Ct.
Bryan, TX 77802

**Clm No 71360**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Randall Myrick**
328 St. Charles Avenue
Adger, AL 35006

**Clm No 71361**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Myrick**
1388 Sand Cut Rd.
Greenville, AL 36037

**Clm No 71362**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

455 of 3332

| Gus Myricks | **Clm No 71363** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o Mary Emma Myricks | Class | Claim Detail Amount | Final Allowed Amount |
| 1124  44th Street North | | | |
| Birmingham, AL 35212 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Coleman Nabors | **Clm No 71364** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Williams Kherkher | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | |
| Houston, TX 77017 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| James Nabors | **Clm No 71365** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Williams Kherkher | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | |
| Houston, TX 77017 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

456 of 3332

---

**GEORGE NAIL**
c/o Wilma Nail
2903 N. Washington
Roswell, NM 88201

**Clm No 71366**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Felix Nakovic**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71367**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALTON NALLEY**
11985 Ridgeway Road
Mc Calla, AL 35111

**Clm No 71368**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

457 of 3332

---

**Deroy Nalls**
C/o Henry Tallaferro, Attorney
418 19th Street-ensley
Birmingham, AL 35218

**Clm No 71369**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Thomas Nance**
1680 Gate 8 Road
Anniston, AL 36201

**Clm No 71370**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**JAMES NAPPER**
HC 61 Box 97
Millry, AL 36558

**Clm No 71371**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

458 of 3332

---

**Ruel Naramore**
6003 Dickey Spring Road
Bessemer, AL 35023

**Clm No 71372**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Martin Narvaiz**
1952 Morgan St.
Alice, TX 78332

**Clm No 71373**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**MELBA NASH**
Post Office Box 1404
West Point, MS 39773

**Clm No 71374**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:18:45 PM

*Claims Details*

459 of 3332

---

**Sammie Nash**
P.O. Box 3065
Borger, TX 79008

**Clm No 71375**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**George Nash**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71376**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Hamilton Nash**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71377**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

460 of 3332

---

**Joseph Nash**
2437 39th Ave North
Birmingham, AL 35207

**Clm No 71378**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed         9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**E. Nathan**
117 Lee Dr.
La Marque, TX 77568

**Clm No 71379**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed         9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**William Nathan**
1117 Tuckawanna Dr.
Birmingham, AL 35215

**Clm No 71380**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed         9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

461 of 3332

---

**Morris Nation**
7098 Grouse Rd.
Gilmer, TX 75645

**Clm No 71381**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Murphy Nation**
5735 Groveton
Houston, TX 77033

**Clm No 71382**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Paul Naugher**
C/o Larry Paul Naugher
P.o. Box 882
Northport, AL 35476

**Clm No 71383**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

462 of 3332

---

**LEANDREW NAVES**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71384**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JETHRO NAVES**
3664 44th Ave., N
Birmingham, AL 35207

**Clm No 71385**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JACK NEAL**
c/o David A. Neal
PO Box 2227
Canyon Lake, TX 78133

**Clm No 71386**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:18:45 PM

*Claims Details*

463 of 3332

---

**William Neal**
491 Scenic Trail
Warrior, AL 35180

**Clm No 71387**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**PRENTISS NEAL**
4306 22nd St
Meridian, MS 39307

**Clm No 71388**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**JESSE NEAL**
25 Chism Street
Starkville, MS 39759

**Clm No 71389**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

464 of 3332

---

**Carl Needham**
7332 Pinewood Drive
Trussville, AL 35173

**Clm No 71390**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM NEEDHAM**
2601 Streetman Circle
Birmingham, AL 35235

**Clm No 71391**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alton Needham**
10460 Old Forge Road
Waynesboro, PA 17268

**Clm No 71392**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

465 of 3332

---

**Willie Neeley**
932  44th Street  Ensley
Birmingham, AL 35208

**Clm No 71393**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Morris Neeley**
407 Shady Lane
Whitehouse, TX 75791

**Clm No 71394**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Charles Neely**
c/o Roy F. King, Jr.
4000 Eagle Point Corporate Dr., St. 180
Birmingham, AL 35242

**Clm No 71395**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                            466 of 3332

---

**Emanuel Neely**                   **Clm No 71396**    Filed In Cases: 140
c/o Anntoinette Boyd
5122 Winterwood Dr.                  Class         Claim Detail Amount        Final Allowed Amount
League City, TX 77573-3143          UNS                   $1.00
                                                          $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Robert Neely**                    **Clm No 71397**    Filed In Cases: 140
605 North 20th Avenue
Kelso, WA 98626                     Class         Claim Detail Amount        Final Allowed Amount
                                    UNS                   $1.00
                                                          $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Lonnie Neely**                    **Clm No 71398**    Filed In Cases: 140
4029 30th Place
Tuscaloosa, AL 35401               Class         Claim Detail Amount        Final Allowed Amount
                                    UNS                   $1.00
                                                          $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

467 of 3332

---

**DONALD NELOMS**
PO Box 143
Leighton, AL 35646

**Clm No 71399**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rufus Nelson**
Post Office Box 566
Excel, AL 36439-0566

**Clm No 71400**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Clarence Nelson**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71401**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

468 of 3332

| Donald Nelson | | **Clm No 71402** | Filed In Cases: 140 | |
|---|---|---|---|---|
| c/o Williams Kherkher | | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | | |
| Houston, TX 77017 | | UNS | $1.00 | |
| | | | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

| Clarence Nelson | | **Clm No 71403** | Filed In Cases: 140 | |
|---|---|---|---|---|
| C/o Mrs. Shirley S. Nelson | | Class | Claim Detail Amount | Final Allowed Amount |
| 2910 E Moore St. Apt.118 | | | | |
| Searcy, AR 72143 | | UNS | $10,000.00 | |
| | | | $10,000.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $10,000.00

| Samuel Nelson | | **Clm No 71404** | Filed In Cases: 140 | |
|---|---|---|---|---|
| c/o Bobby Nelson | | Class | Claim Detail Amount | Final Allowed Amount |
| 6838 Lantern Hill Ln. | | | | |
| Richmond, TX 77469 | | UNS | $1.00 | |
| | | | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

469 of 3332

---

**Coleman Nelson**
C/o Billy Ray Nelson
Rt. 2, Box 117 Aa
Citronelle, AL 36522

**Clm No 71405**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Odell Nelson**
948 FM 1947
Hillsboro, TX 76645

**Clm No 71406**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Tony Nelson**
7200 Heards Ln. Apt # 111
Galveston, TX 77551

**Clm No 71407**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## *Claims Details*

470 of 3332

---

**Charlie Nelson**
629 Bell Street
Bessemer, AL 35020

**Clm No 71408**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard Nelson**
3375 Shaw St.
Hokes Bluff, AL 35903

**Clm No 71409**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charlie Nelson**
22727 Black Willow
Tomball, TX 77375

**Clm No 71410**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

471 of 3332

---

**Gordon Nelson**
20402 New Kentucky Vlg
Hockley, TX 77447

**Clm No 71411**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lee Nelson**
1520 Willow Creek Ln
Columbia, SC 29212

**Clm No 71412**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Nelson**
105 14th Court N.w.
Birmingham, AL 35215

**Clm No 71413**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

472 of 3332

---

**Bobby Nelson**
1024 Highway 13 South
Berry, AL 35546

**Clm No 71414**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Frank Nesbitt**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71415**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Travis Nethery**
c/o Clarice Nethery
4790 Mud Creek Rd.
Millport, AL 35576

**Clm No 71416**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

473 of 3332

| DAVID NETTLES | Clm No 71417 | Filed In Cases: 140 | |
|---|---|---|---|
| 10341 Crossley Hill Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Grand Bay, AL 36541 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

| JAMES NEVETT | Clm No 71418 | Filed In Cases: 140 | |
|---|---|---|---|
| 809 28th Ter South | Class | Claim Detail Amount | Final Allowed Amount |
| Bessemer, AL 35020 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

| Bobbie New | Clm No 71419 | Filed In Cases: 140 | |
|---|---|---|---|
| 2770 Radcliff Rd | Class | Claim Detail Amount | Final Allowed Amount |
| Saraland, AL 36571 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**Gilbert Newberry**
3392 33rd Place North
Birmingham, AL 35207

**Clm No 71420**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Newell**
17 Jim Newell Drive
Richton, MS 39476

**Clm No 71421**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Monty Newman**
C/o John B. Newman
4005 Hunter Creek Road
Northport, AL 35473

**Clm No 71422**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

475 of 3332

---

**R.B. Newsome**
c/o Gladys Newsome
P.O. Box 973
Needville, TX 77461

**Clm No 71423**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Newsome**
848 Moore Road
Hayden, AL 35079

**Clm No 71424**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHN NEWSOME**
111 Kyzer Lane
Bessemer, AL 35023

**Clm No 71425**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

476 of 3332

---

**BARREN NEWTON**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71426**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Pete Nicastro**
4156 Guilford Rd.
Hoover, AL 35242

**Clm No 71427**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Kenneth Nicholas**
5429 Greentree Road
Orange Beach, AL 36561

**Clm No 71428**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

477 of 3332

---

**Donald Nichols**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71429**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES NICHOLS**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71430**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Nichols**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71431**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:18:45 PM

---

*Claims Details*

478 of 3332

---

**Jack Nichols**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71432**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**E.L. Nichols**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71433**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Frank Nichols**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71434**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

479 of 3332

---

**Carolyn Nichols**
c/o Carol A. Martinez
305 5th Palestine Ave
Athens , TX 75175

**Clm No 71435**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CONRAD NICHOLS**
c/o Bevery Nichols
7289 Holiday Drive
Springhill, FL 34606

**Clm No 71436**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DAVID NICHOLS**
c/o Alice Nichols
294 Parker Rd.
Bremen, AL 35033-5421

**Clm No 71437**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**     E-mail: claimsmanager@omnimgt.com     FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

480 of 3332

---

**Leon Nichols**
801 19th Street Nw
Fayette, AL 35555

**Clm No 71438**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**WILLIAM NICHOLS**
5465 Reeder Rd
Dora, AL 35062

**Clm No 71439**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**GORDON NICHOLS**
2571 County Road 54
Montevallo, AL 35115

**Clm No 71440**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:18:45 PM

*Claims Details*

481 of 3332

---

**Ambrose Nichols**
1651 Hull Road
Sumiton, AL 35148

**Clm No 71441**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RALPH NICHOLS**
151 Park Rd.
Pleasant Grove, AL 35127

**Clm No 71442**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Walter Nicholson**
C/o Wynelle R. Nicholson
4419 Buttercup Lane
Bessemer, AL 35022

**Clm No 71443**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

482 of 3332

---

**Charles Nicholson**
c/o Charles F. Nicholson, Jr.
3238 Tiki Drive
Holiday, FL 34691

**Clm No 71444**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Douglas Nickelson**
458 Stanton Street
Mobile, AL 36617

**Clm No 71445**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**J Nickolson**
109 County Road 735
Clanton, AL 35046

**Clm No 71446**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

483 of 3332

---

**Ted Niemann**
c/o Mrs. Ella Niemann
2 Ramey Circle
Houston, TX 77075

**Clm No 71447**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Brakefield Nina**
109 37th Ave. NE
Birmingham, AL 35215

**Clm No 71448**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Nix**
P.O. Box 54
Caney, OK 74533-0054

**Clm No 71449**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

484 of 3332

| Charles Nix | **Clm No 71450** | Filed In Cases: 140 | |
|---|---|---|---|
| Dorothy J. Nix | | | |
| c/o Fred Nix | Class | Claim Detail Amount | Final Allowed Amount |
| 17 Claudette Circle | UNS | $1.00 | |
| Orange Beach, FL 36561 | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| John Nix | **Clm No 71451** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Carol Sue Nix | | | |
| 4115 Alexander Lane | Class | Claim Detail Amount | Final Allowed Amount |
| Tuscaloosa, AL 35404 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Gladys Nix | **Clm No 71452** | Filed In Cases: 140 | |
|---|---|---|---|
| 51 Twilight Lane | | | |
| Leeds, AL 35094 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

485 of 3332

| Wilbert Nix | **Clm No 71453** | Filed In Cases: 140 | |
|---|---|---|---|
| 4150 Hanna Village Dr. | Class | Claim Detail Amount | Final Allowed Amount |
| Apt. G | | | |
| Indianapolis, IN 46227 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Francis Nix | **Clm No 71454** | Filed In Cases: 140 | |
|---|---|---|---|
| 2509 Walker Chapel Road | Class | Claim Detail Amount | Final Allowed Amount |
| Fultondale, AL 35068 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Wallace Nixon | **Clm No 71455** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Williams Kherkher | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | |
| Houston, TX 77017 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                      486 of 3332

| Byron Nixon | **Clm No 71456** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o Gaynell Nixon | Class | Claim Detail Amount | Final Allowed Amount |
| 2450 Lottie Dr. S.e. | | | |
| Bessemer, AL 35023 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| William Nixon | **Clm No 71457** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Dorothy Nixon | Class | Claim Detail Amount | Final Allowed Amount |
| 836 2nd St. S.W. | | | |
| Birmingham, AL 35211 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Thomas Nixon | **Clm No 71458** | Filed In Cases: 140 | |
|---|---|---|---|
| 1849 Fulton Ave S.w. | Class | Claim Detail Amount | Final Allowed Amount |
| Birmingham, AL 35211 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:18:45 PM

*Claims Details*

487 of 3332

---

**C Nixon**
1106 S. Elm St
Pittsburg, KS 66762

**Clm No 71459**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jessie Noble**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71460**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Batson Noble**
C/o Betty Sue Noble
228 Husey Street
Bessemer, AL 35023

**Clm No 71461**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

488 of 3332

---

**Malcolm Noble**
3938 Rancho Rd.
Jacksonville, FL 32221

**Clm No 71462**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**CLIFFORD NOBLES**
503 Vermont St.
Prichard, AL 36610

**Clm No 71463**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Samuel Noe**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71464**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

---

**Douglas Noe**
6194 Warrior River Rd
Bessemer, AL 35023

**Clm No 71465**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jesus Noe**
603 Elizabeth Moya St.
Edinburg, TX 78542

**Clm No 71466**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Emile Noel**
c/o Theta A. Noel
2612 Rose Court
Mobile, AL 36693

**Clm No 71467**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

490 of 3332

---

**Donald Nolan**
c/o Donna Morris
4011 Jubilee Lane
Moody, AL 35004

**Clm No 71468**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**John Nolan**
907 Emelda Drive
Mobile, AL 36606

**Clm No 71469**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**William Noland**
C/o Annie Ray Noland
2605 Hackberry Lane
Tuscaloosa, AL 35401

**Clm No 71470**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

491 of 3332

---

**Aaron Noland**
Azaline Hinton, c/o Fredrick Hinton, power of attorney
3420 Guy Harbor Way
Lawrenceville, GA 30044

**Clm No 71471**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Luther Noland**
967 Glen Echo Road
Carrollton, AL 35447

**Clm No 71472**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jamie Noland**
3706 Glen Lane
Tuscaloosa, AL 35401

**Clm No 71473**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

492 of 3332

---

**Hattie Noland**
23470 Highway 17
Carrollton, AL 35447

**Clm No 71474**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Norfleet**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71475**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Norfleet**
C/o Celia Norfleet
27 Washington Square
Tuscaloosa, AL 35401

**Clm No 71476**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

493 of 3332

---

**FRANKLIN NORGAN**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71477**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GEORGE NORRED**
P O Box 942
Semmes, AL 36575

**Clm No 71478**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Norred**
c/o Marry Ann Norred
5051 Eastern Valley Rd.
McCalla, AL 35111

**Clm No 71479**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

494 of 3332

---

**Earnest Norris**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71480**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**David Norris**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71481**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Clarence Norris**
C/o Vanessa Darlene Norris
5406 Candle Lane
Northport, AL 35473

**Clm No 71482**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

495 of 3332

---

**Otis Norris**
c/o Ms. Debra Norris
120 Julia Dr.
Copperas Cove, TX 76522

**Clm No 71483**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Arthur Norris**
C/o Doris Inez Norris
154 Space Road
Hueytown, AL 35023

**Clm No 71484**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Evell Norris**
948 Hickory Drive
Birmingham, AL 35215

**Clm No 71485**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

496 of 3332

---

**Robbins Norris**
536 64th St
Fairfield, AL 35064

**Clm No 71486**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RONALD NORRIS**
48 Blue Lake Dr.
Huffman, TX 77336

**Clm No 71487**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Norris**
211 Star Circle
Hueytown, AL 35023

**Clm No 71488**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

497 of 3332

---

**Jewel Northcutt**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71489**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mack Northington**
316 Woodward Road
Midfield, AL 35228

**Clm No 71490**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Melvin Norwood**
Route 1 Box 133
Wagarville, AL 36585

**Clm No 71491**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

498 of 3332

---

**Grover Norwood**
Mr. Jeffrey A. Norwood
1417 Cambridge Dr.
Friendswood, TX 77546

**Clm No 71492**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Tee Norwood**
c/o Penny Black
748 Old St. Mathew Rd.
Jackson, AL 36545

**Clm No 71493**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HOWARD NORWOOD**
533 Overhill Road
Pelham, AL 35124

**Clm No 71494**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

499 of 3332

---

**Mack Norwood**
1132 Circle Trail
Birmingham, AL 35214

**Clm No 71495**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**David Noski**
c/o Elsie Noski
845 E. 27th
Houston, TX 77009

**Clm No 71496**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Eugene Novak**
c/o Margaret Novak
2856 C.R. 240
Hallettsville, TX 77964

**Clm No 71497**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

500 of 3332

---

**JERRY NOVAK**
724 N.W. M. Highway
Centerview, MO 64019

**Clm No 71498**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas Novogradac**
c/o Virginia Novogradac
9637 C.R. 628
Sinton, TX 78387

**Clm No 71499**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Arthur Nuckols**
c/o Rene Littrell
2775 Long Grove Dr.
Marietta, GA 30062

**Clm No 71500**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

501 of 3332

---

**Vincent Nunn**
932 Borah Ave
Bessemer, AL 35020

**Clm No 71501**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lane Nunnery**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71502**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Allene Nutt**
905 Montgomery St. Box 509
Boardtow Village
Starksville , MS 39759

**Clm No 71503**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

502 of 3332

---

**Rogers Oakes**
c/o Mrs. Charlie Mae Oakes
428 Deola Road
Bessemer, AL 35022

**Clm No 71504**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Oakley**
c/o Georgia Mae Oakley
Post Office Box 68
Carrollton, AL 35447

**Clm No 71505**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CHARLES OAKLEY**
c/o Brenda L. Reeves
6787 OAK FOREST DR
Olive Branch, MS 38654

**Clm No 71506**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

503 of 3332

---

**DAVID OAKLEY**
7206 New Dale Road
Rex, GA 30273

**Clm No 71507**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joan Oates**
69 Forrest Avenue
Wetumpka, AL 36092

**Clm No 71508**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Paul O'Bryant**
c/o Mary Helen O'Bryant
3001 Pinecrest Road
Tuscaloosa, AL 35404

**Clm No 71509**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

504 of 3332

---

**Mary O'Bryant**
3001 Pinecrest Road
Tuscaloosa, AL 35404

**Clm No 71510**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-|-|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Clyde O'Callaghan**
11619 Anders Lane
Santa Fe, TX 77510

**Clm No 71511**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-|-|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Guadalupe Ochoa**
1104 Orion Dr.
Portland, TX 78374-2418

**Clm No 71512**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-|-|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                505 of 3332

---

**Howard Odaniel**                    **Clm No 71513**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                    Class            Claim Detail Amount        Final Allowed Amount
Houston, TX 77017
                                      UNS                  $1.00
                                                           $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**WALTER ODAZIER**                    **Clm No 71514**    Filed In Cases: 140
2401 Inverness Point Drive
Hoover, AL 35242-4235                 Class            Claim Detail Amount        Final Allowed Amount

                                      UNS                  $1.00
                                                           $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Ervin Oddie**                       **Clm No 71515**    Filed In Cases: 140
C/o David Oddie
3334 34th Street North                Class            Claim Detail Amount        Final Allowed Amount
Birmingham, AL 35207
                                      UNS                  $1.00
                                                           $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

506 of 3332

**Jim Oden**
C/o Lula Oden
2701 23rd Street
Tuscaloosa, AL 35401

**Clm No 71516**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Clarence Oden**
c/o Earnestine Oden
128 Buttercup Circle
Alabaster, AL 35007

**Clm No 71517**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**James Oden**
424 Ballentrae Road
Pelham, AL 35124

**Clm No 71518**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

507 of 3332

---

**Taylor O'Deneal**
Estate Attorney, Jimmy Calvert, Esq.
P.O. Box 800
Springville, AL 35146

**Clm No 71519**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Amos Odessa**
4324 Willard Avenue SW
Birmingham, AL 35221

**Clm No 71520**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LOUIS O'DNEAL**
872 Herman Shirley Road
West Point, MS 39773

**Clm No 71521**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

508 of 3332

---

**Curtis Odom**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71522**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Meredith Odom**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71523**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LEONARD ODOM**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71524**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

509 of 3332

| James Odom | | Clm No 71525 | Filed In Cases: 140 | |
|---|---|---|---|---|
| C/o Margaret S. Odom | | Class | Claim Detail Amount | Final Allowed Amount |
| 13 Elmira Drive | | | | |
| Tuscaloosa, AL 35405 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| JAMES ODOM | | Clm No 71526 | Filed In Cases: 140 | |
|---|---|---|---|---|
| c/o Brenda Odom | | Class | Claim Detail Amount | Final Allowed Amount |
| 1588 Funston Doerun Rd. | | | | |
| Doerun, GA 31744 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| JAKE ODOM | | Clm No 71527 | Filed In Cases: 140 | |
|---|---|---|---|---|
| 5091 Highway 29 | | Class | Claim Detail Amount | Final Allowed Amount |
| Petal, MS 39465 | | | | |
| | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

510 of 3332

---

**Ronald Odom**
16526 Jarvis Rd.
Troup, TX 75789

**Clm No 71528**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CLAUDE ODOM**
16160 Northlawn St
Detroit, MI 48221

**Clm No 71529**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bert Odom**
13526 Mt. Moriah Road
West Blocton, AL 35184

**Clm No 71530**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                                511 of 3332

---

**Barney Odom**                              **Clm No 71531**    Filed In Cases: 140
1301 North B Street
Pensacola, FL 32501              | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**LARRY ODOM**                              **Clm No 71532**    Filed In Cases: 140
102 Hill Avenue
Hueytown, AL 35023              | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**COLUMBUS OFFORD**                              **Clm No 71533**    Filed In Cases: 140
c/o Pamela Offord
2204 Cedar Crest Drive
Birmingham, AL 35214              | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

512 of 3332

**John Ogden**
c/o June Maureen Ogden
1025 Belchers Ferry Road
Bessemer, AL 35023

**Clm No 71534**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Edward Oglesby**
P.o. Box 401
Pleasant Grove, AL 35127

**Clm No 71535**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Vernon Oglesby**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71536**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

---

### Claims Details                                                                    513 of 3332

| **Edward Oglesby** | **Clm No 71537** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Mr. David E. Oglesby, Law Offices of Bouloukos and Oglesby | Class | Claim Detail Amount | Final Allowed Amount |
| 2017 Second Avenue North | UNS | $1.00 | |
| Birmingham, AL 35203 | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Jack O'Gorman** | **Clm No 71538** | Filed In Cases: 140 | |
|---|---|---|---|
| Box 128 CR 2216 | Class | Claim Detail Amount | Final Allowed Amount |
| Rusk, TX 75785 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **JOSEPH O'KEEFE** | **Clm No 71539** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Eileen O'Keefe | Class | Claim Detail Amount | Final Allowed Amount |
| 2325 Maryland Ave. E. | UNS | $1.00 | |
| Maplewood, MN 55119 | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

514 of 3332

---

**CLAUDE OLDS**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71540**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOSE OLIVAREZ**
P.O Box 71052
Corpus Christi , TX 78467

**Clm No 71541**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Olive**
1068 Vinyards Drive
Tuscaloosa, AL 35406-2816

**Clm No 71542**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

515 of 3332

**PAUL OLIVER**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71543**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**Claburn Oliver**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71544**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**Walter Oliver**
847 Dee Hendrix Road
Bessemer, AL 35023

**Clm No 71545**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

516 of 3332

---

**Rex Oliver**
835 High Field Road
Tuscaloosa, AL 35405

**Clm No 71546**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Oliver**
4581 County Road 310
Cleburne, TX 76031

**Clm No 71547**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROBERT OLIVER**
3070 Western Woods Dr.
Mobile, AL 36618

**Clm No 71548**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

517 of 3332

**GEORGE OLIVER**
2801 FM 2004 Apt 613
Texas City , TX 77591

**Clm No 71549**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Solomon Oliver**
1804 - 13Th Place S.W.
Birmingham, AL 35211

**Clm No 71550**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Carl Oliver**
1525 Swofford Circle
Cullman , AL 35055

**Clm No 71551**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:18:45 PM

*Claims Details*

518 of 3332

---

**Rose Oliver**
1302 Canter Lane
Houston, TX 77047

**Clm No 71552**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Clarence Oliver**
1057 Taylorwood Circle
Tuscaloosa, AL 35405

**Clm No 71553**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DANIEL OLIVO**
2070 Richwood Circle
Ingleside, TX 78362

**Clm No 71554**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:18:45 PM

*Claims Details*

519 of 3332

---

**Mcarthur Ollison**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71555**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JORGE OLVERA**
1800 N. Texas, Apt. 154
Weslaco, TX 78599-40

**Clm No 71556**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alfred O'Neal**
c/o Patricia O'Neal
4004 Irvington Blvd. Apt.# 532
Houston, TX 77009

**Clm No 71557**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

520 of 3332

---

**John O'Neal**
C/o Nettie M. O'neal
1023 38th Ave. N. E.
Holt, AL 35404

**Clm No 71558**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jessie O'Neal**
C/o Lizzie M. May
3429 Willow Lane
Tuscaloosa, AL 35401

**Clm No 71559**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kenneth O'Neal**
C/o Diane  Roulaine
1866 Mill Creek Road
Lawley, AL 36793

**Clm No 71560**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

521 of 3332

---

**William O'Neal**
132 Hickory St.
Childersburg, AL 35044-1104

**Clm No 71561**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Otis Oney**
c/o Mrs. Sandra Oney
3507 Stables Lane
Crosby, TX 77532

**Clm No 71562**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James O'Quinn**
c/o Betty O'Quinn
3219 Burke Road, Apt 312
Pasadena, TX 77504

**Clm No 71563**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

522 of 3332

| **Calvin Orange** | **Clm No 71564** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Williams Kherkher | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | |
| Houston, TX 77017 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Calvin Orange** | **Clm No 71565** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o Steven D. Garrett,  Attorney | Class | Claim Detail Amount | Final Allowed Amount |
| P.o. Box 660436 | | | |
| Birmingham, AL 35266 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Francis O'Reilly** | **Clm No 71566** | Filed In Cases: 140 | |
|---|---|---|---|
| 2652 Viburnum Road | Class | Claim Detail Amount | Final Allowed Amount |
| Dunnellon, FL 34430 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

523 of 3332

**Walter Orl**
c/o Violet Orl Phillips
6292 Letson Farm Trail
Bessemer, AL 35022

**Clm No 71567**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**JOSEPH ORLOWSKI**
P O Box 141
Calvert, AL 36513

**Clm No 71568**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**John Ormond**
2120 33rd Ave North
Birmingham, AL 35207

**Clm No 71569**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 3:18:45 PM

*Claims Details*                                                                         524 of 3332

---

**Paul Orn**                                  **Clm No 71570**    Filed In Cases: 140
16283 W. Mountain Pass
Surprise, AZ 85374                             Class          Claim Detail Amount      Final Allowed Amount

                                              UNS                      $1.00
                                                                       $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Freda Orso**                                **Clm No 71571**    Filed In Cases: 140
9180 Hellenic Way Apt.208
Semmes, AL 36575                               Class          Claim Detail Amount      Final Allowed Amount

                                              UNS                      $1.00
                                                                       $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**EULOGIO ORTIZ**                             **Clm No 71572**    Filed In Cases: 140
c/o Mrs. Maria Ortiz
524 Martha Way                                 Class          Claim Detail Amount      Final Allowed Amount
El Paso, TX 79907
                                              UNS                      $1.00
                                                                       $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/20/2018 3:18:45 PM

*Claims Details*                                                                    525 of 3332

---

**Evaristo Ortiz**                    **Clm No 71573**    Filed In Cases: 140
4540 Sundown
Robstown, TX 78380            | Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Orton**                      **Clm No 71574**    Filed In Cases: 140
C/o Heather Seagle
6031 Cathwick Drive          | Class | Claim Detail Amount | Final Allowed Amount |
Mccalla, AL 35111            | --- | --- | --- |
                             | UNS | $1.00 | |
                             | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Donley Osborne**                   **Clm No 71575**    Filed In Cases: 140
c/o John M. Wilburn
961 Mitchellee Lane          | Class | Claim Detail Amount | Final Allowed Amount |
Oakland, MD 21550            | --- | --- | --- |
                             | UNS | $1.00 | |
                             | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

526 of 3332

---

**O.B. Osborne**
C/o Carrie Osborne
5319 Rolind Dr
Montgomery, AL 36108

**Clm No 71576**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**George Osborne**
525 Old Pleasant Valley Rd.
Rainbow City, AL 35906

**Clm No 71577**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sanford Oscar**
Box 152
Glen Flora, TX 77443

**Clm No 71578**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

527 of 3332

---

**Randall Osgood**
c/o Dema Osgood
1133 N. Gordon
Wichita, KS 67203

**Clm No 71579**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Henry Oswalt**
C/o Judy O. Riddle
4 York Place
Anniston, AL 36207

**Clm No 71580**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**NITA OTT**
4345 Butler Street Rd.
Atmore, AL 36502

**Clm No 71581**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

### Claims Details

528 of 3332

---

**Charles Ott**
210 Lehman Lane
Bastrop, TX 78602

**Clm No 71582**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Leo Otto**
2891 Summit Drive East
Mobile, AL 36618

**Clm No 71583**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Johnnie Ousley**
10572 Sipsey Valley Rd. North
Buhl, AL 35446

**Clm No 71584**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

529 of 3332

---

**Otis Outlaw**
C/o Barbara Williams
5715 10th Road N. #4
Arlington, VA 22205

**Clm No 71585**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Clifford Outlin**
c/o Clifford Outlin Jr.
1417 Goldwire Street
Birmingham, AL 35211

**Clm No 71586**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DOROTHY OVERSTREET**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71587**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                             530 of 3332

---

**James Overstreet**                    **Clm No 71588**    Filed In Cases: 140
1700 Pine West Ave.
Mobil, AL 36695                          Class          Claim Detail Amount    Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**William Overton**                     **Clm No 71589**    Filed In Cases: 140
c/o William Overton, Jr.
610 Gilbert Street                      Class          Claim Detail Amount    Final Allowed Amount
Saraland, AL 36571
                                        UNS                    $1.00
                                                               $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Gordon Overton**                      **Clm No 71590**    Filed In Cases: 140
3272 HWY 83
Vincent, AL 35178                       Class          Claim Detail Amount    Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

---

**Douglas Overton**
15091 Preacher Lee Rd.
Coker, AL 35456

**Clm No 71591**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Walter Owen**
8131 Karen
Houston, TX 77037

**Clm No 71592**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Warren Owen**
707 Amory Avenue
Cordova, AL 35550

**Clm No 71593**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

532 of 3332

---

**Curtis Owens**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71594**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Neal Owens**
C/o Nora Hill
6621 Cordrat Court
Midfield, AL 35228

**Clm No 71595**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RALPH OWENS**
c/o Elizabeth Owens
8916 Country Rd.27
Springville, AL 35146

**Clm No 71596**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

533 of 3332

**John Owens**
C/o Cammie Sue O. Bolden
3810 30th Avenue
Northport, AL 35473

**Clm No 71597**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Hence Owens**
C/o Brenda Owens
2105 Lane Avenue
Birmingham, AL 35217

**Clm No 71598**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Joseph Owens**
c/o Amy Blake
3002 Lakewood Drive
Rainbow City, AL 35906

**Clm No 71599**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

### Claims Details

534 of 3332

| John Owens | **Clm No 71600** | Filed In Cases: 140 | |
|---|---|---|---|
| 9645 Archdale | Class | Claim Detail Amount | Final Allowed Amount |
| Detroit, MI 48227 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| JAMES OWENS | **Clm No 71601** | Filed In Cases: 140 | |
|---|---|---|---|
| 602 Pine Street | Class | Claim Detail Amount | Final Allowed Amount |
| Saraland, AL 36571 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| GUY OWENS | **Clm No 71602** | Filed In Cases: 140 | |
|---|---|---|---|
| 567 Mock Road | Class | Claim Detail Amount | Final Allowed Amount |
| West Monroe, LA 71292 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

535 of 3332

**Buel Owens**
4197 Coon Creek Rd.
Empire, AL 35063

**Clm No 71603**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Edrick Owens**
3011 36th Avenue
Tuscaloosa, AL 35401

**Clm No 71604**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Robert Owens**
2811 23rd Street
Tuscaloosa, AL 35401

**Clm No 71605**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## *Claims Details*

536 of 3332

| Dorothy Owens | | **Clm No 71606** | Filed In Cases: 140 | |
| 223 2Nd Street | | Class | Claim Detail Amount | Final Allowed Amount |
| Montgomery, AL 36110 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| JAMES OWENS | | **Clm No 71607** | Filed In Cases: 140 | |
| 130 Hummingbird Lane | | Class | Claim Detail Amount | Final Allowed Amount |
| Centreville, AL 35042 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| Allen Pace | | **Clm No 71608** | Filed In Cases: 140 | |
| c/o Williams Kherkher | | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | UNS | $1.00 | |
| Houston, TX 77017 | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

537 of 3332

---

**JOYCE PACE**
1409 Posey Avenue
Bessemer, AL 35020

**Clm No 71609**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dudley Packard**
521 24Th Ave North
Texas City, TX 77590

**Clm No 71610**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Morris Packer**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71611**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## *Claims Details*

538 of 3332

---

**Cleophas Packer**
C/o Mrs. Hubert Packer
516 Main Blvd.
Prichard, AL 36610

**Clm No 71612**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ARTURO PADILLA**
c/o Ms. Virginia Padilla
1226 Waverly St.
Houston, TX 77008

**Clm No 71613**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Tiofilo Padilla**
1142 Stone Road
Pearland, TX 77581

**Clm No 71614**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

539 of 3332

---

**EUGENE PADIO**
2401 Boss Street P.O. Box 1470
La Marque, TX 77568

**Clm No 71615**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Page**
3101 33rd St North
Birmingham, AL 35207

**Clm No 71616**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Paige**
C/o Lois N. Paige
2722 33rd Avenue North
Birmingham, AL 35207

**Clm No 71617**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                3/20/2018 3:18:45 PM

*Claims Details*                                                                                      540 of 3332

---

**EDWARD PAIGE**                      **Clm No 71618**      Filed In Cases: 140
928 Reedwood Lane
Birmingham, AL 35235                   Class            Claim Detail Amount        Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Woodrow Paige**                     **Clm No 71619**      Filed In Cases: 140
4607 Journey St.
Amarillo, TX 79110                    Class            Claim Detail Amount        Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Leroy Paige**                       **Clm No 71620**      Filed In Cases: 140
3428 N. 34 Terrace
Birmingham, AL 35207                  Class            Claim Detail Amount        Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

541 of 3332

**HENRY PAIGE**
1842 Francis Avenue, SW
Birmingham, AL 35211

**Clm No 71621**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**DAVE PAIGE**
1333 32nd Street, N
Birmingham, AL 35234

**Clm No 71622**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Herbert Pair**
c/o Herbert Pair, III
565 Surrey
Mobile, AL 36617

**Clm No 71623**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

542 of 3332

---

**Hillery Pair**
C/o Dorothy Pair
284 Forest Road
Hueytown, AL 35023

**Clm No 71624**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Baldemar Palacios**
c/o Lydia Palacios
343 County Road 425
Premont, TX 78375

**Clm No 71625**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**OVIDIO PALACIOS**
5334 Alejandro
Corpus Christi, TX 78415

**Clm No 71626**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:18:45 PM

*Claims Details*

543 of 3332

---

**MARVIN PALMER**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71627**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**David Palmer**
C/o Vincent Peoples
5416 First Drive West
Everett, WA 98203

**Clm No 71628**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES PALMER**
c/o Lois Palmer
6840 South Cottontail Run Ave.
Tucson, AZ 85756

**Clm No 71629**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

544 of 3332

**Samuel Palmer**
C/o Hazel P. Palmer
396 Spring Lane
Deatsville, AL 36022

**Clm No 71630**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Fred Palmer**
5739 21st Ave., East
Tuscaloosa, AL 35405

**Clm No 71631**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Susie Palmer**
47 18th Ave
Birmingham, AL 35205

**Clm No 71632**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

### Claims Details

545 of 3332

---

**THOMAS PALMER**
4044 Sherborne Rd.
Irondale, AL 35210

**Clm No 71633**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sylvester Palmer**
211 W. Main St
P.o.box 890
Eddyville, KY 42038

**Clm No 71634**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kirk Palmer**
14146 Paul Howell Road
Northport, AL 35475

**Clm No 71635**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

546 of 3332

| Willie Palmore | **Clm No 71636** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Williams Kherkher | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | |
| Houston, TX 77017 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| John Palmore | **Clm No 71637** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o Patricia Palmore Evans | Class | Claim Detail Amount | Final Allowed Amount |
| 1119 18th Street | | | |
| Tuscaloosa, AL 35401 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Turnbull Pamela | **Clm No 71638** | Filed In Cases: 140 | |
|---|---|---|---|
| 1701 Honey Creek Lane | Class | Claim Detail Amount | Final Allowed Amount |
| Cedar Park, TX 78613 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

547 of 3332

---

**JOSEPH PANGRAZIO**
112 S 4th Street
Dennison, OH 44621

**Clm No 71639**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Luther Pardue**
C/o Janie P. Chance
13094 Minnie Ola Drive
Mccalla, AL 35111

**Clm No 71640**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FRANK PARGO**
812 James Street
West Point, MS 39773

**Clm No 71641**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

### Claims Details

548 of 3332

**William Parham**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71642**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Eldridge Parham**
C/o Wanda P. Richardson
3729 2nd Avenue
Tuscaloosa, AL 35405

**Clm No 71643**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ivan Park**
c/o Steve Park
4504 Mohegan Circle
Pasadena, TX 77504

**Clm No 71644**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

549 of 3332

---

**Benjamin Park**
8285 County Road 222
Cullman, AL 35057

**Clm No 71645**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**George Park**
661 Ridge Top Circle
Birmingham, AL 35215

**Clm No 71646**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Roger Parker**
Post Office Box 90
Gordo, AL 35466

**Clm No 71647**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

550 of 3332

---

**Henry Parker**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71648**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wade Parker**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71649**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Curtis Parker**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71650**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## Claims Details

551 of 3332

| **Jim Parker** | **Clm No 71651** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o Violet L. Parker | Class | Claim Detail Amount | Final Allowed Amount |
| 1662 County Road 57 | | | |
| Newbern, AL 36765 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Elzie Parker** | **Clm No 71652** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o Tressie E. Parker | Class | Claim Detail Amount | Final Allowed Amount |
| 117 Green Ridge Road | | | |
| Hueytown, AL 35023 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Allen Parker** | **Clm No 71653** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o Reginald Parker | Class | Claim Detail Amount | Final Allowed Amount |
| 3201 Wenonah Road | | | |
| Birmingham, AL 35211 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

552 of 3332

---

**Jessie Parker**
c/o Ms. Lynette Parker Cotton
601 Edgemoor Drive
Homewood, AL 35209

**Clm No 71654**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**J.D. Parker**
c/o Melinda J. Parker
8400 Coleman Drive
Northport, AL 35473

**Clm No 71655**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Parker**
c/o Lenora Parker
10635 Bainbridge St.
Houston, TX 77016

**Clm No 71656**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

553 of 3332

**Robert Parker**
C/o Kathryn Parker
1315 Mcdonald Avenue
Canton, MS 39046

**Clm No 71657**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Johnie Parker**
c/o Johnnie D. Parker
1213 Michael Dr.
Alabaster, AL 35007

**Clm No 71658**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Parker**
C/o John D.parker, Jr.
549 Forest Trail
Montgomery, AL 36117-7503

**Clm No 71659**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

554 of 3332

| Henry Parker | **Clm No 71660** | Filed In Cases: 140 | |
| C/o Jeanette P. Haynes | Class | Claim Detail Amount | Final Allowed Amount |
| 213 Elrie Blvd. | | | |
| Bessemer, AL 35020 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| Henry Parker | **Clm No 71661** | Filed In Cases: 140 | |
| C/o James H. Parker | Class | Claim Detail Amount | Final Allowed Amount |
| 1821 Catala Road | | | |
| Birmingham, AL 35216 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| Henry Parker | **Clm No 71662** | Filed In Cases: 140 | |
| C/o Jacqueline Horton Bowser | Class | Claim Detail Amount | Final Allowed Amount |
| 4801 Cypress Creek Ave. East Apt. 603 | | | |
| Tuscaloosa, AL 35405 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

555 of 3332

**HERMAN PARKER**
c/o Herman Parker, Jr.
12315 Ellenville
Houston, TX 77089

**Clm No 71663**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed                9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Kelly Parker**
c/o Faye Parker
712 Salters Drive
Bessemer, AL 35023

**Clm No 71664**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed                9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Eddie Parker**
c/o Edna R. Parker
107 20th Avenue NE
Tuscaloosa, AL 35404

**Clm No 71665**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed                9-Dec-2016
Bar Date
Claim Face Value        $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

556 of 3332

---

**Roger Parker**
c/o Della Marie Smith
PO Box 731
Uniontown, AL 36786

**Clm No 71666**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BRUCE PARKER**
c/o Barbara Parker Mims
3730 Timberlake Road
Bessemer, AL 35023

**Clm No 71667**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alfred Parker**
C/o Alma B. Parker
13098 Muller Dr.
Cottondale, AL 35453

**Clm No 71668**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

557 of 3332

---

**Lofton Parker**
841 Cochise Trail
Birmingham, AL 35214

**Clm No 71669**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Parker**
750 Pinewood Ave
Hueytown, AL 35023

**Clm No 71670**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Parker**
7119 Rustling Oaks Dr.
Richmond, TX 77469

**Clm No 71671**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

558 of 3332

| | | |
|---|---|---|
| **Ginny Parker** | **Clm No 71672** | Filed In Cases: 140 |
| 7005 Melanie Drive | | |
| Pensacola, FL 32505 | Class | Claim Detail Amount | Final Allowed Amount |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| | | |
|---|---|---|
| **Robert Parker** | **Clm No 71673** | Filed In Cases: 140 |
| 541 42 Place North | | |
| Birmingham, AL 35222 | Class | Claim Detail Amount | Final Allowed Amount |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| | | |
|---|---|---|
| **William Parker** | **Clm No 71674** | Filed In Cases: 140 |
| 540 5th Street | | |
| P.o. Box 453 | | |
| Hayden, AL 35079 | Class | Claim Detail Amount | Final Allowed Amount |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                 **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

559 of 3332

---

**OSCAR PARKER**
4300 40th Court, N
Birmingham, AL 35217

**Clm No 71675**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dallas Parker**
3144 34th Court North
Birmingham, AL 35207

**Clm No 71676**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Pinkie Parker**
2712  31st Avenue  North
Apt.  # 601
Birmingham, AL 35207

**Clm No 71677**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**KENNETH PARKER**
122 E Crest Rd.
Hueytown, AL 35023

**Clm No 71678**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANDREW PARKER**
11155 North Bayou View Drive
Gonzales, LA 70737

**Clm No 71679**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Floyd Parks**
P. O. Box 1055
Wilmer, AL 36587

**Clm No 71680**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

561 of 3332

| **Charles Parks** | **Clm No 71681** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Joy Kendrick | Class | Claim Detail Amount | Final Allowed Amount |
| 5597 Eastern Valley | | | |
| McCalla, AL 35111 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **MARK PARMER** | **Clm No 71682** | Filed In Cases: 140 | |
|---|---|---|---|
| 15503 Hwy 64 West | Class | Claim Detail Amount | Final Allowed Amount |
| Tyler, TX 75704 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **MARK PARMER** | **Clm No 71683** | Filed In Cases: 140 | |
|---|---|---|---|
| 15503 Hwy 64 West | Class | Claim Detail Amount | Final Allowed Amount |
| Tyler, TX 75704 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

562 of 3332

| Calvin Parnell | | **Clm No 71684** | Filed In Cases: 140 | |
|---|---|---|---|---|
| c/o Williams Kherkher | | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | | |
| Houston, TX 77017 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| BEN PARNELL | | **Clm No 71685** | Filed In Cases: 140 | |
|---|---|---|---|---|
| c/o Williams Kherkher | | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | | |
| Houston, TX 77017 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| Lewis Parnell | | **Clm No 71686** | Filed In Cases: 140 | |
|---|---|---|---|---|
| c/o Williams Kherkher | | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | | |
| Houston, TX 77017 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

563 of 3332

---

**LEONARD PARNELL**
Box 7825 Hwy 17
Deer Park, AL 36529

**Clm No 71687**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Leon Parnell**
2128 Hawthorne Road
Tibbie, AL 36583

**Clm No 71688**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Hubert Parris**
C/o Willodean D. Parris
1627 Hunters Run
Tuscaloosa, AL 35405

**Clm No 71689**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

564 of 3332

---

**STEPHEN PARRIS**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71690**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Leroy Parrish**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71691**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard Parrish**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71692**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

565 of 3332

---

**BARRY PARSON**
8646 Stewart Dr.
Trussville, AL 35173

**Clm No 71693**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ronald Parsons**
C/o Lisa P. Hudson
515 Nail Road
Kimberly, AL 35091

**Clm No 71694**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sam Parsons**
C/o Freddie C. Risenstein
111 Shades Crest Road
Hoover, AL 35226

**Clm No 71695**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                 566 of 3332

---

**Marvin Parsons**
944 Alliance Road
Bessemer, AL 35023

**Clm No 71696**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Parsons**
10567 Lock 17 Road
Adger, AL 35006

**Clm No 71697**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Eulas Partain**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71698**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

567 of 3332

---

**Lonnie Partridge**
c/o Lonnie Mae Savage
612 Avenue Z
Birmingham, AL 35214

**Clm No 71699**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**William Partridge**
c/o Joyce C. Barber
1406 King Circle
Pell City, AL 35125

**Clm No 71700**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Betty Patchen**
Post Office Box 132
Kennedy, AL 35574

**Clm No 71701**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**            **Visit us on the Web at www.omnimgt.com**            **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**                 **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

568 of 3332

---

**JACK PATE**
Route 4, Box 241
Gordo, AL 35466

**Clm No 71702**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Linda Pate**
Route 2 Box 36
Gordo, AL 35466

**Clm No 71703**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Morres Pate**
P.O. Box 44
Redwater, TX 75573

**Clm No 71704**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

569 of 3332

---

**Robert Pate**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71705**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carl Pate**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71706**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Luther Pate**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71707**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

570 of 3332

| **Lloyd Pate** | **Clm No 71708** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o Shelia Posey | Class | Claim Detail Amount | Final Allowed Amount |
| 1080 County Road 73 | | | |
| Randolph, AL 36792 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Bobby Pate** | **Clm No 71709** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Nathan Pate | Class | Claim Detail Amount | Final Allowed Amount |
| 826 Ben Elmore Rd. | | | |
| Gordo, AL 35466 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Coley Pate** | **Clm No 71710** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Jamie Nadeau | Class | Claim Detail Amount | Final Allowed Amount |
| 73 Helena St. | | | |
| East Aboga, AL 36260 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

571 of 3332

---

**Dorothy Pate**
4701 Highway 69 North
Northport, AL 35476

**Clm No 71711**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew Pate**
408 31st Ave., East
Tuscaloosa, AL 35404

**Clm No 71712**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GUSSIE PATE**
3929 40th Avenue, N
Birmingham, AL 35217

**Clm No 71713**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

572 of 3332

---

**CLARENCE PATE**
314 5Th Street Se
Aliceville, AL 35442

**Clm No 71714**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**JOSEPH PATE**
2814 Jackson Road
Morris, AL 35116

**Clm No 71715**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Robert Pate**
15483 Hwy 82 West
Coker, AL 35452

**Clm No 71716**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

573 of 3332

---

**William Pate**
1510 56th Ave East
Tuscaloosa, AL 35404

**Clm No 71717**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----------------|-----------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Price Pate**
14812 Cypress Creek Road
Fosters, AL 35463

**Clm No 71718**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----------------|-----------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wotipka Patricia**
1621 Zapalac Road
La Grange, TX 78945

**Clm No 71719**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|-----------------|-------------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## Claims Details

574 of 3332

---

**David Patrick**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71720**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Joe Patrick**
C/o Walter Lee Patrick
Route 2, Box 295
Grove Hill, AL 35421

**Clm No 71721**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**James Patrick**
c/o James H. Patrick, Jr.
3341 Zephyr Dr.
Mobile, AL 36695

**Clm No 71722**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

575 of 3332

**James Patrick**
c/o Ira H. Patrick
509 Energy Center Blvd. Ste 802
Northport, AL 35473

**Clm No 71723**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Charles Patrick**
7232 Oporto-Madrid Blvd.
Birmingham, AL 35206

**Clm No 71724**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Charlie Patrick**
319 Reuben Ave.
Saraland, AL 36571

**Clm No 71725**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

576 of 3332

---

**James Patrick**
301 E Broadway
Summerdale, AL 36580
Pensacola, FL 32534

**Clm No 71726**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Fautheree Patsy**
3314 Mayberry
Enid, OK 73703

**Clm No 71727**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**BOBBY PATTERSON**
P.O. Box 341
Sipsey, AL 35584-

**Clm No 71728**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

577 of 3332

| George Patterson | **Clm No 71729** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Williams Kherkher | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | |
| Houston, TX 77017 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Joseph Patterson | **Clm No 71730** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o Wilene Prewitt | Class | Claim Detail Amount | Final Allowed Amount |
| 11172 Lake Robinwood Road | | | |
| Coker, AL 35452 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Alfred Patterson | **Clm No 71731** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o Daryl Patterson | Class | Claim Detail Amount | Final Allowed Amount |
| P.o .box 473 | | | |
| Gordo, AL 35466 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

578 of 3332

| **Alfred Patterson** | | **Clm No 71732** | Filed In Cases: 140 | |
|---|---|---|---|---|
| C/o Betty Patterson | | Class | Claim Detail Amount | Final Allowed Amount |
| 617 Sadler Ave | | | | |
| Bessemer, AL 35020 | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **Charles Patterson** | | **Clm No 71733** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 607  Jackson Blvd. | | Class | Claim Detail Amount | Final Allowed Amount |
| Tarrant, AL 35217 | | | | |
| | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **EDWIN PATTERSON** | | **Clm No 71734** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 505 Live Oak Circle | | Class | Claim Detail Amount | Final Allowed Amount |
| Fairfield, AL 35064 | | | | |
| | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:18:45 PM

*Claims Details*

579 of 3332

---

**George Patterson**
2220 Headrick Road
Bessemer, AL 35023

<u>Clm No 71735</u>    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Henry Patterson**
1723 16th Place North
Birmingham, AL 35204

<u>Clm No 71736</u>    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Norman Patton**
Route 1 Box 228
Vinegar Bend, AL 36584

<u>Clm No 71737</u>    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

580 of 3332

---

**George Patton**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71738**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Claude Patton**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71739**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Patton**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71740**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:18:45 PM

---

*Claims Details*                                                                     581 of 3332

---

| William Patton | **Clm No 71741** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o William Edward Patton | Class | Claim Detail Amount | Final Allowed Amount |
| 3615 Willowwalk Drive | | | |
| Saraland, AL 36571-8400 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| Jimmie Patton | **Clm No 71742** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o Ronald A. Davidson, Attorney | Class | Claim Detail Amount | Final Allowed Amount |
| 1107 5th Avenue Nortth | | | |
| Birmingham, AL 35203 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| Leslie Patton | **Clm No 71743** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Eva Patton | Class | Claim Detail Amount | Final Allowed Amount |
| 12360 Upper Columbus Rd. | | | |
| Coker, AL 35452 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

582 of 3332

**George Patton**
6926 43rd Street
Northport, AL 35473

**Clm No 71744**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-----------------|------------|
| Date Filed      | 9-Dec-2016 |
| Bar Date        |            |
| Claim Face Value | $1.00     |

**James Patton**
2609 Princeton S.w.
Birmingham, AL 35211

**Clm No 71745**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-----------------|------------|
| Date Filed      | 9-Dec-2016 |
| Bar Date        |            |
| Claim Face Value | $1.00     |

**Mcgrady Patton**
240 Hudson Mavis Road
Columbia, MS 39429

**Clm No 71746**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-----------------|------------|
| Date Filed      | 9-Dec-2016 |
| Bar Date        |            |
| Claim Face Value | $1.00     |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                                 583 of 3332

---

**A. Paul**                              **Clm No 71747**     Filed In Cases: 140
4322 Ponca
Pasadena, TX 77504                       Class           Claim Detail Amount        Final Allowed Amount

                                         UNS                  $1.00
                                                             $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**R. Paul**                              **Clm No 71748**     Filed In Cases: 140
409 West Lott
Kingsville, TX 78363                     Class           Claim Detail Amount        Final Allowed Amount

                                         UNS                  $1.00
                                                             $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Charles Paxson**                       **Clm No 71749**     Filed In Cases: 140
1447 Larkin Rd.
Spring Hill, FL 34608                    Class           Claim Detail Amount        Final Allowed Amount

                                         UNS                  $1.00
                                                             $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:18:45 PM

*Claims Details*

584 of 3332

---

**Harry Payne**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71750**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Raymond Payne**
c/o Rosemary Roberts
418 Calvin St.
Dayton, TX 77535

**Clm No 71751**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Payne**
C/o Paulette D. Payne
1888 Kent Circle
Leeds, AL 35094-3549

**Clm No 71752**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

585 of 3332

| James Payne | **Clm No 71753** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o Marjorie L. Payne | Class | Claim Detail Amount | Final Allowed Amount |
| 3706 Shore View Drive | | | |
| Tuscaloosa, AL 35405 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Clarence Payne | **Clm No 71754** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o Janice Payne | Class | Claim Detail Amount | Final Allowed Amount |
| 585 Eastern Valley Road | | | |
| Bessemer, AL 35020 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Commodore Payne | **Clm No 71755** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o Bobbie Payne | Class | Claim Detail Amount | Final Allowed Amount |
| 936 Mcclain Road | | | |
| Bessemer, AL 35023 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

### Claims Details

586 of 3332

---

**William Payne**
7420 Chapelwood Drive
North Port, AL 35473

**Clm No 71756**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Payne**
521 24th Street North
Bessemer, AL 35020

**Clm No 71757**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES PAYNE**
1412 Rolling Ridge Circle
Pleasant Grove , AL 35127

**Clm No 71758**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                           587 of 3332

---

**FRALIE PEAGLER**                    **Clm No 71759**    Filed In Cases: 140
PO Box 11651
Birmingham , AL 35202          | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Richard Pearce**                    **Clm No 71760**    Filed In Cases: 140
3838 1st Street West
Birmingham, AL 35207          | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**June Pearman**                    **Clm No 71761**    Filed In Cases: 140
C/o Faye Mcmurry Pearman
4621 Bonnett Circle
Birmingham, AL 35235          | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

588 of 3332

| | | |
|---|---|---|
| **Keith Pearsall** | **Clm No 71762** | Filed In Cases: 140 |
| 450 West 7th Street #208 | | |
| Tulsa, OK 74119 | | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

| | | |
|---|---|---|
| **Selmon Pearson** | **Clm No 71763** | Filed In Cases: 140 |
| P.o. Box 7913 | | |
| Mobile, AL 36670 | | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| | | |
|---|---|---|
| **Audrey Pearson** | **Clm No 71764** | Filed In Cases: 140 |
| c/o Williams Kherkher | | |
| 8441 Gulf Fwy #600 | | |
| Houston, TX 77017 | | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

### Claims Details

589 of 3332

**Fred Pearson**
C/o Louise P. Norman
1904 16th Avenue North
Birmingham, AL 35234

**Clm No 71765**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROBERT PEARSON**
c/o Gary R. Pearson
c/o Gary R. Pearson
Lincoln, NE 68510

**Clm No 71766**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jessie Pearson**
C/o Bobbie K. Pearson
3411 Royal Oak Circle
Northport, AL 35473

**Clm No 71767**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

590 of 3332

---

**Billy Pearson**
1803 25Th Avenue
Northport, AL 35476

**Clm No 71768**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------------------|-----------|
| Date Filed        | 9-Dec-2016 |
| Bar Date          |           |
| Claim Face Value  | $1.00     |

---

**Donald Pearson**
13 Spring Haven Circle S.w.
Birmingham, AL 35211

**Clm No 71769**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------------------|-----------|
| Date Filed        | 9-Dec-2016 |
| Bar Date          |           |
| Claim Face Value  | $1.00     |

---

**Clarence Peasant**
c/o Walter Peasant
2534 West 63rd Ct.
Merrillville, IN 46410

**Clm No 71770**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------------------|-----------|
| Date Filed        | 9-Dec-2016 |
| Bar Date          |           |
| Claim Face Value  | $1.00     |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

591 of 3332

---

**JANICE PECK**
930 5th Street West
Port Arthur, TX 77640

**Clm No 71771**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHN PEDRAZA**
7519 Eagles Ledge
San Antonio, TX 78249

**Clm No 71772**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Eather Peebles**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71773**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                      592 of 3332

---

**Madison Pelt**                          **Clm No 71774**    Filed In Cases: 140

Leola Pelt, c/o D. Sims Crawford          Class         Claim Detail Amount      Final Allowed Amount

P.O. Box 10848                            UNS                  $1.00

Birmingham, AL 35202                                           $1.00

Date Filed             9-Dec-2016

Bar Date

Claim Face Value       $1.00

---

**GEORGE PENA**                           **Clm No 71775**    Filed In Cases: 140

c/o Mary Jo Pena                          Class         Claim Detail Amount      Final Allowed Amount

10210 Sageplum                            UNS                  $1.00

Houston, TX 77089                                              $1.00

Date Filed             9-Dec-2016

Bar Date

Claim Face Value       $1.00

---

**Israel Pena**                           **Clm No 71776**    Filed In Cases: 140

c/o Juanita Sanchez                       Class         Claim Detail Amount      Final Allowed Amount

1033 Lincoln St.                          UNS                  $1.00

Alice, TX 78332                                                $1.00

Date Filed             9-Dec-2016

Bar Date

Claim Face Value       $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

593 of 3332

| **Eugene Pena** | **Clm No 71777** | Filed In Cases: 140 | |
|---|---|---|---|
| 7614 Van Ness St. | Class | Claim Detail Amount | Final Allowed Amount |
| Houston, TX 77037 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **EUGENIO PENA** | **Clm No 71778** | Filed In Cases: 140 | |
|---|---|---|---|
| 2833 Niagra | Class | Claim Detail Amount | Final Allowed Amount |
| Corpus Christi, TX 78405 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **JOSE PENA** | **Clm No 71779** | Filed In Cases: 140 | |
|---|---|---|---|
| 179 San Agustin | Class | Claim Detail Amount | Final Allowed Amount |
| Rio Grande City, TX 78582 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

594 of 3332

---

**ALBERT PENDER**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71780**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**J.C. Pendleton**
P. O. Box 604
Sabinal, TX 78881

**Clm No 71781**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rushley Pendleton**
3909 Willow Ave S.w.
Birmingham, AL 35221

**Clm No 71782**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

595 of 3332

---

**Cullen Pendley**
Post Office Box 244
Berry, AL 35546

**Clm No 71783**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ozell Penley**
4518 Cades Cove Drive
Gardendale, AL 35071-3664

**Clm No 71784**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Herbert Pennington**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71785**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

596 of 3332

---

**Dora Pennington**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71786**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Pennington**
c/o Mary Pennington
2803 35th Ave North
Birmingham, AL 35207

**Clm No 71787**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Howell Pennington**
c/o Lisa K. LeBlanc
3015 Rushing Brook Dr.
Kingwood, TX 77345

**Clm No 71788**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

597 of 3332

| Raymond Pennington | | **Clm No 71789** | Filed In Cases: 140 | |
|---|---|---|---|---|
| c/o Joyce M. Carpenter | | Class | Claim Detail Amount | Final Allowed Amount |
| 20 Bihorn Road | | | | |
| Superior, MT 59872 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Ted Pennington | | **Clm No 71790** | Filed In Cases: 140 | |
|---|---|---|---|---|
| c/o Erin Pennington | | Class | Claim Detail Amount | Final Allowed Amount |
| 17710 Willow Pong | | | | |
| Alvin, TX 77511 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| James Pennington | | **Clm No 71791** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 5212 Crestview Way | | Class | Claim Detail Amount | Final Allowed Amount |
| Dora, AL 35062 | | | | |
| | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

598 of 3332

---

**ROWENA PENNINGTON**
2414 Jess Lyons Rd
Columbus, MS 39701

**Clm No 71792**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 9-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Thomas Pennington**
1039 Elm Crest Drive
New Ulm, TX 78950

**Clm No 71793**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 9-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Theodore Peoples**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71794**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 9-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

599 of 3332

---

**Tommy Peoples**
C/o Sarah W. Peoples
526 Larue Street
Birmingham, AL 35206

**Clm No 71795**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Newton Peoples**
C/o Hazel Pauline D. Peoples
2819 Circle Drive
Hueytown, AL 35023

**Clm No 71796**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**John Peoples**
672 Hinson Ave
Prichard, AL 36610

**Clm No 71797**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

600 of 3332

---

**ARTHUR PERCY**
c/o Deborah Harris
1030 17th St. North
Bessemer, AL 35020

**Clm No 71798**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mertice Perdue**
C/o Roena P. Loftin
3711 S. Peach Hollow Circle
Pearland, TX 77584

**Clm No 71799**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HUBERT PERDUE**
c/o Dorothy Purdue
9920 Pope Terrace
Birmingham, AL 35217

**Clm No 71800**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

601 of 3332

**Jimmy Perdue**
C/o Dolla Dean Perdue
4228 39th Ave. North
Birmingham, AL 35217

**Clm No 71801**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**JOSEPH PERDUE**
9312 Evans Circle
Birmingham, AL 35206

**Clm No 71802**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Joe Perez**
c/o Sally Lopez
937 Bradshaw
Corpus Christi, TX 78412

**Clm No 71803**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                       602 of 3332

---

**Juan Perez**                                    **Clm No 71804**    Filed In Cases: 140
2454 W. Hwy 44
San Diego, TX 78384                    Class              Claim Detail Amount        Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Alberto Perez**                                 **Clm No 71805**    Filed In Cases: 140
1194 Florida Ave
Corpus Christi, TX 78404               Class              Claim Detail Amount        Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Adan Perez**                                    **Clm No 71806**    Filed In Cases: 140
11641 Leopard St. Apt# 2101
Corpus Christi, TX 78410               Class              Claim Detail Amount        Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:18:45 PM

### Claims Details

603 of 3332

| Farris Perkins | **Clm No 71807** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Williams Kherkher | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | |
| Houston, TX 77017 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Fred Perkins | **Clm No 71808** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Williams Kherkher | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | |
| Houston, TX 77017 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| HINES PERKINS | **Clm No 71809** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Shirley Perkins | Class | Claim Detail Amount | Final Allowed Amount |
| 8788 Fairlane Drive | | | |
| Denham Springs, LA 70726 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

604 of 3332

---

**Paul Perkins**
C/o Roger Perkins
421 53rd Street
Fairfield, AL 35064

**Clm No 71810**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Perkins**
c/o Mary Perkins
1316 19th St. S.W.
Birmingham, AL 35211

**Clm No 71811**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joseph Perkins**
C/o Grace H. Perkins
6032 Blocton Ave
Birmingham, AL 35228

**Clm No 71812**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

605 of 3332

---

**Elizah Perkins**
C/o Daisy Mae Davis
P.O. Box 58
Pine Apple, AL 36768

**Clm No 71813**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kathryn Perkins**
5505 Park Street
Satsuma, AL 36572

**Clm No 71814**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Perkins**
298 E Plum St.
Columbus, MS 39702

**Clm No 71815**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

606 of 3332

---

**SAMUEL PERKINS**
107 Pinewood Drive
West Monroe, LA 71291-7705

**Clm No 71816**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Daniel Perry**
P.O. Box 144
Sheridan, CA 95681

**Clm No 71817**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Perry**
P. O. Box 285
Adamsville, AL 35005

**Clm No 71818**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

607 of 3332

| Lila Perry | | **Clm No 71819** | Filed In Cases: 140 | |
|---|---|---|---|---|
| c/o Williams Kherkher | | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | | |
| Houston, TX 77017 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Paul Perry | | **Clm No 71820** | Filed In Cases: 140 | |
|---|---|---|---|---|
| c/o Williams Kherkher | | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | | |
| Houston, TX 77017 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Wallace Perry | | **Clm No 71821** | Filed In Cases: 140 | |
|---|---|---|---|---|
| C/o Mrs. Nyra Perry Rigby | | Class | Claim Detail Amount | Final Allowed Amount |
| 4125 Savanah St. | | | | |
| Northport, AL 35473 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

### Claims Details

608 of 3332

---

**John Perry**
C/o Michael Ann Perry
2737 Exeter Avenue
Bessemer, AL 35020

**Clm No 71822**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALBERT PERRY**
c/o Johnny Michael Perry, Executor
3535 Rose Hill Dr.
Pinson, Al 35126

**Clm No 71823**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Homer Perry**
c/o Homer Perry, Jr.
11203 Hagler Coaling Rd.
Coaling, AL 35453

**Clm No 71824**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

609 of 3332

---

**Lester Perry**
C/o Gwendolyn Hentley
#8 Ninth  Court North
Birmingham, AL 35204

**Clm No 71825**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**David Perry**
C/o Dorothy Perry
2208 Barretts Lane
Mobile, AL 36617

**Clm No 71826**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lewis Perry**
C/o Bernie Browder
226 East Way
Midfield, AL 35228

**Clm No 71827**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 3:18:45 PM

*Claims Details*                                                                              610 of 3332

---

**James Perry**                    **Clm No 71828**    Filed In Cases: 140
5020 Glo Ann Dr.
Eight Mile, AL 36613               Class               Claim Detail Amount    Final Allowed Amount

                                   UNS                 $1.00
                                                       $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**JOHNNY PERRY**                   **Clm No 71829**    Filed In Cases: 140
3535 Rose Hill Dr.
Pinson, AL 35126                   Class               Claim Detail Amount    Final Allowed Amount

                                   UNS                 $1.00
                                                       $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**K. Perry**                       **Clm No 71830**    Filed In Cases: 140
2713 Manchester Dr.
Oklahoma, OK 73120                 Class               Claim Detail Amount    Final Allowed Amount

                                   UNS                 $1.00
                                                       $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

## Claims Details

**Leroy Perry**
2274 Treadwell Rd.
Birmingham, AL 35217

**Clm No 71831**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lawrence Perry**
14795 Hwy 140
Coker, AL 35452

**Clm No 71832**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas Perry**
1428 Heron Drive
Birmingham, AL 35214

**Clm No 71833**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

612 of 3332

---

**CECIL PERRY**
108 Coles Branch Dr
Pelham, AL 35124

**Clm No 71834**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Huey Person**
7412 Naples Ave South
Birmingham, AL 35206

**Clm No 71835**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Willard Peters**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71836**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

613 of 3332

---

**Charles Peters**
c/o Joyce E. Peters
107 Henry Moore Avenue
Louisville, MS 39339

**Clm No 71837**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Peters**
C/o John T. Peters
Rr1 Box 212
Grafton,  West Va,  26354-9737

**Clm No 71838**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas Peters**
c/o Carol Larkin
1249 County Road 13800
Paris, TX 75462

**Clm No 71839**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

614 of 3332

**JESSIE PETERSON**

C/o Ruby Peterson

4908 25th Street

Tuscaloosa, AL 35401

**Clm No 71840**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016

Bar Date

Claim Face Value          $1.00

**Mcarthur Peterson**

c/o Randall Peterson

1420 Elizabeth Ave.

Birmingham, AL 35217

**Clm No 71841**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016

Bar Date

Claim Face Value          $1.00

**Isaac Peterson**

c/o Glenn Peterson

376 Killough Cir.

Birmingham, AL 35215

**Clm No 71842**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016

Bar Date

Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

615 of 3332

---

**Rolax Peterson**
7748 County Rd. 32
Greensboro, AL 36744

**Clm No 71843**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Henry Peterson**
14450 Peterson Lane
Bay Minette, AL 36507

**Clm No 71844**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHN PETERSON**
1384 Barrett Lane
Starkville, MS 39759

**Clm No 71845**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

616 of 3332

---

**Jean Peterson**
1132 Five Mile Road
Birmingham, AL 35215

**Clm No 71846**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Donal Peterson**
1105 Southview Lane, Suite 136
Tuscaloosa, AL 35405

**Clm No 71847**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Petrey**
1508 Celeste Road
Saraland, AL 36571

**Clm No 71848**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

617 of 3332

---

**Edward Petru**
10613 Kingwood
Corpus Christi, TX 78410

**Clm No 71849**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**William Petry**
C/o Opal A. Englebert Petry
37 Cedar Knoll
Tuscaloosa, AL 35405

**Clm No 71850**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Hersey Pettaway**
12323 Glenn River Dr.
Houston, TX 77050

**Clm No 71851**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

618 of 3332

---

**Eddie Pettigrew**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71852**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CLINTON PETTWAY**
PO Box 101
Boykin, AL 36723

**Clm No 71853**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOSEPH PETTWAY**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71854**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

619 of 3332

---

**Ollis Pettway**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71855**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Earnest Pettway**
c/o Tracy Hunter
153 Emogene Place
Mobile, AL 36606

**Clm No 71856**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Curtis Pettway**
c/o Shirley T. Pettway
1125 Baltimore Street
Mobile, AL 36605

**Clm No 71857**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

620 of 3332

---

**Eddie Pettway**
3742 Liles Lane
Humble, TX 77396

**Clm No 71858**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rush Pettway**
205 East Ann Drive
Birmingham, AL 35211

**Clm No 71859**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MAUDINE PETTY**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71860**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                 621 of 3332

| Floyd Petty | **Clm No 71861** | Filed In Cases: 140 | |
|---|---|---|---|
| 1646 Medlan Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Tuscaloosa, AL 35405 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Randolph Pettys | **Clm No 71862** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Loeona Pettys | Class | Claim Detail Amount | Final Allowed Amount |
| 1810 Alcorn Road | UNS | $1.00 | |
| Valrico, FL 33594 | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Herbert Phelps | **Clm No 71863** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Williams Kherkher | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | UNS | $1.00 | |
| Houston, TX 77017 | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                             622 of 3332

---

**CELESTINE PHILIPPI**                    **Clm No 71864**    Filed In Cases: 140
c/o Mrs. Dolores Philippi
147 11th Avenue North                     Class          Claim Detail Amount      Final Allowed Amount
Waite Park, MN 56387
                                          UNS                   $1.00
                                                                $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**WILLIAM PHILLIPS**                      **Clm No 71865**    Filed In Cases: 140
Route 1, Box 287
Pine Hill, AL 36769                       Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                   $1.00
                                                                $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Donald Phillips**                       **Clm No 71866**    Filed In Cases: 140
P.o. Box 773
Fultondale, AL 35068                      Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                   $1.00
                                                                $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

623 of 3332

| Harrison Phillips | **Clm No 71867** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Willie Margaret Garrett | Class | Claim Detail Amount | Final Allowed Amount |
| 1418 N. 25th St. | | | |
| Milwaukee, WI 53205 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| James Phillips | **Clm No 71868** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Williams Kherkher | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | |
| Houston, TX 77017 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| CLIFTON PHILLIPS | **Clm No 71869** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Williams Kherkher | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | |
| Houston, TX 77017 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

624 of 3332

---

**Johnnie Phillips**
C/o Van Alystin Phillips
5155 Crowley
Birmingham, AL 35210

**Clm No 71870**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CHARLES PHILLIPS**
c/o Moen L. Phillips
2816 N. 65th St.
Kansas City, KS 66104

**Clm No 71871**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carl Phillips**
c/o Minnie Phillips
702 Pecan Street
Bonham, TX 75418

**Clm No 71872**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

625 of 3332

| **James Phillips** | **Clm No 71873** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o Marietta P. Hudson. | Class | Claim Detail Amount | Final Allowed Amount |
| 825 4th Avenue West | | | |
| Birmingham, AL 35204 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **John Phillips** | **Clm No 71874** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Jennifer P. Archer Matthews | Class | Claim Detail Amount | Final Allowed Amount |
| 876 C.R. 8 | | | |
| Gilbertown, AL 36908 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **James Phillips** | **Clm No 71875** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o James Phillips, Jr. | Class | Claim Detail Amount | Final Allowed Amount |
| 5013 Montego Bay | | | |
| Irving, TX 75038 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## *Claims Details*

626 of 3332

| Earl Phillips | **Clm No 71876** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o Earl W. Phillips | Class | Claim Detail Amount | Final Allowed Amount |
| 7360 Bethel Road | | | |
| Dora, AL 35062 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Glenn Phillips | **Clm No 71877** | Filed In Cases: 140 | |
|---|---|---|---|
| 863 Waldrop Road | Class | Claim Detail Amount | Final Allowed Amount |
| Oakman, AL 35579 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Larry Phillips | **Clm No 71878** | Filed In Cases: 140 | |
|---|---|---|---|
| 7124 Wetmoreland Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Fairfield, AL 35064 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

627 of 3332

---

**WILLIAM PHILLIPS**
4383 Country Rd. 1725
Holly Pond, AL 35083

**Clm No 71879**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**TALMADGE PHILLIPS**
3193 N Walston Bridge Road
Jasper, AL 35504

**Clm No 71880**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Frank Phillips**
2612 Mitchell Road
Bessemer, AL 35020

**Clm No 71881**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

628 of 3332

---

**Nona Phillips**
210 Puckett Circle
Carrollton, AL 35447

**Clm No 71882**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHN PHILLIPS**
202 Wisconsin Ave
Muscle Shoals, AL 35661-3158

**Clm No 71883**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jimmy Phillips**
126 Fennell Street
Sumiton, AL 35148

**Clm No 71884**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                            629 of 3332

| Danny Phipps | **Clm No 71885** | Filed In Cases: 140 | |
|---|---|---|---|
| 16634 Lake Circle | Class | Claim Detail Amount | Final Allowed Amount |
| Conroe, TX 77302 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| George Pickens | **Clm No 71886** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o George Pickens, Jr. | Class | Claim Detail Amount | Final Allowed Amount |
| 1637 51 St., E-no 5 | | | |
| Birmingham, AL 35208 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Johnie Pickens | **Clm No 71887** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Christine Pickens | Class | Claim Detail Amount | Final Allowed Amount |
| 3418 37th Ave. | | | |
| Tuscaloosa, AL 35401 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

630 of 3332

---

**Ross Pickett**
C/o William Pickett
321 55th Street
Fairfield, AL 35064

**Clm No 71888**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Walter Pickett**
C/o Robert E. Pickett
1128 Riverchase Pkwy West
Birmingham, AL 35244

**Clm No 71889**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Edward Pickett**
c/o Paulette Verm
6815 Highland Road
Santa Fe, TX 77517

**Clm No 71890**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

### Claims Details

631 of 3332

**Tom Pickett**
C/o Kenyara Pickett
2904 Wenonah Drive, S.w.
Birmingham, AL 35211

**Clm No 71891**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Alvin Pickle**
C/o Elizabeth Pickle
572 Bevins Brookside Road
Brookside, AL 35036

**Clm No 71892**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Chesley Pierce**
P.O. Box 1260
Theodore, AL 36590

**Clm No 71893**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

### Claims Details

632 of 3332

---

**Joe Pierce**
c/o Vickie S. Pierce
3708 Dirby Downs Drive
Tuscaloosa, AL 35405

**Clm No 71894**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lois Pierce**
C/o Martha A. Pierce
124 Pinewood Avenue
Heuytown, AL 35023

**Clm No 71895**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Calvin Pierce**
C/o Ina Mae Pierce
6273 Highway 612
Lucedale, MS 39452

**Clm No 71896**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

633 of 3332

---

**LORTON PIERCE**
c/o Audrey Herd, Executrix
123 Ginger Drive
Pottsboro, TX 75076-7049

**Clm No 71897**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Christine Pierce**
5359 Emmett Drive
Satsuma, AL 36572

**Clm No 71898**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Pierce**
4844 Yonderhill Drive
Birmingham, AL 35207

**Clm No 71899**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                             634 of 3332

---

**SAMUEL PIERCE**                          **Clm No 71900**    Filed In Cases: 140
11021 Woodland Drive
Mc Calla, AL 35111                         Class          Claim Detail Amount      Final Allowed Amount

                                           UNS                    $1.00
                                                                  $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Samuel Pierson**                         **Clm No 71901**    Filed In Cases: 140
C/o Bertha Pierson
17113 Wire Road                            Class          Claim Detail Amount      Final Allowed Amount
Vance, AL 35490
                                           UNS                    $1.00
                                                                  $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Thomas Pierson**                         **Clm No 71902**    Filed In Cases: 140
6216 Cotton Wood Place
Cottondale, AL 35453                       Class          Claim Detail Amount      Final Allowed Amount

                                           UNS                    $1.00
                                                                  $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

635 of 3332

---

**Bartley Pierson**
5091 Vance Road
West Blocton, AL 35184

**Clm No 71903**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joe Pike**
P.o. Box 135
Carbon Hill, AL 35549

**Clm No 71904**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROBERT PILKINGTON**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71905**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

636 of 3332

---

**Ora Pilkington**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71906**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--------------------|-------------|
| Date Filed         | 9-Dec-2016  |
| Bar Date           |             |
| Claim Face Value   | $1.00       |

---

**JEROME PILKINGTON**
c/o Dorothy Pilkington
22 Fernwood Lane
Sterrett, AL 35147

**Clm No 71907**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--------------------|-------------|
| Date Filed         | 9-Dec-2016  |
| Bar Date           |             |
| Claim Face Value   | $1.00       |

---

**HARVEY PILKINGTON**
11 Fernwood Lane
Sterrett, AL 35147

**Clm No 71908**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--------------------|-------------|
| Date Filed         | 9-Dec-2016  |
| Bar Date           |             |
| Claim Face Value   | $1.00       |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

637 of 3332

---

**Ruben Pineda**
579 CR 402
Falfurrias, TX 78355-5629

**Clm No 71909**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Louis Pinkard**
1128 Red Oak Circle
Fairfield, AL 35064

**Clm No 71910**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Haywood Pippens**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71911**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

638 of 3332

---

**William Pitt**
c/o Bama Pitt
1701 Gill Road
Mobile, AL 36605

**Clm No 71912**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Burnon Pitts**
C/o Angle Pitts
1042 Daulphin Island Pkwy, Apt B
Mobile, AL 36605

**Clm No 71913**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOSEPH PITTS**
750 County Road 54
Bremen, AL 35033

**Clm No 71914**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

639 of 3332

---

**FLOYD PITTS**

11 Kimberley Drive

Laurel, MS 39440-1886

**Clm No 71915**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GEORGE PLAN**

111 Dabbs Avenue

Hueytown, AL 35023

**Clm No 71916**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Herman Plato**

41775 Pinegrove Rd

Bay Minette, AL 36507-7906

**Clm No 71917**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

640 of 3332

---

**Winnall Plato**
11890 White House
Bay Minette, AL 36507

**Clm No 71918**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Frank Pledger**
C/o Mary Pledger Cook
1110 24th Street SE, Apt. 260
Jasper, AL 35501

**Clm No 71919**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Paul Poe**
P.o. Box 246
Oakman, AL 35579

**Clm No 71920**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**LARRY POE**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71921**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Vinzle Poe**
C/o Sidney Rose Coleman
1618 East 86th Place
Chicago, IL 60617

**Clm No 71922**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES POE**
c/o James Poe, Jr.
1312 8th Place
Pleasant Grove, AL 35127

**Clm No 71923**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:18:45 PM

*Claims Details*

642 of 3332

---

**Earnest Poellnitz**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71924**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rogers Pointer**
C/o Lisa P. Suire
124 Hillside Drive
Lafayette, LA 70503

**Clm No 71925**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joseph Poke**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71926**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

643 of 3332

---

**Robert Poland**
c/o Cynthia Poland
365 Raritan St.
South Amboy, NJ 08879

**Clm No 71927**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Louis Polasek**
2814 Creek Bend Drive
Friendswood, TX 77546

**Clm No 71928**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Polek**
6233 W. Harwood Avenue
Orlando, FL 32835

**Clm No 71929**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

644 of 3332

---

**Lewis Polk**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71930**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM POLK**
c/o Tressie Polk
3220 Circle Drive
Hueytown, AL 35023

**Clm No 71931**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Polk**
4346 McInnis St.
Milton, FL 32583-9029

**Clm No 71932**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

645 of 3332

---

**Joseph Pompa**
c/o Mrs. Sondra Pompa
3265 Masonville Loop
Holiday, FL 34691

**Clm No 71933**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Doyle Pond**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71934**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**George Ponder**
1467 Co. Road 264
Cullman, AL 35057-4839

**Clm No 71935**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

646 of 3332

**Malcolm Pool**
6420 Zeigler Road
Leeds, AL 35094

**Clm No 71936**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**HOWARD POOLE**
P.O. Box 245
Grayson, LA 71435

**Clm No 71937**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Horace Poole**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71938**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

647 of 3332

---

**Johnnie Poole**
c/o Sheryl Poole
4284 2nd Ave South, Apt #4
Birmingham, AL 35222

**Clm No 71939**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joe Poole**
111 30th Street East
Tuscaloosa, AL 35405

**Clm No 71940**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Pope**
Post Office Box 442
Pine Hill, AL 36769

**Clm No 71941**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                              648 of 3332

---

**Henry Pope**                          **Clm No 71942**    Filed In Cases: 140
c/o Thomas Pope
9419 Cheslyn Ct.                        Class            Claim Detail Amount    Final Allowed Amount
Tomball, TX 77375
                                        UNS                    $1.00
                                                               $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Jesse Pope**                          **Clm No 71943**    Filed In Cases: 140
c/o Jessica Pope
1020 7th Place West                     Class            Claim Detail Amount    Final Allowed Amount
Birmingham, AL 35204
                                        UNS                    $1.00
                                                               $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**SAMUEL POPE**                         **Clm No 71944**    Filed In Cases: 140
21759 County Road 222
Crane Hill, AL 35053-3344               Class            Claim Detail Amount    Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

649 of 3332

---

**Charles Porter**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71945**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Johnny Porter**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71946**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas Porter**
c/o Virginia Porter
532 6th Ct.
Pleasant Grove, AL 35127

**Clm No 71947**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

## *Claims Details*                                                    650 of 3332

| Donald Porter | **Clm No 71948** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o Ronald E. Porter | Class | Claim Detail Amount | Final Allowed Amount |
| 4116 60th Court | | | |
| Tuscaloosa, AL 35401 | UNS | $1.00 | |
| | | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 9-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

| Billy Porter | **Clm No 71949** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o Billie J. Porter, Jr. | Class | Claim Detail Amount | Final Allowed Amount |
| 113 Brookbend | | | |
| Cibolo, TX 78108 | UNS | $1.00 | |
| | | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 9-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

| Gene Porter | **Clm No 71950** | Filed In Cases: 140 | |
|---|---|---|---|
| 7060 Highway 159 North | Class | Claim Detail Amount | Final Allowed Amount |
| Gordo, AL 35466 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 9-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                 **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

651 of 3332

---

**Donald Porter**
609 Longhorn Valley Drive
Livingston, TX 77351

**Clm No 71951**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**NEWT PORTER**
519 W. College St.
Burkburnett, TX 76354

**Clm No 71952**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Larry Porter**
5015 Northcrest Dr.
Northport, AL 35476

**Clm No 71953**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

652 of 3332

**Jimmie Porter**
429 Hwy 343
Columbiana, AL 35051

**Clm No 71954**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Cornelius Porter**
2369 23rd Street Ensley
Birmingham, AL 35208

**Clm No 71955**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**JOHNNY PORTIS**
PO Box 31
Lower Peach Tree, AL 36751

**Clm No 71956**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

653 of 3332

| Imogene Posey | | **Clm No 71957** | Filed In Cases: 140 | |
|---|---|---|---|---|
| c/o Williams Kherkher | | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | | |
| Houston, TX 77017 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| Jackie Posey | | **Clm No 71958** | Filed In Cases: 140 | |
|---|---|---|---|---|
| C/o Cheryl Thrasher | | Class | Claim Detail Amount | Final Allowed Amount |
| 1033 Navajo Trail | | | | |
| Alabaster, AL 35007 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| EDWARD POSEY | | **Clm No 71959** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 105 Mercedes Lane | | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, AL 35049 | | | | |
| | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

654 of 3332

---

**Billy Postell**
Post Office Box 1335
Haleyville, AL 35565

**Clm No 71960**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Eleanor Potts**
2822 Sumter Ave
Montgomery, AL 36109

**Clm No 71961**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joseph Pounds**
P.O. Box 50723
Mobile, AL 36605

**Clm No 71962**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

655 of 3332

---

**Willie Pounds**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71963**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Pounds**
C/o Carol J. Skelton
17861 Cooper Road
Elrod, AL 35458-2221

**Clm No 71964**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DARRELL POUNDS**
272 White Road
Foxworth, MS 39483

**Clm No 71965**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

656 of 3332

---

**JOLIESSAINT POURCIAU**
2533 Maureen Lane
Meraux, LA 70075

**Clm No 71966**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Charlie Powe**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71967**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Edgar Powe**
C/o Janice P. Altmon
3612 Pinewood
Eight Mile, AL 36613

**Clm No 71968**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

657 of 3332

---

**Donald Powell**
P. O. Box 724
Kemah, TX 77565

**Clm No 71969**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Sherrill Powell**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71970**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**LARRY POWELL**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71971**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

658 of 3332

**JOHN POWELL**
c/o Robert Powell
540 North Gum Gully
Crosby, TX 77532

**Clm No 71972**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

**Solomon Powell**
c/o Ida Spencer
2809 Sunset Strip
Tuskegee, AL 36088

**Clm No 71973**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

**Emanuel Powell**
C/o Godson L.  Powell
P.o. Box 1297
Pinson, AL 35126

**Clm No 71974**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

659 of 3332

---

**William Powell**
C/o Daniel Powell
853 Westfield Drive
Fairfield, AL 35064

**Clm No 71975**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Powell**
C/o Billy J. Powell
3424 4th Avenue
Tuscaloosa, AL 35405

**Clm No 71976**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Glen Powell**
5470 Mccrary Road
Semmes, AL 36575

**Clm No 71977**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                 660 of 3332

---

**JOHN POWELL**                    **Clm No 71978**   Filed In Cases: 140
4954 Crown Street
Baton Rouge, LA 70811              Class          Claim Detail Amount      Final Allowed Amount

                                   UNS                $1.00
                                                      $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Harold Powell**                  **Clm No 71979**   Filed In Cases: 140
4865 River Oaks Dr.
Beeville, TX 78102-8777            Class          Claim Detail Amount      Final Allowed Amount

                                   UNS                $1.00
                                                      $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**CHARLES POWELL**                 **Clm No 71980**   Filed In Cases: 140
300 Sand Hill Township Road
Ellisville, MS 39437               Class          Claim Detail Amount      Final Allowed Amount

                                   UNS                $1.00
                                                      $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

661 of 3332

**Rudolph Powell**
2007 Gibson Street
Mobile, AL 36617

**Clm No 71981**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**JOE POWELL**
1701 24th Street
Bessemer, AL 35020

**Clm No 71982**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**James Powell**
1401 2nd Place
Birmingham, AL 35214

**Clm No 71983**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

662 of 3332

---

**Audrey Pradia**                                    **Clm No 71984**    Filed In Cases: 140
10555 Turtlewood Court, #304
Houston, TX 77072                    Class           Claim Detail Amount      Final Allowed Amount

                                    UNS                    $1.00
                                                            $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Frank Pratt**                                      **Clm No 71985**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                   Class           Claim Detail Amount      Final Allowed Amount
Houston, TX 77017
                                    UNS                    $1.00
                                                            $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Preston Pratt**                                    **Clm No 71986**    Filed In Cases: 140
C/o Carol Etta P. Ealons
5816 Avenue I, Ensley               Class           Claim Detail Amount      Final Allowed Amount
Birmingham, AL 35228
                                    UNS                    $1.00
                                                            $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

663 of 3332

---

**Jack Praytor**
124 Branch Street
Hueytown, AL 35023

**Clm No 71987**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**John Prescott**
3536 Atwillher Dr.
Birmingham, AL 35226

**Clm No 71988**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**J Presley**
c/o Memory Presley
160 North Crow Road
Pensacola, FL 32506

**Clm No 71989**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

664 of 3332

---

**Willie Presley**
C/o Dorothy C. Presley
1505 12th Avenue North.
Birmingham, AL 35204

**Clm No 71990**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Presley**
30 Pine Level Road
Greenville, AL 36037

**Clm No 71991**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joe Pressley**
C/o Pauline Pressley
1501 Woodlan Ave S.w.
Birmingham, AL 35211

**Clm No 71992**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                 665 of 3332

| **Robert Preston** | | **Clm No 71993** | Filed In Cases: 140 | |
| C/o Mildred Preston | | Class | Claim Detail Amount | Final Allowed Amount |
| 812 Panama Street | | UNS | $1.00 | |
| Birmingham, AL 35224 | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| **Marshall Preston** | | **Clm No 71994** | Filed In Cases: 140 | |
| 813 23rd Street Sw | | Class | Claim Detail Amount | Final Allowed Amount |
| Birmingham, AL 35211 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| **Edgar Preston** | | **Clm No 71995** | Filed In Cases: 140 | |
| 7804 5th  Avenue, South | | Class | Claim Detail Amount | Final Allowed Amount |
| Birmingham, AL 35206 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

666 of 3332

---

**JEROME PREVO**

525 Wildbrook Circle

Montgomery, AL 36110

**Clm No 71996**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**SELENA PREVO**

525 Wildbrook Circle

Montgomery, AL 36110

**Clm No 71997**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MURRAY PREVOST**

c/o Lou B. Prevost

435 Northpines Dr. #325

Kingwood, TX 77339

**Clm No 71998**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## *Claims Details*

667 of 3332

**Thad Prewitt**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 71999**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Florine Prewitt**
C/o Roxanne Anthony
#56 Valley Hills
Northport, AL 35476

**Clm No 72000**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**James Prewitt**
c/o Eloise Prewitt
13698 Prewitt Loop Road
Northport, AL 35475

**Clm No 72001**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## Claims Details

668 of 3332

---

**Goldman Prewitt**
C/o Danny J. Prewitt
5209 2nd Court East
Tuscaloosa, AL 35405

**Clm No 72002**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------------------|-------------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Prewitt**
c/o Carolyn Sterling
209 Sandstone Drive
Tuscaloosa, AL 35405

**Clm No 72003**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------------------|-------------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Prewitt**
C/o Alberta D. Prewitt
2718 39th Court
Tuscaloosa, AL 35401

**Clm No 72004**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------------------|-------------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

669 of 3332

---

**ALEX PRIBILSKE**
P. O. Box 139
Bartlesville, OK 77405

**Clm No 72005**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ezekiel Price**
P.o. Box 721
West Blocton, AL 35184

**Clm No 72006**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Raymond Price**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72007**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                            670 of 3332

---

**Lemuel Price**                          **Clm No 72008**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                         Class           Claim Detail Amount      Final Allowed Amount
Houston, TX 77017                          UNS                    $1.00
                                                                  $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**William Price**                         **Clm No 72009**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                         Class           Claim Detail Amount      Final Allowed Amount
Houston, TX 77017                          UNS                    $1.00
                                                                  $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Gene Price**                            **Clm No 72010**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                         Class           Claim Detail Amount      Final Allowed Amount
Houston, TX 77017                          UNS                    $1.00
                                                                  $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                      3/20/2018 3:18:45 PM

*Claims Details*                                                                671 of 3332

---

**Thomas Price**           <u>**Clm No 72011**</u>    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600         Class          Claim Detail Amount      Final Allowed Amount
Houston, TX 77017
                           UNS                 $1.00
                                               $1.00

Date Filed        9-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Wyatt Price**            <u>**Clm No 72012**</u>    Filed In Cases: 140
C/o Maurine Bolton Price
2005 Fountain Way          Class          Claim Detail Amount      Final Allowed Amount
Northport, AL 35473
                           UNS                 $1.00
                                               $1.00

Date Filed        9-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**WILLIE PRICE**           <u>**Clm No 72013**</u>    Filed In Cases: 140
c/o Claudette Price
2321 15th Street, Ensley   Class          Claim Detail Amount      Final Allowed Amount
Birmingham, AL 35208
                           UNS                 $1.00
                                               $1.00

Date Filed        9-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

672 of 3332

**James Price**
4421 Town Hall Dr. L
Adger, AL 35006

**Clm No 72014**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Donald Price**
240 Co. Rd. 178
Clanton, AL 35045

**Clm No 72015**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**James Price**
13502 Hwy 216
Cottondale, AL 35453

**Clm No 72016**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

673 of 3332

---

**Emmett Price**
11330 Hwy 82 East
Duncanville, AL 35456

**Clm No 72017**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**TEDD PRICHARD**
c/o Susan Rawski
755 Hilltop Lane
Toledo, OH 43615

**Clm No 72018**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Hermon Pridgen**
C/o Maylean Pridgen
309e Ponce De Leon Drive
Saraland, AL 36571

**Clm No 72019**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

674 of 3332

**Jamie Pridgen**
c/o Leonard D. Pridgen
PO Box 1114
Dauphin Island, AL 36528

**Clm No 72020**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Ular Prince**
P.o. Box 634
Coaling, AL 35449

**Clm No 72021**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Willie Prince**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72022**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## *Claims Details*

675 of 3332

---

**Ivory Prince**
c/o Mrs. George Etta Prince
3021 21st Street Ensley
Birmingham, AL 35208-2219

**Clm No 72023**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Louis Prince**
C/o Eugene A. Prince
424 Alabama Avenue S.w.
Bessemer, AL 35022

**Clm No 72024**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Cullen Prince**
C/o Deborah Thomas
101 Juanita Drive
Tuscaloosa, AL 35401

**Clm No 72025**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                3/20/2018 3:18:45 PM

*Claims Details*                                                                          676 of 3332

| Eugene Prince | **Clm No 72026** | Filed In Cases: 140 | |
|---|---|---|---|
| 424 Alabama Avenue S.w. | Class | Claim Detail Amount | Final Allowed Amount |
| Bessemer, AL 35020 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Samuel Prince | **Clm No 72027** | Filed In Cases: 140 | |
|---|---|---|---|
| 25292 Nesting Square | Class | Claim Detail Amount | Final Allowed Amount |
| South Riding, VA 20152 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Shirley Prince | **Clm No 72028** | Filed In Cases: 140 | |
|---|---|---|---|
| 15348 County Road 28 | Class | Claim Detail Amount | Final Allowed Amount |
| Summerdale, AL 36580 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                 **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

677 of 3332

---

**Fred Prince**
1207 1st Ave
Bessemer, AL 35020

**Clm No 72029**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Richard Prince**
107 Ave J
Dickinson, TX 77539

**Clm No 72030**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Paul Prine**
2151 Martin Dr.
Mobile, AL 36605

**Clm No 72031**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

678 of 3332

| Sandra Prisock-Johnson | **Clm No 72032** | Filed In Cases: 140 | |
| 5240 Highway 17 South | | | |
| Aliceville, AL 35442 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| Oscar Pritchett | **Clm No 72033** | Filed In Cases: 140 | |
| C/o Dillie Pritchett | | | |
| 911 84th Street South | Class | Claim Detail Amount | Final Allowed Amount |
| Birmingham, AL 35206 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| Kenneth Pritchett | **Clm No 72034** | Filed In Cases: 140 | |
| c/o Deborah Pritchett | | | |
| 1515 Jones Road | Class | Claim Detail Amount | Final Allowed Amount |
| Highlands, TX 77562 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

679 of 3332

---

**Robert Pritchett**
208 E. Ann Drive
Birmingham, AL 35211

**Clm No 72035**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Betty Pritchett**
1371 Martin Road East
Northport, AL 35473

**Clm No 72036**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Fredrick Provience**
C/o Casimuir Mills
33 Coke Avenue Ne
Holt, AL 35404

**Clm No 72037**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

680 of 3332

---

**Flenoid Province**
C/o Emma Lee Province
3822 24th Street, N.e.
Holt, AL 35404

**Clm No 72038**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ira Prowell**
C/o Ms. Dora Prowell
2720 Fairfax Avenue
Bessemer, AL 35020

**Clm No 72039**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Henry Prude**
C/o Henrietta Prude
4407 Wilshire Cir
Tuscaloosa, AL 35405

**Clm No 72040**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/20/2018 3:18:45 PM

*Claims Details*                                                                681 of 3332

---

**James Pruett**
1029 East 23rd Avenue
Gulf Shores, AL 36542

**Clm No 72041**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Pruitt**
C/o Brenda Pruitt
5408 Wintergreen Avenue
Birmingham, AL 35228

**Clm No 72042**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**George Pruitt**
3329 29th Avenue North
Birmingham, AL 35207

**Clm No 72043**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

682 of 3332

---

**James Pryor**
c/o Margaret A. Pryor, Executrix of Estate
10387 FM 753
Athens, TX 75751

**Clm No 72044**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00 |  |
|       | $1.00 |  |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Pryor**
6021 Martin Luther Ave
Birmingham, AL 35228

**Clm No 72045**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00 |  |
|       | $1.00 |  |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Byron Pryor**
3623 Agnes Street
Houston, TX 77087

**Clm No 72046**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00 |  |
|       | $1.00 |  |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                             683 of 3332

---

**David Puckett**                      **Clm No 72047**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                     Class          Claim Detail Amount      Final Allowed Amount
Houston, TX 77017                      UNS                    $1.00

                                                              $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Mary Pugh**                          **Clm No 72048**    Filed In Cases: 140
Route 1 Box 210
Fayette, AL 35555                      Class          Claim Detail Amount      Final Allowed Amount
                                       UNS                    $1.00

                                                              $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Earl Pugh**                          **Clm No 72049**    Filed In Cases: 140
P.o. Box 28
Calvert, AL 36513                      Class          Claim Detail Amount      Final Allowed Amount
                                       UNS                    $1.00

                                                              $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

684 of 3332

| Eliga Pugh | **Clm No 72050** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Kathirene Sykes | Class | Claim Detail Amount | Final Allowed Amount |
| 530 Powell Road | | | |
| Dyersburg, TN 38024 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| CHARLES PUGH | **Clm No 72051** | Filed In Cases: 140 | |
|---|---|---|---|
| 77 Twin Oaks Dr. | Class | Claim Detail Amount | Final Allowed Amount |
| Thomasville, AL 36784 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| John Pugh | **Clm No 72052** | Filed In Cases: 140 | |
|---|---|---|---|
| 645 Reba Street | Class | Claim Detail Amount | Final Allowed Amount |
| Birmingham, AL 35214 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

685 of 3332

| Roy Pugh | **Clm No 72053** | Filed In Cases: 140 | |
|---|---|---|---|
| 2415 18Th Avenue | Class | Claim Detail Amount | Final Allowed Amount |
| Northport, AL 35476 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| George Pugh | **Clm No 72054** | Filed In Cases: 140 | |
|---|---|---|---|
| 1240 Coleman St. | Class | Claim Detail Amount | Final Allowed Amount |
| Mt. Vernon, AL 36560 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| RONALD PULLIAM | **Clm No 72055** | Filed In Cases: 140 | |
|---|---|---|---|
| 410 Sherwood Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Jasper, AL 35501 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/20/2018 3:18:45 PM

*Claims Details*

686 of 3332

---

**FREDDIE PULLOM**
820 86th Place, S
Birmingham, AL 35206

**Clm No 72056**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FORREST PUMPHREY**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72057**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dorothy Purifoy**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72058**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

687 of 3332

| **Robert Purifoy** | | **Clm No 72059** | Filed In Cases: 140 | |
| c/o Elizabeth Purifoy | | | | |
| 4725 N. Smithfield Dr. | | Class | Claim Detail Amount | Final Allowed Amount |
| Birmingiham, AL 35207 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| **LEON PURSLEY** | | **Clm No 72060** | Filed In Cases: 140 | |
| c/o Larry Pursley | | | | |
| 3500 Decker Dr. Apt# 1 | | Class | Claim Detail Amount | Final Allowed Amount |
| Baytown, TX 77520 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| **Daniel Purvis** | | **Clm No 72061** | Filed In Cases: 140 | |
| 38 Ridgeview Dr. | | | | |
| Chickasaw, AL 36611 | | Class | Claim Detail Amount | Final Allowed Amount |
| | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

688 of 3332

---

**J Putman**
C/o Camilla C. Putman
5589 Rockdale Rd.
Bessemer, AL 35022

**Clm No 72062**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**KENNETH PUTMAN**
c/o Annette Parker, Esquire
215 Main Avenue S.W.
Cullman, AL 35055

**Clm No 72063**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Pylant**
c/o William H. Pylant
5518 Avenue F
Bessemer, AL 35020

**Clm No 72064**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

689 of 3332

---

**Melvin Pylant**
538 Little Woodstock Rd
Alberta, AL 36720

**Clm No 72065**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DORTHY PYLE**
c/o Debra Lee Pyle
3610 Darling Street
Pasadena, TX 775003

**Clm No 72066**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Quarles**
1257 Etowash Street
Tarrant, AL 35217

**Clm No 72067**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                              690 of 3332

---

**ROBERT QUARLES**                    **Clm No 72068**    Filed In Cases: 140
1204 Murraywood Ln
Carterville, IL 62918                  Class          Claim Detail Amount    Final Allowed Amount

                                      UNS                  $1.00
                                                           $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**CLAUDE QUATES**                     **Clm No 72069**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                     Class          Claim Detail Amount    Final Allowed Amount
Houston, TX 77017
                                      UNS                  $1.00
                                                           $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**DAVID QUATES**                      **Clm No 72070**    Filed In Cases: 140
c/o Johnnie Mae Quates
4644 Hillman Drive, SW                 Class          Claim Detail Amount    Final Allowed Amount
Birmingham, AL 35221
                                      UNS                  $1.00
                                                           $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*          3/20/2018 3:18:45 PM

*Claims Details*                                                        691 of 3332

---

**J Quick**                          **Clm No 72071**    Filed In Cases: 140
C/o Margaret Quick
2333 County Road 549                 Class          Claim Detail Amount      Final Allowed Amount
Henceville, AL 35077
                                     UNS              $1.00
                                                      $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Robert Quick**                     **Clm No 72072**    Filed In Cases: 140
c/o Judy Prickett
4677 Chris Drive                     Class          Claim Detail Amount      Final Allowed Amount
Birmingham, AL 35235
                                     UNS              $1.00
                                                      $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**JIMMY QUICK**                      **Clm No 72073**    Filed In Cases: 140
1323 Rowan Springs Dr
Leeds, AL 35094                      Class          Claim Detail Amount      Final Allowed Amount

                                     UNS              $1.00
                                                      $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

692 of 3332

---

**Buster Quicksey**
PO Box 832
Oneonta, AL 35121

**Clm No 72074**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Arthur Quiett**
c/o Phillip Hoot
927 Seabreeze
La Porte, TX 77571

**Clm No 72075**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Harper Quincy**
4115 Stamp
Houston, TX 77026

**Clm No 72076**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

693 of 3332

---

**James Quinley**
c/o Anthony De La Fosse
41710 Davis Duck Rd.
Bay Minette, AL 36507

**Clm No 72077**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Howard Quinn**
Mrs. Mary L. Quinn, c/o  Mr. Jerry N. Smith, as Legal Guardian
P.O. Box 353
Cordova , AL 35550

**Clm No 72078**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Quinn**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72079**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

694 of 3332

---

**PATRICK QUINN**
c/o Pamela Powell
263 Highland View Dr.
Birmingham, AL 35242

**Clm No 72080**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Roosevelt Quinn**
C/o Bryant Keith Quinn
4213 43rd Place North
Birmingham, AL 35217

**Clm No 72081**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RAYMOND QUINN**
920 Highway 46
Cedar Bluff, MS 39741

**Clm No 72082**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## Claims Details

695 of 3332

**Terry Quinn**
8655 Lake Drive
Bessemer, AL 35022

**Clm No 72083**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**IDA QUINN**
828 Hill Street
West Point, MS 39773

**Clm No 72084**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**JOHN QUINN**
2231 Hwy 46
Cedar Bluff, MS 39741

**Clm No 72085**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

696 of 3332

---

**SILAS QUINN**
1060 Simmons Rd.
Cedar Bluff, MS 39741

**Clm No 72086**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RESSIE QUINN**
10100 Hwy. 50 West
Cedar Bluff, MS 39741

**Clm No 72087**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WALTER QUINN**
10100 Hwy 50 W
Cedar Bluff, MS 39741

**Clm No 72088**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

697 of 3332

---

**A.D. Quinney**
PO Box 332
Lexington, TX 78947

**Clm No 72089**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robles Quinones**
Monte Verde #4
Penuelas, PR 00624

**Clm No 72090**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JUAN QUINONES**
3917 Wickersham
Corpus Christi, TX 78415

**Clm No 72091**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:18:45 PM

*Claims Details*

698 of 3332

---

**Fred Quintanilla**
PO Box 651
Dickinson, TX 77539

**Clm No 72092**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bennie Rabb**
c/o Ozella Walton
2039 Hickory Glen
Missouri City, TX 77489

**Clm No 72093**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Emmitt Rabbi**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72094**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

699 of 3332

---

**DONALD RACHELS**
1191 Curt Jarrett Rd.
Ashville, AL 35953

**Clm No 72095**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alexander Radcliff**
P. O. Box 237
Calvert, AL 36513

**Clm No 72096**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Radler**
2724 22nd Ave. N
Texas City, TX 77590

**Clm No 72097**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                             700 of 3332

---

**Rupert Ragan**                          **Clm No 72098**   Filed In Cases: 140
C/o Myra Jean Ragan
343 12th Avenue                           Class          Claim Detail Amount      Final Allowed Amount
Midfield, AL 35228
                                          UNS                  $1.00
                                                                $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Alfonso Ragland**                       **Clm No 72099**   Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                         Class          Claim Detail Amount      Final Allowed Amount
Houston, TX 77017
                                          UNS                  $1.00
                                                                $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**EDWARD RAGLAND**                        **Clm No 72100**   Filed In Cases: 140
612 Meadow Place
Gardendale, AL 35071                       Class          Claim Detail Amount      Final Allowed Amount

                                          UNS                  $1.00
                                                                $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

701 of 3332

---

**Hugh Ragsdale**
462 Elm St
Gardendale, AL 35071

**Clm No 72101**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BILLY RAGUS**
3350 Garrett Road
Monroe, LA 71202

**Clm No 72102**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Elmore Rainer**
3516 35th St.
Tucsaloosa, AL 35401

**Clm No 72103**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

702 of 3332

---

**Arthur Raines**
Route 2 Box 282
Evergreen, AL 36401

**Clm No 72104**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Marshall Raines**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72105**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHNNY RAINES**
154 Pinetree Drive
Montgomery, AL 36117-

**Clm No 72106**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

703 of 3332

---

**SAMUEL RAINEY**
2916 16th Street C/O Mary Rainey
Hueytown, AL 35023

**Clm No 72107**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Barbara Rainey**
15744 FM 16 W
Lindale, TX 75771

**Clm No 72108**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ARTHUR RAINGE**
932 Erskine St.
Montgomery, AL 36108

**Clm No 72109**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

704 of 3332

---

**Clarence Rakes**
505 E. Lake Apt. 105
Taylor, TX 76574

**Clm No 72110**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Patrick Rakowitz**
1905 E. Power Ave.
Victoria, TX 77901

**Clm No 72111**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GEORGE RALEY**
c/o Collette Raley
11150 Pioneer Road
Theodore, AL 36582-7547

**Clm No 72112**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

705 of 3332

---

**William Raley**
6730 Barnes Rd.
Theodore, AL 36582

**Clm No 72113**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**A. Ralph**
P O Box 890334
Houston, TX 77289-0334

**Clm No 72114**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROBERT RAMEY**
18313 EE Highway
Sedalia, MO 65301

**Clm No 72115**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

706 of 3332

---

**Domingo Ramirez**
c/o Maria Rodriguez
819 Delmar St.
Houston, TX 77023

**Clm No 72116**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Enrique Ramirez**
523 West King
Kingsville, TX 78363

**Clm No 72117**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jose Ramirez**
3650 Curtiss St.
Corpus Christi, TX 78405

**Clm No 72118**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

707 of 3332

---

**Ernest Ramirez**
2612 4th Street
Bay City, TX 77414

**Clm No 72119**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**SOCORRO RAMIREZ**
2212 Cumbre Negra St.
El Paso, TX 79935

**Clm No 72120**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jose Ramirez**
1121 Hidalgo
Robstown, TX 78380

**Clm No 72121**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

708 of 3332

**Solis Ramiro**
417 W. Avenue B
Robstown, TX 78380

**Clm No 72122**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Lozano Ramiro**
1008 N. Portscheller
Roma, TX 78584

**Clm No 72123**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**C. Ramon**
105 Jewitt Dr.
Robstown, TX 78380

**Clm No 72124**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

709 of 3332

**William Ramsey**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72125**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Isaiah Ramsey**
C/o Lucille Ramsey
776 Belwood Circle
Fairfield, AL 35064

**Clm No 72126**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Albert Ramsey**
C/o Jo Elaine Mathis
P.o. Box 703
Northport, AL 35476

**Clm No 72127**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

710 of 3332

---

**JOHN RANCHER**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72128**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**H. Randall**
P. O. Box 171
Hitchcock, TX 77563

**Clm No 72129**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Otis Randall**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72130**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                              711 of 3332

---

**Reginald Randall**  
C/o Hermenia Randall  
362 Whatley Avenue  
Whistler, AL 36612

**Clm No 72131**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed           9-Dec-2016  
Bar Date  
Claim Face Value     $1.00

---

**ALLEN RANDALL**  
18396 Blythe Road  
Prairieville, LA 70769

**Clm No 72132**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed           9-Dec-2016  
Bar Date  
Claim Face Value     $1.00

---

**JOHNNIE RANDLE**  
Post Office Box 24  
West Point, MS 39773

**Clm No 72133**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed           9-Dec-2016  
Bar Date  
Claim Face Value     $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**  
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**  
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

712 of 3332

---

**EMMA RANDLE**
1677 Bluefield Road
Starkville, MS 39759

**Clm No 72134**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Billy Randolph**
c/o Sarah Randolph
144 Mabelon Dr.
Hueytown, AL 35023

**Clm No 72135**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Henry Randolph**
c/o Ms. Chandra Annette Terrell Randolph
614 Lamar St.
Liberty, TX 77575

**Clm No 72136**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

713 of 3332

---

**Leroy Randolph**
C/o Derrick B. Packer
P.o. Box 551
Pine Hill, AL 36769

**Clm No 72137**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Edwin Randolph**
C/o Cynthia Croom
3058 Wood Circle Ne
Birmingham, AL 35215

**Clm No 72138**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Randolph**
c/o Charles David Randolph, Sr.
908 S. English Station Rd.
Louisville, KY 40299

**Clm No 72139**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

714 of 3332

**Hurl Randolph**
712 - 3rd Terrance
Pleasant Grove, AL 35127

**Clm No 72140**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

**Sam Randolph**
12268 Larry Lake Rd
Northport, AL 35476

**Clm No 72141**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

**Vincent Ranelli**
C/o Marie R. Carr
108 Silverleaf Drive
Pelham, AL 35124

**Clm No 72142**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

715 of 3332

---

**Robert Rangel**
407 E. Avenue C.
Robstown, TX 78380

Clm No 72143  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Juan Rangel**
3455 E. 27th
Brownsville, TX 78520

Clm No 72144  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Robert Ransaw**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

Clm No 72145  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed           9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## Claims Details

716 of 3332

---

**Alphonso Ransaw**
300 Burton Drive
Birmingham, AL 35206

**Clm No 72146**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Cleveland Ransom**
C/o Florence Ransom
2659 Carver Avenue
Mobile, AL 36617

**Clm No 72147**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Shelley Rapier**
342 CR 2512
Naples, TX 75568-6825

**Clm No 72148**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

717 of 3332

| Hubbert Rasberry | | **Clm No 72149** | Filed In Cases: 140 | |
|---|---|---|---|---|
| c/o Williams Kherkher | | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | | |
| Houston, TX 77017 | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| Talmadge Ratcliff | | **Clm No 72150** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 4671 Nelson Dr. | | Class | Claim Detail Amount | Final Allowed Amount |
| Mobile, AL 36608 | | | | |
| | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| CLARENCE RATCLIFF | | **Clm No 72151** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 414 44th Street | | Class | Claim Detail Amount | Final Allowed Amount |
| Fairfield, AL 35064 | | | | |
| | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

718 of 3332

**PAUL RATLIFF**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72152**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**William Ratliff**
809 Roywood Road
Birmingham, AL 35210

**Clm No 72153**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**JOHN RAWLINGS**
1508 Tree St.
Leeds, AL 35094

**Clm No 72154**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                          719 of 3332

---

**Robert Rawlins**                              **Clm No 72155**    Filed In Cases: 140
C/o Bobby C. Rawlins
5506 8th Street East                            Class              Claim Detail Amount       Final Allowed Amount
Tuscaloosa, AL 35404
                                                UNS                      $1.00
                                                                         $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Bobby Rawlins**                               **Clm No 72156**    Filed In Cases: 140
5506 8Th Street East
Tuscaloosa, AL 35404                            Class              Claim Detail Amount       Final Allowed Amount

                                                UNS                      $1.00
                                                                         $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Tommie Rawls**                                **Clm No 72157**    Filed In Cases: 140
C/o Annie P. Burroughs
43696 Timberview Drive                          Class              Claim Detail Amount       Final Allowed Amount
Belleville, MI 48111
                                                UNS                      $1.00
                                                                         $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

720 of 3332

---

**Nathan Ray**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72158**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Hobson Ray**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72159**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Johnnie Ray**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72160**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:18:45 PM

*Claims Details*

721 of 3332

---

| Austin Ray | | **Clm No 72161** | Filed In Cases: 140 | |
|---|---|---|---|---|
| c/o Vickie Ray | | Class | Claim Detail Amount | Final Allowed Amount |
| PO Box 550633 | | | | |
| Houston, TX 77255 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| William Ray | | **Clm No 72162** | Filed In Cases: 140 | |
|---|---|---|---|---|
| C/o Shirley R. Jones | | Class | Claim Detail Amount | Final Allowed Amount |
| 13351 Lakewood Loop | | | | |
| Northport, AL 35473 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| Georgiana Ray | | **Clm No 72163** | Filed In Cases: 140 | |
|---|---|---|---|---|
| C/o Ronald Ray | | Class | Claim Detail Amount | Final Allowed Amount |
| P.o. Box 532 | | | | |
| Birmingham, AL 35201 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

722 of 3332

---

**Jessie Ray**
C/o Hoil Ray
225 Shores Camp Rd.
Adger, AL 35006

**Clm No 72164**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Talmadge Ray**
C/o Flora Darleen Ray
1063 10th Street
Pleasant Grove, AL 35127

**Clm No 72165**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Ray**
C/o Doris K. Gilliland
12847 Braswell Drive
Mccalla, AL 35111

**Clm No 72166**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**            **Visit us on the Web at www.omnimgt.com**            **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                           723 of 3332

---

**Joseph Ray**                          **Clm No 72167**   Filed In Cases: 140
C/o Betty Jane Ray
62 Jc Road                              Class           Claim Detail Amount      Final Allowed Amount
Altoona, AL 35952
                                        UNS                  $1.00
                                                             $1.00

Date Filed           9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Robert Ray**                          **Clm No 72168**   Filed In Cases: 140
C/o Bessie Lou Howell Ray
5061 Pleasant Hill Road                 Class           Claim Detail Amount      Final Allowed Amount
Bessemer, AL 35023
                                        UNS                  $1.00
                                                             $1.00

Date Filed           9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**William Ray**                         **Clm No 72169**   Filed In Cases: 140
5527 Overbrook
Tuscaloosa, AL 35405                    Class           Claim Detail Amount      Final Allowed Amount

                                        UNS                  $1.00
                                                             $1.00

Date Filed           9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

724 of 3332

**JOHNNIE RAY**
108 1st Street, Thomas
Birmingham, AL 35214

**Clm No 72170**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Richard Rayburn**
905 10th Place
Pleasant Grove, AL 35127

**Clm No 72171**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**JOHN RAYFORD**
c/o Roosevelt Rayford
2171 North Smithfield Lane
Birmingham, AL 35207

**Clm No 72172**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

725 of 3332

| Johnnie Rayford | **Clm No 72173** | Filed In Cases: 140 | |
|---|---|---|---|
| 2817 6th Ave | Class | Claim Detail Amount | Final Allowed Amount |
| Bessemer, AL 35020 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| F. Rayford | **Clm No 72174** | Filed In Cases: 140 | |
|---|---|---|---|
| 2301 Fairway Drive Apt 115 | Class | Claim Detail Amount | Final Allowed Amount |
| Alvin, TX 77511 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Alfred Rayford | **Clm No 72175** | Filed In Cases: 140 | |
|---|---|---|---|
| 1980 W. Sky Vista Dr. | Class | Claim Detail Amount | Final Allowed Amount |
| Semmes, AL 36575 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

726 of 3332

---

**CLAUDIE RAYFORD**
1719 1st Place South
Birmingham, AL 35205

**Clm No 72176**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Henry Raymond**
C/o Linda Kay Raymond
204 Riverview Rd.
Adger, AL 35006

**Clm No 72177**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lewis Raymond**
6314 Woodrow St.
Texas City, TX 77591

**Clm No 72178**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

### Claims Details

727 of 3332

**Meyer Raymond**
3916 Bowstring Bnd
Cedar Park, TX 78613

**Clm No 72179**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Balli Raymond**
2004 Lenz
La Marque, TX 77568-5327

**Clm No 72180**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**STEPHEN RAYMOND**
1028 26th Avenue
Hueytown, AL 35023

**Clm No 72181**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

728 of 3332

---

**Cazares Raymundo**
2608 Morningside
Pasadena, TX 77506

**Clm No 72182**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**WINFRED REACH**
c/o Willie Marie Reach
53 Blue Pond Road
West Blocton, AL 35184

**Clm No 72183**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Jewell Reach**
C/o Mary Elizabeth Reach
17694 Wire Road
Vance, AL 35490

**Clm No 72184**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                             729 of 3332

---

**Jacob Reach**                          **Clm No 72185**    Filed In Cases: 140
C/o Eddie L. Reach
207 Oak Grove Rd                         Class          Claim Detail Amount      Final Allowed Amount
Munford, AL 36268-6538
                                         UNS                 $1.00
                                                             $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**John Reach**                           **Clm No 72186**    Filed In Cases: 140
5232 Cresview Way
Dora, AL 35062                           Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                 $1.00
                                                             $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Robert Reagan**                        **Clm No 72187**    Filed In Cases: 140
4301 Lavaca Dr.
Plano, TX 75074                          Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                 $1.00
                                                             $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:18:45 PM

*Claims Details*

730 of 3332

---

**ROBERT REARDON**
c/o Linda Reardon
3526 Martell St.
New Port Richey, FL 34655

**Clm No 72188**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Reasor**
C/o Lottie M. Reasor
909 Princeton Ave, S.w. Apt #213
Birmingham, AL 35211

**Clm No 72189**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**VINCENT REAUX**
11046 Dalebrook
Houston, TX 77016

**Clm No 72190**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

731 of 3332

---

**Jerry Reaves**
2205 27th Ave
Hueytown, AL 35023

**Clm No 72191**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Reaves**
21622 Olan Circle
Mccalla, AL 35111

**Clm No 72192**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Howard Rector**
606 Golden Eagle Dr.
Jasper, AL 35504

**Clm No 72193**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

732 of 3332

---

**Dorothy Redding**
c/o Michael Ray Redding
4207 Carroll Street
Northport, AL 35475

**Clm No 72194**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**IVY REDDING**
c/o Kala Nolan
301 Lost River Landing
West Monroe, LA 71291

**Clm No 72195**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**George Redding**
7995 South 41st West Ave
Tulsa, OK 74132-2517

**Clm No 72196**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

733 of 3332

---

**James Reece**
13732 Randa Parkway
Northport, AL 35475

**Clm No 72197**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Cleve Reed**
Post Office Box 251
Stockton, AL 36579

**Clm No 72198**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lester Reed**
P.O. Box 911
Bacliff, TX 77518

**Clm No 72199**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

734 of 3332

---

**Robert Reed**
P.O. Box 40025
Tuscaloosa, AL 35404

**Clm No 72200**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Tex Reed**
P.O. Box 263
Onalaska, TX 77360

**Clm No 72201**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Booker Reed**
P.o. Box 144
Quinton, AL 35130

**Clm No 72202**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

735 of 3332

---

**TED REED**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72203**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE REED**
c/o Gay N. Anderson
3710 Cork Street
Houston, TX 77047

**Clm No 72204**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Evans Reed**
C/o Dorothy Reed
P.o. Box 8157
Birmingham, AL 35218

**Clm No 72205**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

736 of 3332

---

**Moody Reed**
C/o Donnis Cowart, Attorney
2132 Mcfarland Blvd. East Suite A
Tuscaloosa, AL 35404

**Clm No 72206**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Silas Reed**
c/o Charles Reed
4614 Serenity Trail
Fresno, TX 77545

**Clm No 72207**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**J.C. Reed**
753 Sunflower Rd.
Wagarville, AL 36585

**Clm No 72208**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

737 of 3332

| Nathaniel Reed | **Clm No 72209** | Filed In Cases: 140 | |
|---|---|---|---|
| 701 60Th Street | | | |
| Fairfield, AL 35064 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Luther Reed | **Clm No 72210** | Filed In Cases: 140 | |
|---|---|---|---|
| 536 River Rd. East | | | |
| Mcintosh, AL 36553 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Arthur Reed | **Clm No 72211** | Filed In Cases: 140 | |
|---|---|---|---|
| 1626 4th Street North | | | |
| Birmingham, AL 35204 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

738 of 3332

---

**L.C. Reed**
1614 Heritage Lane
Tuscaloosa, AL 35406

**Clm No 72212**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Joseph Reed**
121 4th Plaza
Plesant Grove, AL 35127

**Clm No 72213**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**TERRY REEDY**
2516 38th Avenue, N
Birmingham, AL 35207

**Clm No 72214**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

739 of 3332

---

**John Reel**
c/o Marian S. Shelley
110 Sweetgum Lane
Florence, MS 39073

**Clm No 72215**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Edward Reese**
c/o LuGracie Reese
P.O. Box 355
Sipsey, AL 35584

**Clm No 72216**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WALTER REESE**
10238 Beinford
Aberdeen, MS 39730-9444

**Clm No 72217**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

### Claims Details

740 of 3332

---

**Elmer Reeves**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72218**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Shelton Reeves**
c/o Ruth Virginia Reeves
1434 2nd Avenue
Calera, AL 35040

**Clm No 72219**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JEROME REEVES**
3913 Todd Avenue
Birmingham, AL 35221

**Clm No 72220**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

741 of 3332

---

**DAN REEVES**
3904 Rutledge Ave. S.W.
Birmingham, AL 35221

**Clm No 72221**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WADEENE REEVES**
228 4th Way
Pleasant Grove, AL 35127

**Clm No 72222**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**C.W. Reeves**
16313 Borgstedte Rd.
Washington, TX 77880

**Clm No 72223**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

742 of 3332

---

**CHARLES REEVES**
127 Pebble Lane
Alabaster, AL 35007

**Clm No 72224**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Hazel Reeves**
1129 13th Street
Bessemer, AL 35020

**Clm No 72225**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dudley Reeves**
1129 13th Street
Bessemer, AL 35020

**Clm No 72226**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

743 of 3332

---

**HENRY REICHERT**
51 Jaymar Drive
St Cloud, MN 56301

**Clm No 72227**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Columbus Reid**
C/o Kay L. Cason, Gen. Adm.
505 20th Street North
Birmingham, AL 35203

**Clm No 72228**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Henry Reid**
7665 Ga. Avenue
Leeds, AL 35094

**Clm No 72229**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

744 of 3332

---

**Vernon Reid**
19986 County Road 143
Alvin, TX 77511

**Clm No 72230**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Samuel Reid**
1604 43rd Street Ensley
Birmingham, AL 35208

**Clm No 72231**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Leatha Reily**
c/o Sharon Kay Moore
6710 Meadowlark Dr.
Alvin, TX 77511

**Clm No 72232**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

745 of 3332

**Elijah Relf**
2260 Ajack Street
Montgomery, AL 36108

**Clm No 72233**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Joseph Rembert**
C/o Susan R. Parks
255 52nd Street
Fairfield, AL 35064

**Clm No 72234**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Jesse Rembert**
C/o Janice Stewart
3112 Arlington Avenue
Bessemer, AL 35020

**Clm No 72235**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

746 of 3332

---

**Amos Rembert**
C/o Amos Rembert Jr.
616 7th Avenue
Bessemer, AL 35020

**Clm No 72236**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--------------------|----------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Nuncy Rembert**
2000 13th Place North
Bessemer, AL 35020

**Clm No 72237**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--------------------|----------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**M. Rene**
402 Lindenwood Drive
Houston, TX 77024

**Clm No 72238**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--------------------|----------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

747 of 3332

---

**ARCHIE RENFROE**
c/o Jan Dulin
2501 Woodfern Circle
Birmingham, AL 35244

**Clm No 72239**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Rester**
6413 Mary Knoll Drive
Mobile, AL 36695

**Clm No 72240**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Erwin Revis**
4295 Pine Valley Drive
Bessemer, AL 35022

**Clm No 72241**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

748 of 3332

---

**JUAN REYES**
4938 Williams Dr.
Corpus Christi, TX 78411

**Clm No 72242**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Ricardo Reyna**
c/o Eva Galarza
3018 Dublin
El Paso, TX 79925

**Clm No 72243**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**TOMAS REYNA**
6147 Tecate Dr.
Brownsville, TX 78521

**Clm No 72244**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

749 of 3332

**Julio Reyna**
6075 Southmost St.
Brownsville, TX 78521

**Clm No 72245**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

**Seferino Reyna**
11414 Sage York
Houston, TX 77089

**Clm No 72246**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

**Felton Reynolds**
C/o Felton Reynolds, Jr.
4101 38 Avenue North
Birmingham, AL 35217

**Clm No 72247**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

750 of 3332

---

**Thelma Reynolds**
C/o Clara Reynolds
1024 50th St. W.
Birmingham, AL 35208

**Clm No 72248**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Donald Reynolds**
865 Hwy 19
Montevallo, AL 35115

**Clm No 72249**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Aubrey Reynolds**
282 Johnson Drive
Cropwell, AL 35054-2822

**Clm No 72250**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

751 of 3332

---

**Raleigh Rheuby**
3375 Sharon Lane
Hueytown, AL 35023

**Clm No 72251**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Marshall Rhoden**
c/o Thomas W. Rhoden, Executor
11019 30th Ave. N
Texas City, TX 77591

**Clm No 72252**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Rhodes**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72253**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

752 of 3332

| Paul Rhodes | | Clm No 72254 | Filed In Cases: 140 | |
|---|---|---|---|---|
| 4410 Tevalo Dr. | | Class | Claim Detail Amount | Final Allowed Amount |
| Valrico, FL 33596 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| James Rhodes | | Clm No 72255 | Filed In Cases: 140 | |
|---|---|---|---|---|
| 2534 Highway 82 West | | Class | Claim Detail Amount | Final Allowed Amount |
| Prattville, AL 36067 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| William Rhodes | | Clm No 72256 | Filed In Cases: 140 | |
|---|---|---|---|---|
| 1438 Downs Road | | Class | Claim Detail Amount | Final Allowed Amount |
| Mt Olive, AL 35117 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

753 of 3332

---

**OTHA RHODES**
1289 Capitol
Memphis, TN 38107

**Clm No 72257**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Oliska Rhone**
C/o Sanford Gunter, Attorney & Special Adm.
2703 7th Street
Tuscaloosa, AL 35401

**Clm No 72258**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Rice**
P. O. Box 95
Gordo, AL 35466

**Clm No 72259**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

754 of 3332

---

**Troy Rice**
C/o Shirley Rice
2506 15th Avenue
Northport, AL 35476

**Clm No 72260**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jerry Rice**
C/o Patricia A. Rice
1905 40th Ter. Lane
Birmingham, AL 35207

**Clm No 72261**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gene Rice**
c/o David R. Rice
5623 80Th Street North #404
St. Petersburg, FL 33709

**Clm No 72262**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

755 of 3332

**Clarence Rice**
C/o Ada Rice
1314 Crescent Ridge
Tuscaloosa, AL 35404

**Clm No 72263**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**ELLIS RICE**
911 Griffin Street
West Point, MS 39773

**Clm No 72264**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Marie Rice**
6300 Barnes Settlement Rd
Northport, AL 35476

**Clm No 72265**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

756 of 3332

---

**E.B. Rice**
16520 Chase Circle
Ralph, AL 35480

**Clm No 72266**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard Rich**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72267**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Rich**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72268**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

757 of 3332

**L. Richard**
PO Box 85031
Alice, TX 78333

**Clm No 72269**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Thomas Richard**
c/o Barbara Auzenne
4855 West Fuqua, apt. 1907
Houston, TX 77045

**Clm No 72270**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**CARL RICHARD**
4927 Fern Cove Dr.
Baytown, TX 77521

**Clm No 72271**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|-------|-------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

758 of 3332

| Lopez Richard | **Clm No 72272** | Filed In Cases: 140 | |
|---|---|---|---|
| 3830 Elvis Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Corpus Christi, TX 78414 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |


| A. Richard | **Clm No 72273** | Filed In Cases: 140 | |
|---|---|---|---|
| 3733 Lamont St. | Class | Claim Detail Amount | Final Allowed Amount |
| Corpus Christi, TX 78415 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |


| David Richard | **Clm No 72274** | Filed In Cases: 140 | |
|---|---|---|---|
| 3720 Dauphin Street | Class | Claim Detail Amount | Final Allowed Amount |
| Mobile, AL 36608 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                759 of 3332

---

**W. Richard**                          **Clm No 72275**    Filed In Cases: 140
107 Ave J
Dickinson, TX 77539                      Class            Claim Detail Amount        Final Allowed Amount

                                         UNS                  $1.00
                                                              $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**E. Richard**                          **Clm No 72276**    Filed In Cases: 140
10012 Acer Ave.
El Paso, TX 79925                        Class            Claim Detail Amount        Final Allowed Amount

                                         UNS                  $1.00
                                                              $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Festus Richards**                     **Clm No 72277**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                       Class            Claim Detail Amount        Final Allowed Amount
Houston, TX 77017
                                         UNS                  $1.00
                                                              $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**Fermon Richards**
C/o Sylvia Moore
8234 South Woodlawn
Chicago, IL 60619

**Clm No 72278**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--------------------|-----------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Johnnie Richards**
C/o Johnnie M. Richards
518 43rd Street
Tuscaloosa, AL 35405

**Clm No 72279**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--------------------|-----------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHNNY RICHARDS**
3008 Burke Wood Drive
Fultondale, AL 35068

**Clm No 72280**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--------------------|-----------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

761 of 3332

---

**Audrey Richardson**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72281**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Howard Richardson**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72282**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Richardson**
c/o Terrie Scales
3312 6th St.
Tuscaloosa, AL 35401

**Clm No 72283**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

762 of 3332

**Willie Richardson**
c/o Mrs. Lora R. Perry
6816 Cherokee Drive
Fairfield , AL 35064

**Clm No 72284**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Ananias Richardson**
c/o Kimberly Richardson
179 Creekview Drive
Pensacola, FL 32503

**Clm No 72285**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Fred Richardson**
C/O Cynthia R. Myers
6104 Broadwing Road
Trussville, AL 35173-6313

**Clm No 72286**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

763 of 3332

---

**George Richardson**
5720 Clearview Street
Cottondale, AL 35453

**Clm No 72287**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Vivian Richardson**
5720 Clearview Street
Cottondale, AL 35453

**Clm No 72288**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHN RICHARDSON**
4128 21st Street
Tuscaloosa, AL 35401

**Clm No 72289**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

### *Claims Details*

764 of 3332

| Elijah Richardson | | **Clm No 72290** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 3701 34th Ave 44 | | Class | Claim Detail Amount | Final Allowed Amount |
| Northport, AL 35473 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| Willie Richardson | | **Clm No 72291** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 3482 Willow Lane | | Class | Claim Detail Amount | Final Allowed Amount |
| Tuscaloosa, AL 36603-1828 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| Donald Richardson | | **Clm No 72292** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 2559 Twin Manor | | Class | Claim Detail Amount | Final Allowed Amount |
| Northport, AL 35476 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

765 of 3332

---

**John Richardson**
2413 21st North
Birmingham, AL 35234

**Clm No 72293**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Richardson**
207 Mallard Rd
Kennedy, AL 35574

**Clm No 72294**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Richardson**
1109 Sanders Road
Jasper, AL 35504

**Clm No 72295**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

766 of 3332

---

**Joseph Richburg**
506 Robin Road
Bellefonte, PA 16823

<span style="color:blue">**Clm No 72296**</span>    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Richey**
C/o Juliana Jones
2928 25th Street
Tuscaloosa, AL 35401

<span style="color:blue">**Clm No 72297**</span>    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**TERRY RICHEY**
906 Comer Ave
Pell City, AL 35125

<span style="color:blue">**Clm No 72298**</span>    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**              **Visit us on the Web at www.omnimgt.com**              **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**                 **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

767 of 3332

**John Ricks**
4757 Crestwood Blvd
Birmingham, AL 35222

**Clm No 72299**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed             9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Clyde Riddle**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72300**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed             9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Nathaniel Riddle**
C/o Katie M.b. Suesberry
409 East Eppington Drive
Trotwood, OH 45426

**Clm No 72301**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed             9-Dec-2016
Bar Date
Claim Face Value        $1.00

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

768 of 3332

| Thomas Riddle | **Clm No 72302** | Filed In Cases: 140 | |
|---|---|---|---|
| 7761 FM 14, Lot 40 | Class | Claim Detail Amount | Final Allowed Amount |
| Tyler, TX 75706 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| CHESTER RIDDLE | **Clm No 72303** | Filed In Cases: 140 | |
|---|---|---|---|
| 384 Hagwood Circle | Class | Claim Detail Amount | Final Allowed Amount |
| Trafford, AL 35172 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Lelton Ridgeway | **Clm No 72304** | Filed In Cases: 140 | |
|---|---|---|---|
| 935 River Bend Road | Class | Claim Detail Amount | Final Allowed Amount |
| Altoona, AL 35952 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

769 of 3332

| Jerome Ridgeway | **Clm No 72305** | Filed In Cases: 140 | |
|---|---|---|---|
| 2059 Willow Glenn Dr. | | | |
| Birmingham, AL 35215 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Earl Ridley | **Clm No 72306** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Williams Kherkher | | | |
| 8441 Gulf Fwy #600 | Class | Claim Detail Amount | Final Allowed Amount |
| Houston, TX 77017 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| LINDA RIGGINS | **Clm No 72307** | Filed In Cases: 140 | |
|---|---|---|---|
| 3125 Ravenwood Drive | | | |
| Montgomery, AL 36116- | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

770 of 3332

---

**Herman Riggs**
C/o Ella Mae Riggs
3035 33rd Terrace North
Birmingham, AL 35207

**Clm No 72308**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Stance Rigney**
c/o Stance Rigney, Jr.
623 Hartley Rd.
Millry, AL 36558

**Clm No 72309**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Rigsby**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72310**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

771 of 3332

---

**Arthur Rigsby**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72311**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Seaborn Riles**
2409 Tempest Dr.
Birmingham, AL 35211

**Clm No 72312**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Riley**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72313**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

772 of 3332

---

**JAMES RILEY**
4413 Vassie rd
Tuscaloosa, AL 35404

**Clm No 72314**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|---------------------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**NEWELL RILEY**
1516 Long 14th Street, N
Bessemer, AL 35020

**Clm No 72315**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|---------------------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Cecil Rinehart**
c/o Ruby Bailey Rinehart
1121 Country Road 162
Marion, AL 36756

**Clm No 72316**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|---------------------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

773 of 3332

| JOSEPH RINEHART | Clm No 72317 | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Linda Keeton | Class | Claim Detail Amount | Final Allowed Amount |
| 4542 Silver Hollow Dr. | | | |
| Corpus Christi, TX 78413 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Jose Rios | Clm No 72318 | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Mrs. Sylvia Rios | Class | Claim Detail Amount | Final Allowed Amount |
| 1725 Carmen Street | | | |
| Alice, TX 78332 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Jesus Rios | Clm No 72319 | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Antonieta Prata | Class | Claim Detail Amount | Final Allowed Amount |
| 670 Agua Caliente Drive | | | |
| El Paso, TX 79912 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**Elias Rios**
105 Palo Blanco
Alice, TX 78332

**Clm No 72320**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Ritch**
8191 Hwy 78
Pell City, AL 35125

**Clm No 72321**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Marvin Ritchie**
c/o Barbara Ritchie
7902 Roundrock
Houston, TX 77049

**Clm No 72322**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

775 of 3332

| **Frank Rittenberry** | **Clm No 72323** | Filed In Cases: 140 | |
|---|---|---|---|
| #4 Hackberry Circle | Class | Claim Detail Amount | Final Allowed Amount |
| Tuscaloosa, AL 35401 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Elizabeth Ritts** | **Clm No 72324** | Filed In Cases: 140 | |
|---|---|---|---|
| 18858 Crawford Rd | Class | Claim Detail Amount | Final Allowed Amount |
| Gordo, AL 35466 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **MICHAEL RIVAS** | **Clm No 72325** | Filed In Cases: 140 | |
|---|---|---|---|
| 315 N. Yaupon | Class | Claim Detail Amount | Final Allowed Amount |
| Richwood, TX 77531 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

776 of 3332

---

**Marcos Rivera**
926 Cortlandt
Houston, TX 77008

**Clm No 72326**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ANNA RIVERA**
214 CR 661
Brazoria, TX 77422

**Clm No 72327**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Rivers**
c/o James M. Rivers
6204 Park Brook Drive
Mobile , AL 36608

**Clm No 72328**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

777 of 3332

**Freddie Roach**
c/o Melissa  Sumpter
3730 Woods Blvd.
Tyler, TX 75707

**Clm No 72329**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**James Roach**
2015 Avenue D
Dickinson, TX 77539

**Clm No 72330**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Eblee Robbins**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72331**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

778 of 3332

---

**Norris Robbins**
536 64th St
Fairfield, AL 35064

**Clm No 72332**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Robbins**
1724 River Road Drive
Tuscaloosa, AL 35406

**Clm No 72333**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Amos Roberson**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72334**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

779 of 3332

---

**Ike Roberson**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72335**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Johnie Roberson**
C/o Dixie R. Steelreath
2017 Woodhillcrest Drive
Mobile, AL 36609

**Clm No 72336**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Archie Roberson**
C/o Carmen Roberson
1920 Buttercup Drive
Birmingham, AL 35226

**Clm No 72337**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

780 of 3332

---

**Earl Roberson**
664 Railroad Ave
Hayden, AL 35079

**Clm No 72338**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**JOHN ROBERSON**
31924 Giboney Road
Hempstead, TX 77445

**Clm No 72339**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**E. Robert**
PO Box 8163
Brownsville, TX 78526

**Clm No 72340**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

781 of 3332

**S. Robert**
P.O. Box 634
Hardin, TX 77561

**Clm No 72341**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

**E. Robert**
P.O. Box 170
San Diego, TX 78384

**Clm No 72342**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

**B. Robert**
P. O. Box 32
Normangee, TX 77871

**Clm No 72343**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:18:45 PM

*Claims Details*

782 of 3332

---

**L. Robert**
9623 Guest
Houston, TX 77078

**Clm No 72344**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**L. Robert**
305 Wayne Street
Pineville, LA 71360

**Clm No 72345**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**L. Robert**
2724 22nd Ave. N
Texas City, TX 77590

**Clm No 72346**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

783 of 3332

---

**M. Robert**
2680 FM 1069
Rockport, TX 78382

**Clm No 72347**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**H. Robert**
245 County Road 2005
Liberty, TX 77575

**Clm No 72348**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**O. Robert**
1900 Palm Ave.
La Marque, TX 77568

**Clm No 72349**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

784 of 3332

**S. Robert**
1515 Sand Springs Road
Athens, TX 75751-8623

**Clm No 72350**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Burks Robert**
1401 E. Strong Street
Pensacola, FL 32501

**Clm No 72351**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**O. Roberto**
P.O. Box 599
Odem, TX 78370

**Clm No 72352**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:18:45 PM

*Claims Details*

785 of 3332

---

**Stanley Roberts**

Texas State University Home Bldg G. Room 209 11557 Honor Lane

Tyler, TX 75708

**Clm No 72353**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Roberts**

P. O. Box 1316

Bay Minette, AL 36507

**Clm No 72354**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Edward Roberts**

c/o Williams Kherkher

8441 Gulf Fwy #600

Houston, TX 77017

**Clm No 72355**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

786 of 3332

---

**James Roberts**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72356**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Roberts**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72357**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jessie Roberts**
C/o Sanford Gunter, Attorney
2703 7th Street
Tuscaloosa, AL 35401

**Clm No 72358**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

787 of 3332

---

**NOLAN ROBERTS**
c/o Nolan Roberts, Jr.
338 Virgil Dr.
Ohatchee, AL 36271

**Clm No 72359**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Roberts**
c/o Karen Easterly
20419 Water Point Trl.
Humble, TX 77346

**Clm No 72360**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Stanley Roberts**
C/o Josephine N. Roberts
3305 Universal Heights Rd
Holt, AL 35404

**Clm No 72361**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

788 of 3332

---

**ARNOLD ROBERTS**
c/o Elizabeth W. McElroy
PO Box 12265
Birmingham, AL 35202

**Clm No 72362**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Luther Roberts**
C/o Elizabeth Roberts
106 Haughton Ave
Hueytown, AL 35023

**Clm No 72363**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**TOMMY ROBERTS**
802 Blooming Grove Road
Jasper, AL 35504

**Clm No 72364**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

789 of 3332

---

**Michael Roberts**
520 Co. Road 156
Bremen, AL 35033

**Clm No 72365**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dennis Roberts**
1824 Rosewood
Houston, TX 77004

**Clm No 72366**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Roberts**
1220 28Th St. North
Bessemer, AL 35020

**Clm No 72367**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

790 of 3332

| | Clm No 72368 | Filed In Cases: 140 | |
|---|---|---|---|
| **Walter Roberts** | | | |
| 104 Nancy Lane | Class | Claim Detail Amount | Final Allowed Amount |
| Hayden, AL 35079 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

| | Clm No 72369 | Filed In Cases: 140 | |
|---|---|---|---|
| **David Robertson** | | | |
| Post Office Box 3215 | Class | Claim Detail Amount | Final Allowed Amount |
| Hueytown, AL 35023 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

| | Clm No 72370 | Filed In Cases: 140 | |
|---|---|---|---|
| **DONALD ROBERTSON** | | | |
| P.O. Box 932 | Class | Claim Detail Amount | Final Allowed Amount |
| Hardin, TX 77561 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

791 of 3332

---

**Claude Robertson**

P.O. Box 864

Fairfield, AL 35064

**Clm No 72371**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RONALD ROBERTSON**

P.O. Box 10818

Houston, TX 77243

**Clm No 72372**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HUGH ROBERTSON**

P O Box 282

Prairie, MS 39756

**Clm No 72373**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

792 of 3332

---

**Charles Robertson**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72374**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Theodis Robertson**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72375**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Robertson**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72376**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

793 of 3332

---

**James Robertson**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72377**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Edward Robertson**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72378**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Samuel Robertson**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72379**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

794 of 3332

---

**Paul Robertson**
c/o Virginia Irene Robertson
704 Foster Drive
Oxford, AL 36203-3118

**Clm No 72380**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard Robertson**
C/o Troy Bishop
1609 44th Avenue
Tuscaloosa, AL 35401

**Clm No 72381**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Earnest Robertson**
C/o Lula Estelle Robertson
14605 Sexton Cut Off
Tuscaloosa, AL 35406

**Clm No 72382**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

795 of 3332

---

**ALDEAN ROBERTSON**
c/o Lila Mae Hill Robertson
501 B N. L. Robinson Drive
Arlington, TX 76011

**Clm No 72383**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ruben Robertson**
C/o Laura K. Gregory, Attorney
3600 Watermelon Road, Suite 203
Northport, AL 35476

**Clm No 72384**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Monroe Robertson**
c/o Ethel Banks
9193 Bishop St.
Detroit, MI 48224

**Clm No 72385**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

796 of 3332

---

**Earnest Robertson**
C/o Ernestine Prince
2504 11th Court
Tuscaloosa, AL 35401

**Clm No 72386**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Elijah Robertson**
C/o Elijah Robertson, Jr.
14621 Collingham
Detroit, MI 48205

**Clm No 72387**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**David Robertson**
C/o Debra R. Stacy
12043 Cherry Crest Drive
Brookwood, AL 35444

**Clm No 72388**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                             797 of 3332

---

**J.R. Robertson**                          **Clm No 72389**    Filed In Cases: 140
C/o Annie M. Smitherman
3905 5th Street East                        | Class | Claim Detail Amount | Final Allowed Amount |
Tuscaloosa, AL 35404                        | UNS   | $1.00               |                      |
                                                                $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**EVELYN ROBERTSON**                        **Clm No 72390**    Filed In Cases: 140
923 Cromwell Street
West Point, MS 39773                         | Class | Claim Detail Amount | Final Allowed Amount |
                                             | UNS   | $1.00               |                      |
                                                                $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**John Robertson**                          **Clm No 72391**    Filed In Cases: 140
5800 Dove Creek Avenue
Northport, AL 35476                          | Class | Claim Detail Amount | Final Allowed Amount |
                                             | UNS   | $1.00               |                      |
                                                                $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

798 of 3332

---

**ELOISE ROBERTSON**
563 Illinois St.
West Point, MS 39773

**Clm No 72392**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Henry Robertson**
4403 12th St. N.e.
Tuscaloosa, AL 35404

**Clm No 72393**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ALLEN ROBERTSON**
31219 Avenue Apt. 715
Tuscaloosa, AL 35401

**Clm No 72394**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

799 of 3332

**JAMES ROBERTSON**
3011 B-Massey Rd.
Birmingham , AL 35216

**Clm No 72395**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Johnnie Robertson**
13168 Echola Road
Elrod, AL 35458

**Clm No 72396**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**John Robinson**
P. O. Box 91
Greensboro, AL 36744

**Clm No 72397**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

---

*Claims Details*

800 of 3332

---

**Henry Robinson**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72398**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Ottis Robinson**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72399**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**John Robinson**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72400**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

801 of 3332

---

**JACOB ROBINSON**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72401**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charlie Robinson**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72402**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Robinson**
c/o Scarlet Robinson
P.O. Box 103
Malcom, AL 36556

**Clm No 72403**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

802 of 3332

---

**Ben Robinson**
C/o Madene Robinson
1907 Loop Road
Moody, AL 35004

**Clm No 72404**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**VERNON ROBINSON**
c/o Lakota Edwards
8566 Leake Ave., Apt. C
Baton Rouge, LA 70810

**Clm No 72405**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Robinson**
c/o Gwen Robinson
105 Bangkok Circle
Birmingham, AL 35211

**Clm No 72406**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

803 of 3332

**Lawyer Robinson**
C/o Erma G.  Robinson
3201 15th Street Road
Bessemer, AL 35023

**Clm No 72407**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**CECIL ROBINSON**
c/o Annie Robinson
8184 Record Street
Houston, TX 77028

**Clm No 72408**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Beb Robinson**
7813 Sparta Street
Houston, TX 77028

**Clm No 72409**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

804 of 3332

---

**CLARA ROBINSON**
562 Smith Street
West Point, MS 39773

**Clm No 72410**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**William Robinson**
524 Helveston Street
Mobile, AL 36617

**Clm No 72411**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Joseph Robinson**
4635 Terrace Q.
Birmingham, AL 35208

**Clm No 72412**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                              805 of 3332

---

**Edward Robinson**                    **Clm No 72413**    Filed In Cases: 140
4040 Davenport Road
Greenville, AL 36037                    Class         Claim Detail Amount    Final Allowed Amount

                                       UNS               $1.00
                                                         $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**LORENZA ROBINSON**                   **Clm No 72414**    Filed In Cases: 140
389 Five Acre Road
Birmingham, AL 35023                   Class         Claim Detail Amount    Final Allowed Amount

                                       UNS               $1.00
                                                         $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Bennie Robinson**                    **Clm No 72415**    Filed In Cases: 140
3802 Quenby Drive
Montgomery, AL 36116-4535              Class         Claim Detail Amount    Final Allowed Amount

                                       UNS               $1.00
                                                         $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

806 of 3332

---

**Aubrey Robinson**
3410 Clubhouse Road
Mobile, AL 36605

**Clm No 72416**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FRANK ROBINSON**
2315 Fairfax Avenue
Bessemer, AL 35020

**Clm No 72417**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Marshall Robinson**
2092 Limco Road
Grove Hill, AL 36451

**Clm No 72418**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

807 of 3332

---

**ROBERT ROBINSON**
1548 17th Street, SW
Birmingham, AL 35211

**Clm No 72419**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Henry Robinson**
127 N. Texas St.
Texas City, TX 77591

**Clm No 72420**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM ROBINSON**
104 Woodstock Dr
Florence, AL 35630

**Clm No 72421**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## Claims Details

808 of 3332

---

**LEROY ROBINSON**
103 Anna Dixon Court
Prichard, AL 36610

**Clm No 72422**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**EDWARD ROBISHEAUX**
c/o Steven R. Jones, Executor of Estate
12322 Allen Dr.
Santa Fe, TX 77510

**Clm No 72423**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bruce Roche**
c/o Helen Roche
1985 C.R 6026
Dayton, TX 77535

**Clm No 72424**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

809 of 3332

---

**Louie Rochette**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72425**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rene Rockarts**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72426**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Rockett**
2000 25 Avenue
Hueytown, AL 35023

**Clm No 72427**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

810 of 3332

---

**Grover Rockwell**
P O Box 91
Mount Pleasant, TX 75455

**Clm No 72428**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Carlton Roddam**
c/o Gary Blackmon
4565 Old Hwy 75
Oneonta, AL 35121

**Clm No 72429**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**DAN RODGERS**
c/o Williams, Kherkhos, Hert Boundas LLP
8441 Gulf Freeway #600
Houston, TX 77017

**Clm No 72430**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

811 of 3332

**Jimmie Rodgers**
C/o Yolanda Rodgers
708 26th Court N.w.
Birmingham, AL 35215

**Clm No 72431**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**William Rodgers**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72432**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Roy Rodgers**
6527 Ray
Pasadena, TX 77505

**Clm No 72433**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

812 of 3332

---

**SAMUEL RODGERS**
1909 Grant Ave. SW
Birmingham, AL 35211

**Clm No 72434**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Roy Rodgers**
111 June Ave.
Hueytown, AL 35023

**Clm No 72435**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ray Rodrick**
106 County Rd. 4015
Dayton, TX 77535

**Clm No 72436**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

813 of 3332

---

**Alfredo Rodriguez**
c/o Margarita R. Ysassi
PO Box 156
Banquete, TX 78339

**Clm No 72437**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Inocencio Rodriguez**
c/o Felicitas Rodriguez
101 S Ben Jordan St Apt 2103
Victoria, TX 78901-8693

**Clm No 72438**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Rodriguez**
c/o Cheryl Rodriguez
15 South Meteor Ave.
Clearwater, FL 33765

**Clm No 72439**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

814 of 3332

---

**Manuel Rodriguez**
c/o Alma Rodriguez
2112 Capeheart Circle
Ingleside, TX 78362

**Clm No 72440**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**FRANCISCO RODRIGUEZ**
804 Washington
Robstown, TX 78380

**Clm No 72441**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Antonio Rodriguez**
6719 Eagle Pass Street
Houston, TX 77020

**Clm No 72442**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:18:45 PM

*Claims Details*

815 of 3332

---

**Juan Rodriguez**
5225 Larcade
Corpus Christi, TX 78415

**Clm No 72443**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JESUS RODRIGUEZ**
3428 Savannah
McAllen, TX 78503

**Clm No 72444**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rodolfo Rodriguez**
2531 Ave F
Rosenberg, TX 77471

**Clm No 72445**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                    816 of 3332

---

**Juan Rodriguez**
2468 Armstrong Road
Aransas Pass, TX 78336

**Clm No 72446**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Jose Rodriquez**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72447**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**John Rodziwicz**
53 Hillcrest Drive
Rainsville, AL 35986

**Clm No 72448**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

817 of 3332

| Charles Roe | | **Clm No 72449** | Filed In Cases: 140 | |
|---|---|---|---|---|
| c/o Lillie Townsend | | Class | Claim Detail Amount | Final Allowed Amount |
| 196 CR 439 | | | | |
| Joaquin, TX 75954 | | UNS | $10,000.00 | |
| | | | $10,000.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000.00 |

| Colunga Rogelio | | **Clm No 72450** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 329 Cheyenne | | Class | Claim Detail Amount | Final Allowed Amount |
| Corpus Christi, TX 78405 | | | | |
| | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Alfred Rogers | | **Clm No 72451** | Filed In Cases: 140 | |
|---|---|---|---|---|
| c/o Williams Kherkher | | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | | |
| Houston, TX 77017 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

818 of 3332

---

**Johnny Rogers**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72452**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Myra Rogers**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72453**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**CHARLES ROGERS**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72454**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

819 of 3332

| | | | | |
|---|---|---|---|---|
| **Robert Rogers** | | **Clm No 72455** | Filed In Cases: 140 | |
| c/o Patricia Ann Roberts | | Class | Claim Detail Amount | Final Allowed Amount |
| 5624 Kemberton Way | | | | |
| Pinson, AL 35126 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| | | | | |
|---|---|---|---|---|
| **Grafton Rogers** | | **Clm No 72456** | Filed In Cases: 140 | |
| c/o Opal Rogers | | Class | Claim Detail Amount | Final Allowed Amount |
| 2802 South Grand Street | | | | |
| Monroe, LA 71202 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| | | | | |
|---|---|---|---|---|
| **Joseph Rogers** | | **Clm No 72457** | Filed In Cases: 140 | |
| C/o Mary Lou Long | | Class | Claim Detail Amount | Final Allowed Amount |
| 220 Gulf Ridge Drive | | | | |
| Jasper, AL 35501 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## Claims Details

820 of 3332

### Johnny Rogers
C/o Mary  S. Rogers
1527 Hodge Circle
Tuscaloosa, AL 35404

**Clm No 72458**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

### Fleming Rogers
C/o Lola J. Boone
4833 Marigold Avenue
Birmingham, AL 35207

**Clm No 72459**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

### Opal Rogers
c/o Kitty Kervin
604 Glenmar Avenue
Monroe, LA 71201

**Clm No 72460**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## Claims Details

821 of 3332

---

**Harvey Rogers**
C/o Jeanette Rogers
5535 Sattelite Drive
Bessemer, AL 35023

**Clm No 72461**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Roosevelt Rogers**
c/o Gary Lamar Rogers
316 Quartz Bend
San Antonio, TX 78253

**Clm No 72462**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ernest Rogers**
c/o Claudette Lewallen
503 Hill Street
Copperas Cove, TX 76522

**Clm No 72463**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                          3/20/2018 3:18:45 PM

*Claims Details*                                                              822 of 3332

---

**GEORGE ROGERS**                          **Clm No 72464**    Filed In Cases: 140
960 West Port Union Road
Farmerville, LA 71241                       | Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**David Rogers**                           **Clm No 72465**    Filed In Cases: 140
5308 Acadia Terrace
Fairfield, AL 35064                         | Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Sylvester Rogers**                       **Clm No 72466**    Filed In Cases: 140
312 South 15th Street
Bessemer, AL 35020                          | Class | Claim Detail Amount | Final Allowed Amount |
| --- | --- | --- |
| UNS | $1.00 | |
| | $1.00 | |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

823 of 3332

---

**Mattie Rogers**
1545 Conklon Road
Millport, AL 35576

**Clm No 72467**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Early Rogers**
1413 19th Place S. W.
Birmingham, AL 35211

**Clm No 72468**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GUY ROGERS**
13180 Morgan Dr
Splendora, TX 77372

**Clm No 72469**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

**JOE ROGERS**
104 Sunset Drive
Petal, MS 39465

**Clm No 72470**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Willie Rogers**
1004 10th St.
Northport, AL 35476

**Clm No 72471**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Manuel Rojas**
7209 Ave. O
Santa Fe, TX 77510

**Clm No 72472**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

825 of 3332

---

**WILLIE ROLAND**
623 13Th Street North
Columbus, MS 39701

**Clm No 72473**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**FRANCES ROLLINS**
526 Scott Way
Canyon Lake, TX 78133

**Clm No 72474**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Ben Romano**
2476 Churchura Road
Birmingham, AL 35244-3342

**Clm No 72475**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

826 of 3332

| Oscar Romine | **Clm No 72476** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o Linda Romine | Class | Claim Detail Amount | Final Allowed Amount |
| 1176 Windsor Parkway | | | |
| Moody, AL 35004 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| JOSE ROMO | **Clm No 72477** | Filed In Cases: 140 | |
|---|---|---|---|
| 402 North Upshaw Blvd. | Class | Claim Detail Amount | Final Allowed Amount |
| Robstown, TX 78380 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Zumwalt Ronald | **Clm No 72478** | Filed In Cases: 140 | |
|---|---|---|---|
| P.O. Box | Class | Claim Detail Amount | Final Allowed Amount |
| ACE, TX 77 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

827 of 3332

---

**Moore Ronald**
36488 US Hwy 231
Ashville, AL 35953-3045

**Clm No 72479**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**K. Ronald**
270 Eighth Street
Wood River, IL 62095

**Clm No 72480**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**E. Ronald**
16526 Jarvis Rd.
Troup, TX 75789

**Clm No 72481**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                     828 of 3332

---

**Alfred Ronnie**                    **Clm No 72482**    Filed In Cases: 140
23976 Wildwood
Porter, TX 77365              | Class | Claim Detail Amount | Final Allowed Amount |
                             | UNS   | $1.00               |                      |
                             |       | $1.00               |                      |

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Earl Roper**                       **Clm No 72483**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600           | Class | Claim Detail Amount | Final Allowed Amount |
Houston, TX 77017            | UNS   | $1.00               |                      |
                             |       | $1.00               |                      |

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**HENRY ROPER**                      **Clm No 72484**    Filed In Cases: 140
c/o Sandra Smith
6070 Sawnn Rd.               | Class | Claim Detail Amount | Final Allowed Amount |
Mount Olive, AL 35117        | UNS   | $1.00               |                      |
                             |       | $1.00               |                      |

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/20/2018 3:18:45 PM

*Claims Details*                                                            829 of 3332

---

**Grady Roper**                    **Clm No 72485**    Filed In Cases: 140
C/o Lydia Roper
388 Chamblee Lane              | Class | Claim Detail Amount | Final Allowed Amount |
Warrior, AL 35180              |-------|---------------------|----------------------|
                                | UNS   | $1.00               |                      |
                                |       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**John Roper**                     **Clm No 72486**    Filed In Cases: 140
c/o Claudine Roper
1208 West 11th Street          | Class | Claim Detail Amount | Final Allowed Amount |
Panama City, FL 32401          |-------|---------------------|----------------------|
                                | UNS   | $1.00               |                      |
                                |       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value       $1.00

---

**Lopez Rosalie**                  **Clm No 72487**    Filed In Cases: 140
PO Box 11923
Houston, TX 77293              | Class | Claim Detail Amount | Final Allowed Amount |
                               |-------|---------------------|----------------------|
                                | UNS   | $10,000.00          |                      |
                                |       | $10,000.00          |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $10,000.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

830 of 3332

---

**Ramon Rosas**
105 Jewitt Dr.
Robstown, TX 78380

**Clm No 72488**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Pasco Rosato**
c/o P.J. Rosato, Jr.
P.O. Box 266
Trafford, AL 35172

**Clm No 72489**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**COLUMBUS ROSCOE**
c/o Veronica Roscoe
3066 29th Ave. North
Birmingham, AL 35207

**Clm No 72490**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                             831 of 3332

---

**Burnis Rose**                          **Clm No 72491**   Filed In Cases: 140
7445 Mississippi Avenue, N.w.
Leeds, AL 35094                           Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**OLIVER ROSE**                          **Clm No 72492**   Filed In Cases: 140
1302 Canter Lane
Houston, TX 77047                        Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Jackson Rose**                         **Clm No 72493**   Filed In Cases: 140
1240 San Jacinto
Texas City, TX 77590                     Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

832 of 3332

| Stephen Rosenberg | | **Clm No 72494** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 1054 Carters Grove | | Class | Claim Detail Amount | Final Allowed Amount |
| Indianapolis, IN 46260-2228 | | UNS | $10,000.00 | |
| | | | $10,000.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $10,000.00 | | | |

| Irving Rosenblum | | **Clm No 72495** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 126 Bearss Cir | | Class | Claim Detail Amount | Final Allowed Amount |
| Longwood, FL 32750-4009 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| Herman Rosenthal | | **Clm No 72496** | Filed In Cases: 140 | |
|---|---|---|---|---|
| c/o Ruth Rosenthal | | Class | Claim Detail Amount | Final Allowed Amount |
| 9402 W. Hwy 79 | | UNS | $1.00 | |
| Thorndale, TX 76577 | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

833 of 3332

---

**Dennis Rosetta**
67 Vick Circle
Wilsonville, AL 35186

**Clm No 72497**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Berry Rosie**
9254 Escondido Dr.
Willis, TX 77318

**Clm No 72498**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**FRED ROSS**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72499**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:18:45 PM

*Claims Details*

834 of 3332

---

| Joe Ross | | **Clm No 72500** | Filed In Cases: 140 | |
|---|---|---|---|---|
| c/o Williams Kherkher | | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | | |
| Houston, TX 77017 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| Robert Ross | | **Clm No 72501** | Filed In Cases: 140 | |
|---|---|---|---|---|
| C/o Katie Mae Ross | | Class | Claim Detail Amount | Final Allowed Amount |
| 3000 Jefferson Ave. S.w. | | | | |
| Birmingham, AL 35211 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

| MELAINE ROSS | | **Clm No 72502** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 984 East 900 South # 25 | | Class | Claim Detail Amount | Final Allowed Amount |
| St. George, UT 84790 | | | | |
| | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

### Claims Details

835 of 3332

**Homer Ross**
3505 Magnolia Ave. Apt. #606
Texas City, TX 77590

**Clm No 72503**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joseph Rotenberry**
633 Perry Street
Birmingham, AL 35214

**Clm No 72504**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DAVID ROTH**
c/o Janet Roth
8995 Field Street # 14
Westminister, CO 80021

**Clm No 72505**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

836 of 3332

| William Rothe | | **Clm No 72506** | Filed In Cases: 140 | |
|---|---|---|---|---|
| C/o Lucille W. Rothe | | Class | Claim Detail Amount | Final Allowed Amount |
| 1513 Rothe Loop | | | | |
| Adger, AL 35006 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| Charles Roubdioux | | **Clm No 72507** | Filed In Cases: 140 | |
|---|---|---|---|---|
| P.o. Box 201 | | Class | Claim Detail Amount | Final Allowed Amount |
| Mccalla, AL 35111 | | | | |
| | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| Carl Roubdioux | | **Clm No 72508** | Filed In Cases: 140 | |
|---|---|---|---|---|
| C/o Dorothy Roubdioux | | Class | Claim Detail Amount | Final Allowed Amount |
| 340 Roubdioux Road | | | | |
| Bessemer, AL 35022 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

837 of 3332

---

**Johnnie Rover**
369 Mcdonald Avenue
Mobile, AL 36604

**Clm No 72509**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Raymond Rowe**
C/o Regina T. Reese
21231 Tammie Drive
Lake View, AL 35111

**Clm No 72510**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Hozie Rowe**
C/o  Betty J. Rowe
1 Avenue W, Apt D
Birmingham, AL 35214

**Clm No 72511**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

838 of 3332

---

**Annie Rowe**
633 6th Street
Montgomery, AL 36110

**Clm No 72512**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mozette Rowe**
3400 60th Avenue
Tuscaloosa, AL 35401

**Clm No 72513**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Frank Rowland**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72514**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

839 of 3332

---

**Joe Rowlett**
c/o Judy Crawford
4943 Mountain Timber Drive
Friendswood, TX 77546

**Clm No 72515**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Will Rowser**
P.O. Box 1242
Tuscaloosa, AL 35403

**Clm No 72516**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Laymon Rowser**
C/o Martha R. Rowser
635 18th Street
Tuscaloosa, AL 35401

**Clm No 72517**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

840 of 3332

---

**George Rowser**
C/o Jacqueline R. Brownrigg
1710 25th Terrace South
Homewood, AL 35209

**Clm No 72518**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**J. Roy**
P.O. Box 334
Redwater, TX 75573

**Clm No 72519**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**L. Roy**
P.O. Box 598
710 5th St
Wolfforth, TX 79382

**Clm No 72520**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

841 of 3332

| Philip Roy | | **Clm No 72521** | Filed In Cases: 140 | |
|---|---|---|---|---|
| c/o Williams Kherkher | | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | | |
| Houston, TX 77017 | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| J. Roy | | **Clm No 72522** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 6527 Ray | | Class | Claim Detail Amount | Final Allowed Amount |
| Pasadena, TX 77505 | | | | |
| | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| Andrew Royster | | **Clm No 72523** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 16 Varin Way | | Class | Claim Detail Amount | Final Allowed Amount |
| Bessemer, AL 35020 | | | | |
| | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

842 of 3332

---

**HARRY ROZIER**
P. O. Box 957
Westwego, LA 70094

**Clm No 72524**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Garza Ruben**
P. O. Box 1391
Freer, TX 78357

**Clm No 72525**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Otis Ruben**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72526**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

843 of 3332

---

**P. Ruben**
928 Marttinez Street
Robstown, TX 78380

**Clm No 72527**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**DeHoyos Ruben**
6722 Decatur Avenue
Baytown, TX 77521-7936

**Clm No 72528**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Pineda Ruben**
579 CR 402
Falfurrias, TX 78355-5629

**Clm No 72529**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

844 of 3332

---

**Corchado Ruben**
1732 N. Emerson
Tyler, TX 75702

**Clm No 72530**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Alphones Rubio**
4335 36th Ave East
Tuscaloosa, AL 35405

**Clm No 72531**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Charlie Rublee**
4309 S. Elm Ave.
Santa Fe, TX 77517

**Clm No 72532**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:18:45 PM

*Claims Details*

845 of 3332

---

**Harmon Ruby**
908 Denison Ave.
Cleveland, TX 77327

**Clm No 72533**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**TERRY RUCKER**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72534**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ralph Rucker**
C/o Gill R. Rucker
13675 Ash Hollow Crossing Rd.
Poway, CA 92064

**Clm No 72535**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

846 of 3332

| Kenneth Rudd | Clm No 72536 | Filed In Cases: 140 | |
|---|---|---|---|
| 5320 10Th Street East | | | |
| Tuscaloosa, AL 35404 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Stephney Rudolph | Clm No 72537 | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Williams Kherkher | | | |
| 8441 Gulf Fwy #600 | Class | Claim Detail Amount | Final Allowed Amount |
| Houston, TX 77017 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Jordan Rudolph | Clm No 72538 | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Williams Kherkher | | | |
| 8441 Gulf Fwy #600 | Class | Claim Detail Amount | Final Allowed Amount |
| Houston, TX 77017 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

847 of 3332

**Legennon Rudolph**
C/o Edith P. Rudolph
2256 Barretts Lane
Mobile, AL 36617

**Clm No 72539**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Alex Rudolph**
C/o Delores R. Smiley Grandy
2357 Caney Oaks Dr.
Jacksonville, FL 32218

**Clm No 72540**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Bradley Rue**
5823 Overdale
Houston, TX 77033

**Clm No 72541**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:18:45 PM

*Claims Details*

848 of 3332

---

**BLONNIE RUFF**
4131 Ruff Road
Pinson, AL 35126

**Clm No 72542**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Floyd Ruffin**
C/o Wilson Ruffin
2807 10th Avenue
Tuscaloosa, AL 35401

**Clm No 72543**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Connie Ruffin**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72544**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

849 of 3332

---

**Johnnie Ruffin**
C/o Randy D. Ruffin
5402 Avenue G
Lipscomb, AL 35020

**Clm No 72545**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ulysses Ruffin**
c/o Ms. Doris Ruffin Young
3616 13th Street
Northport, AL 35476

**Clm No 72546**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilson Ruffin**
918 13th St. East
Tuscaloosa, AL 35404

**Clm No 72547**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:18:45 PM

*Claims Details*

850 of 3332

---

**LEMMIE RUFFIN**
3006 Kingsley Drive
Selma, AL 36701-

**Clm No 72548**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Ruggs**
6209 Blockton Ave
Birmingham, AL 35228-3609

**Clm No 72549**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Crisoforo Ruiz**
913 Ohio St.
Robstown, TX 78380

**Clm No 72550**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## Claims Details

851 of 3332

**David Rumph**
1029 Shades Glen Drive
Birmingham, AL 35226

**Clm No 72551**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GASTON RUSH**
c/o Laura Rush
303 Pelham Street
Chickasaw, AL 36611

**Clm No 72552**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**L.C. Rush**
c/o L.c. Rush, Jr.
1306 Beech Street
Waynesboro, MS 39367

**Clm No 72553**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## *Claims Details*

852 of 3332

| **Onice Rush** | **Clm No 72554** | Filed In Cases: 140 | |
|---|---|---|---|
| 63 Saruce Street | Class | Claim Detail Amount | Final Allowed Amount |
| Springville, AL 35146 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **James Rushing** | **Clm No 72555** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o Sherry Lynn Gann | Class | Claim Detail Amount | Final Allowed Amount |
| 6681 Lon Hyche Road | UNS | $1.00 | |
| Northport, AL 35473 | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **James Rushing** | **Clm No 72556** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o Mary Diane Boles | Class | Claim Detail Amount | Final Allowed Amount |
| 313 Pine Hurst Drive | UNS | $1.00 | |
| Woodstock, AL 35188 | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

853 of 3332

---

**Selby Rushing**
7056 Bruce Drive S.e.
Bessemer, AL 35022

**Clm No 72557**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Herbert Rushing**
244 Cornelius Road
Locust Fork, AL 35097

**Clm No 72558**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LARRY RUSHING**
18 Rushing Circle
Millport, AL 35576

**Clm No 72559**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

---

*Claims Details*                                                              854 of 3332

---

**Walter Russell**                  **Clm No 72560**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                   | Class | Claim Detail Amount | Final Allowed Amount |
Houston, TX 77017                    |-------|---------------------|----------------------|
                                     | UNS   | $1.00               |                      |
                                     |       | $1.00               |                      |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**James Russell**                   **Clm No 72561**    Filed In Cases: 140
c/o Toni Russell
5446 22nd Ct. East                   | Class | Claim Detail Amount | Final Allowed Amount |
Tuscaloosa, AL 35405                 |-------|---------------------|----------------------|
                                     | UNS   | $1.00               |                      |
                                     |       | $1.00               |                      |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Silas Russell**                   **Clm No 72562**    Filed In Cases: 140
C/o Erma Demus
1201 West 89th Street                | Class | Claim Detail Amount | Final Allowed Amount |
Los Angeles, CA 90044                |-------|---------------------|----------------------|
                                     | UNS   | $1.00               |                      |
                                     |       | $1.00               |                      |

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

855 of 3332

**ROBERT RUSSELL**
6325 Eastern Valley Road
Mc Calla, AL 35111

**Clm No 72563**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**WILLIE RUSSELL**
407 13th Way
Pleasant Grove, AL 35127

**Clm No 72564**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**George Russell**
3519 Us Hwy 341 South
Hawkinsville, GA 31036-9005

**Clm No 72565**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

### Claims Details

856 of 3332

---

**Gary Russell**
1024 Gardners Gin Road
Cordova, AL 35550

**Clm No 72566**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**NATCH RUSSO**
19051 Hazelwood Lane
Brookwood, AL 35444

**Clm No 72567**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Buck Rutherford**
554 River Ridge Road
Cleveland, AL 35049

**Clm No 72568**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

857 of 3332

---

**John Rutledge**
C/o Peggy Lewis
810 Lewis Avenue
Bessemer, AL 35020

**Clm No 72569**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Davis Rutledge**
8513 Wards Lane
Semmes, AL 36575

**Clm No 72570**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILBUR RUTLEDGE**
775 N. Santa Clara Rd
Marion, TX 78124

**Clm No 72571**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

858 of 3332

---

**James Rutledge**
509 68th St. North
Birmingham, AL 35206

**Clm No 72572**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Tommy Rutledge**
1733 North 34th Street
Birmingham, AL 35234

**Clm No 72573**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wallace Rutledge**
120 Greenspring Ave S.w.
Birmingham, AL 35211

**Clm No 72574**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

859 of 3332

---

**Clinton Rutley**
C/o Eula Rutley Brown
3808 68th Avenue
Tuscaloosa, AL 35401

**Clm No 72575**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kilas Rutley**
2207 32nd Court
Tuscaloosa, AL 35401

**Clm No 72576**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Allen Ryals**
450 Iroquois St.
Chickasaw, AL 36611

**Clm No 72577**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                          3/20/2018 3:18:45 PM

*Claims Details*                                                                    860 of 3332

---

**Vernece Ryan**                    **Clm No 72578**    Filed In Cases: 140
c/o Mary Ryan
4210 - 27th Street                  Class          Claim Detail Amount       Final Allowed Amount
Tuscaloosa, AL 35401
                                    UNS                 $1.00
                                                        $1.00

Date Filed           9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Carl Ryan**                       **Clm No 72579**    Filed In Cases: 140
c/o Brenda Ryan
121 Peach Ave. Apt. 601             Class          Claim Detail Amount       Final Allowed Amount
Cleveland, TX 77327
                                    UNS                 $1.00
                                                        $1.00

Date Filed           9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Frank Ryan**                      **Clm No 72580**    Filed In Cases: 140
4218 Dover
Santa Fe, TX 77510                  Class          Claim Detail Amount       Final Allowed Amount

                                    UNS                 $1.00
                                                        $1.00

Date Filed           9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

### Claims Details

861 of 3332

---

**Theodore Ryan**
21276 Powers Loop
Moundville, AL 35474

**Clm No 72581**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Elmer Ryans**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72582**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lodist Ryans**
c/o Martha Ryans
6432 Heritage Way
Mccalla, AL 35111

**Clm No 72583**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

862 of 3332

---

**Freeman Ryans**
c/o Margarite Jones
15651 Hwy 69 South
Moundville, AL 35474

**Clm No 72584**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Harold Ryce**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72585**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Faina Sabra**
3102 West Bay Area Blvd. Apt. 408
Friendswood, TX 77546

**Clm No 72586**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

863 of 3332

---

**Corando Saenz-Cantu**
13215 Fountaincrest Ct.
Houston, TX 77041

**Clm No 72587**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Juan Saez-Gonzalez**
13502 Halifax
Houston, TX 77015

**Clm No 72588**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Octaviano Salinas**
P. O. Box 500
Falfurias, TX 78355

**Clm No 72589**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

864 of 3332

| Thomas Salter | **Clm No 72590** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Williams Kherkher | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | |
| Houston, TX 77017 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| HAROLD SALTER | **Clm No 72591** | Filed In Cases: 140 | |
|---|---|---|---|
| 1382 Old Rock Creek Road | Class | Claim Detail Amount | Final Allowed Amount |
| Bessemer, AL 35023 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| JOSEPH SAM | **Clm No 72592** | Filed In Cases: 140 | |
|---|---|---|---|
| P.O. Box 417 | Class | Claim Detail Amount | Final Allowed Amount |
| Rosharon, TX 77583 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*    3/20/2018 3:18:45 PM

*Claims Details*    865 of 3332

---

**L. Sammy**
2700 Gulf Freeway Apt# 1615
Texas City, TX 77591

**Clm No 72593**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**THOMAS SAMOHEYL**
4675 FM 787 Rd. W
Cleveland, TX 77327

**Clm No 72594**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Samples**
809 Overlook Circle
Hueytown, AL 35023

**Clm No 72595**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

866 of 3332

---

**Margaret Sampley**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72596**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|---------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Artie Sams**
1515 Clarendon Avenue
Bessemer, AL 35020

**Clm No 72597**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|---------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Fate Samuel**
P.O. Box 39403
Birmingham, AL 35208

**Clm No 72598**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|---------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

867 of 3332

| Richard Samuel | | **Clm No 72599** | Filed In Cases: 140 | |
|---|---|---|---|---|
| c/o Williams Kherkher | | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | | |
| Houston, TX 77017 | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| Clarence Samuel | | **Clm No 72600** | Filed In Cases: 140 | |
|---|---|---|---|---|
| C/o Melissa Samuel | | Class | Claim Detail Amount | Final Allowed Amount |
| 23 South Marshall | | | | |
| Pontiac, MI 48342 | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| Willie Samuel | | **Clm No 72601** | Filed In Cases: 140 | |
|---|---|---|---|---|
| c/o Lisa L. Mason | | Class | Claim Detail Amount | Final Allowed Amount |
| 3404 20th St. | | | | |
| Northport, AL 35476 | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

868 of 3332

---

**Anise Samuel**
C/o Bobby Burrell
4112 68th Avenue
Tuscaloosa, AL 35401-9643

**Clm No 72602**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Otis Samuel**
35 South Astor
Pontiac, MI 48342

**Clm No 72603**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Donald Samuelson**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72604**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

869 of 3332

---

**Norman Samya**
101 Old Hackberry Lane, Apt. 1003
Tuscaloosa, AL 35401

**Clm No 72605**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LINO SANCHEZ**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72606**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jose Sanchez**
c/o Juanita Sanchez
1006 Iowa
Robstown, TX 78380

**Clm No 72607**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

870 of 3332

---

**Ruben Sanchez**
928 Marttinez Street
Robstown, TX 78380

**Clm No 72608**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Luis Sanchez**
701 Ringgold St.
Brownsville, TX 78520

**Clm No 72609**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FRANCISCO SANCHEZ**
3408 Woodlawn
Victoria, TX 77901

**Clm No 72610**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

871 of 3332

---

**Harold Sanders**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72611**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Sanders**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72612**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lee Sanders**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72613**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

872 of 3332

| Cal Sanders | **Clm No 72614** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Williams Kherkher | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | |
| Houston, TX 77017 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Thenta Sanders | **Clm No 72615** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Williams Kherkher | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | |
| Houston, TX 77017 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| JAMES SANDERS | **Clm No 72616** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Williams Kherkher | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | |
| Houston, TX 77017 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

873 of 3332

---

**Marion Sanders**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72617**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Harlen Sanders**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72618**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Julia Sanders**
c/o Tracey V. Grove
6020 Watermelon Road
Northport, AL 35473

**Clm No 72619**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

874 of 3332

---

**HARTHEL SANDERS**
c/o Susan Edison
234 Justice Road
Warrior, AL 35180

**Clm No 72620**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WAYNE SANDERS**
C/o Sheila Tatro 30236 Zurich Dr.
Pine, CO 80470

**Clm No 72621**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Herman Sanders**
C/o Michael L. Sanders
P.o. Box 500092
Atlanta, GA 31150

**Clm No 72622**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

875 of 3332

**Eddie Sanders**
c/o Mary L. Sanders
7001 Spring Dr. Lot 53
Cottondale, AL 35453

**Clm No 72623**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Mack Sanders**
C/o Letisa M. Brown
204 Woodward Drive
Hueytown, AL 35023

**Clm No 72624**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Robert Sanders**
C/o Joyce Sanders
4710 Serenity Drive
Tuscaloosa, AL 35405

**Clm No 72625**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

876 of 3332

---

**Howard Sanders**
C/o Brenda Sanders Miller
27616 Sutherland
Southfield, MI 48076

**Clm No 72626**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard Sanders**
C/o Barbara Rogers, Attorney
2422 14th Street
Tuscaloosa, AL 35401

**Clm No 72627**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lawson Sanders**
C/o Albert D. Lipscomb, Attorney
210 North 18th Street
Bessemer, AL 35020-4992

**Clm No 72628**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

877 of 3332

---

**William Sanders**
702 Hillcrest School Rd.
Tuscaloosa, AL 35405

**Clm No 72629**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Eddie Sanders**
5721 Sugar Ray Dr.
Birmingham, AL 35228

**Clm No 72630**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Sanders**
4726 Serenity Drive
Tuscaloosa, AL 35405

**Clm No 72631**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                             878 of 3332

---

**LAWSON SANDERS**                     **Clm No 72632**   Filed In Cases: 140
4704 Main St
Birmingham, AL 35020                    Class            Claim Detail Amount      Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Robert Sanders**                     **Clm No 72633**   Filed In Cases: 140
3527 8th Avenue
Bessemer, AL 35020                      Class            Claim Detail Amount      Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Clifton Sanders**                    **Clm No 72634**   Filed In Cases: 140
300 South 31st Street
Bessemer, AL 35020                      Class            Claim Detail Amount      Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

879 of 3332

---

**Murray Sanders**
2915 Main Ave
Northport, AL 35476

**Clm No 72635**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Evans Sanders**
2605 11th Ave
Bessemer, AL 35020

**Clm No 72636**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**A.D. Sanders**
2509 Foster Ferry Road
Tuscaloosa, AL 35401

**Clm No 72637**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

880 of 3332

---

**Earl Sanders**
1925 Sharon Blvd
Dora, AL 35062

**Clm No 72638**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Edward Sanders**
1001 Willowbrook Road
Birmingham, AL 35215

**Clm No 72639**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wesley Sanderson**
P.o. Box 155
Elberta, AL 36530

**Clm No 72640**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## Claims Details

881 of 3332

**Lindsey Sanderson**
C/o Jeffery Sanderson
3315 Fernway Drive
Montgomery, AL 36111

**Clm No 72641**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ralph Sanderson**
3226 Briscoe Drive
Fultondale, AL 35068

**Clm No 72642**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Sanderson**
229 South Palmer Road
Waynesboro, MS 39367

**Clm No 72643**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                              882 of 3332

---

**Austin Sandlin**                          **Clm No 72644**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                    Class          Claim Detail Amount      Final Allowed Amount
Houston, TX 77017
                                     UNS                    $1.00
                                                            $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Garvis Sandlin**                          **Clm No 72645**    Filed In Cases: 140
C/o Vonnie Sandlin
164 Christopher Street Apt. 38         Class          Claim Detail Amount      Final Allowed Amount
Rainbow City, AL 35906
                                     UNS                    $1.00
                                                            $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Bluitt Sandlin**                          **Clm No 72646**    Filed In Cases: 140
c/o Steven Kelsoe
173 Whites Dairy Rd.                   Class          Claim Detail Amount      Final Allowed Amount
Danville, AL 35619
                                     UNS                    $1.00
                                                            $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

883 of 3332

---

**Melvin Sandlin**
11512 Woodland Drive
Mccalla, AL 35111

**Clm No 72647**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Simmons Sandra**
4014 Dover Street
Deer Park, TX 77536

**Clm No 72648**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Ivy Sanford**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72649**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                     884 of 3332

---

**Thomas Sanford**

**Clm No 72650**    Filed In Cases: 140

c/o Sandy Sanford

305 Robbins Rd.

Parrish, AL 35580

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Floyd Sanford**

**Clm No 72651**    Filed In Cases: 140

C/o Louise Sanford-albertson

2105 18th Street

Northport, AL 35476

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**L.V. Sanford**

**Clm No 72652**    Filed In Cases: 140

C/o Debra Wheat

119 Comer Elmore Road

Gordo, AL 35466

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                              885 of 3332

| **Oscar Sanford** | | **Clm No 72653** | Filed In Cases: 140 | |
|---|---|---|---|---|
| Box 152 | | Class | Claim Detail Amount | Final Allowed Amount |
| Glen Flora, TX 77443 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **Agnes Sanford** | | **Clm No 72654** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 745 22Nd Street Sw | | Class | Claim Detail Amount | Final Allowed Amount |
| Fayette, AL 35555 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **Alfred Sankey** | | **Clm No 72655** | Filed In Cases: 140 | |
|---|---|---|---|---|
| c/o Williams Kherkher | | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | UNS | $1.00 | |
| Houston, TX 77017 | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

886 of 3332

---

**DAVID SANSING**
715 Lena Lane
Woodstock, AL 35188

**Clm No 72656**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Sansing**
530 Elizabeth Street
Millport, AL 35576

**Clm No 72657**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gonzalez Santos**
P.O. Box 732
Penuelas, PR 00624

**Clm No 72658**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

887 of 3332

**Chester Saranthus**
c/o Mrs. Catherine Saranthus
11191 Coleman Dairy Rd.
Wilmer, AL 36587

**Clm No 72659**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Donald Satcher**
1975 Chenoor Road
Birmingham, AL 35217

**Clm No 72660**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Janet Satterfield**
801 11th Ave. W.
Palmetto, FL 34221

**Clm No 72661**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                888 of 3332

---

**WILLIAM SATTERFIELD**                      **Clm No 72662**   Filed In Cases: 140
1423 Blackberry Street, N
Pell City, AL 35125              | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Joseph Satterwhite**                       **Clm No 72663**   Filed In Cases: 140
2286 Watts Rd.
Perry, FL 32347                 | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Eliseo Sauceda**                           **Clm No 72664**   Filed In Cases: 140
130 Prosperity Dr.
Mercedes, TX 78570             | Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

889 of 3332

---

**Ernesto Sauceda**
202 McAllen St.
Donna, TX 78537

**Clm No 72665**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Bobbie Sauls**
C/o Keith Preston, Attorney
631 18th Street N
Bessemer, AL 35020

**Clm No 72666**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Alonzo Saunders**
C/o Doris W. Saunders
1221 Posey Ave
Bessemer, AL 35022-4508

**Clm No 72667**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

890 of 3332

| | Clm No 72668 | Filed In Cases: 140 | |
|---|---|---|---|
| **Frank Savage** | | | |
| c/o Frank Savage III | Class | Claim Detail Amount | Final Allowed Amount |
| 716 West El Portal Dr. | | | |
| Pueblo West, CO 81007 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| | Clm No 72669 | Filed In Cases: 140 | |
|---|---|---|---|
| **Jerry Savage** | | | |
| 740 Freeman Loop | Class | Claim Detail Amount | Final Allowed Amount |
| Berry, AL 35546 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| | Clm No 72670 | Filed In Cases: 140 | |
|---|---|---|---|
| **Robert Savage** | | | |
| 505 Camille Lane | Class | Claim Detail Amount | Final Allowed Amount |
| Tuscaloosa, AL 35405 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

891 of 3332

---

**RONALD SAVAGE**
14414 Westland Dr.
Coker, AL 35452

**Clm No 72671**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Patrick Savage**
105 West Castlelake
Granite Shoals, TX 78654

**Clm No 72672**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joseph Savell**
1807 Lott Road
Eight Mile, AL 36613

**Clm No 72673**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

### Claims Details

892 of 3332

---

**CHARLIE SAWYER**
c/o Undra Sawyer
5216 George Walker Rd.
West Point, MS 39773-4512

**Clm No 72674**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Glennis Sawyer**
1846 Morris Majestic Road
Morris, AL 35116

**Clm No 72675**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Miles Saxton**
c/o Roberta Johnson
5312 1st Avenue E
Tuscaloosa, AL 35405

**Clm No 72676**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

893 of 3332

---

**Annie Sayer**
4103 Keene Drive
Tuscaloosa, AL 35404

**Clm No 72677**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Maurice Sayer**
4103 Keene Drive
Tuscaloosa, AL 35404

**Clm No 72678**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Samuel Sayles**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72679**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

894 of 3332

---

**SAMMIE SCALES**
524 West Jones Street
West Point, MS 39773

**Clm No 72680**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jerome Scales**
1016 6th Place West
Birmingham, AL 35204

**Clm No 72681**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas Scarborough**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72682**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

895 of 3332

---

**Holland Scarborough**
c/o David Scarborough
1395 North Temple Drive
Diboll, TX 75941

**Clm No 72683**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Glenn Scarborough**
890 Westwood Rd.
Mt. Olive, AL 35117

**Clm No 72684**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JIMMY SCARBROUGH**
2089 Scarbrough Circle
Mobile, AL 36618

**Clm No 72685**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                             896 of 3332

---

**William Scarlett**                    **Clm No 72686**    Filed In Cases: 140
8657 Doveland Dr., Apt. F.
Pahokee, FL 33476                        Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed           9-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Donald Schaffer**                     **Clm No 72687**    Filed In Cases: 140
6219 Oakcrest
Amarillo, TX 79109                       Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed           9-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Edward Schafner**                     **Clm No 72688**    Filed In Cases: 140
c/o Jerry Schafner
3521 Ave. E                              Class          Claim Detail Amount      Final Allowed Amount
Birmingham, AL 35218
                                         UNS                    $1.00
                                                                $1.00

Date Filed           9-Dec-2016
Bar Date
Claim Face Value           $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

897 of 3332

| | | | |
|---|---|---|---|
| **Jerry Schafner** | **Clm No 72689** | Filed In Cases: 140 | |
| 2440 Lottie Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Bessemer, AL 35020 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |
| Date Filed | 9-Dec-2016 | | |
| Bar Date | | | |
| Claim Face Value | $1.00 | | |

| | | | |
|---|---|---|---|
| **John Schall** | **Clm No 72690** | Filed In Cases: 140 | |
| 4004 Sena Lane | Class | Claim Detail Amount | Final Allowed Amount |
| Labelle, FL 33935 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |
| Date Filed | 9-Dec-2016 | | |
| Bar Date | | | |
| Claim Face Value | $1.00 | | |

| | | | |
|---|---|---|---|
| **Louis Schamerhorn** | **Clm No 72691** | Filed In Cases: 140 | |
| c/o Carolyn Ruth Wells | Class | Claim Detail Amount | Final Allowed Amount |
| 7672 FM 811 | | | |
| Centerville, TX 75833 | UNS | $1.00 | |
| | | $1.00 | |
| Date Filed | 9-Dec-2016 | | |
| Bar Date | | | |
| Claim Face Value | $1.00 | | |

**Rust Consulting | Omni Bankruptcy**   **Visit us on the Web at www.omnimgt.com**   PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**   FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

898 of 3332

---

**NORMAN SCHIMMEL**
c/o Ralph Schimmel
5 Lupe Way
Schenectady, NY 12304-8507

**Clm No 72692**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Harry Schmidt**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72693**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Raymond Schmiedecke**
c/o Cynthia L. Purdee
P.O. Box 1741
De Leon Springs, FL 32130

**Clm No 72694**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

899 of 3332

---

**MARGARET SCHMITT**
c/o Mary Jo Rudolph
P O Box 7
Furman, AL 36741

**Clm No 72695**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Schofield**
1900 Palm Ave.
La Marque, TX 77568

**Clm No 72696**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Schoonover**
c/o Ms. Dessie Schoonover
1013 Robin Hood Lane
Angleton, TX 77515

**Clm No 72697**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

900 of 3332

| GEORGE SCHRADER | **Clm No 72698** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Williams Kherkher | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | |
| Houston, TX 77017 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| DONALD SCHROEDER | **Clm No 72699** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Linda K. Schroeder | Class | Claim Detail Amount | Final Allowed Amount |
| 1032 W. Ashbury St. | | | |
| Olathe, KS 66061 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| JERRY SCHULTZ | **Clm No 72700** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Darlene Curtis | Class | Claim Detail Amount | Final Allowed Amount |
| 101 Ferguson Road | | | |
| Willis, TX 77378 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

901 of 3332

---

**Fritz Schuman**
1933 Brassart Lane
Columbus, KS 66725-3085

**Clm No 72701**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----------------|-----------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Schunk**
4097 46th Ave. N. Lot 129
St. Petersburg, FL 33714

**Clm No 72702**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----------------|-----------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Louis Schwertner**
P.O. Box 94
Santa Fe, TX 77510

**Clm No 72703**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-----------------|-----------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

902 of 3332

---

**VIRGLE SCOGIN**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72704**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES SCOGIN**
c/o Sidney Summey, Conservator for Mary Scogin
P.O. Box 248
Birmingham, AL 35201

**Clm No 72705**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ELMER SCOPER**
c/o Patricia Scoper
12386 Celeste Rd. B
Chunchula, AL 36521

**Clm No 72706**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

903 of 3332

---

**Kenneth Scoper**
9656 Chelginet Lane
Creola, AL 36525-4859

**Clm No 72707**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lucious Scott**
P.o. Box 20143
Tuscaloosa, AL 35402

**Clm No 72708**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Scott**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72709**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

904 of 3332

---

**Joe Scott**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72710**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carl Scott**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72711**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Earl Scott**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72712**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

905 of 3332

---

**Clarance Scott**
C/o Velma Johnson
248 Steel Tank Road
Beaufort, NC 28516

**Clm No 72713**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GILBERT SCOTT**
c/o Timothy Scott
P.O. Box 744
Hallsville, TX 75650

**Clm No 72714**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ernest Scott**
C/o Sanford Gunter, Attorney
2703 7th Street
Tuscaloosa, AL 35401

**Clm No 72715**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## Claims Details

906 of 3332

---

**Julius Scott**
C/o Julius Scott Iii
P. O. Box 126
Newbern, AL 36765

**Clm No 72716**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Albert Scott**
C/o Jimmy Albert Scott
13850 Old Greenwell Springs Rd
Greenwell Springs, LA 70739-3277

**Clm No 72717**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Scott**
C/o Jackie Bardenwerper
5620 Thomas Road
Gainesville, GA 30506

**Clm No 72718**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

907 of 3332

---

**Joe Scott**
c/o Irene Scott
2418-13 Ave. North
Birmingham, AL 35234

**Clm No 72719**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Scott**
C/o Howell Scott
2429 Churchura Road
Birmingham, AL 35244

**Clm No 72720**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Scott**
C/o Helen Shores Lee, Attorney
P.o. Box 10622
Birmingham, AL 35203

**Clm No 72721**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

908 of 3332

**RONALD SCOTT**
c/o Gwen Carter
PO Box 1007
Plaquemine, LA 70765

**Clm No 72722**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Wilmer Scott**
c/o Genese Scott-Mackey
501 Nebobish Avenue
Bay City, MI 48708

**Clm No 72723**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**James Scott**
c/o Dorothy Scott
571 McPherson Dr.
Alford, FL 32420

**Clm No 72724**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                          909 of 3332

---

**JOHN SCOTT**                          **Clm No 72725**    Filed In Cases: 140
c/o Doreen Scott
143 Mill Pond St.                       Class            Claim Detail Amount        Final Allowed Amount
Motley, MN 56466
                                        UNS                    $1.00
                                                               $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Charlie Scott**                       **Clm No 72726**    Filed In Cases: 140
C/o Charlene Sanders
1530 27th Street Ensley                  Class            Claim Detail Amount        Final Allowed Amount
Birmingham, AL 35218
                                        UNS                    $1.00
                                                               $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Frank Scott**                         **Clm No 72727**    Filed In Cases: 140
c/o Beverly Scott
Post Office Box 111                      Class            Claim Detail Amount        Final Allowed Amount
Sipsey, AL 35584
                                        UNS                    $1.00
                                                               $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

910 of 3332

---

**FLOYD SCOTT**
508 53rd Street, S
Birmingham, AL 35212

**Clm No 72728**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RHEUBIN SCOTT**
404 Water Oak Ln.
Trussville, AL 35173

**Clm No 72729**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Scott**
4011 1/2 15th Street N.e.
Tuscaloosa, AL 35404

**Clm No 72730**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

911 of 3332

**Lue Scott**
215 2nd Ave South
Birmingham, AL 35205

**Clm No 72731**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Raymond Scott**
2021 Albritton Road
Gardendale, AL 35071

**Clm No 72732**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Johnnie Scott**
1720 Ruby Street
Mobile, AL 36617

**Clm No 72733**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

912 of 3332

---

**Isiah Scott**
1554 Exeter Court
Bessemer, AL 35020

**Clm No 72734**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Willie Scott**
1313 17th Way S.w.
Birmingham, AL 35211

**Clm No 72735**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**WILLIE SCOTT**
1010 Cahaba Street North
Birmingham, AL 35234

**Clm No 72736**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

913 of 3332

---

**Haywood Scovil**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72737**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Matthew Scruggs**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72738**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Clark Scruggs**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72739**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

914 of 3332

| Raymond Scruggs | | **Clm No 72740** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 10824 S. Davis Road | | Class | Claim Detail Amount | Final Allowed Amount |
| Cottondale, AL 35453 | | UNS | $1.00 | |
| | | | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| John Scurlock | | **Clm No 72741** | Filed In Cases: 140 | |
|---|---|---|---|---|
| C/o Betty  Scurlock | | Class | Claim Detail Amount | Final Allowed Amount |
| 2603 Novel Drive | | UNS | $1.00 | |
| Hueytown, AL 35023 | | | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| John Seabury | | **Clm No 72742** | Filed In Cases: 140 | |
|---|---|---|---|---|
| c/o Williams Kherkher | | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | UNS | $1.00 | |
| Houston, TX 77017 | | | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:18:45 PM

*Claims Details*

915 of 3332

| Robert Seabury | **Clm No 72743** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Williams Kherkher | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | |
| Houston, TX 77017 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Clinton Seagle | **Clm No 72744** | Filed In Cases: 140 | |
|---|---|---|---|
| 536 8th Street S.w. | Class | Claim Detail Amount | Final Allowed Amount |
| Alabaster, AL 35007 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| WILLIAM SEALE | **Clm No 72745** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Connie Seale | Class | Claim Detail Amount | Final Allowed Amount |
| 848 CR 59 | | | |
| Moundville, AL 35474 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

916 of 3332

---

**JAMES SEALES**                          **Clm No 72746**   Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600               Class          Claim Detail Amount      Final Allowed Amount
Houston, TX 77017
                                UNS                  $1.00
                                                     $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**EUGENE SEALES**                         **Clm No 72747**   Filed In Cases: 140
c/o Brenda Gail Warren
274 Aviation Rd.                Class          Claim Detail Amount      Final Allowed Amount
Bessemer, AL 35022
                                UNS                  $1.00
                                                     $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Charlie Sealey**                        **Clm No 72748**   Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600               Class          Claim Detail Amount      Final Allowed Amount
Houston, TX 77017
                                UNS                  $1.00
                                                     $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

917 of 3332

---

**Clifford Sealie**
P.o. Box 291
Bessemer, AL 35202

**Clm No 72749**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIE SEALIE**
c/o Dianne Sealie
11 Center Street
Bessemer, AL 35020

**Clm No 72750**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Marvin Sealie**
600 Cherry Ave.
Birmingham, AL 35214-4724

**Clm No 72751**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

918 of 3332

---

**Clark Seamon**
C/o Eloyse Seamon
2820 Country Brook Drive
Montgomery, AL 36116

**Clm No 72752**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bryan Sears**
c/o Mrs. Judy Sears
411 West Vine
Butler, MI 64730

**Clm No 72753**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bennie Seaton**
c/o Celicia Henson
7851 CR 427
Tyler, TX 75706

**Clm No 72754**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

919 of 3332

**Fannie Seaton**
823 West 26th St.
Tyler , TX 75702

**Clm No 72755**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**James See**
c/o Mrs. Nancy See, Executor of Estate
3526 Katy Hockley Road
Katy, TX 77493

**Clm No 72756**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Robert Seevers**
c/o Matthew Elwood Seevers
3340 N. Simmons Road
Jay, FL 32565

**Clm No 72757**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

920 of 3332

---

**Reyna Seferino**
11414 Sage York
Houston, TX 77089

**Clm No 72758**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ed Seibold**
c/o Doris Seibold
101 N Upper Broadway, Unit 1002
Corpus Christi, TX 78401

**Clm No 72759**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Harold Self**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72760**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

921 of 3332

---

**Sebern Self**
c/o Michael L. Self
829 30th Street South
Birmingham, AL 35205

**Clm No 72761**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lecile Self**
C/o Louise Self
1424 Montclair Road
Birmingham, AL 35210

**Clm No 72762**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ronald Self**
1145 Cheyenne Blvd
Birmingham, AL 35215

**Clm No 72763**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

922 of 3332

---

**A.C. Seller**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72764**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard Sellers**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72765**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Sellers**
c/o Ruth Mae Sellers
1000 Cottrell Street
Mobile, AL 36605

**Clm No 72766**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

923 of 3332

**Mclester Sellers**
C/o Nancy S. Sellers
4024 Cherrywood Cr.
Tuscaloosa, AL 35404

**Clm No 72767**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Colvin Sellers**
C/o Mason Sellers
2320 32nd Place S.w.
Birmingham, AL 35221-1224

**Clm No 72768**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**John Sellers**
C/o Martha Potee
1713 Furnace Drive
Glen Burnie, MD 21060

**Clm No 72769**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

924 of 3332

---

**Solon Sellers**
c/o Judy Sellers
121 Shady Circle
Alabaster, AL 35007

**Clm No 72770**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HENRY SELLERS**
c/o Ida Sellers
1061 Sellers Road
Birmingham, AL 35217

**Clm No 72771**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Sellers**
c/o Donald Sellers, Sr.
141 Wickstand Rd.
Hueytown, AL 35023

**Clm No 72772**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

925 of 3332

---

**Ben Sellers**
C/o Angela Sellers
1024 12th Street
Bessemer, AL 35020

**Clm No 72773**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ned Sellers**
909 Princeton Ave Sw., Apt 1212
Birmingham, AL 35211-1339

**Clm No 72774**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MEREDITH SELLERS**
720 Princeton Parkway
Mt. Olive, AL 35117

**Clm No 72775**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

926 of 3332

---

**Robert Selman**
C/o Michael L. Selman
11586 Gurley Road
Woodstock, AL 35188

**Clm No 72776**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FRANK SELMAN**
5872 Shane Circle.
Pinson, AL 35126-3156

**Clm No 72777**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**MARTHA SELMAN**
2719 Columbus Way S.W.
Decatur, AL 35603

**Clm No 72778**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

927 of 3332

---

**Eugene Seltz**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72779**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Seltz**
3636 Johnson Street
Gary, IN 46408

**Clm No 72780**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lakey Semore**
2317 Hampton Street
Houston, TX 77088-4609

**Clm No 72781**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

928 of 3332

---

**SAMUEL SENDEJAR**
437 Cheyenne Street
Corpus Christi, TX 78405

**Clm No 72782**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Leroy Sennette**
2905 Virginia
La Marque, TX 77568

**Clm No 72783**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Clifton Sepulvado**
11422 Scottsdale Dr.
Stafford, TX 77477

**Clm No 72784**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

929 of 3332

---

**Martin Sertell**
C/o Michael David Sertell
1010 Melrose Place
Birmingham, AL 35209

**Clm No 72785**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DEMPSEY SESSIONS**
316 Broad Street
Camden, AL 36726

**Clm No 72786**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ELLERY SETLIFF**
2317 Peyton Pl
Deer Park, TX 77536

**Clm No 72787**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

930 of 3332

---

**Eddie Seward**
c/o Sally Irwin
1215 Bayshore Dr.
Ingleside, TX 78362

**Clm No 72788**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Sewell**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72789**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Brenda Sewell**
4500 Dyers Court
Northport, AL 35476

**Clm No 72790**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

931 of 3332

---

**Roy Sewell**
4500 Dyers Court
Northport, AL 35476

**Clm No 72791**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Johnnie Sexton**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72792**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Sexton**
2710 26th Ave
Northport, AL 35476

**Clm No 72793**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

932 of 3332

---

**William Sexton**
2216 26 Avenue
Northport, AL 35476

**Clm No 72794**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Bobby Sexton**
1908 Garber St.
Holt, AL 35401

**Clm No 72795**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**RICHARD SEYMOUR**
15307 Stampede Pass Dr.
Houston, TX 77095

**Clm No 72796**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

933 of 3332

| Raymond Shackleford | | Clm No 72797 | Filed In Cases: 140 | |
|---|---|---|---|---|
| 2513 Princeton Ave S.w. | | Class | Claim Detail Amount | Final Allowed Amount |
| Birmingham, AL 35211 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| SAM SHAFFER | | Clm No 72798 | Filed In Cases: 140 | |
|---|---|---|---|---|
| c/o Williams Kherkher | | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | UNS | $1.00 | |
| Houston, TX 77017 | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| RICHARD SHAFFER | | Clm No 72799 | Filed In Cases: 140 | |
|---|---|---|---|---|
| 725 4th Avenue | | Class | Claim Detail Amount | Final Allowed Amount |
| N Versailles, PA 15137 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

934 of 3332

---

**OVIE SHANER**
c/o Debra Andrews
6056 Hwy 85
Vincent, AL 35178

**Clm No 72800**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jerald Shannon**
751 County Road 1208
Vinemont, AL 35179

**Clm No 72801**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Sharbutt**
c/o John D. Sharbutt
3639 Timber Way
Helena, AL 35022

**Clm No 72802**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

935 of 3332

---

**Hobert Sharit**
C/o Anna Lois Sharit
1735 Mountain Drive
Tarrant, AL 35217

**Clm No 72803**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**VERNON SHARIT**
611 Cassville Rd
Cartersville, GA 30120

**Clm No 72804**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Payton Sharp**
C/o Pamela Sharp
4721 South Pineridge Drive
Eight Mile, AL 36613

**Clm No 72805**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

936 of 3332

---

**Connie Sharp**
1509 Crockett West
La Marque, TX 77568

**Clm No 72806**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Norwood Sharper**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72807**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBY SHAVER**
c/o David Shaver
7603 Cervin Drive
Amarillo, TX 79121-1201

**Clm No 72808**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

937 of 3332

---

**EDWARD SHAVERS**

c/o Julia Gibson, Executrix of Estate of Edward Shavers

2520 Bellview

La Marque, TX 77568

**Clm No 72809**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Frank Shaw**

c/o Williams Kherkher

8441 Gulf Fwy #600

Houston, TX 77017

**Clm No 72810**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GEORGE SHAW**

c/o Williams Kherkher

8441 Gulf Fwy #600

Houston, TX 77017

**Clm No 72811**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**   **Visit us on the Web at www.omnimgt.com**   **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**   **E-mail: claimsmanager@omnimgt.com**   **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                    938 of 3332

| Katie Shaw | | **Clm No 72812** | Filed In Cases: 140 | |
|---|---|---|---|---|
| C/o James Shaw | | Class | Claim Detail Amount | Final Allowed Amount |
| 2508 County Road 21 | | | | |
| Gordo, AL 35466 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| James Shaw | | **Clm No 72813** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 9841 Central Plank Road | | Class | Claim Detail Amount | Final Allowed Amount |
| Wetumpka, AL 36092 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| CHARLES SHAW | | **Clm No 72814** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 568 Willie Wright Rd. | | Class | Claim Detail Amount | Final Allowed Amount |
| Ethelsville, AL 35461 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                              939 of 3332

---

**GIRLIE SHAW**                    **Clm No 72815**    Filed In Cases: 140
4818 Wolf Road
Columbus, MS 39701                 Class          Claim Detail Amount    Final Allowed Amount

                                   UNS                  $1.00
                                                        $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**James Shaw**                     **Clm No 72816**    Filed In Cases: 140
2508 County Road 21
Gordo, AL 35466                    Class          Claim Detail Amount    Final Allowed Amount

                                   UNS                  $1.00
                                                        $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**WALTER SHAW**                    **Clm No 72817**    Filed In Cases: 140
2405 12Th Avenue North
Bessemer, AL 35020                 Class          Claim Detail Amount    Final Allowed Amount

                                   UNS                  $1.00
                                                        $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

940 of 3332

---

**Frank Shearer**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72818**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Lee Shearer**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72819**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Freddie Sheats**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72820**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**JOSEPH SHEELOR**
P.O. Box 71
Watson, AL 35181

**Clm No 72821**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Blake Sheffield**
C/o Cecil Bowman
1407 34th St. No.
Birmingham, AL 35234-2923

**Clm No 72822**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Ralph Sheffield**
13249 ashi Road
Thomasville, AL 36784

**Clm No 72823**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## Claims Details

942 of 3332

**Mickey Sheffield**
11920 Bushy Road
Mobile, AL 36695

**Clm No 72824**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Stiles Sheila**
422 China St.
Center Point, TX 78010

**Clm No 72825**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Douglas Shelby**
c/o Vivian Shelby
2712 16th Ave North
Birmingham, AL 35234

**Clm No 72826**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

943 of 3332

| Faye Shelby | | Clm No 72827 | Filed In Cases: 140 | |
| 805 32nd Ave East | | Class | Claim Detail Amount | Final Allowed Amount |
| Tuscaloosa, AL 35404 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| John Shelley | | Clm No 72828 | Filed In Cases: 140 | |
| 1591 Hickory Street | | Class | Claim Detail Amount | Final Allowed Amount |
| Mulga, AL 35118 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| John Shelley | | Clm No 72829 | Filed In Cases: 140 | |
| 12 Elizabeth Avenue | | Class | Claim Detail Amount | Final Allowed Amount |
| Chickasaw, AL 36611 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

944 of 3332

| | Clm No 72830 | Filed In Cases: 140 | |
|---|---|---|---|
| **William Shelton** | | | |
| 214 Meeting Lane, NE | Class | Claim Detail Amount | Final Allowed Amount |
| Atlanta, GA 30342-1991 | UNS | $1.00 | |
| | | $1.00 | |
| Date Filed | 9-Dec-2016 | | |
| Bar Date | | | |
| Claim Face Value | $1.00 | | |

| | Clm No 72831 | Filed In Cases: 140 | |
|---|---|---|---|
| **Gerald Shelton** | | | |
| 1200 C.R. 2300 | Class | Claim Detail Amount | Final Allowed Amount |
| Cleveland, TX 77327 | UNS | $1.00 | |
| | | $1.00 | |
| Date Filed | 9-Dec-2016 | | |
| Bar Date | | | |
| Claim Face Value | $1.00 | | |

| | Clm No 72832 | Filed In Cases: 140 | |
|---|---|---|---|
| **Leroy Shipman** | | | |
| 402 N. Nixon Ave. | Class | Claim Detail Amount | Final Allowed Amount |
| Nixon, TX 78140 | UNS | $1.00 | |
| | | $1.00 | |
| Date Filed | 9-Dec-2016 | | |
| Bar Date | | | |
| Claim Face Value | $1.00 | | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

945 of 3332

---

**Henry Shirley**
P.O. Box 251
Crosby, TX 77532

**Clm No 72833**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Roberts Shirley**
P.O. Box 1723
Crosby, TX 77532

**Clm No 72834**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Wyman Shirley**
5605 Cypress View Lane
Northport, AL 35476

**Clm No 72835**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

---

*Claims Details*

946 of 3332

---

**Durden Shirley**
302 West 23Rd St.
Houston, TX 77008

**Clm No 72836**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kervin Shirley**
25292 Nesting Square
South Riding, VA 20152

**Clm No 72837**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Barbara Shirley**
14229 Echola Road
Gordo, AL 35466

**Clm No 72838**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

947 of 3332

**Gerald Shubert**
20824 Hwy. 110  S.
Troup, TX 75789

**Clm No 72839**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Allen Sibbie**
1216 East 32 1/2 St.
Houston, TX 77022

**Clm No 72840**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Aubrey Sides**
61 Buttercup Lane
Cordova, AL 35550

**Clm No 72841**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                948 of 3332

---

**Domingo Silvas**                    **Clm No 72842**    Filed In Cases: 140
1402 Crosby
Portland, TX 78374                     Class            Claim Detail Amount      Final Allowed Amount

                                       UNS                  $1.00
                                                            $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Joseph Simmons**                    **Clm No 72843**    Filed In Cases: 140
P.O. Box 677
Cantonment, FL 32533                  Class            Claim Detail Amount      Final Allowed Amount

                                       UNS                  $1.00
                                                            $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Billy Simmons**                     **Clm No 72844**    Filed In Cases: 140
4014 Dover Street
Deer Park, TX 77536                   Class            Claim Detail Amount      Final Allowed Amount

                                       UNS                  $1.00
                                                            $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## Claims Details

949 of 3332

---

**Winfred Simmons**
254 Moore St.
Clute, TX 77531

**Clm No 72845**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Catherine Simmons**
254 Moore
Clute, TX 77531

**Clm No 72846**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Frank Simonetti**
2261 First Place South
Birmingham, AL 35205

**Clm No 72847**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

950 of 3332

---

**Jasper Sims**
P.O. Box 490
Hardin, TX 77561

**Clm No 72848**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Truman Sims**
P O Box 121
Woodville, TX 75979

**Clm No 72849**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ralph Singleton**
2340 Sawmill Cutoff Rd.
Mt. Vernon, AL 36560

**Clm No 72850**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## Claims Details

951 of 3332

---

**Albert Singleton**
12915 Crosby Lynchburg Road
Crosby, TX 77532

**Clm No 72851**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Edwen Siniard**
610 Taihaiti Lane
Birmingham, AL 35217

**Clm No 72852**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jerry Sirmans**
117 Jamison
Angleton, TX 77515

**Clm No 72853**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## *Claims Details*

952 of 3332

**Jerry Sizemore**
7276 Lou George Loop
Bessemer, AL 35023

**Clm No 72854**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**James Skelton**
13066 Old Marion Road
Tuscaloosa, AL 35405

**Clm No 72855**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Zuma Skelton**
13066 Old Marion Road
Tuscaloosa, AL 35405

**Clm No 72856**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

953 of 3332

---

**Johnnie Slaughter**
2193 E. Norman Circle
Orange, TX 77630

**Clm No 72857**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sam Sledge**
2208 28Th Avenue
Tuscaloosa, AL 35401-5403

**Clm No 72858**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Basil Sloan**
2539 Warrior-Jasper Rd.
Warrior, AL 35180

**Clm No 72859**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

## Claims Details

954 of 3332

**Harry Sloan**
2201 Floyd Bradford Rd.
Trussville, AL 35173

**Clm No 72860**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Robert Smelley**
13053 Gray Drive
Coker, AL 35452

**Clm No 72861**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Tom Smith**
P.O. Box 66
Concepcion, TX 78349

**Clm No 72862**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                  3/20/2018 3:18:45 PM

*Claims Details*                                                                                              955 of 3332

---

**James Smith**                              **Clm No 72863**    Filed In Cases: 140
P.o. Box 50455
Mobile, AL 36605                             | Class | Claim Detail Amount | Final Allowed Amount |
                                            | UNS   | $1.00               |                      |
                                            |       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Tom Smith**                                **Clm No 72864**    Filed In Cases: 140
956-B Red Fox Road
Mount Vernon, AL 36560                       | Class | Claim Detail Amount | Final Allowed Amount |
                                            | UNS   | $1.00               |                      |
                                            |       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**John Smith**                               **Clm No 72865**    Filed In Cases: 140
919 Medford Ave.
Pensacola, FL 32505                          | Class | Claim Detail Amount | Final Allowed Amount |
                                            | UNS   | $1.00               |                      |
                                            |       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

956 of 3332

---

**Shelby Smith**
8545 Russell Road
Citronelle, AL 36522

**Clm No 72866**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joseph Smith**
8273 Magnolia Village Dr. S.
Mobile, AL 36695

**Clm No 72867**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jimmy Smith**
6941 Treeline Lane
Pinson, AL 35126

**Clm No 72868**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

957 of 3332

---

**Euger Smith**
6630 Thrush
Houston, TX 77087

**Clm No 72869**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Mary Smith**
6315 Larkin Street
Birmingham, AL 35217

**Clm No 72870**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Robert Smith**
4636 N. 13Th Avenue
Birmingham, AL 35212

**Clm No 72871**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

958 of 3332

**William Smith**
450 Burns Rd.
Vincent, AL 35178

**Clm No 72872**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Royce Smith**
3512 Singleton
Baytown, TX 77521

**Clm No 72873**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rayford Smith**
2301 Fairway Drive Apt 115
Alvin, TX 77511

**Clm No 72874**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                            959 of 3332

---

**Elijah Smith**                         **Clm No 72875**   Filed In Cases: 140
121 Lee Dr.
La Marque, TX 77568                       Class            Claim Detail Amount        Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Fred Smith**                           **Clm No 72876**   Filed In Cases: 140
10 CR 5150
Bloomfield, NM 87413                      Class            Claim Detail Amount        Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**John Smyth**                           **Clm No 72877**   Filed In Cases: 140
3002 Bryant Road
Mobile, AL 36605                          Class            Claim Detail Amount        Final Allowed Amount

                                          UNS                    $1.00
                                                                 $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

960 of 3332

---

**Douglas Snider**
43 Home Wood Drive
Atmore, AL 36502

**Clm No 72878**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Macon Snow**
C/o S. Michelle Hood
4154 Woodland Forrest Dr.
Tuscaloosa, AL 35405

**Clm No 72879**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**A. Socorro**
2212 Cumbre Negra St.
El Paso, TX 79935

**Clm No 72880**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

961 of 3332

---

**Leonard Sokolowski**
8429 El Grove Street
Spring Hill, FL 34608

**Clm No 72881**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Ramiro Solis**
417 W. Avenue B
Robstown, TX 78380

**Clm No 72882**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**James Sollazzo**
11037 Tenoaks Drive
Hudson, FL 34669

**Clm No 72883**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

962 of 3332

---

**Preston Solomon**
5681 Morgan Road
Walnut Hill, FL 32568

**Clm No 72884**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ezekiel Solomon**
45 County Road 945
Selma, AL 36701

**Clm No 72885**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rene Sommer**
402 Lindenwood Drive
Houston, TX 77024

**Clm No 72886**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

963 of 3332

---

**Keith Sonier**
16538 Douglas Road
Groveland, FL 34736

**Clm No 72887**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**J Spain**
2236 Smokey Rd.
Alabaster, AL 35007

**Clm No 72888**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Sparks**
11528 Price Road
Duncanville, AL 35456

**Clm No 72889**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

964 of 3332

---

**Joe Spears**
1523 Ambrosden
Channelview, TX 77530

**Clm No 72890**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**J Spence**
P.O. Box 282
Dodge, TX 77334

**Clm No 72891**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Leland Spencer**
c/o William G. Barnes, Esq.
2326 1st St. NE
Birmingham, AL 35215

**Clm No 72892**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

965 of 3332

**Billie Spencer**
250 8th St. NE
Gordo, AL 35466

**Clm No 72893**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Ted Spidle**
P.O. Box 403
Leeds, AL 35094

**Clm No 72894**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Billy Sprayberry**
473 Fosters Rd.
Delta, AL 36258

**Clm No 72895**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                      966 of 3332

| **Fabian Sprencel** | **Clm No 72896** | Filed In Cases: 140 | |
|---|---|---|---|
| P.O. Box 28174 | Class | Claim Detail Amount | Final Allowed Amount |
| San Antonio, TX 78228 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Charles Spurgin** | **Clm No 72897** | Filed In Cases: 140 | |
|---|---|---|---|
| 1625 Chestnut #17 | Class | Claim Detail Amount | Final Allowed Amount |
| Canon City, CO 81212 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Robert Stabler** | **Clm No 72898** | Filed In Cases: 140 | |
|---|---|---|---|
| 2475 Wedgewood Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Semmes, AL 36575 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:18:45 PM

*Claims Details*

967 of 3332

| **Lecil Stacks** | | **Clm No 72899** | Filed In Cases: 140 | |
| --- | --- | --- | --- | --- |
| 170 Sargent Road | | Class | Claim Detail Amount | Final Allowed Amount |
| Cordova, AL 35550 | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **Davison Stacy** | | **Clm No 72900** | Filed In Cases: 140 | |
| --- | --- | --- | --- | --- |
| 13215 Shaft Dr. | | Class | Claim Detail Amount | Final Allowed Amount |
| Cypress, TX 77429 | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **John Staggs** | | **Clm No 72901** | Filed In Cases: 140 | |
| --- | --- | --- | --- | --- |
| P.o. Box 621 | | Class | Claim Detail Amount | Final Allowed Amount |
| Mccalla, AL 35111 | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

968 of 3332

**Lloyd Staggs**
700 Duncan Lane
Leighton, AL 35646

**Clm No 72902**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Larkin Stallings**
2812 Snavely Ave
Birmingham, AL 35211

**Clm No 72903**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Maze Stallworth**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72904**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                           969 of 3332

---

**David Stallworth**                  **Clm No 72905**   Filed In Cases: 140
C/o John Stallworth
302 Osman Drive                       | Class | Claim Detail Amount | Final Allowed Amount |
Madison, AL 35756                     |-------|---------------------|----------------------|
                                      | UNS   | $1.00               |                      |
                                      |       | $1.00               |                      |

| Date Filed        | 9-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Talman Stallworth**                 **Clm No 72906**   Filed In Cases: 140
C/o Altha Mae Stallworth
53 South 17th Court                   | Class | Claim Detail Amount | Final Allowed Amount |
Birmingham, AL 35205                  |-------|---------------------|----------------------|
                                      | UNS   | $1.00               |                      |
                                      |       | $1.00               |                      |

| Date Filed        | 9-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Earvin Stallworth**                 **Clm No 72907**   Filed In Cases: 140
2112 Dr. M.L. King Dr.
Mobile, AL 36617                      | Class | Claim Detail Amount | Final Allowed Amount |
                                      |-------|---------------------|----------------------|
                                      | UNS   | $1.00               |                      |
                                      |       | $1.00               |                      |

| Date Filed        | 9-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

970 of 3332

---

**Wilson Stamps**
C/o Connie Black
856 Valley View Garden Circle
Moundville, AL 35474

**Clm No 72908**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Early Stamps**
5602 Hwy 69 North
Northport, AL 35473

**Clm No 72909**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas Stamps**
14285 Sipsey  Valley Rd. South
Ralph, AL 35480

**Clm No 72910**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

971 of 3332

---

**Charles Stamps**
13204 Hwy 11 South
Fosters, AL 35463

**Clm No 72911**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Evelyn Stamps**
13157 Highway 11 South
Fosters, AL 35463

**Clm No 72912**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**J STANBERRY**
c/o Lawana Williams
1207 Michael Drive
Westland, MI 48186

**Clm No 72913**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:18:45 PM

*Claims Details*

972 of 3332

---

**Charles Standley**
1201 S. Broadway #301
La Porte, TX 77571-5329

**Clm No 72914**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Stanley**
1810 So Canal
Highlands, TX 77562

**Clm No 72915**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lee Starks**
1909 36Th Avenue North
Birmingham, AL 35207

**Clm No 72916**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                3/20/2018 3:18:45 PM

*Claims Details*                                                                          973 of 3332

---

**Augusta Starks**                          **Clm No 72917**    Filed In Cases: 140
1905 36 Avenue North
Birmingham, AL 35207                         Class               Claim Detail Amount       Final Allowed Amount

                                            UNS                 $1.00
                                                                $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**M. Staton**                               **Clm No 72918**    Filed In Cases: 140
3800 Trailwood Dr.
Baytown, TX 77521                           Class               Claim Detail Amount       Final Allowed Amount

                                            UNS                 $1.00
                                                                $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**JOHN STEELE**                             **Clm No 72919**    Filed In Cases: 140
808 County Hwy 41
Hamilton, AL 35570                           Class               Claim Detail Amount       Final Allowed Amount

                                            UNS                 $1.00
                                                                $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value      $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

974 of 3332

---

**Stella Steele**
425 W. Vista Court
Mobile, AL 36609

**Clm No 72920**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROBERT STEELE**
293 Steele Rd.
Wagarville, AL 36585

**Clm No 72921**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Stephen Stehling**
10538 Spencer Landing North
La Porte, TX 77571

**Clm No 72922**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:18:45 PM

*Claims Details*

975 of 3332

| | | |
|---|---|---|
| **Guillory Stephanie** | **Clm No 72923** | Filed In Cases: 140 |
| 14115 Longshadow Drive | | |
| Houston, TX 77015 | Class | Claim Detail Amount | Final Allowed Amount |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

| | | |
|---|---|---|
| **Chatham Stephen** | **Clm No 72924** | Filed In Cases: 140 |
| 10619 Candlewood | | |
| Houston, TX 77042 | | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

| | | |
|---|---|---|
| **Paul Stephens** | **Clm No 72925** | Filed In Cases: 140 |
| C/o Margaret Stephens | | |
| 262 Wisteria Street | | |
| West Blocton, AL 35184-2332 | | |

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

976 of 3332

---

**Robert Stephens**
c/o John Daniels
Post Office Box 5643
Birmingham, AL 35207-0643

**Clm No 72926**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Stephens**
6276 Sunset Drive
Mulga, AL 35118

**Clm No 72927**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES STEPHENS**
231 Union Grove Road
Adamsville, AL 35005

**Clm No 72928**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

977 of 3332

---

**Betty Stephens**
226 Short 25Th Ave. East
Tuscaloosa, AL 35404

**Clm No 72929**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jon Stephens**
226 Short 25Th Ave. East
Tuscaloosa, AL 35404

**Clm No 72930**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Paul Stephens**
21183 Chamblee Avenue
Mccalla, AL 35111

**Clm No 72931**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

978 of 3332

---

**Floyd Stephenson**
c/o Jacqueline S. Wilkerson
795 Louisville Rd
Grovetown, GA 30813

**Clm No 72932**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Verdo Stepp**
2186 Basinge Road
Carrollton, AL 35447

**Clm No 72933**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Sterling**
c/o Brenda Dean
4921 10th Ct. East
Tuscaloosa, AL 35405

**Clm No 72934**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

979 of 3332

---

**WILLIE STERLING**
832 28th St. SW
Birmingham, AL 35211

**Clm No 72935**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Charlie Steve**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 72936**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Evans Steve**
14411 Boudreaux
Tomball, TX 77375

**Clm No 72937**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

980 of 3332

---

**GLYNN STEVENS**
c/o Virginia Stevens
165 Frances Dr.
Three Rivers, TX 78071

**Clm No 72938**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Eugene Stevens**
c/o Laverne Stevens
3404 Sharon Lane, Apt. 100
Hueytown, AL 35023

**Clm No 72939**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mason Stevenson**
C/o Susie Reece
4808 15th Street Road
Hueytown, AL 35023

**Clm No 72940**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                 981 of 3332

---

**Joe Stevenson**                          **Clm No 72941**   Filed In Cases: 140
C/o Stephany P. Stevenson
P.o Box 271201                             Class          Claim Detail Amount      Final Allowed Amount
Salt Lake City, UT 84127                   UNS               $1.00
                                                             $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Charles Stevenson**                      **Clm No 72942**   Filed In Cases: 140
c/o Stephanie C. Dinkins
5516 Greenleaf Road                        Class          Claim Detail Amount      Final Allowed Amount
Mobile, AL 36693                           UNS               $1.00
                                                             $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**MARY STEVENSON**                         **Clm No 72943**   Filed In Cases: 140
22176 Walker Sander Road
Pheba, MS 39755                            Class          Claim Detail Amount      Final Allowed Amount
                                           UNS               $1.00
                                                             $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:18:45 PM

*Claims Details*

982 of 3332

| James Steward | | **Clm No 72944** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 1123 18Th Street | | Class | Claim Detail Amount | Final Allowed Amount |
| Tuscaloosa, AL 35401 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Samuel Stewart | | **Clm No 72945** | Filed In Cases: 140 | |
|---|---|---|---|---|
| C/o Samuel L. Stewart, Jr. | | Class | Claim Detail Amount | Final Allowed Amount |
| 2816 Dawson Avenue S.w. | | UNS | $1.00 | |
| Birmingham, AL 35211 | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Melvin Stewart | | **Clm No 72946** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 52755 Melvin Stewart Road | | Class | Claim Detail Amount | Final Allowed Amount |
| Bay Minette, AL 36507 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

983 of 3332

---

**Isaac Stewart**
510 First Avenue
Saraland, AL 36571

**Clm No 72947**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wise Stewart**
4505 Cloverdale Estate
Northport, AL 35476

**Clm No 72948**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Albert Stewart**
43048 Pine Grove Road
Bay Minette, AL 36507

**Clm No 72949**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                              984 of 3332

| **Archie Stewart** | | **Clm No 72950** | Filed In Cases: 140 | |
| 21 Apple Grove Road | | Class | Claim Detail Amount | Final Allowed Amount |
| Jackson, AL 36545 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **John Stewart** | | **Clm No 72951** | Filed In Cases: 140 | |
| 111 Russell Street | | Class | Claim Detail Amount | Final Allowed Amount |
| Saraland, AL 36571 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **Kenneth Stickney** | | **Clm No 72952** | Filed In Cases: 140 | |
| 12110 Bonanza Dr | | Class | Claim Detail Amount | Final Allowed Amount |
| Bayonete Point, FL 34667 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

985 of 3332

---

**Donald Stidham**
801 N Noble Rd.
Texas City, TX 77591

**Clm No 72953**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Payton Stone**
2913 Peach
Pasadena, TX 77502

**Clm No 72954**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lloyd Stone**
2498 Ave. C
Ingleside, TX 78362

**Clm No 72955**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

986 of 3332

---

**Ralph Stone**
21 Maple Street
Springville, AL 35146

**Clm No 72956**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Ralph Story**
5 East Bankston Circle
Jasper, AL 35501

**Clm No 72957**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willie Story**
300 Cherry Tree Rd.
Monticello, FL 32344

**Clm No 72958**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

987 of 3332

---

**Mildred Strait**
4015 29th Street North
Birmingham, AL 35207

**Clm No 72959**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Maurene Strawn**
P.O. Box 96
Camp Hill, AL 36850

**Clm No 72960**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ethel Strickland**
706 8Th Avenue
Midfield, AL 35228

**Clm No 72961**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

988 of 3332

---

**Laudice Strickland**
5369 County Rd. 57
Gordo, AL 35466

**Clm No 72962**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Armando Suarez**
606 N. Woodlynne Ave.
Tampa, FL 33609

**Clm No 72963**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Sublette**
1515 Sand Springs Road
Athens, TX 75751-8623

**Clm No 72964**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**       **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

989 of 3332

---

**Isaiah Sullivan**
Route 1 Box 101
Millry, AL 36558

**Clm No 72965**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Daniel Sullivan**
1605 Travis
La Marque, TX 77568

**Clm No 72966**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Andrew Sumrall**
3551 Haley Way
Milton, FL 32571

**Clm No 72967**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

990 of 3332

---

**Elsie Sutton**
P.O. Box 321
Carrollton, AL 35447

**Clm No 72968**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Elisha Sutton**
3355 N Hwy 29
Cantonment, FL 32553

**Clm No 72969**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**George Svetlik**
1873 County Rd 215
Weimar, TX 78962

**Clm No 72970**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

991 of 3332

---

**Abb Swafford**
280 Hwy. 42
Calera, AL 35040

**Clm No 72971**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**T Swain**
1244 Millender Road
Alpine, AL 35014

**Clm No 72972**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Fleetwood Swindle**
68 Cedar Knoll
Tuscaloosa, AL 35405

**Clm No 72973**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

992 of 3332

---

**Zandonatti Sylvan**
224 Ashton Circle
Orange Grove, TX 78372

**Clm No 72974**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jessie Sylvester**
P.O. Box 245
Mc Lain, MS 39456

**Clm No 72975**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Wilmer Sylvester**
Box 373 - Sylvester Moody Road
McLain, MS 39456

**Clm No 72976**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

993 of 3332

| Albert Tabb | **Clm No 72977** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o Betty Barron | Class | Claim Detail Amount | Final Allowed Amount |
| 405 Elliston Way | | | |
| Chesapeake, VA 23323 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Willie Taite | **Clm No 72978** | Filed In Cases: 140 | |
|---|---|---|---|
| 3626 Anton Street | Class | Claim Detail Amount | Final Allowed Amount |
| Whistler, AL 36612 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Willie Tate | **Clm No 72979** | Filed In Cases: 140 | |
|---|---|---|---|
| 651 Lane Avenue | Class | Claim Detail Amount | Final Allowed Amount |
| Prichard, AL 36610 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

994 of 3332

---

**William Tatum**
4300 20Th Street Ne
Tuscaloosa, AL 35404

**Clm No 72980**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Johnny Tavarez**
6914 N. Hall
Odessa, TX 79764

**Clm No 72981**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lymon Taylor**
P.O. Box 241
Silas, AL 36919

**Clm No 72982**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

995 of 3332

| **Willie Taylor** | | **Clm No 72983** | Filed In Cases: 140 | |
| P.O. Box 187 | | | | |
| Mount Vernon, AL 36560 | | Class | Claim Detail Amount | Final Allowed Amount |
| | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **Bobby Taylor** | | **Clm No 72984** | Filed In Cases: 140 | |
| 8561 Roush Road | | | | |
| Irvington, AL 36544 | | Class | Claim Detail Amount | Final Allowed Amount |
| | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **Earl Taylor** | | **Clm No 72985** | Filed In Cases: 140 | |
| 7166 Tangerine Avenue | | | | |
| Mobile, AL 36618 | | Class | Claim Detail Amount | Final Allowed Amount |
| | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

996 of 3332

---

**J Taylor**
3814 5Th Avenue
Tuscaloosa, AL 35405

**Clm No 72986**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Frederick Taylor**
2456 Valleyview Lane
Tuscaloosa, AL 35405-2052

**Clm No 72987**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Henry Taylor**
22408 Hwy 43 North
Berry, AL 35546

**Clm No 72988**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

997 of 3332

**Leroy Taylor**
1429 19Th Street Sw
Birmingham, AL 35211

**Clm No 72989**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Jimmy Taylor**
1118 Fruitvale Dr.
Houston, TX 77038

**Clm No 72990**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Paul Taylor**
1034 Cherry Blossom Lane
Mount Olive, AL 35117

**Clm No 72991**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

998 of 3332

---

**Harold Teagder**
9209 Tournament Dr.
Hudson, FL 34667

**Clm No 72992**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**J. Ted**
1300 Silverdale #3203
Conroe, TX 77301

**Clm No 72993**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Tedesco**
9342 Parque Street
New Port Richey, FL 34655

**Clm No 72994**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

999 of 3332

---

**Stanley Terry**
P O Box 992
Wildwood, FL 34785

**Clm No 72995**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Clifton Terry**
13834 Highland Pointe
Northport, AL 35475

**Clm No 72996**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Carl Terry**
1235 Willingham Hill Rd.
Tuscumbia, AL 35674

**Clm No 72997**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 3:18:45 PM

*Claims Details*                                                                    1000 of 3332

---

**Lonnie Tettleton**                         **Clm No 72998**    Filed In Cases: 140
2414 Lakeside Drive
Arlington, TX 76013                           Class          Claim Detail Amount        Final Allowed Amount

                                             UNS                    $10,000.00
                                                                   $10,000.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $10,000.00

---

**Marvin Theiss**                            **Clm No 72999**    Filed In Cases: 140
4802 Adonis Drive
Spring, TX 77373-6926                         Class          Claim Detail Amount        Final Allowed Amount

                                             UNS                    $1.00
                                                                   $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Kaaser Thelma**                            **Clm No 73000**    Filed In Cases: 140
611 Wisteria
La Marque, TX 77568                           Class          Claim Detail Amount        Final Allowed Amount

                                             UNS                    $1.00
                                                                   $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1001 of 3332

---

**Hezekiah Thigpen**
P.O. Box 33572
Pensacola, FL 32508

**Clm No 73001**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Norman Tholcken**
c/o Ms. Susan M. Wigington P.O. Box 570
Hitchcock, TX 77563

**Clm No 73002**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Annie Thomas**
P.O. Box 681
Reform, AL 35481

**Clm No 73003**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1002 of 3332

---

**Carpenter Thomas**
8602 Hadden
Baytown, TX 77521

**Clm No 73004**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $10,000.00         |                    |
|       | $10,000.00         |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Freddie Thomas**
4518 9th Avenue North
Birmingham, AL 35212

**Clm No 73005**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**N. Thomas**
2874 Dominique Dr.
Galveston, TX 77551

**Clm No 73006**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

*Claims Details*

---

**R. Thomas**
25201 Big Horn Ln.
Magnolia, TX 77355

**Clm No 73007**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-|-|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Marion Thomas**
1608 S Carr
Sedalia, MO 65301

**Clm No 73008**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-|-|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**David Thomas**
138 Brook Ave
Washington, PA 15301

**Clm No 73009**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-|-|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1004 of 3332

---

**Davis Thomas**
1106 4th Way
Pleasant Grove, AL 35127

**Clm No 73010**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**G. Thomas**
1039 Elm Crest Drive
New Ulm, TX 78950

**Clm No 73011**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gary Thomas**
1015 W. Sam Houston #147
Pharr, TX 78577

**Clm No 73012**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1005 of 3332

---

**Olen Thompson**
3902 Springfield Avenue
Northport, AL 35476

**Clm No 73013**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Delbert Thompson**
3688 Don Johnson Rd
Morganton, NC 28655

**Clm No 73014**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Clyde Thompson**
18 Hickory Hollow
Huntsville, TX 77320

**Clm No 73015**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                       1006 of 3332

---

**David Thompson**                    **Clm No 73016**    Filed In Cases: 140
162 Sycamore
Livingston, TX 77351                  Class            Claim Detail Amount      Final Allowed Amount

                                      UNS                  $1.00
                                                           $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**James Thompson**                    **Clm No 73017**    Filed In Cases: 140
13447 Indian Drive
Tyler, TX 75709                       Class            Claim Detail Amount      Final Allowed Amount

                                      UNS                  $1.00
                                                           $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Charles Thornton**                  **Clm No 73018**    Filed In Cases: 140
51 Juanita Drive
Tuscaloosa, AL 35404                  Class            Claim Detail Amount      Final Allowed Amount

                                      UNS                  $1.00
                                                           $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                              1007 of 3332

---

**Hollis Thornton**                          **Clm No 73019**    Filed In Cases: 140
202 Pear St.
Livingston, TX 77351                         Class           Claim Detail Amount    Final Allowed Amount

                                             UNS                    $1.00
                                                                   $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**John Threeton**                            **Clm No 73020**    Filed In Cases: 140
2600 FM 2325
Wimberley, TX 78676                          Class           Claim Detail Amount    Final Allowed Amount

                                             UNS                 $10,000.00
                                                                $10,000.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $10,000.00

---

**James Tilley**                             **Clm No 73021**    Filed In Cases: 140
P. O. Box 32
Normangee, TX 77871                          Class           Claim Detail Amount    Final Allowed Amount

                                             UNS                    $1.00
                                                                   $1.00

Date Filed          9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1008 of 3332

---

**David Tilley**
127 Mill Road
Columbus, MS 39702

**Clm No 73022**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|--------------------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Johnnie Tinker**
3416 36th Court
Tuscaloosa, AL 35401

**Clm No 73023**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|--------------------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Tipp**
909 N. Belle Drive
Angleton, TX 77515

**Clm No 73024**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|-------|--------------------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:18:45 PM

*Claims Details*

1009 of 3332

---

**Welsley Tipper**
122 Sevilla Street
Auburndale, FL 33823

**Clm No 73025**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Todd**
962 8th Street NE
Gordo, AL 35466

**Clm No 73026**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Samuel Todd**
205 Baratara Drive
Chickasaw, AL 36611

**Clm No 73027**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                 1010 of 3332

---

**Giles Tomlin**                        **Clm No 73028**    Filed In Cases: 140
134 Sara Avenue
Spanish Fort, AL 36527                   Class            Claim Detail Amount        Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Lancaster Tommy**                     **Clm No 73029**    Filed In Cases: 140
422 Bennett
Pasadena, TX 77503                      Class            Claim Detail Amount        Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Candelario Torres**                   **Clm No 73030**    Filed In Cases: 140
1107 W. Broad
Freeport, TX 77541                      Class            Claim Detail Amount        Final Allowed Amount

                                        UNS                    $1.00
                                                               $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value            $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1011 of 3332

---

**Crispin Tovar**
P.O. Box 22
Orange Grove, TX 78372

**Clm No 73031**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Townes**
207 Tarrant Drive
Gardendale, AL 35071

**Clm No 73032**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willard Travis**
P O Box 158
Batson, TX 77519

**Clm No 73033**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1012 of 3332

---

**Charles Travis**
8770 Co. Rd. 34
Fairhope, AL 36532

**Clm No 73034**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Roderick Travis**
405 Irving Street
Birmingham, AL 35224

**Clm No 73035**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Virginia Trull**
4747 Mt. Pleasant Church Rd.
Kennedy, AL 35574

**Clm No 73036**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1013 of 3332

---

**Raymond Tucker**
915 RL Tucker Road
Meridian, MS 39301

**Clm No 73037**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Raymond Tucker**
910 RL Tucker Road
Meridian, MS 39301

**Clm No 73038**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Harles Tucker**
5955 S. Cheryl Drive
Morrow, GA 30260

**Clm No 73039**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1014 of 3332

**Henry Tucker**
4331 River Bluff Terrace
Greensboro, NC 27409

**Clm No 73040**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $10,000.00

**Lamar Tullos**
8627 Tamarisk St.
San Antonio, TX 78240-3732

**Clm No 73041**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

**Buster Turner**
P.O. Box 112
Green Pond, AL 35074

**Clm No 73042**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**Larry Turner**
1595 Kenny Lane
Ingleside, TX 78362

**Clm No 73043**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dale Turner**
100 Center St.
Alvin, TX 77511

**Clm No 73044**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Turnipseed**
334 Bear Creek Rd. East
Tuscaloosa, AL 35405

**Clm No 73045**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 3:18:45 PM

*Claims Details*                                                                              1016 of 3332

---

**Brotherton Una**                          **Clm No 73046**    Filed In Cases: 140
1043 Chambard
Houston, TX 77018                           Class              Claim Detail Amount        Final Allowed Amount

                                            UNS                      $10,000.00
                                                                     $10,000.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $10,000.00

---

**Robert Underwood**                        **Clm No 73047**    Filed In Cases: 140
470 S. Amhurst Place
Englewood, TN 37329                         Class              Claim Detail Amount        Final Allowed Amount

                                            UNS                      $1.00
                                                                     $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Willie Urick**                            **Clm No 73048**    Filed In Cases: 140
2822 CR 145
Alvin, TX 77511                             Class              Claim Detail Amount        Final Allowed Amount

                                            UNS                      $1.00
                                                                     $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1017 of 3332

---

**Tess Useary**
23503 Highland Glen
Newhall, CA 91321

**Clm No 73049**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Utterback**
7422 Edgehill
Kansas City, KS 66111

**Clm No 73050**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Vaden**
9914 CR 292
Buffalo, TX 75831

**Clm No 73051**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                     1018 of 3332

---

**Antonio Valdez**                                    **Clm No 73052**    Filed In Cases: 140
P.O. Box 1715
Alief, TX 77411-1715                                   Class              Claim Detail Amount      Final Allowed Amount

                                                       UNS                $1.00
                                                                          $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Fidencio Valdez**                                   **Clm No 73053**    Filed In Cases: 140
1446 Main Drive
Corpus Christi, TX 78409                               Class              Claim Detail Amount      Final Allowed Amount

                                                       UNS                $1.00
                                                                          $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Molina Valentin**                                   **Clm No 73054**    Filed In Cases: 140
P O Box 1405
Robstown, TX 78380                                     Class              Claim Detail Amount      Final Allowed Amount

                                                       UNS                $1.00
                                                                          $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1019 of 3332

---

**Emiliano Valle**
8635 County Rd. 384
Tyler, TX 75708

**Clm No 73055**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Adolfo Valtierra**
1003 Illinois
Robstown, TX 78380

**Clm No 73056**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Hooser Van**
2225 1st Street NW
Birmingham, AL 35215

**Clm No 73057**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1020 of 3332

---

**Benito Vasquez**
P. O. Box 41
Taft, TX 78390

**Clm No 73058**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Billie Vasser**
2015 Ave J
Danbury, TX 77534

**Clm No 73059**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Lonnie Vaughn**
517 Valley St.
Gadsden, AL 35901

**Clm No 73060**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1021 of 3332

---

**Annie Vaughn**
3630 Coalburg Road
Fultondale, AL 35068

**Clm No 73061**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**William Vaughn**
20797 Morman Road
Fayette, AL 35555

**Clm No 73062**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Ricardo Vela**
P. O. Box 141
Hebbronville, TX 78361

**Clm No 73063**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1022 of 3332

---

**Rene Velasquez**
507 E. 4th
Bishop, TX 78343

**Clm No 73064**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Garrett Velma**
5906 Southlea
Houston, TX 77033

**Clm No 73065**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Venable**
3636 County Rd. 89
Pearland, TX 77584

**Clm No 73066**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1023 of 3332

**Sharon Vice**
365 Higdon Church Road
Kennedy, AL 35574

**Clm No 73067**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed           9-Dec-2016
Bar Date
Claim Face Value        $1.00

**Hertenberger Vicki**
2703 20th Ave N
Texas City, TX 77590

**Clm No 73068**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed           9-Dec-2016
Bar Date
Claim Face Value        $1.00

**Israel Villarreal**
1102 Elizabeth
Kingsville, TX 78363

**Clm No 73069**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed           9-Dec-2016
Bar Date
Claim Face Value        $1.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                              1024 of 3332

---

**David Villela**                    **Clm No 73070**    Filed In Cases: 140
311 Dakota
Robstown, TX 78380          | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Clifford Vincent**                    **Clm No 73071**    Filed In Cases: 140
6070-3 Alligator Lake Shore West
St. Cloud, FL 34771          | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**James Vines**                    **Clm No 73072**    Filed In Cases: 140
751 White Oak Road
Butler, AL 36904-3304          | Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1025 of 3332

---

**Melvin Vining**
P.O. Box 256
Greenpond, AL 35074

**Clm No 73073**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Donald Viningre**
3434 Dovie Dr.
Spring, TX 77380

**Clm No 73074**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**G. Vinton**
384 Elm Street
New Caney, TX 77357

**Clm No 73075**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                  3/20/2018 3:18:45 PM

*Claims Details*                                                    1026 of 3332

| **Allen Vivian** | **Clm No 73076** | Filed In Cases: 140 | |
|---|---|---|---|
| 21722 E Russet Rd. | Class | Claim Detail Amount | Final Allowed Amount |
| Queen Creek, AZ 85142 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Dewane Wade** | **Clm No 73077** | Filed In Cases: 140 | |
|---|---|---|---|
| 28 Frances Street | Class | Claim Detail Amount | Final Allowed Amount |
| Saraland, AL 36571 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **James Wahl** | **Clm No 73078** | Filed In Cases: 140 | |
|---|---|---|---|
| 509 Krystal Lane | Class | Claim Detail Amount | Final Allowed Amount |
| Birmingham, AL 35217 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1027 of 3332

---

**James Waite**
PO Box 803
McIntosh, AL 36553

**Clm No 73079**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Johnny Waites**
1704 Overlook Circle
Birmingham, AL 35217

**Clm No 73080**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Harmon Walker**
P.O. Box 493
Satsuma, AL 36572

**Clm No 73081**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|-------|-------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1028 of 3332

---

**Willie Walker**
C/o Elizabeth W. Mcelroy
P.o. Box 12265
Birmingham, AL 35202

**Clm No 73082**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Walker**
8941 Central Road
Warrior, AL 35180

**Clm No 73083**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Margaret Walker**
8550 D Boyd's Lane
Satsuma, AL 36572

**Clm No 73084**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1029 of 3332

---

**Otha Walker**
6532 Sycamore Rd
Quincy, FL 32351

**Clm No 73085**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Paul Walker**
363-D Hendrix Road
Hueytown, AL 35023

**Clm No 73086**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Maurice Walker**
3307 Barbers Hill Rd.
Crosby, TX 77532

**Clm No 73087**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

---

*Claims Details*                                                                           1030 of 3332

---

**Lavada Walker**                         **Clm No 73088**     Filed In Cases: 140
#5 Beverly Heights
Tuscaloosa, AL 35404                       Class         Claim Detail Amount      Final Allowed Amount

                                           UNS                    $1.00
                                                                  $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**George Wall**                           **Clm No 73089**     Filed In Cases: 140
5000 Allen Genoa #104
Pasadena, TX 77504                         Class         Claim Detail Amount      Final Allowed Amount

                                           UNS                    $1.00
                                                                  $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**John Wallace**                          **Clm No 73090**     Filed In Cases: 140
1129 Macky Gap Rd.
Remlap, AL 35133                           Class         Claim Detail Amount      Final Allowed Amount

                                           UNS                    $1.00
                                                                  $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value             $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1031 of 3332

---

**John Walsh**
207 Willowick Ave.
Temple Terrace, FL 33617

**Clm No 73091**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**F. Walter**
14803 Overbluff Court
Channelview, TX 77530

**Clm No 73092**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Fred Walters**
PO Box 28
Chalmette, LA 70044

**Clm No 73093**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1032 of 3332

---

**Ruby Walters**
8850 Hwy. 159
Gordo, AL 35466

**Clm No 73094**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Nellie Walters**
217 39Th Street
Tuscaloosa, AL 35405

**Clm No 73095**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Della Walters**
201 County Road #3
Millport, AL 35576

**Clm No 73096**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1033 of 3332

---

**Geneva Walters**
1400 Southern Garden Drive
Tuscaloosa, AL 35404-3804

**Clm No 73097**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Eva Ward**
519 Strange Street
Saraland, AL 36571

**Clm No 73098**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**George Ward**
19670 Ward Lane
Citronelle, AL 36522

**Clm No 73099**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1034 of 3332

| **J Ward** | **Clm No 73100** | Filed In Cases: 140 | |
|---|---|---|---|
| 1028 1/2 West Spring Street | Class | Claim Detail Amount | Final Allowed Amount |
| Lima, OH 45805 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Willie Warmack** | **Clm No 73101** | Filed In Cases: 140 | |
|---|---|---|---|
| 851 Marine Street | Class | Claim Detail Amount | Final Allowed Amount |
| Mobile, AL 36604 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Jake Washington** | **Clm No 73102** | Filed In Cases: 140 | |
|---|---|---|---|
| C/o Jacqueline R. Washington | Class | Claim Detail Amount | Final Allowed Amount |
| 2203 22ne Avenue North | UNS | $1.00 | |
| Birmingham, AL 35234 | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1035 of 3332

---

**Alphonso Washington**
506 Kilpatrick Street
Greensboro, AL 36744

**Clm No 73103**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Curtis Washington**
3814 Florinda
Houston, TX 77021

**Clm No 73104**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rithie Washington**
2732 Edgewood Street
Mobile, AL 36607

**Clm No 73105**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                      1036 of 3332

---

**Maggie Washington**                     **Clm No 73106**    Filed In Cases: 140
2207 22nd Avenue North
Birmingham, AL 35234                       Class            Claim Detail Amount      Final Allowed Amount

                                          UNS                   $1.00
                                                                $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Jimmy Washington**                      **Clm No 73107**    Filed In Cases: 140
109 S Algeria St
Texas City , TX 77591                     Class            Claim Detail Amount      Final Allowed Amount

                                          UNS                   $1.00
                                                                $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Gilbert Watkins**                       **Clm No 73108**    Filed In Cases: 140
807 Oxford Drive
Rollah, MO 65401                          Class            Claim Detail Amount      Final Allowed Amount

                                          UNS                   $1.00
                                                                $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1037 of 3332

| **Betty Watkins** | | **Clm No 73109** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 4104 Flatwoods Road | | Class | Claim Detail Amount | Final Allowed Amount |
| Northport, AL 35476 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **James Watkins** | | **Clm No 73110** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 4104 Flatwoods Road | | Class | Claim Detail Amount | Final Allowed Amount |
| Northport, AL 35476 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **Norman Watson** | | **Clm No 73111** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 7754 Untreiner Avenue | | Class | Claim Detail Amount | Final Allowed Amount |
| Pensacola, FL 32534 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1038 of 3332

---

**Roland Watts**
1730 4th Avenue South
Irondale, AL 35210

**Clm No 73112**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Howard Weaver**
PO Box 652
McIntosh, AL 36561

**Clm No 73113**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jack Weaver**
P O Box 7207
Texarkana, TX 75505

**Clm No 73114**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1039 of 3332

---

**William Weaver**
22936 Mossy Oaks Rd.
Spring, TX 77389

**Clm No 73115**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Weeks**
2347 4th Street NW
Birmingham, AL 35215

**Clm No 73116**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Weems**
P.O. Box 55
Millport, AL 35576

**Clm No 73117**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1040 of 3332

---

**Gaylor Weems**
146 Mary Street
Millport, AL 35576

**Clm No 73118**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Weldon Wehring**
PO Box 212
Perdido, AL 36562-0212

**Clm No 73119**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Weidig**
116 W. 6Th
Deer Park, TX 77536

**Clm No 73120**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1041 of 3332

---

**Thomas Weir**
18118 Castle Rain Dr.
Humble, TX 77346

**Clm No 73121**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alfred Weishiemer**
P.O. Box 682
Rosenberg, TX 77471

**Clm No 73122**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Welborn**
5610 Oriole
Houston, TX 77017

**Clm No 73123**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1042 of 3332

**Elmer Welch**
P.O. Box 133
Jameson, MO 64647

**Clm No 73124**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-----------------|-------------|
| Date Filed      | 9-Dec-2016  |
| Bar Date        |             |
| Claim Face Value | $1.00      |

**Melvin West**
P. O. Box 64
Aliceville, AL 35442

**Clm No 73125**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-----------------|-------------|
| Date Filed      | 9-Dec-2016  |
| Bar Date        |             |
| Claim Face Value | $1.00      |

**John West**
8229 Vanderver Road
Quinton, AL 35130

**Clm No 73126**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-----------------|-------------|
| Date Filed      | 9-Dec-2016  |
| Bar Date        |             |
| Claim Face Value | $1.00      |

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1043 of 3332

---

**Samuel West**
2014 Florence Street
Mobile, AL 36617

**Clm No 73127**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard Westmoreland**
P.O. Box 2752
Texas City, TX 77592

**Clm No 73128**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Weston**
C/o Lavelle F. Weston
2134 Cumberland Drive
Bessemer, AL 35022

**Clm No 73129**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                              1044 of 3332

---

**Horace Whalon**                    **Clm No 73130**    Filed In Cases: 140

P.O. Box 162
Gardendale, AL 35071

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Zada Wheat**                    **Clm No 73131**    Filed In Cases: 140

13572 Wheat Circle
Coker, AL 35452

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sam Wheeless**                    **Clm No 73132**    Filed In Cases: 140

11618 Sagecreek Drive
Houston, TX 77089

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1045 of 3332

---

**Thomas Whitaker**
282 Manor
Canton, OH 44708

**Clm No 73133**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|----|----|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert White**
PO Box 8163
Brownsville, TX 78526

**Clm No 73134**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|----|----|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Roy White**
PO Box 334
Redwater, TX 75573

**Clm No 73135**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|----|----|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

---

*Claims Details*                                                                    1046 of 3332

---

**Billy White**                          **Clm No 73136**    Filed In Cases: 140

P. O. Box 886                            Class              Claim Detail Amount       Final Allowed Amount

Porter, TX 77365
                                         UNS                       $1.00

                                                                   $1.00

Date Filed              9-Dec-2016

Bar Date

Claim Face Value              $1.00

---

**Joe White**                            **Clm No 73137**    Filed In Cases: 140

680 Pinewood Avenue                      Class              Claim Detail Amount       Final Allowed Amount

Hueytown, AL 35023
                                         UNS                       $1.00

                                                                   $1.00

Date Filed              9-Dec-2016

Bar Date

Claim Face Value              $1.00

---

**Leon White**                           **Clm No 73138**    Filed In Cases: 140

11740 Glover Road                        Class              Claim Detail Amount       Final Allowed Amount

Axis, AL 36505
                                         UNS                       $1.00

                                                                   $1.00

Date Filed              9-Dec-2016

Bar Date

Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1047 of 3332

---

**Thomas White**
11041 Telmar Drive
Northport, AL 35475

**Clm No 73139**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dallas Whitehead**
2910 Old Staley Road West
Oakhurst, TX 77359

**Clm No 73140**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Doris Whitehouse**
5557 Hunters Hill Rd.
Birmingham, AL 35210

**Clm No 73141**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1048 of 3332

**Jerry Whitley**
P. O. Box 111
Winona, TX 75792

**Clm No 73142**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Perry Whorton**
565 County Road 124
Centre, AL 35960

**Clm No 73143**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Jasper Wiggins**
P.O. Box 1723
Crosby, TX 77532

**Clm No 73144**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1049 of 3332

---

**Albert Wilcox**
3906 N. 1/2
Galveston, TX 77550

**Clm No 73145**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Coye Wilcox**
161 N. Terrace Dr.
Point Blank, TX 77364

**Clm No 73146**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Grady Wilder**
23127 Naples Drive
Spring, TX 77373

**Clm No 73147**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1050 of 3332

---

**Melvin Wilder**
#3 Oakridge Subdivision
Tuscaloosa, AL 35401

**Clm No 73148**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Herbert Wiley**
1880 Richard Seals Road
Mc Intosh, AL 36553

**Clm No 73149**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sherman Wilkerson**
225 Chandler Street
Prichard, AL 36610

**Clm No 73150**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                1051 of 3332

---

**Charles Wilkinson**                    **Clm No 73151**    Filed In Cases: 140
777 Wilkinson Road
Georgiana, AL 36033                       Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Guy Willard**                          **Clm No 73152**    Filed In Cases: 140
422 China St.
Center Point, TX 78010                   Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Evans William**                        **Clm No 73153**    Filed In Cases: 140
PO Box 12042
East Cleveland, OH 44112                 Class          Claim Detail Amount      Final Allowed Amount

                                         UNS                    $1.00
                                                                $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**         **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1052 of 3332

---

**O. William**
9460 Cougar Dr.
Weeki Wachee, FL 34613

**Clm No 73154**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 9-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Rodziwicz William**
53 Hillcrest Drive
Rainsville, AL 35986

**Clm No 73155**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| Date Filed        | 9-Dec-2016   |
|-------------------|--------------|
| Bar Date          |              |
| Claim Face Value  | $10,000.00   |

---

**B. William**
4913 Ivy
Pasadena, TX 77505

**Clm No 73156**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed        | 9-Dec-2016 |
|-------------------|------------|
| Bar Date          |            |
| Claim Face Value  | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1053 of 3332

---

**B. William**
403 12th Ave. North
Texas City, TX 77590

**Clm No 73157**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**A. William**
3636 County Rd. 89
Pearland, TX 77584

**Clm No 73158**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**D. William**
3304 Mc Ilhenny St.
Houston, TX 77004

**Clm No 73159**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1054 of 3332

**W. William**
22936 Mossy Oaks Rd.
Spring, TX 77389

**Clm No 73160**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**J. William**
21055 Briar Cove Circle
Porter, TX 77365

**Clm No 73161**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Avery William**
1812 13th Way SW
Birmingham, AL 35211-4417

**Clm No 73162**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1055 of 3332

---

**J. William**
108 Eve St. S
Mena, AR 71953

**Clm No 73163**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**OSCAR WILLIAMS**
P.O. Box 1042
Coeburn, VA 24230

**Clm No 73164**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Arthur Williams**
PO Box 81755
Mobile, AL 36608

**Clm No 73165**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1056 of 3332

| **Napoleon Williams** | | **Clm No 73166** | Filed In Cases: 140 | |
|---|---|---|---|---|
| P.o. Box 8153 | | Class | Claim Detail Amount | Final Allowed Amount |
| Birmingham, AL 35218 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **Governor Williams** | | **Clm No 73167** | Filed In Cases: 140 | |
|---|---|---|---|---|
| P.o. Box 351 | | Class | Claim Detail Amount | Final Allowed Amount |
| Dixon Mills, AL 36736 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| **WILLIAM WILLIAMS** | | **Clm No 73168** | Filed In Cases: 140 | |
|---|---|---|---|---|
| P.O. Box 156 | | Class | Claim Detail Amount | Final Allowed Amount |
| West Blocton, AL 35184 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1057 of 3332

---

**Robert Williams**

P.o. Box 110701

Birmingham, AL 35211

**Clm No 73169**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Louis Williams**

c/o Williams Kherkher

8441 Gulf Fwy #600

Houston, TX 77017

**Clm No 73170**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**George Williams**

c/o Williams Kherkher

8441 Gulf Fwy #600

Houston, TX 77017

**Clm No 73171**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1058 of 3332

---

**Mary Williams**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 73172**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Marvin Williams**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 73173**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**IVORE WILLIAMS**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 73174**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1059 of 3332

---

**Lawrence Williams**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 73175**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willie Williams**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 73176**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**MAE WILLIAMS**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 73177**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                      1060 of 3332

---

**Raul Williams**                          **Clm No 73178**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                          Class            Claim Detail Amount        Final Allowed Amount
Houston, TX 77017
                                            UNS                     $1.00
                                                                    $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**James Williams**                         **Clm No 73179**    Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                          Class            Claim Detail Amount        Final Allowed Amount
Houston, TX 77017
                                            UNS                     $1.00
                                                                    $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**James Williams**                         **Clm No 73180**    Filed In Cases: 140
c/o Terry Williams
24014 Spring Dane Dr.                       Class            Claim Detail Amount        Final Allowed Amount
Spring, TX 77373
                                            UNS                     $1.00
                                                                    $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                             1061 of 3332

---

**Lester Williams**
C/o Susie Fuller
P.o. Box 163
Trafford, AL 35172

**Clm No 73181**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|---------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jacob Williams**
c/o Polly Williams
508 Main Boulevard
Prichard, AL 36610

**Clm No 73182**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|---------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Williams**
c/o Pearlie Williams
4426 Hwy. 60
Akron, AL 35441

**Clm No 73183**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|---------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                        1062 of 3332

---

**George Williams**
C/o Mildred M. Williams
1209 16th Place S.w.
Birmingham, AL 35211

**Clm No 73184**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lonnie Williams**
c/o Mark Williams
1726 Twin Springs Cr
Cottondale, AL 35453

**Clm No 73185**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joseph Williams**
c/o Margaret W. Hocker
3426 40th Street
Sacramento, CA 95817

**Clm No 73186**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1063 of 3332

---

**Randolph Williams**
C/o Marcus A Jones, Ii,  Attorney
300 North 21st Street, Suite 200
Birmingham, AL 35203

**Clm No 73187**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Richard Williams**
c/o Locklin & Saba
4557 Chumuckla Hwy.
Pace, FL 32571

**Clm No 73188**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Robert Williams**
c/o Leslie Tillerson
6445 Kathy Dr.
Pinson, AL 35126

**Clm No 73189**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1064 of 3332

---

**Robert Williams**
C/o Leola  Joe
12 Demopolis Street
Greensboro, AL 36744

**Clm No 73190**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Williams**
C/o John  A. Bivens, Attorney
2616 8th Street
Tuscaloosa, AL 35401

**Clm No 73191**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**J. Williams**
c/o Joanne Yelder
1625 Prairie Ave.
Mobile, AL 36605

**Clm No 73192**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1065 of 3332

**William Williams**
C/o Jane Williams Herron
4271 Highway 10
Montevallo, AL 35115

**Clm No 73193**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Henry Williams**
c/o Jamee York, Esq.
P.O. Box 1276
Demopolis, AL 36732

**Clm No 73194**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**J.C. Williams**
C/o J.c. Williams, Jr.
2901 6th Avenue North
Bessemer, AL 35020

**Clm No 73195**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                       1066 of 3332

---

**Norman Williams**                       **Clm No 73196**   Filed In Cases: 140
C/o Helen L. Williams
4024 Walnut Ave S.w.                       Class        Claim Detail Amount      Final Allowed Amount
Birmingham, AL 35221
                                           UNS              $1.00
                                                            $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**George Williams**                       **Clm No 73197**   Filed In Cases: 140
C/o Garry W. Abbott. Attorney
1722 2nd Avenue North                      Class        Claim Detail Amount      Final Allowed Amount
Bessemer, AL 35020
                                           UNS              $1.00
                                                            $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Jacob Williams**                        **Clm No 73198**   Filed In Cases: 140
c/o Emily Williams
137 59th St. Apt# 5                        Class        Claim Detail Amount      Final Allowed Amount
Birmingham, AL 35212
                                           UNS              $1.00
                                                            $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1067 of 3332

---

**Jimmie Williams**
c/o Edna Williams
160 Oak Grove Rd.
Gallion, AL 36742

**Clm No 73199**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**James Williams**
c/o Donna Silcox
P. O. Box 425
Uriah, AL 36480

**Clm No 73200**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Willie Williams**
C/o Dollie Mae Williams
1702 Mlk Blvd.
Northport, AL 35476

**Clm No 73201**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1068 of 3332

---

**Henry Williams**
C/o Dobeart Williams
127 Regency,  Apt. B
Victoria, TX 77904

**Clm No 73202**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Horace Williams**
c/o Connell's Hardware
418 N. Center St.
Sabinal, TX 78881

**Clm No 73203**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Lester Williams**
C/o Charlene  Stovall, Attorney
201 Beacon Pkwy West, Suite 100
Birmingham, AL 35209

**Clm No 73204**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1069 of 3332

---

**Henry Williams**
c/o Carolyn Johnson
752 Kentucky St
Mobile, AL 36603

**Clm No 73205**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Leo Williams**
C/o Bobby Ray Williams
5308 Gordon Avenue
Birmingham, AL 35221

**Clm No 73206**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Johnnie Williams**
C/o Beatrice Williams
7021 Georgia Road
Birmingham, AL 35212

**Clm No 73207**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1070 of 3332

---

**William Williams**
C/o Barbara J. Williams
4400 Wild Flower Circle
Bessemer, AL 35022

**Clm No 73208**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joe Williams**
C/o Annie M. Williams
P.o. Box 5381
Birmingham, AL 35207

**Clm No 73209**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LEE WILLIAMS**
9959 Adleta Blvd.  #1302
Dallas, TX 75243

**Clm No 73210**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1071 of 3332

---

**J.C. Williams**
831 Tint Street SW
Birmingham, AL 35211

**Clm No 73211**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mary Williams**
8168 Brandy Lane North
Mobile, AL 36695

**Clm No 73212**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROBERT WILLIAMS**
76 Rose Street
Birmingham, AL 35217

**Clm No 73213**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1072 of 3332

---

**Joseph Williams**
750 Candler Ct
Lawrenceville, GA 30045

**Clm No 73214**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Willie Williams**
7404 Northgrove Ct.
Pearland, TX 77581-6626

**Clm No 73215**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Will Williams**
730  North Street
Greensboro, AL 36744

**Clm No 73216**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                               3/20/2018 3:18:45 PM

*Claims Details*                                                              1073 of 3332

| **HENRY WILLIAMS** | | **Clm No 73217** | Filed In Cases: 140 | |
| --- | --- | --- | --- | --- |
| 708 Easterling Street | | Class | Claim Detail Amount | Final Allowed Amount |
| Prichard, AL 36610 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| --- | --- |
| Bar Date | |
| Claim Face Value | $1.00 |

| **Jimmie Williams** | | **Clm No 73218** | Filed In Cases: 140 | |
| --- | --- | --- | --- | --- |
| 701 Boyce Ave | | Class | Claim Detail Amount | Final Allowed Amount |
| Hueytown, AL 35023 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| --- | --- |
| Bar Date | |
| Claim Face Value | $1.00 |

| **Franklin Williams** | | **Clm No 73219** | Filed In Cases: 140 | |
| --- | --- | --- | --- | --- |
| 6733 Exeter Avenue | | Class | Claim Detail Amount | Final Allowed Amount |
| Birmingham, AL 35212 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| --- | --- |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 3:18:45 PM

*Claims Details*                                                                                1074 of 3332

---

**Lucille Williams**                     **Clm No 73220**    Filed In Cases: 140
603 Gilbert Street
Saraland, AL 36571                       Class           Claim Detail Amount        Final Allowed Amount

                                         UNS                  $1.00
                                                             $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Carolyn Williams**                     **Clm No 73221**    Filed In Cases: 140
6 Clover Drive
Reform, AL 35481                         Class           Claim Detail Amount        Final Allowed Amount

                                         UNS                  $1.00
                                                             $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Morgan Williams**                      **Clm No 73222**    Filed In Cases: 140
6 Clover Drive
Reform, AL 35481                         Class           Claim Detail Amount        Final Allowed Amount

                                         UNS                  $1.00
                                                             $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value              $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1075 of 3332

---

**Terrill Williams**
554 Norton Drive
Satsuma, AL 36572

<u>**Clm No 73223**</u>    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**James Williams**
5499 Polara Lane
Bessemer, AL 35023

<u>**Clm No 73224**</u>    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**JOE WILLIAMS**
5122 Greenview Drive
Tuscaloosa, AL 35401

<u>**Clm No 73225**</u>    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1076 of 3332

| **Josephine Williams** | | **Clm No 73226** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 504 S. Dearborn Street | | Class | Claim Detail Amount | Final Allowed Amount |
| Mobile, AL 36603-1707 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **Levi Williams** | | **Clm No 73227** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 4424 42nd Place North | | Class | Claim Detail Amount | Final Allowed Amount |
| Birmingham, AL 35217 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **Johnnie Williams** | | **Clm No 73228** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 421 Apricot Ln | | Class | Claim Detail Amount | Final Allowed Amount |
| Thomasville, AL 36784 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1077 of 3332

---

**Willie Williams**
365 Williams Drive
Montgomery, AL 36110

**Clm No 73229**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ROBERT WILLIAMS**
3560 Belden Street
Sacramento, CA 95838

**Clm No 73230**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Isaac Williams**
3504 36th Court
Tuscaloosa, AL 35401

**Clm No 73231**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**    **E-mail: claimsmanager@omnimgt.com**    **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

### Claims Details                                                          1078 of 3332

---

**Walter Williams**

3316 Pearl Avenue North

Birmingham, AL 35207

**Clm No 73232**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LUTHER WILLIAMS**

319 Lexing Blvd.

Bessemer, AL 35020

**Clm No 73233**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Hubert Williams**

312 19th Ave., Apt#701

Robertson Towers Apt#701

Tuscaloosa, AL 35401

**Clm No 73234**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

### Claims Details

1079 of 3332

---

**HENRY WILLIAMS**
309 North Catherine Street
Mobile, AL 36603-5003

**Clm No 73235**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Williams**
2705 5th Street NE.
Birmingham, AL 35215

**Clm No 73236**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Clarence Williams**
2257 Costarides Street
Mobile, AL 36617

**Clm No 73237**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1080 of 3332

---

**Woodrow Williams**
222 Poplar Springs Dr.
Sylvan Springs, AL 35118

**Clm No 73238**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**John Williams**
2212 34th Ave N.
Birmingham, AL 35207

**Clm No 73239**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Pauline Williams**
216 Richard Road
Wetumpka, AL 36092

**Clm No 73240**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1081 of 3332

---

**Isaac Williams**
1706 Teak Wood Lane
Birmingham, AL 35235

**Clm No 73241**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**LARRY WILLIAMS**
164 Mabelon Drive
Hueytown, AL 35023

**Clm No 73242**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**John Williams**
14069 Hwy 69 S.
Tuscaloosa, AL 35405

**Clm No 73243**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

### Claims Details                                                           1082 of 3332

---

**Willie Williams**                    **Clm No 73244**    Filed In Cases: 140
1401 3rd Street West
Birmingham, AL 35204

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**RALPH WILLIAMS**                     **Clm No 73245**    Filed In Cases: 140
14 Stoneridge Trail
Birmingham, AL 35210

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Roger Williams**                     **Clm No 73246**    Filed In Cases: 140
13215 Shaft Dr.
Cypress, TX 77429

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value    $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1083 of 3332

---

**James Williams**
124 Meadowood Circle
Adamsville, AL 35005

**Clm No 73247**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Gilbert Williams**
1113 10th Ave
Pleasant Grove, AL 35127

**Clm No 73248**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Orvis Williams**
105 Paul Street
Pensacola, FL 32505

**Clm No 73249**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

### Claims Details

1084 of 3332

---

**George Williams**
1014 Manor Circle
Bessemer, AL 35020

**Clm No 73250**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Irwin Williams**
10006 Lonallen St
Houston, TX 77088

**Clm No 73251**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**William Williamsen**
c/o Mrs. Lena Williamsen
3309 Big Horn Drive
Bryan, TX 77803-0759

**Clm No 73252**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1085 of 3332

---

| **Willie Williamson** | | **Clm No 73253** | Filed In Cases: 140 | |
|---|---|---|---|---|
| c/o Williams Kherkher | | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | | |
| Houston, TX 77017 | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

---

| **Vernon Williamson** | | **Clm No 73254** | Filed In Cases: 140 | |
|---|---|---|---|---|
| c/o Williams Kherkher | | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | | |
| Houston, TX 77017 | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

---

| **LORETTA WILLIAMSON** | | **Clm No 73255** | Filed In Cases: 140 | |
|---|---|---|---|---|
| c/o Williams Kherkher | | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | | |
| Houston, TX 77017 | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                    1086 of 3332

---

**John Williamson**                    **Clm No 73256**    Filed In Cases: 140
C/o Sherrie Pierce
9024 Myers Road                        Class           Claim Detail Amount      Final Allowed Amount
Quinton, AL 35130
                                       UNS                  $1.00
                                                            $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Fleet Williamson**                   **Clm No 73257**    Filed In Cases: 140
C/o Patricia S. Barber
41 East Main St.                       Class           Claim Detail Amount      Final Allowed Amount
Middletown, DE 19709
                                       UNS                  $1.00
                                                            $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Edward Williamson**                  **Clm No 73258**    Filed In Cases: 140
C/o Mary Grace Williamson
3352 County Road 16                    Class           Claim Detail Amount      Final Allowed Amount
Henagar, AL 35978
                                       UNS                  $1.00
                                                            $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1087 of 3332

---

**Ted Williamson**
C/o Louise O. Williamson
12440 Hwy 171
Northport, AL 35476

**Clm No 73259**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Williamson**
839 Glen Ridge Drive
Fairfield, AL 35064

**Clm No 73260**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**DANNY WILLIAMSON**
4221 Old Cahaba Pkwy 1825
Helena, AL 35080

**Clm No 73261**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1088 of 3332

---

**Johnny Williamson**
19858 Hwy. 43 North
Northport, AL 35476

**Clm No 73262**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Williamson**
14710 Co Road 12
Berry, AL 35546

**Clm No 73263**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ed Willie**
P.O. Box 672
Florence, AL 35631

**Clm No 73264**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1089 of 3332

---

**M. Willie**
7404 Northgrove Ct.
Pearland, TX 77581-6626

**Clm No 73265**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Marshall Willie**
2107 Bear Fork Road
Whistler, AL 36612

**Clm No 73266**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Willingham**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 73267**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1090 of 3332

---

**Beverly Willingham**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 73268**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**George Willingham**
107 Cross Street
Russellville, AL 35653

**Clm No 73269**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Benjamin Willis**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 73270**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1091 of 3332

---

**James Willis**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 73271**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Oram Willis**
c/o Sandra W. Williams
1435 18th Way S.W.
Birmingham, AL 35211

**Clm No 73272**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALTON WILLIS**
c/o Rayford Willis
108 Gwen Avenue
Bessemer, AL 35023

**Clm No 73273**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1092 of 3332

---

**George Willis**
c/o Betty Willis
517 - 7th St. North
Bessemer, AL 35020

**Clm No 73274**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Willis**
c/o Barbara A. Willis
170 Horton Street
Columbiana, AL 35051

**Clm No 73275**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**George Wills**
504 Central Ave
Fultondale, AL 35068

**Clm No 73276**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

**Earl Wilson**
P.O. Box 662
Grove Hill, AL 36451

**Clm No 73277**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Loy Wilson**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 73278**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Bub Wilson**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 73279**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1094 of 3332

---

**Lewis Wilson**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 73280**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**James Wilson**
C/o Willie Kate Wilson
4026 County Road 19
Greensboro, AL 36744

**Clm No 73281**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Loy Wilson**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 73282**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1095 of 3332

---

**Larnie Wilson**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 73283**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**James Wilson**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 73284**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Alfred Wilson**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 73285**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date   |           |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**John Wilson**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 73286**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Thomas Wilson**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 73287**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ernest Wilson**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 73288**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1097 *of* 3332

| | | | |
|---|---|---|---|
| **Charlie Wilson** | **Clm No 73289** | Filed In Cases: 140 | |
| c/o Williams Kherkher | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | |
| Houston, TX 77017 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed             9-Dec-2016
Bar Date
Claim Face Value       $1.00

| | | | |
|---|---|---|---|
| **Lusicous Wilson** | **Clm No 73290** | Filed In Cases: 140 | |
| c/o Williams Kherkher | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | |
| Houston, TX 77017 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed             9-Dec-2016
Bar Date
Claim Face Value       $1.00

| | | | |
|---|---|---|---|
| **Sam Wilson** | **Clm No 73291** | Filed In Cases: 140 | |
| c/o Williams Kherkher | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | |
| Houston, TX 77017 | UNS | $1.00 | |
| | | $1.00 | |

Date Filed             9-Dec-2016
Bar Date
Claim Face Value       $1.00

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1098 of 3332

---

**Betty Wilson**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 73292**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOHNNIE WILSON**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 73293**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alva Wilson**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 73294**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1099 of 3332

**Levi Wilson**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 73295**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**J.B. Wilson**
c/o Mrs. Shirley J. Wilson
P.O. Box 81
Alabaster, AL 35007

**Clm No 73296**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**HENRY WILSON**
c/o Mrs. Louise S. Wilson
11991 Grandview Dr.
Northport, AL 35476

**Clm No 73297**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**            **Visit us on the Web at www.omnimgt.com**            **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1100 of 3332

**James Wilson**
c/o Mary Elizabeth Wilson
517 61st Street
Fairfield, AL 35066

**Clm No 73298**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Ennis Wilson**
c/o Maggie Walker
3703 Musgrove Rd.
Normangee, TX 77871

**Clm No 73299**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Martin Wilson**
c/o Loisel M. Wilson
10308 Shadow Valley Ct.
Burleson, TX 76028

**Clm No 73300**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1101 of 3332

---

**Robert Wilson**
C/o Kelvin Wayne Wilson
5908 Owens Street
Birmingham, AL 35228

**Clm No 73301**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Wilson**
c/o James Wilson
1720 Arborway Dr.
Tuscaloosa, AL 35405

**Clm No 73302**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM WILSON**
c/o Jacki Wilson
716 McCord Street
West Point, MS 39773

**Clm No 73303**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1102 of 3332

---

**Ned Wilson**
c/o Ellen Davis
200 Copper Ridge Rd.
Columbia, SC 29212

**Clm No 73304**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Olin Wilson**
C/o Edward S. Allen, Attorney
P.o. Box  306
Birmingham, AL 35201

**Clm No 73305**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Imogene Wilson**
C/o Edward H. Pradat, Attorney
P.o. Box 1119
Tuscaloosa, AL 35403

**Clm No 73306**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1103 of 3332

---

**JAMES WILSON**
c/o Christy Mabry
17711 Gene Rd.
Little Rock, AR 72206

**Clm No 73307**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**GLEN WILSON**
c/o Carolyn Wilson
3234 W. Century Blvd.
Citrus Springs, FL 34433

**Clm No 73308**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Woodrow Wilson**
9701 Hwy 69 North
Northport, AL 35476

**Clm No 73309**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                        1104 of 3332

---

**B.J. Wilson**                          **Clm No 73310**    Filed In Cases: 140
802 Illinois Road
Birmingham, AL 35221                      Class            Claim Detail Amount      Final Allowed Amount

                                         UNS                      $1.00
                                                                  $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Michael Wilson**                       **Clm No 73311**    Filed In Cases: 140
7712 Bankhead Hwy
Dora, AL 35062                            Class            Claim Detail Amount      Final Allowed Amount

                                         UNS                      $1.00
                                                                  $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Carrie Wilson**                        **Clm No 73312**    Filed In Cases: 140
754 Augusta Street
Mobile, AL 36603                          Class            Claim Detail Amount      Final Allowed Amount

                                         UNS                      $1.00
                                                                  $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1105 of 3332

| Donald Wilson | **Clm No 73313** | Filed In Cases: 140 | |
|---|---|---|---|
| 5116 Mcclain Street | | | |
| Brighton, AL 35020 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Charles Wilson | **Clm No 73314** | Filed In Cases: 140 | |
|---|---|---|---|
| 4838 Monroe Drive | | | |
| Bessemer, AL 35023 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| James Wilson | **Clm No 73315** | Filed In Cases: 140 | |
|---|---|---|---|
| 4637 13th Avenue North | | | |
| Birmingham, AL 35212 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1106 of 3332

---

**Andrew Wilson**
4637 13th Avenue North
Birmingham, AL 35212

**Clm No 73316**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**FRED WILSON**
431 Morningside Lane
Baton Rouge, LA 70806

**Clm No 73317**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Oscar Wilson**
3785 County Road 19
Greensboro, AL 35744

**Clm No 73318**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1107 of 3332

| **William Wilson** | | **Clm No 73319** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 311 Hunter Road | | Class | Claim Detail Amount | Final Allowed Amount |
| Gardendale, AL 35071 | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **Willie Wilson** | | **Clm No 73320** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 3005 22nd St. | | Class | Claim Detail Amount | Final Allowed Amount |
| Tuscaloosa, AL 35401 | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **C.M. Wilson** | | **Clm No 73321** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 2602 Holly Dr. | | Class | Claim Detail Amount | Final Allowed Amount |
| Texarkana, TX 75501 | | UNS | $1.00 | |
| | | | $1.00 | |
| | | | | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1108 of 3332

---

**Milton Wilson**
2502 Lilac
Pasadena, TX 77503

**Clm No 73322**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

| | |
|-------|-------------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Horace Wilson**
2032 Carl Jones Road
Moody, AL 35004

**Clm No 73323**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Wilson**
202 Gusty Lane
Gardendale, AL 35071-2136

**Clm No 73324**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/20/2018 3:18:45 PM

*Claims Details*                                                          1109 *of* 3332

| HERBERT WILSON | | **Clm No 73325** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 1672 Johnston Street | | Class | Claim Detail Amount | Final Allowed Amount |
| Mobile, AL 36605- | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| James Wilson | | **Clm No 73326** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 14720 Milldale Road | | Class | Claim Detail Amount | Final Allowed Amount |
| Brookwood, AL 35444 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| Lee Wilson | | **Clm No 73327** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 14572 Howells Ferry Road | | Class | Claim Detail Amount | Final Allowed Amount |
| Wilmer, AL 36587 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1110 of 3332

---

**WILLIAM WILSON**
12810 Standbury Park Lane
Tomball, TX 77377-7575

**Clm No 73328**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**John Wilson**
1205 1st Ave.
Bessemer, AL 35020

**Clm No 73329**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**William Wilson**
1194 Forest Drive
Gardendale, AL 35071

**Clm No 73330**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1111 of 3332

| | | | |
|---|---|---|---|
| **WILLIE WILSON** | **Clm No 73331** | Filed In Cases: 140 | |
| 1133 South 2Nd Street | Class | Claim Detail Amount | Final Allowed Amount |
| Brookhaven, MS 39601 | UNS | $1.00 | |
| | | $1.00 | |
| Date Filed        9-Dec-2016 | | | |
| Bar Date | | | |
| Claim Face Value        $1.00 | | | |

| | | | |
|---|---|---|---|
| **ROGER WILSON** | **Clm No 73332** | Filed In Cases: 140 | |
| 105 Georgia Manor Lane | Class | Claim Detail Amount | Final Allowed Amount |
| Trussville, AL 35173 | UNS | $1.00 | |
| | | $1.00 | |
| Date Filed        9-Dec-2016 | | | |
| Bar Date | | | |
| Claim Face Value        $1.00 | | | |

| | | | |
|---|---|---|---|
| **James Wilson** | **Clm No 73333** | Filed In Cases: 140 | |
| 1009 60th St. | Class | Claim Detail Amount | Final Allowed Amount |
| Tuscaloosa, AL 35405 | UNS | $1.00 | |
| | | $1.00 | |
| Date Filed        9-Dec-2016 | | | |
| Bar Date | | | |
| Claim Face Value        $1.00 | | | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:18:45 PM

*Claims Details*

1112 of 3332

---

**Floyd Wilson**
1002 6th Street
Jasper, AL 35501

**Clm No 73334**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Harvey Wilson**
1002 6th Street
Jasper, AL 35501

**Clm No 73335**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**J. Wilton**
1506 Hamblen
Houston, TX 77009

**Clm No 73336**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1113 of 3332

---

**Betty Wimberley**
12419 Lovie Ln.
Conroe, TX 77302

**Clm No 73337**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**CLAYBON WINBORN**
708 East Limestone Street
Florence, AL 35630

**Clm No 73338**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**William Winder**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 73339**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1114 of 3332

---

**Herman Winder**
c/o Edith F. Craig
927 3rd Avenue N.
Bessemer, AL 35020

**Clm No 73340**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Judge Windham**
P.O. Box 6
Parrish, AL 35580

**Clm No 73341**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ovester Windham**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 73342**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1115 of 3332

---

**Louis Windham**
C/o Annie L. Windham
16425 H And W Drive
Knoxville, AL 35469

**Clm No 73343**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BOBBIE WINDHAM**
500 Mary Drive
Adamsville, AL 35005

**Clm No 73344**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Johnny Windham**
151 Albert Windham Rd.
Nauvoo, AL 35578

**Clm No 73345**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1116 of 3332

---

**DOROTHY WINDLE**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 73346**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**RUTH WINFIELD**
105 Oak Mountain Road
Millbrook, AL 36054

**Clm No 73347**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**J. Winfred**
254 Moore St.
Clute, TX 77531

**Clm No 73348**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|-------|-------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                              1117 of 3332

---

**Curtis Winingham**                    **Clm No 73349**    Filed In Cases: 140
P.O. Box 191
Brookwood, AL 35444                      Class          Claim Detail Amount    Final Allowed Amount

                                         UNS                 $1.00
                                                             $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Albert Winkle**                        **Clm No 73350**    Filed In Cases: 140
621 Donna Street
Saraland, AL 36571                       Class          Claim Detail Amount    Final Allowed Amount

                                         UNS                 $1.00
                                                             $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Clabion Winn**                         **Clm No 73351**    Filed In Cases: 140
P.o. Box 141
Sawyerville, AL 36776                    Class          Claim Detail Amount    Final Allowed Amount

                                         UNS                 $1.00
                                                             $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value        $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1118 of 3332

---

**John Winn**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 73352**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Richard Winn**
c/o Emma L. Winn
2805 23rd Street
Tuscaloosa, AL 35401

**Clm No 73353**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Clyde Winn**
C/o Barbara E. Watkins
3718 Banks Street
Brighton, AL 35000

**Clm No 73354**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value     $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1119 of 3332

---

**John Winn**
C/o  Mattie Jurry Winn
3113 Riggs Road
Tuscaloosa, AL 35401

**Clm No 73355**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ivory Winn**
4311 Stillman Blvd.
Tuscaloosa, AL 35401

**Clm No 73356**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Dennis Winn**
156 Dee Hendrix Road
Hueytown, AL 35023

**Clm No 73357**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1120 of 3332

---

**Elizondo Winnefred**
406 Scott Drive
Corpus Christi, TX 78408

**Clm No 73358**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Sam Winningham**
C/o Debbie Portera
2337 Altadena Crest Drive
Birmingham, AL 35242-4401

**Clm No 73359**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Donald Winslett**
5649 Coleman Lake Road
Mccalla, AL 35111

**Clm No 73360**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1121 of 3332

---

**Mary Winslow**
c/o Sandra C. Moore
5411 Terrell Lowery Road
Jay, FL 32565

**Clm No 73361**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rocelius Winston**
C/o Shores And Lee, P.c.
P.o. Box 10622
Birmingham, AL 35202

**Clm No 73362**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**J.C. Winston**
c/o Kale Winston-Mitchell
352 S. Crystal Springs Rd.
Eight Mile, AL 36613

**Clm No 73363**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1122 of 3332

---

**Curtis Winston**
C/o Ceola Lee Winston
3014 Alston Drive
Decatur, GA 30032

**Clm No 73364**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Robbin Winston**
4109 7th Ave
Brighton, AL 35020

**Clm No 73365**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**M. Winston**
3610 Downing Circle
Deer Park, TX 77536

**Clm No 73366**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1123 of 3332

---

**Will Winston**
1300 35th Street Ensley
Birmingham, AL 35218

**Clm No 73367**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Henry Winters**
C/o Katharyn Anita Dowdle
12466 Mt Olive Road
Coker, AL 35452

**Clm No 73368**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Charles Winters**
4229 Cardinal Street
Northport, AL 35473

**Clm No 73369**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1124 of 3332

| Howard Winters | **Clm No 73370** | Filed In Cases: 140 | |
|---|---|---|---|
| 13228 Allison Drive | Class | Claim Detail Amount | Final Allowed Amount |
| Mccalla, AL 35111 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| Herman Wise | **Clm No 73371** | Filed In Cases: 140 | |
|---|---|---|---|
| 8301 Brittains Field Road | Class | Claim Detail Amount | Final Allowed Amount |
| Oak Ridge, NC 27310 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| E Wise | **Clm No 73372** | Filed In Cases: 140 | |
|---|---|---|---|
| 5072 FM 225 | Class | Claim Detail Amount | Final Allowed Amount |
| Douglass, TX 75943 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1125 of 3332

---

**CLEOPHUS WITHERSPOON**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 73373**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Johnnie Witherspoon**
C/o Terrence Witherspoon
5940 Monte Sano Rd.
Birmingham, AL 35228

**Clm No 73374**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ezekiel Witherspoon**
c/o Hiawatha Spraggins
214 Hillside Ave.
Bessemer, AL 35020

**Clm No 73375**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1126 of 3332

---

**BERNICE WITHERSPOON**
c/o Aleck J. Witherspoon
4706 Longmeadow Drive
McCalla, AL 35022

**Clm No 73376**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**MARY WITHERSPOON**
3894 Jim Griffin Rd.
West Point, MS 39773

**Clm No 73377**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Norvel Witherspoon**
2632 Grandville Ave
Bessemer, AL 35020

**Clm No 73378**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**Frank Witherspoon**
15 Ross Drive
Holt, AL 35404

**Clm No 73379**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HOWARD WITSON**
6221 5th Ave.
Marrero, LA 70072

**Clm No 73380**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Witt**
c/o Odessa Witt
1135 East Wood Branch Drive
St. John, FL 32259

**Clm No 73381**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1128 of 3332

---

**Charles Witt**
C/o Mollie Witt
1679 19th Place S.w.
Birmingham, AL 35211

**Clm No 73382**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Witt**
c/o Linda Witt
422 S. Blackwell
La Porte, TX 77571

**Clm No 73383**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Monroe Witt**
2221 49th Ave
Tuscaloosa, AL 35401

**Clm No 73384**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1129 of 3332

---

**Franklin Wix**
C/o Brenda G. Wix
525 County Rd. 805
Cullman, AL 35057

**Clm No 73385**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alton Wolf**
111 Bumelia St.
Lake Jackson, TX 77566

**Clm No 73386**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HAROLD WOLF**
3102 West Bay Area Blvd. Apt. 408
Friendswood, TX 77546

**Clm No 73387**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1130 of 3332

| | | | |
|---|---|---|---|
| **Malcolm Wolfe** | **Clm No 73388** | Filed In Cases: 140 | |
| c/o Williams Kherkher | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | |
| Houston, TX 77017 | UNS | $1.00 | |
| | | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 9-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

| | | | |
|---|---|---|---|
| **Herman Wolfe** | **Clm No 73389** | Filed In Cases: 140 | |
| c/o Mr. Kenneth R. Wolfe | Class | Claim Detail Amount | Final Allowed Amount |
| 723 Bivens Brook Rd. | | | |
| Birmingham, AL 35214 | UNS | $1.00 | |
| | | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 9-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

| | | | |
|---|---|---|---|
| **Dennis Wolfe** | **Clm No 73390** | Filed In Cases: 140 | |
| #24 11th Avenue North | Class | Claim Detail Amount | Final Allowed Amount |
| Texas City, TX 77590 | | | |
| | UNS | $1.00 | |
| | | $1.00 | |

| | | |
|---|---|---|
| Date Filed | 9-Dec-2016 | |
| Bar Date | | |
| Claim Face Value | $1.00 | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1131 of 3332

---

**Donell Womack**
6 Pautuck Road
Highland Lakes, NJ 07422

**Clm No 73391**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JOSEPH WOOD**
Post Office Box 1130
Carbon Hill, AL 35549

**Clm No 73392**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Joseph Wood**
C/o Wyleen Wood
2801 Norwood Blvd
Birmingham, AL 35234

**Clm No 73393**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1132 of 3332

---

**THOMAS WOOD**
c/o Susan O. Wood
11030 Lower Coaling Road
Cottondale, AL 35453

**Clm No 73394**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Frances Wood**
C/o Shirley Keil
238 Mcqueen Drive
Wetumpka, AL 36092

**Clm No 73395**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Wood**
C/o Mary Wood
107 Hope Drive
Montgomery, AL 36110

**Clm No 73396**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1133 of 3332

---

**Joe Wood**
c/o  Sandy Wood
4027 Guilford Road
Birmingham, AL 35242

**Clm No 73397**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ray Wood**
9718 Corner School Road
Warrior, AL 35180

**Clm No 73398**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HAROLD WOOD**
926 Overton Ave
Presbyterian Manor
Tarrant, AL 35217

**Clm No 73399**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:18:45 PM

*Claims Details*

1134 of 3332

---

**Wilson Wood**
7095 Alice Road
Mc Calla, AL 35111

**Clm No 73400**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Don Wood**
545 Co. Rd. 4210
Crane Hill, AL 35053

**Clm No 73401**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charles Wood**
205 Remington Rd
Birmingham, AL 35215

**Clm No 73402**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1135 of 3332

| Robert Wood | | **Clm No 73403** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 1836 Buckhorn Rd. | | Class | Claim Detail Amount | Final Allowed Amount |
| Sulphur, OK 73086 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| Mackie Wood | | **Clm No 73404** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 1813 Hopper Rd | | Class | Claim Detail Amount | Final Allowed Amount |
| Houston, TX 77093 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| AUBREY WOOD | | **Clm No 73405** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 163 Brooks Lane | | Class | Claim Detail Amount | Final Allowed Amount |
| Oneonta, AL 35121 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1136 of 3332

---

**Troy Wood**
105 Raintree
Mabank, TX 75147

**Clm No 73406**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Woodall**
341 South Burbank Drive
Birmingham, AL 35226

**Clm No 73407**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Elmer Woodard**
c/o Rhonda Bolden
P.O. Box 3904
Galveston, TX 77552

**Clm No 73408**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1137 of 3332

---

**Billy Woodard**
7722 Maple Tree Dr.
Houston, TX 77088

**Clm No 73409**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--------------------|-------------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Ervin Wooding**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 73410**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--------------------|-------------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**NORMAN WOODING**
2100 Francis Ave. S. W.
Birmingham, AL 35211

**Clm No 73411**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--------------------|-------------|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1138 of 3332

---

**John Woodley**
609 Blackwell Dairy Rd
Jasper, AL 35504

**Clm No 73412**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**James Woodley**
164 Old Magnolia Way
Wilsonville, AL 35186

**Clm No 73413**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**George Woodruff**
C/o Rosa Woodruff
1340 Oakland Avenue
Birmingham, AL 35218

**Clm No 73414**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1139 of 3332

---

**Anthony Woods**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 73415**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Walter Woods**
c/o Virginia Ann Franklin
137 Chadwick Drive
Helena, AL 35080

**Clm No 73416**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM WOODS**
c/o Patricia Kelsoe
P. O. Box 74004
Tuscumbia, AL 35674

**Clm No 73417**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1140 of 3332

**JAMES WOODS**
c/o Mrs. Shirley Woods
138 White Rd.
Akron, AL 35441

**Clm No 73418**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

**Howard Woods**
C/o Lucille Caldwald Woods
10971 Main Street
Oakman, AL 35579

**Clm No 73419**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

**Lawyer Woods**
C/o Jimmy Lewis Woods
115 Amethyst Drive
Huntsville, AL 35810

**Clm No 73420**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1141 of 3332

---

**J.C. Woods**
C/o Jacqueline W. Jordan
1416 Mohican Drive
Birmingham, AL 35214

**Clm No 73421**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Guss Woods**
c/o Gussie Woods
810 34th Ave.
Tuscaloosa, AL 35401

**Clm No 73422**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Joe Woods**
c/o Debbie Marie Baily
P. O. Box 10851
Houston, TX 77206

**Clm No 73423**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $10,000.00          |                      |
|       | $10,000.00          |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $10,000.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1142 of 3332

---

**Nelson Woods**
C/o Annie Ruth Tinker
3610 19th Street
Tuscaloosa, AL 35401-3909

**Clm No 73424**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Jack Woods**
Box 19810
County Rd 21
Moundville, AL 35474

**Clm No 73425**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Ramon Woods**
7540 Starkey Drive
Bessemer, AL 35023

**Clm No 73426**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1143 of 3332

---

**David Woods**
690 County Rd 34
Akron, AL 35441

**Clm No 73427**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Woods**
453 CR 3012
Dayton, TX 77535

**Clm No 73428**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Beverly Woods**
4415 Howcher St.
Houston, TX 77047

**Clm No 73429**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1144 of 3332

| **Johnie Woods** | | **Clm No 73430** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 3324 33rd Court | | Class | Claim Detail Amount | Final Allowed Amount |
| Tuscaloosa, AL 35401 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **Rayburn Woods** | | **Clm No 73431** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 21489 Old Jasper Road | | Class | Claim Detail Amount | Final Allowed Amount |
| Northport, AL 35473 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **James Woods** | | **Clm No 73432** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 15385 Amazon Rd. | | Class | Claim Detail Amount | Final Allowed Amount |
| Wilmer, AL 36587 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1145 of 3332

---

**Milner Woods**
1373 Woods Road
Millport, AL 35576

**Clm No 73433**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Roy Woods**
124 Rosebud Rd
Birmingham, AL 35215

**Clm No 73434**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CLARENCE WOODY**
c/o Jeraldine I. Woody
814 Maplewood Trail
Alabaster, AL 35007

**Clm No 73435**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                    1146 of 3332

---

**Claude Woody**                      **Clm No 73436**      Filed In Cases: 140
c/o Anita Lawson
727 Somerset Blvd.                    Class            Claim Detail Amount        Final Allowed Amount
Bessemer, AL 35020
                                      UNS                    $1.00
                                                             $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Michael Wooster**                   **Clm No 73437**      Filed In Cases: 140
125 1/2 Wood
Baytown, TX 77520                     Class            Claim Detail Amount        Final Allowed Amount

                                      UNS                    $1.00
                                                             $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Edna Wooten**                       **Clm No 73438**      Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                    Class            Claim Detail Amount        Final Allowed Amount
Houston, TX 77017
                                      UNS                    $1.00
                                                             $1.00

Date Filed              9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1147 of 3332

---

**Gilbert Wooten**
C/o Brooksie M. Wooten
117 40th Ave West
Birmingham, AL 35207

**Clm No 73439**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Percy Wootton**
c/o Linda Wootton
9230 Tigner Rd.
Rosharon, TX 77583-7794

**Clm No 73440**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Mary Works**
1213 North Columbia Place
Tulsa, OK 74110

**Clm No 73441**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

**Marvin Worley**
c/o Marvin F. Worley, Jr.
3580 Wareingwood Dr.
Montgomery, AL 36109

**Clm No 73442**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Pearl Wormely**
c/o Martha Wormley
504 Pineview Rd.
Trussville, AL 35173

**Clm No 73443**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**John Wormely**
C/o Irma L. Wormely
3357 Alemeda Avenue S.w.
Birmingham, AL 35221

**Clm No 73444**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:18:45 PM

*Claims Details*

1149 *of* 3332

---

**Ralph Wormley**
7012 Westmoreland Drive
Fairfield, AL 35064

**Clm No 73445**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES WORTHEY**
C/o Brenda Worthey
2342 Spencer Lane
Center Point , AL 35215

**Clm No 73446**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Alfred Wotipka**
1621 Zapalac Road
La Grange, TX 78945

**Clm No 73447**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/20/2018 3:18:45 PM

*Claims Details*

1150 of 3332

---

**IZER WRAY**
9266 Highway 62
Vincent, AL 35178

**Clm No 73448**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**BARBARA WRIGHT**
Post Office Box 433
Aliceville, AL 35442

**Clm No 73449**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**David Wright**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 73450**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                              1151 of 3332

---

**Lucius Wright**                          **Clm No 73451**     Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                         Class              Claim Detail Amount        Final Allowed Amount
Houston, TX 77017
                                           UNS                    $1.00
                                                                  $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**John Wright**                            **Clm No 73452**     Filed In Cases: 140
c/o Williams Kherkher
8441 Gulf Fwy #600                         Class              Claim Detail Amount        Final Allowed Amount
Houston, TX 77017
                                           UNS                    $1.00
                                                                  $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Smiley Wright**                          **Clm No 73453**     Filed In Cases: 140
C/o Sammie Wright
4611 43rd Ave. North                       Class              Claim Detail Amount        Final Allowed Amount
Birmingham, AL 35217
                                           UNS                    $1.00
                                                                  $1.00

Date Filed            9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1152 of 3332

---

**Albert Wright**
c/o Renae Pearson
144 Calvary Drive
Odenville, AL 35120

**Clm No 73454**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Henry Wright**
C/o Odesa T. Wright
1018 Graymont Ave West
Birmingham, AL 35204

**Clm No 73455**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Olan Wright**
C/o Macle Wright
309 Dulaine Cove
Birmingham, AL 35210

**Clm No 73456**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed       | 9-Dec-2016 |
|------------------|------------|
| Bar Date         |            |
| Claim Face Value | $1.00      |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

***OldCo, LLC, successor by merger to Coltec Industries Inc***

3/20/2018 3:18:45 PM

*Claims Details*

1153 of 3332

---

**CORNELIUS WRIGHT**

C/o Lois Wright  Foster

1309 Crestview Avenue

Akron, OH 44320

**Clm No 73457**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Calvin Wright**

c/o Kelly Wright Hurd, Executor

3636 Arcadia Drive

Tuscaloosa, AL 35404

**Clm No 73458**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jimmy Wright**

c/o Frances E. Wright

P.O. Box 212

Lockeny , TX 79241

**Clm No 73459**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1154 of 3332

---

**RANDOLPH WRIGHT**
c/o Anthony Wright
3405 Ashwood Road
Hueytown, AL 35023

**Clm No 73460**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**ARCHIE WRIGHT**
6013 Jesse Owens Ave.
Birmingham, AL 35228

**Clm No 73461**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**WILLIE WRIGHT**
434 Womack
Lambert, MS 38643

**Clm No 73462**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1155 of 3332

---

**Jessie Wright**
4302 16th St.
Bacliff, TX 77518

**Clm No 73463**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**WILLIE WRIGHT**
2556 Highway 45
Eight Mile, AL 36613

**Clm No 73464**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Nathaniel Wright**
2133 Francis Ave Sw
Birmingham, AL 35211

**Clm No 73465**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date   |            |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1156 of 3332

---

**Coy Wright**
14839 Anoka Dr.
Channelview, TX 77530

**Clm No 73466**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date  |           |
| Claim Face Value | $1.00 |

---

**THOMAS WRIGHT**
127 Shadow Ridge Rd.
Hattiesburg, MS 39402

**Clm No 73467**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date  |           |
| Claim Face Value | $1.00 |

---

**Eddie Wright**
11054 Vailview
Houston, TX 77016

**Clm No 73468**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| Date Filed | 9-Dec-2016 |
|-----------|-----------|
| Bar Date  |           |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1157 of 3332

---

**Victor Wrysinski**
c/o Wood Memorial Nursing Home
320 Greenville Highway
Mineola, TX 75773

**Clm No 73469**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JORDEN WYATT**
c/o Viola Wyatt
52 Silver Bay Court
Lake Jackson, TX 77566

**Clm No 73470**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**William Wyatt**
c/o Ronald L. Wyatt
2641 County Road 4817
Athens, TX 75752-5140

**Clm No 73471**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------:|---------------------:|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1158 of 3332

---

**Harding Wyckoff**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 73472**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Embry Wyckoff**
1127 4th Court West
Birmingham, AL 35204

**Clm No 73473**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bobby Wynn**
33268 Street Hwy 79
Cleveland, AL 35049

**Clm No 73474**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1159 of 3332

---

**ARTHUR WYNN**
1008 Forest St.
Birmingham, AL 35217

**Clm No 73475**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Billy Yarbrough**
c/o Norma Yarbrough
43 Elmer Barnes Rd.
Laurel, MS 39443

**Clm No 73476**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Raphael Yarbrough**
C/o Jacqueline K. Yarbrough
3901 Yarbrough Drive
Pinson, AL 35126

**Clm No 73477**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:18:45 PM

*Claims Details*

1160 of 3332

---

| **AUTHOR YARBROUGH** | | **Clm No 73478** | Filed In Cases: 140 | |
| c/o Ivey Yarbrough | | | | |
| 611 Thorton Drive | | Class | Claim Detail Amount | Final Allowed Amount |
| Columbus, MS 39702 | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **David Yarbrough** | | **Clm No 73479** | Filed In Cases: 140 | |
| 5613 Iceland Ave. | | | | |
| Birmingham, AL 35224 | | Class | Claim Detail Amount | Final Allowed Amount |
| | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

| **HOWARD YARBROUGH** | | **Clm No 73480** | Filed In Cases: 140 | |
| 13002 33Rd St. | | | | |
| Santa Fe, TX 77510 | | Class | Claim Detail Amount | Final Allowed Amount |
| | | UNS | $1.00 | |
| | | | $1.00 | |

| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1161 of 3332

---

**LARRY YATES**
PO Box 406
Leggett, TX 77350

**Clm No 73481**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Emil Yates**
426 Welch
Palacios, TX 77465

**Clm No 73482**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Harley Yates**
271 Lakeview Drive
Mobile, AL 36695

**Clm No 73483**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1162 of 3332

---

**Robert Yaw**
2515 Linda Drive
Tuscaloosa, AL 35405

**Clm No 73484**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Quincy Yawn**
c/o Grace Yawn
1615 County Road 2112
Rusk, TX 75785-9426

**Clm No 73485**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Julio Ybarra**
3411 S. Briarknoll Dr.
Houston, TX 77082-3608

**Clm No 73486**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1163 of 3332

---

**Alfred Ybarra**
1010 Ave I
Bay City, TX 77414

**Clm No 73487**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**BILL YEAGER**
101 West Calico Drive
Raymore, MO 64083

**Clm No 73488**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**James Yocom**
3725 Timberlake Road
Bessemer, AL 35023

**Clm No 73489**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1164 of 3332

---

**King Young**
P.o. Box 241
Fairfield, AL 35064-9998

**Clm No 73490**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Leon Young**
P. O. Box 69
Calvert, AL 36513

**Clm No 73491**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**CHARLES YOUNG**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 73492**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1165 of 3332

---

**Robert Young**
C/o Sue B. Young
817 Borah Ave
Bessemer, AL 35020

**Clm No 73493**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Julious Young**
c/o Roger W. Young
2657 Applewood Dr.
Titusville, FL 32780

**Clm No 73494**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Bernice Young**
c/o Robert Young
910 Essex Cir. North
Jacksonville, FL 32227

**Clm No 73495**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

---

**John Young**
c/o Phyllis Younger
1645 Bryson Street
Midfield, AL 35228

**Clm No 73496**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Evie Young**
c/o Nancy Young
508 Jerry Coleman St.
Fairfield, AL 35064

**Clm No 73497**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HALLIE YOUNG**
c/o Mr. Johnny Alfred Young, Jr.
P.O. Box 42
Carrollton, AL 35447

**Clm No 73498**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1167 of 3332

---

**WILLIAM YOUNG**
c/o Mr. John A. Young
330 County Highway 5
Empire, AL 35063

**Clm No 73499**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILLIAM YOUNG**
c/o Maude Darlene Goodson
451 Maxey Rd. Apt. 3315
Houston, TX 77013

**Clm No 73500**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Angus Young**
c/o Larry Angus Young
216 April Ln.
Oxford, AL 36203

**Clm No 73501**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1168 of 3332

---

**Arthur Young**
C/o Johnnie P. Young
6728 Martin L. King Drive
Fairfield, AL 35064

**Clm No 73502**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Fred Young**
c/o Frank Young
19353 S. 81st W. Ave
Mounds, OK 74047

**Clm No 73503**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Albert Young**
c/o Anthony Young
5427 Amy
Houston, TX 77028

**Clm No 73504**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| Date Filed | 9-Dec-2016 |
|------------|------------|
| Bar Date |  |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1169 of 3332

---

**Oneal Young**
C/o Annie Bell Carter
7216 Rome Avenue
Birmingham, AL 35206

**Clm No 73505**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**WILMA YOUNG**
940 Copperwood Street
West Point, MS 39773

**Clm No 73506**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Charlie Young**
601 62nd St
Fairfield, AL 35064

**Clm No 73507**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1170 of 3332

---

**HARDY YOUNG**
4350 Maddox Street
Beaumont, TX 77705

**Clm No 73508**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Crawford Young**
412 38th Street
Tuscaloosa, AL 35405

**Clm No 73509**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Homer Young**
2133 Robin Hill Road
Oneonta, AL 35121

**Clm No 73510**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed         9-Dec-2016
Bar Date
Claim Face Value         $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1171 of 3332

---

**Richard Young**
136 5th Ave S.w.
Birmingham, AL 35211

**Clm No 73511**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**ALFRED YOUNG**
13025 Miles Dr.
Gulfport, MS 39503

**Clm No 73512**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**JAMES YOUNG**
1125 Hidden Meadow Drive
Montgomery, AL 36117

**Clm No 73513**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| Date Filed | 9-Dec-2016 |
|------------|-----------|
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1172 of 3332

---

**Olen Youngblood**
C/o Lula B. Youngblood
1005 10th Street
Pleasant Grove, AL 35127

**Clm No 73514**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Kenneth Youngblood**
245 Hwy 82 E
Avery, TX 75554

**Clm No 73515**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**William Yow**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 73516**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

| | |
|--|--|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1173 of 3332

---

**Robert Yow**
C/o Reshay K. Yow
5901 Erie Station Road
Belleville, IL 62223

**Clm No 73517**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**HAL YOW**
C/O Maude Yow
1066 Romano Court NE
Saint Pettersburg, FL 33702

**Clm No 73518**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Leo Zajicek**
1206 West 5th St.
Quanah, TX 79252

**Clm No 73519**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | $1.00              |                    |
|       | $1.00              |                    |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1174 of 3332

---

**Sylvan Zandonatti**
224 Ashton Circle
Orange Grove, TX 78372

**Clm No 73520**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Edward Zeanah**
C/o Carolyn Zeanah Passmore
7381 Abenathy Road
Mccalla, AL 35111

**Clm No 73521**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Charles Zellers**
P O Box 11201
Chickasaw, AL 36671

**Clm No 73522**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1175 of 3332

| Joe Zepeda | **Clm No 73523** | Filed In Cases: 140 | |
|---|---|---|---|
| 4963 Elm Hurst St. | Class | Claim Detail Amount | Final Allowed Amount |
| Corpus Christi, TX 78413 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| WILLIAM ZIMMERMAN | **Clm No 73524** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Edith Aline Zimmerman | Class | Claim Detail Amount | Final Allowed Amount |
| 14618 Abacus Dr. | UNS | $1.00 | |
| Foley, AL 36535 | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

| ROBERT ZINKEN | **Clm No 73525** | Filed In Cases: 140 | |
|---|---|---|---|
| 435 21st Ave. N | Class | Claim Detail Amount | Final Allowed Amount |
| St. Cloud, MN 56303-3841 | UNS | $1.00 | |
| | | $1.00 | |

| Date Filed | 9-Dec-2016 |
|---|---|
| Bar Date | |
| Claim Face Value | $1.00 |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

---

**CLIFFORD ZINN**
c/o Mrs. Phyllis Zinn
906 Memorial Glen Dr. Apt. A
Humble, TX 77338

**Clm No 73526**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Clarence Zinnerman**
c/o Williams Kherkher
8441 Gulf Fwy #600
Houston, TX 77017

**Clm No 73527**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Jake Zinnerman**
c/o Janice Zinnerman
2304 22nd Avenue North
Birmingham, AL 35234

**Clm No 73528**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $1.00               |                      |
|       | $1.00               |                      |

| | |
|---|---|
| Date Filed | 9-Dec-2016 |
| Bar Date | |
| Claim Face Value | $1.00 |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1177 of 3332

---

**Ed Zuberbuehler**
P.O. Box 198
Carravelle, FL 32322

**Clm No 73529**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**James Zuiderhoek**
c/o Jean H. Zuiderhoek
49 Kreek Knoll
Lincoln, AL 35096-6061

**Clm No 73530**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Valtierra Zulema**
1003 Illinois
Robstown, TX 78380

**Clm No 73531**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $1.00 | |
| | $1.00 | |

Date Filed          9-Dec-2016
Bar Date
Claim Face Value          $1.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1178 of 3332

| **RONALD ZUMWALT** | | **Clm No 73532** | Filed In Cases: 140 | |
|---|---|---|---|---|
| c/o Williams Kherkher | | Class | Claim Detail Amount | Final Allowed Amount |
| 8441 Gulf Fwy #600 | | | | |
| Houston, TX 77017 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 9-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **DEAN MERVIN ELLISON** | | **Clm No 73533** | Filed In Cases: 140 | |
|---|---|---|---|---|
| C/O BRENT COON & ASSOCIATES | | Class | Claim Detail Amount | Final Allowed Amount |
| 215 ORLEANS ST | | | | |
| BEAUMONT, TX 77701 | | UNS | $1.00 | |
| | | | $1.00 | |
| Date Filed | 8-Dec-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $1.00 | | | |

| **Autry Earl Barney Pro Se.** | | **Clm No 73534** | Filed In Cases: 140 | |
|---|---|---|---|---|
| 517 Cherry Avenue | | Class | Claim Detail Amount | Final Allowed Amount |
| Jackson, AL 36545 | | | | |
| | | UNS | $100,000.00 | |
| | | | $100,000.00 | |
| Date Filed | 25-Oct-2016 | | | |
| Bar Date | | | | |
| Claim Face Value | $100,000.00 | | | |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

### Claims Details

1179 of 3332

---

**Eliger Tugler Jr.**
202 Lee St.
West Monroe, LA 71291

**Clm No 73535**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| PRI | Unknown | $0.00 |
| UNS | $200,000,000.00 | |
| SEC | $200,000,000.00 | $0.00 |
| | $400,043,635.00 | $0.00 |

Date Filed        25-Oct-2016
Bar Date

Claim Face Value    $200,000,000.00

| Objection Type | Objection Status |
|----------------|------------------|
| Different class | Objection Granted |

---

**Hector C. Trevino**
20155 Priest Road
Elmendore, TX 78112

**Clm No 73536**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| PRI | Unknown | $0.00 |
| UNS | Unknown | |
| | $21,164.00 | $0.00 |

Date Filed        10-Nov-2016
Bar Date

Claim Face Value    $21,164.00

| Objection Type | Objection Status |
|----------------|------------------|
| Different class | Objection Granted |

---

**Johnnie Reed**
2614 Cockrill Ave.
Pine Bluff, AR 71601

**Clm No 73537**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        28-Nov-2016
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1180 of 3332

---

**Hector Carrizales Trevino**
200 Spur 113
Teague, TX 75860

**Clm No 73538**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| PRI | Unknown | $0.00 |
| UNS | Unknown | |
| | $16,200.00 | $0.00 |

| Date Filed | 1-Dec-2016 |
| Bar Date | |

| Objection Type | Objection Status |
|----------------|------------------|
| Different class | Objection Granted |

| Claim Face Value | $16,200.00 |

---

**Dolores Washington by Star Martin**
C/O Law Offices of Danny E. Cupit, P.C.
Attn: Danny E. Cupit
PO Box 22929
Jackson, MS 39225

**Clm No 73539**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | |

---

**Tilous Smith**
c/o Law Offices of Danny E. Cupit, P.C.
PO Box 22929
Jackson, MS 39225

**Clm No 73540**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1181 of 3332

---

**Paul Whitfield by Mildred Whitfield**
c/o Law Offices of Danny E. Cupit, P.C.
PO Box 22929
Jackson, MS 39225

**Clm No 73541**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 5-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Florence Jones By Jimmie Jones**
c/o Law Offices of Danny E. Cupit, P.C.
PO Box 22929
Jackson, MS 39225

**Clm No 73542**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 5-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**James Oliver by Dorothy Oliver**
c/o Law Offices of Danny E. Cupit, P.C.
PO Box 22929
Jackson, MS 39225

**Clm No 73543**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 5-Dec-2016 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1182 of 3332

---

**Josh Minor**
c/o Law Offices of Danny E. Cupit, P.C.
PO Box 22929
Jackson, MS 39225

**Clm No 73544**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | |

---

**Neamie Murray By Marie Murray**
c/o Law Offices of Danny E. Cupit, P.C.
PO Box 22929
Jackson, MS 39225

**Clm No 73545**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | |

---

**Johnnie Shaw by Victoria Shaw**
c/o Law Offices of Danny E. Cupit, P.C.
PO Box 22929
Jackson, MS 39225

**Clm No 73546**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $0.00 |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1183 of 3332

| | | |
|---|---|---|
| **Robert Carter** | **Clm No 73547** | Filed In Cases: 140 |
| c/o Law Offices of Danny E. Cupit, P.C. | | |
| PO Box 22929 | Class | Claim Detail Amount | Final Allowed Amount |
| Jackson, MS 39225 | UNS | Unknown | |

Date Filed          5-Dec-2016
Bar Date
Claim Face Value

| | | |
|---|---|---|
| **Dewey Rowe, Jr. by Dorothy Rowe** | **Clm No 73548** | Filed In Cases: 140 |
| c/o Law Offices of Danny E. Cupit, P.C. | | |
| PO Box 22929 | Class | Claim Detail Amount | Final Allowed Amount |
| Jackson, MS 39225 | UNS | Unknown | |

Date Filed          5-Dec-2016
Bar Date
Claim Face Value

| | | |
|---|---|---|
| **Olivia Taylor Puller** | **Clm No 73549** | Filed In Cases: 140 |
| 12120 Chip Shot Lane | | |
| Upper Marlboro, MD 20772 | Class | Claim Detail Amount | Final Allowed Amount |
| | UNS | $10,000.00 | |
| | | $10,000.00 | |

Date Filed          5-Dec-2016
Bar Date
Claim Face Value          $10,000.00

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                    1184 of 3332

---

**Ardie L. Johnson Sr.**                    **Clm No 73550**    Filed In Cases: 140
6506 Little Dove Dr.
Pine Bluff, AR 71603                         Class              Claim Detail Amount    Final Allowed Amount

                                            UNS                Unknown

Date Filed            12-Dec-2016
Bar Date
Claim Face Value

---

**Barbara Miller**                          **Clm No 73551**    Filed In Cases: 140
3307 W. 4th Ave.
Pine Bluff, AR 71601                         Class              Claim Detail Amount    Final Allowed Amount

                                            UNS                Unknown

Date Filed            12-Dec-2016
Bar Date
Claim Face Value

---

**Shirley A. Shorter-Johnson**              **Clm No 73552**    Filed In Cases: 140
6506 Little Dove Dr.
Pine Bluff, AR 71603                         Class              Claim Detail Amount    Final Allowed Amount

                                            UNS                Unknown

Date Filed            12-Dec-2016
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1185 of 3332

---

**Henry Mae McCombs**
3400 Wheeler Chapel Rd.
Pine Bluff, AR 71601

**Clm No 73553**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $480,000,000.00 | |
| | $480,000,000.00 | |

| | |
|---|---|
| Date Filed | 5-Dec-2016 |
| Bar Date | |
| Claim Face Value | $480,000,000.00 |

---

**Nathan H. Carpenter**
11804 E. Evans Avenue
N. Las Vegas, NV 89030

**Clm No 73554**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 16-Feb-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Autry Earl Barney**
517 Cherry Avenue
Jackson, AL 36545-3607

**Clm No 73555**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | $100,000.00 | |
| | $100,000.00 | |

| | |
|---|---|
| Date Filed | 16-Feb-2017 |
| Bar Date | |
| Claim Face Value | $100,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1186 of 3332

| **James R. Imboden** | | **Clm No 73556** | Filed In Cases: 140 | |
| 1228 Garbry Road | | Class | Claim Detail Amount | Final Allowed Amount |
| Piqua, OH 45356 | | UNS | Unknown | |

| Date Filed | 20-Feb-2017 |
| Bar Date | |
| Claim Face Value | |

| **Barbara Miller** | | **Clm No 73557** | Filed In Cases: 140 | |
| 3307 W. 4th Ave. | | Class | Claim Detail Amount | Final Allowed Amount |
| Pine Bluff, AR 71601 | | UNS | Unknown | |

| Date Filed | 12-Dec-2016 |
| Bar Date | |
| Claim Face Value | |

| **Ardie L. Johnson Sr.** | | **Clm No 73558** | Filed In Cases: 140 | |
| 6506 Little Dove Dr. | | Class | Claim Detail Amount | Final Allowed Amount |
| Pine Bluff, AR 71603 | | UNS | Unknown | |

| Date Filed | 12-Dec-2016 |
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1187 of 3332

**Steven D. Anderson**
7461 Blackmon Rd. Apt. 5114
Columbus, GA 31909

**Clm No 73559**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 23-Feb-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

**GERALD E. JAWER**
808 S. WISCONSIN ST.
HOBART, IN 46342

**Clm No 73560**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $100,000.00         |                      |
|       | $100,000.00         |                      |

| Date Filed | 27-Feb-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $100,000.00 |

**David Draper**
2035 Governor Dr.
Roanoke, VA 24019

**Clm No 73561**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 27-Feb-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1188 of 3332

---

**Mark A. Paulette and Anthony J. Paulette**
287 Township Road 267
Amsterdam, OH 43903-7909

**Clm No 73562**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $144,150.00 | |
| PRI | Unknown | $0.00 |
| | $147,000.00 | $0.00 |

| Date Filed | 27-Feb-2017 |
|---|---|
| Bar Date | |

| Objection Type | Objection Status |
|---|---|
| Different class | Objection Granted |

| Claim Face Value | $147,000.00 |

---

**Warren Stumpf**
336 Hemingway Rd.
New Windsor, NY 12553

**Clm No 73563**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 28-Feb-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Steven D. Anderson**
7461 Blackmon Rd. Apt. 5114
Columbus, GA 31909

**Clm No 73564**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 23-Feb-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1189 of 3332

---

**Kevin Moore**
1325 Kings Place
Philadelphia, PA 19122

**Clm No 73565**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 6-Mar-2017 |
|------------|------------|
| Bar Date | |
| Claim Face Value | |

---

**Sylvie Plourde and Daniel Plourde**
1058 Notre- Dame est
Trois-Rivieres, Quebec G8T 4J3
Canada

**Clm No 73566**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| Date Filed | 6-Mar-2017 |
|------------|------------|
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Inland Lakes Management, Inc.**
Attn: Sandra M. Kelly
C/O Ray, Robinson, Carle & Davies Co. LPA
6480 Rockside Woods Blvd. S. Ste 360
Cleveland, OH 44131

**Clm No 73567**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $145,000.00 | |
| | $145,000.00 | |

| Date Filed | 10-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $145,000.00 |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1190 of 3332

---

**Inland Lakes Management, Inc.**
Attn: Sandra M. Kelly
C/O Ray Robinson Carle & Davies Co. LPA
6480 Rockside Woods Blvd. S. Ste. 360
Cleveland, OH 44131

**Clm No 73568**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $35,000.00          |                      |
|       | $35,000.00          |                      |

| Date Filed | 10-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $35,000.00 |

---

**Inland Lakes Management, Inc.**
Attn: Sandra M. Kelly
C/O Ray Robinson Carle & Davies Co. LPA
6480 Rockside Woods Blvd. S. Ste. 360
Cleveland, OH 44131

**Clm No 73569**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $39,000.00          |                      |
|       | $39,000.00          |                      |

| Date Filed | 10-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $39,000.00 |

---

**Inland Lakes Management, Inc.**
Attn: Sandra M. Kelly
C/O Ray Robinson Carle & Davies Co. LPA
6480 Rockside Woods Blvd. S. Ste. 360
Cleveland, OH 44131

**Clm No 73570**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | $78,000.00          |                      |
|       | $78,000.00          |                      |

| Date Filed | 13-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | $78,000.00 |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1191 of 3332

---

**Inland Steel Company**
Attn: Sandra M. Kelly
C/O Ray Robinson Carle & Davies Co. LPA
6480 Rockside Woods Blvd. S. Ste. 360
Cleveland, OH 44131

**Clm No 73571**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $2,000.00 | |
| | $2,000.00 | |

| Date Filed | 13-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | $2,000.00 |

---

**Ceopha Beach**
4449 Genesee Ave.
Dayton, OH 45406

**Clm No 73572**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | $150,000.00 | |
| | $150,000.00 | |

| Date Filed | 13-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | $150,000.00 |

---

**William Caffrey**
c/o Thornton Law Firm
Attn: Garrett J. Bradley
100 Summer Street, 30th Floor
Boston, MA 02110

**Clm No 73573**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 15-Mar-2017 |
|-----------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1192 of 3332

| **Alfred Casagrande** | **Clm No 73574** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Thornton Law Firm | Class | Claim Detail Amount | Final Allowed Amount |
| Attn: Garrett J. Bradley | | | |
| 100 Summer Street, 30th Floor | UNS | Unknown | |
| Boston, MA 02110 | | | |

Date Filed          15-Mar-2017
Bar Date
Claim Face Value

| **Richard Finnerty** | **Clm No 73575** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Thornton Law Firm | Class | Claim Detail Amount | Final Allowed Amount |
| Attn: Garrett J. Bradley | | | |
| 100 Summer Street, 30th Floor | UNS | Unknown | |
| Boston, MA 02110 | | | |

Date Filed          15-Mar-2017
Bar Date
Claim Face Value

| **Robert Ivatts** | **Clm No 73576** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Thornton Law Firm | Class | Claim Detail Amount | Final Allowed Amount |
| Attn: Garrett J. Bradley | | | |
| 100 Summer Street, 30th Floor | UNS | Unknown | |
| Boston, MA 02110 | | | |

Date Filed          15-Mar-2017
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

---

*Claims Details*                                                      1193 of 3332

---

**Judi Johansen**                          **Clm No 73577**    Filed In Cases: 140
c/o Thornton Law Firm
Attn: Garrett J. Bradley              Class              Claim Detail Amount      Final Allowed Amount
100 Summer Street, 30th Floor
Boston, MA 02110                     UNS                    Unknown

Date Filed              15-Mar-2017
Bar Date
Claim Face Value

---

**Steven Jones**                          **Clm No 73578**    Filed In Cases: 140
c/o Thornton Law Firm
Attn: Garrett J. Bradley              Class              Claim Detail Amount      Final Allowed Amount
100 Summer Street, 30th Floor
Boston, MA 02110                     UNS                    Unknown

                                     Objection Type              Objection Status

Date Filed              15-Mar-2017   Different class            Objection Granted
Bar Date
Claim Face Value

---

**Roger King**                            **Clm No 73579**    Filed In Cases: 140
c/o Thornton Law Firm
Attn: Garrett J. Bradley              Class              Claim Detail Amount      Final Allowed Amount
100 Summer Street, 30th Floor
Boston, MA 02110                     UNS                    Unknown

Date Filed              15-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1194 of 3332

| **Vincent Long** | **Clm No 73580** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Thornton Law Firm | | | |
| Attn: Garrett J. Bradley | Class | Claim Detail Amount | Final Allowed Amount |
| 100 Summer Street, 30th Floor | UNS | Unknown | |
| Boston, MA 02110 | | | |

Date Filed          15-Mar-2017
Bar Date
Claim Face Value

| **Lance Mckee** | **Clm No 73581** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Thornton Law Firm | | | |
| Attn: Garrett J. Bradley | Class | Claim Detail Amount | Final Allowed Amount |
| 100 Summer Street, 30th Floor | UNS | Unknown | |
| Boston, MA 02110 | | | |

Date Filed          15-Mar-2017
Bar Date
Claim Face Value

| **Leroy Palmer Jr.** | **Clm No 73582** | Filed In Cases: 140 | |
|---|---|---|---|
| c/o Thornton Law Firm | | | |
| Attn: Garrett J. Bradley | Class | Claim Detail Amount | Final Allowed Amount |
| 100 Summer Street, 30th Floor | UNS | Unknown | |
| Boston, MA 02110 | | | |

Date Filed          15-Mar-2017
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1195 of 3332

---

**Raymond Pomerleau**
c/o Thornton Law Firm
Attn: Garrett J. Bradley
100 Summer Street, 30th Floor
Boston, MA 02110

**Clm No 73583**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|--------------------|--------------------|
| Date Filed | 15-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Kenneth Saalfrank**
c/o Thornton Law Firm
Attn: Garrett J. Bradley
100 Summer Street, 30th Floor
Boston, MA 02110

**Clm No 73584**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|--------------------|--------------------|
| Date Filed | 15-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Linda Sapochetti**
c/o Thornton Law Firm
Attn: Garrett J. Bradley
100 Summer Street, 30th Floor
Boston, MA 02110

**Clm No 73585**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|--------------------|--------------------|
| Date Filed | 15-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1196 of 3332

| **Everett Schwartz** | | **Clm No 73586** | Filed In Cases: 140 | |
|---|---|---|---|---|
| c/o Thornton Law Firm | | Class | Claim Detail Amount | Final Allowed Amount |
| Attn: Garrett J. Bradley | | | | |
| 100 Summer Street, 30th Floor | | UNS | Unknown | |
| Boston, MA 02110 | | | | |

| Date Filed | 15-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| **Henry Smith** | | **Clm No 73587** | Filed In Cases: 140 | |
|---|---|---|---|---|
| c/o Thornton Law Firm | | Class | Claim Detail Amount | Final Allowed Amount |
| Attn: Garrett J. Bradley | | | | |
| 100 Summer Street, 30th Floor | | UNS | Unknown | |
| Boston, MA 02110 | | | | |

| Date Filed | 15-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| **Gerald Sousa** | | **Clm No 73588** | Filed In Cases: 140 | |
|---|---|---|---|---|
| c/o Thornton Law Firm | | Class | Claim Detail Amount | Final Allowed Amount |
| Attn: Garrett J. Bradley | | | | |
| 100 Summer Street, 30th Floor | | UNS | Unknown | |
| Boston, MA 02110 | | | | |

| Date Filed | 15-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                 **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1197 of 3332

---

**John Sugrue**
c/o Thornton Law Firm
Attn: Garrett J. Bradley
100 Summer Street, 30th Floor
Boston, MA 02110

**Clm No 73589**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          15-Mar-2017
Bar Date
Claim Face Value

---

**Patricia Sybertz**
c/o Thornton Law Firm
Attn: Garrett J. Bradley
100 Summer Street, 30th Floor
Boston, MA 02110

**Clm No 73590**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          15-Mar-2017
Bar Date
Claim Face Value

---

**James Takack, Sr.**
c/o Thornton Law Firm
Attn: Garrett J. Bradley
100 Summer Street, 30th Floor
Boston, MA 02110

**Clm No 73591**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          15-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                      3/20/2018 3:18:45 PM

*Claims Details*                                                                              1198 of 3332

---

**George Torrey III**                    **Clm No 73592**    Filed In Cases: 140
c/o Thornton Law Firm
Attn: Garrett J. Bradley          Class              Claim Detail Amount        Final Allowed Amount
100 Summer Street, 30th Floor     UNS                    Unknown
Boston, MA 02110

Date Filed            15-Mar-2017
Bar Date
Claim Face Value

---

**Howard Wilkins**                       **Clm No 73593**    Filed In Cases: 140
c/o Thornton Law Firm
Attn: Garrett J. Bradley          Class              Claim Detail Amount        Final Allowed Amount
100 Summer Street, 30th Floor     UNS                    Unknown
Boston, MA 02110

Date Filed            15-Mar-2017
Bar Date
Claim Face Value

---

**Willa Maye Shepherd**                  **Clm No 73594**    Filed In Cases: 140
Attn: Bailey Peavy Bailey
440 Louisiana St. Suite 2100      Class              Claim Detail Amount        Final Allowed Amount
Houston, TX 77002                 UNS                    $10,000.00
                                                         $10,000.00

Date Filed            17-Mar-2017
Bar Date
Claim Face Value      $10,000.00

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1199 *of* 3332

---

**Edward Bernard Skinner**
Attn: Bailey Peavy Bailey
440 Louisiana St. Suite 2100
Houston, TX 77002

**Clm No 73595**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | $10,000.00 | |
| | $10,000.00 | |

| | |
|---|---|
| Date Filed | 17-Mar-2017 |
| Bar Date | |
| Claim Face Value | $10,000.00 |

---

**Deborah Lynn Cannon as Personal Representative**
Of the Estate of David E. Cannon (Injured Party)
c/o Richardson, Patrick, Westbrook & Brickman
Attn: J. David Butler
1730 Jackson Street
Barnwell, SC 29812

**Clm No 73596**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 17-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**DAVID WILSON- 0835**
C/O MOTLEY RICE, LLC.
ATTN: JOSEPH F. RICE
28 BRIDGESIDE BOULEVARD
MOUNT PLEASANT, SC 29464

**Clm No 73597**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1200 of 3332

---

**ANDREW MILTON - 2452**
C/O MOTLEY RICE, LLC.
ATTN: JOSEPH F. RICE
28 BRIDGESIDE BOULEVARD
MOUNT PLEASANT, SC 29464

**Clm No 73598**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         20-Mar-2017
Bar Date
Claim Face Value

---

**GEORGE MOAMIS - 8986**
C/O MOTLEY RICE, LLC
ATTN: JOSEPH F. RICE
28 BRIDGESIDE BOULEVARD
MOUNT PLEASANT, SC 29464

**Clm No 73599**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT MOORE - 4438**
C/O MOTLEY RICE, LLC
ATTN: JOSEPH F. RICE
28 BRIDGESIDE BOULEVARD
MOUNT PLEASANT, SC 29464

**Clm No 73600**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1201 of 3332

---

**EVERETTE ODOM - 4635**
C/O MOTLEY RICE, LLC
ATTN: JOSEPH F. RICE
28 BRIDGESIDE BOULEVARD
MOUNT PLEASANT, SC 29464

**Clm No 73601**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**JOE ORR - 1725**
C/O MOTLEY RICE, LLC
ATTN: JOSEPH F. RICE
28 BRIDGESIDE BOULEVARD
MOUNT PLEASANT, SC 29464

**Clm No 73602**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**GUADALUPE TREVINO - 2137**
C/O MOTLEY RICE, LLC
ATTN: JOSEPH F. RICE
28 BRIDGESIDE BOULEVARD
MOUNT PLEASANT, SC 29464

**Clm No 73603**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1202 of 3332

---

**ARNOLD TREADWAY - 2573**
C/O MOTLEY RICE, LLC
ATTN: JOSEPH F. RICE
28 BRIDGESIDE BOULEVARD
MOUNT PLEASANT, SC 29464

**Clm No 73604**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES TEAGUE - 9973**
C/O MOTLEY RICE, LLC
ATTN: JOSEPH F. RICE
28 BRIDGESIDE BOULEVARD
MOUNT PLEASANT, SC 29464

**Clm No 73605**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**QUINTON STRICKLAND - 6985**
C/O MOTLEY RICE, LLC
ATTN: JOSEPH F. RICE
28 BRIDGESIDE BOULEVARD
MOUNT PLEASANT, SC 29464

**Clm No 73606**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                        **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                              3/20/2018 3:18:45 PM

*Claims Details*                                                                         1203 of 3332

---

**CHARLES SIGMON - 9709**
C/O MOTLEY RICE, LLC
ATTN: JOSEPH F. RICE
28 BRIDGESIDE BOULEVARD
MOUNT PLEASANT, SC 29464

**Clm No 73607**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**DOUGLAS SHERMAN - 6750**
C/O MOTLEY RICE, LLC
ATTN: JOSEPH F. RICE
28 BRIDGESIDE BOULEVARD
MOUNT PLEASANT, SC 29464

**Clm No 73608**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**DENNIS SEARS - 2910**
C/O MOTLEY RICE, LLC
ATTN: JOSEPH F. RICE
28 BRIDGESIDE BOULEVARD
MOUNT PLEASANT, SC 29464

**Clm No 73609**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1204 of 3332

---

**VINCENT SCRIPTUNAS - 3787**
C/O MOTLEY RICE, LLC
ATTN: JOSEPH F. RICE
28 BRIDGESIDE BOULEVARD
MOUNT PLEASANT, SC 29464

**Clm No 73610**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**REGINALD RUSSELL - 7286**
C/O MOTLEY RICE, LLC
ATTN: JOSEPH F. RICE
28 BRIDGESIDE BOULEVARD
MOUNT PLEASANT, SC 29464

**Clm No 73611**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**TERRI RICKETSON - 1626**
C/O MOTLEY RICE, LLC
ATTN: JOSEPH F. RICE
28 BRIDGESIDE BOULEVARD
MOUNT PLEASANT, SC 29464

**Clm No 73612**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1205 of 3332

---

**TERRI PUCKETT - 1862**
C/O MOTLEY RICE, LLC
ATTN: JOSEPH F. RICE
28 BRIDGESIDE BOULEVARD
MOUNT PLEASANT, SC 29464

**Clm No 73613**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES PHILLIPS - 3648**
C/O MOTLEY RICE, LLC
ATTN: JOSEPH F. RICE
28 BRIDGESIDE BOULEVARD
MOUNT PLEASANT, SC 29464

**Clm No 73614**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD PAYNE - 1382**
C/O MOTLEY RICE, LLC
ATTN: JOSEPH F. RICE
28 BRIDGESIDE BOULEVARD
MOUNT PLEASANT, SC 29464

**Clm No 73615**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1206 of 3332

---

**LEON PANKEY - 6060**
C/O MOTLEY RICE, LLC
ATTN: JOSEPH F. RICE
28 BRIDGESIDE BOULEVARD
MOUNT PLEASANT, SC 29464

**Clm No 73616**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed             20-Mar-2017
Bar Date
Claim Face Value

---

**RALPH TRIGGIANO - 5634**
C/O MOTLEY RICE, LLC
ATTN: JOSEPH F. RICE
28 BRIDGESIDE BOULEVARD
MOUNT PLEASANT, SC 29464

**Clm No 73617**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed             20-Mar-2017
Bar Date
Claim Face Value

---

**LAWRENCE WEAVER - 3679**
C/O MOTLEY RICE, LLC
ATTN: JOSEPH F. RICE
28 BRIDGESIDE BOULEVARD
MOUNT PLEASANT, SC 29464

**Clm No 73618**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed             20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1207 of 3332

---

**RUSSELL MESSER - 9598**
C/O MOTLEY RICE, LLC
ATTN: JOSEPH F. RICE
28 BRIDGESIDE BOULEVARD
MOUNT PLEASANT, SC 29464

**Clm No 73619**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**FREDERICK MADER-9011**
C/O MOTLEY RICE, LLC
ATTN: JOSEPH F. RICE
28 BRIDGESIDE BOULEVARD
MOUNT PLEASANT, SC 29464

**Clm No 73620**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**GUILLERMO MAGGAY - 5283**
C/O MOTLEY RICE, LLC
ATTN: JOSEPH F. RICE
28 BRIDGESIDE BOULEVARD
MOUNT PLEASANT, SC 29464

**Clm No 73621**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1208 of 3332

---

**PAUL MARR - 7176**
C/O MOTLEY RICE, LLC
ATTN: JOSEPH F. RICE
28 BRIDGESIDE BOULEVARD
MOUNT PLEASANT, SC 29464

**Clm No 73622**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT MARVIN - 2160**
C/O MOTLEY RICE, LLC
ATTN: JOSEPH F. RICE
28 BRIDGESIDE BOULEVARD
MOUNT PLEASANT, SC 29464

**Clm No 73623**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ERVIN MAYES - 3141**
C/O MOTLEY RICE, LLC
ATTN: JOSEPH F. RICE
28 BRIDGESIDE BOULEVARD
MOUNT PLEASANT, SC 29464

**Clm No 73624**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 3:18:45 PM

*Claims Details*                                                                                    1209 of 3332

---

**BILL BARDIN - 5799**                              **Clm No 73625**    Filed In Cases: 140
C/O MOTLEY RICE, LLC.
ATTN: JOSEPH F. RICE                                Class          Claim Detail Amount        Final Allowed Amount
28 BRIDGESIDE BOULEVARD                             UNS                    Unknown
MOUNT PLEASANT, SC 29464

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**HOWARD BLUM - 9987**                              **Clm No 73626**    Filed In Cases: 140
C/O MOTLEY RICE, LLC.
ATTN: JOSEPH F. RICE                                Class          Claim Detail Amount        Final Allowed Amount
28 BRIDGESIDE BOULEVARD                             UNS                    Unknown
MOUNT PLEASANT, SC 29464

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DENNIS BOSLEY - 1008**                            **Clm No 73627**    Filed In Cases: 140
C/O MOTLEY RICE, LLC.
ATTN: JOSEPH F. RICE                                Class          Claim Detail Amount        Final Allowed Amount
28 BRIDGESIDE BOULEVARD                             UNS                    Unknown
MOUNT PLEASANT, SC 29464

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1210 of 3332

---

**HENRY BROWN - 2635**
C/O MOTLEY RICE, LLC
ATTN: JOSEPH F. RICE
28 BRIDGESIDE BOULEVARD
MOUNT PLEASANT, SC 29464

**Clm No 73628**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**NORMAN BURKLEY - 2322**
C/O MOTLEY RICE, LLC
ATTN: JOSEPH F. RICE
28 BRIDGESIDE BOULEVARD
MOUNT PLEASANT, SC 29464

**Clm No 73629**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**PAUL BRUSCATO - 4882**
C/O MOTLEY RICE, LLC
ATTN: JOSEPH F. RICE
28 BRIDGESIDE BOULEVARD
MOUNT PLEASANT, SC 29464

**Clm No 73630**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1211 of 3332

---

**CHARLES BYRD - 6215**
C/O MOTLEY RICE, LLC.
ATTN: JOSEPH F. RICE
28 BRIDGESIDE BOULEVARD
MOUNT PLEASANT, SC 29464

**Clm No 73631**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WALTER CANADY - 7297**
C/O MOTLEY RICE, LLC
ATTN: JOSEPH F. RICE
28 BRIDGESIDE BOULEVARD
MOUNT PLEASANT, SC 29464

**Clm No 73632**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JON CLINGINGSMITH - 2111**
C/O MOTLEY RICE, LLC
ATTN: JOSEPH F. RICE
28 BRIDGESIDE BOULEVARD
MOUNT PLEASANT, SC 29464

**Clm No 73633**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1212 of 3332

---

**AARON COLE - 2187**
C/O MOTLEY RICE, LLC
ATTN: JOSEPH F. RICE
28 BRIDGESIDE BOULEVARD
MOUNT PLEASANT, SC 29464

**Clm No 73634**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**JAMES COMLEY - 7582**
C/O MOTLEY RICE, LLC
ATTN: JOSEPH F. RICE
28 BRIDGESIDE BOULEVARD
MOUNT PLEASANT, SC 29464

**Clm No 73635**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**BLAINE DECKER - 5426**
C/O MOTLEY RICE, LLC
ATTN: JOSEPH F. RICE
28 BRIDGESIDE BOULEVARD
MOUNT PLEASANT, SC 29464

**Clm No 73636**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1213 of 3332

---

**JAMES DOWDY - 8950**

C/O MOTLEY RICE, LLC
ATTN: JOSEPH F. RICE
28 BRIDGESIDE BOULEVARD
MOUNT PLEASANT, SC 29464

**Clm No 73637**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**DENNIS EDWARDS - 1466**

C/O MOTLEY RICE, LLC
ATTN: JOSEPH F. RICE
28 BRIDGESIDE BOULEVARD
MOUNT PLEASANT, SC 29464

**Clm No 73638**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**WILFORD ESTEP - 3868**

C/O MOTLEY RICE, LLC
ATTN: JOSEPH F. RICE
28 BRIDGESIDE BOULEVARD
MOUNT PLEASANT, SC 29464

**Clm No 73639**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                      1214 of 3332

---

**FRANK FORTUNE - 7355**                    **Clm No 73640**    Filed In Cases: 140
C/O MOTLEY RICE, LLC
ATTN: JOSEPH F. RICE                        Class            Claim Detail Amount        Final Allowed Amount
28 BRIDGESIDE BOULEVARD                     UNS                    Unknown
MOUNT PLEASANT, SC 29464

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT FRITSCH - 9807**                   **Clm No 73641**    Filed In Cases: 140
C/O MOTLEY RICE, LLC
ATTN: JOSEPH F. RICE                        Class            Claim Detail Amount        Final Allowed Amount
28 BRIDGESIDE BOULEVARD                     UNS                    Unknown
MOUNT PLEASANT, SC 29464

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**ALAN FRITZ - 7658**                       **Clm No 73642**    Filed In Cases: 140
C/O MOTLEY RICE, LLC
ATTN: JOSEPH F. RICE                        Class            Claim Detail Amount        Final Allowed Amount
28 BRIDGESIDE BOULEVARD                     UNS                    Unknown
MOUNT PLEASANT, SC 29464

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1215 of 3332

---

**JIMMY GIBBS - 2212**
C/O MOTLEY RICE, LLC
ATTN: JOSEPH F. RICE
28 BRIDGESIDE BOULEVARD
MOUNT PLEASANT, SC 29464

**Clm No 73643**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROBERT GILL - 7774**
C/O MOTLEY RICE, LLC
ATTN: JOSEPH F. RICE
28 BRIDGESIDE BOULEVARD
MOUNT PLEASANT, SC 29464

**Clm No 73644**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**EUGENE HOMAN - 9731**
C/O MOTLEY RICE, LLC
ATTN: JOSEPH F. RICE
28 BRIDGESIDE BOULEVARD
MOUNT PLEASANT, SC 29464

**Clm No 73645**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                         1216 of 3332

---

**ROBERT HOSELTON - 1175**

C/O MOTLEY RICE, LLC
ATTN: JOSEPH F. RICE
28 BRIDGESIDE BOULEVARD
MOUNT PLEASANT, SC 29464

**Clm No 73646**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD HYNUS - 0501**

C/O MOTLEY RICE, LLC
ATTN: JOSEPH F. RICE
28 BRIDGESIDE BOULEVARD
MOUNT PLEASANT, SC 29464

**Clm No 73647**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DOVENOR JARRELL - 1533**

C/O MOTLEY RICE, LLC
ATTN: JOSEPH F. RICE
28 BRIDGESIDE BOULEVARD
MOUNT PLEASANT, SC 29464

**Clm No 73648**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1217 of 3332

---

**ALBERT JIMENEZ - 5002**
C/O MOTLEY RICE, LLC
ATTN: JOSEPH F. RICE
28 BRIDGESIDE BOULEVARD
MOUNT PLEASANT, SC 29464

**Clm No 73649**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**RUFUS KELLY - 5578**
C/O MOTLEY RICE, LLC
ATTN: JOSEPH F. RICE
28 BRIDGESIDE BOULEVARD
MOUNT PLEASANT, SC 29464

**Clm No 73650**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**DANNY KINCAID - 5526**
C/O MOTLEY RICE, LLC
ATTN: JOSEPH F. RICE
28 BRIDGESIDE BOULEVARD
MOUNT PLEASANT, SC 29464

**Clm No 73651**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                              3/20/2018 3:18:45 PM

*Claims Details*                                                                          1218 of 3332

---

**WILBUR KING - 9103**                    **Clm No 73652**     Filed In Cases: 140
C/O MOTLEY RICE, LLC
ATTN: JOSEPH F. RICE               Class            Claim Detail Amount        Final Allowed Amount
28 BRIDGESIDE BOULEVARD            UNS                   Unknown
MOUNT PLEASANT, SC 29464

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**DICK KITTS - 5182**                     **Clm No 73653**     Filed In Cases: 140
C/O MOTLEY RICE, LLC
ATTN: JOSEPH F. RICE               Class            Claim Detail Amount        Final Allowed Amount
28 BRIDGESIDE BOULEVARD            UNS                   Unknown
MOUNT PLEASANT, SC 29464

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**IVAN LEWIS - 3553**                     **Clm No 73654**     Filed In Cases: 140
C/O MOTLEY RICE, LLC
ATTN: JOSEPH F. RICE               Class            Claim Detail Amount        Final Allowed Amount
28 BRIDGESIDE BOULEVARD            UNS                   Unknown
MOUNT PLEASANT, SC 29464

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1219 of 3332

---

**PETER MACISAAC - 2333**
C/O MOTLEY RICE, LLC
ATTN: JOSEPH F. RICE
28 BRIDGESIDE BOULEVARD
MOUNT PLEASANT, SC 29464

**Clm No 73655**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CHARLES MCBRIDE - 9982**
C/O MOTLEY RICE, LLC
ATTN: JOSEPH F. RICE
28 BRIDGESIDE BOULEVARD
MOUNT PLEASANT, SC 29464

**Clm No 73656**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**REX TERRELL**
C/O SWMK LAW, LLC
ATTN: LAUREN ELIZABETH BOAZ
701 MARKET STREET, SUITE 1000
ST. LOUIS, MO 63101

**Clm No 73657**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1220 of 3332

---

| **MARK L. CECCORULLI** | **Clm No 73658** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O LOCKS LAW FIRM PLLC | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: JANET C. WALSH, ESQ. | | | |
| 800 THIRD AVE. 11TH FLOOR | UNS | $10,000,000.00 | |
| NEW YORK, NY 10022 | | $10,000,000.00 | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | $10,000,000.00 |

---

| **AUBREY SIMMONS** | **Clm No 73659** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O SWMK LAW, LLC | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: LAUREN ELIZABETH BOAZ | | | |
| 701 MARKET STREET, SUITE 1000 | UNS | Unknown | |
| ST. LOUIS, MO 63101 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **JAMES FRANKLIN** | **Clm No 73660** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1221 of 3332

---

**FLOYD FRANKLIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73661**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILSON FOSTER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73662**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIE FOSTER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73663**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1222 of 3332

---

**JAMES FRANCIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73664**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**ERNEST FRANCIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73665**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**ARTHUR FRANCIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73666**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1223 of 3332

---

**JAMES FRAME**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73667**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**MURVIN FRAISER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73668**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**KEITH FOX**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73669**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 3:18:45 PM

*Claims Details*                                                                              1224 of 3332

---

**GARY FOX**                          **Clm No 73670**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA        Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                  UNS                     Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**C. FOX**                            **Clm No 73671**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA        Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                  UNS                     Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**JOHNNY FOWLER**                     **Clm No 73672**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA        Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                  UNS                     Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1225 of 3332

---

**JAMES FOWLER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73673**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**GEORGE FOUNTAIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73674**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**GEORGE FOUNTAIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73675**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1226 of 3332

---

**ELIZABETH FRANKLAND**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73676**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**MANUEL FRANCO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73677**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**REX FRANCIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73678**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                    E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1227 of 3332

---

**THOMAS FOSTER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73679**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOEL FOSTER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73680**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JACK FOSTER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73681**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1228 of 3332

---

**ARTHUR FILARDI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73682**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOSEPH FORZESE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73683**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROBERT FORTNER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73684**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1229 of 3332

---

**ERNEST FORTIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73685**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT FORTENBERRY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73686**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**HELEN FORSYTH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73687**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1230 of 3332

| DONALD FORSHEY | **Clm No 73688** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| JEFFERY GLENN | **Clm No 73689** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| THELMA GLENN | **Clm No 73690** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1231 of 3332

---

**THOMAS GLENNON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73691**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD GLESSING**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73692**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ARNOLD GLINES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73693**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**          E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                    1232 of 3332

---

**STEVEN GLOVER**                    **Clm No 73694**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                     UNS                    Unknown


Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**EARL GINGHER**                     **Clm No 73695**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                     UNS                    Unknown


Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOSEPH GIOVINCO**                  **Clm No 73696**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                     UNS                    Unknown


Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1233 of 3332

---

**EDWARD GIRARD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73697**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**THEODORE GLADUE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73698**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM GLASCO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73699**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com             FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1234 of 3332

---

**ROBERT GILMAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73700**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DONALD GILMORE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73701**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN GILLIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73702**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1235 of 3332

---

**THOMAS GILLIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73703**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**GRACIE GILLIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73704**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**EDWARD GILLIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73705**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com             FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1236 of 3332

---

**THEODORE GILL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73706**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ODELL GILLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73707**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DELMAINE GILLIAM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73708**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1237 of 3332

---

**TIMOTHY GILLIGAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73709**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERTI GILLIGAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73710**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN GILLIGAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73711**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1238 of 3332

---

**WILLIAM GILLIAM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73712**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**OLIVER GILLIAM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73713**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LLOYD WILLIAMS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73714**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com             FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1239 of 3332

---

**LOUIE WILLIAMS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73715**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JAMES WILLIAMS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73716**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JAMES WILLIAMS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73717**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                    1240 of 3332

---

**PABLO GONZALEZ**                      <u>Clm No 73718</u>      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class           Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                         UNS                    Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**PEDRO GONZALEZ**                      <u>Clm No 73719</u>      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class           Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                         UNS                    Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**ROY GOODWIN**                         <u>Clm No 73720</u>      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class           Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                         UNS                    Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 3:18:45 PM

*Claims Details*                                                                                   1241 of 3332

---

**THOMAS GOODSON**                      **Clm No 73721**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class              Claim Detail Amount          Final Allowed Amount
600 BRICKELL AVE, STE 3800            UNS                     Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**KENNETH GOODSON**                     **Clm No 73722**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class              Claim Detail Amount          Final Allowed Amount
600 BRICKELL AVE, STE 3800            UNS                     Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**JACQUELINE GOODSON**                  **Clm No 73723**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class              Claim Detail Amount          Final Allowed Amount
600 BRICKELL AVE, STE 3800            UNS                     Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1242 of 3332

---

**RICHARD GOODREAU**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73724**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**TROY GOODE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73725**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**DALLAS GOODE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73726**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1243 of 3332

---

**JAMES GOOD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73727**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**PATRICIA GOKEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73728**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DOROTHY GOLDSTEIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73729**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1244 of 3332

---

**JOHN GOLLIVER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73730**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOSEPH GOMES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73731**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**GERARDO GOMEZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73732**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                          1245 of 3332

---

**JOHN GOMEZ**                                              **Clm No 73733**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class                Claim Detail Amount            Final Allowed Amount
600 BRICKELL AVE, STE 3800         UNS                        Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**OCTAVIO GOMEZ**                                           **Clm No 73734**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class                Claim Detail Amount            Final Allowed Amount
600 BRICKELL AVE, STE 3800         UNS                        Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**SAMUEL GOMEZ**                                            **Clm No 73735**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class                Claim Detail Amount            Final Allowed Amount
600 BRICKELL AVE, STE 3800         UNS                        Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1246 of 3332

---

**ANGELA GONZALES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73736**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CHARLES GONZALEZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73737**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM GLOVER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73738**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1247 of 3332

---

**WILLIAM GLUCK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73739**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**GREGORY GNOZA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73740**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROLAND GOBEIL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73741**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1248 of 3332

---

**HELMUT GODEJOHANN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73742**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LOUIS GODREAU**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73743**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**NORBERT GOETZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73744**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1249 of 3332

---

**THOMAS GOETZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73745**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROBERT GOINGS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73746**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**GARFIELD GOINS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73747**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1250 of 3332

---

**BOBBY JOHNSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73748**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ALMA JOHNSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73749**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ALFRED JOHANSEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73750**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1251 of 3332

---

**RICARDO JIMENEZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73751**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ANTONIO JIMENEZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73752**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CLAYTON JILES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73753**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1252 of 3332

---

**JOHN JEWETT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73754**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JACKIE JENT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73755**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**LLOYD JENSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73756**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                          1253 of 3332

---

**JOE JENNINGS**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 73757**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**HARRY JENNINGS**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 73758**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**DARRELL JENKINS**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 73759**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1254 of 3332

---

**ARTHUR JENKINS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73760**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RALPH JENKIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73761**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RUSSELL JEMISON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73762**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                              3/20/2018 3:18:45 PM

*Claims Details*                                                                        1255 of 3332

---

**FRANK JOHNSON**                          **Clm No 73763**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA               Class           Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                         UNS                    Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**ELBERT JOHNSON**                         **Clm No 73764**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA               Class           Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                         UNS                    Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**DAVID JOHNSON**                          **Clm No 73765**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA               Class           Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                         UNS                    Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1256 of 3332

---

**DONALD JOHNSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73766**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DAVID JOHNSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73767**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**CURTIS JOHNSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73768**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100              E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1257 of 3332

---

**CLARENCE JOHNSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73769**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES JOHNSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73770**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**CECIL JOHNSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73771**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1258 of 3332

---

**JAMES JOHNSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73772**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**LARRY JOHNSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73773**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**LEMUEL JOHNSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73774**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1259 of 3332

---

**J. JOHNSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73775**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**H. JOHNSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73776**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**GEORGE JOHNSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73777**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**                 **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1260 of 3332

---

**GRADY FREEMAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73778**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**FAYETTE FREEMAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73779**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JERRY FREDRICKSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73780**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1261 of 3332

---

**THOMAS FRAZIER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73781**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**THOMAS FRAZIER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73782**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RONALD FRAZIER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73783**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1262 of 3332

---

**ROBERT FRAZIER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73784**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**KENNETH FRAZIER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73785**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**JOHNNY FRAZIER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73786**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1263 of 3332

---

**JOHN FRAZIER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73787**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**EDWIN FRAZIER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73788**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**DOUGLAS FRAZIER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73789**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1264 of 3332

---

**WILLIAM FRASER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73790**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**NORBERT FRANZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73791**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ADRIENNE FRANSAS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73792**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1265 of 3332

---

**ANTHONY FRANO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73793**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         20-Mar-2017
Bar Date
Claim Face Value

---

**STEPHANIE FRANKS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73794**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         20-Mar-2017
Bar Date
Claim Face Value

---

**JOSEPH FRANKS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73795**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1266 of 3332

---

**TOM FRANKLIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73796**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RICHARD FRANKLIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73797**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOHN GILHULY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73798**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1267 of 3332

---

**GLEN GILES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73799**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**HARVEY GILBRIDE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73800**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD GILBERT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73801**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                        **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1268 of 3332

---

**LENNIS GILBERT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73802**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DAVIS GILBERT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73803**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**GERTRUDE FREUND**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73804**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1269 of 3332

---

**DENNIS FRENDT**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73805**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**THOMAS FRENCH**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73806**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**HERBERT FRENCH**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73807**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1270 of 3332

---

**DONALD FORREST**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73808**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES FORMONT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73809**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**MAURICE FOREST**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73810**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1271 of 3332

---

**FRANCIS FOREHAND**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73811**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**MICHAEL FORD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73812**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JUN FORD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73813**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1272 of 3332

---

**ELLSWORTH EVARTS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73814**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DOUGLAS FOSTER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73815**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**BRUCE FOSTER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73816**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1273 of 3332

---

**HAROLD FOSSITT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73817**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**EBERT FIKE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73818**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WALTER FIGG**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73819**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1274 of 3332

---

**DONALD FIFIELD**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73820**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**CHARLES FIFIELD**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73821**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**JACK FIFE**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73822**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1275 of 3332

---

**WALTER FIELDS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73823**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**HOWARD FIELDS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73824**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ARTHUR FIELDS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73825**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1276 of 3332

---

**JAMES FORD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73826**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**FRANK FORBES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73827**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**GARRY FOOTE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73828**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**ROGER FONTAINE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73829**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**JOHNNY FOMAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73830**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**IVAN FOLTZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73831**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1278 of 3332

---

**WILLIAM FOLLETT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73832**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**LEO FOLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73833**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DAVID FLOYD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73834**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1279 of 3332

---

**ROBERT FLOWERS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73835**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**RALPH FLOWERS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73836**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**GEORGE FLOWERS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73837**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1280 of 3332

---

**CLARENCE WILLIAMS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73838**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**CARRIE WILLIAMS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73839**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**BILL WILLIAMS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73840**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1281 of 3332

---

**BENNIE WILLIAMS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73841**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ALVIN WILLIAMS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73842**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT WILKINSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73843**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1282 of 3332

---

**PAUL WILKINSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73844**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**BOBBY WILKERSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73845**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**KENNETH WILHOLT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73846**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                        **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1283 of 3332

---

**PRICE WILEMAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73847**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**EDWARD WILCZYNSKI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73848**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD WILCOX**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73849**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1284 of 3332

---

**EDWIN WIGINTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73850**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**THOMAS WIEST**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73851**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT WIERINGA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73852**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                        **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1285 of 3332

---

**JAMES WIERBINSKI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73853**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**GEORGE WIELAND**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73854**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**NORMAN WIEDEMANN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73855**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100             E-mail: claimsmanager@omnimgt.com             FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1286 of 3332

---

**RONALD WICKSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73856**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN WICKHAM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73857**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**VAUGHN WICKETT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73858**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 3:18:45 PM

*Claims Details*                                                                                 1287 of 3332

---

**GRADY WICKER**                          **Clm No 73859**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                       UNS                    Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM WHITWORTH**                     **Clm No 73860**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                       UNS                    Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**REESE WHITWORTH**                       **Clm No 73861**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                       UNS                    Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**DONALD WHITNEY**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 73862**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DALE WHITNEY**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 73863**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ODIS WHITMAN**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 73864**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1289 of 3332

---

**LLOYD WHITLOCK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73865**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**MELVIN WHITLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73866**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**HOWARD WHITFORD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73867**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1290 of 3332

---

**DAVID WETZEL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73868**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**KARL WETZELAER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73869**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**HAROLD WHALEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73870**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1291 of 3332

---

**JOHN WHALEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73871**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**FRANK WHEELER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73872**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**GERALD WHEELER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73873**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1292 of 3332

---

**GLENN WHEELER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73874**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM WHEELER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73875**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CHARLES WHELAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73876**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1293 of 3332

---

**NEAL WHELCHEL**                                   **Clm No 73877**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class                Claim Detail Amount          Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                            UNS                        Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**ROY WHIDDEN**                                      **Clm No 73878**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class                Claim Detail Amount          Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                            UNS                        Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**ROY WHIDDEN**                                      **Clm No 73879**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class                Claim Detail Amount          Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                            UNS                        Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1294 of 3332

---

**BILLY WHITE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73880**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BURL WHITE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73881**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CLARENCE WHITE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73882**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1295 of 3332

---

**EDWARD WHITE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73883**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**EDWARD WHITE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73884**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ERNEST WHITE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73885**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                        **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1296 of 3332

---

**FRANCIS WHITE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73886**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES WHITE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73887**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES WHITE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73888**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1297 of 3332

---

**JB WHITE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73889**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOE WHITE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73890**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOSEPH WHITE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73891**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com             FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1298 of 3332

---

**LLOYD WHITE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73892**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MICHAEL WHITE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73893**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RICHARD WHITE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73894**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1299 of 3332

---

**RICHARD WHITE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73895**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT WHITE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73896**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES WHITFIELD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73897**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1300 of 3332

---

**ROBERT WEINER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73898**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**ARIZONA WEIR**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73899**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**FRANCIS WELCH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73900**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1301 of 3332

---

**LLOYDELL WELFORD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73901**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value |       |

---

**WALTER WELK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73902**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value |       |

---

**JON WELKE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73903**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value |       |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1302 of 3332

---

**ELMER WELLINGTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73904**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ALBERT WELLS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73905**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ALTON WELLS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73906**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1303 of 3332

---

**AMOS WELLS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73907**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**JOSEPH WELLS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73908**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**RUDY WELSEK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73909**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1304 of 3332

---

**LELAND WELSH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73910**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**RICHARD WELSH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73911**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**NELIDA WELTZIEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73912**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                             1305 of 3332

---

**ROBERT WENDEL**                          **Clm No 73913**   Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA               Class           Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                         UNS                    Unknown


Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**GERALD WENTZ**                           **Clm No 73914**   Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA               Class           Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                         UNS                    Unknown


Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ALFRED WEMANN**                          **Clm No 73915**   Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA               Class           Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                         UNS                    Unknown


Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1306 of 3332

---

**JACK WERNER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73916**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM WESLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73917**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**LOUIS WESSEL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73918**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1307 of 3332

---

**CHARLES WEST**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73919**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**FRANK WEST**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73920**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**CAREY WESTBERRY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73921**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1308 of 3332

---

**COLAN WESTBERRY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73922**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES WESTERHOLD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73923**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**MARK WESTGATE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73924**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1309 of 3332

---

**DOUGLAS WESTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73925**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD WESTRICK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73926**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**HARRY WETHERILL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73927**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1310 of 3332

---

**DENNIS BORDERS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73928**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**FRED BORBOA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73929**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**DONALD BORDERS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73930**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                    E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1311 of 3332

---

**RONALD BORDERS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73931**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**HAROLD BOREM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73932**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**TULLIO BORGIA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73933**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**         Visit us on the Web at www.omnimgt.com         PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                 E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                              1312 of 3332

---

**JESSE BORLAND**                          **Clm No 73934**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                    UNS                    Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM BOROFSKY**                       **Clm No 73935**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                    UNS                    Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**BERNARD BORRMAN**                        **Clm No 73936**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                    UNS                    Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1313 of 3332

---

**THOMAS BORYNACK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73937**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**KENNETH BOSLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73938**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JESSIE BOSTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73939**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com             FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

---

*Claims Details*

1314 of 3332

---

**WILLIAM BOTHWICK, JR.**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73940**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BILLY BOTTORFF**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73941**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROLAND BOUDREAU**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73942**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1315 of 3332

---

**HARRY NAGROCKI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73943**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**MAURICE NALL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73944**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DAIROUS NALLS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73945**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1316 of 3332

---

**GEORGE NANNENGA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73946**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**GERARD NANTEL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73947**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOE WEBB**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73948**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1317 of 3332

---

**FREDERICK WEBER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73949**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**TERRY WEBER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73950**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DAVID WEESIES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73951**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1318 of 3332

---

**ANDREW WEIGERT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73952**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JACK WEIGLEIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73953**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DONALD WEIGUM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73954**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1319 of 3332

---

**MARVIN WEIK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73955**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ALLEN WEINER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73956**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RAYMOND WEINER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73957**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1320 of 3332

---

**REGINALD NETO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73958**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ARMIN NEUBERT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73959**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN NEUMUTH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73960**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1321 of 3332

---

**EUGENE NEVRKLA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73961**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**KIRK NEWELL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73962**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**PAUL NEWCOMB**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
(305) 375-0111

**Clm No 73963**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                1322 of 3332

---

**CLIFFORD NEWMAN**                          **Clm No 73964**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                                  UNS                    Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES NEWMAN**                              **Clm No 73965**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                                  UNS                    Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**SAMUEL NEWMAN**                            **Clm No 73966**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                                  UNS                    Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1323 of 3332

---

**STEPHEN NEWMAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73967**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**BROOKS NEWTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73968**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**GERALD NEWTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73969**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1324 of 3332

---

**RICHARD NEWTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73970**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**THOMAS NEWTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73971**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES NIBLETT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73972**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                    E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1325 of 3332

---

**GEORGE BOLTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73973**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**KENNETH BOLTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73974**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROBERT BOMPANE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73975**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 3:18:45 PM

*Claims Details*                                                                             1326 of 3332

---

**CHARLES BON DURANT**                        **Clm No 73976**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          | Class | Claim Detail Amount | Final Allowed Amount |
600 BRICKELL AVE, STE 3800         |-------|---------------------|----------------------|
MIAMI, FL 33131                    | UNS   | Unknown             |                      |

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**DOMINICK BONACCI**                          **Clm No 73977**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          | Class | Claim Detail Amount | Final Allowed Amount |
600 BRICKELL AVE, STE 3800         |-------|---------------------|----------------------|
MIAMI, FL 33131                    | UNS   | Unknown             |                      |

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES BONANNO**                             **Clm No 73978**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          | Class | Claim Detail Amount | Final Allowed Amount |
600 BRICKELL AVE, STE 3800         |-------|---------------------|----------------------|
MIAMI, FL 33131                    | UNS   | Unknown             |                      |

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             E-mail: claimsmanager@omnimgt.com        FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1327 of 3332

---

**ROBERT BOND**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73979**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ELIHUE BONE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73980**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD BONE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73981**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**          E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1328 of 3332

---

**DONALD BONO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73982**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES BONO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73983**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD BONOMI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73984**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1329 of 3332

---

**RICHARD BOOKER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73985**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN BOOTH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73986**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT BOOTH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73987**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1330 of 3332

---

**HENRY NELSEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73988**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**ALMA NELSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73989**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**CARROLL NELSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73990**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

---

**CHARLES NELSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73991**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CHARLES NELSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73992**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JENNIE NEISS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73993**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1332 of 3332

---

**DENNIS NELSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73994**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**EARL NELSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73995**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**HERBERT NELSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73996**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1333 of 3332

---

**PAUL NELSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73997**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JAMES NELSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73998**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**EDWARD NEPIL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 73999**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1334 of 3332

---

**ROBERT NESLAND**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74000**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**GORDON NESTEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74001**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**LOUIS NARCISO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74002**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                    1335 of 3332

---

**PETER NAROIAN**                          **Clm No 74003**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                            UNS                   Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**THOMAS NARY**                            **Clm No 74004**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                            UNS                   Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**RONALD NASH**                            **Clm No 74005**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                            UNS                   Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1336 of 3332

---

**ROBERT NASIATKA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74006**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JORDAN NASTOVSKI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74007**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**LELAND NAUGLE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74008**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1337 of 3332

---

**RICHARD NAULT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74009**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ANTONIO NAVARRO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74010**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**NATHAN NEBEL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74011**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/20/2018 3:18:45 PM

*Claims Details*                                                          1338 of 3332

---

**ANGEL NECUZE**                          **Clm No 74012**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA               Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                         UNS                     Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**KENNETH NEDYIDEK**                      **Clm No 74013**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA               Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                         UNS                     Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN NEEDHAM**                          **Clm No 74014**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA               Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                         UNS                     Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1339 of 3332

---

**FORREST NEES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74015**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM NEIDLINGER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74016**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RICHARD NEISE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74017**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1340 of 3332

---

**ROBERT WARE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74018**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**THOMAS WARDANSKI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74019**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN WARNER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74020**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1341 of 3332

---

**CHARLES WASHBURN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74021**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WALTER WASHINGTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74022**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOSEPH WASILEWSKI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74023**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1342 of 3332

---

**CHARLIE WATERS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74024**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**HERMAN WATERS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74025**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM WATERS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74026**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2016
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1343 of 3332

---

**ALVIN WATKINS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74027**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**FRANK WATKINS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74028**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**KENNETH WATKINS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74029**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                  **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:18:45 PM

*Claims Details*

1344 of 3332

---

| MARSHALL WATKINS | **Clm No 74030** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

| ALCIOUS WATSON | **Clm No 74031** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

| CHARLIE WATSON | **Clm No 74032** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1345 of 3332

| DAVID WATSON | **Clm No 74033** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed     20-Mar-2017
Bar Date
Claim Face Value

| DOUGLAS WATSON | **Clm No 74034** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed     20-Mar-2017
Bar Date
Claim Face Value

| TERRY WARD | **Clm No 74035** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed     20-Mar-2017
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*                                                                                                        1346 of 3332

---

**JAMES WALLACE**                          **Clm No 74036**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                           UNS                    Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**DARRELL WALLER**                         **Clm No 74037**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                           UNS                    Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**ERNEST WALLS**                           **Clm No 74038**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                           UNS                    Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**              E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1347 of 3332

---

**FRANCIS WALSH**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 74039**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**KENNETH WALSH**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 74040**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**RICHARD WALSH**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 74041**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1348 of 3332

---

| **RONALD WALSH** | **Clm No 74042** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **JACK WALTERS** | **Clm No 74043** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **GERALD WARD** | **Clm No 74044** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1349 of 3332

---

**ADOLPHUS WALTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74045**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**KENNETH WARD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74046**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT WARD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74047**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1350 of 3332

---

**ROBERT WILLS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74048**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT WILLS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74049**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ALBERT WILSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74050**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1351 of 3332

---

**BARBARA WILSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74051**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**BILLY WILSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74052**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**CALVIN WILSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74053**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1352 of 3332

---

**DONALD WILSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74054**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ERNEST WILSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74055**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**SAMUEL WATSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74056**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1353 of 3332

---

**ROBERT WATSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74057**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**LOUIS WILLIAMS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74058**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**MAURICE WILLIAMS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74059**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com             FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1354 of 3332

---

**NEAL WILLIAMS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74060**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         20-Mar-2017
Bar Date
Claim Face Value

---

**PAUL WILLIAMS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74061**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         20-Mar-2017
Bar Date
Claim Face Value

---

**PETER WILLIAMS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74062**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed         20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1355 of 3332

---

**RALPH WILLIAMS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74063**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD WILLIAMS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74064**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT WILLIAMS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74065**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1356 of 3332

---

**ROBERT WILLIAMS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74066**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROXY WILLIAMS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74067**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**THOMAS WILLIAMS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74068**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1357 of 3332

---

**WILLIAM WILLIAMS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74069**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DAVID WILLS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74070**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CHARLES WILLS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74071**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1358 of 3332

---

**TOMMY WILLIS**                                    **Clm No 74072**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                                     UNS                    Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES WILLIS**                                    **Clm No 74073**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                                     UNS                    Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**GARY WILLIS**                                     **Clm No 74074**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                                     UNS                    Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com             FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1359 of 3332

---

**EDWARD WILLIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74075**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIE WILLIAMS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74076**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DAVID WILLIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74077**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                          1360 of 3332

---

**DAVID SCOTT**                          **Clm No 74078**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                        UNS                    Unknown


Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**GORDON SLATER**                        **Clm No 74079**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                        UNS                    Unknown


Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD SLAGTER**                      **Clm No 74080**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                        UNS                    Unknown


Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1361 of 3332

---

**RAYMOND SLABINKSI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74081**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**NICHOLAS SKYLLAS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74082**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**THEODORE SKORA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74083**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1362 of 3332

---

**ROBERT SKOK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74084**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN SKOGSTAD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74085**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD SKINNER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74086**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1363 of 3332

---

**WILLIAM SKIDMORE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74087**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed                20-Mar-2017
Bar Date
Claim Face Value

---

**RUDOLPH SKELAC**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74088**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed                20-Mar-2017
Bar Date
Claim Face Value

---

**ELEANOR SCHOELER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74089**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed                20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**                 **E-mail:** claimsmanager@omnimgt.com          **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1364 of 3332

---

**JOHN SCHROEDER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74090**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT SCHROEDER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74091**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**PHILIP SCHUBERT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74092**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1365 of 3332

---

**REUBEN SCHUH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74093**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN SCHULTE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74094**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**BERNARD SCHULTZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74095**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1366 of 3332

---

**LAWRENCE SCHULTZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74096**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**MICHAEL SCHUNEMANN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74097**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DONALD SCHUSTER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74098**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1367 of 3332

---

**GERARD SCHUTZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74099**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROMEO SCHUTZE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74100**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES SCHWARTZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74101**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1368 of 3332

---

**LOUIS SCIGLIMPAGLIA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74102**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM SIRMONS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74103**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**CLAIR SISK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74104**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1369 of 3332

---

**PENDLETON SIZEMORE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74105**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**ROY SIZEMORE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74106**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**DONALD SKAAR**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74107**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1370 of 3332

---

**LEWIS HAMILTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74108**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**GORDON JOHNSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74109**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LEROY JOHNSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74110**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1371 of 3332

---

**LEO JOHNSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74111**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**BEN HIGGINBOTHAM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74112**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**VICTOR HICKS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74113**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1372 of 3332

---

**OLLIE JOHNSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74114**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**MERLIN JOHNSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74115**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**MARVIN JOHNSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74116**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**MARVIN JOHNSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74117**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**raymond johnson**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74118**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RALPH JOHNSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74119**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1374 of 3332

---

**PAUL JOHNSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74120**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**PAUL JOHNSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74121**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RONALD JOHNSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74122**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1375 of 3332

---

**RONALD JOHNSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74123**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RONALD JOHNSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74124**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD JOHNSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74125**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                    E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1376 of 3332

---

**TIMOTHY JOHNSON**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 74126**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**ROY JOHNSON**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 74127**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**ROY JOHNSON**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 74128**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1377 of 3332

---

**ROOSEVELT JOHNSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74129**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM JOHNSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74130**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM JOHNSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74131**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1378 of 3332

---

**WALTER JOHNSON**                     **Clm No 74132**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          | Class | Claim Detail Amount | Final Allowed Amount |
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                     UNS                Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**SAM JOHNSON**                        **Clm No 74133**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          | Class | Claim Detail Amount | Final Allowed Amount |
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                     UNS                Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**EARL JOHNSTON**                      **Clm No 74134**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          | Class | Claim Detail Amount | Final Allowed Amount |
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                     UNS                Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**      FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1379 of 3332

---

**BILLY JOHNSTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74135**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|-----------------|-----------------|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM JOHNSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74136**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|-----------------|-----------------|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM JOHNSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74137**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|-----------------|-----------------|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1380 of 3332

---

| **LAWRENCE JOHNSTON** | **Clm No 74138** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

| **JAMES JOHNSTON** | **Clm No 74139** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

| **ALFRED JONES** | **Clm No 74140** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNK | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1381 of 3332

---

**ALAN JONES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74141**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROBERT JONCAS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74142**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MORRIS JOINER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74143**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1382 of 3332

---

**CLIFTON JONES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74144**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES JONES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74145**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**BIENVILLE JONES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74146**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1383 of 3332

---

**ANDREW JONES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74147**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**FRANCIS JONES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74148**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**ERNEST JONES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74149**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1384 of 3332

---

**CONNIE JONES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74150**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**COLEN JONES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74151**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**IRVIN JONES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74152**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1385 of 3332

---

**HOWARD JONES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74153**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**HARRY JONES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74154**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**FREDERICK JONES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74155**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                  E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1386 of 3332

---

**JEFFERY JONES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74156**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES JONES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74157**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES JONES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74158**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                              1387 of 3332

---

**JAMES JONES**                        **Clm No 74159**     Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA             Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                       UNS                     Unknown

Date Filed             20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN JONES**                         **Clm No 74161**     Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA             Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                       UNS                     Unknown

Date Filed             20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN JONES**                         **Clm No 74162**     Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA             Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                       UNS                     Unknown

Date Filed             20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1388 of 3332

---

**JOHN JONES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74163**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**PAUL JONES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74164**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**NATHANIEL JONES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74165**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1389 of 3332

---

**MADRID JONES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74166**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**KENNETH JONES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74167**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD JURHS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74168**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                              1390 of 3332

---

**MATTHEW KACZMARK**                    **Clm No 74169**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA             Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                        UNS                       Unknown

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WALTER KACZMARCZYK**                  **Clm No 74170**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA             Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                        UNS                       Unknown

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**EDWARD JUSZKIEWICZ**                  **Clm No 74171**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA             Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                        UNS                       Unknown

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                    1391 of 3332

---

**JOHN JURIGA**                           **Clm No 74172**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA        Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                  UNS                      Unknown

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**EMMANUEL KALURIS**                      **Clm No 74173**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA        Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                  UNS                      Unknown

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**CARL KALLENBERG**                       **Clm No 74174**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA        Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                  UNS                      Unknown

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1392 of 3332

---

**RICHARD KAISER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74175**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ARDEN KAFKA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74176**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT JONES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74177**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1393 of 3332

---

**ROBERT JONES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74178**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RICHARD JONES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74179**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ARTHUR KAMINSKI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74180**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1394 of 3332

---

**DAVID JOSEPH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74181**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**GEORGE JORDAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74182**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIE JONES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74183**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1395 of 3332

---

**ROBERT JONES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74184**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**RICHARD JOY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74185**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**GERALD JOY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74186**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1396 of 3332

---

**CLIFTON JOY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74187**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DENNIS JOUPPI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74188**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ANTHONY JUBITO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74189**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1397 of 3332

---

**JAMES JROLF**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74190**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|-----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**OTHA JOYNER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74191**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|-----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**MARTIN JOYCE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74192**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|-----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 3:18:45 PM

*Claims Details*                                                                                      1398 of 3332

---

**JOEL JUNOKAS**                         **Clm No 74193**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA      Class            Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                  UNS                   Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**MARKO JUKANOVICH**                     **Clm No 74194**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA      Class            Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                  UNS                   Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**ALBERT JUDSON**                        **Clm No 74195**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA      Class            Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                  UNS                   Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1399 of 3332

---

**ERVIN JUDD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74196**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES JUDKINS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74197**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**BEAMON GORDON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74198**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1400 of 3332

---

**DAVID GORDON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74199**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**HYMAN GORDON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74200**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**LEWIS GORDON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74201**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com             FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                              3/20/2018 3:18:45 PM

*Claims Details*                                                                                      1401 of 3332

---

**LOUIS GORDON**                          **Clm No 74202**      Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA               Class              Claim Detail Amount         Final Allowed Amount

600 BRICKELL AVE, STE 3800              UNS                    Unknown

MIAMI, FL 33131

Date Filed              20-Mar-2017

Bar Date

Claim Face Value

---

**ROBERT GORDON**                         **Clm No 74203**      Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA               Class              Claim Detail Amount         Final Allowed Amount

600 BRICKELL AVE, STE 3800              UNS                    Unknown

MIAMI, FL 33131

Date Filed              20-Mar-2017

Bar Date

Claim Face Value

---

**THOMAS GORDON**                         **Clm No 74204**      Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA               Class              Claim Detail Amount         Final Allowed Amount

600 BRICKELL AVE, STE 3800              UNS                    Unknown

MIAMI, FL 33131

Date Filed              20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1402 of 3332

---

**DENNIS GORMAN**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 74205**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017

Bar Date

Claim Face Value

---

**HARRY GORMAN**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 74206**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017

Bar Date

Claim Face Value

---

**PHILIP GOTTLIN**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 74207**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**       FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1403 of 3332

| LOWELL GOUBEAUX | **Clm No 74208** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| JOSEPH GOULDEN | **Clm No 74209** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| HAROLD GOVE | **Clm No 74210** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**WARD GOWING**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74211**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**RAYMOND GRACZYK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74212**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**CARROLL GRAHAM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74213**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                           1405 of 3332

---

**GEORGE GRAHAM**                     **Clm No 74214**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA             Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                       UNS                    Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**RALEIGH GRAHAM**                    **Clm No 74215**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA             Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                       UNS                    Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM GRAHAM**                    **Clm No 74216**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA             Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                       UNS                    Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1406 of 3332

---

**DAVID GRANDALSKI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74217**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**JEROME GRANDICK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74218**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**STANLEY GRANDIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74219**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1407 of 3332

---

**JOHN GRANEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74220**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN GRANT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74221**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**LEROY GRANT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74222**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1408 of 3332

---

**ROBERT GRANT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74223**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**VIRGIL BIRD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74224**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LOUIE BINDRUM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74225**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1409 *of* 3332

---

**VERNON BILLINGSLEY**                      **Clm No 74226**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA         Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800          UNS                     Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**HOWARD BILLINGHAM**                      **Clm No 74227**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA         Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800          UNS                     Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**KENNETH BIGHAM**                          **Clm No 74228**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA         Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800          UNS                     Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1410 of 3332

---

**FRANCIS BIGHAM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74229**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES BIELAK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74230**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DANIEL BLACK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74231**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1411 of 3332

---

**BILLY BLACK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74232**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**JIMMY BIVINS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74233**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**CARL BISHOP**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74234**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1412 of 3332

---

**ALBERT BISHOP**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74235**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**MYRON BIRR**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74236**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**FREDERICK BIRNBAUM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74237**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                 **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

---

*Claims Details*

1413 of 3332

---

**PETE BLAIR**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74238**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**LEO BLAIR**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74239**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**NORMAN BLACKWOOD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74240**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                          1414 of 3332

---

**ROBERT BLACK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74241**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**PAUL BLACK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74242**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**LA DON BLACK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74243**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                            1415 of 3332

---

**EUGENE BLACK**                          **Clm No 74244**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA         Class             Claim Detail Amount        Final Allowed Amount

600 BRICKELL AVE, STE 3800           UNS                        Unknown

MIAMI, FL 33131

Date Filed              20-Mar-2017

Bar Date

Claim Face Value

---

**GLENN BLANCHETTE**                      **Clm No 74245**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA         Class             Claim Detail Amount        Final Allowed Amount

600 BRICKELL AVE, STE 3800           UNS                        Unknown

MIAMI, FL 33131

Date Filed              20-Mar-2017

Bar Date

Claim Face Value

---

**RICHARD BLANCHARD**                     **Clm No 74246**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA         Class             Claim Detail Amount        Final Allowed Amount

600 BRICKELL AVE, STE 3800           UNS                        Unknown

MIAMI, FL 33131

Date Filed              20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1416 of 3332

---

**FERNAND BLANC**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74247**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM BLAKELY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74248**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WALTER BLAKE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74249**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1417 of 3332

---

**ROBERT BLAKE**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 74250**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**THERON GREEN**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 74251**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**VOLNEY GREEN**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 74252**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1418 of 3332

---

**ALLEN GREENE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74253**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LARRY GREENE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74254**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JERALD GREENLEE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74255**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

---

**RICHARD GREENSLADE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74256**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RALPH GREENWOOD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74257**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**joseph bertino**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74258**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1420 of 3332

---

**DARWYN BESS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74259**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**CHARLES BEST**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74260**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**KENNETH BETHUNE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74261**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE:** (818) 906-8300
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX:** (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1421 of 3332

---

**FLOYD BETTY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74262**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**NORBERT BETZLER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74263**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD BEYER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74264**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1422 of 3332

---

**RICHARD BICHARD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74265**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT BICKFORD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74266**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**LOUIS - HENRY BIEHL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74267**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1423 of 3332

---

**ALBERT BIEHLE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74268**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**EDWARD BEISSEL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74269**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**TED GREGERSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74270**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1424 of 3332

---

**RAYMOND BLANCHFIELD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74271**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT GRAYECK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74272**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**MURLIN GRAYSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74273**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1425 of 3332

---

**LEO GREASER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74274**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RONALD GREATHOUSE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74275**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**MICHAEL GREAVES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74276**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1426 of 3332

---

**ARTHUR GREEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74277**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed      20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN GREEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74278**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed      20-Mar-2017
Bar Date
Claim Face Value

---

**LOREN GREEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74279**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed      20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1427 of 3332

---

**RUTH GREEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74280**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**EDDIE GRAVITT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74281**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LAWRENCE GRAY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74282**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1428 of 3332

---

**EARL GRAY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74283**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Louis Gray**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74284**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**PAUL GRAY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74285**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                        1429 of 3332

---

**RICHARD GRAY**                           **Clm No 74286**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA               Class            Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                          UNS                      Unknown

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**WALLACE GRAY**                           **Clm No 74287**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA               Class            Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                          UNS                      Unknown

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**RALPH BENSON**                           **Clm No 74288**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA               Class            Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                          UNS                      Unknown

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1430 of 3332

---

**JAMES BENTLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74289**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**LEONARD BENTLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74290**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES BENTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74291**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1431 of 3332

---

**THEODORE BENZA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74292**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed       | 20-Mar-2017 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value |             |

---

**YVETTE BERARD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74293**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed       | 20-Mar-2017 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value |             |

---

**WOODROW BERDEAUX**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74294**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed       | 20-Mar-2017 |
|------------------|-------------|
| Bar Date         |             |
| Claim Face Value |             |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1432 of 3332

---

**HARVEY BERG**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74295**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**N. GENE BERGSTROM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74296**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**JULIO BERNAL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74297**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1433 of 3332

---

**JUAN BERNAL-QUINTANA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74298**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
| Bar Date |  |
| Claim Face Value |  |

---

**JOSEPH BERNAZZANI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74299**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
| Bar Date |  |
| Claim Face Value |  |

---

**THOMAS BERNAZZANI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74300**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
| Bar Date |  |
| Claim Face Value |  |

---

Rust Consulting | Omni Bankruptcy      Visit us on the Web at www.omnimgt.com      PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100           E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1434 of 3332

---

**PAUL BERNIER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74301**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed             20-Mar-2017
Bar Date
Claim Face Value

---

**WALTER BERNIER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74302**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed             20-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD BERNOTEIT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74303**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed             20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1435 of 3332

---

**RAYMOND BERRIER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74304**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CARL BERRY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74305**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**FRED BERRY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74306**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1436 of 3332

---

**STANLEY GOODWIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74307**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**VERL GOODWIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74308**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**EDWARD BIELUNIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74309**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1437 of 3332

---

**GEORGE BERRY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74310**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN BERRY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74311**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RONNIE BERRY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74312**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                 **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1438 of 3332

---

**STEPHEN BERRY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74313**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM BERRY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74314**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM BERRY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74315**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1439 of 3332

---

**JOHN BERTA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74316**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**RENE BERTA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74317**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**RICHARD BELDEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74318**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1440 of 3332

---

**JACK BELL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74319**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD BELL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74320**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**SAMMY BELL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74321**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1441 of 3332

---

**PAUL BELLAMY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74322**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WENDELL BELLAMY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74323**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROY BELLANTE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74324**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1442 of 3332

---

**BERNARD BELLES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74325**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOHN BELLINGER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74326**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DANIEL BELLINI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74327**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1443 of 3332

---

**FRANCIS BELLINO**                    **Clm No 74328**   Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class          Claim Detail Amount          Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                     UNS                    Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN BELLINO**                       **Clm No 74329**   Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class          Claim Detail Amount          Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                     UNS                    Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**NICHOLAS BELLO**                     **Clm No 74330**   Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class          Claim Detail Amount          Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                     UNS                    Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1444 of 3332

---

**CLIFFORD BEMBENEK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74331**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**DAVID BEMIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74332**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**JOHN BEMIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74333**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                                       1445 of 3332

---

**EDWARDO BENARD**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74334**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ANDREW BENCZE**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74335**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**AMERIGO BENEDETTI**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74336**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

1446 of 3332

---

**JOSEPH BENEDICK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74337**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RAUL BENEDICTO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74338**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**THOMAS BENKE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74339**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1447 of 3332

---

**FRANK BENNETT** | **Clm No 74340** | Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS | Unknown | |

600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**HAROLD BENNETT** | **Clm No 74341** | Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS | Unknown | |

600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN BENNETT** | **Clm No 74342** | Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS | Unknown | |

600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1448 of 3332

---

**NATHANIEL BENNETT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74343**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD BENNETT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74344**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**SAMMIE BENNETT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74345**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1449 of 3332

---

**STANLEY BENNETT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74346**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**PHILIP BENOIT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74347**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**DENNIS KANE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74348**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

---

*Claims Details*                                                                    1450 of 3332

---

**ROBERT KAMMER**                  **Clm No 74349**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class          Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800         UNS                    Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**ALBERT KARAU**                   **Clm No 74350**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class          Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800         UNS                    Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**ANGELO KARALEFTHERES**           **Clm No 74351**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class          Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800         UNS                    Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1451 of 3332

---

**LOUIS KAPLOW**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74352**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**LAVERE KARREN**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74353**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD KANE**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74354**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1452 of 3332

---

**JOHN KARR**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74355**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WARREN KARMAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74356**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES KARDOULIAS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74357**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1453 of 3332

---

**WALLACE KASTEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74358**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed             20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES KAST**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74359**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed             20-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD KASKESKI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74360**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed             20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100              E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1454 of 3332

---

**JOSEPH KASABULA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74361**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MICHAEL KAVANAUGH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74362**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOHN KAUFMAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74363**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com             FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1455 of 3332

---

**GEORGE KATSONIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74364**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**MIKE KATCHMAR**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74365**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**STEPHEN KEATING**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74366**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1456 of 3332

**EDWARD KEATING**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74367**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

**WILLIAM KEARNEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74368**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

**JOSEPH KEALY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74369**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1457 of 3332

---

**ORVILLE KEELEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74370**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**GEORGE KEEGAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74371**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DONALD KEEGAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74372**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1458 of 3332

---

**DANIEL KEEGAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74373**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**DON KEIL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74374**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**DAVID KEIFER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74375**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                  E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1459 of 3332

---

**GEORGE KEGLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74376**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN KEENAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74377**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**FREDDIE KELLER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74378**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1460 of 3332

---

**JOHN KELLEHER, II**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74379**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOHN KEISTER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74380**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOHN KELLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74381**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100              E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1461 of 3332

---

| JAMES KELLEY | **Clm No 74382** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | | | |
| ATTN: FERNANDO JOSE ULLOA | Class | Claim Detail Amount | Final Allowed Amount |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

| JAMES KELLEY | **Clm No 74383** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | | | |
| ATTN: FERNANDO JOSE ULLOA | Class | Claim Detail Amount | Final Allowed Amount |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

| JACK KELLER | **Clm No 74384** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | | | |
| ATTN: FERNANDO JOSE ULLOA | Class | Claim Detail Amount | Final Allowed Amount |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1462 of 3332

---

**ARTHUR KELLY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74385**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**THOMAS KELLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74386**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**SANDRA KELLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74387**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1463 of 3332

---

**RICHARD KELLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74388**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**MARGARET KELLY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74389**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN KELLY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74390**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                 E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1464 of 3332

---

**JOHN KELLY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74391**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DAVID KELLY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74392**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**NEALE KELLY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74393**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1465 of 3332

---

**DANNY KENNEDY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74394**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**SYLVESTER KENDHAMMER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74395**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROBERT KELVINGTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74396**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1466 of 3332

---

**MARK KELTER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74397**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**GEORGE KENNEDY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74398**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**FRANCIS KENNEDY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74399**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*

---

**EVERETT KENNEDY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74400**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**EDWARD KENNEDY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74401**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**MARTIN LOVETT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74402**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1468 of 3332

---

| **LEONARD LOVELLO** | **Clm No 74403** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | | | |
| ATTN: FERNANDO JOSE ULLOA | Class | Claim Detail Amount | Final Allowed Amount |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

| **JOSEPH LOVE** | **Clm No 74404** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | | | |
| ATTN: FERNANDO JOSE ULLOA | Class | Claim Detail Amount | Final Allowed Amount |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

| **MARSHALL KENNEDY** | **Clm No 74405** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | | | |
| ATTN: FERNANDO JOSE ULLOA | Class | Claim Detail Amount | Final Allowed Amount |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1469 of 3332

---

**CLYDE LOWDER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74406**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROBERT LOWE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74407**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BILLY LOWRY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74408**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**JIMMY LOWERY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74409**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ELMER LUCAS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74410**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**FRANK LUBICH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74411**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100          E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                                    1471 of 3332

---

**ROBERT LOWTHER**                              **Clm No 74412**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class                   Claim Detail Amount         Final Allowed Amount
600 BRICKELL AVE, STE 3800                 UNS                          Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**JOSEPH LOWRY**                                 **Clm No 74413**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class                   Claim Detail Amount         Final Allowed Amount
600 BRICKELL AVE, STE 3800                 UNS                          Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**GARY LUEDTKE**                                 **Clm No 74414**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class                   Claim Detail Amount         Final Allowed Amount
600 BRICKELL AVE, STE 3800                 UNS                          Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                             1472 of 3332

---

**ANTHONY LUCENTE**                          **Clm No 74415**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA                    Class              Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800                   UNS                     Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**VINCENT LUCCI**                            **Clm No 74416**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA                    Class              Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800                   UNS                     Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**ANTHONY LUCCI**                            **Clm No 74417**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA                    Class              Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800                   UNS                     Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1473 of 3332

---

**KENNETH LUNNING**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74418**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ALAN LUNN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74419**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ALEXANDER LUNA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74420**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1474 of 3332

---

**ERNESTO LUIS MAS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74421**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOSEPH LUTOMSKI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74422**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WALTER LURIA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74423**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com             FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1475 of 3332

---

**SILVESTRO LUPO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74424**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**GEORGE LUPINACCI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74425**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JERALD LYDA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74426**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1476 of 3332

---

**STEPHEN LYDEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74427**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**GALE LYAUTEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74428**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**JOSEPH LUTZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74429**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1477 of 3332

---

**ANDREW LYNCH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74430**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**BRUCE LYLES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74431**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**DAVID LYKINS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74432**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                          1478 of 3332

---

**RICHARD LYDON**                    **Clm No 74433**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          | Class | Claim Detail Amount | Final Allowed Amount |
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                     UNS                Unknown

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**SAMUEL LYNCH**                     **Clm No 74434**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          | Class | Claim Detail Amount | Final Allowed Amount |
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                     UNS                Unknown

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD LYNCH**                    **Clm No 74435**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          | Class | Claim Detail Amount | Final Allowed Amount |
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                     UNS                Unknown

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1479 of 3332

---

**JOHN LYNCH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74436**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES LYNCH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74437**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**SAMUEL MAZLACK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74438**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1480 of 3332

---

**TIMOTHY MACKEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74439**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT HIGHTOWER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74440**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM HIGGINS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74441**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1481 of 3332

---

**THOMAS HIGGINS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74442**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**NORMAN HIGGINS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74443**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**CLINTON HILL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74444**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                    E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

---

*Claims Details*

1482 of 3332

---

**FARNTANZA HILL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74445**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**HENRY HILDRETH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74446**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD HILDEBRAND**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74447**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1483 of 3332

---

**MORRIS LYNN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74448**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**HARTRIDGE LYNN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74449**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN HILL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74450**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1484 of 3332

---

**JAMES HILL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74451**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT MACCULLY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74452**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**TOMMIE LYONS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74453**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1485 of 3332

---

**LEONARD LYONS** | **Clm No 74454** | Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD LYON** | **Clm No 74455** | Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES MACK** | **Clm No 74456** | Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                 E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1486 of 3332

---

**BURTON MACIVER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74457**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DENNIS MACHOL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74458**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT MACDOUGALL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74459**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100              E-mail: claimsmanager@omnimgt.com        FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1487 of 3332

---

**JOHN MADDALENI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74460**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**LARRY MADDEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74461**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**MARVIN MADDEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74462**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                        1488 of 3332

---

**PETER MADDOCKS**                    **Clm No 74463**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          | Class | Claim Detail Amount | Final Allowed Amount |
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                     UNS                Unknown

Date Filed             20-Mar-2017
Bar Date
Claim Face Value

---

**ALLAN MACKAY**                      **Clm No 74464**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          | Class | Claim Detail Amount | Final Allowed Amount |
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                     UNS                Unknown

Date Filed             20-Mar-2017
Bar Date
Claim Face Value

---

**SCOTT MACKIE**                      **Clm No 74465**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          | Class | Claim Detail Amount | Final Allowed Amount |
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                     UNS                Unknown

Date Filed             20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                    1489 of 3332

---

**RICHARD MACKO**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 74466**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**EDWARD MACOMBER, JR.**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 74467**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**WILLIE HILL**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 74468**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1490 of 3332

---

**WENDELL HILL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74469**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**FREDRICK HOBBS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74470**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**HENRY HILTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74471**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1491 of 3332

---

**STEVEN HILLS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74472**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN HILLE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74473**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES HODGE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74474**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1492 of 3332

---

**EVERETT HODGE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74475**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DONALD HODGE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74476**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**THOMAS HOBBY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74477**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1493 of 3332

---

**JOHN HOEBBEL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74478**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**HOWARD HODGSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74479**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DOUGLAS HODGKINS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74480**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100          E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                          1494 of 3332

---

**DONALD HODGES**                    **Clm No 74481**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          | Class | Claim Detail Amount | Final Allowed Amount |
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                     UNS                    Unknown

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DANIEL HOFFMANN**                  **Clm No 74482**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          | Class | Claim Detail Amount | Final Allowed Amount |
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                     UNS                    Unknown

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN HOFFMAN**                     **Clm No 74483**    Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          | Class | Claim Detail Amount | Final Allowed Amount |
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                     UNS                    Unknown

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1495 of 3332

---

**KENNETH HOFFIE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74484**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RONALD HOFF**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74485**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**EDWARD HOHREIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74486**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1496 of 3332

---

**LEWIS HOGUE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74487**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN HOGUE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74488**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD HOFSTETTER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74489**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

---

*Claims Details*

1497 *of* 3332

---

**ROBERT HILL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74490**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**PAUL HOLCOMB**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74491**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**MILES HOLCOMB**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74492**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**     **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1498 of 3332

---

**JACOB HOIDA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74493**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**MARVIN HIOTT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74494**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**MELTON HINSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74495**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1499 of 3332

---

**HOWARD HINSDALE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74496**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**SHERI HILTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74497**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT HOLLIFIELD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74498**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1500 of 3332

---

**THOMAS HOYLE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74499**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**THOMAS HOY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74500**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**EDWARD HOY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74501**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1501 of 3332

---

**NORMAN HUDDLER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74502**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ALFRED HUBER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74503**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**MILES HUBBARD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74504**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com               FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1502 of 3332

---

**JEAN-PIERRE HUARD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74505**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**HARRY HOUSE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74506**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROYCE HOUCHENS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74507**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1503 of 3332

---

**WILLIAM HOSS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74508**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**EDDIE HORTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74509**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROBERT HOVERMALE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74510**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100              E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1504 of 3332

---

**MARVIN HOUSE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74511**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**JAMES HOUSE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74512**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**HUGH HOUSE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74513**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date |  |
| Claim Face Value |  |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1505 of 3332

---

**GEORGE HOWARD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74514**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**CLAUDE HOWARD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74515**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES HOWARD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74516**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1506 of 3332

---

**ADDIS HOWARD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74517**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM HOWARD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74518**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**L. CHARLES HOWARD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74519**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1507 of 3332

---

**JAMES HOWARD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74520**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WALLACE HOWE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74521**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**PAUL HOWE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74522**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1508 of 3332

---

**RICHARD HOWARTH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74523**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DARRELL HOWELL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74524**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES HOWELL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74525**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1509 *of* 3332

---

**JAMES HOWE, JR.**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74526**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ARCHIE HOLT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74527**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT HOLMES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74528**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1510 of 3332

---

**DONALD HOLMES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74529**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value |       |

---

**FRANK HOMER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74530**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value |       |

---

**WILLIAM HOLZSCHUH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74531**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value |       |

---

Rust Consulting | Omni Bankruptcy       Visit us on the Web at www.omnimgt.com       PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100             E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1511 of 3332

---

**WILLIE HOLT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74532**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD HOPPER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74533**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**HAROLD HOPPE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74534**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1512 of 3332

---

**ROBERT HOOD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74535**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MARGARET HORNE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74536**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MICHAEL HORAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74537**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1513 of 3332

---

**EDWARD HORAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74538**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DONALD HORNTVEDT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74539**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOHNNIE HORNEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74540**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                          1514 of 3332

---

**THOMAS HORNE**                           **Clm No 74541**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA         Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                         UNS                        Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES HORTON**                         **Clm No 74542**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA         Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                         UNS                        Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**ARTHUR HORTON**                          **Clm No 74543**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA         Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                         UNS                        Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1515 of 3332

---

**DANNY HORTMAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74544**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**EDDIE HOLLIDAY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74545**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILFORD HOLLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74546**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1516 of 3332

---

**PERRY HOLLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74547**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**KENNETH HOLLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74548**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT HOLMAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74549**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1517 of 3332

---

**MARION HOLLOMAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74550**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**MICKEY HOLLAND**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74551**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN HOLLINGWORTH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74552**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1518 of 3332

---

| **EDWARD HOLLADAY** | **Clm No 74553** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | | | |
| ATTN: FERNANDO JOSE ULLOA | Class | Claim Detail Amount | Final Allowed Amount |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

| **GARY HOLEN** | **Clm No 74554** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | | | |
| ATTN: FERNANDO JOSE ULLOA | Class | Claim Detail Amount | Final Allowed Amount |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

| **JAMES HOLCOMBE** | **Clm No 74555** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | | | |
| ATTN: FERNANDO JOSE ULLOA | Class | Claim Detail Amount | Final Allowed Amount |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1519 of 3332

---

**THOMAS HOWELL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74556**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**METRO HRINKO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74557**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN HUFFMAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74558**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1520 of 3332

---

**THEODORE HUFFINE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74559**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROY HUFFER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74560**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**GEORGE HUGHES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74561**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1521 of 3332

---

**DONALD HUGHES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74562**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**FRANK HUGGARD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74563**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**VINCENT HUGHES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74564**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1522 of 3332

---

**LILTON HUGHES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74565**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**HAROLD HUGHES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74566**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT HULTZEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74567**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                    E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1523 of 3332

---

**ROBERT HULBACK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74568**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**CHARLES HUGYA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74569**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**PATRICK HUNT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74570**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1524 of 3332

---

**JAMES HUMPHREY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74571**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**WEIR HUMES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74572**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN HUNTER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74573**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                     E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1525 of 3332

---

**CLARENCE HUNTER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74574**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**CALVIN HUNTER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74575**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**CLIFFORD HUNTINGTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74576**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com             FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1526 of 3332

---

**BERT HUNTINGTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74577**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**MOSES HUNTER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74578**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**KEITH HURSH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74579**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1527 of 3332

---

**WILLIAM HURLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74580**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN HURLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74581**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**FOY HUDSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74582**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**ELMER HUDSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74583**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM HUERKAMP**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74584**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**LOUIS HUELSBERG**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74585**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1529 of 3332

---

**WILLIAM HUDSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74586**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DANNY HUFF**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74587**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT HUSE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74588**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1530 of 3332

---

**GENE HUSTED**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74589**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RICHARD HUSS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74590**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CHARLES HUSEBY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74591**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1531 of 3332

---

**ELDON HUTCHINS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74592**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**THOMAS HUTCHENS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74593**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DENNIS HUTCHENS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74594**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1532 of 3332

---

**JAMES HYDE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74595**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**DELMAR HYATT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74596**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**RONALD HUTTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74597**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed           20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                              1533 of 3332

| RICKY HYLTON | **Clm No 74598** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| THOMAS HYLEK | **Clm No 74599** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| JEFFREY HYDE | **Clm No 74600** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1534 of 3332

---

**RONALD IMSCHWEILER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74601**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**FRANK IMPERL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74602**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DAVID IANNACCONE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74603**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**              E-mail: claimsmanager@omnimgt.com            FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1535 of 3332

---

**CHARLES INGRAM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74604**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES INGLE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74605**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**EZEQUIEL INFANTE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74606**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1536 of 3332

---

**KELSEY INGRAM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74607**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN INGRAM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74608**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**HORATIO INGRAM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74609**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1537 of 3332

---

**CLARENCE INZER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74610**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ANTHONY INORIO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74611**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM INGRAM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74612**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1538 of 3332

---

**JAMES ISRAEL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74613**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN ISAAC**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74614**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**ANASTASIOS IOAKIMIDIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74615**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100          E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*                3/20/2018 3:18:45 PM

*Claims Details*                                                  1539 of 3332

---

**CHARLES IVERSEN**                    **Clm No 74616**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800          UNS                    Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**JACK JACCOD**                        **Clm No 74617**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800          UNS                    Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT IVANOFF**                     **Clm No 74618**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800          UNS                    Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**    **Visit us on the Web at www.omnimgt.com**    **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**         **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:18:45 PM

*Claims Details*

1540 of 3332

---

**EDNA JACKSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74619**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ALLEN JACKSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74620**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ALEXANDER JACKOVICH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74621**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1541 of 3332

---

**LARRY JACKSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74622**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOHN JACKSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74623**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ELZIE JACKSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74624**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1542 of 3332

---

**ROBERT JACKSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74625**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RICHARD JACKSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74626**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**MICHAEL JACKSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74627**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1543 of 3332

---

**WILLIE JACKSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74628**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT JACKSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74629**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT JACKSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74630**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1544 of 3332

---

**RICKEY JAHN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74631**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**HENRY JACQUES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74632**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JACQUES JACOB**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74633**       Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:18:45 PM

*Claims Details*

1545 of 3332

---

**ALBERTA JAMES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74634**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RAFAEL JALSOVEC**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74635**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**GERALD JAHNKE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74636**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1546 of 3332

---

**MURRAY JAMES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74637**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES JAMES**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74638**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**CLAUDE JAMESON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74639**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1547 of 3332

---

**RAYMOND JAMES**                    **Clm No 74640**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                    UNS                Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**ELWOOD JASON**                     **Clm No 74641**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                    UNS                Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**GERALD JANKE**                     **Clm No 74642**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                    UNS                Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1548 of 3332

---

**THOMAS JAMIESON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74643**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JASPER JASPERSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74644**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**EDWARD JASPER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74645**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

---

*Claims Details*

1549 *of* 3332

---

| JOSEPH JEAN | **Clm No 74646** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

| JOHN JAWORSKI | **Clm No 74647** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

| CARL EVERMAN | **Clm No 74648** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1550 of 3332

---

**WILLIAM EVASCHER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74649**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MELVIN EVETTS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74650**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RICHARD EWING**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74651**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100              E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1551 of 3332

---

**GERMO FABBRI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74652**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DENNIS FACENDA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74653**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN FADDISH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74654**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1552 of 3332

---

**WILLIAM FAEHNRICH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74655**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value |       |

---

**ROBERT FAHEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74656**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value |       |

---

**JOHN FAINER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74657**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value |       |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1553 of 3332

---

**LEONA FAIRHURST**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74658**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**JOSEPH FALDUTO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74659**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**SALVATORE FALZONE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74660**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1554 of 3332

---

**ROBERT FANARA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74661**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOHN FANTOZZI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74662**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ELBERT FARLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74663**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**DARRELL FARR**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74664**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WESLIE FARRAR**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74665**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**BRIAN FARRELL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74666**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1556 of 3332

---

**KENNETH FARRIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74667**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**STEPHEN FASOLINO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74668**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**GERARD FAUCHER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74669**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**           **Visit us on the Web at www.omnimgt.com**           **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1557 of 3332

---

**JAMES FAULTERSACK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74670**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOSEPH FAUSPHOUL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74671**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**GEORGE FAY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74672**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1558 of 3332

---

**PAUL FAY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74673**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ANDREW FEICK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74674**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT FEIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74675**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**ROBERT FELDER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74676**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**GARY FELSKE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74677**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**EUGENE WILSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74678**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1560 of 3332

---

**GLENDON WILSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74679**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**HOWELL WILSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74680**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**JAMES WILSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74681**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1561 of 3332

| | | |
|---|---|---|
| **LARRY WEARIN** | **Clm No 74682** | Filed In Cases: 140 |
| C/O THE FERRARO LAW FIRM PA | | |
| ATTN: FERNANDO JOSE ULLOA | Class | Claim Detail Amount | Final Allowed Amount |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown |
| MIAMI, FL 33131 | | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

| | | |
|---|---|---|
| **GENE WEABER** | **Clm No 74683** | Filed In Cases: 140 |
| C/O THE FERRARO LAW FIRM PA | | |
| ATTN: FERNANDO JOSE ULLOA | Class | Claim Detail Amount | Final Allowed Amount |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown |
| MIAMI, FL 33131 | | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

| | | |
|---|---|---|
| **WILLIAM WAUD** | **Clm No 74684** | Filed In Cases: 140 |
| C/O THE FERRARO LAW FIRM PA | | |
| ATTN: FERNANDO JOSE ULLOA | Class | Claim Detail Amount | Final Allowed Amount |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown |
| MIAMI, FL 33131 | | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1562 of 3332

---

**WESLEY WATTS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74685**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**BERNARD WATTS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74686**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**THOMAS WATSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74687**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1563 of 3332

---

**JOHN ENSTROM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74688**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES ENRIGHT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74689**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**NICHOLAS ENGLISH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74690**      Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1564 of 3332

---

**JOHN ENGLE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74691**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JAMES WEBB**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74692**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**THOMAS ENDERSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74693**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1565 of 3332

---

**DONALD WEBB**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74694**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**WALTER WEAVER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74695**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**JAMES WEAVER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74696**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1566 of 3332

---

**CROMWELL WEAVER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74697**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**RAYMOND ETHIER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74698**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**BERT ESTEP**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74699**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1567 of 3332

---

**DONALD ESSIG**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74700**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**GEORGE ESSE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74701**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**STACY ERTS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74702**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

---

*Claims Details*

1568 of 3332

---

**ALBERT ERLER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74703**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ARTHUR ERICKSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74704**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**EILT ERDMANN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74705**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                    1569 of 3332

---

**IRA ERDMAN**                          **Clm No 74706**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA       Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800      UNS                    Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**WARREN ENZLER**                       **Clm No 74707**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA       Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800      UNS                    Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**EDWARD PLOCHA**                       **Clm No 74708**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA       Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800      UNS                    Unknown
MIAMI, FL 33131

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1570 of 3332

---

**PERRY PLOTKIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74709**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**SAMUEL PLOURDE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74710**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**EDDIE POAG**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74711**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                              1571 of 3332

---

**DONALD PODOLAK**                     **Clm No 74712**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                        UNS                   Unknown

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DOMINICK POERIO**                    **Clm No 74713**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                        UNS                   Unknown

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILFRED POIRIER**                    **Clm No 74714**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                        UNS                   Unknown

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1572 of 3332

---

**RAYMOND POISSANT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74715**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM POLASHENSKI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74716**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOSEPH PONCHAK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74717**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1573 of 3332

---

**JOHN PISZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74718**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**DOUGLAS PITTMAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74719**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**ROGER PITTMAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74720**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                  E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1574 of 3332

---

| EUGENE PITTS | **Clm No 74721** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| HAROLD PITTS | **Clm No 74722** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| VINCENT PIZZOFERRATO | **Clm No 74723** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1575 of 3332

---

**STANFORD PLANTY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74724**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DAVID PLATHE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74725**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**KENNETH PLATT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74726**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1576 of 3332

---

**ROBERT PLESSIS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74727**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**KENNETH WILSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74728**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**MARVIN WILSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74729**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**           **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1577 of 3332

---

**PERCY WILSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74730**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WAYNE WILSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74731**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**DANNIE PIPPIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74732**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1578 of 3332

---

**DENNIS PIQUETTE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74733**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed             20-Mar-2017
Bar Date
Claim Face Value

---

**RAYMOND PIQUETTE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74734**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed             20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN PIROZZI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74735**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed             20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1579 *of* 3332

---

| **DANIEL PISANI** | **Clm No 74736** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | | | |
| ATTN: FERNANDO JOSE ULLOA | Class | Claim Detail Amount | Final Allowed Amount |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

| **FRANK PISCITELLO** | **Clm No 74737** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | | | |
| ATTN: FERNANDO JOSE ULLOA | Class | Claim Detail Amount | Final Allowed Amount |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

| **GUS PONTJERIS** | **Clm No 74738** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | | | |
| ATTN: FERNANDO JOSE ULLOA | Class | Claim Detail Amount | Final Allowed Amount |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1580 of 3332

---

**LELAND POOLER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74739**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JULES POOLSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74740**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**LARRY SAYLOR**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74741**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                 E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                            3/20/2018 3:18:45 PM

*Claims Details*                                                                                          1581 of 3332

---

**HAROLD SCAFF**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 74742**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**DONALD SCAGGS**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 74743**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**JAMES SCAIFE**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 74744**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                        1582 of 3332

| OLIVER SCARLETT | **Clm No 74745** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

| NICHOLAS SCASINO | **Clm No 74746** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

| JOHN SCHAEFER | **Clm No 74747** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**          E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                              1583 of 3332

---

**ROBERT SCHAEFFER**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 74748**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROBERT SCHAEFFER**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 74749**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**BEN SCHAFER**

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

**Clm No 74750**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:18:45 PM

*Claims Details*

---

**ARVEL SCHENKS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74751**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT SCHEPER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74752**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**MICHAEL SCHER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74753**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed        20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                               1585 of 3332

---

**EMILE SCHERMER**                          **Clm No 74754**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA        Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                  UNS                       Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**LEONARD SCHILLACI**                       **Clm No 74755**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA        Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                  UNS                       Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**ROGER SCHILLER**                          **Clm No 74756**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA        Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                  UNS                       Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1586 of 3332

---

**JOHN SCHLAGETER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74757**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**EARL SCHLEICHER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74758**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JEROME SCHLOSSBERG**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74759**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                           1587 of 3332

---

**WILLIAM SCHMALZ**                    **Clm No 74760**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA             Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                       UNS                  Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**ARTHUR SCHMIDT**                     **Clm No 74761**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA             Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                       UNS                  Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**CARL SCHMIDT**                       **Clm No 74762**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA             Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                       UNS                  Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1588 of 3332

---

**CARL SCHMITH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74763**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**GERALD SCHMITT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74764**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**ROBERT SCHNELLE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74765**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               E-mail: claimsmanager@omnimgt.com               FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1589 of 3332

---

**DONALD SCHNIDT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74766**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JACOB SCHOCK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74767**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**THOMAS PAUL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74768**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                           3/20/2018 3:18:45 PM

*Claims Details*                                                                    1590 of 3332

---

**JOSEPH PAUL**                          **Clm No 74769**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800            UNS                     Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**JOSEPH PAUL**                          **Clm No 74770**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800            UNS                     Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**JOHANN PAUL**                          **Clm No 74771**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA              Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800            UNS                     Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:18:45 PM

*Claims Details*

1591 of 3332

---

| **ARNOLD PATZ** | **Clm No 74772** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **WILLIE PATTON** | **Clm No 74773** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **ISAAC EDWARD PATTON** | **Clm No 74774** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1592 of 3332

---

**FLOYD PATTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74775**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOSEPH PATTI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74776**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN PATTERSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74777**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1593 of 3332

---

**HUBERT PATTERSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74778**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**TANYA PATRICK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74779**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JIMMY PATRICK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74780**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1594 of 3332

| DANNY PATRICK | **Clm No 74781** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| PETER PASTERIS | **Clm No 74782** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

| FRANK PASQUINE | **Clm No 74783** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**       **E-mail: claimsmanager@omnimgt.com**       **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1595 of 3332

---

**RAYMOND PARSONS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74784**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**MASON PARSONS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74785**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES PARSONS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74786**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1596 of 3332

---

**BRUCE PARSONS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74787**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**KENNETH PARRISH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74788**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**BENEDETTO PARRILLO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74789**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

3/20/2018 3:18:45 PM

*Claims Details*

1597 of 3332

---

**JACK PARKS**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74790**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**HENRY PARKS**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74791**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**HAROLD PARKINS**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74792**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1598 of 3332

---

**WALTER PARKER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74793**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT PARKER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74794**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**LENNELL PARKER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74795**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1599 of 3332

---

**JOSEPH PARKER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74796**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**MORRIS PARRISH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74797**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**ALFRED VALLEE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74798**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

---

*Claims Details*

1600 *of* 3332

---

**RICHARD VALLE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74799**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**ERNESTO VALLADOLID**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74800**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**FERNANDO VALENZUELA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74801**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| | |
|---|---|
| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1601 of 3332

---

**JOHN VALENCIUS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74802**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**MARIA VALENCIA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74803**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT VALANTE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74804**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**        **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1602 of 3332

---

**JAMES VALANTE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74805**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WILLIAM VACLAVIK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74806**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOHN VACCA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74807**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1603 of 3332

---

**DARREL UZZLE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74808**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**STANLEY UTIGARD**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74809**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM VINCENT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74810**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1604 of 3332

---

**EUGENE PEARCE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74811**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CLARENCE PEARSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74812**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RONALD PEACHEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74813**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                 **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                         1605 of 3332

---

**JAMES PEABODY**

**Clm No 74814**      Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

Date Filed           20-Mar-2017

Bar Date

Claim Face Value

---

**ROGER PAYNE**

**Clm No 74815**      Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

Date Filed           20-Mar-2017

Bar Date

Claim Face Value

---

**RICHARD PAYNE**

**Clm No 74816**      Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA

ATTN: FERNANDO JOSE ULLOA

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

600 BRICKELL AVE, STE 3800

MIAMI, FL 33131

Date Filed           20-Mar-2017

Bar Date

Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1606 of 3332

---

**MARK PAYNE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74817**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DON PAYNE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74818**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ARTHUR PAYMILLER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74819**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Visit us on the Web at www.omnimgt.com
E-mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1607 *of* 3332

---

**JAMES PAYDEN**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74820**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN PAWLENDZIO**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74821**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**STANLEY PAWENSKI**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74822**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1608 of 3332

---

**PAUL PAVLAKIS**                    **Clm No 74823**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class          Claim Detail Amount          Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                     UNS                      Unknown

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ALBERT PAULINO**                   **Clm No 74824**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class          Claim Detail Amount          Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                     UNS                      Unknown

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**CLESTON PAULEY**                   **Clm No 74825**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class          Claim Detail Amount          Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                     UNS                      Unknown

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1609 of 3332

---

**HERMAN VAN BUREN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74826**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RONALD VALLININO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74827**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROBERT SMITH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74828**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1610 of 3332

---

**RONALD SMITH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74829**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RONALD SMITH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74830**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RONALD SMITH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74831**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1611 of 3332

---

**STEPHEN SMITH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74832**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**THOMAS SMITH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74833**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**THURMAN SMITH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74834**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                      3/20/2018 3:18:45 PM

*Claims Details*                                                                    1612 of 3332

---

**VAUGHN SMITH**                          **Clm No 74835**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA         Class              Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                           UNS                     Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**VERNON SMITH**                          **Clm No 74836**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA         Class              Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                           UNS                     Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**VINCENT SMITH**                         **Clm No 74837**      Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA         Class              Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                           UNS                     Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**           FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1613 of 3332

---

**WAYNE SMITH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74838**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM SMITH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74839**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM SMITH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74840**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

---

*Claims Details*                                                                                              1614 of 3332

---

| **WILLIAM SMITH** | **Clm No 74841** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | | | |
| ATTN: FERNANDO JOSE ULLOA | Class | Claim Detail Amount | Final Allowed Amount |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

| **WILLIAM SMITH** | **Clm No 74842** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | | | |
| ATTN: FERNANDO JOSE ULLOA | Class | Claim Detail Amount | Final Allowed Amount |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

| **HUGH SMOCK** | **Clm No 74843** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | | | |
| ATTN: FERNANDO JOSE ULLOA | Class | Claim Detail Amount | Final Allowed Amount |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1615 of 3332

---

**MARTIN SMULDERS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74844**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**EARL SNEDEGAR**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74845**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**JACKSON SNIDER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74846**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1616 of 3332

---

**ROBERT SNIDER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74847**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**FLOYD SNODERLY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74848**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RAYMOND SNOOK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74849**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1617 of 3332

---

**EDWARD SNOOZY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74850**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**NORMAN SNOW**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74851**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT SNOW**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74852**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1618 of 3332

---

**JOHN SNOWWHITE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74853**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**DONALD SNYDER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74854**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**RONALD SNYDER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74855**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1619 of 3332

---

**RONALD SNYDER**                      **Clm No 74856**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA    Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131              UNS                    Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**WALTER SMITH**                       **Clm No 74857**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA    Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131              UNS                    Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**TERRY SNYDER**                       **Clm No 74858**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA    Class              Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131              UNS                    Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1620 of 3332

---

**TERRY SNYDER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74859**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM SNYDER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74860**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**CLARENCE SOBERG**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74861**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1621 of 3332

---

**FREDERICK PARENTE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74862**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**DENNIS PARADISO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74863**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**WARNER PARADISE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74864**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                 E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1622 of 3332

---

**PAUL PARACHINI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74865**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LARRY PAQUIN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74866**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CHARLES PAPP**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74867**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1623 of 3332

---

**JEAN PAPINEAU**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74868**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**MICHAEL PAPA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74869**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**PAUL PANZARA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74870**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy        Visit us on the Web at www.omnimgt.com        PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100              E-mail: claimsmanager@omnimgt.com           FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1624 of 3332

---

**NICHOLAS PANTALONE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74871**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOSEPH PALUSO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74872**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**PAMELA PALMIERI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74873**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1625 of 3332

---

**GEORGE PALMETER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74874**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**MICHAEL PALMER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74875**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES PALMER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74876**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1626 of 3332

---

**CHARLES PALM**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74877**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**EDWARD PALL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74878**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ALBERT PALKMAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74879**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS   | Unknown            |                    |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1627 of 3332

---

**THOMAS PALAGYI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74880**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**VINCENT PAGONICO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74881**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**MICHAEL PAGNOTTA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74882**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1628 of 3332

---

**JAMES PAGLIARO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74883**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOSEPH PAGE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74884**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**RAYMOND PAGANELLI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74885**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100          E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1629 of 3332

---

**MORRIS PAGAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74886**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**CALVIN FISK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74887**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**JOHNNY TUBBS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74888**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

---

**ROBERT TRUJILLO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74889**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**RONALD TROWSSE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74890**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**RICHARD TROUVE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74891**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date   |             |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1631 of 3332

---

**LYLE TROTTER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74892**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**LLOYD TROMBLY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74893**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**THOMAS TRISCRITTI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74894**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**      **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1632 of 3332

---

**ELMUS TRIPP**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74895**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**FRANK TRINCHINI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74896**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**CHARLIE TRIMBLE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74897**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100               E-mail: claimsmanager@omnimgt.com              FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1633 of 3332

---

**MIKE TRIEBE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74898**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RENE TREVINO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74899**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**PRAXEDIS TREVINO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74900**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1634 of 3332

---

**FRANK TREVINO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74901**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ALBERT TREGEMBO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74902**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**HENNING TRAULSEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74903**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1635 of 3332

---

**JOSEPH TRACY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74904**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**KERRY TOWNSEND**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74905**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**MARTIN TOWNS**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74906**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1636 of 3332

---

**SYLVESTER VANDERVORT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74907**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**CHESTER VANDERBILT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74908**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**CLARENCE VANDE VOORT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74909**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                      1637 of 3332

---

**GERALD VAN WINKLE**           **Clm No 74910**   Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA        Class            Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                  UNS                    Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**DONALD VAN WINKLE**           **Clm No 74911**   Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA        Class            Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                  UNS                    Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**RONALD VAN RIPER**            **Clm No 74912**   Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA        Class            Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                  UNS                    Unknown

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**             **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1638 of 3332

---

**JOSEPH VAN PELT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74913**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM VAN METER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74914**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**DANIEL VAN LYSSEL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74915**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1639 of 3332

---

**PETER VAN KREY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74916**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**PIETER VAN DE MERWE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74917**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES TOOMATH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74918**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1640 of 3332

---

**JAMES TOOEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74919**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ALLAN TONNESSEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74920**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**STANLEY TOMZA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74921**  Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1641 of 3332

---

**JOHN TOMKIEWICZ**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74922**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES URSRY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74923**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**SALVATORE URSO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74924**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                    3/20/2018 3:18:45 PM

*Claims Details*                                                                   1642 of 3332

---

**ROGER URBANEK**                    **Clm No 74925**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                      UNS                      Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT URBANCZYK**                 **Clm No 74926**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                      UNS                      Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**RODNEY UPCHURCH**                  **Clm No 74927**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA            Class            Claim Detail Amount        Final Allowed Amount
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131                      UNS                      Unknown

Date Filed              20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**        **Visit us on the Web at www.omnimgt.com**        **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**        **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1643 of 3332

---

**PETER UMILE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74928**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM UMBENHEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74929**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT UMANITA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74930**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                      **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1644 of 3332

---

**MELVIN TYROLT**                          **Clm No 74931**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA        Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800           UNS                   Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**CECIL TYLER**                            **Clm No 74932**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA        Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800           UNS                   Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**DALE TWITCHELL**                         **Clm No 74933**    Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA        Class          Claim Detail Amount      Final Allowed Amount
600 BRICKELL AVE, STE 3800           UNS                   Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**      **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1645 of 3332

| | | | |
|---|---|---|---|
| **LOUIS TUTTIN** | **Clm No 74934** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed         20-Mar-2017
Bar Date
Claim Face Value

| | | | |
|---|---|---|---|
| **THOMAS TUTEN** | **Clm No 74935** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed         20-Mar-2017
Bar Date
Claim Face Value

| | | | |
|---|---|---|---|
| **ROGER TURNER** | **Clm No 74936** | Filed In Cases: 140 | |
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

Date Filed         20-Mar-2017
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**     **Visit us on the Web at www.omnimgt.com**     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**     **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1646 of 3332

**RICHARD TURNER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74937**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

**JOHN TURNER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74938**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

**JAMES TURNER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74939**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

**Rust Consulting | Omni Bankruptcy**       **Visit us on the Web at www.omnimgt.com**       **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**            **E-mail: claimsmanager@omnimgt.com**            **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1647 of 3332

---

**JACK TURNER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74940**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JACK TURNER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74941**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**JOSEPH TURNBULL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74942**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1648 of 3332

---

**LARRY TURLEY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74943**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN TULLY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74944**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WAYNE TUGGLE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74945**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1649 of 3332

---

**GEORGE TUCKER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74946**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**SAMUEL TUBOLINO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74947**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**RENNIE PENDLETON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74948**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                     **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1650 of 3332

---

**CHARLES PENCE**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74949**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**KEVIN PELTON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74950**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIE PELMER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74951**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1651 of 3332

---

**HENRY PELLETIER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74952**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**GEORGE PELLAND**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74953**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**DANIEL PELICAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74954**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1652 of 3332

---

**RODERICK PEJSAR**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74955**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOSEPH PEDULLA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74956**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**ROBERT PEDERSEN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74957**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**          **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

**OldCo, LLC, successor by merger to Coltec Industries Inc**

*Claims Details*

---

**YUGO PECOSKI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74958**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**RICHARD PECORARO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74959**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**DOLORES PECORARO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74960**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1654 of 3332

---

**EDWARD PECK**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74961**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LOUIS PECHMANN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74962**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**OMEGA PEARSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74963**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|----------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**            **Visit us on the Web at www.omnimgt.com**            **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                   **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1655 of 3332

---

**MONROE PEARSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74964**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**LELAND PEARSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74965**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**ROBERT JOSEPH VINER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74966**   Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*                                                                                   1656 of 3332

---

**BERTHART VINSON**                     **Clm No 74967**     Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA          | Class | Claim Detail Amount | Final Allowed Amount |
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800           UNS                    Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM VIOLA**                       **Clm No 74968**     Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA          | Class | Claim Detail Amount | Final Allowed Amount |
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800           UNS                    Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**RAY VIRDEN**                          **Clm No 74969**     Filed In Cases: 140

C/O THE FERRARO LAW FIRM PA          | Class | Claim Detail Amount | Final Allowed Amount |
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800           UNS                    Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**      **Visit us on the Web at www.omnimgt.com**      **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                  **E-mail: claimsmanager@omnimgt.com**         **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1657 of 3332

---

**PROSPERO VIRGO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74970**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**VINCENT VIVENZIO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74971**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**FRANK VITELLO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74972**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

| Date Filed | 20-Mar-2017 |
|------------|-------------|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**                E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*                                    3/20/2018 3:18:45 PM

---

*Claims Details*                                                                             1658 of 3332

---

| **JOHN VITALE** | **Clm No 74973** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **RALPH VITALE** | **Clm No 74974** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

| **JOSEPH VITELLI** | **Clm No 74975** | Filed In Cases: 140 | |
|---|---|---|---|
| C/O THE FERRARO LAW FIRM PA | Class | Claim Detail Amount | Final Allowed Amount |
| ATTN: FERNANDO JOSE ULLOA | | | |
| 600 BRICKELL AVE, STE 3800 | UNS | Unknown | |
| MIAMI, FL 33131 | | | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**              **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1659 of 3332

---

**LEO VINSON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74976**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM VINCENT**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74977**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WALTER SHANNON**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74978**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

*Claims Details*                                                                 1660 of 3332

---

**WILLIE SHAMBURGER**                    **Clm No 74979**     Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800         UNS                      Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**ALBERT SHAMAS**                        **Clm No 74980**     Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800         UNS                      Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**GEORGE SHAIA**                         **Clm No 74981**     Filed In Cases: 140
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA          Class              Claim Detail Amount       Final Allowed Amount
600 BRICKELL AVE, STE 3800         UNS                      Unknown
MIAMI, FL 33131

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          PHONE: (818) 906-8300
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**              FAX: (818) 783-2737
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1661 of 3332

---

**WILLIAM SHAFIER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74982**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WILLIAM SHAFFER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74983**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**MELVIN SEYMOUR**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74984**     Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS   | Unknown             |                      |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**         **Visit us on the Web at www.omnimgt.com**         **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**              **E-mail: claimsmanager@omnimgt.com**             **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1662 of 3332

---

**LUIS SERRANO**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74985**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**EDWARD SEROTA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74986**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOE SERNA**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74987**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|---|---|---|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

Rust Consulting | Omni Bankruptcy          Visit us on the Web at www.omnimgt.com          PHONE: (818) 906-8300
5955 De Soto Ave., Suite 100                E-mail: claimsmanager@omnimgt.com          FAX: (818) 783-2737
Woodland Hills, CA 91367

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1663 of 3332

---

**HIRAM SEPPI**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74988**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | | |
|--|--|--|
| Date Filed | 20-Mar-2017 | |
| Bar Date | | |
| Claim Face Value | | |

---

**PETER SEPICH**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74989**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | | |
|--|--|--|
| Date Filed | 20-Mar-2017 | |
| Bar Date | | |
| Claim Face Value | | |

---

**CLYDE SELF**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74990**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

| | | |
|--|--|--|
| Date Filed | 20-Mar-2017 | |
| Bar Date | | |
| Claim Face Value | | |

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**                    **E-mail: claimsmanager@omnimgt.com**          **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1664 of 3332

---

**LEROY SEIDL**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74991**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**WALLACE SEGREST**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74992**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**JOHN SEEBECKER**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74993**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|---------------------|----------------------|
| UNS | Unknown | |

Date Filed          20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**               **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1665 of 3332

---

**HYMAN SECKULAR**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74994**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**RONALD SECCHI**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74995**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**JOHN SEBER**

C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74996**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

| Date Filed | 20-Mar-2017 |
|---|---|
| Bar Date | |
| Claim Face Value | |

---

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

**Visit us on the Web at www.omnimgt.com**
**E-mail: claimsmanager@omnimgt.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

*OldCo, LLC, successor by merger to Coltec Industries Inc*

3/20/2018 3:18:45 PM

*Claims Details*

1666 of 3332

---

**DONALD SEBAN**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74997**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**JAMES SEAY**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74998**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**COSMO SEABERG**
C/O THE FERRARO LAW FIRM PA
ATTN: FERNANDO JOSE ULLOA
600 BRICKELL AVE, STE 3800
MIAMI, FL 33131

**Clm No 74999**    Filed In Cases: 140

| Class | Claim Detail Amount | Final Allowed Amount |
|-------|--------------------|--------------------|
| UNS | Unknown | |

Date Filed            20-Mar-2017
Bar Date
Claim Face Value

---

**Rust Consulting | Omni Bankruptcy**          **Visit us on the Web at www.omnimgt.com**          **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**               **E-mail: claimsmanager@omnimgt.com**                 **FAX: (818) 783-2737**
**Woodland Hills, CA 91367**